**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NEW YORK

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

# Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | The Diocese of Buffalo, N.Y. |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 16-0743984 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 795 Main Street <br> Buffalo, NY 14203 <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| Erie <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case 1-20-10322-CLB,    Doc 1,    Filed 02/28/20,    Entered 02/28/20 07:17:28,
Description: Main Document ; Page 1 of 38

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

8131

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | | Relationship |
|---|---|---|---|
| | District | When | Case number, if known |

Case 1-20-10322-CLB,    Doc 1,    Filed 02/28/20,    Entered 02/28/20 07:17:28,
Description: Main Document , Page 2 of 38

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* |
|---|---|---|

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
|---|---|---|

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

        Contact name   _____

        Phone          _____

---

**■ Statistical and administrative information**

| 13. | **Debtor's estimation of available funds** | .  *Check one:* |
|---|---|---|

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. | **Estimated number of creditors** | ☐ 1-49<br>☐ 50-99<br>☐ 100-199<br>☑ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|

| 15. | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☑ $10,000,001 - $50  million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50  million<br>☑ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___February 28, 2020___
MM / DD / YYYY

**X** /s/ Charles Mendolera
Signature of authorized representative of debtor

Charles Mendolera
Printed name

Title Executive Director of Financial Administration

**18. Signature of attorney**

**X** /s/ Stephen A. Donato
Signature of attorney for debtor

Date February 28, 2020
MM / DD / YYYY

Stephen A. Donato
Printed name

Bond, Schoeneck & King, PLLC
Firm name

One Lincoln Center
Syracuse, NY 13202
Number, Street, City, State & ZIP Code

Contact phone (315) 218-8000        Email address sdonato@bsk.com

101522 (NDNY) NY
Bar number and State

360 PSG.com
455 Commerce Drive, Suite 3
Amherst, NY 14228

Alba House Communications
2187 Victory Boulevard
Staten Island, NY 10314

Alba Quiroa
c/o NYS Division of Human Rights
65 Court Street, #506
Buffalo, NY 14202

Albert Turano
c/o Brown Chiari, LLP
Attn: David W. Olson, Esq.
2470 Walden Avenue
Buffalo, NY 14225

Alena Piccillo
c/o The Stamm Law Firm
Attn: Brian G. Stamm, Esq.
1127 Wehrle Drive, #100
Williamsville, NY 14221-5430

Allstate Sign and Plaque
70 Burt Drive
Deer Park, NY 11729-5744

ALPS Elevator Inspection Services, Inc.
P.O. Box 605
Buffalo, NY 14207-0605

Alviti Creations, Inc
385 John L Ditsch Boulevard
Attleboro Falls, MA 02763

Amanda Paradowski
493 Kohl Street
North Tonawanda, NY 14120

American Federation of Musicians
49988 Dingle Street
Ontario
N5H 2R1
CANADA

Amherst Alarm, Inc.
2361 Wehrle Drive
Amherst, NY 14221


Amherst Alarm, Inc.
435 Lawrence bell Drive
Amherst, NY 14221


Angelus Press
2915 Forest Avenue
Kansas City, MO 64109


Annin
P.O. Box 970076
Boston, MA 02297-0076


Arthur J. Gallagher Risk Management
   Services- White Plains
2 Westchester Park Dr.
White Plains, NY 10604


Artistic Manufacturing Corp.
602 Third Street SW
Altoona, IA 50009


Artye/Grosse
200 South Avenue 66
Los Angeles, CA 90042


AT&T
P.O. Box 6463
Carol Stream, IL 60197


Atwood-Hamlin Mfg.
5614 Kenosha Street
P.O. Box 578
Richmond, IL 60071


Autom
1013 Veterans Drive
Lewisburg, TN 37091


Ave Maria Press
P.O. Box 428
Notre Dame, IN 46556

```
B & H Photo
420 Ninth Avenue
New York, NY 10001


Bank Direct
150 North Field Drive
Suite 190
Lake Forest, IL 60045


Barton Cotton, RPS
Processing Center
P.O. Box 471380
Tulsa, OK 74174-1380


Beacon Builders/Allied
P.O. Box 418527
Boston, MA 02241-8527


Beacon Roofing Supply
P.O. Box 418527
Boston, MA 02241-8527


Bee Group Newspapers
5564 Main Street
Williamsville, NY 14221-5410


Beverly Matisz
c/o Ramos & Ramos
Attn: Joseph L. Nicastro, Esq.
37 Franklin Street, #1000
Buffalo, NY 14202


Bishop Timon High School
601 McKinley Parkway
Buffalo, NY 14220


Bison Elevator Service, Inc.
Ellicott Square Buiding
295 Main Street, #932
Buffalo, NY 14203


Blessed Sacrament RC Church
1035 Delaware AVenue
Buffalo, NY 14209
```

