# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Unsecured claim |
|---|---|---|---|---|
| M&T Bank<br>One M&T Plaza<br>Buffalo, NY 14203 | Hodgson Russ LLP<br>Attn: Garry M. Graber, Esq.<br>140 Pearl Street, Suite 100<br>Buffalo, NY 14202<br>(716) 848-1273 | | Contingent | $1,600,000.00 |
| AB 55 Doe | Jeff Anderson & Associates, P.A.<br>Attn: Jeffrey R. Anderson, Esq.<br>52 Duane Street, 7th Floor<br>New York, NY 10007<br>(888) 920-9258<br><br>Law Offices of Steve Boyd & John Elmore<br>Attn: Stephen Boyd, Esq.<br>40 North Forest Road<br>Buffalo, NY 14221<br>(716) 400-0000 | CVA lawsuit | Contingent<br>Unliquidated<br>Disputed | $100,000.00 |
| AB 131 Doe | Jeff Anderson & Associates, P.A.<br>Attn: Jeffrey R. Anderson, Esq.<br>52 Duane Street, 7th Floor<br>New York, NY 10007<br>(888) 920-9258<br><br>Law Offices of Steve Boyd & John Elmore<br>Attn: Stephen Boyd, Esq.<br>40 North Forest Road<br>Buffalo, NY 14221<br>(716) 400-0000 | CVA lawsuit | Contingent<br>Unliquidated<br>Disputed | $100,000.00 |

| | | | | Unsecured claim |
|---|---|---|---|---|
| AB 97 Doe | Jeff Anderson & Associates, P.A.<br>Attn: Jeffrey R. Anderson, Esq.<br>52 Duane Street, 7th Floor<br>New York, NY 10007<br>(888) 920-9258<br><br>Law Offices of Steve Boyd & John Elmore<br>Attn: Stephen Boyd, Esq.<br>40 North Forest Road<br>Buffalo, NY 14221<br>(716) 400-0000 | CVA lawsuit | Contingent<br>Unliquidated<br>Disputed | $100,000.00 |
| AB 49 Doe | Jeff Anderson & Associates, P.A.<br>Attn: Jeffrey R. Anderson, Esq.<br>52 Duane Street, 7th Floor<br>New York, NY 10007<br>(888) 920-9258<br><br>Law Offices of Steve Boyd & John Elmore<br>Attn: Stephen Boyd, Esq.<br>40 North Forest Road<br>Buffalo, NY 14221<br>(716) 400-0000 | CVA lawsuit | Contingent<br>Unliquidated<br>Disputed | $100,000.00 |
| [redacted] | Law Offices of Mitchell Garabedian, Esq.<br>Attn: Mitchell Garabedian, Esq.<br>100 State Street, 6th Floor<br>Boston, MA 02109<br>(617) 523-6250 | CVA lawsuit | Contingent<br>Unliquidated<br>Disputed | $100,000.00 |
| [redacted] | Law Offices of Mitchell Garabedian, Esq.<br>Attn: Mitchell Garabedian, Esq.<br>100 State Street, 6th Floor<br>Boston, MA 02109<br>(617) 523-6250 | CVA lawsuit | Contingent<br>Unliquidated<br>Disputed | $100,000.00 |
| [redacted] | Pfau Cochran Vertetis Amala PLLC<br>Attn: Michael T. Pfau, Esq.<br>403 Columbia Street, Suite 500<br>Seattle, WA 98104<br>(206) 462-4334 | CVA lawsuit | Contingent<br>Unliquidated<br>Disputed | $100,000.00 |
| [redacted] | Pfau Cochran Vertetis Amala PLLC<br>Attn: Michael T. Pfau, Esq.<br>403 Columbia Street, Suite 500<br>Seattle, WA 98104<br>(206) 462-4334 | CVA lawsuit | Contingent<br>Unliquidated<br>Disputed | $100,000.00 |
| [redacted] | HoganWillig, PLLC<br>Attn: William A. Lorenz, Esq.<br>2410 North Forest Road, Suite 301<br>Amherst, NY 14068<br>(716) 636-7600 | CVA lawsuit | Contingent<br>Unliquidated<br>Disputed | $100,000.00 |

