UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re: )
 )
 ) Case No. 20- 10322
The Diocese of Buffalo, N.Y., )
 ) Chapter 11
 Debtor. )
 )
 )

## CERTIFICATION OF 20 LARGEST UNSECURED CREDITOR MAILING MATRIX

I, Charles Mendolera, Executive Director of Financial Administration of The Diocese of Buffalo, N.Y., hereby certify under the penalties of perjury that the attached mailing matrix contains creditors holding the 20 largest unsecured claims[1] with correct names, addresses and zip codes, as they appear on the schedules of liabilities, list of creditors and list of equity security holders (or any amendment thereto).

Dated: February 28, 2020

Charles Mendolera
Executive Director of Financial Administration

---

[1] For the purposes of the Diocese's schedules of liabilities, all claims asserted under the New York Child Victim's Act ("CVA Claims") have been estimated at $100,000. The CVA Claims listed on the attached list comprise a representative sample of CVA Claims asserted against the Diocese.

3502416.1

M&T Bank
One M&T Plaza
Buffalo, NY 14203

M&T Bank
c/o Hodgson Russ LLP
Attn: Garry M. Graber, Esq.
140 Pearl Street, Suite 100
Buffalo, NY 14202

AB 55 Doe
c/o Jeff Anderson & Associates, P.A.
Attn: Jeffrey R. Anderson, Esq.
52 Duane Street, 7th Floor
New York, NY 10007

AB 55 Doe
c/o Law Offices of Steve Boyd & John Elmore
Attn: Stephen Boyd, Esq.
40 North Forest Road
Buffalo, NY 14221

AB 131 Doe
c/o Jeff Anderson & Associates, P.A.
Attn: Jeffrey R. Anderson, Esq.
52 Duane Street, 7th Floor
New York, NY 10007

AB 131 Doe
c/o Law Offices of Steve Boyd & John Elmore
Attn: Stephen Boyd, Esq.
40 North Forest Road
Buffalo, NY 14221

AB 97 Doe
c/o Jeff Anderson & Associates, P.A.
Attn: Jeffrey R. Anderson, Esq.
52 Duane Street, 7th Floor
New York, NY 10007

AB 97 Doe
c/o Law Offices of Steve Boyd & John Elmore
Attn: Stephen Boyd, Esq.
40 North Forest Road
Buffalo, NY 14221

AB 49 Doe
c/o Jeff Anderson & Associates, P.A.
Attn: Jeffrey R. Anderson, Esq.
52 Duane Street, 7th Floor
New York, NY   10007

AB 49 Doe
c/o Law Offices of Steve Boyd & John Elmore
Attn: Stephen Boyd, Esq.
40 North Forest Road
Buffalo, NY   14221

██████████
c/o Law Offices of Mitchell Garabedian, Esq.
Attn: Mitchell Garabedian, Esq.
100 State Street, 6th Floor
Boston, MA   02109

██████████
c/o Law Offices of Mitchell Garabedian, Esq.
Attn: Mitchell Garabedian, Esq.
100 State Street, 6th Floor
Boston, MA   02109

██████████
c/o Pfau Cochran Vertetis Amala PLLC
Attn: Michael T. Pfau, Esq.
403 Columbia Street, Suite 500
Seattle, WA   98104

██████████
c/o Pfau Cochran Vertetis Amala PLLC
Attn: Michael T. Pfau, Esq.
403 Columbia Street, Suite 500
Seattle, WA   98104

██████████
c/o HoganWillig, PLLC
Attn: William A. Lorenz, Esq.
2410 North Forest Road, Suite 301
Amherst, NY   14068

3503514.1 2/27/2020

██████████

c/o Meyers Buth Law Group PLLC
Attn: Patrick J. Maloney, Esq.
21 Princeton Place, Suite 105
Orchard Park, NY 14127

██████████

c/o Parker Waichman LLP
Attn: Brett A. Zekowski, Esq.
6 Harbor Park Drive
Port Washington, NY 11050

LG 26 Doe
c/o Lipsitz Green Scime Cambria LLP
Attn: Richard P. Weisbeck, Jr., Esq.
42 Delaware Avenue, Suite 120
Buffalo, NY 14202

LG 26 Doe
c/o Laura A. Ahearn, Esq., PLLC
Attn: Laura A. Ahearn, Esq.
3075 Veterans Memorial Highway, Suite 200
Ronkonkoma, NY 11779

LG 29 Doe
c/o Lipsitz Green Scime Cambria LLP
Attn: Richard P. Weisbeck, Jr., Esq.
42 Delaware Avenue, Suite 120
Buffalo, NY 14202

LG 29 Doe
c/o Laura A. Ahearn, Esq., PLLC
Attn: Laura A. Ahearn, Esq.
3075 Veterans Memorial Highway, Suite 200
Ronkonkoma, NY 11779

PB-3 Doe
c/o Fanizzi & Barr, P.C.
Attn: Paul K. Barr, Esq.
2303 Pine Avenue
Niagara Falls, NY 14301

3503514.1 2/27/2020

PB-3 Doe
Phillips & Paolicelli, LLP
Attn: Diane M. Paolicelli, Esq.
747 3rd Avenue, 6th Floor
New York, NY   10017

PB-4 Doe
c/o Fanizzi & Barr, P.C.
Attn: Paul K. Barr, Esq.
2303 Pine Avenue
Niagara Falls, NY   14301

PB-4 Doe
Phillips & Paolicelli, LLP
Attn: Diane M. Paolicelli, Esq.
747 3rd Avenue, 6th Floor
New York, NY   10017

PSAS-03 Doe
c/o Pusatier, Sherman, Abbott & Sugarman, LLP
Attn: Stephen F. Pusatier, Esq.
2464 Elmwood Avenue
Buffalo, NY   14212

CF-6 Doe
c/o Chiacchia and Fleming LLP
Attn:  Daniel J. Chiacchia, Esq.
5113 South Park Avenue
Hamburg, NY   14075

W.D.
c/o Herman Law Firm, P.A.
Attn: Stewart S. Mermelstein, Esq.
5200 Town Center, Suite 540
Boca Raton, FL   33431

G.D.
c/o Merson Law, PLLC
Attn:  Jordan K. Merson, Esq.
150 East 58th Street, Floor 34
New York, NY   10155

3503514.1 2/27/2020