UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:
    The Diocese of Buffalo, N.Y.         Case No.: 20-10322- CLB

                                        **(Chapter 11)**

**Debtor in Possession**

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE** that pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure[1], New York State Attorney General Letitia James, hereby files this Notice of Appearance and Request For Service of Notices and Pleadings on behalf of the People of the State of New York[2], a party in interest is the above captioned bankruptcy case ("Case"), and does hereby request that all notices required to be given under Rule 2002, including notices under Rule 2002(i) that, but for this request, would be provided only to committees appointed pursuant to Title 11, U.S.C. § 101 et. seq. or their authorized agents, and all papers served or required to be served in this Case and any related adversary proceeding, be given to and served upon:

        Louis J. Testa, Esq.
        Assistant Attorney General
        Office of the New York State Attorney General
        Civil Recoveries Bureau, Bankruptcy Litigation Unit
        The Capitol
        Albany, New York 12224-0341

---

[1] Unless otherwise stated, all references to "Rule" shall mean the Federal Rules of Bankruptcy Procedure.
[2] Does not include New York State Agencies, municipalities and quasi-governmental units.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in Rule 2002 but also includes, without limitation, notices of any applications, motions, orders, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, disclosure statements, plans of reorganization, or any other document brought before this Court with respect to this Case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, electronic transmission or otherwise. The Clerk of the Court is requested to place the names and addresses of counsel as set forth in this Notice on any Master Service List in this Case.

Dated: March 3, 2020
      Albany, New York

                                         Respectfully submitted,
                                         Letitia James
                                         Attorney General of the State of New York


                                         By:/s/ Louis J. Testa
                                         Louis J. Testa, Esq.
                                         Assistant Attorney General
                                         Civil Recoveries Bureau
                                         Bankruptcy Litigation Unit
                                         The Capitol
                                         Albany, New York 12224-0341
                                         Telephone: (518) 776-2607
                                         Email: Louis.Testa@ag.ny.gov

# CERTIFICATE OF SERVICE

I, Louis J. Testa of the NYS Office of the Attorney General, hereby certify that on the 3rd day of March, 2020, I electronically filed the annexed Notice of Appearance and Request for Service of Notices and Pleadings ("Notice") with the Clerk of the Bankruptcy Court for the Western District of New York, using the CM/ECF system, and hereby certify that on the 3rd day of March, 2020 I mailed a copy of the Notice, via regular U.S. mail, postage prepaid, to the following entities:

| | |
|---|---|
| Stephen A. Donato, Esq. | Joseph W. Allen, Esq. |
| Bond, Schoeneck & King, PLLC | Office of the U.S. Trustee |
| One Lincoln Center | Olympic Towers |
| Syracuse, New York 13202-1355 | 300 Pearl Street – Suite 401 |
| (*Attorneys for Debtor in Possession*) | Buffalo, New York 14202 |
| | (*U.S. Trustee*) |

Dated: March 3, 2020
      Albany, New York

    /s/Louis J. Testa
    Louis J. Testa