UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 20-10322 |
| The Diocese of Buffalo, N.Y., | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

## SCHEDULES OF ASSETS AND LIABILITIES FOR
## THE DIOCESE OF BUFFALO, N.Y.
## (CASE NO. 20-10322)

Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** | UNDETERMINED |
| Copy line 88 from Schedule A/B | |
| 1b. **Total personal property:** | $31,105,169.28 |
| Copy line 91A from Schedule A/B | |
| 1c. **Total of all property:** | UNDETERMINED |
| Copy line 92 from Schedule A/B | |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

$8,036,881.00

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | |
|---|---|
| 3a. **Total claim amounts of priority unsecured claims:** | $0.00 |
| Copy the total claims from Part 1 from line 5a of Schedule E/F | |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** | $421,123.25 |
| Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | |

**4. Total Liabilities**
Lines 2 + 3a + 3b

$8,458,004.25

**Fill in this information to identify the case:**

Debtor name: The Diocese of Buffalo, N.Y.

United States Bankruptcy Court for the: Western District of New York

Case number: 20-10322

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 | | | $3,125.00 |

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
|---|---|---|---|---|
| 3.1 | BANK OF AMERICA | CHECKING | 2016 | $57,166.61 |
| 3.2 | HSBC BANK | CHECKING | 9447 | $1,029,032.84 |
| 3.3 | HSBC BANK | CHECKING | 7226 | $13,924.28 |
| 3.4 | HSBC BANK | CHECKING | 4140 | $5,380.27 |
| 3.5 | HSBC BANK | CHECKING | 4174 | $862.96 |
| 3.6 | M&T BANK | CHECKING | 1200 | $243,738.42 |
| 3.7 | M&T BANK | CHECKING | 5004 | $152,621.19 |
| 3.8 | M&T BANK | CHECKING | 1862 | $9,937.30 |
| 3.9 | M&T BANK | CHECKING | 1539 | $9,581.32 |

| 3.10 | M&T BANK | CHECKING | 1547 | $2,186.00 |
|---|---|---|---|---|

| 3.11 | M&T BANK | CHECKING | 2836 | $0.00 |
|---|---|---|---|---|

**4. Other cash equivalents** *(Identify all)*

| 4.1 | | $0.00 |
|---|---|---|

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $1,527,556.19 |
|---|

## Part 2: Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1 | STATE NATIONAL PRE-PAID INSURANCE | $42,103.00 |
|---|---|---|

| 7.2 | CHUBB PRE-PAID INSURANCE | $40,175.33 |
|---|---|---|

| 7.3 | PEX DEBIT CARD | $88,625.00 |
|---|---|---|

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1 | | $0.00 |
|---|---|---|

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

| $170,903.33 |
|---|

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|---|

**11. Accounts receivable**

| 11a. | 90 days old or less: | $884,511.00 | − | $0.00 | = ........ ➔ | $884,511.00 |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |
| 11b. | Over 90 days old: | $20,076,040.00 | − | $18,776,138.70 | = ........ ➔ | $1,299,901.30 |
| | | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | $2,184,412.30 |
|---|---|

## Part 4: Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

| 14.1 | | | $0.00 |
|---|---|---|---|

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity: % of ownership:

| 15.1 | ST. JOSEPH INVESTMENT FUND -CENTRAL ADMIN OFFICES-SEMINARIAN | 100% | | $4,817,185.95 |
|---|---|---|---|---|
| 15.2 | ST. JOSEPH INVESTMENT FUND - CENTRAL ADMIN OFFICE-INSURANCE | 100% | | $4,243,614.05 |
| 15.3 | ST. JOSEPH INVESTMENT FUND - CAO-CHARITABLE GIFT ANNUITIES | 100% | | $522,270.25 |
| 15.4 | ST. JOSEPH INVESTMENT FUND - CAO-UNRESTRICTED NET ASSETS LT | 100% | | $9,547,421.31 |
| 15.5 | M&T BANK - DEPOSIT ACCOUNT PLEDGED FOR WORKERS' COMPENSATION LETTER OF CREDIT | 100% | | $5,100,000.00 |
| 15.6 | DEPOSIT WITH NEW YORK STATE WORKERS' COMPENSATION BOARD | 100% | | $2,100,000.00 |

| | | | | |
|---|---|---|---|---|
| 15.7 | CHRISTIAN BROTHERS - RESTRICTED FUNDS FOR CHARITABLE GIFT ANNUITY PROGRAM | 100% | | $403,300.00 |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| | | | |
|---|---|---|---|
| 16.1 | | | $0.00 |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$26,733,791.56

---

**Part 5:   Inventory, excluding agriculture assets**

---

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 | | $ | | $0.00 |
| **20. Work in progress** | | | | |
| 20.1 | | $ | | $0.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 | | $ | | $0.00 |
| **22. Other inventory or supplies** | | | | |
| 22.1  INVENTORY | 2/25/2020 | $241,051.90 | NET BOOK VALUE | $241,051.90 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$241,051.90

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes      Book value    $74,036.85      Valuation method    Net Book Value      Current value    $74,036.85

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☑ Yes

<table>
<tr><td>**Part 6:**</td><td>**Farming and fishing-related assets (other than titled motor vehicles and land)**</td></tr>
</table>

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 _____ | $_____ | _____ | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 _____ | $_____ | _____ | $0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 _____ | $_____ | _____ | $0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 _____ | $_____ | _____ | $0.00 |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 _____ | $_____ | _____ | $0.00 |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

| |
|---|
| _____ $0.00 |

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☑ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes    Book value _____ $    Valuation method _____    Current value _____ $

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1  OFFICE FURNITURE AND FIXTURES | $66,150.00 | NET BOOK VALUE | $66,150.00 |
| **40. Office fixtures** | | | |
| 40.1 | $ | | $0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1  OFFICE AND COMPUTER EQUIPMENT | $40,004.00 | NET BOOK VALUE | $40,004.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1  ASSORTED ANTIQUES, ARTWORK AND JEWELRY | UNKNOWN | NET BOOK VALUE | UNKNOWN |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| $106,154.00 |
|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 2000, INTERNATIONAL BUS, VIN:1HVBBABN4YH336646 | $0.00 | BLUE BOOK VALUE | $1,500.00 |

| | | | |
|---|---|---|---|
| 47.2 | $0.00 | BLUE BOOK VALUE | $300.00 |
| 2006, SNOWBEAR TRAILER, VIN:2SWUW11A66G293009 | | | |
| 47.3 | $0.00 | BLUE BOOK VALUE | $2,000.00 |
| 2007, FORD FOCUS, VIN:1FAFP34N27W113507 | | | |
| 47.4 | $0.00 | BLUE BOOK VALUE | $2,000.00 |
| 2007, FORD FOCUS, VIN:1FAFP34N57W146016 | | | |
| 47.5 | $0.00 | BLUE BOOK VALUE | $9,500.00 |
| 2011, FORD F250, VIN:1FTBF2B63BEA21581 | | | |
| 47.6 | $0.00 | BLUE BOOK VALUE | $5,500.00 |
| 2011, FORD RANGER, VIN:1FTLR4FE2BPB14377 | | | |
| 47.7 | $0.00 | BLUE BOOK VALUE | $4,000.00 |
| 2011, KIA SOUL, VIN:KNDJT2A29B7328325 | | | |
| 47.8 | $0.00 | BLUE BOOK VALUE | $6,000.00 |
| 2012, DODGE CARAVAN, VIN:2C4RDGBG9CR381078 | | | |
| 47.9 | $0.00 | BLUE BOOK VALUE | $6,000.00 |
| 2012, TOYOTA COROLLA, VIN:2T1BU4EE5CC878588 | | | |
| 47.10 | $0.00 | BLUE BOOK VALUE | $8,000.00 |
| 2015, FORD FOCUS, VIN:1FADP3E22FL383140 | | | |
| 47.11 | $0.00 | BLUE BOOK VALUE | $14,500.00 |
| 2016, CHEVROLET COLORADO, VIN:1GCHTBEA8G1139496 | | | |
| 47.12 | $5,104.25 | BLUE BOOK VALUE | $11,000.00 |
| 2016, DODGE CARAVAN, VIN:2C4RDGBG4GR392494 | | | |
| 47.13 | $0.00 | BLUE BOOK VALUE | $9,000.00 |
| 2016, FORD FOCUS, VIN:1FADP3E26GL226874 | | | |
| 47.14 | $0.00 | | N/A |
| 2017, FORD F250, VIN:1FTBF2B6XHEE99635 | | | |
| 47.15 | $0.00 | | N/A |
| 2017, FORD F350, VIN:1FDRF3H63HDA09159 | | | |
| 47.16 | $7,395.21 | BLUE BOOK VALUE | $15,000.00 |
| 2017, FORD FLEX, VIN:2FMHK6C80HBA01592 | | | |
| 47.17 | $3,882.37 | BLUE BOOK VALUE | $10,000.00 |
| 2017, FORD FOCUS, VIN:1FADP3F20HL327957 | | | |
| 47.18 | $0.00 | BLUE BOOK VALUE | $22,000.00 |
| 2018, FORD TRANSIT, VIN:1FBZX2ZM6JKB03065 | | | |

| 47.19 | | $20,153.95 | BLUE BOOK VALUE | $15,000.00 |
| 2018, TOYOTA RAV4, VIN:2T3RFREV3JW814347 | | | | |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| 48.1 | $ | $0.00 |

**49. Aircraft and accessories**

| 49.1 | $ | $0.00 |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| 50.1 | $ | $0.00 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$141,300.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 9:    Real Property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1   ARCHBISHOP WALSH HS, 208 N 24TH ST OLEAN, NY 14760, 208 N 24TH ST, OLEAN, NY 14760 | FULLY OWNED PROPERTY | $100.00 | APPRAISAL | $315,000.00 |
| 55.2   BISHOP HEAD RESIDENCE, 10 ROSARY AVE LACKAWANNA, NY 14218 | FULLY OWNED PROPERTY | $1,134,487.76 | | UNDETERMINED |
| 55.3   BISHOP TIMON HIGH SCHOOL, 601 MCKINLEY PKWY BUFFALO, NY 14220 | FULLY OWNED PROPERTY | $100.00 | APPRAISAL | $1,550,000.00 |
| 55.4   BUFF STATE NEWMAN CENTER, 1219 ELMWOOD BUFFALO, NY 14222 | FULLY OWNED PROPERTY | $0.00 | | UNDETERMINED |

| | | | | | |
|---|---|---|---|---|---|
| 55.5 | BUILDING IMPROVEMENTS, VARIOUS | FULLY OWNED | $697,321.94 | | UNDETERMINED |
| 55.6 | BUILDING W/ PARKING LOT 3, 821 MAIN BUFFALO, NY 14203 | FULLY OWNED PROPERTY | $0.00 | APPRAISAL | $2,640,000.00 |
| 55.7 | CARDINAL O'HARA HS, 9 O'HARA/39 O'HARA TONAWANDA, NY 14150 | FULLY OWNED PROPERTY | $100.00 | | UNDETERMINED |
| 55.8 | CATHOLIC CENTER - OFFICE BUILDINGS, 785 MAIN BUFFALO, NY 14203 | FULLY OWNED PROPERTY | $1,813,141.15 | APPRAISAL | $9,000,000.00 |
| 55.9 | CHRIST THE KING SEMINARY, 711 KNOX ROAD EAST AURORA, NY 14052 | FULLY OWNED PROPERTY | $0.00 | | UNDETERMINED |
| 55.10 | DESALES CATHOLIC SCHOOL, 6914 CHESTNUT ST LOCKPORT, NY 14094 | FULLY OWNED PROPERTY | $100.00 | | UNDETERMINED |
| 55.11 | MOTHER TERESA HOME, 212 STANISLAUS BUFFALO, NY 14212 | FULLY OWNED | $11,500.00 | | UNDETERMINED |
| 55.12 | MSSR. CONNIFF PRIEST RETIREMENT HOME, 68 COWING ST DEPEW, NY 14043 | FULLY OWNED | $2,447,722.95 | | UNDETERMINED |
| 55.13 | ND HS LAND, 105 UNION ST REAR BATAVIA, NY 14020 | FULLY OWNED | $0.00 | | UNDETERMINED |
| 55.14 | ND ATHLETIC FIELD, 103 UNION ST BATAVIA, NY 14020 | FULLY OWNED | $0.00 | | UNDETERMINED |
| 55.15 | NOTRE DAME HS, 73 UNION ST BATAVIA, NY 14020 | FULLY OWNED | $100.00 | | UNDETERMINED |
| 55.16 | O'HARA RESIDENCE, 69 O'HARA TONAWANDA, NY 14150 | FULLY OWNED | $100.00 | | UNDETERMINED |
| 55.17 | OUR LADY OF VICTORY PARKING LOT, 1362 MCKINLEY PKWY LACKAWANNA, NY 14218 | FULLY OWNED | $0.00 | | UNDETERMINED |
| 55.18 | OUR LADY OF VICTORY PARKING LOT, 1366 MCKINLEY PKWY LACKAWANNA, NY 14218 | FULLY OWNED | $0.00 | | UNDETERMINED |
| 55.19 | OUR LADY OF VICTORY PARKING LOT, 1370 MCKINLEY PKWY LACKAWANNA, NY 14218 | FULLY OWNED | $0.00 | | UNDETERMINED |
| 55.20 | PARKING LOT 1, 815 MAIN BUFFALO, NY 14203 <br> INCLUDED IN CATHOLIC CENTER VALUE | FULLY OWNED | $138,794.49 | APPRAISAL | VALUE INCLUDED ON LINE 55.8 |
| 55.21 | PARKING LOT 2, 814 MAIN BUFFALO, NY 14203 <br> INCLUDED IN CATHOLIC CENTER VALUE | FULLY OWNED | $0.00 | APPRAISAL | VALUE INCLUDED ON LINE 55.8 |

| | | | | VALUE INCLUDED ON LINE 55.8 |
|---|---|---|---|---|
| 55.22 | PARKING LOT, 819 MAIN BUFFALO, NY 14203 | FULLY OWNED | $0.00 | APPRAISAL | |
| | INCLUDED IN CATHOLIC CENTER VALUE | | | | |
| 55.23 | ST. GIANNA MOLLS PREGNANCY CENTER, 76 CHURCH BUFFALO, NY 14212 | FULLY OWNED | $100.00 | | UNDETERMINED |
| 55.24 | ST. JOSEPH CATHEDRAL PARKING LOT, 80 CHURCH BUFFALO, NY 14212 | FULLY OWNED | $0.00 | | UNDETERMINED |
| 55.25 | ST. JOSEPH CATHEDRAL, 60 FRANKLIN BUFFALO, NY 14212 | FULLY OWNED | $0.00 | | UNDETERMINED |
| 55.26 | ST. JUDE CENTER, 760 ELLICOTT BUFFALO, NY 14203 | FULLY OWNED | $200.00 | | UNDETERMINED |
| 55.27 | ST. JUDE PARKING LOT AND GARAGE, 38 CARLTON BUFFALO, NY 14203 | FULLY OWNED | $0.00 | | UNDETERMINED |
| 55.28 | ST. JUDE PARKING LOT AND GARAGE, 40 CARLTON BUFFALO, NY 14203 | FULLY OWNED | $0.00 | | UNDETERMINED |
| 55.29 | ST. JUDE PARKING LOT AND GARAGE, 752 ELLICOT BUFFALO, NY 14203 | FULLY OWNED | $0.00 | | UNDETERMINED |
| 55.30 | ST. JUDE PARKING LOT AND GARAGE, 756 ELLICOT BUFFALO, NY 14203 | FULLY OWNED | $0.00 | | UNDETERMINED |
| 55.31 | ST. MARY'S HIGH SCHOOL - ATHLETIC FIELDS, HAWLEY ST LANCASTER, NY 14086 | FULLY OWNED | $0.00 | | UNDETERMINED |
| 55.32 | ST. MARY'S HIGH SCHOOL, 142 LAVERACK AVE LANCASTER, NY 14086 | FULLY OWNED | $100.00 | | UNDETERMINED |
| 55.33 | ST. MARY'S HIGH SCHOOL, HAWLEY ST LANCASTER, NY 14086 | FULLY OWNED | $0.00 | | UNDETERMINED |
| 55.34 | UB NEWMAN CENTER, 495 SKINNERVILLE RD AMHERST, NY 14228 | FULLY OWNED | $2,086,480.63 | | UNDETERMINED |
| 55.35 | UB NEWMAN CONDO, 21 BRISTOL DR UNIT B AMHERST, NY 14228 | FULLY OWNED | $1.00 | | UNDETERMINED |
| 55.36 | VACANT LAND - 15 ACRES, SOUTH PARK AVE HAMBURG, NY 14075 | FULLY OWNED | $17,552.6 | | UNDETERMINED |
| 55.37 | VACANT LAND, DEWEY ST JAMESTOWN, NY 14701 | FULLY OWNED | $500.00 | | UNDETERMINED |
| 55.38 | VACANT LAND, EAST RIVER RD GRAND ISLAND, NY 14072 | FULLY OWNED | $1,000.00 | APPRAISAL | $46,000.00 |
| 55.39 | VACANT LAND, RTE 62 DAYTON, NY 14041 | FULLY OWNED | $0.00 | | UNDETERMINED |

| 55.40 | WALSH DUFFIELD, 785 MAIN BUFFALO, NY 14203 | FULLY OWNED | $556,784.65 | APPRAISAL | VALUE INCLUDED ON LINE 55.8 |

