# United States Bankruptcy Court
## Western District of New York

In re: The Diocese of Buffalo, N.Y.  
Debtor(s)

Case No. 1-20-10322  
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Executive Director of Financial Administration of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: April 10, 2020

Signature: /s/ Charles Mendolera  
Charles Mendolera

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders  
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 1-20-10322-CLB,    Doc 228-2,    Filed 04/11/20,    Entered 04/11/20 13:17:36,  
Description: List of Equity Security Holders, Page 1 of 1