B2500A (Form 2500A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No.: 20-10322 CLB |
| The Diocese of Buffalo, N.Y., | Chapter 11 |
| Debtor. | |
| All Saints Roman Catholic Church Society of Buffalo, All Saints Roman Catholic Parish of Lockport, New York, Assumption Roman Catholic Church Society of Buffalo, N.Y., Assumption Hungarian R.C. Church Society of Lackawanna, Blessed Sacrament R.C. Church Society of Tonawanda Township, Blessed Sacrament Roman Catholic Church Society of Andover, Blessed Sacrament Roman Catholic Church Society of Delevan, N.Y. n/k/a St. Mary Roman Catholic Church Society of Arcade, N.Y., Blessed Sacrament Roman Catholic Church Society of Tonawanda, Blessed Trinity Roman Catholic Church Society of Buffalo, N.Y., Catholic Society of St. Mary's Church, Lockport, NY n/k/a All Saints Roman Catholic Parish of Lockport, New York, Church of Christ, the King, Church of the Holy Trinity Dunkirk N.Y., Church of St. John Baptist of West Valley, N.Y., Coronation of the Blessed Virgin Mary Roman Catholic Church Society of Buffalo, N.Y., Holy Apostles Peter and Paul Roman Catholic Church Society of Buffalo, N.Y. n/k/a St. Clare Roman Catholic Church Society Buffalo, N.Y., Holy Cross Roman Catholic Church Society of Buffalo, New York, Holy Family Roman Catholic Church Society, Holy Family Roman Catholic Church Society of Machias, N.Y. n/k/a St. Philomena's Roman Catholic Church Society of Franklinville, N.Y., Holy Name of Jesus Roman Catholic Church, Holy Spirit Roman Catholic Church Society of North Collins, N.Y., Holy Trinity Roman Catholic Church Society of Niagara Falls, N.Y. n/k/a Divine Mercy Roman Catholic Parish of Niagara Falls, N.Y., Immaculate Conception Rom. Catholic Church Society of Buffalo n/k/a Holy Cross Roman Catholic Church Society of Buffalo, New York, Immaculate Conception Roman Catholic Church Society of Cassadaga, N.Y. n/k/a Saint Anthony's Roman Catholic Church Society of Fredonia New York, Immaculate Conception Roman Catholic Church Society of Eden Center, N.Y., Immaculate Conception, East Bethany n/k/a Mary Immaculate Roman Catholic Parish of Pavilion, N.Y., Immaculate Heart of Mary Roman. Catholic Church Society of Buffalo, New York n/k/a St. Aloysius | Adversary Proceeding No.: |

Gonzaga Roman Catholic Church Society of Cheektowaga, New York, Incorporated, Infant of Prague Roman Catholic Church Society of Cheektowaga, New York, Most Precious Blood Rom. Cath. Church Society of Angola, Nativity of the Blessed Virgin Mary Roman Catholic Church Society of Harris Hill, N.Y., Nativity of the Blessed Virgin Roman Catholic Church Society of Buffalo n/k/a Our Lady of Hope Roman Catholic Parish of Buffalo, New York, Our Lady Help of Christians, East Bennington n/k/a Immaculate Heart of Mary Roman Catholic Parish, Our Lady Help of Christians Roman Catholic Church of Cheektowaga, New York, Our Lady of Czestochowa R.C. Church Society, Our Lady of Czestochowa Roman Catholic Church Society of Forks, Cheektowaga, Our Lady of Czestochowa Roman Catholic Church Society of North Tonawanda, New York, Our Lady of Fatima Roman Catholic Church Society of Elba, New York n/k/a Saint Padre Pio Roman Catholic Parish, Our Lady of Good Counsel Roman Catholic Church Society of Darien Center, N.Y. n/k/a Immaculate Heart of Mary Roman Catholic Parish, Our Lady of Grace Roman Catholic Church Society of Woodlawn, New York n/k/a Queen of Angels R.C. Church of Lackawanna, NY, Our Lady of Lebanon Roman Catholic Church Society of Niagara Falls n/k/a Divine Mercy Roman Catholic Parish of Niagara Falls, N.Y., Our Lady of Loretto Roman Catholic Church Society of Buffalo, New York, Incorporated n/k/a Our Lady of Hope Roman Catholic Parish of Buffalo, New York, Our Lady of Loretto Roman Catholic Church Society, Our Lady of Lourdes, Buffalo, Our Lady of Mount Carmel Roman Catholic Church Society of Niagara Falls, New York n/k/a Holy Family of Jesus, Mary, and Joseph Roman Catholic Church of Niagara Falls, N.Y., Our Lady of Mount Carmel Roman Catholic Church Society of Silver Creek, N.Y., Our Lady of Mt. Carmel Roman Catholic Church Society of Brant, New York n/k/a Saint Anthony's Roman Catholic Church Society of Farnham, New York, Our Lady of Peace Roman Catholic Church Society of Clarence, Our Lady of Perpetual Help Roman Catholic Church Society of Buffalo, N.Y., Our Lady of Perpetual Help Roman Catholic Church Society of Lakeview n/k/a Blessed John Paul II Roman Catholic Parish Community, Our Lady of Pompeii Roman Catholic Church of Lancaster, Our Lady of Sacred Heart R.C. Church Society, Our Lady of the Angels Roman Catholic Church Society of Cuba, Our Lady of the Rosary Roman Catholic Church Society of Niagara Falls, N.Y. n/k/a Divine Mercy Roman Catholic Parish of Niagara Falls, N.Y., Our Lady of the Sacred Heart of Jesus R.C. Church Society, Our Lady

