UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

          Debtor.

Case No. 20-10322 (CLB)

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362], Phoenix Management Services, LLC has filed the *Tenth Fee Statement of Phoenix Management Services, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to The Diocese of Buffalo, N.Y. for the Period March 1, 2021 Through April 4, 2021*, a copy of which is attached hereto and hereby served upon you.

Dated: April 8, 2021

PHOENIX MANAGEMENT SERVICES, LLC

By: */s/ Richard Szekelyi*

Richard Szekelyi
110 Commons Court
Chadds Ford, Pennsylvania 19317-9716
Telephone: (610) 358-4700
rszekelyi@phoenixmanagement.com

*Financial Advisor for the Diocese of Buffalo*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

          Debtor.

Case No. 20-10322 (CLB)

Chapter 11

**TENTH FEE STATEMENT OF PHOENIX MANAGEMENT SERVICES, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE DIOCESE OF BUFFALO, N.Y. FOR THE PERIOD**
**MARCH 1, 2021 THROUGH APRIL 4, 2021**

| | |
|---|---|
| Name of Applicant: | Phoenix Management Services, LLC |
| Authorized to Provide Professional Services to: | The Diocese of Buffalo, N. Y., Debtor-In-Possession |
| Date of Retention: | Order entered June 26, 2020 [Docket No. 413] *Nunc Pro Tunc* to February 28, 2020 |
| Period for which compensation and reimbursement is sought: | March 1, 2021 through April 4, 2021 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $7,493.00 ($5,994.40) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is Phoenix Management Services, LLC's tenth fee statement in this case.

**Time Summary by Professional for the period of March 1, 2021 through April 4, 2021**

| Professional | Position Title | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Richard Szekelyi | Managing Director | $395.00 | 18.40 | $7,268.00 |
| Stacey Miller | Office/Billing Manager | $150.00 | 1.50 | $225.00 |
| | Totals | | 19.90 | $7,493.00 |

**Time Summary by Matter for the period of March 1, 2021 through April 4, 2021**

| Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|
| Administration - Fee Applications | 1.5 | $ 225.00 |
| Operational Management | 6.4 | $ 2,528.00 |
| Preparation of Monthly Operating Reports | 12.0 | $ 4,740.00 |
| **Totals** | **19.9** | **$ 7,493.00** |

**Expense Summary by Category for the period of March 1, 2021 through April 4, 2021**

No data for this period.

# Phoenix Management

110 Commons Court  
Chadds Ford, PA 19317-9716  
Tel: 610-358-4700 Fax: 610-358-9377

Project Time Records by Task Code

Printed on: 4/8/2021  
Page 1 of 2

**Filters Used:**
- Time Entry Date: 3/1/2021 to 4/4/2021
- Project ID: Catholic Diocese of Buffalo BK: to Catholic Diocese of Buffalo BK:

*□ = Invoiced (mouse over for #), ✎ = Marked as Billed, ◇ = Non-Billable, ✗ = Xtra*

