UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

                                      Case No.: 20-10322-CLB

The Diocese of Buffalo, N.Y.,          Chapter: 11

             Debtor.

## NOTICE OF FILING

    PLEASE TAKE NOTICE that, in accordance with the Order entered July 9, 2020 [Docket No. 442] *Nunc Pro Tunc* to February 28, 2020, Connors LLP has filed the Monthly Fee Statement of Connors LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Diocese of Buffalo, N.Y., for the Period February 1, 2021 – February 28, 2021, a copy of which is attached hereto and hereby served upon you.

DATED:      Buffalo, New York
             April 19, 2021

                                s/ Randall D. White
                                Randall D. White, Esq.
                                **CONNORS LLP**
                                *Special Counsel for Debtor*
                                *The Diocese of Buffalo, N.Y.*
                                1000 Liberty Building
                                Buffalo, New York 14202
                                (716) 852-5533

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No.: 20-10322-CLB
Chapter: 11

## MONTHLY FEE STATEMENT OF CONNORS LLP
## FOR COMPENSATION FOR SERVICES RENDERED AND
## REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO
## THE DIOCESE OF BUFFALO, N.Y.
## FOR THE PERIOD FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021

| | |
|---|---|
| Name of Applicant: | Connors LLP |
| Authorized to Provide Professional Services to: | The Diocese of Buffalo, N.Y., Debtor-in-Possession |
| Date of Retention: | Order entered July 9, 2020 [Docket No. 442] *Nunc Pro Tunc* to February 28, 2020 |
| Period for which compensation and reimbursement is sought: | February 1, 2021 – February 28, 2021 |
| Amount of compensation sought as actual, reasonable, and necessary: | 80% of $90,280.00 (**$72,224.00**) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | **$5,463.79** |

This is a:  __X__ monthly ___ quarterly ___ final application.

This is the _____ monthly fee statement of Connors LLP in this case.

# CONNORS LLP
1000 Liberty Building
Buffalo, NY 14202
TAX ID NO. 16-1282035

April 16, 2021

|  |  |  |
|---|---|---|
| Invoice# | 35396 | TMC |
| Our file# | 002700 | 00006 |
| Billing through | | 02/28/2021 |

DIOCESE OF BUFFALO
795 Main Street
Buffalo, NY 14203

MISCELLANEOUS MATTERS

PROFESSIONAL SERVICES

| 02/02/2021 | LFQ | (Misc) Work on implementing instructions from Chancery representatives regarding changes to policy and procedures for Charter Case (3.1); communications regarding same (.5); review new filings of abuse claims (.5); telephone conference with Independent Diocesan Review Board Chairman regarding claim against recently deceased priest (.3); telephone conference with bankruptcy attorneys regarding same (.2); work on including new cases in batches to be sent to District Attorneys (.5); communications with Chancery regarding potential policy changes (.4). | 5.50 hrs. | 250 /hr | 1,375.00 |
|---|---|---|---|---|---|
| 02/04/2021 | LFQ | (Misc) Telephone conference with investigators regarding completion of investigation (.5); review file materials regarding claims of abuse and work on communications to Chancery regarding past claim of abuse (4.3). | 4.80 hrs. | 250 /hr | 1,200.00 |
| 02/05/2021 | LFQ | (Misc) Communications with Chancery regarding investigation report and sending cases to Rome (.6); work on response to inquiry regarding priest (.6); review file regarding outstanding complaint that needs to be | 2.40 hrs. | 250 /hr | 600.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | forwarded to Independent Diocesan Review Board and prepare memorandum regarding same (1.2). | | | | |
| 02/08/2021 | LFQ | (Misc) Work on responses to subpoena and proposed confidentiality order and communications with attorney regarding same. (1.1); work on memorandum regarding victim-survivor with claim against diocese (.4). | 1.50 | hrs. | 250 /hr | 375.00 |
| 02/10/2021 | LFQ | (Misc) Obtain and review policies of out-of-state dioceses and study different methods for disclosure of documents. | 3.80 | hrs. | 250 /hr | 950.00 |
| 02/11/2021 | LFQ | (Misc) Review allegations of anonymous complaint and communications with Chancery representative and Independent Diocesan Review Board Chairman regarding same to determine appropriate response. | 1.20 | hrs. | 250 /hr | 300.00 |
| 02/11/2021 | TMC | (Misc) Receipt and review of an additional anonymous complaint against a priest of the Diocese; report to authorities and confer with Chancellery senior staff. | 0.20 | hrs. | 250 /hr | 50.00 |
| 02/12/2021 | LFQ | (Misc) Work on processing complaints (1.4); telephone conference with Independent Diocesan Review Board Chairman regarding investigator (.5); communications with an attorney for Franciscan Province and review file to prepare response for same (1.2). | 3.10 | hrs. | 250 /hr | 775.00 |
| 02/13/2021 | LFQ | (Misc) Communications regarding priests appearing in national media. | 0.30 | hrs. | 250 /hr | 75.00 |
| 02/16/2021 | LFQ | (Misc) Telephone conference with Independent Diocesan Review Board Chairman regarding intake process (.1); telephone conference with | 1.20 | hrs. | 250 /hr | 300.00 |

Chancery representative about sending cases to the Congregation for the Doctrine of the Faith (.4); telephone conference with Chancery representative regarding audit (.3); review investigative report (.4).

