UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) |
|  | )    Case No. 20-10322 (CLB) |
| The Diocese of Buffalo, N.Y. | ) |
|  | )    Chapter 11 |
| Debtor. | ) |
|  | ) |

### <u>NOTICE OF FILING</u>

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362], Jones Day has filed the *Monthly Fee Statement of Jones Day for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Diocese of Buffalo, N.Y. for the Period March 1, 2021 Through March 31, 2021,* a copy of which is attached hereto and hereby served upon you.

Dated:  April 20, 2021

                                    */s/ John D. Goetz*
                                    John D. Goetz
                                    Jones Day
                                    500 Grant Street, Suite 4500
                                    Pittsburgh, PA 15219-2514
                                    (412) 391-3939
                                    jdgoetz@jonesday.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
_____

In re:                                      )
                                            )
                                            )    Case No. 20-10322 (CLB)
The Diocese of Buffalo, N.Y.                )
                                            )    Chapter 11
                Debtor.                     )
                                            )
_____    )

**MONTHLY FEE STATEMENT OF JONES DAY FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS SPECIAL COUNSEL TO THE DIOCESE OF BUFFALO, N.Y.
FOR THE PERIOD MARCH 1, 2021 THROUGH MARCH 31, 2021**

| | |
|---|---|
| Name of Applicant: | Jones Day |
| Authorized to Provide Professional Services to: | The Diocese of Buffalo, N.Y. Debtor and Debtor in Possession |
| Date of Retention: | Order entered February 23, 2021 [Docket No. 905] *Nunc Pro Tunc* to December 1, 2020 |
| Period for which Compensation and Reimbursement is Sought: | March 1, 2021 through March 31, 2021 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary (after 20% discount and 20% holdback): | $137,344.00 (80% of $171,680.00) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $627.00 |

This is a: __X__ monthly ____ quarterly ____ final application.

This is Jones Day's second monthly fee statement in this case.

IN ACCOUNT WITH

# JONES DAY

**Pittsburgh**

500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514

**(412) 391-3939**

Federal Identification Number: _____

April 15, 2021                                                         764596

Invoice: 33481241

Roman Catholic Diocese of Buffalo
795 Main Street
Buffalo, NY 14203

For legal services rendered for the period through March 31, 2021:

| | | | |
|---|---|---|---|
| State of New York v. Diocese of Buffalo, et al. | 198.20 | | 160,242.00 |
| Fee/Employment Applications | 21.00 | | 10,704.00 |
| Case Administration | 1.90 | | 734.00 |
| Total Fees | 221.10 | USD | 171,680.00 |
| Total Disbursements & Charges | | USD | 627.00 |
| **TOTAL** | | **USD** | **172,307.00** |

Please remit payment to:



# JONES DAY

Roman Catholic Diocese of Buffalo

## FEE SUMMARY - March 31, 2021

| Timekeeper Name | Title | Bar Year | Discounted Billing Rate[1] | Billed Hours | Total Fees |
|---|---|---|---|---|---|
| L F DEJULIUS, JR. | PARTNER | 2003 | 960.00 | 9.50 | 9,120.00 |
| T R GEREMIA | PARTNER | 1999 | 1,000.00 | 67.60 | 67,600.00 |
| J D GOETZ | PARTNER | 1986 | 860.00 | 52.90 | 45,494.00 |
| TOTAL | | | | 130.00 | 122,214.00 |
| J M GROSS | ASSOCIATE | 2016 | 720.00 | 40.60 | 29,232.00 |
| S C SCOTT | ASSOCIATE | 2019 | 380.00 | 24.90 | 9,462.00 |
| B J THOMSON | ASSOCIATE | 2019 | 540.00 | 11.30 | 6,102.00 |
| TOTAL | | | | 76.80 | 44,796.00 |
| A R VILLAR | SR STAFF ATTY | 2009 | 460.00 | 0.20 | 92.00 |
| TOTAL | | | | 0.20 | 92.00 |
| J W BACH | PARALEGAL | | 320.00 | 3.30 | 1,056.00 |
| M M MELVIN | PARALEGAL | | 340.00 | 8.30 | 2,822.00 |
| TOTAL | | | | 11.60 | 3,878.00 |
| J CHLUDZINSKI | PROJECT ASST | | 280.00 | 2.50 | 700.00 |
| TOTAL | | | | 2.50 | 700.00 |
| **TOTAL** | | | | **221.10** USD | **171,680.00** |

[1] Discounted rates reflect a 20% discount to Jones Day's standard rates, as agreed between Jones Day and the Diocese and as disclosed in the *Supplemental Declaration of Bishop Michael William Fisher in Support of the Retention of Jones Day as Special Counsel to the Diocese* [Docket No. 874].

