**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In re:

The Diocese of Buffalo, N.Y.,

Case No.: 20-10322
Chapter 11

Debtor,

## CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE MONTHLY FEE STATEMENT OF PHOENIX MANAGEMENT SERVICES, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE DIOCESE OF BUFFALO, N.Y. FOR THE PERIOD MARCH 1, 2021 THROUGH APRIL 4, 2021

Pursuant to this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362] (the "Interim Compensation Order")[1], the undersigned hereby certifies that on April 9, 2021, Phoenix Management Services, LLC ("Phoenix") filed its *Monthly Fee Statement of Phoenix Management Services, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to The Diocese of Buffalo, N.Y. for the Period March 1, 2021 through April 4, 2021* [Docket No. 989] (the "Monthly Fee Statement") and no objections to the Monthly Fee Statement have been filed.

Accordingly, pursuant to the Interim Compensation Order, The Diocese of Buffalo, N.Y. is authorized to pay on an interim basis eighty percent (80%) of Phoenix's fees and one hundred percent (100%) of Phoenix's expenses, as reflected in the Monthly Fee Statement.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

Dated:  April 26, 2021

PHOENIX MANAGEMENT SERVICES, LLC

By:  _____/s/ Richard J. Szekelyi_____
Richard J. Szekelyi
1382 W. 9th Street, Suite 310
Cleveland, Ohio 44113

*Financial Advisor for*
*The Diocese of Buffalo, N.Y.*