UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

Case No.: 20-10322
Chapter 11

Debtor,

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE
MONTHLY FEE STATEMENT OF CHELUS, HERDZIK, SPEYER & MONTE, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS SPECIAL COUNSEL TO THE DIOCESE OF BUFFALO, N.Y.
FOR THE PERIOD SEPTEMBER 1, 2020 THROUGH FEBRUARY 28, 2021**

Pursuant to this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362] (the "Interim Compensation Order")[1], the undersigned hereby certifies that on April 9, 2021, Chelus, Herdzik, Speyer & Monte, P.C. ("Chelus") filed its *Monthly Fee Statement of Chelus, Herdzik, Speyer & Monte, P.C. for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Diocese of Buffalo, N.Y. for the Period September 1, 2020 through February 28, 2021* [Docket No. 991] (the "Monthly Fee Statement") and no objections to the Monthly Fee Statement have been filed.

Accordingly, pursuant to the Interim Compensation Order, The Diocese of Buffalo, N.Y. is authorized to pay on an interim basis eighty percent (80%) of Chelus' fees and one hundred percent (100%) of Chelus' expenses, as reflected in the Monthly Fee Statement.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

Dated: April 26, 2021    CHELUS, HERDZIK, SPEYER & MONTE, P.C.

By: /s/ Thomas J. Speyer
Thomas J. Speyer, Esq.
438 Main Street, 10th Floor
Buffalo, New York 14202
Telephone: (716) 852-3600

*Special Counsel for*
*The Diocese of Buffalo, N.Y.*