UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No. 20-10322

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362], Insurance Archaeology Group has filed the *Monthly Fee Statement of Insurance Archaeology Group for Compensation for Services Rendered and Reimbursement of Expenses as Insurance Archaeologist to The Diocese of Buffalo, N.Y. for the Period February 1, 2021 Through February 22, 2021*, a copy of which is attached hereto and hereby served upon you.

Dated: April 27, 2021

INSURANCE ARCHAEOLOGY GROUP

By:     /s/ Michele Pierro
Michele Pierro, Executive Vice President
75 Orient Way, Suite 302
Rutherford, New Jersey 07070
Telephone: (212) 697-2680
Email: mpierro@iagltd.com

*Insurance Archaeologist for
The Diocese of Buffalo, N.Y.*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No. 20-10322

Chapter 11

**MONTHLY FEE STATEMENT OF INSURANCE ARCHAEOLOGY GROUP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS INSURANCE ARCHAEOLOGIST
TO THE DIOCESE OF BUFFALO, N.Y. FOR THE PERIOD
FEBRUARY 1, 2021 THROUGH FEBRUARY 22, 2021**

| | |
|---|---|
| Name of Applicant: | Insurance Archaeology Group |
| Authorized to Provide Professional Services to: | The Diocese of Buffalo, N.Y., Debtor-In-Possession |
| Date of Retention: | Order entered August 21, 2020 [Docket No. 517] *Nunc Pro Tunc* to June 1, 2020 |
| Period for which compensation and reimbursement is sought: | February 1, 2021 through February 22, 2021 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $16,127.50 ($12,902.00) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a: _X_ monthly ____ quarterly ____ final application.

This is Insurance Archaeology Group's ninth monthly fee statement in this case.



| | 75 ORIENT WAY, SUITE 302 | T: 212.697.2680 | www.iagltd.com |
| | RUTHERFORD, NJ 07070 | F: 212.697.4354 | |

Bill To:
Diocese of Buffalo
795 Main Street
Buffalo, NY 14203
Attention: John M. Scholl

Invoice Date: 3/31/2021

Invoice #: 14176

*PLEASE NOTE OUR NEW ADDRESS*

| For services rendered on behalf of | Diocese of Buffalo / Matter No. 5023 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 2/1/2021 | DN<br>Input and update policy data entries into policy spreadsheet | 6.5000 | 55.00 | 357.50 |
| 2/1/2021 | TW<br>Review Parish Annual Reports for Parishes included in Diocese of Buffalo Insurance Program for Phase II updates | 7.0000 | 175.00 | 1,225.00 |
| 2/1/2021 | MP<br>Direct Therese Walker on review of Parish Annual Reports for coverages provided under Diocese insurance plan; continue to review Parish Annual Reports for Phase II updates | 8.3000 | 350.00 | 2,905.00 |
| 2/2/2021 | DN<br>Input and update policy data entries into policy spreadsheet | 3.5000 | 55.00 | 192.50 |
| 2/2/2021 | MP<br>Review Parish Annual Reports for Phase II updates | 3.2000 | 350.00 | 1,120.00 |
| 2/4/2021 | DN<br>Input and update policy data entries into policy spreadsheet | 2.5000 | 55.00 | 137.50 |

*PLEASE NOTE OUR NEW ADDRESS*

| Balance Due |

Page 1

Case 1-20-10322-CLB, Doc 1023, Filed 04/27/21, Entered 04/27/21 10:13:53, Description: Main Document, Page 3 of 5



75 ORIENT WAY, SUITE 302  T: 212.697.2680  www.iagltd.com
RUTHERFORD, NJ 07070     F: 212.697.4354

Bill To:

Diocese of Buffalo
795 Main Street
Buffalo, NY  14203
Attention: John M. Scholl

Invoice Date:  3/31/2021

Invoice #:  14176

*PLEASE NOTE OUR NEW ADDRESS*

| For services rendered on behalf of | Diocese of Buffalo / Matter No. 5023 |
|---|---|

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 2/5/2021 | DN<br>Input and update policy data entries into policy spreadsheet | 3.0000 | 55.00 | 165.00 |
| 2/7/2021 | MP<br>Review Parish Annual Reports for Phase II updates | 6.0000 | 350.00 | 2,100.00 |
| 2/8/2021 | DN<br>Input and update policy data entries into policy spreadsheet | 2.5000 | 55.00 | 137.50 |
| 2/9/2021 | DN<br>Input and update policy data entries into policy spreadsheet | 3.5000 | 55.00 | 192.50 |
| 2/13/2021 | MP<br>Review Parish Annual Reports for Phase II updates | 2.5000 | 350.00 | 875.00 |
| 2/14/2021 | MP<br>Review Parish Annual Reports for Phase II updates | 2.2000 | 350.00 | 770.00 |

*PLEASE NOTE OUR NEW ADDRESS*

| Balance Due |
|---|



Bill To:
Diocese of Buffalo
795 Main Street
Buffalo, NY  14203
Attention: John M. Scholl

Invoice Date:  3/31/2021

Invoice #:  14176

*PLEASE NOTE OUR NEW ADDRESS*

| For services rendered on behalf of | Diocese of Buffalo / Matter No. 5023 |
|---|---|

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 2/15/2021 | MP<br>Review Parish Annual Reports for Phase II updates | 5.0000 | 350.00 | 1,750.00 |
| 2/16/2021 | MP<br>Review Parish Annual Reports for Phase II updates | 6.0000 | 350.00 | 2,100.00 |
| 2/22/2021 | MP<br>Review Parish Annual Reports for Phase II updates | 6.0000 | 350.00 | 2,100.00 |

*PLEASE NOTE OUR NEW ADDRESS*

Please remit to:
IAG, Ltd.
75 Orient Way, Suite 302
Rutherford, NJ 07070

IAG Federal ID#

| Balance Due | $16,127.50 |
|---|---|