UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NEW YORK

In re:  Case No.: 20-10322 CLB

The Diocese of Buffalo, N.Y.,  Chapter 11

    Debtor.

**EX PARTE MOTION FOR ADMISSION TO PRACTICE**
**_PRO HAC VICE_ OF JILLIAN G. DENNEHY**

I, Jillian G. Dennehy, request admission, *pro hac vice*, before the Honorable Carl L. Bucki, to represent TIG Insurance Company ("TIG"), North River Insurance Company ("North River"), and U.S. Fire Insurance Company ("U.S. Fire") in the above-captioned matter and the related Adversary Proceeding No. 21-01001, *All Saints Roman Catholic Church Society of Buffalo, et al. v. 21st Century Premier Insurance Company, et al.* I certify that I am a member in good standing of the bars of the State of New Jersey and the State of New York.

WHEREFORE, I respectfully request admission to practice, *pro hac vice*, before this Court for the purpose of representing TIG, North River, and U.S. Fire in the above-captioned matter and Adversary Proceeding No. 21-01001.

Dated: April 29, 2021

Respectfully submitted,

*/s/ Jillian G. Dennehy*
Jillian G. Dennehy, Esq.
Kennedys CMK LLP
120 Mountain View Boulevard
Basking Ridge, New Jersey 07920
(T) 908-605-2974
(F) 908-647-8390
jillian.dennehy@kennedyslaw.com

*Attorney for TIG Insurance Company, North River Insurance Company, and U.S. Fire Insurance Company*