UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

    Debtor.

Case No.: 20-10322 CLB

Chapter 11

## ORDER GRANTING EX PARTE MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE* OF JILLIAN G. DENNEHY

Upon the ex parte motion (the "Motion") of Jillian G. Dennehy to be admitted *pro hac vice* to represent TIG Insurance Company ("TIG"), North River Insurance Company ("North River"), and U.S. Fire Insurance Company ("U.S. Fire") in the above-captioned matter and the related Adversary Proceeding No. 21-01001, *All Saints Roman Catholic Church Society of Buffalo, et al. v. 21st Century Premier Insurance Company, et al.*, and upon the movant's certification that the movant is a member in good standing of the bars in the State of New Jersey and the State of New York, it is hereby

**ORDERED**, that Jillian G. Dennehy, Esq., is admitted to practice, *pro hac vice*, before this Court for the purpose of representing TIG, North River, and U.S. Fire before the United States Bankruptcy Court for the Western District of New York in (i) the above-captioned matter and (ii) Adversary Proceeding No. 21-01001, *All Saints Roman Catholic Church Society of Buffalo, et al. v. 21st Century Premier Insurance Company, et al.*

Dated: May 5, 2021

                                      HON. CARL L. BUCKI
                                      UNITED STATES BANKRUPTCY JUDGE



FILED MAY -5 2021 BANKRUPTCY COURT BUFFALO, NY