UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NEW YORK

In re:  Case No.: 20-10322 CLB

The Diocese of Buffalo, N.Y.,

Chapter 11

Debtor.

# *EX PARTE* APPLICATION TO APPEAR *PRO HAC VICE*

John O'Connor ("Applicant") of Steptoe & Johnson, LLP, hereby files this application for entry of an order, substantially in the form attached hereto as **Exhibit "A"**, granting admission *pro hac vice* for the purpose of appearing as counsel on behalf of Zurich American Insurance Company, and to participate in any and all proceeding relative to the above-captioned case only. In support of this Application, the Applicant respectfully represents as follows:

1. The Applicant is not currently under suspension or subject to other disciplinary action with respect to the practice of law, and is a member in good standing of the Bar of the District of Columbia, among others.

2. In further support of the Application, Applicant submits the *Declaration of Attorney John O'Connor in Support of Ex Parte Application to Appear Pro Hac Vice*, attached hereto as **Exhibit "B"**.

**WHEREFORE**, The Applicant requests this Court enter an order of admission *pro hac vice* for purposes of this case only.

1

Dated: July 20, 2021				Respectfully submitted,

						*/s/ John O'Connor*

						John O'Connor
						Steptoe & Johnson LLP
						1330 Connecticut Avenue, NW
						Washington, DC 20036
						P: (202) 429-8095
						joconnor@steptoe.com

						*Counsel for Zurich American Insurance Company*

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

In re:                                                                         Case No.: 20-10322 CLB

The Diocese of Buffalo, N.Y.,
                                                                                Chapter 11

     Debtor.

---

## ORDER GRANTING *EX PARTE* APPLICATION TO APPEAR *PRO HAC VICE*

Upon the *Ex Parte Application to Appear Pro Hac Vice*, submitted by John O'Connor, for the purposes of appearing as counsel on behalf of Zurich American Insurance Company, and to participate in any and all proceedings relative to the above-captioned case, and upon the *Declaration of Attorney John O'Connor in Support of Ex Parte Application to Appear Pro Hac Vice*, and upon the applicant's certification that the applicant is a member in good standing of the bar of the District of Columbia, it is hereby:

**ORDERED**, that John O'Connor may appear before this Court *pro hac vice* for the purpose of appearing as counsel on behalf of Zurich American Insurance Company, and to participate in any and all proceedings relative to the above-captioned case.

Dated: July __, 2021                                                     _____
       Buffalo, New York                                                Hon. Carl L. Bucki, U.S.B.J.

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NEW YORK

In re:	Case No.: 20-10322 CLB

The Diocese of Buffalo, N.Y.,

	Chapter 11

	Debtor.

**DECLARATION OF ATTORNEY JOHN O'CONNOR IN SUPPORT
OF *EX PARTE* APPLICATION TO APPEAR *PRO HAC VICE***

I, John O'Connor, state that:

1. I am a partner with the law firm of Steptoe & Johnson LLP, with offices at 1330 Connecticut Ave. NW, Washington, D.C. 20036.

2. I submit this Declaration in support of the *Ex Parte Application to Appear Pro Hac Vice* for the purpose of appearing as counsel on behalf of Zurich American Insurance Company, and to participate in any and all proceedings relative to the above-captioned case.

3. The courts in which I am admitted to practice and the dates of admission are as follows:

| Courts | Date of Admission |
|---|---|
| District of Columbia Court of Appeals | 11/6/1998 |
| Maryland Court of Appeals | 1/3/1996 |
| Virginia Supreme Court | 4/24/2018 |
| U.S. Court of Appeals for the Second Circuit | 7/1/2021 |
| U.S. Court of Appeals for the Third Circuit | 10/25/2007 |
| U.S. Court of Appeals for the Fourth Circuit | 6/13/2005 |
| U.S. Court of Appeals for the Fifth Circuit | 9/27/2019 |
| U.S. Court of Appeals for the Ninth Circuit | 12/27/2001 |
| U.S. Court of Appeals for the Tenth Circuit | 4/20/2010 |
| U.S. Court of Appeals for the District of Columbia Circuit | 2/29/2008 |
| U.S. Court of Appeals for the Armed Forces | 1/6/2012 |
| U.S. Supreme Court | 11/25/2012 |
| U.S. District Court for the District of Columbia | 1/10/2000 |
| U.S. District Court for the District of Maryland | 11/16/1998 |

1

| U.S. District Court for the Eastern District of Virginia | 5/4/2018 |
| U.S. Court of Federal Claims | 8/28/2003 |

4. I am a member in good standing of the Bar of the District of Columbia, as evidence by the Certificate of Good Standing annexed hereto as Exhibit 1.

5. I acknowledge that I shall be subject to the jurisdiction of the United States Bankruptcy Court for the Western District of New York with respect to any acts occurring during the course of my participation in this manner.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of July, 2021, Washington, DC.


*/s/ John O'Connor*
John O'Connor

# EXHIBIT 1



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*John F O'Connor, Jr.*

was duly qualified and admitted on November 6, 1998 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 24, 2021.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.