UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

The Diocese of Buffalo, N.Y.,

    Debtor

Case No.: 20-10322-CLB
Chapter: 11

## NOTICE OF FILING

PLEASE TAKE NOTICE that, in accordance with the Order entered July 15, 2020 [Docket No. 453] *Nunc Pro Tunc* to February 28, 2020, Gibson, McAskill & Crosby, LLP has filed the Twelfth Monthly Fee Statement of Gibson, McAskill & Crosby, LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Diocese of Buffalo, N.Y., for the Period <u>August 1, 2021 – September 30, 2021</u>, a copy of which is attached hereto and hereby served upon you.

Dated: Buffalo, New York
       October 22, 2021

s/ *Robert G. Scumaci*
_____
ROBERT G. SCUMACI, ESQ.
Gibson, McAskill & Crosby, LLP
*Special Counsel for Debtor,*
*THE DIOCESE OF BUFFALO, N.Y.*
69 Delaware Avenue, Suite 900
Buffalo, New York 14202
(716) 856-4200

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

In Re:

The Diocese of Buffalo, N.Y.,

    Debtor

Case No.: 20-10322-CLB
Chapter: 11

---

**TWELFTH MONTHLY FEE STATEMENT OF GIBSON, McASKILL & CROSBY, LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DIOCESE OF BUFFALO FOR THE PERIOD AUGUST 1, 2021 THROUGH SEPTEMBER 30, 2021**

| | |
|---|---|
| Name of Applicant: | Gibson, McAskill & Crosby, LLP |
| Authorized to Provide Professional Services to: | The Diocese of Buffalo, N.Y., Debtor-In-Possession |
| Date of Retention: | Order entered July 15, 2020 [Docket No. 453] *Nunc Pro Tunc* to February 28, 2020 |
| Period for which compensation and reimbursement is sought: | August 1, 2021 – September 30, 2021 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $962.50 ($770.00) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a:    <u>X</u> monthly  ___ quarterly  ___ final application

This is the 12th monthly fee statement of Gibson, McAskill & Crosby, LLP in this case.

GIBSON, McASKILL & CROSBY, LLP
69 DELAWARE AVENUE, SUITE 900
BUFFALO, NEW YORK 14202
IDENTIFICATION NUMBER 16-1333576

October 22, 2021

Diocese of Buffalo
785 Main Street
Buffalo NY 14203

*NON*-CVA FEES BILLED:

    Invoice 111687
        Fees:        175.00
        Costs:          0.00
            Total:   $175.00

    Invoice 111686
        Fees:       787.50
        Costs:         0.00
            Total:   $787.50

TOTAL *NON*-CVA FEES BILLED:      $962.50
TOTAL *NON*-CVA COSTS BILLED:      0.00
                                          $962.50

                                      **CLIENT TOTAL DUE**:      **$962.50**

GIBSON, McASKILL & CROSBY, LLP
69 DELAWARE AVENUE, SUITE 900
BUFFALO, NEW YORK 14202
IDENTIFICATION NUMBER  16-1333576

October 20, 2021
Invoice No. 111687

Mr. John M. Scholl
Diocese of Buffalo
795 Main Street
Buffalo, NY  14203

Re:     v. Immaculate Conception, Et al.
Your File No.: Unknown
Our File Number: 0125.0011

**INTERIM STATEMENT**
FOR PROFESSIONAL SERVICES RENDERED
from August 1, 2021 through September 30, 2021
as summarized below and detailed on the attached schedule

**TIME SUMMARY**

| PROFESSIONAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Joseph W. Dunbar | 1.00 | 175.00 | 175.00 |

