UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

    The Diocese of Buffalo, N.Y.

               Debtor(s)

Case No.: 1–20–10322–CLB
Chapter: 11

Tax ID: 16–0743984

# DEFICIENCY NOTICE

Docket # *1454* – Objection to / Objection of the Official Committee of Unsecured Creditors to the Motion of Sisters of Good Shepherd and the Roman Catholic Religious Institute of the Religious of the Good Shepherd Enjoining the Continued Prosecution of a State Court Action (related document 1365 Motion to Impose Automatic Stay). Filed on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors (Scharf, Ilan)

**PLEASE TAKE NOTICE** that the document(s) above contains deficiencies:

- [ ] Amendment is missing: [ ] Certificate of Service; [ ] Amended Summary of Assets & Liabilities; [ ] Cover Sheet.
  To efile: [ ] Bankruptcy > Other > Cover Sheet; [ ] Bankruptcy > Other > Certificate of Service; [ ] Bankruptcy > Other > Amendment to Schedules and/or Statements Already Filed.
- [ ] The caption on the document filed does not match the case caption in CM/ECF.
- [ ] Official Form 423 is missing. Without this Form AND certificate number, this case will be closed without entry of a discharge order. **To efile: Bankruptcy > Other > Financial Management Course**
- [ ] Cover Sheet:
- [X] Certificate of service: is missing.
- [ ] Proposed Order:
- [ ] Other:

**ADDITIONAL INFORMATION:** *Contact Chambers for a hearing date & time at (716) 362–3281. Motion Practice can be found on the Court's website at: www.nywb.uscourts.gov*

- [ ] This motion **WILL NOT** be considered by the Court.
- [ ] To efile, **Bankruptcy > Motions > AMENDED MOTION**. Link back to the original motion.
- [ ] To efile, Bankruptcy >

Date: December 14, 2021        Lisa Bertino Beaser, Clerk of the Bankruptcy Court
                                       By: L. LaBelle, Deputy Clerk