UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

In re:

The Diocese of Buffalo, N.Y.,

    Debtor.

Case No. 1-20-10322-CLB

Chapter 11

---

### ORDER GRANTING *EX PARTE* MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*, OF ROBERT E. SWEENEY JR.

Upon the *ex parte* motion (the "Motion") of Robert E. Sweeney Jr., to be admitted, *pro hac vice*, to represent those Certain Underwriters at Lloyd's, London subscribing to insurance Policy Nos. CH430510, CH436563, and CH601497 in connection with the above-referenced case.

Upon the movant's certification that the movant is a member in good standing of the bar of the Supreme Court of Illinois, it is hereby:

ORDERED, that Robert E. Sweeney, Jr. is admitted to practice, *pro hac vice*, before this Court for the purposes of representing the above-named parties in the above-captioned action.

Dated: JAN 28 2022

                                              Hon. Carl L. Bucki
                                              United States Bankruptcy Judge

FILED JAN 28 2022 BANKRUPTCY COURT BUFFALO, NY