# Notice Recipients

District/Off: 0209–1   User: admin   Date Created: 1/28/2022
Case: 1–20–10322–CLB   Form ID: pdforder   Total: 1

**Recipients of Notice of Electronic Filing:**
aty   Catalina Sugayan   catalina.sugayan@clydeco.us

TOTAL: 1