

**Linda Roth**
*Member of New York
and New Jersey Bars*
lroth@archerlaw.com
646-553-1259 (Ext. 6812) Direct

Archer & Greiner, P.C.
1211 Avenue of the Americas, Suite 2750
New York, NY 10036
212-682-4940 Main
856-795-0574 Fax
www.archerlaw.com

February 24, 2022

Honorable Carl L. Bucki
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Western District of New York
Robert H. Jackson U.S. Courthouse
2 Niagara Square
Buffalo, New York 14202

    Re:   *In re The Diocese of Buffalo, N.Y.,*
           Chapter 11 Case No. 20-10322 (CLB)

           Motion of Sisters of the Good Shepherd and the Roman Catholic Religious Institute of the Religious of the Good Shepherd for an Order Enjoining the Continued Prosecution of a State Court Action in New York Supreme Court, Erie County Bearing Index No. 801908/2021 [Docket No. 1365]

Dear Chief Judge Bucki:

    This firm is counsel to the Sisters of the Good Shepherd, et al., movants in connection with the above-referenced motion. The Motion is scheduled to be heard on February 28, 2022 at 11:30 a.m.

    On consent of the Debtor and Claimants subject to the Motion, we respectfully request adjournment of the hearing on the Motion to March 28, 2022 at 11:30 a.m.

                                                  Respectfully,

                                                  ARCHER & GREINER
                                                  A Professional Corporation

                                                  By: */s/ Linda Roth*
                                                        Linda Roth

LSR:ch

cc    Stephen Donato, Esq., counsel to the Debtor
       Jeffrey D. Eaton, Esq., counsel to the Debtor
       Conrad K. Chiu, Esq., counsel to the Claimants

223543177v1

Haddonfield, NJ | Hackensack, NJ | Princeton, NJ | Philadelphia, PA | Harrisburg, PA | Red Bank, NJ | New York, NY | Wilmington, DE

Case 1-20-10322-CLB, Doc 1598, Filed 02/24/22, Entered 02/24/22 16:31:19, Description: Main Document, Page 1 of 1