# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209−1 | User: admin | Date Created: 3/11/2022 |
| Case: 1−20−10322−CLB | Form ID: pdforder | Total: 7 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Brittany Mitchell Michael | bmichael@pszjlaw.com |
| aty | Charles J. Sullivan | csullivan@bsk.com |
| aty | Ilan D Scharf | ischarf@pszjlaw.com |
| aty | Michael A. Morgan | mmorgan@morganlaw.biz |
| aty | SCOTT BOGUCKI | sbogucki@gmwlawyers.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| aty | Bond, Schoeneck & King, PLLC | Attn: Stephen A. Donato, Esq. | One Lincoln Center | Syracuse, NY 13202 | |
| smg | Office of the U.S. Trustee | 300 Pearl Street, Suite 401 | Olympic Towers | Buffalo, NY 14202 | |

TOTAL: 2