UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK____.

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Case No.  20-10322 (CLB) |
| The Diocese of Buffalo, N.Y., | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

## **NOTICE OF FILING**

**PLEASE TAKE NOTICE** that, in accordance with the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362], Phoenix Management Services, LLC has filed the *Twenty-First Fee Statement of Phoenix Management Services, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to The Diocese of Buffalo, N.Y. for the Period January 31, 2022 Through February 27, 2022*, a copy of which is attached hereto and hereby served upon you.

Dated:  March 3, 2022          PHOENIX MANAGEMENT SERVICES, LLC


By: */s/  Richard Szekelyi*

Richard Szekelyi
110 Commons Court
Chadds Ford, Pennsylvania 19317-9716
Telephone: (610) 358-4700
rszekelyi@phoenixmanagement.com

*Financial Advisor for the Diocese of Buffalo*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK      .

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Case No.  20-10322 (CLB) |
| The Diocese of Buffalo, N.Y., | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

**TWENTY-FIRST FEE STATEMENT OF PHOENIX MANAGEMENT SERVICES, LLC  FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE DIOCESE OF BUFFALO, N.Y. FOR THE PERIOD <u>JANUARY 31, 2022 THROUGH FEBRUARY 27, 2022</u>**

Name of Applicant:  <u>Phoenix Management Services, LLC</u>

Authorized to Provide
Professional Services to:  <u>The Diocese of Buffalo, N. Y., Debtor-In-Possession</u>

Date of Retention:  <u>Order entered June 26, 2020 [Docket No. 413]</u>
<u>*Nunc Pro Tunc* to February 28, 2020</u>

Period for which compensation
and reimbursement is sought:  <u>January 31, 2022 through February 27, 2022</u>

Amount of compensation sought
as actual, reasonable and necessary:  <u>80% of  $5,515.00 ($4,412.00)</u>

Amount of expense reimbursement sought
as actual, reasonable and necessary:  <u>$0.00</u>

This is Phoenix Management Services, LLC's Twenty-First fee statement in this case.

**Time Summary by Professional for the period of January 31, 2022 through February 27, 2022**

| Professional | Position Title | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Richard Szekelyi | Managing Director | $395.00 | 12.80 | $5,440.00 |
| Stacey Miller | Office/Billing Manager | $150.00 | 0.50 | $75.00 |
| | **Totals** | | **13.30** | **$5,515.00** |

**Time Summary by Matter for the period of January 31, 2022 through February 27, 2022**

| Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|
| Administration - Fee Applications | 0.5 | $ 75.00 |
| Interface with Creditors, Customers, Equity Holders & Other Constituents | 0.2 | $ 85.00 |
| Operational Management | 1.3 | $ 552.50 |
| Preparation of Monthly Operating Reports | 11.3 | $ 4,802.50 |
| **Totals** | **13.3** | **$5,515.00** |

**Expense Summary by Category for the period of January 31, 2022 through February 27, 2022**

No data for this period.

# Phoenix Management

Project Time Records by Task Code

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Printed on: 3/3/2022
Page 1 of 2

Filters Used:
- Time Entry Date:    1/31/2022  to  2/27/2022
- Project ID:    Catholic Diocese of Buffalo BK:  to  Catholic Diocese of Buffalo BK:

*\* = Invoiced (mouse over for #), ✎ = Marked as Billed, ◈ = Non-Billable, ✖ = Xtra*

