**ARCHER & GREINER, P.C.**
1211 Avenue of the Americas
New York, New York 10036
Tel. (212) 682-4940
Linda S. Roth
Anthony D. Dougherty
Trevor A. Prince, Jr.
lroth@archerlaw.com
adougherty@archerlaw.com
tprince@archerlaw.com

*Attorneys for Sisters of Good Shepherd*
*and The Roman Catholic Religious Institute*
*of the Religious of the Good Shepherd*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:

The Diocese of Buffalo, N.Y.,     Case No.: 20-10322 (CLB)

                  Debtor,     Chapter 11

-----------------------------------------------------------x

## AMENDED NOTICE OF WITHDRAWAL, WITHOUT PREJUDICE AND RESERVING ALL RIGHTS, OF THE MOTION OF SISTERS OF THE GOOD SHEPHERD AND THE ROMAN CATHOLIC RELIGIOUS INSTITUTE OF THE RELIGIOUS OF THE GOOD SHEPHERD FOR AN ORDER ENJOINING THE CONTINUED PROSECUTION OF A STATE COURT ACTION IN NEW YORK SUPREME COURT, ERIE COUNTY BEARING INDEX NO. 801908/2021

**PLEASE TAKE NOTICE**, that Sisters of the Good Shepherd and the Roman Catholic Religious Institute of the Religious of the Good Shepherd hereby withdraw, without prejudice and reserving all rights, the *Motion of Sisters of the Good Shepherd and the Roman Catholic Religious Institute of the Religious of the Good Shepherd for an Order Enjoining the Continued Prosecution of a State Court Action in New York Supreme Court, Erie County Bearing Index No. 801908/2021* [Docket No. 1365], currently scheduled to be heard by the Court on March 28, 2022.

Dated: New York, New York
March 25, 2022

**ARCHER & GREINER, P.C.**

By: /s/ Linda S. Roth
    Linda S. Roth
    Anthony D. Dougherty
    Trevor A. Prince, Jr.
    1211 Avenue of the Americas
    New York, New York 10036
    Tel.: (212) 682-4940
    Fax: (201) 342-6611
    lroth@archerlaw.com
    adougherty@archerlaw.com
    tprince@archerlaw.com
    (085789.00001)

*Counsel for Sisters of the Good Shepherd and The Roman Catholic Religious Institute of the Religious of the Good Shepherd*

223777435v1