UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) |
| | ) |
| The Diocese of Buffalo, N.Y. | ) Case No. 20-10322 (CLB) |
| | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362], Jones Day has filed the *Monthly Fee Statement of Jones Day for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Diocese of Buffalo, N.Y. for the Period February 1, 2022 Through February 28, 2022,* a copy of which is attached hereto and hereby served upon you.

Dated: March 30, 2022

/s/ *John D. Goetz*
John D. Goetz
Jones Day
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514
(412) 391-3939
jdgoetz@jonesday.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | Case No. 20-10322 (CLB) |
| The Diocese of Buffalo, N.Y. | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

**MONTHLY FEE STATEMENT OF JONES DAY FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS SPECIAL COUNSEL TO THE DIOCESE OF BUFFALO, N.Y.
FOR THE PERIOD FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

Name of Applicant:                         Jones Day

Authorized to Provide                      The Diocese of Buffalo, N.Y.
Professional Services to:                  Debtor and Debtor in Possession

Date of Retention:                         Order entered February 23, 2021 [Docket No. 905]
                                           *Nunc Pro Tunc* to December 1, 2020

Period for which Compensation and
Reimbursement is Sought:                   February 1, 2022 through February 28, 2022

Amount of Compensation Sought as
Actual, Reasonable and Necessary (after
20% discount and 20% holdback):            $114,961.60 (80% of $143,702.00)

Amount of Expense Reimbursement
Sought as Actual, Reasonable and
Necessary:                                 $1,786.35

This is a:    X    monthly ____ quarterly ____ final application.

This is Jones Day's thirteenth monthly fee statement in this case.

# JONES DAY

**Pittsburgh Office**
500 Grant Street, Suite 4500
Pittsburgh, PA  15219-2514
**(412) 391-3939**
**Federal Identification Number:**


March 24, 2022                                                                                         764596
                                                                                          Invoice: 221400632

Roman Catholic Diocese of Buffalo
795 Main Street
Buffalo, NY  14203
United States of America


For legal services rendered for the period through February 28, 2022:


|                                                          | Hours       |       | Amount      |
|----------------------------------------------------------|-------------|-------|-------------|
| State of New York v. Diocese of Buffalo, et al.          | 171.90      |       | 139,778.00  |
| Fee/Employment Applications                              | 6.80        |       | 3,924.00    |
| Total Fees                                               | 178.70      | USD   | 143,702.00  |
| Total Billed Disbursements                               |             | USD   | 1,786.35 ** |
| **TOTAL**                                                |             | **USD** | **145,488.35** |

Please remit payment to:
**ACH Transfer (preferred)**                              **Wire Transfer**


PLEASE REFERENCE 764596/221400632 WITH YOUR PAYMENT

** = Food, beverage and entertainment expense in accordance with I.R.C. Sect. 274(e)3, included in this amount is USD428.87

Roman Catholic Diocese of Buffalo

## Disbursement & Charges Summary

| | |
|---|---|
| Travel - Air Fare | 436.88 |
| Travel - Food and Beverage Expenses | 428.87 |
| Travel - Hotel Charges | 266.18 |
| Travel - Other Costs | 343.39 |
| Travel - Taxi Charges | 311.03 |

USD 1,786.35 **

# JONES DAY

764596

Page: 3
March 24, 2022
Invoice: 221400632

Roman Catholic Diocese of Buffalo

Timekeeper/Fee Earner Summary – February 28, 2022

| Timekeeper/Fee Earner Name | Title | Bar Year | Hours | Discounted Billing Rate[1] | Amount |
|---|---|---|---|---|---|
| L F DeJulius, Jr. | Partner | 2003 | 4.60 | 1,040.00 | 4,784.00 |
| T R Geremia | Partner | 1999 | 56.90 | 1,080.00 | 61,452.00 |
| J D Goetz | Partner | 1986 | 48.30 | 900.00 | 43,470.00 |
| E M Joyce | Partner | 1987 | 6.70 | 1,100.00 | 7,370.00 |
| Total | | | 116.50 | | 117,076.00 |
| C T Neumann | Associate | 2020 | 54.10 | 420.00 | 22,722.00 |
| B J Thomson | Associate | 2019 | 4.20 | 620.00 | 2,604.00 |
| Total | | | 58.30 | | 25,326.00 |
| J W Bach | Paralegal | | 1.50 | 340.00 | 510.00 |
| M M Melvin | Paralegal | | 1.50 | 360.00 | 540.00 |
| Total | | | 3.00 | | 1,050.00 |
| K Forrest | Project Assistant | | 0.50 | 200.00 | 100.00 |
| Total | | | 0.50 | | 100.00 |
| M T Barrios | Supervisor | | 0.40 | 375.00 | 150.00 |
| Total | | | 0.40 | | 150.00 |
| **Total** | | | **178.70** | **USD** | **143,702.00** |

