# EXHIBIT A
# [June 2021 Invoice]

# Pachulski Stang Ziehl & Jones LLP

780 Third Avenue
34th Floor
New York, NY 10017

IDS

June 30, 2021
Invoice 129096
Client 18502
Matter 00002
**IDS**

RE: Committee Representation

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2021**

| | |
|---|---:|
| FEES | $11,449.00 |
| EXPENSES | $500.00 |
| **TOTAL CURRENT CHARGES** | **$11,949.00** |
| **BALANCE FORWARD** | **$475,537.96** |
| A/R Adjustments | -$10,829.50 |
| **LAST PAYMENT** | **$380,076.26** |
| **TOTAL BALANCE DUE** | **$96,581.20** |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BMM | Michael, Brittany M. | Counsel | 695.00 | 6.20 | $4,309.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 0.50 | $350.00 |
| IDS | Scharf, Ilan D. | Partner | 700.00 | 9.20 | $6,440.00 |
| JIS | Stang, James I. | Partner | 700.00 | 0.50 | $350.00 |
| | | | | 16.40 | $11,449.00 |

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| BL | Bankruptcy Litigation [L430] | 1.30 | $910.00 |
| CA | Case Administration [B110] | 1.90 | $1,326.00 |
| CO | Claims Admin/Objections[B310] | 0.30 | $208.50 |
| CP | Compensation Prof. [B160] | 0.30 | $208.50 |
| GC | General Creditors Comm. [B150] | 1.00 | $697.00 |
| H | Hearings | 2.80 | $1,946.00 |
| IC | Insurance Coverage | 5.30 | $3,705.00 |
| ME | Mediation | 0.60 | $420.00 |
| SL | Stay Litigation [B140] | 0.90 | $628.00 |
| WO | Write Offs | 2.00 | $1,400.00 |
|  |  | 16.40 | $11,449.00 |

**Summary of Expenses**

| Description | Amount |
|---|---|
| Outside Services | $500.00 |
| | $500.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Bankruptcy Litigation [L430]** | | | | | | |
| 06/09/2021 | IDS | BL | Work on motion to compel debtor documents. | 1.30 | 700.00 | $910.00 |
| | | | | **1.30** | | **$910.00** |
| **Case Administration [B110]** | | | | | | |
| 06/15/2021 | IDS | CA | Telephone call with Debtor's counsel regarding case issues, mediator. | 0.50 | 700.00 | $350.00 |
| 06/15/2021 | BMM | CA | Call with Debtor's counsel regarding ongoing case issues. | 0.50 | 695.00 | $347.50 |
| 06/21/2021 | JIS | CA | Call with Debtor regarding case status. | 0.30 | 700.00 | $210.00 |
| 06/21/2021 | IDS | CA | Telephone conference with Debtor's counsel regarding case issues, including AG, mediators. | 0.30 | 700.00 | $210.00 |
| 06/21/2021 | BMM | CA | Call with Debtor's counsel regarding ongoing case issues. | 0.30 | 695.00 | $208.50 |
| | | | | **1.90** | | **$1,326.00** |
| **Claims Admin/Objections[B310]** | | | | | | |
| 06/23/2021 | BMM | CO | Call with J. Allison regarding CVA documents. | 0.30 | 695.00 | $208.50 |
| | | | | **0.30** | | **$208.50** |
| **Compensation Prof. [B160]** | | | | | | |
| 06/07/2021 | BMM | CP | Draft PSZJ interim fee application. | 0.30 | 695.00 | $208.50 |
| | | | | **0.30** | | **$208.50** |
| **General Creditors Comm. [B150]** | | | | | | |
| 06/02/2021 | IDS | GC | Respond to S. Benson request for information. | 0.40 | 700.00 | $280.00 |
| 06/02/2021 | BMM | GC | Call with claimant regarding case issues. | 0.30 | 695.00 | $208.50 |
| 06/11/2021 | BMM | GC | Review documents in response to SCC inquiry. | 0.30 | 695.00 | $208.50 |
| | | | | **1.00** | | **$697.00** |
| **Hearings** | | | | | | |
| 06/14/2021 | BMM | H | Prepare summary of hearing for team. | 0.20 | 695.00 | $139.00 |
| 06/14/2021 | BMM | H | Participate in hearing on Debtors' professionals' fees. | 1.10 | 695.00 | $764.50 |
| 06/14/2021 | BMM | H | Prepare PSZJ interim fee application. | 1.50 | 695.00 | $1,042.50 |
| | | | | **2.80** | | **$1,946.00** |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Buffalo O.C.C.  
18502   - 00002

