**EXHIBIT B**
**[July 2021 Invoice]**

# Pachulski Stang Ziehl & Jones LLP

780 Third Avenue  
34th Floor  
New York, NY 10017

|  |  |
|---|---|
|  | July 31, 2021 |
| IDS | Invoice 129097 |
|  | Client 18502 |
|  | Matter 00002 |
|  | **IDS** |

RE: Committee Representation

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2021**

| | |
|---|---:|
| FEES | $36,061.00 |
| EXPENSES | $594.20 |
| **TOTAL CURRENT CHARGES** | **$36,655.20** |
| **BALANCE FORWARD** | **$96,581.20** |
| **TOTAL BALANCE DUE** | **$133,236.40** |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| BMM | Michael, Brittany M. | Counsel | 695.00 | 8.80 | $6,116.00 |
| CAK | Knotts, Cheryl A. | Paralegal | 300.00 | 0.40 | $120.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 1.10 | $770.00 |
| IDS | Scharf, Ilan D. | Partner | 700.00 | 28.50 | $19,950.00 |
| NPL | Lockwood, Nancy P. F. | Paralegal | 300.00 | 1.80 | $540.00 |
| SLL | Lee, Sophia L. | Other | 300.00 | 10.80 | $3,240.00 |
| WLR | Ramseyer, William L. | Counsel | 700.00 | 0.20 | $140.00 |
| WLR | Ramseyer, William L. | Counsel | 850.00 | 6.10 | $5,185.00 |
| | | | | 57.70 | $36,061.00 |

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| BL | Bankruptcy Litigation [L430] | 6.40 | $3,756.00 |
| CA | Case Administration [B110] | 1.10 | $767.50 |
| CO | Claims Admin/Objections[B310] | 30.10 | $16,741.00 |
| CP | Compensation Prof. [B160] | 8.20 | $6,487.50 |
| GC | General Creditors Comm. [B150] | 5.00 | $3,491.50 |
| H | Hearings | 1.00 | $697.50 |
| IC | Insurance Coverage | 2.90 | $2,020.50 |
| ME | Mediation | 2.40 | $1,680.00 |
| SL | Stay Litigation [B140] | 0.60 | $419.50 |
|  |  | 57.70 | $36,061.00 |

## Summary of Expenses

| Description | Amount |
| --- | ---: |
| Outside Services | $500.00 |
| Pacer - Court Research | $11.20 |
| Reproduction/ Scan Copy | $83.00 |
| | $594.20 |

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Bankruptcy Litigation [L430]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/14/2021 | IDS | BL | Revise motion to compel. | 1.00 | 700.00 | $700.00 |
| 07/15/2021 | IDS | BL | Work on motion to compel. | 1.30 | 700.00 | $910.00 |
| 07/15/2021 | NPL | BL | Email communications with B. Michael regarding motion to compel. | 0.20 | 300.00 | $60.00 |
| 07/15/2021 | NPL | BL | Telephone call with chambers regarding hearing on motion to compel. | 0.10 | 300.00 | $30.00 |
| 07/15/2021 | NPL | BL | Prepare notice of hearing on motion to compel. | 1.20 | 300.00 | $360.00 |
| 07/16/2021 | NPL | BL | Telephone call with chambers regarding hearing date on motion to compel. | 0.10 | 300.00 | $30.00 |
| 07/16/2021 | NPL | BL | Email communications with B. Michael regarding hearing date availability for motion to compel. | 0.10 | 300.00 | $30.00 |
| 07/16/2021 | NPL | BL | Edits to notice of hearing on motion to compel. | 0.10 | 300.00 | $30.00 |
| 07/21/2021 | IDS | BL | Work on motion to compel. | 1.50 | 700.00 | $1,050.00 |
| 07/23/2021 | BMM | BL | Draft motion to intervene in insurance adversary proceedings. | 0.80 | 695.00 | $556.00 |
| | | | | **6.40** | | **$3,756.00** |

### Case Administration [B110]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/14/2021 | BMM | CA | Participate in call with Debtor's counsel regarding ongoing case issues. | 0.50 | 695.00 | $347.50 |
| 07/23/2021 | IDS | CA | Telephone call with Donato regarding parish stipulation, mediators. | 0.20 | 700.00 | $140.00 |
| 07/23/2021 | IDS | CA | Telephone call with Brittany Michael regarding parish stipulation. | 0.10 | 700.00 | $70.00 |
| 07/27/2021 | IDS | CA | Telephone call with Diocese counsel regarding status conference. | 0.30 | 700.00 | $210.00 |
| | | | | **1.10** | | **$767.50** |

