**EXHIBIT C**
**[August 2021 Invoice]**

# Pachulski Stang Ziehl & Jones LLP

780 Third Avenue
34th Floor
New York, NY 10017

|  |  |
|---|---|
| IDS | August 31, 2021 |
|  | Invoice 129098 |
|  | Client 18502 |
|  | Matter 00002 |
|  | **IDS** |

RE: Committee Representation

---

| **STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2021** | |
|---|---:|
| FEES | $74,858.50 |
| EXPENSES | $796.74 |
| **TOTAL CURRENT CHARGES** | **$75,655.24** |
| **BALANCE FORWARD** | **$133,236.40** |
| **TOTAL BALANCE DUE** | **$208,891.64** |

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BMM | Michael, Brittany M. | Counsel | 695.00 | 6.30 | $4,378.50 |
| CAK | Knotts, Cheryl A. | Paralegal | 300.00 | 6.30 | $1,890.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 0.10 | $70.00 |
| IDS | Scharf, Ilan D. | Partner | 700.00 | 43.20 | $30,240.00 |
| JIS | Stang, James I. | Partner | 700.00 | 0.40 | $280.00 |
| LSC | Canty, La Asia S. | Paralegal | 300.00 | 0.60 | $180.00 |
| NHB | Brown, Nancy H. | Other | 300.00 | 31.90 | $9,570.00 |
| SLL | Lee, Sophia L. | Other | 300.00 | 81.70 | $24,510.00 |
| WLR | Ramseyer, William L. | Counsel | 850.00 | 4.40 | $3,740.00 |
| | | | | 174.90 | $74,858.50 |

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---:|---:|
| AA | Asset Analysis/Recovery[B120] | 2.20 | $1,535.00 |
| CA | Case Administration [B110] | 0.20 | $139.00 |
| CO | Claims Admin/Objections[B310] | 139.70 | $54,547.00 |
| CP | Compensation Prof. [B160] | 13.50 | $7,345.50 |
| GC | General Creditors Comm. [B150] | 1.00 | $695.00 |
| IC | Insurance Coverage | 10.90 | $5,426.00 |
| ME | Mediation | 3.20 | $2,234.00 |
| PC | PSZ&J Compensation | 0.30 | $208.50 |
| SL | Stay Litigation [B140] | 3.90 | $2,728.50 |
| | | 174.90 | $74,858.50 |

## Summary of Expenses

| Description | Amount |
|---|---|
| Conference Call [E105] | $1.34 |
| Pacer - Court Research | $14.10 |
| Reproduction/ Scan Copy | $281.30 |
| Research [E106] | $500.00 |
| | $796.74 |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Buffalo O.C.C.  
18502    - 00002

Page:     5  
Invoice 129098  
August 31, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis/Recovery[B120]** | | | | | | |
| 08/03/2021 | IDS | AA | Analysis of insurance issues at parish level. | 1.20 | 700.00 | $840.00 |
| 08/03/2021 | BMM | AA | Download and prepare documents for Committee review. | 0.30 | 695.00 | $208.50 |
| 08/10/2021 | BMM | AA | Review missing documents requested by SCC. | 0.10 | 695.00 | $69.50 |
| 08/10/2021 | BMM | AA | Emails with PSZJ team regarding claims review process. | 0.30 | 695.00 | $208.50 |
| 08/13/2021 | BMM | AA | Call with Committee member regarding CVA documents. | 0.30 | 695.00 | $208.50 |
|  |  |  |  | **2.20** |  | **$1,535.00** |
| **Case Administration [B110]** | | | | | | |
| 08/16/2021 | BMM | CA | Call with Debtor's counsel regarding ongoing case issues. | 0.20 | 695.00 | $139.00 |
|  |  |  |  | **0.20** |  | **$139.00** |
| **Claims Admin/Objections[B310]** | | | | | | |
| 08/03/2021 | SLL | CO | Chart sex abuse claims. | 1.20 | 300.00 | $360.00 |
| 08/04/2021 | IDS | CO | Work on claim analysis and review. | 3.40 | 700.00 | $2,380.00 |
| 08/04/2021 | SLL | CO | Chart sex abuse claims. | 1.80 | 300.00 | $540.00 |
| 08/05/2021 | SLL | CO | Chart sex abuse claims. | 2.00 | 300.00 | $600.00 |
| 08/09/2021 | SLL | CO | Chart confidential sexual abuse claims. | 1.50 | 300.00 | $450.00 |
| 08/10/2021 | SLL | CO | Chart sexual abuse claims. | 4.00 | 300.00 | $1,200.00 |
| 08/10/2021 | IDS | CO | Claims review and analysis. | 3.50 | 700.00 | $2,450.00 |
| 08/11/2021 | SLL | CO | Review and chart sexual abuse claims. | 3.20 | 300.00 | $960.00 |
| 08/12/2021 | BMM | CO | Call with S. Bogucki (in part), I. Scharf, S. Lee (in part) regarding claims review process. | 0.60 | 695.00 | $417.00 |
| 08/12/2021 | IDS | CO | Claims review and analysis. | 4.30 | 700.00 | $3,010.00 |
| 08/12/2021 | NHB | CO | Review and chart confidential sexual abuse claims. | 2.50 | 300.00 | $750.00 |
| 08/13/2021 | NHB | CO | Review and chart confidential sexual abuse claims. | 3.00 | 300.00 | $900.00 |
| 08/13/2021 | SLL | CO | Review and chart sexual abuse claims. | 4.00 | 300.00 | $1,200.00 |
| 08/16/2021 | IDS | CO | Claims review and analysis. | 2.40 | 700.00 | $1,680.00 |
| 08/16/2021 | NHB | CO | Review and chart confidential sexual abuse claims. | 2.00 | 300.00 | $600.00 |
| 08/16/2021 | SLL | CO | Review and chart sexual abuse claims. | 5.00 | 300.00 | $1,500.00 |

