# EXHIBIT D
# [September 2021 Invoice]

DOCS_DE:238894.1 18502/001
Case 1-20-10322-CLB, Doc 1680-4, Filed 04/25/22, Entered 04/25/22 18:41:26, Description: Exhibit D - September 2021 Invoice, Page 1 of 13

# Pachulski Stang Ziehl & Jones LLP

780 Third Avenue
34th Floor
New York, NY 10017

|  |  |
|---|---|
| IDS | September 30, 2021 |
|  | Invoice    129099 |
|  | Client     18502 |
|  | Matter    00002 |
|  | **IDS** |

RE: Committee Representation

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH    09/30/2021**

| | |
|---|---|
| FEES | $88,880.00 |
| EXPENSES | $2,475.12 |
| **TOTAL CURRENT CHARGES** | **$91,355.12** |
| **BALANCE FORWARD** | **$208,891.64** |
| **TOTAL BALANCE DUE** | **$300,246.76** |

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BMM | Michael, Brittany M. | Counsel | 695.00 | 16.00 | $11,120.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 2.10 | $1,470.00 |
| IDS | Scharf, Ilan D. | Partner | 700.00 | 84.90 | $59,430.00 |
| LSC | Canty, La Asia S. | Paralegal | 300.00 | 2.20 | $660.00 |
| NHB | Brown, Nancy H. | Other | 300.00 | 20.00 | $6,000.00 |
| SLL | Lee, Sophia L. | Other | 300.00 | 34.00 | $10,200.00 |
| | | | | 159.20 | $88,880.00 |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Buffalo O.C.C.  
18502    - 00002

Page:     3  
Invoice 129099  
September 30, 2021

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| BL | Bankruptcy Litigation [L430] | 0.90 | $630.00 |
| CA | Case Administration [B110] | 1.20 | $836.50 |
| CO | Claims Admin/Objections[B310] | 115.60 | $59,320.00 |
| CP | Compensation Prof. [B160] | 2.50 | $868.50 |
| GC | General Creditors Comm. [B150] | 4.90 | $3,417.50 |
| HE | Hearing | 5.40 | $3,765.50 |
| IC | Insurance Coverage | 5.70 | $3,985.50 |
| ME | Mediation | 4.70 | $3,288.50 |
| SL | Stay Litigation [B140] | 18.30 | $12,768.00 |
|   |   | 159.20 | $88,880.00 |

## Summary of Expenses

| Description | Amount |
|---|---:|
| Pacer - Court Research | $19.80 |
| Postage [E108] | $359.52 |
| Reproduction Expense [E101] | $1,541.60 |
| Reproduction/ Scan Copy | $54.20 |
| Research [E106] | $500.00 |
| | $2,475.12 |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Buffalo O.C.C.  
18502    - 00002

Page:    5  
Invoice 129099  
September 30, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Bankruptcy Litigation [L430]

| 09/27/2021 | IDS | BL | Review Bar Date order regarding potential breach by defense counsel. | 0.40 | 700.00 | $280.00 |
| 09/30/2021 | IDS | BL | SCC call regarding Diocesan Review Board requests. | 0.50 | 700.00 | $350.00 |
|  |  |  |  | **0.90** |  | **$630.00** |

### Case Administration [B110]

| 09/13/2021 | IDS | CA | Call with Debtor counsel regarding mediation, parish stay. | 0.50 | 700.00 | $350.00 |
| 09/23/2021 | BMM | CA | Meeting with Debtor's counsel regarding ongoing case issues. | 0.40 | 695.00 | $278.00 |
| 09/23/2021 | BMM | CA | Call with I. Scharf regarding case issues. | 0.30 | 695.00 | $208.50 |
|  |  |  |  | **1.20** |  | **$836.50** |

