**EXHIBIT E**
**[October 2021 Invoice]**

# Pachulski Stang Ziehl & Jones LLP

780 Third Avenue
34th Floor
New York, NY 10017

|  |  |
|---|---|
| | October 31, 2021 |
| IDS | Invoice 129102 |
| | Client 18502 |
| | Matter 00002 |
| | **IDS** |

RE: Committee Representation

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2021**

| | |
|---|---:|
| FEES | $31,554.50 |
| EXPENSES | $501.00 |
| **TOTAL CURRENT CHARGES** | **$32,055.50** |
| **BALANCE FORWARD** | **$300,246.76** |
| **TOTAL BALANCE DUE** | **$332,302.26** |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BMM | Michael, Brittany M. | Counsel | 695.00 | 3.10 | $2,154.50 |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 3.30 | $2,310.00 |
| IDS | Scharf, Ilan D. | Partner | 700.00 | 38.70 | $27,090.00 |
| | | | | 45.10 | $31,554.50 |

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| BL | Bankruptcy Litigation [L430] | 9.80 | $6,860.00 |
| CO | Claims Admin/Objections[B310] | 20.50 | $14,347.00 |
| GC | General Creditors Comm. [B150] | 5.50 | $3,837.50 |
| IC | Insurance Coverage | 6.80 | $4,760.00 |
| ME | Mediation | 1.50 | $1,050.00 |
| SL | Stay Litigation [B140] | 1.00 | $700.00 |
|  |  | 45.10 | $31,554.50 |

Pachulski Stang Ziehl & Jones LLP  Page:    4
Diocese of Buffalo O.C.C.  Invoice 129102
18502    - 00002  October 31, 2021

## Summary of Expenses

| Description | Amount |
|---|---|
| Outside Services | $500.00 |
| Pacer - Court Research | $1.00 |
| | $501.00 |

Case 1-20-10322-CLB,   Doc 1680-5,   Filed 04/25/22,   Entered 04/25/22 18:41:26,
Description: Exhibit E - October 2021 Invoice, Page 5 of 10

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Bankruptcy Litigation [L430]** | | | | | | |
| 10/06/2021 | IDS | BL | Call with Debtor's counsel regarding POC disclosures. | 0.40 | 700.00 | $280.00 |
| 10/06/2021 | IDS | BL | Email to Quinlan regarding disclosure of POC info. | 0.40 | 700.00 | $280.00 |
| 10/06/2021 | IDS | BL | Review debtor email regarding disclosure of POC info. | 0.40 | 700.00 | $280.00 |
| 10/06/2021 | IDS | BL | Call with Benson, Boyd, regarding disclosures. | 0.40 | 700.00 | $280.00 |
| 10/12/2021 | IDS | BL | Email to SCC regarding Connors firm disclosure of POCs | 0.80 | 700.00 | $560.00 |
| 10/12/2021 | IDS | BL | Call with SCC regarding Connors firm disclosures POCs | 0.50 | 700.00 | $350.00 |
| 10/12/2021 | IDS | BL | Review memo from Quinlan regarding disclosures POCs | 0.40 | 700.00 | $280.00 |
| 10/12/2021 | IDS | BL | Review Bar Date Order with respect to Quinlan memo regarding disclosures of POCs. | 0.40 | 700.00 | $280.00 |
| 10/12/2021 | IDS | BL | Email to Benson, Boyd regarding Connors firm disclosures of POCs. | 0.40 | 700.00 | $280.00 |
| 10/19/2021 | IDS | BL | SCC call regarding confidentiality provisions. | 0.20 | 700.00 | $140.00 |
| 10/27/2021 | IDS | BL | Telephone conference with S. Boyd, S. Benson regarding parish stay stipulation. | 0.40 | 700.00 | $280.00 |
| 10/28/2021 | IDS | BL | Review research re sanctions for disclosure of confidential information. | 2.20 | 700.00 | $1,540.00 |
| 10/29/2021 | IDS | BL | Review information regarding new allegation claims. | 0.40 | 700.00 | $280.00 |
| 10/29/2021 | IDS | BL | Review bar date order, procedures regarding disclosure of claim info. | 0.60 | 700.00 | $420.00 |
| 10/29/2021 | IDS | BL | Review Temes email regarding disclosure of claim information. | 0.30 | 700.00 | $210.00 |
| 10/29/2021 | IDS | BL | Call with Benson regarding disclosure of POC information. | 0.80 | 700.00 | $560.00 |
| 10/29/2021 | IDS | BL | Review precedent regarding disclosure of confidential POC information. | 0.80 | 700.00 | $560.00 |
| | | | | **9.80** | | **$6,860.00** |
| **Claims Admin/Objections[B310]** | | | | | | |
| 10/01/2021 | BMM | CO | Call with Debtor's counsel regarding claims access issues. | 0.60 | 695.00 | $417.00 |
| 10/05/2021 | IDS | CO | Claims review and analysis. | 3.50 | 700.00 | $2,450.00 |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 10/06/2021 | IDS | CO | Claims review and analysis. | 4.00 | 700.00 | $2,800.00 |
| 10/07/2021 | IDS | CO | Claims review and analysis. | 5.00 | 700.00 | $3,500.00 |
| 10/11/2021 | IDS | CO | Continue claims review and anlysis. | 3.40 | 700.00 | $2,380.00 |
| 10/26/2021 | IDS | CO | Claims review and analysis | 2.20 | 700.00 | $1,540.00 |
| 10/29/2021 | IDS | CO | Claims review and analysis. | 1.80 | 700.00 | $1,260.00 |
| | | | | **20.50** | | **$14,347.00** |

