**EXHIBIT F**
[November 2021 Invoice]

# Pachulski Stang Ziehl & Jones LLP

780 Third Avenue
34th Floor
New York, NY 10017

IDS

November 30, 2021
Invoice    129103
Client     18502
Matter     00002
**IDS**

RE: Committee Representation

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   11/30/2021**

| | |
|---|---:|
| FEES | $71,856.00 |
| EXPENSES | $934.44 |
| **TOTAL CURRENT CHARGES** | **$72,790.44** |
| **BALANCE FORWARD** | **$332,302.26** |
| **TOTAL BALANCE DUE** | **$405,092.70** |

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BMM | Michael, Brittany M. | Counsel | 695.00 | 26.80 | $18,626.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 1.80 | $1,260.00 |
| IDS | Scharf, Ilan D. | Partner | 700.00 | 73.60 | $51,520.00 |
| LSC | Canty, La Asia S. | Paralegal | 300.00 | 1.50 | $450.00 |
|  |  |  |  | 103.70 | $71,856.00 |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Buffalo O.C.C.  
18502    - 00002

Page:     3  
Invoice 129103  
November 30, 2021

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---:|---:|
| AA | Asset Analysis/Recovery[B120] | 2.20 | $1,539.00 |
| AD | Asset Disposition [B130] | 5.00 | $3,500.00 |
| BL | Bankruptcy Litigation [L430] | 17.90 | $12,487.50 |
| CA | Case Administration [B110] | 1.00 | $698.00 |
| CO | Claims Admin/Objections[B310] | 28.10 | $19,625.00 |
| CP | Compensation Prof. [B160] | 1.90 | $1,320.50 |
| GC | General Creditors Comm. [B150] | 6.50 | $4,534.50 |
| HE | Hearing | 9.20 | $6,431.50 |
| IC | Insurance Coverage | 16.40 | $11,480.00 |
| ME | Mediation | 12.60 | $8,210.00 |
| SL | Stay Litigation [B140] | 2.90 | $2,030.00 |
|   |   | 103.70 | $71,856.00 |

## Summary of Expenses

| Description | Amount |
|---|---:|
| Outside Services | $500.00 |
| Postage [E108] | $98.58 |
| Reproduction Expense [E101] | $332.96 |
| Reproduction/ Scan Copy | $2.90 |
| | $934.44 |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Buffalo O.C.C.  
18502    - 00002

Page:    5  
Invoice 129103  
November 30, 2021

|            |     |    |                                                                              | Hours | Rate   | Amount     |
|------------|-----|----|------------------------------------------------------------------------------|-------|--------|------------|

### Asset Analysis/Recovery[B120]

| 11/05/2021 | IDS | AA | Draft letter to Lyster regarding parish expenditures. | 0.50 | 700.00 | $350.00 |
| 11/08/2021 | IDS | AA | Review emails from Committee re Annunciation parish condition | 0.40 | 700.00 | $280.00 |
| 11/08/2021 | IDS | AA | Revise letter to Lyster re expenditures at Annunciation and St. Gregory. | 0.80 | 700.00 | $560.00 |
| 11/08/2021 | IDS | AA | Revise letter to Lyster re parish expenditures. | 0.30 | 700.00 | $210.00 |
| 11/16/2021 | BMM | AA | Prepare production for Committee review. | 0.20 | 695.00 | $139.00 |
|            |     |    |                                                       | **2.20** |        | **$1,539.00** |

### Asset Disposition [B130]

| 11/08/2021 | IDS | AD | Draft letter to Lyster re sale of St Ann's parish. | 0.80 | 700.00 | $560.00 |
| 11/08/2021 | IDS | AD | Review comps on Zillow re sale of St. Ann's parish. | 0.50 | 700.00 | $350.00 |
| 11/08/2021 | IDS | AD | Emails with committee re St Ann's sale. | 0.40 | 700.00 | $280.00 |
| 11/08/2021 | IDS | AD | Review appraisal and listing for sale of St. Anne's property. | 1.00 | 700.00 | $700.00 |
| 11/09/2021 | IDS | AD | Review claims information re St. Ann's parish. | 1.10 | 700.00 | $770.00 |
| 11/09/2021 | IDS | AD | Draft letter to Lyster re St Ann's sale. | 1.00 | 700.00 | $700.00 |
| 11/22/2021 | IDS | AD | Respond to request for sale information regarding seminary from potential buyer. | 0.20 | 700.00 | $140.00 |
|            |     |    |                                                       | **5.00** |        | **$3,500.00** |

