# EXHIBIT G
## [Combined December 2021 and January 2022 Invoice]

# Pachulski Stang Ziehl & Jones LLP

780 Third Avenue
34th Floor
New York, NY 10017

|  |  |
|---|---|
| | January 31, 2022 |
| IDS | Invoice 129782 |
| | Client 18502 |
| | Matter 00002 |
| | **IDS** |

RE: Committee Representation

_____

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2022

| | |
|---|---:|
| FEES | $144,907.00 |
| EXPENSES | $762.15 |
| **TOTAL CURRENT CHARGES** | **$145,669.15** |
| **BALANCE FORWARD** | **$405,092.70** |
| **TOTAL BALANCE DUE** | **$550,761.85** |

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BMM | Michael, Brittany M. | Counsel | 695.00 | 136.60 | $94,937.00 |
| BMM | Michael, Brittany M. | Counsel | 700.00 | 55.00 | $38,500.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 1.60 | $1,120.00 |
| IDS | Scharf, Ilan D. | Partner | 700.00 | 13.70 | $9,590.00 |
| JIS | Stang, James I. | Partner | 700.00 | 0.70 | $490.00 |
| LSC | Canty, La Asia S. | Paralegal | 300.00 | 0.90 | $270.00 |
|  |  |  |  | 208.50 | $144,907.00 |

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---:|---:|
| AA | Asset Analysis/Recovery[B120] | 7.20 | $5,032.00 |
| BL | Bankruptcy Litigation [L430] | 17.40 | $11,796.50 |
| CA | Case Administration [B110] | 1.20 | $838.00 |
| CO | Claims Admin/Objections[B310] | 162.60 | $113,188.50 |
| CP | Compensation Prof. [B160] | 0.50 | $347.50 |
| GC | General Creditors Comm. [B150] | 6.60 | $4,618.00 |
| H | Hearings | 1.00 | $699.00 |
| IC | Insurance Coverage | 1.90 | $1,330.00 |
| ME | Mediation | 2.70 | $1,886.00 |
| SL | Stay Litigation [B140] | 7.40 | $5,171.50 |
|  |  | 208.50 | $144,907.00 |

**Summary of Expenses**

| Description | Amount |
|---|---:|
| Pacer - Court Research | $11.50 |
| Postage [E108] | $78.11 |
| Reproduction Expense [E101] | $170.74 |
| Reproduction/ Scan Copy | $1.80 |
| Research [E106] | $500.00 |
| | $762.15 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Asset Analysis/Recovery[B120]**

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/08/2021 | BMM | AA | Call with Debtor's and parish counsel regarding parish expenditures. | 1.10 | 695.00 | $764.50 |
| 12/20/2021 | BMM | AA | Review Debtor's recent document productions. | 0.50 | 695.00 | $347.50 |
| 01/04/2022 | BMM | AA | Communications with Debtor's counsel regarding document productions. | 0.20 | 700.00 | $140.00 |
| 01/05/2022 | BMM | AA | Analyze outstanding document requests. | 1.00 | 700.00 | $700.00 |
| 01/06/2022 | BMM | AA | Analyze outstanding document requests. | 1.00 | 700.00 | $700.00 |
| 01/07/2022 | BMM | AA | Analyze outstanding document requests. | 1.00 | 700.00 | $700.00 |
| 01/08/2022 | BMM | AA | Analyze outstanding document requests. | 1.10 | 700.00 | $770.00 |
| 01/18/2022 | BMM | AA | Call with S. Temes regarding outstanding financial discovery. | 0.20 | 700.00 | $140.00 |
| 01/18/2022 | BMM | AA | Email to I. Scharf regarding motion to compel. | 0.20 | 700.00 | $140.00 |
| 01/19/2022 | BMM | AA | Call with Debtor's counsel regarding outstanding discovery. | 0.10 | 700.00 | $70.00 |
| 01/20/2022 | BMM | AA | Review communications from Debtor's counsel regarding motions to compel and discovery. | 0.70 | 700.00 | $490.00 |
| 01/27/2022 | BMM | AA | Call with S. Temes regarding outstanding financial discovery. | 0.10 | 700.00 | $70.00 |
| | | | | **7.20** | | **$5,032.00** |

