# EXHIBIT I
## [Summary of Itemized Time Records]

DOCS_DE:238894.1 18502/001

## SUMMARY OF PROFESSIONAL SERVICES RENDERED BY TIMEKEEPER
## FOR THE PERIOD OF JUNE 1, 2021 THROUGH JANUARY 31, 2022

### (Partners)

| NAME OF PROFESSIONAL (in alphabetical order) PARTNERS | EFFECTIVE HOURLY RATE (Capped at $700 per Hour) | TOTAL HOURS BILLED | FEES BILLED |
|---|---:|---:|---:|
| James I. Stang | $700.00 | 1.60 | $1,120.00 |
| Iain A.W. Nasatir | $700.00 | 10.50 | $7,350.00 |
| Ilan D. Scharf | $700.00 | 291.80 | $204,260.00 |
| **Totals for Partners:** | | **303.90** | **$212,730.00** |

### (Of-Counsel)

| NAME OF PROFESSIONAL (in alphabetical order) OF COUNSEL | EFFECTIVE HOURLY RATE (Capped at $700 per hour) | TOTAL HOURS BILLED | FEES BILLED |
|---|---:|---:|---:|
| Brittany M. Michael | $700.00 | 55.00 | $38,500.00 |
| Brittany M. Michael | $695.00 | 203.80 | $141,641.00 |
| William L. Ramseyer | $850.00[1] | 10.50 | $8,925.00 |
| William L. Ramseyer | $700.00 | 0.20 | $140.00 |
| **Totals for Of-Counsel:** | | **269.50** | **$189,206.00** |

### (Paraprofessionals)

| NAME OF PROFESSIONAL (in alphabetical order) PARAPROFESSIONALS | EFFECTIVE HOURLY RATE | TOTAL HOURS BILLED | FEES BILLED |
|---|---:|---:|---:|
| Cheryl A. Knotts | $300.00 | 6.70 | $2,010.00 |
| La Asia S. Canty | $300.00 | 5.20 | $1,560.00 |
| Nancy P.F. Lockwood | $300.00 | 20.00 | $6,000.00 |
| Nancy H. Brown | $300.00 | 33.70 | $10,110.00 |
| Sophia L. Lee | $300.00 | 126.50 | $37,950.00 |
| **Totals for Paraprofessionals:** | | **192.10** | **$57,620.00** |

---

[1] This rate was reduced in the total amount requested in the 3rd Interim Fee Application to reflect the $700 rate.

DOCS_DE:238894.1 18502/001

Case 1-20-10322-CLB, Doc 1680-9, Filed 04/25/22, Entered 04/25/22 18:41:26, Description: Exhibit I - Summary of Itemized Time Records, Page 2 of 2