UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 Case |
| THE DIOCESE OF BUFFALO, N.Y., | ) ) ) | Case No. 20-10322 |
| Debtor. | ) ) |  |

## JOINT NOTICE OF HEARING TO CONSIDER PROFESSIONAL FEE APPLICATIONS

**PLEASE TAKE NOTICE**, that each of (i) Bond, Schoeneck & King, PLLC, counsel for The Diocese of Buffalo, N.Y., (the "Diocese"); (ii) Blank Rome, LLP, special insurance counsel for the Diocese; (iii) Phoenix Management Services, LLP, financial advisors for the Diocese; (iv) The Tucker Group, LLC, communications consultant for the Diocese; (v) Connors, LLP, special counsel for the Diocese; (vi) Gibson, McAskill & Crosby LLP, special counsel for the Diocese; (vii) Chelus, Herdzik, Speyer & Monte PC, special counsel for the Diocese; (viii) Insurance Archaeology Group, Insurance Archaeologist for the Diocese; (ix) Jones Day, special counsel for the Diocese; (x) Bonadio & Co., LLP, accountants for the Diocese; (xi) Hodgson Russ, LLP, special counsel for the Diocese; (xii) Pachulski Stang Ziehl & Jones LLP, counsel for the Official Committee of Unsecured Creditors; and (xiii) Gleichenhaus, Marchese & Weishaar, PC, co-counsel to the Official Committee of Unsecured Creditors, have filed applications (each, an "Application") for interim allowance and payment of professional fees and expenses incurred in the above-captioned case. The amounts of fees and expenses requested by the foregoing professionals on an interim basis pursuant to the Applications are as follows:

| Applicant | Fees Requested | Expenses Requested | Total | Application Period |
|---|---|---|---|---|
| Bond, Schoeneck & King, PLLC *Counsel for the Diocese* | $694,027.50 | $3,879.54 | $697,907.04 | 9/1/21 – 1/31/22 |
| Blank Rome, LLP *Special Counsel for the Diocese* | $280,329.12 | $0.00 | $280,329.12 | 9/1/21 – 1/31/22 |
| Phoenix Management Services, LLP *Financial Advisors for the Diocese* | $32,182.50 | $0.00 | $32,182.50 | 9/1/21 – 1/31/22 |
| The Tucker Group, LLC *Communications Consultants for Diocese* | $50,000.00 | $612.67 | $50,612.67 | 9/1/21 – 1/31/22 |
| Connors, LLP *Special Counsel for the Diocese* | $438,510.00 | $26,077.60 | $464,587.60 | 8/1/21 – 1/31/22 |
| Gibson, McAskill & Crosby LLP *Special Counsel for the Diocese* | $2,082.50 | $0.00 | $2,082.50 | 8/1/21 – 1/31/22 |
| Chelus, Herdzik, Speyer & Monte PC *Special Counsel for the Diocese* | $16,734.50 | $1,216.07 | $17,950.57 | 10/1/21 – 1/31/22 |
| Insurance Archaeology Group *Insurance Archaeologist for the Diocese* | $2,245.00 | $0.00 | $2,245.00 | 9/1/21 – 1/31/22 |
| Jones Day *Special Counsel for the Diocese* | $499,869.00 | $8,251.23 | $508,120.23 | 9/1/21 – 1/31/22 |
| Bonadio & Co., LLP *Accountants for the Diocese* | $56,700.00 | $0.00 | $56,700.00 | 1/1/21 – 1/31/22 |
| Hodgson Russ LLP *Special Counsel for the Diocese* | $12,127.20 | $1,394.98 | $13,522.18 | 9/1/21 – 1/31/22 |
| Pachulski Stang Ziehl & Jones LLP *Counsel for Creditors' Committee* | $456,591.00 | $6,563.65 | $463,154.65 | 6/1/21 – 1/31/22 |
| Gleichenhaus, Marchese & Weishaar, PC *Co-Counsel for Creditors' Committee* | $127,129.00 | $2,373.15 | $129,502.15 | 6/1/21 – 1/31/22 |

**PLEASE TAKE FURTHER NOTICE**, that a hearing to consider the Applications will be held before the Honorable Carl L. Bucki, Chief United States Bankruptcy Judge for the Western District of New York, at the Robert H. Jackson U.S. Courthouse, 2 Niagara Square, Buffalo, New York, on the **1st day of June, 2022 at 10:00 a.m.**, or as soon thereafter as counsel can be heard.

**PLEASE TAKE FURTHER NOTICE**, that responses in opposition to the relief requested in the Applications, if any, must be served upon (i) counsel for the Diocese, Bond, Schoeneck & King, PLLC, One Lincoln Center, Syracuse, New York 13202 (Attn: Stephen A. Donato, Charles J. Sullivan and Grayson T. Walter); (ii) the Office of the United States Trustee for the Western New

York, 300 Pearl Street, Suite 401, Buffalo, New York 14202 (Attn: Joseph Allen); and (iii) the respective applicant(s) at the address(es) set forth on the attached schedule, in accordance with the Local Rules of Bankruptcy Procedure for the Western District of New York.

Dated: April 25, 2022
      Syracuse, New York               BOND, SCHOENECK & KING, PLLC

By:     /s/ Stephen A. Donato
Stephen A. Donato, Esq.
Charles J. Sullivan, Esq.
Grayson T. Walter, Esq.
Syracuse, New York 13202
Tel: (315) 218-8000
Fax: (315) 218-8100
Email: sdonato@bsk.com
       csullivan@bsk.com
       gwalter@bsk.com

*Attorneys for The Diocese of Buffalo, N.Y.*

# SCHEDULE OF APPLICANTS

**Bond, Schoeneck & King, PLLC**
Attn: Stephen A. Donato
One Lincoln Center
Syracuse, New York 13202

**Blank Rome, LLP**
Attn: James Murray
1825 Eye Street NW
Washington, DC 20006

**Phoenix Management Services, LLP**
Attn: Richard Szekelyi
1382 W. 9th Street, Suite 310
Cleveland, Ohio 44113

**The Tucker Group, LLC**
Attn: Gregory W. Tucker
3811 Canterbury Road
Baltimore, Maryland 21218

**Connors, LLP**
Attn: Randall D. White
1000 Liberty Building
Buffalo, New York 14202

**Gibson, McAskill & Crosby LLP**
Attn: Robert G. Scumaci
69 Delaware Avenue, Suite 900
Buffalo, New York 14202

**Chelus, Herdzik, Speyer & Monte PC**
Attn: Thomas J. Speyer
Main Court Building
438 Main Street, Tenth Floor
Buffalo, New York 14202

**Insurance Archaeology Group**
Attn: Michele Pierro
75 Orient Way, Suite 302
Rutherford, New Jersey 07070

**Jones Day**
Attn: Benjamin J. Thomson
250 Vesey Street
New York, New York 10281

**Bonadio & Co., LLP**
Attn: Justin Reid
100 Corporate Parkway, Suite 200
Amherst, New York 14226

**Hodgson Russ LLP**
Attn: James C. Thoman
140 Pearl Street, Suite 100
Buffalo, New York 14202

**Pachulski Stang Ziehl & Jones LLP**
Attn: Ilan D. Scharf
780 Third Avenue, 34th Floor
New York, New York 10017

**Gleichenhaus, Marchese & Weishaar, PC**
Attn: Scott J. Bogucki
43 Court Street
930 Convention Tower
Buffalo, New York 14202-3100