**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In re:

Case No. 20-10322-CLB

The Diocese of Buffalo, N.Y.

Chapter 11

Debtor.

### *EX PARTE* MOTION FOR AUTHORIZATION TO BRING PERSONAL ELECTRONIC DEVICES INTO COURTHOUSE AND TO USE SAME IN ACCORDANCE WITH GENERAL ORDER DATED MARCH 1, 2013

Arrowood Indemnity Company (as successor-in-interest to American and Foreign Insurance Company, Eagle Indemnity Company of New York, Globe Indemnity Company, New Amsterdam Casualty Company, Safeguard Insurance Company, Royal Globe Insurance Company, London & Lancashire Indemnity Company, Security Insurance Company of Hartford, and Newark Insurance Company ) ("Arrowood") hereby files this Motion for the entry of an order authorizing the below-listed counsel to possess Personal Electronic Devices in the Robert H. Jackson U.S. Courthouse for the Western District of New York, Buffalo Division, 2 Niagara Square, Buffalo, NY 14202, and to use such Personal Electronic Devices in accordance with the terms of the United States District Court Chief Judge William Skretny's General Order dated March 1, 2013, as it may be amended, for mediation sessions related to the above-captioned bankruptcy case and related adversary proceedings to be conducted by the Hon. Michael J. Kaplan.

| Attorneys | Devices |
|---|---|
| Tanya M. Mascarich, Esq. | Cell phone and laptop computer |

Arrowood makes this request for the listed attorney(s) to possess and use Personal Electronic Devices for the following purposes: For use in connection with the ongoing mediation process in the above-referenced bankruptcy case and related adversary proceeding,

including communications with client representative and other counsel, and accessibility of pertinent documents and pleadings.

WHEREFORE, Arrowood requests this Court enter an order for the relief requested in this Motion,

Dated: May 19, 2022
Morristown, New Jersey

Respectfully submitted,

COUGHLIN MIDLIGE & GARLAND LLP

By: */s/Tanya M Mascarich*
Tanya M. Mascarich
350 Mount Kemble Avenue
P.O. Box 1917
Morristown, New Jersey 07962
Telephone: (973) 267-0058
Facsimile: (973) 267-6442
Email: tmascarich@cmg.law
*Counsel for Arrowood Indemnity Company*

2140840_1