# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.

Debtor.

Case No. 20-10322-CLB
Chapter 11

## ORDER AUTHORIZING BRINGING AND USE OF PERSONAL ELECTRONIC DEVICES INTO COURTHOUSE

Upon Arrowood Indemnity Company's (as successor-in-interest to American and Foreign Insurance Company, Eagle Indemnity Company of New York, Globe Indemnity Company, New Amsterdam Casualty Company, Safeguard Insurance Company, Royal Globe Insurance Company, London & Lancashire Indemnity Company, Security Insurance Company of Hartford, and Newark Insurance Company ) ("Arrowood") Ex Parte Motion for Authorization to Bring Personal Electronic Devices into Courthouse and to Use Same in Accordance with General Order Dated March 1, 2013 and General Order dated May 16, 2022 (the "Motion"); it appearing that this Court has jurisdiction to consider the Motion and the relief requested therein; upon all the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is hereby:

**ORDERED,** that the Motion is granted; and it is further

**ORDERED,** that the following attorneys are authorized to bring the Personal Electronic Devices listed below into the Robert H. Jackson U.S. Courthouse of the United States District Court for the Western District of New York, Buffalo Division, 2 Niagara Square, Buffalo, New York 14202 and to use the same in accordance with the terms of United States District Court Chief Judge William Skretny's General Order dated March 1, 2013, as it may be amended, during the mediation sessions to be conducted by the Hon. Michael J.

Kaplan with respect to the above-captioned bankruptcy case and any related adversary proceedings:

| Attorneys | Devices |
|---|---|
| Tanya M. Mascarich, Esq. | Cell phone and laptop computer |

**ORDERED,** that this Court shall retain jurisdiction to determine all matters arising from implementation of this Order.

Dated: _____, 2022

                                                  _____
                                                                  USBJ

2
2140840_1