# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

In re:

THE DIOCESE OF BUFFALO, NY

Debtor.

(Hon. Carl L. Bucki)

Chapter 11

Case No. 20-10322(CLB)

Upon NGM Insurance Company's f/k/a National Grange Mutual Insurance Company ("NGM") Ex Partee Motion for Authorization to Bring Personal Electronic Devices into Courthouse and to Use Same in Accordance with General Order Dated March 1, 2013 and General Order dated May 16, 2022 (the "Motion"); it appearing that this Court has jurisdiction to consider the Motion and the relief requested therein; upon all the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is hereby:

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that the following attorneys are authorized to bring the Personal Electronic Devices listed below into the Robert H. Jackson U.S. Courthouse of the United States District Court for the Western District of New York, Buffalo Division, 2 Niagara Square, Buffalo, New York 14202 and to use the same in accordance with the terms of United States District Court Chief Judge William Skretny's General Order dated March 1, 2013, as it may be amended, during the mediation sessions to be conducted by the Hon. Michael J. Kaplan with respect to the above-captioned bankruptcy case and any related adversary proceedings.

| Attorneys | Devices |
|---|---|
| Dan Gerber | Phone and Computer |
| John Ewell | Phone and Computer |
|  |  |
|  |  |

and it is further

      **ORDERED**, that this Court shall retain jurisdiction to determine all matters arising from implementation of this Order.

Dated: May 24, 2022

_____
MICHAEL J. KAPLAN  USBJ



FILED
MAY 24 2022
BANKRUPTCY COURT
BUFFALO, NY