**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: The Diocese of Buffalo, N.Y., <br><br> Debtor. | Chapter 11 <br><br> Case No. 1-20-010322-CLB |

### *EX PARTE* MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*, OF MIRANDA TURNER

I, Miranda Turner, Esq., request admission, *pro hac vice*, to represent Continental Insurance Company as a party in interest in the above-captioned chapter 11 case.

I certify that I am a member in good standing of the bars in the State of New York and the District of Columbia, the U.S. District Court for the Southern District of New York, U.S. Court of Appeals for the Ninth Circuit, and the U.S. District Court for the Northern District of New York.

I request admission to practice, *pro hac vice*, before this Court to represent Continental Insurance Company in the above captioned case.

Dated: August 29, 2022

By: /s/ Miranda Turner
Miranda Turner
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Email: mturner@crowell.com
Telephone: 202-624-2659

- 1 -