UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re: The Diocese of Buffalo, N.Y.,

Debtor.

Chapter 11

Case No. 1-20-010322-CLB

## ORDER GRANTING *EX PARTE* MOTION TO PRACTICE, *PRO HAC VICE*, OF MIRANDA TURNER

Upon the *ex parte* motion of Miranda Turner, Esq., to be admitted, *pro hac vice*, to represent Continental Insurance Company, a party in interest in the above-referenced chapter 11 case, and upon the movant's certification that the movant is a member in good standing of the bars in the State of New York and the District of Columbia, the U.S. District Court for the Southern District of New York, U.S. Court of Appeals for the Ninth Circuit, and the U.S. District Court for the Northern District of New York, it is hereby:

**ORDERED**, that Miranda Turner, Esq., is admitted to practice, *pro hac vice*, in the above-referenced chapter 11 case to represent Continental Insurance Company in the United States Bankruptcy Court for the Western District of New York.

Dated: _____, 2022

_____
UNITED STATES BANKRUPTCY JUDGE

906793188