UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

                                    Case No.: 20-10322-CLB

The Diocese of Buffalo, N.Y.,            Chapter: 11

                Debtor.

## NOTICE OF FILING

PLEASE TAKE NOTICE that, in accordance with the Order entered July 9, 2020 [Docket No. 442] *Nunc Pro Tunc* to February 28, 2020, Connors LLP has filed the Monthly Fee Statement of Connors LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Diocese of Buffalo, N.Y., for the Period September 1, 2022 – September 30, 2022, a copy of which is attached hereto and hereby served upon you.

DATED:     Buffalo, New York
              October 25, 2022

                                  s/ Randall D. White
                                  Randall D. White, Esq.
                                  **CONNORS LLP**
                                  *Special Counsel for Debtor*
                                  *The Diocese of Buffalo, N.Y.*
                                  1000 Liberty Building
                                  Buffalo, New York 14202
                                  (716) 852-5533

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

The Diocese of Buffalo, N.Y.,

                    Debtor.

Case No.: 20-10322-CLB
Chapter: 11

## MONTHLY FEE STATEMENT OF CONNORS LLP
## FOR COMPENSATION FOR SERVICES RENDERED AND
## REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO
## THE DIOCESE OF BUFFALO, N.Y.
## FOR THE PERIOD SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022

| | |
|---|---|
| Name of Applicant: | Connors LLP |
| Authorized to Provide Professional Services to: | The Diocese of Buffalo, N.Y., Debtor-in-Possession |
| Date of Retention: | Order entered July 9, 2020 [Docket No. 442] *Nunc Pro Tunc* to February 28, 2020 |
| Period for which compensation and reimbursement is sought: | September 1, 2022 – September 30, 2022 |
| Amount of compensation sought as actual, reasonable, and necessary: | 80% of $53,115.00 **($42,492.00)** |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | **$632.19** |

This is a:    X   monthly ___ quarterly ___ final application.

This is the _____ monthly fee statement of Connors LLP in this case.

# CONNORS LLP
### 1000 Liberty Building
Buffalo, NY 14202
TAX ID NO. 16-1282035

October 24, 2022

|                       |                  |            |            |
|-----------------------|------------------|------------|------------|
|                       | Invoice#         | 38181      | RDW        |
| DIOCESE OF BUFFALO    | Our file#        | 002700     | 00006      |
| 795 Main Street       | Billing through  |            | 09/30/2022 |
| Buffalo, NY 14203     |                  |            |            |

## MISCELLANEOUS MATTERS

### PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 09/01/2022 | LFQ | (Misc) Assist with response to several different media inquiries by checking files for facts and communicating with Chancery representatives. | 1.90 hrs. | 250 /hr | 475.00 |
| 09/01/2022 | RDW | (Misc) Emails regarding response to media inquiries regarding multiple matters. | 0.60 hrs. | 250 /hr | 150.00 |
| 09/01/2022 | TMC | (Misc) Receipt of inquiry from Diocese regarding health records and possible privilege issues (.4); receipt of inquiries from several media sources regarding prior claims against priest and the response of the Diocese (.6); confer with Lawlor F. Quinlan III after review of records (.2). | 1.20 hrs. | 250 /hr | 300.00 |
| 09/02/2022 | LFQ | (Misc) Help with response to media inquiries by reviewing questions and communicating with Chancery representatives. | 1.00 hrs. | 250 /hr | 250.00 |
| 09/02/2022 | RDW | (Misc) Review of file and emails and conferences regarding response to media inquiry. | 1.20 hrs. | 250 /hr | 300.00 |
| 09/05/2022 | TMC | (Misc) Confer with Director of Communications Martone regarding media inquiry about priest (.4); reviewing documents and research for additional information (.3). | 0.70 hrs. | 250 /hr | 175.00 |
| 09/06/2022 | LFQ | (Independent Review Board) Communications with Independent Review Board | 1.30 hrs. | 250 /hr | 325.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Chair regarding inaccuracies in media story and possible response (.8); prepare package of materials for Independent Review Board regarding recently reported matter (.5). | | | | |
| 09/06/2022 | LFQ | (Misc) Work on response to other media inquiry. | 0.80 hrs. | 250 /hr | | 200.00 |
| 09/06/2022 | TMC | (Misc) Conversation with Lawlor F. Quinlan III regarding response to media inquiry. | 0.30 hrs. | 250 /hr | | 75.00 |
| 09/07/2022 | LFQ | (Independent Review Board) Telephone conference with investigator regarding status of investigation (.3); telephone conference with Independent Review Board Chair regarding next meeting (.3); work on document requested by Independent Review Board Chairman (3.5); prepare for and participate in call with Chancery representatives and communications regarding response to story in media about the Diocese (.9); communications with attorney for priest (.2). | 5.20 hrs. | 250 /hr | | 1,300.00 |
| 09/08/2022 | LFQ | (Independent Review Board) Assist with response to media regarding various stories (.8); work on document requested by Independent Review Board Chair (1.5); communications with Independent Review Board Chair regarding various matters (.7); communication with claimant's attorney (.3); communications with attorney for priest (.3); communication with investigator (.2). | 3.80 hrs. | 250 /hr | | 950.00 |
| 09/09/2022 | TMC | (Misc) Receiving renewed inquiry from reporters regarding homicide cold case (.3); conferring with Director of Communications Martone (.3); research and email | 1.10 hrs. | 250 /hr | | 275.00 |

