**EXHIBIT B**
**[Summary of Itemized Time Records]**

## SUMMARY OF PROFESSIONAL SERVICES RENDERED BY TIMEKEEPER
## FOR THE PERIOD OF FEBRUARY 1, 2022 THROUGH JULY 31, 2022

### (Partners)

| NAME OF PROFESSIONAL (in alphabetical order) PARTNERS | EFFECTIVE HOURLY RATE (Capped at $700 per Hour) | TOTAL HOURS BILLED | FEES BILLED |
|---|---:|---:|---:|
| Iain A.W. Nasatir | $700.00 | 57.50 | $ 40,250.00 |
|  | $ 0.00 | 27.00 | $ 0.00 |
| Ilan D. Scharf | $700.00 | 254.90 | $178,430.00 |
|  | $ 0.00 | 27.50 | $ 0.00 |
| James I. Stang | $700.00 | 4.50 | $ 3,150.00 |
| | **Totals for Partners:** | **371.40** | **$221,830.00** |

### (Of-Counsel)

| NAME OF PROFESSIONAL (in alphabetical order) OF COUNSEL | EFFECTIVE HOURLY RATE (Capped at $700 per hour) | TOTAL HOURS BILLED | FEES BILLED |
|---|---:|---:|---:|
| Brittany M. Michael | $700.00 | 78.50 | $54,950.00 |
|  | $ 0.00 | 33.50 | $ 0.00 |
| William L. Ramseyer | $700.00 | 9.00 | $ 6,300.00 |
| | **Totals for Of-Counsel:** | **121.00** | **$61,250.00** |

### (Paraprofessionals)

| NAME OF PROFESSIONAL (in alphabetical order) PARAPROFESSIONALS | EFFECTIVE HOURLY RATE | TOTAL HOURS BILLED | FEES BILLED |
|---|---:|---:|---:|
| Beth D. Dassa | $300.00 | 19.50 | $5,850.00 |
| Cheryl A. Knotts | $300.00 | 5.20 | $1,560.00 |
| Kerri L. LaBrada | $300.00 | 21.20 | $6,360.00 |
| Mike A. Matteo | $300.00 | 31.00 | $9,300.00 |
| | **Totals for Paraprofessionals:** | **76.90** | **$23,070.00** |