UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>The Diocese of Buffalo, N.Y.,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-10322 (CLB) |

**STATEMENT OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS REGARDING DEBTOR'S
MOTION FOR ENTRY OF AN ORDER AUTHORIZING
THE APPOINTMENT OF AN ADDITIONAL MEDIATOR**

The Official Committee of Unsecured Creditors (the "**Committee**") of The Diocese of Buffalo, N.Y., the debtor and debtor-in-possession (the "**Debtor**" or the "**Diocese**") in the above captioned case (the "**Case**") under chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"), by and through its undersigned counsel, respectfully submits this statement (this "**Statement**") regarding the *Diocese's Motion for Entry of an Order Authorizing the Appointment of an Additional Mediator* (the "**Motion**") [Doc. No. 1990]. The Statement supplements the *Limited Objection of the Official Committee of Unsecured Creditors to Debtor's Motion for Entry of and Order Authorizing the Appointment of an Additional Mediator* [Docket No. 2024].

**STATEMENT**

1. The Committee recommends the appointment of Judge Patrick NeMoyer as the additional mediator for this Chapter 11 Case. Judge NeMoyer is an Associate Justice of the Appellate Division of the Supreme Court of the State of New York, Fourth Judicial Department. Prior to his appointment to the Appellate Division in 2016, Judge NeMoyer was a Justice of the Supreme Court (1997-2016); the United States Attorney for the Western District of New York

(1993-1997); Erie County Attorney (1988-1993); and principal law clerk to the Hon. James B. Kane of the Eighth Judicial District. Judge NeMoyer has also served on the New York State Pattern Civil Jury Instructions Committee since 2003, illustrating the esteem in which Judge NeMoyer is held by his colleagues on the bench. His experience on the bench, as Erie County Attorney and U.S. Attorney include both insurance[1] and tort matters. He is well-versed in New York law on these matters. A copy if Judge NeMoyer's professional biography is attached hereto as **Exhibit A**.

2. Judge NeMoyer will retire from the bench on December 31, 2022. Thus, he will be able to serve as mediator in this case beginning January 1, 2023. He has no other professional engagements at this time. Nor does he have any conflicts. Judge NeMoyer's proposed hourly rate for this engagement would be $450 per hour. He is located in Buffalo and can attend mediation sessions in Buffalo.

3. The Committee understands that Judge NeMoyer has discussed the potential engagement with the Diocese and certain insurers.

4. The Committee is disappointed that the prior additional mediator appointed in this case resigned. However, that resignation presents an opportunity to appoint Judge NeMoyer, who was not previously available to be appointed mediator because he was still sitting on the bench when the Court last considered the parties' requests to appoint an additional mediator.

---

[1] Judge NeMoyer's experience with insurance matters is illustrated by reported cases involving insurance matters, including *Nationwide Affinity Insurance Co. of America v. Beacon Acupuncture, P.C.*, 175 A.D.3d 1836 (Fourth Dep't 2019); *Koecki's Grandview Grove Corp. v. Acadia Insurance Co.*, 158 A.D.3d 1306 (Fourth Dep's 2018); *Jeffrey's Auto Body, Inc. v. Allstate Insurance Co.*, 159 A.D.3d 1481 (Fourth Dep't 2018); Utica Mutual Ins. Co. v. Alfa Mutual Ins. Co., 154 A.D.3d (Fourth Dep't 2017); *Main Street America Assurance Co. v. Merchants Mutual Ins. Co.*, 2022 N.Y. Slip Op 05627 (Fourth Dep't 2022); Lobello v. New York Mutual Fire Ins. Co., 152 A.D.3d 1206 (Fourth Dep't 2017); *Tuttle v. State Farm Mutual Automobile Ins. Co.*, 149 A.D.3d 1477 (Fourth Dep't 2017). In addition, a Federal Court matter cites an unpublished decision and order regarding insurance issues. *HDI-Gerling America Ins. Co. v. Liberty Mutual Ins. Co.*, Case No. 10-CV-00740(S)(M) (W.D.N.Y., July 16, 2013). These cases are a small sample of cases in which Judge NeMoyer presided over coverage disputes. A search for such cases disclosed dozens of insurance matters in which Judge NeMoyer presided over insurance coverage disputes.

Judge NeMoyer's reputation is that he a fair, well-prepared and thoughtful jurist. He knows the Buffalo community and applicable New York insurance and tort law. As such, the Committee believes that he is the best candidate for the position of additional mediator to complement Judge Kaplan.

