# EXHIBIT A

 Tweet

# Hon. Patrick H. NeMoyer Associate Justice



(https://www.nycourts.gov/courts/ad4/images/judges-photos/NeMoyer_High_Res.jpg)

<u>DESIGNATED TO THE APPELLATE DIVISION</u>:
Friday, February 19, 2016

📍 Larkin Center of Commerce
701 Seneca Street, Suite 350
Buffalo, NY 14210 (https://www.google.com/maps/place/701 Seneca Street, Buffalo, NY 14210)

☎ 716-845-9480 (tel:+1-716-845-9480)

🖨 716-852-6367 (tel:+1-716-845-9480)

Justice NeMoyer was first elected to the New York State Supreme Court for the Eighth Judicial District in 1997. He was re-elected in 2011 and was designated to the Appellate Division, Fourth Department by Governor Andrew M. Cuomo on February 19, 2016. Justice NeMoyer began his legal career in 1977 as a Confidential Law Clerk and later Principal Law Clerk for Administrative Judge James B. Kane of the Eighth Judicial District. He served as Erie County Attorney from 1988 until 1993, when President Bill Clinton nominated him to serve as United States Attorney for the Western District of New York, a position he held until his election to the bench. Justice NeMoyer continues to be actively involved in various professional and civic organizations, including as a member of the New York State Pattern Civil Jury Instructions Committee since 2003.

Justice NeMoyer received a B.S. in Business Administration from the State University of New York at Binghamton in 1974, his J.D. from the State University of New York at Buffalo School of Law in 1977 and a M.A. in Economics from State University of New York at Buffalo in 1984. Justice NeMoyer was recognized by the New York State Trial Lawyers Association-Western District, as Judge of the Year 2006; the Erie County Bar Association-Commercial and Bankruptcy Committee as Judge of the Year 2001 for the establishment of the Commercial Division; the Erie County Bar Association-Matrimonial and Family Law Committee, as Jurist of the Year 2000; and the University of Buffalo Law Alumni Association- Distinguished Alumni Award for Public Service in 1999.

Justice NeMoyer and his wife Elyse (Hurwitz) live in Orchard Park and are the proud parents of four adult daughters.

# MEDIA INQUIRIES

Please direct all media inquiries to the Clerk of the Court:

Ann Dillon Flynn, Esq. (http://www.nycourts.gov/courts/ad4/Clerk/bio.shtm)
M. Dolores Denman Courthouse
50 East Avenue, Suite 200
Rochester, NY 14604
(585)530-3101 (tel:+15855303101)

# ABOUT THE COURT

The Supreme Court of the Appellate Division, Fourth Judicial Department hears appeals from the state's trial courts located in the 22 Central and Western New York counties assigned to the Fifth, Seventh, and Eighth Judicial Districts. More » (http://www.nycourts.gov/courts/ad4/court/overview.html)

Presiding Justice (/publications/directory/333)

Associate Justices (/publications/justices)

Clerk of the Court (http://www.nycourts.gov/courts/ad4/Clerk/bio.shtm)

Auxiliary Agencies ▾

Law Library (http://www.nycourts.gov/courts/ad4/library)

Excellence Initiative (/excellence)

## M. Dolores Denman Courthouse

Dedicated on January 22, 1999, the courthouse is located in the East End community in downtown Rochester, New York. More » (http://www.nycourts.gov/courts/ad4/Chouse/history.html)

Visiting the Courthouse (http://www.nycourts.gov/courts/ad4/Chouse/directions.html)

Accessibility (/press/notices/5c3d067f8fd1ee614cd972c0)

Office Directory (http://www.nycourts.gov/courts/ad4/clerk/contact.htm)

Dedication (http://www.nycourts.gov/courts/ad4/Chouse/chouse-index.html)

## Working Here

Careers (/jobs)

Pro Bono Policy (http://www.nycourts.gov/courts/ad4/Clerk/probono.html)

# CALENDAR

Terms of the Court (/njs/term)

Observed Holidays (/njs/term)

Bar Admissions (http://www.nycourts.gov/courts/ad4/Clerk/AttyMttrs/baradmin.html)

# GET NEWS ALERTS

Follow the Court on Twitter @NYAPPDIV4 (https://twitter.com/NYAppDiv4) for timely alerts on decisions, arguments and other news.



Comment (https://ad4.nycourts.gov/excellence)   Share your thoughts, comments or suggestions as part of the Court's Excellence Initiative.