Patrick H. NeMoyer
Tel:    716-861-0498
email: phnemo27@gmail.com

January 6, 2023

**VIA E-FILING**

The Honorable Carl L. Bucki
U.S.B.J. United States Bankruptcy Court
Western District of New York
Robert H. Jackson U.S. Courthouse
2 Niagara Square
Buffalo, New York 14202

        **Re: In re. The Diocese of Buffalo, N.Y.**
        **Case No. 20-10322 (CLB)**

Dear Judge Bucki:

    In accordance with the Court's instructions at the December 7, 2022 hearing on the Diocese's *Motion for Entry of an Order Authorizing the Appointment of an Additional Mediator* (Docket No. 1990), I submit this letter to express my willingness and availability to serve as an additional mediator in this bankruptcy case.

    I am now retired from my position as an Associate Justice of the Appellate Division of the Supreme Court of the State of New York, Fourth Judicial Department. Therefore, I am able to accept the position of additional mediator at this time. I do not have any conflicts in this matter and am ready to get started immediately upon my appointment. I intend to charge $450 per hour for my services in this case.

    I look forward to the opportunity to work with Judge Kaplan as a mediator in the Diocese of Buffalo bankruptcy case.

I thank Your Honor for appointing me as the additional mediator in this matter.

Respectfully submitted,

*Patrick H. NeMoyer*