UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

                        Debtor.

Case No. 20-10322

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362], Insurance Archaeology Group has filed the *Monthly Fee Statement of Insurance Archaeology Group for Compensation for Services Rendered and Reimbursement of Expenses as Insurance Archaeologist to The Diocese of Buffalo, N.Y. for the Period October 1, 2022 Through October 31, 2022*, a copy of which is attached hereto and hereby served upon you.

Dated: January 11, 2023

INSURANCE ARCHAEOLOGY GROUP

By:    /s/ Michele Pierro
Michele Pierro, Executive Vice President
75 Orient Way, Suite 302
Rutherford, New Jersey 07070
Telephone: (212) 697-2680
Email: mpierro@iagltd.com

*Insurance Archaeologist for
The Diocese of Buffalo, N.Y.*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No. 20-10322

Chapter 11

**MONTHLY FEE STATEMENT OF INSURANCE ARCHAEOLOGY GROUP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS INSURANCE ARCHAEOLOGIST
TO THE DIOCESE OF BUFFALO, N.Y. FOR THE PERIOD
OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

Name of Applicant: Insurance Archaeology Group

Authorized to Provide
Professional Services to: The Diocese of Buffalo, N.Y., Debtor-In-Possession

Date of Retention: Order entered August 21, 2020 [Docket No. 517]
*Nunc Pro Tunc* to June 1, 2020

Period for which compensation
and reimbursement is sought: October 1, 2022 through October 31, 2022

Amount of compensation sought
as actual, reasonable and necessary: 80% of $1,190.00 ($952.00)

Amount of expense reimbursement sought
as actual, reasonable and necessary: $280.00

This is a: _X_ monthly ____ quarterly ____ final application.

This is Insurance Archaeology Group's twenty-second monthly fee statement in this case.



**INSURANCE ARCHAEOLOGY GROUP**
75 ORIENT WAY, SUITE 302
RUTHERFORD, NJ 07070
T: 212.697.2680
F: 212.697.4354
www.iagltd.com

Bill To:
Diocese of Buffalo
795 Main Street
Buffalo, NY  14203
Attention: John M. Scholl

Invoice Date: 11/30/2022

Invoice #: 14950

*PLEASE NOTE OUR NEW ADDRESS*

| For services rendered on behalf of | Diocese of Buffalo / Matter No. 5023 |
|---|---|

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/7/2022 | MP<br>Review emails from Robyn Michaelson of Blank Rome; draft and send email response to Ms. Michaelson | 0.5000 | 350.00 | 175.00 |
| 10/11/2022 | MP<br>Research Massachusetts Bonding and Insurance Co.; draft and send email to Insurance Library of Boston; send Best's Reports regarding Massachusetts Bonding and Insurance Co. to Robyn Michaelson; update research files | 2.0000 | 350.00 | 700.00 |
| 10/12/2022 | MP<br>Review email from Robyn Michaelson; call with Robyn Michaelson; prepare summary of discussion; communicate with Insurance Library of Boston; update research files | 0.9000 | 350.00 | 315.00 |
| | Disbursement: | | | |
| | Library Fee | | 280.00 | 280.00 |

*PLEASE NOTE OUR NEW ADDRESS*

Please remit to:
IAG, Ltd.
75 Orient Way, Suite 302
Rutherford, NJ 07070

IAG Federal ID# ▮▮▮▮▮

**Balance Due**  $1,470.00