# EXHIBIT A
## [Invoice through December 31, 2022]

DOCS_DE:242824.1 18502/002

Case 1-20-10322-CLB,   Doc 2296-1,   Filed 04/21/23,   Entered 04/21/23 11:33:18,
Description: Exhibit A - Invoice Through December 31   2022, Page 1 of 27

# Pachulski Stang Ziehl & Jones LLP

780 Third Avenue
34th Floor
New York, NY 10017

|  |  |  |
|---|---|---|
|  | December 31, 2022 |  |
| IDS | Invoice | 131956 |
|  | Client | 18502 |
|  | Matter | 00002 |
|  | **IDS** |  |

RE: Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2022

| | |
|---|---|
| FEES | $201,910.00 |
| EXPENSES | $15,122.99 |
| **TOTAL CURRENT CHARGES** | **$217,032.99** |
| **BALANCE FORWARD** | **$879,734.97** |
| **LAST PAYMENT** | **$783,897.77** |
| **TOTAL BALANCE DUE** | **$312,870.19** |

Pachulski Stang Ziehl & Jones LLP
Diocese of Buffalo O.C.C.
18502    - 00002

Page:    2
Invoice 131956
December 31, 2022

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BMM | Michael, Brittany M. | Counsel | 700.00 | 75.20 | $38,780.00 |
| CAK | Knotts, Cheryl A. | Paralegal | 300.00 | 3.20 | $960.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 81.70 | $38,990.00 |
| IDS | Scharf, Ilan D. | Partner | 700.00 | 165.20 | $113,890.00 |
| JIS | Stang, James I. | Partner | 700.00 | 3.10 | $2,170.00 |
| KLL | LaBrada, Kerri L. | Paralegal | 300.00 | 6.10 | $1,830.00 |
| LSC | Canty, La Asia S. | Paralegal | 300.00 | 4.10 | $1,230.00 |
| WLR | Ramseyer, William L. | Counsel | 700.00 | 5.80 | $4,060.00 |
| | | | | 344.40 | $201,910.00 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Buffalo O.C.C.
18502    - 00002

Page:     3
Invoice 131956
December 31, 2022

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AA | Asset Analysis/Recovery[B120] | 3.20 | $2,240.00 |
| AD | Asset Disposition [B130] | 1.00 | $700.00 |
| BL | Bankruptcy Litigation [L430] | 41.50 | $27,570.00 |
| CA | Case Administration [B110] | 8.70 | $4,010.00 |
| CP | Compensation Prof. [B160] | 19.30 | $11,710.00 |
| GC | General Creditors Comm. [B150] | 62.00 | $43,400.00 |
| H | Hearings | 18.80 | $13,160.00 |
| IC | Insurance Coverage | 6.80 | $4,760.00 |
| ME | Mediation | 161.40 | $79,170.00 |
| PD | Plan & Disclosure Stmt. [B320] | 10.40 | $7,280.00 |
| RP | Retention of Prof. [B160] | 10.70 | $7,490.00 |
| SL | Stay Litigation [B140] | 0.60 | $420.00 |
| | | 344.40 | $201,910.00 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Buffalo O.C.C.
18502   - 00002

Page:     4
Invoice 131956
December 31, 2022

## Summary of Expenses

| Description | Amount |
| --- | ---: |
| Air Fare [E110] | $4,702.00 |
| Auto Travel Expense [E109] | $509.56 |
| Conference Call [E105] | $2.94 |
| Federal Express [E108] | $73.65 |
| Hotel Expense [E110] | $2,942.36 |
| Outside Services | $2,112.00 |
| Pacer - Court Research | $45.60 |
| Postage [E108] | $231.88 |
| Reproduction Expense [E101] | $1,274.00 |
| Reproduction/ Scan Copy | $17.00 |
| Research [E106] | $3,212.00 |
| | $15,122.99 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Buffalo O.C.C.

18502     - 00002

Page:     5

Invoice 131956

December 31, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis/Recovery[B120]** | | | | | | |
| 11/17/2022 | IDS | AA | Analysis of financial information from Diocese. | 2.20 | 700.00 | $1,540.00 |
| 12/02/2022 | IDS | AA | Review October MOR. | 1.00 | 700.00 | $700.00 |
| | | | | 3.20 | | $2,240.00 |
| **Asset Disposition [B130]** | | | | | | |
| 10/06/2022 | IDS | AD | Analysis of St. John Kanty property sale. | 1.00 | 700.00 | $700.00 |
| | | | | 1.00 | | $700.00 |
| **Bankruptcy Litigation [L430]** | | | | | | |
| 04/12/2022 | IDS | BL | Call with A Janet regarding motion for sanctions. | 0.50 | 700.00 | $350.00 |
| 04/12/2022 | IDS | BL | Review A Janet motion for sanctions. | 1.00 | 700.00 | $700.00 |
| 08/11/2022 | IDS | BL | review court decision re parish stay | 0.80 | 700.00 | $560.00 |
| 08/11/2022 | IDS | BL | call with SCC regarding parish stay | 0.30 | 700.00 | $210.00 |
| 08/11/2022 | IDS | BL | Email to committe regarding parish stay decision | 0.40 | 700.00 | $280.00 |
| 10/11/2022 | IAWN | BL | Review 9019 motion | 0.50 | 700.00 | $350.00 |
| 10/11/2022 | IAWN | BL | Analzye policy overlap | 0.50 | 700.00 | $350.00 |
| 10/11/2022 | IAWN | BL | Review parish policy overlap | 0.90 | 700.00 | $630.00 |
| 10/12/2022 | IDS | BL | Call with various counsel to non-committee members regarding BSA opt in motion. | 1.20 | 700.00 | $840.00 |
| 10/12/2022 | IDS | BL | Review BSA opt in motion. | 1.50 | 700.00 | $1,050.00 |
| 10/12/2022 | IDS | BL | Review BSA pleadings regarding BSA opt in motion. | 2.80 | 700.00 | $1,960.00 |
| 10/12/2022 | IDS | BL | Initial review of claims affected by BSA opt in motion. | 1.20 | 700.00 | $840.00 |
| 10/12/2022 | BMM | BL | Review BSA motion. | 0.50 | 700.00 | $350.00 |
| 10/12/2022 | BMM | BL | Analyze BSA-related claims. | 1.80 | 700.00 | $1,260.00 |
| 10/12/2022 | BMM | BL | Review allegedly BSA claims. | 0.70 | 700.00 | $490.00 |
| 10/13/2022 | BMM | BL | Analyze BSA-related claims. | 0.40 | 700.00 | $280.00 |
| 10/13/2022 | BMM | BL | Analyze BSA-related claims. | 3.00 | 700.00 | $2,100.00 |
| 10/21/2022 | IDS | BL | Analysis of additional research regarding BSA opt in and effect on mediation/insurance coverage. | 2.20 | 700.00 | $1,540.00 |
| 10/21/2022 | BMM | BL | Review allegedly BSA claims. | 1.50 | 700.00 | $1,050.00 |
| 10/24/2022 | BMM | BL | Review allegedly BSA claims. | 1.30 | 700.00 | $910.00 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Buffalo O.C.C.
18502    - 00002

Page:      6
Invoice 131956
December 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/24/2022 | BMM | BL | Review allegedly BSA claims. | 0.60 | 700.00 | $420.00 |
| 10/24/2022 | KLL | BL | Prepare certification on claims. | 0.60 | 300.00 | $180.00 |
| 10/25/2022 | IDS | BL | Review AG settlement | 4.00 | 700.00 | $2,800.00 |
| 10/26/2022 | KLL | BL | Revise certification re proof of claims. | 0.30 | 300.00 | $90.00 |
| 10/28/2022 | IDS | BL | Finalize objection to mediator motion. | 0.80 | 700.00 | $560.00 |
| 10/28/2022 | LSC | BL | Finalize and coordinate filing of limited objection to additional mediator (.3); update service list (.3); draft COS re same (.2) | 0.80 | 300.00 | $240.00 |
| 10/31/2022 | BMM | BL | Call with I. Scharf regarding BSA motion. | 0.10 | 700.00 | $70.00 |
| 11/01/2022 | BMM | BL | Review Diocese/NYAG settlement. | 0.40 | 700.00 | $280.00 |
| 11/01/2022 | BMM | BL | Review Diocese/NYAG settlement. | 0.40 | 700.00 | $280.00 |
| 11/02/2022 | IDS | BL | Review AG settlement. | 2.50 | 700.00 | $1,750.00 |
| 11/02/2022 | BMM | BL | Review Diocese/NYAG settlement. | 0.70 | 700.00 | $490.00 |
| 11/02/2022 | BMM | BL | Review Diocese/NYAG settlement. | 0.90 | 700.00 | $630.00 |
| 11/08/2022 | IDS | BL | Draft statement regarding retention of compliance auditor. | 1.50 | 700.00 | $1,050.00 |
| 11/08/2022 | LSC | BL | Finalize and coordinate filing of statement re AG settlement and serve same via electronic mail. | 0.60 | 300.00 | $180.00 |
| 11/09/2022 | LSC | BL | Coordinate service of statement re AG settlement; draft and coordinate filing of COS regarding the same. | 0.50 | 300.00 | $150.00 |
| 11/10/2022 | IAWN | BL | Review I. Scharf draft to Kaplan, prior emails between Kaplan and I. Scharf and Bucki opinion | 1.40 | 700.00 | $980.00 |
| 11/10/2022 | IAWN | BL | Exchange emails with I. Scharf regarding Bucki opinion | 0.10 | 700.00 | $70.00 |
| 11/10/2022 | IAWN | BL | Telephone call to I. Scharf regarding Bucki opinion | 0.10 | 700.00 | $70.00 |
| 11/16/2022 | IDS | BL | Work on 2004 motion | 0.80 | 700.00 | $560.00 |
| 12/06/2022 | IDS | BL | Review further revisions to scheduling order. | 0.50 | 700.00 | $350.00 |
| 12/06/2022 | LSC | BL | Prepare certificate of service for statement re appointment of mediator and coordinate filing of same (.3); serve same (.3); coordinate filing of Exhibit A to statement and service of same (.3). | 0.90 | 300.00 | $270.00 |
| | | | | **41.50** | | **$27,570.00** |

