**EXHIBIT B**
**[Invoice through January 31, 2023]**

DOCS_DE:242824.1 18502/002
Case 1-20-10322-CLB, Doc 2296-2, Filed 04/21/23, Entered 04/21/23 11:33:18, Description: Exhibit B - Invoice Through January 31 2023, Page 1 of 11

# Pachulski Stang Ziehl & Jones LLP

780 Third Avenue
34th Floor
New York, NY 10017

|  |  |
|---|---|
| | April 04, 2023 |
| IDS | Invoice 132106 |
| | Client 18502 |
| | Matter 00002 |
| | **IDS** |

RE: Committee Representation

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2023**

| | |
|---|---|
| FEES | $32,140.00 |
| EXPENSES | $2,990.25 |
| **TOTAL CURRENT CHARGES** | **$35,130.25** |
| **BALANCE FORWARD** | **$312,870.19** |
| **TOTAL BALANCE DUE** | **$348,000.44** |

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BMM | Michael, Brittany M. | Counsel | 700.00 | 4.30 | $3,010.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 5.50 | $3,850.00 |
| IDS | Scharf, Ilan D. | Partner | 700.00 | 33.50 | $23,450.00 |
| KLL | LaBrada, Kerri L. | Paralegal | 300.00 | 0.90 | $270.00 |
| LSC | Canty, La Asia S. | Paralegal | 300.00 | 5.20 | $1,560.00 |
| | | | | 49.40 | $32,140.00 |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Buffalo O.C.C.  
18502    - 00002

Page:     3  
Invoice 132106  
April 04, 2023

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| BL | Bankruptcy Litigation [L430] | 5.40 | $3,780.00 |
| CA | Case Administration [B110] | 2.30 | $1,250.00 |
| CO | Claims Admin/Objections[B310] | 0.30 | $210.00 |
| GC | General Creditors Comm. [B150] | 4.40 | $3,080.00 |
| IC | Insurance Coverage | 3.40 | $2,380.00 |
| ME | Mediation | 25.90 | $18,010.00 |
| RP | Retention of Prof. [B160] | 7.70 | $3,430.00 |
|  |  | 49.40 | $32,140.00 |

## Summary of Expenses

| Description | Amount |
| --- | ---: |
| Working Meals [E111] | $180.71 |
| Federal Express [E108] | $26.48 |
| Outside Services | $2,108.20 |
| Pacer - Court Research | $9.50 |
| Postage [E108] | $207.36 |
| Reproduction Expense [E101] | $436.00 |
| Reproduction/ Scan Copy | $22.00 |
| | $2,990.25 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Bankruptcy Litigation [L430]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/05/2023 | IDS | BL | Review pleadings and draft outline of response regarding objections to RSA by insurers | 3.20 | 700.00 | $2,240.00 |
| 01/16/2023 | IDS | BL | Revise 2004 motion | 2.20 | 700.00 | $1,540.00 |
| | | | | **5.40** | | **$3,780.00** |

### Case Administration [B110]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/04/2023 | KLL | CA | Update critical dates memo. | 0.30 | 300.00 | $90.00 |
| 01/09/2023 | IDS | CA | Call with BSK regarding case issues | 0.50 | 700.00 | $350.00 |
| 01/09/2023 | BMM | CA | Call (partial) with Debtor's counsel regarding ongoing case issues. | 0.40 | 700.00 | $280.00 |
| 01/20/2023 | KLL | CA | Update critical dates memo. | 0.30 | 300.00 | $90.00 |
| 01/27/2023 | KLL | CA | Update critical dates memo. | 0.30 | 300.00 | $90.00 |
| 01/30/2023 | BMM | CA | Follow-up with I. Scharf regarding Diocese counsel meeting. | 0.10 | 700.00 | $70.00 |
| 01/30/2023 | BMM | CA | Call with Debtor's counsel regarding ongoing case issues. | 0.40 | 700.00 | $280.00 |
| | | | | **2.30** | | **$1,250.00** |

### Claims Admin/Objections[B310]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/06/2023 | BMM | CO | Review order on adult window. | 0.30 | 700.00 | $210.00 |
| | | | | **0.30** | | **$210.00** |

### General Creditors Comm. [B150]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/04/2023 | IDS | GC | Respond to Committee chair questions. | 1.20 | 700.00 | $840.00 |
| 01/05/2023 | IDS | GC | Call with SCC regarding settlement conference | 0.40 | 700.00 | $280.00 |
| 01/05/2023 | IDS | GC | Zoom with Committee regarding case | 0.50 | 700.00 | $350.00 |
| 01/05/2023 | IDS | GC | Finalize email to committee chair regarding settlement gameplan | 0.60 | 700.00 | $420.00 |
| 01/09/2023 | IDS | GC | Emails to committee members regarding case status | 0.30 | 700.00 | $210.00 |
| 01/20/2023 | BMM | GC | Participate in Committee call regarding mediation preparation. | 0.70 | 700.00 | $490.00 |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/26/2023 | BMM | GC | Call with SCC regarding mediation cancellation. | 0.40 | 700.00 | $280.00 |
| 01/31/2023 | BMM | GC | Participate in call with SCC regarding ongoing case issues. | 0.30 | 700.00 | $210.00 |
| | | | | **4.40** | | **$3,080.00** |

