**EXHIBIT D**
**[Summary of Itemized Time Records]**

# SUMMARY OF PROFESSIONAL SERVICES RENDERED BY TIMEKEEPER
## FOR THE PERIOD OF AUGUST 1, 2022 THROUGH JANUARY 31, 2023

### (Partners)

| NAME OF PROFESSIONAL (in alphabetical order) PARTNERS | EFFECTIVE HOURLY RATE (Capped at $700 per Hour) | TOTAL HOURS BILLED | FEES BILLED |
|---|---|---|---|
| James I. Stang | $700.00 | 3.10 | $ 2,170.0 |
| Iain A.W. Nasatir | $700.00 | 87.20 | $ 42,840.00 |
| Ilan D. Scharf | $700.00 | 196.20 | $135,590.00 |
| Totals for Partners: | | 286.50 | $180,600.00 |

### (Of-Counsel)

| NAME OF PROFESSIONAL (in alphabetical order) OF COUNSEL | EFFECTIVE HOURLY RATE (Capped at $700 per hour) | TOTAL HOURS BILLED | FEES BILLED |
|---|---|---|---|
| Brittany M. Michael | $700.00 | 79.50 | $41,790.00 |
| William L. Ramseyer | $700.00 | 5.80 | $ 4,060.00 |
| Totals for Of-Counsel: | | 85.30 | $45,850.00 |

### (Paraprofessionals)

| NAME OF PROFESSIONAL (in alphabetical order) PARAPROFESSIONALS | EFFECTIVE HOURLY RATE | TOTAL HOURS BILLED | FEES BILLED |
|---|---|---|---|
| Cheryl A. Knotts | $300.00 | 3.20 | $ 960.00 |
| Kerri L. LaBrada | $300.00 | 7.00 | $2,100.00 |
| La Asia S. Canty | $300.00 | 9.30 | $2,790.00 |
| Totals for Paraprofessionals: | | 19.50 | $5,850.00 |

DOCS_DE:242824.1 18502/002

Case 1-20-10322-CLB, Doc 2296-4, Filed 04/21/23, Entered 04/21/23 11:33:18, Description: Exhibit D - Summary, Page 2 of 2