**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>THE DIOCESE OF BUFFALO, N.Y.,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-10322 (CLB) |

**CERTIFICATE OF SERVICE**

STATE OF NEW YORK        )
                         )
COUNTY OF NEW YORK       )

I, Karen G. Brown, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP.  I am not a party to the within action; my business address is 780 Third Avenue, 34th Floor, New York, New York 10017-2024.

Pursuant to the Court's April 21, 2023, in addition to service via the Court's ECF system, I caused a true and correct copy of the *Fifth Interim Fee Application of Pachulski Stang Ziehl & Jones LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors of the Debtor for the Period August 1, 2022 through January 31, 2023* to be served via First Class US Mail upon the parties set forth below.

                                                    */s/ Karen G. Brown*
                                                    Karen G. Brown

DOCS_DE:242824.1 18502/002

Case 1-20-10322-CLB,    Doc 2296-5,    Filed 04/21/23,    Entered 04/21/23 11:33:18,
Description: Certificate of Service , Page 1 of 10

# EXHIBIT 1

**Service by E-Mail**

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| AB 1 DOE | ATTN: STEPHEN BOYD, ESQ. | SBOYD@STEVEBOYD.COM |
| CATHOLIC CHARITIES OF BUFFALO, N.Y. | ATTN: RAYMOND L. FINK & JOHN A. MUELLER | RFINK@LIPPES.COM; JMUELLER@LIPPES.COM |
| CATHOLIC MUTUAL GROUP | ATTN: ROBERT J. FELDMAN & KEVIN R. LELONEK | RFELDMAN@GROSS-SHUMAN.COM; KLELONEK@GROSS-SHUMAN.COM |
| CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA | ATTN: JIN YAN, DAVID M. SPECTOR, JOSEPH MARK FISHER, EVERETT CYGAL & DANIEL SCHUFREIDER | JYAN@SCHIFFHARDIN.COM; DSPECTOR@SCHIFFHARDIN.COM; MFISHER@SCHIFFHARDIN.COM; ECYGAL@SCHIFFHARDIN.COM; DSCHUFREIDER@SCHIFFHARDIN.COM |
| CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA | ATTN: STEVE WILAMOWSKY | SWILAMOWSKY@SCHIFFHARDIN.COM |
| CENTURY INDEMNITY COMPANY | | MARIANNE.MAY@CLYDECO.US |
| CERTAIN PERSONAL INJURY CREDITORS | JEFFREY R. ANDERSON STACEY BENSON C/O JEFF ANDERSON & ASSOCIATES, P.A. | JEFF@ANDERSONADVOCATES.COM STACEY@ANDERSONADVOCATES.COM |
| CERTAIN PERSONAL INJURY CREDITORS | KATHLEEN R. THOMAS, ESQ. C/O THOMAS COUNSELOR AT LAW, LLC | KAT@TLCLAWLLC.COM |
| CVA CLAIMANTS | FRANCIS M. LETRO | FRANCIS@LETROLAW.COM; JULIE@LETROLAW.COM |
| CVA CLAIMANTS | JASON M. TELAAK | JTELAAK@CAMPBELLASSOCIATESLAW.COM |
| CVA CLAIMANTS | | MSTEWART@P2LAW.COM; VPHILLIPS@P2LAW.COM |
| CVA CLAIMANTS | | TOM@FINUCANEANDHARTZELL.COM |
| CVA CLAIMANTS | AMY C. KELLER | AKELLER@LGLAW.COM; JREINA@LGLAW.COM; SFISCHER@LGLAW.COM |
| CVA CLAIMANTS | STEPHEN BOYD | SBOYD@STEVEBOYD.COM |
| CVA CLAIMANTS | TERRENCE P. HIGGINS | TPHIGGINS@HIGGINSKANELAWGROUP.COM |
