UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

                     Debtor.

Case No. 20-10322

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362], The Tucker Group LLC has filed the *Monthly Fee Statement of The Tucker Group LLC for Compensation for Services Rendered and Reimbursement of Expenses as Communications Consultant to The Diocese of Buffalo, N.Y. for the Period April 1, 2023 Through April 30, 2023*, a copy of which is attached hereto and hereby served upon you.

Dated: May 12, 2023

THE TUCKER GROUP, LLC

By:     /s/ Gregory Tucker
Gregory Tucker
3811 Canterbury Road
Baltimore, Maryland 21218
Telephone: (410) 624-9536
Email: greg@tuckercomms.com

*Communications Consultants for
The Diocese of Buffalo, N.Y.*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No. 20-10322

Chapter 11

**MONTHLY FEE STATEMENT OF THE TUCKER GROUP LLC
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COMMUNICATIONS
CONSULTANT TO THE DIOCESE OF BUFFALO, N.Y.
FOR THE PERIOD APRIL 1, 2023 THROUGH APRIL 30, 2023**

| | |
|---|---|
| Name of Applicant: | The Tucker Group LLC |
| Authorized to Provide Professional Services to: | The Diocese of Buffalo, N.Y, Debtor-In-Possession |
| Date of Retention: | Order entered June 29, 2020 [Docket No. 420] *Nunc Pro Tunc* to February 28, 2020 |
| Period for which compensation and reimbursement is sought: | April 1, 2023 through April 30, 2023 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $10,000.00 ($8,000.00) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a: _X_ monthly ____ quarterly ____ final application

This is The Tucker Group LLC's thirty-fifth monthly fee statement in this case.



# INVOICE



Invoice: Diocese of Buffalo - APR2023-Invoice
Date: May 3, 2023
Federal ID Number: ▮▮▮▮

**Bill To:**

Ellen Musialowski, Chief Financial Officer
Diocese of Buffalo
795 Main Street
Buffalo, New York 14203

| Description | Amount |
|---|---|
| April 2023 strategic & tactical communications services and support:<br><br>- Ongoing issues management<br>- Coordination with legal counsel<br>- Ongoing consultation and editorial support for Bishop Fisher and senior staff<br>- Chancellor resignation communications<br>- Bishop Fisher communications as required: Journeys & Insights; key statements; Hilbert college commencement address. | $10,000.00 |
| **TOTAL:** | **$10,000.00** |

**Terms and Conditions:** Payable upon receipt within 15 business days.

*Payable by check to:*
**The Tucker Group LLC**
3811 Canterbury Road, Suite 311
Baltimore, MD  21218

*Online Transfer:*
**The Tucker Group LLC**
Routing Number: ▮▮▮▮
Account No. ▮▮▮▮

**www.tuckercomms.com**