UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

Case No.: 20-10322
Chapter 11

Debtor.

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE MONTHLY FEE STATEMENT OF INSURANCE ARCHAEOLOGY GROUP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS INSURANCE ARCHAEOLOGIST TO THE DIOCESE OF BUFFALO, N.Y. FOR THE PERIOD JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

Pursuant to this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362] (the "Interim Compensation Order")[1], the undersigned hereby certifies that on April 20, 2023, Insurance Archaeology Group ("IAG") filed its *Monthly Fee Statement of Insurance Archaeology Group for Compensation for Services Rendered and Reimbursement of Expenses as Insurance Archaeologist to The Diocese of Buffalo, N.Y. for the Period January 1, 2023 through January 31, 2023* [Docket No. 2293] (the "Monthly Fee Statement") and no objections to the Monthly Fee Statement have been filed.

Accordingly, pursuant to the Interim Compensation Order, The Diocese of Buffalo, N.Y. is authorized to pay on an interim basis eighty percent (80%) of IAG's fees and one hundred percent (100%) of IAG's expenses, as reflected in the Monthly Fee Statement.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

Dated: June 1, 2023

                            INSURANCE ARCHAEOLOGY GROUP

                          By:   /s/ Michele Pierro
                                Michele Pierro, Executive Vice President
                                75 Orient Way, Suite 302
                                Rutherford, New Jersey 07070
                                Telephone: (212) 697-2680
                                Email: mpierro@iagltd.com

                                *Insurance Archaeologist for*
                                *The Diocese of Buffalo, N.Y.*