United States Bankruptcy Court
Western District of New York

In re:                                                          Case No. 20-10322-CLB

The Diocese of Buffalo, N.Y.                                    Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | The Diocese of Buffalo, N.Y., 795 Main Street, Buffalo, NY 14203-1215 |
| aty | + | Gleichenhaus, Marchese & Weishaar, PC, 43 Court Street, Suite 930, Buffalo, NY 14202-3100 |
| aty | + | Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017-2024 |
| pr | + | Charles Mendolera, c/o The Diocese of Buffalo, N.Y., 795 Main Street, Buffalo, NY 14203-1215 |
| sp | + | Connors LLP, 1000 Liberty Building, 424 Main Street, Buffalo, NY 14202-3511 |
| ntcapr | + | Official Committee of Unsecured Creditors, c/o Pachulski Stang Ziehl & Jones LLP, Attn: J. Stang, I. Scharf, S. Golden, 780 Third Avenue, 34th Floor, New York, NY 10017-2024 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion02.bu.ecf@usdoj.gov | Jul 07 2023 18:28:00 | Office of the U.S. Trustee, 300 Pearl Street, Suite 401, Olympic Towers, Buffalo, NY 14202-2523 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2023        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Ross Durst | on behalf of Defendant Employers Insurance Company of Wausau (f/k/a Employers Insurance of Wausau A Mutual Company f/k/a Employers Mutual Liability Insurance Company of Wisconsin) adurst@goldbergsegalla.com |

Adam Ross Durst

on behalf of Defendant Nationwide Insurance Company of America adurst@goldbergsegalla.com

Adam Ross Durst

on behalf of Notice of Appearance Creditor Wausau Underwriters Insurance Company adurst@goldbergsegalla.com

Adam Ross Durst

on behalf of Notice of Appearance Creditor Employers Insurance Company of Wausau (formerly known as Employers Insurance of Wausau A Mutual Company formerly known as Employers Mutual Liability Insurance Company of Wisconsin) adurst@goldbergsegalla.com

Adam Ross Durst

on behalf of Cross Defendant Wausau Underwriters Insurance Company adurst@goldbergsegalla.com

Adam Ross Durst

on behalf of Defendant Employers Insurance Company of Wausau (formally known as Employers Insurance of Wausau A Mutual Company formerly known as Employers Mutual Liability Insurance Company of Wisconsin) adurst@goldbergsegalla.com

Adam Ross Durst

on behalf of Defendant Wausau Underwriters Insurance Company adurst@goldbergsegalla.com

Adam Ross Durst

on behalf of Cross Defendant Employers Insurance Company of Wausau (formally known as Employers Insurance of Wausau A Mutual Company formerly known as Employers Mutual Liability Insurance Company of Wisconsin) adurst@goldbergsegalla.com

Amy Keller

on behalf of Defendant JMH 100 Doe  et al akeller@lglaw.com, sfischer@lglaw.com

Amy Keller

on behalf of Interested Party Don E. Whelan akeller@lglaw.com  sfischer@lglaw.com

Amy Keller

on behalf of Interested Party HW 4 Doe akeller@lglaw.com  sfischer@lglaw.com

Amy Keller

on behalf of Interested Party LG 65 Doe akeller@lglaw.com  sfischer@lglaw.com

Amy Keller

on behalf of Attorney Lipsitz Green Scime Cambria LLP akeller@lglaw.com  sfischer@lglaw.com

Amy Keller

on behalf of Interested Party Wyatt Schoenle akeller@lglaw.com  sfischer@lglaw.com

Amy Keller

on behalf of Interested Party LG 74 DOE akeller@lglaw.com  sfischer@lglaw.com

Amy Keller

on behalf of Interested Party LG 69 DOE akeller@lglaw.com  sfischer@lglaw.com

Amy Keller

on behalf of Interested Party Dorian Reeves akeller@lglaw.com  sfischer@lglaw.com

Amy Keller

on behalf of Interested Party LG 77 DOE akeller@lglaw.com  sfischer@lglaw.com

Andrew Janet

on behalf of Interested Party Judith Wilcox Halsey asjanet@jjsjustice.com

Andrew Janet

on behalf of Interested Party Diana L. O'Hara asjanet@jjsjustice.com

Angela Z. Miller

on behalf of Interested Party Catholic Health System  Inc. amiller@phillipslytle.com, nkelley@phillipslytle.com

Antigone Curis

on behalf of Creditor Abuse Survivors acuris7@gmail.com

Brett S. Theisen

on behalf of Interested Party Selective Insurance Company of New York btheisen@gibbonslaw.com

Brett S. Theisen

on behalf of Defendant Selective Insurance Company of America (formerly known as Exchange Mutual Insurance Company) btheisen@gibbonslaw.com

Brett S. Theisen

on behalf of Defendant Selective Insurance Company of America (f/k/a Exchange Mutual Insurance Company f/k/a Exchange Mutual Indemnity Insurance Company) btheisen@gibbonslaw.com

Brian David Barnas

on behalf of Defendant Merchants Mutual Insurance Company bdb@hurwitzfine.com  robins@hurwitzfine.com

Brian Jacob Butler

on behalf of Plaintiff The Diocese of Buffalo  N.Y. butlerb@bsk.com, cduger@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Brittany Mitchell Michael

on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors bmichael@pszjlaw.com

Bruce Alan Anderson

on behalf of Notice of Appearance Creditor Parish Steering Committee baafiling@eaidaho.com

Bruce Alan Anderson

on behalf of Interested Party Parish Steering Committee baafiling@eaidaho.com

Catalina Sugayan

on behalf of Defendant Certain Underwriters at Lloyds  London and Certain London Market Companies catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Catalina Sugayan

on behalf of Interested Party Certain Underwriters at Lloyd's  London catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Charles Edwin Jones

on behalf of Defendant Fireman's Fund Insurance Company charles.jones@lawmoss.com  Brenda.murphy@lawmoss.com

Charles Edwin Jones

on behalf of Cross Defendant Fireman's Fund Insurance Company charles.jones@lawmoss.com  Brenda.murphy@lawmoss.com

Charles J. Sullivan

on behalf of Debtor The Diocese of Buffalo  N.Y. csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan

on behalf of Plaintiff The Diocese of Buffalo  N.Y. csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Conrad Chiu

on behalf of Notice of Appearance Creditor Diana L. O'Hara cchiu@pryorcashman.com

Conrad Chiu

on behalf of Notice of Appearance Creditor Judith Wilcox Halsey cchiu@pryorcashman.com

Craig Goldblatt

on behalf of Notice of Appearance Creditor The Continental Insurance Company craig.goldblatt@wilmerhale.com

Daniel J. Chiacchia

on behalf of Creditor Madonna Bishop  et al dan@cf-legal.com

Daniel J. Chiacchia

on behalf of Notice of Appearance Creditor Madonna Bishop  et al dan@cf-legal.com

Daniel J. Chiacchia

on behalf of Creditor Madonna Bishop  et al. dan@cf-legal.com

Daniel J. Schufreider

on behalf of Interested Party Catholic Mutual Relief Society of America dschufreider@schiffhardin.com

Daniel Walter Gerber

on behalf of Notice of Appearance Creditor NGM Insurance Company dgerber@gerberciano.com mbarone@gerberciano.com;jewell@gerberciano.com

Daniel Walter Gerber

on behalf of Defendant NGM Insurance Company (successor-in-interest to National Grange Mutual Insurance Company) dgerber@gerberciano.com  mbarone@gerberciano.com;jewell@gerberciano.com

David Attisani

on behalf of Notice of Appearance Creditor The Continental Insurance Company dattisani@choate.com david-attisani-2688@ecf.pacerpro.com

David C. Christian, II

on behalf of Notice of Appearance Creditor The Continental Insurance Company dchristian@dca.law

David Lawrence Gay

on behalf of Defendant National Union Fire Insurance Company of Pittsburgh  PA dgay@carltonfields.com, cguzman@carltonfields.com

David M Spector, I

on behalf of Interested Party Catholic Mutual Relief Society of America dspector@schiffhardin.com

Dirk C. Haarhoff

on behalf of Defendant Selective Insurance Company of America (formerly known as Exchange Mutual Insurance Company) dchaarhoff@kslnlaw.com

Dirk C. Haarhoff

on behalf of Interested Party Selective Insurance Company of New York dchaarhoff@kslnlaw.com

Dominic J. Picca

on behalf of Defendant Liberty Mutual Insurance Company djpicca@mintz.com

jpsmith@mintz.com,docketing@mintz.com,naellman@mintz.com

Dominic J. Picca

on behalf of Notice of Appearance Creditor Excelsior Insurance Company djpicca@mintz.com
jpsmith@mintz.com,docketing@mintz.com,naellman@mintz.com

Dominic J. Picca

on behalf of Interested Party Excelsior Insurance Company djpicca@mintz.com
jpsmith@mintz.com,docketing@mintz.com,naellman@mintz.com

Dominic J. Picca

on behalf of Interested Party Liberty Mutual Insurance Company djpicca@mintz.com
jpsmith@mintz.com,docketing@mintz.com,naellman@mintz.com

Dominic J. Picca

on behalf of Notice of Appearance Creditor Liberty Mutual Insurance Company djpicca@mintz.com
jpsmith@mintz.com,docketing@mintz.com,naellman@mintz.com

Dominic J. Picca

on behalf of Interested Party Peerless Insurance Company djpicca@mintz.com
jpsmith@mintz.com,docketing@mintz.com,naellman@mintz.com

