UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

The Diocese of Buffalo, N.Y.,

      Debtor.

Case No.: 20-10322-CLB
Chapter: 11

## NOTICE OF FILING

PLEASE TAKE NOTICE that, in accordance with the Order entered July 9, 2020 [Docket No. 442] *Nunc Pro Tunc* to February 28, 2020, Connors LLP has filed the Monthly Fee Statement of Connors LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Diocese of Buffalo, N.Y., for the Period June 1, 2023 – June 30, 2023, a copy of which is attached hereto and hereby served upon you.

DATED:    Buffalo, New York
                August 2, 2023

                                            s/ Randall D. White
                                            Randall D. White, Esq.
                                            **CONNORS LLP**
                                            *Special Counsel for Debtor*
                                            *The Diocese of Buffalo, N.Y.*
                                            1000 Liberty Building
                                            Buffalo, New York 14202
                                            (716) 852-5533

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

The Diocese of Buffalo, N.Y.,

      Debtor.

Case No.: 20-10322-CLB
Chapter: 11

## MONTHLY FEE STATEMENT OF CONNORS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DIOCESE OF BUFFALO, N.Y. FOR THE PERIOD JUNE 1, 2023 THROUGH JUNE 30, 2023

| | |
|---|---|
| Name of Applicant: | Connors LLP |
| Authorized to Provide Professional Services to: | The Diocese of Buffalo, N.Y., Debtor-in-Possession |
| Date of Retention: | Order entered July 9, 2020 [Docket No. 442] *Nunc Pro Tunc* to February 28, 2020 |
| Period for which compensation and reimbursement is sought: | June 1, 2023 – June 30, 2023 |
| Amount of compensation sought as actual, reasonable, and necessary: | 80% of $28,825.00 **($23,060.00)** |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | **$606.80** |

This is a:    __X__ monthly ___ quarterly ___ final application.

This is the _____ monthly fee statement of Connors LLP in this case.

# CONNORS LLP
1000 Liberty Building
Buffalo, NY 14202
TAX ID NO. 16-1282035

July 24, 2023

| | |
|---|---|
| DIOCESE OF BUFFALO | Invoice# 39481 RDW |
| 795 Main Street | Our file# 002700 00006 |
| Buffalo, NY 14203 | Billing through 06/30/2023 |

