# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re:

    The Diocese of Buffalo, N.Y.

           Debtor(s)

Case No.: 1–20–10322–CLB
Chapter: 11

Tax ID: 16–0743984

## DEFICIENCY NOTICE

Docket #  *2505* – Motion for 2004 Examination / And Production of Documents of Certain Parties Filed on behalf of Creditor Committee Official Committee of Unsecured Creditors (Scharf, Ilan)

**PLEASE TAKE NOTICE** that the document(s) above contains deficiencies:

[   ] The caption on the document(s) filed does not match the case caption in CM/ECF.

[   ] Cover Sheet:

[   ] Notice of Motion –

[ X ] Motion/Notice of Motion: The notice of motion is missing.

[   ] Notice of Motion: Incorrect Hearing **[   ]** DATE; **[   ]** TIME; **[   ]** LOCATION.

[ X ] Certificate of service: is missing.

[   ] Proposed Order:

[   ] Other:

**ADDITIONAL INFORMATION:** *Contact Chambers for a hearing date & time at (716) 362–3281. For physical address and telephone conference information for ALL matters before Judge Bucki, click here.* Click here for Motion Practice and Scheduling Guidelines.

[ X ] This motion **WILL NOT** be considered by the Court.

[ X ] To efile, **Bankruptcy > Motions > AMENDED MOTION**. Link back to the original motion.

[ X ] To efile, **Bankruptcy >** Other > Certificate of Service. Link back to the original document

**\*Questions regarding this notice should be directed to the Buffalo Clerk's Office at 716–362–3200.**

Date: September 19, 2023      Lisa Bertino Beaser, Clerk of the Bankruptcy Court
                                    By: L. LaBelle, Deputy Clerk

Form defymtn/Doc 2508
www.nywb.uscourts.gov