UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

THE DIOCESE OF BUFFALO, N.Y.,

          Debtor.

Case No. 1-20-10322

Chapter 11

Hon. Carl L. Bucki, U.S.B.J.

### HARTFORD'S PARTIAL JOINDER TO OTHER INSURERS' OBJECTIONS TO THE COMMITTEE OF UNSECURED CREDITORS' AMENDED RULE 2004 MOTION AUTHORIZING EXAMINATIONS AND PRODUCTION OF DOCUMENTS

      Hartford Accident and Indemnity Company and Hartford Fire Insurance Company (both improperly named as Hartford Financial Services Group, Inc.) and First State Insurance Company (together, "Hartford") hereby file this joinder in support of (1) "Argument" Sections I.B., II and III of the Chubb Insurers' Objection to the Committee of Unsecured Creditors' Amended Rule 2004 Motion Authorizing Examinations and Production of Documents (Dkt. No. 2544), as well as any portions of the "Background" Section relevant thereto, and (2) The Certain Insurers' Limited Objection to the Committee of Unsecured Creditors' Amended Rule 2004 Motion Authorizing Examinations and Production of Documents (Dkt. No. 2545).

1

Dated: October 13, 2023

Respectfully submitted,

 /s/ *John Maloney*
John Maloney
GIMIGLIANO MAURIELLO & MALONEY
A Professional Association
163 Madison Avenue, Suite 500
P.O. Box 1449
Morristown, New Jersey 07962-1449
Telephone: (973) 946-8360
Facsimile: (973) 946-8252
jmaloney@lawgmm.com

Attorneys for Hartford Accident and Indemnity Company and Hartford Fire Insurance Company (both improperly named as Hartford Financial Services Group, Inc.) and First State Insurance Company