UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No.: 20-10322-CLB
Chapter: 11

## NOTICE OF FILING

PLEASE TAKE NOTICE that, in accordance with the Order entered July 9, 2020 [Docket No. 442] *Nunc Pro Tunc* to February 28, 2020, Connors LLP has filed the Monthly Fee Statement of Connors LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Diocese of Buffalo, N.Y., for the Period September 1, 2023 – September 30, 2023, a copy of which is attached hereto and hereby served upon you.

DATED:  Buffalo, New York
        October 23, 2023

                                    s/ Randall D. White
                                    Randall D. White, Esq.
                                    **CONNORS LLP**
                                    *Special Counsel for Debtor*
                                    *The Diocese of Buffalo, N.Y.*
                                    1000 Liberty Building
                                    Buffalo, New York 14202
                                    (716) 852-5533

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No.: 20-10322-CLB
Chapter: 11

# MONTHLY FEE STATEMENT OF CONNORS LLP
# FOR COMPENSATION FOR SERVICES RENDERED AND
# REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO
# THE DIOCESE OF BUFFALO, N.Y.
# FOR THE PERIOD SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023

| | |
|---|---|
| Name of Applicant: | Connors LLP |
| Authorized to Provide Professional Services to: | The Diocese of Buffalo, N.Y., Debtor-in-Possession |
| Date of Retention: | Order entered July 9, 2020 [Docket No. 442] *Nunc Pro Tunc* to February 28, 2020 |
| Period for which compensation and reimbursement is sought: | September 1, 2023 – September 30, 2023 |
| Amount of compensation sought as actual, reasonable, and necessary: | 80% of $14,235.00 **($11,388.00)** |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | **$611.29** |

This is a:   __X__ monthly ___ quarterly ___ final application.

This is the _____ monthly fee statement of Connors LLP in this case.

# CONNORS LLP
1000 Liberty Building
Buffalo, NY 14202
TAX ID NO. 16-1282035

October 20, 2023

DIOCESE OF BUFFALO  
795 Main Street  
Buffalo, NY 14203

Invoice# 39931 RDW
Our file# 002700 00006
Billing through 09/30/2023

## MISCELLANEOUS MATTERS

### PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/01/2023 | LFQ | (Independent Review Board) Prepare for next Independent Review Board meeting. | 0.50 hrs. | 250 /hr | 125.00 |
| 09/01/2023 | LFQ | (Misc) Review new complaint (.4); communication with Chancery representatives regarding same (.7); communication with claimant's attorney regarding same (.2). | 1.30 hrs. | 250 /hr | 325.00 |
| 09/05/2023 | LFQ | (Misc) Work on new allegation of past adult abuse (.5); communication with Victim Assistance Coordinator and Chancery representative regarding meeting with complainant (.6); communication with attorney for claimant (.3). | 1.40 hrs. | 250 /hr | 350.00 |
| 09/08/2023 | RMV | (Misc) Prepare for upcoming audit by reviewing recent claims. | 2.60 hrs. | 100 /hr | 260.00 |
| 09/09/2023 | LFQ | (Independent Review Board) Communications with Independent Review Board Chair regarding new complaint (.2); communication with investigator regarding same and regarding next Independent Review Board meeting (.4); communication with Chancery representative regarding same (.2). | 0.80 hrs. | 250 /hr | 200.00 |
| 09/09/2023 | TMC | (Independent Review Board) Receiving information from a number of sources regarding | 0.60 hrs. | 250 /hr | 150.00 |

