**Schedule 1**
**Disclosures**

| INDIVIDUAL OR ENTITY | RELATION TO DEBTOR | RELATIONSHIP TO BURNS BAIR |
|---|---|---|
| Jeff Anderson & Associates, P.A. | Counsel to Committee Member | Jeff Anderson & Associates, P.A. was co-counsel with Burns Bair in the matter captioned *The Congregation of Christian Brothers of Hawaii, Inc. d/b/a/ Damien Memorial School v. First Insurance Company of Hawaii, Ltd.* Civil No. 16-1-0164-01 (JPC), pending in the Circuit Court of the First Circuit, State of Hawaii.<br><br>Jeff Anderson & Associates, P.A. is currently co-counsel with Burns Bair in the matter captioned *TIG Insurance Company v. Missionary Oblates of Mary Immaculate*, Civil No. 20-cv-02261, pending in the US District Court for the District of Minnesota.<br><br>Jeff Anderson & Associates, P.A. is also co-counsel with Burns Bair on behalf certain sexual abuse survivors who have claims pending in the bankruptcy of the Diocese of Camden, New Jersey, Case No. 20-21257, pending in the US Bankruptcy Court for the District of New Jersey. |