UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

The Diocese of Buffalo, N.Y.

        Debtor

Case No.:  20-10322-CLB
Chapter:  11

## NOTICE OF FILING

PLEASE TAKE NOTICE that, in accordance with the Order entered July 15, 2020

[Docket No. 454] *Nunc Pro Tunc* to February 28, 2020, Chelus, Herdzik, Speyer & Monte,

P.C. has filed the Seventh Monthly Fee Statement of Chelus, Herdzik, Speyer & Monte, P.C.

for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to

The Diocese of Buffalo, N.Y., for the Period FEBRUARY 1, 2023 through JULY 31, 2023,

a copy of which is attached hereto and hereby served upon you.


Dated: Buffalo, New York
      October 17, 2023

Thomas J. Speyer
Chelus, Herdzik, Speyer & Monte, P.C.
*Attorneys for Debtor,*
*THE DIOCESE OF BUFFALO, N.Y.*
438 Main Street, 10th Floor
Buffalo, New York 14202
(716) 852-3600

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

The Diocese of Buffalo, N.Y.                    Case No.: 20-10322-CLB
                                                Chapter: 11

                          Debtor

## SEVENTH MONTHLY FEE STATEMENT OF CHELUS, HERDZIK, SPEYER & MONTE, P.C. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DIOCESE OF BUFFALO FOR THE PERIOD <u>FEBRUARY 1, 2023 THROUGH JULY 31, 2023</u>

| | |
|---|---|
| Name of Applicant: | Chelus, Herdzik, Speyer & Monte, P.C. |
| Authorized to Provide Professional Services to: | The Diocese of Buffalo, N.Y., Debtor-In-Possession |
| Date of Retention: | Order entered July 15, 2020 [Docket No. 454] *Nunc Pro Tunc* to February 28, 2020 |
| Period for which compensation and reimbursement is sought: | FEBRUARY 1, 2023 THROUGH JULY 31, 2023 |
| Amount of compensation sought as actual, reasonable and necessary: | $16,038.50 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $1,536.90 |

This is a:   _x_ monthly ___ quarterly ___ final application

This is the <u>seventh</u> monthly fee statement of Chelus, Herdzik, Speyer & Monte, P.C. in this case.

Doc #1009783.1



# CHELUS HERDZIK SPEYER & MONTE PC
ATTORNEYS & COUNSELORS AT LAW

### Forward Thinking Since 1896

438 Main Street, Tenth Floor ▪ Buffalo, New York 14202 ▪ 716-852-3600 ▪ 716-852-0038 (fax)

www.cheluslaw.com

Michael Shaw
Diocese of Buffalo
795 Main Street
Buffalo, NY 14203-1250

Statement Date: 10/10/2023
File Number: 82.1926533
Statement No.: 86467

Page:1

Ins: Diocese of Buffalo
D/E:
File:

*Statement Includes Fees and Expenses for the period through 07/31/2023*
Payments received after 07/31/2023 are not reflected on this statement
**Balance Due 11/09/2023**

| | | |
|---|---|---:|
| Previous Balance | | $275.00 |

### Fees

| | | | Hours | |
|---|---|---|---:|---:|
| 04/06/2023 | | | | |
| KEL | Review and analyze correspondence and Notice of Change of firm name and address from plaintiff's attorney. | | 0.20 | 50.00 |
| | For Current Services Rendered | | 0.20 | 50.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Kevin E. Loftus | 0.20 | $250.00 | $50.00 |

| | |
|---|---:|
| Total Current Work | 50.00 |

| | |
|---|---:|
| Balance Due | $50.00 |

*We appreciate your business!*



www.cheluslaw.com

Michael Shaw
Diocese of Buffalo
795 Main Street
Buffalo, NY  14203-1250

Statement Date: 10/10/2023
File Number:  82.1926534
Statement No.:  86468

Page:1

Ins: Diocese of Buffalo
D/E:
File:

*Statement Includes Fees and Expenses for the period through 07/31/2023*
*Payments received after 07/31/2023 are not reflected on this statement*
**Balance Due 11/09/2023**

| | | | Hours | |
|---|---|---|---|---|
| Previous Balance | | | | $75.00 |

### Fees

| 04/06/2023 | | | Hours | |
|---|---|---|---|---|
| KEL | Review and analyze correspondence and Notice of Change of firm name and address from plaintiff's attorney. | | 0.20 | 50.00 |
| | For Current Services Rendered | | 0.20 | 50.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Kevin E. Loftus | 0.20 | $250.00 | $50.00 |

| | |
|---|---|
| Total Current Work | 50.00 |

| | |
|---|---|
| Balance Due | $50.00 |

*We appreciate your business!*



# CHELUS HERDZIK SPEYER & MONTE PC
ATTORNEYS & COUNSELORS AT LAW

Forward Thinking Since 1896

438 Main Street, Tenth Floor ▪ Buffalo, New York 14202 ▪ 716-852-3600 ▪ 716-852-0038 (fax)

www.cheluslaw.com

Michael Shaw
Diocese of Buffalo
795 Main Street
Buffalo, NY  14203-1250

Statement Date: 10/10/2023
File Number:    82.1926619
Statement No.:  86469

Page:1

Ins: Diocese of Buffalo
D/E:
File:

*Statement Includes Fees and Expenses for the period through 07/31/2023*
*Payments received after 07/31/2023 are not reflected on this statement*
**Balance Due 11/09/2023**

| | |
|---|---:|
| Previous Balance | $50.00 |

### Fees

| Date | | Description | Hours | |
|---|---|---|---:|---:|
| 04/06/2023 | KEL | Review and analyze correspondence and Notice of Change of firm name and address from plaintiff's attorney. | 0.20 | 50.00 |
| | | For Current Services Rendered | 0.20 | 50.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Kevin E. Loftus | 0.20 | $250.00 | $50.00 |

| | |
|---|---:|
| Total Current Work | 50.00 |
| Balance Due | $50.00 |

*We appreciate your business!*



John Scholl
Diocese of Buffalo
795 Main Street
Buffalo, NY   14203-1250

Statement Date: 10/10/2023
File Number:   82.1926624
Statement No.:  86470

Page:1

Ins: Diocese of Buffalo
D/E:
File:

*Statement Includes Fees and Expenses for the period through 07/31/2023*
Payments received after*07/31/2023* are not reflected on this statement
**Balance Due 11/09/2023**

| | |
|---|---:|
| Previous Balance | $64.00 |

### Fees

| Date | | Description | Hours | |
|---|---|---|---:|---:|
| 04/11/2023 | KEL | Review and analyze court notice discussing plaintiff's change of service and firm name. | 0.20 | 50.00 |
| | | For Current Services Rendered | 0.20 | 50.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Kevin E. Loftus | 0.20 | $250.00 | $50.00 |

| | |
|---|---:|
| Total Current Work | 50.00 |
| Balance Due | $50.00 |

*We appreciate your business!*



# CHELUS HERDZIK SPEYER & MONTE PC

ATTORNEYS & COUNSELORS AT LAW

Forward Thinking Since 1896

438 Main Street, Tenth Floor ▪ Buffalo, New York 14202 ▪ 716-852-3600 ▪ 716-852-0038 (fax)

www.cheluslaw.com

Michael Shaw
Diocese of Buffalo
795 Main Street
Buffalo, NY  14203-1250

Statement Date: 04/12/2023
File Number:    82.1926616
Statement No.:  84721

Page:1

Ins: Diocese of Buffalo
D/E:
File:

*Statement Includes Fees and Expenses for the period through 03/31/2023*
Payments received after *03/31/2023* are not reflected on this statement
**Balance Due 05/12/2023**

| | | |
|---|---|---|
| Previous Balance | | $75.00 |

## Fees

| | | Hours | |
|---|---|---|---|
| 3/30/2023 KEL | Analyze document from Court modifying service on plaintiff's attorney. | 0.20 | 50.00 |
| | For Current Services Rendered | 0.20 | 50.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Kevin E. Loftus | 0.20 | $250.00 | $50.00 |

| | | |
|---|---|---|
| Total Current Work | | 50.00 |

## Payments

| | | |
|---|---|---|
| 8/17/2020 | Payment of fees. Thank you. | -75.00 |
| | Balance Due | $50.00 |

*We appreciate your business!*



**CHELUS HERDZIK SPEYER & MONTE PC**
ATTORNEYS & COUNSELORS AT LAW

*Forward Thinking Since 1896*

438 Main Street, Tenth Floor ▪ Buffalo, New York 14202 ▪ 716-852-3600 ▪ 716-852-0038 (fax)

www.cheluslaw.com

Michael Shaw
Diocese of Buffalo
795 Main Street
Buffalo, NY   14203-1250

Statement Date: 04/12/2023
File Number:    82.1926617
Statement No.:  84722

Page:1

Ins: Diocese of Buffalo
D/E:
File:

*Statement Includes Fees and Expenses for the period through 03/31/2023*
Payments received after 03/31/2023 are not reflected on this statement
**Balance Due 05/12/2023**

| | | |
|---|---|---:|
| Previous Balance | | $25.00 |

**Fees**

| | | Hours | |
|---|---|---|---|
| 03/30/2023 | | | |
| KEL | Review correspondence and notice from Court discussing status of plaintiff's attorney's status and information. | 0.20 | 50.00 |
| | For Current Services Rendered | 0.20 | 50.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Kevin E. Loftus | 0.20 | $250.00 | $50.00 |

| | |
|---|---:|
| Total Current Work | 50.00 |

**Payments**

| | | |
|---|---|---:|
| 08/17/2020 | Payment of fees. Thank you. | -25.00 |

| | |
|---|---:|
| Balance Due | $50.00 |

*We appreciate your business!*



**CHELUS HERDZIK SPEYER & MONTE PC**

ATTORNEYS · COUNSELORS AT LAW

Forward Thinking Since 1896

438 Main Street, Tenth Floor ▪ Buffalo, New York 14202 ▪ 716-852-3600 ▪ 716-852-0038 (fax)

www.cheluslaw.com

Michael Shaw
Diocese of Buffalo
795 Main Street
Buffalo, NY   14203-1250

Statement Date: 04/12/2023
File Number:    82.1926618
Statement No.:  84723

Page:1

Ins: Diocese of Buffalo
D/E:
File:

*Statement Includes Fees and Expenses for the period through 03/31/2023*
Payments received after *03/31/2023* are not reflected on this statement
**Balance Due 05/12/2023**

| | | | | |
|---|---|---|---|---|
| Previous Balance | | | | $75.00 |

Fees

| | | | Hours | |
|---|---|---|---|---|
| 3/30/2023 | | | | |
| KEL | Review and analyze correspondence and notice from Court discussing status of plaintiff's attorney's status and information. | | 0.10 | 25.00 |
| | For Current Services Rendered | | 0.10 | 25.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Kevin E. Loftus | 0.10 | $250.00 | $25.00 |

| | | |
|---|---|---|
| Total Current Work | | 25.00 |

Payments

| | | |
|---|---|---|
| 8/17/2020 | Payment of fees. Thank you. | -75.00 |

| | | |
|---|---|---|
| Balance Due | | $25.00 |

*We appreciate your business!*



**CHELUS HERDZIK SPEYER & MONTE PC**
ATTORNEYS & COUNSELORS AT LAW

Forward Thinking Since 1896

438 Main Street, Tenth Floor ■ Buffalo, New York 14202 ■ 716-852-3600 ■ 716-852-0038 (fax)

www.cheluslaw.com

John Scholl
Diocese of Buffalo
795 Main Street
Buffalo, NY 14203-1250

Statement Date: 10/10/2023
File Number: 81.1703218
Statement No.: 86450

Page:1

Ins: St. Christophers
D/E: 09/15/16
File:

*Statement Includes Fees and Expenses for the period through 07/31/2023*
*Payments received after 07/31/2023 are not reflected on this statement*
**Balance Due 11/09/2023**

| | | |
|---|---|---|
| Previous Balance | | $39.00 |

Fees

| | | Hours | |
|---|---|---|---|
| 07/31/2023 | | | |
| NMH | Receive/respond to correspondence from RJ Hoffman discussing bankruptcy stay. | 0.10 | 13.00 |
| | For Current Services Rendered | 0.10 | 13.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Nicholas M. Hriczko | 0.10 | $130.00 | $13.00 |

| | |
|---|---|
| Total Current Work | 13.00 |

| | |
|---|---|
| Balance Due | $13.00 |

Interim



# CHELUS HERDZIK
# SPEYER & MONTE PC
ATTORNEYS & COUNSELORS AT LAW

Forward Thinking Since 1896

438 Main Street, Tenth Floor ■ Buffalo, New York 14202 ■ 716-852-3600 ■ 716-852-0038 (fax)

www.cheluslaw.com

John Scholl
Diocese of Buffalo
795 Main Street
Buffalo, NY 14203-1250

Statement Date: 10/10/2023
File Number: 81.1803250
Statement No.: 86451

Page:1

Ins: Divine Mercy Roman Catholic Church
D/E: 01/25/15
File: 7652-GB-01

*Statement Includes Fees and Expenses for the period through 07/31/2023*
Payments received after *07/31/2023* are not reflected on this statement
**Balance Due 11/09/2023**

