**EXHIBIT A**
**[Invoice through February 28, 2023]**



PACHULSKI
STANG
ZIEHL &
JONES

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Diocese of Buffalo O.C.C.

February 28, 2023
Invoice    132453
Client     18502.00002

RE:   Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2023

| | |
|---|---:|
| FEES | $85,550.00 |
| EXPENSES | $10,837.68 |
| LESS COURTESY DISCOUNT FOR TRAVEL RELATED FEES | -$31,150.00 |
| **TOTAL CURRENT CHARGES** | **$65,237.68** |
| **BALANCE FORWARD** | **$635,613.31** |
| **LAST PAYMENT** | **-$322,743.10** |
| **TOTAL BALANCE DUE** | **$378,107.87** |

Pachulski Stang Ziehl & Jones LLP

Diocese of Buffalo O.C.C.

Client 18502.00002

Page:    2

Invoice 132453

February 28, 2023

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| IAWN | Nasatir, Iain A.W. | Partner | 700.00 | 52.30 | $36,610.00 |
| IDS | Scharf, Ilan D. | Partner | 700.00 | 61.80 | $43,260.00 |
| BMM | Michael, Brittany Mitchell | Counsel | 700.00 | 7.60 | $5,320.00 |
| KLL | LaBrada, Kerri L. | Paralegal | 300.00 | 1.20 | $360.00 |
| | | | | 122.90 | $85,550.00 |

Pachulski Stang Ziehl & Jones LLP

Page:     3

Diocese of Buffalo O.C.C.

Invoice 132453

Client 18502.00002

February 28, 2023

## **Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| BL | Bankruptcy Litigation | 1.00 | $700.00 |
| CA | Case Administration | 1.70 | $710.00 |
| CP | PSZJ Compensation | 0.50 | $350.00 |
| GC | General Creditors' Committee | 7.90 | $5,530.00 |
| H | Hearings | 2.00 | $1,400.00 |
| ME | Mediation | 60.70 | $42,490.00 |
| RPO | Other Professional Retention | 4.60 | $3,220.00 |
| TR | TRAVEL | 44.50 | $31,150.00 |
| | | 122.90 | $85,550.00 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Buffalo O.C.C.
Client 18502.00002

Page:    4
Invoice 132453
February 28, 2023

## **Summary of Expenses**

| Description | Amount |
|---|---|
| Air Fare [E110] | $7,182.00 |
| Auto Travel Expense [E109] | $277.13 |
| Working Meals | $90.77 |
| Hotel Expense [E110] | $1,891.38 |
| Litigation Support Vendors | $1,078.00 |
| Pacer - Court Research | $0.40 |
| Travel Expense [E110] | $318.00 |
| | $10,837.68 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Buffalo O.C.C.

Client 18502.00002

Page:     5

Invoice 132453

February 28, 2023

|  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Bankruptcy Litigation** | | | | | |
| 02/08/2023 | IDS | BL | Review outstanding document requests | 0.60 | 700.00 | $420.00 |
| 02/09/2023 | BMM | BL | Meeting with S. Temes to discussion outstanding discovery. | 0.40 | 700.00 | $280.00 |
| | | | | **1.00** | | **$700.00** |
| **Case Administration** | | | | | |
| 02/03/2023 | KLL | CA | Update critical dates memo. | 0.30 | 300.00 | $90.00 |
| 02/07/2023 | KLL | CA | Update critical dates memo. | 0.30 | 300.00 | $90.00 |
| 02/10/2023 | BMM | CA | Call with Debtor's counsel regarding ongoing case issues. | 0.50 | 700.00 | $350.00 |
| 02/16/2023 | KLL | CA | Review case dockets for work flow scheduling purposes. | 0.30 | 300.00 | $90.00 |
| 02/23/2023 | KLL | CA | Review filings and update caseload work memo. | 0.30 | 300.00 | $90.00 |
| | | | | **1.70** | | **$710.00** |
| **PSZJ Compensation** | | | | | |
| 02/24/2023 | BMM | CP | Prepare interim fee application. | 0.50 | 700.00 | $350.00 |
| | | | | **0.50** | | **$350.00** |
| **General Creditors' Committee** | | | | | |
| 02/02/2023 | IDS | GC | Prepare for Committee meeting | 0.40 | 700.00 | $280.00 |
| 02/02/2023 | IDS | GC | Attend Committee meeting re mediation and other matters | 1.10 | 700.00 | $770.00 |
| 02/07/2023 | IDS | GC | Call with SCC re mediation | 0.50 | 700.00 | $350.00 |
| 02/07/2023 | IAWN | GC | Telephone call with SCC regarding mediation (partial) | 0.30 | 700.00 | $210.00 |
| 02/08/2023 | IDS | GC | Email to BSK team regarding mediation | 0.10 | 700.00 | $70.00 |
| 02/08/2023 | BMM | GC | Communications with Committee members regarding upcoming mediation. | 0.90 | 700.00 | $630.00 |
| 02/20/2023 | IDS | GC | Meeting with SCC re mediation | 2.50 | 700.00 | $1,750.00 |
| 02/23/2023 | IDS | GC | Call with SCC re mediation | 0.80 | 700.00 | $560.00 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Buffalo O.C.C.
Client 18502.00002

