# EXHIBIT B
## [Invoice through March 31, 2023]

# Pachulski Stang Ziehl & Jones LLP

780 Third Avenue
34th Floor
New York, NY 10017

May 17, 2023

IDS

| | |
|---|---|
| Invoice | 132425 |
| Client | 18502 |
| Matter | 00002 |
| | **GNB** |

RE: Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2023

| | |
|---|---|
| FEES | $85,290.00 |
| EXPENSES | $5,658.17 |
| LESS COURTESY DISCOUNT | $31,500.00 |
| **TOTAL CURRENT CHARGES** | **$59,448.17** |
| **BALANCE FORWARD** | **$413,538.12** |
| **TOTAL BALANCE DUE** | **$472,986.29** |

Pachulski Stang Ziehl & Jones LLP
Diocese of Buffalo O.C.C.
18502    - 00002

Page:     2
Invoice 132425
May 17, 2023

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BMM | Michael, Brittany M. | Counsel | 700.00 | 7.30 | $5,110.00 |
| DHH | Hinojosa, Diane H. | Paralegal | 300.00 | 0.30 | $90.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 70.40 | $54,880.00 |
| IDS | Scharf, Ilan D. | Partner | 700.00 | 35.20 | $24,640.00 |
| KLL | LaBrada, Kerri L. | Paralegal | 300.00 | 1.90 | $570.00 |
| | | | | 115.10 | $85,290.00 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Buffalo O.C.C.
18502    - 00002

Page:    3
Invoice 132425
May 17, 2023

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis/Recovery[B120] | 1.40 | $980.00 |
| BL | Bankruptcy Litigation [L430] | 1.70 | $870.00 |
| CA | Case Administration [B110] | 3.40 | $1,940.00 |
| CP | Compensation Prof. [B160] | 0.60 | $420.00 |
| GC | General Creditors Comm. [B150] | 10.80 | $7,560.00 |
| H | Hearings | 0.40 | $280.00 |
| IC | Insurance Coverage | 6.30 | $4,410.00 |
| ME | Mediation | 53.20 | $37,120.00 |
| PD | Plan & Disclosure Stmt. [B320] | 0.30 | $210.00 |
| TR | Travel | 37.00 | $31,500.00 |
| | | 115.10 | $85,290.00 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Buffalo O.C.C.
18502    - 00002

Page:      4
Invoice 132425
May 17, 2023

## __Summary of Expenses__

| Description | Amount |
|---|---|
| Air Fare [E110] | $2,905.00 |
| Auto Travel Expense [E109] | $99.73 |
| Working Meals [E111] | $122.65 |
| Delivery service/messengers | $2.00 |
| Hotel Expense [E110] | $1,139.23 |
| Lexis/Nexis- Legal Research [E | $36.52 |
| Outside Services | $1,078.00 |
| Pacer - Court Research | $8.30 |
| Travel Expense [E110] | $266.74 |
| | $5,658.17 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Buffalo O.C.C.
18502    - 00002

Page:      5
Invoice 132425
May 17, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Asset Analysis/Recovery[B120]

| 03/10/2023 | BMM | AA | Analyze newly produced financial information. | 0.80 | 700.00 | $560.00 |
| 03/10/2023 | BMM | AA | Communication with K. Kernan regarding appraisal. | 0.10 | 700.00 | $70.00 |
| 03/21/2023 | BMM | AA | Revise financial analysis (with I. Scharf in part). | 0.50 | 700.00 | $350.00 |
|  |  |  |  | **1.40** |  | **$980.00** |

### Bankruptcy Litigation [L430]

| 03/17/2023 | KLL | BL | Review production from BSK dated 3/9/2023. | 0.80 | 300.00 | $240.00 |
| 03/27/2023 | BMM | BL | Analyze Diocese response regarding discovery. | 0.50 | 700.00 | $350.00 |
| 03/29/2023 | BMM | BL | Analyze communications with Diocese's counsel regarding outstanding discovery. | 0.40 | 700.00 | $280.00 |
|  |  |  |  | **1.70** |  | **$870.00** |