Bliss Manufacturing Co.
50 Bacon Street
P.O. Box 3440
Pawtucket, RI 02861-0998


BPK Enterprises, Inc.
89 Brandel Avenue
Lancaster, NY 14086


Buffalo Material Handling
125 Taylor Drive
Depew, NY 14043


Buffalo Water
281 Exchange Street
Buffalo, NY 14204


Buffalo Water
P.O. Box 18
Buffalo, NY 14240-0018


Butlak Ornamental Iron
513 Commercial Street
Farnham, NY 14061


C S Behler, Inc.
203 St. Mary's Street
Lancaster, NY 14086


Camcor, Inc.
2273 South Church Street
P.O. Box 1899
Burlington, NC 27216-1899


Carmelite Monastery
75 Carmel Road
Buffalo, NY 14214


Carolina Wholesale
Office Machine Company, Inc.
P.O. Box 60790
Charlotte, NC 28260

Cascades Recovery U.S., Inc.
3241 Walden Avenue
Depew, NY 14043


Cathedral Art Medal Co., Inc.
P.O. Box 6146
Providence, RI 02940-6146


Cathedral Candle Co.
510 Kirkpatrick Street
Syracuse, NY 13208-2100


Catholic Academy of West Buffalo
1069 Delaware Avenue
Buffalo, NY 14209


Catholic Book Publishing
77 West End Road
Totowa, NJ 07512


Catholic Cemeteries of the Roman
   Catholic Diocese of Buffalo, Inc.
4000 Elmwood Avenue
Buffalo, NY 14217


Catholic Purchasing Services
580 Washington Street
Newton, MA 02458


Cavanagh Company
610 Putnam Pike
Greenville, RI 02828


CDW Computer Centers, Inc.
75 Remittance Drive
Suite 1515
Chicago, IL 60675-1515


Chagall Design Limited
20625 Belshaw Avenue
Carson, CA 90746


Char-Lite Products, Inc.
2111 E. 11th Street
Tulsa, OK 74104

Chelus, Herdzik, Speyer & Monte PC
438 Main Street
Buffalo, NY 14202


Christ the King Parish
30 Lamarck Drive
Snyder, NY 14226


Christ the King Seminary
711 Knox Road
East Aurora, NY 14052


Chudy Paper
2615 Walden Avenue
Cheektowaga, NY 14225


Church of the Annunciation
7580 Clinton Street
Elma, NY 14059


Cintas
160 James E Casey Drive
Buffalo, NY 14206


Citrix Systems, Inc.
851 W. Cypress Creek Road
Fort Lauderdale, FL 33309-2009


City of Olean
P.O. Box 668
Olean, NY 14760


Cleve-Hill Tire and Auto
1050 Main Street
Buffalo, NY 14209


Copier Fax Business Technologies, Inc.
465 Endicott Street
Buffalo, NY 14203


Corey Auto Sales, Inc.
5230 Transit Road
Depew, NY 14043

```
Crystal Printing
P.O. Box 561
Buffalo, NY 14225-0561


D.P. Murphy Co., Inc.
945 Grand Boulevard
Deer Park, NY 11729-5707


Dadant
51 S. Second Street
Hamilton, IL 62341-1399


Davis Electrical Supply
24 Anderson Road
Buffalo, NY 14225


DC Supplies
7460 Warren Parkway, Suite 100
Frisco, TX 75034


De Lage Landen Financial Services, Inc.
1111 Old Eagle School Road
Wayne, PA 19087


Dell Financial Services
Payment Processing Center
P.O. Box 5275
Carol Stream, IL 60197-5275


Delta Development of Western NY, Inc.
525 Washington Street
Buffalo, NY 14203


Denise York
113 Bush Gardens
Alden, NY 14004


Devon Trading Corp.
5 Fairfield Road
North Caldwell, NJ 07006-4732
```

Dewanda Loatman
c/o Andrews Bernstein Maranto & Nicotra
Attn: Robert J. Maranto, Jr., Esq.
420 Frankliln Street
Buffalo, NY 14202