| | | | | Unsecured claim |
|---|---|---|---|---|
| ▓▓▓▓▓▓ | Meyers Buth Law Group PLLC<br>Attn: Patrick J. Maloney, Esq.<br>21 Princeton Place, Suite 105<br>Orchard Park, NY 14127<br>(716) 508-8598 | CVA lawsuit | Contingent<br>Unliquidated<br>Disputed | $100,000.00 |
| ▓▓▓▓▓▓ | Parker Waichman LLP<br>Attn: Brett A. Zekowski, Esq.<br>6 Harbor Park Drive<br>Port Washington, NY 11050<br>(516) 466-6500 | CVA lawsuit | Contingent<br>Unliquidated<br>Disputed | $100,000.00 |
| LG 26 Doe | Lipsitz Green Scime Cambria, LLP<br>Attn: Richard P. Weisbeck, Jr., Esq.<br>42 Delaware Avenue, Suite 120<br>Buffalo, NY 14202<br>(716) 849-1333<br><br>Laura A. Ahearn, Esq., PLLC<br>Attn: Laura A. Ahearn, Esq.<br>3075 Veterans Memorial Highway, Suite 200<br>Ronkonkoma, NY 11779<br>(844) 524-3276 | CVA lawsuit | Contingent<br>Unliquidated<br>Disputed | $100,000.00 |
| LG 29 Doe | Lipsitz Green Scime Cambria, LLP<br>Attn: Richard P. Weisbeck, Jr., Esq.<br>42 Delaware Avenue, Suite 120<br>Buffalo, NY 14202<br>(716) 849-1333<br><br>Laura A. Ahearn, Esq., PLLC<br>Attn: Laura A. Ahearn, Esq.<br>3075 Veterans Memorial Highway, Suite 200<br>Ronkonkoma, NY 11779<br>(844) 524-3276 | CVA lawsuit | Contingent<br>Unliquidated<br>Disputed | $100,000.00 |
| PB-3 Doe | Fanizzi & Barr, P.C.<br>Attn: Paul K. Barr, Esq.<br>2303 Pine Avenue<br>Niagara Falls, NY 14301<br>(716) 284-8888<br><br>Phillips & Paolicelli, LLP<br>Attn: Diane M. Paolicelli, Esq.<br>747 3rd Avenue, 6th Floor<br>New York, NY 10017<br>(212) 388-5100 | CVA lawsuit | Contingent<br>Unliquidated<br>Disputed | $100,000.00 |

| Debtor | The Diocese of Buffalo, N.Y. | Case number (if known) | | |
|---|---|---|---|---|
| Name | | | | |

| | | | | Unsecured claim |
|---|---|---|---|---|
| PB-4 Doe | Fanizzi & Barr, P.C.<br>Attn: Paul K. Barr, Esq.<br>2303 Pine Avenue<br>Niagara Falls, NY 14301<br>(716) 284-8888<br><br>Phillips & Paolicelli, LLP<br>Attn: Diane M. Paolicelli, Esq.<br>747 3rd Avenue, 6th Floor<br>New York, NY 10017<br>(212) 388-5100 | CVA lawsuit | Contingent<br>Unliquidated<br>Disputed | $100,000.00 |
| PSAS-03 Doe | Pusatier, Sherman, Abbott & Sugarman, LLP<br>Attn: Stephen F. Pusatier, Esq.<br>2464 Elmwood Avenue<br>Buffalo, NY 14212<br>(716) 873-6765 | CVA lawsuit | Contingent<br>Unliquidated<br>Disputed | $100,000.00 |
| CF-6 Doe | Chiacchia and Fleming LLP<br>Attn: Daniel J. Chiacchia, Esq.<br>5113 South Park Avenue<br>Hamburg, NY 14075<br>(716) 608-5595 | CVA lawsuit | Contingent<br>Unliquidated<br>Disputed | $100,000.00 |
| W.D | Herman Law Firm, P.A.<br>Attn: Stewart S. Mermelstein, Esq.<br>5200 Town Center, Suite 540<br>Boca Raton, FL 33431<br>(800) 686-9921 | CVA lawsuit | Contingent<br>Unliquidated<br>Disputed | $100,000.00 |
| G.D. | Merson Law, PLLC<br>Attn: Jordan K. Merson, Esq.<br>150 Esat 58th Street, Floor 34<br>New York, NY 10155<br>(212) 603-9100 | CVA lawsuit | Contingent<br>Unliquidated<br>Disputed | $100,000.00 |

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule
- ■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    2-24-20      X /s/ signature

Signature of individual signing on behalf of debtor

Charles Mendolera
Printed name

Executive Director of Financial Administration
Position or relationship to debtor