INCLUDED IN CATHOLIC CENTER VALUE

BOOK VALUES OF ZERO INDICATE THE ASSETS HAVE BEEN FULLY DEPRECIATED, OR THE ASSETS WAS DONATED AND NOT RECORDED ON THE DEBTOR'S BOOKS OF ACCOUNT

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| UNDETERMINED |

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☑ Yes

| **Part 10:** | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 | $ | | $0.00 |
| **61. Internet domain names and websites** | | | |
| 61.1   https://www.buffalodiocese.org/ | UNKNOWN | | UNKNOWN |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 | $ | | $0.00 |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 | $ | | $0.00 |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 | $ | | $0.00 |
| **65. Goodwill** | | | |
| 65.1 | $ | | $0.00 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| UNKNOWN |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|

**71. Notes receivable**
Description (include name of obligor)

| | | | | | |
|---|---|---|---|---|---|
| 71.1 | ST. MARTIN DE PORRES (PARISH #0217) | $67,473.78 – total face amount | $67,473.78 doubtful or uncollectible amount | = → | $0.00 |
| 71.2 | ST. STANISLAUS PARISH LOAN (PARISH #0323) | $40,000.00 – total face amount | $40,000.00 doubtful or uncollectible amount | = → | $0.00 |
| 71.3 | ST. STANISLAUS PARISH LOAN (PARISH #0323) | $40,000.00 – total face amount | $40,000.00 doubtful or uncollectible amount | = → | $0.00 |
| 71.4 | ST. STANISLAUS PARISH LOAN (PARISH #0323) | $60,000.00 – total face amount | $60,000.00 doubtful or uncollectible amount | = → | $0.00 |
| 71.5 | ST. STANISLAUS PARISH LOAN (PARISH #0323) | $30,000.00 – total face amount | $30,000.00 doubtful or uncollectible amount | = → | $0.00 |
| 71.6 | ST. STANISLAUS PARISH LOAN (PARISH #0323) | $28,683.00 – total face amount | $28,683.00 doubtful or uncollectible amount | = → | $0.00 |
| 71.7 | BISHOP TIMON ST. JUDE HIGH SCHOOL | $75,000.00 – total face amount | $75,000.00 doubtful or uncollectible amount | = → | $0.00 |

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1 _____    Tax year _____    _____ $0.00

**73. Interests in insurance policies or annuities**

73.1 _____                           _____ $0.00

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1 _____                           _____ $0.00

Nature of Claim          _____

Amount requested         _____ $

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1 _____                           _____ $0.00

Nature of Claim          _____

Amount requested         _____ $

**76. Trusts, equitable or future interests in property**

76.1 _____                           _____ $0.00

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1 _____                           _____ $0.00

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$0.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 12:   Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $1,527,556.19 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $170,903.33 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $2,184,412.30 | |
| **83. Investments.** Copy line 17, Part 4. | $26,733,791.56 | |
| **84. Inventory.** Copy line 23, Part 5. | $241,051.90 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $106,154.00 | |
| **87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $141,300.00 | |
| **88. Real property. Copy line 56, Part 9.** | ➜ | UNDETERMINED |
| **89. Intangibles and intellectual property..** Copy line 66, Part 10. | UNKNOWN | |
| **90. All other assets.** Copy line 78, Part 11. | $0.00 | |
| **91. Total. Add lines 80 through 90 for each column** | 91a. $31,105,169.28 | 91b. $0.00 |
| **92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92. | | $31,105,169.28 |

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

Be as complete and accurate as possible.

**Part 1:** List Creditors Who Have Claims Secured by Property

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|
| | $492,475.00 | $57,166.61 |

**2.1**

**Creditor's name and mailing address**
BANK OF AMERICA, 10 FOUNTAIN PLAZA, BUFFALO, NY 14202

**Date debt was incurred?**
0450

**Last 4 digits of account number**
UNKNOWN

**Do multiple creditors have an interest in the same property?**
☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
DEPOSIT ACCOUNTS

**Describe the lien**
POSSESSORY LIEN SUPPORTING GUARANTEE OF OBLIGATIONS OF ST. PAUL ROMAN CATHOLIC CHURCH

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

## 2.2

**Creditor's name and mailing address**
M&T BANK, ONE M&T PLAZA,
BUFFALO, NY 14203

**Date debt was incurred?**
UNKNOWN

**Last 4 digits of account number**
0634, 0718, 8125, 3216, 3334, 3359,
0442 and 7918

**Do multiple creditors have an interest in the same property?**
☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe debtor's property that is subject to the lien:**
DEPOSIT ACCOUNTS

**Describe the lien**
POSSESSORY LIEN GUARANTEE OF OBLIGATIONS OF CANTALICIAN CENTER FOR LEARNING, INC., CATHOLIC ACADEMY OF WEST BUFFALO, DELTA DEVELOPMENT OF WNY, BISHOP TIMON – ST. JUDE HS, CHRIST THE KING SEMINARY, ST. ANDREW'S ROMAN CATHOLIC CHURCH SOCIETY OF TONAWANDA, NY AND ST. JOHN KANTY ROMAN CATHOLIC CHURCH OF BUFFALO

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No

☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

| | |
|---|---|
| $2,744,406.00 | $408,127.00 |

## 2.3

**Creditor's name and mailing address**
MANUFACTURERS AND TRADERS TRUST COMPANY D/B/A M&T BANK, 1 M&T PLAZA, BUFFALO, NY 14203

**Date debt was incurred?**
4/1/2013 & 10/11/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe debtor's property that is subject to the lien:**
$5,100,000.00 IN SECURITIES AND OTHER PROPERTY HELD BY THE DEBTOR INCLUDING CASH HELD IN THE DEBTOR'S OPERATING ACCOUNT

**Describe the lien**
WORKERS' COMPENSATION LETTER OF CREDIT

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

| | |
|---|---|
| $4,800,000.00 | UNDETERMINED |

| 2.4 | | | UNKNOWN | UNKNOWN |

**Creditor's name and mailing address**
NATIONAL FUEL GAS DISTRIBUTION
CORPORATION

**Date debt was incurred?**
MAY 25, 2011

**Last 4 digits of account number**
2506, 3708, 1902, 8502, 9009, 1201,
7104, 3804, 3411, 2502, 2709, 2110,
5701

**Do multiple creditors have an interest
in the same property?**
☑ No

☐ Yes. Specify each creditor, including

this creditor, and its relative priority.

**Describe debtor's property that is subject to
the lien:**
ALL ACCOUNTS, GENERAL INTANGIBLES AND
CHATTEL PAPER

**Describe the lien**
FUEL SUPPLY CONTRACT

**Is the creditor an insider or related party?**
☑ No

☐ Yes

**Is anyone else liable on this claim?**
☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official
Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent

☑ Unliquidated

☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional
Page, if any.**                                                                          $8,036,881.00

---

**Part 2:** **List Others to Be Notified for a Debt That You Already Listed**

---

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of
claims listed above, and attorneys for secured creditors.
If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **3.1** MANUFACTURERS AND TRADERS TRUST COMPANY AND M&T BANK, C/O HODGSON RUSS LLP, ATTN: ATTN: GARRY M. GRABER, 140 PEARL STREET, SUITE 100, BUFFALO, NY 14202 | 2.2 AND 2.3 | |

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | $0.00 |
| | **Date or dates debt was incurred** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | **Last 4 digits of account number** | ☐ Disputed | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ) | **Basis for the claim:** | | |
| | | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** 360 PSG.COM INC, 455 COMMERCE DRIVE SUITE #3, AMHERST, NY 14228 | **As of the petition filing date, the claim is:** *Check all that apply.* | $325.00 |
| | **Date or dates debt was incurred** 2/1/2020 | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** INVOICE #158758 | |
| | | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>A ADVANCED LOCK & KEY INC, 671 ENGLEWOOD AVE, BUFFALO, NY 14223 | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $148.50 |

**Date or dates debt was incurred**
2/22/2020

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #19222

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address**<br>ACS TECHNOLOGIES INC, PO BOX 202010, FLORENCE, SC 29502-2010 | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $246.75 |

**Date or dates debt was incurred**
1/25/2020

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #760854 AND #7628144

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address**<br>ADAM JAROSZ, ST GREGORY THE GREAT, WILLIAMSVILLE, NY 14221 | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $75.00 |

**Date or dates debt was incurred**
2/13/2020

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #43873

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address**<br>ADP, INC., PO BOX 842875, BOSTON, MA 02284-2875 | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $18,337.05 |

**Date or dates debt was incurred**
1/20/2020

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
MULTIPLE INVOICES

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6 **Nonpriority creditor's name and mailing address**
ALBA M. QUIROA, C/O NYS DIVISION OF HUMAN RIGHTS, 65 COURT STREET, #506 BUFFALO, NY 14202

**Date or dates debt was incurred**
9/21/2018

**As of the petition filing date, the claim is:**        UNKNOWN
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.7 **Nonpriority creditor's name and mailing address**
ALBERT TURANO, C/O BROWN CHIARI LLP, ATTN: DAVID W. OLSON, 2470 WALDEN AVENUE, BUFFALO, NY 14225

**Date or dates debt was incurred**
3/13/2019

**As of the petition filing date, the claim is:**        UNKNOWN
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.8 **Nonpriority creditor's name and mailing address**
ALENA PICCILLO, 106 KINGS TRAIL, WILLIAMSVILLE, NY, 14221

**Date or dates debt was incurred**
5/15/2019

**As of the petition filing date, the claim is:**        UNKNOWN
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.9 **Nonpriority creditor's name and mailing address**
ALL STATE FIRE & SECURITY, 400 MINERAL SPRINGS ROAD, BUFFALO, NY 14224-1016

**Date or dates debt was incurred**
1/31/2020

**As of the petition filing date, the claim is:**        $697.29
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INVOICE #72412

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.10** | **Nonpriority creditor's name and mailing address**
ALPS ELEVATOR INSPECTION SVCS, PO BOX 605, BUFFALO, NY 14207-0605

**Date or dates debt was incurred**
2/18/2020

**As of the petition filing date, the claim is:** $118.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #38341

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.11** | **Nonpriority creditor's name and mailing address**
AMANDA PARADOWSKI, 493 KOHL STREET, NORTH TONAWANDA, NY 14120

**Date or dates debt was incurred**
2/27/2020

**As of the petition filing date, the claim is:** $360.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #2020/2/19-2/26

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.12** | **Nonpriority creditor's name and mailing address**
AMC CLEANING SERVICE, 423 ENGLEWOOD AVE, BUFFALO, NY 14223

**Date or dates debt was incurred**
3/1/2020

**As of the petition filing date, the claim is:** $4,800.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #5397 & #5399

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.13** | **Nonpriority creditor's name and mailing address**
AMHERST ALARM, INC, 435 LAWRENCE BELL DRIVE, AMHERST, NY 14221

**Date or dates debt was incurred**
2/19/2020

**As of the petition filing date, the claim is:** $340.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #377559 & #377599

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.14** **Nonpriority creditor's name and mailing address**
AMHERST ALARM, INC, 2361 WEHRLE DRIVE STE 1, AMHERST, NY 14221

**Date or dates debt was incurred**
2/24/2020

**As of the petition filing date, the claim is:** $307.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #379307 & #377599

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.15** **Nonpriority creditor's name and mailing address**
AT&T, PO BOX 5014, CAROL STREAM, IL 60197-5014

**Date or dates debt was incurred**
2/2/2020

**As of the petition filing date, the claim is:** $212.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #2020/2/3-3/2

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.16** **Nonpriority creditor's name and mailing address**
AT&T MOBILITY, PO BOX 6463, CAROL STREAM, IL 60197-6463

**Date or dates debt was incurred**
2/13/2020

**As of the petition filing date, the claim is:** $2,176.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #2020/1/14-2/13

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.17** **Nonpriority creditor's name and mailing address**
BEACON ROOFING SUPPLY, PO BOX 418527, BOSTON, MA 02241-8527

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $490.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #ET75609

**Is the claim subject to offset?**
☐ No

☐ Yes

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $100.00 |
| | BETH DALEY, 18 CAROLINE LANE, DEPEW, NY 14043 | *Check all that apply.* | |

**Date or dates debt was incurred**
2/24/2020

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #20/1/12-2/9

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
| | BEVERLY A. MATISZ AND STEPHEN W. MATISZ, 341 IVYHURST ROAD NORTH, AMHERST, NY 14226 | *Check all that apply.* | |

**Date or dates debt was incurred**
10/11/2018

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,297.20 |
| | BFC PRINT NETWORK, INC., 455 COMMERCE DRIVE, AMHERST, NY 14228 | *Check all that apply.* | |

**Date or dates debt was incurred**
1/30/2020

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #41793 & #41856

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
| | BILLY EVANS AND HEATHER EVANS INDIVIDUALLY AND AS NATURAL GUARDIANS OF OMARION EVANS, 9235 WATERMAN, ANGOLA, NY 14006 | *Check all that apply.* | |

**Date or dates debt was incurred**
1/29/2019

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**
☐ No
☐ Yes

3.22 **Nonpriority creditor's name and mailing address**
BISON PAINTING & DECORATING, 1783 KENMORE AVE, KENMORE, NY 14217

**Date or dates debt was incurred**
2/24/2020

**As of the petition filing date, the claim is:**                                            $1,400.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #3565

**Is the claim subject to offset?**
☐ No

☐ Yes

3.23 **Nonpriority creditor's name and mailing address**
BLATNER'S AUTO SERVICE INC, 601 ERIE AVE, NORTH TONAWANDA, NY 14120

**Date or dates debt was incurred**
2/18/2020

**As of the petition filing date, the claim is:**                                             $445.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #43879

**Is the claim subject to offset?**
☐ No

☐ Yes

3.24 **Nonpriority creditor's name and mailing address**
BPK ENTERPRISES, INC., 89 BRANDEL AVE., LANCASTER, NY 14086

**Date or dates debt was incurred**
2/18/2020

**As of the petition filing date, the claim is:**                                             $285.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #43879

**Is the claim subject to offset?**
☐ No

☐ Yes

3.25 **Nonpriority creditor's name and mailing address**
BRIAN KISZEWSKI, 6820 CLINTON STREET, ELMA, NY 14059

**Date or dates debt was incurred**
3/2/2000

**As of the petition filing date, the claim is:**                                              $54.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #2020/1/17-2/16

**Is the claim subject to offset?**
☐ No

☐ Yes

3.26    **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                      $48,939.00
        BUFFALO GRAND HOTEL, 120 CHURCH STREET, BUFFALO, NY 14202    *Check all that apply.*

        **Date or dates debt was incurred**                          ☐ Contingent
        2/20/2020
                                                                     ☐ Unliquidated

                                                                     ☐ Disputed

                                                                     **Basis for the claim:**
                                                                     INVOICE #849314

                                                                     **Is the claim subject to offset?**
                                                                     ☐ No

                                                                     ☐ Yes

3.27    **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                         $199.00
        BUFFALO INDUSTRIAL CHEMICALS, PO BOX 664, NORTH TONAWANDA,   *Check all that apply.*
        NY 14120
                                                                     ☐ Contingent
        **Date or dates debt was incurred**
        3/5/2020                                                     ☐ Unliquidated

                                                                     ☐ Disputed

                                                                     **Basis for the claim:**
                                                                     INVOICE #6073

                                                                     **Is the claim subject to offset?**
                                                                     ☐ No

                                                                     ☐ Yes

3.28    **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                       $2,987.05
        BUFFALO WATER, PO BOX 18, BUFFALO, NY 14240-0018             *Check all that apply.*

        **Date or dates debt was incurred**                          ☐ Contingent

                                                                     ☐ Unliquidated

                                                                     ☐ Disputed

                                                                     **Basis for the claim:**
                                                                     MULTIPLE INVOICES

                                                                     **Is the claim subject to offset?**
                                                                     ☐ No

                                                                     ☐ Yes

3.29    **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                         $200.00
        CADEIO, 7600 OLD KEENE MILL RD, SPRINGFIELD, VA 22152        *Check all that apply.*

        **Date or dates debt was incurred**                          ☐ Contingent
        2/24/2020
                                                                     ☐ Unliquidated

                                                                     ☐ Disputed

                                                                     **Basis for the claim:**
                                                                     INVOICE #2020

                                                                     **Is the claim subject to offset?**
                                                                     ☐ No

                                                                     ☐ Yes

**3.30**   **Nonpriority creditor's name and mailing address**
          CAROL ANNE CORNELIUS, C/O BUILDINGS & PROPERTIES, BUFFALO, NY
          14203

          **Date or dates debt was incurred**
          3/5/2020

**As of the petition filing date, the claim is:**                                    $150.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #3020 FEBRUARY

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.31**   **Nonpriority creditor's name and mailing address**
          CASCADE RECOVERY, 1845 EMERSON STREET, ROCHESTER, NY 14606

          **Date or dates debt was incurred**
          1/31/2020

**As of the petition filing date, the claim is:**                                    $90.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #11 066000 & #11 066221