B2500A (Form 2500A) (12/15)

of Victory National Shrine, Lackawanna, Our Lady of Victory
Roman Catholic Church Society of Frewsburg, N.Y. n/k/a St.
James' Roman Catholic Church Society of Jamestown, N.Y., Our
Mother of Good Counsel R.C. Church Society Inc., Our Mother of
Good Counsel Roman Catholic Church Society of Blasdell, N.Y.,
Prince of Peace of Roman Catholic Church Society and St.
Charles Borromeo Chapel n/k/a St. Vincent de Paul Roman
Catholic Parish of Niagara Falls, New York, Queen of All Saints,
Lackawanna, Queen of Heaven Roman Catholic Church Society,
Inc., Queen of Heaven Roman Catholic Church Society of West
Seneca, New York, Queen of the Most Holy Rosary, Buffalo,
Queen of Martyrs Roman Catholic Church Society of
Cheektowaga, New York, Resurrection Roman Catholic Church
Society of Cheektowaga, New York, Roman Catholic Church of
St. Mary's n/k/a St. Mary Roman Catholic Church Society of
Arcade, N.Y., Sacred Heart of Jesus Roman Catholic Church
Society of N. Collins, NY, Sacred Heart of Jesus Roman Catholic
Church Society of Bowmansville, N.Y., Sacred Heart R.C. Church
Society of Buffalo, NY, Sacred Heart Roman Catholic Church
Society of Angelica, N.Y. n/k/a Holy Family of Jesus, Mary, and
Joseph Roman Catholic Church Society of Belmont, N.Y., Sacred
Heart Roman Catholic Church Society of Bennington, N.Y. n/k/a
Immaculate Heart of Mary Roman Catholic Parish, Sacred Heart
Roman Catholic Church Society of Friendship n/k/a Our Lady of
Angels Roman Catholic Church Society of Cuba, Sacred Heart
Roman Catholic Church Society of Lakewood, New York, Sacred
Heart Roman Catholic Church Society of Portville, New York
n/k/a The Church of St. Mary of the Angels, Olean, Sacred Heart
Roman Catholic Church Society of Suspension Bridge, N.Y.,
Niagara Falls n/k/a St. Raphael's Roman Catholic Parish of
Niagara Falls, N.Y., Saint Anthony's Roman Catholic Church
Society of Farnham, New York, Saint Anthony's Roman Catholic
Church Society of Fredonia New York, Saint Bernard's Roman
Catholic Church Society of Buffalo, N.Y., Saint Casimir's Roman
Catholic Church Society of Buffalo, N.Y., Saint Gerard's Roman
Catholic Church Society of Buffalo, N.Y. n/k/a Blessed Trinity
Roman Catholic Church Society of Buffalo, N.Y., Saint George's
Roman Catholic Church Society of Niagara Falls, N.Y. n/k/a
Divine Mercy Roman Catholic Parish of Niagara Falls, N.Y., Saint
John Gualbertus' Roman Catholic Church Society of
Cheektowaga, Erie Co., N.Y., Saint Martin's Roman Catholic
Church Society, Saint Nicholas Roman Catholic Church Society,
Saint Patrick's Roman Catholic Church Society, Saint Patrick's