**Project ID - Name (Manager):** Catholic Diocese of Buffalo BK: - *Catholic Diocese of Buffalo BK* (Michael Jacoby)

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---|---|---|---|
| *Administration - Fee Application* | | | | | | | |
| *S Miller* | | | | | | | |
| Thur | 3/4/2021 | S Miller | Administration - Fee Application<br>Prepare 9th monthly fee statement | 0.40 | 0.40 | $60.00 | □ |
| Wed | 3/17/2021 | S Miller | Administration - Fee Application<br>Edits to the 2nd interim fee application | 0.90 | 0.90 | $135.00 | □ |
| Thur | 3/25/2021 | S Miller | Administration - Fee Application<br>Prepare for next monthly fee statement | 0.20 | 0.20 | $30.00 | □ |
| | | | **S Miller Total:** | 1.50 | 1.50 | $225.00 | |
| | | | **Administration - Fee Application Total:** | 1.50 | 1.50 | $225.00 | |
| *Operational Management* | | | | | | | |
| *R Szekelyi* | | | | | | | |
| Thur | 3/4/2021 | R Szekelyi | Operational Management<br>Updating professional fee ledgers | 0.20 | 0.20 | $79.00 | □ |
| Wed | 3/10/2021 | R Szekelyi | Operational Management<br>Attend weekly status call | 0.50 | 0.50 | $197.50 | □ |
| Wed | 3/17/2021 | R Szekelyi | Operational Management<br>Attend weekly status call | 0.40 | 0.40 | $158.00 | □ |
| Fri | 3/19/2021 | R Szekelyi | Operational Management<br>Updated Prof Fee Ledgers and process payment authorizations for Blank Rome and IAG | 0.60 | 0.60 | $237.00 | □ |
| Fri | 3/19/2021 | R Szekelyi | Operational Management<br>Participated on call regarding collection of old AR | 0.50 | 0.50 | $197.50 | □ |
| Mon | 3/22/2021 | R Szekelyi | Operational Management<br>Survey diocese regarding systems and procedures used for reporting and determination of parish assessments. Discussions with Jim Carney, Helena, Patrick Kennedy, Archdiocese of Santa Fe, Tom Holzer, New Ulm and Franz Hoefferle, Duluth. | 2.40 | 2.40 | $948.00 | □ |
| Tues | 3/23/2021 | R Szekelyi | Operational Management<br>Prepare email memo to J Beardi regarding systems and assessments. | 0.80 | 0.80 | $316.00 | □ |
| Wed | 3/24/2021 | R Szekelyi | Operational Management<br>Attend weekly status call | 0.50 | 0.50 | $197.50 | □ |
| Wed | 3/31/2021 | R Szekelyi | Operational Management<br>Attend weekly meeting | 0.50 | 0.50 | $197.50 | □ |
| | | | **R Szekelyi Total:** | 6.40 | 6.40 | $2,528.00 | |

# Phoenix Management

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Project Time Records by Task Code

Printed on: 4/8/2021
Page 2 of 2

Filters Used:
- Time Entry Date:   3/1/2021 to 4/4/2021
- Project ID:   Catholic Diocese of Buffalo BK:  to  Catholic Diocese of Buffalo BK:

*\* 📄 = Invoiced (mouse over for #), ✏ = Marked as Billed, ◆ = Non-Billable, ✖ = Xtra*

**Project ID - Name (Manager): Catholic Diocese of Buffalo BK: -** *Catholic Diocese of Buffalo BK* **(Michael Jacoby)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---|---|---|---|
| | | | **Operational Management Total:** | **6.40** | **6.40** | **$2,528.00** | |

*Preparation of Monthly Operating Reports*

*R Szekelyi*

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---|---|---|---|
| Thur | 3/11/2021 | R Szekelyi | Preparation of Monthly Operating Reports  Prepare MOR for February | 2.00 | 2.00 | $790.00 | 📄 |
| Fri | 3/12/2021 | R Szekelyi | Preparation of Monthly Operating Reports  Prepare MOR | 4.20 | 4.20 | $1,659.00 | 📄 |
| Mon | 3/15/2021 | R Szekelyi | Preparation of Monthly Operating Reports  Prepare February MOR | 1.70 | 1.70 | $671.50 | 📄 |
| Tues | 3/16/2021 | R Szekelyi | Preparation of Monthly Operating Reports  Prep MOR including follow-up with JK re: accounting questions. | 2.00 | 2.00 | $790.00 | 📄 |
| Wed | 3/17/2021 | R Szekelyi | Preparation of Monthly Operating Reports  Finalize, assemble and redact February MOR | 2.10 | 2.10 | $829.50 | 📄 |
| | | | **R Szekelyi Total:** | **12.00** | **12.00** | **$4,740.00** | |
| | | | **Preparation of Monthly Operating Reports Total:** | **12.00** | **12.00** | **$4,740.00** | |
| | | | **Project Catholic Diocese of Buffalo BK: Total:** | **19.90** | **19.90** | **$7,493.00** | |
| | | | **Grand Total:** | **19.90** | **19.90** | **$7,493.00** | |