| Date | | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 02/17/2021 | LFQ | (Misc) Communications with District Attorney's office regarding new report of abuse. | 0.30 hrs. | 250 /hr | 75.00 |
| 02/22/2021 | LFQ | (Misc) Review communications and memoranda sent by Chancery representatives regarding investigation of claim and abuse. | 0.90 hrs. | 250 /hr | 225.00 |
| 02/23/2021 | LFQ | (Misc) Work on reviewing whistleblower policy to reflect input of several Chancery representatives (.7); communications regarding changes in whistleblower policy (.3). | 1.00 hrs. | 250 /hr | 250.00 |
| 02/26/2021 | LFQ | (Misc) Work on complaint manager policy. | 1.10 hrs. | 250 /hr | 275.00 |
| 02/27/2021 | LFQ | (Misc) Telephone conference with Chancery representative regarding monitoring of priests (1.0); work on responding to request for information from Chancery representative about prior claim (.8). | 1.80 hrs. | 250 /hr | 450.00 |

Total fees for this matter                                          $7,275.00

**BILLING SUMMARY**

| | | | | |
|---|---|---|---|---|
| Connors, Terrence M. | Partner | 0.20 hrs | 250 /hr | 50.00 |
| Quinlan, Lawlor F. III | Partner | 28.90 hrs | 250 /hr | 7,225.00 |
| TOTAL FEES | | 29.10 hrs | | $7,275.00 |

<u>DISBURSEMENTS</u>

| | | |
|---|---|---:|
| 02/28/2021 | POSTAGE | 6.80 |
| 02/28/2021 | COURIER SERVICE | 75.00 |

Total disbursements for this matter                              $81.80

<u>BILLING SUMMARY</u>

| | |
|---|---:|
| TOTAL FEES | $7,275.00 |
| TOTAL DISBURSEMENTS | $81.80 |
| TOTAL CHARGES FOR THIS BILL | $7,356.80 |

# CONNORS LLP
1000 Liberty Building
Buffalo, NY   14202
TAX ID NO. 16-1282035

April 16, 2021

|                          |              |            |
|--------------------------|--------------|------------|
| Invoice#                 | 35397        | TMC        |
| Our file#                | 002700       | 00040      |
| Billing through          |              | 02/28/2021 |

DIOCESE OF BUFFALO
795 Main Street
Buffalo, NY   14203
NYSAG SUBPOENA

## PROFESSIONAL SERVICES

| 02/01/2021 | TMC | Providing historical background to assist Jones, Day with respect to the negotiations with the Office of the Attorney General (1.1); confer with members of the executive team at the Diocese regarding the issues raised by the litigation and the status of the removal to the Southern District of New York (.8); confer with our team regarding the litigation deadlines and the impact of the Attorney General proposal with respect to extension of the deadlines and negotiations (.7). | 2.60  hrs. | 250  /hr | 650.00 |
| 02/02/2021 | TMC | Reviewing changes and updates in our policies and procedures to respond to inquiries by the New York State Attorney General (.8); reviewing changes and updates in our policies and procedures with respect to the Review Board after conferring with Lawlor F. Quinlan III (.4); reviewing documents to respond to the requests for production by the Attorney General (.3); confer with Lawlor F. Quinlan III regarding his effort to respond to the prayers for relief to demonstrate our compliance (1.1). | 2.60  hrs. | 250  /hr | 650.00 |
| 02/03/2021 | TMC | Preparation for and participation | 3.70  hrs. | 250  /hr | 925.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | in call with team to respond to the requests and settlement overtures (.9); reviewing proposed revisions to policy documents, including whistleblower policy and Independent Review Board (.4); reviewing possible changes with respect to monitoring of credibly accused priests (.4); call with Jones, Day team and attorney Vacco regarding settlement discussions (.8); report to Diocese executive team (.4); follow-up call with Jones, Day and our team regarding preliminary issues raised by the Attorney General with respect to settlement and the procedural issues with the coordination of the bankruptcy matter (.8). | | | |
| 02/04/2021 | TMC | Preparation for and participation in a conference call with the attorneys for each Diocese within the State (1.1); reviewing draft letter from the attorney for other diocese (.3); confer with our team at Jones, Day regarding the advance waiver issues (.3); conferring with the Diocese regarding recouping defense costs from insurance carriers (.2); preparing response to inquiry and copy to insurance coverage counsel (.2). | 2.10 hrs. | 250 /hr | 525.00 |
| 02/05/2021 | LFQ | Research regarding Not-for-Profit Corporation's Law issues raised by Attorney General, including provision regarding whistleblower policy (1.0); review two Diocesan policy whistleblower policies and draft proposed changes to same (1.9). | 2.90 hrs. | 250 /hr | 725.00 |
| 02/05/2021 | TMC | Conferring with our team regarding preparation for our conference with the Attorney General (.6); reviewing the key | 1.20 hrs. | 250 /hr | 300.00 |

|            |     | points for discussion requested by the Attorney General (.4); report to the Diocese (.2). |       |      |        |        |
|------------|-----|-------------------------------------------------------------------|-------|------|--------|--------|
| 02/06/2021 | LFQ | Review memoranda from Terrence M. Connors regarding strategy and conversations with attorneys (.5); review memorandum regarding settlement (.8); work on possible changes to the diocesan policies(1.8). | 3.10 | hrs. | 250 /hr | 775.00 |
| 02/06/2021 | TMC | Reviewing our proposed changes to respond to the issues raised by the Attorney General and preparing a summary of efforts made over the years to comply with the Charter. | 0.80 | hrs. | 250 /hr | 200.00 |
| 02/07/2021 | RDW | Emails and preparation of possible discussion points. | 0.50 | hrs. | 250 /hr | 125.00 |
| 02/07/2021 | TMC | Reviewing the Jones, Day declaration for factual accuracy and providing them with additional background information. | 0.30 | hrs. | 250 /hr | 75.00 |
| 02/08/2021 | LFQ | Prepare memoranda regarding proposed changes to diocesan policies to respond to Attorney General's concerns (1.1); communications regarding same (.8). | 1.90 | hrs. | 250 /hr | 475.00 |
| 02/08/2021 | TMC | Assisting with the updating of our policies (.4); reviewing, revising, and updating the whistleblower policies to comply with amendments to the not-for-profit corporation law (.3); email with Don Blowey regarding any updates to the safe environment policy (.1); conferring with Lawlor F. Quinlan III regarding changes to the Independent Review Board and the initial investigation (.3); working with Sr. Mary McCarrick and Sr. Regina Murphy regarding the monitoring programs and | 1.90 | hrs. | 250 /hr | 475.00 |