# JONES DAY

Roman Catholic Diocese of Buffalo

**DISBURSEMENT SUMMARY - March 31, 2021**

Filing Fees and Related                                              627.00

**TOTAL**                                              **USD**          **627.00**

| 03/01/21 | L F DEJULIUS, JR. | 1.50 | 1,440.00 |

Meeting with Diocese team regarding preparing for follow-up meeting with the Attorney General's Office.

| 03/01/21 | T R GEREMIA | 2.60 | 2,600.00 |

Draft/revise opposition to Attorney General motion to remand action (0.80); meet with Diocese team, L. Quinlan, and L. DeJulius regarding Attorney General's remedies and StoneBridge audit materials (1.80).

| 03/01/21 | J D GOETZ | 4.80 | 4,128.00 |

Attend call with the Diocese team, T. Connors, L. Quinlan and Jones Day team to discuss the Stonebridge audit process, documents relating to the same, and slide deck for the next meeting with the Attorney General's office regarding claims for relief in the Complaint, and the Diocese's response to the same (1.80); review the Attorney General's motion to remand regarding further research on New York statutes cited in the Complaint (0.30); conversation with S. Scott regarding research regarding the scope of New York statutes to incorporate additional arguments into the opposition brief (0.50); review e-mails and attachments from L. Quinlan regarding Stonebridge audit work plans and audit results for years 2016-2020 (0.80); review and take notes on additional e-mails from L. Quinlan gathering Stonebridge audit materials by year from 2016-2020 and outline of scope of audits completed every three years, as well as during interim years (0.80); review a draft memorandum to file regarding results of the February 25th meeting with the Attorney General; review an e-mail from T. Connors regarding the same (0.30); conversation with S. Donato regarding the results of the February 25th meeting with the Attorney General's office and next steps (0.30).

| 03/01/21 | J M GROSS | 3.00 | 2,160.00 |

Draft/revise brief in opposition to motion to remand.

| 03/01/21 | S C SCOTT | 1.50 | 570.00 |

Plan and prepare for research meeting with J. Goetz concerning the Attorney General's statutory authority, by reviewing filings submitted thus far in the Diocese of Buffalo action (1.00); communicate (in firm) with J. Goetz about research concerning the extent of the Attorney General's statutory authority in the Diocese of Buffalo action (0.50).

| 03/02/21 | T R GEREMIA | 1.20 | 1,200.00 |

Communicate (with client) regarding efforts to ensure child safety and StoneBridge audit material.

| 03/02/21 | T R GEREMIA | 0.80 | 800.00 |

Draft/revise letter conveying StoneBridge audit materials to the Attorney General.

| 03/02/21 | J D GOETZ | 3.50 | 3,010.00 |

Review and take notes on annual audits completed by Stonebridge from 2016-2020, management and compliance letters relating to same, as forwarded by L. Quinlan (2.00); attend call with client, L. Quinlan and T. Geremia regarding background and scope of Stonebridge audits, audit work plans and results of same for relevant years, revisions to child protection policy and IRB and monitoring protocols over time (1.50).

| 03/02/21 | J M GROSS | 9.50 | 6,840.00 |

Draft/revise brief in opposition to the Attorney General's motion to remand (9.00); communicate (in firm) with T. Geremia regarding the same (0.50).

| 03/02/21 | S C SCOTT | 3.30 | 1,254.00 |

Research the extent of the Attorney General's statutory authority in the Diocese of Buffalo action.

| 03/03/21 | L F DEJULIUS, JR. | 1.10 | 1,056.00 |

Participate in meeting with Bishop Fischer, Diocese team, and outside counsel to discuss case strategy.

| 03/03/21 | T R GEREMIA | 1.80 | 1,800.00 |

Draft/revise letter to Office of the Attorney General regarding settlement discussions (0.80); weekly meeting with client and bankruptcy counsel regarding Office of the Attorney General lawsuit (1.00).

| 03/03/21 | J D GOETZ | 2.80 | 2,408.00 |
|---|---|---|---|

Attend call with Diocese team, Jones Day and Connors LLP regarding results of the February 25th meeting, next steps and scope of production in response to Attorney General's request at meeting including drafting of a letter to the Attorney General concerning the same (1.30); review back-up files for the 2020 Stonebridge audit and charts relating to AB and CD charts provided regarding the 2018 audit (0.80); follow-up e-mail to L. Quinlan regarding questions regarding charts (0.20); revise letter to E. Stern regarding contents of production in response to requests during the February 25th meeting and terms of confidentiality for the same (0.50).

| 03/03/21 | J M GROSS | 1.30 | 936.00 |
|---|---|---|---|

Draft/revise the brief in opposition to the Attorney General's motion to remand.

| 03/03/21 | S C SCOTT | 5.50 | 2,090.00 |
|---|---|---|---|

Research the extent of the Attorney General's statutory authority in the Diocese of Buffalo action.