TOTAL FEES $175.00

**TOTAL CURRENT BILLING:** **$175.00**

## ITEMIZED SERVICES

| Date | Prof | Task | Narrative | Key | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 08/25/21 | JWD | | Communicate with client regarding settlement negotiations. | 42865 | 0.10 | 175 | 17.50 |
| 08/25/21 | JWD | | Communicate with plaintiff's attorney regarding settlement negotiations. | 42866 | 0.10 | 175 | 17.50 |
| 09/29/21 | JWD | | Communicate with plaintiff counsel and ADR mediator regarding settlement conference. | 54843 | 0.20 | 175 | 35.00 |
| 09/29/21 | JWD | | Review and analyze recent medical records from Buffalo Rehab Group. | 54844 | 0.30 | 175 | 52.50 |
| 09/30/21 | JWD | | Draft report to client regarding Buffalo Rehab physical therapy records and ADR status. | 54878 | 0.20 | 175 | 35.00 |
| 09/30/21 | JWD | | Review and execute ADR stipulation. | 54881 | 0.10 | 175 | 17.50 |

Total Fees: 1.00    $175.00

**TOTAL CURRENT BILLING:**  $ 175.00

GIBSON, McASKILL & CROSBY, LLP
69 DELAWARE AVENUE, SUITE 900
BUFFALO, NEW YORK 14202
IDENTIFICATION NUMBER  16-1333576

October 20, 2021
Invoice No. 111686

Mr. John M. Scholl
Diocese of Buffalo
795 Main Street
Buffalo, NY  14203

Re:   v. St. Amelia RC Church Society
Your File No.: Unknown
Our File Number: 0125.0010

## INTERIM STATEMENT
FOR PROFESSIONAL SERVICES RENDERED
from August 1, 2021 through September 30, 2021
as summarized below and detailed on the attached schedule

## TIME SUMMARY

| PROFESSIONAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Joseph W. Dunbar | 4.50 | 175.00 | 787.50 |

TOTAL FEES                $787.50

TOTAL CURRENT BILLING:    $787.50

## ITEMIZED SERVICES

| Date | Prof | Task | Narrative | Key | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 08/18/21 | JWD | | Draft email to ERISA lien holder. | 48277 | 0.20 | 175 | 35.00 |
| 08/18/21 | JWD | | Review file in preparation for client conference. | 48280 | 0.70 | 175 | 122.50 |
| 08/18/21 | JWD | | Conduct settlement negotiations. | 48282 | 0.60 | 175 | 105.00 |
| 08/18/21 | JWD | | Draft subpoena to snowplow contractor. | 48293 | 0.20 | 175 | 35.00 |
| 08/18/21 | JWD | | Attempt to reach non-party witnesses. | 48295 | 0.10 | 175 | 17.50 |
| 08/20/21 | JWD | | Telephone conference with client regarding settlement negotiations. | 42110 | 0.20 | 175 | 35.00 |
| 08/20/21 | JWD | | Telephone conference with plaintiff's attorney regarding settlement negotiations. | 42111 | 0.20 | 175 | 35.00 |
| 08/20/21 | JWD | | Draft email to client regarding investigation/statements of non-party witnesses. | 42112 | 0.10 | 175 | 17.50 |
| 08/20/21 | JWD | | Draft letter to bankruptcy attorney regarding proposed settlement. | 42119 | 0.40 | 175 | 70.00 |
| 08/20/21 | JWD | | Draft release/settlement agreement. | 42120 | 0.20 | 175 | 35.00 |
| 08/20/21 | JWD | | Draft stipulation of discontinuance. | 42121 | 0.10 | 175 | 17.50 |
| 08/24/21 | JWD | | Revise proposed settlement documents. | 42795 | 0.20 | 175 | 35.00 |
| 08/27/21 | JWD | | Researched jury verdict value for ankle fracture with open reduction and internal fixation. | 43435 | 0.70 | 175 | 122.50 |
| 09/07/21 | JWD | | Communicate with plaintiff counsel regarding settlement approval and release conditions. | 56419 | 0.20 | 175 | 35.00 |
| 09/30/21 | JWD | | Review executed release. | 54895 | 0.10 | 175 | 17.50 |
| 09/30/21 | JWD | | Communicate with plaintiff counsel regarding our objections to release language regarding liens/Medicare. | 54896 | 0.30 | 175 | 52.50 |

Total Fees: 4.50　$787.50

TOTAL CURRENT BILLING:　$787.50