**Project ID - Name (Manager): Catholic Diocese of Buffalo BK: -** *Catholic Diocese of Buffalo BK* **(Michael Jacoby)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|-----|------|----------|-------------|-----|-------|--------|---|
| *Administration - Fee Application* | | | | | | | |
| *S Miller* | | | | | | | |
| Thur | 2/3/2022 | S Miller | Administration - Fee Application | 0.30 | 0.30 | $45.00 | ▯ |
| | | | Prepare 20th monthly fee statement | | | | |
| Fri | 2/18/2022 | S Miller | Administration - Fee Application | 0.20 | 0.20 | $30.00 | ▯ |
| | | | Prepare for next monthly fee statement | | | | |
| | | | **S Miller Total:** | 0.50 | 0.50 | $75.00 | |
| | | | **Administration - Fee Application Total:** | 0.50 | 0.50 | $75.00 | |
| *Interface with Creditors, Customers, Equity Holders  & Other Constituents* | | | | | | | |
| *R Szekelyi* | | | | | | | |
| Wed | 2/9/2022 | R Szekelyi | Interface with Creditors, Customers, Equity Holders  & Other Constituents | 0.20 | 0.20 | $85.00 | ▯ |
| | | | Discussion with City of Oleans re: past-due water bill | | | | |
| | | | **R Szekelyi Total:** | 0.20 | 0.20 | $85.00 | |
| | | | **Interface with Creditors, Customers, Equity Holders  & Other Constituents Total:** | 0.20 | 0.20 | $85.00 | |
| *Operational Management* | | | | | | | |
| *R Szekelyi* | | | | | | | |
| Wed | 2/9/2022 | R Szekelyi | Operational Management | 0.40 | 0.40 | $170.00 | ▯ |
| | | | Process fee statements and CNO's for professional fees | | | | |
| Wed | 2/23/2022 | R Szekelyi | Operational Management | 0.60 | 0.60 | $255.00 | ▯ |
| | | | Process professional fees for payment | | | | |
| Sat | 2/26/2022 | R Szekelyi | Operational Management | 0.30 | 0.30 | $127.50 | ▯ |
| | | | Updated Professional Fee Ledger for newly filed fee statements. | | | | |
| | | | **R Szekelyi Total:** | 1.30 | 1.30 | $552.50 | |
| | | | **Operational Management Total:** | 1.30 | 1.30 | $552.50 | |
| *Preparation of Monthly Operating Reports* | | | | | | | |
| *R Szekelyi* | | | | | | | |
| Wed | 2/2/2022 | R Szekelyi | Preparation of Monthly Operating Reports | 1.30 | 1.30 | $552.50 | ▯ |
| | | | Review December MOR with K Donor and make revisions to finalize. | | | | |
| Thur | 2/3/2022 | R Szekelyi | Preparation of Monthly Operating Reports | 0.70 | 0.70 | $297.50 | ▯ |
| | | | Make final revisions of December MOR | | | | |
| Tues | 2/8/2022 | R Szekelyi | Preparation of Monthly Operating Reports | 0.70 | 0.70 | $297.50 | ▯ |
| | | | Look into bank rec questions for Dec MOR | | | | |
| Sun | 2/20/2022 | R Szekelyi | Preparation of Monthly Operating Reports | 4.30 | 4.30 | $1,827.50 | ▯ |
| | | | Prepare January MOR | | | | |
| Wed | 2/23/2022 | R Szekelyi | Preparation of Monthly Operating Reports | 4.30 | 4.30 | $1,827.50 | ▯ |
| | | | Prep January MOR, assemble and redact. | | | | |
| | | | **R Szekelyi Total:** | 11.30 | 11.30 | $4,802.50 | |
| | | | **Preparation of Monthly Operating Reports Total:** | 11.30 | 11.30 | $4,802.50 | |

# Phoenix Management

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Filters Used:
- Time Entry Date:      1/31/2022  to  2/27/2022
- Project ID:           Catholic Diocese of Buffalo BK:  to  Catholic Diocese of Buffalo BK:

*📄 = Invoiced (mouse over for #), 🖉 = Marked as Billed, ◇ = Non-Billable, ✕ = Xtra*

**Project ID - Name (Manager): Catholic Diocese of Buffalo BK: -** *Catholic Diocese of Buffalo BK* **(Michael Jacoby)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|-----|------|----------|-------------|-----|-------|--------|---|
| | | | **Project** Catholic Diocese of Buffalo BK: **Total:** | 13.30 | 13.30 | $5,515.00 | |
| | | | Grand Total: | 13.30 | 13.30 | $5,515.00 | |

Case 1-20-10322-CLB,   Doc 1615,   Filed 03/14/22,   Entered 03/14/22 09:22:09,
Description: Main Document  , Page 5 of 5