---

[1] Discounted rates reflect a 20% discount to Jones Day's standard rates, as agreed between Jones Day and the Diocese and as disclosed in the *Supplemental Declaration of Bishop Michael William Fisher in Support of the Retention of Jones Day as Special Counsel to the Diocese* [Docket No. 874].

Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|

**State of New York v. Diocese of Buffalo, et al.**

| 02/01/22 | T R Geremia | 3.80 | 4,104.00 |
|---|---|---|---|

Meet with J. Goetz, L. Quinlan, and T. Connors in preparation for the Office of the Attorney General settlement meeting.

| 02/01/22 | J D Goetz | 4.70 | 4,230.00 |
|---|---|---|---|

E-mail to client regarding time for update call on February 3rd and follow-up e-mail to Diocese team regarding same (0.20); conversation with K. McChesney regarding update on status of the Office of the Attorney General negotiations (0.40); review updated CV to send to the Office of the Attorney General before meeting (0.20); meet with L. Quinlan, T. Connors and T. Geremia regarding preparation for the Office of the Attorney General meeting and agenda topics to address during same and revised memorandum addressing actions taken against clergy referenced in the Office of the Attorney General complaint and slides for presentation to the Office of the Attorney General (3.70); e-mails to D. Vacco regarding agenda topics for meeting regarding preparation for meeting with the Office of the Attorney General (0.20).

| 02/01/22 | C T Neumann | 7.70 | 3,234.00 |
|---|---|---|---|

Review and analyze documents and draft a summary of key issues.

| 02/02/22 | L F DeJulius, Jr. | 0.30 | 312.00 |
|---|---|---|---|

Communicate with J. Goetz regarding the Office of the Attorney General presentation strategy.

| 02/02/22 | T R Geremia | 3.00 | 3,240.00 |
|---|---|---|---|

Meet with D. Vacco and L. Quinlan in preparation for settlement meeting with the Office of the Attorney General and draft slide deck for the same.

| 02/02/22 | J D Goetz | 4.80 | 4,320.00 |
|---|---|---|---|

Prepare for (0.50), attend meeting with T. Connors, L. Quinlan, D. Vacco, T. Geremia regarding preparation for meeting with Office of the Attorney General and agenda points and topics to cover in slide deck (0.5); draft slide deck for the same (3.50); e-mails to L. DeJulius regarding results of meetings in Buffalo, next steps and timeline for drafting presentation to the Office of the Attorney General (0.30).

| 02/02/22 | C T Neumann | 9.10 | 3,822.00 |
|---|---|---|---|

Draft memo regarding precedential cases on the New York Attorney General's authority (5.50); review and analyze document and draft summary of key issues (3.60).

| 02/03/22 | L F DeJulius, Jr. | 0.80 | 832.00 |
|---|---|---|---|

Call with J. Goetz regarding the Office of the Attorney General presentation strategy (0.40); review initial draft of slides for the Office of the Attorney General presentation (0.40).

| 02/03/22 | T R Geremia | 2.50 | 2,700.00 |
|---|---|---|---|

Draft letter to the Office of the Attorney General regarding settlement process (1.20); participate in weekly update and strategy call with client (1.30).

| 02/03/22 | J D Goetz | 2.70 | 2,430.00 |
|---|---|---|---|

Attend meeting with Diocese team regarding results of meetings and plan for upcoming meeting and content of slide deck for same (1.30); review e-mail from L. Quinlan regarding comments on draft slides from D. Vacco (0.20); follow-up e-mail to T. Geremia regarding same (0.10); conversation with L. DeJulius regarding results of meetings in Buffalo and next steps to prepare for the Office of the Attorney General meeting (0.40); review and revise draft letter to the Office of the Attorney General responding to their January 29th correspondence and outlining agenda items for upcoming meeting (0.70).