Page: 6  
Invoice 129096  
June 30, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Insurance Coverage**

| 06/02/2021 | BMM | IC | Participate in insurance adversary proceeding scheduling conference. | 1.00 | 695.00 | $695.00 |
| 06/03/2021 | IAWN | IC | Review coverage chart to prep for Committee call. | 0.10 | 700.00 | $70.00 |
| 06/15/2021 | IDS | IC | Work on insurance issues, mediator selection. | 0.80 | 700.00 | $560.00 |
| 06/28/2021 | IDS | IC | Continue insurance analysis. | 3.00 | 700.00 | $2,100.00 |
| 06/29/2021 | IAWN | IC | Review coverage charts. | 0.20 | 700.00 | $140.00 |
| 06/29/2021 | IAWN | IC | Exchange emails with B. Michael re coverage charts. | 0.10 | 700.00 | $70.00 |
| 06/29/2021 | IAWN | IC | Exchange emails with B. Michael and I. Scharf re 1972-75 coverage. | 0.10 | 700.00 | $70.00 |
|  |  |  |  | **5.30** |  | **$3,705.00** |

**Mediation**

| 06/02/2021 | IDS | ME | Telephone call with Brittany Michael regarding mediation. | 0.40 | 700.00 | $280.00 |
| 06/18/2021 | JIS | ME | Call I. Scharf regarding mediation process. | 0.20 | 700.00 | $140.00 |
|  |  |  |  | **0.60** |  | **$420.00** |

**Stay Litigation [B140]**

| 06/24/2021 | BMM | SL | Revise parish stipulation. | 0.40 | 695.00 | $278.00 |
| 06/25/2021 | IDS | SL | Review and revise B. Michael revision and futher parish stipulation. | 0.50 | 700.00 | $350.00 |
|  |  |  |  | **0.90** |  | **$628.00** |

**Write Offs**

| 06/28/2021 | IDS | WO | Revise invoices. | 2.00 | 700.00 | $1,400.00 |
|  |  |  |  | **2.00** |  | **$1,400.00** |

**TOTAL SERVICES FOR THIS MATTER:**     **$11,449.00**

## **Expenses**

| | | | |
|---|---|---|---|
| 06/30/2021 | OS | Everlaw, Inv. 42047, Diocese Buffalo database for the month of June | 500.00 |
| **Total Expenses for this Matter** | | | **$500.00** |

## REMITTANCE ADVICE

**Please inlcude this Remittance with your payment**

**For current services rendered through:**    06/30/2021

**Total Fees**                                                                                                                $11,449.00

**Total Expenses**                                                                                                           500.00

**Total Due on Current Invoice**                                                                                $11,949.00

**Outstanding Balance from prior invoices as of**    06/30/2021    **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 125270 | 04/30/2020 | $109,192.50 | $625.07 | $10,919.25 |
| 125276 | 05/31/2020 | $152,307.50 | $578.14 | $15,230.75 |
| 125334 | 06/30/2020 | $41,562.50 | $1,006.09 | $4,156.25 |
| 126177 | 07/31/2020 | $51,502.50 | $1,349.12 | $5,150.25 |
| 126524 | 08/31/2020 | $33,130.00 | $247.58 | $7,891.75 |
| 128245 | 03/31/2021 | $32,659.50 | $555.35 | $3,448.23 |
| 128247 | 04/30/2021 | $18,006.50 | $514.72 | $18,521.22 |
| 128249 | 05/31/2021 | $18,814.50 | $500.00 | $19,314.50 |

**Total Amount Due on Current and Prior Invoices:**                                             **$96,581.20**