### Claims Admin/Objections[B310]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/15/2021 | IDS | CO | Review list of non- diocesan abusers. | 0.20 | 700.00 | $140.00 |
| 07/19/2021 | BMM | CO | Revise PSZJ interim fee application. | 1.00 | 695.00 | $695.00 |
| 07/20/2021 | IAWN | CO | Telephone conference with B. Michael and Scharf re claims review. | 0.60 | 700.00 | $420.00 |
| 07/20/2021 | SLL | CO | Review and chart sex abuse claims. | 2.00 | 300.00 | $600.00 |
| 07/21/2021 | IDS | CO | Claims analysis. | 2.30 | 700.00 | $1,610.00 |

| Date | Tkpr | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/21/2021 | IDS | CO | Analysis of insurance/ claims overlay. | 1.80 | 700.00 | $1,260.00 |
| 07/21/2021 | SLL | CO | Review and chart sex abuse claims. | 3.00 | 300.00 | $900.00 |
| 07/22/2021 | IDS | CO | Zoom with Pachulski Stang Ziehl & Jones, local counsel regarding claims analysis. | 0.50 | 700.00 | $350.00 |
| 07/22/2021 | IDS | CO | Revise claims review form. | 0.60 | 700.00 | $420.00 |
| 07/22/2021 | IDS | CO | Initial claims review analysis, regarding sexual abuse claims. | 2.80 | 700.00 | $1,960.00 |
| 07/22/2021 | SLL | CO | Review and chart sex abuse claims. | 2.00 | 300.00 | $600.00 |
| 07/22/2021 | BMM | CO | Meeting with S. Bogucki, I. Scharf, and S. Lee regarding claims review process. | 0.50 | 695.00 | $347.50 |
| 07/23/2021 | SLL | CO | Review and chart sex abuse claims. | 3.80 | 300.00 | $1,140.00 |
| 07/23/2021 | BMM | CO | Communications with Committee regarding upcoming hearings. | 0.30 | 695.00 | $208.50 |
| 07/26/2021 | IDS | CO | Initial claims review. | 2.80 | 700.00 | $1,960.00 |
| 07/26/2021 | IDS | CO | Spreadsheet setup for claims review. | 1.40 | 700.00 | $980.00 |
| 07/29/2021 | IDS | CO | Claims review and analysis. | 4.50 | 700.00 | $3,150.00 |
| | | | | **30.10** | | **$16,741.00** |

**Compensation Prof. [B160]**

| Date | Tkpr | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/23/2021 | WLR | CP | Prepare interim fee application | 0.60 | 850.00 | $510.00 |
| 07/23/2021 | WLR | CP | Correspondence to Liliana Gardiazabal and Brittany re interim fee application and documents needed | 0.20 | 700.00 | $140.00 |
| 07/23/2021 | BMM | CP | Revise PSZJ interim fee application. | 0.50 | 695.00 | $347.50 |
| 07/26/2021 | WLR | CP | Draft Second interim fee application | 3.00 | 850.00 | $2,550.00 |
| 07/27/2021 | WLR | CP | Draft Second interim fee application | 2.50 | 850.00 | $2,125.00 |
| 07/28/2021 | BMM | CP | Communications with PSZJ team regarding interim fee application. | 0.60 | 695.00 | $417.00 |
| 07/29/2021 | CAK | CP | Begin drafting spreadsheet in preparation of 2nd Interim fee application | 0.40 | 300.00 | $120.00 |
| 07/29/2021 | BMM | CP | Communications with PSZJ team regarding interim fee application. | 0.40 | 695.00 | $278.00 |
| | | | | **8.20** | | **$6,487.50** |

**General Creditors Comm. [B150]**

| Date | Tkpr | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/07/2021 | BMM | GC | Communication with Committee regarding case issues. | 0.30 | 695.00 | $208.50 |

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/15/2021 | IDS | GC | Committee meeting regarding matters, claims, mediation. | 1.20 | 700.00 | $840.00 |
| 07/15/2021 | IDS | GC | Prepare for committee meeting. | 0.40 | 700.00 | $280.00 |
| 07/15/2021 | BMM | GC | Participate in committee meeting regarding case status and strategy. | 1.20 | 695.00 | $834.00 |
| 07/26/2021 | IDS | GC | Telephone call with P. Starks regarding case. | 0.50 | 700.00 | $350.00 |
| 07/27/2021 | IDS | GC | Email update to SCC in lieu of meeting. | 0.80 | 700.00 | $560.00 |
| 07/29/2021 | IDS | GC | Email to Committee regarding status. | 0.40 | 700.00 | $280.00 |
| 07/29/2021 | BMM | GC | Communication to committee regarding next status conference. | 0.10 | 695.00 | $69.50 |
| 07/30/2021 | BMM | GC | Communications with Committee regarding upcoming hearings. | 0.10 | 695.00 | $69.50 |
|  |  |  |  | **5.00** |  | **$3,491.50** |