| Date | Initials | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 08/17/2021 | IDS | CO | Claims review and analysis. | 4.40 | 700.00 | $3,080.00 |
| 08/17/2021 | NHB | CO | Review and chart confidential sexual abuse claims. | 2.00 | 300.00 | $600.00 |
| 08/17/2021 | SLL | CO | Review and chart sexual abuse claim. | 5.40 | 300.00 | $1,620.00 |
| 08/18/2021 | IDS | CO | Claims review and analysis. | 4.30 | 700.00 | $3,010.00 |
| 08/18/2021 | NHB | CO | Review and chart confidential sexual abuse claims. | 3.50 | 300.00 | $1,050.00 |
| 08/18/2021 | SLL | CO | Review and chart sexual abuse claims. | 5.50 | 300.00 | $1,650.00 |
| 08/19/2021 | IDS | CO | Claims reviews and analysis. | 4.40 | 700.00 | $3,080.00 |
| 08/19/2021 | NHB | CO | Review and chart confidential sexual abuse claims. | 1.50 | 300.00 | $450.00 |
| 08/19/2021 | SLL | CO | Review and chart sexual abuse claims. | 5.80 | 300.00 | $1,740.00 |
| 08/20/2021 | IDS | CO | Claims review and analysis. | 4.30 | 700.00 | $3,010.00 |
| 08/20/2021 | SLL | CO | Review and chart sexual abuse claims. | 4.80 | 300.00 | $1,440.00 |
| 08/23/2021 | NHB | CO | Review and chart confidential sexual abuse claims. | 1.70 | 300.00 | $510.00 |
| 08/24/2021 | NHB | CO | Review and chart confidential sexual abuse claims. | 2.70 | 300.00 | $810.00 |
| 08/24/2021 | SLL | CO | Review and chart sex abuse claims. | 5.00 | 300.00 | $1,500.00 |
| 08/25/2021 | NHB | CO | Review and chart confidential sexual abuse claims. | 3.40 | 300.00 | $1,020.00 |
| 08/25/2021 | SLL | CO | Review and chart sexual abuse claims. | 5.00 | 300.00 | $1,500.00 |
| 08/26/2021 | SLL | CO | Review and chart sexual abuse claims. | 4.50 | 300.00 | $1,350.00 |
| 08/27/2021 | NHB | CO | Review and chart confidential sexual abuse claims. | 2.80 | 300.00 | $840.00 |
| 08/27/2021 | SLL | CO | Review and chart sexual abuse claims. | 5.00 | 300.00 | $1,500.00 |
| 08/30/2021 | NHB | CO | Review and chart confidential sexual abuse claims. | 2.80 | 300.00 | $840.00 |
| 08/30/2021 | SLL | CO | Review and chart sex abuse claims. | 5.00 | 300.00 | $1,500.00 |
| 08/31/2021 | NHB | CO | Review and chart confidential sexual abuse claims. | 4.00 | 300.00 | $1,200.00 |
| 08/31/2021 | SLL | CO | Review and chart sex abuse claims. | 4.00 | 300.00 | $1,200.00 |
| | | | | **139.70** | | **$54,547.00** |