### Claims Admin/Objections[B310]

| 09/01/2021 | NHB | CO | Review and chart confidential sexual abuse claims. | 4.80 | 300.00 | $1,440.00 |
| 09/01/2021 | SLL | CO | Review and chart sexual abuse claims. | 5.00 | 300.00 | $1,500.00 |
| 09/02/2021 | SLL | CO | Review and chart sex abuse claims. | 5.00 | 300.00 | $1,500.00 |
| 09/03/2021 | IDS | CO | Claims review and analysis. | 4.50 | 700.00 | $3,150.00 |
| 09/03/2021 | NHB | CO | Review and chart confidential sexual abuse claims. | 4.00 | 300.00 | $1,200.00 |
| 09/03/2021 | SLL | CO | Review and chart sex abuse claims. | 5.00 | 300.00 | $1,500.00 |
| 09/06/2021 | IDS | CO | Claims review and analysis. | 6.70 | 700.00 | $4,690.00 |
| 09/06/2021 | IDS | CO | Update spreadsheet regarding claims analysis. | 1.80 | 700.00 | $1,260.00 |
| 09/06/2021 | NHB | CO | Review and chart confidential sexual abuse claims. | 5.00 | 300.00 | $1,500.00 |
| 09/07/2021 | NHB | CO | Review and chart confidential sexual abuse claims. | 4.00 | 300.00 | $1,200.00 |
| 09/07/2021 | SLL | CO | Review and chart sexual abuse claims. | 6.50 | 300.00 | $1,950.00 |
| 09/08/2021 | SLL | CO | Review and chart sexual abuse claims. | 3.50 | 300.00 | $1,050.00 |
| 09/09/2021 | IDS | CO | Claims review and analysis. | 4.20 | 700.00 | $2,940.00 |
| 09/09/2021 | SLL | CO | Review and chart sexual abuse claims. | 6.00 | 300.00 | $1,800.00 |
| 09/10/2021 | IDS | CO | Claims review and analysis. | 4.50 | 700.00 | $3,150.00 |
| 09/10/2021 | NHB | CO | Review and chart confidential sexual abuse claims. | 2.20 | 300.00 | $660.00 |
| 09/10/2021 | SLL | CO | Review and chart sex abuse claims. | 3.00 | 300.00 | $900.00 |
| 09/12/2021 | IDS | CO | Claims review and analysis. | 4.80 | 700.00 | $3,360.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/13/2021 | IDS | CO | Claims review and analysis. | 2.80 | 700.00 | $1,960.00 |
| 09/14/2021 | IDS | CO | Claims review and analysis. | 5.50 | 700.00 | $3,850.00 |
| 09/15/2021 | IDS | CO | Claims review and analysis. | 4.80 | 700.00 | $3,360.00 |
| 09/17/2021 | IDS | CO | Claims review and analysis. | 4.40 | 700.00 | $3,080.00 |
| 09/19/2021 | IDS | CO | Claims review and analysis. | 4.70 | 700.00 | $3,290.00 |
| 09/23/2021 | IDS | CO | Claims analysis and review. | 4.20 | 700.00 | $2,940.00 |
| 09/24/2021 | IDS | CO | Claims review and analysis. | 3.20 | 700.00 | $2,240.00 |
| 09/27/2021 | IDS | CO | Claims review and analysis. | 2.40 | 700.00 | $1,680.00 |
| 09/27/2021 | IDS | CO | Claims review and analysis. | 3.10 | 700.00 | $2,170.00 |
| | | | | **115.60** | | **$59,320.00** |

### Compensation Prof. [B160]

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/16/2021 | LSC | CP | Telephone call with Court regarding hearing date on second interim fee application (.1); revise, finalize, prepare exhibits, and coordinate filing of second interim fee application (1.1); update service list/labels (.3); serve same via email and coordinate first class mailing of the same (.3); draft and file certificate of service of the same (.4). | 2.20 | 300.00 | $660.00 |
| 09/25/2021 | BMM | CP | Review Debtor's professional fees. | 0.30 | 695.00 | $208.50 |
| | | | | **2.50** | | **$868.50** |

### General Creditors Comm. [B150]

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/02/2021 | IDS | GC | Email to Committee regarding status. | 0.30 | 700.00 | $210.00 |
| 09/14/2021 | BMM | GC | Call with SCC regarding case issues. | 0.60 | 695.00 | $417.00 |
| 09/15/2021 | IDS | GC | Email with SCC regarding SOL defenses constitutionality. | 0.40 | 700.00 | $280.00 |
| 09/17/2021 | BMM | GC | Prepare communication to Committee regarding upcoming meetings and hearings. | 0.30 | 695.00 | $208.50 |
| 09/23/2021 | IAWN | GC | (Partial) Telephone conference w/ Committee re mediator. | 0.50 | 700.00 | $350.00 |
| 09/23/2021 | IDS | GC | Committee meeting regarding pending matters. | 1.20 | 700.00 | $840.00 |
| 09/23/2021 | BMM | GC | Call with S. Benson regarding diocesan review board issue. | 0.30 | 695.00 | $208.50 |
| 09/23/2021 | BMM | GC | Participate in Committee meeting (partial) regarding mediator selection and other case issues. | 0.70 | 695.00 | $486.50 |
| 09/30/2021 | BMM | GC | Participate in call with state court counsel regarding | 0.60 | 695.00 | $417.00 |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Buffalo O.C.C.  
18502    - 00002

Page:     7  
Invoice 129099  
September 30, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | ongoing case issues. |  |  |  |
|  |  |  |  | **4.90** |  | **$3,417.50** |