**General Creditors Comm. [B150]**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 10/21/2021 | BMM | GC | Participate in Committee meeting regarding ongoing case issues. | 1.00 | 695.00 | $695.00 |
| 10/22/2021 | IDS | GC | Committee meeting re case issues. | 1.00 | 700.00 | $700.00 |
| 10/26/2021 | IDS | GC | Email to SCC re update of pending matters | 0.20 | 700.00 | $140.00 |
| 10/28/2021 | IDS | GC | Draft agenda for committee meeting | 0.40 | 700.00 | $280.00 |
| 10/28/2021 | IDS | GC | Attend committee meeting re case issues, mediation | 1.20 | 700.00 | $840.00 |
| 10/28/2021 | IDS | GC | Email with Committee chair re case issues | 0.20 | 700.00 | $140.00 |
| 10/28/2021 | BMM | GC | Participate in Committee meeting regarding mediator selection and other case issues. | 1.20 | 695.00 | $834.00 |
| 10/28/2021 | BMM | GC | Call with I. Scharf regarding Committee meeting follow-up. | 0.30 | 695.00 | $208.50 |
| | | | | **5.50** | | **$3,837.50** |

**Insurance Coverage**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 10/19/2021 | IDS | IC | Continue insurance analysis. | 1.80 | 700.00 | $1,260.00 |
| 10/21/2021 | IAWN | IC | Prepare for call w/ review of policies and coverage | 2.20 | 700.00 | $1,540.00 |
| 10/27/2021 | IDS | IC | Insurance analysis. | 2.80 | 700.00 | $1,960.00 |
| | | | | **6.80** | | **$4,760.00** |

**Mediation**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 10/26/2021 | IAWN | ME | Review Scharf email re mediator selection and other developments in agenda | 0.20 | 700.00 | $140.00 |
| 10/28/2021 | IAWN | ME | Telephone conference w/committee re mediation (partial) | 0.90 | 700.00 | $630.00 |
| 10/28/2021 | IDS | ME | Email with SCC re mediator selection | 0.20 | 700.00 | $140.00 |
| 10/28/2021 | IDS | ME | Follow up email with SCC re mediator selection | 0.20 | 700.00 | $140.00 |
| | | | | **1.50** | | **$1,050.00** |

|  |  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|

**Stay Litigation [B140]**

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/22/2021 | IDS | SL | Email to Committee regarding parish stay extension. | 0.20 | 700.00 | $140.00 |
| 10/26/2021 | IDS | SL | Email to Benson regarding parish stay. | 0.20 | 700.00 | $140.00 |
| 10/28/2021 | IDS | SL | Call with Sullivan, Walter re service of complaint against Diocesan affiliate | 0.20 | 700.00 | $140.00 |
| 10/28/2021 | IDS | SL | Call with Benson re service of complaint against Diocesan affiliate | 0.20 | 700.00 | $140.00 |
| 10/28/2021 | IDS | SL | Email with Sullivan, Walter, Benson re service of complaint against Diocesan affiliate | 0.20 | 700.00 | $140.00 |
| | | | | **1.00** | | **$700.00** |

**TOTAL SERVICES FOR THIS MATTER:** $31,554.50

## Expenses

| Date | Code | Description | Amount |
|---|---|---|---|
| 10/31/2021 | OS | Everlaw, Inv. 47226, Diocese of Buffalo database for the Month of October | 500.00 |
| 10/31/2021 | PAC | Pacer - Court Research | 1.00 |

**Total Expenses for this Matter** **$501.00**

## REMITTANCE ADVICE

**Please inlcude this Remittance with your payment**

**For current services rendered through:** 10/31/2021

| | |
|---|---:|
| **Total Fees** | $31,554.50 |
| **Total Expenses** | 501.00 |
| **Total Due on Current Invoice** | $32,055.50 |

**Outstanding Balance from prior invoices as of** 10/31/2021  (May not include recent payments)

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 125270 | 04/30/2020 | $109,192.50 | $625.07 | $10,919.25 |
| 125276 | 05/31/2020 | $152,307.50 | $578.14 | $15,230.75 |
| 125334 | 06/30/2020 | $41,562.50 | $1,006.09 | $4,156.25 |
| 126177 | 07/31/2020 | $51,502.50 | $1,349.12 | $5,150.25 |
| 126524 | 08/31/2020 | $33,130.00 | $247.58 | $7,891.75 |
| 128245 | 03/31/2021 | $32,659.50 | $555.35 | $3,448.23 |
| 128247 | 04/30/2021 | $18,006.50 | $514.72 | $18,521.22 |
| 128249 | 05/31/2021 | $18,814.50 | $500.00 | $19,314.50 |
| 129096 | 06/30/2021 | $11,449.00 | $500.00 | $11,949.00 |
| 129097 | 07/31/2021 | $36,061.00 | $594.20 | $36,655.20 |
| 129098 | 08/31/2021 | $74,858.50 | $796.74 | $75,655.24 |
| 129099 | 09/30/2021 | $88,880.00 | $2,475.12 | $91,355.12 |

**Total Amount Due on Current and Prior Invoices:**  **$332,302.26**