### Bankruptcy Litigation [L430]

| 11/02/2021 | IDS | BL | Draft correspondence regarding identified perpetrators returned to ministry. | 0.80 | 700.00 | $560.00 |
| 11/03/2021 | IDS | BL | Review potential settlement re slip and fall case. | 0.80 | 700.00 | $560.00 |
| 11/03/2021 | IDS | BL | Review bar date order re request to amend by Diocese | 0.70 | 700.00 | $490.00 |
| 11/05/2021 | IDS | BL | Email to Temes regarding DRB participation. | 0.40 | 700.00 | $280.00 |
| 11/08/2021 | IDS | BL | Draft letter to Donato regarding return of perpetrators to ministry. | 0.60 | 700.00 | $420.00 |
| 11/08/2021 | IDS | BL | Revise letter to Donato regarding return of perps to ministry. | 0.80 | 700.00 | $560.00 |
| 11/08/2021 | IDS | BL | Review media return of perps to ministry. | 0.80 | 700.00 | $560.00 |
| 11/15/2021 | IDS | BL | Review claimant disclosure notices. | 0.80 | 700.00 | $560.00 |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Buffalo O.C.C.  
18502    - 00002

Page:     6  
Invoice 129103  
November 30, 2021

|            |     |    |                                                                          | Hours | Rate   | Amount      |
|------------|-----|----|--------------------------------------------------------------------------|-------|--------|-------------|
| 11/15/2021 | IDS | BL | Call with counsel to claimant (Florida) re notice of disclosure of POCs. | 0.50  | 700.00 | $350.00     |
| 11/15/2021 | IDS | BL | Email with Benson regarding disclosure of POC info.                      | 0.30  | 700.00 | $210.00     |
| 11/16/2021 | IDS | BL | Review Connors reply re improper POC disclosures.                        | 0.30  | 700.00 | $210.00     |
| 11/16/2021 | IDS | BL | Email with Benson re improper POC disclosure.                            | 0.30  | 700.00 | $210.00     |
| 11/17/2021 | BMM | BL | Research diocesan child protection protocols.                            | 1.30  | 695.00 | $903.50     |
| 11/22/2021 | IDS | BL | Analysis of Diocesan Review Board process                                | 1.80  | 700.00 | $1,260.00   |
| 11/22/2021 | BMM | BL | Review Diocesan Review Board policies.                                   | 1.00  | 695.00 | $695.00     |
| 11/23/2021 | IDS | BL | Work on disclosure of information to law enforcement and Diocesan Review Board | 0.50  | 700.00 | $350.00     |
| 11/23/2021 | BMM | BL | Review Diocesan Review Board policies.                                   | 4.20  | 695.00 | $2,919.00   |
| 11/30/2021 | BMM | BL | Review Diocesan Review Board policies.                                   | 0.70  | 695.00 | $486.50     |
| 11/30/2021 | BMM | BL | Review Diocesan Review Board policies.                                   | 1.30  | 695.00 | $903.50     |
|            |     |    |                                                                          | **17.90** |        | **$12,487.50** |

### Case Administration [B110]

|            |     |    |                                                               | Hours | Rate   | Amount   |
|------------|-----|----|---------------------------------------------------------------|-------|--------|----------|
| 11/01/2021 | IDS | CA | Telephone conference Diocese regarding mediation.             | 0.40  | 700.00 | $280.00  |
| 11/01/2021 | BMM | CA | Meeting with Debtor's counsel regarding ongoing case issues.  | 0.40  | 695.00 | $278.00  |
| 11/05/2021 | IDS | CA | Respond to Barr email regarding conflict.                     | 0.10  | 700.00 | $70.00   |
| 11/15/2021 | IDS | CA | Respond to Barr email regarding conflict.                     | 0.10  | 700.00 | $70.00   |
|            |     |    |                                                               | **1.00** |        | **$698.00** |