**Bankruptcy Litigation [L430]**

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/03/2021 | IDS | BL | Meet with SCC regarding Diocesan Review Board issues. | 0.40 | 700.00 | $280.00 |
| 12/14/2021 | IDS | BL | Call with counsel to survivor regarding disclosure to Diocesan Review Board. | 0.30 | 700.00 | $210.00 |
| 12/29/2021 | BMM | BL | Draft objection to Diocese disclosure motion. | 2.30 | 695.00 | $1,598.50 |
| 12/30/2021 | BMM | BL | Draft objection to Diocese disclosure motion. | 0.20 | 695.00 | $139.00 |
| 12/30/2021 | BMM | BL | Draft objection to Diocese disclosure motion. | 0.40 | 695.00 | $278.00 |
| 12/30/2021 | BMM | BL | Draft objection to Diocese's sale motion. | 1.80 | 695.00 | $1,251.00 |
| 01/03/2022 | BMM | BL | Draft objection to Diocese's sale motion. | 0.80 | 700.00 | $560.00 |
| 01/04/2022 | IDS | BL | Begin revision of objection to Motion to sell AB | 0.60 | 700.00 | $420.00 |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Buffalo O.C.C.  
18502    - 00002

Page:      6  
Invoice 129782  
January 31, 2022

|            |      |    |                                                                                                    | Hours | Rate   | Amount     |
|------------|------|----|----------------------------------------------------------------------------------------------------|-------|--------|------------|
|            |      |    | Walsh HS.                                                                                          |       |        |            |
| 01/04/2022 | BMM  | BL | Call with I. Scharf regarding objections and motions.                                              | 0.30  | 700.00 | $210.00    |
| 01/17/2022 | BMM  | BL | Revise objection to motion to sell property.                                                       | 0.60  | 700.00 | $420.00    |
| 01/26/2022 | BMM  | BL | Revise Motion to compel.                                                                           | 4.50  | 700.00 | $3,150.00  |
| 01/27/2022 | BMM  | BL | Call with S. Bensen regarding motion to compel stipulation.                                        | 0.30  | 700.00 | $210.00    |
| 01/28/2022 | BMM  | BL | Revise Motion to compel.                                                                           | 3.50  | 700.00 | $2,450.00  |
| 01/28/2022 | BMM  | BL | Calls with I. Scharf regarding case issues and briefing.                                           | 0.50  | 700.00 | $350.00    |
| 01/31/2022 | LSC  | BL | Coordinate filing of objection to motion to sell, serve same, and prepare/file certificate of service for same. | 0.90  | 300.00 | $270.00    |
|            |      |    |                                                                                                    | **17.40** |    | **$11,796.50** |

### Case Administration [B110]

|            |      |    |                                                                     | Hours | Rate   | Amount  |
|------------|------|----|---------------------------------------------------------------------|-------|--------|---------|
| 12/06/2021 | JIS  | CA | Call I. Scharf re Buffalo status.                                   | 0.20  | 700.00 | $140.00 |
| 12/06/2021 | BMM  | CA | Call with Debtor's counsel regarding ongoing case issues.           | 0.40  | 695.00 | $278.00 |
| 01/03/2022 | IDS  | CA | Call with Diocese counsel regarding mediation, pending matters.     | 0.30  | 700.00 | $210.00 |
| 01/31/2022 | BMM  | CA | Call with Debtor's counsel regarding ongoing issues.                | 0.20  | 700.00 | $140.00 |
| 01/31/2022 | IAWN | CA | Review Scharf case update                                           | 0.10  | 700.00 | $70.00  |
|            |      |    |                                                                     | **1.20** |    | **$838.00** |

### Claims Admin/Objections[B310]

|            |      |    |                                               | Hours | Rate   | Amount    |
|------------|------|----|-----------------------------------------------|-------|--------|-----------|
| 12/01/2021 | BMM  | CO | Review sexual abuse claims and revise chart.  | 1.00  | 695.00 | $695.00   |
| 12/01/2021 | BMM  | CO | Review sexual abuse claims and revise chart.  | 4.70  | 695.00 | $3,266.50 |
| 12/02/2021 | BMM  | CO | Review Diocesan Review Board policies.        | 2.00  | 695.00 | $1,390.00 |
| 12/02/2021 | BMM  | CO | Review sexual abuse claims and revise chart.  | 3.80  | 695.00 | $2,641.00 |
| 12/02/2021 | BMM  | CO | Review sexual abuse claims and revise chart.  | 4.40  | 695.00 | $3,058.00 |
| 12/03/2021 | BMM  | CO | Review sexual abuse claims and revise chart.  | 3.30  | 695.00 | $2,293.50 |
| 12/03/2021 | BMM  | CO | Review sexual abuse claims and revise chart.  | 0.80  | 695.00 | $556.00   |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Buffalo O.C.C.  
18502    - 00002