correspondence with the Diocese
regarding above (.5).

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/09/2022 | LFQ | (Independent Review Board) Communications with Independent Review Board Chair regarding several matters and upcoming meeting (.4); communication with Chancery and Independent Review Board member regarding next meeting (.5); communications with attorney for claimant (.1). | 1.00 | hrs. | 250 /hr | 250.00 |
| 09/09/2022 | RDW | (Misc) Review of file and internal communications regarding response to media inquiry. | 1.30 | hrs. | 250 /hr | 325.00 |
| 09/12/2022 | LFQ | (Independent Review Board) Communications with Independent Board Chairman regarding next meeting (.4); communications with Chancery representative regarding same (.5); communications with investigators regarding same (.5); communications with attorneys for priest regarding same (.7). | 2.10 | hrs. | 250 /hr | 525.00 |
| 09/13/2022 | LFQ | (Independent Review Board) Communications with Independent Review Board Chair regarding matters to be addressed at Independent Review Board meeting later this month (.4); follow up on instructions from Independent Board Review Chair (.7); communications with attorney for claimant regarding claimant's ability to appear at Independent Review Board meeting (.2); communications with investigator regarding status of investigation (.3). | 1.60 | hrs. | 250 /hr | 400.00 |
| 09/13/2022 | TMC | (Misc) Reviewing the information that has been recently published regarding matter pursuant to our policies; | 0.50 | hrs. | 250 /hr | 125.00 |

| Date | Atty | Description | Hours | | Rate | Amount |
|---|---|---|---|---|---|---|
| | | conference with Randall D. White and Lawlor F. Quinlan III regarding same. | | | | |
| 09/14/2022 | LFQ | (Independent Review Board) Communications with Victim Assistance Coordinator regarding call from survivor and improving policies (.4); communications with investigators regarding obtaining requested information so that investigator can contact attorney for survivor and other witnesses (.5); communications with Independent Review Board Chair regarding next meeting (.6). | 1.50 | hrs. | 250 /hr | 375.00 |
| 09/14/2022 | LFQ | (Misc) Emails with diocesan communications representatives regarding media inquiry. | 0.40 | hrs. | 250 /hr | 100.00 |
| 09/14/2022 | RDW | (Misc) Conference with Terrence M. Connors and Lawlor F. Quinlan III regarding response to media inquiry. | 0.20 | hrs. | 250 /hr | 50.00 |
| 09/15/2022 | LFQ | (Independent Review Board) Review certain file at Chancery at request of Independent Review Board Chair to provide information to Independent Review Board (2.4); telephone conference from survivor who wants to assist Diocese with various issues (.5). | 2.90 | hrs. | 250 /hr | 725.00 |
| 09/19/2022 | LFQ | (Independent Review Board) Communications with Independent Review Board Chair regarding next week's meeting; communications with attorney for claimant regarding participation in Independent Review Board meeting. | 0.40 | hrs. | 250 /hr | 100.00 |
| 09/20/2022 | LFQ | (Independent Review Board) Communications with Independent Review Board Chair regarding next Independent Review Board meeting; arrange for documents | 0.40 | hrs. | 250 /hr | 100.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | to be shared with the entire Independent Review Board. |  |  |  |  |
| 09/20/2022 | RMV | (Independent Review Board) Prepare for upcoming Review Board meeting by working on agenda, drafting memos, and preparing individual files. | 1.30 | hrs. | 100 /hr | 130.00 |
| 09/21/2022 | LFQ | (Independent Review Board) Work on documents for next week's Independent Review Board meeting (.8); communications with attorney for priest (.2); communications with Independent Review Board Chair regarding next week's meeting (.1). | 1.10 | hrs. | 250 /hr | 275.00 |
| 09/22/2022 | LFQ | (Independent Review Board) Communications with Independent Review Board Chair regarding next week's meeting (.8); communication with investigator to ensure completion of report to Independent Review Board in time for meeting (.2); communication with Chancery representative regarding Independent Review Board meeting logistics (.2); communication with attorney for claimant regarding same (.2). | 1.40 | hrs. | 250 /hr | 350.00 |
| 09/22/2022 | RMV | (Independent Review Board) Locate, review, and organize numerous reports as requested by Lawlor F. Quinlan III. | 2.10 | hrs. | 100 /hr | 210.00 |
| 09/22/2022 | RMV | (Misc) Prepare for completing upcoming CARA survey. | 0.90 | hrs. | 100 /hr | 90.00 |
| 09/23/2022 | LFQ | (Independent Review Board) Communications with attorney for claimant regarding claimant's appearance at next week's Independent Review Board meeting (.2); work on ensuring that all relevant documents have been sent to Independent Review Board members and communications regarding same | 0.70 | hrs. | 250 /hr | 175.00 |