5. In the Court's Decision and Order of November 4, 2022, the Court gave deference to the Committee's selection of mediator. The Committee requests that the Court do so in this case as well.

Respectfully submitted,

PACHULSKI STANG ZIEHL & JONES LLP.

Dated: December 6, 2022

*/s/ Ilan D. Scharf*
James I. Stang, Esq. (admitted *pro hac vice*)
Ilan D. Scharf, Esq.
Iain Nasatir, Esq.
Brittany M. Michael, Esq.
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

and

780 Third Ave., 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
E-mail: jstang@pszjlaw.com
ischarf@pszjlaw.com
inasatir@pszjlaw.com
bmichael@pszjlaw.com

GLEICHENHAUS, MARCHESE & WEISHAAR, P.C.
Scott J. Bogucki
43 Court Street, Suite 930
Buffalo, New York 14202-3100
Tel.    716/ 845-6446
Fax    716/845-6475
Email   sbogucki@gmwlawyers.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

# CERTIFICATE OF SERVICE

I, La Asia S. Canty, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 780 Third Avenue, 34th Floor, New York, New York 10017-2024.

Pursuant to the Court's Amended Administrative Procedures, on December 6, 2022, the *Statement of the Official Committee of Unsecured Creditors Regarding Debtor's Motion for Entry of an Order Authorizing the Appointment of an Additional Mediator* was served via the Court's ECF system, via electronic mail upon the parties set forth on the service list annexed hereto as **Exhibit 1**, and via First Class US Mail upon the parties set forth on the service list annexed hereto as **Exhibit 2**.