## Case Administration [B110]

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/05/2022 | KLL | CA | Update critical dates memo. | 0.30 | 300.00 | $90.00 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Buffalo O.C.C.
18502   - 00002

Page:      7
Invoice 131956
December 31, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/14/2022 | IDS | CA | Call with Donato regarding case issues. | 0.20 | 700.00 | $140.00 |
| 08/31/2022 | BMM | CA | Call with Debtor's counsel regarding ongoing case issues. | 0.40 | 700.00 | $280.00 |
| 09/02/2022 | KLL | CA | Update critical dates memo. | 0.30 | 300.00 | $90.00 |
| 09/12/2022 | BMM | CA | Call with Debtor's counsel regarding ongoing case issues. | 0.60 | 700.00 | $420.00 |
| 09/30/2022 | KLL | CA | Update critical dates memo. | 0.30 | 300.00 | $90.00 |
| 10/09/2022 | IDS | CA | Call with Donato regarding hearing mediation. | 0.20 | 700.00 | $140.00 |
| 10/14/2022 | KLL | CA | Update critical dates memo. | 0.30 | 300.00 | $90.00 |
| 10/21/2022 | KLL | CA | Update critical dates memo. | 0.30 | 300.00 | $90.00 |
| 10/28/2022 | KLL | CA | Update critical dates memo. | 0.40 | 300.00 | $120.00 |
| 10/31/2022 | BMM | CA | Meeting with Diocese's counsel regarding ongoing case issues. | 0.30 | 700.00 | $210.00 |
| 10/31/2022 | KLL | CA | Update critical dates memo. | 0.30 | 300.00 | $90.00 |
| 11/02/2022 | BMM | CA | Communication with team regarding Diocese/NYAG settlement. | 0.20 | 700.00 | $140.00 |
| 11/03/2022 | IDS | CA | Review email regarding case issues | 0.40 | 700.00 | $280.00 |
| 11/04/2022 | KLL | CA | Update critical dates memo. | 0.30 | 300.00 | $90.00 |
| 11/08/2022 | BMM | CA | Call with the Diocese regarding ongoing case issues. | 0.20 | 700.00 | $140.00 |
| 11/10/2022 | KLL | CA | Review docket and update critical dates memo. | 0.30 | 300.00 | $90.00 |
| 11/14/2022 | BMM | CA | Call with Diocese's counsel regarding ongoing case issues. | 0.30 | 700.00 | $210.00 |
| 11/18/2022 | KLL | CA | Review dockets and update critical dates memo. | 0.30 | 300.00 | $90.00 |
| 11/21/2022 | KLL | CA | Update critical dates memo. | 0.30 | 300.00 | $90.00 |
| 11/28/2022 | BMM | CA | Call with Diocese counsel regarding ongoing case issue. | 0.20 | 700.00 | $140.00 |
| 11/29/2022 | KLL | CA | Update critical dates memo. | 0.30 | 300.00 | $90.00 |
| 12/02/2022 | KLL | CA | Update critical dates memo. | 0.30 | 300.00 | $90.00 |
| 12/05/2022 | BMM | CA | Call with Diocese's counsel regarding ongoing case issues. | 0.30 | 700.00 | $210.00 |
| 12/09/2022 | KLL | CA | Update critical dates memo. | 0.30 | 300.00 | $90.00 |
| 12/12/2022 | BMM | CA | Meeting with Diocese's counsel regarding ongoing case issues. | 0.20 | 700.00 | $140.00 |
| 12/16/2022 | KLL | CA | Update critical dates memo. | 0.30 | 300.00 | $90.00 |
| 12/22/2022 | KLL | CA | Update critical dates memo. | 0.30 | 300.00 | $90.00 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Buffalo O.C.C.
18502    - 00002

Page:    8
Invoice 131956
December 31, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/27/2022 | KLL | CA | Update critical dates memo. | 0.30 | 300.00 | $90.00 |
|  |  |  |  | 8.70 |  | $4,010.00 |

**Compensation Prof. [B160]**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/19/2022 | BMM | CP | Draft proposed order for fee application. | 0.30 | 700.00 | $210.00 |
| 10/20/2022 | BMM | CP | Prepare interim fee application. | 0.80 | 700.00 | $560.00 |
| 10/24/2022 | IDS | CP | Review BSK fee app | 0.50 | 700.00 | $350.00 |
| 10/24/2022 | IDS | CP | Review Blank Rome fee app | 0.50 | 700.00 | $350.00 |
| 10/24/2022 | IDS | CP | Review Phoenix fee app | 0.50 | 700.00 | $350.00 |
| 10/24/2022 | IDS | CP | Review Hodgson Russ fee app | 0.40 | 700.00 | $280.00 |
| 10/24/2022 | IDS | CP | Review special counsel fee apps | 0.60 | 700.00 | $420.00 |
| 10/24/2022 | IDS | CP | Review Connors fee app | 0.80 | 700.00 | $560.00 |
| 10/25/2022 | WLR | CP | Draft Fourth interim fee application | 3.70 | 700.00 | $2,590.00 |
| 10/25/2022 | WLR | CP | Review and revise Fourth interim fee Application | 2.10 | 700.00 | $1,470.00 |
| 10/26/2022 | CAK | CP | Review and update 4th Interim fee application; draft UST exhibits to same. | 3.20 | 300.00 | $960.00 |
| 10/26/2022 | BMM | CP | Revise interim fee application. | 0.50 | 700.00 | $350.00 |
| 10/31/2022 | BMM | CP | Communication with L. Canty regarding fee application filing. | 0.30 | 700.00 | $210.00 |
| 11/01/2022 | LSC | CP | Draft notice of hearing (.2), revise, finalize, and coordinate filing of fourth interim fee application (.5); prepare certificate of service (.2); serve same (.4). | 1.30 | 300.00 | $390.00 |
| 12/05/2022 | IDS | CP | Fee app hearing. | 1.00 | 700.00 | $700.00 |
| 12/05/2022 | IDS | CP | Prepare for fee app hearing. | 2.00 | 700.00 | $1,400.00 |
| 12/12/2022 | IDS | CP | Prepare for fee app hearing. | 0.30 | 700.00 | $210.00 |
| 12/12/2022 | IDS | CP | Review and respond to UST fee objection. | 0.50 | 700.00 | $350.00 |
|  |  |  |  | 19.30 |  | $11,710.00 |

**General Creditors Comm. [B150]**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/04/2022 | IDS | GC | Committee meeting regarding case issues | 0.60 | 700.00 | $420.00 |
| 08/04/2022 | BMM | GC | Participate in Committee meeting regarding ongoing case issues. | 0.60 | 700.00 | $420.00 |
| 08/08/2022 | IDS | GC | review news coverage of bankruptcy | 0.30 | 700.00 | $210.00 |
| 08/09/2022 | IDS | GC | meet with Committee members regarding | 0.50 | 700.00 | $350.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Buffalo O.C.C.