**Insurance Coverage**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/18/2023 | IDS | IC | Revise/update insurance slotting. | 3.40 | 700.00 | $2,380.00 |
| | | | | **3.40** | | **$2,380.00** |

**Mediation**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/04/2023 | IDS | ME | Draft letter regarding NeMoyer retention | 0.30 | 700.00 | $210.00 |
| 01/05/2023 | IDS | ME | Call with NeMoyer regarding mediation | 0.20 | 700.00 | $140.00 |
| 01/06/2023 | LSC | ME | Finalize and coordinate filing of letter to the Honorable Carl L. Bucki from Patrick H. NeMoyer, Mediator (.2); and correspondence with I. Scharf regarding the same (.1). | 0.30 | 300.00 | $90.00 |
| 01/06/2023 | IDS | ME | Finalize NeMoyer letter | 0.30 | 700.00 | $210.00 |
| 01/06/2023 | IDS | ME | Revise mediation statement | 1.30 | 700.00 | $910.00 |
| 01/09/2023 | IAWN | ME | Review mediator dates from mediator | 0.10 | 700.00 | $70.00 |
| 01/09/2023 | IDS | ME | Call with NeMoyer regarding mediation | 0.40 | 700.00 | $280.00 |
| 01/09/2023 | IDS | ME | Update mediation statement per call with NeMoyer. | 1.60 | 700.00 | $1,120.00 |
| 01/10/2023 | IDS | ME | Work on mediation statement. | 2.30 | 700.00 | $1,610.00 |
| 01/10/2023 | IDS | ME | Zoom with SCC regarding mediation | 0.40 | 700.00 | $280.00 |
| 01/11/2023 | IDS | ME | Call with SCC regarding mediation | 0.30 | 700.00 | $210.00 |
| 01/12/2023 | IDS | ME | Call with certain SCC regarding mediation strategy | 0.80 | 700.00 | $560.00 |
| 01/12/2023 | IDS | ME | Revise mediation statement | 1.70 | 700.00 | $1,190.00 |
| 01/16/2023 | IAWN | ME | Exchange emails with I. Scharf and B. Michael re mediation dates and travel | 0.10 | 700.00 | $70.00 |
| 01/16/2023 | IDS | ME | Revise and update mediation strategy memo/notes | 2.20 | 700.00 | $1,540.00 |
| 01/17/2023 | IDS | ME | Draft mediator retention motion | 0.80 | 700.00 | $560.00 |
| 01/20/2023 | BMM | ME | Communications with Committee and team regarding mediation. | 0.60 | 700.00 | $420.00 |

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/25/2023 | IAWN | ME | Review files re preparation for mediation | 2.00 | 700.00 | $1,400.00 |
| 01/25/2023 | IDS | ME | Prepare for mediation session | 2.20 | 700.00 | $1,540.00 |
| 01/26/2023 | IAWN | ME | Telephone call with SCC re mediation | 0.30 | 700.00 | $210.00 |
| 01/26/2023 | IAWN | ME | Telephone call (partial) with B. Michael and I. Scharf re mediation | 0.20 | 700.00 | $140.00 |
| 01/26/2023 | IDS | ME | Call with PSZJ team regarding mediation | 0.30 | 700.00 | $210.00 |
| 01/26/2023 | IDS | ME | Call with Boyd regarding mediation | 0.40 | 700.00 | $280.00 |
| 01/26/2023 | IDS | ME | Call with Chiaccia regarding mediation | 0.40 | 700.00 | $280.00 |
| 01/26/2023 | IDS | ME | Call with Garabedian regarding mediation | 0.40 | 700.00 | $280.00 |
| 01/26/2023 | IDS | ME | Call with Amala regarding mediation | 0.40 | 700.00 | $280.00 |
| 01/26/2023 | IDS | ME | Calls with NeMoyer regarding mediation | 0.80 | 700.00 | $560.00 |
| 01/26/2023 | BMM | ME | Email I. Scharf and I. Nasatir regarding mediation. | 0.30 | 700.00 | $210.00 |
| 01/26/2023 | BMM | ME | Communications with SCC and Committee regarding mediation. | 0.20 | 700.00 | $140.00 |
| 01/26/2023 | BMM | ME | Call with I. Scharf regarding mediation issues. | 0.30 | 700.00 | $210.00 |
| 01/27/2023 | IAWN | ME | Exchange emails with Murray/Carter re Utica and Middlesex | 0.20 | 700.00 | $140.00 |
| 01/27/2023 | IAWN | ME | Prepare for mediation reviewing insurance policies | 2.20 | 700.00 | $1,540.00 |
| 01/27/2023 | IAWN | ME | Email with I. Scharf re Murray emails | 0.10 | 700.00 | $70.00 |
| 01/27/2023 | IDS | ME | Calls with SCC regarding mediator and mediation | 1.20 | 700.00 | $840.00 |
| 01/31/2023 | IAWN | ME | Telephone call with SCC re mediation | 0.30 | 700.00 | $210.00 |
|  |  |  |  | 25.90 |  | $18,010.00 |