| CVA CLAIMANTS | C/O SLATER SLATER SCHULMAN LLP | LLEDER@SSSFIRM.COM |
| CVA CLAIMANTS | MICHELE M. BETTI | MBETTILAW@GMAIL.COM |
| CVA CLAIMANTS | ROBERT J. MARANTO, JR. | RMARANTO@WNYINJURYLAWYERS.COM |
| CVA CLAIMANTS | KEVIN T. STOCKER | KSTOCKERESQ@YAHOO.COM |
| CVA CLAIMANTS | STEVEN S. FOX | SFOX@CREATIVELAWYER.COM |
| CVA CLAIMANTS | | FLARELAW@GMAIL.COM |
| CVA CLAIMANTS | JAMES M. VANDETTE | JVANDETTE@VANPENLAW.COM |
| CVA CLAIMANTS | JAMES R. MARSH | JAMESMARSH@MARSH.LAW |
| CVA CLAIMANTS | PAUL J. HANLY, JR. | PHANLY@SIMMONSFIRM.COM |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| CVA CLAIMANTS | JORDAN K. MERSON | JMERSON@MERSONLAW.COM; MHERNANDEZ@MERSONLAW.COM; KDELFIN@MERSONLAW.COM |
| CVA CLAIMANTS | SAMANTHA A. BREAKSTONE | SBREAKSTONE@WEITZLUX.COM |
| CVA CLAIMANTS | ERIC B. GROSSMAN | ERIC@ERICGROSSMANLAW.COM |
| CVA CLAIMANTS | STEWART S. MERMELSTEIN | SMERMELSTEIN@HERMANLAW.COM |
| CVA CLAIMANTS | PAUL K. BARR | PBARR@FANIZZIANDBARR.COM |
| CVA CLAIMANTS | ADAM D. HOROWITZ | ELANA@ADAMHOROWITZLAW.COM; ADAM@ADAMHOROWITZLAW.COM |
| CVA CLAIMANTS | MARTIN A. LYNN | MLYNN@LYNNLAW.COM |
| CVA CLAIMANTS | MICHAEL P. CAFFERY | MMCCORMICK@BOUVIERLAW.COM; MCAFFERY@BOUVIERLAW.COM |
| CVA CLAIMANTS | SARAH A. FREDERICK | SARAH@FREDERICKDISABILITY.COM |
| CVA CLAIMANTS | LINDA H. JOSEPH | LJOSEPH@SJALEGAL.COM; CBINKOWSKI@SJALEGAL.COM; AROOD@SJALEGAL.COM |
| CVA CLAIMANTS | MITCHELL GARABEDIAN | MGARABEDIAN@GARABEDIANLAW.COM; WGORDON@GARABEDIANLAW.COM |
| CVA CLAIMANTS | | ASJANET@JJSJUSTICE.COM |
| CVA CLAIMANTS | | ABAUERLE@HOGANWILLIG.COM; SCOHEN@HOGANWILLIG.COM; SSWEENEY@HOGANWILLIG.COM |
| CVA CLAIMANTS | CRAIG K. VERNON | FIRM@JVWLAW.NET; CVERNON@JVWLAW.NET; RBECKETT@JVWLAW.NET; NARDA@JVWLAW.NET |
| CVA CLAIMANTS | RICHARD P. WEISBECK, JR. AND WILLIAM P. MOORE | RWEISBECK@LGLAW.COM; WMOORE@LGLAW.COM |
| CVA CLAIMANTS | BRETT A. ZEKOWSKI | BZEKOWSKI@YOURLAWYER.COM |
| CVA CLAIMANTS | | FRANK@LAWMANFRANK.COM |
| CVA CLAIMANTS | | NSHEMIK@CALLJED.COM; JED@CALLJED.COM |
| CVA CLAIMANTS | PATRICK J. MALONEY | PJMALONEY@MBLG.US |
| CVA CLAIMANTS | JEFFREY R. ANDERSON | JEFF@ANDERSONADVOCATES.COM; MIKE@ANDERSONADVOCATES.COM |
| CVA CLAIMANTS | LAURA A. AHEARN | LAHEARN@LAURAAHEARN.COM |
| CVA CLAIMANTS | J. MICHAEL HAYES | JMH@JMICHAELHAYES.COM |
| CVA CLAIMANTS | DAVID M. ABBATOY | DMA@ABBATOY.COM |
| CVA CLAIMANTS | PATRICK NOAKER | PATRICK@NOAKERLAW.COM |
| CVA CLAIMANTS | STEPHEN A. WEISS | SWEISS@SEEGERWEISS.COM |
| CVA CLAIMANTS | MICHAEL G. DOWD | MICHAELGDOWD@GMAIL.COM; GSWEENEY@SRBLAWFIRM.COM |
| CVA CLAIMANTS | JEFFREY M. HERMAN | JHERMAN@HERMANLAW.COM |
| CVA CLAIMANTS | | MIKE@PCVALAW.COM; NYBUFFALO@PCVALAW.COM |
| CVA CLAIMANTS | JASON C. LUNA | JASONLUNA@JASONLUNA.NET |