Dominic J. Picca

on behalf of Notice of Appearance Creditor Peerless Insurance Company djpicca@mintz.com
jpsmith@mintz.com,docketing@mintz.com,naellman@mintz.com

Douglas R Gooding

on behalf of Interested Party Liberty Mutual Insurance Company dgooding@choate.com
douglas-gooding-9991@ecf.pacerpro.com

Douglas R Gooding

on behalf of Defendant Liberty Mutual Insurance Company dgooding@choate.com  douglas-gooding-9991@ecf.pacerpro.com

Douglas R Gooding

on behalf of Interested Party Peerless Insurance Company dgooding@choate.com  douglas-gooding-9991@ecf.pacerpro.com

Douglas R Gooding

on behalf of Interested Party Excelsior Insurance Company dgooding@choate.com  douglas-gooding-9991@ecf.pacerpro.com

Ellen M. Farrell

on behalf of Defendant Peerless Insurance Company emfarrell@mintz.com

Ellen M. Farrell

on behalf of Defendant Excelsior Insurance Company emfarrell@mintz.com

Ellen M. Farrell

on behalf of Defendant Liberty Mutual Insurance Company emfarrell@mintz.com

Everett J. Cygal

on behalf of Interested Party Catholic Mutual Relief Society of America ecygal@schiffhardin.com

Ford Elsaesser, Jr

on behalf of Notice of Appearance Creditor Parish Steering Committee felsaesser@eaidaho.com

Ford Elsaesser, Jr

on behalf of Interested Party Parish Steering Committee felsaesser@eaidaho.com

Garry M. Graber

on behalf of Notice of Appearance Creditor M&T Bank ggraber@hodgsonruss.com
mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com

Garry M. Graber

on behalf of Respondent Foundation of the Roman Catholic Diocese of Buffalo  New York ggraber@hodgsonruss.com,
mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com

Garry M. Graber

on behalf of Special Counsel Hodgson Russ LLP ggraber@hodgsonruss.com
mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com

Geoffrey M. Miller

on behalf of Interested Party Travelers Indemnity Company (successor in interest to Gulf Insurance Company)
geoffrey.miller@dentons.com  docket.general.lit.nyc@dentons.com

Geoffrey M. Miller

on behalf of Defendant U.S. Fidelity and Guaranty Company geoffrey.miller@dentons.com  docket.general.lit.nyc@dentons.com

Geoffrey M. Miller

on behalf of Defendant Travelers Casualty and Surety Company (successor-in-interest to Aetna Casualty and Surety Company)
geoffrey.miller@dentons.com  docket.general.lit.nyc@dentons.com

Geoffrey M. Miller

on behalf of Interested Party St. Paul Fire and Marine Insurance Company geoffrey.miller@dentons.com
docket.general.lit.nyc@dentons.com

Geoffrey M. Miller

on behalf of Interested Party Travelers Casualty and Surety Company (successor in interest to Aetna Casualty and Surety Company) geoffrey.miller@dentons.com docket.general.lit.nyc@dentons.com

Geoffrey M. Miller

on behalf of Interested Party St. Paul Mercury Insurance Company geoffrey.miller@dentons.com docket.general.lit.nyc@dentons.com

Geoffrey M. Miller

on behalf of Defendant St. Paul Fire and Marine Insurance Company geoffrey.miller@dentons.com docket.general.lit.nyc@dentons.com

Geoffrey M. Miller

on behalf of Interested Party U.S. Fidelity and Guaranty Company geoffrey.miller@dentons.com docket.general.lit.nyc@dentons.com

Glenn Fencl

on behalf of Defendant The National Catholic Risk Retention Group fenclg@jbltd.com castom@jbltd.com

Grady Campion

on behalf of Interested Party Peerless Insurance Company grcampion@mintz.com EMFarrell@mintz.com

Grady Campion

on behalf of Interested Party Liberty Mutual Insurance Company grcampion@mintz.com EMFarrell@mintz.com

Grady Campion

on behalf of Defendant Liberty Mutual Insurance Company grcampion@mintz.com EMFarrell@mintz.com

Grady Campion

on behalf of Interested Party Excelsior Insurance Company grcampion@mintz.com EMFarrell@mintz.com

Grayson T. Walter

on behalf of Debtor The Diocese of Buffalo N.Y. gwalter@bsk.com, kdoner@bsk.com;CourtMail@bsk.com

Grayson T. Walter

on behalf of Plaintiff The Diocese of Buffalo N.Y. gwalter@bsk.com, kdoner@bsk.com;CourtMail@bsk.com

Harry Lee

on behalf of Defendant Zurich American Insurance Company hlee@steptoe.com

Harry Lee

on behalf of Defendant Providence Washington Insurance Company hlee@steptoe.com

Harry Lee

on behalf of Interested Party Providence Washington Insurance Company hlee@steptoe.com

Harry Lee

on behalf of Interested Party Zurich American Insurance Company hlee@steptoe.com

Harry Lee

on behalf of Interested Party American Guarantee and Liability Insurance Company hlee@steptoe.com

Heather M. Baumeister

on behalf of Notice of Appearance Creditor Richard LaPorta hbaumeister@lotempiopc.com

Heather M. Baumeister

on behalf of Notice of Appearance Creditor Hunter Cogi Wolfe hbaumeister@lotempiopc.com

Ilan D Scharf

on behalf of Interested Party Official Committee of Unsecured Creditors ischarf@pszjlaw.com lcanty@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com

Ilan D Scharf

on behalf of Creditor Committee Official Committee of Unsecured Creditors ischarf@pszjlaw.com lcanty@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com

Ilan D Scharf

on behalf of Interested Party The Official Committee of Unsecured Creditors ischarf@pszjlaw.com lcanty@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com

Ilan D Scharf

on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors ischarf@pszjlaw.com lcanty@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com

J. Michael Hayes

on behalf of Defendant JMH 100 Doe et al jmh@jmichaelhayes.com

James Carter, Jr

on behalf of Plaintiff The Diocese of Buffalo N.Y. jscarter@blankrome.com

James I. Stang

on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors jstang@pszjlaw.com

District/off: 0209-1

Date Rcvd: Jul 07, 2023

User: admin

Form ID: pdforder

Page 6 of 26

Total Noticed: 7

James R Marsh

on behalf of Interested Party MLF Doe jamesmarsh@marsh.law

James R Murray

on behalf of Other Professional Blank Rome LLP jmurray@blankrome.com, edocketing@blankrome.com

Jay D. Kenigsberg

on behalf of Defendant Fireman's Fund Insurance Company jay.kenigsberg@rivkin.com

Jeffrey A. Carlino

on behalf of Interested Party Selective Insurance Company of New York jacarlino@kslnlaw.com  dfwroblewski@kslnlaw.com

Jeffrey A. Carlino

on behalf of Defendant Selective Insurance Company of America (formerly known as Exchange Mutual Insurance Company) jacarlino@kslnlaw.com  dfwroblewski@kslnlaw.com

Jeffrey Austin Dove

on behalf of Counter-Claimant The Continental Insurance Company jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove

on behalf of Defendant National Union Fire Insurance Company of Pittsburgh  PA jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove

on behalf of Cross Defendant The Continental Insurance Company jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove

on behalf of Cross Defendant National Union Fire Insurance Company of Pittsburgh  PA jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove

on behalf of Defendant The Continental Insurance Company jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove

on behalf of Notice of Appearance Creditor The Continental Insurance Company jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove

on behalf of Cross-Claimant National Union Fire Insurance Company of Pittsburgh  PA jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey D. Eaton

on behalf of Debtor The Diocese of Buffalo  N.Y. jeaton@bsk.com, kdoner@bsk.com;tayers@bsk.com;CourtMail@bsk.com

Jeffrey F. Reina

on behalf of Defendant JMH 100 Doe  et al jreina@lglaw.com, pjohnson@lglaw.com

Jeffrey L. Kingsley

on behalf of Notice of Appearance Creditor Wausau Underwriters Insurance Company jkingsley@goldbergsegalla.com kallen@goldbergsegalla.com

Jeffrey L. Kingsley

on behalf of Defendant Nationwide Insurance Company of America jkingsley@goldbergsegalla.com kallen@goldbergsegalla.com

Jeffrey L. Kingsley

on behalf of Defendant Wausau Underwriters Insurance Company jkingsley@goldbergsegalla.com  kallen@goldbergsegalla.com

Jeffrey L. Kingsley

on behalf of Cross Defendant Wausau Underwriters Insurance Company jkingsley@goldbergsegalla.com kallen@goldbergsegalla.com

Jeffrey L. Kingsley

on behalf of Defendant Employers Insurance Company of Wausau (f/k/a Employers Insurance of Wausau A Mutual Company f/k/a Employers Mutual Liability Insurance Company of Wisconsin) jkingsley@goldbergsegalla.com kallen@goldbergsegalla.com

Jeffrey L. Kingsley

on behalf of Cross Defendant Employers Insurance Company of Wausau (formally known as Employers Insurance of Wausau A Mutual Company formerly known as Employers Mutual Liability Insurance Company of Wisconsin) jkingsley@goldbergsegalla.com  kallen@goldbergsegalla.com