MISCELLANEOUS MATTERS

<u>PROFESSIONAL SERVICES</u>

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/01/2023 | LFQ | (Independent Review Board) Communications with investigator regarding investigation. | 0.30 hrs. | 250 /hr | 75.00 |
| 06/02/2023 | LFQ | (Misc) Communications with Chancery representatives regarding media issues. | 0.20 hrs. | 250 /hr | 50.00 |
| 06/06/2023 | LFQ | (Independent Review Board) Communications with Independent Review Board Chair regarding next meeting (.3); communication with Chancery representative regarding sending materials to Independent Review Board members and setting date for next meeting (.2); communication with Chancery representative and Victim Assistance Coordinator regarding request for pastoral support (.3); prepare memorandum regarding same (.3). | 1.10 hrs. | 250 /hr | 275.00 |
| 06/07/2023 | LFQ | (Misc) Work on audit required by USCCB. | 0.50 hrs. | 250 /hr | 125.00 |
| 06/08/2023 | LFQ | (Independent Review Board) Communications with Independent Review Board member (.2); communications with investigator regarding status of investigation (.2); communications with Victim | 0.60 hrs. | 250 /hr | 150.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Assistance Coordinator regarding request for pastoral assistance (.2). | | | |
| 06/09/2023 | LFQ | (Independent Review Board) Communications with Independent Review Board Chair, Chancery representative, and Board members regarding next Board meeting (2.1); communications with two investigators regarding same (.4); communications with attorneys for priests and accusers (.6). | 3.10 hrs. | 250 /hr | 775.00 |
| 06/10/2023 | LFQ | (Independent Review Board) Work on documents for next Independent Review Board meeting (.5); communications with investigators (.3); work on document regarding all matters sent to Rome (2.1). | 2.90 hrs. | 250 /hr | 725.00 |
| 06/19/2023 | LFQ | (Independent Review Board) Communications with Victims Assistance Coordinator regarding request from victim-survivor for special assistance. | 0.40 hrs. | 250 /hr | 100.00 |
| 06/20/2023 | LFQ | (Independent Review Board) Communications with investigator (.4); communication with attorney for priest (.2); several communications with Independent Review Board Chair (.4); communications with victim-survivor regarding participating in investigation (.3). | 1.30 hrs. | 250 /hr | 325.00 |
| 06/20/2023 | RMV | (Misc) Identify and archive all claims that need to be included in the annual audit. | 0.70 hrs. | 100 /hr | 70.00 |
| 06/22/2023 | LFQ | (Independent Review Board) Review documents provided by Chancery representative regarding matters sent to Rome (.3); communications with Independent Review Board Chair regarding same (.4); | 1.10 hrs. | 250 /hr | 275.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | communication with investigator regarding status of investigation (.2); communications with priest's attorney regarding appearing at next Independent Review Board meeting (.2). | | | |
| 06/23/2023 | LFQ | (Independent Review Board) Work on documents for next week's Independent Review Board meeting (4.7); communications with investigator regarding same (.4); communications with Independent Review Board Chair regarding same (.3). | 5.40 hrs. | 250 /hr | 1,350.00 |
| 06/24/2023 | LFQ | (Independent Review Board) Work on documents for Thursday's Independent Review Board meeting (2.3); communications with Independent Review Board Chair regarding same (.4). | 2.70 hrs. | 250 /hr | 675.00 |
| 06/26/2023 | LFQ | (Independent Review Board) Communications with Chancery representative regarding matters sent to Rome (.2); several communications with Independent Review Board Chair regarding several issues to be addressed at Thursday's Independent Review Board meeting (.8); work on responding to instructions from Independent Review Board Chair (.7); prepare documents for Independent Review Board meeting (.7); communications with victim-survivor regarding appearing at Independent Review Board meeting (.5). | 2.90 hrs. | 250 /hr | 725.00 |
| 06/27/2023 | LFQ | (Independent Review Board) Communications with Chancery representative regarding Independent Review Board meeting (.2); communications with investigator regarding same (.2); communications with | 0.60 hrs. | 250 /hr | 150.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | attorney for priests regarding appearing at meeting (.2). | | | |
| 06/28/2023 | LFQ | (Independent Review Board) Communications with attorney for priest regarding request to Diocese (.3); communications with Chancery representative regarding same (.2); communications with Independent Review Board Chair regarding Independent Review Board meeting (.3); communications with victim-survivor regarding appearing at Independent Review Board meeting (.3); prepare for Independent Review Board meeting (1.4). | 2.50 hrs. | 250 /hr | 625.00 |
| 06/28/2023 | RMV | (Misc) Begin creating working excel spreadsheet for completing the annual audit. | 1.00 hrs. | 100 /hr | 100.00 |
| 06/29/2023 | LFQ | (Independent Review Board) Prepare for Independent Review Board meeting (1.5); attend Independent Review Board meeting (3.8). | 5.30 hrs. | 250 /hr | 1,325.00 |
| 06/30/2023 | LFQ | (Independent Review Board) Work on documents requested by Independent Review Board (2.4); communications with Independent Review Board Chair and secretary regarding same (.7); communication with Chancery representative regarding same (.2). | 3.30 hrs. | 250 /hr | 825.00 |

Total fees for this matter                                                              $8,720.00

BILLING SUMMARY

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Quinlan, Lawlor F. III | Partner | 34.20 hrs | 250 /hr | 8,550.00 |
| Valkwitch, Rachel M. | Legal Assistant | 1.70 hrs | 100 /hr | 170.00 |
| TOTAL FEES | | 35.90 hrs | | $8,720.00 |