| Date | Attorney | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | Independent Diocesan Review Board matter. | | | |
| 09/11/2023 | TMC | (Independent Review Board) Calls with attorney for priest regarding status and priest's Independent Review Board matter (.5); providing this information to Lawlor F. Quinlan III (.3). | 0.80 hrs. | 250 /hr | 200.00 |
| 09/11/2023 | LFQ | (Independent Review Board) Communication with Chancery representative regarding Independent Review Board meeting. | 0.40 hrs. | 250 /hr | 100.00 |
| 09/11/2023 | LFQ | (Misc) Communication with attorney for claimant regarding use of proof of claim and participation in investigation (.4); work with investigator regarding same (.2). | 0.60 hrs. | 250 /hr | 150.00 |
| 09/12/2023 | LFQ | (Independent Review Board) Work on documents for next week's Independent Review Board meeting (2.1); communication with investigator for completing reports for next week's meeting (.4). | 2.50 hrs. | 250 /hr | 625.00 |
| 09/14/2023 | LFQ | (Independent Review Board) Calls with Independent Review Board Chair regarding next week's meeting (.3); work on documents regarding same (1.0); communications with Victims Assistance Coordinator regarding new complaints (.3); communications with investigator regarding same (.2). | 1.80 hrs. | 250 /hr | 450.00 |
| 09/18/2023 | TMC | (Independent Review Board) Receiving background information in connection with priest's matter (.4); providing same to Lawlor F. Quinlan III for his presentation to the Independent Review Board (.4); confer with counsel for other NYS dioceses regarding OAG and FOIL issues (.4). | 1.20 hrs. | 250 /hr | 300.00 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/18/2023 | LFQ | (Independent Review Board) Review new reports from Victims Assistance Coordinator (.5); communication with Independent Review Board Chair regarding same and tomorrow's meeting (.4); communications with attorneys for priest (.3); communications with investigator regarding pending investigations and tomorrow's meeting (.2); work on materials for tomorrow's Independent Review Board meeting (2.1); communication with auditor (.3); prepare for audit (.2). | 4.00 hrs. | 250 /hr | 1,000.00 |
| 09/19/2023 | LFQ | (Independent Review Board) Prepare for and participate in Independent Review Board meeting (4.0); meeting with Independent Review Board Chair regarding issues addressed at meeting (.5). | 4.50 hrs. | 250 /hr | 1,125.00 |
| 09/20/2023 | LFQ | (Misc) Communication with Chancery representative regarding policies. | 0.30 hrs. | 250 /hr | 75.00 |
| 09/21/2023 | TMC | (Misc) Conference call with an attorney for a parent who had some issues with the operation of a school and efforts to try and resolve these issues satisfactorily. | 0.50 hrs. | 250 /hr | 125.00 |
| 09/25/2023 | LFQ | (Misc) Prepare for audit by reviewing all claims that have come in during the past year and all documents regarding their handling (4.5); work on documents to assist with audit (.5). | 5.00 hrs. | 250 /hr | 1,250.00 |
| 09/25/2023 | LFQ | (Independent Review Board) Work on documents decided upon at Independent Review Board meeting (.8); communication with Independent Review Board Chair regarding same (.3). | 1.10 hrs. | 250 /hr | 275.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/25/2023 | RDW | (Misc) Conference with Terrence M. Connors and Lawlor F. Quinlan III regarding upcoming meeting with monitor. | 0.30 hrs. | 250 /hr | 75.00 |
| 09/25/2023 | RMV | (Misc) Compile information to help prepare Lawlor F. Quinlan III for upcoming audit. | 0.60 hrs. | 100 /hr | 60.00 |
| 09/25/2023 | EJG | (Misc) Assist Lawlor F. Quinlan III with preparation for the audit. | 0.60 hrs. | 100 /hr | 60.00 |
| 09/26/2023 | LFQ | (Independent Review Board) Work on documents requested by Independent Review Board Chair. | 0.30 hrs. | 250 /hr | 75.00 |
| 09/26/2023 | LFQ | (Misc) Prepare for audit (.7); appear for questioning by auditors (2.8). | 3.50 hrs. | 250 /hr | 875.00 |
| 09/26/2023 | EJG | (Misc) Assisting Lawlor F. Quinlan III with documents needed for the 2023 audit. | 0.70 hrs. | 100 /hr | 70.00 |
| 09/27/2023 | LFQ | (Misc) Assist Chancery representative with questions for audit. | 0.50 hrs. | 250 /hr | 125.00 |
| 09/28/2023 | LFQ | (Independent Review Board) Communications with Independent Review Board Chair regarding various issues (.4); work on documents related to last Independent Review Board meeting (.3); communications with Independent Review Board member regarding same (.2); communications with Independent Review Board members regarding policies to be reviewed and potentially revised (.3). | 1.20 hrs. | 250 /hr | 300.00 |
| 09/29/2023 | LFQ | (Misc) Communication with investigator regarding problems connecting with accuser (.3); communication with accuser's attorney in attempts to resolve same (.2). | 0.50 hrs. | 250 /hr | 125.00 |
| 09/30/2023 | RDW | (Misc) Preparation of seventh interim fee application. | 0.50 hrs. | 250 /hr | 125.00 |