Previous Balance                                                                                    $238.00

## Fees

|  |  | Hours |  |
|---|---|---|---|
| 04/03/2023 |  |  |  |
| NMH | Receive/review filed stipulation amending case caption. | 0.10 | 13.00 |
| 04/05/2023 |  |  |  |
| NMH | Receive/respond to correspondence from Judge Feroleto discussing pre-trial conference and outstanding discovery. | 0.20 | 26.00 |
| 04/28/2023 |  |  |  |
| NMH | Appear/attend pre-trial conference with Judge Feroleto. | 0.60 | 78.00 |
| NMH | Correspondence to Mike Shaw discussing pre-trial conference with Judge Feroleto and correspondence to client discussing necessity of examination before trial. | 0.30 | 39.00 |
| 05/23/2023 |  |  |  |
| NMH | Telephone call to Dorothy Ducatte discussing necessity of examination before trial. | 0.10 | 13.00 |
| 05/26/2023 |  |  |  |
| NMH | Correspondence to          discussing necessity of examination before trial . | 0.20 | 26.00 |

Diocese of Buffalo

Ins: Divine Mercy Roman Catholic Church
D/E: 01/25/15
File: 7652-GB-01

|  |  |  | Hours |  |
|---|---|---|---|---|
| 07/11/2023 |  |  |  |  |
| NMH | Telephone call with Aneta discussing examination before trial of  and e-mail correspondence to Mike Shaw. |  | 0.30 | 39.00 |
| 07/12/2023 |  |  |  |  |
| NMH | Telephone call to  r discussing necessity of examination before trial. |  | 0.30 | 39.00 |
| 07/13/2023 |  |  |  |  |
| NMH | Receive/review correspondence from Matt Mosher discussing examination before trial of ! |  | 0.10 | 13.00 |
| NMH | Correspondence to  discussing necessity of examination before trial. |  | 0.20 | 26.00 |
| 07/17/2023 |  |  |  |  |
| NMH | Receive/review correspondence from Matt Mosher discussing  examination before trial. |  | 0.10 | 13.00 |
|  | For Current Services Rendered |  | 2.50 | 325.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Nicholas M. Hriczko | 2.50 | $130.00 | $325.00 |

Total Current Work                                             325.00

Balance Due                                                   $351.00

Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 325.00 | 0.00 | 0.00 | 0.00 | 26.00 | 0.00 |

*We appreciate your business!*



# CHELUS HERDZIK SPEYER & MONTE PC

ATTORNEYS & COUNSELORS AT LAW

Forward Thinking Since 1896

438 Main Street, Tenth Floor ◾ Buffalo, New York 14202 ◾ 716-852-3600◾ 716-852-0038 (fax)

www.cheluslaw.com

John Scholl
Diocese of Buffalo
795 Main Street
Buffalo, NY 14203-1250

Statement Date: 10/10/2023
File Number: 81.1803553
Statement No.: 86452

Page:1

Ins: St. Peter Roman Catholic Church
D/E: 07/09/17
File: 9321-GB-01

*Statement Includes Fees and Expenses for the period through 07/31/2023*
Payments received after*07/31/2023* are not reflected on this statement
**Balance Due 11/09/2023**

| | | | |
|---|---|---|---|
| Previous Balance | | | $1,305.50 |

### Fees

| Date | | | Hours | |
|---|---|---|---|---|
| 04/03/2023 | | | | |
| TJS | Review plaintiff's submittal to ADR before court mediator, Amy Ziegler. | | 0.80 | 128.00 |
| 04/05/2023 | | | | |
| TJS | Review file materials including notations from recent mediation in preparation for mediation tomorrow. | | 1.80 | 288.00 |
| 04/06/2023 | | | | |
| TJS | Attend to mediation with Court ADR. | | 2.60 | 416.00 |
| TJS | Prepare letter to Bankruptcy Counsel. | | 0.40 | 64.00 |
| TJS | Letter to Diocese of Buffalo on settlement. | | 0.30 | 48.00 |
| 05/16/2023 | | | | |
| NMH | Correspondence to Paul Barr discussing Center for Medicare Services letter regarding lien and release. | | 0.20 | 26.00 |
| 05/23/2023 | | | | |
| NMH | Correspondence to Paul Barr discussing final Center for Medicare Services demand letter. | | 0.10 | 13.00 |

Diocese of Buffalo

Ins: St. Peter Roman Catholic Church
D/E: 07/09/17
File: 9321-GB-01

|  |  | Hours |  |
|---|---|---|---|
| NMH | Receive/review Center for Medicare Services' demand letter. | 0.20 | 26.00 |

**06/15/2023**

| NMH | Receive/review correspondence from Paul Barr discussing release and stipulation. | 0.20 | 26.00 |
|---|---|---|---|
| NMH | Correspondence to Mike Shaw discussing general release. | 0.10 | 13.00 |

**07/03/2023**

| NMH | Correspondence to Paul Barr discussing settlement funds. | 0.10 | 13.00 |
|---|---|---|---|
|  | For Current Services Rendered | 6.80 | 1,061.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Thomas J. Speyer | 5.90 | $160.00 | $944.00 |
| Nicholas M. Hriczko | 0.90 | 130.00 | 117.00 |

### Advances

| 04/17/2023 | (85) Federal Express - Delivery of package to Saint Peter RC Church on 04/12/23. | 15.38 |
|---|---|---|
| 07/11/2023 | M&T Credit Card charge - Court mandated fee to file Stipulation of Discontinuance in Niagara County Supreme Court. | 36.05 |
|  | Total Advances | 51.43 |
|  | Total Current Work | 1,112.43 |

| Balance Due | $1,241.93 |
|---|---|

### Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 1,112.43 | 0.00 | 0.00 | 0.00 | 116.50 | 13.00 |

Your trust account balance is

| Opening Balance | $40.00 |
|---|---|
| Closing Balance | $40.00 |



# CHELUS HERDZIK SPEYER & MONTE PC

ATTORNEYS & COUNSELORS AT LAW

Forward Thinking Since 1896

438 Main Street, Tenth Floor ■ Buffalo, New York 14202 ■ 716-852-3600■ 716-852-0038 (fax)

www.cheluslaw.com

John Scholl
Diocese of Buffalo
795 Main Street
Buffalo, NY  14203-1250

Statement Date: 10/10/2023
File Number:   81.1903144
Statement No.:  86453

Page:1

Ins: St. Bridgets RCC Society of Newfane
D/E: 12/26/18
File: 9248-PM-01

*Statement Includes Fees and Expenses for the period through 07/31/2023*
*Payments received after07/31/2023 are not reflected on this statement*
**Balance Due 11/09/2023**

|  |  |  |  |
|---|---|---|---|
| Previous Balance |  |  | $405.00 |

## Fees

|  |  |  | Hours |  |
|---|---|---|---|---|
| 05/01/2023 |  |  |  |  |
| TJS | Telephone call with mediator on ADR. |  | 0.40 | 64.00 |
| 05/16/2023 |  |  |  |  |
| TJS | Telephone call from plaintiff's attorney on settlement and minor lien. Letter to bankruptcy attorneys seeking approval of settlement. Letter to Diocese on settlement in principle. |  | 1.00 | 160.00 |
| 06/12/2023 |  |  |  |  |
| NMH | Receive/review correspondence from Bill Moore with general release and stipulation of discontinuance and correspondence to Mike Shaw. |  | 0.30 | 39.00 |
| 07/10/2023 |  |  |  |  |
| NMH | Correspondence to Bill Moore discussing settlement. |  | 0.10 | 13.00 |
|  | For Current Services Rendered |  | 1.80 | 276.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Thomas J. Speyer | 1.40 | $160.00 | $224.00 |

Diocese of Buffalo

Ins: St. Bridgets RCC Society of Newfane
D/E: 12/26/18
File: 9248-PM-01

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Nicholas M. Hriczko | 0.40 | 130.00 | 52.00 |

### Advances

| | | Total |
|---|---|---|
| 07/11/2023 | M&T Credit Card charge - Court mandated fee to file Stipulation of Discontinuance in Niagara County Supreme Court. | 36.05 |
| | Total Advances | 36.05 |
| | Total Current Work | 312.05 |

| | Balance Due | $360.05 |
|---|---|---|

#### Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 312.05 | 0.00 | 0.00 | 0.00 | 48.00 | 0.00 |

*We appreciate your business!*



www.cheluslaw.com

John Scholl
Diocese of Buffalo
795 Main Street
Buffalo, NY   14203-1250

Statement Date: 10/10/2023
File Number:    81.1903279
Statement No.:  86454

Page:1

Ins: St. Benedict RCC
D/E: 02/20/19
File: 9465-GB-01

*Statement Includes Fees and Expenses for the period through 07/31/2023*
Payments received after 07/31/2023 are not reflected on this statement
**Balance Due 11/09/2023**

Previous Balance                                                          $1,798.75

Fees

|  |  | Hours |  |
|---|---|---|---|
| 04/17/2023 |  |  |  |
| NMH | Appear for/attend pre-trial conference with Judge Walter. | 0.60 | 78.00 |
| 05/24/2023 |  |  |  |
| NMH | Appear for and attend pre-trial conference with Judge Walter. | 0.50 | 65.00 |
| NMH | Letter to Mike Shaw discussing pre-trial conference with Judge Walter, note of issue, and Independent Medical Examination of plaintiff. | 0.10 | 13.00 |
| AOK | Telephone call and follow up letter to Buffalo General Hospital discussing imaging records. | 0.30 | 25.50 |
| 05/30/2023 |  |  |  |
| NMH | Receive/review correspondence from Judge Walter discussing trial. | 0.10 | 13.00 |
| 05/31/2023 |  |  |  |
| NMH | Receive/review correspondence from Brian Stamm discussing trial. | 0.10 | 13.00 |

Diocese of Buffalo

Ins: St. Benedict RCC
D/E: 02/20/19
File: 9465-GB-01

|  |  |  | Hours |  |
|---|---|---|---|---|
| **06/05/2023** | | | | |
| | NMH | Receive/review correspondence from Judge Walter discussing trial. | 0.10 | 13.00 |
| | AOK | Review medical reports received from Buffalo General Hospital regarding imaging treatment rendered to plaintiff. | 0.10 | 8.50 |
| | AOK | Letter to Dr. Molinari discussing additional imaging for his review relative to Independent Medical Examination of plaintiff. | 0.10 | 8.50 |
| | AOK | Review imaging medical reports received from Windsong Radiology, Buffalo General Hospital, Excelsior Orthopaedics, and Seton Imaging for information required by Dr. Cohn in connection with independent film and record review of the plaintiff. | 0.40 | 34.00 |
| | AOK | Letter to Dr. Cohn discussing independent film and record review of the plaintiff. | 0.10 | 8.50 |
| **07/06/2023** | | | | |
| | NMH | Receive/review Independent Medical Examination report by Dr. Molinari. | 0.70 | 91.00 |
| | NMH | Correspondence to Brian Stamm discussing Independent Medical Examination report of Dr. Molinari. | 0.10 | 13.00 |
| | NMH | Correspondence to Mike Shaw discussing Independent Medical Examination report of Dr. Molinari. | 0.10 | 13.00 |
| **07/07/2023** | | | | |
| | AOK | Review Dr. Molinari's Independent Medical Examination report of plaintiff. | 0.30 | 25.50 |
| | AOK | Telephone call from Dr. Cohn discussing independent radiology record review of plaintiff. | 0.30 | 25.50 |
| **07/11/2023** | | | | |
| | NMH | Appear for/attend pre-trial conference with Judge Walter. | 0.50 | 65.00 |
| | | For Current Services Rendered | 4.50 | 513.00 |

## Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Anna O. King | 1.60 | $85.00 | $136.00 |
| Nicholas M. Hriczko | 2.90 | 130.00 | 377.00 |

## Advances

| | | |
|---|---|---|
| 04/21/2023 | (10110) The Copy Store, Inc. - 8 pages of records digitally printed. | 10.88 |
| 05/24/2023 | (11433) Buffalo General Medical Center - 1 CD at $15.00 per CD and 1 pages of medical records at $0.75 per page. | 15.75 |
| | Total Advances | 26.63 |
| | Total Current Work | 539.63 |

Diocese of Buffalo

Ins: St. Benedict RCC
D/E: 02/20/19
File: 9465-GB-01

Balance Due                                              $608.63

### Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 539.63 | 0.00 | 0.00 | 0.00 | 52.00 | 17.00 |

*We appreciate your business!*



**CHELUS HERDZIK
SPEYER & MONTE PC**
ATTORNEYS & COUNSELORS AT LAW

Forward Thinking Since 1896

438 Main Street, Tenth Floor ▪ Buffalo, New York 14202 ▪ 716-852-3600 ▪ 716-852-0038 (fax)

www.cheluslaw.com

John Scholl
Diocese of Buffalo
795 Main Street
Buffalo, NY 14203-1250

Statement Date: 10/10/2023
File Number: 81.2003190
Statement No.: 86455

Page:1

Ins: Diocese of Buffalo
D/E: 12/17/19
File:

*Statement Includes Fees and Expenses for the period through 07/31/2023*
*Payments received after 07/31/2023 are not reflected on this statement*
**Balance Due 11/09/2023**

| | | | |
|---|---|---|---|
| Previous Balance | | | $2,318.00 |

### Fees

| Date | | Description | Hours | |
|---|---|---|---|---|
| 04/03/2023 | | | | |
| | TJS | Review letter from plaintiff's attorney on new medical treatment. | 0.20 | 32.00 |
| 04/06/2023 | | | | |
| | TJS | Telephone call from plaintiff's attorney on upcoming pre-trial conference and possible case resolution. | 0.60 | 96.00 |
| | TJS | Letter to Diocese of Buffalo on plaintiff's revised settlement position. | 0.40 | 64.00 |
| | TJS | Review letter from Court on pre-trial conference. | 0.10 | 16.00 |
| 04/13/2023 | | | | |
| | TJS | Telephone call with Diocese of Buffalo on potential settlement. | 0.30 | 48.00 |
| 05/22/2023 | | | | |
| | TJS | Telephone call with plaintiff's attorney on conference with Judge in the morning and status of discovery and mediation. | 0.40 | 64.00 |
| 05/23/2023 | | | | |
| | TJS | Prepare for and attend pre-trial conference with Judge Ward. | 0.70 | 112.00 |
| | TJS | Status letter to Diocese of Buffalo. | 0.40 | 64.00 |

Diocese of Buffalo

Ins: Diocese of Buffalo
D/E: 12/17/19
File:

| | | Hours | |
|---|---|---|---|
| **06/26/2023** | | | |
| TJS | Telephone call with Mike Shaw on settlement authority in response to plaintiff's recent demand. | 0.30 | 48.00 |
| | | | |
| **06/30/2023** | | | |
| TJS | Conduct pre-trial conference with Judge Ward. | 0.30 | 48.00 |
| TJS | Status letter to Diocese of Buffalo on negotiations. | 0.20 | 32.00 |
| TJS | Prepare for pre-trial conference with Judge Ward. | 0.20 | 32.00 |
| | For Current Services Rendered | 4.10 | 656.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Thomas J. Speyer | 4.10 | $160.00 | $656.00 |

Advances

| 05/03/2023 | (11286) Precision Reporters, LLC - Transcript | |
|---|---|---|
| | | 794.95 |
| | Total Advances | 794.95 |
| | Total Current Work | 1,450.95 |

| Balance Due | $1,594.95 |
|---|---|

Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 1,450.95 | 0.00 | 0.00 | 0.00 | 0.00 | 144.00 |

*We appreciate your business!*



www.cheluslaw.com

John Scholl
Diocese of Buffalo
795 Main Street
Buffalo, NY 14203-1250

Statement Date: 10/10/2023
File Number: 81.2003555
Statement No.: 86456

Page:1

Ins: Diocese of Buffalo
D/E: 11/6/17
File:

*Statement Includes Fees and Expenses for the period through 07/31/2023*
Payments received after *07/31/2023* are not reflected on this statement
**Balance Due 11/09/2023**

Previous Balance                                                                    $613.25

<u>Fees</u>

|  |  | Hours |  |
|---|---|---|---|
| 06/29/2023 | | | |
| TJS | Telephone call with plaintiff's attorney on examination before trial of plaintiff and further discovery. | 0.40 | 64.00 |
| 06/30/2023 | | | |
| TJS | Prepare for pre-trial conference with Judge Greenan. | 0.50 | 80.00 |
| TJS | Conduct pre-trial conference with Judge Greenan. | 0.40 | 64.00 |
| TJS | Status letter to Mike Shaw. | 0.30 | 48.00 |
| | For Current Services Rendered | 1.60 | 256.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Thomas J. Speyer | 1.60 | $160.00 | $256.00 |

Total Current Work                                                                256.00

Diocese of Buffalo

Ins: Diocese of Buffalo
D/E: 11/6/17
File:

Balance Due                                                              $256.00



# CHELUS HERDZIK
# SPEYER & MONTE PC
### ATTORNEYS & COUNSELORS AT LAW

Forward Thinking Since 1896

438 Main Street, Tenth Floor ▪ Buffalo, New York 14202 ▪ 716-852-3600▪ 716-852-0038 (fax)

www.cheluslaw.com

John Scholl
Diocese of Buffalo
795 Main Street
Buffalo, NY  14203-1250

Statement Date: 10/10/2023
File Number:    81.2103086
Statement No.:  86457

Page:1

Ins: Ascension Roman Catholic Church
D/E: 08/17/19
File:

*Statement Includes Fees and Expenses for the period through 07/31/2023*
*Payments received after 07/31/2023 are not reflected on this statement*
**Balance Due 11/09/2023**

Previous Balance                                                    $1,902.24

<u>Fees</u>

|  |  | Hours |  |
|---|---|---|---|
| 04/21/2023 |  |  |  |
| AOK | Review additional correspondence received from Graves Home Improvement discussing plaintiff's employment file. | 0.10 | 8.50 |
|  | For Current Services Rendered | 0.10 | 8.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Anna O. King | 0.10 | $85.00 | $8.50 |

Total Current Work                                                     8.50

Diocese of Buffalo

Ins: Ascension Roman Catholic Church
D/E: 08/17/19
File:

Balance Due                                                                     $8.50



**CHELUS HERDZIK
SPEYER & MONTE PC**
ATTORNEYS & COUNSELORS AT LAW

Forward Thinking Since 1896

438 Main Street, Tenth Floor ▪ Buffalo, New York 14202 ▪ 716-852-3600▪ 716-852-0038 (fax)

www.cheluslaw.com

Michael Shaw
Diocese of Buffalo
795 Main Street
Buffalo, NY 14203-1250

Statement Date: 10/10/2023
File Number: 81.2103538
Statement No.: 86458

Page:1

Ins: Blessed Sacrament RCC Society
D/E:
File:

*Statement Includes Fees and Expenses for the period through 07/31/2023*
Payments received after 07/31/2023 are not reflected on this statement
**Balance Due 11/09/2023**

| | | |
|---|---|---:|
| Previous Balance | | $2,167.50 |

<u>Fees</u>

| | | Hours | |
|---|---|---:|---:|
| 05/02/2023 | | | |
| CJM | Review file including pleadings and discovery in preparation for attending pre-trial conference. | 0.60 | 78.00 |
| CJM | Attend pre-trial conference. | 0.60 | 78.00 |
| CJM | Telephone call with Debbie Costanzo regarding the status of the matter, that a deposition date has been set, and that a representative from Blessed Sacrament will be needed. | 0.20 | 26.00 |
| CJM | Update e-mail to Mike Shaw regarding pre-trial conference and status of matter. | 0.30 | 39.00 |
| AOK | Review authorizations provided by plaintiff's counsel for accuracy and HIPAA compliance to ensure proper production of plaintiff's medical reports. | 0.30 | 25.50 |
| AOK | Prepare CPLR 3122 affidavit of certification pursuant to HIPAA to ensure proper production of plaintiff's medical reports. | 0.10 | 8.50 |
| AOK | Prepare letter to Buffalo Rehab Group discussing treatment rendered to plaintiff. | 0.10 | 8.50 |
| AOK | Prepare letter to Great Lakes Medical Imaging discussing treatment rendered to plaintiff. | 0.10 | 8.50 |
| AOK | Prepare letter to Northtowns Orthopaedics discussing treatment rendered to plaintiff. | 0.10 | 8.50 |

Ins: Blessed Sacrament RCC Society
D/E:
File:

|  |  | Hours |  |
|---|---|---|---|
| AOK | Prepare letter to Excelsior Orthopaedics discussing treatment rendered to plaintiff. | 0.10 | 8.50 |
| AOK | Prepare letter to Western New York Immediate Care discussing treatment rendered to plaintiff. | 0.10 | 8.50 |
| AOK | Prepare letter to Medicare discussing treatment rendered to plaintiff. | 0.10 | 8.50 |
| AOK | E-mail correspondence to plaintiff's counsel discussing additional authorizations for newly identified providers needed. | 0.10 | 8.50 |
| **05/15/2023** | | | |
| CJM | Review third-party defendant's answer to third-party summons and complaint. | 0.80 | 104.00 |
| CJM | Review Notice for Discovery and Inspection from third-party defendant to all other parties. | 0.60 | 78.00 |
| CJM | Review demand for a verified bill of particulars from third-party defendant to Blessed Sacrament. | 0.60 | 78.00 |
| CJM | Prepare verified bill of particulars. | 0.80 | 104.00 |
| CJM | Prepare response to Notice for Discovery and Inspection from third-party defendant. | 0.70 | 91.00 |
| CJM | Review notice to take deposition to Blessed Sacrament from third-party defendant. | 0.10 | 13.00 |
| CJM | Review demand for collateral sources to plaintiff. | 0.20 | 26.00 |
| CJM | Review demand for insurance information from third-party defendant to Blessed Sacrament. | 0.20 | 26.00 |
| CJM | Prepare comprehensive insurance disclosure. | 0.30 | 39.00 |
| **05/17/2023** | | | |
| AOK | Follow up e-mail correspondence to plaintiff's counsel discussing outstanding authorizations. | 0.10 | 8.50 |
| AOK | Review correspondence received from Northtowns Orthopaedics discussing treatment rendered to plaintiff. | 0.10 | 8.50 |
| **05/22/2023** | | | |
| AOK | Review correspondence received from Excelsior Orthopaedics discussing treatment rendered to plaintiff. | 0.10 | 8.50 |
| AOK | Review correspondence received from Great Lakes Medical Imaging discussing treatment rendered to plaintiff. | 0.10 | 8.50 |
| **06/06/2023** | | | |
| CJM | Prepare omnibus discovery demands to third-party defendant. | 0.60 | 78.00 |
| CJM | Prepare examination before trial notice to third-party defendant. | 0.10 | 13.00 |
| CJM | Prepare notice for discovery and inspection to third-party defendant. | 0.60 | 78.00 |
| CJM | Prepare demand for verified bill of particulars to third-party defendant. | 0.70 | 91.00 |
| **07/06/2023** | | | |
| CJM | Review file including pleadings, discovery, and medical records in preparation for pre-trial conference. | 0.80 | 104.00 |
| CJM | Attend pre-trial conference. | 0.50 | 65.00 |
| CJM | Letter to Mike Shaw regarding pre-trial conference. | 0.40 | 52.00 |

Ins: Blessed Sacrament RCC Society
D/E:
File:

| | | Hours | |
|---|---|---|---|
| 07/17/2023 | | | |
| CJM | Prepare notice to admit to third-party defendant. | 0.80 | 104.00 |
| | For Current Services Rendered | 12.00 | 1,492.50 |

## Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Anna O. King | 1.50 | $85.00 | $127.50 |
| Canio J. Marasco | 10.50 | 130.00 | 1,365.00 |

## Expenses

| | | |
|---|---|---|
| 07/06/2023 | Postage expense, discovery responses and demands to third party defendant. | 6.84 |
| | Total Expenses | 6.84 |

## Advances

| | | |
|---|---|---|
| 05/02/2023 | M&T Credit Card charge - Court mandated fee to file Third-party summons and complaint in Erie County Supreme Court. | 216.28 |
| 05/09/2023 | (11732) Kenneth Nasternak - Service of third party summons and complaint at The Association of Italian American Women on 05/03/23, Buffalo. | 50.00 |
| 05/22/2023 | (11067) Ciox Health - 57 pages of medical records at $0.75 per page from Excelsior Orthopaedics. | 44.75 |
| | Total Advances | 311.03 |
| | Total Current Work | 1,810.37 |

| | | |
|---|---|---|
| Balance Due | | $2,643.37 |

### Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 1,810.37 | 0.00 | 0.00 | 0.00 | 248.00 | 585.00 |

*We appreciate your business!*



# CHELUS HERDZIK SPEYER & MONTE PC
### ATTORNEYS & COUNSELORS AT LAW
### Forward Thinking Since 1896

438 Main Street, Tenth Floor ▪ Buffalo, New York 14202 ▪ 716-852-3600 ▪ 716-852-0038 (fax)

www.cheluslaw.com

Michael Shaw
Diocese of Buffalo
795 Main Street
Buffalo, NY   14203-1250

Statement Date: 10/10/2023
File Number:    81.2103551
Statement No.:  86459

Page:1

Ins: St. Peter RC Parish
D/E: 10/08/21
File:

*Statement Includes Fees and Expenses for the period through 07/31/2023*
Payments received after 07/31/2023 are not reflected on this statement
**Balance Due 11/09/2023**

|  | Previous Balance |  | $2,112.00 |
|---|---|---|---|

### Fees

|  |  |  | Hours |  |
|---|---|---|---|---|
| 07/21/2023 |  |  |  |  |
| AOK | Review plaintiff's response to First Set of Interrogatories and response to demands to assess claimed medical damages. | | 0.20 | 17.00 |
| AOK | Chronologize medical reports received from plaintiff's counsel, 120 pages, regarding treatment rendered to plaintiff. | | 1.40 | 119.00 |
| TJS | Review discovery responses including bill of particulars from plaintiff's attorney along with discovery demands including demand for verified bill of particulars. | | 1.80 | 288.00 |
| TJS | Prepare bill of particulars and discovery responses to demands of plaintiff's attorney. | | 1.50 | 240.00 |
| TJS | Status letter to Diocese of Buffalo. | | 0.50 | 80.00 |
| 07/24/2023 |  |  |  |  |
| AOK | Chronologize additional medical reports received from plaintiff's counsel, 342 pages, regarding treatment rendered to plaintiff. | | 4.20 | 357.00 |
| 07/27/2023 |  |  |  |  |
| AOK | Review authorizations provided by plaintiff's counsel for accuracy and HIPAA compliance to ensure proper production of plaintiff's medical reports. | | 0.20 | 17.00 |