Page:     6
Invoice 132453
February 28, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/23/2023 | BMM | GC | (partial) Participate in call with state court counsel regarding mediation. | 0.30 | 700.00 | $210.00 |
| 02/28/2023 | IDS | GC | Email to counsel re meeting agenda | 0.20 | 700.00 | $140.00 |
| 02/28/2023 | IDS | GC | Counsel call re pending matters, mediation | 0.80 | 700.00 | $560.00 |
| | | | | **7.90** | | **$5,530.00** |

**Hearings**

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/27/2023 | IDS | H | Attend hearing on Stout retention | 1.00 | 700.00 | $700.00 |
| 02/27/2023 | BMM | H | Participate in hearing on Stout retention. | 1.00 | 700.00 | $700.00 |
| | | | | **2.00** | | **$1,400.00** |

**Mediation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/01/2023 | IDS | ME | Email to Committee regarding mediation | 0.20 | 700.00 | $140.00 |
| 02/06/2023 | IDS | ME | Draft supplemental mediation statement | 1.20 | 700.00 | $840.00 |
| 02/07/2023 | IAWN | ME | Review and comment on supplemental mediation statement | 0.30 | 700.00 | $210.00 |
| 02/07/2023 | IDS | ME | Work on mediation strategy, demands, coverage scenarios, claims data | 1.70 | 700.00 | $1,190.00 |
| 02/07/2023 | IDS | ME | Draft supplemental mediation statement re claim value | 1.80 | 700.00 | $1,260.00 |
| 02/07/2023 | IDS | ME | Analysis of insurance comps for supplemental mediation statement | 2.10 | 700.00 | $1,470.00 |
| 02/07/2023 | BMM | ME | Call with I. Scharf regarding mediation issues. | 0.30 | 700.00 | $210.00 |
| 02/08/2023 | IDS | ME | Revise mediation statement | 0.80 | 700.00 | $560.00 |
| 02/08/2023 | IDS | ME | Finalize mediation statement | 0.70 | 700.00 | $490.00 |
| 02/09/2023 | IDS | ME | Meeting with committee and NeMoyer re mediation | 0.40 | 700.00 | $280.00 |
| 02/09/2023 | IAWN | ME | Telephone call with PSZJ mediator and SCC regarding mediation | 1.00 | 700.00 | $700.00 |
| 02/09/2023 | BMM | ME | (Partial) Call with Committee and mediator. | 0.80 | 700.00 | $560.00 |
| 02/14/2023 | IDS | ME | Review insurance analysis, scenarios to prepare for mediation | 2.70 | 700.00 | $1,890.00 |
| 02/14/2023 | IDS | ME | Counsel call re mediation | 0.70 | 700.00 | $490.00 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Buffalo O.C.C.
Client 18502.00002