### Case Administration [B110]

| 03/03/2023 | KLL | CA | Review docket and update caseload memo. | 0.20 | 300.00 | $60.00 |
| 03/09/2023 | KLL | CA | Update critical dates memo. | 0.30 | 300.00 | $90.00 |
| 03/20/2023 | BMM | CA | Call with I. Scharf regarding case issues. | 0.40 | 700.00 | $280.00 |
| 03/20/2023 | BMM | CA | (Partial) Call with Diocese counsel regarding ongoing case issues. | 0.80 | 700.00 | $560.00 |
| 03/24/2023 | KLL | CA | Review current filings and update critical dates memo for upcoming task assignments. | 0.30 | 300.00 | $90.00 |
| 03/27/2023 | BMM | CA | Call with Diocese counsel regarding ongoing case issues. | 0.30 | 700.00 | $210.00 |
| 03/27/2023 | IDS | CA | Review comments from claimants re case | 0.80 | 700.00 | $560.00 |
| 03/30/2023 | KLL | CA | Review current docket and update case memo to same. | 0.30 | 300.00 | $90.00 |
|  |  |  |  | **3.40** |  | **$1,940.00** |

### Compensation Prof. [B160]

| 03/10/2023 | BMM | CP | Revise interim fee application. | 0.60 | 700.00 | $420.00 |
|  |  |  |  | **0.60** |  | **$420.00** |

### General Creditors Comm. [B150]

| 03/01/2023 | IDS | GC | Respond to committee inquiry regarding property valuation (parish). | 0.80 | 700.00 | $560.00 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Buffalo O.C.C.
18502    - 00002

Page:     6
Invoice 132425
May 17, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/02/2023 | IDS | GC | Attend committee meeting regarding ongoing matters. | 1.00 | 700.00 | $700.00 |
| 03/02/2023 | IDS | GC | Prepare for committee meeting. | 0.50 | 700.00 | $350.00 |
| 03/02/2023 | IDS | GC | Respond to Committee chair email inquiry regarding mediation and asset analysis. | 1.10 | 700.00 | $770.00 |
| 03/09/2023 | IDS | GC | Draft email to Committee regarding status. | 0.80 | 700.00 | $560.00 |
| 03/09/2023 | IDS | GC | Call with SCC regarding insurance and mediation. | 0.50 | 700.00 | $350.00 |
| 03/21/2023 | IDS | GC | Email to SCC re update on pending matters | 0.50 | 700.00 | $350.00 |
| 03/22/2023 | IAWN | GC | Telephone call with I. Scharf and B. Michael re SSC telephone call | 0.20 | 700.00 | $140.00 |
| 03/22/2023 | IAWN | GC | Telephone call with State Court Counsel re plan | 0.50 | 700.00 | $350.00 |
| 03/23/2023 | BMM | GC | Call with SCC regarding ongoing case issues. | 0.50 | 700.00 | $350.00 |
| 03/27/2023 | IDS | GC | Call with Boyd re claimant concerns | 0.40 | 700.00 | $280.00 |
| 03/28/2023 | IDS | GC | Meeting with Committee re mediation | 2.00 | 700.00 | $1,400.00 |
| 03/29/2023 | IDS | GC | Meeting with Committee re mediation | 2.00 | 700.00 | $1,400.00 |
|  |  |  |  | **10.80** |  | **$7,560.00** |

### Hearings

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/24/2023 | IAWN | H | Attend hearing re mediation | 0.20 | 700.00 | $140.00 |
| 03/27/2023 | BMM | H | Participate in hearing on appointment of mediator. | 0.20 | 700.00 | $140.00 |
|  |  |  |  | **0.40** |  | **$280.00** |