Diocesan Cemeteries
4000 Elmwood Avenue
Buffalo, NY 14217

Dival Safety Equipment, Inc.
1721 Niagara Street
North Buffalo, NY 14207

Dominican Nuns of the Perpetual Rosary
335 Doat Street
Buffalo, NY 14211

Donald Weigel
4189 Foxwood Lane
Williamsville, NY 14221

Downey-Goodlein Elevator Corp.
12 Pixley Industrial Pkwy.
Rochester, NY 14624

Doyle Security Systems
81 Benbro Drive
Buffalo, NY 14225

Eagle Systems, Inc.
2421 Harlem Road
Buffalo, NY 14225

Eaton Office Supply
180 John Glenn Drive
Amherst, NY 14228-2292

Elbers Landscape Service, Inc.
2900 Main Street
Buffalo, NY 14214

Emkay Candle Company
290 Elwood Davis Road
Suite 300
Liverpool, NY 13088


Empire Bronze Corporation
1130 North Ridge Avenue
Lombard, IL 60148


Enterprise Rent-A-Car
P.O. Box 843829
Kansas City, MO 64184-3829


Erie County Water Authority
295 Main Street
Room 350
Buffalo, NY 14240


Erie County Water Authority
P.O. Box 5148
Buffalo, NY 14240-5148


Evolve Technology Services
501 John James Audubon Parkway
Suite 201
Amherst, NY 14228


F & T Snowplowing & Removal, Inc.
118 Dubonnet Drive
Depew, NY 14043


F. C. Ziegler Co.
2111 E. 11th Street
Tulsa, OK 74104


F. J. Remey Co., Inc.
121 Willis Avenue
P.O. Box 589
Mineola, NY 11501-0589


Fatouma Mohamed
c/o Lipsitz Green Scime Cambria, LLP
Attn: Michael P. Steuermer, Esq.
42 Delaware Avenue, #120
Buffalo, NY 14202

FedEx Kinkos
P.O. Box 672085
Dallas, TX 75267-2085


FedEx Shipping
P.O. Box 371461
Pittsburgh, PA 15250-7461


Fireside Catholic Publishing
P.O. Box 780189
Wichita, KS 67278-0189


Flynn Manufacturing Co.
7166 North Saginaw Street
Mount Morris, MI 48458


Forum Communications Printing
4601 16th Avenue North
Fargo, ND 58107-2965


Franklin X McCormick, Inc.
7402 W. Becher Street
West Allis, WI 53219


Gallagher Elevator Company, Inc.
135 South Division Street
Buffalo, NY 14203


Ghent Manufacturing Inc.
2999 Henkle Drive
Lebanon, OH 45036


Globalquest Solutions
2813 Wehrle Drive, Suite 3
Williamsville, NY 14221


Good Shepard
5442 Tonawanda Creek Road
North Tonawanda, NY 14120


Guard Contracting Corporation
3755 River Road
Tonawanda, NY 14150

Harbro Church Arts, Inc.
231 Herbert Avenue
Box 776
Closter, NJ 07624-0776


Helen Yood
c/o NYS Division of Human Rights
65 Court Street, #506
Buffalo, NY 14202


Heritage Pipe Organs
1372 Clinton Street
Buffalo, NY 14206


Holy Trinity Parish
211 Eagle Street
Medina, NY 14103


Hon Company
c/o Eaton Office Supply
200 Oak Street
Muscatine, IA 52761


I.D. Booth, Inc.
620 William Street
P.O. Box 579
Elmira, NY 14902


Ignatius Press
P.O. Box 1339
Fort Collins, CO 80522


IMG, Inc. f/k/a Keystone Film Production
825 Main Street
Buffalo, NY 14203


Immaculate Conception
6 Maple Avenue
Wellsville, NY 14895-1594


Imperial Woodworks, Inc.
P.O. Box 7835
Waco, TX 76714-7835

J. S. Paluch Co., Inc.
World Library Publications
P.O. Box 2703
Schiller Park, IL 60176


Jack W Hunt & Associates, Inc.
1120 Liberty Building
424 Main Street
Buffalo, NY 14202


James Granville
c/o Lipsitz Green Scime Cambria, LLP
Attn: Thomas Mercure, Esq.
42 Delaware Avenue, #120
Buffalo, NY 14202


James Moroney, Inc.
670 East Airy Street
Suite 1
Norristown, PA 19401


Jeffery Polisoto
c/o Andrews Bernstein Maranto & Nicotra
Attn: Robert J. Maranto, Jr., Esq.
420 Franklin Street
Buffalo, NY 14202


Jennifer A. Mitchell, LPC
410 E. Taylor Street
Suite H
Griffin, GA 30224


Jennifer Sky
c/o John J. DelMonte, Esq.
2706 Pine Avenue
Niagara Falls, NY 14301


Jeweled Cross Company, Inc.
811 Park East Drive
Woonsocket, RI 02895


Jodi Martin
c/o Canter, Lukasik & Panepinto, P.C.
Attn: Michael V. Booth, Esq.
1600 Main Place Tower
Buffalo, NY 14202