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.32**   **Nonpriority creditor's name and mailing address**
          CATHEDRAL CANDLE CO, 510 KIRKPATRICK STREET, SYRACUSE, NY
          13208-2100

          **Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $29,543.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
MULTIPLE INVOICES

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.33**   **Nonpriority creditor's name and mailing address**
          CATHOLIC BOOK PUBLISHING, 77 WEST END ROAD, TOTOWA, NJ
          07512

          **Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $162.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #493667

**Is the claim subject to offset?**
☐ No

☐ Yes

| | | |
|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address**<br>CATHOLIC CHARITIES, 741 DELAWARE AVE., BUFFALO, NY 14209 | As of the petition filing date, the claim is: $1,795.76 |

**Date or dates debt was incurred**
1/20/2020

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #2020 JANUARY

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.35   **Nonpriority creditor's name and mailing address**
CATHOLIC MEN'S FELLOWSHIP, OF WNY, INC., ORCHARD PARK, NY 14127

**Date or dates debt was incurred**
2/1/2020

As of the petition filing date, the claim is: $75.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #43862

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.36   **Nonpriority creditor's name and mailing address**
CATHOLIC WOMEN OF BUFFALO, INC, PO BOX 89, NIAGARA FALLS, NY 14304

**Date or dates debt was incurred**
2/19/2020

As of the petition filing date, the claim is: $300.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #43880

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.37   **Nonpriority creditor's name and mailing address**
CDW COMPUTER CENTERS, INC., 75 REMITTANCE DRIVE, SUITE 1515, CHICAGO, IL 60675-1515

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $998.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #WRP5090 & #WRP5104

**Is the claim subject to offset?**

☐ No

☐ Yes

3.38    **Nonpriority creditor's name and mailing address**
CERANSKI, NOELLE,

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**            UNKNOWN
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.39    **Nonpriority creditor's name and mailing address**
CHAGALL DESIGN LIMITED, 20625 BELSHAW AVE., CARSON, CA 90746

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**            $268.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #78763

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.40    **Nonpriority creditor's name and mailing address**
CHAPPELLE VILLAS CONDO B, 210 CHARTER OAKS DR, AMHERST, NY 14228

**Date or dates debt was incurred**
1/1/2020

**As of the petition filing date, the claim is:**            $380.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #3641, #3669 & #3613

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.41    **Nonpriority creditor's name and mailing address**
CHARISMATIC RENEWAL, 158 LAVERACK AVENUE, LANCASTER, NY 14086-1849

**Date or dates debt was incurred**
1/20/2020

**As of the petition filing date, the claim is:**            $2,550.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #289

**Is the claim subject to offset?**
☐ No
☐ Yes

3.42  **Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:**                $376.25
      CHEF'S RESTAURANT, 291 SENECA STREET, BUFFALO, NY 14204            *Check all that apply.*

      **Date or dates debt was incurred**                                ☐ Contingent
      2/18/2020
                                                                         ☐ Unliquidated

                                                                         ☐ Disputed

                                                                         **Basis for the claim:**
                                                                         2020 YOUTH CONV

                                                                         **Is the claim subject to offset?**
                                                                         ☐ No

                                                                         ☐ Yes

3.43  **Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:**                $4,630.38
      CHRIST THE KING SEMINARY, PO BOX 607, EAST AURORA, NY 14052-       *Check all that apply.*
      0607
                                                                         ☐ Contingent
      **Date or dates debt was incurred**
      2/20/2020                                                          ☐ Unliquidated

                                                                         ☐ Disputed

                                                                         **Basis for the claim:**
                                                                         MULTIPLE INVOICES

                                                                         **Is the claim subject to offset?**
                                                                         ☐ No

                                                                         ☐ Yes

3.44  **Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:**                $44.38
      CHRISTIAN RISO, 334 EAST HAZELTINE AVE., KENMORE, NY 14217         *Check all that apply.*

      **Date or dates debt was incurred**                                ☐ Contingent
      3/5/2020
                                                                         ☐ Unliquidated

                                                                         ☐ Disputed

                                                                         **Basis for the claim:**
                                                                         INVOICE #2020/2/16-2/27

                                                                         **Is the claim subject to offset?**
                                                                         ☐ No

                                                                         ☐ Yes

3.45  **Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:**                $500.00
      CHRISTINA JAWORSKI, 177 FANCHER AVE, BUFFALO,, NY 14223            *Check all that apply.*

      **Date or dates debt was incurred**                                ☐ Contingent
      2/18/2020
                                                                         ☐ Unliquidated

                                                                         ☐ Disputed

                                                                         **Basis for the claim:**
                                                                         INVOICE #ND GRANT FALL19

                                                                         **Is the claim subject to offset?**
                                                                         ☐ No

                                                                         ☐ Yes

3.46    **Nonpriority creditor's name and mailing address**
        CINTAS, PO BOX 630910, CINCINNATI, OH 45263-0910

        **Date or dates debt was incurred**
        1/16/2020

As of the petition filing date, the claim is:                                $2,370.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
MULTIPLE INVOICES

**Is the claim subject to offset?**
☐ No
☐ Yes

3.47    **Nonpriority creditor's name and mailing address**
        CITY OF OLEAN, CITY CLERK'S OFFICE, OLEAN, NY 14760

        **Date or dates debt was incurred**
        3/1/2020

As of the petition filing date, the claim is:                                   $30.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #2020/1/2-2/2

**Is the claim subject to offset?**
☐ No
☐ Yes

3.48    **Nonpriority creditor's name and mailing address**
        CLIFFORD JACKSON, 25 S. LINCOLN AVE APT #305, ORCHARD PARK,
        NY 14127

        **Date or dates debt was incurred**
        2/13/2020

As of the petition filing date, the claim is:                                  $418.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #43874

**Is the claim subject to offset?**
☐ No
☐ Yes

3.49    **Nonpriority creditor's name and mailing address**
        COMDOC, INC., PO BOX 936697, ATLANTA, GA 31193-6697

        **Date or dates debt was incurred**
        3/4/2020

As of the petition filing date, the claim is:                                  $265.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #IN3744723

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | |
|---|---|---|
| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $2,357.10 |
| | CRIBS FOR KIDS, 5450 SECOND AVENUE, PITTSBURGH, PA 15207 | *Check all that apply.* |
| | **Date or dates debt was incurred** | ☐ Contingent |
| | 2/18/2020 | ☐ Unliquidated |
| | | ☐ Disputed |
| | | **Basis for the claim:** |
| | | INVOICE #937 & #6115 |
| | | **Is the claim subject to offset?** |
| | | ☐ No |
| | | ☐ Yes |

| | | |
|---|---|---|
| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $515.52 |
| | CS BEHLER INC, 203 ST. MARY'S STREET, LANCASTER, NY 14086 | *Check all that apply.* |
| | **Date or dates debt was incurred** | ☐ Contingent |
| | | ☐ Unliquidated |
| | | ☐ Disputed |
| | | **Basis for the claim:** |
| | | INVOICE #38497 |
| | | **Is the claim subject to offset?** |
| | | ☐ No |
| | | ☐ Yes |

| | | |
|---|---|---|
| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $372.00 |
| | D.C. APPLIANCE REPAIR, 3368 RANDALL ROAD, RANSOMVILLE, NY 14131 | *Check all that apply.* |
| | **Date or dates debt was incurred** | ☐ Contingent |
| | 12/17/2019 | ☐ Unliquidated |
| | | ☐ Disputed |
| | | **Basis for the claim:** |
| | | INVOICE #230437 |
| | | **Is the claim subject to offset?** |
| | | ☐ No |
| | | ☐ Yes |

| | | |
|---|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $390.36 |
| | DADANT, 51 S. SECOND STREET, HAMILTON, IL 62341-1399 | *Check all that apply.* |
| | **Date or dates debt was incurred** | ☐ Contingent |
| | | ☐ Unliquidated |
| | | ☐ Disputed |
| | | **Basis for the claim:** |
| | | INVOICE #776059 |
| | | **Is the claim subject to offset?** |
| | | ☐ No |
| | | ☐ Yes |

3.54    **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                    UNKNOWN
        DANIEL W. TUERK,                                              Check all that apply.

        **Date or dates debt was incurred**                          ☑ Contingent

                                                                     ☑ Unliquidated

                                                                     ☑ Disputed

                                                                     **Basis for the claim:**
                                                                     PENDING LITIGATION

                                                                     **Is the claim subject to offset?**
                                                                     ☐ No
                                                                     ☐ Yes

3.55    **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                    $62.00
        DAVID COOPER, 499 29TH STREET, NIAGARA FALLS, NY 14303       Check all that apply.

        **Date or dates debt was incurred**                          ☐ Contingent
        2/7/2020
                                                                     ☐ Unliquidated

                                                                     ☐ Disputed

                                                                     **Basis for the claim:**
                                                                     INVOICE #43868

                                                                     **Is the claim subject to offset?**
                                                                     ☐ No
                                                                     ☐ Yes

3.56    **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                    $70.00
        DAVIS ELECTRICAL SUPPLY, 24 ANDERSON ROAD, BUFFALO, NY 14225  Check all that apply.

        **Date or dates debt was incurred**                          ☐ Contingent

                                                                     ☐ Unliquidated

                                                                     ☐ Disputed

                                                                     **Basis for the claim:**
                                                                     INVOICE #165891-00

                                                                     **Is the claim subject to offset?**
                                                                     ☐ No
                                                                     ☐ Yes

3.57    **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                    $1,830.00
        DC SUPPLIES, 7460 WARREN PARKWAY, SUITE 100, FRISCO, TX 75034  Check all that apply.

        **Date or dates debt was incurred**                          ☐ Contingent

                                                                     ☐ Unliquidated

                                                                     ☐ Disputed

                                                                     **Basis for the claim:**
                                                                     INVOICE #5684 & #5955

                                                                     **Is the claim subject to offset?**
                                                                     ☐ No
                                                                     ☐ Yes

3.58  **Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is:                $448.41
      DEACON DANIEL GOLINSKI, 135 WESTBROOK DRIVE, CHEEKTOWAGA,     *Check all that apply.*
      NY 14225
                                                                   ☐ Contingent
      **Date or dates debt was incurred**
      2/1/2020                                                     ☐ Unliquidated

                                                                   ☐ Disputed

                                                                   **Basis for the claim:**
                                                                   INVOICE #2020 JANUARY

                                                                   **Is the claim subject to offset?**
                                                                   ☐ No

                                                                   ☐ Yes

3.59  **Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is:                $267.71
      DEPEW MILK CO. INC., PO BOX 187, DEPEW, NY 14043-0187         *Check all that apply.*

      **Date or dates debt was incurred**                          ☐ Contingent
      2/17/2020
                                                                   ☐ Unliquidated

                                                                   ☐ Disputed

                                                                   **Basis for the claim:**
                                                                   MULTIPLE INVOICES

                                                                   **Is the claim subject to offset?**
                                                                   ☐ No

                                                                   ☐ Yes

3.60  **Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is:              UNKNOWN
      DEWANDA LOATMAN, 81 DOMEDIAN STREET, BUFFALO, NY 14211        *Check all that apply.*

      **Date or dates debt was incurred**                          ☑ Contingent
      6/7/2017
                                                                   ☑ Unliquidated

                                                                   ☑ Disputed

                                                                   **Basis for the claim:**
                                                                   PENDING LITIGATION

                                                                   **Is the claim subject to offset?**
                                                                   ☐ No

                                                                   ☐ Yes

3.61  **Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is:                $100.00
      DIANE DAMINSKI, 168 VERN LANE, CHEEKTOWAGA, NY 14227          *Check all that apply.*

      **Date or dates debt was incurred**                          ☐ Contingent
      2/24/2020
                                                                   ☐ Unliquidated

                                                                   ☐ Disputed

                                                                   **Basis for the claim:**
                                                                   INVOICE #2020/1/26&2/2

                                                                   **Is the claim subject to offset?**
                                                                   ☐ No

                                                                   ☐ Yes

3.62   **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          $1,650.00
       DIOCESAN COUNSELING CENTER, 16 COLUMBUS ST, CHEEKTOWAGA,     *Check all that apply.*
       NY 14227
                                                                    ☐ Contingent
       **Date or dates debt was incurred**
       2/24/2020                                                    ☐ Unliquidated

                                                                    ☐ Disputed

                                                                    **Basis for the claim:**
                                                                    INVOICE #6338

                                                                    **Is the claim subject to offset?**
                                                                    ☐ No

                                                                    ☐ Yes

3.63   **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          $2,125.00
       DIOCESE OF ERIE, ATTN: JAMES BOGNIAK, ERIE, PA 16514-0397    *Check all that apply.*

       **Date or dates debt was incurred**                          ☐ Contingent
       2/14/2020
                                                                    ☐ Unliquidated

                                                                    ☐ Disputed

                                                                    **Basis for the claim:**
                                                                    INVOICE #2020 SPRING R&B

                                                                    **Is the claim subject to offset?**
                                                                    ☐ No

                                                                    ☐ Yes

3.64   **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          $53.43
       DIVINE WORD HOUSE, C/O FR. CHESTER SMITH, INDIANAPOLIS, IN   *Check all that apply.*
       46260
                                                                    ☐ Contingent
       **Date or dates debt was incurred**
       1/27/2020                                                    ☐ Unliquidated

                                                                    ☐ Disputed

                                                                    **Basis for the claim:**
                                                                    INVOICE #2020 MLK

                                                                    **Is the claim subject to offset?**
                                                                    ☐ No

                                                                    ☐ Yes

3.65   **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          $158.40
       DOBMEIER JANITOR SUPPLY INC, 354 ENGLEWOOD AVE, BUFFALO, NY  *Check all that apply.*
       14223
                                                                    ☐ Contingent
       **Date or dates debt was incurred**
       2/14/2020                                                    ☐ Unliquidated

                                                                    ☐ Disputed

                                                                    **Basis for the claim:**
                                                                    INVOICE #803473

                                                                    **Is the claim subject to offset?**
                                                                    ☐ No

                                                                    ☐ Yes

3.66   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                          $374.87
       DR. MICHAEL LAFEVER, DIOCESE OF BUFFALO, BUFFALO, NY 14203    *Check all that apply.*

       **Date or dates debt was incurred**                          ☐ Contingent
       2/28/2020
                                                                     ☐ Unliquidated

                                                                     ☐ Disputed

                                                                     **Basis for the claim:**
                                                                     INVOICE #19/12/3-20/2/27

                                                                     **Is the claim subject to offset?**
                                                                     ☐ No

                                                                     ☐ Yes

3.67   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                        $1,910.56
       D'YOUVILLE COLLEGE, ONE D'YOUVILLE SQUARE, BUFFALO, NY 14201- *Check all that apply.*
       1084
                                                                     ☐ Contingent
       **Date or dates debt was incurred**
       2/19/2020                                                     ☐ Unliquidated

                                                                     ☐ Disputed

                                                                     **Basis for the claim:**
                                                                     MULTIPLE INVOICES

                                                                     **Is the claim subject to offset?**
                                                                     ☐ No

                                                                     ☐ Yes

3.68   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                          $793.02
       EATON OFFICE SUPPLY, 180 JOHN GLENN DRIVE, AMHERST, NY 14228  *Check all that apply.*

       **Date or dates debt was incurred**                          ☐ Contingent
       2/20/2020
                                                                     ☐ Unliquidated

                                                                     ☐ Disputed

                                                                     **Basis for the claim:**
                                                                     MULTIPLE INVOICES

                                                                     **Is the claim subject to offset?**
                                                                     ☐ No

                                                                     ☐ Yes

3.69   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                           $78.00
       EMPIRE BRONZE CORPORATION, 1130 NORTH RIDGE AVENUE,           *Check all that apply.*
       LOMBARD, IL 60148
                                                                     ☐ Contingent
       **Date or dates debt was incurred**
                                                                     ☐ Unliquidated

                                                                     ☐ Disputed

                                                                     **Basis for the claim:**
                                                                     INVOICE #126777

                                                                     **Is the claim subject to offset?**
                                                                     ☐ No

                                                                     ☐ Yes

3.70    **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                          $55.80
        ERIE COUNTY WATER AUTHORITY, PO BOX 5148, BUFFALO, NY 14240-  *Check all that apply.*
        5148
                                                                      ☐ Contingent
        **Date or dates debt was incurred**
        2/29/2020                                                     ☐ Unliquidated

                                                                      ☐ Disputed

                                                                      **Basis for the claim:**
                                                                      MULTIPLE INVOICES

                                                                      **Is the claim subject to offset?**
                                                                      ☐ No

                                                                      ☐ Yes

3.71    **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                         $285.00
        EUGENE RUSZCZYK, 5592 BIRCHWOOD DRIVE, LAKEVIEW, NY 14085     *Check all that apply.*
        **Date or dates debt was incurred**                          ☐ Contingent
        2/13/2020
                                                                      ☐ Unliquidated

                                                                      ☐ Disputed

                                                                      **Basis for the claim:**
                                                                      INVOICE #43874

                                                                      **Is the claim subject to offset?**
                                                                      ☐ No

                                                                      ☐ Yes

3.72    **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                         $345.00
        F&T SNOWPLOWING INC, 118 DUBONNET DRIVE, DEPEW, NY 14043      *Check all that apply.*
        **Date or dates debt was incurred**                          ☐ Contingent
        2/14/2020
                                                                      ☐ Unliquidated