Roman Catholic Church Society, Fillmore, Saints Peter and Paul's Church of Jamestown, N.Y. n/k/a Holy Apostles Roman Catholic Parish of Jamestown, N.Y., Saints Peter and Paul's Roman Catholic Church Society of Williamsville, S. S. Peter & Paul's German Catholic Church Hamburg N.Y., SS. Peter and Paul Roman Catholic Church Society of Depew, New York n/k/a Our Lady of Pompeii Roman Catholic Church of Lancaster St. Adalbert's Rom. Cath. Church Society of Buffalo, N.Y. n/k/a St. John Kanty Roman Catholic Church Society of Buffalo, St. Agnes Catholic Church Society, Buffalo n/k/a St. Katharine Drexel Roman Catholic Church Society of Buffalo, N.Y., St. Ambrose's Roman Catholic Church of Buffalo n/k/a Our Lady of Charity Catholic Parish, St. Anthony's Roman Catholic Church Society of Buffalo St. Anthony's Roman Catholic Church Society of Batavia, N.Y. n/k/a Ascension Roman Catholic Parish of Batavia, N.Y., St. Anthony's Roman Catholic Church Society of Lackawanna, New York, St. Anthony's Roman Catholic Church Society of Lime Rock, New York n/k/a Our Lady of Mercy Roman Catholic Parish of LeRoy, New York, St. Anthony's Roman Catholic Church Society of Lockport n/k/a All Saints Roman Catholic Parish of Lockport, New York, St. Albert the Great Roman Catholic Church Society of North Tonawanda, N.Y. n/k/a Saint Jude the Apostle Roman Catholic Parish of North Tonawanda, New York, St. Aloysius Church of Springville, St. Aloysius Gonzaga Roman Catholics Church Society of Cheektowaga, New York, St. Amelia's Roman Catholic Church Society of the Town of Tonawanda, N.Y., St. Andrew's Roman Catholic Church Society, St. Ann's Roman Catholic Church of Buffalo, N.Y. n/k/a Sts. Columba-Brigid Roman Catholic Church of Buffalo, N.Y., St. Augustine's Roman Catholic Church Society of Depew, N.Y. n/k/a Blessed Mother Teresa of Calcutta Roman Catholic Parish of Depew, New York, St. Augustine's Roman Catholic Church Society of Rapids-Clarence Center, New York n/k/a The Good Shepherd Roman Catholic Church Society of Pendleton, N.Y., St. Barbara's Roman Catholic Church Society n/k/a Queen of Angels R.C. Church of Lackawanna, N.Y., St. Barnabas Church Society of New York, St. Bartholomew's R.C. Church Society of Buffalo, NY, St. Benedict's Roman Catholic Church Society of Eggertsville, St. Bernadette R.C. Church Society of Armor, NY, St. Bernard's Roman Catholic Church Society of Youngstown, N.Y., St. Bonaventure's Roman Catholic Church Society of West Seneca, N.Y. n/k/a Saint John XXIII Roman Catholic Parish of West Seneca, New York, St. Bonaventure's Roman Catholic

Church Society of Allegany, St. Boniface Roman Catholic Church Society, St. Brendan's Roman Catholic Church Society of Almond, N.Y., (Alfred), St. Bridget's Roman Catholic Church Society of Newfane, N.Y. n/k/a St. Brendan on the Lake Roman Catholic Parish of Newfane, Olcott, St. Brigid, Buffalo, St. Brigid's Roman Catholic Church Society of Bergen, N.Y., formerly known as St. Bridget Bergen, St. Brigid's Roman Catholic Church Society, Inc., St. Cecilia's Church, Sheldon n/k/a St. John Neumann Roman Catholic Church of Wyoming County, St. Cecilia's Roman Catholic Church Society of Oakfield, New York n/k/a Saint Padre Pio Roman Catholic Parish, St. Charles Borromeo Roman Catholic Church of Olcott, n/k/a St. Brendan on the Lake Roman Catholic Parish of Newfane, Olcott, and Wilson, St. Charles Roman Catholic Church Society, St. Christopher's Roman Catholic Church Society of Tonawanda, St. Columba's Roman Catholic Church Society of Buffalo, N.Y. n/k/a Sts. Columba-Brigid Roman Catholic Church of Buffalo, N.Y., St. Edmund's Roman Catholic Church Society of Tonawanda, N.Y. n/k/a St. Christopher's Roman Catholic Church Society of Tonawanda, St. Elizabeth, Cherry Creek, St. Elizabeth's Roman Catholic Church of Buffalo, N.Y. n/k/a Assumption Roman Catholic Church Society of Buffalo, N.Y., St. Florian's Roman Catholic Church Society of Buffalo, N.Y. n/k/a All Saints Roman Catholic Church Society of Buffalo, St. Frances Cabrini Parish (Collins Center, NY) n/k/a Epiphany of Our Lord Roman Catholic Parish Community, Langford, N.Y, St. Francis Church Society of Tonawanda Village, Tonawanda, St. Francis de Sales, Buffalo, St. Francis of Assisi Roman Catholic Church Society of Athol Springs, New York, St. Francis of Assisi Roman Catholic Church Society of Corfu, New York n/k/a Saint Maximilian Kolbe Roman Catholic Parish of Corfu, N.Y., St. Francis of Assisi Roman Catholic Church Society of Buffalo n/k/an/k/a St. Katharine Drexel Roman Catholic Church Society of Buffalo, N.Y., St. Gabriel's Roman Catholic Church Society of Blossom, St. George's Roman Catholic Church Society, St. George's Roman Catholic Church Society of Jewettville, New York, St. Helen's Church n/k/a St. John's Roman Catholic Church Society of Olean, N.Y, St. Hiacinth Roman Catholic Church Society of Dunkirk N.Y. n/k/a Blessed Mary Angela R.C. Parish of Dunkirk, N.Y., St. Hyacinth Roman Catholic Church Society of Dunkirk, New York n/k/a Blessed Mary Angela R.C. Parish of Dunkirk, N.Y., St. Hyacinth's Roman Catholic Church Society of Lackawanna n/k/a Queen of Angels R.C. Church of Lackawanna, NY, St. Isidore's