|            |     | reviewing policies from other Dioceses (.3); conferring with our team regarding the issues to be discussed with the Attorney General as to settlement and email correspondence regarding same (.3); reviewing objections to the retention of Jones, Day and Lippes, Mathias (.2). |        |      |         |        |
|------------|-----|------------|--------|------|---------|--------|
| 02/09/2021 | TMC | Conferring with our team regarding the recent developments in   litigation, including the recusal of Judge Crotty, briefing schedule, stipulations with Attorney General counsel regarding the statutory deadlines that are involved, and email correspondence regarding judicial assignment. | 0.80 | hrs. | 250 /hr | 200.00 |
| 02/10/2021 | TMC | Preparation for and participation in conference call with our entire team to discuss the next steps, procedural issues, strategy, and historical information for Jones, Day. | 1.10 | hrs. | 250 /hr | 275.00 |
| 02/11/2021 | TMC | Preparation for and participation in conference call with the attorney from each Diocese in the State of New York to discuss current issues with respect to the Office of Attorney General investigation/litigation (.9); email correspondence with Diocese regarding the necessary documents for production to the office of the Attorney General (.7). | 1.60 | hrs. | 250 /hr | 400.00 |
| 02/12/2021 | RDW | Emails regarding recent developments, status and strategy. | 0.60 | hrs. | 250 /hr | 150.00 |
| 02/12/2021 | TMC | Extensive email correspondence with our client and the team regarding coordination of a number of issues that have arisen, as well as coordination with the bankruptcy production | 1.80 | hrs. | 250 /hr | 450.00 |

|            |     |                                                                                                                                                                                                                                                                                                                                                 |      |      |     |      |          |
|------------|-----|---|---|---|---|----------|
|            |     | (.9); discussion with the Jones, Day team regarding motion schedule, settlement meeting and the historical data needed for that meeting (.9). |      |      |     |      |          |
| 02/13/2021 | LFQ | Work on memorandum analyzing specific priests addressed in Attorney General's complaint. | 4.90 | hrs. | 250 | /hr  | 1,225.00 |
| 02/13/2021 | TMC | Conferring with Jones, Day regarding their need for historical information with respect to correspondence with the Office of Attorney General. | 0.30 | hrs. | 250 | /hr  | 75.00    |
| 02/14/2021 | LFQ | Work on memorandum regarding response to lawsuit (3.8); work on memorandum for meeting with New York State Attorney General showing this diocese's compliance with requirements of the Charter and Essential Norms (4.3); communications with Chancery representatives regarding same (.4). | 8.50 | hrs. | 250 | /hr  | 2,125.00 |
| 02/14/2021 | TMC | Confer with coverage counsel regarding the coverage position taken with respect to the claim against the Diocese. | 0.20 | hrs. | 250 | /hr  | 50.00    |
| 02/15/2021 | TMC | Further work updating the policies and procedures, including a new whistleblower policy (.4); assisting with updates of other policies, including the code of conduct and conferring with Diocese (.3); working through the coverage issues with Diocese and our coverage counsel to respond to inquiries from the insurance carrier TNCRRG (.7); confer with Jones, Day regarding the coverage issues for response to the Office of Attorney General (.3). | 1.70 | hrs. | 250 | /hr  | 425.00   |
| 02/16/2021 | TMC | Reviewing coverage position of one of the carriers and conferring | 1.20 | hrs. | 250 | /hr  | 300.00   |

with Diocese regarding our next steps (.2); reviewing statement of the insurance carrier with respect to Bishops Malone and Grosz (.3); discussion among team regarding the options available to challenge or to press forward with the coverage (.7).

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/17/2021 | LFQ | Communications with Chancery representatives to obtain information necessary for presentation for the New York State Attorney General (.9); work on presentation (7.6). | 8.50 | hrs. | 250 /hr | 2,125.00 |
| 02/17/2021 | TMC | Preparation for and participation in lengthy conference with team to provide historical perspective to certain inquiries that have been posed by the Office of Attorney General (1.3); follow-up calls with Diocese regarding additional data and information that we will need from the Diocese to comply with these requests and to provide Jones, Day with historical information on these topics (.8); confer with Lawlor F. Quinlan III regarding a presentation for the Attorney General responding to all of the issues and their various prayers for relief (1.6); further work updating our policies and procedures and drafting new procedures with respect to the DRB and the process of monitoring the priests would have been credibly accused of abuse (.8); providing input to our team for presentation (.7); email correspondence with Jones, Day regarding the new schedule for remand motion and our opposition (.8). | 6.00 | hrs. | 250 /hr | 1,500.00 |
| 02/18/2021 | LFQ | Work on presentation for meeting with the Attorney General's Office (3.4); work on | 5.60 | hrs. | 250 /hr | 1,400.00 |

whistleblower policy to bring it up-to-date as requested by Attorney General (1.3); review old audit reports to explain process to Attorney General's office (.9).