| 03/04/21 | J W BACH | 0.10 | 32.00 |
|---|---|---|---|

Review and attend to incoming correspondence regarding settlement discussions with the Attorney General.

| 03/04/21 | T R GEREMIA | 1.20 | 1,200.00 |
|---|---|---|---|

Draft/revise letter to Office of the Attorney General in furtherance of settlement efforts.

| 03/04/21 | J D GOETZ | 1.10 | 946.00 |
|---|---|---|---|

Conversation with L. Quinlan regarding charts produced to the Attorney General relating to the 2018 Stonebridge audit and previous production to the Attorney General relating to same (0.50); review e-mails from client regarding an approval to finalize a letter to the Attorney General and offer to produce Stonebridge audits and supporting documents (0.30); conversation with T. Connors regarding next steps following a letter to the Attorney General regarding the production of Stonebridge audits for requested years (0.30).

| 03/04/21 | J M GROSS | 5.10 | 3,672.00 |
|---|---|---|---|

Draft/revise the brief in opposition to the Attorney General's motion to remand.

| 03/04/21 | S C SCOTT | 8.50 | 3,230.00 |
|---|---|---|---|

Draft/revise a memo concerning the extent of the Attorney General's statutory authority in the Diocese of Buffalo action (6.90); research the extent of the Attorney General's statutory authority in the Diocese of Buffalo action (1.60).

| 03/05/21 | T R GEREMIA | 4.80 | 4,800.00 |
|---|---|---|---|

Draft/revise opposition to Office of the Attorney General motion to remand.

| 03/05/21 | J D GOETZ | 0.50 | 430.00 |
|---|---|---|---|

Review a memorandum from S. Scott regarding the results of research on the scope of New York statutes cited by the Attorney General in the Complaint to justify claims for relief against Diocese (0.40); e-mail from T. Geremia regarding incorporating the same into the Diocese's opposition to the Attorney General's motion to remand (0.10).

| 03/05/21 | J M GROSS | 6.80 | 4,896.00 |
|---|---|---|---|

Draft/revise brief in opposition to motion to remand.

| 03/05/21 | S C SCOTT | 6.10 | 2,318.00 |
|---|---|---|---|

Draft/revise a memo concerning the extent of the Attorney General's statutory authority in the Diocese of Buffalo action (6.00); communicate (in firm) with J. Goetz and T. Geremia about the memo concerning the extent of the Attorney General's statutory authority in the Diocese of Buffalo action (0.10).

| 03/07/21 | T R GEREMIA | 5.10 | 5,100.00 |
|---|---|---|---|

Draft/revise opposition to Office of the Attorney General motion to remand.

| 03/07/21 | J D GOETZ | 1.00 | 860.00 |
|---|---|---|---|

Review and take notes on the research memorandum of S. Scott regarding the Attorney General's authority, under New York statutes, cited in Complaint and statutory bases for claiming relief sought in Complaint (0.50); review initial draft opposition to the Attorney General's motion to remand (0.40); respond to an e-mail from T. Geremia regarding adding introduction and conclusion in the current draft (0.10).

| 03/08/21 | J W BACH | 0.10 | 32.00 |
|---|---|---|---|

Review and attend to incoming correspondence regarding settlement discussions.

# JONES DAY

| 03/08/21 | L F DEJULIUS, JR. | 0.70 | 672.00 |
|---|---|---|---|

Call with J. Goetz and T. Geremia regarding response to Office of the Attorney General letter requesting meeting on March 19th and opposition to remand order (0.60); review Office of the Attorney General letter requesting meeting on March 19th (0.10).

| 03/08/21 | T R GEREMIA | 5.70 | 5,700.00 |
|---|---|---|---|

Draft/revise opposition to Office of the Attorney General motion to remand action to state court.

| 03/08/21 | J D GOETZ | 1.00 | 860.00 |
|---|---|---|---|

Review letter from E. Stern (Attorney General) regarding response to Jones Day letter of March 4th (0.20); attend call with L. DeJulius and T. Geremia to discuss letter and response to same (0.60); follow-up e-mails to T. Connors and L. Quinlan to discuss work plan for gathering additional documents requested by Attorney General (0.20).

| 03/08/21 | J D GOETZ | 0.50 | 430.00 |
|---|---|---|---|

Review e-mails from client and T. Connors regarding monitoring program for clergy credibly accused of abuse, open items relating to draft program.

| 03/08/21 | J D GOETZ | 0.50 | 430.00 |
|---|---|---|---|

Review draft opposition brief to Attorney General's motion to remand (0.20); conversation with T. Geremia regarding additional arguments to make on abstention, waiver of arguments relating to remand (0.30).

| 03/08/21 | J M GROSS | 1.80 | 1,296.00 |
|---|---|---|---|

Draft/revise brief in opposition to the Attorney General's motion to remand to incorporate edits from T. Geremia (1.50); communicate (in firm) with T. Geremia regarding same (0.30).