Roman Catholic Diocese of Buffalo

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|
| 02/04/22 | T R Geremia | 3.60 | 3,888.00 |

Prepare PowerPoint slide deck for next meeting with the Office of the Attorney General (1.30); conversation with J. Goetz and C. Neumann regarding the same (0.30); draft letter to the Office of the Attorney General regarding upcoming meeting (1.10); review status of priests in monitoring program (0.80).

| | | | |
|---|---|---|---|
| 02/04/22 | J D Goetz | 1.30 | 1,170.00 |

Review e-mails and update chart from Diocese team regarding status of priest monitoring program (0.40); e-mail to Diocese team regarding comments on same (0.10); review revised draft letter to the Office of the Attorney General regarding agenda for meeting (0.30); e-mail to T. Geremia regarding comments on same (0.10); review e-mails to Bishop Fisher and Diocese team regarding letter and next steps (0.10); conversation with T. Geremia regarding update on preparation of slide deck for meeting (0.30).

| | | | |
|---|---|---|---|
| 02/04/22 | C T Neumann | 6.40 | 2,688.00 |

Communicate with T. Geremia and J. Goetz regarding research and memo regarding scope of Attorney General authority (0.30); further research regarding the same (4.30); draft and revise memo regarding the same (1.80).

| | | | |
|---|---|---|---|
| 02/05/22 | T R Geremia | 3.30 | 3,564.00 |

Draft PowerPoint slides in preparation for upcoming settlement meeting with the Office of the Attorney General.

| | | | |
|---|---|---|---|
| 02/05/22 | J D Goetz | 1.30 | 1,170.00 |

Review and revise initial draft slide deck for Attorney General meeting (0.80); review updated chart reflecting status of priest monitoring plan (0.30); respond to e-mail from client regarding staffing of Diocesan team to monitor compliance with settlement agreement (0.20).

| | | | |
|---|---|---|---|
| 02/06/22 | J D Goetz | 0.90 | 810.00 |

Review draft slide deck for Office of the Attorney General meeting (0.50); e-mail to T. Geremia regarding additional slides and comments on draft deck (0.40).

| | | | |
|---|---|---|---|
| 02/07/22 | T R Geremia | 7.80 | 8,424.00 |

Prepare PowerPoint slides for upcoming meeting with the Office of the Attorney General.

| | | | |
|---|---|---|---|
| 02/07/22 | J D Goetz | 1.70 | 1,530.00 |

Review further updated draft slide deck incorporating additional information about clergy cases (0.40); e-mail to T. Geremia regarding further comments on new data in deck (0.20); review updated draft slide deck for meeting with the Office of the Attorney General (0.60); e-mail to T. Geremia regarding comments and additional data to incorporate into same regarding 25 cases cited in the Office of the Attorney General's complaint (0.20); review e-mail from E. Stern (Office of the Attorney General) regarding attendances at upcoming meeting and location for same (0.20); e-mail to T. Geremia regarding Jones Day attendances at meeting (0.10).

| | | | |
|---|---|---|---|
| 02/08/22 | L F DeJulius, Jr. | 0.70 | 728.00 |

Review and comment on draft slide deck presentation to the Office of the Attorney General.

| | | | |
|---|---|---|---|
| 02/08/22 | T R Geremia | 6.70 | 7,236.00 |

Draft PowerPoint slides in anticipation of upcoming meeting with the Office of the Attorney General (6.20); conversation with J. Goetz regarding the same (0.50).

| | | | |
|---|---|---|---|
| 02/08/22 | J D Goetz | 1.70 | 1,530.00 |

Review and provide comments on multiple drafts of power point presentation for upcoming meeting and respond to e-mails from T. Geremia regarding topics and data outlined in same (1.20); follow-up conversation with T. Geremia regarding additional points to make in slide deck (0.50).