### Hearings

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 07/28/2021 | IDS | H | Attend status conference AVP. | 0.50 | 700.00 | $350.00 |
| 07/28/2021 | BMM | H | Participate in AP status conference. | 0.50 | 695.00 | $347.50 |
|  |  |  |  | **1.00** |  | **$697.50** |

### Insurance Coverage

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 07/06/2021 | IAWN | IC | Review coverage chart | 0.10 | 700.00 | $70.00 |
| 07/06/2021 | IAWN | IC | Exchange emails with GC re insurance in 1982. | 0.10 | 700.00 | $70.00 |
| 07/20/2021 | IAWN | IC | Email Murray re Parish insurance | 0.10 | 700.00 | $70.00 |
| 07/20/2021 | IDS | IC | Counsel call regarding case status, insurance claims. | 0.50 | 700.00 | $350.00 |
| 07/21/2021 | IAWN | IC | Review Murray email re Parish insurance | 0.10 | 700.00 | $70.00 |
| 07/27/2021 | IAWN | IC | Exchange emails with Scharf re Parish insurance. | 0.10 | 700.00 | $70.00 |
| 07/27/2021 | BMM | IC | Draft motion to intervene in insurance adversary proceedings. | 1.00 | 695.00 | $695.00 |
| 07/27/2021 | BMM | IC | Draft motion to intervene in insurance adversary proceedings. | 0.90 | 695.00 | $625.50 |
|  |  |  |  | **2.90** |  | **$2,020.50** |

### Mediation

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 07/14/2021 | IDS | ME | Call with Donato regarding mediation. | 0.40 | 700.00 | $280.00 |
| 07/23/2021 | IDS | ME | Telephone call with James Stang regarding mediators. | 0.20 | 700.00 | $140.00 |

Pachulski Stang Ziehl & Jones LLP  Page: 8
Diocese of Buffalo O.C.C.  Invoice 129097
18502    - 00002  July 31, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/27/2021 | IDS | ME | Work on mediation analysis. | 1.80 | 700.00 | $1,260.00 |
|  |  |  |  | **2.40** |  | **$1,680.00** |

**Stay Litigation [B140]**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/20/2021 | IDS | SL | Email to SCC regarding parish stay. | 0.20 | 700.00 | $140.00 |
| 07/26/2021 | BMM | SL | Draft fifth extension of parish stipulation. | 0.10 | 695.00 | $69.50 |
| 07/30/2021 | IDS | SL | Finalize Parish Stipulation. | 0.30 | 700.00 | $210.00 |
|  |  |  |  | **0.60** |  | **$419.50** |

**TOTAL SERVICES FOR THIS MATTER:** $36,061.00

Case 1-20-10322-CLB, Doc 1680-2, Filed 04/25/22, Entered 04/25/22 18:41:26, Description: Exhibit B - July 2021 Invoice, Page 9 of 14

**Expenses**

| Date | | | Amount |
|---|---|---|---|
| 07/19/2021 | RE2 | COPY ( 8 @0.10 PER PG) | 0.80 |
| 07/19/2021 | RE2 | COPY ( 7 @0.10 PER PG) | 0.70 |
| 07/19/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 07/19/2021 | RE2 | COPY ( 7 @0.10 PER PG) | 0.70 |
| 07/19/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 07/19/2021 | RE2 | COPY ( 7 @0.10 PER PG) | 0.70 |
| 07/19/2021 | RE2 | COPY ( 24 @0.10 PER PG) | 2.40 |
| 07/19/2021 | RE2 | COPY ( 9 @0.10 PER PG) | 0.90 |
| 07/19/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 07/19/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 07/19/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 07/19/2021 | RE2 | COPY ( 14 @0.10 PER PG) | 1.40 |
| 07/19/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 07/19/2021 | RE2 | COPY ( 16 @0.10 PER PG) | 1.60 |
| 07/19/2021 | RE2 | COPY ( 17 @0.10 PER PG) | 1.70 |
| 07/19/2021 | RE2 | COPY ( 7 @0.10 PER PG) | 0.70 |
| 07/19/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Buffalo O.C.C.  
18502    - 00002