### Compensation Prof. [B160]

| Date | Initials | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 08/03/2021 | CAK | CP | Update spreadsheet in preparation of 2nd Interim fee application | 1.00 | 300.00 | $300.00 |
| 08/04/2021 | CAK | CP | Update spreadsheet in preparation of 2nd Interim fee application | 1.00 | 300.00 | $300.00 |
| 08/04/2021 | CAK | CP | Draft charts for 2nd Interim fee application | 0.80 | 300.00 | $240.00 |
| 08/05/2021 | WLR | CP | Review and revise Second interim fee application | 1.70 | 850.00 | $1,445.00 |
| 08/06/2021 | WLR | CP | Review and revise Second interim fee application | 2.70 | 850.00 | $2,295.00 |

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/09/2021 | CAK | CP | Review and update 2nd Interim fee application; prepare and draft exhibits to same. | 3.50 | 300.00 | $1,050.00 |
| 08/13/2021 | BMM | CP | Revise PSZJ second interim fee application. | 0.30 | 695.00 | $208.50 |
| 08/13/2021 | BMM | CP | Revise PSZJ second interim fee application. | 0.60 | 695.00 | $417.00 |
| 08/19/2021 | IDS | CP | Finalize Pachulski Stang Ziehl & Jones fee application. | 1.30 | 700.00 | $910.00 |
| 08/24/2021 | LSC | CP | Revise PSZJ's 2nd interim fee application (.4); prepare COS for same (.2) | 0.60 | 300.00 | $180.00 |
|  |  |  |  | **13.50** |  | **$7,345.50** |

### General Creditors Comm. [B150]

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 08/10/2021 | BMM | GC | Email to SCC regarding ongoing case issues. | 0.10 | 695.00 | $69.50 |
| 08/19/2021 | BMM | GC | Participate in Committee meeting regarding claims and mediation. | 0.90 | 695.00 | $625.50 |
|  |  |  |  | **1.00** |  | **$695.00** |

### Insurance Coverage

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 08/10/2021 | IDS | IC | Continue coverage analysis. | 1.30 | 700.00 | $910.00 |
| 08/14/2021 | IAWN | IC | Exchanged emails with Murray re Parish coverage chart | 0.10 | 700.00 | $70.00 |
| 08/19/2021 | IDS | IC | Work on parish insurance analysis. | 0.80 | 700.00 | $560.00 |
| 08/19/2021 | BMM | IC | Call with I. Scharf regarding insurance analysis. | 0.30 | 695.00 | $208.50 |
| 08/20/2021 | IDS | IC | Update/ revise insurance analysis. | 2.40 | 700.00 | $1,680.00 |
| 08/23/2021 | SLL | IC | Review and chart sexual abuse claims. | 5.50 | 300.00 | $1,650.00 |
| 08/23/2021 | BMM | IC | Meeting with S. Bogucki regarding parish level insurance review. | 0.50 | 695.00 | $347.50 |
|  |  |  |  | **10.90** |  | **$5,426.00** |

### Mediation

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 08/17/2021 | JIS | ME | Call with I. Scharf regarding mediators. | 0.40 | 700.00 | $280.00 |
| 08/17/2021 | IDS | ME | Discussion with Jim Stang regarding mediatior selection. | 0.40 | 700.00 | $280.00 |
| 08/19/2021 | IDS | ME | Meet with mediator candidate (MC-R). | 0.60 | 700.00 | $420.00 |
| 08/19/2021 | IDS | ME | Email to mediator candidate (D-W). | 0.40 | 700.00 | $280.00 |
| 08/19/2021 | IDS | ME | Email to Donato regarding mediation. | 0.20 | 700.00 | $140.00 |
| 08/19/2021 | BMM | ME | Meeting with potential mediator. | 1.20 | 695.00 | $834.00 |