### Hearing

| 09/24/2021 | IDS | HE | Attend hearing regarding stay extension motion. | 2.50 | 700.00 | $1,750.00 |
|---|---|---|---|---|---|---|
| 09/24/2021 | BMM | HE | Participate in hearing. | 2.90 | 695.00 | $2,015.50 |
|  |  |  |  | **5.40** |  | **$3,765.50** |

### Insurance Coverage

| 09/07/2021 | BMM | IC | Review Gleichenhaus parish insurance chart. | 0.90 | 695.00 | $625.50 |
|---|---|---|---|---|---|---|
| 09/30/2021 | IDS | IC | Insurance analysis. | 4.80 | 700.00 | $3,360.00 |
|  |  |  |  | **5.70** |  | **$3,985.50** |

### Mediation

| 09/09/2021 | IDS | ME | Telephone conference with mediator candidate regarding (D-W) mediation. | 0.80 | 700.00 | $560.00 |
|---|---|---|---|---|---|---|
| 09/14/2021 | IAWN | ME | Telephone conference w/ SCC re mediation. | 0.80 | 700.00 | $560.00 |
| 09/14/2021 | IAWN | ME | Telephone conference w/ SCC re mediation | 0.80 | 700.00 | $560.00 |
| 09/14/2021 | IDS | ME | Attend counsel call regarding mediation. | 0.80 | 700.00 | $560.00 |
| 09/14/2021 | IDS | ME | Email memo to committee regarding mediation. | 1.20 | 700.00 | $840.00 |
| 09/23/2021 | BMM | ME | Communications with S. Donato and I. Scharf regarding mediator selection. | 0.30 | 695.00 | $208.50 |
|  |  |  |  | **4.70** |  | **$3,288.50** |

### Stay Litigation [B140]

| 09/13/2021 | IDS | SL | Review and analysis of motion to extend parish stay. | 1.90 | 700.00 | $1,330.00 |
|---|---|---|---|---|---|---|
| 09/16/2021 | BMM | SL | Draft statement in support of preliminary injunction. | 1.80 | 695.00 | $1,251.00 |
| 09/17/2021 | IDS | SL | Telephone conference with R. Lantor regarding Parish Stay. | 0.80 | 700.00 | $560.00 |
| 09/17/2021 | IDS | SL | Review Lipsitz objection to stay extension. | 0.80 | 700.00 | $560.00 |
| 09/17/2021 | IDS | SL | Outline issues regarding stay extension. | 0.70 | 700.00 | $490.00 |
| 09/17/2021 | BMM | SL | Draft statement in support of preliminary injunction. | 1.00 | 695.00 | $695.00 |
| 09/17/2021 | BMM | SL | Review Lipsitz objection to preliminary injunction motion. | 0.50 | 695.00 | $347.50 |
| 09/18/2021 | BMM | SL | Draft statement in support of preliminary injunction. | 2.50 | 695.00 | $1,737.50 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/18/2021 | BMM | SL | Draft statement in support of preliminary injunction. | 1.30 | 695.00 | $903.50 |
| 09/19/2021 | IDS | SL | Revise statement in support of parish stay extension. | 1.30 | 700.00 | $910.00 |
| 09/20/2021 | IDS | SL | Further revisions to statement in support of parish stay extension. | 1.00 | 700.00 | $700.00 |
| 09/20/2021 | BMM | SL | Revise statement in support of preliminary injunction. | 0.80 | 695.00 | $556.00 |
| 09/21/2021 | BMM | SL | Revise statement in support of preliminary injunction. | 0.20 | 695.00 | $139.00 |
| 09/21/2021 | BMM | SL | Finalize statement in support of preliminary injunction for filing. | 0.30 | 695.00 | $208.50 |
| 09/23/2021 | IDS | SL | Prepare for hearing on motion to extend parish stay. | 2.00 | 700.00 | $1,400.00 |
| 09/24/2021 | IDS | SL | Prepare for hearing regarding stay extension motion. | 1.40 | 700.00 | $980.00 |
| | | | | 18.30 | | $12,768.00 |