### Claims Admin/Objections[B310]

|            |     |    |                                                          | Hours | Rate   | Amount     |
|------------|-----|----|----------------------------------------------------------|-------|--------|------------|
| 11/01/2021 | IDS | CO | Claims review and analysis.                              | 2.20  | 700.00 | $1,540.00  |
| 11/02/2021 | IDS | CO | Claims review and analysis.                              | 4.20  | 700.00 | $2,940.00  |
| 11/04/2021 | IDS | CO | Continue claims analysis.                                | 4.30  | 700.00 | $3,010.00  |
| 11/10/2021 | BMM | CO | Review sexual abuse claims and revise chart.             | 0.50  | 695.00 | $347.50    |
| 11/15/2021 | IDS | CO | Review relevant CVA documents for claims analysis.       | 1.80  | 700.00 | $1,260.00  |
| 11/15/2021 | IDS | CO | Review financial information provided by Diocese.        | 2.30  | 700.00 | $1,610.00  |
| 11/15/2021 | BMM | CO | Review sexual abuse claims and revise chart.             | 5.80  | 695.00 | $4,031.00  |
| 11/16/2021 | BMM | CO | Review sexual abuse claims and revise chart.             | 0.60  | 695.00 | $417.00    |
| 11/23/2021 | IDS | CO | Claims review and analysis; revise spreadsheet.          | 4.30  | 700.00 | $3,010.00  |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Buffalo O.C.C.  
18502    - 00002

Page:    7  
Invoice 129103  
November 30, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/28/2021 | BMM | CO | Review sexual abuse claims and revise chart. | 2.10 | 695.00 | $1,459.50 |
|  |  |  |  | **28.10** |  | **$19,625.00** |

### Compensation Prof. [B160]

| 11/10/2021 | BMM | CP | Prepare PSZJ interim fee application. | 0.90 | 695.00 | $625.50 |
|---|---|---|---|---|---|---|
| 11/11/2021 | BMM | CP | Prepare PSZJ interim fee application. | 1.00 | 695.00 | $695.00 |
|  |  |  |  | **1.90** |  | **$1,320.50** |

### General Creditors Comm. [B150]

| 11/03/2021 | IDS | GC | Draft agenda for Committee meeting | 0.70 | 700.00 | $490.00 |
|---|---|---|---|---|---|---|
| 11/04/2021 | BMM | GC | Participate in Committee meeting regarding ongoing case issues. | 0.50 | 695.00 | $347.50 |
| 11/09/2021 | IDS | GC | Prepare for counsel call. | 0.30 | 700.00 | $210.00 |
| 11/09/2021 | IDS | GC | Attend counsel call re mediation/mediator selection/DRB issues. | 1.10 | 700.00 | $770.00 |
| 11/09/2021 | IDS | GC | Draft email agenda re counsel call. | 0.40 | 700.00 | $280.00 |
| 11/09/2021 | BMM | GC | Participate in call with state court counsel regarding ongoing case issues. | 1.10 | 695.00 | $764.50 |
| 11/16/2021 | BMM | GC | Meeting with state court counsel regarding mediator selection and other case issues. | 0.60 | 695.00 | $417.00 |
| 11/18/2021 | IAWN | GC | Telephone conference with TCC re strategy | 0.90 | 700.00 | $630.00 |
| 11/18/2021 | BMM | GC | Participate in committee meeting regarding ongoing case issues. | 0.90 | 695.00 | $625.50 |
|  |  |  |  | **6.50** |  | **$4,534.50** |