Page:     7  
Invoice 129782  
January 31, 2022

|            |     |    |                                                     | Hours | Rate   | Amount    |
|------------|-----|----|-----------------------------------------------------|-------|--------|-----------|
| 12/03/2021 | BMM | CO | Review sexual abuse claims and revise chart.        | 2.70  | 695.00 | $1,876.50 |
| 12/05/2021 | BMM | CO | Review sexual abuse claims and revise chart.        | 6.70  | 695.00 | $4,656.50 |
| 12/06/2021 | BMM | CO | Review sexual abuse claims and revise chart.        | 1.60  | 695.00 | $1,112.00 |
| 12/06/2021 | BMM | CO | Review sexual abuse claims and revise chart.        | 0.10  | 695.00 | $69.50    |
| 12/06/2021 | BMM | CO | Review sexual abuse claims and revise chart.        | 0.70  | 695.00 | $486.50   |
| 12/07/2021 | BMM | CO | Review sexual abuse claims and revise chart.        | 2.00  | 695.00 | $1,390.00 |
| 12/07/2021 | BMM | CO | Review sexual abuse claims and revise chart.        | 2.00  | 695.00 | $1,390.00 |
| 12/07/2021 | BMM | CO | Review sexual abuse claims and revise chart.        | 0.60  | 695.00 | $417.00   |
| 12/07/2021 | BMM | CO | Review sexual abuse claims and revise chart.        | 0.50  | 695.00 | $347.50   |
| 12/08/2021 | BMM | CO | Review sexual abuse claims and revise chart.        | 1.60  | 695.00 | $1,112.00 |
| 12/08/2021 | BMM | CO | Review sexual abuse claims and revise chart.        | 0.50  | 695.00 | $347.50   |
| 12/08/2021 | BMM | CO | Review sexual abuse claims and revise chart.        | 0.90  | 695.00 | $625.50   |
| 12/09/2021 | BMM | CO | Review sexual abuse claims and revise chart.        | 0.90  | 695.00 | $625.50   |
| 12/09/2021 | BMM | CO | Review sexual abuse claims and revise chart.        | 6.80  | 695.00 | $4,726.00 |
| 12/10/2021 | BMM | CO | Review sexual abuse claims and revise chart.        | 1.10  | 695.00 | $764.50   |
| 12/10/2021 | BMM | CO | Review sexual abuse claims and revise chart.        | 3.50  | 695.00 | $2,432.50 |
| 12/13/2021 | BMM | CO | Review sexual abuse claims and revise chart.        | 1.30  | 695.00 | $903.50   |
| 12/14/2021 | BMM | CO | Review sexual abuse claims and revise chart.        | 3.30  | 695.00 | $2,293.50 |
| 12/15/2021 | BMM | CO | Review sexual abuse claims and revise chart.        | 4.30  | 695.00 | $2,988.50 |
| 12/15/2021 | BMM | CO | Review sexual abuse claims and revise chart.        | 0.10  | 695.00 | $69.50    |
| 12/15/2021 | BMM | CO | Review sexual abuse claims and revise chart.        | 1.30  | 695.00 | $903.50   |
| 12/15/2021 | BMM | CO | Review sexual abuse claims and revise chart.        | 0.60  | 695.00 | $417.00   |
| 12/16/2021 | BMM | CO | Review sexual abuse claims and revise chart.        | 0.10  | 695.00 | $69.50    |
| 12/16/2021 | BMM | CO | Review sexual abuse claims and revise chart.        | 1.50  | 695.00 | $1,042.50 |
| 12/16/2021 | BMM | CO | Meeting with I. Scharf regarding claims review.     | 0.50  | 695.00 | $347.50   |
| 12/18/2021 | BMM | CO | Review sexual abuse claims and revise chart.        | 2.30  | 695.00 | $1,598.50 |
| 12/19/2021 | BMM | CO | Review sexual abuse claims and revise chart.        | 3.30  | 695.00 | $2,293.50 |
| 12/20/2021 | BMM | CO | Review sexual abuse claims and revise chart.        | 2.60  | 695.00 | $1,807.00 |