(.5).

| 09/23/2022 | RMV | (Independent Review Board) Review and organize new reports provided by Lawlor F. Quinlan III. | 1.60 | hrs. | 100 /hr | 160.00 |
|---|---|---|---|---|---|---|
| 09/26/2022 | LFQ | (Independent Review Board) Prepare for Independent Review Board meeting tomorrow (1.6); communications with Independent Review Board Chairman regarding same (.3). | 1.90 | hrs. | 250 /hr | 475.00 |
| 09/27/2022 | LFQ | (Independent Review Board) Prepare for and participate in Independent Review Board meeting. | 5.30 | hrs. | 250 /hr | 1,325.00 |
| 09/28/2022 | LFQ | (Independent Review Board) Several communications with Independent Review Board Chair regarding yesterday's meeting and his instructions regarding same (.6); prepare documents in accordance with Independent Review Board Chair's instructions (.9). | 1.50 | hrs. | 250 /hr | 375.00 |
| 09/28/2022 | TMC | (Misc) Email correspondence with priest regarding a threatening scare,  filing police report, and seeking protective order (.3); email correspondence with Director of Insurance Services John Scholl regarding above (.3). | 0.60 | hrs. | 250 /hr | 150.00 |
| 09/28/2022 | RMV | (Independent Review Board) Review status of several claims as requested by Lawlor F. Quinlan III. | 1.40 | hrs. | 100 /hr | 140.00 |
| 09/29/2022 | LFQ | (Independent Review Board) Work on documents at direction of Independent Review Board Chair implementing recommendations of Independent Review Board (1.4); communications with Independent Review Board Chair and Independent Review Board Acting Secretary | 2.80 | hrs. | 250 /hr | 700.00 |

regarding same (.6); work on document regarding concern recently raised about priest (.4); communications with Chancery representative regarding same (.2); review documents sent by Independent Review Board member (.2).

| Date | Atty | Description | Hours | | Rate | | Amount |
|------|------|-------------|-------|---|------|---|--------|
| 09/29/2022 | TMC | (Misc) Responding to inquiry from Diocese regarding disclosure of personnel and medical file issues. | 0.40 | hrs. | 250 | /hr | 100.00 |
| 09/29/2022 | CME | (Misc) Review of emails and confer with Terrence M. Connors regarding disclosure inquiry (.3); review statutes, guidance, and regulations regarding possible disclosure of file (1.4). | 1.70 | hrs. | 200 | /hr | 340.00 |
| 09/30/2022 | LFQ | (Misc) Work on answering questions posed by Chancery representatives regarding facts about several hundred claims filed against Diocese (.9); communications with Independent Review Board Chair (.2). | 1.10 | hrs. | 250 | /hr | 275.00 |
| 09/30/2022 | TMC | (Misc) Confer with Director of Communications Martone regarding response to media inquiries with respect to homicide cold case (.4); preparation of research memorandum regarding discovery of file for review by COO Suchan (.7). | 1.10 | hrs. | 250 | /hr | 275.00 |
| 09/30/2022 | CME | (Misc) Draft memorandum regarding possible disclosure of file (.9); confer with Terrence M. Connors regarding above (.1). | 1.00 | hrs. | 200 | /hr | 200.00 |

Total fees for this matter     $13,595.00

<u>DISBURSEMENTS</u>

| | | |
|---|---|---|
| 09/30/2022 | COMPUTER RESEARCH - WESTLAW | 42.12 |
| | Total disbursements for this matter | $42.12 |