        */s/ La Asia S. Canty*
        La Asia S. Canty

# EXHIBIT 1

**Service by E-Mail**

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| AB 1 DOE | ATTN: STEPHEN BOYD, ESQ. | SBOYD@STEVEBOYD.COM |
| ARCHBISHOP WALSH HIGH SCHOOL & ARCHBISHOP WALSH FOUNDATION | ATTN.: MICHAEL A. MORGAN, ESQ. | MMORGAN@MORGANLAW.BIZ |
| CATHOLIC CHARITIES OF BUFFALO, N.Y. | ATTN: RAYMOND L. FINK & JOHN A. MUELLER | RFINK@LIPPES.COM; JMUELLER@LIPPES.COM |
| CATHOLIC MUTUAL GROUP | ATTN: ROBERT J. FELDMAN & KEVIN R. LELONEK | RFELDMAN@GROSS-SHUMAN.COM; KLELONEK@GROSS-SHUMAN.COM |
| CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA | ATTN: JIN YAN, DAVID M. SPECTOR, JOSEPH MARK FISHER, EVERETT CYGAL & DANIEL SCHUFREIDER | JYAN@SCHIFFHARDIN.COM; DSPECTOR@SCHIFFHARDIN.COM; MFISHER@SCHIFFHARDIN.COM; ECYGAL@SCHIFFHARDIN.COM; DSCHUFREIDER@SCHIFFHARDIN.COM |
| CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA | ATTN: STEVE WILAMOWSKY | SWILAMOWSKY@SCHIFFHARDIN.COM |
| CERTAIN PERSONAL INJURY CREDITORS | JEFFREY R. ANDERSON STACEY BENSON C/O JEFF ANDERSON & ASSOCIATES, P.A. | JEFF@ANDERSONADVOCATES.COM STACEY@ANDERSONADVOCATES.COM |
| CERTAIN PERSONAL INJURY CREDITORS | KATHLEEN R. THOMAS, ESQ. C/O THOMAS COUNSELOR AT LAW, LLC | KAT@TLCLAWLLC.COM |
| CLYDE & CO US LLP | MARIANNE MAY | MARIANNE.MAY@CLYDECO.US |
| DIOCESE OF BUFFALO, N.Y. | STEPHEN A. DONATO, CHARLES J. SULLIVAN, SARA C. TEMES, GRAYSON T. WALTER BOND, SCHOENECK & KING, PLLC | SDONATO@BSK.COM CSULLIVAN@BSK.COM STEMES@BSK.COM GWALTER@BSK.COM |
| EMPLOYERS INSURANCE COMPANY OF WAUSAU (FORMERLY KNOWN AS EMPLOYERS INSURANCE OF WAUSAU A MUTUAL COMPANY FORMERLY KNOWN AS EMPLOYERS MUTUAL LIABILITY INSURANCE COMPANY OF WISCONSIN) AND WAUSAU UNDERWRITERS INSURANCE COMPANY | ATTN: JEFFREY L. KINGSLEY & JONATHAN SCHAPP | JKINGSLEY@GOLDBERGSEGALLA.COM; JSCHAPP@GOLDBERGSEGALLA.COM |
| EXCELSIOR INSURANCE COMPANY | DOMINIC J. PICCA, NANCY D. ADAMS, LAURA BANGE STEPHENS, GRADY R. CAMPION C/O MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | DJPICCA@MINTZ.COM; NDADAMS@MINTZ.COM; LBSTEPHENS@MINTZ.COM; GRCAMPION@MINTZ.COM |
| EXCELSIOR INSURANCE COMPANY | DOUGLAS R. GOODING, ESQ. | DGOODING@CHOATE.COM; JMARSHALL@CHOATE.COM |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| | JONATHAN D. MARSHALL, ESQ. C/O CHOATE, HALL & STEWART LLP | |
| FRANCISCAN FRIARS - OUR LADY OF ANGELS PROVINCE, INC. | ATTN: RAYMOND L. FINK & JOHN A. MUELLER | RFINK@LIPPES.COM; JMUELLER@LIPPES.COM |
| JUDITH WILCOX HALSEY AND DIANA L. O'HARA | CONRAD K. CHIU, ESQ. | CCHIU@PRYORCASHMAN.COM |
| LIBERTY MUTUAL INSURANCE COMPANY | DOMINIC J. PICCA, NANCY D. ADAMS, LAURA BANGE STEPHENS, GRADY R. CAMPION C/O MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | DJPICCA@MINTZ.COM; NDADAMS@MINTZ.COM; LBSTEPHENS@MINTZ.COM; GRCAMPION@MINTZ.COM |
| LIBERTY MUTUAL INSURANCE COMPANY | DOUGLAS R. GOODING, ESQ. JONATHAN D. MARSHALL, ESQ. C/O CHOATE, HALL & STEWART LLP | DGOODING@CHOATE.COM; JMARSHALL@CHOATE.COM |
| MADONNA BISHOP | CHIACCHIA & FLEMING, LLP ATTN: DANIEL J. CHIACCHIA, ESQ. | DAN@CF-LEGAL.COM |
| MANUFACTURERS AND TRADERS TRUST CO | ATTN: GARRY M. GRABER | GGRABER@HODGSONRUSS.COM |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | ATTN: JEFFREY A. DOVE | JDOVE@BARCLAYDAMON.COM |
| NEW YORK STATE ATTORNEY GENERAL | ATTN.: MARTIN A. MOONEY, ESQ. | MARTIN.MOONEY@AG.NY.GOV |
| NGM INSURANCE COMPANY | DANIEL W. GERBER JOHN R. EWELL | DGERBER@GERBERCIANO.COM JEWELL@GERBERCIANO.COM |
| OBLATES OF ST. FRANCIS DESALES | ATTN: RAYMOND L. FINK & JOHN A. MUELLER | RFINK@LIPPES.COM; JMUELLER@LIPPES.COM |
| OUR LADY OF VICTORY INSTITUTIONS, INC. | NEIL J. SMITH | NSMITH@MACKENZIEHUGHES.COM |
| PARISH STEERING COMMITTEE | ATTN: BRUCE A. ANDERSON | BRUCEA@EAIDAHO.COM; BAAFILING@EAIDAHO.COM |
| PARISH STEERING COMMITTEE | ATTN: J. FORD ELSAESSER | FELSAESSER@EAIDAHO.COM |
| PARISH STEERING COMMITTEE | ATTN: TIMOTHY P. LYSTER | TLYSTER@WOODSOVIATT.COM |
| PEERLESS INSURANCE COMPANY | DOMINIC J. PICCA, NANCY D. ADAMS, LAURA BANGE STEPHENS, GRADY R. CAMPION C/O MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | DJPICCA@MINTZ.COM; NDADAMS@MINTZ.COM; LBSTEPHENS@MINTZ.COM; GRCAMPION@MINTZ.COM |
| PEERLESS INSURANCE COMPANY | DOUGLAS R. GOODING, ESQ. JONATHAN D. MARSHALL, ESQ. C/O CHOATE, HALL & STEWART LLP | DGOODING@CHOATE.COM; JMARSHALL@CHOATE.COM |
| PEOPLE OF THE STATE OF NEW YORK | OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | LOUIS.TESTA@AG.NY.GOV |
| PSAS 01 DOE, PSAS 02 DOE, PSAS DOE 03 | ATTN: STEPHEN F. PUSATIER | SFP@PSASATTORNEYS.COM |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| RICHARD LAPORTA AND HUNTER COGI WOLFE F/K/A KENNETH CHARLES HELINSKI | ATTN: HEATHER M. BAUMEISTER, ESQ. | HBAUMEISTER@LOTEMPIOPC.COM |
| SELECTIVE INSURANCE COMPANY OF NEW YORK | ATTN: BRETT S. THEISEN | BTHEISEN@GIBBONSLAW.COM |
| SELECTIVE INSURANCE COMPANY OF NEW YORK | ATTN: DIRK C. HAARHOFF | DCHAARHOFF@KSLNLAW.COM |
| SELECTIVE INSURANCE COMPANY OF NEW YORK | ATTN: JUDITH TREGER SHELTON & DIRK C. HAARHOFF | JTSHELTON@KSLNLAW.COM; DCHAARHOFF@KSLNLAW.COM |
| SELECTIVE INSURANCE COMPANY OF NEW YORK | ATTN: ROBERT K. MALONE | RMALONE@GIBBONSLAW.COM |
| SELECTIVE INSURANCE COMPANY OF NEW YORK | ATTN: WILLIAM T. CORBETT, JR. & LAURA A. BRADY | WCORBETT@COUGHLINDUFFY.COM; LBRADY@COUGHLINDUFFY.COM |
| ST. FRANCIS HIGH SCHOOL OF ATHOL SPRINGS, N.Y. | ATTN: RAYMOND L. FINK & JOHN A. MUELLER | RFINK@LIPPES.COM; JMUELLER@LIPPES.COM |
| THE CONTINENTAL INSURANCE COMPANY, SUCCESSOR BY MERGER TO (1) COMMERCIAL INSURANCE COMPANY OF NEWARK, NEW JERSEY AND (2) FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY | ATTN: JEFFREY A. DOVE | JDOVE@BARCLAYDAMON.COM |
| THE CONTINENTAL INSURANCE COMPANY, SUCCESSOR BY MERGER TO (1) COMMERCIAL INSURANCE COMPANY OF NEWARK, NEW JERSEY AND (2) FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY | MARK D. PLEVIN MIRANDA H. TURNER | MPLEVIN@CROWELL.COM MTURNER@CROWELL.COM |
| THE EUDISTS - CONGREGATION OF JESUS AND MARY, INC. | ATTN: RAYMOND L. FINK & JOHN A. MUELLER | RFINK@LIPPES.COM; JMUELLER@LIPPES.COM |
| TIG INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, AND U.S. FIRE INSURANCE COMPANY | ATTN.: JILLIAN DENNEHY, ESQ., MARGARET CATALANO, ESQ. | JILLIAN.DENNEHY@KENNEDYSLAW.COM MEG.CATALANO@KENNEDYSLAW.COM |
| USA NORTHEAST PROVINCE OF THE SOCIETY OF JESUS | ATTN: LEE E. WOODARD | LWOODARD@HARRISBEACH.COM; BKEMAIL@HARRISBEACH.COM |
| UTICA MUTUAL INSURANCE COMPANY, HANOVER INSURANCE COMPANY, AND SENTRY INSURANCE COMPANY AS SUCCESSOR TO MIDDLESEX MUTUAL INSURANCE COMPANY | ATTN: STUART I. GORDON, ESQ.; PAUL GORFINKEL, ESQ. C/O RIVKIN RADLER LLP | STUART.GORDON@RIVKIN.COM; PAUL.GORFINKEL@RIVKIN.COM |