18502     - 00002

Page:     9

Invoice 131956

December 31, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | nonmonetary demands |  |  |  |
| 08/11/2022 | IDS | GC | Committee meeting regarding appraisals and mediation | 1.00 | 700.00 | $700.00 |
| 08/11/2022 | IDS | GC | email response to Committee regarding insurance and mediation | 0.60 | 700.00 | $420.00 |
| 08/11/2022 | IDS | GC | email response to Committee regarding appraisals | 0.30 | 700.00 | $210.00 |
| 09/01/2022 | IDS | GC | Call with Committee regarding mediation and other pending matters. | 0.80 | 700.00 | $560.00 |
| 09/08/2022 | BMM | GC | Participate in meeting with non-mon sub-committee. | 0.30 | 700.00 | $210.00 |
| 09/15/2022 | IDS | GC | Email to Garabedian regarding client inquiry. | 0.80 | 700.00 | $560.00 |
| 09/15/2022 | IDS | GC | Prepare for Committee meeting. | 0.40 | 700.00 | $280.00 |
| 09/15/2022 | IDS | GC | Attend Committee meeting regarding mediation. | 1.00 | 700.00 | $700.00 |
| 09/15/2022 | BMM | GC | (partial) Participate in call with Committee regarding mediation. | 0.30 | 700.00 | $210.00 |
| 09/23/2022 | BMM | GC | Communications with Committee and counsel regarding mediation. | 0.40 | 700.00 | $280.00 |
| 09/29/2022 | JIS | GC | Telephone call with I. Scharf re case status. | 0.70 | 700.00 | $490.00 |
| 09/29/2022 | IDS | GC | Research regarding reconstitution of Committee. | 2.10 | 700.00 | $1,470.00 |
| 09/29/2022 | IDS | GC | Call with KB regarding committee participation. | 0.30 | 700.00 | $210.00 |
| 09/29/2022 | IDS | GC | Call with Jim Stang regarding Committee reconstitution. | 0.30 | 700.00 | $210.00 |
| 09/29/2022 | IDS | GC | SCC call regarding mediation. | 0.80 | 700.00 | $560.00 |
| 09/30/2022 | IDS | GC | Call with US Trustee regarding committee. | 0.50 | 700.00 | $350.00 |
| 09/30/2022 | IDS | GC | Travel from Buffalo to home. | 2.50 | 700.00 | $1,750.00 |
| 10/06/2022 | IDS | GC | Review email memo from committee chair regarding committee membership | 0.80 | 700.00 | $560.00 |
| 10/06/2022 | BMM | GC | Draft communication to UST. | 0.50 | 700.00 | $350.00 |
| 10/07/2022 | IDS | GC | Email memo to SCC regarding case status | 0.90 | 700.00 | $630.00 |
| 10/07/2022 | BMM | GC | Meeting with certain SCC regarding case status. | 0.50 | 700.00 | $350.00 |
| 10/12/2022 | BMM | GC | Meeting with state court counsel regarding ongoing case issues. | 0.80 | 700.00 | $560.00 |
| 10/12/2022 | IAWN | GC | Telephone call with SCC re mediation | 0.90 | 700.00 | $630.00 |
| 10/13/2022 | IDS | GC | Draft agenda of committee meeting | 0.40 | 700.00 | $280.00 |
| 10/13/2022 | IDS | GC | Committee call regarding mediator selection and BSA opt in motion. | 1.20 | 700.00 | $840.00 |
| 10/13/2022 | BMM | GC | (Partial) Participate in Committee call regarding | 0.90 | 700.00 | $630.00 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Buffalo O.C.C.
18502    - 00002

Page:    10
Invoice 131956
December 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | ongoing case issues. | | | |
| 10/20/2022 | JIS | GC | Attend committee meeting. | 0.40 | 700.00 | $280.00 |
| 10/20/2022 | IDS | GC | Draft agenda for committee meeting | 0.40 | 700.00 | $280.00 |
| 10/20/2022 | IDS | GC | Committee meeting regarding various matters | 1.00 | 700.00 | $700.00 |
| 10/20/2022 | BMM | GC | Communications with team and Committee member regarding reimbursement check. | 0.10 | 700.00 | $70.00 |
| 10/20/2022 | IAWN | GC | Telephone conference with SCC re mediation | 0.50 | 700.00 | $350.00 |
| 10/21/2022 | JIS | GC | Review letter from Debtor to UST. | 0.10 | 700.00 | $70.00 |
| 10/21/2022 | IDS | GC | Draft letter regarding committee membership to UST | 1.40 | 700.00 | $980.00 |
| 10/24/2022 | IDS | GC | Finalize letter to UST regarding committee composition | 0.80 | 700.00 | $560.00 |
| 10/24/2022 | IDS | GC | Call with Allen regarding committee composition | 0.20 | 700.00 | $140.00 |
| 10/25/2022 | IDS | GC | Draft agenda for SCC call | 0.80 | 700.00 | $560.00 |
| 10/25/2022 | IDS | GC | Attend SCC call regarding pending matters | 1.00 | 700.00 | $700.00 |
| 10/26/2022 | IDS | GC | Review AG settlement. | 1.50 | 700.00 | $1,050.00 |
| 10/28/2022 | IDS | GC | Call with Allen regarding committee composition | 0.40 | 700.00 | $280.00 |
| 10/28/2022 | IDS | GC | Email to SCC regarding Committee composition | 0.40 | 700.00 | $280.00 |
| 11/01/2022 | IAWN | GC | Review NYAG settlement. | 0.30 | 700.00 | $210.00 |
| 11/01/2022 | IDS | GC | Call with Barr regarding Committee composition. | 0.80 | 700.00 | $560.00 |
| 11/01/2022 | IDS | GC | Call with Committee member regarding resignation. | 0.80 | 700.00 | $560.00 |
| 11/01/2022 | IDS | GC | Call with UST regarding committee composition. | 0.30 | 700.00 | $210.00 |
| 11/01/2022 | BMM | GC | Participate in call with SCC regarding ongoing issues. | 0.50 | 700.00 | $350.00 |
| 11/01/2022 | IAWN | GC | Telephone conference with SCC regarding mediation. | 0.50 | 700.00 | $350.00 |
| 11/02/2022 | IDS | GC | Call with Donato regarding committee composition. | 0.20 | 700.00 | $140.00 |
| 11/02/2022 | IDS | GC | Email to Committee regarding amended notice of membership. | 0.20 | 700.00 | $140.00 |
| 11/03/2022 | BMM | GC | Draft update for Committee regarding Rochester settlement. | 0.30 | 700.00 | $210.00 |
| 11/03/2022 | BMM | GC | Respond to Committee member inquiry about hearing dates. | 0.30 | 700.00 | $210.00 |
| 11/03/2022 | BMM | GC | Communications with Committee and counsel regarding upcoming meetings. | 0.20 | 700.00 | $140.00 |
| 11/03/2022 | BMM | GC | Communications with Committee regarding meeting | 0.50 | 700.00 | $350.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Buffalo O.C.C.

18502    - 00002

Page:    11

Invoice 131956

December 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | times. | | | |
| 11/04/2022 | IAWN | GC | Review B. Michael summary of Diocese Of Rochester settlement. | 0.10 | 700.00 | $70.00 |
| 11/04/2022 | BMM | GC | Communication with Committee regarding Rochester settlement and upcoming hearings. | 0.80 | 700.00 | $560.00 |
| 11/07/2022 | IAWN | GC | Telephone call with SCC regarding status | 0.50 | 700.00 | $350.00 |
| 11/07/2022 | IAWN | GC | Telephone call with Committee regarding status | 0.60 | 700.00 | $420.00 |
| 11/08/2022 | IDS | GC | Call with Committee regarding mediation, BSA opt in hearing, other matters. | 0.70 | 700.00 | $490.00 |
| 11/08/2022 | IDS | GC | Prepare for Committee call. | 0.50 | 700.00 | $350.00 |
| 11/08/2022 | IDS | GC | Review forms for common interest agreement. | 0.50 | 700.00 | $350.00 |
| 11/08/2022 | BMM | GC | Participate in call with SCC regarding ongoing issues. | 0.50 | 700.00 | $350.00 |
| 11/08/2022 | BMM | GC | Call with I. Scarf regarding SCC meeting. | 0.30 | 700.00 | $210.00 |
| 11/08/2022 | BMM | GC | Participate in Committee meeting regarding ongoing case issues. | 0.70 | 700.00 | $490.00 |
| 11/08/2022 | IAWN | GC | Telephone call with SCC regarding mediation | 0.50 | 700.00 | $350.00 |
| 11/08/2022 | IAWN | GC | Telephone call with  Committee regarding mediation | 0.70 | 700.00 | $490.00 |
| 11/11/2022 | BMM | GC | Draft common interest agreement. | 1.20 | 700.00 | $840.00 |
| 11/11/2022 | IDS | GC | Call with SCC regarding mediator/mediation. | 0.90 | 700.00 | $630.00 |
| 11/11/2022 | IDS | GC | Follow up call with SCC regarding mediation. | 0.80 | 700.00 | $560.00 |
| 11/14/2022 | BMM | GC | Respond to Committee question regarding Diocese professional fees. | 0.10 | 700.00 | $70.00 |
| 11/14/2022 | BMM | GC | Call with Committee member regarding AG settlement. | 0.10 | 700.00 | $70.00 |
| 11/15/2022 | BMM | GC | Participate in meeting with SCC regarding mediation. | 0.50 | 700.00 | $350.00 |
| 11/15/2022 | IDS | GC | SCC call regarding mediation | 0.50 | 700.00 | $350.00 |
| 11/15/2022 | IAWN | GC | Telephone call with SCC regarding mediation | 0.50 | 700.00 | $350.00 |
| 11/15/2022 | IAWN | GC | Telephone call wilth Committee regarding mediation issues | 1.00 | 700.00 | $700.00 |
| 11/15/2022 | IDS | GC | Call with SCC regarding mediation. | 1.00 | 700.00 | $700.00 |
| 11/16/2022 | IDS | GC | Work on common interest agreement. | 0.20 | 700.00 | $140.00 |
| 11/17/2022 | IDS | GC | Draft agenda for committee call. | 0.90 | 700.00 | $630.00 |
| 11/17/2022 | IDS | GC | Committee call regarding mediation, bar date, ABWHS sale. | 1.20 | 700.00 | $840.00 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Buffalo O.C.C.
18502   - 00002