### Retention of Prof. [B160]

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 01/04/2023 | IDS | RP | Finalize Stout retention. | 0.90 | 700.00 | $630.00 |
| 01/05/2023 | IDS | RP | Review and revise Stout retention | 1.00 | 700.00 | $700.00 |
| 01/05/2023 | LSC | RP | Prepare notice and certificate of service (.3); revise, finalize, and coordinate filing of Stout Risius Ross, LLC retention application (1.3); serve same (.3); correspondence regarding the same (.3). | 2.20 | 300.00 | $660.00 |
| 01/05/2023 | LSC | RP | Review, revise, finalize, coordinate filing of, and serve Stout Risius Ross, LLC retention application | 2.50 | 300.00 | $750.00 |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | and correspondence regarding the same. | | | |
| 01/06/2023 | BMM | RP | Communications with appraiser regarding application to employ and engagement agreement. | 0.30 | 700.00 | $210.00 |
| 01/17/2023 | IDS | RP | Call with Donato regarding appraiser retention | 0.40 | 700.00 | $280.00 |
| 01/17/2023 | IDS | RP | Review emails regarding mediator retention | 0.20 | 700.00 | $140.00 |
| 01/30/2023 | LSC | RP | Finalize and coordinate filing of Letter Requesting Adjournment of Hearing. | 0.20 | 300.00 | $60.00 |
| | | | | 7.70 | | $3,430.00 |

**TOTAL SERVICES FOR THIS MATTER:** $32,140.00

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 02/23/2022 | BM | Business Meal [E111] Buffalo airport, working meal (Committee member) | 15.71 |
| 01/04/2023 | RE2 | SCAN/COPY ( 90 @0.10 PER PG) | 9.00 |
| 01/05/2023 | FE | 18502.00002 FedEx Charges for 01-05-23 | 26.48 |
| 01/05/2023 | PO | LA Postage Charges | 207.36 |
| 01/05/2023 | RE | ( 1720 @0.10 PER PG) | 172.00 |
| 01/05/2023 | RE | ( 1320 @0.10 PER PG) | 132.00 |
| 01/05/2023 | RE | ( 1320 @0.10 PER PG) | 132.00 |
| 01/05/2023 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | 4.00 |
| 01/05/2023 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | 4.00 |
| 01/05/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/05/2023 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 01/05/2023 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | 4.00 |
| 01/26/2023 | BM | Business Meal [E111] Chez Ami - Dinner deposit for mediation, BMM | 165.00 |
| 01/30/2023 | OS | Committee member travel expenses, JIS (for P.S.) | 1,030.20 |
| 01/31/2023 | OS | Everlaw, Inv. 73708, Diocese of Buffalo database for the month of January 2023 | 1,078.00 |
| 01/31/2023 | PAC | Pacer - Court Research | 9.50 |

**Total Expenses for this Matter** $2,990.25

Pachulski Stang Ziehl & Jones LLP  
Diocese of Buffalo O.C.C.  
18502    - 00002

Page:    10  
Invoice 132106  
April 04, 2023

## REMITTANCE ADVICE

**Please include this Remittance with your payment**

**For current services rendered through:**   01/31/2023

| | |
|---|---:|
| **Total Fees** | **$32,140.00** |
| **Total Expenses** | 2,990.25 |
| **Total Due on Current Invoice** | **$35,130.25** |

**Outstanding Balance from prior invoices as of**   04/04/2023   (May not include recent payments)

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 125270 | 04/30/2020 | $109,192.50 | $625.07 | $10,919.25 |
| 125276 | 05/31/2020 | $152,307.50 | $578.14 | $15,230.75 |
| 125334 | 06/30/2020 | $41,562.50 | $1,006.09 | $4,156.25 |
| 126177 | 07/31/2020 | $51,502.50 | $1,349.12 | $5,150.25 |
| 126524 | 08/31/2020 | $33,130.00 | $247.58 | $7,891.75 |
| 128245 | 03/31/2021 | $32,659.50 | $555.35 | $3,448.23 |
| 128247 | 04/30/2021 | $18,006.50 | $514.72 | $18,521.22 |
| 128249 | 05/31/2021 | $18,814.50 | $500.00 | $19,314.50 |
| 129782 | 01/31/2022 | $144,907.00 | $762.15 | $4,975.00 |
| 131027 | 07/31/2022 | $306,150.00 | $22,823.12 | $6,230.00 |
| 131956 | 12/31/2022 | $201,910.00 | $15,122.99 | $217,032.99 |

**Total Amount Due on Current and Prior Invoices:**   **$348,000.44**