2

DOCS_DE:242824.1 18502/002
Case 1-20-10322-CLB, Doc 2296-5, Filed 04/21/23, Entered 04/21/23 11:33:18, Description: Certificate of Service , Page 3 of 10

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| DIOCESE OF BUFFALO, N.Y. | STEPHEN A. DONATO, CHARLES J. SULLIVAN, SARA C. TEMES, GRAYSON T. WALTER BOND, SCHOENECK & KING, PLLC | SDONATO@BSK.COM CSULLIVAN@BSK.COM STEMES@BSK.COM GWALTER@BSK.COM |
| EMPLOYERS INSURANCE COMPANY OF WAUSAU (FORMERLY KNOWN AS EMPLOYERS INSURANCE OF WAUSAU A MUTUAL COMPANY FORMERLY KNOWN AS EMPLOYERS MUTUAL LIABILITY INSURANCE COMPANY OF WISCONSIN) AND WAUSAU UNDERWRITERS INSURANCE COMPANY | ATTN: JEFFREY L. KINGSLEY & JONATHAN SCHAPP | JKINGSLEY@GOLDBERGSEGALLA.COM; JSCHAPP@GOLDBERGSEGALLA.COM |
| EXCELSIOR INSURANCE COMPANY | DOMINIC J. PICCA, NANCY D. ADAMS, LAURA BANGE STEPHENS, GRADY R. CAMPION C/O MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | DJPICCA@MINTZ.COM; NDADAMS@MINTZ.COM; LBSTEPHENS@MINTZ.COM; GRCAMPION@MINTZ.COM |
| EXCELSIOR INSURANCE COMPANY | DOUGLAS R. GOODING, ESQ. JONATHAN D. MARSHALL, ESQ. C/O CHOATE, HALL & STEWART LLP | DGOODING@CHOATE.COM; JMARSHALL@CHOATE.COM |
| FRANCISCAN FRIARS - OUR LADY OF ANGELS PROVINCE, INC. | ATTN: RAYMOND L. FINK & JOHN A. MUELLER | RFINK@LIPPES.COM; JMUELLER@LIPPES.COM |
| JUDITH WILCOX HALSEY AND DIANA L. O'HARA | | CCHIU@PRYORCASHMAN.COM |
| LIBERTY MUTUAL INSURANCE COMPANY | DOMINIC J. PICCA, NANCY D. ADAMS, LAURA BANGE STEPHENS, GRADY R. CAMPION C/O MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | DJPICCA@MINTZ.COM; NDADAMS@MINTZ.COM; LBSTEPHENS@MINTZ.COM; GRCAMPION@MINTZ.COM |
| LIBERTY MUTUAL INSURANCE COMPANY | DOUGLAS R. GOODING, ESQ. JONATHAN D. MARSHALL, ESQ. C/O CHOATE, HALL & STEWART LLP | DGOODING@CHOATE.COM; JMARSHALL@CHOATE.COM |
| MADONNA BISHOP | CHIACCHIA & FLEMING, LLP ATTN: DANIEL J. CHIACCHIA, ESQ. | DAN@CF-LEGAL.COM |
| MANUFACTURERS AND TRADERS TRUST CO | ATTN: GARRY M. GRABER | GGRABER@HODGSONRUSS.COM; ETEFERA@MTB.COM |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | ATTN: JEFFREY A. DOVE | JDOVE@BARCLAYDAMON.COM |
| NEW YORK STATE DEPARTMENT OF LABOR | | NYSDOL@LABOR.STATE.NY.US |
| NEW YORK STATE OFFICE OF PARKS AND RECREATION | | LOUIS.TESTA@AG.NY.GOV; MARTIN.MOONEY@AG.NY.GOV |

3

DOCS_DE:242824.1 18502/002
Case 1-20-10322-CLB, Doc 2296-5, Filed 04/21/23, Entered 04/21/23 11:33:18, Description: Certificate of Service, Page 4 of 10