Jeffrey L. Kingsley

on behalf of Notice of Appearance Creditor Employers Insurance Company of Wausau (formerly known as Employers Insurance of Wausau A Mutual Company formerly known as Employers Mutual Liability Insurance Company of Wisconsin) jkingsley@goldbergsegalla.com  kallen@goldbergsegalla.com

Jeffrey L. Kingsley

on behalf of Defendant Employers Insurance Company of Wausau (formally known as Employers Insurance of Wausau A Mutual Company formerly known as Employers Mutual Liability Insurance Company of Wisconsin) jkingsley@goldbergsegalla.com

kallen@goldbergsegalla.com

Jeffrey Robert Anderson

on behalf of Notice of Appearance Creditor Certain Personal Injury Creditors jeff@andersonadvocates.com
therese@andersonadvocates.com;erin@andersonadvocates.com;stacey@andersonadvocates.com

Jeffrey Robert Anderson

on behalf of Interested Party Certain Abuse Survivors jeff@andersonadvocates.com
therese@andersonadvocates.com;erin@andersonadvocates.com;stacey@andersonadvocates.com

Jennifer Anne Ehman

on behalf of Defendant The National Catholic Risk Retention Group jae@hurwitzfine.com
kathik@hurwitzfine.com;donnab@hurwitzfine.com

Jillian Dennehy

on behalf of Interested Party TIG Insurance Company jillian.dennehy@kennedyslaw.com

Jillian Dennehy

on behalf of Defendant North River Insurance Company jillian.dennehy@kennedyslaw.com

Jillian Dennehy

on behalf of Interested Party North River Insurance Company jillian.dennehy@kennedyslaw.com

Jillian Dennehy

on behalf of Defendant U.S. Fire Insurance Company jillian.dennehy@kennedyslaw.com

Jillian Dennehy

on behalf of Defendant TIG Insurance Company (successor-in-interest to American Surety Company of New York)
jillian.dennehy@kennedyslaw.com

Jillian Dennehy

on behalf of Interested Party U.S. Fire Insurance Company jillian.dennehy@kennedyslaw.com

Jin Yan

on behalf of Interested Party Catholic Mutual Relief Society of America jin.yan@afslaw.com

John Maloney

on behalf of Interested Party Hartford Fire Insurance Company jmaloney@lawgmm.com

John Maloney

on behalf of Defendant The Hartford Financial Services Group (successor-in-interest to Hartford Accident and Indemnity
Company and Hartford Fire Insurance Company) jmaloney@lawgmm.com

John Maloney

on behalf of Interested Party Hartford Accident and Indemnity Company jmaloney@lawgmm.com

John A. Mueller

on behalf of Notice of Appearance Creditor The Eudists - Congregation of Jesus and Mary  Inc. jmueller@lippes.com,
jtenczar@lippes.com

John A. Mueller

on behalf of Notice of Appearance Creditor Franciscan Friars - Our Lady of Angels Province  Inc. jmueller@lippes.com,
jtenczar@lippes.com

John A. Mueller

on behalf of Notice of Appearance Creditor Oblates of St. Francis DeSales jmueller@lippes.com  jtenczar@lippes.com

John A. Mueller

on behalf of Notice of Appearance Creditor St. Francis High School of Athol Springs  N.Y. jmueller@lippes.com,
jtenczar@lippes.com

John D. Goetz

on behalf of Special Counsel Jones Day jdgoetz@jonesday.com  nyeary@jonesday.com;mmelvin@jonesday.com

John D. Goetz

on behalf of Debtor The Diocese of Buffalo  N.Y. jdgoetz@jonesday.com, nyeary@jonesday.com;mmelvin@jonesday.com

John Frederick O'Connor, Jr

on behalf of Defendant Zurich American Insurance Company joconnor@steptoe.com

John Frederick O'Connor, Jr

on behalf of Defendant Providence Washington Insurance Company joconnor@steptoe.com

John Frederick O'Connor, Jr

on behalf of Interested Party Providence Washington Insurance Company joconnor@steptoe.com

John Frederick O'Connor, Jr

on behalf of Interested Party Zurich American Insurance Company joconnor@steptoe.com

John Frederick O'Connor, Jr

on behalf of Interested Party American Guarantee and Liability Insurance Company joconnor@steptoe.com

John J. Flaherty

on behalf of Defendant JMH 100 Doe et al flarelaw@gmail.com, joanneaschultz@aol.com

John Ryan Ewell

on behalf of Notice of Appearance Creditor NGM Insurance Company jewell@gerberciano.com

Jonathan Schapp

on behalf of Defendant Employers Insurance Company of Wausau (f/k/a Employers Insurance of Wausau A Mutual Company f/k/a Employers Mutual Liability Insurance Company of Wisconsin) jschapp@goldbergsegalla.com kallen@goldbergsegalla.com

Jonathan Schapp

on behalf of Defendant Employers Insurance Company of Wausau (formally known as Employers Insurance of Wausau A Mutual Company formerly known as Employers Mutual Liability Insurance Company of Wisconsin) jschapp@goldbergsegalla.com kallen@goldbergsegalla.com

Jonathan Schapp

on behalf of Cross Defendant Wausau Underwriters Insurance Company jschapp@goldbergsegalla.com kallen@goldbergsegalla.com

Jonathan Schapp

on behalf of Defendant Wausau Underwriters Insurance Company jschapp@goldbergsegalla.com kallen@goldbergsegalla.com

Jonathan Schapp

on behalf of Notice of Appearance Creditor Employers Insurance Company of Wausau (formerly known as Employers Insurance of Wausau A Mutual Company formerly known as Employers Mutual Liability Insurance Company of Wisconsin) jschapp@goldbergsegalla.com kallen@goldbergsegalla.com

Jonathan Schapp

on behalf of Cross Defendant Employers Insurance Company of Wausau (formally known as Employers Insurance of Wausau A Mutual Company formerly known as Employers Mutual Liability Insurance Company of Wisconsin) jschapp@goldbergsegalla.com kallen@goldbergsegalla.com

Jonathan Schapp

on behalf of Defendant Nationwide Insurance Company of America jschapp@goldbergsegalla.com kallen@goldbergsegalla.com

Jonathan Schapp

on behalf of Notice of Appearance Creditor Wausau Underwriters Insurance Company jschapp@goldbergsegalla.com kallen@goldbergsegalla.com

Jonathan Schapp

on behalf of Interested Party Nationwide Mutual Insurance Company (f/k/a Farm Bureau Mutual Automobile Insurance Company) jschapp@goldbergsegalla.com kallen@goldbergsegalla.com

Jonathan Schapp

on behalf of Interested Party Nationwide Insurance Company of America jschapp@goldbergsegalla.com kallen@goldbergsegalla.com

Jonathan D Marshall

on behalf of Defendant Liberty Mutual Insurance Company jmarshall@choate.com jonathan-marshall-4638@ecf.pacerpro.com

Jonathan D Marshall

on behalf of Interested Party Peerless Insurance Company jmarshall@choate.com jonathan-marshall-4638@ecf.pacerpro.com

Jonathan D Marshall

on behalf of Interested Party Excelsior Insurance Company jmarshall@choate.com jonathan-marshall-4638@ecf.pacerpro.com

Jonathan D Marshall

on behalf of Interested Party Liberty Mutual Insurance Company jmarshall@choate.com jonathan-marshall-4638@ecf.pacerpro.com

Joseph Mark Fisher

on behalf of Interested Party Catholic Mutual Relief Society of America mfisher@schiffhardin.com

Joseph Mark Fisher

on behalf of Defendant Catholic Mutual Group mfisher@schiffhardin.com

Joseph W. Allen

USTPRegion02.bu.ecf@usdoj.gov Joseph.W.Allen@usdoj.gov

Judith Treger Shelton

on behalf of Defendant Selective Insurance Company of America (formerly known as Exchange Mutual Insurance Company) jtshelton@kslnlaw.com

Judith Treger Shelton

on behalf of Interested Party Selective Insurance Company of New York jtshelton@kslnlaw.com

Karen M Dixon

on behalf of Defendant Great American Insurance Company (successor-in-interest to Agricultural Insurance Company) kdixon@skarzynski.com

Kathleen Thomas

on behalf of Notice of Appearance Creditor Certain Personal Injury Creditors kat@tlclawllc.com

Kevin R. Lelonek

on behalf of Defendant Catholic Mutual Group klelonek@gross-shuman.com  rrottaris@gross-shuman.com

Kevin T. Stocker

on behalf of Creditor KS-Doe-1 et al kstockeresq@yahoo.com

Kevin T. Stocker

on behalf of Respondent KS-Doe-1 et al kstockeresq@yahoo.com

Laura Anne Brady

on behalf of Interested Party Selective Insurance Company of New York lbrady@cmg.law

Laura Anne Brady

on behalf of Defendant Selective Insurance Company of America (formerly known as Exchange Mutual Insurance Company)
lbrady@coughlinduffy.com

Laura B. Stephens

on behalf of Defendant Liberty Mutual Insurance Company lbstephens@mintz.com

Laura B. Stephens

on behalf of Interested Party Peerless Insurance Company lbstephens@mintz.com

Laura B. Stephens

on behalf of Interested Party Liberty Mutual Insurance Company lbstephens@mintz.com

Laura B. Stephens

on behalf of Interested Party Excelsior Insurance Company lbstephens@mintz.com

Lauren Lifland

on behalf of Notice of Appearance Creditor The Continental Insurance Company lauren.lifland@wilmerhale.com