TOTAL CHARGES FOR THIS BILL                                                             $8,720.00

# CONNORS LLP
1000 Liberty Building
Buffalo, NY 14202
TAX ID NO. 16-1282035

July 24, 2023

|  |  |
|---|---|
| DIOCESE OF BUFFALO | Invoice#   39482   RDW |
| 795 Main Street | Our file#   002700   00046 |
| Buffalo, NY  14203 | Billing through   06/30/2023 |

CHILD VICTIMS ACT

PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/01/2023 | RDW | Telephone conference with BSK regarding possible meeting with Committee (.7); preparation for above call (.8); follow-up work on possible meeting and related issues (3.5); communications with Terrence M. Connors and Lawlor F. Quinlan III regarding above (.4); emails regarding Second Circuit third-party release decision (.2). | 5.60 hrs. | 250 /hr | 1,400.00 |
| 06/01/2023 | TMC | Review of Second Circuit decision regarding third-party releases (.5); communications with Randall D. White regarding possible meeting with Committee (.8). | 1.30 hrs. | 250 /hr | 325.00 |
| 06/02/2023 | RDW | Telephone conference with BSK regarding possible Committee meeting (.8); preparation for above call (.6); follow-up on possible meeting and related issues (1.9); emails with BSK regarding above (.4). | 3.70 hrs. | 250 /hr | 925.00 |
| 06/03/2023 | RDW | Review of file regarding relevant information for and issues concerning proposed meeting with Committee. | 2.30 hrs. | 250 /hr | 575.00 |
| 06/04/2023 | RDW | Review of file and preparation of detailed email to BSK regarding possible meeting with Committee. | 1.70 hrs. | 250 /hr | 425.00 |
| 06/05/2023 | LFQ | Communication with Chancery | 0.20 hrs. | 250 /hr | 50.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | representative regarding Adult Survivor Act Claim. | | | |
| 06/05/2023 | RDW | Review of email from BSK and draft letter regarding meeting with Committee (1.4); email response to BSK regarding above (.7). | 2.10 hrs. | 250 /hr | 525.00 |
| 06/05/2023 | TMC | Respond to request from Randall D. White and provide information regarding Committee meeting, related issues, and communication with BSK. | 1.10 hrs. | 250 /hr | 275.00 |
| 06/06/2023 | LFQ | Communications with attorney for Religious Order regarding obtaining records from Diocese. | 0.40 hrs. | 250 /hr | 100.00 |
| 06/06/2023 | TMC | Providing background information to Lawlor F. Quinlan III regarding a survivor who has applied for additional pastoral assistance (.4); email correspondence regarding a request from the Office of General Counsel of the USCCB regarding BSA Chapter 11 bankruptcy and contacting Diocese (.4). | 0.80 hrs. | 250 /hr | 200.00 |
| 06/07/2023 | RDW | Review of file in preparation for upcoming Diocese document review with BSK (4.8); emails with BSK and Diocese regarding above (.4). | 5.20 hrs. | 250 /hr | 1,300.00 |
| 06/07/2023 | TMC | Providing response to USCCB inquiry regarding BSA bankruptcy. | 0.50 hrs. | 250 /hr | 125.00 |
| 06/08/2023 | RDW | Meeting with BSK and Diocese to review documents at Diocese (6.5); emails with Diocese and BSK regarding above and follow-up (.3); further follow-up work on document review (2.0). | 8.80 hrs. | 250 /hr | 2,200.00 |
| 06/08/2023 | EJG | Meeting with Randall D. White regarding privilege review at the Diocese (.1); preparation for privilege review at the Diocese (.4). | 0.50 hrs. | 100 /hr | 50.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/09/2023 | RDW | Continue work on follow-up items from meeting at Diocese (6.4); emails to Diocese and BSK regarding above (1.4). | 7.80 hrs. | 250 /hr | 1,950.00 |