| | | | | |
|---|---|---|---|---|
| Total fees for this matter | | | | $8,975.00 |

BILLING SUMMARY

| Name | Role | Hours | Rate | Amount |
|---|---|---|---|---|
| Connors, Terrence M. | Partner | 3.10 hrs | 250 /hr | 775.00 |
| White, Randall D. | Partner | 0.80 hrs | 250 /hr | 200.00 |
| Quinlan, Lawlor F. III | Partner | 30.20 hrs | 250 /hr | 7,550.00 |
| Valkwitch, Rachel M. | Legal Assistant | 3.20 hrs | 100 /hr | 320.00 |
| Gay, Emily J. | Legal Assistant | 1.30 hrs | 100 /hr | 130.00 |
| TOTAL FEES | | 38.60 hrs | | $8,975.00 |
| TOTAL CHARGES FOR THIS BILL | | | | $8,975.00 |

# CONNORS LLP
1000 Liberty Building
Buffalo, NY  14202
TAX ID NO. 16-1282035

October 20, 2023

| | | | Invoice# | 39932 | RDW |
|---|---|---|---|---|---|
| DIOCESE OF BUFFALO | | | Our file# | 002700 | 00040 |
| 795 Main Street | | | Billing through | | 09/30/2023 |
| Buffalo, NY  14203 | | | | | |

NYSAG SUBPOENA

PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/08/2023 | LFQ | Review decision of Office of Attorney General and forward to team with comments. | 0.30 hrs. | 250 /hr | 75.00 |
| 09/11/2023 | LFQ | Communication with team regarding response to the letter from Office of Attorney General. | 0.60 hrs. | 250 /hr | 150.00 |
| 09/12/2023 | LFQ | Review past correspondence with Office of Attorney General in 2022 and compare to recent response of Office of Attorney General (.5); prepare for and participate in conference call with team regarding next steps (.8); communications with Jones Day attorneys regarding follow-up (.3). | 1.60 hrs. | 250 /hr | 400.00 |
| 09/13/2023 | LFQ | Communication with team regarding obtaining additional information for appeal. | 0.30 hrs. | 250 /hr | 75.00 |
| 09/14/2023 | LFQ | Prepare for and participate in call with team regarding appeal of Office of Attorney General determination (.7); research regarding potential Article 78 proceeding (.2). | 0.90 hrs. | 250 /hr | 225.00 |
| 09/14/2023 | TMC | Preparation for and participation in conference call with attorneys for other NYS dioceses regarding status of investigations. | 0.60 hrs. | 250 /hr | 150.00 |
| 09/19/2023 | LFQ | Work on FOIL research and exceptions (2.0); work on appeal of FOIL officer's decision (1.1). | 3.10 hrs. | 250 /hr | 775.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/20/2023 | LFQ | Work on appeal (2.0); work on research to help with potential Article 78 proceeding (1.4); communications with Jones Day attorneys regarding same (.2). | 3.60 hrs. | 250 /hr | 900.00 |
| 09/21/2023 | LFQ | Work on letter to Office of Attorney General (.2); participate in call with team (.7). | 0.90 hrs. | 250 /hr | 225.00 |
| 09/25/2023 | LFQ | Work on appeal of decision of records officer (.6); communication with team regarding same (.2). | 0.80 hrs. | 250 /hr | 200.00 |
| 09/26/2023 | LFQ | Finalize appeal (.5); communications regarding same (.2). | 0.70 hrs. | 250 /hr | 175.00 |
| 09/28/2023 | TMC | Preparation for and participation in a conference call with attorneys for other NYS dioceses regarding status of investigations (.5); memo to file (.2). | 0.70 hrs. | 250 /hr | 175.00 |