Ins: St. Peter RC Parish
D/E: 10/08/21
File:

|     |                                                                                 | Hours |         |
|-----|---------------------------------------------------------------------------------|-------|---------|
| AOK | Prepare letter to Bison Painting & Decorating Corp. discussing plaintiff's employment. | 0.10 | 8.50 |
| AOK | Prepare letter to Buffalo Rehab Group Physical Therapy discussing treatment rendered to plaintiff. | 0.10 | 8.50 |
| AOK | Prepare letter to UB Neurosurgery discussing treatment rendered to plaintiff. | 0.10 | 8.50 |
| AOK | Prepare letter to Erie County Medical Center discussing treatment rendered to plaintiff. | 0.10 | 8.50 |
| AOK | Prepare letter to Rite Aid Pharmacy discussing treatment rendered to plaintiff. | 0.10 | 8.50 |
| AOK | Prepare letter to UBMD Orthopaedics & Sports Medicine discussing treatment rendered to plaintiff. | 0.10 | 8.50 |
| AOK | Prepare letter to Western New York Urology Associates discussing treatment rendered to plaintiff. | 0.10 | 8.50 |
| AOK | Prepare CPLR 3122 affidavit of certification pursuant to HIPAA to ensure proper production of medical reports. | 0.10 | 8.50 |
| AOK | Prepare letter to New York State discussing plaintiff's Worker's Compensation claim. | 0.10 | 8.50 |
| TJS | Telephone call with Diocese on upcoming examination before trial and inspection. | 0.40 | 64.00 |

07/28/2023

|     |                                                                                 | Hours |         |
|-----|---------------------------------------------------------------------------------|-------|---------|
| TJS | Conduct inspection of accident site with Parish Representative and review additional documentation as provided by client at the time of inspection. | 2.20 | 352.00 |
| TJS | Telephone interview with plaintiff's employer Paul from Bison Painting on details of equipment provided to plaintiff and co-workers identity. | 0.80 | 128.00 |

07/31/2023

|     |                                                                                 | Hours |         |
|-----|---------------------------------------------------------------------------------|-------|---------|
| TJS | Review new documents as received from Parish including invoices from repairs. | 0.80 | 128.00 |
| TJS | Letter to plaintiff's attorney on accident report on statement of plaintiff and photo. | 0.40 | 64.00 |
| TJS | Receive e-mail from plaintiff's attorney on documents from Fridays examination before trial and respond to same. | 0.30 | 48.00 |
|     | For Current Services Rendered | 15.60 | 1,978.50 |

Recapitulation

| Timekeeper        | Hours | Rate     | Total      |
|-------------------|-------|----------|------------|
| Thomas J. Speyer  | 8.70  | $160.00  | $1,392.00  |
| Anna O. King      | 6.90  | 85.00    | 586.50     |

|                   |       |          |            |
|-------------------|-------|----------|------------|
| Total Current Work |      |          | 1,978.50   |

Diocese of Buffalo

Ins: St. Peter RC Parish
D/E: 10/08/21
File:

Balance Due                                          $1,978.50



**CHELUS HERDZIK SPEYER & MONTE PC**
ATTORNEYS & COUNSELORS AT LAW

Forward Thinking Since 1896

438 Main Street, Tenth Floor ▪ Buffalo, New York 14202 ▪ 716-852-3600 ▪ 716-852-0038 (fax)

www.cheluslaw.com

Michael Shaw
Diocese of Buffalo
795 Main Street
Buffalo, NY 14203-1250

Statement Date: 10/10/2023
File Number: 81.2103571
Statement No.: 86460

Page:1

Ins: Diocese of Buffalo
D/E: 03/11/19
File:

*Statement Includes Fees and Expenses for the period through 07/31/2023*
Payments received after *07/31/2023* are not reflected on this statement
**Balance Due 11/09/2023**

| | | | |
|---|---|---|---|
| Previous Balance | | | $320.00 |

<u>Fees</u>

| | | | Hours | |
|---|---|---|---|---|
| 06/07/2023 | NMH | Telephone call with Ashley Glosser discussing discovery and readiness to conduct examination before trial. | 0.20 | 26.00 |
| 06/08/2023 | NMH | Appear/attend pretrial conference with Judge Vacco. | 0.50 | 65.00 |
| 06/13/2023 | NMH | Review plaintiff's discovery demands, prepare responses to omnibus demands and correspondence to Ashley Glosser. | 2.40 | 312.00 |
| 06/23/2023 | NMH | Telephone call with Dave Ehrke discussing video surveillance and photographs. | 0.30 | 39.00 |
| | AOK | Review authorizations provided by plaintiff's counsel for accuracy and HIPAA compliance to ensure proper production of plaintiff's medical records. | 0.20 | 17.00 |
| | AOK | Prepare CPLR 3122 affidavit of certification pursuant to HIPAA to ensure proper production of plaintiff's medical reports. | 0.10 | 8.50 |
| | AOK | Prepare letter to Erie County Medical Center discussing treatment | | |

Ins: Diocese of Buffalo
D/E: 03/11/19
File:

| | | Hours | |
|---|---|---|---|
| | rendered to plaintiff. | 0.10 | 8.50 |
| AOK | Prepare letter to UBMD Orthopaedics & Sports Medicine discussing treatment rendered to plaintiff. | 0.10 | 8.50 |
| AOK | Prepare letter to University Orthopaedic Services discussing treatment rendered to plaintiff. | 0.10 | 8.50 |
| AOK | Prepare letter to Western New York Immediate Care discussing treatment rendered to plaintiff. | 0.10 | 8.50 |
| AOK | Prepare letter to Empire BlueCross & BlueShield discussing plaintiff's health insurance records. | 0.10 | 8.50 |
| AOK | Prepare letter to University at Buffalo discussing plaintiff's employment records. | 0.10 | 8.50 |
| AOK | Chronologize medical reports received from plaintiff's counsel, 55 pages, regarding treatment rendered to plaintiff. | 0.70 | 59.50 |
| AOK | Review plaintiff's verified bill of particulars to assess claimed medical damages. | 0.20 | 17.00 |
| **07/26/2023** | | | |
| NMH | Receive/respond to correspondence from Ashley Glosser discussing necessity of plaintiff's Examination before trial. | 0.20 | 26.00 |
| **07/27/2023** | | | |
| AOK | Chronologize medical reports received from University Orthopaedic Services, 17 pages, regarding treatment rendered to plaintiff. | 0.30 | 25.50 |
| AOK | Review correspondence received from Western New York Immediate Care discussing treatment rendered to plaintiff. | 0.10 | 8.50 |
| AOK | Prepare second letter to Western New York Immediate Care discussing treatment rendered to plaintiff. | 0.10 | 8.50 |
| AOK | Review file to determine status of medical discovery. | 0.20 | 17.00 |
| AOK | Prepare second letter to UBMD Orthopaedics discussing treatment rendered to plaintiff. | 0.10 | 8.50 |
| AOK | Prepare second letter to Empire Blue Cross discussing plaintiff's health insurance records. | 0.10 | 8.50 |
| AOK | Prepare second letter to University at Buffalo discussing plaintiff's employment. | 0.10 | 8.50 |
| | For Current Services Rendered | 6.40 | 706.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Anna O. King | 2.80 | $85.00 | $238.00 |
| Nicholas M. Hriczko | 3.60 | 130.00 | 468.00 |

Advances

| 07/27/2023 | (11067) Ciox Health - 54 pages of medical records at $0.75 per page from Erie County Medical Center. | 42.50 |
|---|---|---|
| 07/27/2023 | (11742) University Orthopaedics Services - 1 CD at $6.50 per CD of medical records | 6.50 |
| | Total Advances | 49.00 |

Diocese of Buffalo

Ins: Diocese of Buffalo
D/E: 03/11/19
File:

Total Current Work                                                             755.00

Balance Due                                                                  $947.00

Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 755.00 | 0.00 | 0.00 | 0.00 | 192.00 | 0.00 |

*We appreciate your business!*



# CHELUS HERDZIK SPEYER & MONTE PC
### ATTORNEYS & COUNSELORS AT LAW
**Forward Thinking Since 1896**

438 Main Street, Tenth Floor ■ Buffalo, New York 14202 ■ 716-852-3600 ■ 716-852-0038 (fax)

www.cheluslaw.com

Michael Shaw
Diocese of Buffalo
795 Main Street
Buffalo, NY  14203-1250

Statement Date: 10/10/2023
File Number:   81.2203075
Statement No.: 86461

Page:1

Ins: Cheryl Calire; Peter Karalus
D/E:
File:

*Statement Includes Fees and Expenses for the period through 07/31/2023*
Payments received after 07/31/2023 are not reflected on this statement
**Balance Due 11/09/2023**

| | | |
|---|---|---|
| Previous Balance | | $6,913.50 |

### Fees

| | | Hours | |
|---|---|---|---|
| **04/03/2023** | | | |
| NMH | Telephone call to Joseph Certa discussing Request for Judicial Intervention and related case for IAS judicial assignment. | 0.20 | 26.00 |
| NMH | Receive/review plaintiff's motion for clarity. | 0.60 | 78.00 |
| NMH | Receive IAS judicial assignment of Judge Nowak in employment discrimination matter. | 0.10 | 13.00 |
| **04/05/2023** | | | |
| NMH | Telephone call with Mary Pazik discussing plaintiff's motion for clarity. | 0.20 | 26.00 |
| **04/06/2023** | | | |
| NMH | Receive/respond to multiple correspondence from Judge Nowak and plaintiff's counsel discussing Request for Judicial Intervention and IAS Trial Judge assignment. | 0.30 | 39.00 |
| **04/12/2023** | | | |
| NMH | In preparation of client meeting, review plaintiff's discovery demands and complaints. | 1.10 | 143.00 |
| NMH | Appear for/attend defense meeting. | 2.50 | 325.00 |

Ins: Cheryl Calire; Peter Karalus
D/E:
File:

|  |  | Hours |  |
|---|---|---|---|
| TJS | Prepare for conference with client on legal strategy and documents. | 0.80 | 128.00 |
| **04/13/2023** |  |  |  |
| NMH | Receive/review correspondence from Judge Vacco discussing plaintiff's motion for clarity. | 0.10 | 13.00 |
| TJS | Attend to conference with clients on status of litigation and documents. | 2.50 | 400.00 |
| **05/01/2023** |  |  |  |
| NMH | Prepare opposition to plaintiffs' motion for clarity. | 1.10 | 143.00 |
| **05/09/2023** |  |  |  |
| NMH | In preparation of oral argument before Judge Vacco, review plaintiff's motion for clarity and our opposition. | 0.60 | 78.00 |
| NMH | Appear for and attend oral argument before Judge Vacco relative to plaintiff's motion for clarity. | 0.30 | 39.00 |
| **05/10/2023** |  |  |  |
| NMH | Receive/respond to correspondence from Joseph Certa discussing motion for clarity. | 0.20 | 26.00 |
| **05/12/2023** |  |  |  |
| NMH | Appear for and attend oral argument before Judge Vacco regarding plaintiff's motion for clarity. | 0.50 | 65.00 |
| **05/22/2023** |  |  |  |
| NMH | Receive/review proposed order. | 0.10 | 13.00 |
| **05/25/2023** |  |  |  |
| TJS | Telephone call with Court on status of litigation. | 0.40 | 64.00 |
| **06/01/2023** |  |  |  |
| NMH | Receive/respond to correspondence from Andrew Pace discussing proposed order. | 0.20 | 26.00 |
| **07/24/2023** |  |  |  |
| TJS | Review letter from Diocese of Buffalo on requesting update on status and provide same. | 0.30 | 48.00 |
|  | For Current Services Rendered | 12.10 | 1,693.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Thomas J. Speyer | 4.00 | $160.00 | $640.00 |
| Nicholas M. Hriczko | 8.10 | 130.00 | 1,053.00 |

Advances

| 05/03/2023 | M&T Credit Card charge - Court mandated fee to do a name search of plaintiff's in Federal Court. | 0.20 |
|---|---|---|

Diocese of Buffalo

Ins: Cheryl Calire; Peter Karalus
D/E:
File:

| | |
|---|---|
| Total Advances | 0.20 |
| Total Current Work | 1,693.20 |

| | |
|---|---|
| Balance Due | $1,997.20 |

### Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 1,693.20 | 0.00 | 0.00 | 0.00 | 265.00 | 39.00 |