Page:     7
Invoice 132453
February 28, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/14/2023 | IDS | ME | Review diocese and related entity assets to prepare for mediation | 1.80 | 700.00 | $1,260.00 |
| 02/15/2023 | IAWN | ME | Exchange emails with Boyd regarding mediation | 0.10 | 700.00 | $70.00 |
| 02/15/2023 | IAWN | ME | Forward Boyd material regarding mediation | 0.10 | 700.00 | $70.00 |
| 02/16/2023 | IDS | ME | Email to SCC re request for demands to Diocese | 0.40 | 700.00 | $280.00 |
| 02/16/2023 | IDS | ME | Analyze scenarios for demands in preparation for mediation | 2.80 | 700.00 | $1,960.00 |
| 02/16/2023 | BMM | ME | Analyze and update financial assets chart. | 0.20 | 700.00 | $140.00 |
| 02/21/2023 | BMM | ME | Participate in mediation (remotely/partial). | 1.40 | 700.00 | $980.00 |
| 02/21/2023 | IDS | ME | Meeting with committee and SCC after mediation | 2.00 | 700.00 | $1,400.00 |
| 02/21/2023 | IAWN | ME | Meeting with Committee regarding mediation. | 2.00 | 700.00 | $1,400.00 |
| 02/21/2023 | IDS | ME | Attend mediation | 10.00 | 700.00 | $7,000.00 |
| 02/21/2023 | IAWN | ME | Attend mediation. | 6.00 | 700.00 | $4,200.00 |
| 02/22/2023 | IAWN | ME | Attend mediation | 8.00 | 700.00 | $5,600.00 |
| 02/22/2023 | IDS | ME | Attend mediation | 8.00 | 700.00 | $5,600.00 |
| 02/22/2023 | BMM | ME | Participate in mediation (remotely/partial). | 0.80 | 700.00 | $560.00 |
| 02/23/2023 | IDS | ME | Review data to prepare for SCC call re mediation | 1.60 | 700.00 | $1,120.00 |
| 02/24/2023 | IDS | ME | Email to Committee re recommendation for mediation counter | 0.80 | 700.00 | $560.00 |
| | | | | 60.70 | | $42,490.00 |

**Other Professional Retention**

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/08/2023 | IDS | RPO | Call with CBRE regarding potential retention | 0.30 | 700.00 | $210.00 |
| 02/16/2023 | BMM | RPO | Review Stout's engagement letter. | 0.20 | 700.00 | $140.00 |
| 02/24/2023 | IDS | RPO | Review objection to Stout retention | 1.30 | 700.00 | $910.00 |
| 02/27/2023 | IDS | RPO | Prepare for hearing re Stout retention | 2.50 | 700.00 | $1,750.00 |
| 02/28/2023 | BMM | RPO | Revise proposed order and send to Diocese and UST. | 0.20 | 700.00 | $140.00 |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Buffalo O.C.C.  
Client 18502.00002

Page:     8  
Invoice 132453  
February 28, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/28/2023 | BMM | RPO | Call with I. Scharf regarding proposed order. | 0.10 | 700.00 | $70.00 |
|  |  |  |  | **4.60** |  | **$3,220.00** |

**TRAVEL**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/20/2023 | IAWN | TR | Travel from Oxnard to Buffalo | 11.00 | 700.00 | $7,700.00 |
| 02/20/2023 | IDS | TR | Travel from NYC to Buffalo | 5.00 | 700.00 | $3,500.00 |
| 02/22/2023 | IAWN | TR | Travel delayed because snowed in at Buffalo airport | 6.50 | 700.00 | $4,550.00 |
| 02/23/2023 | IAWN | TR | Travel to New York from Buffalo | 5.00 | 700.00 | $3,500.00 |
| 02/23/2023 | IDS | TR | Travel from Buffalo to NYC | 5.00 | 700.00 | $3,500.00 |
| 02/24/2023 | IAWN | TR | Travel from New York to Los Angeles | 12.00 | 700.00 | $8,400.00 |
|  |  |  |  | **44.50** |  | **$31,150.00** |

**TOTAL SERVICES FOR THIS MATTER:**                          **$85,550.00**

Pachulski Stang Ziehl & Jones LLP

Diocese of Buffalo O.C.C.