### Insurance Coverage

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/10/2023 | IAWN | IC | Review archeology report from diocese coverage counsel and attachments | 1.30 | 700.00 | $910.00 |
| 03/14/2023 | IAWN | IC | Review archeology report | 0.20 | 700.00 | $140.00 |
| 03/22/2023 | BMM | IC | (Partial) Call with SCC and Diocese counsel regarding insurance issues. | 0.60 | 700.00 | $420.00 |
| 03/23/2023 | IAWN | IC | Email J. Murray re questions on insurance | 0.20 | 700.00 | $140.00 |
| 03/27/2023 | IAWN | IC | Review policies re aggregates in light of J. Murray email re same | 2.20 | 700.00 | $1,540.00 |
| 03/27/2023 | IAWN | IC | Review emails between V. Newmark and I. Scharf re Diocese of Camden pleadings | 0.10 | 700.00 | $70.00 |
| 03/31/2023 | IAWN | IC | Review revised coverage chart from coverage counsel | 0.50 | 700.00 | $350.00 |
| 03/31/2023 | IAWN | IC | Review secondary evidence of insurance | 1.20 | 700.00 | $840.00 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Buffalo O.C.C.
18502    - 00002

Page:      7
Invoice 132425
May 17, 2023

| | | | | | 6.30 | | $4,410.00 |
|---|---|---|---|---|---|---|---|

## Mediation

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/01/2023 | IDS | ME | Review email from court and responses regarding mediation. | 0.40 | 700.00 | $280.00 |
| 03/13/2023 | IAWN | ME | Telephone call with debtor re mediation | 0.80 | 700.00 | $560.00 |
| 03/13/2023 | IAWN | ME | Telephone call with I. Scharf re mediation | 0.10 | 700.00 | $70.00 |
| 03/13/2023 | BMM | ME | Call with Debtor and Parish counsel regarding mediation. | 0.70 | 700.00 | $490.00 |
| 03/15/2023 | IAWN | ME | Review parish charts re insurance | 1.80 | 700.00 | $1,260.00 |
| 03/15/2023 | IAWN | ME | Exchange emails with assistant re insurance charts project | 0.10 | 700.00 | $70.00 |
| 03/22/2023 | IAWN | ME | Work with assistant to reorganize claims charts by parish insurer and compare same with diocese insurer | 3.20 | 700.00 | $2,240.00 |
| 03/22/2023 | IAWN | ME | Telephone call with debtor re mediation | 0.70 | 700.00 | $490.00 |
| 03/23/2023 | IAWN | ME | Review insurance policies re coverage chart | 3.50 | 700.00 | $2,450.00 |
| 03/23/2023 | IAWN | ME | Review attendance list for mediation | 0.10 | 700.00 | $70.00 |
| 03/23/2023 | IAWN | ME | Telephone call with State Court Counsel re mediation | 0.50 | 700.00 | $350.00 |
| 03/23/2023 | IAWN | ME | Review debtor and I. Scharf emails re mediation | 0.10 | 700.00 | $70.00 |
| 03/23/2023 | DHH | ME | Compile list of mediation attendees and email same to T. Ayers. | 0.20 | 300.00 | $60.00 |
| 03/24/2023 | IAWN | ME | Telephone call with I. Scharf re mediation | 0.20 | 700.00 | $140.00 |
| 03/24/2023 | IAWN | ME | Continued policy review | 1.50 | 700.00 | $1,050.00 |
| 03/24/2023 | IAWN | ME | Review J. Murray email re aggregate limits in preparation for mediation. | 0.20 | 700.00 | $140.00 |
| 03/24/2023 | DHH | ME | Telephone conference with T. Ayers regarding list of mediation attendees. | 0.10 | 300.00 | $30.00 |
| 03/27/2023 | IDS | ME | Review revised offer | 0.20 | 700.00 | $140.00 |
| 03/27/2023 | IDS | ME | Email to SCC re revised offer | 0.20 | 700.00 | $140.00 |
| 03/28/2023 | IAWN | ME | Prepare for mediation with review of parish overlap with diocese insurance claims | 3.20 | 700.00 | $2,240.00 |
| 03/29/2023 | IAWN | ME | Attend mediation. | 8.00 | 700.00 | $5,600.00 |
| 03/29/2023 | IAWN | ME | Meeting with State Court Counsel re mediation. | 2.50 | 700.00 | $1,750.00 |
| 03/29/2023 | IDS | ME | Attend mediation | 8.00 | 700.00 | $5,600.00 |
| 03/29/2023 | BMM | ME | Participate in mediation (partial). | 0.30 | 700.00 | $210.00 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Buffalo O.C.C.
18502    - 00002