John Kovach
c/o Lipsitz Green Scime Cambria, LLP
Attn: William P. Moore, Esq.
42 Delaware Avenue, #120
Buffalo, NY 14202


John Scholl
The Diocese of Buffalo, N.Y.
795 Main Street
Buffalo, NY 14203


Johnson Controls Fire Protection LP
6850 Main Street, Suite 3
Williamsville, NY 14221


Justin Steeg
767 Ridge Road
Buffalo, NY 14218


Karima Dunston
c/o Gelber & O'Connell, LLC
Attn: Kristopher A. Schwarzmueller, Esq
6512 Main Street
Buffalo, NY 14221


Kathryn Maraszek
120 Knox Road
East Aurora, NY 14052


Katie Prejean
817 5th Street
Lake Charles, LA 70601


Kemco Sales, LLC
119 Despatch Drive
East Rochester, NY 14445


KFI Seating
P.O. Box 3622
1533 Bank Street
Louisville, KY 40201-3622


Koley's
2951 Harney Street
Omaha, NE 68131

Kone Inc.
10 Pixley Industrial Pkwy.
Rochester, NY 14624


Krueger International
P.O. Box 204576
Dallas, TX 75320-4576


Latina Boulevard Foods
1 Scrivner Drive
Suite 1
Cheektowaga, NY 14227


Liguori
Attn: Diana Potts #802210
One Liguori Drive
Liguori, MO 63057


Linstar
430 Lawrence Bell Drive, Suit e1
Buffalo, NY 14221-7085


Liturgy Training Publications
3949 South Racine Avenue
Chicago, IL 60609


Loyola Press
P.O. Box 6692
Carol Stream, IL 60197-6692


Lucy Ippolito
c/o Law offices of Robert Berkun
Attn: Robert D. Berkun, Esq.
350 Main Street, Suite 2150
Buffalo, NY 14202


Ludlow Composites Corp.
P.O. Box 771956
Detroit, MI 48277-1956


Luis Molina Acedo, S.A.
Artistic Silver
Justo Dorado, 12
28040 Madrid
SPAIN

Lux Mundi
1595B Ocean Avenue
Suite 12
Bohemia, NY 11716


Luz M. Ramos
2 Kirby Avenue
Buffalo, NY 14218


LW Graphics
2175 Staley Road
Grand Island, NY 14072


M&T Bank
One M&T Plaza
Buffalo, NY 14203


M&T Bank
c/o Hodgson Russ, LLP
Attn: Garry M. Graber, Esq.
140 Pearl Street, Suite 100
Buffalo, NY 14202


MailFinance
478 Wheelers Farms Road
Milford, CT 06461


Main Ford General Supply
366 Lyell Avenue
Rochester, NY 14606


Malhame Company
180 Orville Drive
Bohemia, NY 11716


Malhame Vestment Company
290 Elwood Davis Road
Suite 300
Liverpool, NY 13088


Marian Equils
c/o Viola Cummings & Lindsay
Attn: Robert Viola, Esq.
770 Main Street
Niagara Falls, NY 14301

Mary Beth McCormick,, LMHC
713 Lake Street
Angola, NY 14006


Mary Ciulla
c/o Cellino & Barnes
Attn: Richard P. Amico, Esq.
350 Main Street, Suite 2500
Buffalo, NY 14202


Mary Lynch
c/o Farizzi & Barr, P.C.
Attn: Paul K. Barr, Esq.
2303 Pine Avenue
Niagara Falls, NY 14301


Mary Palmer
6188 Keller Avenue
Newfane, NY 14108


Matthew Kandefer Inc.
P.O. Box 1046
Tonawanda, NY 14151


McVan Company
35 Frank Mossberg Drive
Attleboro, MA 02703


MDS
P.O. Box 572152
Tarzana, CA 91357


Metlife
P.O. Box 8500-3895
Philadelphia, PA 19178-3895


Michael Saltarelli
c/o St. Francis of Assisi
144 Broad Street
Tonawanda, NY 14150


Monastery Icons
P.O. Box 1429
West Chester, OH 45071-1429

Morgan Services, Inc.
325 Louisiana Street
Buffalo, NY 14204-2508


N.A.C. Limited
Snowplowing Services
111 Fire Tower Road
Tonawanda, NY 14150


National Church Goods Assoc.
800 Roosevelt Road
Building C, Suite 312
Glen Ellyn, IL 60137