                                                                      ☐ Disputed

                                                                      **Basis for the claim:**
                                                                      INVOICE #33007

                                                                      **Is the claim subject to offset?**
                                                                      ☐ No

                                                                      ☐ Yes

3.73    **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                          $95.00
        FAITH CATHOLIC, P O BOX 26006, LANSING, MI 48909             *Check all that apply.*
        **Date or dates debt was incurred**                          ☐ Contingent
        10/3/2019
                                                                      ☐ Unliquidated

                                                                      ☐ Disputed

                                                                      **Basis for the claim:**
                                                                      INVOICE #2853054

                                                                      **Is the claim subject to offset?**
                                                                      ☐ No

                                                                      ☐ Yes

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
FATOUMA MOHAMED, C/O LIPSITZ GREEN SCIME CAMBRIA, LLP, ATTN: MICHAEL P. STEUERMER, 42 DELAWARE AVENUE, #120, BUFFALO, NY 14202

**Date or dates debt was incurred**

As of the petition filing date, the claim is: UNKNOWN
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.75 **Nonpriority creditor's name and mailing address**
FEDEX KINKO'S, PO BOX 672085, DALLAS, TX 75267-2085

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $193.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #017752 & #010951

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.76 **Nonpriority creditor's name and mailing address**
FIRST STUDENT INC, 22157 NETWORK PLACE, CHICAGO, IL 60673-1221

**Date or dates debt was incurred**
2/11/2020

As of the petition filing date, the claim is: $5,330.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #11659436

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.77 **Nonpriority creditor's name and mailing address**
FLYNN MANUFACTURING CO. , 7166 NORTH SAGINAW STREET, MT. MORRIS, MI 48458

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $16.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #346678

**Is the claim subject to offset?**
☐ No
☐ Yes

3.78   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                $1,048.74
       FOUNDATION OF THE ROMAN, CATHOLIC DIOCESE OF BUFFALO,         *Check all that apply.*
       BUFFALO, NY 14203-1250
                                                                    ☐ Contingent
       **Date or dates debt was incurred**
       2/26/2020                                                    ☐ Unliquidated

                                                                    ☐ Disputed

                                                                    **Basis for the claim:**
                                                                    INVOICE #43887

                                                                    **Is the claim subject to offset?**
                                                                    ☐ No

                                                                    ☐ Yes

3.79   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                $4,075.00
       FOX FENCE INC, 2637 LOCKPORT ROAD, NIAGARA FALLS, NY 14305    *Check all that apply.*

       **Date or dates debt was incurred**                          ☐ Contingent
       2/19/2020
                                                                    ☐ Unliquidated

                                                                    ☐ Disputed

                                                                    **Basis for the claim:**
                                                                    INVOICE #20-0189

                                                                    **Is the claim subject to offset?**
                                                                    ☐ No

                                                                    ☐ Yes

3.80   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                  $525.00
       FRANCISCAN FRIARS, 2 UNCATENA ROAD NORTH, FALMOUTH, MA        *Check all that apply.*
       02540-4149
                                                                    ☐ Contingent
       **Date or dates debt was incurred**
       2/18/2020                                                    ☐ Unliquidated

                                                                    ☐ Disputed

                                                                    **Basis for the claim:**
                                                                    INVOICE #2020/2/6-12

                                                                    **Is the claim subject to offset?**
                                                                    ☐ No

                                                                    ☐ Yes

3.81   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                  $140.63
       GLOBAL INDUSTRIAL, 29833 NETWORK PLACE, CHICAGO, IL 60673-    *Check all that apply.*
       1298
                                                                    ☐ Contingent
       **Date or dates debt was incurred**
       1/28/2020                                                    ☐ Unliquidated

                                                                    ☐ Disputed

                                                                    **Basis for the claim:**
                                                                    INVOICE #115477717

                                                                    **Is the claim subject to offset?**
                                                                    ☐ No

                                                                    ☐ Yes

**3.82**  **Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is:                    $278.64
GLOBAL IP, INC., 1275 HARLEM ROAD, BUFFALO, NY 14206               *Check all that apply.*

**Date or dates debt was incurred**                                        ☐ Contingent
2/10/2020
                                                                           ☐ Unliquidated

                                                                           ☐ Disputed

                                                                           **Basis for the claim:**
                                                                           INVOICE #6743

                                                                           **Is the claim subject to offset?**
                                                                           ☐ No

                                                                           ☐ Yes


**3.83**  **Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is:                    $350.27
GUERCIO AND SONS, 250 GRANT ST, BUFFALO, NY 14213                  *Check all that apply.*

**Date or dates debt was incurred**                                        ☐ Contingent
2/18/2020
                                                                           ☐ Unliquidated

                                                                           ☐ Disputed

                                                                           **Basis for the claim:**
                                                                           MULTIPLE INVOICES

                                                                           **Is the claim subject to offset?**
                                                                           ☐ No

                                                                           ☐ Yes


**3.84**  **Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is:                    $4,598.00
GUEST HOUSE, 1601 JOSELYN ROAD, LAKE ORION, MI 48361               *Check all that apply.*

**Date or dates debt was incurred**                                        ☐ Contingent
2/24/2020
                                                                           ☐ Unliquidated

                                                                           ☐ Disputed

                                                                           **Basis for the claim:**
                                                                           INVOICE #43789

                                                                           **Is the claim subject to offset?**
                                                                           ☐ No

                                                                           ☐ Yes


**3.85**  **Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is:                    UNKNOWN
HELEN L. YOOD, 50 QUAIL HOLLOW LANE, EAST AMHERST, NY 14051        *Check all that apply.*

**Date or dates debt was incurred**                                        ☑ Contingent
12/13/2019
                                                                           ☑ Unliquidated

                                                                           ☑ Disputed

                                                                           **Basis for the claim:**
                                                                           PENDING LITIGATION

                                                                           **Is the claim subject to offset?**
                                                                           ☐ No

                                                                           ☐ Yes

3.86   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                        $506.45
       HERITAGE HOUSE INC, 919 SOUTH MAIN STREET, SNOWFLAKE, AZ     *Check all that apply.*
       85937
                                                                    ☐ Contingent
       **Date or dates debt was incurred**
       2/12/2020                                                    ☐ Unliquidated

                                                                    ☐ Disputed

                                                                    **Basis for the claim:**
                                                                    INVOICE #3168438 & #3168114

                                                                    **Is the claim subject to offset?**
                                                                    ☐ No

                                                                    ☐ Yes


3.87   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                      $4,000.00
       HERITAGE PIPE ORGANS, INC., 1372 CLINTON ST., BUFFALO, NY 14206   *Check all that apply.*
       **Date or dates debt was incurred**
       1/30/2020                                                    ☐ Contingent

                                                                    ☐ Unliquidated

                                                                    ☐ Disputed

                                                                    **Basis for the claim:**
                                                                    INVOICE #2842

                                                                    **Is the claim subject to offset?**
                                                                    ☐ No

                                                                    ☐ Yes


3.88   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                      $3,619.27
       HODGSON RUSS, LLP, THE GUARANTY BUILDING, BUFFALO, NY 14202- *Check all that apply.*
       4040
                                                                    ☐ Contingent
       **Date or dates debt was incurred**
       2/27/2020                                                    ☐ Unliquidated

                                                                    ☐ Disputed

                                                                    **Basis for the claim:**
                                                                    MULTIPLE INVOICES

                                                                    **Is the claim subject to offset?**
                                                                    ☐ No

                                                                    ☐ Yes


3.89   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                      $2,500.00
       IMMACULATE CONCEPTION SCHOOL, 510 OAKWOOD AVENUE, EAST       *Check all that apply.*
       AURORA, NY 14052-2394
                                                                    ☐ Contingent
       **Date or dates debt was incurred**
       2/26/2020                                                    ☐ Unliquidated

                                                                    ☐ Disputed

                                                                    **Basis for the claim:**
                                                                    INVOICE #2020/2/26 STOCK

                                                                    **Is the claim subject to offset?**
                                                                    ☐ No

                                                                    ☐ Yes

**3.90** | **Nonpriority creditor's name and mailing address**
J.C. EHRLICH, PO BOX 13848, READING, PA 19612-3848

**Date or dates debt was incurred**
1/28/2020

**As of the petition filing date, the claim is:**                                    $92.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #5640480

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address**
JAMES F. GRANVILLE, C/O LIPSITZ GREEN SCIME CAMBRIA LLP, ATTN:
THOMAS M. MECURE, 42 DELAWARE AVENUE, SUITE 120, BUFFALO,
NY 14202-3924

**Date or dates debt was incurred**
12/17/2019

**As of the petition filing date, the claim is:**                                    UNKNOWN
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address**
JAMES RAINFORTH, 16 MARTHA PLACE, HAMBURG, NY 14075

**Date or dates debt was incurred**
1/16/2020

**As of the petition filing date, the claim is:**                                    $180.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #43818

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address**
JAYE TRAPASSO, 499 ORCHARD PLACE, NORTH TONAWANDA, NY
14120

**Date or dates debt was incurred**
2/3/2020

**As of the petition filing date, the claim is:**                                    $62.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #43868

**Is the claim subject to offset?**
☐ No
☐ Yes

3.94   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                    $95.00
       JCL TELECOMMUNICATION, LLC, 5667 HOMESTEAD ROAD, HAMBURG,    *Check all that apply.*
       NY 14075
                                                                   ☐ Contingent
       **Date or dates debt was incurred**
       2/14/2020                                                   ☐ Unliquidated

                                                                   ☐ Disputed

                                                                   **Basis for the claim:**
                                                                   INVOICE #2039

                                                                   **Is the claim subject to offset?**
                                                                   ☐ No

                                                                   ☐ Yes

3.95   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                 UNKNOWN
       JEFFERY L. POLISOTO AND TRAVY E. POLISOTO, 97 LANDINGS DRIVE, *Check all that apply.*
       AMHERST, NY 14228
                                                                   ☑ Contingent
       **Date or dates debt was incurred**
       7/13/2018                                                   ☑ Unliquidated

                                                                   ☑ Disputed

                                                                   **Basis for the claim:**
                                                                   PENDING LITIGATION

                                                                   **Is the claim subject to offset?**
                                                                   ☐ No

                                                                   ☐ Yes

3.96   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                 UNKNOWN
       JENNIFER SKY AND KEVIN SKY, ATTN: JOHN L. DELMONTE, 2706 PINE *Check all that apply.*
       AVENUE, PO BOX 2146 NMS, NIAGARA FALLS, NY 14301
                                                                   ☑ Contingent
       **Date or dates debt was incurred**
       4/3/2017                                                    ☑ Unliquidated

                                                                   ☑ Disputed

                                                                   **Basis for the claim:**
                                                                   PENDING LITIGATION

                                                                   **Is the claim subject to offset?**
                                                                   ☐ No

                                                                   ☐ Yes

3.97   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                 $1,600.00
       JOHANNA RICHARDS, 1165 STONY POINT RD., GRAND ISLAND, NY     *Check all that apply.*
       14072
                                                                   ☐ Contingent
       **Date or dates debt was incurred**
       2/18/2020                                                   ☐ Unliquidated

                                                                   ☐ Disputed

                                                                   **Basis for the claim:**
                                                                   MULTIPLE INVOICES

                                                                   **Is the claim subject to offset?**
                                                                   ☐ No

                                                                   ☐ Yes

3.98  **Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is:                    $80.00
      JOHN JERZEWSKI, 29 ROSARY BLVD, CHEEKTOWAGA, NY 14225        *Check all that apply.*

      **Date or dates debt was incurred**                                     ☐ Contingent
      2/18/2020
                                                                              ☐ Unliquidated

                                                                              ☐ Disputed

                                                                              **Basis for the claim:**
                                                                              INVOICE #43877

                                                                              **Is the claim subject to offset?**
                                                                              ☐ No

                                                                              ☐ Yes

3.99  **Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is:                 UNKNOWN
      JOHN KOVACH AND JEAN KOVACH, ATTN: WILLIAM P. MOORE, 42      *Check all that apply.*
      DELAWARE AVE., SUITE 120, BUFFALO, NY 14202-3924             ☑ Contingent

      **Date or dates debt was incurred**                                     ☑ Unliquidated
      3/6/2019
                                                                              ☑ Disputed

                                                                              **Basis for the claim:**
                                                                              PENDING LITIGATION

                                                                              **Is the claim subject to offset?**
                                                                              ☐ No

                                                                              ☐ Yes

3.100 **Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is:                 UNKNOWN
      KARIMA DUNSTON, C/O GELBER & O'CONNELL, LLC, ATTN:           *Check all that apply.*
      KRISTOPHER A. SCHWARZMUELLER, 6512 MAIN STREET, AMHERST,     ☑ Contingent
      NY, 14221
                                                                              ☑ Unliquidated
      **Date or dates debt was incurred**
      11/21/2016                                                              ☑ Disputed

                                                                              **Basis for the claim:**
                                                                              PENDING LITIGATION

                                                                              **Is the claim subject to offset?**
                                                                              ☐ No

                                                                              ☐ Yes

3.101 **Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is:                 $246.49
      KATHLEEN DAIGLER, 8055 STAHLEY ROAD, EAST AMHERST, NY 14051  *Check all that apply.*

      **Date or dates debt was incurred**                                     ☐ Contingent
      2/7/2020
                                                                              ☐ Unliquidated

                                                                              ☐ Disputed

                                                                              **Basis for the claim:**
                                                                              MULTIPLE INVOICES

                                                                              **Is the claim subject to offset?**
                                                                              ☐ No

                                                                              ☐ Yes

**3.102** **Nonpriority creditor's name and mailing address**
KAY ZAYAC, AS ADMINISTRATOR OF THE ESTATE OF TIMOTHY ZAYAC,
ATTN: GEORGE V.C. MUSCATO, 107 EAST AVENUE, LOCKPORT, NY
14094

**Date or dates debt was incurred**
4/12/2018

As of the petition filing date, the claim is:        UNKNOWN
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.103** **Nonpriority creditor's name and mailing address**
KRYSTAL'S OMEGA DELI, & CATERING, CHEEKTOWAGA, NY 14227

**Date or dates debt was incurred**
1/4/2020

As of the petition filing date, the claim is:        $290.23
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INVOICE #890

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.104** **Nonpriority creditor's name and mailing address**
LEAF, PO BOX 5066, HARTFORD, CT 6102

**Date or dates debt was incurred**
2/12/2020

As of the petition filing date, the claim is:        $247.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INVOICE #10327606

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.105** **Nonpriority creditor's name and mailing address**
LEBRO'S RESTURANT, 330 CAMPBELL BLVD., GETZVILLE, NY 14068

**Date or dates debt was incurred**
2/24/2020

As of the petition filing date, the claim is:        $4,248.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INVOICE #43885

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.106**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                $1,906.36
LIBERTY MUTUAL INSURANCE GROUP, PO BOX 1442, NEW YORK, NY          *Check all that apply.*
10116-1442
                                                                   ☐ Contingent
**Date or dates debt was incurred**
2/26/2020                                                          ☐ Unliquidated

                                                                   ☐ Disputed

                                                                   **Basis for the claim:**
                                                                   INVOICE #2020 FEBRUARY

                                                                   **Is the claim subject to offset?**
                                                                   ☐ No

                                                                   ☐ Yes


**3.107**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                  $500.00
LISA SCHIEBER, 244 BULLIS ROAD, WEST SENECA, NY 14224             *Check all that apply.*
**Date or dates debt was incurred**
2/18/2020                                                          ☐ Contingent

                                                                   ☐ Unliquidated

                                                                   ☐ Disputed

                                                                   **Basis for the claim:**
                                                                   INVOICE #ND GRANT FALL19

                                                                   **Is the claim subject to offset?**
                                                                   ☐ No

                                                                   ☐ Yes


**3.108**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                  $272.13
LITURGY TRAINING PUBLICATIONS, 3949 SOUTH RACINE AVENUE,          *Check all that apply.*
CHICAGO, IL 60609
                                                                   ☐ Contingent
**Date or dates debt was incurred**
                                                                   ☐ Unliquidated

                                                                   ☐ Disputed

                                                                   **Basis for the claim:**
                                                                   MULTIPLE INVOICES

                                                                   **Is the claim subject to offset?**
                                                                   ☐ No

                                                                   ☐ Yes


**3.109**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                UNKNOWN
LUCY IPPOLITO, C/O LAW OFFICES OF ROBERT D. BERKUN, LLC, ATTN:    *Check all that apply.*
ROBERT D. BERKUN, MAIN PLACE TOWER, 350 MAIN STREET, SUITE
2150, BUFFALO, NY 14202                                           ☑ Contingent

**Date or dates debt was incurred**                                ☑ Unliquidated
7/28/2019
                                                                   ☑ Disputed

                                                                   **Basis for the claim:**
                                                                   PENDING LITIGATION

                                                                   **Is the claim subject to offset?**
                                                                   ☐ No

                                                                   ☐ Yes

3.110    **Nonpriority creditor's name and mailing address**
          LUX MUNDI, 1595B OCEAN AVENUE, SUITE 12, BOHEMIA, NY 11716

          **Date or dates debt was incurred**

 

**As of the petition filing date, the claim is:**                                        $30.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #98643