Roman Catholic Church Society of East Otto, N.Y., St. James' Roman Catholic Church Society of Depew, N.Y., n/k/a Blessed Mother Teresa of Calcutta Roman Catholic Parish of Depew, New York, St. James' Roman Catholic Church Society of Jamestown, N.Y. n/k/a Holy Apostles Roman Catholic Parish of Jamestown, N.Y., St. James Major Roman Catholic Church Society of Westfield, N.Y. n/k/a St. Dominic Roman Catholic Church of Chautauqua, St. James' Roman Catholic Church Society of Buffalo, N.Y. n/k/a Blessed Trinity Roman Catholic Church Society of Buffalo, N.Y., St. Joachim, Buffalo, St. Joan of Arc Roman Catholic Church Society of Perrysburg, N.Y. n/k/a St. Joseph's Roman Catholic Church Society of Gowanda, N.Y., St. John Baptist Roman Catholic Church Society of Carrollton, Vandalia n/k/a St. Bonaventure's Roman Catholic Church Society of Allegany, St. John Baptist's Rom. Cath. Church Society of Boston, N.Y., St. John Bosco Roman Catholic Church Society of Sheridan, N.Y. n/k/a Our Lady of Mount Carmel Roman Catholic Church Society of Silver Creek, N.Y., St. John Cantius R.C. Church Society, St. John De La Salle Roman Catholic Church of LaSalle, N.Y., St. John Fisher Roman Catholic Church Society of South Dayton, N.Y. n/k/a St. Joseph's Roman Catholic Church Society of Gowanda, N.Y., St. John Kanty Roman Catholic Church Society of Buffalo, St. John Maron Roman Catholic Church Society of Buffalo, New York, St. John of the Cross, Whitesville, St. John the Baptist R.C. Church Society of Alden Center, New York, St. John the Baptist Roman Catholic Church Society of Carrollton n/k/a St. Bonaventure's Roman Catholic Church Society of Allegany, St. John the Baptist Roman Catholic Church, Kenmore, N.Y., St. John the Baptist's Roman Catholic Church Society of N. Collins, NY, St. John the Evangelist Roman Catholic Church Society of Sinclairville, N.Y. n/k/a Saint Anthony's Roman Catholic Church Society of Fredonia, St. John Vianney Roman Catholic Church Society of Orchard Park, N.Y., St. John's Roman Catholic Church Society of Jamestown n/k/a Holy Apostles Roman Catholic Parish of Jamestown, N.Y., St. John's Roman Catholic Church Society of Olean, N.Y., St. Josephat's Roman Catholic Church of Cheektowaga, N.Y., St. Joseph New Cathedral, Buffalo, St. Joseph Roman Catholic Church Society of Albion, New York n/k/a Holy Family Roman Catholic Parish of Albion, N.Y., St. Joseph Roman Catholic Church Society of Lyndonville, N.Y. n/k/a Our Lady of the Lake Roman Catholic Parish of Barker and Lyndonville, N.Y., St. Joseph's Cath. Church of Holland, St. Joseph's R.C. Church, St.