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/18/2021 | TMC | Preparation for and participation in conference call with the representatives of each NYS Diocese (.6); continue discussion with representatives at the Chancery regarding our obligation to report priests to the Congregation for the Doctrine of Faith and the nature and content of such a report (.8); confer with Lawlor F. Quinlan III regarding the status of the presentation for the Office of Attorney General (.4); email and conference call with Diocese regarding our efforts to provide historical data to the Jones, Day firm and reviewing updates to the policies and procedures (.9); lengthy conference call with attorney for other diocese to discuss the status of our investigations (1.1); report to clients (.3). | 4.10 | hrs. | 250 | /hr | 1,025.00 |
| 02/19/2021 | LFQ | Work on presentation to be made at request of Attorney General (2.6); conference call with other attorneys in preparation for presentation (1.6). | 4.20 | hrs. | 250 | /hr | 1,050.00 |
| 02/19/2021 | TMC | Confer with Jones, Day team in order to provide them with background and historical information for meeting with the Office of Attorney General (.8); reviewing and revising our presentation (.3); conferring with attorneys for other diocese regarding potentially relevant developments (.3); conferring with the attorney for another diocese regarding background information that might be relevant to our meeting with the | 1.80 | hrs. | 250 | /hr | 450.00 |

Office of Attorney General (.4).

| 02/20/2021 | LFQ | Prepare for presentation to New York State Attorney General to demonstrate compliance with Charter by addressing issues raised in complaint. | 4.80  hrs. | 250  /hr | 1,200.00 |
| 02/20/2021 | TMC | Reviewing several items in preparation for meeting with the Office of Attorney General, including updated policies, plan for monitoring priests, and DRB recommendations (.7); reviewing certain information for our response to the Attorney General (.7). | 1.40  hrs. | 250  /hr | 350.00 |
| 02/21/2021 | TMC | Confer with Lawlor F. Quinlan III regarding his detailed response to several issues raised by the Office of Attorney General (.3); review and revise presentation to the Office of Attorney General (.3). | 0.60  hrs. | 250  /hr | 150.00 |
| 02/22/2021 | RDW | Review of file regarding information for meeting with NYSOAG (1.5); emails regarding above (.3); review of draft presentation (.7); preparation for and conference with Terrence M. Connors and Lawlor F. Quinlan III (1.0). | 3.50  hrs. | 250  /hr | 875.00 |
| 02/22/2021 | TMC | Email correspondence from AAG Roque (.1); email correspondence from coverage counsel regarding the coverage opinion with respect to the Diocese and the Bishops (.2); confer with Jones Day team regarding the presentation to the Office of Attorney General (.3); forwarding our draft presentation to all parties (.1); receipt and review of the Remand Motion filed by the Attorney General (.4); email from Diocese regarding chart and review of same (.2); conferring with our team to provide historical data to | 2.00  hrs. | 250  /hr | 500.00 |

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                       |      |      |     |     |          |
|------------|-----|-------|------|------|-----|-----|----------|
|            |     | the Jones Day team for our pending meeting with the OAG (.7). |      |      |     |     |          |
| 02/23/2021 | LFQ | Telephone conferences regarding meeting with Attorney General's office (.5); work on revising presentation to be made to the Attorney General to document compliance with Charter (5.5); telephone conference with Chancery representatives regarding same (.6). | 6.60 | hrs. | 250 | /hr | 1,650.00 |
| 02/23/2021 | RDW | Preparation for and participate in call regarding status, discussions with NYSOAG, and related issues. | 1.20 | hrs. | 250 | /hr | 300.00 |
| 02/23/2021 | TMC | Email correspondence with Jones Day team regarding presentation  (.7); email correspondence with Diocese regarding the meeting and attendees (.3); email correspondence with our Jones Day team regarding the presentation (.6); reviewing final draft of our procedures for receipt and processing of complaints as well as updates; confer with Lawlor F. Quinlan III (.4). | 2.00 | hrs. | 250 | /hr | 500.00 |
| 02/24/2021 | LFQ | Participate in conference with Chancery representatives regarding resolving issues with Attorney General's office (0.5); review documents pertaining to Attorney General's allegations in complaint and in recent letter (2.4); telephone conference with legal team in preparation for conference with Attorney General's office (1.2); work on presentation materials (1.9); communications with attorney for former Bishops (.2). | 6.20 | hrs. | 250 | /hr | 1,550.00 |
| 02/24/2021 | TMC | Email correspondence regarding review of the decision of Bankruptcy Court regarding | 2.40 | hrs. | 250 | /hr | 600.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | retention application and email correspondence with attorney Donato (.3); conference with the joint defense team at the Jones Day firm regarding the information to present to the Attorney General (.6); conferring with key members of the Chancery and the Bishop's senior staff (.4); confer with Attorney Vacco who represents Bishops Malone and Grosz (.3); revising presentation with comments and input from members of our joint defense team (.8). | | | |
| 02/25/2021 | LFQ | Work on presentation to be made to Office of Attorney General and prepare for meeting (4.0); participate in   call regarding above(1.1); participate in conference with several Assistant Attorneys General (1.0); post-meeting conference (.6). | 6.70  hrs. | 250  /hr | 1,675.00 |
| 02/25/2021 | TMC | Preparation for and participation in conference call with representatives of each Dioceses (.8); reviewing brief on appeal from Rockville Center Diocese regarding issues with respect to the constitutionality of the statute and reviewing same (.7); report to the Diocese after our meeting with the Attorney General (.6). | 4.50  hrs. | 250  /hr | 1,125.00 |
| 02/26/2021 | LFQ | Report on responding to request of Attorney General. | 4.80  hrs. | 250  /hr | 1,200.00 |
| 02/26/2021 | TMC | Conference call with James Beardi, advisor to the Bishop, regarding open items relative to the Office of Attorney General investigation and to provide him historical information (.9); conference with Diocese executive team regarding the Office of Attorney General investigation and to provide settlement conference debriefing | 3.40  hrs. | 250  /hr | 850.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | (1.1); reviewing our research with respect to the use of certain documents by the Office of Attorney General (.6); confer with our Jones, Day team regarding the next step in connection with these negotiations (.4); reviewing documentation from Diocese regarding further presentation to the Office of Attorney General (.3); reviewing draft letter to Attorney General responding to certain requests that were made by their settlement negotiation team (.3); researching monitoring plans for other Dioceses with respect to credibly accused priests (.7). |  |  |  |
| 02/27/2021 | LFQ | Review materials to be sent to Attorney General (1.8); work on responding to requests of Attorney General (1.7); communications with Chancery representatives and attorneys defending diocese regarding the same (1.1). | 4.60  hrs. | 250  /hr | 1,150.00 |
| 02/27/2021 | TMC | Reviewing research with respect to several defenses and sharing with our defense team (.6); reviewing the supporting documents supplied by Don Blowey for the 2020 audit   (.4); conferring with Lawlor F. Quinlan III regarding the status of response to the prayers for relief   (.3); review of draft letter to Attorney General and provide background and historical information (.3); research monitoring plan for other Dioceses and sharing with our team (.4). | 2.00  hrs. | 250  /hr | 500.00 |
| 02/28/2021 | LFQ | Prepare for and participate in call with attorneys defending diocese to assist in response to our request from Attorney General's office. (.8); work on response to | 2.20  hrs. | 250  /hr | 550.00 |