| 03/09/21 | J W BACH | 0.50 | 160.00 |
|---|---|---|---|

Review and attend to incoming correspondence regarding update to Bishop regarding Attorney General's response to Motion to Dismiss (0.20); review and attend to incoming correspondence regarding documents provided (0.30).

| 03/09/21 | T R GEREMIA | 6.80 | 6,800.00 |
|---|---|---|---|

Draft/revise opposition to Office of the Attorney General motion to remand action to state court.

| 03/09/21 | J D GOETZ | 3.30 | 2,838.00 |
|---|---|---|---|

Review Bates numbered documents regarding Diocesan audits completed by Stonebridge for 2016-2020 (1.30); attend call with T. Connors and L. Quinlan to discuss requests for documents in Attorney General's letter dated March 8th, response to requests and work plan for assembling same before proposed second meeting on March 19th (1.00); review chart of documents responsive to Attorney General's requests for production in March 8th letter (0.40); e-mail to L. Quinlan, T. Geremia and L. DeJulius regarding revisions to same (0.10); review updated draft opposition to Attorney General's motion for remand, as circulated by T. Geremia (0.50).

| 03/09/21 | J M GROSS | 0.80 | 576.00 |
|---|---|---|---|

Draft/revise brief in opposition to motion to remand to incorporate edits from T. Geremia (0.50); communicate (in firm) with T. Geremia regarding same (0.30).

| 03/10/21 | J W BACH | 0.40 | 128.00 |
|---|---|---|---|

Prepare documents produced for printing and review by J. Goetz.

| 03/10/21 | L F DEJULIUS, JR. | 1.30 | 1,248.00 |
|---|---|---|---|

Participate in meeting with Bishop Fischer, Diocese team, and outside counsel to discuss preparation and strategy for Office of the Attorney General meeting and opposition to remand motion.

| 03/10/21 | T R GEREMIA | 5.90 | 5,900.00 |
|---|---|---|---|

Draft/revise opposition to Office of the Attorney General motion to remand action to state court and tables as exhibit to declaration in support of same, to demonstrate that Office of the Attorney General action focuses on compliance with Church norms and rules (4.9); weekly call with client concerning status and strategy (1.0).

| 03/10/21 | J D GOETZ | 3.30 | 2,838.00 |

Attend call with Bishop Fisher, Diocese team and outside counsel regarding Attorney General's March 8th letter and response to same, timing of second meeting proposed for March 19th, production of documents and agenda topics for same (1.30); review bates numbered copies of Stonebridge audit reports for 2016-2020 (0.40); follow-up call with L. Quinlan and T. Geremia regarding reorganizing audit reports for each year and supporting materials provided by Diocese in response to Stonebridge audit requests (0.60); follow-up e-mails with T. Connors and T. Geremia regarding terms to include in NDA to govern production of documents to Attorney General pursuant to their requests (0.50); prepare for, draft agenda points for call with Diocese of Buffalo executive team, outside counsel regarding status of Attorney General suit and strategy for second meeting (0.50).

| 03/11/21 | J W BACH | 0.20 | 64.00 |

Review and attend to incoming correspondence regarding corrected document production of the Diocese.

| 03/11/21 | T R GEREMIA | 5.10 | 5,100.00 |

Draft/revise opposition to Office of the Attorney General's motion to remand action (2.60); draft letter to Office of the Attorney General regarding settlement discussions and confidentiality agreement (2.50).

| 03/11/21 | J D GOETZ | 2.90 | 2,494.00 |

Review and take notes on multiple protective orders, NDAs governing the production of documents in the New York Diocese Chapter 11 proceedings, in response to Attorney General's subpoena regarding drafting stipulation for production of documents for settlement talks with Attorney General (1.00); review and revise initial draft opposition to Attorney General's motion to remand (due March 15th) (0.80); review and revise draft letter to Attorney General (E. Stern), draft stipulation for production of documents in response to Attorney General's requests in March 8th letter (0.50); e-mail to T. Geremia regarding additional topics to include in draft stipulation (0.30); review updated index for production of Stonebridge audit documents, as forwarded by L. Quinlan (0.30).

| 03/11/21 | J M GROSS | 2.60 | 1,872.00 |

Draft/revise brief in opposition to Attorney General's motion to remand to incorporate edits from JD team (0.50); communicate (in firm) with T. Geremia regarding same (0.30); draft/revise Exhibits to accompany brief in opposition (1.80).

| 03/12/21 | J CHLUDZINSKI | 2.50 | 700.00 |

Cite-check the Opposition to Office of the Attorney General's Motion to Remand.

| 03/12/21 | L F DEJULIUS, JR. | 0.70 | 672.00 |

Review and comment on draft opposition to motion to remand brief.