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|
| 02/08/22 | C T Neumann | 5.40 | 2,268.00 |

Review and analyze documents and draft summary of key issues.

| 02/09/22 | T R Geremia | 8.30 | 8,964.00 |
|---|---|---|---|

Draft PowerPoint slides in preparation for upcoming settlement meeting with Office of the Attorney General (5.60); meet with client in preparation for settlement meeting (1.50); meet with D. Vacco and L. Quinlan in preparation for settlement meeting (1.20).

| 02/09/22 | J D Goetz | 3.00 | 2,700.00 |
|---|---|---|---|

Attend call with Diocese team, Connors team and S. Donato regarding agenda and slide deck for upcoming meeting with the Office of the Attorney General (1.20); follow-up conversation with Bishop Fisher regarding additional steps after the Office of the Attorney General meeting (0.30); attend call with Connors team, counsel for retired Bishops and T. Geremia regarding agenda and slide deck for meeting on February 10th (1.20); review follow-up e-mails from Diocese team regarding final revisions to slide deck for upcoming meeting and update on clergy monitoring program (0.30).

| 02/09/22 | E M Joyce | 2.20 | 2,420.00 |
|---|---|---|---|

Review and annotate insurance policies and claim correspondence regarding the Attorney General lawsuit/claim (1.60); communicate, phone call and e-mails with T. Geremia regarding same (0.40); review correspondence with clients and various attorney teams regarding same (0.20).

| 02/09/22 | C T Neumann | 7.70 | 3,234.00 |
|---|---|---|---|

Communicate with J. Goetz and T. Geremia regarding review of documents and key issues (.90); review and analyze documents and draft a summary of key issues (4.80); draft and revise summary of key issues in anticipation of upcoming meeting with the Office of the Attorney General (2.00).

| 02/10/22 | L F DeJulius, Jr. | 2.00 | 2,080.00 |
|---|---|---|---|

Participate in settlement meeting with the Office of the Attorney General (1.80); follow up after the Office of the Attorney General meeting and strategy involving next steps (0.20).

| 02/10/22 | T R Geremia | 7.30 | 7,884.00 |
|---|---|---|---|

Participate in settlement meeting with the Office of the Attorney General (1.80); prepare for same (2.60); meet with J. Goetz and counsel for retired Bishops regarding agenda and presentation to the Office of the Attorney General (1.20); plan next steps after meeting with J. Goetz (1.70).

| 02/10/22 | J D Goetz | 8.20 | 7,380.00 |
|---|---|---|---|

Review notes from meeting with the Office of the Attorney General and draft notes for call with Diocese team regarding results from same (1.50); review final PowerPoint slide deck for meeting and draft opening remarks and additional points to make during meeting (1.50); meet with T. Geremia and counsel for retired Bishops regarding agenda and presentation to the Office of the Attorney General (1.20); attend meeting with the Office of the Attorney General and defense counsel regarding allegations in the complaint (1.80); follow-up conversations with T. Geremia, counsel for retired Bishops regarding results of meeting and next steps (1.70); conversation with L. DeJulius and e-mails regarding results of Office of the Attorney General meeting and next steps (0.40); conversation with T. Connors regarding results of meeting (0.10).

| 02/10/22 | E M Joyce | 1.80 | 1,980.00 |
|---|---|---|---|

Review and highlight insurance policies and claim correspondence regarding the Attorney General lawsuit/defense costs (1.60); communicate and e-mails with T. Geremia regarding same (.20).

| 02/11/22 | T R Geremia | 1.30 | 1,404.00 |
|---|---|---|---|

Call with the Office of the Attorney General regarding next steps in settlement process (0.50); call with client regarding the Office of the Attorney General meeting and next steps (0.80).

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|
| 02/11/22 | J D Goetz | 2.00 | 1,800.00 |

Prepare for and attend call with Bishop Fisher, Diocese team and T. Geremia regarding results of the February 10th meeting with the Office of the Attorney General and next steps regarding additional meetings (1.30); prepare for and attend call with E. Stern and the Office of the Attorney General team regarding follow-up items from the February 10th meeting, timetable for same and next meeting (0.70).

| 02/14/22 | L F DeJulius, Jr. | 0.30 | 312.00 |
|---|---|---|---|

Review a letter from the Office of the Attorney General regarding settlement discussions and emails on the same.

| 02/14/22 | T R Geremia | 1.10 | 1,188.00 |
|---|---|---|---|

Revise PowerPoint of defenses to case, in connection with settlement efforts.

| 02/14/22 | J D Goetz | 0.50 | 450.00 |
|---|---|---|---|

Conversation with K. McChesney regarding an update on meeting with the Office of the Attorney General and next steps.