Page:    10  
Invoice 129097  
July 31, 2021

| Date | | Description | Amount |
|---|---|---|---|
| 07/19/2021 | RE2 | COPY ( 6 @0.10 PER PG) | 0.60 |
| 07/19/2021 | RE2 | COPY ( 7 @0.10 PER PG) | 0.70 |
| 07/19/2021 | RE2 | COPY ( 8 @0.10 PER PG) | 0.80 |
| 07/19/2021 | RE2 | COPY ( 16 @0.10 PER PG) | 1.60 |
| 07/19/2021 | RE2 | COPY ( 8 @0.10 PER PG) | 0.80 |
| 07/19/2021 | RE2 | COPY ( 14 @0.10 PER PG) | 1.40 |
| 07/19/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 07/19/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 07/19/2021 | RE2 | COPY ( 16 @0.10 PER PG) | 1.60 |
| 07/19/2021 | RE2 | COPY ( 8 @0.10 PER PG) | 0.80 |
| 07/19/2021 | RE2 | COPY ( 8 @0.10 PER PG) | 0.80 |
| 07/19/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 07/19/2021 | RE2 | COPY ( 3 @0.10 PER PG) | 0.30 |
| 07/19/2021 | RE2 | COPY ( 6 @0.10 PER PG) | 0.60 |
| 07/19/2021 | RE2 | COPY ( 7 @0.10 PER PG) | 0.70 |
| 07/19/2021 | RE2 | COPY ( 7 @0.10 PER PG) | 0.70 |
| 07/19/2021 | RE2 | COPY ( 14 @0.10 PER PG) | 1.40 |
| 07/19/2021 | RE2 | COPY ( 5 @0.10 PER PG) | 0.50 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 07/19/2021 | RE2 | COPY ( 8 @0.10 PER PG) | 0.80 |
| 07/19/2021 | RE2 | COPY ( 16 @0.10 PER PG) | 1.60 |
| 07/19/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 07/19/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 07/19/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 07/19/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 07/19/2021 | RE2 | COPY ( 7 @0.10 PER PG) | 0.70 |
| 07/19/2021 | RE2 | COPY ( 9 @0.10 PER PG) | 0.90 |
| 07/19/2021 | RE2 | COPY ( 16 @0.10 PER PG) | 1.60 |
| 07/19/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 07/19/2021 | RE2 | COPY ( 14 @0.10 PER PG) | 1.40 |
| 07/19/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 07/19/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 07/19/2021 | RE2 | COPY ( 16 @0.10 PER PG) | 1.60 |
| 07/19/2021 | RE2 | COPY ( 16 @0.10 PER PG) | 1.60 |
| 07/19/2021 | RE2 | COPY ( 16 @0.10 PER PG) | 1.60 |
| 07/19/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 07/19/2021 | RE2 | COPY ( 16 @0.10 PER PG) | 1.60 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 07/19/2021 | RE2 | COPY ( 16 @0.10 PER PG) | 1.60 |
| 07/19/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 07/19/2021 | RE2 | COPY ( 8 @0.10 PER PG) | 0.80 |
| 07/19/2021 | RE2 | COPY ( 18 @0.10 PER PG) | 1.80 |
| 07/19/2021 | RE2 | COPY ( 8 @0.10 PER PG) | 0.80 |
| 07/19/2021 | RE2 | COPY ( 8 @0.10 PER PG) | 0.80 |
| 07/19/2021 | RE2 | COPY ( 3 @0.10 PER PG) | 0.30 |
| 07/21/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 07/21/2021 | RE2 | COPY ( 16 @0.10 PER PG) | 1.60 |
| 07/21/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 07/21/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 07/21/2021 | RE2 | COPY ( 16 @0.10 PER PG) | 1.60 |
| 07/21/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 07/21/2021 | RE2 | COPY ( 9 @0.10 PER PG) | 0.90 |
| 07/31/2021 | OS | Everlaw, Inv. 43213, Diocese of Buffalo database for the month of July | 500.00 |
| 07/31/2021 | PAC | Pacer - Court Research | 11.20 |

**Total Expenses for this Matter**  **$594.20**

# REMITTANCE ADVICE

Please inlcude this Remittance with your payment

**For current services rendered through:**    07/31/2021

| | |
|---|---:|
| **Total Fees** | $36,061.00 |
| **Total Expenses** | 594.20 |
| **Total Due on Current Invoice** | $36,655.20 |

Outstanding Balance from prior invoices as of    07/31/2021    (May not include recent payments)

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---:|---:|---:|
| 125270 | 04/30/2020 | $109,192.50 | $625.07 | $10,919.25 |
| 125276 | 05/31/2020 | $152,307.50 | $578.14 | $15,230.75 |
| 125334 | 06/30/2020 | $41,562.50 | $1,006.09 | $4,156.25 |
| 126177 | 07/31/2020 | $51,502.50 | $1,349.12 | $5,150.25 |
| 126524 | 08/31/2020 | $33,130.00 | $247.58 | $7,891.75 |
| 128245 | 03/31/2021 | $32,659.50 | $555.35 | $3,448.23 |
| 128247 | 04/30/2021 | $18,006.50 | $514.72 | $18,521.22 |
| 128249 | 05/31/2021 | $18,814.50 | $500.00 | $19,314.50 |
| 129096 | 06/30/2021 | $11,449.00 | $500.00 | $11,949.00 |

**Total Amount Due on Current and Prior Invoices:**    **$133,236.40**