|  |  |  |  | **3.20** | | **$2,234.00** |
|---|---|---|---|---|---|---|
| **PSZ&J Compensation** | | | | | | |
| 08/20/2021 | BMM | PC | Prepare final fee application for filing. | 0.30 | 695.00 | $208.50 |
| | | | | **0.30** | | **$208.50** |
| **Stay Litigation [B140]** | | | | | | |
| 08/06/2021 | IDS | SL | Review parish stay. | 1.00 | 700.00 | $700.00 |
| 08/06/2021 | IDS | SL | Email to A. Janet regarding parish stay. | 0.50 | 700.00 | $350.00 |
| 08/06/2021 | IDS | SL | Telephone conference with SCC (A. Janet) regarding Parish stay. | 0.80 | 700.00 | $560.00 |
| 08/13/2021 | IDS | SL | Telephone conference and email with A. Janet regarding parish stay to extensions. | 0.50 | 700.00 | $350.00 |
| 08/18/2021 | IDS | SL | Respond to S. Benson request regarding PI AVP. | 0.40 | 700.00 | $280.00 |
| 08/18/2021 | IDS | SL | Email to R. Weisbeck regarding PI AVP. | 0.40 | 700.00 | $280.00 |
| 08/27/2021 | BMM | SL | Communications with SCC and Debtor's counsel regarding stay defendants. | 0.30 | 695.00 | $208.50 |
| | | | | **3.90** | | **$2,728.50** |

**TOTAL SERVICES FOR THIS MATTER:** $74,858.50

**Expenses**

| Date | | Description | Amount |
|---|---|---|---|
| 08/04/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 08/04/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 08/04/2021 | RE2 | COPY ( 10 @0.10 PER PG) | 1.00 |
| 08/04/2021 | RE2 | COPY ( 18 @0.10 PER PG) | 1.80 |
| 08/04/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 08/04/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 08/04/2021 | RE2 | COPY ( 17 @0.10 PER PG) | 1.70 |
| 08/04/2021 | RE2 | COPY ( 17 @0.10 PER PG) | 1.70 |
| 08/04/2021 | RE2 | COPY ( 9 @0.10 PER PG) | 0.90 |
| 08/04/2021 | RE2 | COPY ( 9 @0.10 PER PG) | 0.90 |
| 08/04/2021 | RE2 | COPY ( 16 @0.10 PER PG) | 1.60 |
| 08/04/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 08/04/2021 | RE2 | COPY ( 16 @0.10 PER PG) | 1.60 |
| 08/04/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 08/04/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 08/04/2021 | RE2 | COPY ( 9 @0.10 PER PG) | 0.90 |
| 08/04/2021 | RE2 | COPY ( 14 @0.10 PER PG) | 1.40 |