**TOTAL SERVICES FOR THIS MATTER:**　　　　　　　　　　　　　　　　　　　　　　　　　$88,880.00

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 09/03/2021 | RE2 | COPY ( 18 @0.10 PER PG) | 1.80 |
| 09/03/2021 | RE2 | COPY ( 20 @0.10 PER PG) | 2.00 |
| 09/03/2021 | RE2 | COPY ( 8 @0.10 PER PG) | 0.80 |
| 09/03/2021 | RE2 | COPY ( 9 @0.10 PER PG) | 0.90 |
| 09/03/2021 | RE2 | COPY ( 10 @0.10 PER PG) | 1.00 |
| 09/03/2021 | RE2 | COPY ( 9 @0.10 PER PG) | 0.90 |
| 09/03/2021 | RE2 | COPY ( 8 @0.10 PER PG) | 0.80 |
| 09/03/2021 | RE2 | COPY ( 11 @0.10 PER PG) | 1.10 |
| 09/03/2021 | RE2 | COPY ( 18 @0.10 PER PG) | 1.80 |
| 09/03/2021 | RE2 | COPY ( 8 @0.10 PER PG) | 0.80 |
| 09/03/2021 | RE2 | COPY ( 12 @0.10 PER PG) | 1.20 |
| 09/03/2021 | RE2 | COPY ( 11 @0.10 PER PG) | 1.10 |
| 09/03/2021 | RE2 | COPY ( 9 @0.10 PER PG) | 0.90 |
| 09/03/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 09/03/2021 | RE2 | COPY ( 16 @0.10 PER PG) | 1.60 |
| 09/03/2021 | RE2 | COPY ( 16 @0.10 PER PG) | 1.60 |
| 09/07/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 09/07/2021 | RE2 | COPY ( 17 @0.10 PER PG) | 1.70 |
| 09/07/2021 | RE2 | COPY ( 15 @0.10 PER PG) | 1.50 |
| 09/07/2021 | RE2 | COPY ( 5 @0.10 PER PG) | 0.50 |
| 09/07/2021 | RE2 | COPY ( 9 @0.10 PER PG) | 0.90 |
| 09/07/2021 | RE2 | COPY ( 8 @0.10 PER PG) | 0.80 |
| 09/07/2021 | RE2 | COPY ( 9 @0.10 PER PG) | 0.90 |
| 09/07/2021 | RE2 | COPY ( 9 @0.10 PER PG) | 0.90 |
| 09/07/2021 | RE2 | COPY ( 9 @0.10 PER PG) | 0.90 |
| 09/07/2021 | RE2 | COPY ( 8 @0.10 PER PG) | 0.80 |
| 09/07/2021 | RE2 | COPY ( 9 @0.10 PER PG) | 0.90 |
| 09/07/2021 | RE2 | COPY ( 8 @0.10 PER PG) | 0.80 |
| 09/07/2021 | RE2 | COPY ( 32 @0.10 PER PG) | 3.20 |
| 09/07/2021 | RE2 | COPY ( 9 @0.10 PER PG) | 0.90 |
| 09/13/2021 | RE2 | COPY ( 9 @0.10 PER PG) | 0.90 |
| 09/13/2021 | RE2 | COPY ( 21 @0.10 PER PG) | 2.10 |
| 09/16/2021 | PO | Postage Charges | 359.52 |
| 09/16/2021 | RE | ( 15416 @0.10 PER PG) | 1,541.60 |
| 09/16/2021 | RE2 | COPY ( 6 @0.10 PER PG) | 0.60 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 09/16/2021 | RE2 | COPY ( 144 @0.10 PER PG) | 14.40 |
| 09/24/2021 | RE2 | COPY ( 1 @0.10 PER PG) | 0.10 |
| 09/24/2021 | RE2 | COPY ( 1 @0.10 PER PG) | 0.10 |
| 09/30/2021 | RS | Research [E106] Everlaw, Inc. Inv. 45850 | 500.00 |
| 09/30/2021 | PAC | Pacer - Court Research | 19.80 |

**Total Expenses for this Matter**     **$2,475.12**

## REMITTANCE ADVICE

Please inlcude this Remittance with your payment

**For current services rendered through:** 09/30/2021

| | |
|---|---:|
| **Total Fees** | $88,880.00 |
| **Total Expenses** | 2,475.12 |
| **Total Due on Current Invoice** | $91,355.12 |

Outstanding Balance from prior invoices as of   09/30/2021   (May not include recent payments)

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 125270 | 04/30/2020 | $109,192.50 | $625.07 | $10,919.25 |
| 125276 | 05/31/2020 | $152,307.50 | $578.14 | $15,230.75 |
| 125334 | 06/30/2020 | $41,562.50 | $1,006.09 | $4,156.25 |
| 126177 | 07/31/2020 | $51,502.50 | $1,349.12 | $5,150.25 |
| 126524 | 08/31/2020 | $33,130.00 | $247.58 | $7,891.75 |
| 128245 | 03/31/2021 | $32,659.50 | $555.35 | $3,448.23 |
| 128247 | 04/30/2021 | $18,006.50 | $514.72 | $18,521.22 |
| 128249 | 05/31/2021 | $18,814.50 | $500.00 | $19,314.50 |
| 129096 | 06/30/2021 | $11,449.00 | $500.00 | $11,949.00 |
| 129097 | 07/31/2021 | $36,061.00 | $594.20 | $36,655.20 |
| 129098 | 08/31/2021 | $74,858.50 | $796.74 | $75,655.24 |

**Total Amount Due on Current and Prior Invoices:**  $300,246.76