### Hearing

| 11/12/2021 | IAWN | HE | Review Michaels email re hearings | 0.10 | 700.00 | $70.00 |
|---|---|---|---|---|---|---|
| 11/16/2021 | IDS | HE | Prepare for 11/17 hearing. | 2.20 | 700.00 | $1,540.00 |
| 11/17/2021 | IDS | HE | Attend hearing regarding mediation motion. | 1.70 | 700.00 | $1,190.00 |
| 11/17/2021 | IDS | HE | Prepare for hearing regarding mediation motion. | 3.50 | 700.00 | $2,450.00 |
| 11/17/2021 | BMM | HE | Hearing on mediation motion and insurance status conference. | 1.70 | 695.00 | $1,181.50 |
|  |  |  |  | **9.20** |  | **$6,431.50** |

### Insurance Coverage

| 11/01/2021 | IAWN | IC | Pull articles for TCC for Michaels re coverage. | 0.70 | 700.00 | $490.00 |
|---|---|---|---|---|---|---|

Pachulski Stang Ziehl & Jones LLP  
Diocese of Buffalo O.C.C.  
18502    - 00002  

Page:    8  
Invoice 129103  
November 30, 2021

|  |  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 11/10/2021 | IDS | IC | Continue insurance policy analysis. | | 2.20 | 700.00 | $1,540.00 |
| 11/18/2021 | IDS | IC | Claims and insurance analysis. | | 3.80 | 700.00 | $2,660.00 |
| 11/18/2021 | IDS | IC | Policy analysis. | | 2.20 | 700.00 | $1,540.00 |
| 11/19/2021 | IDS | IC | Continue review and analysis of insurance documents. | | 3.20 | 700.00 | $2,240.00 |
| 11/24/2021 | IDS | IC | Claims and insurance analysis. | | 4.30 | 700.00 | $3,010.00 |
| | | | | | 16.40 | | $11,480.00 |

**Mediation**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/01/2021 | IDS | ME | Review mediator notes. | 0.40 | 700.00 | $280.00 |
| 11/02/2021 | IDS | ME | Email to mediator candidates. | 0.40 | 700.00 | $280.00 |
| 11/04/2021 | IDS | ME | Call with potential mediator (JL) | 1.00 | 700.00 | $700.00 |
| 11/09/2021 | IDS | ME | Email with mediator candidate (JP). | 0.20 | 700.00 | $140.00 |
| 11/10/2021 | IDS | ME | Call with potential mediator for DOB case (JP). | 0.80 | 700.00 | $560.00 |
| 11/10/2021 | IDS | ME | Email to potential mediator for DOB case (JT). | 0.70 | 700.00 | $490.00 |
| 11/10/2021 | IDS | ME | Work on mediation motion statement. | 1.10 | 700.00 | $770.00 |
| 11/10/2021 | IDS | ME | Email to potential mediator (JW) | 0.40 | 700.00 | $280.00 |
| 11/10/2021 | IDS | ME | Call with Donato regarding mediators. | 0.40 | 700.00 | $280.00 |
| 11/12/2021 | BMM | ME | Draft statement regarding mediation motion. | 0.50 | 695.00 | $347.50 |
| 11/13/2021 | BMM | ME | Draft statement regarding mediation motion. | 1.00 | 695.00 | $695.00 |
| 11/16/2021 | IDS | ME | SCC call re mediation, hearing. | 0.80 | 700.00 | $560.00 |
| 11/16/2021 | IDS | ME | Reply to Committee chair inquiries regarding mediation. | 0.40 | 700.00 | $280.00 |
| 11/16/2021 | IDS | ME | Email to SCC regarding mediation. | 0.30 | 700.00 | $210.00 |
| 11/16/2021 | IDS | ME | Email to Committee regarding mediation. | 0.40 | 700.00 | $280.00 |
| 11/16/2021 | IDS | ME | Revise statement regarding mediation. | 1.20 | 700.00 | $840.00 |
| 11/16/2021 | LSC | ME | Coordinate filing of statement re mediation motion (.3); prepare certificate of service and service of statement re mediation motion (.6). | 0.90 | 300.00 | $270.00 |
| 11/16/2021 | BMM | ME | Review objections to Diocese's mediation motion. | 0.50 | 695.00 | $347.50 |
| 11/17/2021 | IDS | ME | Respond to Mueller inquiry regarding religious orders in mediation. | 0.20 | 700.00 | $140.00 |
| 11/17/2021 | LSC | ME | Prepare certificate of service (.3); coordinate filing and service of statement re mediation (.3). | 0.60 | 300.00 | $180.00 |
| 11/18/2021 | IAWN | ME | Telephone conference with Ilan Scharf re mediation | 0.10 | 700.00 | $70.00 |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Buffalo O.C.C.  
18502   - 00002