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/20/2021 | BMM | CO | Review sexual abuse claims and revise chart. | 1.10 | 695.00 | $764.50 |
| 12/20/2021 | BMM | CO | Review sexual abuse claims and revise chart. | 1.00 | 695.00 | $695.00 |
| 12/21/2021 | BMM | CO | Review sexual abuse claims and revise chart. | 1.40 | 695.00 | $973.00 |
| 12/21/2021 | BMM | CO | Review sexual abuse claims and revise chart. | 1.10 | 695.00 | $764.50 |
| 12/21/2021 | BMM | CO | Review sexual abuse claims and revise chart. | 0.70 | 695.00 | $486.50 |
| 12/21/2021 | BMM | CO | Review sexual abuse claims and revise chart. | 0.10 | 695.00 | $69.50 |
| 12/21/2021 | BMM | CO | Review sexual abuse claims and revise chart. | 1.10 | 695.00 | $764.50 |
| 12/21/2021 | BMM | CO | Review sexual abuse claims and revise chart. | 1.70 | 695.00 | $1,181.50 |
| 12/22/2021 | BMM | CO | Review sexual abuse claims and revise chart. | 9.60 | 695.00 | $6,672.00 |
| 12/22/2021 | BMM | CO | Review sexual abuse claims and revise chart. | 1.70 | 695.00 | $1,181.50 |
| 12/23/2021 | BMM | CO | Review sexual abuse claims and revise chart. | 0.50 | 695.00 | $347.50 |
| 12/23/2021 | BMM | CO | Review sexual abuse claims and revise chart. | 6.20 | 695.00 | $4,309.00 |
| 12/23/2021 | BMM | CO | Review sexual abuse claims and revise chart. | 1.70 | 695.00 | $1,181.50 |
| 12/28/2021 | BMM | CO | Prepare discovery requests related to motion to disclosure POC. | 0.80 | 695.00 | $556.00 |
| 12/28/2021 | BMM | CO | Prepare discovery requests related to motion to disclosure POC. | 1.10 | 695.00 | $764.50 |
| 12/29/2021 | BMM | CO | Review sexual abuse claims and revise chart. | 5.20 | 695.00 | $3,614.00 |
| 12/30/2021 | BMM | CO | Review sexual abuse claims and revise chart. | 1.30 | 695.00 | $903.50 |
| 12/30/2021 | BMM | CO | Review sexual abuse claims and revise chart. | 5.30 | 695.00 | $3,683.50 |
| 12/30/2021 | BMM | CO | Review sexual abuse claims and revise chart. | 2.70 | 695.00 | $1,876.50 |
| 12/31/2021 | BMM | CO | Review sexual abuse claims and revise chart. | 2.50 | 695.00 | $1,737.50 |
| 12/31/2021 | BMM | CO | Review sexual abuse claims and revise chart. | 5.00 | 695.00 | $3,475.00 |
| 12/31/2021 | BMM | CO | Review sexual abuse claims and revise chart. | 1.10 | 695.00 | $764.50 |
| 01/03/2022 | BMM | CO | Review sexual abuse claims and revise chart. | 0.40 | 700.00 | $280.00 |
| 01/05/2022 | BMM | CO | Review sexual abuse claims and revise chart. | 0.90 | 700.00 | $630.00 |
| 01/10/2022 | BMM | CO | Review sexual abuse claims and revise chart. | 1.00 | 700.00 | $700.00 |
| 01/11/2022 | BMM | CO | Review sexual abuse claims and revise chart. | 2.00 | 700.00 | $1,400.00 |
| 01/13/2022 | BMM | CO | Review sexual abuse claims and revise chart. | 7.90 | 700.00 | $5,530.00 |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Buffalo O.C.C.  
18502    - 00002

Page:     9  
Invoice 129782  
January 31, 2022

|            |     |    |                                                           | Hours | Rate   | Amount      |
|------------|-----|----|-----------------------------------------------------------|-------|--------|-------------|
| 01/14/2022 | BMM | CO | Review sexual abuse claims and revise chart.              | 0.60  | 700.00 | $420.00     |
| 01/14/2022 | BMM | CO | Review sexual abuse claims and revise chart.              | 2.20  | 700.00 | $1,540.00   |
| 01/14/2022 | BMM | CO | Review sexual abuse claims and revise chart.              | 3.30  | 700.00 | $2,310.00   |
| 01/15/2022 | BMM | CO | Review sexual abuse claims and revise chart.              | 1.10  | 700.00 | $770.00     |
| 01/15/2022 | BMM | CO | Review sexual abuse claims and revise chart.              | 4.00  | 700.00 | $2,800.00   |
| 01/16/2022 | BMM | CO | Review sexual abuse claims and revise chart.              | 2.40  | 700.00 | $1,680.00   |
| 01/16/2022 | BMM | CO | Review sexual abuse claims and revise chart.              | 1.10  | 700.00 | $770.00     |
| 01/17/2022 | BMM | CO | Review sexual abuse claims and revise chart.              | 0.60  | 700.00 | $420.00     |
| 01/17/2022 | BMM | CO | Review sexual abuse claims and revise chart.              | 3.20  | 700.00 | $2,240.00   |
| 01/17/2022 | BMM | CO | Review sexual abuse claims and revise chart.              | 1.20  | 700.00 | $840.00     |
| 01/18/2022 | BMM | CO | Review sexual abuse claims and revise chart.              | 2.20  | 700.00 | $1,540.00   |
| 01/18/2022 | BMM | CO | Review sexual abuse claims and revise chart.              | 1.40  | 700.00 | $980.00     |
| 01/28/2022 | BMM | CO | Revise claims chart for Committee review.                 | 0.80  | 700.00 | $560.00     |
|            |     |    |                                                           | **162.60** |    | **$113,188.50** |