BILLING SUMMARY

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Connors, Terrence M. | Partner | 5.90 hrs | 250 /hr | 1,475.00 |
| White, Randall D. | Partner | 3.30 hrs | 250 /hr | 825.00 |
| Quinlan, Lawlor F. III | Partner | 40.10 hrs | 250 /hr | 10,025.00 |
| Eaton, Christina M. | Associate | 2.70 hrs | 200 /hr | 540.00 |
| Valkwitch, Rachel M. | Legal Assistant | 7.30 hrs | 100 /hr | 730.00 |

**TOTAL FEES**      59.30 hrs        $13,595.00

**TOTAL DISBURSEMENTS**      $42.12

**TOTAL CHARGES FOR THIS BILL**      $13,637.12

# CONNORS LLP

1000 Liberty Building
Buffalo, NY 14202
TAX ID NO. 16-1282035

October 24, 2022

| | | |
|---|---|---|
| | Invoice# | 38182 | RDW |

DIOCESE OF BUFFALO

| | |
|---|---|
| Our file# | 002700 | 00040 |

795 Main Street
Buffalo, NY 14203

Billing through 09/30/2022

NYSAG SUBPOENA

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 09/01/2022 | LFQ | Reorganizing policies to correspond to OAG agreement (.8); communications with Victim Assistance Coordinator regarding proposed changes to policies (.3). | 1.10 hrs. | 250 /hr | 275.00 |
| 09/06/2022 | TMC | Reviewing media article with respect to prior claims against priests (.3); confer with our team to determine what impact, if any, on settlement negotiations and our response to Office of Attorney General inquiries (.4). | 0.70 hrs. | 250 /hr | 175.00 |
| 09/08/2022 | LFQ | Review letter from Attorney General's Office (.4); work on obtaining answers to several questions posed by Attorney General's Office (.7); communications with Jones Day attorneys regarding same (.4). | 1.50 hrs. | 250 /hr | 375.00 |
| 09/08/2022 | TMC | Preparation for and participation in conference call with the attorneys for other Dioceses in the State of New York in order to discuss the status of our negotiations with the Office of Attorney General. | 0.70 hrs. | 250 /hr | 175.00 |
| 09/09/2022 | LFQ | Prepare for and participate in conference call with client and Jones Day attorneys (.6); work on answering questions posed by Office of Attorney General (2.1). | 2.70 hrs. | 250 /hr | 675.00 |
| 09/09/2022 | RMV | Conduct file research to provide | 3.40 hrs. | 100 /hr | 340.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | answer to question posed by Attorney General's office (1.4); organize various supporting documents (.6); create chart and memo to provide to Lawlor F. Quinlan III to assist in answering Attorney General question (1.4). |  |  |  |  |
| 09/10/2022 | LFQ | Work on response to Office of Attorney General's request for information. | 0.80 | hrs. | 250 /hr | 200.00 |
| 09/12/2022 | LFQ | Work on revising charts to accurately convey information requested by Office of Attorney General (2.7); several communications with Jones Day attorneys regarding response to Office of Attorney General (.8). | 3.50 | hrs. | 250 /hr | 875.00 |
| 09/13/2022 | LFQ | Revise chart pursuant to suggestions of Jones Day attorneys (.7); work on obtaining information necessary to respond to Office of Attorney General (.5); work on drafts of document addressing concerns of Office of Attorney General (2.6); communications with Jones Day attorneys regarding same (.8). | 4.60 | hrs. | 250 /hr | 1,150.00 |
| 09/14/2022 | LFQ | Obtain information requested by Jones Day attorneys and incorporate into chart (1.0); communication with Chancery representative regarding several issues related to Office of Attorney General matter (.4); several communications with Jones Day attorneys regarding response to Office of Attorney General (.7). | 2.10 | hrs. | 250 /hr | 525.00 |
| 09/14/2022 | TMC | Confer with Randall D. White about certain matters pertaining to the office of Office of Attorney General's settlement (.3); reviewing the motion papers from other case regarding discovery issues (.3). | 0.60 | hrs. | 250 /hr | 150.00 |
| 09/15/2022 | LFQ | Work on response to Office of Attorney General's request for | 1.10 | hrs. | 250 /hr | 275.00 |