# EXHIBIT 2

**Service by First Class U.S. Mail**

| NAME | ADDRESS LINE 1 | ADDRESS LINE 2 | ADDRESS LINE 3 | ADDRESS LINE 4 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|---|
| BANK OF AMERICA | ATTN: MICHAEL LARRY | 10 FOUNTAIN PLAZA | | | BUFFALO | NY | 14202 |
| CITIZENS BANK | ONE CITIZENS PLAZA | | | | PROVIDENCE | RI | 02903 |
| CONTINENTAL INSURANCE COMPANY AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH | C/O BARCLAY DAMON, LLP | ATTN: JEFFREY A. DOVE | BARCLAY DAMON TOWER | 125 EAST JEFFERSON STREET | SYRACUSE | NY | 13202 |
| CVA CLAIMANTS | C/O FRANCIS LETRO LAW | ATTN: FRANCIS M. LETRO | THE DUN BUILDING, 10TH FLOOR | 110 PEARL STREET | BUFFALO | NY | 14202 |
| CVA CLAIMANTS | C/O CAMPBELL & ASSOCIATES | ATTN: JASON M. TELAAK | 69 DELAWARE AVENUE, SUITE 1010 | | BUFFALO | NY | 14202 |
| CVA CLAIMANTS | C/O PHILLIPS & PAOLICELLI, LLP | ATTN: DIANE M. PAOLICELLI | 747 3RD AVENUE, 6TH FLOOR | | NEW YORK | NY | 10017 |
| CVA CLAIMANTS | C/O BERNACKI LAW | ATTN: JOHN E. BERNACKI, JR. | 11 STATE STREET, SUITE #200 | | PITTSFORD | NY | 14534 |
| CVA CLAIMANTS | C/O LIPSITZ, GREEN SCIME CAMBRIA LLP | ATTN: AMY C. KELLER & BARRY N. COVERT | 42 DELAWARE AVENUE | | BUFFALO | NY | 14202 |