Page:    12
Invoice 131956
December 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/17/2022 | BMM | GC | Participate in Committee meeting regarding ongoing case issues. | 1.00 | 700.00 | $700.00 |
| 11/17/2022 | IAWN | GC | Telephone call with Committee regarding mediation | 0.70 | 700.00 | $490.00 |
| 11/21/2022 | BMM | GC | Participate in call with SCC regarding ongoing issues. | 0.80 | 700.00 | $560.00 |
| 11/21/2022 | IAWN | GC | Telephone call with SCC regarding mediation | 0.80 | 700.00 | $560.00 |
| 11/21/2022 | IAWN | GC | Telephone call with B. Michael and I. Scharf regarding telephone call with SCC | 0.20 | 700.00 | $140.00 |
| 11/29/2022 | BMM | GC | Call with SCC and potential mediator. | 0.40 | 700.00 | $280.00 |
| 11/30/2022 | BMM | GC | Call with P. Starks regarding ongoing case issues. | 0.50 | 700.00 | $350.00 |
| 12/01/2022 | BMM | GC | Call with Committee regarding mediator selection. | 0.80 | 700.00 | $560.00 |
| 12/01/2022 | BMM | GC | Call with I. Scharf regarding Committee meeting. | 0.30 | 700.00 | $210.00 |
| 12/01/2022 | IAWN | GC | Telephone call with UCC regarding mediator | 0.80 | 700.00 | $560.00 |
| 12/01/2022 | IDS | GC | Call with SCC regarding mediatior resignation. | 1.00 | 700.00 | $700.00 |
| 12/05/2022 | JIS | GC | Call I. Scharf re case status. | 0.30 | 700.00 | $210.00 |
| 12/05/2022 | BMM | GC | Communications with Committee regarding upcoming hearings. | 0.30 | 700.00 | $210.00 |
| 12/07/2022 | IDS | GC | Call with SCC regarding mediator hearing. | 0.50 | 700.00 | $350.00 |
| 12/09/2022 | IDS | GC | Call with SCC regarding mediation. | 0.80 | 700.00 | $560.00 |
| 12/12/2022 | IDS | GC | Call with Diocese counsel regarding case matters. | 0.30 | 700.00 | $210.00 |
| 12/15/2022 | IDS | GC | Email to committee regarding status. | 0.50 | 700.00 | $350.00 |
| 12/15/2022 | IDS | GC | Call with various SCC regarding mediation strategy. | 0.80 | 700.00 | $560.00 |
| | | | | **62.00** | | **$43,400.00** |

**Hearings**

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/03/2022 | BMM | H | Participate in hearing on claims disclosure. | 1.00 | 700.00 | $700.00 |
| 08/03/2022 | IDS | H | Hearing regarding motion to authorize disclosure of claim to IRB | 1.00 | 700.00 | $700.00 |
| 08/17/2022 | BMM | H | Participate in hearing on continuation of insurance. | 0.20 | 700.00 | $140.00 |
| 10/09/2022 | IDS | H | Prepare for hearing regarding compliance auditor retention. | 0.50 | 700.00 | $350.00 |
| 10/09/2022 | IDS | H | Attend hearing regarding compliance auditor retention. | 0.80 | 700.00 | $560.00 |
| 10/31/2022 | BMM | H | (Partial) Participate in hearing regarding additional mediator appointment. | 1.00 | 700.00 | $700.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Buffalo O.C.C.

18502   - 00002

Page:     13

Invoice 131956

December 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/31/2022 | IDS | H | Attend hearing regarding mediator selection | 1.20 | 700.00 | $840.00 |
| 10/31/2022 | IDS | H | Prepare for hearing regarding mediator selection | 2.50 | 700.00 | $1,750.00 |
| 11/08/2022 | BMM | H | Respond to question regarding adjourned hearing. | 0.10 | 700.00 | $70.00 |
| 11/08/2022 | BMM | H | Participate in hearing regarding BSA opt-in motion. | 0.90 | 700.00 | $630.00 |
| 11/08/2022 | IDS | H | Attend hearing regarding BSA opt in. | 0.90 | 700.00 | $630.00 |
| 11/09/2022 | BMM | H | Participate in hearing on auditor. | 0.90 | 700.00 | $630.00 |
| 12/02/2022 | BMM | H | Call with I. Scharf regarding upcoming hearing. | 0.10 | 700.00 | $70.00 |
| 12/02/2022 | BMM | H | Hearing on adult window. | 1.00 | 700.00 | $700.00 |
| 12/07/2022 | BMM | H | Participate in hearing regarding mediator appointment. | 1.10 | 700.00 | $770.00 |
| 12/07/2022 | IAWN | H | Attend hearing regarding mediator | 1.10 | 700.00 | $770.00 |
| 12/07/2022 | IDS | H | Attend hearing regarding mediator appointment. | 1.50 | 700.00 | $1,050.00 |
| 12/12/2022 | BMM | H | (Partial) Take notes at hearing on fee applications and Court's discussion of Diocese's assets. | 0.60 | 700.00 | $420.00 |
| 12/12/2022 | IAWN | H | Hearing regarding mediation | 1.20 | 700.00 | $840.00 |
| 12/12/2022 | IDS | H | Attend hearing. | 1.20 | 700.00 | $840.00 |
| | | | | **18.80** | | **$13,160.00** |

**Insurance Coverage**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/12/2022 | IDS | IC | Email with Benson regarding post-1973 insurance. | 0.30 | 700.00 | $210.00 |
| 04/15/2022 | IDS | IC | Update pre 73 insurance analysis. | 2.40 | 700.00 | $1,680.00 |
| 09/07/2022 | IDS | IC | Review new spreadsheet regarding insurance from Murray | 0.50 | 700.00 | $350.00 |
| 09/12/2022 | IDS | IC | Review updated parish insurance information. | 0.90 | 700.00 | $630.00 |
| 10/12/2022 | IDS | IC | Emails with Nasatir regarding Utica coverage | 0.60 | 700.00 | $420.00 |
| 10/13/2022 | IDS | IC | Analysis of effects of BSA opt in motion on insurance exposure | 2.10 | 700.00 | $1,470.00 |
| | | | | **6.80** | | **$4,760.00** |

**Mediation**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/12/2022 | IDS | ME | Review letter from mediator. | 0.50 | 700.00 | $350.00 |
| 04/12/2022 | IDS | ME | Email to SCC regarding mediation. | 0.20 | 700.00 | $140.00 |
| 04/12/2022 | IDS | ME | Call with Wood regarding mediation. | 0.30 | 700.00 | $210.00 |
| 04/12/2022 | IDS | ME | Email to SCC and committee regarding mediation. | 0.40 | 700.00 | $280.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Buffalo O.C.C.