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| NGM INSURANCE COMPANY | | DGERBER@GERBERCIANO.COM; JEWELL@GERBERCIANO.COM |
| OUR LADY OF VICTORY INSTITUTIONS, INC. | | NSMITH@MACKENZIEHUGHES.COM |
| OBLATES OF ST. FRANCIS DESALES | ATTN: RAYMOND L. FINK & JOHN A. MUELLER | RFINK@LIPPES.COM; JMUELLER@LIPPES.COM |
| PARISH STEERING COMMITTEE | ATTN: BRUCE A. ANDERSON | BRUCEA@EAIDAHO.COM; BAAFILING@EAIDAHO.COM |
| PARISH STEERING COMMITTEE | ATTN: J. FORD ELSAESSER | FELSAESSER@EAIDAHO.COM; FORD@EAIDAHO.COM |
| PARISH STEERING COMMITTEE | ATTN: TIMOTHY P. LYSTER | TLYSTER@WOODSOVIATT.COM |
| PEERLESS INSURANCE COMPANY | DOMINIC J. PICCA, NANCY D. ADAMS, LAURA BANGE STEPHENS, GRADY R. CAMPION C/O MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | DJPICCA@MINTZ.COM; NDADAMS@MINTZ.COM; LBSTEPHENS@MINTZ.COM; GRCAMPION@MINTZ.COM |
| PEERLESS INSURANCE COMPANY | DOUGLAS R. GOODING, ESQ. JONATHAN D. MARSHALL, ESQ. C/O CHOATE, HALL & STEWART LLP | DGOODING@CHOATE.COM; JMARSHALL@CHOATE.COM |
| PEOPLE OF THE STATE OF NEW YORK | OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | LOUIS.TESTA@AG.NY.GOV |
| PSAS 01 DOE, PSAS 02 DOE, PSAS DOE 03 | ATTN: STEPHEN F. PUSATIER | SFP@PSASATTORNEYS.COM |
| RICHARD LAPORTA AND HUNTER COGI WOLFE F/K/A KENNETH CHARLES HELINSKI | ATTN: HEATHER M. BAUMEISTER, ESQ. | HBAUMEISTER@LOTEMPIOPC.COM; BKNAUTH@LOTEMPIOPC.COM |
| SELECTIVE INSURANCE COMPANY OF NEW YORK | ATTN: BRETT S. THEISEN | BTHEISEN@GIBBONSLAW.COM |
| SELECTIVE INSURANCE COMPANY OF NEW YORK | ATTN: JUDITH TREGER SHELTON & DIRK C. HAARHOFF | JTSHELTON@KSLNLAW.COM; DCHAARHOFF@KSLNLAW.COM |
| SELECTIVE INSURANCE COMPANY OF NEW YORK | ATTN: ROBERT K. MALONE | RMALONE@GIBBONSLAW.COM |
| SELECTIVE INSURANCE COMPANY OF NEW YORK | ATTN: WILLIAM T. CORBETT, JR. & LAURA A. BRADY | WCORBETT@COUGHLINDUFFY.COM; LBRADY@COUGHLINDUFFY.COM |
| ST. FRANCIS HIGH SCHOOL OF ATHOL SPRINGS, N.Y. | ATTN: RAYMOND L. FINK & JOHN A. MUELLER | RFINK@LIPPES.COM; JMUELLER@LIPPES.COM |
| TIG INSURANCE COMPANY | | MEG.CATALANO@KENNEDYSLAW.COM; JILLIAN.DENNEHY@KENNEDYSLAW.COM |
| THE CONTINENTAL INSURANCE COMPANY, SUCCESSOR BY MERGER TO (1) COMMERCIAL INSURANCE COMPANY OF NEWARK, NEW JERSEY AND (2) FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY | ATTN: JEFFREY A. DOVE | JDOVE@BARCLAYDAMON.COM |
| THE EUDISTS - CONGREGATION OF JESUS AND MARY, INC. | ATTN: RAYMOND L. FINK & JOHN A. MUELLER | RFINK@LIPPES.COM; JMUELLER@LIPPES.COM |
| USA NORTHEAST PROVINCE OF THE SOCIETY OF JESUS | ATTN: LEE E. WOODARD | LWOODARD@HARRISBEACH.COM; BKEMAIL@HARRISBEACH.COM |

4

DOCS_DE:242824.1 18502/002

Case 1-20-10322-CLB, Doc 2296-5, Filed 04/21/23, Entered 04/21/23 11:33:18, Description: Certificate of Service, Page 5 of 10