Lee E. Woodard

on behalf of Notice of Appearance Creditor USA Northeast Province of the Society of Jesus bkemail@harrisbeach.com
efilings@harrisbeach.com;broy@harrisbeach.com;bmahoney@HarrisBeach.com;KMeans@HarrisBeach.com

Linda H. Joseph

on behalf of Interested Party Michael Harrington ljoseph@sjalegal.com  cbinkowski@sjalegal.com

Linda Singer Roth

on behalf of Interested Party Sisters of Good Shepherd and the Roman Catholic Religious Institute of the Religious of the Good
Shepherd lroth@archerlaw.com

Lorraine Armenti

on behalf of Defendant Arrowood Indemnity Company (successor-in-interest to American and Foreign Insurance Company  Eagle
Indemnity Company of New York, Globe Indemnity Company, Phoenix Assurance Company of NY, New Am larmenti@cmg.law

Louis J. Testa

on behalf of Notice of Appearance Creditor New York State Office of Parks  Recreation & Historic Preservation
louis.testa@ag.ny.gov

Louis J. Testa

on behalf of Notice of Appearance Creditor People of the State of New York louis.testa@ag.ny.gov

M. Paul Gorfinkel

on behalf of Notice of Appearance Creditor Utica Mutual Insurance Company paul.gorfinkel@rivkin.com

M. Paul Gorfinkel

on behalf of Notice of Appearance Creditor Sentry Insurance Company as successor to Middlesex Mutual Insurance Company
paul.gorfinkel@rivkin.com

Margaret F. Catalano

on behalf of Defendant TIG Insurance Company (successor-in-interest to American Surety Company of New York)
meg.catalano@kennedyscmk.com

Margaret F. Catalano

on behalf of Interested Party TIG Insurance Company meg.catalano@kennedyscmk.com

Margaret F. Catalano

on behalf of Defendant North River Insurance Company meg.catalano@kennedyscmk.com

Margaret F. Catalano

on behalf of Defendant U.S. Fire Insurance Company meg.catalano@kennedyscmk.com

Margaret F. Catalano

on behalf of Interested Party U.S. Fire Insurance Company meg.catalano@kennedyscmk.com

Margaret F. Catalano

on behalf of Interested Party North River Insurance Company meg.catalano@kennedyscmk.com

Marianne May

on behalf of Notice of Appearance Creditor Century Indemnity Company marianne.may@clydeco.us

Marianne May

on behalf of Defendant Insurance Company of North America marianne.may@clydeco.us

Marianne May

on behalf of Defendant Indemnity Insurance Company of North America marianne.may@clydeco.us

Marianne May

on behalf of Defendant Century Indemnity Company marianne.may@clydeco.us

Marianne May

on behalf of Defendant Ace Property and Casualty Insurance (successor-in-interest to Aetna Insurance Company) marianne.may@clydeco.us

Marianne May

on behalf of Defendant Federal Insurance Company marianne.may@clydeco.us

Mark D. Plevin

on behalf of Defendant The Continental Insurance Company mplevin@crowell.com

Mark D. Plevin

on behalf of Counter-Claimant The Continental Insurance Company mplevin@crowell.com

Mark D. Plevin

on behalf of Notice of Appearance Creditor The Continental Insurance Company mplevin@crowell.com

Martin A. Mooney

on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. lgadomski@schillerknapp.com kcollins@schillerknapp.com;TJohnson@schillerknapp.com

Martin A. Mooney

on behalf of Notice of Appearance Creditor New York State Office of Parks  Recreation & Historic Preservation Martin.Mooney@ag.ny.gov, kcollins@schillerknapp.com;TJohnson@schillerknapp.com

Meghan Hayes

on behalf of Interested Party Boys and Girls Club of Jamestown  Inc. mhayes@websterszanyi.com, jconnors@websterszanyi.com;efile@websterszanyi.com

Michael Margulies

on behalf of Defendant National Union Fire Insurance Company of Pittsburgh  PA mmargulies@carltonfields.com

Michael A. Morgan

on behalf of Notice of Appearance Creditor Archbishop Walsh High School and Archbishop Walsh Foundation mmorgan@morganlaw.biz

Michael M. Marick

on behalf of Defendant Great American Insurance Company (successor-in-interest to Agricultural Insurance Company) mmarick@skarzynski.com

Miranda Turner

on behalf of Notice of Appearance Creditor The Continental Insurance Company mturner@crowell.com

Miranda Turner

on behalf of Defendant The Continental Insurance Company mturner@crowell.com

Miranda Turner

on behalf of Cross Defendant The Continental Insurance Company mturner@crowell.com

Miranda Turner

on behalf of Counter-Claimant The Continental Insurance Company mturner@crowell.com

Mitchell Garabedian

on behalf of Creditor Richard Brownell mgarabedian@garabedianlaw.com

Mitchell Garabedian

on behalf of Creditor Wayne Bortle mgarabedian@garabedianlaw.com

Mitchell Garabedian

on behalf of Interested Party Richard Brownell mgarabedian@garabedianlaw.com

Mitchell Garabedian

on behalf of Creditor Gail Holler-Kennedy mgarabedian@garabedianlaw.com

Mitchell Garabedian

on behalf of Creditor Carolyn Anderson mgarabedian@garabedianlaw.com

Nancy D Adams

on behalf of Interested Party Liberty Mutual Insurance Company ndadams@mintz.com

Nancy D Adams

on behalf of Interested Party Excelsior Insurance Company ndadams@mintz.com

Nancy D Adams

on behalf of Defendant Liberty Mutual Insurance Company ndadams@mintz.com

Nancy D Adams

on behalf of Interested Party Peerless Insurance Company ndadams@mintz.com

Neil J. Smith
    on behalf of Notice of Appearance Creditor Our Lady of Victory Institutions  Inc nsmith@mackenziehughes.com, mallen@mackenziehughes.com

Nora Anne Valenza-Frost
    on behalf of Defendant National Union Fire Insurance Company of Pittsburgh  PA nvalenza-frost@carltonfields.com

Peter Keane
    on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors pkeane@pszjlaw.com

Peter P. McNamara
    on behalf of Defendant Fireman's Fund Insurance Company peter.mcnamara@rivkin.com

Randall D. White
    on behalf of Special Counsel Connors LLP rdw@connors-vilardo.com  sb@connors-vilardo.com;ebh@connors-vilardo.com

Raymond L. Fink
    on behalf of Notice of Appearance Creditor Catholic Charities of Buffalo  N.Y. rfink@lippes.com, jmueller@lippes.com

Rick Weisbeck, Jr
    on behalf of Defendant JMH 100 Doe  et al rweisbeck@lglaw.com

Rick Weisbeck, Jr
    on behalf of Attorney Lipsitz Green Scime Cambria LLP rweisbeck@lglaw.com

Robert Sweeney
    on behalf of Interested Party Certain Underwriters at Lloyd's  London robert.sweeney@clydeco.us

Robert Sweeney
    on behalf of Defendant Certain Underwriters at Lloyds  London and Certain London Market Companies robert.sweeney@clydeco.us

Robert Gerard Scumaci
    on behalf of Debtor The Diocese of Buffalo  N.Y. rscumaci@gmclaw.com, lmarkowski@gmclaw.com

Robert Gerard Scumaci
    on behalf of Special Counsel Gibson  McAskill & Crosby, LLP rscumaci@gmclaw.com, lmarkowski@gmclaw.com

Robert J. Feldman
    on behalf of Interested Party Catholic Mutual Relief Society of America rfeldman@gross-shuman.com lspula@gross-shuman.com

Robert J. Feldman
    on behalf of Cross Defendant Catholic Mutual Group rfeldman@gross-shuman.com  lspula@gross-shuman.com

Robert J. Feldman
    on behalf of Defendant Catholic Mutual Group rfeldman@gross-shuman.com  lspula@gross-shuman.com

Robert Kevin Malone
    on behalf of Defendant Selective Insurance Company of America (formerly known as Exchange Mutual Insurance Company) rmalone@gibbonslaw.com

Robert Kevin Malone
    on behalf of Interested Party Selective Insurance Company of New York rmalone@gibbonslaw.com

Robert Wagner DiUbaldo
    on behalf of Defendant National Union Fire Insurance Company of Pittsburgh  PA rdiubaldo@carltonfields.com

Robert Wagner DiUbaldo
    on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh  Pa. rdiubaldo@carltonfields.com

SCOTT BOGUCKI
    on behalf of Creditor Committee Official Committee of Unsecured Creditors sbogucki@gmwlawyers.com boguckisr48948@notify.bestcase.com;jsymack@gmwlawyers.com

SCOTT BOGUCKI
    on behalf of Interested Party The Official Committee of Unsecured Creditors sbogucki@gmwlawyers.com boguckisr48948@notify.bestcase.com;jsymack@gmwlawyers.com

SCOTT BOGUCKI
    on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors sbogucki@gmwlawyers.com boguckisr48948@notify.bestcase.com;jsymack@gmwlawyers.com

Sara C. Temes
    on behalf of Debtor The Diocese of Buffalo  N.Y. stemes@bsk.com, CourtMail@bsk.com;kdoner@bsk.com

Sharon Angelino
    on behalf of Defendant Unigard Insurance Company (successor-in-interest to Jamestown Mutual Insurance Company) sangelino@goldbergsegalla.com

Sharon Angelino
    on behalf of Interested Party QBE Insurance Corporation as successor-in-interest to Unigard Insurance Company (successor-in-interest to Jamestown Mutual Insurance Company) sangelino@goldbergsegalla.com