| 06/09/2023 | EJG | Preparation for privilege review at the Diocese (4.9); meeting with Randall D. White about privilege review at the Diocese (.6). | 5.50 hrs. | 100 /hr | 550.00 |
| 06/10/2023 | RDW | Review of file and research in preparation for privilege review and to respond to BSK inquiry. | 4.20 hrs. | 250 /hr | 1,050.00 |
| 06/10/2023 | TMC | Confer with Randall D. White regarding meeting and related issues. | 0.60 hrs. | 250 /hr | 150.00 |
| 06/11/2023 | RDW | Review of file and emails regarding meeting with Committee. | 0.70 hrs. | 250 /hr | 175.00 |
| 06/12/2023 | RDW | Review of draft confidentiality agreement and email comments to BSK (.5); preparation for and do privilege review at Diocese (5.5); preparation for and telephone conference with BSK regarding above (1.0); research and emails regarding revisions to confidentiality agreement (1.8); further emails with BSK and Diocese regarding above (1.0). | 9.80 hrs. | 250 /hr | 2,450.00 |
| 06/12/2023 | TMC | Confer with Randall D. White regarding meeting with Committee. | 0.30 hrs. | 250 /hr | 75.00 |
| 06/12/2023 | EJG | Review for privileged documents at the Diocese. | 6.60 hrs. | 100 /hr | 660.00 |
| 06/13/2023 | RDW | Preparation for and privilege review at Diocese (3.2); preparation for and telephone conference with BSK regarding above and further document review (.9); review of file and research regarding response to BSK inquiry (1.9). | 6.00 hrs. | 250 /hr | 1,500.00 |
| 06/13/2023 | EJG | Review for privileged documents at the Diocese. | 2.20 hrs. | 100 /hr | 220.00 |
| 06/14/2023 | TMC | Confer with Randall D. White | 0.60 hrs. | 250 /hr | 150.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | regarding Committee meeting. | | | |
| 06/22/2023 | TMC | Preparation for and participation in a conference call with the attorneys for other NYS Dioceses regarding investigations and possible impact on Diocese of Buffalo. | 0.50 hrs. | 250 /hr | 125.00 |
| 06/22/2023 | RDW | Participate in interim fee application hearing. | 0.50 hrs. | 250 /hr | 125.00 |
| 06/26/2023 | RDW | Receipt and review of email from BSK regarding meeting with Committee (.3); preparation of email response (.5 ); review of file to prepare more detailed further response (1.2 ). | 2.00 hrs. | 250 /hr | 500.00 |
| 06/27/2023 | RDW | Preparation of detailed email response to BSK regarding Committee meeting. | 1.50 hrs. | 250 /hr | 375.00 |
| 06/28/2023 | RDW | Email response to Diocese inquiry regarding meeting with Committee (1.2); telephone conference with BSK regarding above (.3); emails with BSK regarding above (.5); follow-up work in preparation for meeting (2.9). | 4.90 hrs. | 250 /hr | 1,225.00 |
| 06/29/2023 | RDW | Continued work on issues regarding meeting with Committee. | 1.40 hrs. | 250 /hr | 350.00 |

　　　　　　　　　　　　　　　　　Total fees for this matter　　　　　　　　　$20,105.00

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 06/30/2023 | COMPUTER RESEARCH - WESTLAW | 64.90 |
| 06/30/2023 | MAY MONTHLY HOSTING/DATA STORAGE | 541.90 |
| | Total disbursements for this matter | $606.80 |

**BILLING SUMMARY**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Connors, Terrence M. | Partner | 5.70 hrs | 250 /hr | 1,425.00 |
| White, Randall D. | Partner | 68.20 hrs | 250 /hr | 17,050.00 |
| Quinlan, Lawlor F. III | Partner | 0.60 hrs | 250 /hr | 150.00 |
| Gay, Emily J. | Legal Assistant | 14.80 hrs | 100 /hr | 1,480.00 |

| | | | | |
|---|---|---|---|---|
| TOTAL FEES | | 89.30 hrs | | $20,105.00 |
| TOTAL DISBURSEMENTS | | | | $606.80 |
| TOTAL CHARGES FOR THIS BILL | | | | $20,711.80 |