                                        Total fees for this matter                        $3,525.00

**DISBURSEMENTS**
09/30/2023     COMPUTER RESEARCH - WESTLAW                                         69.39
                        Total disbursements for this matter                              $69.39

**BILLING SUMMARY**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Connors, Terrence M. | Partner | 1.30 hrs | 250 /hr | 325.00 |
| Quinlan, Lawlor F. III | Partner | 12.80 hrs | 250 /hr | 3,200.00 |
| TOTAL FEES | | 14.10 hrs | | $3,525.00 |

TOTAL DISBURSEMENTS                                                              $69.39

TOTAL CHARGES FOR THIS BILL                                                  $3,594.39

# CONNORS LLP
1000 Liberty Building
Buffalo, NY  14202
TAX ID NO. 16-1282035

October 20, 2023

|  |  |
|---|---|
| DIOCESE OF BUFFALO<br>795 Main Street<br>Buffalo, NY  14203 | Invoice#	39933	RDW<br>Our file#	002700	00046<br>Billing through	09/30/2023 |

CHILD VICTIMS ACT

<u>PROFESSIONAL SERVICES</u>

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/01/2023 | RDW | Review of file regarding bankruptcy notice issues (.4); review of potential document issues (.3); email to BSK regarding both of above (.3). | 1.00 hrs. | 250 /hr | 250.00 |
| 09/02/2023 | RDW | Continue review of file and analysis of potential document issues. | 1.00 hrs. | 250 /hr | 250.00 |
| 09/06/2023 | TMC | Review of the opposition of the Diocese to the stay motion at the request of the Diocese. | 0.40 hrs. | 250 /hr | 100.00 |
| 09/06/2023 | RDW | Review of opposition to motion regarding stay; email regarding above. | 0.20 hrs. | 250 /hr | 50.00 |
| 09/08/2023 | RDW | Review of motion for sanctions for stay violation regarding CVA state court action. | 0.40 hrs. | 250 /hr | 100.00 |
| 09/14/2023 | RDW | Receipt of insurer's request for information regarding two claims (.3); emails with paralegal, Emily J. Gay regarding above (.1). | 0.40 hrs. | 250 /hr | 100.00 |
| 09/15/2023 | RDW | Research regarding response to insurer's information request regarding two claims (2.4); email to Blank Rome regarding above (.4). | 2.80 hrs. | 250 /hr | 700.00 |
| 09/15/2023 | EJG | Assisting Randall D. White with an inquiry from Blank Rome. | 0.10 hrs. | 100 /hr | 10.00 |
| 09/18/2023 | TMC | Review the Creditors' Committee motion to serve non-party document subpoenas and take | 0.30 hrs. | 250 /hr | 75.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | non-party depositions in pursuant of diocesan coverage. | | | |
| 09/18/2023 | RDW | Review of Creditors Committee motion for non-party document production and deposition regarding insurance. | 0.40 hrs. | 250 /hr | 100.00 |
| | | Total fees for this matter | | | $1,735.00 |

**DISBURSEMENTS**

| | | | |
|---|---|---|---|
| 09/29/2023 | AUG MONTHLY HOSTING/DATA STORAGE | | 541.90 |
| | Total disbursements for this matter | | $541.90 |

**BILLING SUMMARY**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Connors, Terrence M. | Partner | 0.70 hrs | 250 /hr | 175.00 |
| White, Randall D. | Partner | 6.20 hrs | 250 /hr | 1,550.00 |
| Gay, Emily J. | Legal Assistant | 0.10 hrs | 100 /hr | 10.00 |
| **TOTAL FEES** | | 7.00 hrs | | **$1,735.00** |
| **TOTAL DISBURSEMENTS** | | | | **$541.90** |
| **TOTAL CHARGES FOR THIS BILL** | | | | **$2,276.90** |