## CHELUS HERDZIK SPEYER & MONTE PC
ATTORNEYS & COUNSELORS AT LAW

Forward Thinking Since 1896

438 Main Street, Tenth Floor ▪ Buffalo, New York 14202 ▪ 716-852-3600 ▪ 716-852-0038 (fax)

www.cheluslaw.com

Michael Shaw
Diocese of Buffalo
795 Main Street
Buffalo, NY   14203-1250

Statement Date: 10/10/2023
File Number:    81.2244077
Statement No.:  86471

Page:1

Ins: Roman Catholic Diocese of Buffalo
D/E: 05/23/19
File:

*Statement Includes Fees and Expenses for the period through 07/31/2023*
Payments received after 07/31/2023 are not reflected on this statement
**Balance Due 11/09/2023**

| | | | |
|---|---|---|---|
| Previous Balance | | | $2,211.50 |

### Fees

| Date | | | Hours | |
|---|---|---|---|---|
| 05/26/2023 | | | | |
| MAF | Review file status and draft e-mail to Mike Shaw regarding authority to settle. | | 0.40 | 52.00 |
| | For Current Services Rendered | | 0.40 | 52.00 |

#### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Mark A. Forden | 0.40 | $130.00 | $52.00 |

| | |
|---|---|
| Total Current Work | 52.00 |

Diocese of Buffalo

Ins: Roman Catholic Diocese of Buffalo
D/E: 05/23/19
File:

Balance Due                                                    $182.00

Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|------|-------|-------|--------|---------|------|
| 52.00 | 0.00 | 0.00 | 0.00 | 130.00 | 0.00 |

*We appreciate your business!*



**CHELUS HERDZIK SPEYER & MONTE PC**
ATTORNEYS & COUNSELORS AT LAW

Forward Thinking Since 1896

438 Main Street, Tenth Floor ▪ Buffalo, New York 14202 ▪ 716-852-3600 ▪ 716-852-0038 (fax)

www.cheluslaw.com

Michael Shaw
Diocese of Buffalo
795 Main Street
Buffalo, NY   14203-1250

Statement Date: 10/10/2023
File Number:   81.2203701
Statement No.:   86462

Page:1

Ins: St. Andrew's R.C. Church

*Statement Includes Fees and Expenses for the period through 07/31/2023*
Payments received after 07/31/2023 are not reflected on this statement
**Balance Due 11/09/2023**

| | | |
|---|---|---|
| Previous Balance | | $448.00 |

### Fees

| Date | Timekeeper | Description | Hours | Total |
|---|---|---|---|---|
| 04/27/2023 | | | | |
| | TJS | Review demand letter and photos along with medical records and authorizations. | 0.70 | 112.00 |
| | TJS | Letter to Mike Shaw on status including plaintiff's demand. | 0.40 | 64.00 |
| | | For Current Services Rendered | 1.10 | 176.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Thomas J. Speyer | 1.10 | $160.00 | $176.00 |

| | |
|---|---|
| Total Current Work | 176.00 |

| | |
|---|---|
| Balance Due | $176.00 |

*We appreciate your business!*



# CHELUS HERDZIK SPEYER & MONTE PC

ATTORNEYS & COUNSELORS AT LAW

Forward Thinking Since 1896

438 Main Street, Tenth Floor ▪ Buffalo, New York 14202 ▪ 716-852-3600 ▪ 716-852-0038 (fax)

www.cheluslaw.com

Michael Shaw
Diocese of Buffalo
795 Main Street
Buffalo, NY 14203-1250

Statement Date: 10/10/2023
File Number: 81.2203803
Statement No.: 86463

Page:1

Ins: St. Amelia RC Church
D/E: 11/12/21
File:

*Statement Includes Fees and Expenses for the period through 07/31/2023*
*Payments received after 07/31/2023 are not reflected on this statement*
**Balance Due 11/09/2023**

| | | | |
|---|---|---|---|
| Previous Balance | | | $1,549.00 |

### Fees

| | | | Hours | |
|---|---|---|---|---|
| **04/10/2023** | | | | |
| AOK | Telephone call to St. Amelia's School discussing consent to change counsel. | | 0.20 | 17.00 |
| **04/12/2023** | | | | |
| AOK | Prepare consent to change attorney. | | 0.10 | 8.50 |
| AOK | Letter to St. Amelia discussing consent to change. | | 0.10 | 8.50 |
| **04/25/2023** | | | | |
| AOK | Letter to attorney Russo regarding consent to change attorney. | | 0.10 | 8.50 |
| **04/26/2023** | | | | |
| TJS | Review file materials to forward to defense counsel. | | 0.40 | 64.00 |
| **04/27/2023** | | | | |
| AOK | Review file materials to identify necessary documents to be sent to Russo & Gould. | | 0.40 | 34.00 |
| AOK | E-mail correspondence to Russo & Gould regarding file materials. | | 0.10 | 8.50 |

Diocese of Buffalo

Ins: St. Amelia  RC Church
D/E: 11/12/21
File:

| | | | Hours | |
|---|---|---|---|---|
| 07/05/2023 | | | | |
| | TJS | Telephone call with Diocese on defense of matter. | 0.30 | 48.00 |
| | TJS | Telephone call with defense counsel on discovery responses and document production. | 0.20 | 32.00 |
| | TJS | Letter to defense attorney on document production from Parish. | 0.30 | 48.00 |
| 07/06/2023 | | | | |
| | TJS | Telephone call with client - parish representative. | 0.30 | 48.00 |
| 07/19/2023 | | | | |
| | TJS | Telephone call with defense counsel on necessary documents and representation. | 0.30 | 48.00 |
| 07/21/2023 | | | | |
| | TJS | Letter to Diocese of Buffalo on status of claim. | 0.30 | 48.00 |
| 07/25/2023 | | | | |
| | AOK | Telephone call from and to Russo & Gould discussing discovery and examinations before trial of parties. | 0.20 | 17.00 |
| | | For Current Services Rendered | 3.30 | 438.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Thomas J. Speyer | 2.10 | $160.00 | $336.00 |
| Anna O. King | 1.20 | 85.00 | 102.00 |

Total Current Work                    438.00

Balance Due                    $1,043.00

### Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 438.00 | 0.00 | 0.00 | 0.00 | 381.00 | 224.00 |

*We appreciate your business!*



www.cheluslaw.com

Michael Shaw
Diocese of Buffalo
795 Main Street
Buffalo, NY   14203-1250

Statement Date: 10/10/2023
File Number:  81.2303050
Statement No.:  86464

Page:1

Ins: Holy Sepulchre Cemetery
D/E: 01/19/22
File:

*Statement Includes Fees and Expenses for the period through 07/31/2023*
Payments received after 07/31/2023 are not reflected on this statement
**Balance Due 11/09/2023**

| | Previous Balance | | | $369.50 |
|---|---|---|---|---|

### Fees

| | | | Hours | |
|---|---|---|---|---|
| 05/02/2023 | | | | |
| | AOK | Review authorizations provided by plaintiff's counsel for accuracy and HIPAA compliance to ensure proper production of plaintiff's medical reports. | 0.20 | 17.00 |
| | AOK | Prepare CPLR 3122 affidavit of certification pursuant to HIPAA to ensure proper production of plaintiff's medical reports. | 0.10 | 8.50 |
| | AOK | Prepare letter to Buffalo Medical Group discussing treatment rendered to plaintiff. | 0.10 | 8.50 |
| | AOK | Prepare letter to Great Lakes Medical Imaging discussing treatment rendered to plaintiff. | 0.10 | 8.50 |
| | AOK | Prepare letter to UBMD Ortho Clinic discussing treatment rendered to plaintiff. | 0.10 | 8.50 |
| | AOK | Prepare letter to UBMD Orthopaedics & Sports Medicine discussing treatment rendered to plaintiff. | 0.10 | 8.50 |
| | AOK | Prepare letter to VNA of Western New York discussing treatment rendered to plaintiff. | 0.10 | 8.50 |
| 05/09/2023 | | | | |
| | AOK | Review correspondence received from Buffalo Medical Group discussing treatment rendered to plaintiff. | 0.10 | 8.50 |

Diocese of Buffalo

Ins: Holy Sepulchre Cemetery
D/E: 01/19/22
File:

| | | Hours | |
|---|---|---|---|
| AOK | E-mail correspondence to plaintiff's counsel discussing new authorization needed relative to treatment rendered to plaintiff by Buffalo Medical Group. | 0.10 | 8.50 |
| **05/10/2023** | | | |
| AOK | Review an additional authorization provided by plaintiff's counsel for accuracy and HIPAA compliance to ensure proper production of plaintiff's medical reports. | 0.10 | 8.50 |
| AOK | Prepare letter to Buffalo Medical Group with new authorization discussing treatment rendered to plaintiff. | 0.10 | 8.50 |
| **05/22/2023** | | | |
| AOK | Review correspondence received from Buffalo Medical Group discussing treatment rendered to plaintiff. | 0.10 | 8.50 |
| **06/27/2023** | | | |
| AOK | Chronologize additional medical reports received from plaintiff's counsel, 140 pages, regarding treatment rendered to plaintiff. | 1.60 | 136.00 |
| AOK | Chronologize medical reports received from UBMD Orthopaedics & Sports Medicine, 50 pages, regarding treatment rendered to plaintiff. | 0.70 | 59.50 |
| **06/28/2023** | | | |
| AOK | Chronologize medical reports received from Buffalo Medical Group, 249 pages, regarding treatment rendered to plaintiff. | 2.60 | 221.00 |
| **07/27/2023** | | | |
| AOK | Review correspondence received from Buffalo Medical Group discussing treatment rendered to plaintiff. | 0.10 | 8.50 |
| | For Current Services Rendered | 6.30 | 535.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Anna O. King | 6.30 | $85.00 | $535.50 |

Advances

| | | |
|---|---|---|
| 05/16/2023 | (10110) The Copy Store, Inc. - 44 pages of records digitally printed. | 6.22 |
| 05/22/2023 | (11067) Ciox Health - 245 pages of medical records at $0.75 per page regarding ·from Buffalo Medical Group. | 185.75 |
| 07/27/2023 | (11067) Ciox Health - 41 pages of medical records at $0.75 per page regarding             from Buffalo Medical Group. | 32.75 |
| | Total Advances | 224.72 |
| | Total Current Work | 760.22 |

Ins: Holy Sepulchre Cemetery
D/E: 01/19/22
File:

Balance Due                    $760.22



# CHELUS HERDZIK SPEYER & MONTE PC

ATTORNEYS & COUNSELORS AT LAW

Forward Thinking Since 1896

438 Main Street, Tenth Floor ▪ Buffalo, New York 14202 ▪ 716-852-3600 ▪ 716-852-0038 (fax)

www.cheluslaw.com

Michael Shaw
Diocese of Buffalo
795 Main Street
Buffalo, NY   14203-1250

Statement Date: 10/10/2023
File Number:    81.2382215
Statement No.:  86472

Page:1

Ins: Catholic Charities of Buffalo
D/E: 02/01/22
File:

*Statement Includes Fees and Expenses for the period through 07/31/2023*
Payments received after 07/31/2023 are not reflected on this statement
**Balance Due 11/09/2023**

<u>Fees</u>

| | | | Hours | |
|---|---|---|---|---|
| 05/05/2023 | NMH | Review summons and complaint and relevant pleadings. Prepare answer with affirmative defenses, prepare discovery demands to plaintiff and demand to co-defendant City of Buffalo. Correspondence to Adam Dellebovi and Mike Shaw discussing answer. | 3.90 | 507.00 |
| 05/19/2023 | NMH | Receive/review substitution of counsel by Dennis Schaeffer. | 0.10 | 13.00 |
| 06/14/2023 | NMH | Receive/review City of Buffalo's omnibus discovery responses to demands. | 1.50 | 195.00 |
| | | For Current Services Rendered | 5.50 | 715.00 |

Recapitulation

| <u>Timekeeper</u> | <u>Hours</u> | <u>Rate</u> | <u>Total</u> |
|---|---|---|---|
| Nicholas M. Hriczko | 5.50 | $130.00 | $715.00 |

Total Current Work                715.00

Diocese of Buffalo

Ins: Catholic Charities of Buffalo
D/E: 02/01/22
File:

Balance Due                                                                      $715.00



Michael Shaw
Diocese of Buffalo
795 Main Street
Buffalo, NY   14203-1250

Statement Date: 10/10/2023
File Number:   81.2382217
Statement No.:  86473

Page:1

Ins: Christ the King School
D/E: 05/13/22
File:

*Statement Includes Fees and Expenses for the period through 07/31/2023*
Payments received after 07/31/2023 are not reflected on this statement
**Balance Due 11/09/2023**

### Fees

| | | Hours | |
|---|---|---|---|
| 06/05/2023 NMH | Telephone call to Tomas Callocchia discussing answer. | 0.10 | 13.00 |
| 06/06/2023 NMH | Receive/review correspondence from Tomas Callocchia discussing medicals and photographs. | 0.20 | 26.00 |
| 06/13/2023 NMH | Correspondence to Mike Shaw discussing status of litigation and answer. | 0.20 | 26.00 |
| 06/15/2023 NMH | Receive/review correspondence from John Scholl discussing answer to complaint. | 0.10 | 13.00 |
| 07/07/2023 NMH | Receive/review correspondence from Tomas Callocchia discussing photo and answer and communicate with Mike Shaw. | 0.30 | 39.00 |
| 07/31/2023 NMH | Prepare answer to complaint, prepare discovery demands, including demand for a verified bill of particulars and | | |