Client 18502.00002

Page:    9

Invoice 132453

February 28, 2023

---

**Expenses**

| | | | |
|---|---|---|---|
| 02/20/2020 | BM | Business Meal [E111] Go Donut, working meal, IAWN | 49.86 |
| 01/20/2023 | TE | Travel Expense [E110] Agent Fee Service, IAWN | 80.00 |
| 01/27/2023 | TE | Travel Expense [E110] Agent Fee Service, IAWN | 50.00 |
| 01/27/2023 | TE | Travel Expense [E110] Agent Fee Service, IAWN | 30.00 |
| 01/29/2023 | AF | Air Fare [E110] Delta Airlines, Tkt. #00623588297032, From LAG/BUF/LAG, IDS | 487.80 |
| 01/29/2023 | AF | Air Fare [E110] United Airlines, Tkt.#0167879716776, From LAX/EWR/BUF/EWR/LAX, IAWN | 2,524.40 |
| 01/31/2023 | TE | Travel Expense [E110] Agent Fee Service, IAWN | 80.00 |
| 02/07/2023 | TE | Travel Expense [E110] Agent Feee Service, IAWN | 50.00 |
| 02/19/2023 | AF | Air Fare [E110] United Airlines, Tkt.#0167879716796, From LAX/EWR/BUF/EWR/LAX, IAWN | 3,124.41 |
| 02/20/2023 | AT | Auto Travel Expense [E109] KLS Worldwide Transportation Services, Inv.3006510, From Oxnard to LAX, MSP | 103.79 |
| 02/20/2023 | AF | Air Fare [E110] United Airlines, Tkt.#0167879716970, From LAX/EWR/BUF/EWR/LAX, IAWN | 303.99 |
| 02/20/2023 | AF | Air Fare [E110] Delta Airlines, From GSO/BFO Committee member (for P.S.) | 741.40 |
| 02/20/2023 | AT | Auto Travel Expense [E109] Buffalo NiagaraTransportation Service (for Committee member, P.S.) | 46.00 |
| 02/20/2023 | HT | Hotel Expense [E110] Embassy Suites, 3 nights (for Committee member, P.S.) | 860.84 |
| 02/20/2023 | TE | Travel Expense [E110]] United Airlines, WiFi, IAWN | 10.00 |
| 02/20/2023 | TE | Travel Expense [E110] United Airlines, WiFi, IAWN | 10.00 |
| 02/21/2023 | AT | Auto Travel Expense [E109] Buffalo Airport Taxi  Service, IAWN | 48.84 |
| 02/22/2023 | BM | Business Meal [E111] Bella Ciao, working meal (for Committee member, P.S.) | 40.91 |
| 02/22/2023 | HT | Hotel Expense [E110] Embassy Suites Buffalo NY, IAWN | 611.98 |
| 02/22/2023 | HT | Hotel Expense [E110] The Mosey Buffalo William, 1 night, IAWN | 180.86 |
| 02/23/2023 | HT | Hotel Expense [E110] Courtyard By Marriott Edgewater, IAWN | 61.18 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Buffalo O.C.C.

Client 18502.00002

Page:    10

Invoice 132453

February 28, 2023

| | | | |
|---|---|---|---|
| 02/23/2023 | TE | Travel Expense [E110] United Airlines, WiFi, IAWN | 8.00 |
| 02/23/2023 | HT | Hotel Expense [E110] Courtyard by Marriott Edgewater, IAWN | 176.52 |
| 02/23/2023 | AT | Auto Travel Expense [E109] Buffalo Airport Service, IAWN | 30.00 |
| 02/23/2023 | AT | Auto Travel Expense [E109] Buffalo NiagaraTransportation Service (for Committee member, P.S.) | 48.50 |
| 02/28/2023 | OS | Everlaw, Inv. 76001, Diocese of Buffalo database for the month of February | 1,078.00 |
| 02/28/2023 | PAC | Pacer - Court Research | 0.40 |

**Total Expenses for this Matter**                                  **$10,837.68**

Pachulski Stang Ziehl & Jones LLP

Diocese of Buffalo O.C.C.

Client 18502.00002

Page:    11

Invoice 132453

February 28, 2023

## A/R STATEMENT

**Outstanding Balance from prior invoices as of  02/28/2023**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 125270 | 04/30/2020 | $10,919.25 | $0.00 | $10,919.25 |
| 125276 | 05/31/2020 | $15,230.75 | $0.00 | $15,230.75 |
| 125334 | 06/30/2020 | $4,156.25 | $0.00 | $4,156.25 |
| 126177 | 07/31/2020 | $5,150.25 | $0.00 | $5,150.25 |
| 126524 | 08/31/2020 | $7,891.75 | $0.00 | $7,891.75 |
| 128245 | 03/31/2021 | $3,448.23 | $0.00 | $3,448.23 |
| 128247 | 04/30/2021 | $18,006.50 | $514.72 | $18,521.22 |
| 128249 | 05/31/2021 | $18,814.50 | $500.00 | $19,314.50 |
| 129782 | 01/31/2022 | $4,975.00 | $0.00 | $4,975.00 |
| 131027 | 07/31/2022 | $6,230.00 | $0.00 | $6,230.00 |
| 131956 | 12/31/2022 | $201,910.00 | $15,122.99 | $217,032.99 |

**Total Amount Due on Current and Prior Invoices:**          **$378,107.87**