Page:    8
Invoice 132425
May 17, 2023

|            |      |    |                                              | Hours | Rate   | Amount      |
|------------|------|----|----------------------------------------------|-------|--------|-------------|
| 03/29/2023 | BMM  | ME | Participate in mediation (partial).          | 0.60  | 700.00 | $420.00     |
| 03/30/2023 | IAWN | ME | Meeting with I. Scharf re mediation          | 1.00  | 700.00 | $700.00     |
| 03/30/2023 | IAWN | ME | Attend mediation (partial)                   | 7.00  | 700.00 | $4,900.00   |
| 03/30/2023 | IDS  | ME | Attend mediation                             | 8.00  | 700.00 | $5,600.00   |
|            |      |    |                                              | **53.20** |    | **$37,120.00** |

### Plan & Disclosure Stmt. [B320]

|            |      |    |                                                   | Hours | Rate   | Amount   |
|------------|------|----|---------------------------------------------------|-------|--------|----------|
| 03/13/2023 | IAWN | PD | Telephone call with debtor re plan                | 0.20  | 700.00 | $140.00  |
| 03/13/2023 | IAWN | PD | Review response to M. Plevin filed with court     | 0.10  | 700.00 | $70.00   |
|            |      |    |                                                   | **0.30** |     | **$210.00** |

### Travel

|            |      |    |                                          | Hours | Rate   | Amount     |
|------------|------|----|------------------------------------------|-------|--------|------------|
| 03/28/2023 | IAWN | TR | Travel to Newark on way to Buffalo       | 11.00 | 700.00 | $7,700.00  |
| 03/28/2023 | IDS  | TR | Travel from NYC to Buffalo               | 5.00  | 700.00 | $3,500.00  |
| 03/29/2023 | IAWN | TR | Travel from Newark to Buffalo            | 4.00  | 700.00 | $8,400.00  |
| 03/30/2023 | IAWN | TR | Travel to Newark                         | 2.00  | 700.00 | $1,400.00  |
| 03/30/2023 | IDS  | TR | Travel from Buffalo to NYC               | 3.00  | 700.00 | $2,100.00  |
| 03/31/2023 | IAWN | TR | Travel from Newark to Los Angeles        | 12.00 | 700.00 | $8,400.00  |
|            |      |    |                                          | **37.00** |    | **$31,500.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                    **$85,290.00**

Pachulski Stang Ziehl & Jones LLP

Diocese of Buffalo O.C.C.

18502    - 00002

Page:     9

Invoice 132425

May 17, 2023

---

## Expenses

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 03/21/2023 | AF | Air Fare [E110] Delta Airlines, Tkt.#00678933875395, From LGA/BUF, IAWN | 413.90 |
| 03/21/2023 | TE | Travel Expense [E110] Travel Agency Fee, IAWN | 35.00 |
| 03/26/2023 | E107 | Copies FedEx Store (20 @ $.10), GNB | 2.00 |
| 03/28/2023 | AF | Air Fare [E110]Delta Airlines, Confirmation #G633ZB, P. Starks | 794.40 |
| 03/28/2023 | AF | Air Fare [E110] United Airlines, Tkt.#0167879716930, From LAX/EWR/EWR/LAX, (Coach fare) IAWN | 1,566.70 |
| 03/28/2023 | AF | Air Fare [E110] United Airlines, Tkt.#0167893387510, From LAX/EWR/EWR/LAX, IAWN | 130.00 |
| 03/28/2023 | AT | Auto Travel Expense [E109] Lyft Transportation Services, P. Starks | 54.10 |
| 03/28/2023 | BM | Business Meal [E111] Oliver's Restaurant, working meal, P. Starks | 61.00 |
| 03/28/2023 | HT | Hotel Expense [E110] Embassy Suites, 3 nights, P. Starks | 420.43 |
| 03/28/2023 | HT | Hotel Expense [E110]Embassy Suites, 2 nights, R. Macalister | 419.64 |
| 03/29/2023 | LN | 18502.00002 Lexis Charges for 03-29-23 | 36.52 |
| 03/30/2023 | AT | Auto Travel Expense [E109] Mileage re February mediation - 26 miles @ $0.585/mi - $15.21 Mileage re March mediation - 52 miles (round trip) @$0.585/mi = $30.42 Ann M. Dempsey | 45.63 |
| 03/30/2023 | BM | Business Meal [E111] Buffalo Tap House Buffalo NY, working meal, IAWN | 61.65 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Buffalo O.C.C.
18502    - 00002