National Fuel
409 Main Street
Buffalo, NY 14203


National Fuel
P.O. Box 371835
Pittsburgh, PA 15250-7835


National Fuel Gas Distribution Corp.
6363 Main Street
Wiliamsville, NY 14221


National Fuel Gas Distribution Corp.
6363 Main Street
Williamsville, NY 14221


National Grid
300 Erie Boulevard West
Syracuse, NY 13202


National Grid
P.O. Box 11742
Newark, NJ 07101-4742


National Public Seating Corp.
149 Entin Road
Clifton, NJ 07014


Nelson Fine Art & Gifts
980 Lincoln Avenue
Steubenville, OH 43952

Network of Religious Communities
c/o Rev. Dr. G. Standord Bratton
1272 Delaware Avenue
Buffalo, NY 14209-2401


New York State Catholic Conference
465 State Street
Albany, NY 12203-1004


NewGeneration Software, Inc.
3835 North Freeway Boulevard, Suite 200
Sacramento, CA 95834


Newton Distributing Co., Inc.
245 West Distributing Company
Natick, MA 01760


Niagara Falls Water Board
745 Main Street
Niagara Falls, NY 14302


Niagara Falls Water Board
P.O. Box 1950
Niagara Falls, NY 14302-1950


North West Bank
P.O. Box 128
Warren, PA 16365


NYS Office of Parks, Recreation &
   Historic Preservation
625 Broadway
Albany, NY 12207


NYSEG
P.O. Box 5240
Binghamton, NY 13902


NYSEG
P.O. Box 847812
Boston, MA 02284-7812


Oasis Property Service LLC
1035 New Road
West Amherst, NY 14228

OCO International
P.O. Box 376
Newport, VT 05855


Office Depot
P.O. Box 633204
Cincinnati, OH 45263-3204


Omni Underwriting Managers LLC
P.O. Box 62937
Virginia Beach, VA 23466


One License, LLC
7343 S. Mason Avenue
Chicago, IL 60638


Orbis Books
P.O. Box 301
Maryknoll, NY 10545-0301


Oregon Catholic Press
P.O. Box 35147 #3368
Seattle, WA 98124-5147


Orkin
60 Earhart Drive, Suite 1
Amherst, NY 14221-7054


Orlandi Statuary, Inc.
1801 North Central Park Avenue
Chicago, IL 60647


Orville's Appliances
4555 N. Bailey Avenue
Amherst, NY 14226


Our Lady of Czestochowa RC Church
63 Center Avenue
North Tonawanda, NY 14120


Our Lady of Fatima Shrine
P.O. Box 167
Youngstown, NY 14174-0167

Our Lady of the Sacred Heart
3148 Abbott Road
Orchard Park, NY 14127


Our Lady of Victory Homes of Charity
780 Ridge Road
Lackawanna, NY 14218


Our Lady of Victory National Shrine
767 Ridge Road
Lackawanna, NY 14218


Our Sunday Visitor Publishing
P.O. Box 4013
Carol Stream, IL 60197-4013


P&A Administrative Services, Inc.
17 Court Street
Suite 500
Buffalo, NY 14202


P&A Group
17 Court Street
Suite 500
Buffalo, NY 14202


Paetec Communications, Inc.
300 Pearl Street
Buffalo, NY 14202


Paetec Communications, Inc.
600 Willowbrook Office Park
Fairport, NY 14450


Palm Gardens, Inc.
P.O. Box 428
1224 W. Business Highway 83
Alamo, TX 78516


Paul Weisenburger
105 Bernice Drive
Buffalo, NY 14225

Pauline Books and Media
50 Saint Paul's Avenue
Boston, MA 02130-3491


Paulist Press
997 Macarthur Boulevard
Mahwah, NJ 07430


PEMA USA LMII Corporation
13422 Clayton Road
Suite 201
Saint Louis, MO 63131-1008


Penco Products
P.O. Box 901176
Cleveland, OH 44190


Pep Industries
725 North Wisconson Avenue
Villa Park, IL 60181


Printery House
U.S. Highway 136 at County Road VV
P.O. Box 12
Conception, MO 64433


Progressive Bronze Products
3550 Spaulding Avenue
Chicago, IL 60618


Prosource
1667 Military Road, Building #2
Kenmore, NY 14217


Queen of Angels Parish
144 Warsaw Street
Lackawanna, NY 14218


R. J. Toomey Company
1013 Veterans Drive
Lewisburg, TN 37091


Random House, Inc.
P.O. Box 223384
Pittsburgh, PA 15251-2384

Religious Art Inc.
P.O. Box 458
170 Wilbur Place, Suite 400
Bohemia, NY 11716


RemotePC Division
26115 Mureau Road, Suite A
Calabasas, CA 91302


Republic Services
2321 Kenmore Avenue
Buffalo, NY 14203


Republic Services
P.O. Box 9001099
Louisville, KY 40290-1099


Republic Services
2321 Kenmore Avenue
Buffalo, NY 14207


Republic Services #111
P.O. Box 9001099
Louisville, KY 40290-1099


RGIS, LLC
2000 E. Taylor Road
Auburn Hills, MI 48326


Richard Malone
c/o The Diocese of Buffalo, N.Y.
795 Main Street
Buffalo, NY 14203