**Is the claim subject to offset?**
☐ No

☐ Yes

---

3.111    **Nonpriority creditor's name and mailing address**
          MAILFINANCE, 25881 NETWORK PLACE, CHICAGO, IL 60673-1258

          **Date or dates debt was incurred**
          1/13/2020

 

**As of the petition filing date, the claim is:**                                      $1,294.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #N8102373

**Is the claim subject to offset?**
☐ No

☐ Yes

---

3.112    **Nonpriority creditor's name and mailing address**
          MARIAN EQUILS AND TERRY EQUILS, C/O VIOLA, CUMMINGS &
          LINDSAY, LLP, ATTN: ROBERT VIOLA, 770 MAIN STREET, NIAGARA
          FALLS, NY 14301

          **Date or dates debt was incurred**
          1/22/2018

 

**As of the petition filing date, the claim is:**                                    UNKNOWN
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**
☐ No

☐ Yes

---

3.113    **Nonpriority creditor's name and mailing address**
          MARILYN BROWN, C/O HOGAN WILLING, 2410 NORTH FOREST ROAD,
          SUITE 301, AMHERST, NY 14068

          **Date or dates debt was incurred**
          2/28/2017

 

**As of the petition filing date, the claim is:**                                    UNKNOWN
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**
☐ No

☐ Yes

3.114   **Nonpriority creditor's name and mailing address**
        MARY C. CIULLA AND EMANUELE CIULLA, C/O CELLINO & BARNES,
        ATTN: RICHARD P. AMICO, 350 MAIN STREET, SUITE 2500, BUFFALO, NY
        14202

        **Date or dates debt was incurred**

        **As of the petition filing date, the claim is:**                 UNKNOWN
        *Check all that apply.*
        ☑ Contingent
        ☑ Unliquidated
        ☑ Disputed

        **Basis for the claim:**
        PENDING LITIGATION

        **Is the claim subject to offset?**
        ☐ No
        ☐ Yes

3.115   **Nonpriority creditor's name and mailing address**
        MARY CERANSKI, 113 MILL VALLEY COURT, EAST AMHERST, NY 14051

        **Date or dates debt was incurred**
        10/2/2018

        **As of the petition filing date, the claim is:**                 UNKNOWN
        *Check all that apply.*
        ☑ Contingent
        ☑ Unliquidated
        ☑ Disputed

        **Basis for the claim:**
        PENDING LITIGATION

        **Is the claim subject to offset?**
        ☐ No
        ☐ Yes

3.116   **Nonpriority creditor's name and mailing address**
        MARY LYNCH, 635 OXBOW LANE, LEWISTON, NY 14092

        **Date or dates debt was incurred**
        3/6/2019

        **As of the petition filing date, the claim is:**                 UNKNOWN
        *Check all that apply.*
        ☑ Contingent
        ☑ Unliquidated
        ☑ Disputed

        **Basis for the claim:**
        PENDING LITIGATION

        **Is the claim subject to offset?**
        ☐ No
        ☐ Yes

3.117   **Nonpriority creditor's name and mailing address**
        MAUREEN PFEIFER, 568 LORETTA STREET, TONAWANDA, NY 14150

        **Date or dates debt was incurred**
        2/18/2020

        **As of the petition filing date, the claim is:**                 $1,100.00
        *Check all that apply.*
        ☐ Contingent
        ☐ Unliquidated
        ☐ Disputed

        **Basis for the claim:**
        INVOICE #2019-20 FALL

        **Is the claim subject to offset?**
        ☐ No
        ☐ Yes

3.118   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                        $8.40
        MDS, PO BOX 572152, TARZANA, CA 91357                        *Check all that apply.*

        **Date or dates debt was incurred**                          ☐ Contingent

        _____                     ☐ Unliquidated

        _____                     ☐ Disputed

                                                                     **Basis for the claim:**
                                                                     INVOICE #28609

                                                                     **Is the claim subject to offset?**
                                                                     ☐ No
                                                                     ☐ Yes

3.119   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                      $116.15
        MEGAN NIXON, 57 MAPLE AVENUE, OAKFIELD, NY 14125             *Check all that apply.*

        **Date or dates debt was incurred**                          ☐ Contingent
        2/18/2020
                                                                     ☐ Unliquidated

        _____                     ☐ Disputed

                                                                     **Basis for the claim:**
                                                                     INVOICE #43879

                                                                     **Is the claim subject to offset?**
                                                                     ☐ No
                                                                     ☐ Yes

3.120   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                      $224.49
        MICHAEL ARNOLD, C/O 795 MAIN STREET, BUFFALO, NY 14203       *Check all that apply.*

        **Date or dates debt was incurred**                          ☐ Contingent
        3/5/2020
                                                                     ☐ Unliquidated

        _____                     ☐ Disputed

                                                                     **Basis for the claim:**
                                                                     INVOICE #19/12/18-2/28

                                                                     **Is the claim subject to offset?**
                                                                     ☐ No
                                                                     ☐ Yes

3.121   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                      $175.00
        MICHAEL JUSTINGER, 2581 GIRDLE ROAD, ELMA, NY 14059          *Check all that apply.*

        **Date or dates debt was incurred**                          ☐ Contingent
        2/13/2020
                                                                     ☐ Unliquidated

        _____                     ☐ Disputed

                                                                     **Basis for the claim:**
                                                                     INVOICE #43874

                                                                     **Is the claim subject to offset?**
                                                                     ☐ No
                                                                     ☐ Yes

3.122  **Nonpriority creditor's name and mailing address**
       MICHAEL LEE, 4572 MILLER ROAD, NIAGARA FALLS, NY 14304

       **Date or dates debt was incurred**
       2/13/2020

As of the petition filing date, the claim is:                          $80.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #43874

**Is the claim subject to offset?**
☐ No

☐ Yes

---

3.123  **Nonpriority creditor's name and mailing address**
       MICHAEL REYES, 2917 MAIN ST. APT #212, BUFFALO, NY 14214

       **Date or dates debt was incurred**
       2/13/2020

As of the petition filing date, the claim is:                          $525.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #43874

**Is the claim subject to offset?**
☐ No

☐ Yes

---

3.124  **Nonpriority creditor's name and mailing address**
       MICHELLE KOSTEK, 39 QUAIL RUN LANE, LANCASTER, NY 14086

       **Date or dates debt was incurred**
       2/18/2020

As of the petition filing date, the claim is:                          $1,250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #2019-20 FALL

**Is the claim subject to offset?**
☐ No

☐ Yes

---

3.125  **Nonpriority creditor's name and mailing address**
       MILLENNIUM HOTEL BUFFALO, 2040 WALDEN AVENUE,
       CHEEKTOWAGA, NY 14225

       **Date or dates debt was incurred**
       3/2/2020

As of the petition filing date, the claim is:                          $1,080.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #223241

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.126** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $500.00
MINISTRY TRAINING SOURCE, PO BOX 2786, SPRINGFIELD, MO 65801-2786

*Check all that apply.*

☐ Contingent

**Date or dates debt was incurred**
2/17/2020

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #2020/3/30-5/31

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.127** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | UNKNOWN
MOLLY PYC, C/O HARDY MARBLE, ATTN: BRADLEY D. MARBLE, 172 EAST AVENUE, LOCKPORT, NY 14094

*Check all that apply.*

☑ Contingent

**Date or dates debt was incurred**
7/26/2018

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.128** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,192.82
MRAK, LLC DBA POINTS NORTH, 371 CANAL PARK DRIVE SUITE 210, DULUTH, MN 55802

*Check all that apply.*

☐ Contingent

**Date or dates debt was incurred**
2/28/2020

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #1966

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.129** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $8,737.94
NATIONAL FUEL, PO BOX 371835, PITTSBURGH, PA 15250-7835

*Check all that apply.*

☐ Contingent

**Date or dates debt was incurred**
2/20/2020

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
MULTIPLE INVOICES

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $8,111.18 |

3.130 **Nonpriority creditor's name and mailing address**
NATIONAL GRID, PO BOX 11742, NEWARK, NJ 07101-4742

**Date or dates debt was incurred**
11/30/2018

As of the petition filing date, the claim is:     $8,111.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
MULTIPLE INVOICES

**Is the claim subject to offset?**
☐ No

☐ Yes

3.131 **Nonpriority creditor's name and mailing address**
NIAGARA AQUARIUM FOUNDATION, 701 WHIRLPOOL STREET, NIAGARA FALLS, NY 14301

**Date or dates debt was incurred**
2/26/2020

As of the petition filing date, the claim is:     $350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #1049

**Is the claim subject to offset?**
☐ No

☐ Yes

3.132 **Nonpriority creditor's name and mailing address**
NORTHWEST , 100 LIBERTY STREET, WARREN, PA 16365

**Date or dates debt was incurred**
UNKNOWN

As of the petition filing date, the claim is:     $160,138.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
GUARANTEE OF OBLIGATIONS OF ST. STEPHENS – GRAND ISLAND AND ST. LAWRENCE, BUFFALO

**Is the claim subject to offset?**
☐ No

☐ Yes

3.133 **Nonpriority creditor's name and mailing address**
NYS OFFICE OF PARKS RECREATION, HISTORIC PRESERVATION, SALAMANCA, NY 14779

**Date or dates debt was incurred**
12/23/2019

As of the petition filing date, the claim is:     $1,863.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
MULTIPLE INVOICES

**Is the claim subject to offset?**
☐ No

☐ Yes

3.134   **Nonpriority creditor's name and mailing address**                    **As of the petition filing date, the claim is:**                    $408.32
         NYSEG, PO BOX 847812, BOSTON, MA 02284-7812                           *Check all that apply.*

         **Date or dates debt was incurred**                                   ☐ Contingent
         3/9/2020
                                                                               ☐ Unliquidated

                                                                               ☐ Disputed

                                                                               **Basis for the claim:**
                                                                               INVOICE #2020/2/5-3/4

                                                                               **Is the claim subject to offset?**
                                                                               ☐ No

                                                                               ☐ Yes

3.135   **Nonpriority creditor's name and mailing address**                    **As of the petition filing date, the claim is:**                    $380.00
         ONE LICENSE, 7343 S MASON AVENUE, CHICAGO, IL 60638                   *Check all that apply.*

         **Date or dates debt was incurred**                                   ☐ Contingent
         2/15/2020
                                                                               ☐ Unliquidated

                                                                               ☐ Disputed

                                                                               **Basis for the claim:**
                                                                               INVOICE #258225

                                                                               **Is the claim subject to offset?**
                                                                               ☐ No

                                                                               ☐ Yes

3.136   **Nonpriority creditor's name and mailing address**                    **As of the petition filing date, the claim is:**                    $-85.26
         ORKIN, 60 EARHART DR, STE 1, AMHERST, NY 14221-7054                   *Check all that apply.*

         **Date or dates debt was incurred**                                   ☐ Contingent
         1/26/2016
                                                                               ☐ Unliquidated

                                                                               ☐ Disputed

                                                                               **Basis for the claim:**
                                                                               INVOICE #53006188

                                                                               **Is the claim subject to offset?**
                                                                               ☐ No

                                                                               ☐ Yes

3.137   **Nonpriority creditor's name and mailing address**                    **As of the petition filing date, the claim is:**                    $605.00
         PATRICK SHEA, 170 RICE ROAD, ELMA, NY 14049                           *Check all that apply.*

         **Date or dates debt was incurred**                                   ☐ Contingent
         2/13/2020
                                                                               ☐ Unliquidated

                                                                               ☐ Disputed

                                                                               **Basis for the claim:**
                                                                               INVOICE #43874

                                                                               **Is the claim subject to offset?**
                                                                               ☐ No

                                                                               ☐ Yes

**3.138**  **Nonpriority creditor's name and mailing address**
PHIL CHRISTNER, 691 CLEVELAND DRIVE, CHEEKTOWAGA, NY 14225

**Date or dates debt was incurred**
1/1/2020

**As of the petition filing date, the claim is:**                          $750.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #2019/12/24-25

**Is the claim subject to offset?**
☐ No

☐ Yes

---

**3.139**  **Nonpriority creditor's name and mailing address**
PLAN ADMINISTRATOR, LTD, 580 HAZARD AVENUE, ENFIELD, CT 6082

**Date or dates debt was incurred**
3/4/2020

**As of the petition filing date, the claim is:**                          $246.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INSURANCE

**Is the claim subject to offset?**
☐ No

☐ Yes

---

**3.140**  **Nonpriority creditor's name and mailing address**
POVINELLI CUTLERY &, SHARPENING SERVICES INC, CHEEKTOWAGA, NY 14225

**Date or dates debt was incurred**
2/27/2020

**As of the petition filing date, the claim is:**                          $26.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #2240165

**Is the claim subject to offset?**
☐ No

☐ Yes

---

**3.141**  **Nonpriority creditor's name and mailing address**
QUALITY BINDERY SERVICES INC, 501 AMHERST ST, BUFFALO, NY 14207

**Date or dates debt was incurred**
1/30/2020

**As of the petition filing date, the claim is:**                          $320.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #68092

**Is the claim subject to offset?**
☐ No

☐ Yes

3.142 **Nonpriority creditor's name and mailing address**
REPUBLIC SERVICES #111, PO BOX 9001099, LOUISVILLE, KY 40290-
1099

**Date or dates debt was incurred**
2/20/2020

**As of the petition filing date, the claim is:**                    $944.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
MULTIPLE INVOICES

**Is the claim subject to offset?**
☐ No

☐ Yes

3.143 **Nonpriority creditor's name and mailing address**
REV PATRICK ZENGIERSKI, 1219 ELMWOOD AVE, BUFFALO, NY 14222

**Date or dates debt was incurred**
3/3/2020

**As of the petition filing date, the claim is:**                    $304.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #2020/1.21-3/2

**Is the claim subject to offset?**
☐ No

☐ Yes

3.144 **Nonpriority creditor's name and mailing address**
REV ROY HERBERGER, 15 GREENWICH DRIVE APT 2, EAST AMHERST,
NY 14228

**Date or dates debt was incurred**
2/11/2020

**As of the petition filing date, the claim is:**                    $730.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
MULTIPLE INVOICES

**Is the claim subject to offset?**
☐ No

☐ Yes

3.145 **Nonpriority creditor's name and mailing address**
REV. SEAN PAUL FLEMING, 1029 MONROE STREET NE, WASHINGTON,
DC 20017

**Date or dates debt was incurred**
1/8/2020

**As of the petition filing date, the claim is:**                    $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #43814

**Is the claim subject to offset?**
☐ No

☐ Yes

| 3.146 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $500.00 |

3.146 **Nonpriority creditor's name and mailing address**
REV. VINCENT BECKER, 3532 ROUTE 77, VARYSBURG, NY 14167

**Date or dates debt was incurred**
3/11/2020

**As of the petition filing date, the claim is:** $500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #37294

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.147 **Nonpriority creditor's name and mailing address**
REV.CHARLES E.SLISZ, 50 FRANKLIN STREET, BUFFALO, NY 14202

**Date or dates debt was incurred**
3/4/2020

**As of the petition filing date, the claim is:** $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #43883

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.148 **Nonpriority creditor's name and mailing address**
RGIS LLC, 2000 E. TAYLOR ROAD, AUBURN HILLS, MI 48326

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
FEB2020INVENTORY

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.149 **Nonpriority creditor's name and mailing address**
RICHARD LACROIX, 233 OVERBROOK AVE., TONAWANDA, NY 14150

**Date or dates debt was incurred**
2/18/2020

**As of the petition filing date, the claim is:** $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
INVOICE #ND GRANT FALL19

**Is the claim subject to offset?**
☐ No
☐ Yes

3.150   **Nonpriority creditor's name and mailing address**                  **As of the petition filing date, the claim is:**                    $277.17
        RICHARD SUCHAN, 795 MAIN STREET, BUFFALO, NY 14203                   *Check all that apply.*

        **Date or dates debt was incurred**                                  ☐ Contingent
        2/21/2020
                                                                             ☐ Unliquidated

                                                                             ☐ Disputed

                                                                             **Basis for the claim:**
                                                                             INVOICE #19/11/25-2/22

                                                                             **Is the claim subject to offset?**
                                                                             ☐ No

                                                                             ☐ Yes

3.151   **Nonpriority creditor's name and mailing address**                  **As of the petition filing date, the claim is:**                    UNKNOWN
        RITA HAYEK, C/O THE GARAS LAW FIRM, LLP, ATTN: JOHN C. GARAS,        *Check all that apply.*
        8203 MAIN STREET, SUITE 13, BUFFALO, NY 14202                        ☑ Contingent

        **Date or dates debt was incurred**                                  ☑ Unliquidated
        9/13/2019
                                                                             ☑ Disputed

                                                                             **Basis for the claim:**
                                                                             PENDING LITIGATION

                                                                             **Is the claim subject to offset?**
                                                                             ☐ No

                                                                             ☐ Yes

3.152   **Nonpriority creditor's name and mailing address**                  **As of the petition filing date, the claim is:**                    UNKNOWN
        ROBERT BARRY, C/O DOLCE PANEPINTO, PC, ATTN: MARC C.                 *Check all that apply.*
        PANEPINTO, 1260 DELAWARE AVENUE, BUFFALO, NY 14209                   ☑ Contingent