Joseph's Rom. Cath. Church Society of Batavia, N.Y., n/k/a Resurrection Roman Catholic Parish of Batavia, N.Y., St. Joseph's Roman Catholic Church Society of Bliss, N.Y. n/k/a Saint Isidore Roman Catholic Parish of Perry, New York, St. Joseph's Roman Catholic Society of Buffalo, NY, St. Josephs Roman Catholic Church of Fredonia, N.Y., St. Joseph's Roman Catholic Church Society of Gowanda, N.Y., St. Joseph's Roman Catholic Church Society of Leroy, New York n/k/a Our Lady of Mercy Roman Catholic Parish of LeRoy, St. Joseph's Roman Catholic Church Society of Lockport, N.Y., n/k/a All Saints Roman Catholic Parish of Lockport, New York, St. Joseph's Roman Catholic Church of Niagara Falls, N.Y. n/k/a Holy Family of Jesus, Mary, and Joseph Roman Catholic Church of Niagara Falls, N.Y., St. Joseph's Roman Catholic Church Society of North Tonawanda, New York n/k/a Our Lady of Czestochowa Roman Catholic Church Society of North Tonawanda, New York, St. Joseph's Roman Catholic Church Society of Perry (Wyom. Co. NY) n/k/a Saint Isidore Roman Catholic Parish of Perry, St. Jude's Roman Catholic Church Society of Sardinia, New York, St. Joseph's Roman Catholic Church Society of Scio, N.Y. n/k/a Holy Family of Jesus, Mary, and Joseph Roman Catholic Church Society of Belmont, N.Y., St. Joseph's Roman Catholic Church Society of Varysburg, New York n/k/a SS. Joachim & Anne Roman Catholic Church of Attica, New York, St. Lawrence's Roman Catholic Church Society of Buffalo, St. Leo's Roman Catholic Church Society, St. Leo the Great Roman Catholic Church, Amherst, New York, St. Leo's Roman Catholic Church Society of Niagara Falls, N.Y. n/k/a St. Vincent de Paul Roman Catholic Parish of Niagara Falls, New York, St. Leo's Roman Catholic Society of Eggertsville, N.Y., St. Louis Roman Catholic Church of Buffalo, N.Y., St. Lucy's Roman Catholic Church, St. Luke R.C. Church Society of Buffalo, NY, St. Margaret's Roman Catholic Church Society of Buffalo, New York, St. Mark's Roman Catholic Church Society of Buffalo, N.Y., St. Mark's Roman Catholic Church Society of Rushford, N.Y. n/k/a St. Patrick's Roman Catholic Church Society of Belfast, N.Y., St. Martin's Church Society Langford Erie County n/k/a Epiphany of Our Lord Roman Catholic Parish Community, Langford, N.Y., St. Mary Magdalene Roman Catholic Church Society, St. Mary of Immaculate Conception RCC Society, St. Mary of Lourdes Roman Catholic Church Society of Chautauqua, Bemus Point, St. Mary Redemptorist, Buffalo, St. Mary's Catholic Church Society of East Eden n/k/a St. John Baptist's Rom. Cath. Church Society of Boston, N.Y., St.

Mary's Catholic Church Society of Pavilion, N.Y. n/k/a Mary Immaculate Roman Catholic Parish of Pavilion, N.Y., St. Mary's Church of the Redemptorists of Buffalo, NY, St. Mary's of the Lake Roman Catholic Church Society of Mount Vernon, Hamburg, St. Mary's Roman Church Society n/k/a The St. John the Baptist Roman Cath Congregation, St. Mary's Roman Catholic Church Society of Batavia, N.Y. n/k/a Resurrection Roman Catholic Parish of Batavia, N.Y., St. Mary's Roman Catholic Church Society of Belmont, N.Y. n/k/a Holy Family of Jesus, Mary, and Joseph Roman Catholic Church Society of Belmont, N.Y., St. Mary's Roman Catholic Church Society of Bolivar, New York, St. Mary's Roman Catholic Church Society of Canaseraga, New York, St. Mary's Roman Catholic Church Society of Cattaraugus, N.Y., St. Mary's Roman Catholic Church Society of Holley, St. Mary's Roman Catholic Church Society of Little Valley, N.Y. n/k/a St. Mary's Roman Catholic Church Society of Cattaraugus, N.Y., St. Mary's Roman Catholic Church Society of Mayville, N.Y. n/k/a St. Mary of Lourdes Roman Catholic Church Society of Chautauqua, St. Mary's Roman Catholic Church Society of Medina, N.Y. n/k/a Holy Trinity Roman Catholic Church of Medina, New York, St. Mary's Roman Catholic Church Society of Niagara Falls, N.Y., St. Mary's Roman Catholic Church Society of Strykersville n/k/a St. John Neumann Roman Catholic Church of Wyoming County, St. Mary's Roman Catholic Church Society of Swormville, St. Mary's Roman Catholic Church Society Silver Springs N.Y. n/k/a Saint Isidore Roman Catholic Parish of Perry, New York, St. Matthew's Roman Catholic Church Society, St. Michael Archangel Roman Catholic Church Society of Lackawanna n/k/a Queen of Angels R.C. Church of Lackawanna, NY, St. Michael's Roman Catholic Church Society of Buffalo, NY, St. Michael's Roman Catholic Church Society of Warsaw, N.Y., St. Michael's Roman Catholic Church Society of South Byron n/k/a St. Brigid's Roman Catholic Church Society of Bergen, N.Y., St. Monica's Roman Catholic Church Society, St. Nicholas Roman Catholic Congregation of North Java N.Y. n/k/a St. John Neumann Roman Catholic Church of Wyoming County, St. Pacificus Church & Cemetery Association of Humphrey n/k/a The Holy Name of Mary Roman Catholic Church Society of Ellicottville, N.Y., St. Patrick's Roman Catholic Church of Belfast, N.Y., St. Patrick Roman Catholic Church Society of Hartland n/k/a Our Lady of the Lake Roman Catholic Parish of Barker and Lyndonville, N.Y., St. Patrick's Roman Catholic Church Society of the City of Lockport, N.Y. n/k/a All Saints