same (.9); conversations with
Chancery representatives (.5).

| 02/28/2021 | TMC | Receiving and reviewing standards for a program of supervision and monitoring created by other religious congregations (.7); conferring with Bishop Fisher and members of his advisory team regarding these topics (.8); reviewing the requests made by the Office of Attorney General with respect to management letters and audit work papers (.4); reviewing these requests with Lawlor F. Quinlan III and forwarding to Jones, Day team (.5); reviewing draft letter responding to the Office of Attorney General and receiving input from team members (.6); receiving information from Diocese regarding management letters and on-site audits (.3). | 3.30  hrs. | 250 /hr | 825.00 |

Total fees for this matter                                    $34,675.00

**BILLING SUMMARY**

| Connors, Terrence M. | Partner | 57.40 hrs | 250 /hr | 14,350.00 |
| White, Randall D. | Partner | 5.80 hrs | 250 /hr | 1,450.00 |
| Quinlan, Lawlor F. III | Partner | 75.50 hrs | 250 /hr | 18,875.00 |
| TOTAL FEES | | 138.70 hrs | | $34,675.00 |

<u>DISBURSEMENTS</u>

| 02/28/2021 | JAN STORAGE/LITIGATION SUPPORT | | 4,546.95 |

Total disbursements for this matter               $4,546.95

<u>BILLING SUMMARY</u>

TOTAL FEES                                         $34,675.00

TOTAL DISBURSEMENTS                       $4,546.95

TOTAL CHARGES FOR THIS BILL        $39,221.95

# CONNORS LLP

1000 Liberty Building
Buffalo, NY   14202
TAX ID NO. 16-1282035

April 16, 2021

|  |  |
|---|---|
|  | Invoice#    35398              TMC |
| DIOCESE OF BUFFALO | Our file#       002700              00046 |
| 795 Main Street | Billing through              02/28/2021 |
| Buffalo, NY   14203 |  |
| CHILD VICTIMS ACT |  |

## PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | | Rate | Amount |
|------|------|-------------|-------|---|------|--------|
| 02/01/2021 | LFQ | Work on document production. | 4.10 | hrs. | 250 /hr | 1,025.00 |
| 02/01/2021 | RDW | Work on document production, including review of specific documents and privilege issues (3.6); preparation for and conferences regarding personnel file production and privilege issues (1.4); forward documents to BSK for production (.3); emails regarding stay issues (.5); preparation of responses to Blank Rome insurance inquiries (1.2). | 8.00 | hrs. | 250 /hr | 2,000.00 |
| 02/01/2021 | CEO | Conducting privilege review of personnel file materials (1.1); meeting with Randall D. White and associate, Kelly E. Riley, to discuss privileged materials (.3). | 1.40 | hrs. | 200 /hr | 280.00 |
| 02/01/2021 | KER | Continue privilege review of priest personnel files (3.0); meetings with associate, Caitlin E. O'Neil, and Randall D. White regarding upcoming production and potentially privileged document (0.5). | 3.50 | hrs. | 200 /hr | 700.00 |
| 02/01/2021 | KKS | Review and analyze priest personnel files (1.6); complete priest personnel file production (1.2). | 2.80 | hrs. | 100 /hr | 280.00 |
| 02/02/2021 | LFQ | Work on document production. | 0.50 | hrs. | 250 /hr | 125.00 |
| 02/02/2021 | RDW | Review of new CVA lawsuits (.3); emails regarding above (.5); preparation for and conferences | 7.60 | hrs. | 250 /hr | 1,900.00 |

|            |     | regarding document production, including personnel files (1.0); forward documents to BSK for production (.3); preparation of response to Blank Rome regarding insurance information (.7); work on document production (4.8). |           |       |          |          |
|------------|-----|---|-----------|-------|----------|----------|
| 02/02/2021 | TMC | Reviewing the various productions made by other Dioceses to the Office of Attorney General and the Creditor's Committee in bankruptcy court to raise the appropriate privileges and to be consistent with other productions. | 0.70 | hrs. | 250 /hr | 175.00 |
| 02/02/2021 | CEO | Conducting privilege review of personnel file materials. | 2.20 | hrs. | 200 /hr | 440.00 |
| 02/02/2021 | KER | Continue privilege review of priest personnel files (2.4); meet with Randall D. White regarding potentially privileged documents (.8); confer with associate, Caitlin E. O'Neil, regarding further potentially privileged documents (.9). | 4.10 | hrs. | 200 /hr | 820.00 |
| 02/02/2021 | KKS | Review and prepare next production of priest personnel files. | 1.60 | hrs. | 100 /hr | 160.00 |
| 02/03/2021 | RDW | Review and preparation of personnel file documents regarding production (2.7); preparation of responses to insurance information inquiries of Blank Rome (2.8); emails regarding stay issues and appeals (.4). | 5.90 | hrs. | 250 /hr | 1,475.00 |
| 02/04/2021 | RDW | Preparation of responses to Blank Rome inquiries regarding insurance information (2.3); review and preparation of documents for production (2.9); participate in weekly CVA counsel call (.4); respond to Diocese insurance inquiry (.3); conference with Lawlor F. | 7.20 | hrs. | 250 /hr | 1,800.00 |

Quinlan III regarding meeting with victim (.4); review of letter withdrawing sanctions motion (.4); emails with co-defense counsel regarding above (.5).