| 03/12/21 | T R GEREMIA | 4.10 | 4,100.00 |

Draft/revise opposition to Office of the Attorney General's remand motion (2.10); draft letter to Office of the Attorney General regarding settlement discussions and confidentiality agreement in connection with same (0.80); conference with L. Quinlan and J. Goetz regarding production of documents to Office of the Attorney General in connection with settlement discussions (1.20).

| 03/12/21 | J D GOETZ | 4.60 | 3,956.00 |

Attend call with L. Quinlan and T. Geremia to discuss status of documents in response to Attorney General's requests in letter of March 8th, update the Diocese policies and IRCB materials, final order of Stonebridge documents and audit manuals for years requested by Attorney General (1.00); review updated, reordered index for production of Stonebridge audits, additional materials added into production for 2016 and subsequent years (0.50); e-mail to L. Quinlan regarding revisions in order of production and Bates number scheme to utilize in production (0.30); continue to revise draft brief in opposition to motion to remand (0.60); e-mail to T. Geremia regarding additional concepts to incorporate into opposition brief (0.20); further revisions to draft letter to E. Stern (Attorney General) regarding agenda topics for next meeting on March 19th (0.30); revisions to proposed stipulation for production of documents (0.30); e-mail to T. Geremia regarding revisions before finalizing same (0.10); review draft charts to append to draft brief in opposition to motion to remand regarding references to Church norms and standards in Attorney General's Complaint (0.20); e-mail to T. Geremia and J. Gross regarding comments to incorporate into same (0.30); review e-mails from L. Quinlan regarding updates to policies to produce to Attorney General regarding clergy monitoring, safe environment, agendas and related materials for IRCB hearings (0.50); review e-mail from E. Stern requesting postponement of March 19th meeting due to Attorney General conflicts (0.20); e-mail to Jones Day and Connors teams regarding same (0.10).

# JONES DAY

State of New York v. Diocese of Buffalo, et al.          Page 5

03/12/21      J M GROSS                  2.10            1,512.00
Draft/revise exhibits to brief in opposition to Attorney General's motion to remand; communicate (in firm) with T. Geremia regarding incorporating edits from team and finalizing for filing.

03/12/21      A R VILLAR                 0.20              92.00
Review cite check edits in motion to remand.

03/13/21      L F DEJULIUS, JR.            0.50             480.00
Review e-mail from E. Stern, Office of the Attorney General, regarding scheduling (0.10); final review and comments on opposition to motion to remand (0.40).

03/13/21      J D GOETZ                  0.70             602.00
Review e-mails from L. Quinlan regarding updated Diocese child protection and clergy monitoring policies, response from Director & Officer insurers regarding request for coverage and agendas for IRCB meetings from 2016-2020 (0.40); review and respond to e-mails regarding E. Stern's e-mail of March 12th postponing second meeting with the Diocese until April 8th (0.30).

03/15/21      J W BACH                  0.50             160.00
Review and attend to incoming correspondence regarding settlement discussion.

03/15/21      T R GEREMIA               6.50           6,500.00
Draft/revise opposition to Office of the Attorney General's remand motion and prepare same for filing.

03/15/21      J D GOETZ                  3.20           2,752.00
Review, revise draft opposition to motion to remand (1.50); e-mail to T. Geremia and J. Gross regarding further comments on same before filing (0.30); review, revise charts to attach to brief in opposition to motion to remand (0.50); e-mails to T. Geremia and J. Gross regarding revisions before finalizing same (0.30); review draft letter to Judge Abrams regarding request for oral argument (0.20); e-mail to T. Geremia regarding comments on draft (0.10); review e-mails to the Diocese team regarding as-filed opposition brief, agenda points for March 17th case strategy call (0.30).

03/15/21      J M GROSS                  6.40           4,608.00
Draft/revise, finalize, and file the Diocese's brief in opposition to the Attorney General's motion to remand and accompanying exhibits (6.00); communicate (in firm) with T. Geremia regarding same (0.40).

03/16/21      J W BACH                  0.40             128.00
Review and attend to incoming court filings regarding notices of appearances and brief in opposition to motion to remand.

03/16/21      T R GEREMIA               3.50           3,500.00
Draft/revise timeline for client concerning settlement communications (1.20); review documents to be produced to Office of the Attorney General in connection with settlement discussions (1.40); conference with J. Goetz regarding settlement discussions with Office of the Attorney General (0.90).