| 02/15/22 | L F DeJulius, Jr. | 0.50 | 520.00 |
|---|---|---|---|

Communicate with J. Goetz and T. Geremia regarding the Office of the Attorney General settlement strategy.

| 02/15/22 | T R Geremia | 1.70 | 1,836.00 |
|---|---|---|---|

Prepare PowerPoint slide deck regarding defenses to complaint and communicate with client regarding the same (0.90); conversation with L. DeJulius and J. Goetz regarding settlement strategy (0.80).

| 02/15/22 | J D Goetz | 0.80 | 720.00 |
|---|---|---|---|

Conversation with L. DeJulius and T. Geremia regarding revisions to the PowerPoint deck presented to the Office of the Attorney General during the February 10th meeting and response to the Office of the Attorney General letter dated February 14th.

| 02/15/22 | E M Joyce | 0.90 | 990.00 |
|---|---|---|---|

Review insurance policies and claim correspondence regarding the Attorney General lawsuit, defense costs and retentions (0.80); communicate and e-mails with T. Geremia regarding the same (0.10).

| 02/16/22 | T R Geremia | 1.80 | 1,944.00 |
|---|---|---|---|

Meet with client to provide an update and discuss next steps for settlement discussions (1.00); revise PowerPoint slides regarding defenses to complaint and circulate to the Office of the Attorney General (0.80).

| 02/16/22 | J D Goetz | 2.00 | 1,800.00 |
|---|---|---|---|

Attend call with Bishop Fisher, Diocese team, T. Connors and L. Quinlan regarding response to the Office of the Attorney General letter, open issues from the February 10th meeting and plan and timetable for addressing the same (1.00); review e-mails regarding revisions to the draft slide and e-mail to T. Geremia regarding finalizing the same (0.40); review e-mail to the Office of the Attorney General regarding production of the slide deck and review response from E. Stern to the same (0.20); e-mails to Diocese team and counsel for retired Bishops regarding production of slide deck (0.20); e-mail to C. Neumann regarding research into public statements by Bishop Malone and Bishop Fisher regarding historical treatment of claims for abuse (0.20).

| 02/16/22 | C T Neumann | 1.70 | 714.00 |
|---|---|---|---|

Research news articles, reports, and videos for public statements by Bishop Fisher regarding sexual abuse issues (1.60); communicate with J. Goetz regarding research on Fisher public statements and Bridgeport Diocese public statements (0.10).

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|
| 02/17/22 | J D Goetz | 0.30 | 270.00 |

Review an e-mail from C. Neumann regarding statements by Bishop Fisher regarding previous acts of abuse by clergy in the Diocese and e-mail to T. Geremia regarding the same.

| 02/17/22 | C T Neumann | 7.60 | 3,192.00 |

Research news articles, Diocese resources, videos, and reports for public statements by Bishop Fisher on sexual abuse allegation issues (2.80); communicate with J. Goetz regarding the same (0.20); draft and revise memo regarding public statements made by Bishop Fisher (1.90); review and analyze reports for public statements about sexual abuse issues (2.70).

| 02/18/22 | J D Goetz | 1.00 | 900.00 |

Review news article regarding clergy abuse (0.20); follow-up e-mails to L. Quinlan and Diocese team regarding confidentiality of settlement negotiations with the Office of the Attorney General (0.40); review research results from C. Neumann regarding public statements by Bishop Fisher regarding previous history of clergy abuse (0.30); follow-up e-mail to C. Neumann regarding additional research (0.20).

| 02/18/22 | E M Joyce | 1.80 | 1,980.00 |

Review insurance policy provisions and claim correspondence regarding related claims and retained limit and defense costs (1.40); communicate, various phone calls and e-mails with T. Geremia regarding conference calls with client/defense counsel and next steps (0.40).

| 02/21/22 | T R Geremia | 0.30 | 324.00 |

Correspond with Diocese team regarding settlement process.

| 02/21/22 | J D Goetz | 0.50 | 450.00 |

E-mails to K. McChesney regarding conference call regarding the Office of the Attorney General and follow-up questions to C. Neumann regarding additional research to support additions to the Office of the Attorney General's proposed settlement agreement (0.50).

| 02/21/22 | J D Goetz | 0.30 | 270.00 |

Respond to e-mails from T. Connors regarding conference call regarding an update on developments (0.30).