| Date | Tkpr | Description | Amount |
|---|---|---|---|
| 08/04/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 08/04/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 08/04/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 08/06/2021 | RE2 | COPY ( 10 @0.10 PER PG) | 1.00 |
| 08/06/2021 | RE2 | COPY ( 42 @0.10 PER PG) | 4.20 |
| 08/06/2021 | RE2 | COPY ( 11 @0.10 PER PG) | 1.10 |
| 08/06/2021 | RE2 | COPY ( 18 @0.10 PER PG) | 1.80 |
| 08/06/2021 | RE2 | COPY ( 8 @0.10 PER PG) | 0.80 |
| 08/06/2021 | RE2 | COPY ( 8 @0.10 PER PG) | 0.80 |
| 08/06/2021 | RE2 | COPY ( 8 @0.10 PER PG) | 0.80 |
| 08/06/2021 | RE2 | COPY ( 22 @0.10 PER PG) | 2.20 |
| 08/06/2021 | RE2 | COPY ( 19 @0.10 PER PG) | 1.90 |
| 08/06/2021 | RE2 | COPY ( 12 @0.10 PER PG) | 1.20 |
| 08/06/2021 | RE2 | COPY ( 8 @0.10 PER PG) | 0.80 |
| 08/06/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 08/06/2021 | RE2 | COPY ( 21 @0.10 PER PG) | 2.10 |
| 08/06/2021 | RE2 | COPY ( 13 @0.10 PER PG) | 1.30 |
| 08/06/2021 | RE2 | COPY ( 16 @0.10 PER PG) | 1.60 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 08/10/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 08/10/2021 | RE2 | COPY ( 9 @0.10 PER PG) | 0.90 |
| 08/10/2021 | RE2 | COPY ( 9 @0.10 PER PG) | 0.90 |
| 08/10/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 08/10/2021 | RE2 | COPY ( 16 @0.10 PER PG) | 1.60 |
| 08/10/2021 | RE2 | COPY ( 17 @0.10 PER PG) | 1.70 |
| 08/10/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 08/10/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 08/10/2021 | RE2 | COPY ( 16 @0.10 PER PG) | 1.60 |
| 08/10/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 08/10/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 08/10/2021 | RE2 | COPY ( 14 @0.10 PER PG) | 1.40 |
| 08/10/2021 | RE2 | COPY ( 9 @0.10 PER PG) | 0.90 |
| 08/10/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 08/10/2021 | RE2 | COPY ( 9 @0.10 PER PG) | 0.90 |
| 08/16/2021 | RE2 | COPY ( 8 @0.10 PER PG) | 0.80 |
| 08/16/2021 | RE2 | COPY ( 19 @0.10 PER PG) | 1.90 |
| 08/16/2021 | RE2 | COPY ( 8 @0.10 PER PG) | 0.80 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 08/16/2021 | RE2 | COPY ( 8 @0.10 PER PG) | 0.80 |
| 08/16/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 08/16/2021 | RE2 | COPY ( 16 @0.10 PER PG) | 1.60 |
| 08/16/2021 | RE2 | COPY ( 8 @0.10 PER PG) | 0.80 |
| 08/16/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 08/17/2021 | RE2 | COPY ( 18 @0.10 PER PG) | 1.80 |
| 08/17/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 08/17/2021 | RE2 | COPY ( 17 @0.10 PER PG) | 1.70 |
| 08/17/2021 | RE2 | COPY ( 17 @0.10 PER PG) | 1.70 |
| 08/17/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 08/17/2021 | RE2 | COPY ( 18 @0.10 PER PG) | 1.80 |
| 08/17/2021 | RE2 | COPY ( 22 @0.10 PER PG) | 2.20 |
| 08/17/2021 | RE2 | COPY ( 19 @0.10 PER PG) | 1.90 |
| 08/17/2021 | RE2 | COPY ( 31 @0.10 PER PG) | 3.10 |
| 08/17/2021 | RE2 | COPY ( 32 @0.10 PER PG) | 3.20 |
| 08/17/2021 | RE2 | COPY ( 101 @0.10 PER PG) | 10.10 |