Page:     9  
Invoice 129103  
November 30, 2021

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/18/2021 | IDS | ME | Review and respond to email from R. Malone regarding mediator selection. | 0.30 | 700.00 | $210.00 |
| | | | | **12.60** | | **$8,210.00** |

**Stay Litigation [B140]**

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/04/2021 | IDS | SL | Email with Benson re Diocesan Educational Campus | 0.30 | 700.00 | $210.00 |
| 11/04/2021 | IDS | SL | Call with Sullivan regarding Diocesan Educational Campus. | 0.40 | 700.00 | $280.00 |
| 11/16/2021 | IDS | SL | Review and analyze Sisters of the Good Shepherd motion for stay extension. | 2.20 | 700.00 | $1,540.00 |
| | | | | **2.90** | | **$2,030.00** |

**TOTAL SERVICES FOR THIS MATTER:**               **$71,856.00**

Pachulski Stang Ziehl & Jones LLP  
Diocese of Buffalo O.C.C.  
18502    - 00002

Page:     10  
Invoice 129103  
November 30, 2021

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 11/02/2021 | RE | Reproduction Expense. [E101] UPS, BMM | 58.76 |
| 11/16/2021 | PO | Postage | 98.58 |
| 11/16/2021 | RE | ( 75 @0.10 PER PG) | 7.50 |
| 11/16/2021 | RE | ( 2667 @0.10 PER PG) | 266.70 |
| 11/16/2021 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 11/16/2021 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 11/30/2021 | OS | Everlaw, Inv. 48682, Diocese of Buffalo database for the month of November | 500.00 |

**Total Expenses for this Matter** **$934.44**

Pachulski Stang Ziehl & Jones LLP  
Diocese of Buffalo O.C.C.  
18502   - 00002

Page:     11  
Invoice 129103  
November 30, 2021

## REMITTANCE ADVICE

**Please inlcude this Remittance with your payment**

**For current services rendered through:**   11/30/2021

| | |
|---|---:|
| **Total Fees** | $71,856.00 |
| **Total Expenses** | 934.44 |
| **Total Due on Current Invoice** | $72,790.44 |

**Outstanding Balance from prior invoices as of     11/30/2021**     (May not include recent payments)

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 125270 | 04/30/2020 | $109,192.50 | $625.07 | $10,919.25 |
| 125276 | 05/31/2020 | $152,307.50 | $578.14 | $15,230.75 |
| 125334 | 06/30/2020 | $41,562.50 | $1,006.09 | $4,156.25 |
| 126177 | 07/31/2020 | $51,502.50 | $1,349.12 | $5,150.25 |
| 126524 | 08/31/2020 | $33,130.00 | $247.58 | $7,891.75 |
| 128245 | 03/31/2021 | $32,659.50 | $555.35 | $3,448.23 |
| 128247 | 04/30/2021 | $18,006.50 | $514.72 | $18,521.22 |
| 128249 | 05/31/2021 | $18,814.50 | $500.00 | $19,314.50 |
| 129096 | 06/30/2021 | $11,449.00 | $500.00 | $11,949.00 |
| 129097 | 07/31/2021 | $36,061.00 | $594.20 | $36,655.20 |
| 129098 | 08/31/2021 | $74,858.50 | $796.74 | $75,655.24 |
| 129099 | 09/30/2021 | $88,880.00 | $2,475.12 | $91,355.12 |
| 129102 | 10/31/2021 | $31,554.50 | $501.00 | $32,055.50 |

**Total Amount Due on Current and Prior Invoices:**     **$405,092.70**