### Compensation Prof. [B160]

|            |     |    |                                          | Hours | Rate   | Amount    |
|------------|-----|----|------------------------------------------|-------|--------|-----------|
| 12/29/2021 | BMM | CP | Prepare PSZJ interim fee application.    | 0.50  | 695.00 | $347.50   |
|            |     |    |                                          | **0.50** |     | **$347.50** |

### General Creditors Comm. [B150]

|            |     |    |                                                                        | Hours | Rate   | Amount  |
|------------|-----|----|------------------------------------------------------------------------|-------|--------|---------|
| 12/06/2021 | JIS | GC | Call with Debtor re mediator selection.                                | 0.30  | 700.00 | $210.00 |
| 12/07/2021 | IDS | GC | Email update to SCC                                                    | 0.30  | 700.00 | $210.00 |
| 12/14/2021 | IDS | GC | Call with Committee Chair regarding pending issues.                    | 0.40  | 700.00 | $280.00 |
| 12/14/2021 | IDS | GC | Work on presentation to committee regarding mediation.                 | 0.60  | 700.00 | $420.00 |
| 12/20/2021 | BMM | GC | Communications with Committee and SCC regarding upcoming meetings.     | 0.40  | 695.00 | $278.00 |
| 01/04/2022 | JIS | GC | Call I. Scharf regarding case status.                                  | 0.20  | 700.00 | $140.00 |
| 01/04/2022 | IDS | GC | Call with SCC regarding case strategy, pending motions, mediation.     | 0.60  | 700.00 | $420.00 |

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/04/2022 | IDS | GC | Prepare for SCC call. | 0.20 | 700.00 | $140.00 |
| 01/04/2022 | BMM | GC | Participate in state court counsel call regarding ongoing case issues. | 0.60 | 700.00 | $420.00 |
| 01/04/2022 | BMM | GC | Communications with Committee regarding meeting schedules. | 0.20 | 700.00 | $140.00 |
| 01/05/2022 | IDS | GC | Analysis impact of Purdue on case strategy. | 1.00 | 700.00 | $700.00 |
| 01/06/2022 | IAWN | GC | Telephone conference w/ TCC re mediation | 1.00 | 700.00 | $700.00 |
| 01/26/2022 | BMM | GC | Communication with client regarding motion to compel stipulation. | 0.30 | 700.00 | $210.00 |
| 01/27/2022 | BMM | GC | Communication with Committee regarding upcoming hearings and other case issues. | 0.50 | 700.00 | $350.00 |
|  |  |  |  | **6.60** |  | **$4,618.00** |

### Hearings

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 12/13/2021 | BMM | H | Participate in hearing on continuation of motion. | 0.20 | 695.00 | $139.00 |
| 01/28/2022 | BMM | H | Attend hearing on motion to compel deadlines. | 0.80 | 700.00 | $560.00 |
|  |  |  |  | **1.00** |  | **$699.00** |

### Insurance Coverage

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 01/05/2022 | IDS | IC | Update analysis of parish liability. | 1.90 | 700.00 | $1,330.00 |
|  |  |  |  | **1.90** |  | **$1,330.00** |