|  |  | information (.7);<br>communications with Jones Day<br>attorneys regarding same (.4). |  |  |  |  |
|---|---|---|---|---|---|---|
| 09/15/2022 | TMC | Preparation for and participation in conference call with the attorneys for other Dioceses in the State of New York about the status of the litigation with the Office of Attorney General (.7); preparation of memorandum (.1); receipt and review of our proposed response to the Office of Attorney General on certain terms and conditions in the settlement agreement that remain unresolved (.6). | 1.40 hrs. | 250 /hr | 350.00 |
| 09/16/2022 | TMC | Review of letter from the Office of Attorney General regarding issues as to final settlement agreement and brief conference with Lawlor F. Quinlan III. | 0.30 hrs. | 250 /hr | 75.00 |
| 09/20/2022 | TMC | Receipt and review of the latest version of the stipulated order, together with letter to the Office of Attorney General regarding policies and procedures. | 0.60 hrs. | 250 /hr | 150.00 |
| 09/22/2022 | LFQ | Prepare for and participate in conference with Office of Attorney General attorneys. | 0.70 hrs. | 250 /hr | 175.00 |
| 09/22/2022 | TMC | Preparation for and participation in conference call with attorneys for other Dioceses in the State of New York about the status of the litigation with the Office of Attorney General (.5); preparation of memorandum (.1). | 0.60 hrs. | 250 /hr | 150.00 |
| 09/26/2022 | LFQ | Work on response to request for information made by Office of Attorney General (2.4); communication with Jones Day attorneys regarding same (.5). | 2.90 hrs. | 250 /hr | 725.00 |
| 09/27/2022 | LFQ | Review documents from Jones Day attorneys to be submitted to Office of Attorney General (.5); communications with Jones Day attorneys regarding same (.4); | 1.10 hrs. | 250 /hr | 275.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | communications with client regarding same (.2). | | | | |
| 09/27/2022 | TMC | Reviewing our response to questions from the Office of Attorney General and receiving and reviewing their letter response. | 0.60 | hrs. | 250 /hr | 150.00 |
| 09/28/2022 | LFQ | Communications with Jones Day attorney and client regarding process of Court approval of settlement. | 0.50 | hrs. | 250 /hr | 125.00 |
| 09/29/2022 | RMV | Research claims and abuse dates as requested by Lawlor F. Quinlan III. | 1.90 | hrs. | 100 /hr | 190.00 |
| 09/29/2022 | LFQ | Prepare for and participate in conference call with other NYS diocesan counsel regarding litigation (.8); prepare for and participate in video conference with team and client (.9); work on documents to prepare Chancery representative for questions from media (.8). | 2.50 | hrs. | 250 /hr | 625.00 |
| 09/29/2022 | TMC | Preparation for and participation in a call with attorneys for other Dioceses in the State of New York about status of the Office of Attorney General litigation (.7); preparation of memorandum (.1). | 0.80 | hrs. | 250 /hr | 200.00 |
| 09/30/2022 | RMV | Further revised research on claims and abuse dates as requested by Lawlor F. Quinlan III. | 2.60 | hrs. | 100 /hr | 260.00 |

Total fees for this matter                                $8,640.00

**BILLING SUMMARY**

| | | | | |
|---|---|---|---|---|
| Connors, Terrence M. | Partner | 6.30 hrs | 250 /hr | 1,575.00 |
| Quinlan, Lawlor F. III | Partner | 25.10 hrs | 250 /hr | 6,275.00 |
| Valkwitch, Rachel M. | Legal Assistant | 7.90 hrs | 100 /hr | 790.00 |
| TOTAL FEES | | 39.30 hrs | | $8,640.00 |

TOTAL CHARGES FOR THIS BILL                                $8,640.00

**CONNORS LLP**

1000 Liberty Building
Buffalo, NY 14202
TAX ID NO. 16-1282035

October 24, 2022

|  |  |  |
|---|---|---|
| | Invoice# 38183 | RDW |
| DIOCESE OF BUFFALO | Our file# 002700 | 00046 |
| 795 Main Street | Billing through | 09/30/2022 |
| Buffalo, NY 14203 | | |