| NAME | ADDRESS LINE 1 | ADDRESS LINE 2 | ADDRESS LINE 3 | ADDRESS LINE 4 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|---|
| CVA CLAIMANTS | C/O LAW OFFICES OF STEVEN BOYD AND JOHN ELMORE | ATTN: STEPHEN BOYD AND LEAH A. COSTANZO | 40 NORTH FOREST ROAD | | BUFFALO | NY | 14221 |
| CVA CLAIMANTS | C/O THE HIGGINS KANE LAW GROUP, P.C. | ATTN: TERRENCE P. HIGGINS | 69 DELAWARE AVENUE, SUITE 100 | | BUFFALO | NY | 14202 |
| CVA CLAIMANTS | C/O SLATER SLATER SCHULMAN LLP | 488 MADISON AVENUE, 20TH FLOOR | | | NEW YORK | NY | 10022 |
| CVA CLAIMANTS | C/O BETTI & ASSOCIATES | ATTN: MICHELE M. BETTI | 30 WALL STREET, 8TH FLOOR | | NEW YORK | NY | 10005 |
| CVA CLAIMANTS | C/O ANDREWS, BERNSTEIN, MARANTO, NICOTRA, PLLC | ATTN: ROBERT J. MARANTO, JR. | 420 FRANKLIN STREET | | BUFFALO | NY | 14202 |
| CVA CLAIMANTS | C/O LAW OFFICE OF KEVIN T. STOCKER, ESQ, P.C. | ATTN: KEVIN T. STOCKER | 2645 SHERIDAN DRIVE | | TONAWANDA | NY | 14150 |
| CVA CLAIMANTS | C/O STEVEN FOX, P.C. | ATTN: STEVEN S. FOX | 122 DEERHURST PARK BOULEVARD | | BUFFALO | NY | 14217 |
| CVA CLAIMANTS | ATTN: JOHN J. FLAHERTY | 5500 MAIN STREET, SUITE 100 | | | WILLIAMSVILLE | NY | 14221 |
| CVA CLAIMANTS | C/O VANDETTE PENBERTHY LLP | ATTN: JAMES M. VANDETTE | 227 NIAGARA STREET | | BUFFALO | NY | 14201 |
| CVA CLAIMANTS | C/O MARSH LAW FIRM PLLC | ATTN: JAMES R. MARSH | 151 EAST POST ROAD, SUITE 102 | | WHITE PLAINS | NY | 10601 |

| NAME | ADDRESS LINE 1 | ADDRESS LINE 2 | ADDRESS LINE 3 | ADDRESS LINE 4 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|---|
| CVA CLAIMANTS | C/O SIMMONS HANLY CONROY LLC | ATTN: PAUL J. HANLY, JR. | 112 MADISON AVENUE, 7TH FLOOR | | NEW YORK | NY | 10016 |
| CVA CLAIMANTS | C/O MERSON LAW, PLLC | ATTN: JORDAN K. MERSON | 150 EAST 58TH STREET, FLOOR #34 | | NEW YORK | NY | 10155 |
| CVA CLAIMANTS | C/O WEITZ & LUXENBERG, P.C. | ATTN: SAMANTHA A. BREAKSTONE | 700 BROADWAY | | NEW YORK | NY | 10003 |
| CVA CLAIMANTS | C/O LAW OFFICES OF ERIC B. GROSSMAN | ATTN: ERIC B. GROSSMAN | 5820 MAIN STREET, SUITE 306 | | WILLIAMSVILLE | NY | 14221 |
| CVA CLAIMANTS | C/O HERMAN LAW FIRM, P.A. | ATTN: STEWART S. MERMELSTEIN | 1800 N MILITARY TRL | STE 160 | BOCA RATON | FL | 33431-6386 |
| CVA CLAIMANTS | C/O FANIZZI & BARR, P.C. | ATTN: PAUL K. BARR | 2303 PINE AVENUE | | NIAGARA FALLS | NY | 14301 |
| CVA CLAIMANTS | C/O PUSATIER, SHERMAN, ABBOTT AND SUGARMAN, LLP | ATTN: STEPHEN F. PUSATIER | 2464 ELMWOOD AVENUE | | BUFFALO | NY | 14212 |
| CVA CLAIMANTS | C/O LOTEMPIO P.C. LAW GROUP | ATTN: BRIAN D. KNAUTH | 181 FRANKLIN STREET | | BUFFALO | NY | 14202 |
| CVA CLAIMANTS | C/O HOROWITZ LAW | ATTN: ADAM D. HOROWITZ | 110 EAST BROWARD BOULEVARD | SUITE 1850 | FORT LAUDERDALE | FL | 33301 |
| CVA CLAIMANTS | C/O LYNN LAW FIRM, LLP | ATTN: MARTIN A. LYNN | 101 SOUTH SALINA STREET, SUITE 750 | | SYRACUSE | NY | 13202 |