18502    - 00002

Page:    14

Invoice 131956

December 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/04/2022 | IAWN | ME | Telephone conference with TCC regarding mediation | 0.60 | 700.00 | $420.00 |
| 08/25/2022 | IAWN | ME | Exchange emails with Murray, Elsasser regarding telephone call regarding mediation and parishes | 0.10 | 700.00 | $70.00 |
| 08/25/2022 | IAWN | ME | Review Garabedian email regarding term sheet | 0.10 | 700.00 | $70.00 |
| 08/25/2022 | IAWN | ME | Exchange emails with Bair and Scharf regarding plan treatment | 0.20 | 700.00 | $140.00 |
| 08/29/2022 | IAWN | ME | Telephone call with Diocese and Murray | 0.40 | 700.00 | $280.00 |
| 08/29/2022 | IAWN | ME | Telephone call with Ilan Scharf regarding insurance | 0.10 | 700.00 | $70.00 |
| 08/29/2022 | IAWN | ME | Create and sort parish coverage by insurer | 0.10 | 700.00 | $70.00 |
| 08/29/2022 | IAWN | ME | Analyze crossover coverage between parish and diocese | 0.80 | 700.00 | $560.00 |
| 08/29/2022 | IDS | ME | Call with M Wood regarding mediation. | 0.20 | 700.00 | $140.00 |
| 08/30/2022 | IAWN | ME | Telephone conference with Ilan Scharf regarding mediation | 0.10 | 700.00 | $70.00 |
| 08/30/2022 | IDS | ME | Call with SCC regarding mediation. | 0.50 | 700.00 | $350.00 |
| 08/30/2022 | IDS | ME | Review insurance information for mediation | 0.80 | 700.00 | $560.00 |
| 08/30/2022 | IDS | ME | Call with Benson and Boyd regarding mediation. | 0.40 | 700.00 | $280.00 |
| 08/30/2022 | IDS | ME | Review mediation statements. | 1.80 | 700.00 | $1,260.00 |
| 08/31/2022 | IAWN | ME | Exchange emails (.1) and telephone call (.1) with Ilan Scharf regarding Kaplan mediation call | 0.20 | 700.00 | $140.00 |
| 09/01/2022 | IAWN | ME | Telephone conference with TCC regarding mediation | 0.70 | 700.00 | $490.00 |
| 09/01/2022 | IAWN | ME | Review service list regarding mediation | 0.20 | 700.00 | $140.00 |
| 09/01/2022 | IAWN | ME | Review list of insurers appearing in DOB bk and analyze against parish insurer | 1.70 | 700.00 | $1,190.00 |
| 09/01/2022 | IDS | ME | Call with Judge Kaplan regarding mediation. | 0.40 | 700.00 | $280.00 |
| 09/01/2022 | IDS | ME | Call with Amala regarding mediation. | 0.40 | 700.00 | $280.00 |
| 09/01/2022 | IDS | ME | Prepare for mediation call with Committee. | 0.80 | 700.00 | $560.00 |
| 09/06/2022 | IDS | ME | Analysis of Diocese mediation documents; apply to non mon commitments. | 1.80 | 700.00 | $1,260.00 |
| 09/07/2022 | IAWN | ME | Review parish insurance list from Carter and reorganize same by carrier | 1.70 | 700.00 | $1,190.00 |
| 09/12/2022 | IAWN | ME | Review Carter email re parish claims against Utica and RSUI | 0.10 | 700.00 | $70.00 |
| 09/12/2022 | IAWN | ME | Analyze Utica | 0.10 | 700.00 | $70.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Buffalo O.C.C.

18502    - 00002

Page:    15

Invoice 131956

December 31, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/12/2022 | IAWN | ME | Analyze RSUI | 0.10 | 700.00 | $70.00 |
| 09/12/2022 | IAWN | ME | Analyze claim back up | 0.30 | 700.00 | $210.00 |
| 09/12/2022 | IDS | ME | Call with Diocese counsel regarding meditation. | 0.40 | 700.00 | $280.00 |
| 09/12/2022 | IDS | ME | Call with Michael regarding mediation. | 0.40 | 700.00 | $280.00 |
| 09/12/2022 | IDS | ME | Update mediation strategy notes. | 0.80 | 700.00 | $560.00 |
| 09/12/2022 | IDS | ME | Revise non monetary demands. | 0.80 | 700.00 | $560.00 |
| 09/13/2022 | IAWN | ME | Telephone conference with SCC re mediation | 0.60 | 700.00 | $420.00 |
| 09/13/2022 | IAWN | ME | Exchange emails with Carter and Murray re parish mediation | 0.10 | 700.00 | $70.00 |
| 09/13/2022 | IDS | ME | Call with SCC regarding mediation strategy. | 0.60 | 700.00 | $420.00 |
| 09/13/2022 | IDS | ME | Email to SCC regarding mediation. | 0.20 | 700.00 | $140.00 |
| 09/15/2022 | IAWN | ME | Telephone call with TCC re mediation strategy | 0.10 | 700.00 | $70.00 |
| 09/16/2022 | IAWN | ME | Exchange emails with Murray re parish mediation | 0.10 | 700.00 | $70.00 |
| 09/19/2022 | IAWN | ME | Exchange emails with Carter re mediation call | 0.10 | 700.00 | $70.00 |
| 09/20/2022 | IAWN | ME | Telephone conference with Carter/Murray and Middlesex and Utical lawyer re mediation | 0.40 | 700.00 | $280.00 |
| 09/20/2022 | IAWN | ME | Exchange emails with Carter re telephone call re mediation | 0.10 | 700.00 | $70.00 |
| 09/20/2022 | IAWN | ME | Telephone call with Scharf re mediation call | 0.20 | 700.00 | $140.00 |
| 09/21/2022 | IDS | ME | Prepare for mediation. | 1.40 | 700.00 | $980.00 |
| 09/22/2022 | IAWN | ME | Telephone conference with Scharf re mediation | 0.10 | 700.00 | $70.00 |
| 09/24/2022 | IAWN | ME | Traveled from Oxnard to NYC for mediation in Buffalo (No Charge) | 10.00 | 700.00 | $0.00 |
| 09/24/2022 | IAWN | ME | Prepared for mediation reviewing insurance documentation | 3.00 | 700.00 | $2,100.00 |
| 09/26/2022 | IAWN | ME | Mediation preparation reviewing insurance information produced by diocese | 3.00 | 700.00 | $2,100.00 |
| 09/27/2022 | IAWN | ME | Traveled from NYC to Buffalo  (No Charge) | 2.00 | 700.00 | $0.00 |
| 09/27/2022 | IAWN | ME | Review policies and correspondence in DOB | 3.60 | 700.00 | $2,520.00 |
| 09/27/2022 | BMM | ME | Meeting with SCC regarding mediation strategy. | 1.00 | 700.00 | $700.00 |
| 09/27/2022 | BMM | ME | Travel to Buffalo for mediation. (No Charge) | 11.30 | 700.00 | $0.00 |
| 09/28/2022 | IAWN | ME | Office conference with Scharf and Michael re mediation | 0.50 | 700.00 | $350.00 |
| 09/28/2022 | IAWN | ME | Meet with TCC and SCC re mediation | 1.50 | 700.00 | $1,050.00 |
| 09/28/2022 | IAWN | ME | Attend mediation | 7.70 | 700.00 | $5,390.00 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Buffalo O.C.C.
18502    - 00002

Page:    16
Invoice 131956
December 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/28/2022 | IDS | ME | Travel from New Rochelle to Buffalo.  (No Charge) | 2.50 | 700.00 | $0.00 |
| 09/28/2022 | IDS | ME | Meet with Michael, Nasatir regarding mediation. | 0.50 | 700.00 | $350.00 |
| 09/28/2022 | IDS | ME | Prepare for mediation. | 1.50 | 700.00 | $1,050.00 |
| 09/28/2022 | IDS | ME | Meet with committee and SCC regarding mediation. | 1.50 | 700.00 | $1,050.00 |
| 09/28/2022 | IDS | ME | Attend mediation. | 7.70 | 700.00 | $5,390.00 |
| 09/28/2022 | BMM | ME | Meeting with I. Scharf and I. Nasatir regarding mediation strategy. | 0.50 | 700.00 | $350.00 |
| 09/28/2022 | BMM | ME | Participate in mediation. | 7.70 | 700.00 | $5,390.00 |
| 09/28/2022 | BMM | ME | Post-mediation follow-up with Committee and Counsel. | 1.50 | 700.00 | $1,050.00 |
| 09/29/2022 | IAWN | ME | Telephone conference with SCC re mediation | 0.80 | 700.00 | $560.00 |
| 09/29/2022 | IAWN | ME | Travel from Buffalo to Oxnard  (No Charge) | 14.00 | 700.00 | $0.00 |
| 09/29/2022 | IDS | ME | Call with Donato regarding mediator selection and other case issues. | 0.50 | 700.00 | $350.00 |
| 09/29/2022 | BMM | ME | Travel home from Buffalo. (No Charge) | 8.50 | 700.00 | $0.00 |
| 10/02/2022 | IDS | ME | Call with Donato regarding mediator selection. | 0.40 | 700.00 | $280.00 |
| 10/02/2022 | IDS | ME | Email with Donato regarding candidate (AR) | 0.20 | 700.00 | $140.00 |
| 10/07/2022 | IAWN | ME | Review Carter email re insurers | 0.10 | 700.00 | $70.00 |
| 10/07/2022 | IDS | ME | Call with Plevin regarding mediator selection. | 0.40 | 700.00 | $280.00 |
| 10/11/2022 | IDS | ME | Review email from Donato regarding mediation. | 0.30 | 700.00 | $210.00 |
| 10/11/2022 | IDS | ME | Draft email to Judge Kaplan regarding mediation. | 0.40 | 700.00 | $280.00 |
| 10/11/2022 | IDS | ME | Revise email to Judge Kaplan regarding mediation. | 0.30 | 700.00 | $210.00 |
| 10/11/2022 | IDS | ME | Call with Donato regarding mediation. | 0.30 | 700.00 | $210.00 |
| 10/11/2022 | IDS | ME | Work on mediation scheduling. | 1.10 | 700.00 | $770.00 |
| 10/11/2022 | IDS | ME | Call with Anderson regarding mediation. | 0.20 | 700.00 | $140.00 |
| 10/11/2022 | IDS | ME | Work on mediation statement for additional mediator. | 1.80 | 700.00 | $1,260.00 |
| 10/12/2022 | IAWN | ME | Telephone call with Ilan Scharf re telephone call | 0.10 | 700.00 | $70.00 |
| 10/12/2022 | IAWN | ME | Exchange emails with Ilan Scharf re parish level insurer settlements | 0.10 | 700.00 | $70.00 |
| 10/12/2022 | IAWN | ME | Review Carter email re insurer | 0.10 | 700.00 | $70.00 |
| 10/14/2022 | IAWN | ME | Exchange emails with Ilan Scharf re Rizzo and parish insurance | 0.10 | 700.00 | $70.00 |
| 10/14/2022 | IAWN | ME | Exchange emails with Carter re parish insurance | 0.10 | 700.00 | $70.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Buffalo O.C.C.