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| UTICA MUTUAL INSURANCE COMPANY, HANOVER INSURANCE COMPANY, AND SENTRY INSURANCE COMPANY AS SUCCESSOR TO MIDDLESEX MUTUAL INSURANCE COMPANY | ATTN: STUART I. GORDON, ESQ.; PAUL GORFINKEL, ESQ. C/O RIVKIN RADLER LLP | STUART.GORDON@RIVKIN.COM; PAUL.GORFINKEL@RIVKIN.COM |

# EXHIBIT 2

**Service by First Class U.S. Mail**

| NAME | ADDRESS LINE 1 | ADDRESS LINE 2 | ADDRESS LINE 3 | ADDRESS LINE 4 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|---|
| BANK OF AMERICA | ATTN: MICHAEL LARRY | 10 FOUNTAIN PLAZA | | | BUFFALO | NY | 14202 |
| CITIZENS BANK | ONE CITIZENS PLAZA | | | | PROVIDENCE | RI | 02903 |
| CONTINENTAL INSURANCE COMPANY AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH | C/O BARCLAY DAMON, LLP | ATTN: JEFFREY A. DOVE | BARCLAY DAMON TOWER | 125 EAST JEFFERSON STREET | SYRACUSE | NY | 13202 |
| CVA CLAIMANTS | C/O PHILLIPS & PAOLICELLI, LLP | ATTN: DIANE M. PAOLICELLI | 747 3RD AVENUE, 6TH FLOOR | | NEW YORK | NY | 10017 |
| CVA CLAIMANTS | ATTN: JOHN J. FLAHERTY | 5500 MAIN STREET, SUITE 100 | | | WILLIAMSVILLE | NY | 14221 |
| CVA CLAIMANTS | C/O HOGANWILLIG, PLLC | ATTN: WILLIAM A. LORENZ, JR. | 2410 NORTH FOREST ROAD, SUITE 301 | | AMHERST | NY | 14068 |
| CVA CLAIMANTS | C/O LAW OFFICE OF FRANK M. BOGULSKI | ATTN: FRANK M. BOGULSKI | 286 DELAWARE AVENUE, SUITE B | | BUFFALO | NY | 14202 |
| CVA CLAIMANTS | C/O THE DIETRICH LAW FIRM | ATTN: JOSEPH E. DIETRICH III | 1323 NORTH FOREST ROAD | | BUFFALO | NY | 14221 |

DOCS_DE:242824.1 18502/002

Case 1-20-10322-CLB, Doc 2296-5, Filed 04/21/23, Entered 04/21/23 11:33:18, Description: Certificate of Service , Page 7 of 10

| NAME | ADDRESS LINE 1 | ADDRESS LINE 2 | ADDRESS LINE 3 | ADDRESS LINE 4 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|---|
| CVA CLAIMANTS | C/O PFAU COCHRAN VERTETIS AMALA PLLC | ATTN: MICHAEL T. PFAU | 403 COLUMBIA STREET, SUITE 500 | | SEATTLE | WA | 98104 |
| ERIE COUNTY REAL PROPERTY TAX SERVICES | 95 FRANKLIN STREET | ROOM 100 | | | BUFFALO | NY | 14202 |
| FIVE STAR BANK | ATTN: FRAN HORNUNG | 40 FOUNTAIN PLAZA #50 | | | BUFFALO | NY | 14202 |
| HSBC BANK | ATTN: JOSEPH BURDEN | 95 WASHINGTON ST | | | BUFFALO | NY | 14203 |
| INTERNAL REVENUE SERVICE | INSOLVENCY GROUP I | NIAGARA CENTER, 2ND FLOOR | 130 S. ELMWOOD AVENUE | | BUFFALO | NY | 14202 |
| INTERNAL REVENUE SERVICE | PO BOX 7346 | | | | PHILADELPHIA | PA | 19101-7346 |
| KEYBANK | ATTN: ALEXANDRA WEHR | 250 DELAWARE AVE | | | BUFFALO | NY | 14202 |
| LAKE SHORE SAVINGS | 31 EAST FOURTH STREET | | | | DUNKIRK | NY | 14048 |
| M&T BANK | ATTN: CALVIN LEUNG | 345 MAIN ST. | | | BUFFALO | NY | 14203 |
| NEW YORK STATE DEPARTMENT OF LABOR | STATE OFFICE CAMPUS | BUILDING #12 | ROOM 256 | | ALBANY | NY | 12240 |