Siobhain Patricia Minarovich

on behalf of Defendant Fireman's Fund Insurance Company siobhain.minarovich@rivkin.com

Stacey Benson

on behalf of Notice of Appearance Creditor Certain Personal Injury Creditors stacey@andersonadvocates.com erin@andersonadvocates.com;therese@andersonadvocates.com

Stephen Boyd

on behalf of Notice of Appearance Creditor AB 1 Doe sboyd@steveboyd.com rmatuzic@steveboyd.com

Stephen A. Donato

on behalf of Attorney Bond Schoeneck & King, PLLC sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen A. Donato

on behalf of Debtor The Diocese of Buffalo N.Y. sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen A. Donato

on behalf of Plaintiff The Diocese of Buffalo N.Y. sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen A. Donato

on behalf of Counter-Defendant The Diocese of Buffalo N.Y. sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen Andrew Sharkey

on behalf of Debtor The Diocese of Buffalo N.Y. ssharkey@bsk.com, rhynes@bsk.com;mbrady@bsk.com

Steven Gary Adams

on behalf of Defendant Arrowood Indemnity Company (successor-in-interest to American and Foreign Insurance Company Eagle Indemnity Company of New York, Globe Indemnity Company, Phoenix Assurance Company of NY, New Am sadams@cmg.law, dclare@cmg.law

Steven M. Cohen

on behalf of Interested Party HW 1 Doe et al scohen@hoganwillig.com, ssweeney@tiveronlaw.com;hdavern@tiveronlaw.com;abanks@tiveronlaw.com;kakin@tiveronlaw.com;abanks@tiveronlaw.com

Stuart I. Gordon

on behalf of Notice of Appearance Creditor Sentry Insurance Company as successor to Middlesex Mutual Insurance Company stuart.gordon@rivkin.com

Stuart I. Gordon

on behalf of Notice of Appearance Creditor Hanover Insurance Company stuart.gordon@rivkin.com

Stuart I. Gordon

on behalf of Notice of Appearance Creditor Utica Mutual Insurance Company stuart.gordon@rivkin.com

Tanya Mascarich

on behalf of Defendant Arrowood Indemnity Company (successor-in-interest to American and Foreign Insurance Company Eagle Indemnity Company of New York, Globe Indemnity Company, Phoenix Assurance Company of NY, New Am tmascarich@cmg.law

Tanya Mascarich

on behalf of Interested Party Arrowood Indemnity Company successor-in-interest to American and Foreign Insurance Company Eagle Indemnity Company of New York, Globe Indemnity Co tmascarich@cmg.law

Thomas Matthew, II

on behalf of Notice of Appearance Creditor The Continental Insurance Company tmatthew@crowell.com

Timothy Patrick Lyster

on behalf of Plaintiff Saints Peter and Pauls Roman Catholic Church Society of Williamsville tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Leos Roman Catholic Society of Eggertsville N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Thomas More Ripley tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of Pompeii Roman Catholic Church of Lancaster tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of Loretto Roman Catholic Church Society tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Judes Roman Catholic Church Society of Sardinia New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The Holy Family Roman Catholic Church Society of the City of Buffalo n/k/a Our Lady of Charity Catholic

Parish tlyster@woodsoviatt.com  mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. John Bosco Roman Catholic Church Society of Sheridan  N.Y. n/k/a Our Lady of Mount Carmel Roman Catholic Church Society of Silver Creek, N.Y., tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Francis of Assisi Roman Catholic Church Society of Buffalo n/k/a St. Katharine Drexel Roman Catholic Church Society of Buffalo  N.Y tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Gabriels Roman Catholic Church Society of Blossom tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Josephs Roman Catholic Church of Niagara Falls  N.Y. n/k/a Holy Family of Jesus, Mary, and Joseph Roman Catholic Church of Niagara Falls, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Luke R.C. Church Society of Buffalo  NY tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Josephs Roman Catholic Church Society of Gowanda  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff All Saints Roman Catholic Church Society of Buffalo tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Marys Roman Catholic Church Society of Batavia  N.Y. n/k/a Resurrection Roman Catholic Parish of Batavia, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Marys Roman Catholic Church Society of Cattaraugus  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of Victory National Shrine  Lackawanna tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Josephs Roman Catholic Society of Buffalo  NY tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The Holy Cross Roman Catholic Church Society of Salamanca  New York n/k/a St. Patricks Roman Catholic Church Society of Limestone, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Marys Catholic Church Society of East Eden n/k/a St. John Baptists Rom. Cath. Church Society of Boston  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The Assumption Roman Catholic Church Society of Portageville  N.Y. n/k/a Saint Isidore Roman Catholic Parish of Perry, New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The Visitation Roman Catholic Church Society of Buffalo N.Y. n/k/a St. Katharine Drexel Roman Catholic Church Society of Buffalo  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Saint Gerards Roman Catholic Church Society of Buffalo  N.Y. n/k/a Blessed Trinity Roman Catholic Church Society of Buffalo, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Saint Martins Roman Catholic Church Society tlyster@woodsoviatt.com  mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Josephs Roman Catholic Church Society of Perry (Wyom. Co. NY) n/k/a Saint Isidore Roman Catholic Parish of Perry tlyster@woodsoviatt.com  mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Patricks Roman Catholic Church Society of Randolph  N. Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Josephs Roman Catholic Church Society of North Tonawanda  New York n/k/a Our Lady of Czestochowa Roman Catholic Church Society of North Tonawanda, New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Josephs Cath. Church of Holland tlyster@woodsoviatt.com  mjohnstone@woodsoviatt.com

District/off: 0209-1

Date Rcvd: Jul 07, 2023

User: admin

Form ID: pdforder

Page 14 of 26

Total Noticed: 7

Timothy Patrick Lyster

on behalf of Plaintiff Immaculate Heart of Mary Roman. Catholic Church Society of Buffalo  New York n/k/a St. Aloysius Gonzaga Roman Catholic Church Society of Cheektowaga, New York, Incorporated tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Christophers Roman Catholic Church Society of Tonawanda tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The Queen of Peace Roman Catholic Church Society of Buffalo n/k/a Saint John Gualbertus Roman Catholic Church Society of Cheektowaga  Erie Co., N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff SS. Peter and Paul Roman Catholic Church Society of Depew  New York n/k/a Our Lady of Pompeii Roman Catholic Church of Lancaster tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Anns Roman Catholic Church of Buffalo  N.Y. n/k/a Sts. Columba-Brigid Roman Catholic Church of Buffalo, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of Lebanon Roman Catholic Church Society of Niagara Falls n/k/a Divine Mercy Roman Catholic Parish of Niagara Falls  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Pacificus Church & Cemetery Association of Humphrey n/k/a The Holy Name of Mary Roman Catholic Church Society of Ellicottville  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. John the Baptist R.C. Church Society of Alden Center  New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Marys Roman Catholic Church Society of Strykersville n/k/a St. John Neumann Roman Catholic Church of Wyoming County tlyster@woodsoviatt.com  mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The Holy Fourteen Helpers of the Town of West Seneca  Middle Ebenezer tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Timothys Roman Catholic Church Society of Tonawanda  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The St. John Baptists Society North Buffalo n/k/a Assumption Roman Catholic Church Society of Buffalo N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Mary of Immaculate Conception RCC Society tlyster@woodsoviatt.com  mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Amelias Roman Catholic Church Society of the Town of Tonawanda  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Queen of Heaven Roman Catholic Church Society of West Seneca  New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Patrick Roman Catholic Church Society of Hartland n/k/a Our Lady of the Lake Roman Catholic Parish of Barker and Lyndonville  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Stanislaus Kostkas Roman Catholic Church Society of Niagara Falls  N.Y. n/k/a Divine Mercy Roman Catholic Parish of Niagara Falls, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Immaculate Conception Roman Catholic Church Society of Cassadaga  N.Y. n/k/a Saint Anthonys Roman Catholic Church Society of Fredonia New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Lawrences Roman Catholic Church Society of Buffalo tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Blessed Trinity Roman Catholic Church Society of Buffalo  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. John the Evangelist Roman Catholic Church Society of Sinclairville  N.Y. n/k/a Saint Anthonys Roman Catholic Church Society of Fredonia tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of Grace Roman Catholic Church Society of Woodlawn New York n/k/a Queen of Angels R.C. Church of Lackawanna, NY tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Brigids Roman Catholic Church Society of Bergen N.Y., formerly known as St. Bridget Bergen tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Rose of Lima Roman Catholic Church of Forestville n/k/a Our Lady of Mount Carmel Roman Catholic Church Society of Silver Creek N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Thomas More Ripley n/k/a St. Dominic Roman Catholic Church of Chautauqua County tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Saint Georges Roman Catholic Church Society of Niagara Falls N.Y. n/k/a Divine Mercy Roman Catholic Parish of Niagara Falls, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Martins Church Society Langford Erie County n/k/a Epiphany of Our Lord Roman Catholic Parish Community Langford, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Sacred Heart Roman Catholic Church Society of Suspension Bridge N.Y., Niagara Falls n/k/a St. Raphaels Roman Catholic Parish of Niagara Falls, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Anthonys Roman Catholic Church Society of Lime Rock New York n/k/a Our Lady of Mercy Roman Catholic Parish of LeRoy, New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Marys Catholic Church Society of Pavilion N.Y. n/k/a Mary Immaculate Roman Catholic Parish of Pavilion, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Anthonys Roman Catholic Church Society of Lackawanna New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of Czestochowa Roman Catholic Church Society of North Tonawanda New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The Assumption Roman Catholic Church Society of Albion n/k/a Holy Family Roman Catholic Parish of Albion N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Leos Roman Catholic Church Society tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. James Roman Catholic Church Society of Depew N.Y., n/k/a Blessed Mother Teresa of Calcutta Roman Catholic Parish of Depew, New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Matthews Roman Catholic Church Society tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The Sacred Heart of Jesus Roman Catholic Church Society of Dunkirk New York tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. John Cantius R.C. Church Society tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of Mount Carmel Roman Catholic Church Society of Niagara Falls New York n/k/a Holy Family of Jesus, Mary, and Joseph Roman Catholic Church of Niagara Falls, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Saint Casimirs Roman Catholic Church Society of Buffalo N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Immaculate Conception Rom. Catholic Church Society of Buffalo n/k/a Holy Cross Roman Catholic Church Society of Buffalo New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Leos Roman Catholic Church Society of Niagara Falls N.Y. n/k/a St. Vincent de Paul Roman Catholic Parish of Niagara Falls, New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Immaculate Conception  East Bethany n/k/a Mary Immaculate Roman Catholic Parish of Pavilion, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Sts. Peter and Paul R. C. Church Society Arcade  New York n/k/a St. Mary Roman Catholic Church Society of Arcade, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. John Baptist Roman Catholic Church Society of Carrollton  Vandalia n/k/a St. Bonaventures Roman Catholic Church Society of Allegany tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Francis of Assisi Roman Catholic Church Society of Athol Springs  New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Michaels Roman Catholic Church Society of Warsaw  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Patricks Roman Catholic Church Society of Limestone  N.Y. n/k/a Our Lady of Peace Salamanca tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Valentines Roman Catholic Church Society of Buffalo n/k/a St. Clare Roman Catholic Church Society of Buffalo  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Bernadette R.C. Church Society of Armor  NY tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of the Sacred Heart of Jesus R.C. Church Society tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of Mount Carmel Roman Catholic Church Society of Silver Creek  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Ambroses Roman Catholic Church of Buffalo n/k/a Our Lady of Charity Catholic Parish tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Blessed Sacrament Roman Catholic Church Society of Delevan  N.Y. n/k/a St. Mary Roman Catholic Church Society of Arcade, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Prince of Peace of Roman Catholic Church Society and St. Charles Borromeo Chapel n/k/a St. Vincent de Paul Roman Catholic Parish of Niagara Falls  New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. James Roman Catholic Church Society of Jamestown  N.Y. n/k/a Holy Apostles Roman Catholic Parish of Jamestown, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of Czestochowa Roman Catholic Church Society of Forks  Cheektowaga tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Mother of Good Counsel R.C. Church Society Inc. tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Leo the Great Roman Catholic Church  Amherst, New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Marys Roman Catholic Church Society of Little Valley  N.Y. n/k/a St. Marys Roman Catholic Church Society of Cattaraugus, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of the Rosary Roman Catholic Church Society of Niagara Falls  N.Y. n/k/a Divine Mercy Roman Catholic Parish of Niagara Falls, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Holy Cross Roman Catholic Church Society of Buffalo  New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Blessed Sacrament Roman Catholic Church Society of Andover tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