Diocese of Buffalo

Ins: Christ the King School
D/E: 05/13/22
File:

|  | Hours |  |
|---|---|---|
| correspondence to plaintiff's counsel and to Mike Shaw. | 2.90 | 377.00 |
| For Current Services Rendered | 3.80 | 494.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Nicholas M. Hriczko | 3.80 | $130.00 | $494.00 |

| Total Current Work | 494.00 |
|---|---|

| Balance Due | $494.00 |
|---|---|



# CHELUS HERDZIK
# SPEYER & MONTE PC

ATTORNEYS & COUNSELORS AT LAW

Forward Thinking Since 1896

438 Main Street, Tenth Floor ▪ Buffalo, New York 14202▪ 716-852-3600▪ 716-852-0038 (fax)

www.cheluslaw.com

Michael Shaw
Diocese of Buffalo
795 Main Street
Buffalo, NY  14203-1250

Statement Date: 10/10/2023
File Number:    81.2382218
Statement No.:  86474

Page:1

Ins: Notre Dame Academy
D/E: 03/23/22
File:

*Statement Includes Fees and Expenses for the period through 07/31/2023*
*Payments received after 07/31/2023 are not reflected on this statement*
**Balance Due 11/09/2023**

<u>Fees</u>

|  |  | Hours |  |
|---|---|---|---|
| 05/08/2023 |  |  |  |
| NMH | Review answer, prepare answer with affirmative defenses and demands to plaintiff. Telephone call to client to discuss complaint allegations. | 3.10 | 403.00 |
| 05/12/2023 |  |  |  |
| NMH | Meeting with Jennifer Maslakowski to discuss summons and complaint and answer and review incident report documents for infant plaintiff. | 2.80 | 364.00 |
| 05/15/2023 |  |  |  |
| NMH | Correspondence with Notre Dame principal discussing answer and class schedule. | 0.20 | 26.00 |
| 05/16/2023 |  |  |  |
| NMH | Receive/review correspondence from Jenniffer Maslakowski providing student handbook and class schedule. | 0.60 | 78.00 |
|  | For Current Services Rendered | 6.70 | 871.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Nicholas M. Hriczko | 6.70 | $130.00 | $871.00 |

Diocese of Buffalo

Ins: Notre Dame Academy
D/E: 03/23/22
File:

| | |
|---|---|
| Total Current Work | 871.00 |
| Balance Due | $871.00 |



**CHELUS HERDZIK SPEYER & MONTE PC**
ATTORNEYS & COUNSELORS AT LAW

Forward Thinking Since 1896

438 Main Street, Tenth Floor ▪ Buffalo, New York 14202 ▪ 716-852-3600 ▪ 716-852-0038 (fax)

www.cheluslaw.com

Michael Shaw
Diocese of Buffalo
795 Main Street
Buffalo, NY  14203-1250

Statement Date: 10/10/2023
File Number:   81.2303378
Statement No.:  86465

Page:1

Ins: St. Andrew's RCC Society of Town of Tonawanda
D/E: 02/12/20
File:

*Statement Includes Fees and Expenses for the period through 07/31/2023*
Payments received after *07/31/2023* are not reflected on this statement
**Balance Due 11/09/2023**

Fees

|  |  | Hours |  |
|---|---|---|---|
| 07/25/2023 |  |  |  |
| TJS | Telephone call to plaintiff's attorney on litigation and response to pleadings. Letter to plaintiff's attorney on demand and answer. Letter to Diocese of Buffalo on status. | 0.60 | 96.00 |
|  | For Current Services Rendered | 0.60 | 96.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Thomas J. Speyer | 0.60 | $160.00 | $96.00 |
| Total Current Work |  |  | 96.00 |
| Balance Due |  |  | $96.00 |

*We appreciate your business!*



# CHELUS HERDZIK SPEYER & MONTE PC
### ATTORNEYS & COUNSELORS AT LAW
*Forward Thinking Since 1896*

438 Main Street, Tenth Floor ▪ Buffalo, New York 14202 ▪ 716-852-3600 ▪ 716-852-0038 (fax)

www.cheluslaw.com

Michael Shaw
Diocese of Buffalo
795 Main Street
Buffalo, NY  14203-1250

Statement Date: 10/10/2023
File Number:    81.2303379
Statement No.:  86466

Page:1

Ins: The Diocese of Buffalo
D/E: 12/31/19
File:

*Statement Includes Fees and Expenses for the period through 07/31/2023*
*Payments received after 07/31/2023 are not reflected on this statement*
**Balance Due 11/09/2023**

### Fees

|  |  | Hours |  |
|---|---|---|---|
| 07/25/2023 |  |  |  |
| TJS | Review new file assignment and telephone call with plaintiff's attorney on ownership issue. | 0.40 | 64.00 |
| TJS | Letter to Diocese of Buffalo on new file and impact of connection of plaintiff on same. | 0.20 | 32.00 |
| TJS | Letter to plaintiff's attorney on further handling of litigation. | 0.20 | 32.00 |
| 07/28/2023 |  |  |  |
| TJS | Receive letter from plaintiff's attorney on further handling of matter and advise Diocese of Buffalo on same. | 0.50 | 80.00 |
|  | For Current Services Rendered | 1.30 | 208.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Thomas J. Speyer | 1.30 | $160.00 | $208.00 |

Total Current Work                                      208.00

Balance Due                                            $208.00



CHELUS HERDZIK
SPEYER & MONTE PC
ATTORNEYS & COUNSELORS AT LAW
Forward Thinking Since 1896

438 Main Street, Tenth Floor ▪ Buffalo, New York 14202 ▪ 716-852-3600 ▪ 716-852-0038 (fax)

www.cheluslaw.com

John Scholl
Diocese of Buffalo
795 Main Street
Buffalo, NY 14203-1250

Statement Date: 04/19/2023
File Number: 81.1803250
Statement No.: 84870

Page:1

Ins: Divine Mercy Roman Catholic Church
D/E: 01/25/15
File: 7652-GB-01

*Statement Includes Fees and Expenses for the period through 03/31/2023*
Payments received after *03/31/2023* are not reflected on this statement
**Balance Due 05/19/2023**

| | | | |
|---|---|---:|---:|
| Previous Balance | | | $212.00 |

### Fees

| | | | Hours | |
|---|---|---|---:|---:|
| 03/08/2023 | | | | |
| NMH | Receive/respond to correspondence from David Caywood discussing defense examination before trial and death of plaintiff. | | 0.20 | 26.00 |
| | For Current Services Rendered | | 0.20 | 26.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Nicholas M. Hriczko | 0.20 | $130.00 | $26.00 |

| | | |
|---|---|---:|
| Total Current Work | | 26.00 |
| Balance Due | | $238.00 |

### Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 26.00 | 0.00 | 156.00 | 13.00 | 43.00 | 0.00 |

*We appreciate your business!*



**CHELUS HERDZIK SPEYER & MONTE PC**

ATTORNEYS & COUNSELORS AT LAW

Forward Thinking Since 1896

438 Main Street, Tenth Floor ▪ Buffalo, New York 14202 ▪ 716-852-3600 ▪ 716-852-0038 (fax)

www.cheluslaw.com

John Scholl
Diocese of Buffalo
795 Main Street
Buffalo, NY 14203-1250

Statement Date: 04/14/2023
File Number: 81.1803303
Statement No.: 84819

Page:1

Ins: St. Mary's of Swormville
D/E: 03/26/18
File: 9247-PM-01

*Statement Includes Fees and Expenses for the period through*
Payments received after are not reflected on this statement
**Balance Due 05/14/2023**

| | | |
|---|---|---|
| Previous Balance | | $1,305.50 |

### Fees

| | | Hours | |
|---|---|---|---|
| 03/22/2023 | | | |
| TJS | Letter to Diocese of Buffalo on settlement. | 0.30 | 48.00 |
| TJS | Letter to co-defendant's attorney on settlement documentation. | 0.20 | 32.00 |
| 04/10/2023 | | | |
| TJS | Letter to plaintiff's attorney on finalization of settlement. | 0.30 | 48.00 |
| | For Current Services Rendered | 0.80 | 128.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Thomas J. Speyer | 0.80 | $160.00 | $128.00 |

### Advances

| | | |
|---|---|---|
| 04/12/2023 | M&T Credit Card charge - Court mandated fee to file Stipulation of Discontinuance in Erie County Supreme Court. | 36.05 |
| | Total Advances | 36.05 |

Final

Diocese of Buffalo

Ins: St. Mary's of Swormville
D/E: 03/26/18
File: 9247-PM-01

Total Current Work                                                                164.05

Balance Due                                                                    $1,469.55

Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|------|-------|-------|--------|---------|------|
| 516.05 | 368.00 | 0.00 | 425.50 | 16.00 | 144.00 |



**CHELUS HERDZIK
SPEYER & MONTE PC**
ATTORNEYS & COUNSELORS AT LAW

*Forward Thinking Since 1896*

438 Main Street, Tenth Floor ▪ Buffalo, New York 14202 ▪ 716-852-3600 ▪ 716-852-0038 (fax)

www.cheluslaw.com

John Scholl
Diocese of Buffalo
795 Main Street
Buffalo, NY 14203-1250

Statement Date: 04/19/2023
File Number: 81.1803553
Statement No.: 84871

Page:1

Ins: St. Peter Roman Catholic Church
D/E: 07/09/17
File: 9321-GB-01

*Statement Includes Fees and Expenses for the period through 03/31/2023*
*Payments received after 03/31/2023 are not reflected on this statement*
**Balance Due 05/19/2023**

| | | Hours | |
|---|---|---|---|
| Previous Balance | | | $1,189.00 |

<u>Fees</u>

| Date | | Description | Hours | |
|---|---|---|---|---|
| 03/21/2023 | | | | |
| | NMH | Correspondence to Amy Ziegler discussing position in preparation of mediation. | 0.40 | 52.00 |
| 03/30/2023 | | | | |
| | AOK | Review Google Earth imaging of alleged accident site to ascertain if supporting photographs exist relative to maintenance loss in preparation of mediation. | 0.30 | 25.50 |
| | NMH | Receive/review plaintiff's mediation submission. | 0.30 | 39.00 |
| | | For Current Services Rendered | 1.00 | 116.50 |

Recapitulation

| Timekeeper | <u>Hours</u> | <u>Rate</u> | <u>Total</u> |
|---|---|---|---|
| Anna O. King | 0.30 | $85.00 | $25.50 |
| Nicholas M. Hriczko | 0.70 | 130.00 | 91.00 |

| Total Current Work | | 116.50 |
|---|---|---|

Diocese of Buffalo

Ins: St. Peter Roman Catholic Church
D/E: 07/09/17
File: 9321-GB-01

Balance Due                                                    $1,305.50

Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|------|-------|-------|--------|---------|------|
| 116.50 | 13.00 | 259.00 | 0.00 | 384.00 | 533.00 |



**CHELUS HERDZIK SPEYER & MONTE PC**
ATTORNEYS & COUNSELORS AT LAW

*Forward Thinking Since 1896*

438 Main Street, Tenth Floor ▪ Buffalo, New York 14202 ▪ 716-852-3600 ▪ 716-852-0038 (fax)

www.cheluslaw.com

John Scholl
Diocese of Buffalo
795 Main Street
Buffalo, NY  14203-1250

Statement Date: 04/19/2023
File Number:     81.1903144
Statement No.:   84872

Page:1

Ins: St. Bridgets RCC Society of Newfane
D/E: 12/26/18
File: 9248-PM-01

*Statement Includes Fees and Expenses for the period through 03/31/2023*
Payments received after *03/31/2023* are not reflected on this statement
**Balance Due 05/19/2023**

| | | |
|---|---|---:|
| Previous Balance | | $357.00 |

Fees

| | | Hours | |
|---|---|---:|---:|
| 03/23/2023 | | | |
| TJS | Telephone call with Diocese of Buffalo on plaintiff's demand in mediation. | 0.30 | 48.00 |
| | For Current Services Rendered | 0.30 | 48.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Thomas J. Speyer | 0.30 | $160.00 | $48.00 |

| | |
|---|---:|
| Total Current Work | 48.00 |
| Balance Due | $405.00 |

Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 48.00 | 0.00 | 196.00 | 0.00 | 16.00 | 145.00 |

*We appreciate your business!*



**CHELUS HERDZIK SPEYER & MONTE PC**
ATTORNEYS & COUNSELORS AT LAW

*Forward Thinking Since 1896*

438 Main Street, Tenth Floor ▪ Buffalo, New York 14202 ▪ 716-852-3600 ▪ 716-852-0038 (fax)

www.cheluslaw.com

John Scholl
Diocese of Buffalo
795 Main Street
Buffalo, NY  14203-1250

Statement Date: 04/19/2023
File Number:    81.1903279
Statement No.:  84873

Page:1

Ins: St. Benedict RCC
D/E: 02/20/19
File: 9465-GB-01

*Statement Includes Fees and Expenses for the period through 03/31/2023*
*Payments received after03/31/2023 are not reflected on this statement*
**Balance Due 05/19/2023**

| | |
|---|---:|
| Previous Balance | $1,746.75 |

<u>Fees</u>

Hours

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 03/13/2023 | NMH | Appear for/attend pre-trial conference with Judge Walter. | 0.40 | 52.00 |
| | | For Current Services Rendered | 0.40 | 52.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Nicholas M. Hriczko | 0.40 | $130.00 | $52.00 |

| | |
|---|---:|
| Total Current Work | 52.00 |
| Balance Due | $1,798.75 |

Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 52.00 | 17.00 | 1,001.75 | 624.00 | 104.00 | 0.00 |