Page:    10
Invoice 132425
May 17, 2023

| Date | Code | Description | Amount |
|---|---|---|---|
| 03/30/2023 | HT | Hotel Expense [E110] Westin Buffalo, IAWN | 299.16 |
| 03/30/2023 | TE | Travel Expense [E110]United Airlines In Flight WiFi, IAWN | 8.00 |
| 03/30/2023 | TE | Travel Expense [E110] Buffalo /Niagara Airport Cheektowaga NY, IAWN | 113.74 |
| 03/31/2023 | OS | Everlaw, Inc. Inv. #78323 | 1,078.00 |
| 03/31/2023 | TE | Travel Expense [E110] Travel Agency Service, IAWN | 50.00 |
| 03/31/2023 | TE | Travel Expense [E110] United Airlines In Flight WiFi, IAWN | 10.00 |
| 03/31/2023 | TE | Travel Expense [E110] Travel Agent Service, IAWN | 50.00 |
| 03/31/2023 | PAC | Pacer - Court Research | 8.30 |

**Total Expenses for this Matter** **$5,658.17**

Pachulski Stang Ziehl & Jones LLP
Diocese of Buffalo O.C.C.
18502    - 00002

Page:    11
Invoice 132425
May 17, 2023

---

### REMITTANCE ADVICE

### Please inlcude this Remittance with your payment

**For current services rendered through:    03/31/2023**

| | |
|---|---|
| **Total Fees** | **$85,290.00** |
| **Total Expenses** | **5,658.17** |
| **Less Courtesy Discount** | **$31,500.00** |
| **Total Due on Current Invoice** | **$59,448.17** |

**Outstanding Balance from prior invoices as of    05/17/2023    (May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 125270 | 04/30/2020 | $109,192.50 | $625.07 | $10,919.25 |
| 125276 | 05/31/2020 | $152,307.50 | $578.14 | $15,230.75 |
| 125334 | 06/30/2020 | $41,562.50 | $1,006.09 | $4,156.25 |
| 126177 | 07/31/2020 | $51,502.50 | $1,349.12 | $5,150.25 |
| 126524 | 08/31/2020 | $33,130.00 | $247.58 | $7,891.75 |
| 128245 | 03/31/2021 | $32,659.50 | $555.35 | $3,448.23 |
| 128247 | 04/30/2021 | $18,006.50 | $514.72 | $18,521.22 |
| 128249 | 05/31/2021 | $18,814.50 | $500.00 | $19,314.50 |
| 129782 | 01/31/2022 | $144,907.00 | $762.15 | $4,975.00 |
| 131027 | 07/31/2022 | $306,150.00 | $22,823.12 | $6,230.00 |
| 131956 | 12/31/2022 | $201,910.00 | $15,122.99 | $217,032.99 |
| 132106 | 04/04/2023 | $32,140.00 | $2,990.25 | $35,130.25 |
| 132422 | 05/17/2023 | $54,400.00 | $11,137.68 | $65,537.68 |

**Total Amount Due on Current and Prior Invoices:                $472,986.29**