Riskonnect ClearSight LLC
P.O. Box 1500
Carol Stream, IL 60132


Rita Hayek
c/o Garas Law Firm, LLP
Attn: John C. Garas, Esq.
8203 Main Street, #13
Williamsville, NY 14221

Robert Barry
c/o Dolce Panepinto
Attn: Marc C. Panepinto, Esq.
1260 Delaware Avenue
Buffalo, NY 14209


Robert F. Gaiser, Inc.
Box 807
292 Main Street
Butler, NJ 07405


Robert L. Kistler Service Corp.
300 Mile Crossing Boulevard
Rochester, NY 14624


Robert Smith Furniture
1013 Veterans Drive
Lewisburg, TN 37901


Roman Catholic Diocese of Albany
40 North Main Avenue
Albany, NY 12203


Roman, Inc.
8027 Solutions Center
Chicago, IL 60677-8000


Rufus Cole Jr.
141 Orleans Street
Buffalo, NY 14216


Ryan Services, LLC d/b/a Upstate Repairs
325 Fletcher Street
Tonawanda, NY 14150


Sacred Heart of Jesus
5337 Genesee Street
Bowmansville, NY 14026-1098


Safeguard
P.O. Box 88043
Chicago, IL 60680-1043

Safespan Scaffolding, LLC
252 Fillmore Avenue
Tonawanda, NY 14150


Sage Software, Inc.
14855 Collections Center Drive
Chicago, IL 60693


Saint Mary's Place
702 Terrace Heights
Winona, MN 55987-1320


Samuel's Grande Manor
8750 Main Street
Williamsville, NY 14221


San Francis Imports
9265 Borden Avenue
Sun Valley, CA 91352


Schindler Elevator Corporation
80 Curtwright Drive, Suite 3
Williamsville, NY 14221-7055


School Specialty Inc.
32656 Collection Center Drive
Chicago, IL 60693


Shannon Rounseville
c/o Cellino & Barnes
Attn: Richard P. Amico, Esq
350 Main Street, Suite 2500
Buffalo, NY 14202


Sheila Dunnigan
c/o Law Offices of Robert Berkun
Attn: Robert D. Berkun, Esq.
350 Main Street, Suite 2150
Buffalo, NY 14202


Sherwin Williams Co.
1470 Main Street
Buffalo, NY 14209

Singer Company
520 South Fulton Street
Mount Vernon, NY 10550


Slabbinck Art Studio
Lieven Bauwensstraat
8200 Bruges
Belgium


Solar Liberty
6500 Sheridan Drive
Suite 120
Buffalo, NY 14221


Solivari S. R. L.
Via A Corti, 29
24126 Bergamo
ITALY


Sophia Institute Press
Box 5284
Manchester, NH 03108


Spectrum
4145 S. Falenburg Road
Riverview, FL 33578


Spirit Catalog Group
3 Blacksmith Lane
East Northport, NY 11731


Sports Supply Group
P.O. Box 660176
Dallas, TX 75266-0176


SRI Tax Consulting
40 Sandelwood Drive
Getzville, NY 14068


St. Aloysius Parish
190 Franklin Street
Springville, NY 14141

St. Andrew's Roman Catholic Church
Society of Town of Tonawanda, NY Inc.
1525 Sheridan Drive
Buffalo, NY 14217


St. Anthony of Padua Parish
160 Court Street
Buffalo, NY 14202


St. Benedict Parish
1317 Eggert Road
Eggertsville, NY 14226


St. Benedict Roman Catholic Church
1317 Eggert Road
Buffalo, NY 14226


St. Gianna Moolla Pregnancy Outreach
Chautauqua County Satellite
32 Moore Avenue
Fredonia, NY 14063