        **Date or dates debt was incurred**                                  ☑ Unliquidated
        9/21/2018
                                                                             ☑ Disputed

                                                                             **Basis for the claim:**
                                                                             PENDING LITIGATION

                                                                             **Is the claim subject to offset?**
                                                                             ☐ No

                                                                             ☐ Yes

3.153   **Nonpriority creditor's name and mailing address**                  **As of the petition filing date, the claim is:**                    $510.73
        ROBERT F. GAISER, INC., BOX 807, 292 MAIN STREET, BUTLER, NJ         *Check all that apply.*
        07405                                                                ☐ Contingent

        **Date or dates debt was incurred**                                  ☐ Unliquidated

                                                                             ☐ Disputed

                                                                             **Basis for the claim:**
                                                                             MULTIPLE INVOICES

                                                                             **Is the claim subject to offset?**
                                                                             ☐ No

                                                                             ☐ Yes

3.154   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                    $3,100.00
        ROBERT MARK AUDIO, 93 GROELL AVENUE, CHEEKTOWAGA, NY 14227    *Check all that apply.*

        **Date or dates debt was incurred**                          ☐ Contingent
        2/19/2020
                                                                     ☐ Unliquidated

                                                                     ☐ Disputed

                                                                     **Basis for the claim:**
                                                                     INVOICE #19211

                                                                     **Is the claim subject to offset?**
                                                                     ☐ No

                                                                     ☐ Yes

3.155   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                       $74.59
        ROMAN CATHOLIC DIOCESE, OF ALBANY, ALBANY, NY 12203          *Check all that apply.*

        **Date or dates debt was incurred**                          ☐ Contingent
        2/21/2020
                                                                     ☐ Unliquidated

                                                                     ☐ Disputed

                                                                     **Basis for the claim:**
                                                                     INVOICE #43882

                                                                     **Is the claim subject to offset?**
                                                                     ☐ No

                                                                     ☐ Yes

3.156   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                    UNKNOWN
        SHANNON ROUNSEVILLIE, ATTN: RICHARD P. AMICO, 16 W. MAIN     *Check all that apply.*
        STREET, 6TH FLOOR, ROCHESTER, NY 14612                       ☑ Contingent
        **Date or dates debt was incurred**                          ☑ Unliquidated
        1/16/2019
                                                                     ☑ Disputed

                                                                     **Basis for the claim:**
                                                                     PENDING LITIGATION

                                                                     **Is the claim subject to offset?**
                                                                     ☐ No

                                                                     ☐ Yes

3.157   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                       $95.00
        SHAWN ABRAM, 10321 CHESTNUST ST., DUNKIRK, NY 14048          *Check all that apply.*

        **Date or dates debt was incurred**                          ☐ Contingent
        2/3/2020
                                                                     ☐ Unliquidated

                                                                     ☐ Disputed

                                                                     **Basis for the claim:**
                                                                     INVOICE #43868

                                                                     **Is the claim subject to offset?**
                                                                     ☐ No

                                                                     ☐ Yes

3.158   **Nonpriority creditor's name and mailing address**
        SHEILA DUNNIGAN, C/O LAW OFFICES OF ROBERT D. BERKUN, LLC,
        ATTN: ROBERT D. BERKUN, MAIN PLACE TOWER, 350 MAIN STREET,
        SUITE 2150, BUFFALO, NY 14202

        **Date or dates debt was incurred**
        3/24/2019

        As of the petition filing date, the claim is:                    UNKNOWN
        *Check all that apply.*
        ☑ Contingent

        ☑ Unliquidated

        ☑ Disputed

        **Basis for the claim:**
        PENDING LITIGATION

        **Is the claim subject to offset?**
        ☐ No

        ☐ Yes

3.159   **Nonpriority creditor's name and mailing address**
        SIGMA ACTUARIAL, CONSULTING GROUP INC, BRENTWOOD, TN 37027

        **Date or dates debt was incurred**
        3/5/2020

        As of the petition filing date, the claim is:                    $10,000.00
        *Check all that apply.*
        ☐ Contingent

        ☐ Unliquidated

        ☐ Disputed

        **Basis for the claim:**
        INVOICE #20041127-016

        **Is the claim subject to offset?**
        ☐ No

        ☐ Yes

3.160   **Nonpriority creditor's name and mailing address**
        SPECTRUM STUDENT PERIODICAL, ATTN HELENE POLLEY, BUFFALO,
        NY 14260

        **Date or dates debt was incurred**
        2/24/2020

        As of the petition filing date, the claim is:                    $346.50
        *Check all that apply.*
        ☐ Contingent

        ☐ Unliquidated

        ☐ Disputed

        **Basis for the claim:**
        INVOICE #IN00000232 & #IN00000237

        **Is the claim subject to offset?**
        ☐ No

        ☐ Yes

3.161   **Nonpriority creditor's name and mailing address**
        ST ANTHONY RC CHURCH, 66 CUSHING STREET, FREDONIA, NY 14063

        **Date or dates debt was incurred**
        1/28/2020

        As of the petition filing date, the claim is:                    $600.00
        *Check all that apply.*
        ☐ Contingent

        ☐ Unliquidated

        ☐ Disputed

        **Basis for the claim:**
        INVOICE #19-20 DEC-FEB

        **Is the claim subject to offset?**
        ☐ No

        ☐ Yes

3.162  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                    $1,250.00
       ST JOHN THE BAPTIST SCHOOL, 1085 ENGLEWOOD AVENUE,            *Check all that apply.*
       KENMORE, NY 14223-1982
                                                                    ☐ Contingent
       **Date or dates debt was incurred**
       2/18/2020                                                    ☐ Unliquidated

                                                                    ☐ Disputed

                                                                    **Basis for the claim:**
                                                                    INVOICE #2019-20 FALL

                                                                    **Is the claim subject to offset?**
                                                                    ☐ No

                                                                    ☐ Yes

3.163  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                      $483.32
       ST TIMOTHY, 565 EAST PARK DR, TONAWANDA, NY 14150            *Check all that apply.*

       **Date or dates debt was incurred**                          ☐ Contingent
       3/4/2020
                                                                    ☐ Unliquidated

                                                                    ☐ Disputed

                                                                    **Basis for the claim:**
                                                                    INVOICE #43887

                                                                    **Is the claim subject to offset?**
                                                                    ☐ No

                                                                    ☐ Yes

3.164  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                      $125.00
       STACY SCHUMACHER, 702 CHARLESGATE CIRCLE, E. AMHERST, NY     *Check all that apply.*
       14051
                                                                    ☐ Contingent
       **Date or dates debt was incurred**
       2/25/2020                                                    ☐ Unliquidated

                                                                    ☐ Disputed

                                                                    **Basis for the claim:**
                                                                    INVOICE #43876

                                                                    **Is the claim subject to offset?**
                                                                    ☐ No

                                                                    ☐ Yes

3.165  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                       $93.73
       STEVEN D ROTH, 795 MAIN ST, BUFFALO, NY 14203                *Check all that apply.*

       **Date or dates debt was incurred**                          ☐ Contingent
       3/3/2020
                                                                    ☐ Unliquidated

                                                                    ☐ Disputed

                                                                    **Basis for the claim:**
                                                                    INVOICE #2020 FEBRUARY

                                                                    **Is the claim subject to offset?**
                                                                    ☐ No

                                                                    ☐ Yes

**3.166**  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:                    $23.97
       SUDBURY BRASS GOODS, C/O CHRISTIAN BRANDS, 1013 VETERANS      *Check all that apply.*
       DRIVE, LEWISBURG, TN 37091
                                                                     ☐ Contingent
       **Date or dates debt was incurred**
                                                                     ☐ Unliquidated

                                                                     ☐ Disputed

                                                                     **Basis for the claim:**
                                                                     INVOICE #12135513

                                                                     **Is the claim subject to offset?**
                                                                     ☐ No

                                                                     ☐ Yes

**3.167**  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:                  $9,627.65
       THE BUFFALO NEWS INC., DBA TBN MEDIA, TONAWANDA, NY 14151     *Check all that apply.*

       **Date or dates debt was incurred**                           ☐ Contingent
       2/2/2020
                                                                     ☐ Unliquidated

                                                                     ☐ Disputed

                                                                     **Basis for the claim:**
                                                                     INVOICE #2020/1/1-2/2

                                                                     **Is the claim subject to offset?**
                                                                     ☐ No

                                                                     ☐ Yes

**3.168**  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:                   $124.15
       THERESA WALKER, 2485 BAUER ROAD, EDEN, NY 14057              *Check all that apply.*

       **Date or dates debt was incurred**                           ☐ Contingent
       2/18/2020
                                                                     ☐ Unliquidated

                                                                     ☐ Disputed

                                                                     **Basis for the claim:**
                                                                     INVOICE #43879

                                                                     **Is the claim subject to offset?**
                                                                     ☐ No

                                                                     ☐ Yes

**3.169**  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:                 $2,357.75
       TIME WARNER CABLE, PO BOX 177, FREDONIA, NY 14063-1993       *Check all that apply.*

       **Date or dates debt was incurred**                           ☐ Contingent
       1/30/2020
                                                                     ☐ Unliquidated

                                                                     ☐ Disputed

                                                                     **Basis for the claim:**
                                                                     MULTIPLE INVOICES

                                                                     **Is the claim subject to offset?**
                                                                     ☐ No

                                                                     ☐ Yes

**3.170**  **Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is:                    $5,991.07
           TOPS MARKETS LLC, 6592 PAYSPHERE CIRCLE, CHICAGO, IL 60674-     *Check all that apply.*
           3249
                                                                          ☐ Contingent
           **Date or dates debt was incurred**
                                                                          ☐ Unliquidated

                                                                          ☐ Disputed

                                                                          **Basis for the claim:**
                                                                          322644/FEB STMT

                                                                          **Is the claim subject to offset?**
                                                                          ☐ No

                                                                          ☐ Yes

**3.171**  **Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is:                      $242.33
           TRANE U.S., INC., 45 EARHART DRIVE, SUITE 103, WILLIAMSVILLE, NY   *Check all that apply.*
           14221-7809
                                                                          ☐ Contingent
           **Date or dates debt was incurred**
           2/3/2020                                                       ☐ Unliquidated

                                                                          ☐ Disputed

                                                                          **Basis for the claim:**
                                                                          INVOICE #310596241

                                                                          **Is the claim subject to offset?**
                                                                          ☐ No

                                                                          ☐ Yes

**3.172**  **Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is:                       $31.00
           UPS, PO BOX 809488, CHICAGO, IL 60680-9488                     *Check all that apply.*

           **Date or dates debt was incurred**                           ☐ Contingent
           2/22/2020
                                                                          ☐ Unliquidated

                                                                          ☐ Disputed

                                                                          **Basis for the claim:**
                                                                          INVOICE #546369080

                                                                          **Is the claim subject to offset?**
                                                                          ☐ No

                                                                          ☐ Yes

**3.173**  **Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is:                      $671.69
           VERIZON, PO BOX 408, NEWARK, NJ 07101-0408                     *Check all that apply.*

           **Date or dates debt was incurred**                           ☐ Contingent
           2/15/2020
                                                                          ☐ Unliquidated

                                                                          ☐ Disputed

                                                                          **Basis for the claim:**
                                                                          MULTIPLE INVOICES

                                                                          **Is the claim subject to offset?**
                                                                          ☐ No

                                                                          ☐ Yes

3.174  **Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is:                    $1,407.66
       WEGMAN'S FOOD MARKETS INC, PO BOX 92217, ROCHESTER, NY            *Check all that apply.*
       14692-0217
                                                                        ☐ Contingent
       **Date or dates debt was incurred**
       3/1/2020                                                         ☐ Unliquidated

                                                                        ☐ Disputed

                                                                        **Basis for the claim:**
                                                                        MULTIPLE INVOICES

                                                                        **Is the claim subject to offset?**
                                                                        ☐ No

                                                                        ☐ Yes

3.175  **Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is:                    $1,941.73
       WEX BANK, PO BOX 5727, CAROL STREAM, IL 60197-5727               *Check all that apply.*

       **Date or dates debt was incurred**                             ☐ Contingent
       2/15/2020
                                                                        ☐ Unliquidated

                                                                        ☐ Disputed

                                                                        **Basis for the claim:**
                                                                        INVOICE #63876482

                                                                        **Is the claim subject to offset?**
                                                                        ☐ No

                                                                        ☐ Yes

3.176  **Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is:                      $28.08
       WILL & BAUMER, 1013 VETERANS DRIVE, LEWISBURG, TN 37091          *Check all that apply.*

       **Date or dates debt was incurred**                             ☐ Contingent

                                                                        ☐ Unliquidated

                                                                        ☐ Disputed

                                                                        **Basis for the claim:**
                                                                        INVOICE #12136319

                                                                        **Is the claim subject to offset?**
                                                                        ☐ No

                                                                        ☐ Yes

3.177  **Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is:                      $41.00
       WILLIAM GAYMON, 366 MARTHA AVENUE, BUFFALO, NY 14215             *Check all that apply.*

       **Date or dates debt was incurred**                             ☐ Contingent
       12/23/2019
                                                                        ☐ Unliquidated

                                                                        ☐ Disputed

                                                                        **Basis for the claim:**
                                                                        INVOICE #43822

                                                                        **Is the claim subject to offset?**
                                                                        ☐ No

                                                                        ☐ Yes

3.178   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                    $4,300.00
        WILLIS TOWERS WATSON US LLC, LOCKBOX 28025, CHICAGO, IL 60673-   *Check all that apply.*
        1280
                                                                     ☐ Contingent
        **Date or dates debt was incurred**
        2/14/2020                                                    ☐ Unliquidated

                                                                     ☐ Disputed

                                                                     **Basis for the claim:**
                                                                     INVOICE #150140945774

                                                                     **Is the claim subject to offset?**
                                                                     ☐ No

                                                                     ☐ Yes

3.179   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                       $95.00
        YEVETTE ANGEL, 336 BISSELL AVENUE, BUFFALO, NY 14211          *Check all that apply.*

        **Date or dates debt was incurred**                          ☐ Contingent
        2/13/2020
                                                                     ☐ Unliquidated

                                                                     ☐ Disputed

                                                                     **Basis for the claim:**
                                                                     INVOICE #43874

                                                                     **Is the claim subject to offset?**
                                                                     ☐ No

                                                                     ☐ Yes

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. ALENA PICCILLO, C/O STAMM LAW FIRM, ATTN: BRIAN G. STAMM, 1127 WEHRLE DRIVE, SUITE 100, WILLIAMSVILLE, NY 14221 | Line 3.8 ☐ Not listed. Explain | |
| 4.2. BEVERLY A. MATISZ AND STEPHEN W. MATISZ, C/O RAMOS & RAMOS, ATTN: JOSEPH L. NICASTRO, 37 FRANKLIN STREET, SUITE 1100, BUFFALO, NY 14202 | Line 3.19 ☐ Not listed. Explain | |
| 4.3. BILLY EVANS AND HEATHER EVANS INDIVIDUALLY AND AS NATURAL GUARDIANS OF OMARION EVANS, ATTN: LEONARD BERKOWITZ, 4513 S BUFFALO STREET, ORCHARD PARK, NY 14127 | Line 3.21 ☐ Not listed. Explain | |
| 4.4. CATHOLIC CHARITIES OF BUFFALO, N.Y., C/O LIPPES MATHIAS WEXLER FRIEDMAN LLP, ATTN: RAYMOND L. FINK & JOHN A. MUELLER, 50 FOUNTAIN PLAZA, SUITE 1700, BUFFALO, NY 14202-2216 | Line 3.34 ☐ Not listed. Explain | |
| 4.5. DEWANDA LOATMAN, C/O ANDREWS, BERNSTEIN, MARANTO & NICOTRA, PLLC, ATTN: ROBERT J. MARANTO, 420 FRANKLIN STREET, BUFFALO, NY 14202 | Line 3.60 ☐ Not listed. Explain | |
| 4.6. FRANCISCAN FRIARS - OUR LADY OF ANGELS PROVINCE, INC., C/O LIPPES MATHIAS WEXLER FRIEDMAN LLP, ATTN: RAYMOND L. FINK & JOHN A. MUELLER, 50 FOUNTAIN PLAZA, SUITE 1700, BUFFALO, NY 14202-2216 | Line 3.80 ☐ Not listed. Explain | |
| 4.7. JEFFERY L. POLISOTO AND TRAVY E. POLISOTO, ATTN: ROBERT J. MARANTO, 420 FRANKLIN STREET, BUFFALO, NY 14202 | Line 3.95 ☐ Not listed. Explain | |
| 4.8. MARY CERANSKI, C/O LIPSITZ GREEN SCIME CAMBRIA LLP, ATTN: THOMAS M. MERCURE, 42 DELAWARE AVENUE, SUITE 120, BUFFALO, NY 14202 | Line 3.115 ☐ Not listed. Explain | |

| 4.9. | MARY LYNCH, C/O FANIZZI & BARR, P.C., ATTN: PAUL K. BARR, 2303 PINE AVENUE, NIAGARA FALLS, NY 14301 | Line 3.116 | |
| | | ☐ Not listed. Explain | |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | Total of claim amounts |
|---|---|
| 5a. **Total claims from Part 1** | 5a. $0.00 |
| 5b. **Total claims from Part 2** | 5b. $421,123.25 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $421,123.25 |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**Schedule G:** Executory Contracts and Unexpired Leases