Roman Catholic Parish of Lockport, New York, St. Patrick's Roman Catholic Church Society of Limestone, N.Y. n/k/a Our Lady of Peace Salamanca, St. Patrick's Roman Catholic Church Society of Randolph, N. Y., St. Patrick's Roman Catholic Church Society of Salamanca, N.Y. n/k/a Our Lady of Peace Roman Catholic Parish of Salamanca, N.Y., St. Paul's Roman Catholic Church Society of Dayton, N.Y., St. Paul's Roman Catholic Church Society of Kenmore, St. Peter's Roman Catholic Church Society of Leroy n/k/a Our Lady of Mercy Roman Catholic Parish of LeRoy, New York, St. Philomena's Roman Catholic Church Society of Franklinville, N.Y., St. Pius X Roman Catholic Church Society of Town of Amherst, N.Y., SS. Rita and Patrick Roman Catholic Church Society of Buffalo, N.Y. n/k/a St. Clare Roman Catholic Church Society of Buffalo, N.Y., St. Rose of Lima Roman Catholic Church Society of Buffalo, St. Rose of Lima Roman Catholic Church of Forestville n/k/a Our Lady of Mount Carmel Roman Catholic Church Society of Silver Creek, N.Y., St. Stanislaus Church Society, St. Stanislaus Kostka's Roman Catholic Church Society of Niagara Falls, N.Y. n/k/a Divine Mercy Roman Catholic Parish of Niagara Falls, N.Y., St. Stanislaus Kostka's Roman Catholic Church Society of Perry, N.Y. n/k/a Saint Isidore Roman Catholic Parish of Perry, New York, St. Stephen's Rom. Cath. Church Society of Buffalo n/k/a St. Clare Roman Catholic Church Society of Buffalo, N.Y., St. Stephen's Roman Catholic Church of Grand Island, N.Y., St. Stephen's Roman Catholic Church Society n/k/a Holy Trinity Roman Catholic Church of Medina, New York, St. Teresa of Avila Roman Catholic Church of Akron, NY, St. Teresa of the Infant Jesus Roman Catholic Church of Niagara Falls n/k/a St. Raphael's Roman Catholic Parish of Niagara Falls, N.Y., St. Teresa's Roman Catholic Church Society, St. Thomas Aquinas Roman Catholic Church Society of Buffalo, St. Thomas More, Ripley, St. Timothy's Roman Catholic Church Society of Tonawanda, N.Y., St. Valentine's Roman Catholic Church Society of Buffalo n/k/a St. Clare Roman Catholic Church Society of Buffalo, N.Y., St. Vincent de Paul Roman Catholic Church Society of Buffalo, St. Vincent's Roman Catholic Church Society of Attica, N.Y. n/k/a SS. Joachim & Anne Roman Catholic Church of Attica, New York, St. Vincent's Roman Catholic Church Society of North Evans n/k/a Saint John Paul II Roman Catholic Parish Community, St. Vincents Roman Catholic Church of Springbrook, N.Y., Sts. Agatha and Ambrose Roman Catholic Parish of Buffalo, N.Y. n/k/a Our Lady of Charity Catholic Parish,