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/04/2021 | TMC | Confer with counsel for the Diocese of Syracuse regarding the outcome of the severance and stay motions in Syracuse with respect to Lipsitz, Green clients. | 0.30 | hrs. | 250 /hr | 75.00 |
| 02/05/2021 | LFQ | Work on document review. | 1.10 | hrs. | 250 /hr | 275.00 |
| 02/05/2021 | RDW | Review of plaintiff's letter and emails with co-defense counsel regarding upcoming CVA calendar and status of motion for sanctions (1.2); communications with team regarding status of document production (1.5); emails with Terrence M. Connors and Lawlor F. Quinlan III regarding recent discovery developments and issues (.8). | 3.50 | hrs. | 250 /hr | 875.00 |
| 02/05/2021 | TMC | Reviewing the status of the discovery issues as it pertains to the CVA litigation and the OAG investigation (.7); reviewing the response of the Diocese to the insurance carriers regarding certain discovery issues (.3); providing background information to Bishop Fisher regarding possible survivor meeting (.4); receipt of emergency request from the Diocese regarding a media inquiry with respect to priest and providing factual background for response (.3). | 1.70 | hrs. | 250 /hr | 425.00 |
| 02/05/2021 | KER | Continue privilege review of priest personnel files. | 1.10 | hrs. | 200 /hr | 220.00 |
| 02/06/2021 | RDW | Review of file and email regarding upcoming victim's meeting with Diocese (1.0); legal research regarding recent developments in CVA cases regarding discovery (1.0). | 2.00 | hrs. | 250 /hr | 500.00 |

| | | | | | |
|---|---|---|---|---|---|
| 02/06/2021 | TMC | Further research on the background for possible survivor meeting with Bishop Fisher. | 0.70  hrs. | 250 /hr | 175.00 |
| 02/07/2021 | RDW | Preparation of response to insurance information inquiries from Blank Rome. | 0.40  hrs. | 250 /hr | 100.00 |
| 02/08/2021 | RDW | Email from BSK regarding privilege issues and document production (.5); review of file and legal research regarding response (2.9); communications with Terrence M. Connors and Lawlor F. Quinlan III regarding above (.8); review of bankruptcy court filings (.7); emails and telephone conferences with co-defense counsel regarding sanctions motion, stay issues, and severance motion (1.7); conferences regarding priest personnel files and privilege and production issues (1.2). | 7.80  hrs. | 250 /hr | 1,950.00 |
| 02/08/2021 | TMC | Conferring with our team regarding the privilege issues that have arisen in connection with the production of documents (.4); reviewing extensive research on the privilege issues in order to advise the Bishop (.3); working on possible compromise as to insurance carriers (2). | 0.90  hrs. | 250 /hr | 225.00 |
| 02/08/2021 | KER | Continue privilege review of priest personnel files. | 3.90  hrs. | 200 /hr | 780.00 |
| 02/08/2021 | KKS | Review and analyze priest personnel files in preparation for production. | 1.20  hrs. | 100 /hr | 120.00 |
| 02/09/2021 | LFQ | Work on document review. | 3.50  hrs. | 250 /hr | 875.00 |
| 02/09/2021 | RDW | Review of documents, telephone conferences and emails regarding further personnel file production (1.1); emails regarding withdrawal of sanctions motion and related issues (1.7); review of file and emails with BSK regarding | 5.50  hrs. | 250 /hr | 1,375.00 |