03/16/21      J D GOETZ                  3.30           2,838.00
Review documents to be produced to Attorney General following receipt of signed stipulation from Attorney General, including two policies regarding child protection and clergy monitoring (1.10); conversation with T. Geremia regarding agenda topics for second meeting with Attorney General, chronology of settlement discussions with Attorney General's office, draft power point addressing claims for relief in Attorney General's Complaint and production of documents following signed stipulation from Attorney General regarding confidentiality (0.80); e-mails to the Diocese team and Connors firm regarding filing of opposition papers to Attorney General's motion to remand and charts appended as Exhibits A, B in support of opposition brief (0.50); review, revise draft chronology of settlement discussions with Attorney General, as requested by client in advance of March 17th Diocese call (0.30); e-mail to T. Geremia regarding comments on draft (0.20); e-mail to L. Quinlan regarding categories of documents to produce to Attorney General, status of draft power point addressing claims for relief and status of assembly of investigation reports to support IDRB deliberations (0.40).

03/16/21      J M GROSS                  0.80             576.00
Communicate in firm with T. Geremia regarding next steps on motion for remand, including anticipated reply brief from Attorney General and scheduling oral argument.

03/17/21      J W BACH                  0.20             64.00
Review and attend to incoming court filings regarding Opposition to Remand.

# JONES DAY

State of New York v. Diocese of Buffalo, et al.                                      Page 6

03/17/21       L F DEJULIUS, JR.                    1.20                    1,152.00
Prepare for weekly Diocese strategy meeting with Bishop Fischer, Diocese team, and outside counsel (0.30); participate in weekly Diocese strategy meeting with Bishop Fischer, Diocese team, and outside counsel (0.90).

03/17/21       T R GEREMIA                          1.50                    1,500.00
Communicate (with client) concerning weekly meeting (0.90); conference with J. Goetz regarding letter to Nuncio concerning Office of the Attorney General lawsuit (0.40); correspondence with client regarding Office of the Attorney General remand motion (0.20).

03/17/21       J D GOETZ                            1.80                    1,548.00
Attend call with the Diocese and outside counsel teams regarding update on Attorney General action, as-filed opposition to Attorney General motion to remand and response to Attorney General's request for postponement of second meeting until April (0.80); conversation with T. Geremia regarding points to make in letter to Attorney General regarding response to request to postpone second meeting until April and points to include in summary of Attorney General litigation (0.50); conversation with Bishop Fisher and Diocese team regarding request for summary of Attorney General litigation, possible outcomes of same (0.50).

03/18/21       J D GOETZ                            0.60                      516.00
Review e-mails from client regarding plan to proceed with clergy monitoring program and supervision of clergy (0.30); review and respond to L. Quinlan regarding IDRB investigation reports and status of sending files to CDF by May 31st (0.30).

03/21/21       T R GEREMIA                          3.80                    3,800.00
Draft letter to Bishop Fisher regarding detailed summary of Office of the Attorney General lawsuit.

03/21/21       J D GOETZ                            0.50                      430.00
Review, revise draft summary of Attorney General case, allegations in Complaint, procedural status and next steps, as requested by Bishop Fisher.

03/22/21       T R GEREMIA                          1.20                    1,200.00
Revise letter to Bishop Fisher with detailed summary of Office of the Attorney General lawsuit.

03/22/21       J D GOETZ                            1.80                    1,548.00
Revise draft summary of case prepared for Bishop Fisher (two drafts) (1.40); e-mails and conversation with T. Geremia regarding revisions to drafts and additional concepts to include in the summary (0.40).

03/23/21       L F DEJULIUS, JR.                    0.10                       96.00
Review draft letter to the Office of Attorney General regarding early resolution.

03/23/21       T R GEREMIA                          2.50                    2,500.00
Draft/revise letter to Office of the Attorney General in connection with settlement discussions (1.50); draft letter to Bishop Fisher with detailed summary and analysis of Office of the Attorney General lawsuit (1.00).

03/23/21       J D GOETZ                            2.80                    2,408.00
Review, revise, and finalize updated status report to Bishop Fisher on Attorney General litigation (1.70); e-mails to Bishop Fisher regarding comments on draft and plans to finalize same (0.30); review draft letter to E. Stern (New York Office of the Attorney General) regarding follow-up on open issues after first meeting in February, status of confidentiality agreement, dates and agenda for next meeting (0.50); review, respond to e-mails from client regarding agenda for March 24th call with the Diocese leadership team (0.30).

03/24/21       L F DEJULIUS, JR.                    2.00                    1,920.00
Prepare for meeting with Bishop Fischer, Diocese team and outside counsel regarding Office of the Attorney General meeting strategy (0.30); participate in meeting with Bishop Fischer, Diocese team and outside counsel regarding Office of the Attorney General meeting strategy (1.00); follow up call with J. Goetz and T. Geremia to discuss Office of the Attorney General meeting strategy and tasks for the same (0.50); review revised letter to the Office of the Attorney General (0.10); review updated Diocesan monitoring policy (0.10).

03/24/21       T R GEREMIA                          2.40                    2,400.00
Communicate (with client) for weekly status and update call (1.10); call with J. Goetz and L. DeJulius regarding next steps for settlement discussions with Office of the Attorney General (0.50); revise letter to Office of the Attorney General regarding settlement discussions (0.80).