| 02/22/22 | T R Geremia | 1.00 | 1,080.00 |

Communicate with T. Connors, R. White, L. Quinlan, and J. Goetz regarding settlement process and next steps with the Office of the Attorney General.

| 02/22/22 | J D Goetz | 1.30 | 1,170.00 |

E-mail to K. McChesney regarding topics for call regarding Office of the Attorney General's recent correspondence (0.30); attend call with T. Connors, L. Quinlan, R. White, and T. Geremia to discuss Diocesan negotiations, legal issues, and next steps with the Office of the Attorney General (1.00).

| 02/22/22 | C T Neumann | 3.40 | 1,428.00 |

Review and analyze documents (3.20); communicate with J. Goetz regarding research (0.20).

| 02/23/22 | J D Goetz | 0.50 | 450.00 |

Conversation with K. McChesney regarding update on the Office of the Attorney General's additional requests for information.

| 02/23/22 | C T Neumann | 0.90 | 378.00 |

Communicate with J. Goetz regarding the request for information from the Office of the Attorney General (0.40); review and analyze the request from the Office of the Attorney General for information (0.50).

| 02/24/22 | T R Geremia | 0.80 | 864.00 |

Correspond with the Office of the Attorney General regarding next steps in settlement process (0.50); correspond with J. Goetz regarding the same (0.30).

# JONES DAY

764596

Page: 9
March 24, 2022
Invoice: 221400632

Roman Catholic Diocese of Buffalo

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|
| 02/24/22 | J D Goetz | 1.80 | 1,620.00 |

E-mails regarding preparation and materials for meetings with Bishop Fisher and the Jones Day team (0.50); review e-mails from T. Connors and R. White regarding settlement agreement negotiations (0.30); follow-up e-mail to respond to same and next steps during negotiations (0.20); review the draft letter from the Office of the Attorney General to Judge Abrams regarding the status of negotiations and next status report (0.30); prepare for and attend call with E. Stern and D. Roque regarding the content of the letter and the date for the next meeting (0.50).

| | | | |
|---|---|---|---|
| 02/25/22 | J D Goetz | 0.60 | 540.00 |

Review and respond to an e-mail from K. McChesney regarding information requested by the Office of the Attorney General and next steps regarding arranging a conference call with the Office of the Attorney General (0.30); review an e-mail from E. Stern (Office of the Attorney General) confirming dates for revisions to the draft agreement and for the next meeting (0.30).

| | | | |
|---|---|---|---|
| 02/25/22 | C T Neumann | 4.20 | 1,764.00 |

Draft memo regarding public statements regarding clergy abuse (1.20); research news articles, videos, Diocese resources, and other media for public statements regarding clergy abuse (3.00).

| | | | |
|---|---|---|---|
| 02/26/22 | J D Goetz | 1.50 | 1,350.00 |

Draft an outline for updates to the memorandum for meetings with Bishop Fisher (1.20); review correspondence with the Office of the Attorney General from January and February for points to include in the memo (0.30).

| | | | |
|---|---|---|---|
| 02/27/22 | J D Goetz | 1.70 | 1,530.00 |

Review e-mails and linked attachments from K. McChesney responding to items raised by the Office of the Attorney General (0.20); review notes from February meetings and follow-up conversations with the Office of the Attorney General and the Diocese team (0.80); draft work plan for providing comments on the Office of the Attorney General mark-ups to updated draft settlement agreement and the next meeting to discuss same (0.70).

| | | | |
|---|---|---|---|
| 02/28/22 | J W Bach | 1.50 | 510.00 |

Gather, organize and index materials requested by J. Goetz regarding K. McChesney.

| | | | |
|---|---|---|---|
| 02/28/22 | K Forrest | 0.50 | 100.00 |

Assist to compile binder for materials regarding K. McChesney.

| | | | |
|---|---|---|---|
| 02/28/22 | T R Geremia | 2.60 | 2,808.00 |

Revise the draft settlement agreement (1.80); confer with J. Goetz regarding the upcoming client meeting (0.50); call with counsel for individual defendants (0.30).