| 08/17/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 08/17/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 08/17/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 08/17/2021 | RE2 | COPY ( 18 @0.10 PER PG) | 1.80 |
| 08/17/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 08/17/2021 | RE2 | COPY ( 38 @0.10 PER PG) | 3.80 |
| 08/17/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 08/17/2021 | RE2 | COPY ( 29 @0.10 PER PG) | 2.90 |
| 08/17/2021 | RE2 | COPY ( 29 @0.10 PER PG) | 2.90 |
| 08/18/2021 | RE2 | COPY ( 9 @0.10 PER PG) | 0.90 |
| 08/18/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 08/18/2021 | RE2 | COPY ( 19 @0.10 PER PG) | 1.90 |
| 08/18/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 08/18/2021 | RE2 | COPY ( 8 @0.10 PER PG) | 0.80 |
| 08/18/2021 | RE2 | COPY ( 9 @0.10 PER PG) | 0.90 |
| 08/18/2021 | RE2 | COPY ( 9 @0.10 PER PG) | 0.90 |
| 08/18/2021 | RE2 | COPY ( 16 @0.10 PER PG) | 1.60 |
| 08/18/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 08/18/2021 | RE2 | COPY ( 16 @0.10 PER PG) | 1.60 |
| 08/18/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 08/18/2021 | RE2 | COPY ( 16 @0.10 PER PG) | 1.60 |
| 08/18/2021 | RE2 | COPY ( 16 @0.10 PER PG) | 1.60 |
| 08/18/2021 | RE2 | COPY ( 16 @0.10 PER PG) | 1.60 |
| 08/18/2021 | RE2 | COPY ( 9 @0.10 PER PG) | 0.90 |
| 08/18/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 08/18/2021 | RE2 | COPY ( 9 @0.10 PER PG) | 0.90 |
| 08/18/2021 | RE2 | COPY ( 9 @0.10 PER PG) | 0.90 |
| 08/18/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 08/18/2021 | RE2 | COPY ( 11 @0.10 PER PG) | 1.10 |
| 08/19/2021 | RE2 | COPY ( 12 @0.10 PER PG) | 1.20 |
| 08/19/2021 | RE2 | COPY ( 14 @0.10 PER PG) | 1.40 |
| 08/20/2021 | RE2 | COPY ( 16 @0.10 PER PG) | 1.60 |
| 08/20/2021 | RE2 | COPY ( 16 @0.10 PER PG) | 1.60 |
| 08/20/2021 | RE2 | COPY ( 12 @0.10 PER PG) | 1.20 |
| 08/20/2021 | RE2 | COPY ( 56 @0.10 PER PG) | 5.60 |
| 08/20/2021 | RE2 | COPY ( 8 @0.10 PER PG) | 0.80 |
| 08/20/2021 | RE2 | COPY ( 19 @0.10 PER PG) | 1.90 |
| 08/20/2021 | RE2 | COPY ( 9 @0.10 PER PG) | 0.90 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 08/20/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 08/20/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 08/20/2021 | RE2 | COPY ( 12 @0.10 PER PG) | 1.20 |
| 08/20/2021 | RE2 | COPY ( 10 @0.10 PER PG) | 1.00 |
| 08/20/2021 | RE2 | COPY ( 11 @0.10 PER PG) | 1.10 |
| 08/20/2021 | RE2 | COPY ( 14 @0.10 PER PG) | 1.40 |
| 08/20/2021 | RE2 | COPY ( 10 @0.10 PER PG) | 1.00 |
| 08/20/2021 | RE2 | COPY ( 18 @0.10 PER PG) | 1.80 |
| 08/20/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 08/20/2021 | RE2 | COPY ( 12 @0.10 PER PG) | 1.20 |
| 08/20/2021 | RE2 | COPY ( 17 @0.10 PER PG) | 1.70 |
| 08/20/2021 | RE2 | COPY ( 16 @0.10 PER PG) | 1.60 |
| 08/20/2021 | RE2 | COPY ( 17 @0.10 PER PG) | 1.70 |
| 08/20/2021 | RE2 | COPY ( 12 @0.10 PER PG) | 1.20 |
| 08/20/2021 | RE2 | COPY ( 9 @0.10 PER PG) | 0.90 |
| 08/20/2021 | RE2 | COPY ( 9 @0.10 PER PG) | 0.90 |
| 08/24/2021 | CC | Conference Call [E105] Loop Up Conference Call, IDS | 1.34 |
| 08/24/2021 | RE2 | COPY ( 9 @0.10 PER PG) | 0.90 |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Buffalo O.C.C.  
18502    - 00002