### Mediation

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 12/03/2021 | IDS | ME | Telephone conference with potential mediator regarding mediator role. | 0.50 | 700.00 | $350.00 |
| 12/14/2021 | IDS | ME | Call with potential mediator, Diocese, insurer regarding Mediation. | 0.90 | 700.00 | $630.00 |
| 12/16/2021 | BMM | ME | Draft letter to court regarding mediator selection. | 0.80 | 695.00 | $556.00 |
| 12/27/2021 | IAWN | ME | Exchange emails with Scharf re potential mediator. | 0.10 | 700.00 | $70.00 |
| 12/27/2021 | IAWN | ME | Review Bucki decision re mediator | 0.20 | 700.00 | $140.00 |
| 12/27/2021 | IAWN | ME | Review Scharf email re same | 0.10 | 700.00 | $70.00 |
| 01/04/2022 | IAWN | ME | Exchange emails with Michael re mediator | 0.10 | 700.00 | $70.00 |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Buffalo O.C.C.  
18502   - 00002

Page:     11  
Invoice 129782  
January 31, 2022

|  |  |  |  | 2.70 |  | $1,886.00 |

**Stay Litigation [B140]**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/07/2021 | IDS | SL | Work on Sister of the Good Shepherd motion for stay extension. | 1.20 | 700.00 | $840.00 |
| 12/12/2021 | IDS | SL | Draft objection to Sisters of the Good Shepherd motion to extend stay. | 2.50 | 700.00 | $1,750.00 |
| 12/12/2021 | IDS | SL | Revise objection to Sisters of the Good Shepherd motion to extend stay. | 1.80 | 700.00 | $1,260.00 |
| 12/12/2021 | IDS | SL | Call with BMM regarding objection to Sisters of the Good Shepherd motion to extend stay. | 0.20 | 700.00 | $140.00 |
| 12/13/2021 | BMM | SL | Revise objection to extension of automatic stay. | 1.00 | 695.00 | $695.00 |
| 12/16/2021 | BMM | SL | Communications with SCC and Debtor's counsel regarding stay defendants' schedule. | 0.70 | 695.00 | $486.50 |
|  |  |  |  | **7.40** |  | **$5,171.50** |

**TOTAL SERVICES FOR THIS MATTER:**     **$144,907.00**

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 12/06/2021 | RE | Reproduction Expense. [E101] UPS, BMM | 53.24 |
| 01/31/2022 | PO | Postage | 78.11 |
| 01/31/2022 | RE | ( 20 @0.10 PER PG) | 2.00 |
| 01/31/2022 | RE | ( 1155 @0.10 PER PG) | 115.50 |
| 01/31/2022 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 01/31/2022 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 01/31/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/31/2022 | RS | Research [E106] Everlaw, Inc. Inv. 51759 | 500.00 |
| 01/31/2022 | PAC | Pacer - Court Research | 11.50 |

**Total Expenses for this Matter** **$762.15**

Pachulski Stang Ziehl & Jones LLP  
Diocese of Buffalo O.C.C.  
18502    - 00002

Page:    13  
Invoice 129782  
January 31, 2022

## REMITTANCE ADVICE

**Please include this Remittance with your payment**

**For current services rendered through:** 01/31/2022

| | |
|---|---:|
| **Total Fees** | $144,907.00 |
| **Total Expenses** | 762.15 |
| **Total Due on Current Invoice** | $145,669.15 |

**Outstanding Balance from prior invoices as of** 01/31/2022   (May not include recent payments)

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 125270 | 04/30/2020 | $109,192.50 | $625.07 | $10,919.25 |
| 125276 | 05/31/2020 | $152,307.50 | $578.14 | $15,230.75 |
| 125334 | 06/30/2020 | $41,562.50 | $1,006.09 | $4,156.25 |
| 126177 | 07/31/2020 | $51,502.50 | $1,349.12 | $5,150.25 |
| 126524 | 08/31/2020 | $33,130.00 | $247.58 | $7,891.75 |
| 128245 | 03/31/2021 | $32,659.50 | $555.35 | $3,448.23 |
| 128247 | 04/30/2021 | $18,006.50 | $514.72 | $18,521.22 |
| 128249 | 05/31/2021 | $18,814.50 | $500.00 | $19,314.50 |
| 129096 | 06/30/2021 | $11,449.00 | $500.00 | $11,949.00 |
| 129097 | 07/31/2021 | $36,061.00 | $594.20 | $36,655.20 |
| 129098 | 08/31/2021 | $74,858.50 | $796.74 | $75,655.24 |
| 129099 | 09/30/2021 | $88,880.00 | $2,475.12 | $91,355.12 |
| 129102 | 10/31/2021 | $31,554.50 | $501.00 | $32,055.50 |
| 129103 | 11/30/2021 | $71,856.00 | $934.44 | $72,790.44 |

**Total Amount Due on Current and Prior Invoices:** $550,761.85