**CHILD VICTIMS ACT**

<u>PROFESSIONAL SERVICES</u>

| Date | Init. | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/01/2022 | RDW | Preparation for and review documents at Diocese (3.3); review of documents and preparation of privilege logs (3.4); emails to BSK forwarding documents and privilege logs for production (.6). | 7.30 hrs. | 250 /hr | 1,825.00 |
| 09/01/2022 | KER | Draft/revise privilege log. | 0.50 hrs. | 200 /hr | 100.00 |
| 09/01/2022 | RMV | Finalize changes to the privilege log for documents contained in production (1.1); preparation of additional production (1.3); finalize privilege log for that production (.7); prepare and complete third production (1.0); complete the privilege log for third production (.5); modify privilege log for prior production (.6). | 5.20 hrs. | 100 /hr | 520.00 |
| 09/02/2022 | RDW | Preparation for and document review at Diocese (3.5); email to Diocese regarding above (.7); email to BSK forwarding documents and privilege log for production (.8). | 5.00 hrs. | 250 /hr | 1,250.00 |
| 09/02/2022 | KER | Draft/revise health-related privilege log. | 0.30 hrs. | 200 /hr | 60.00 |
| 09/02/2022 | RMV | Finalize two productions and privilege logs. | 2.10 hrs. | 100 /hr | 210.00 |
| 09/03/2022 | KER | Review/analyze productions and privilege logs produced for consistency and to determine next files for review. | 0.40 hrs. | 200 /hr | 80.00 |

| 09/06/2022 | RDW | Review of file and email response to Diocese inquiry regarding mediation (.4); review of documents regarding responses to discovery inquiries and possible supplemental document production (4.7); email to paralegal, Rachel M. Valkwitch regarding above (.3). | 5.40 | hrs. | 250 | /hr | 1,350.00 |
|---|---|---|---|---|---|---|---|
| 09/07/2022 | RDW | Work on responses to discovery inquiries (5.1); telephone conference with CVA co-defense counsel regarding defense issues and strategy (1.0). | 6.10 | hrs. | 250 | /hr | 1,525.00 |
| 09/07/2022 | RMV | Perform search for specific documents in produced file per Randall D. White request. | 0.70 | hrs. | 100 | /hr | 70.00 |
| 09/08/2022 | RDW | Participate in weekly NYS diocesan counsel call (.2); review of documents regarding responses to discovery inquiries and supplemental document production (3.0); review of recent filings and notices in BSA bankruptcy (.5). | 3.70 | hrs. | 250 | /hr | 925.00 |
| 09/08/2022 | KER | Meet/confer with Randall D. White regarding upcoming privilege review. | 0.10 | hrs. | 200 | /hr | 20.00 |
| 09/08/2022 | RMV | Conduct searches of produced files per Randall D. White request. | 0.90 | hrs. | 100 | /hr | 90.00 |
| 09/09/2022 | RDW | Work on possible supplemental document production (.5); conference with associate, Kelly E. Riley regarding privilege issues regarding above (.5); further work on other discovery inquiries (.7). | 1.70 | hrs. | 250 | /hr | 425.00 |
| 09/09/2022 | KER | Continue privilege review of priest personnel file documents. | 0.60 | hrs. | 200 | /hr | 120.00 |
| 09/10/2022 | LFQ | Work on response to document demand from insurance carriers. | 0.40 | hrs. | 250 | /hr | 100.00 |
| 09/10/2022 | RDW | Review of documents regarding privilege and possible production (2.0); preparation for and | 3.40 | hrs. | 250 | /hr | 850.00 |

conference with Lawlor F. Quinlan III regarding above and discovery issues (.7); preparation for and conference with associate, Kelly E. Riley regarding privilege issues and privilege log (.7).

| Date | Init | Description | Hours | | Rate | Amount |
|------|------|-------------|-------|---|------|--------|
| 09/10/2022 | KER | Continue privilege review of priest personnel file documents (.9); prepare for and meet with Randall D. White regarding potentially privileged documents (.5); finalize production accordingly (1.1). | 2.50 | hrs. | 200 /hr | 500.00 |
| 09/12/2022 | RDW | Review of documents regarding possible supplemental production (4.9); conferences with paralegal, Rachel M. Valkwitch regarding above (.4); preparation of memorandum regarding document review (.7). | 6.00 | hrs. | 250 /hr | 1,500.00 |
| 09/12/2022 | RMV | Prepare further document production (.8); create draft privilege log for that production (2.7); prepare additional production (.6). | 4.10 | hrs. | 100 /hr | 410.00 |
| 09/13/2022 | RDW | Review of documents regarding privilege, confidentiality issues, and possible production (2.8); work on response to discovery inquiries (2.7); conferences with associate, Kelly E. Riley and paralegal, Rachel M. Valkwitch regarding production of documents and privilege logs (.7); preparation of memoranda regarding document review and responses to discovery inquiries (.6). | 6.80 | hrs. | 250 /hr | 1,700.00 |
| 09/13/2022 | RMV | Complete preparation of production and prepare production transmittal (.6); compile documents that contained privilege redactions for associate, Kelly E. Riley to review (.3). | 0.90 | hrs. | 100 /hr | 90.00 |
| 09/14/2022 | RDW | Work on responses to discovery | 4.90 | hrs. | 250 /hr | 1,225.00 |