| NAME | ADDRESS LINE 1 | ADDRESS LINE 2 | ADDRESS LINE 3 | ADDRESS LINE 4 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|---|
| CVA CLAIMANTS | C/O BOUVIER LAW LLP | ATTN: MICHAEL P. CAFFERY | MAIN PLACE TOWER | 350 MAIN STREET, SUITE 1800 | BUFFALO | NY | 14202 |
| CVA CLAIMANTS | C/O FREDERICK LAW OFFICE | ATTN: SARAH A. FREDERICK | 4467 S. BUFFALO STREET | | ORCHARD PARK | NY | 14127 |
| CVA CLAIMANTS | C/O SCHRODER, JOSEPH & ASSOCIATES, LLP | ATTN: LINDA H. JOSEPH | 392 PEARL STREET, SUITE 301 | | BUFFALO | NY | 14202 |
| CVA CLAIMANTS | C/O LAW OFFICES OF MITCHELL GARABEDIAN | ATTN: MITCHELL GARABEDIAN | 100 STATE STREET, 6TH FLOOR | | BOSTON | MA | 02109 |
| CVA CLAIMANTS | C/O JANET, JANET & SUGGS, LLC | ATTN: ANDREW S. JANET | 19 WEST 44TH STREET | SUITE 1500 | NEW YORK | NY | 10036 |
| CVA CLAIMANTS | C/O HOGANWILLIG, PLLC | ATTN: WILLIAM A. LORENZ, JR. | 2410 NORTH FOREST ROAD, SUITE 301 | | AMHERST | NY | 14068 |
| CVA CLAIMANTS | C/O JEFF ANDERSON & ASSOCIATES, P.A. | ATTN: JEFFREY R. ANDERSON | 366 JACKSON STREET, SUITE 100 | | ST. PAUL | MN | 55101 |
| CVA CLAIMANTS | C/O JAMES, VERNON & WEEKS, P.A. | ATTN: CRAIG K. VERNON | 1626 LINCOLN WAY | | COEUR D'ALENE | ID | 83815 |
| CVA CLAIMANTS | C/O LIPSITZ GREEN SCIME CAMBRIA LLP | ATTN: RICHARD P. WEISBECK, JR. AND WILLIAM P. MOORE | 42 DELAWARE AVENUE, SUITE 120 | | BUFFALO | NY | 14202 |
| CVA CLAIMANTS | C/O PARKER WAICHMAN LLP | ATTN: BRETT A. ZEKOWSKI | 6 HARBOR PARK DRIVE | | PORT WASHINGTON | NY | 11050 |