18502    - 00002

Page:    17

Invoice 131956

December 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/19/2022 | IAWN | ME | Review mediator pleading | 0.10 | 700.00 | $70.00 |
| 10/19/2022 | IAWN | ME | Exchange emails with Ilan Scharf re mediator pleading | 0.10 | 700.00 | $70.00 |
| 10/19/2022 | IDS | ME | Initial review of mediator motion. | 0.80 | 700.00 | $560.00 |
| 10/19/2022 | IDS | ME | Draft notes regarding response to mediator motion. | 0.70 | 700.00 | $490.00 |
| 10/20/2022 | IAWN | ME | Review agenda from Ilan Scharf | 0.10 | 700.00 | $70.00 |
| 10/20/2022 | IAWN | ME | Review emails from Brittany Michael and Ilan Scharf re Kaplan and mediator | 0.10 | 700.00 | $70.00 |
| 10/20/2022 | IAWN | ME | Review Ilan Scharf email re Committee | 0.10 | 700.00 | $70.00 |
| 10/20/2022 | IDS | ME | Brief research regarding mediator selection procedures and standards | 0.80 | 700.00 | $560.00 |
| 10/20/2022 | IDS | ME | Email to SCC regarding mediator selection process | 0.40 | 700.00 | $280.00 |
| 10/24/2022 | IAWN | ME | Telephone call wih Rizzo and SCC re mediation | 1.00 | 700.00 | $700.00 |
| 10/24/2022 | IDS | ME | SCC call with Judge Rizzo regarding mediation role | 1.00 | 700.00 | $700.00 |
| 10/24/2022 | IDS | ME | Email to Rizzo regarding mediation | 0.20 | 700.00 | $140.00 |
| 10/24/2022 | BMM | ME | Meeting with Judge Rizzo regarding co-mediator selection. | 1.00 | 700.00 | $700.00 |
| 10/26/2022 | IDS | ME | Call with mediator regarding additional mediator selection. | 0.40 | 700.00 | $280.00 |
| 10/27/2022 | IDS | ME | Draft letter to Court regarding mediator appointment | 1.10 | 700.00 | $770.00 |
| 11/01/2022 | IAWN | ME | Telephone call with potential mediator | 0.40 | 700.00 | $280.00 |
| 11/01/2022 | IAWN | ME | Review I. Scharf email regarding recommending Nemoyer | 0.10 | 700.00 | $70.00 |
| 11/03/2022 | IAWN | ME | Exchange emails with B. Michael regarding Kaplan selecting mediator. | 0.10 | 700.00 | $70.00 |
| 11/03/2022 | IDS | ME | Respond to Committee requests re mediator selection. | 0.40 | 700.00 | $280.00 |
| 11/03/2022 | IDS | ME | Call with Michael regarding pending motions. | 0.20 | 700.00 | $140.00 |
| 11/08/2022 | IAWN | ME | Review Diocese Of Buffalo coverage against other diocese | 0.30 | 700.00 | $210.00 |
| 11/08/2022 | IAWN | ME | Draft and send lengthy email to I. Scharf regarding comparison of Diocese of Buffalo coverage against other diocese | 0.20 | 700.00 | $140.00 |
| 11/08/2022 | IAWN | ME | Review B. Michael email regarding Camden | 0.10 | 700.00 | $70.00 |
| 11/10/2022 | IAWN | ME | Review emails with SCC regarding mediator issues | 0.30 | 700.00 | $210.00 |
| 11/11/2022 | IAWN | ME | Review I. Scharf email regarding mediator issue | 0.10 | 700.00 | $70.00 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Buffalo O.C.C.
18502   - 00002

Page:     18
Invoice 131956
December 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/11/2022 | IAWN | ME | Email to I. Scharf regarding Rizzo and Bucki | 0.10 | 700.00 | $70.00 |
| 11/11/2022 | IAWN | ME | Email to I. Scharf regarding Rizzo and Bucki | 0.10 | 700.00 | $70.00 |
| 11/11/2022 | JIS | ME | Call I. Scharf re mediator issues. | 0.40 | 700.00 | $280.00 |
| 11/11/2022 | IDS | ME | Email to mediators regarding mediation. | 0.20 | 700.00 | $140.00 |
| 11/15/2022 | IAWN | ME | Telephone call with I. Scharf regarding SCC mediation call | 0.10 | 700.00 | $70.00 |
| 11/15/2022 | IAWN | ME | Review Ilan Scharf email regarding mediation | 0.10 | 700.00 | $70.00 |
| 11/15/2022 | IDS | ME | Email with Rizzo regarding mediation. | 0.30 | 700.00 | $210.00 |
| 11/16/2022 | IDS | ME | Call with Nasatir regarding mediation | 0.40 | 700.00 | $280.00 |
| 11/17/2022 | IAWN | ME | Review I. Scharf email regarding cancellation of mediation | 0.10 | 700.00 | $70.00 |
| 11/17/2022 | IAWN | ME | Review agenda for TCC call | 0.10 | 700.00 | $70.00 |
| 11/17/2022 | IDS | ME | Emails with Wood and Donato regarding mediation. | 0.20 | 700.00 | $140.00 |
| 11/18/2022 | IAWN | ME | Review I. Scharf email regarding call with debtor re mediation | 0.10 | 700.00 | $70.00 |
| 11/18/2022 | IAWN | ME | Review Carter email re Utica/Middlesex | 0.10 | 700.00 | $70.00 |
| 11/18/2022 | IAWN | ME | Review prior communication in file re Utica/Middlesex | 0.20 | 700.00 | $140.00 |
| 11/18/2022 | IAWN | ME | Draft response to Carter and send to I. Scharf | 0.20 | 700.00 | $140.00 |
| 11/18/2022 | IDS | ME | Call with Rizzo regarding mediation. | 0.50 | 700.00 | $350.00 |
| 11/18/2022 | IDS | ME | Follow up call with Rizzo regarding mediation. | 0.30 | 700.00 | $210.00 |
| 11/18/2022 | IDS | ME | Email to SCC regarding Rizzo. | 0.40 | 700.00 | $280.00 |
| 11/18/2022 | BMM | ME | Call with I. Scharf regarding call with mediator. | 0.30 | 700.00 | $210.00 |
| 11/21/2022 | IAWN | ME | Review I. Scharf email regarding Rizzo and Diocese | 0.10 | 700.00 | $70.00 |
| 11/21/2022 | BMM | ME | Call with I. Scharf and I. Nasatir regarding mediator selection. | 0.20 | 700.00 | $140.00 |
| 11/22/2022 | JIS | ME | Call I. Scharf regarding selection of mediator issues. | 0.50 | 700.00 | $350.00 |
| 11/23/2022 | IAWN | ME | Telephone call with SCC regarding mediation | 0.40 | 700.00 | $280.00 |
| 11/23/2022 | IAWN | ME | Telephone call with I. Scharf regarding call | 0.10 | 700.00 | $70.00 |
| 11/23/2022 | IAWN | ME | Review I. Scharf email regarding Rizzo | 0.10 | 700.00 | $70.00 |
| 11/28/2022 | IAWN | ME | Telephone call with SCC regarding mediator candidate | 0.50 | 700.00 | $350.00 |
| 11/28/2022 | IAWN | ME | Review I. Scharf email regarding Nemoyer | 0.10 | 700.00 | $70.00 |
| 11/28/2022 | JIS | ME | Review/edit email regarding mediator nominee. | 0.10 | 700.00 | $70.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Buffalo O.C.C.