2

DOCS_DE:242824.1 18502/002

Case 1-20-10322-CLB, Doc 2296-5, Filed 04/21/23, Entered 04/21/23 11:33:18, Description: Certificate of Service, Page 8 of 10

| NAME | ADDRESS LINE 1 | ADDRESS LINE 2 | ADDRESS LINE 3 | ADDRESS LINE 4 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|---|
| NEW YORK STATE DEPARTMENT OF LABOR – BUS. SERVICES | ATTN: DEBORAH ARBUTINA | 290 MAIN STREET | | | BUFFALO | NY | 14202 |
| NORTHWEST BANK | 100 LIBERTY STREET | | | | WARREN | PA | 16365 |
| NYS DEPARTMENT OF ENVIRONMENTAL CONSERVATION | OFFICE OF GENERAL COUNSEL | 625 BROADWAY | | | ALBANY | NY | 12233-0001 |
| NYS DEPARTMENT OF TAXATION & FINANCE | BANKRUPTCY UNIT | PO BOX 5300 | | | ALBANY | NY | 12205-0300 |
| NYS OFFICE OF THE ATTORNEY GENERAL | MAIN PLACE TOWER, SUITE 300A | 350 MAIN STREET | | | BUFFALO | NY | 14202 |
| NYS WORKERS' COMPENSATION BOARD | ATTN: SEAN BREEN, PRINCIPAL WORKERS' COMP. EXAMINER | OFFICE OF SELF-INSURANCE | 328 STATE STREET | | SCHENECTADY | NY | 12305 |
| OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | ATTN: LOUIS J. TESTA, ASSISTANT ATTORNEY GENERAL | CIVIL RECOVERIES BUREAU, BANKRUPTCY LITIGATION UNIT | THE CAPITOL | | ALBANY | NY | 12224-0341 |
| OFFICE OF THE NYS ATTORNEY GENERAL | LITIGATION BUREAU, BANKRUPTCY UNIT | THE CAPITOL | | | ALBANY | NY | 12224-0341 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JOSEPH W. ALLEN & JILL ZUBLER | OLYMPIC TOWERS | 300 PEARL STREET | SUITE 401 | BUFFALO | NY | 14202 |

3

DOCS_DE:242824.1 18502/002

Case 1-20-10322-CLB, Doc 2296-5, Filed 04/21/23, Entered 04/21/23 11:33:18, Description: Certificate of Service , Page 9 of 10

| NAME | ADDRESS LINE 1 | ADDRESS LINE 2 | ADDRESS LINE 3 | ADDRESS LINE 4 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|---|
| SWEET HOME FCU | 1960 SWEET HOME ROAD | | | | AMHERST | NY | 14228 |
| THE DIOCESE OF BUFFALO, N.Y. | ATTN: CHARLES MENDOLERA, EXECUTIVE DIRECTOR OF FINANCIAL ADMINISTRATION | 795 MAIN STREET | | | BUFFALO | NY | 14203 |
| THE DIOCESE OF BUFFALO, N.Y. | ATTN: STEPHEN A. DONATO BOND, SCHOENECK & KING, PLLC | ONE LINCOLN CENTER | | | SYRACUSE | NY | 13202 |
| THE NATIONAL CATHOLIC RISK RETENTION GROUP | C/O HURWITZ & FINE, PC | ATTN: JENNIFER A. EHMAN | 1300 LIBERTY BUILDING | | BUFFALO | NY | 14202 |
| U.S. ATTORNEY'S OFFICE | WESTERN DISTRICT OF NEW YORK | 138 DELAWARE AVENUE | | | BUFFALO | NY | 14202 |
| U.S. DEPARTMENT OF LABOR | FEDERAL BUILDING | 130 SOUTH ELMWOOD AVENUE | | | BUFFALO | NY | 14202 |
| US ENVIRONMENTAL PROTECTION AGENCY, REGION 2 | OFFICE OF REGIONAL COUNSEL | ATTN: DOUGLAS FISCHER | 290 BROADWAY, 17TH FLOOR | | NEW YORK | NY | 10007-1866 |

4

DOCS_DE:242824.1 18502/002

Case 1-20-10322-CLB, Doc 2296-5, Filed 04/21/23, Entered 04/21/23 11:33:18, Description: Certificate of Service , Page 10 of 10