District/off: 0209-1
User: admin
Page 17 of 26

Date Rcvd: Jul 07, 2023
Form ID: pdforder
Total Noticed: 7

on behalf of Plaintiff St. Teresa of Avila Roman Catholic Church of Akron  NY tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of Perpetual Help Roman Catholic Church Society of Lakeview n/k/a Blessed John Paul II Roman Catholic Parish Community tlyster@woodsoviatt.com  mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Bonaventures Roman Catholic Church Society of Allegany tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The Nativity Roman Catholic Church Society of Orchard Park  New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Charles Borromeo Roman Catholic Church of Olcott  n/k/a St. Brendan on the Lake Roman Catholic Parish of Newfane, Olcott, and Wilson tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Saint Nicholas Roman Catholic Church Society tlyster@woodsoviatt.com  mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Marys Roman Church Society n/k/a The St. John the Baptist Roman Cath Congregation tlyster@woodsoviatt.com  mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Marys Roman Catholic Church Society of Medina  N.Y. n/k/a Holy Trinity Roman Catholic Church of Medina, New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of Perpetual Help Roman Catholic Church Society of Buffalo  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Bartholomews R.C. Church Society of Buffalo  NY tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Edmunds Roman Catholic Church Society of Tonawanda  N.Y. n/k/a St. Christophers Roman Catholic Church Society of Tonawanda tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Saint Anthonys Roman Catholic Church Society of Farnham  New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Josephs Roman Catholic Church Society of Bliss  N.Y. n/k/a Saint Isidore Roman Catholic Parish of Perry, New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of Victory Roman Catholic Church Society of Frewsburg  N.Y. n/k/a St. James Roman Catholic Church Society of Jamestown, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. John Vianney Roman Catholic Church Society of Orchard Park  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Cecilias Roman Catholic Church Society of Oakfield  New York n/k/a Saint Padre Pio Roman Catholic Parish tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Vincents Roman Catholic Church Society of North Evans n/k/a Saint John Paul II Roman Catholic Parish Community tlyster@woodsoviatt.com  mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Saint Patricks Roman Catholic Church Society tlyster@woodsoviatt.com  mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Patricks Roman Catholic Church Society of Salamanca  N.Y. n/k/a Our Lady of Peace Roman Catholic Parish of Salamanca, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Josephs Rom. Cath. Church Society of Batavia  N.Y., n/k/a Resurrection Roman Catholic Parish of Batavia, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The Sacred Heart of Jesus Roman Catholic Church Society of Batavia  New York n/k/a Ascension Roman Catholic Parish of Batavia, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of Fatima Roman Catholic Church Society of Elba  New York n/k/a Saint Padre Pio Roman

Catholic Parish tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Bonaventures Roman Catholic Church Society of West Seneca  N.Y. n/k/a Saint John XXIII Roman Catholic Parish of West Seneca, New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Church of St. John Baptist of West Valley  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Church of Christ  the King tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Saint John Gualbertus Roman Catholic Church Society of Cheektowaga  Erie Co., N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Stanislaus Church Society tlyster@woodsoviatt.com  mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Mother of Good Counsel Roman Catholic Church Society of Blasdell  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff S. S. Peter & Pauls German Catholic Church Hamburg N.Y. tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Georges Roman Catholic Church Society of Jewettville  New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. John's Roman Catholic Church Society tlyster@woodsoviatt.com  mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Michaels Roman Catholic Church Society of South Byron n/k/a St. Brigids Roman Catholic Church Society of Bergen  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Saint Bernards Roman Catholic Church Society of Buffalo  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Marys Roman Catholic Church Society of Belmont  N.Y. n/k/a Holy Family of Jesus, Mary, and Joseph Roman Catholic Church Society of Belmont, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. James Major Roman Catholic Church Society of Westfield  N.Y. n/k/a St. Dominic Roman Catholic Church of Chautauqua tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Blessed Sacrament Roman Catholic Church Society of Tonawanda tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Cecilias Church  Sheldon n/k/a St. John Neumann Roman Catholic Church of Wyoming County tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Michaels Roman Catholic Church Society of Buffalo  NY tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Marys Church of the Redemptorists of Buffalo  NY tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The Ascension Roman Catholic Church Society of North Tonawanda n/k/a Saint Jude the Apostle Roman Catholic Parish of North Tonawanda  New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. John of the Cross  Whitesville tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Marys of the Lake Roman Catholic Church Society of Mount Vernon  Hamburg tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Andrews Roman Catholic Church Society tlyster@woodsoviatt.com  mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. John the Baptist Roman Catholic Church  Kenmore, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