*We appreciate your business!*



**CHELUS HERDZIK SPEYER & MONTE PC**
ATTORNEYS & COUNSELORS AT LAW

*Forward Thinking Since 1896*

438 Main Street, Tenth Floor ▪ Buffalo, New York 14202 ▪ 716-852-3600 ▪ 716-852-0038 (fax)

www.cheluslaw.com

Michael Shaw
Diocese of Buffalo
795 Main Street
Buffalo, NY  14203-1250

Statement Date: 04/19/2023
File Number:    81.2103538
Statement No.:  84874

Page:1

Ins: Blessed Sacrament RCC Society
D/E:
File:

*Statement Includes Fees and Expenses for the period through 03/31/2023*
*Payments received after03/31/2023 are not reflected on this statement*
**Balance Due 05/19/2023**

| | | | |
|---|---|---|---|
| Previous Balance | | | $1,919.50 |

<u>Fees</u>

| Date | Timekeeper | Description | Hours | |
|---|---|---|---|---|
| 03/16/2023 | CJM | Review file including medical records, pleadings, discovery and photographs in preparation for determining damages evaluation. | 0.80 | 104.00 |
| 03/20/2023 | TJS | Review demand of tender by Hartford on behalf of Association of Italian Women. | 0.20 | 32.00 |
| 03/30/2023 | TJS | Review third-party summons and complaint on contract. | 0.40 | 64.00 |
| | TJS | Letter to Mike Shaw on status including third-party claim. | 0.30 | 48.00 |
| | | For Current Services Rendered | 1.70 | 248.00 |

Recapitulation

| Timekeeper | <u>Hours</u> | <u>Rate</u> | <u>Total</u> |
|---|---|---|---|
| Thomas J. Speyer | 0.90 | $160.00 | $144.00 |
| Canio J. Marasco | 0.80 | 130.00 | 104.00 |

Diocese of Buffalo

Ins: Blessed Sacrament RCC Society
D/E:
File:

|  |  |
|---|---|
| Total Current Work | 248.00 |
| Balance Due | $2,167.50 |

Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|------|-------|-------|--------|---------|------|
| 248.00 | 585.00 | 52.00 | 0.00 | 51.00 | 1,231.50 |



# CHELUS HERDZIK SPEYER & MONTE PC

ATTORNEYS & COUNSELORS AT LAW

*Forward Thinking Since 1896*

438 Main Street, Tenth Floor ■ Buffalo, New York 14202 ■ 716-852-3600■ 716-852-0038 (fax)

www.cheluslaw.com

Michael Shaw
Diocese of Buffalo
795 Main Street
Buffalo, NY  14203-1250

Statement Date: 04/19/2023
File Number:  81.2103571
Statement No.:  84875

Page:1

Ins: Diocese of Buffalo
D/E: 03/11/19
File:

*Statement Includes Fees and Expenses for the period through 03/31/2023*
Payments received after *03/31/2023* are not reflected on this statement
**Balance Due 05/19/2023**

| | | | |
|---|---|---|---|
| Previous Balance | | | $128.00 |

Fees

| | | Hours | |
|---|---|---|---|
| 03/09/2023 | | | |
| TJS | Prepare for and attend pre-trial conference with assigned Trial Judge. | 1.20 | 192.00 |
| | For Current Services Rendered | 1.20 | 192.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Thomas J. Speyer | 1.20 | $160.00 | $192.00 |

| | |
|---|---|
| Total Current Work | 192.00 |
| Balance Due | $320.00 |

Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 192.00 | 0.00 | 128.00 | 0.00 | 0.00 | 0.00 |

*We appreciate your business!*



# CHELUS HERDZIK SPEYER & MONTE PC
### ATTORNEYS & COUNSELORS AT LAW
### Forward Thinking Since 1896

438 Main Street, Tenth Floor ▪ Buffalo, New York 14202 ▪ 716-852-3600 ▪ 716-852-0038 (fax)

www.cheluslaw.com

Michael Shaw
Diocese of Buffalo
795 Main Street
Buffalo, NY   14203-1250

Statement Date: 04/19/2023
File Number:    81.2203075
Statement No.:  84876

Page:1

Ins:
D/E:
File:

*Statement Includes Fees and Expenses for the period through 03/31/2023*
Payments received after *03/31/2023* are not reflected on this statement
**Balance Due 05/19/2023**

Previous Balance                                                    $6,648.50

### Fees

|            |                                                                          | Hours |        |
|------------|--------------------------------------------------------------------------|-------|--------|
| 03/17/2023 |                                                                          |       |        |
| TJS        | Review letters from client on transcripts.                               | 0.30  | 48.00  |
| 03/21/2023 |                                                                          |       |        |
| NMH        | Revise/edit First Set of Interrogatories and Notice to Produce to plaintiffs. | 0.80  | 104.00 |
| 03/28/2023 |                                                                          |       |        |
| NMH        | Appear for/attend pre-trial conference with Judge Siwek.                 | 0.50  | 65.00  |
| 03/30/2023 |                                                                          |       |        |
| TJS        | Letter to Diocese of Buffalo on conference to review document demands.   | 0.30  | 48.00  |
|            | For Current Services Rendered                                            | 1.90  | 265.00 |

### Recapitulation

| Timekeeper           | Hours | Rate     | Total   |
|----------------------|-------|----------|---------|
| Thomas J. Speyer     | 0.60  | $160.00  | $96.00  |
| Nicholas M. Hriczko  | 1.30  | 130.00   | 169.00  |

Diocese of Buffalo

Ins:
D/E:
File:

Total Current Work                                                         265.00

Balance Due                                                          $6,913.50

Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 265.00 | 39.00 | 2,198.00 | 48.00 | 1,556.50 | 2,807.00 |

We appreciate your business!



**CHELUS HERDZIK SPEYER & MONTE PC**
ATTORNEYS & COUNSELORS AT LAW

Forward Thinking Since 1896

438 Main Street, Tenth Floor ▪ Buffalo, New York 14202 ▪ 716-852-3600 ▪ 716-852-0038 (fax)

www.cheluslaw.com

Michael Shaw
Diocese of Buffalo
795 Main Street
Buffalo, NY 14203-1250

Statement Date: 04/25/2023
File Number: 81.2244077
Statement No.: 84920

Page:1

Ins: Roman Catholic Diocese of Buffalo
D/E: 05/23/19
File:

*Statement Includes Fees and Expenses for the period through 03/31/2023*
Payments received after 03/31/2023 are not reflected on this statement
**Balance Due 05/25/2023**

| | | | |
|---|---|---|---|
| Previous Balance | | | $3,529.00 |

### Fees

| | | Hours | |
|---|---|---|---|
| 02/15/2023 | | | |
| MAF | Draft letter to plaintiff's counsel demanding authorization to obtain records from plaintiff's prior no-fault claim. | 0.30 | 39.00 |
| 03/06/2023 | | | |
| MAF | Telephone conversation with plaintiff's counsel regarding discovery status and request for no-fault authorization from prior accident. | 0.30 | 39.00 |
| 03/07/2023 | | | |
| MAF | Draft letter to Mike Shaw regarding status of the discovery process and request for settlement authority. | 0.40 | 52.00 |
| | For Current Services Rendered | 1.00 | 130.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Mark A. Forden | 1.00 | $130.00 | $130.00 |

Diocese of Buffalo

Ins: Roman Catholic Diocese of Buffalo
D/E: 05/23/19
File:

Total Current Work                                      130.00

Balance Due                                          $2,211.50

### Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|------|-------|-------|--------|---------|------|
| 130.00 | 0.00 | 192.00 | 0.00 | 310.50 | 1,579.00 |



**CHELUS HERDZIK SPEYER & MONTE PC**
ATTORNEYS & COUNSELORS AT LAW

Forward Thinking Since 1896

438 Main Street, Tenth Floor ◼ Buffalo, New York 14202 ◼ 716-852-3600 ◼ 716-852-0038 (fax)

www.cheluslaw.com

Michael Shaw
Diocese of Buffalo
795 Main Street
Buffalo, NY  14203-1250

Statement Date: 04/25/2023
File Number:    81.2203803
Statement No.:  84921

Page:1

Ins: St. Amelia  RC Church
D/E: 11/12/21
File:

*Statement Includes Fees and Expenses for the period through 03/31/2023*
Payments received after*03/31/2023* are not reflected on this statement
**Balance Due 05/25/2023**

| | Previous Balance | | | $1,168.00 |
|---|---|---|---|---|

### Fees

| | | | Hours | |
|---|---|---|---|---|
| 03/03/2023 | | | | |
| TJS | Review discovery responses from plaintiff's attorney. | | 0.30 | 48.00 |
| 03/14/2023 | | | | |
| MAF | Review e-mail correspondence from Russo and Gould relative to attorney substitution. | | 0.10 | 13.00 |
| 03/20/2023 | | | | |
| TJS | Review letter from Diocese of Buffalo on investigation questions. | | 0.30 | 48.00 |
| 03/22/2023 | | | | |
| TJS | Review letter from contractor's primary insurance carrier on tender. | | 0.20 | 32.00 |
| TJS | Telephone call with Allied World's representative on terms of tender including waiver of deductible. | | 0.30 | 48.00 |
| TJS | Letter to Allied on deductible waiver. | | 0.20 | 32.00 |
| TJS | Letter to Mike Shaw on waiver of deductible with Allied. | | 0.30 | 48.00 |
| 03/29/2023 | | | | |
| TJS | Telephone call with Mike Shaw at Diocese of Buffalo on | | | |

Diocese of Buffalo

Ins: St. Amelia  RC Church
D/E: 11/12/21
File:

|  |  | Hours |  |
|---|---|---|---|
|  | acceptance on tender and waiver of deductible. | 0.20 | 32.00 |
| 03/30/2023 |  |  |  |
| TJS | Letter to defense counsel on tender reporting requirements. | 0.30 | 48.00 |
| TJS | Letter to Mike Shaw on substitution of counsel. | 0.20 | 32.00 |
|  | For Current Services Rendered | 2.40 | 381.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Thomas J. Speyer | 2.30 | $160.00 | $368.00 |
| Mark A. Forden | 0.10 | 130.00 | 13.00 |

Total Current Work                                            381.00

Balance Due                                              $1,549.00

Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 381.00 | 224.00 | 496.00 | 0.00 | 448.00 | 0.00 |



# CHELUS HERDZIK SPEYER & MONTE PC

ATTORNEYS & COUNSELORS AT LAW

*Forward Thinking Since 1896*

438 Main Street, Tenth Floor ▪ Buffalo, New York 14202 ▪ 716-852-3600 ▪ 716-852-0038 (fax)

www.cheluslaw.com

Michael Shaw
Diocese of Buffalo
795 Main Street
Buffalo, NY 14203-1250

Statement Date: 04/19/2023
File Number:    81.2303157
Statement No.:  84878

Page:1

Ins: Roman Catholic Diocese Buffalo
D/E: 06/21/21
File:

*Statement Includes Fees and Expenses for the period through 03/31/2023*
*Payments received after 03/31/2023 are not reflected on this statement*
**Balance Due 05/19/2023**

<u>Fees</u>

| | | Hours | |
|---|---|---|---|
| 03/27/2023 | | | |
| TJS | Review new file assignment and discuss matter with Diocese of Buffalo. | 0.40 | 64.00 |
| TJS | Telephone call with plaintiff's attorney on new matter including answer. | 0.30 | 48.00 |
| TJS | Letter to plaintiff's attorney on answer. | 0.20 | 32.00 |
| TJS | Letter to Diocese on further handling of matter. | 0.20 | 32.00 |
| | For Current Services Rendered | 1.10 | 176.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Thomas J. Speyer | 1.10 | $160.00 | $176.00 |