St. Isaac of Syria Skete
25266 Pilgrims Way
Boscobel, WI 53805


St. John de LaSalle
8477 Buffalo Avenue
Niagara Falls, NY 14304


St. John Kanty Roman Catholic Society
101 Swinburne Street
Buffalo, NY 14212


St. John Neumann
P.O. Box 9
Strykersville, NY 14145


St. John the Baptist School
1085 Englewood Avenue
Buffalo, NY 14223-1982


St. Joseph Parish
145 East Main Street
Fredonia, NY 14063

St. Leo the Great Parish
885 Sweet Home Road
Amherst, NY 14226


St. Martin of Tours
1140 Abbott Road
Buffalo, NY 14220-2794


St. Mary of the Angels Parish
202 S. Union Street
Olean, NY 14760


St. Paul Parish
33 Victoria Boulevard
Kenmore, NY 14217


St. Peter's Hospital
800 Niagara Falls Boulevard
North Tonawanda, NY 14120


St. Philip the Apostle Parish
950 Losson Road
Cheektowaga, NY 14227


St. Raphael Parish
3840 Macklem Avenue
Niagara Falls, NY 14305-1897


St. Stanislaus Church Society
123 Townsend Street
Buffalo, NY 14212


Stonish's Lawn Care & Snowplowing
79 Meyer Road
Amherst, NY 14226


Sudbury Brass Goods Co., Inc.
c/o Christian Brands
1013 Veterans Drive
Lewisburg, TN 37091


Sullivan's Cleaning & Restoration Serv.
315 Daniel Drive
North Tonawanda, NY 14120

Surdej Web Solutions
6 Village View
Lancaster, NY 14086


Sysco Food Services of Syracuse
2508 Warners Road
Warners, NY 13164


Tan Books and Publishers
P.O. Box 410487
Charlotte, NC 28241


Terra Sancta Guild
2031 Stout Drive, Unit 1
Warminster, PA 18974


The Buffalo News
One News Plaza
P.O. Box 100
Buffalo, NY 14240


The Hermitage Art Company, Inc.
P.O. Box 2499
Anderson, IN 46018


The Home Depot
Dept. 32-2505082358
P.O. Box 78047
Phoenix, AZ 85062-8047


The Kaufer Co.
5201 4th Avenue South
Seattle, WA 98108


The Leaflet Missal Company
976 W. Minnehaha Avenue
Saint Paul, MN 55104


The Liturgical Press
P.O. Box 7500
Collegeville, MN 56321-7500

The Province of the Most Holy
  Name of Jesus, NY
5877 Birch Court
Oakland, CA 94618


ThyssenKrupp Elevator
245 Summit Point Drive, Suite 2-B
Henrietta, NY 14467


Tierranet
P.O. Box 502010
San Diego, CA 92150-2010


Time Warner Cable
4145 S. Falkenburg Road
Riverview, FL 33578


Time Warner Cable
P.O. Box 70872
Charlotte, NC 28272-0872


Time Warner Cable
1900 Blue Crest Lane
San Antonio, TX 78247


Time Warner Cable
P.O. Box 177
Fredonia, NY 14063-1993


Time Warner Cable
P.O. Box 4617
Carol Stream, IL 60167-4617


Time Warner Cable Business Class
6601 Kirkville Road
East Syracuse, NY 13057


Timothy and Kay Zayac
c/o Muscato, DiMillo & Vona, LLP
Attn: George V.C. Muscato, Esq.
107 East Avenue
Lockport, NY 14094

Tops Markets LLC
6592 Paysphere Circle
Chicago, IL 60674-3249


Trane U.S. Inc.
45 Earhart Drive
Suite 103
Buffalo, NY 14221-7809


Tri-Delta Resources
15 North Street
Canandaigua, NY 14424


TruGreen Commercial
100 Mid County Drive
Orchard Park, NY 14127


Turf Tec of W.N.Y., Inc.
6095 Lockport Road
Lockport, NY 14094


U. S. Food Service, Inc. - Cash & Carry
136 Niagara Frontier Food Terminal
Buffalo, NY 14206


UB Sports Properties, LLC
UBSP c/o University of Buffalo
Division of Athletics
102 Alumni Area
Buffalo, NY 14260


Uline
P.O. Box 88741
Chicago, IL 60680-1741


Unicom Protection, Inc.
1806 East Avenue
Rochester, NY 14610


Unifirst Corporation
3999 Jeffrey Boulevard
Buffalo, NY 14219

United Parcel Service
P.O. Box 809488
Chicago, IL 60680-9488


USCCB
P.O. Box 96429
Washington, DC 20090-6429


Valvoline Instant Oil Change
Buffalo Lube Associates LP
90 Earhart Drive, Suite 4
Williamsville, NY 14221