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | WEB DESIGN & DEVELOPMENT | 360 PSG, INC., 455 COMMERCE DRIVE, SUITE 3, AMHERST, NY 14228 |
| | State the term remaining | EVERGREEN (MONTHLY RENEWAL) | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | TENTH LEASE EXTENSION AND MODIFICATION AGREEMENT | ALLPRO PARKING, LLC, SINCLAIR BUILDING, 465 WASHINGTON STREET, SUITE 105, BUFFALO, NY 14203 |
| | State the term remaining | 12/31/2020 | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | ELEVATOR INSPECTION SERVICE COMPANY FOR PERIODIC INSPECTIONS OF ELEVATORS LOCATED AT 4 CATHOLIC CENTER UNITS: 801 MAIN STREET, BUFFALO NY & 3 UNITS AT 795 MAIN STREET, BUFFALO NY | ALPS ELEVATOR INSPECTION SERVICES, INC., ATTN: SHARON HICKS, PRESIDENT, PO BOX 605, BUFFALO, NY 14207-0605 |
| | State the term remaining | EVERGREEN | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | ELEVATOR INSPECTION SERVICE COMPANY FOR ELEVATORS LOCATED AT 68 CROWING STREET, DEPEW NY | ALPS ELEVATOR INSPECTION SERVICES, INC., ATTN: SHARON HICKS, PRESIDENT, PO BOX 605, BUFFALO, NY 14207-0605 |
| | State the term remaining | EVERGREEN (ANNUAL RENEWAL) | |
| | List the contract number of any government contract | | |

**2.5** | State what the contract or lease is for and the nature of the debtor's interest | ELEVATOR INSPECTION SERVICE COMPANY FOR ELEVATORS LOCATED AT 795 MAIN STREET, BUFFALO NY | ALPS ELEVATOR INSPECTION SERVICES, INC., PO BOX 605, BUFFALO, NY 14207-0605
--- | --- | --- | ---
| State the term remaining | EVERGREEN (ANNUAL RENEWAL) |
| List the contract number of any government contract | |

**2.6** | State what the contract or lease is for and the nature of the debtor's interest | INSPECTION & TEST REPORT BY ELEVATOR INSPECTION SERVICE COMPANY FOR AN ELEVATOR LOCATED AT 50 FRANKLIN STREET, BUFFALO NY | ALPS ELEVATOR INSPECTION SERVICES, INC., PO BOX 605, BUFFALO, NY 14207-0605
--- | --- | --- | ---
| State the term remaining | 8/19/2020 |
| List the contract number of any government contract | |

**2.7** | State what the contract or lease is for and the nature of the debtor's interest | ELEVATOR INSPECTION SERVICES CONTRACT FOR ELEVATORS LOCATED AT 69 O'HARA ROAD, TONAWANDA NY | ALPS ELEVATOR INSPECTION SERVICES, INC., PO BOX 605, BUFFALO, NY 14207-0605
--- | --- | --- | ---
| State the term remaining | EVERGREEN (ANNUAL RENEWAL) |
| List the contract number of any government contract | |

**2.8** | State what the contract or lease is for and the nature of the debtor's interest | TRAVELLING ENGAGEMENT CONTRACT | AMERICAN FEDERATION OF MUSICIANS, ATTN: CHRIS BRAY, 49988 DINGLE ST., AYLMER, ON N5H 2R1 CANADA
--- | --- | --- | ---
| State the term remaining | 12/2/2020 |
| List the contract number of any government contract | |

**2.9** | State what the contract or lease is for and the nature of the debtor's interest | SPRINKLER SYSTEM INVOICE | AMERICAN IRRIGATION, INC., 5474 SHUNPIKE ROAD, LOCKPORT, NY 14094
--- | --- | --- | ---
| State the term remaining | EVERGREEN (MONTHLY RENEWAL) |
| List the contract number of any government contract | |

**2.10** | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL SECURITY ALARM SYSTEM AND MONITORING SERVICES AT 795 MAIN STREET, BUFFALO NY 14203 | AMHERST ALARM, INC., 435 LAWRENCE BELL DRIVE, AMHERST, NY 14221
--- | --- | --- | ---
| State the term remaining | EVERGREEN (ANNUAL RENEWAL) |
| List the contract number of any government contract | |

| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL SECURITY ALARM SYSTEM AND MONITORING SERVICES FOR ST. JOSEPH'S CATHEDRAL AT 50 FRANKLIN STREET, BUFFALO NY 14202 | AMHERST ALARM, INC., 435 LAWRENCE BELL DRIVE, AMHERST, NY 14221 |
|---|---|---|---|
| | State the term remaining | EVERGREEN (ANNUAL RENEWAL) | |
| | List the contract number of any government contract | | |

| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL SECURITY ALARM SYSTEM AND MONITORING SERVICES AT 691 BROADWAY, BUFFALO NY 14212 | AMHERST ALARM, INC., 435 LAWRENCE BELL DRIVE, AMHERST, NY 14221 |
|---|---|---|---|
| | State the term remaining | EVERGREEN (ANNUAL RENEWAL) | |
| | List the contract number of any government contract | | |

| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL SECURITY ALARM SYSTEM AND MONITORING SERVICES AT 208 STANISLAUS STREET, BUFFALO NY 14212 | AMHERST ALARM, INC., 435 LAWRENCE BELL DRIVE, AMHERST, NY 14221 |
|---|---|---|---|
| | State the term remaining | EVERGREEN (ANNUAL RENEWAL) | |
| | List the contract number of any government contract | | |

| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL SECURITY ALARM SYSTEM AND MONITORING SERVICES AT 1219 ELMWOOD AVENUE, BUFFALO NY 14222 | AMHERST ALARM, INC., 435 LAWRENCE BELL DRIVE, AMHERST, NY 14221 |
|---|---|---|---|
| | State the term remaining | EVERGREEN (ANNUAL RENEWAL) | |
| | List the contract number of any government contract | | |

| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL SECURITY ALARM SYSTEM AND MONITORING SERVICES AT 142 LAVERACK AVENUE, LANCASTER NY 14086 | AMHERST ALARM, INC., 2361 WEHRLE DRIVE, AMHERST, NY 14221 |
|---|---|---|---|
| | State the term remaining | EVERGREEN (ANNUAL RENEWAL) | |
| | List the contract number of any government contract | | |

| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | FIRE DETECTION EQUIPMENT INSPECTION AND SERVICES AT 142 LAVERACK AVE, LANCASTER NY 14086 | AMHERST ALARM, INC., 2361 WEHRLE DRIVE, AMHERST, NY 14221 |
|---|---|---|---|
| | State the term remaining | EVERGREEN (MONTHLY RENEWAL) | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | RESIDENTIAL SECURITY ALARM SYSTEM AND MONITORING SERVICES AT 127 WILSON ST, BUFFALO NY |
| | **State the term remaining** | EVERGREEN (ANNUAL RENEWAL) |
| | **List the contract number of any government contract** | |

AMHERST ALARM, INC., 2361 WEHRLE DRIVE, AMHERST, NY 14221

| | | |
|---|---|---|
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRE DETECTION EQUIPMENT INSPECTION AND SERVICES AT 69 O'HARA ROAD, TONAWANDA NY 14150 |
| | **State the term remaining** | EVERGREEN (MONTHLY RENEWAL) |
| | **List the contract number of any government contract** | |

AMHERST ALARM, INC., 2361 WEHRLE DRIVE, AMHERST, NY 14221

| | | |
|---|---|---|
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL SECURITY ALARM SYSTEM AND MONITORING SERVICES AT 69 O'HARA ROAD, TONAWANDA NY 14150 |
| | **State the term remaining** | EVERGREEN (ANNUAL RENEWAL) |
| | **List the contract number of any government contract** | |

AMHERST ALARM, INC., 2361 WEHRLE DRIVE, AMHERST, NY 14221

| | | |
|---|---|---|
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | ADVERTISING AGREEMENT |
| | **State the term remaining** | 6/21/2020 |
| | **List the contract number of any government contract** | |

BEE GROUP NEWSPAPERS, 5564 MAIN STREET, WILLIAMSVILLE, NY 14221-5410

| | | |
|---|---|---|
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT |
| | **State the term remaining** | 8/31/2041 |
| | **List the contract number of any government contract** | |

BISHOP TIMON HIGH SCHOOL, ATTN: PRINCIPAL, 601 MCKINLEY PARKWAY, BUFFALO, NY 14220

| | | |
|---|---|---|
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | ELEVATOR MAINTENANCE |
| | **State the term remaining** | UNKNOWN |
| | **List the contract number of any government contract** | |

BISON ELEVATOR SERVICE, INC., ELLICOTT SQUARE BUILDING, 295 MAIN STREET, SUITE 932,BUFFALO, NY 14203

| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | SNOW PLOWING, SNOW REMOVAL, AND SALTING SERVICES AT 68 COWING AVE, LANCASTER NY 14086 | BPK ENTERPRISES, INC., 89 BRANDEL AVENUE, LANCASTER, NY 14086 |
| | **State the term remaining** | 2019/2020 PLOWING SEASON | |
| | **List the contract number of any government contract** | | |

| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | RECYCLING AND WASTE MANAGEMENT AGREEMENT | CASCADES RECOVERY U.S., INC., 3241 WALKDEN AVENUE, DEPEW, NY 14043 |
| | **State the term remaining** | 10/17/2022 | |
| | **List the contract number of any government contract** | | |

| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT | CATHOLIC CEMETERIES, 4000 ELMWOOD AVENUE, KENMORE, NY 14217 |
| | **State the term remaining** | 2/28/2022 | |
| | **List the contract number of any government contract** | | |

| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | COPYRIGHT LICENSE | CCLI, CHRISTIAN COPYRIGHT LICENSING INTERNATIONAL, 17205 SE MILL PLAIN BLVD, SUITE 150, VANCOUVER, WA 98683 |
| | **State the term remaining** | 5/31/2020 | |
| | **List the contract number of any government contract** | | |

| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | FACILITIES SOLUTIONS AGREEMENT | CINTAS, 160 JAMES E CASEY DRIVE, BUFFALO, NY 14206 |
| | **State the term remaining** | 36 MONTHS | |
| | **List the contract number of any government contract** | | |

| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | PROVIDES SERVER, APPLICATION AND DESKTOP VIRTUALIZATION, NETWORKING, SOFTWARE AS A SERVICE, AND CLOUD COMPUTING TECHNOLOGIES | CITRIX SYSTEMS, INC., 851 W CYPRESS CREEK ROAD, FORT LAUDERDALE, FL 33309-2009 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | COPIER EQUIPMENT PROVIDER; LEASE OF EQUIPMENT | COPIER FAX BUSINESS TECHNOLOGIES, INC., 465 ELLICOTT STREET, BUFFALO, NY 14203 |
|---|---|---|---|
| | State the term remaining | 11/1/2020 | |
| | List the contract number of any government contract | | |

| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | PAY THIS COMPANY FOR COPIER LEASE COSTS FOR COPIER FAX BUSINESS TECHNOLOGIES, INC. | DE LAGE LANDEN FINANCIAL SERVICES, INC., ATTN: KAREN A. PETERSON, 1111 OLD EAGLE SCHOOL ROAD, WAYNE, PA 19087 |
|---|---|---|---|
| | State the term remaining | 7/1/2018 | |
| | List the contract number of any government contract | | |

| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | ELEVATOR SERVICE AGREEMENT | DOWNEY-GOODLEIN ELEVATOR CORP., 12 PIXLEY INDUSTRIAL PKWY, ROCHESTER, NY 14624 |
|---|---|---|---|
| | State the term remaining | EVERGREEN (SEMI-ANNUAL RENEWAL) | |
| | List the contract number of any government contract | | |

| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | SECURITY INSTALLATION, MONITORING, AND SERVICES AT 795 MAIN ST, BUFFALO NY | DOYLE SECURITY SYSTEMS, ATTN: MATT STUCZYNSKI, 81 BENBRO DRIVE, BUFFALO, NY 14225 |
|---|---|---|---|
| | State the term remaining | 5/7/2023 | |
| | List the contract number of any government contract | | |

| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | ANNUAL SERVICE & SUPPLY MAINTENANCE AGREEMENT | EAGLE SYSTEMS, INC., 2421 HARLEM ROAD, BUFFALO, NY 14225 |
|---|---|---|---|
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | ANNUAL SERVICE & SUPPLY MAINTENANCE AGREEMENT, EQUIPMENT INSTALLATION AND MAINTENANCE | EAGLE SYSTEMS, INC., 2421 HARLEM ROAD, BUFFALO, NY 14225 |
|---|---|---|---|
| | State the term remaining | 7/31/2020 | |
| | List the contract number of any government contract | | |

| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | SNOW PLOWING, SNOW REMOVAL, AND DE-ICING SERVICES AT 795 MAIN STREET, BUFFALO NY | ELBERS LANDSCAPE SERIVCE, INC., ATTN: KEVIN F. BURKE, GENERAL MANAGER, 2900 MAIN STREET, BUFFALO, NY 14214 |
|---|---|---|---|
| | State the term remaining | 4/1/2020 | |
| | List the contract number of any government contract | | |

| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | SNOW PLOWING AT 10 ROSARY ST, LACKAWANNA NY | F&T SNOWPLOWING & REMOVAL, INC., ATTN: GEORGE W. THOMAS, PRESIDENT, 118 DUBONNET DRIVE, DEPEW, NY 14043 |
|---|---|---|---|
| | State the term remaining | 3/31/2021 | |
| | List the contract number of any government contract | | |

| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | EXAMINATION AND LUBRICATION MAINTENANCE CONTRACT OF TWO HYDRAULIC PASSENGER ELEVATOR AND ONE FRIEGHT ELEVATOR AT 801 MAIN ST BUFFALO NY 14209 | GALLAGHER ELEVATOR COMPANY, INC., 135 S DIVISION STREET, BUFFALO, NY 14203 |
|---|---|---|---|
| | State the term remaining | EVERGREEN | |
| | List the contract number of any government contract | | |

| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL IT SERIVCES QUOTE FOR RENEWAL: ARCSERVE BACKUP CLIENT AGENT FOR WINDOWS | GLOBALQUEST SOLUTIONS, ATTN: JERRY FIAL, 2813 WHERLE DRIVE, SUITE 3,WILLIAMSVILLE, NY 14221 |
|---|---|---|---|
| | State the term remaining | 5/9/2020 | |
| | List the contract number of any government contract | | |

| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL IT SERIVCES QUOTE FOR RENEWAL: ARCSERVE BACKUP CLIENT AGENT FOR WINDOWS | GLOBALQUEST SOLUTIONS, ATTN: JERRY FIAL, 2813 WHERLE DRIVE, SUITE 3,WILLIAMSVILLE, NY 14221 |
|---|---|---|---|
| | State the term remaining | 9/11/2020 | |
| | List the contract number of any government contract | | |

| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL IT SERIVCES QUOTE FOR RENEWAL: ARCSERVE BACKUP CLIENT AGENT FOR WINDOWS | GLOBALQUEST SOLUTIONS, ATTN: JERRY FIAL, 2813 WHERLE DRIVE, SUITE 3, WILLIAMSVILLE, NY 14221 |
|---|---|---|---|
| | State the term remaining | 1/6/2021 | |
| | List the contract number of any government contract | | |

| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | SUGGESTED TUNING SCHEDULE - MAINTAIN AND TUNE PIANOS/ORGANS | HERITAGE PIPE ORGANS, 1372 CLINTON STREET, BUFFALO, NY 14206 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | CLOUD STORAGE, ONLINE BACKUP AND REMOTE ACCES | IDRIVE, INC., REMOTEPC DIVISION, 26115 MUREAU ROAD, SUITE A,CALABASAS, CA 91302 |
| | **State the term remaining** | EVERGREEN (ANNUAL RENEWAL) | |
| | **List the contract number of any government contract** | | |

| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | TECHNOLOGY SERVICES AGREEMENT | IEVOLVE, ATTN: DAVID MELLER, 501 JOHN JAMES AUDUBON PARKWAY, SUITE 201, AMHERST, NY 14228 |
| | **State the term remaining** | 3/6/2022 | |
| | **List the contract number of any government contract** | | |

| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | FIFTEENTH LEASE ADDENDUM AND MODIFICATION | IMG_INK, 825 MAIN STREET, BUFFALO, NY 14203 |
| | **State the term remaining** | 12/31/2020 | |
| | **List the contract number of any government contract** | | |

| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPOSAL AND SERVICE AGREEMENT FOR FIRE PROTECTION - FIRE EXTINGUISHER AND KITCHEN HOOD BASIC SERVICES | JOHNSON CONTROLS FIRE PROTECTION LP, ATTN: SANDY LAFFRADO, 6850 MAIN STREET, SUITE 3,WILLIAMSVILLE, NY 14221 |
| | **State the term remaining** | 3/31/2020 | |
| | **List the contract number of any government contract** | | |

| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPOSAL AND SERVICE AGREEMENT FOR FIRE PROTECTION - FIRE ALARM BASIC SERVICES | JOHNSON CONTROLS FIRE PROTECTION LP, ATTN: SANDY LAFFRADO, 6850 MAIN STREET, SUITE 3,WILLIAMSVILLE, NY 14221 |
| | **State the term remaining** | 11/30/2020; 03/31/2021 | |
| | **List the contract number of any government contract** | | |

| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | INDIVIDUAL PERSONAL GUARANTY | LATINA BOULEVARD FOODS, LLC, ATTN: ANN SIDONI, 1 SCRIVNER DRIVE, SUITE 1,CHEEKTOWAGA, NY 14227 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | MAINTENANCE SERIVCE ON EQUIPMENT INSTALLED | LINSTAR, INC., 430 LAWRENCE BELL DRIVE, SUITE 1, BUFFALO, NY 14221-7085 |
| | State the term remaining | EVERGREEN (ANNUAL RENEWAL) | |
| | List the contract number of any government contract | | |

| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT FOR MAIL EQUIPMENT | MAILFINANCE, 478 WHEELERS FARMS ROAD, MILFORD, CT 6461 |
| | State the term remaining | 11/11/2019 | |
| | List the contract number of any government contract | | |

| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | TEXTILE RENTAL AGREEMENT | MORGAN SERVICES, INC., 325 LOUISIANA STREET, BUFFALO, NY 14204-2508 |
| | State the term remaining | 60 MONTHS BEGININNG WITH FIRST DELIVERY DATE | |
| | List the contract number of any government contract | | |

| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | SEASONAL LAWN MAINTENANCE AGREEMENT AT 1219 ELMWOOD AVE | N.A. CUDECK LTD, 111 FIRE TOWER ROAD, TONAWANDA, NY 14150 |
| | State the term remaining | 10/15/2019 | |
| | List the contract number of any government contract | | |

| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | SNOWPLOWING SERVICES AGREEMENT AT 1219 ELMWOOD AVE | N.A.C. LIMITED SNOWPLOWING SERVICES, 111 FIRE TOWER ROAD, TONAWANDA, NY 14150 |
| | State the term remaining | 4/1/2020 | |
| | List the contract number of any government contract | | |