Sts. Peter and Paul R. C. Church Society Arcade, New York n/k/a St. Mary Roman Catholic Church Society of Arcade, N.Y., The Annunciation Roman Catholic Church Society of Buffalo, N.Y. n/k/a Our Lady of Hope Roman Catholic Parish of Buffalo, New York, The Ascension Roman Catholic Church Society of North Tonawanda n/k/a Saint Jude the Apostle Roman Catholic Parish of North Tonawanda, New York, The Assumption Roman Catholic Church Society of Albion n/k/a Holy Family Roman Catholic Parish of Albion, N.Y., The Assumption Roman Catholic Church Society of Portageville, N.Y. n/k/a Saint Isidore Roman Catholic Parish of Perry, New York, The Church of St. Mary of Angels, Olean, The Church of St. Mary of Sorrows n/k/a Sts. Columba-Brigid Roman Catholic Church of Buffalo, N.Y., The Church of the Assumption of Lancaster N.Y., The Good Shepherd Roman Catholic Church Society of Pendleton, N.Y., The Holy Cross Roman Catholic Church Society of Salamanca, New York n/k/a St. Patrick's Roman Catholic Church Society of Limestone, N.Y., The Holy Family Roman Catholic Church Society of the City of Buffalo n/k/a Our Lady of Charity Catholic Parish, The Holy Fourteen Helpers of the Town of West Seneca, Middle Ebenezer, The Holy Name of Mary Roman Catholic Church Society of East Pembroke, N.Y. n/k/a Saint Maximilian Kolbe Roman Catholic Parish of Corfu, N.Y., The Holy Name of Mary Roman Catholic Church Society of Ellicottville, The Immaculate Conception Roman Catholic Church Society of East Aurora, N.Y., The Immaculate Conception Roman Catholic Church Society of Wellsville, N.Y., The Most Holy Redeemer Roman Catholic Church Society of Cheektowaga, N.Y. n/k/a St. Lawrence's Roman Catholic Church Society of Buffalo, The Nativity Roman Catholic Church Society of Orchard Park, New York, The Queen of Peace Roman Catholic Church Society of Buffalo n/k/a Saint John Gualbertus' Roman Catholic Church Society of Cheektowaga, Erie Co., N.Y., The Roman Catholic Church of St. Franciscus Xavarius, Buffalo n/k/a Assumption Roman Catholic Church Society of Buffalo, N.Y., The Sacred Heart of Jesus Roman Catholic Church Society of Batavia, New York n/k/a Ascension Roman Catholic Parish of Batavia, N.Y., The Sacred Heart of Jesus Roman Catholic Church Society of Dunkirk New York, The St. John Baptist's Society North Buffalo n/k/a Assumption Roman Catholic Church Society of Buffalo, N.Y., The Visitation Roman Catholic Church Society of Buffalo N.Y. n/k/a St. Katharine Drexel Roman Catholic Church Society of Buffalo, N.Y., Transfiguration, Buffalo, Transfiguration Roman

Catholic Church Society n/k/a St. John's Roman Catholic Church Society of Olean, N.Y., Trustees of St. Patrick Church, Town of Java n/k/a St. John Neumann Roman Catholic Church of Wyoming County, and The Diocese of Buffalo, N.Y.,

        Plaintiffs,

v.

21st Century Premier Insurance Company (f/k/a National Ben Franklin Fire Insurance Co. of Pittsburgh, PA); Ace Property and Casualty Insurance (successor-in-interest to Aetna Insurance Company); Home Fire and Marine Insurance Company of California d/b/a Fireman's Fund Corporation; American Alternative Insurance Corporation (successor-in-interest to American Union Insurance Company of New York); American Automobile Insurance Company; American Guarantee and Liability Insurance Company; American Insurance Company; Arrowood Indemnity Company (successor-in-interest to American and Foreign Insurance Company, Eagle Indemnity Company of New York, Globe Indemnity Company, Phoenix Assurance Company of New York, New Amsterdam Casualty Company, and Safeguard Insurance Company); Bedivere Insurance Company (f/k/a Potomac Insurance Company and successor-in-interest to General Accident Insurance Company of America); Century Indemnity Company; Certain Underwriters at Lloyd's, London and Certain London Market Companies; Columbia Casualty Company; Continental Casualty Company; Continental Insurance Company (successor-in-interest to Boston Old Colony Insurance Company, Commercial Insurance Company of Newark, New Jersey (f/k/a Commercial Casualty Insurance Company), Fidelity and Casualty Company of New York, Glens Falls Insurance Company (f/k/a Fidelity-Phoenix Insurance Company), and London Guarantee and Accident Company); Covenant Insurance Company (successor-in-interest of Covenant Mutual Insurance Company); Employers' Fire Insurance Company; Employers Insurance Company of Wausau (f/k/a Employers Insurance of Wausau A Mutual Company f/k/a Employers Mutual Liability Insurance Company of Wisconsin); Excelsior Insurance Company; Fair American Insurance and Reinsurance Company (f/k/a Putnam Reinsurance Company); Federal Insurance Company; Fireman's Fund Insurance Company; Great American Insurance Company (successor-in-interest to Agricultural Insurance Company); Great American