| | | privilege issues (2.7). | | | | | |
|---|---|---|---|---|---|---|---|
| 02/09/2021 | TMC | Conference regarding preservation of privileges in the discovery process (.8); lengthy office conference with Bishop Fisher to provide him with historical background information regarding the CVA cases (.9). | 1.70 | hrs. | 250 | /hr | 425.00 |
| 02/09/2021 | KER | Continue privilege review of priest personnel files. | 1.80 | hrs. | 200 | /hr | 360.00 |
| 02/10/2021 | RDW | Review of file and preparation of response to Blank Rome inquiries regarding insurance information (1.7); telephone conference and emails with co-defense counsel regarding stay issues (1.5); work on document production (1.5). | 4.70 | hrs. | 250 | /hr | 1,175.00 |
| 02/10/2021 | KER | Continue privilege review of priest personnel files (2.0); telephone conference with Lawlor F. Quinlan III (.4). | 2.40 | hrs. | 200 | /hr | 480.00 |
| 02/11/2021 | RDW | Participate in weekly CVA counsel call (.4); emails and telephone conferences with co-defense counsel regarding stay issues and appeals (.8); preparation for and conference with team regarding document production, including personnel files and privilege issues (2.2). | 3.40 | hrs. | 250 | /hr | 850.00 |
| 02/11/2021 | KER | Continue privilege review of priest personnel files (.4); preparation for and meet with Randall D. White regarding potentially privileged documents (1.5). | 1.90 | hrs. | 200 | /hr | 380.00 |
| 02/12/2021 | LFQ | Work on document review. | 0.80 | hrs. | 250 | /hr | 200.00 |
| 02/12/2021 | RDW | Emails with co-defense counsel regarding appellate and stay issues (1.5); preparation for and telephone conferences with Blank Rome regarding insurance issues and status (.8); emails and conferences with Lawlor F. | 4.00 | hrs. | 250 | /hr | 1,000.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | Quinlan III and associate, Kelly E. Riley regarding personnel file production issues (1.3); telephone conference regarding CVA lawsuit (.4). | | | |
| 02/12/2021 | KER | Continue privilege review of priest personnel files (2.6); telephone conference with Randall D. White regarding potentially privileged documents (.3). | 2.90 hrs. | 200 /hr | 580.00 |
| 02/12/2021 | KKS | Review and analyze priest personnel files in preparation for production. | 1.10 hrs. | 100 /hr | 110.00 |
| 02/13/2021 | RDW | Review of documents and relevant file background regarding personnel file production issues (.7); emails regarding above (.3); emails regarding CVA action (.3). | 1.30 hrs. | 250 /hr | 325.00 |
| 02/13/2021 | TMC | Confer with the Diocese regarding recent article in USA Today concerning priest and his interaction with Review Board and CVA litigation. | 0.30 hrs. | 250 /hr | 75.00 |
| 02/14/2021 | LFQ | Work on document production and review. | 5.00 hrs. | 250 /hr | 1,250.00 |
| 02/15/2021 | RDW | Conferences and emails regarding personnel file documents and privilege and production issues. | 1.50 hrs. | 250 /hr | 375.00 |
| 02/15/2021 | NAR | Legal research regarding joint defense agreement privilege issue for Randall D. White and Lawlor F. Quinlan III. | 1.90 hrs. | 200 /hr | 380.00 |
| 02/15/2021 | KER | Continue privilege review of priest personnel files (3.4); meet with Randall D. White regarding potentially privileged documents (.5). | 3.90 hrs. | 200 /hr | 780.00 |
| 02/16/2021 | LFQ | Work on document production. | 4.60 hrs. | 250 /hr | 1,150.00 |
| 02/16/2021 | RDW | Emails with BSK regarding stay and appellate issues (.8); work on document production, including conferences and emails | 5.90 hrs. | 250 /hr | 1,475.00 |

|  |  | with team regarding privilege and production issues (4.2); forward documents to BSK for production (.4); review of motion to compel CVA insurance information (.5). |  |  |  |  |
|---|---|---|---|---|---|---|
| 02/16/2021 | TMC | Reviewing Lipsitz, Green motion to avoid the bankruptcy stay and to litigate in State Supreme Court, and discussing historical perspective with team (.6); confer with our team regarding the issues that have arisen in connection with the production of documents and the assertion of privileges (.7). | 1.30 | hrs. | 250 /hr | 325.00 |
| 02/16/2021 | KER | Continue privilege review of priest personnel files. | 0.60 | hrs. | 200 /hr | 120.00 |
| 02/16/2021 | KKS | Prepare and review the next production for disclosure to counsel (1.5); confer with litigation vendor regarding same (.2); continue to prepare accused priests and personnel information as requested by Randall D. White (3.4); update production log to include today's production (.2). | 5.30 | hrs. | 100 /hr | 530.00 |
| 02/17/2021 | LFQ | Conference call regarding request made by insurance carriers for disclosure of privileged documents. | 0.90 | hrs. | 250 /hr | 225.00 |
| 02/17/2021 | RDW | Telephone conference with BSK, Terrence M. Connors, and Lawlor F. Quinlan III regarding personnel files and privilege issues (1.0); review of privilege log and preparation for telephone conference (2.2); review of documents and conferences regarding privilege and production issues (.4); emails forwarding personnel files to BSK for production (.8); review of recent CVA cases (.3); emails regarding stay issues (.4). | 5.10 | hrs. | 250 /hr | 1,275.00 |
| 02/17/2021 | TMC | Conversation with our team | 1.50 | hrs. | 250 /hr | 375.00 |

regarding the privilege log,
production to the Office of
Attorney General, and the
creditor's committee production
and preparation of memorandum
(.7); further work on insurer
issues and stay and severance
issues (.8).