# JONES DAY

State of New York v. Diocese of Buffalo, et al.                                    Page 7

| 03/24/21 | J D GOETZ | 2.80 | 2,408.00 |
|---|---|---|---|

Prepare for and attend call with the Diocese team, Jones Day and Connors teams regarding update on status of Attorney General case, strategy for second settlement meeting with the Office of the Attorney General and document production beforehand (1.20); follow-up calls with client, S. Donato and T. Connors regarding case strategy, incorporating Office of the Attorney General settlement talks with the Diocese of Brooklyn into letter to Office of the Attorney General, reply brief on remand issue due from Office of the Attorney General on March 25th (0.80); converse with L. DeJulius and T. Geremia regarding strategy, preparations for second meeting with the Office of the Attorney General to discuss possible early resolution of case (0.50); revise draft letter to the Office of the Attorney General regarding follow-up on document production, confidentiality stipulation and dates for second settlement meeting (0.30).

| 03/25/21 | J W BACH | 0.10 | 32.00 |
|---|---|---|---|

Review and attend to incoming correspondence regarding confidentiality agreement.

| 03/25/21 | T R GEREMIA | 0.90 | 900.00 |
|---|---|---|---|

Review/analyze Office of the Attorney General reply brief on remand motion and draft analysis of same.

| 03/25/21 | J D GOETZ | 1.30 | 1,118.00 |
|---|---|---|---|

Review reply brief filed by the Office of the Attorney General on remand issue (0.50); e-mails to T. Geremia regarding initial impressions regarding points made in reply brief addressing abstention and waiver arguments advanced by Diocese (0.30); converse with L. Quinlan regarding status of document production to the Office of the Attorney General following receipt of signed confidentiality agreement and status of CDF and IRB investigation reports for the production (0.50).

| 03/25/21 | J M GROSS | 0.40 | 288.00 |
|---|---|---|---|

Review/analyze Attorney General's reply brief in support of her motion to remand (0.30); draft/revise e-mail correspondence to T. Geremia regarding same (0.10).

| 03/26/21 | J W BACH | 0.20 | 64.00 |
|---|---|---|---|

Review and attend to incoming court filings regarding Attorney General Reply Brief regarding Motion to Remand.

| 03/26/21 | L F DEJULIUS, JR. | 0.40 | 384.00 |
|---|---|---|---|

Analyze the Office of the Attorney General's reply in support of motion to remand.

| 03/26/21 | J D GOETZ | 0.30 | 258.00 |
|---|---|---|---|

Further review of the Office of the Attorney General's reply brief in support of motion to remand case to state court, take notes on same.

| 03/29/21 | J D GOETZ | 0.50 | 430.00 |
|---|---|---|---|

Call with L. Quinlan regarding revisions to master index of documents to produce to Office of the Attorney General following execution of confidentiality stipulation and agenda for March 31st Diocese leadership call.

| 03/31/21 | T R GEREMIA | 0.20 | 200.00 |
|---|---|---|---|

Communicate (in firm) with J. Goetz regarding status of settlement discussions and Office of the Attorney General lawsuit.

| 03/31/21 | J D GOETZ | 0.80 | 688.00 |
|---|---|---|---|

Prepare for, attend Diocese call regarding updates on Attorney General litigation, status of upcoming production of documents to Attorney General after execution of confidentiality agreement, dates for second meeting (0.60); e-mail to L. DeJulius, T. Geremia regarding results of same (0.20).

| **TOTAL** | | **198.20** | **USD** | **160,242.00** |
|---|---|---|---|---|

03/01/21      M M MELVIN                    3.90                1,326.00
Review February time entries in the most recent run of the Diocese of Buffalo's December - February invoice and mark up with comments, entries to be combined, moves to other matters, and time broken out to prepare invoices for bankruptcy filing (3.50); forward the mark-up to the Financial Department to have the comments/revisions/moves implemented (0.10); several communications with B. Thomson with questions regarding the case to provide context regarding certain time entries (0.30).

03/02/21      M M MELVIN                    0.10                  34.00
Communication with T. Ernst from the Financial Department regarding her question to do with combining timekeepers time entries if the entries regard the same day and the same matter.

03/04/21      J D GOETZ                     0.30                 258.00
Conversation with B. Thomson regarding status of first fee application to present to the bankruptcy court for approval before March 20th.

03/08/21      J D GOETZ                     0.30                 258.00
Review e-mail from B. Thomson regarding draft statement for services to file with bankruptcy court on March 16th, open issues relating to same.

03/08/21      B J THOMSON                   1.90                1,026.00
Review draft monthly fee statement and revised to conform with bankruptcy filing requirements (1.40); call and e-mails with J. Goetz regarding the same (0.50).