| | | | |
|---|---|---|---|
| 02/28/22 | J D Goetz | 2.50 | 2,250.00 |

Draft outline and points to include in the update letter to Bishop Fisher for upcoming meetings (1.20); e-mail to T. Geremia regarding contents of the update letter and additional comments on the same (0.30); conversation with counsel for retired Bishops regarding additional blacklines to the mark-ups to the draft settlement agreement (0.50); follow-up conversation with T. Geremia regarding further edits and work plan to address the Office of the Attorney General's comments (0.50).

| | | | | |
|---|---|---|---|---|
| | **Matter Total** | **171.90** | **USD** | **139,778.00** |

# JONES DAY

Roman Catholic Diocese of Buffalo

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|
| **Fee/Employment Applications** | | | |
| 02/01/22 | J D Goetz | 0.30 | 270.00 |

Review the draft fee statement for December services (0.20); conversation with B. Thomson regarding finalizing same (0.10).

| 02/01/22 | M M Melvin | 0.30 | 108.00 |

Review and e-file a Certificate of No Objection regarding Jones Day's November monthly fee statement (0.20); forward a filed copy to B. Thomson (0.10).

| 02/01/22 | B J Thomson | 0.80 | 496.00 |

Prepare a certificate of no objection for filing and review the filed document (0.10); revise draft December fee statement (0.40); call and e-mails with J. Goetz regarding the same (0.30).

| 02/02/22 | B J Thomson | 0.30 | 186.00 |

Revise December fee statement and sent draft to client.

| 02/04/22 | M M Melvin | 0.30 | 108.00 |

Review and e-file Jones Day's December, 2021 monthly fee statement (0.20); forward a filed copy to B. Thomson (0.10).

| 02/04/22 | B J Thomson | 0.30 | 186.00 |

Prepare the fee statement for filing and review and arrange for service of the filed document.

| 02/10/22 | M M Melvin | 0.90 | 324.00 |

Review and mark-up the draft January, 2022 fee statement with comments (0.90).

| 02/17/22 | B J Thomson | 0.80 | 496.00 |

Review and revise draft January fee statement.

| 02/21/22 | J D Goetz | 0.40 | 360.00 |

E-mail to B. Thomson regarding further revisions to the draft January fee statement and review and further revise the draft.

| 02/21/22 | B J Thomson | 0.20 | 124.00 |

Draft certificate of no objection to December fee statement.

| 02/22/22 | M T Barrios | 0.20 | 75.00 |

Coordinate filing of CNO to December fee statement.

| 02/22/22 | B J Thomson | 0.20 | 124.00 |

Prepare certificate of no objection for filing and review the filed document.

| 02/24/22 | B J Thomson | 1.20 | 744.00 |

Revise the draft fee for January services statement and sent to client.

| 02/28/22 | M T Barrios | 0.20 | 75.00 |

Coordinate filing of fee statement.

| 02/28/22 | B J Thomson | 0.40 | 248.00 |

Prepare the January fee statement for filing, review the filed document and arrange for service of the same.

| **Matter Total** | | **6.80** | **USD** **3,924.00** |

# JONES DAY

Roman Catholic Diocese of Buffalo

764596

Page: 11
March 24, 2022
Invoice: 221400632

Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|---|---|---|---|---|

**State of New York v. Diocese of Buffalo, et al.**

**TRAVEL - AIR FARE**

02/17/22      T R Geremia      NYC    30.42
Vendor: Todd R. Geremia Invoice#: 4994333702171316 Date: 2/17/2022  -  - Airfare Exchange ticket fee due to weather on 2/2/22 returning to NY after meeting with client.  Vendor: Lawyers' Travel Service; Invoice#: 02/10/2022; Date: 2/10/2022 - LTS Weekly file 2/10/2022 - GEREMIA TODD R; INVOICE:02/01/2022;TICKET:7688021057;DEPARTURE:02/01/2022;ROUTE:BUF.LGA BUF;764596.600001;ARRIVAL/RETURN:02/02/2022

02/17/22      T R Geremia      NYC    406.46
Vendor: Todd R. Geremia Invoice#: 4994333702171316 Date: 2/17/2022  -  - Airfare Travel to Buffalo for meeting with client on 2/1/22 . Vendor: Lawyers' Travel Service; Invoice#: 02/03/2022; Date: 2/3/2022 - LTS Weekly file 2/3/2022 - GEREMIA TODD R; INVOICE:01/27/2022;TICKET:7684198494;DEPARTURE:02/01/2022;ROUTE:LGA BUF LGA;764596.600001;ARRIVAL/RETURN:02/03/2022

**Travel - Air Fare Subtotal**      **436.88**

**TRAVEL - FOOD AND BEVERAGE EXPENSES**

02/10/22      J D Goetz      PIT    20.00
Vendor: John D. Goetz Invoice#: 4981081902101315 Date: 2/10/2022  -  - Hotel - Breakfast Trip to Buffalo for meetings with defense counsel to prepare for upcoming OAG meeting.