Page:     16  
Invoice 129098  
August 31, 2021

| Date | | Description | Amount |
|---|---|---|---|
| 08/24/2021 | RE2 | COPY ( 17 @0.10 PER PG) | 1.70 |
| 08/24/2021 | RE2 | COPY ( 20 @0.10 PER PG) | 2.00 |
| 08/24/2021 | RE2 | COPY ( 19 @0.10 PER PG) | 1.90 |
| 08/24/2021 | RE2 | COPY ( 16 @0.10 PER PG) | 1.60 |
| 08/24/2021 | RE2 | COPY ( 8 @0.10 PER PG) | 0.80 |
| 08/24/2021 | RE2 | COPY ( 18 @0.10 PER PG) | 1.80 |
| 08/24/2021 | RE2 | COPY ( 21 @0.10 PER PG) | 2.10 |
| 08/24/2021 | RE2 | COPY ( 8 @0.10 PER PG) | 0.80 |
| 08/26/2021 | RE2 | COPY ( 18 @0.10 PER PG) | 1.80 |
| 08/26/2021 | RE2 | COPY ( 16 @0.10 PER PG) | 1.60 |
| 08/26/2021 | RE2 | COPY ( 9 @0.10 PER PG) | 0.90 |
| 08/26/2021 | RE2 | COPY ( 22 @0.10 PER PG) | 2.20 |
| 08/26/2021 | RE2 | COPY ( 16 @0.10 PER PG) | 1.60 |
| 08/26/2021 | RE2 | COPY ( 10 @0.10 PER PG) | 1.00 |
| 08/26/2021 | RE2 | COPY ( 9 @0.10 PER PG) | 0.90 |
| 08/26/2021 | RE2 | COPY ( 16 @0.10 PER PG) | 1.60 |
| 08/26/2021 | RE2 | COPY ( 17 @0.10 PER PG) | 1.70 |
| 08/26/2021 | RE2 | COPY ( 20 @0.10 PER PG) | 2.00 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 08/26/2021 | RE2 | COPY ( 8 @0.10 PER PG) | 0.80 |
| 08/26/2021 | RE2 | COPY ( 13 @0.10 PER PG) | 1.30 |
| 08/26/2021 | RE2 | COPY ( 11 @0.10 PER PG) | 1.10 |
| 08/26/2021 | RE2 | COPY ( 9 @0.10 PER PG) | 0.90 |
| 08/30/2021 | RE2 | COPY ( 8 @0.10 PER PG) | 0.80 |
| 08/30/2021 | RE2 | COPY ( 9 @0.10 PER PG) | 0.90 |
| 08/30/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 08/30/2021 | RE2 | COPY ( 14 @0.10 PER PG) | 1.40 |
| 08/30/2021 | RE2 | COPY ( 12 @0.10 PER PG) | 1.20 |
| 08/30/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 08/30/2021 | RE2 | COPY ( 16 @0.10 PER PG) | 1.60 |
| 08/30/2021 | RE2 | COPY ( 8 @0.10 PER PG) | 0.80 |
| 08/30/2021 | RE2 | COPY ( 9 @0.10 PER PG) | 0.90 |
| 08/30/2021 | RE2 | COPY ( 22 @0.10 PER PG) | 2.20 |
| 08/30/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 08/30/2021 | RE2 | COPY ( 16 @0.10 PER PG) | 1.60 |
| 08/30/2021 | RE2 | COPY ( 52 @0.10 PER PG) | 5.20 |
| 08/30/2021 | RE2 | COPY ( 8 @0.10 PER PG) | 0.80 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 08/30/2021 | RE2 | COPY ( 214 @0.10 PER PG) | 21.40 |
| 08/30/2021 | RE2 | COPY ( 9 @0.10 PER PG) | 0.90 |
| 08/30/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 08/30/2021 | RE2 | COPY ( 9 @0.10 PER PG) | 0.90 |
| 08/30/2021 | RE2 | COPY ( 16 @0.10 PER PG) | 1.60 |
| 08/30/2021 | RE2 | COPY ( 8 @0.10 PER PG) | 0.80 |
| 08/30/2021 | RE2 | COPY ( 30 @0.10 PER PG) | 3.00 |
| 08/30/2021 | RE2 | COPY ( 8 @0.10 PER PG) | 0.80 |
| 08/30/2021 | RE2 | COPY ( 8 @0.10 PER PG) | 0.80 |
| 08/31/2021 | RS | Research [E106] Everlaw Inc. Inv. 44532 | 500.00 |
| 08/31/2021 | PAC | Pacer - Court Research | 14.10 |

**Total Expenses for this Matter** **$796.74**

Pachulski Stang Ziehl & Jones LLP  
Diocese of Buffalo O.C.C.  
18502    - 00002

Page:     19  
Invoice 129098  
August 31, 2021

# REMITTANCE ADVICE

### Please inlcude this Remittance with your payment

**For current services rendered through:**     08/31/2021

| | |
|---|---:|
| **Total Fees** | $74,858.50 |
| **Total Expenses** | 796.74 |
| **Total Due on Current Invoice** | $75,655.24 |

**Outstanding Balance from prior invoices as of     08/31/2021     (May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---:|---:|---:|
| 125270 | 04/30/2020 | $109,192.50 | $625.07 | $10,919.25 |
| 125276 | 05/31/2020 | $152,307.50 | $578.14 | $15,230.75 |
| 125334 | 06/30/2020 | $41,562.50 | $1,006.09 | $4,156.25 |
| 126177 | 07/31/2020 | $51,502.50 | $1,349.12 | $5,150.25 |
| 126524 | 08/31/2020 | $33,130.00 | $247.58 | $7,891.75 |
| 128245 | 03/31/2021 | $32,659.50 | $555.35 | $3,448.23 |
| 128247 | 04/30/2021 | $18,006.50 | $514.72 | $18,521.22 |
| 128249 | 05/31/2021 | $18,814.50 | $500.00 | $19,314.50 |
| 129096 | 06/30/2021 | $11,449.00 | $500.00 | $11,949.00 |
| 129097 | 07/31/2021 | $36,061.00 | $594.20 | $36,655.20 |

**Total Amount Due on Current and Prior Invoices:**     **$208,891.64**