|            |     |                                                                                                                                                                                                     |          |        |          |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|--------|----------|
|            |     | inquiries, including document review (3.5); review of filings in other CVA case regarding relevant discovery disputes and privilege issues (1.4).                                                    |          |        |          |
| 09/14/2022 | TMC | Reviewing the most recent filings on docket sheets; brief conference with Randall D. White.                                                                                                          | 0.30 hrs. | 250 /hr | 75.00   |
| 09/15/2022 | RDW | Preparation for and participate in NYS diocesan counsel call regarding CVA litigation (.3); preparation for and conference and review of documents at Diocese (3.7); preparation of memoranda regarding document review (.4); further work on responses to discovery inquiries (1.7). | 6.10 hrs. | 250 /hr | 1,525.00 |
| 09/15/2022 | KER | Draft/revise privilege log.                                                                                                                                                                          | 0.70 hrs. | 200 /hr | 140.00  |
| 09/15/2022 | RMV | Finalize privilege log for production.                                                                                                                                                               | 0.80 hrs. | 100 /hr | 80.00   |
| 09/16/2022 | RDW | Preparation of and forward documents and privilege log to BSK for production (1.3); review of additional documents for privilege and possible production (.8); conferences with associate, Kelly E. Riley and paralegal, Rachel M. Valkwitch regarding above (.4); preparation of memoranda regarding documents and review (.7). | 3.20 hrs. | 250 /hr | 800.00  |
| 09/16/2022 | RMV | Prepare production and draft transmittal.                                                                                                                                                            | 0.40 hrs. | 100 /hr | 40.00   |
| 09/19/2022 | RDW | Review of documents regarding privilege and possible production (2.1); preparation of memoranda regarding document review and production (.7); email regarding adult abuse victims act (.5); email to Diocese regarding documents (.2). | 3.50 hrs. | 250 /hr | 875.00  |
| 09/19/2022 | TMC | Reviewing the Adult Survivor legislation and brief conference with Randall D. White and                                                                                                              | 0.30 hrs. | 250 /hr | 75.00   |

|            |     | Lawlor F. Quinlan III in anticipation of Adult Survivor claims. | | | | | |
|------------|-----|-------------------------------------------------|-------|------|-----|-----|---------|
| 09/19/2022 | RMV | Consult with eDiscovery Project Manager from BSK regarding BSK questions on production (.3); review said production (.6); advise BSK of findings (.2). | 1.10 | hrs. | 100 | /hr | 110.00 |
| 09/20/2022 | RDW | Research and respond to Blank Rome insurance inquiry (1.2); review of documents regarding response to discovery inquiry (2.2); preparation for and conference regarding response to discovery inquiries, and document review and privilege issues (.8); preparation for conference with Lawlor F. Quinlan III regarding discovery inquiry (.4). | 4.60 | hrs. | 250 | /hr | 1,150.00 |
| 09/20/2022 | RMV | Review new set of supplemental priest personnel file documents (1.0); preparation of documents for further review and production (1.3). | 2.30 | hrs. | 100 | /hr | 230.00 |
| 09/21/2022 | RDW | Preparation for and meet with associate, Kelly E. Riley regarding documents and privilege and production issues (1.4); follow-up email (.2); work on follow-up items (.7); review of additional documents regarding possible production (2.0); preparation of memoranda regarding document review (.5). | 4.80 | hrs. | 250 | /hr | 1,200.00 |
| 09/21/2022 | KER | Meet/confer with Randall D. White regarding potentially privileged documents. | 1.30 | hrs. | 200 | /hr | 260.00 |
| 09/22/2022 | LFQ | Work on document production regarding request made by insurance carriers. | 3.30 | hrs. | 250 | /hr | 825.00 |
| 09/22/2022 | RDW | Preparation for and conference with Lawlor F. Quinlan III regarding response to discovery inquiry. | 0.80 | hrs. | 250 | /hr | 200.00 |
| 09/22/2022 | KER | Continue privilege review of | 0.20 | hrs. | 200 | /hr | 40.00 |