| NAME | ADDRESS LINE 1 | ADDRESS LINE 2 | ADDRESS LINE 3 | ADDRESS LINE 4 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|---|
| CVA CLAIMANTS | C/O LAW OFFICE OF FRANK M. BOGULSKI | ATTN: FRANK M. BOGULSKI | 286 DELAWARE AVENUE, SUITE B | | BUFFALO | NY | 14202 |
| CVA CLAIMANTS | C/O THE DIETRICH LAW FIRM | ATTN: JOSEPH E. DIETRICH III | 1323 NORTH FOREST ROAD | | BUFFALO | NY | 14221 |
| CVA CLAIMANTS | C/O MARSH LAW FIRM PLLC | ATTN: JAMES R. MARSH | 31 HUDSON YARDS, 11TH FLOOR | | NEW YORK | NY | 10001 |
| CVA CLAIMANTS | C/O MEYERS BUTH LAW GROUP PLLC | ATTN: PATRICK J. MALONEY | 21 PRINCETON PLACE | SUITE 105 | ORCHARD PARK | NY | 14127 |
| CVA CLAIMANTS | C/O CHIACCHIA AND FLEMING LLP | ATTN: DANIEL J. CHIACCHIA | 5113 SOUTH PARK AVENUE | | HAMBURG | NY | 14075 |
| CVA CLAIMANTS | C/O JEFF ANDERSON & ASSOCIATES, P.A. | ATTN: JEFFREY R. ANDERSON & J. MICHAEL RECK | 55 W 39TH ST RM 1101 | | NEW YORK | NY | 10018-3811 |
| CVA CLAIMANTS | C/O LAURA A. AHEARN, ESQ., PLLC | ATTN: LAURA A. AHEARN | 3075 VETERANS MEMORIAL HIGHWAY | SUITE 200 | RONKONKOMA | NY | 11779 |
| CVA CLAIMANTS | C/O LAW OFFICES OF J. MICHAEL HAYES | ATTN: J. MICHAEL | 69 DELAWARE AVENUE, SUITE 1111 | | BUFFALO | NY | 14202 |
| CVA CLAIMANTS | C/O JANET, JANET & SUGGS, LLC | ATTN: ANDREW S. JANET | 4 RESERVOIR CIRCLE | SUITE 200 | BALTIMORE | MD | 21208 |
| CVA CLAIMANTS | C/O THE ABBATOY LAW FIRM, PLLC | ATTN: DAVID M. ABBATOY | 45 EXCHANGE BOULEVARD, SUITE 925 | | ROCHESTER | NY | 14614 |

| NAME | ADDRESS LINE 1 | ADDRESS LINE 2 | ADDRESS LINE 3 | ADDRESS LINE 4 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|---|
| CVA CLAIMANTS | C/O NOAKER LAW FIRM, LLC | ATTN: PATRICK NOAKER | 1600 UTICA AVENUE SOUTH, 9TH FLOOR | | ST. LOUIS PARK | MN | 55416 |
| CVA CLAIMANTS | C/O SEEGER WEISS LLP | ATTN: STEPHEN A. WEISS | 77 WATER STREET, 8TH FLOOR | | NEW YORK | NY | 10005 |
| CVA CLAIMANTS | C/O LAW OFFICES OF MICHAEL G. DOWD | ATTN: MICHAEL G. DOWD | 600 3RD AVENUE, 15TH FLOOR | | NEW YORK | NY | 10016 |
| CVA CLAIMANTS | C/O HERMAN LAW | ATTN: JEFFREY M. HERMAN | 434 WEST 33RD STREET, PENTHOUSE | | NEW YORK | NY | 10001 |
| CVA CLAIMANTS | C/O PARKER WAICHMAN LLP | ATTN: BRETT A. ZEKOWSKI | 59 MAIDEN LANE, 6TH FLOOR | | NEW YORK | NY | 10038 |
| CVA CLAIMANTS | C/O PFAU COCHRAN VERTETIS AMALA PLLC | ATTN: MICHAEL T. PFAU | 403 COLUMBIA STREET, SUITE 500 | | SEATTLE | WA | 98104 |
| CVA CLAIMANTS | C/O JASON C. LUNA, PLLC | ATTN: JASON C. LUNA | 4535 SOUTHWESTERN BOULEVARD | SUITE 804B | HAMBURG | NY | 14075 |
| CVA CLAIMANTS | C/O SLATER SLATER SCHULMAN LLP | 909 THIRD AVENUE, 28TH FLOOR | | | NEW YORK | NY | 10022 |
| ERIE COUNTY REAL PROPERTY TAX SERVICES | 95 FRANKLIN STREET | ROOM 100 | | | BUFFALO | NY | 14202 |
| FIVE STAR BANK | ATTN: FRAN HORNUNG | 40 FOUNTAIN PLAZA #50 | | | BUFFALO | NY | 14202 |