18502    - 00002

Page:    19

Invoice 131956

December 31, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/29/2022 | IAWN | ME | Telephone call with potential mediator | 0.40 | 700.00 | $280.00 |
| 11/29/2022 | IAWN | ME | Review I. Scharf email regarding recommending Nemoyer | 0.10 | 700.00 | $70.00 |
| 11/30/2022 | IDS | ME | Call with Diocese counsel regarding mediator selection. | 0.40 | 700.00 | $280.00 |
| 11/30/2022 | IDS | ME | Calls with SCC regarding mediator selection | 0.40 | 700.00 | $280.00 |
| 12/01/2022 | IDS | ME | Review Rizzo resignation letter. | 0.20 | 700.00 | $140.00 |
| 12/01/2022 | IDS | ME | Call with Donato regarding mediator. | 0.40 | 700.00 | $280.00 |
| 12/01/2022 | IDS | ME | Call with Boyd regarding potential mediators. | 0.80 | 700.00 | $560.00 |
| 12/01/2022 | IDS | ME | Call with potential mediator candidate. | 0.80 | 700.00 | $560.00 |
| 12/02/2022 | IDS | ME | Call with Donato regarding additional mediator. | 0.40 | 700.00 | $280.00 |
| 12/02/2022 | IDS | ME | Call with Boyd regarding additional mediator. | 0.40 | 700.00 | $280.00 |
| 12/02/2022 | IDS | ME | Call with Donato regarding mediator. | 0.40 | 700.00 | $280.00 |
| 12/02/2022 | IDS | ME | Research regarding mediator selection criteria. | 2.10 | 700.00 | $1,470.00 |
| 12/02/2022 | IDS | ME | Call with Boyd regarding mediator. | 0.40 | 700.00 | $280.00 |
| 12/04/2022 | IDS | ME | Research regarding mediator candidates insurance experience. | 3.80 | 700.00 | $2,660.00 |
| 12/05/2022 | IDS | ME | Revise statement regarding retention of new mediator. | 2.00 | 700.00 | $1,400.00 |
| 12/05/2022 | IDS | ME | Finalize statement regarding retention of new mediator. | 0.80 | 700.00 | $560.00 |
| 12/05/2022 | IDS | ME | Email with committee chair regarding additional mediator. | 0.30 | 700.00 | $210.00 |
| 12/05/2022 | IDS | ME | Call with Donato regarding additional mediator. | 0.40 | 700.00 | $280.00 |
| 12/05/2022 | IDS | ME | Meeting with SCC and additional mediator candidate. | 1.00 | 700.00 | $700.00 |
| 12/05/2022 | IDS | ME | Email to committee regarding additional mediator. | 0.50 | 700.00 | $350.00 |
| 12/06/2022 | IAWN | ME | Read insurer brief regarding mediator | 0.20 | 700.00 | $140.00 |
| 12/06/2022 | IAWN | ME | Telephone call with B. Michael regarding mediation | 0.10 | 700.00 | $70.00 |
| 12/06/2022 | IAWN | ME | Review insurer letter to Judge regarding mediator | 0.20 | 700.00 | $140.00 |
| 12/06/2022 | JIS | ME | Review insurer's objection to mediator candidate. | 0.10 | 700.00 | $70.00 |
| 12/06/2022 | IDS | ME | Email to committee regarding additional mediator (follow up). | 1.00 | 700.00 | $700.00 |
| 12/06/2022 | IDS | ME | Email to committee chair regarding mediator hearing. | 0.50 | 700.00 | $350.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Buffalo O.C.C.

18502   - 00002

Page:    20

Invoice 131956

December 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/06/2022 | BMM | ME | Call with I. Nasatir regarding mediation and case issues. | 0.10 | 700.00 | $70.00 |
| 12/06/2022 | BMM | ME | Proof mediator statement for filing. | 0.20 | 700.00 | $140.00 |
| 12/07/2022 | IDS | ME | Prepare for hearing regarding mediator appointment. | 2.50 | 700.00 | $1,750.00 |
| 12/07/2022 | IDS | ME | Call with Donato regarding mediator hearing. | 0.30 | 700.00 | $210.00 |
| 12/09/2022 | IDS | ME | Update mediation analysis and statement for potential mediator. | 1.20 | 700.00 | $840.00 |
| 12/13/2022 | IDS | ME | Call with NeMoyer regarding mediation. | 0.50 | 700.00 | $350.00 |
| 12/13/2022 | IDS | ME | Update mediation statement. | 1.80 | 700.00 | $1,260.00 |
| 12/13/2022 | BMM | ME | Call with Judge NeMoyer and I. Scharf regarding mediation. | 0.40 | 700.00 | $280.00 |
| 12/14/2022 | IDS | ME | Call with Donato regarding mediation. | 0.30 | 700.00 | $210.00 |
| 12/14/2022 | IDS | ME | Email to Donato regarding mediation. | 0.20 | 700.00 | $140.00 |
| 12/15/2022 | IAWN | ME | Review I. Scharf email regarding mediator | 0.10 | 700.00 | $70.00 |
| | | | | **161.40** | | **$79,170.00** |

## Plan & Disclosure Stmt. [B320]

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/12/2022 | IAWN | PD | Review parish stay decision | 0.80 | 700.00 | $560.00 |
| 09/06/2022 | IDS | PD | work on non-monetary issues | 1.30 | 700.00 | $910.00 |
| 09/08/2022 | IDS | PD | Meet with Non-Monetary subcommittee regarding mediation demand. | 1.00 | 700.00 | $700.00 |
| 09/08/2022 | IDS | PD | Revise non-monetary demands. | 1.20 | 700.00 | $840.00 |
| 09/08/2022 | IDS | PD | Analyze Diocese IRB process. | 1.50 | 700.00 | $1,050.00 |
| 10/04/2022 | IAWN | PD | Review Ilan Scharf email re Committee | 0.10 | 700.00 | $70.00 |
| 10/04/2022 | IAWN | PD | Review Ilan Scharf email re mediator | 0.10 | 700.00 | $70.00 |
| 10/11/2022 | IAWN | PD | Review BSA motion | 0.30 | 700.00 | $210.00 |
| 10/11/2022 | IAWN | PD | Review coverage charts and compare overlap | 0.40 | 700.00 | $280.00 |
| 10/11/2022 | IAWN | PD | Exchange emails with Brittany Michael re overlap | 0.20 | 700.00 | $140.00 |
| 10/13/2022 | IAWN | PD | Review agenda from Ilan Scharf | 0.10 | 700.00 | $70.00 |
| 10/13/2022 | IAWN | PD | Exchange emails with Ilan Scharf re mediator | 0.10 | 700.00 | $70.00 |
| 10/13/2022 | IAWN | PD | Review Brittany Michael email re BSA claimants | 0.10 | 700.00 | $70.00 |
| 10/13/2022 | IAWN | PD | Email from BSK re claimants | 0.10 | 700.00 | $70.00 |
| 10/21/2022 | IAWN | PD | Review UST letter | 0.10 | 700.00 | $70.00 |
| 10/24/2022 | IAWN | PD | Review amended BSA list | 0.10 | 700.00 | $70.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Buffalo O.C.C.

18502    - 00002

Page:    21

Invoice 131956

December 31, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/25/2022 | IAWN | PD | Review Ilan Scharf agenda | 0.10 | 700.00 | $70.00 |
| 10/25/2022 | IAWN | PD | Review AG settlement | 0.80 | 700.00 | $560.00 |
| 10/25/2022 | IAWN | PD | Review Ilan Scharf email re UST | 0.10 | 700.00 | $70.00 |
| 10/25/2022 | JIS | PD | Review settlement between NYAG and Diocese re non-monetary issues. | 0.50 | 700.00 | $350.00 |
| 10/26/2022 | IAWN | PD | Review Ilan Scharf summary of developments | 0.10 | 700.00 | $70.00 |
| 10/27/2022 | IAWN | PD | Review draft of opposition to mediator motion | 0.20 | 700.00 | $140.00 |
| 11/08/2022 | IAWN | PD | Email I. Scharf regarding insurance coverage | 0.10 | 700.00 | $70.00 |
| 11/15/2022 | IAWN | PD | Review Diocese of Buffalo motion for bar date for adults | 0.10 | 700.00 | $70.00 |
| 11/18/2022 | IAWN | PD | Review article regarding Diocese of Rochester settlement | 0.10 | 700.00 | $70.00 |
| 11/18/2022 | IAWN | PD | Review I. Scharf email regarding committee issue | 0.10 | 700.00 | $70.00 |
| 11/21/2022 | IAWN | PD | Review I. Scharf email regarding Committee attendance | 0.10 | 700.00 | $70.00 |
| 12/05/2022 | IAWN | PD | Review Ilan Scharf email regarding Donato telephone call | 0.10 | 700.00 | $70.00 |
| 12/05/2022 | IAWN | PD | Review SCC emails regarding extension | 0.10 | 700.00 | $70.00 |
| 12/16/2022 | IDS | PD | Call with Donato regarding mediation process. | 0.40 | 700.00 | $280.00 |
|  |  |  |  | **10.40** |  | **$7,280.00** |