District/off: 0209-1
User: admin
Page 19 of 26

Date Rcvd: Jul 07, 2023
Form ID: pdforder
Total Noticed: 7

Timothy Patrick Lyster

on behalf of Plaintiff St. Josephs R.C. Church tlyster@woodsoviatt.com  mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Agnes Catholic Church Society  Buffalo n/k/a St. Katharine Drexel Roman Catholic Church Society of Buffalo, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Saint Patricks Roman Catholic Church Society  Fillmore tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Queen of Heaven Roman Catholic Church Society  Inc. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Marys Roman Catholic Church Society Silver Springs N.Y. n/k/a Saint Isidore Roman Catholic Parish of Perry  New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Vincents Roman Catholic Church of Springbrook  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Bernards Roman Catholic Church Society of Youngstown  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Nativity of the Blessed Virgin Mary Roman Catholic Church Society of Harris Hill  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Brigid  Buffalo tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Infant of Prague Roman Catholic Church Society of Cheektowaga  New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of Sacred Heart R.C. Church Society tlyster@woodsoviatt.com  mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Immaculate Conception Roman Catholic Church Society of Eden Center  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Assumption Roman Catholic Church Society of Buffalo  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Francis of Assisi Roman Catholic Church Society of Corfu  New York n/k/a Saint Maximilian Kolbe Roman Catholic Parish of Corfu, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Assumption Hungarian R.C. Church Society of Lackawanna tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of Czestochowa R.C. Church Society tlyster@woodsoviatt.com  mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Queen of All Saints  Lackawanna tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Johns Roman Catholic Church Society of Jamestown n/k/a Holy Apostles Roman Catholic Parish of Jamestown  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Josephs Roman Catholic Church of Fredonia  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. John Fisher Roman Catholic Church Society of South Dayton  N.Y. n/k/a St. Josephs Roman Catholic Church Society of Gowanda, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Marys Roman Catholic Church Society of Holley tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Sacred Heart Roman Catholic Church Society of Friendship n/k/a Our Lady of Angels Roman Catholic Church Society of Cuba tlyster@woodsoviatt.com  mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Holy Family Roman Catholic Church Society of Machias  N.Y. n/k/a St. Philomena's Roman Catholic Church Society of Franklinville, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Sacred Heart of Jesus Roman Catholic Church Society of Bowmansville N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Isidores Roman Catholic Church Society of East Otto  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Josephats Roman Catholic Church of Cheektowaga  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. John the Baptist Roman Catholic Church Society of Carrollton n/k/a St. Bonaventures Roman Catholic Church Society of Allegany tlyster@woodsoviatt.com  mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Roman Catholic Church of St. Marys n/k/a St. Mary Roman Catholic Church Society of Arcade  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff All Saints Roman Catholic Parish of Lockport  New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Francis de Sales  Buffalo tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Louis Roman Catholic Church of Buffalo  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The Church of the Assumption of Lancaster N.Y. tlyster@woodsoviatt.com  mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Stephens Rom. Cath. Church Society of Buffalo n/k/a St. Clare Roman Catholic Church Society of Buffalo  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Marks Roman Catholic Church Society of Rushford  N.Y. n/k/a St. Patricks Roman Catholic Church Society of Belfast, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Stanislaus Kostkas Roman Catholic Church Society of Perry  N.Y. n/k/a Saint Isidore Roman Catholic Parish of Perry, New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Rose of Lima Roman Catholic Church Society of Buffalo tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Lucys Roman Catholic Church tlyster@woodsoviatt.com  mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Blessed Sacrament R.C. Church Society of Tonawanda Township tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. John Maron Roman Catholic Church Society of Buffalo  New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Catholic Society of St. Marys Church  Lockport, NY n/k/a All Saints Roman Catholic Parish of Lockport, New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of Lourdes  Buffalo tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Marys Roman Catholic Church Society of Mayville  N.Y. n/k/a St. Mary of Lourdes Roman Catholic Church Society of Chautauqua tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The Immaculate Conception Roman Catholic Church Society of East Aurora  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Hyacinths Roman Catholic Church Society of Lackawanna n/k/a Queen of Angels R.C. Church of Lackawanna  NY tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Resurrection Roman Catholic Church Society of Cheektowaga New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Josephs Roman Catholic Church Society of Scio N.Y. n/k/a Holy Family of Jesus, Mary, and Joseph Roman Catholic Church Society of Belmont, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Joseph Roman Catholic Church Society of Albion New York n/k/a Holy Family Roman Catholic Parish of Albion, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Vincents Roman Catholic Church Society of Attica N.Y. n/k/a SS. Joachim & Anne Roman Catholic Church of Attica, New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Marys Roman Catholic Church Society of Bolivar New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Holy Trinity Roman Catholic Church Society of Niagara Falls N.Y. n/k/a Divine Mercy Roman Catholic Parish of Niagara Falls, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Sacred Heart Roman Catholic Church Society of Angelica N.Y. n/k/a Holy Family of Jesus, Mary, and Joseph Roman Catholic Church Society of Belmont, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Bridgets Roman Catholic Church Society of Newfane N.Y. n/k/a St. Brendan on the Lake Roman Catholic Parish of Newfane, Olcott tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Teresas Roman Catholic Church Society tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The Church of St. Mary of Sorrows n/k/a Sts. Columba-Brigid Roman Catholic Church of Buffalo N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The Holy Name of Mary Roman Catholic Church Society of East Pembroke N.Y. n/k/a Saint Maximilian Kolbe Roman Catholic Parish of Corfu, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Marks Roman Catholic Church Society of Buffalo N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The Roman Catholic Church of St. Franciscus Xavarius Buffalo n/k/a Assumption Roman Catholic Church Society of Buffalo, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady Help of Christians East Bennington n/k/a Immaculate Heart of Mary Roman Catholic Parish tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Catholic Society of St. Mary's Church Lockport, NY n/k/a All Saints Roman Catholic Parish of Lockport, New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Coronation of the Blessed Virgin Mary Roman Catholic Church Society of Buffalo N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Hyacinth Roman Catholic Church Society of Dunkirk New York n/k/a Blessed Mary Angela R.C. Parish of Dunkirk, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Elizabeth Cherry Creek tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Mary Magdalene Roman Catholic Church Society tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Sacred Heart Roman Catholic Church Society of Bennington N.Y. n/k/a Immaculate Heart of Mary Roman Catholic Parish tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Church of the Holy Trinity Dunkirk N.Y. tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The Holy Name of Mary Roman Catholic Church Society of Ellicottville tlyster@woodsoviatt.com

mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Joseph New Cathedral  Buffalo tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Saint Anthonys Roman Catholic Church Society of Fredonia New York tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Aloysius Gonzaga Roman Catholics Church Society of Cheektowaga  New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Augustines Roman Catholic Church Society of Rapids-Clarence Center  New York n/k/a The Good Shepherd Roman Catholic Church Society of Pendleton, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Michael Archangel Roman Catholic Church Society of Lackawanna n/k/a Queen of Angels R.C. Church of Lackawanna  NY tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Josephs Roman Catholic Church Society of Leroy  New York n/k/a Our Lady of Mercy Roman Catholic Parish of LeRoy tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. John De La Salle Roman Catholic Church of LaSalle  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of the Angels Roman Catholic Church Society of Cuba tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Anthonys Roman Catholic Church Society of Buffalo tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Sacred Heart R.C. Church Society of Buffalo  NY tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Saints Peter and Pauls Church of Jamestown  N.Y. n/k/a Holy Apostles Roman Catholic Parish of Jamestown, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Nicholas Roman Catholic Congregation of North Java N.Y. n/k/a St. John Neumann Roman Catholic Church of Wyoming County tlyster@woodsoviatt.com  mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Joan of Arc Roman Catholic Church Society of Perrysburg  N.Y. n/k/a St. Josephs Roman Catholic Church Society of Gowanda, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Marys Roman Catholic Church Society of Niagara Falls  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Queen of the Most Holy Rosary  Buffalo tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Sacred Heart Roman Catholic Church Society of Lakewood  New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The Church of St. Mary of Angels  Olean tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Anthonys Roman Catholic Church Society of Lockport n/k/a All Saints Roman Catholic Parish of Lockport  New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Barnabas Church Society of New York tlyster@woodsoviatt.com  mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Transfiguration Roman Catholic Church Society n/k/a St. Johns Roman Catholic Church Society of Olean N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Mary of Lourdes Roman Catholic Church Society of Chautauqua  Bemus Point tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Teresa of the Infant Jesus Roman Catholic Church of Niagara Falls n/k/a St. Raphaels Roman Catholic

Parish of Niagara Falls  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Benedicts Roman Catholic Church Society of Eggertsville tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Pauls Roman Catholic Church Society of Dayton  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff All Saints Roman Catholic Parish of Lockport  NY tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Francis of Assisi Roman Catholic Church Society of Buffalo n/k/an/k/a St. Katharine Drexel Roman Catholic Church Society of Buffalo  N.Y tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Hiacinth Roman Catholic Church Society of Dunkirk N.Y. n/k/a Blessed Mary Angela R.C. Parish of Dunkirk  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Marys Roman Catholic Church Society of Canaseraga  New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Aloysius Church of Springville tlyster@woodsoviatt.com  mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Frances Cabrini Parish (Collins Center  NY) n/k/a Epiphany of Our Lord Roman Catholic Parish Community, Langford, N.Y tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Joachim  Buffalo tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Holy Family Roman Catholic Church Society tlyster@woodsoviatt.com  mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. John Kanty Roman Catholic Church Society of Buffalo tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Stephens Roman Catholic Church Society n/k/a Holy Trinity Roman Catholic Church of Medina  New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff SS. Rita and Patrick Roman Catholic Church Society of Buffalo  N.Y. n/k/a St. Clare Roman Catholic Church Society of Buffalo, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Nativity of the Blessed Virgin Roman Catholic Church Society of Buffalo n/k/a Our Lady of Hope Roman Catholic Parish of Buffalo  New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. John Baptists Rom. Cath. Society of Boston  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Holy Family Roman Catholic Church Society of Machias  N.Y. n/k/a St. Philomenas Roman Catholic Church Society of Franklinville, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Trustees of St. Patrick Church  Town of Java n/k/a St. John Neumann Roman Catholic Church of Wyoming County tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. John the Baptists Roman Catholic Church Society of N. Collins  NY tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Francis Church Society of Tonawanda Village  Tonawanda tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Johns Roman Catholic Church Society of Olean  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Monicas Roman Catholic Church Society tlyster@woodsoviatt.com  mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Brendans Roman Catholic Church Society of Almond N.Y., (Alfred) tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Notice of Appearance Creditor Parish Steering Committee tlyster@woodsoviatt.com  mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Stephens Roman Catholic Church of Grand Island N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Barbaras Roman Catholic Church Society n/k/a Queen of Angels R.C. Church of Lackawanna N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Margarets Roman Catholic Church Society of Buffalo  New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Patricks Roman Catholic Church of Belfast  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The Good Shepherd Roman Catholic Church Society of Pendleton N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Mary Redemptorist  Buffalo tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Most Precious Blood Rom. Cath. Church Society of Angola tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Sts. Agatha and Ambrose Roman Catholic Parish of Buffalo N.Y. n/k/a Our Lady of Charity Catholic Parish tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of Peace Roman Catholic Church Society of Clarence tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Adalberts Rom. Cath. Church Society of Buffalo  N.Y. n/k/a St. John Kanty Roman Catholic Church Society of Buffalo tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Elizabeths Roman Catholic Church of Buffalo  N.Y. n/k/a Assumption Roman Catholic Church Society of Buffalo, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Georges Roman Catholic Church Society tlyster@woodsoviatt.com  mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Charles Roman Catholic Church Society tlyster@woodsoviatt.com  mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Philomenas Roman Catholic Church Society of Franklinville  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Josephs Roman Catholic Church Society of Varysburg  New York n/k/a SS. Joachim & Anne Roman Catholic Church of Attica, New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Peters Roman Catholic Church Society of Leroy n/k/a Our Lady of Mercy Roman Catholic Parish of LeRoy  New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Sacred Heart Roman Catholic Church Society of Portville  New York n/k/a The Church of St. Mary of the Angels, Olean tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. James Roman Catholic Church Society of Buffalo  N.Y. n/k/a Blessed Trinity Roman Catholic Church Society of Buffalo, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Boniface Roman Catholic Church Society tlyster@woodsoviatt.com  mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The Most Holy Redeemer Roman Catholic Church Society of Cheektowaga  N.Y. n/k/a St. Lawrences Roman Catholic Church Society of Buffalo tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