Total Current Work                                          176.00

Balance Due                                               $176.00

*We appreciate your business!*



**CHELUS HERDZIK
SPEYER & MONTE PC**
ATTORNEYS & COUNSELORS AT LAW

*Forward Thinking Since 1896*

438 Main Street, Tenth Floor ▪ Buffalo, New York 14202 ▪ 716-852-3600 ▪ 716-852-0038 (fax)

www.cheluslaw.com

John Scholl
Diocese of Buffalo
795 Main Street
Buffalo, NY 14203-1250

Statement Date: 03/17/2023
File Number: 81.1803303
Statement No.: 84561

Page:1

Ins: St. Mary's of Swormville
D/E: 03/26/18
File: 9247-PM-01

*Statement Includes Fees and Expenses for the period through 02/28/2023*
Payments received after 02/28/2023 are not reflected on this statement
**Balance Due 04/16/2023**

| | | | |
|---|---|---|---|
| Previous Balance | | | $953.50 |

<u>Fees</u>

| | | Hours | |
|---|---|---|---|
| 02/15/2023 | | | |
| TJS | Receive confirmation of settlement agreement from ADR. | 0.30 | 48.00 |
| 02/16/2023 | | | |
| TJS | Receive proposed release and stipulation of discontinuance along with proposed release from defendant AJ and executed releases from plaintiff's attorney as to all defendants. | 0.60 | 96.00 |
| TJS | Letter to client on settlement. | 0.20 | 32.00 |
| 02/17/2023 | | | |
| TJS | Letter to Diocese of Buffalo on settlement. | 0.30 | 48.00 |
| TJS | Letter to Diocese of Buffalo bankruptcy counsel on settlement seeking approval of same along with proposed release. | 0.50 | 80.00 |
| 02/25/2023 | | | |
| TJS | Review letter from attorney for bankruptcy seeking further information on proposed settlement and provide same. | 0.30 | 48.00 |
| | For Current Services Rendered | 2.20 | 352.00 |

Diocese of Buffalo

Ins: St. Mary's of Swormville
D/E: 03/26/18
File: 9247-PM-01

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Thomas J. Speyer | 2.20 | $160.00 | $352.00 |

Total Current Work                                               352.00

Balance Due                                                        $1,305.50

Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 352.00 | 368.00 | 425.50 | 0.00 | 160.00 | 0.00 |



**CHELUS HERDZIK
SPEYER & MONTE PC**
ATTORNEYS & COUNSELORS AT LAW

*Forward Thinking Since 1896*

438 Main Street, Tenth Floor ▪ Buffalo, New York 14202▪ 716-852-3600▪ 716-852-0038 (fax)

www.cheluslaw.com

John Scholl
Diocese of Buffalo
795 Main Street
Buffalo, NY  14203-1250

Statement Date: 03/17/2023
File Number:   81.1803379
Statement No.:  84562

Page:1

Ins: All Saints Parish, St. Patrick's RCC
D/E: 05/01/16
File: 7856-GB-01

*Statement Includes Fees and Expenses for the period through 02/28/2023*
Payments received after *02/28/2023* are not reflected on this statement
**Balance Due 04/16/2023**

| | | |
|---|---|---|
| Previous Balance | | $87.00 |

Fees

| | | Hours | |
|---|---|---|---|
| 02/07/2023 NMH | Receive/review correspondence from Brad Marble discussing pre-trial conference and bankruptcy stay of proceedings. | 0.10 | 13.00 |
| | For Current Services Rendered | 0.10 | 13.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Nicholas M. Hriczko | 0.10 | $130.00 | $13.00 |

| | |
|---|---|
| Total Current Work | 13.00 |

| | |
|---|---|
| Balance Due | $61.00 |

Diocese of Buffalo

Pyc vs. All Saints Parish, et al
Ins: All Saints Parish, St. Patrick's RCC
D/E: 05/01/16
File: 7856-GB-01

|  | | Past Due Amounts | | | |
| --- | --- | --- | --- | --- | --- |
| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
| 13.00 | 0.00 | 48.00 | 0.00 | 0.00 | 0.00 |



## CHELUS HERDZIK SPEYER & MONTE PC
### ATTORNEYS & COUNSELORS AT LAW
*Forward Thinking Since 1896*

438 Main Street, Tenth Floor ▪ Buffalo, New York 14202 ▪ 716-852-3600 ▪ 716-852-0038 (fax)

www.cheluslaw.com

John Scholl
Diocese of Buffalo
795 Main Street
Buffalo, NY 14203-1250

Statement Date: 03/17/2023
File Number: 81.1803553
Statement No.: 84563

Page:1

Ins: St. Peter Roman Catholic Church
D/E: 07/09/17
File: 9321-GB-01

*Statement Includes Fees and Expenses for the period through 02/28/2023*
*Payments received after 02/28/2023 are not reflected on this statement*
**Balance Due 04/16/2023**

| | | |
|---|---|---:|
| Previous Balance | | $1,176.00 |

### Fees

| Date | | Description | Hours | |
|---|---|---|---:|---:|
| 02/06/2023 | | | | |
| | NMH | Receive/review correspondence from Amy Ziegler discussing ADR conference. | 0.10 | 13.00 |
| | | For Current Services Rendered | 0.10 | 13.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Nicholas M. Hriczko | 0.10 | $130.00 | $13.00 |

| | |
|---|---:|
| Total Current Work | 13.00 |
| Balance Due | $1,189.00 |

### Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 13.00 | 259.00 | 0.00 | 64.00 | 853.00 | 0.00 |


www.cheluslaw.com

John Scholl
Diocese of Buffalo
795 Main Street
Buffalo, NY   14203-1250

Statement Date: 03/17/2023
File Number:      81.1903279
Statement No.:   84564

Page:1

Ins: St. Benedict RCC
D/E: 02/20/19
File: 9465-GB-01

*Statement Includes Fees and Expenses for the period through 02/28/2023*
*Payments received after 02/28/2023 are not reflected on this statement*
**Balance Due 04/16/2023**

| | |
|---|---:|
| Previous Balance | $1,729.75 |

### Fees

| | | Hours | |
|---|---|---:|---:|
| 02/02/2023 | | | |
| AOK | Telephone call to Buffalo General Medical Center discussing outstanding imaging films. | 0.20 | 17.00 |
| | For Current Services Rendered | 0.20 | 17.00 |

#### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Anna O. King | 0.20 | $85.00 | $17.00 |

| | |
|---|---:|
| Total Current Work | 17.00 |
| Balance Due | $1,746.75 |

#### Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 17.00 | 1,001.75 | 624.00 | 26.00 | 78.00 | 0.00 |

*We appreciate your business!*



# CHELUS HERDZIK SPEYER & MONTE PC
## ATTORNEYS & COUNSELORS AT LAW

*Forward Thinking Since 1896*

438 Main Street, Tenth Floor ▪ Buffalo, New York 14202 ▪ 716-852-3600 ▪ 716-852-0038 (fax)

www.cheluslaw.com

John Scholl
Diocese of Buffalo
795 Main Street
Buffalo, NY   14203-1250

Statement Date: 03/17/2023
File Number:    81.2003190
Statement No.:  84565

Page:1

Ins: Diocese of Buffalo
D/E: 12/17/19
File:

*Statement Includes Fees and Expenses for the period through 02/28/2023*
*Payments received after 02/28/2023 are not reflected on this statement*
**Balance Due 04/16/2023**

| | | |
|---|---|---|
| Previous Balance | | $2,174.00 |

### Fees

| | | Hours | |
|---|---|---|---|
| 02/03/2023 | | | |
| TJS | Prepare for and attend pre-trial conference with Judge Ward. | 0.90 | 144.00 |
| | For Current Services Rendered | 0.90 | 144.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Thomas J. Speyer | 0.90 | $160.00 | $144.00 |

| | |
|---|---|
| Total Current Work | 144.00 |
| Balance Due | $2,318.00 |

### Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 144.00 | 232.00 | 0.00 | 855.50 | 1,086.50 | 0.00 |

*We appreciate your business!*



# CHELUS HERDZIK SPEYER & MONTE PC

ATTORNEYS & COUNSELORS AT LAW

Forward Thinking Since 1896

438 Main Street, Tenth Floor ■ Buffalo, New York 14202 ■ 716-852-3600 ■ 716-852-0038 (fax)

www.cheluslaw.com

Michael Shaw
Diocese of Buffalo
795 Main Street
Buffalo, NY 14203-1250

Statement Date: 03/17/2023
File Number: 81.2103538
Statement No.: 84566

Page:1

Ins: Blessed Sacrament RCC Society
D/E:
File:

*Statement Includes Fees and Expenses for the period through 02/28/2023*
*Payments received after 02/28/2023 are not reflected on this statement*
**Balance Due 04/16/2023**

| | | | |
|---|---|---|---|
| Previous Balance | | | $1,334.50 |

## Fees

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 02/03/2023 | | | | |
| | CJM | Prepare verified bill of particulars. | 0.80 | 104.00 |
| 02/10/2023 | | | | |
| | CJM | Telephone call with plaintiff's counsel regarding the status of the matter and current status of discovery. | 0.20 | 26.00 |
| | CJM | Letter to Betty Kulpa regarding her insurance's duty to indemnify and asking her to put insurance on notice. | 0.30 | 39.00 |
| | CJM | Letter to plaintiff's counsel informing her notice of the claim has been sent to a third-party's insurance and a third-party complaint may be instituted. | 0.30 | 39.00 |
| 02/14/2023 | | | | |
| | CJM | Prepare third-party summons and complaint. | 1.20 | 156.00 |
| 02/24/2023 | | | | |
| | CJM | Review file in preparation for conversation with Keysha Bass of Sentinel Insurance, the insurer of the Association of Italian-American Women. | 0.40 | 52.00 |
| | CJM | Telephone call with Keysha Bass of Sentinel Insurance. | 0.50 | 65.00 |

Diocese of Buffalo

Ins: Blessed Sacrament RCC Society
D/E:
File:

| | | | Hours | |
|---|---|---|---|---|
| CJM | Letter to Mike Shaw regarding conversation with Keysha Bass. | | 0.30 | 39.00 |
| CJM | Letter to Keysha Bass of Sentinel Insurance confirming defendant's position and requesting further action from Sentinel. | | 0.30 | 39.00 |
| 02/27/2023 | | | | |
| CJM | Telephone call with adjuster from Sentinel Insurance regarding notice of claim and possible third-party action. | | 0.20 | 26.00 |
| | For Current Services Rendered | | 4.50 | 585.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Canio J. Marasco | 4.50 | $130.00 | $585.00 |

Total Current Work                                                585.00

Balance Due                                                $1,919.50

Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 585.00 | 52.00 | 0.00 | 0.00 | 1,282.50 | 0.00 |



**CHELUS HERDZIK SPEYER & MONTE PC**
ATTORNEYS & COUNSELORS AT LAW

*Forward Thinking Since 1896*

438 Main Street, Tenth Floor ▪ Buffalo, New York 14202 ▪ 716-852-3600 ▪ 716-852-0038 (fax)

www.cheluslaw.com

Michael Shaw
Diocese of Buffalo
795 Main Street
Buffalo, NY  14203-1250

Statement Date: 03/17/2023
File Number:  81.2203075
Statement No.:  84567

Page:1

Ins: Cheryl Calire; Peter Karalus
D/E:
File:

*Statement Includes Fees and Expenses for the period through 02/28/2023*
*Payments received after 02/28/2023 are not reflected on this statement*
**Balance Due 04/16/2023**

| | | | |
|---|---|---|---|
| Previous Balance | | | $6,609.50 |

### Fees

| | | Hours | |
|---|---|---|---|
| 02/22/2023 | | | |
| NMH | Prepare memo identifying documents still needed to ascertain viability of motion to dismiss complaint. | 0.30 | 39.00 |
| | For Current Services Rendered | 0.30 | 39.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Nicholas M. Hriczko | 0.30 | $130.00 | $39.00 |

| | |
|---|---|
| Total Current Work | 39.00 |

| | |
|---|---|
| Balance Due | $6,648.50 |

### Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 39.00 | 2,198.00 | 48.00 | 161.50 | 4,202.00 | 0.00 |

*We appreciate your business!*



# CHELUS HERDZIK SPEYER & MONTE PC

ATTORNEYS & COUNSELORS AT LAW

Forward Thinking Since 1896

438 Main Street, Tenth Floor ▪ Buffalo, New York 14202 ▪ 716-852-3600 ▪ 716-852-0038 (fax)

www.cheluslaw.com

Michael Shaw
Diocese of Buffalo
795 Main Street
Buffalo, NY 14203-1250

Statement Date: 03/17/2023
File Number: 81.2203803
Statement No.: 84568

Page:1

Ins: St. Amelia RC Church
D/E: 11/12/21
File:

*Statement Includes Fees and Expenses for the period through 02/28/2023*
Payments received after 02/28/2023 are not reflected on this statement
**Balance Due 04/16/2023**

| | | | |
|---|---|---|---|
| Previous Balance | | | $944.00 |

## Fees

| Date | Timekeeper | Description | Hours | |
|---|---|---|---|---|
| 02/17/2023 | | | | |
| | TJS | Review response from Allied World to tender outlining acceptance with limitations including $25,000 deductible and compare to underlying contract. | 0.50 | 80.00 |
| | TJS | Letter to Allied World demanding defense and indemnity without reservation including waiver of deductible. | 0.50 | 80.00 |
| 02/23/2023 | | | | |
| | TJS | Review plaintiff's discovery demands including demand for bill of particulars and notice of examination before trial. | 0.40 | 64.00 |
| | | For Current Services Rendered | 1.40 | 224.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Thomas J. Speyer | 1.40 | $160.00 | $224.00 |

| | |
|---|---|
| Total Current Work | 224.00 |

Diocese of Buffalo

Ins: St. Amelia  RC Church
D/E: 11/12/21
File:

Balance Due                                                    $1,168.00

Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|------|-------|-------|--------|---------|------|
| 224.00 | 496.00 | 448.00 | 0.00 | 0.00 | 0.00 |