Veritas Polska, Inc.
13059 Ventura Boulevard
Studio City, CA 91604


Verizon
500 Technology Drive
Suite 500
Spring, MO 63304


Verizon
P.O. Box 15124
Albany, NY 12212-5124


Veteran's Seasonal Services
6138 Versailles Road
Lake View, NY 14085


Virco Manufacturing Corp.
P.O. Box 677610
Dallas, TX 75267-7610


Vitec Solutions, LLC
611 Jamison Road, Suite 4104
Elma, NY 14059


Waddell
P.O. Box 18
Greenfield, OH 45123


Walsh Duffield Companies, Inc.
801 Main Street
Buffalo, NY 14203

Weaver Metal & Roofing Inc.
40 Appenheimer Avenue
Buffalo, NY 14214


Wegman's Food Markets, Inc.
P.O. Box 92217
Rochester, NY 14692-0217


West-Herr Automotive Group
P.O. Box 1998
Blasdell, NY 14219


Wilcro, Inc.
90 Earhart Drive, Suite 19
Williamsville, NY 14221


Will and Baumer
1013 Veterans Drive
Lewisburg, TN 37091


William J. Hirten Company, LLC
96 Frank Mossberg Drive
Attleboro, MA 02703


Windstream
P.O. Box 3177
Cedar Rapids, IA 52406


Windstream
P.O. Box 9001013
Louisville, KY 40290-1013


Wittburn Enterprises, Inc.
36 Cyprus Street
Buffalo, NY 14204


Wittburn Enterprises, Inc.
P.O. Box 1122
Buffalo, NY 14205


WIX.com, Inc.
500 Tery A Francois Blvd.
Floor 6
San Francisco, CA 94158-2230

Woerner Industries, Inc.
485 Hague Street
Rochester, NY 14606


Xtreme Discount Mattress
3514 Delaware Avenue
Kenmore, NY 14217

# FORM G

## United States Bankruptcy Court
### Western District of New York

In re    The Diocese of Buffalo, N.Y.                  Case No. _____

                                         Debtor(s)          Chapter    11

## DECLARATION RE: ELECTRONIC FILING OF
## PETITION, SCHEDULES & STATEMENTS

### PART I - DECLARATION OF PETITIONER

I (WE) __Charles Mendolera__ and _____, the undersigned debtor(s), *hereby declare under penalty of perjury* that the information provided in the electronically filed petition, statements, and schedules is true and correct and that I signed these documents prior to electronic filing. I consent to my attorney sending my petition, statements and schedules to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be executed at the First Meeting of Creditors and filed with the Trustee. I understand that failure to file the signed original of this DECLARATION may cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice. I (we) further declare under penalty of perjury that I (we) signed the original Statement of Social Security Number(s), (Official Form B21) prior to the electronic filing of the petition and have verified the 9-digit social security number displayed on the Notice of Meeting of Creditors to be accurate.

☐      If petitioner is an individual whose debts are primarily consumer debts and who has chosen to file under a chapter: I am aware that I may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, understand the relief available under each chapter, and choose to proceed under this chapter. I request relief in accordance with the chapter specified in this petition. I (WE) ____ and ____, the undersigned debtor(s), *hereby declare under penalty of perjury* that the information provided in the electronically filed petition, statements, and schedules is true and correct.

☑      If petitioner is a corporation or partnership: I declare under penalty of perjury that the information provided in the electronically filed petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

☐      If petitioner files an application to pay filing fees in installments: I certify that I completed an application to pay the filing fee in installments. I am aware that if the fee is not paid within 120 days of the filing date of filing the petition, the bankruptcy case may be dismissed and, if dismissed, I may not receive a discharge of my debts.

Dated:     February 28, 2020

Signed:    /s/ Charles Mendolera _____           _____
            Charles Mendolera
            (Applicant)                                (Joint Applicant)

### PART II - DECLARATION OF ATTORNEY

I *declare under penalty of perjury* that the debtor(s) signed the petition, schedules, statements, etc., including the Statement of Social Security Number(s), Official Form B21, before I electronically transmitted the petition, schedules, and statements to the United States Bankruptcy Court, and have followed all other requirements in Administrative Orders and Administrative Procedures, including submission of the electronic entry of the debtor(s) Social Security number into the Court's electronic records. If an individual, I further declare that I have informed the petitioner (if an individual) that [he or she] may qualify to proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each chapter. This declaration is based on the information of which I have knowledge.

Dated:     February 28, 2020                  /s/ Stephen A. Donato _____
                                        Stephen A. Donato
                                        Attorney for Debtor(s)

                                         Address of Attorney
                                         One Lincoln Center
                                         Syracuse, NY 13202
                                         (315) 218-8000 Fax:(315) 218-8100
                                         sdonato@bsk.com