**2.53**    **State what the contract or lease is for and the nature of the debtor's interest**

SOFTWARE MAINTENANCE INVOICE

NEWGENERATION SOFTWARE, INC., 3835 N FREEWAY BLVD, SUITE 200, SACRAMENTO, CA 95834

**State the term remaining**

UNKNOWN

**List the contract number of any government contract**

**2.54**    **State what the contract or lease is for and the nature of the debtor's interest**

LAWN CARE

OASIS PROPERTY SERVICE LLC, ATTN: PETER HEIM, 1035 NEW ROAD, W. AMHERST, NY 14228

**State the term remaining**

10/31/2019

**List the contract number of any government contract**

**2.55**    **State what the contract or lease is for and the nature of the debtor's interest**

CHURCH MUSIC COPYRIGHT PERMISSIONS AGREEMENT

ONE LICENSE, LLC, 7343 S. MASON AVE., CHICAGO, IL 60638

**State the term remaining**

EVERGREEN (ANNUAL RENEWAL)

**List the contract number of any government contract**

**2.56**    **State what the contract or lease is for and the nature of the debtor's interest**

MASTER SERVICE AGREEMENT FOR TELECOMMUNICATIONS SERVICES

PAETEC COMMUNICATIONS, INC., ONE PAETEC PLAZA, 600 WILLOWBROOK OFFICE PARK, FAIRPORT, NY 14450

**State the term remaining**

8/25/2006

**List the contract number of any government contract**

**2.57**    **State what the contract or lease is for and the nature of the debtor's interest**

RATE SCHEDULE AGREEMENT FOR TELECOMMUNICATIONS SERVICES

PAETEC COMMUNICATIONS, INC., ONE PAETEC PLAZA, 600 WILLOWBROOK OFFICE PARK, FAIRPORT, NY 14450

**State the term remaining**

UNKNOWN

**List the contract number of any government contract**

**2.58**    **State what the contract or lease is for and the nature of the debtor's interest**

TELECOMMUNICATIONS CONTRACT

PAETEC COMMUNICATIONS, INC., ONE PAETEC PLAZA, 600 WILLOWBROOK OFFICE PARK, FAIRPORT, NY 14450

**State the term remaining**

UNKNOWN

**List the contract number of any government contract**

| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | DISPOSAL OF WASTE MATERIALS AGREEMENT | REPUBLIC SERVICES, 2321 KENMORE AVE, BUFFALO, NY 14027 |
| | State the term remaining | 36 MONTHS BEGINNING ON DATE SERVICES COMMENCE | |
| | List the contract number of any government contract | | |

| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | RECYCLING AND WASTE MANAGMENT AGREEMENT | REPUBLIC SERVICES, 2321 KENMORE AVENUE, BUFFALO, NY 14207 |
| | State the term remaining | 36 MONTH TERM | |
| | List the contract number of any government contract | | |

| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | RECYCLING AND WASTE MANAGEMENT CUSTOMER SERVICE AGREEMENT | REPUBLIC SERVICES, 2321 KENMORE AVENUE, BUFFALO, NY 14207 |
| | State the term remaining | 9/1/2020 | |
| | List the contract number of any government contract | | |

| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | RECYCLING AND WASTE MANAGEMENT CUSTOMER SERVICE AGREEMENT | REPUBLIC SERVICES, 2321 KENMORE AVENUE, BUFFALO, NY 14207 |
| | State the term remaining | 9/1/2020 | |
| | List the contract number of any government contract | | |

| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | MAINTENANCE INSPECTION AND SERVICE ON INSTALLED CUSTOMER EQUIPMENT | ROBERT L. KISTLER SERVICE CORP., ATTN: JOE MAY, 300 MILE CROSSING BLVD, ROCHESTER, NY 14624 |
| | State the term remaining | EVERGREEN (ANNUAL RENEWAL) | |
| | List the contract number of any government contract | | |

| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT MAINTENANCE AGREEMENT | RYAN SERVICES LLC D/B/A UPSTATE REPAIRS, 325 FLETCHER STREET, TONAWANDA, NY 14150 |
| | State the term remaining | 3/31/2020 | |
| | List the contract number of any government contract | | |

| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE PAYMENT | SAINT GIANNA MOLLA PREGNANCY OUTREACH CENTER, CHAUTAUQUA COUNTY SATELLITE, 32 MOORE AVENUE, FREDONIA, NY 14063 |
| | **State the term remaining** | 11/1/2020 | |
| | **List the contract number of any government contract** | | |

| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT | SAINT STANISLAUS CHURCH SOCIETY, 123 TOWNSEND STREET, BUFFALO, NY 14212 |
| | **State the term remaining** | 4/30/2021 | |
| | **List the contract number of any government contract** | | |

| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT | SAINT STANISLAUS CHURCH SOCIETY, ATTN: REV. MARIUS DYMEK, PASTOR & DAVID LODYGA, TRUSTEE, 123 TOWNSEND STREET, BUFFALO, NY 14212 |
| | **State the term remaining** | EVERGREEN (ANNUAL RENEWAL) | |
| | **List the contract number of any government contract** | | |

| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | ELEVATOR EXTENDED WARRANTY AGREEMENT AT 50 FRANKLIN STREET | SCHINDLER ELEVATOR CORPORATION, 80 CURTWRIGHT DRIVE, SUITE 3, WILLIAMSVILLE, NY 14221-7055 |
| | **State the term remaining** | EVERGREEN (ANNUAL RENEWAL) | |
| | **List the contract number of any government contract** | | |

| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | ELEVATOR EXTENDED WARRANTY AGREEMENT AT 10 ROSARY AVENUE, LACKAWANNA NY | SCHINDLER ELEVATOR CORPORATION, 80 CURTWRIGHT DRIVE, SUITE 3, WILLIAMSVILLE, NY 14221 |
| | **State the term remaining** | EVERGREEN (ANNUAL RENEWAL) | |
| | **List the contract number of any government contract** | | |

| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRE ALARM SERVICE AGREEMENT | SIMPLEXGRINNEL, LP, ATTN: SANDY LAFFRADO, 50 TECHNOLOGY DR., WESTMINSTER, MA 01441 |
| | **State the term remaining** | 2/28/2019 | |
| | **List the contract number of any government contract** | | |

**2.71**

**State what the contract or lease is for and the nature of the debtor's interest**

SOLAR LEASE AGREEMENT

SOLAR LIBERTY ELECTRIC COMPANY, INC., 6500 SHERIDAN DRIVE, SUITE 120, BUFFALO, NY 14221

**State the term remaining**

2/10/2030

**List the contract number of any government contract**

---

**2.72**

**State what the contract or lease is for and the nature of the debtor's interest**

LEASE AGREEMENT

STATE OF NEW YORK, OFFICE OF PARKS, RECREATION & HISTORIC PRESERVATION, 625 BROADWAY, ALBANY, NY 12207

**State the term remaining**

12/31/2022

**List the contract number of any government contract**

---

**2.73**

**State what the contract or lease is for and the nature of the debtor's interest**

RENTAL LEASE AGREEMENT

STONISH'S LAWN CARE & SNOWPLOWING, 79 MEYER ROAD, AMHERST, NY 14226

**State the term remaining**

UNKNOWN

**List the contract number of any government contract**

---

**2.74**

**State what the contract or lease is for and the nature of the debtor's interest**

CLASSIFIED FREQUENCY ADVERTISING AGREEMENT

THE BUFFALO NEWS, ONE NEWS PLAZA, PO BOX 100, BUFFALO, NY 14240

**State the term remaining**

1/1/2021

**List the contract number of any government contract**

---

**2.75**

**State what the contract or lease is for and the nature of the debtor's interest**

SPECIAL PUBLICATIONS AGREEMENT

THE BUFFALO NEWS, ONE NEWS PLAZA, PO BOX 100, BUFFALO, NY 14240

**State the term remaining**

8/20/2020

**List the contract number of any government contract**

---

**2.76**

**State what the contract or lease is for and the nature of the debtor's interest**

LEASE AGREEMENT

THE PROVINCE OF THE MOST HOLY NAME OF JESUS, CHRIST THE KING SEMINARY, ATTN: PROVINCIAL MINISTER, 711 KNOX ROAD, EAST AURORA, NY 14502

**State the term remaining**

EVERGREEN

**List the contract number of any government contract**

| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | ELEVATOR MAINTENANCE AGREEMENT | THYSSENKRUPP ELEVATOR, ATTN: EDWARD J. BILTUCCI, 245 SUMMIT POINT DRIVE, SUITE 2-B,HENRIETTA, NY 14467 |
| | State the term remaining | 5 YEAR AGREEMENT | |
| | List the contract number of any government contract | | |

| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | ELEVATOR MAINTENANCE AGREEMENT - GOLD SERVICE AGREEMENT | THYSSENKRUPP ELEVATOR CORPORATION, ATTN: ANDY KELLY, 2745 BROADWAY, SUITE 25,CHEEKTOWAGA, NY 14227 |
| | State the term remaining | 60 MONTHS FROM DATE OF ACCEPTANCE | |
| | List the contract number of any government contract | | |

| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | WEB SITE HOSTING AND SITE BUILDER | TIERRANET, PO BOX 502010, SAN DIEGO, CA 92150-2010 |
| | State the term remaining | 4/23/2021 | |
| | List the contract number of any government contract | | |

| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | INTERNET AND CABLE SERVICE AGREEMENT | TIME WARNER CABLE, INC., 6601 KIRKVILLE ROAD, EAST SYRACUSE, NY 13057 |
| | State the term remaining | EVERGREEN (ANNUAL RENEWAL) | |
| | List the contract number of any government contract | | |

| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | ENERGY SERVICE AGREEMENT | TRANE U.S. INC., 45 EARHART DR., SUITE 103, BUFFALO, NY 14221-7809 |
| | State the term remaining | 10/14/2020 | |
| | List the contract number of any government contract | | |

| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | HARDWARE AND SOFTWARE RECOVERY CONTRACT | TRI-DELTA RESOURCES, 15 NORTH STREET, CANANDAIGUA, NY 14424 |
| | State the term remaining | 8/31/2019 | |
| | List the contract number of any government contract | | |

| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest** | HARDWARE AND SOFTWARE RECOVERY QUOTE | TRI-DELTA RESOURCES, 15 NORTH STREET, CANANDAIGUA, NY 14424 |
| | **State the term remaining** | 6/28/2020 | |
| | **List the contract number of any government contract** | | |

| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest** | LAWN SERVICE AGREEMENT | TRUGREEN COMMERCIAL, 100 MID COUNTY DRIVE, ORCHARD PARK, NY 14127 |
| | **State the term remaining** | 7/12/2020 | |
| | **List the contract number of any government contract** | | |

| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest** | TREE & SHRUB CARE PAYMENT | TRUGREEN LAWNCARE, 100 MID COUNTY DR., ORCHARD PARK, NY 14127 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest** | LAWN CARE | TURF TEC OF W.N.Y., INC., 5096 LOCKPORT RD., LOCKPORT, NY 14094 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest** | UNIVERSITY AT BUFFALO ATHLETIC SPONSORSHIP AGREEMENT | UB SPORTS PROPERTIES, LLC, UBSP C/O UNIVERSITY OF BUFFALO, DIVISION OF ATHLETICS, 102 ALUMNI AREA, BUFFALO, NY 14260 |
| | **State the term remaining** | 6/30/2020 | |
| | **List the contract number of any government contract** | | |

| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest** | ALARM MONITORING SERVICE AGREEMENT | UNICOM PROTECTION, INC., 1806 EAST AVENUE, ROCHESTER, NY 14610 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | RENTAL SERVICE AGREEMENT | UNIFIRST CORPORATION, 3999 JEFFREY BOULEVARD, BUFFALO, NY 14219 |
| | State the term remaining | 7/28/1995 | |
| | List the contract number of any government contract | | |

| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | IT MAINTENANCE INVOICE | VITEC SOLUTIONC, LLC, 611 JAMISON ROAD, SUITE 4104, ELMA, NY 14059 |
| | State the term remaining | 8/31/2020 | |
| | List the contract number of any government contract | | |

| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | LEASE EXTENSION AND MODIFICATION AGREEMENT | WALSH DUFFIELD COMPANIES, INC., 801 MAIN STREET, BUFFALO, NY 14203 |
| | State the term remaining | 12/31/2025 | |
| | List the contract number of any government contract | | |

| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | WEBSITE PLATFORM | WIX.COM, PO BOX 40190, SAN FRANCISCO, CA 94140-0190 |
| | State the term remaining | 1/26/2022 | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name: The Diocese of Buffalo, N.Y.

United States Bankruptcy Court for the: Western District of New York

Case number: 20-10322

Check if this is an
amended filing ☐

## Official Form 206H
## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 BISHOP TIMON - ST. JUDE HS | 601 MCKINLEY PARKWAY, BUFFALO, NY 14220 | M&T BANK | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 CANTALICIAN CENTER FOR LEARNING, INC. | 2049 GEORGE URBAN BLVD., DEPEW, NY 14043 | M&T BANK | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 CATHOLIC ACADEMY OF WEST BUFFALO | 1069 DELAWARE AVENUE, BUFFALO, NY 14209 | M&T BANK | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 CHRIST THE KING SEMINARY | 711 KNOX ROAD, EAST AURORA, NY 14052 | M&T BANK | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 DELTA DEVELOPMENT OF WNY | 525 WASHINGTON STREET, BUFFALO, NY 14203 | M&T BANK | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 ST. ANDREW'S ROMAN CATHOLIC CHURCH SOCIETY OF TONAWANDA, NY | SOCIETY OF TOWN OF TONAWANDA, NY INC., 1525 SHERIDAN DRIVE, BUFFALO, NY 14217 | M&T BANK | ☑ D<br>☐ E/F<br>☐ G |

| | | | |
|---|---|---|---|
| 2.7 ST. CHRISTOPHER ROMAN CATHOLIC CHURCH | 2660 NIAGARA FALLS BLVD, TONAWANDA, NY 14150 | M&T BANK | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 ST. JOHN KANTY ROMAN CATHOLIC CHURCH OF BUFFALO | 101 SWINBURNE STREET, BUFFALO, NY 14212 | M&T BANK | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 ST. PAUL ROMAN CATHOLIC CHURCH | DELAWARE AVE AND VICTORIA BLVD, KENMORE, NY 14217-2380 | BANK OF AMERICA | ☑ D<br>☐ E/F<br>☐ G |
| 2.10 ST. LAWRENCE, BUFFALO | 1520 E. DELAVAN AVENUE, BUFFALO, NY 14215-3988 | NORTHWEST | ☐ D<br>☑ E/F<br>☐ G |
| 2.11 ST. STEPHENS - GRAND ISLAND | 2100 BASELINE ROAD, GRAND ISLAND, NY 14072 | NORTHWEST | ☐ D<br>☑ E/F<br>☐ G |

☐ Check if this is an
amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____

declaration

I declare under penalty of perjury that the foregoing is true and correct.

| 4/10/2020 | /S/ Charles A. Mendolera |
|---|---|
| Executed on | Signature of individual signing on behalf of debtor |
| | CHARLES A. MENDOLERA |
| | Printed name |
| | EXECUTIVE DIRECTOR OF FINANCIAL ADMINISTRATION |
| | Position or relationship to debtor |