Insurance Company of New York (successor-in-interest to American National Fire Insurance Company); Guarantee Mutual Assurance Co. of America; Hanover Insurance Company (successor-in-interest to Massachusetts Bonding and Insurance Company); Harford Mutual Insurance Company; Hartford Steam Boiler Inspection and Insurance Company; Indemnity Insurance Company of North America; Insurance Company of North America; Integon National Insurance Company (f/k/a Bankers and Shippers Insurance Company); Lamorak Insurance Company (f/k/a OneBeacon America Insurance Company f/k/a Commercial Union Insurance Company f/k/a Employers Commercial Union Insurance Company); Liberty Mutual Insurance Company; Merchants Mutual Insurance Company; Metropolitan Casualty Insurance Company; Michigan Millers Mutual Insurance Company; Middlesex Insurance Company (f/k/a Middlesex Mutual Insurance Company); National Surety Corporation; National Union Fire Insurance Company of Pittsburgh, PA; Nationwide Insurance Company of America; Nationwide Mutual Insurance Company (f/k/a Farm Bureau Mutual Automobile Insurance Company); New England Insurance Company (f/k/a New England Reinsurance Corporation); New Hampshire Insurance Company (f/k/a Mainland Insurance Company, successor-in-interest to New York Casualty Insurance Company); New Hampshire Insurance Company; New York Central Mutual Fire Insurance Company; NGM Insurance Company (successor-in-interest to National Grange Mutual Insurance Company); North River Insurance Company; Pawtucket Insurance Company; Peerless Insurance Company; Pennsylvania Lumbermens Mutual Insurance Company; Phoenix & London Assurance Limited; Phoenix Insurance Company; Providence Washington Insurance Company; Royal Globe Insurance Company; RSUI Indemnity Company (successor-in-interest to Buffalo Insurance Company); Selective Insurance Company of America (f/k/a Exchange Mutual Insurance Company f/k/a Exchange Mutual Indemnity Insurance Company); SPARTA Insurance Company (successor-in-interest to American Employers' Insurance Company); St. Paul Fire and Marine Insurance Company; St. Paul Mercury Insurance Company; The Hartford Financial Services Group (successor-in-interest to Hartford Accident and Indemnity Company and Hartford Fire Insurance Company); TIG Insurance Company (successor-in-interest to American Surety Company of New York); Travelers Casualty and Surety Company (successor-in-interest to Aetna Casualty and Surety Company); Traveler's

Indemnity Company (successor-in-interest to Gulf Insurance Company); U.S. Fidelity and Guaranty Company; U.S. Fire Insurance Company; Unigard Insurance Company (successor-in-interest to Jamestown Mutual Insurance Company); Utica Mutual Insurance Company; Westport Insurance Corporation (successor-in-interest to the Manhattan Fire and Marine Insurance Company); Yorkshire Insurance Company of New York (f/k/a The Yorkshire Indemnity Company of New York); and Zurich American Insurance Company,

        Defendants.

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint with is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

        United States Bankruptcy Court
        Western District of New York
        Robert H. Jackson U.S. Courthouse
        2 Niagara Square
        Buffalo, NY 14202

At the same time, you must also serve a copy of the motion or answer upon the plaintiffs' attorneys:

        Ford Elsaesser
        Elsaesser Anderson, Chtd.
        414 Church Street, Suite 201
        Sandpoint, ID 83864

        Timothy P. Lyster
        Woods Oviatt Gilman LLP
        1900 Bausch & Lomb Place
        Rochester, NY 14604

        *Counsel for the Parishes*

Stephen A. Donato
Charles J. Sullivan
Bond, Schoeneck & King PLLC
One Lincoln Center
Syracuse, NY 13202

James R. Murray
Jared Zola
Robyn L. Michaelson
Blank Rome LLP
1271 Avenue of the Americas
New York, New York 10020

James S. Carter
(*pro hac vice* application to be submitted)
Blank Rome LLP
1825 Eye Street NW
Washington, DC 20006

*Counsel for The Diocese of Buffalo, N.Y.*

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____ (Clerk of the Bankruptcy Court)

Date: _____  By: _____ (Deputy Clerk)