| | | | | | |
|---|---|---|---|---|---|
| 02/17/2021 | KER | Continue privilege review of priest personnel files. | 0.90  hrs. | 200  /hr | 180.00 |
| 02/17/2021 | KKS | Review and analyze priest personnel files in preparation for production. | 1.60  hrs. | 100  /hr | 160.00 |
| 02/18/2021 | RDW | Participate in CVA defense counsel call (.2); telephone conference with co-defense counsel regarding stay and other issues and proceedings in bankruptcy and Syracuse bankruptcy (1.0); preparation for and conference with paralegal, Krista K. Severino regarding personnel file production (2.2); review of file and follow up regarding recent telephone conference with BSK regarding healthcare privilege issues (2.5). | 5.90  hrs. | 250  /hr | 1,475.00 |
| 02/18/2021 | KKS | Prepare priest personnel board parish documents as requested by Randall D. White (.8); review and analyze various sources of data sets to continue to compile information as to priest personnel and CVA claimants (2.9). | 3.70  hrs. | 100  /hr | 370.00 |
| 02/19/2021 | RDW | Review of file and preparation of response to BSK inquiries for motion (3.2); emails with co-defense counsel regarding stay issues (.4); review of motion papers from Syracuse bankruptcy for relevance and application (1.3); emails regarding above (.7); review of files and documentation regarding privilege and discovery issues (1.9). | 7.50  hrs. | 250  /hr | 1,875.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 02/19/2021 | KER | Continue privilege review of priest personnel files. | 1.10 hrs. | 200 /hr | 220.00 |
| 02/20/2021 | RDW | Review of relevant materials and preparation of detailed emails regarding motion for TRO/PI as to Lipsitz Greene cases. | 2.50 hrs. | 250 /hr | 625.00 |
| 02/20/2021 | TMC | Confer with BSK regarding their application for a temporary restraining order and preliminary injunction with respect to the Lipstiz, Green cases (.6); email correspondence and confer with our team regarding above and defense issues (1.3). | 1.90 hrs. | 250 /hr | 475.00 |
| 02/21/2021 | RDW | Continue emails regarding motion for TRO/PI as to Lipsitz Greene cases. | 2.00 hrs. | 250 /hr | 500.00 |
| 02/21/2021 | TMC | Reviewing the status of the Lipsitz, Green's efforts to avoid the bankruptcy and proceed against parishes and the response of BSK (.2) review Randall D. White's analysis on the legal issues and possible defenses(.3). | 0.50 hrs. | 250 /hr | 125.00 |
| 02/22/2021 | RDW | Review of file regarding response to victim claimant's inquiry (.8); preparation for and conference regarding personnel file production (1.7); review of file, legal research and analysis of health-related privilege issues (2.3). | 4.80 hrs. | 250 /hr | 1,200.00 |
| 02/22/2021 | TMC | Conferring with BSK regarding the assertion of privileges in connection with the discussions with the Creditor's Committee and insurance carriers. | 0.30 hrs. | 250 /hr | 75.00 |
| 02/22/2021 | KER | Continue privilege review of priest personnel files. | 0.60 hrs. | 200 /hr | 120.00 |
| 02/23/2021 | RDW | Review of and emails concerning new CVA case (.6); legal research and review of file regarding privilege issues (1.5). | 2.10 hrs. | 250 /hr | 525.00 |
| 02/23/2021 | KKS | Research regarding priests with unsubstantiated claims per the | 2.20 hrs. | 100 /hr | 220.00 |

|            |     | request of Randall D. White. |          |      |        |          |
|------------|-----|------------------------------|----------|------|--------|----------|
| 02/24/2021 | KER | Continue privilege review of priest personnel files. | 0.60 hrs. | 200 /hr | 120.00 |
| 02/25/2021 | RDW | Participate in CVA defense counsel call (.4); preparation of response to inquiry from victim claimant (.4); review of file and emails with co-defense counsel regarding CVA action, including scheduling orders (1.7); file review, legal research and analysis of privilege issues (2.0); work on further document production (1.0). | 5.50 hrs. | 250 /hr | 1,375.00 |
| 02/25/2021 | KER | Continue privilege review of priest personnel files. | 0.70 hrs. | 200 /hr | 140.00 |
| 02/25/2021 | KKS | Complete review of priest personnel board parish file documents as requested by Randall D. White. | 1.10 hrs. | 100 /hr | 110.00 |
| 02/26/2021 | LFQ | Work on document production. | 1.10 hrs. | 250 /hr | 275.00 |
| 02/26/2021 | RDW | Work on document production, including privilege and personnel file issues (2.8); preparation of reply to inquiry from claimant (.7); legal research and analysis regarding various privilege and discovery issues (3.2); forward documents to BSK for production (.5). | 7.20 hrs. | 250 /hr | 1,800.00 |
| 02/26/2021 | KER | Continue privilege review of priest personnel files (4.1); meet with Randall D. White regarding potentially privileged documents (.9); telephone conference with paralegal, Krista K. Severino, regarding priest files (.2). | 5.20 hrs. | 200 /hr | 1,040.00 |
| 02/26/2021 | KKS | Review and analyze various order priest personnel files in order to prepare litigation review platform per the request of associate, Kelly E. Riley (1.4); prepare priest personnel files in preparation for production (.9). | 2.30 hrs. | 100 /hr | 230.00 |
| 02/27/2021 | RDW | Review of file regarding status | 1.00 hrs. | 250 /hr | 250.00 |

|            |     | of personnel file production (.4); legal research regarding privilege issues, including health-care privilege issues as to personnel files (.6). |            |        |        |
|------------|-----|---|------------|--------|--------|
| 02/27/2021 | KER | Continue privilege review of priest personnel files. | 2.90 hrs. | 200 /hr | 580.00 |
| 02/28/2021 | RDW | Legal research regarding healthcare privilege issues (2.0); review of recent filings regarding stay issues (.7). | 2.70 hrs. | 250 /hr | 675.00 |
| 02/28/2021 | KER | Continue privilege review of priest personnel files. | 1.10 hrs. | 200 /hr | 220.00 |

Total fees for this matter                                                                $48,330.00

**BILLING SUMMARY**

| Connors, Terrence M. | Partner | 11.80 hrs | 250 /hr | 2,950.00 |
|---|---|---|---|---|
| White, Randall D. | Partner | 115.00 hrs | 250 /hr | 28,750.00 |
| Quinlan, Lawlor F. III | Partner | 21.60 hrs | 250 /hr | 5,400.00 |
| Romano, Nicholas A. | Associate | 1.90 hrs | 200 /hr | 380.00 |
| O'Neil, Caitlin E. | Associate | 3.60 hrs | 200 /hr | 720.00 |
| Riley, Kelly E | Associate | 39.20 hrs | 200 /hr | 7,840.00 |
| Severino, Krista K | Legal Assistant | 22.90 hrs | 100 /hr | 2,290.00 |
| TOTAL FEES | | 216.00 hrs | | $48,330.00 |

**DISBURSEMENTS**

| 02/28/2021 | COMPUTER RESEARCH - WESTLAW | 671.84 |
|---|---|---|
| 02/28/2021 | PHOTOCOPIES | 163.20 |

Total disbursements for this matter                                              $835.04

**BILLING SUMMARY**

TOTAL FEES                                                              $48,330.00

TOTAL DISBURSEMENTS                                          $835.04

TOTAL CHARGES FOR THIS BILL                             $49,165.04