03/11/21      J D GOETZ                     0.50                 430.00
Review draft billsets for Jones Day time incurred from December – February, conversation with B. Thomson regarding remaining work to complete and file same.

03/15/21      M M MELVIN                    0.30                 102.00
Update the timekeeper spreadsheet tracker to calculate time for the first interim fee application per month rather than by the group of months December to February.

03/15/21      B J THOMSON                   0.60                 324.00
Review and revise monthly fee statement to conform with bankruptcy filing requirements.

03/16/21      M M MELVIN                    1.40                 476.00
Review final drafts of the December, January and February time entries and input the figures from those into the Diocese of Buffalo spreadsheet time entry tracker (0.80); input formulas into spreadsheet to calculate interim hours and fees (0.60).

03/16/21      B J THOMSON                   0.60                 324.00
Review and revise monthly fee statement to conform with bankruptcy filing requirements.

03/17/21      J D GOETZ                     0.50                 430.00
Review and approve monthly fee statement filing for Jones Day's work from December – February.

03/17/21      J D GOETZ                     0.50                 430.00
E-mail to Bishop Fisher and the Diocese team regarding Jones Day's first monthly fee statement for professional services from December – February, content of same and plan to submit on March 17th.

03/17/21      M M MELVIN                    0.30                 102.00
Prepare for, review and e-file the Notice of Filing of the Monthly Fee Statement of Jones Day for Compensation For Services Rendered and Reimbursement of Expenses as Special Counsel to The Diocese of Buffalo, N.Y. For the Period December 1, 2020 Through February 28, 2021.

03/17/21      B J THOMSON                   0.40                 216.00
Prepare monthly fee statement for filing and review filed document.

03/19/21      B J THOMSON                   2.60                1,404.00
Draft first interim fee application.

03/22/21      M M MELVIN                    1.50                 510.00
Telephone call with B. Thomson regarding the spreadsheet of fees for the first interim fee application (0.20); perform calculations in the case spreadsheet for hours and fees, taking into consideration updates in timekeeper rates from 2020 to 2021 and provide combined totals for each timekeeper for B. Thomson (1.00); format the spreadsheet to be used as a chart within the first interim fee application (0.30).

| 03/22/21 | B J THOMSON | 3.80 | 2,052.00 |
|---|---|---|---|
| | Draft and revise first interim fee application. | | |
| 03/23/21 | J D GOETZ | 0.30 | 258.00 |
| | Review interim fee application, e-mail to B. Thomson regarding comments on same. | | |
| 03/30/21 | B J THOMSON | 0.50 | 270.00 |
| | Draft certificate of no objection to first monthly fee statement. | | |
| 03/31/21 | J D GOETZ | 0.30 | 258.00 |
| | Conversation with B. Thomson regarding deadline for objections to Jones Day first fees statement and planned filing on April 2 regarding the same. | | |
| 03/31/21 | B J THOMSON | 0.40 | 216.00 |
| | E-mails and call with J. Goetz regarding certificate of no objection. | | |

**TOTAL**      **21.00**      **USD**      **10,704.00**

| 03/01/21 | J W BACH | 0.60 | 192.00 |
|---|---|---|---|

Review and attend to incoming documents from client regarding Audit Safe Compliance Letters (0.30); process internal request to R Drive from S. Scott (0.30).

| 03/11/21 | B J THOMSON | 0.50 | 270.00 |
|---|---|---|---|

Prepare pro hac vice application for J. Goetz.

| 03/12/21 | M M MELVIN | 0.80 | 272.00 |
|---|---|---|---|

Review, prepare PDFs for filing and e-file John D. Goetz's Pro Hac Vice Application and proposed Order (0.30); prepare service lists and mailing labels for the case (0.50).

| **TOTAL** | | **1.90** | **USD** | **734.00** |
|---|---|---|---|---|

State of New York v. Diocese of Buffalo, et al.

## DISBURSEMENT DETAIL - March 31, 2021

| Date | Timekeeper Name | Location | Amount | |
|------|-----------------|----------|--------|---|
| **CERTIFICATE OF GOOD STANDING FEE** | | | | |
| 03/11/21 | B R ZIMMERMAN | PIT | 25.00 | |
| | Certificate of Good Standing fee for John D. Goetz. | | | |
| | **Certificate of Good Standing fee Subtotal** | | | **25.00** |
| **FILING FEES AND RELATED** | | | | |
| 01/09/21 | J M GROSS | NYC | 402.00 | |
| | Filing fee made upon removal of the case to federal court. | | | |
| 03/15/21 | J M GROSS | NYC | 200.00 | |
| | Filing fees and related Paid for John Goetz's pro hac vice application in the Diocese of Buffalo case. | | | |
| | **Filing fees and related Subtotal** | | | **602.00** |
| | **Total** | **USD** | | **627.00** |
| | **Grand Total** | **USD** | | **627.00** |