02/10/22      J D Goetz      PIT    120.00
Vendor: John D. Goetz Invoice#: 4981081902101315 Date: 2/10/2022  -  - Dinner J. Goetz and T. Geremia Trip to Buffalo for meetings with defense counsel to prepare for upcoming OAG meeting.

02/11/22      T R Geremia      NYC    278.18
Vendor: Flik International Corporation; Invoice#: 12956162-CATERING; Date: 2/10/2022

02/17/22      T R Geremia      NYC    10.69
Vendor: Todd R. Geremia Invoice#: 4994333702171316 Date: 2/17/2022  -  - Hotel - Breakfast hotel in Buffalo to attend meeting with client.

**Travel - Food and Beverage Expenses Subtotal**      **428.87**

**TRAVEL - HOTEL CHARGES**

02/10/22      J D Goetz      PIT    133.09
Vendor: John D. Goetz Invoice#: 4981081902101315 Date: 2/10/2022  -  - Lodging Trip to Buffalo for meetings with defense counsel to prepare for upcoming OAG meeting.

02/17/22      T R Geremia      NYC    133.09
Vendor: Todd R. Geremia Invoice#: 4994333702171316 Date: 2/17/2022  -  - Lodging hotel in Buffalo to attend meeting with client.

**Travel - Hotel Charges Subtotal**      **266.18**

**TRAVEL - TAXI CHARGES**

02/14/22      T R Geremia      NYC    188.10
Vendor: Dial Car Inc; Invoice#: 38770; Date: 2/9/2022---LGA:DL 5292:BUF-Buffalo, NY  YONKERS, NY -- 02/02/2022 Geremia, Todd

Case 1-20-10322-CLB,    Doc 1636,    Filed 03/30/22,    Entered 03/30/22 12:55:10,
Description: Main Document  , Page 13 of 14

# JONES DAY

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| 02/17/22 | T R Geremia | NYC | 35.00 | |

Vendor: Todd R. Geremia Invoice#: 4994333702171316 Date: 2/17/2022  - - Taxi airport to hotel in Buffalo to attend meeting with client.

| 02/22/22 | J D Goetz | NYC | 87.93 | |

Vendor: Dial Car Inc; Invoice#: 38957; Date: 2/16/2022---250 Vesey St  LGA 02/10/2022 Goetz, John

**Travel - Taxi Charges Subtotal**                                                                                 **311.03**

**TRAVEL - OTHER COSTS**

| 02/10/22 | J D Goetz | PIT | 17.48 | |

Vendor: John D. Goetz Invoice#: 4980979002101315 Date: 2/10/2022  - - Tolls Attend meetings with Diocese officials, Bishop Fisher in October and November.

| 02/10/22 | J D Goetz | PIT | 262.67 | |

Vendor: John D. Goetz Invoice#: 4981081902101315 Date: 2/10/2022  - - Mileage Trip to Buffalo for meetings with defense counsel to prepare for upcoming OAG meeting.

| 02/10/22 | J D Goetz | PIT | 16.31 | |

Vendor: John D. Goetz Invoice#: 4981081902101315 Date: 2/10/2022  - - Hotel - Parking Trip to Buffalo for meetings with defense counsel to prepare for upcoming OAG meeting.

| 02/17/22 | T R Geremia | NYC | 33.93 | |

Vendor: Todd R. Geremia Invoice#: 4994333702171316 Date: 2/17/2022  - - Mileage to and from airport for trip to Buffalo to attend meeting with client.

| 02/17/22 | T R Geremia | NYC | 13.00 | |

Vendor: Todd R. Geremia Invoice#: 4994333702171316 Date: 2/17/2022  - - Tolls to and from airport for trip to Buffalo to attend meeting with client.

**Travel - Other Costs Subtotal**                                                                                 **343.39**

**Matter Total**                                                                          **USD**          **1,786.35**