| Date | | Description | Hours | | Rate | | Amount |
|------|---|-------------|-------|---|------|---|--------|
| | | priest personnel file documents. | | | | | |
| 09/23/2022 | LFQ | Work on document production in response to request by insurance carriers. | 2.10 | hrs. | 250 | /hr | 525.00 |
| 09/24/2022 | RDW | Work on responses to discovery inquiries (2.0); preparation of memorandum regarding above (.6). | 2.60 | hrs. | 250 | /hr | 650.00 |
| 09/25/2022 | LFQ | Work on document production and response to request from insurance carriers. | 2.40 | hrs. | 250 | /hr | 600.00 |
| 09/26/2022 | LFQ | Work on document production and response to request from insurance carriers. | 5.40 | hrs. | 250 | /hr | 1,350.00 |
| 09/26/2022 | RDW | Work on responses to discovery inquiries (3.6); preparation for and conferences with associate, Kelly E. Riley regarding privilege issues and document production (.7); preparation of memoranda regarding document review (.8). | 5.10 | hrs. | 250 | /hr | 1,275.00 |
| 09/26/2022 | KER | Continue privilege review of priest personnel file documents (1.9); prepare for and meet with Randall D. White regarding potentially privileged documents (.2); finalize production (.1). | 2.20 | hrs. | 200 | /hr | 440.00 |
| 09/27/2022 | RDW | Preparation for and emails and conference with paralegal, Rachel M. Valkwitch regarding response to discovery inquiry. | 0.50 | hrs. | 250 | /hr | 125.00 |
| 09/27/2022 | TMC | Conference call with plaintiffs' attorney regarding issues and status of this matter. | 0.60 | hrs. | 250 | /hr | 150.00 |
| 09/27/2022 | RMV | Perform search for specific documents contained in produced file per Randall D. White request (1.0); prepare document production (.9). | 1.90 | hrs. | 100 | /hr | 190.00 |
| 09/28/2022 | LFQ | Work on production of documents in response to request from insurance carriers. | 2.40 | hrs. | 250 | /hr | 600.00 |
| 09/28/2022 | RDW | Preparation for and conference | 1.10 | hrs. | 250 | /hr | 275.00 |

with Lawlor F. Quinlan III and
paralegal, Rachel M. Valkwitch
regarding response to discovery
inquiry (.7); preparation of
memoranda regarding document
review (.4).

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/28/2022 | RMV | Preparation of document production (.6); create privilege log detailing privileged documents contained in production (2.3); complete search within previous production per Randall D. White request (.8). | 3.70 | hrs. | 100 /hr | 370.00 |
| 09/29/2022 | LFQ | Work on document production in response to requests from insurance carriers. | 1.20 | hrs. | 250 /hr | 300.00 |
| 09/29/2022 | RDW | Work on responses to discovery inquiries (2.7); preparation of memoranda regarding above (.4). | 2.20 | hrs. | 250 /hr | 550.00 |
| 09/29/2022 | RMV | Prepare next non-priest personnel file production by applying redactions to several documents per Lawlor F. Quinlan III request. | 2.70 | hrs. | 100 /hr | 270.00 |
| 09/30/2022 | RDW | Work on responses to discovery inquiries (.9); conferences with paralegal, Rachel M. Valkwitch regarding above and production and privilege issues (.5). | 1.40 | hrs. | 250 /hr | 350.00 |
| 09/30/2022 | RMV | Complete applying redactions to new non-priest personnel file production (1.9); create redaction log (1.0). | 2.90 | hrs. | 100 /hr | 290.00 |

Total fees for this matter                                              $30,880.00

DISBURSEMENTS
| | | |
|---|---|---|
| 09/15/2022 | OUTSIDE REPRODUCTION OF DOCUMENTS | 376.28 |
| 09/15/2022 | OUTSIDE REPRODUCTION OF DOCUMENTS | 73.13 |
| 09/15/2022 | OUTSIDE REPRODUCTION OF DOCUMENTS | 111.47 |
| 09/30/2022 | COMPUTER RESEARCH - WESTLAW | 22.99 |
| 09/30/2022 | PHOTOCOPIES | 6.20 |

Total disbursements for this matter                            $590.07

BILLING SUMMARY
Connors, Terrence M.          Partner          1.20  hrs          250 /hr                300.00

| | | | | | |
|---|---|---|---|---|---|
| White, Randall D. | Partner | 86.20 hrs | 250 /hr | | 21,550.00 |
| Quinlan, Lawlor F. III | Partner | 17.20 hrs | 250 /hr | | 4,300.00 |
| Riley, Kelly E | Associate | 8.80 hrs | 200 /hr | | 1,760.00 |
| Valkwitch, Rachel M. | Legal Assistant | 29.70 hrs | 100 /hr | | 2,970.00 |
| TOTAL FEES | | 143.10 hrs | | | $30,880.00 |
| TOTAL DISBURSEMENTS | | | | | $590.07 |
| TOTAL CHARGES FOR THIS BILL | | | | | $31,470.07 |