| NAME | ADDRESS LINE 1 | ADDRESS LINE 2 | ADDRESS LINE 3 | ADDRESS LINE 4 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|---|
| HSBC BANK | ATTN: JOSEPH BURDEN | 95 WASHINGTON ST | | | BUFFALO | NY | 14203 |
| INTERNAL REVENUE SERVICE | INSOLVENCY GROUP I | NIAGARA CENTER, 2ND FLOOR | 130 S. ELMWOOD AVENUE | | BUFFALO | NY | 14202 |
| INTERNAL REVENUE SERVICE | PO BOX 7346 | | | | PHILADELPHIA | PA | 19101-7346 |
| KEYBANK | ATTN: ALEXANDRA WEHR | 250 DELAWARE AVE | | | BUFFALO | NY | 14202 |
| LAKE SHORE SAVINGS | 31 EAST FOURTH STREET | | | | DUNKIRK | NY | 14048 |
| M&T BANK | C/O HODGSON RUSS LLP | ATTN: GARRY M. GRABER | 140 PEARL STREET, SUITE 100 | | BUFFALO | NY | 14202 |
| M&T BANK | ATTN: CALVIN LEUNG | 345 MAIN ST. | | | BUFFALO | NY | 14203 |
| M&T BANK | ONE M&T PLAZA | | | | BUFFALO | NY | 14203 |
| MANUFACTURERS AND TRADERS TRUST COMPANY | 1 M&T PLAZA | | | | BUFFALO | NY | 14203 |
| NEW YORK STATE DEPARTMENT OF LABOR | STATE OFFICE CAMPUS | BUILDING #12 | ROOM 256 | | ALBANY | NY | 12240 |

| NAME | ADDRESS LINE 1 | ADDRESS LINE 2 | ADDRESS LINE 3 | ADDRESS LINE 4 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|---|
| NEW YORK STATE DEPARTMENT OF LABOR – BUS. SERVICES | ATTN: DEBORAH ARBUTINA | 290 MAIN STREET | | | BUFFALO | NY | 14202 |
| NORTHWEST BANK | 100 LIBERTY STREET | | | | WARREN | PA | 16365 |
| NYS DEPARTMENT OF ENVIRONMENTAL CONSERVATION | OFFICE OF GENERAL COUNSEL | 625 BROADWAY | | | ALBANY | NY | 12233-0001 |
| NYS DEPARTMENT OF TAXATION & FINANCE | BANKRUPTCY UNIT | PO BOX 5300 | | | ALBANY | NY | 12205-0300 |
| NYS OFFICE OF THE ATTORNEY GENERAL | MAIN PLACE TOWER, SUITE 300A | 350 MAIN STREET | | | BUFFALO | NY | 14202 |
| NYS WORKERS' COMPENSATION BOARD | ATTN: SEAN BREEN, PRINCIPAL WORKERS' COMP. EXAMINER | OFFICE OF SELF-INSURANCE | 328 STATE STREET | | SCHENECTADY | NY | 12305 |
| OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | ATTN: LOUIS J. TESTA, ASSISTANT ATTORNEY GENERAL | CIVIL RECOVERIES BUREAU, BANKRUPTCY LITIGATION UNIT | THE CAPITOL | | ALBANY | NY | 12224-0341 |
| OFFICE OF THE NYS ATTORNEY GENERAL | LITIGATION BUREAU, BANKRUPTCY UNIT | THE CAPITOL | | | ALBANY | NY | 12224-0341 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JOSEPH W. ALLEN | OLYMPIC TOWERS | 300 PEARL STREET, SUITE 401 | | BUFFALO | NY | 14202 |

| NAME | ADDRESS LINE 1 | ADDRESS LINE 2 | ADDRESS LINE 3 | ADDRESS LINE 4 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|---|
| SWEET HOME FCU | 1960 SWEET HOME ROAD | | | | AMHERST | NY | 14228 |
| THE DIOCESE OF BUFFALO, N.Y. | ATTN: CHARLES MENDOLERA, EXECUTIVE DIRECTOR OF FINANCIAL ADMINISTRATION | 795 MAIN STREET | | | BUFFALO | NY | 14203 |
| THE NATIONAL CATHOLIC RISK RETENTION GROUP | C/O HURWITZ & FINE, PC | ATTN: JENNIFER A. EHMAN | 1300 LIBERTY BUILDING | | BUFFALO | NY | 14202 |
| U.S. ATTORNEY'S OFFICE | WESTERN DISTRICT OF NEW YORK | 138 DELAWARE AVENUE | | | BUFFALO | NY | 14202 |
| U.S. DEPARTMENT OF LABOR | FEDERAL BUILDING | 130 SOUTH ELMWOOD AVENUE | | | BUFFALO | NY | 14202 |
| US ENVIRONMENTAL PROTECTION AGENCY, REGION 2 | OFFICE OF REGIONAL COUNSEL | ATTN: DOUGLAS FISCHER | 290 BROADWAY, 17TH FLOOR | | NEW YORK | NY | 10007-1866 |