## Retention of Prof. [B160]

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 08/05/2022 | IDS | RP | Call with Kernan regarding potential retention as appraiser | 0.50 | 700.00 | $350.00 |
| 08/05/2022 | IDS | RP | Email to Kernan regarding potential retention as appraiser | 0.50 | 700.00 | $350.00 |
| 11/03/2022 | IDS | RP | Review proposed retention of independent auditor. | 0.70 | 700.00 | $490.00 |
| 11/07/2022 | IDS | RP | Continue review of AG settlement. | 1.80 | 700.00 | $1,260.00 |
| 11/07/2022 | IDS | RP | Begin drafting statement regarding retention of compliance auditor. | 1.80 | 700.00 | $1,260.00 |
| 11/07/2022 | BMM | RP | Prepare application to employ appraiser. | 0.70 | 700.00 | $490.00 |
| 11/08/2022 | BMM | RP | Communications with team regarding appraiser retention. | 0.20 | 700.00 | $140.00 |
| 11/09/2022 | BMM | RP | Draft application to retain appraiser. | 0.90 | 700.00 | $630.00 |
| 11/09/2022 | BMM | RP | Draft application to retain appraiser. | 0.30 | 700.00 | $210.00 |
| 11/09/2022 | BMM | RP | Draft application to retain appraiser. | 0.80 | 700.00 | $560.00 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Buffalo O.C.C.
18502    - 00002

Page:     22
Invoice 131956
December 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/11/2022 | BMM | RP | Prepare retention application for Stout (with K. Kernen for part). | 0.30 | 700.00 | $210.00 |
| 11/16/2022 | IDS | RP | Call with Michael regarding appraiser retention | 0.20 | 700.00 | $140.00 |
| 11/22/2022 | BMM | RP | Review and revise application to employ appraiser. | 0.40 | 700.00 | $280.00 |
| 11/28/2022 | BMM | RP | Revise retention application (.3); communications with K. Kernen (.2) and P. Starks (.1) regarding retention. | 0.60 | 700.00 | $420.00 |
| 12/04/2022 | IDS | RP | Review decision and order regarding employment of abuse auditor. | 1.00 | 700.00 | $700.00 |
| | | | | 10.70 | | $7,490.00 |

## Stay Litigation [B140]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/07/2022 | IDS | SL | Review proposed extension of parish stay (.4) email to SCC regarding same (.2) | 0.60 | 700.00 | $420.00 |
| | | | | 0.60 | | $420.00 |

**TOTAL SERVICES FOR THIS MATTER:**                                   **$201,910.00**

Pachulski Stang Ziehl & Jones LLP
Diocese of Buffalo O.C.C.
18502    - 00002

Page:    23
Invoice 131956
December 31, 2022

## **Expenses**

| 08/15/2022 | HT | Hotel Expense [E110] Westin Buffalo, 09/28/22 - 09/30/22, 3 nights, IDS | 553.96 |
|---|---|---|---|
| 08/23/2022 | AF | Air Fare [E110] JetBlue, TKT.#27921012130421, From BUF/JFK/LAX, IAWN - Airfare for October mediation | 2,176.60 |
| 08/31/2022 | OS | Everlaw, Inv. 63565, in the Diocese of Buffalo database for the month of August | 1,056.00 |
| 09/24/2022 | AT | Auto Travel Expense [E109] ] KLS Worldwide  Chauffeured Services, Inv.3004983, from Residence to LAX, IAWN | 100.00 |
| 09/27/2022 | AF | Air Fare [E110] From GSO to BUF, P. Starks | 1,187.20 |
| 09/27/2022 | AT | Auto Travel Expense [E109] Lyft Transportation Service, P. Stark | 23.99 |
| 09/27/2022 | HT | Hotel Expense [E110] Hampton Inn  & Suites, 2 nights/parking, R. Macalister | 542.72 |
| 09/27/2022 | HT | Hotel Expense [E110] Embassy Suites, 2 nights, P. Starks | 451.57 |
| 09/28/2022 | AT | Auto Travel Expense [E109] Mileage -221/mi (2x) (from residence to courthouse), R. Macalister | 285.57 |
| 09/28/2022 | HT | Hotel Expense [E110] Westin Buffalo Hotel, 2 nights, IDS | 250.83 |
| 09/28/2022 | HT | Hotel Expense [E110] Westin Buffalo, IAWN | 366.27 |
| 09/29/2022 | AF | Air Fare [E110] Jet Blue, Tkt.#27921042911086, From BUF/JFK/LAX, IAWN - Re-booking due to early termination | 741.00 |
| 09/29/2022 | AT | Auto Travel Expense [E109]  KLS Worldwide Transportation Services, #242471*1, From LAX to Home, IAWN | 100.00 |
| 09/30/2022 | CC | Conference Call [E105] Loop Up Conference Call, IDS | 2.94 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Buffalo O.C.C.
18502    - 00002

Page:    24
Invoice 131956
December 31, 2022

| | | | |
|---|---|---|---|
| 09/30/2022 | FE | 18502.00002 FedEx Charges for 09-30-22 | 24.48 |
| 09/30/2022 | OS | Everlaw, Inv. 66750, Diocese Of Buffalo database for the month of September | 1,056.00 |
| 10/01/2022 | HT | Hotel Expense [E110]Westin Buffalo, IAWN | 777.01 |
| 10/03/2022 | FE | 18502.00002 FedEx Charges for 10-03-22 | 24.53 |
| 10/28/2022 | PO | U.S. Postage | 113.40 |
| 10/28/2022 | RE | ( 1980 @0.10 PER PG) | 198.00 |
| 10/28/2022 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 10/28/2022 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 10/28/2022 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 10/31/2022 | RS | Research [E106] Everlaw, Inv. 67405 | 1,056.00 |
| 11/01/2022 | PO | U.S. Postage | 2.65 |
| 11/01/2022 | RE | ( 611 @0.10 PER PG) | 61.10 |
| 11/01/2022 | RE | ( 3964 @0.10 PER PG) | 396.40 |
| 11/01/2022 | RE | ( 3806 @0.10 PER PG) | 380.60 |
| 11/01/2022 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 11/01/2022 | RE2 | SCAN/COPY ( 76 @0.10 PER PG) | 7.60 |
| 11/01/2022 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 11/09/2022 | PO | U.S. Postage | 2.43 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Buffalo O.C.C.
18502   - 00002

Page:   25
Invoice 131956
December 31, 2022

| Date | Code | Description | Amount |
|---|---|---|---|
| 11/09/2022 | RE | ( 543 @0.10 PER PG) | 54.30 |
| 11/09/2022 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 11/09/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 11/18/2022 | AF | Air Fare [E110] United Airlines, From PA/NY/PA, R. MacAlister | 597.20 |
| 11/21/2022 | FE | 18502.00002 FedEx Charges for 11-21-22 | 24.64 |
| 11/30/2022 | RS | Research [E106] Everlaw Inc., Inv. 69474 | 1,078.00 |
| 12/06/2022 | PO | LA Postage | 113.40 |
| 12/06/2022 | RE | ( 1836 @0.10 PER PG) | 183.60 |
| 12/06/2022 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 12/06/2022 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 12/06/2022 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/06/2022 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 12/31/2022 | RS | Research [E106] Everlaw, Inc. Inv. 71549 | 1,078.00 |
| 12/31/2022 | PAC | Pacer - Court Research | 45.60 |

**Total Expenses for this Matter**      **$15,122.99**

Pachulski Stang Ziehl & Jones LLP
Diocese of Buffalo O.C.C.
18502    - 00002

Page:    26
Invoice 131956
December 31, 2022

---

## REMITTANCE ADVICE

**Please inlcude this Remittance with your payment**

**For current services rendered through:    12/31/2022**

| | |
|---|---|
| **Total Fees** | **$201,910.00** |
| **Total Expenses** | **15,122.99** |
| **Total Due on Current Invoice** | **$217,032.99** |

**Outstanding Balance from prior invoices as of    12/31/2022**        **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 125270 | 04/30/2020 | $109,192.50 | $625.07 | $10,919.25 |
| 125276 | 05/31/2020 | $152,307.50 | $578.14 | $15,230.75 |
| 125334 | 06/30/2020 | $41,562.50 | $1,006.09 | $4,156.25 |
| 126177 | 07/31/2020 | $51,502.50 | $1,349.12 | $5,150.25 |
| 126524 | 08/31/2020 | $33,130.00 | $247.58 | $7,891.75 |
| 128245 | 03/31/2021 | $32,659.50 | $555.35 | $3,448.23 |
| 128247 | 04/30/2021 | $18,006.50 | $514.72 | $18,521.22 |
| 128249 | 05/31/2021 | $18,814.50 | $500.00 | $19,314.50 |
| 129782 | 01/31/2022 | $144,907.00 | $762.15 | $4,975.00 |
| 131027 | 07/31/2022 | $306,150.00 | $22,823.12 | $6,230.00 |

**Total Amount Due on Current and Prior Invoices:**        **$312,870.19**