Timothy Patrick Lyster

on behalf of Plaintiff St. Patricks Roman Catholic Church Society of the City of Lockport  N.Y. n/k/a All Saints Roman Catholic Parish of Lockport, New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of Good Counsel Roman Catholic Church Society of Darien Center  N.Y. n/k/a Immaculate Heart of Mary Roman Catholic Parish tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Vincent de Paul Roman Catholic Church Society of Buffalo tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The Immaculate Conception Roman Catholic Church Society of Wellsville  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Holy Spirit Roman Catholic Church Society of North Collins  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Josephs Roman Catholic Church Society of Lockport  N.Y., n/k/a All Saints Roman Catholic Parish of Lockport, New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. John the Baptist Roman Cath Congregation tlyster@woodsoviatt.com  mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The Annunciation Roman Catholic Church Society of Buffalo  N.Y. n/k/a Our Lady of Hope Roman Catholic Parish of Buffalo, New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Pius X Roman Catholic Church Society of Town of Amherst  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of Loretto Roman Catholic Church Society of Buffalo  New York, Incorporated n/k/a Our Lady of Hope Roman Catholic Parish of Buffalo, New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Transfiguration  Buffalo tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Peter's Roman Catholic Church Society of Lewiston  N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady Help of Christians Roman Catholic Church of Cheektowaga  New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Augustines Roman Catholic Church Society of Depew  N.Y. n/k/a Blessed Mother Teresa of Calcutta Roman Catholic Parish of Depew, New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Albert the Great Roman Catholic Church Society of North Tonawanda  N.Y. n/k/a Saint Jude the Apostle Roman Catholic Parish of North Tonawanda, New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Thomas Aquinas Roman Catholic Church Society of Buffalo tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Holy Apostles Peter and Paul Roman Catholic Church Society of Buffalo  N.Y. n/k/a St. Clare Roman Catholic Church Society Buffalo, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Holy Name of Jesus Roman Catholic Church tlyster@woodsoviatt.com  mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Columbas Roman Catholic Church Society of Buffalo  N.Y. n/k/a Sts. Columba-Brigid Roman Catholic Church of Buffalo, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Sacred Heart of Jesus Roman Catholic Church Society of N. Collins  NY tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Anthonys Roman Catholic Church Society of Batavia  N.Y. n/k/a Ascension Roman Catholic Parish of Batavia, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Brigids Roman Catholic Church Society  Inc. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of Mt. Carmel Roman Catholic Church Society of Brant  New York n/k/a Saint Anthonys Roman Catholic Church Society of Farnham, New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Marys Roman Catholic Church Society of Swormville tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Florians Roman Catholic Church Society of Buffalo  N.Y. n/k/a All Saints Roman Catholic Church Society of Buffalo tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Pauls Roman Catholic Church Society of Kenmore tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Queen of Martyrs Roman Catholic Church Society of Cheektowaga  New York tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Joseph Roman Catholic Church Society of Lyndonville  N.Y. n/k/a Our Lady of the Lake Roman Catholic Parish of Barker and Lyndonville, N.Y. tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Helens Church n/k/a St. Johns Roman Catholic Church Society of Olean  N.Y tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com

Trevor Prince, Jr

on behalf of Interested Party Sisters of Good Shepherd and the Roman Catholic Religious Institute of the Religious of the Good Shepherd tprince@archerlaw.com

William Carson

on behalf of Interested Party American Guarantee and Liability Insurance Company wcarson@steptoe.com

William Carson

on behalf of Interested Party Zurich American Insurance Company wcarson@steptoe.com

William Carson

on behalf of Interested Party Providence Washington Insurance Company wcarson@steptoe.com

William Carson

on behalf of Defendant Zurich American Insurance Company wcarson@steptoe.com

William Carson

on behalf of Defendant Providence Washington Insurance Company wcarson@steptoe.com

William Corbett, Jr

on behalf of Interested Party Selective Insurance Company of New York wcorbett@cmg.law

William Corbett, Jr

on behalf of Defendant Selective Insurance Company of America (formerly known as Exchange Mutual Insurance Company) wcorbett@coughlinduffy.com

William Henry Gordon

on behalf of Creditor Richard Brownell wgordon@garabedianlaw.com

William Henry Gordon

on behalf of Creditor Wayne Bortle wgordon@garabedianlaw.com

William Henry Gordon

on behalf of Creditor Gail Holler-Kennedy wgordon@garabedianlaw.com

William Henry Gordon

on behalf of Creditor Carolyn Anderson wgordon@garabedianlaw.com

TOTAL: 569

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case |
| | ) | |
| THE DIOCESE OF BUFFALO, N.Y., | ) | Case No. 20-10322 |
| | ) | |
| Debtor. | ) | |

### ORDER GRANTING SIXTH APPLICATION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF CONNORS LLP, AS SPECIAL COUNSEL TO THE DIOCESE

Upon consideration of the *Sixth Application for Interim Compensation and Reimbursement of Expenses of Connors LLP, as Special Counsel to the Diocese* [Docket No. 2303] (the "Connors Sixth Interim Fee Application")[1] and the Court being fully advised in the premises and a hearing having been held before the Court on June 22, 2023 to consider the Connors Sixth Interim Fee Application (the "Hearing"):

**IT IS HEREBY FOUND AND DETERMINED THAT:**

A.    The Court has jurisdiction to consider the Connors Sixth Interim Fee Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334.

B.    This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

C.    Venue is proper pursuant to 28 U.S.C. § 1409.

D.    Proper and adequate notice of the Connors Sixth Interim Fee Application and the Hearing was given and no other or further notice is required.

E.    The services provided by Connors LLP ("Connors") during the period from August 1, 2022 through January 31, 2023 (the "Sixth Interim Compensation Period"), as set forth in the

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Connors Sixth Interim Fee Application.

1

16141536.1

Connors Sixth Interim Fee Application, were reasonable, necessary and beneficial to the chapter 11 estate of The Diocese of Buffalo, N.Y. (the "Diocese").

F. The compensation requested in the Connors Sixth Interim Fee Application, as modified on the record at the Hearing, is fair and reasonable given: (a) the complexity of tasks assigned; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of the services rendered; and (e) the costs of comparable services.

G. The expense reimbursement sought in the Connors Sixth Interim Fee Application represents actual and necessary expenses incurred in connection with this chapter 11 case.

H. The legal and factual bases set forth in the Connors Sixth Interim Fee Application and at the Hearing establish just cause for the relief granted herein.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Connors Sixth Interim Fee Application is granted as set forth herein.

2. Any objections to the Connors Sixth Interim Fee Application, or to the compensation and expense reimbursement sought therein, that have not been made, withdrawn, waived, or settled on the record at the Hearing, and all reservations of rights included therein, are hereby overruled and disallowed on the merits.

3. Connors' fees for professional services rendered during the Sixth Interim Compensation Period are allowed on an interim basis in the amount of $305,986.00.

4. Reimbursement of Connors' expenses incurred during the Sixth Interim Compensation Period is allowed on an interim basis in the amount of $9,401.07.

5. The Diocese is authorized and directed to promptly pay to Connors the fees and expenses allowed herein less any amounts previously paid to Connors pursuant to the *Order*

2

16141536.1

*Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362].

6.     All fees and expenses allowed herein shall remain subject to final approval by the Court upon further application pursuant to 11 U.S.C. § 330(a)(5).

7.     Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, this Order shall be effective and enforceable immediately upon its entry.  Any subsequent modification or vacatur of this Order shall not invalidate or impair any actions taken pursuant to this Order prior to such modification or vacatur.

8.     The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Dated: July 7, 2023
       Buffalo, New York

_____
Honorable Carl L. Bucki
Chief United States Bankruptcy Judge

FILED
JUL - 7 2023
BANKRUPTCY COURT
BUFFALO, NY

3

16141536.1