# EXHIBIT C
# [Invoice through April 30, 2023]

# Pachulski Stang Ziehl & Jones LLP

780 Third Avenue
34th Floor
New York, NY 10017

IDS

April 30, 2023
Invoice 132459
Client 18502
Matter 00002
**GNB**

RE: Committee Representation

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2023**

| | |
|---|---:|
| FEES | $37,450.00 |
| EXPENSES | $1,734.49 |
| **TOTAL CURRENT CHARGES** | **$39,184.49** |
| **BALANCE FORWARD** | **$472,686.29** |
| **TOTAL BALANCE DUE** | **$511,870.78** |

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BMM | Michael, Brittany M. | Counsel | 700.00 | 4.10 | $2,870.00 |
| CAK | Knotts, Cheryl A. | Paralegal | 300.00 | 1.40 | $420.00 |
| GNB | Brown, Gillian N. | Counsel | 700.00 | 0.40 | $280.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 9.20 | $6,440.00 |
| IDS | Scharf, Ilan D. | Partner | 700.00 | 28.80 | $20,160.00 |
| JIS | Stang, James I. | Partner | 700.00 | 1.10 | $770.00 |
| KHB | Brown, Kenneth H. | Partner | 700.00 | 0.60 | $420.00 |
| KLL | LaBrada, Kerri L. | Paralegal | 300.00 | 4.20 | $1,260.00 |
| WLR | Ramseyer, William L. | Counsel | 700.00 | 6.90 | $4,830.00 |
|  |  |  |  | 56.70 | $37,450.00 |

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis/Recovery[B120] | 1.10 | $770.00 |
| BL | Bankruptcy Litigation [L430] | 1.10 | $770.00 |
| CA | Case Administration [B110] | 3.80 | $1,180.00 |
| CO | Claims Admin/Objections[B310] | 6.50 | $4,550.00 |
| CP | Compensation Prof. [B160] | 9.10 | $5,610.00 |
| GC | General Creditors Comm. [B150] | 11.80 | $8,260.00 |
| IC | Insurance Coverage | 13.80 | $9,660.00 |
| ME | Mediation | 4.30 | $3,010.00 |
| PD | Plan & Disclosure Stmt. [B320] | 0.50 | $350.00 |
| SL | Stay Litigation [B140] | 4.70 | $3,290.00 |
|  |  | 56.70 | $37,450.00 |

### Summary of Expenses

| Description | Amount |
|---|---:|
| Auto Travel Expense [E109] | $201.09 |
| Outside Services | $1,078.00 |
| Pacer - Court Research | $128.40 |
| Postage [E108] | $327.00 |
|  | $1,734.49 |

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Asset Analysis/Recovery[B120]

| 04/18/2023 | IDS | AA | Review and update Diocesan entity ability to pay analysis | 1.10 | 700.00 | $770.00 |
|---|---|---|---|---|---|---|
|  |  |  |  | **1.10** |  | **$770.00** |

### Bankruptcy Litigation [L430]

| 04/20/2023 | BMM | BL | Draft communication to debtor's counsel regarding property requests. | 1.10 | 700.00 | $770.00 |
|---|---|---|---|---|---|---|
|  |  |  |  | **1.10** |  | **$770.00** |

### Case Administration [B110]

| 04/07/2023 | KLL | CA | Review docket and update critical dates memo for upcoming tasks. | 0.30 | 300.00 | $90.00 |
|---|---|---|---|---|---|---|
| 04/14/2023 | KLL | CA | Review dockets and update critical dates memo. | 0.30 | 300.00 | $90.00 |
| 04/19/2023 | GNB | CA | Email with K. LaBrada regarding service list issues; Email I. Soto regarding Friday filing and service. | 0.10 | 700.00 | $70.00 |
| 04/19/2023 | KLL | CA | Prepare a master service list. | 2.10 | 300.00 | $630.00 |
| 04/21/2023 | KLL | CA | Review docket and update critical dates memo. | 0.40 | 300.00 | $120.00 |
| 04/26/2023 | KLL | CA | Review current notices and update critical dates memo to same. | 0.30 | 300.00 | $90.00 |
| 04/28/2023 | KLL | CA | Review dockets and update critical dates memo. | 0.30 | 300.00 | $90.00 |
|  |  |  |  | **3.80** |  | **$1,180.00** |

### Claims Admin/Objections[B310]

| 04/19/2023 | JIS | CO | Call I. Scharf regarding 2019 issues. | 0.40 | 700.00 | $280.00 |
|---|---|---|---|---|---|---|
| 04/24/2023 | IDS | CO | Review certain claims to adjust insurance analysis | 2.20 | 700.00 | $1,540.00 |
| 04/24/2023 | IDS | CO | Review claims filed after Bar Date | 3.20 | 700.00 | $2,240.00 |
| 04/27/2023 | BMM | CO | Review claims lists for counsel to file 2019 disclosures. | 0.70 | 700.00 | $490.00 |
|  |  |  |  | **6.50** |  | **$4,550.00** |

### Compensation Prof. [B160]

| 04/03/2023 | GNB | CP | Email K. LaBrada regarding PSZJ interim fee application; Email with W. Ramseyer and C. Knotts regarding same. | 0.10 | 700.00 | $70.00 |
|---|---|---|---|---|---|---|
| 04/03/2023 | WLR | CP | Draft Fifth interim fee application | 0.30 | 700.00 | $210.00 |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/03/2023 | WLR | CP | Review correspondence from G. Brown and reply re Fifth interim fee application | 0.20 | 700.00 | $140.00 |
| 04/04/2023 | WLR | CP | Draft Fifth interim fee application | 2.90 | 700.00 | $2,030.00 |
| 04/04/2023 | WLR | CP | Review correspondence from G. Brown (.1) and from L. Gardiazabal (.1) re bills for Fifth interim fee application | 0.20 | 700.00 | $140.00 |
| 04/05/2023 | CAK | CP | Begin updating spreadsheet in preparation of 5th Interim fee application | 0.40 | 300.00 | $120.00 |
| 04/07/2023 | GNB | CP | Email with W. Ramseyer and C. Knotts regarding PSZJ interim fee application expenses. | 0.10 | 700.00 | $70.00 |
| 04/07/2023 | WLR | CP | Draft Fifth interim fee application | 1.40 | 700.00 | $980.00 |
| 04/07/2023 | WLR | CP | Review and revise Fifth interim fee application | 0.30 | 700.00 | $210.00 |
| 04/08/2023 | WLR | CP | Review and revise Fifth interim fee application | 1.60 | 700.00 | $1,120.00 |
| 04/10/2023 | CAK | CP | Review and update 5th Interim fee application | 0.80 | 300.00 | $240.00 |
| 04/19/2023 | KLL | CP | Prepare service list for fee statements. | 0.30 | 300.00 | $90.00 |
| 04/20/2023 | GNB | CP | Email K. Doner regarding PSZJ fifth fee application; Email staff regarding filing and service of PSZJ fifth fee application tomorrow. | 0.10 | 700.00 | $70.00 |
| 04/24/2023 | CAK | CP | Edit 5th Interim fee application | 0.20 | 300.00 | $60.00 |
| 04/25/2023 | KLL | CP | Review local rules on fee applications and interim compensation order. | 0.20 | 300.00 | $60.00 |
| | | | | **9.10** | | **$5,610.00** |

### General Creditors Comm. [B150]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/04/2023 | IAWN | GC | Telephone call with SCC re open issues | 1.20 | 700.00 | $840.00 |
| 04/11/2023 | IAWN | GC | Telephone call with SCC re claims and stay. | 0.50 | 700.00 | $350.00 |
| 04/11/2023 | IDS | GC | Email to SCC re call agenda | 0.30 | 700.00 | $210.00 |
| 04/11/2023 | IDS | GC | Call with SCC re mediation, parish stay | 1.00 | 700.00 | $700.00 |
| 04/17/2023 | IDS | GC | Call with pro se claimant regarding case status | 0.50 | 700.00 | $350.00 |
| 04/18/2023 | IDS | GC | Attend SCC call regarding mediation | 0.60 | 700.00 | $420.00 |
| 04/18/2023 | BMM | GC | Participate in Committee meeting regarding ongoing issues. | 0.60 | 700.00 | $420.00 |
| 04/20/2023 | IDS | GC | Call with M. Merson regarding committee meeting | 0.20 | 700.00 | $140.00 |
| 04/20/2023 | IDS | GC | Meet with committee regarding mediation, parish stay | 1.10 | 700.00 | $770.00 |
| 04/24/2023 | BMM | GC | Respond to counsel question regarding claims. | 0.40 | 700.00 | $280.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/25/2023 | IDS | GC | Email to SCC regarding agenda for weekly call | 0.30 | 700.00 | $210.00 |
| 04/26/2023 | IDS | GC | Call with committee chair re mediation, insurance, parish stay | 0.60 | 700.00 | $420.00 |
| 04/26/2023 | BMM | GC | (Partial) Participate in SCC call regarding case issues. | 0.20 | 700.00 | $140.00 |
| 04/26/2023 | IAWN | GC | Telephone call with SCC re mediation | 0.80 | 700.00 | $560.00 |
| 04/27/2023 | IAWN | GC | Review SCC call agenda | 0.10 | 700.00 | $70.00 |
| 04/27/2023 | IDS | GC | Committee meeting re parish stay, mediation | 1.00 | 700.00 | $700.00 |
| 04/27/2023 | IDS | GC | Prepare for committee meeting | 0.60 | 700.00 | $420.00 |
| 04/27/2023 | BMM | GC | Participate in Committee meeting regarding ongoing case issues. | 0.40 | 700.00 | $280.00 |
| 04/27/2023 | BMM | GC | Meeting with SCC regarding ongoing case issues. | 0.70 | 700.00 | $490.00 |
| 04/27/2023 | IAWN | GC | Telephone call with SCC re mediation | 0.70 | 700.00 | $490.00 |
| | | | | **11.80** | | **$8,260.00** |

### Insurance Coverage

| | | | | | | |
|---|---|---|---|---|---|---|
| 04/18/2023 | IDS | IC | Update insurance analysis | 1.80 | 700.00 | $1,260.00 |
| 04/20/2023 | IDS | IC | Update insurance analysis | 1.40 | 700.00 | $980.00 |
| 04/23/2023 | IAWN | IC | Review latest coverage chart and open issues | 2.00 | 700.00 | $1,400.00 |
| 04/24/2023 | IAWN | IC | Email I. Scharf and B. Michael re open coverage issues | 0.20 | 700.00 | $140.00 |
| 04/24/2023 | IDS | IC | Review coverage chart, insurance analysis (.5); Update same (1.7). | 2.20 | 700.00 | $1,540.00 |
| 04/25/2023 | IAWN | IC | Exchange emails with debtor and Sparta re status of insurance inquiries | 0.30 | 700.00 | $210.00 |
| 04/25/2023 | IDS | IC | Review and revise coverage chart regarding Merchants coverage | 2.80 | 700.00 | $1,960.00 |
| 04/25/2023 | IDS | IC | Continue to review and revise coverage chart regarding Merchants coverage | 1.80 | 700.00 | $1,260.00 |
| 04/26/2023 | IAWN | IC | Telephone call with I. Scharf re policies | 0.10 | 700.00 | $70.00 |
| 04/26/2023 | IDS | IC | Email to committee chair re insurance | 0.30 | 700.00 | $210.00 |
| 04/27/2023 | IAWN | IC | Review status of missing policies | 0.30 | 700.00 | $210.00 |
| 04/27/2023 | IAWN | IC | Exchange emails with coverage counsel re status of missing policies | 0.20 | 700.00 | $140.00 |
| 04/27/2023 | IAWN | IC | Review Wassau policy | 0.40 | 700.00 | $280.00 |
| | | | | **13.80** | | **$9,660.00** |

### Mediation

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/10/2023 | IDS | ME | Work on insurance scenarios for mediation | 1.80 | 700.00 | $1,260.00 |
| 04/18/2023 | IDS | ME | Call with Donato regarding mediation | 0.30 | 700.00 | $210.00 |
| 04/20/2023 | IAWN | ME | Telephone call with SCC re mediation options | 1.10 | 700.00 | $770.00 |
| 04/20/2023 | IAWN | ME | Telephone call with Boyd and I. Scharf re telephone call with SCC | 0.10 | 700.00 | $70.00 |
| 04/24/2023 | IAWN | ME | Review policies with aggregates | 0.80 | 700.00 | $560.00 |
| 04/26/2023 | JIS | ME | Call I. Scharf regarding parish contributions. | 0.20 | 700.00 | $140.00 |
| | | | | **4.30** | | **$3,010.00** |

### Plan & Disclosure Stmt. [B320]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/20/2023 | JIS | PD | Call I. Scharf re case status and plan issues. | 0.50 | 700.00 | $350.00 |
| | | | | **0.50** | | **$350.00** |

### Stay Litigation [B140]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/15/2023 | IAWN | SL | Review B. Michael and I. Scharf emails re stay issues | 0.30 | 700.00 | $210.00 |
| 04/15/2023 | IAWN | SL | Review K. Brown email re stay | 0.10 | 700.00 | $70.00 |
| 04/15/2023 | KHB | SL | Diocese emails with I. Scharf and B. Michael re strategy for opposing preliminary injunction of CVA cases against non-debtor parties. | 0.60 | 700.00 | $420.00 |
| 04/17/2023 | IDS | SL | Revise file regarding parish stay analysis | 0.80 | 700.00 | $560.00 |
| 04/17/2023 | IDS | SL | Call with non-Committee SCC regarding parish stay | 0.40 | 700.00 | $280.00 |
| 04/20/2023 | IDS | SL | Call with Boyd regarding parish stay | 0.20 | 700.00 | $140.00 |
| 04/26/2023 | IDS | SL | Call with F. Elsaesser re parish stay | 0.40 | 700.00 | $280.00 |
| 04/26/2023 | IDS | SL | Continue and update insurance analysis; analysis of cases eligible for litigation | 1.10 | 700.00 | $770.00 |
| 04/26/2023 | IDS | SL | Call with Boyd re parish stay | 0.40 | 700.00 | $280.00 |
| 04/26/2023 | IDS | SL | Email to SCC re parish stay | 0.40 | 700.00 | $280.00 |
| | | | | **4.70** | | **$3,290.00** |

**TOTAL SERVICES FOR THIS MATTER:** $37,450.00

## **Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 03/28/2023 | AT | Auto Travel Expense [E109]KLS Worldwide Chauffeured Services, Inv.#3006931, IAWN | 100.54 |
| 03/31/2023 | AT | Auto Travel Expense [E109] KLS Worldwide Chauffeured Services, Inv.#3006931, IAWN | 100.55 |
| 04/30/2023 | OS | Everlaw, Inc. Inv. #80801 | 1,078.00 |
| 04/30/2023 | PO | Postage [E108] NY Postage | 327.00 |
| 04/30/2023 | PAC | Pacer - Court Research | 128.40 |

**Total Expenses for this Matter**　　　　　　　　　　　　　　　　　　　　　　　　　**$1,734.49**

## REMITTANCE ADVICE

**Please inlcude this Remittance with your payment**

**For current services rendered through:** 04/30/2023

| | |
|---|---:|
| **Total Fees** | $37,450.00 |
| **Total Expenses** | 1,734.49 |
| **Total Due on Current Invoice** | $39,184.49 |

**Outstanding Balance from prior invoices as of**    04/30/2023    (May not include recent payments)

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 125270 | 04/30/2020 | $109,192.50 | $625.07 | $10,919.25 |
| 125276 | 05/31/2020 | $152,307.50 | $578.14 | $15,230.75 |
| 125334 | 06/30/2020 | $41,562.50 | $1,006.09 | $4,156.25 |
| 126177 | 07/31/2020 | $51,502.50 | $1,349.12 | $5,150.25 |
| 126524 | 08/31/2020 | $33,130.00 | $247.58 | $7,891.75 |
| 128245 | 03/31/2021 | $32,659.50 | $555.35 | $3,448.23 |
| 128247 | 04/30/2021 | $18,006.50 | $514.72 | $18,521.22 |
| 128249 | 05/31/2021 | $18,814.50 | $500.00 | $19,314.50 |
| 129782 | 01/31/2022 | $144,907.00 | $762.15 | $4,975.00 |
| 131027 | 07/31/2022 | $306,150.00 | $22,823.12 | $6,230.00 |
| 131956 | 12/31/2022 | $201,910.00 | $15,122.99 | $217,032.99 |
| 132106 | 04/04/2023 | $32,140.00 | $2,990.25 | $35,130.25 |
| 132425 | 05/17/2023 | $53,790.00 | $5,658.17 | $59,448.17 |
| 132453 | 02/28/2023 | $54,400.00 | $10,837.68 | $65,237.68 |

**Total Amount Due on Current and Prior Invoices:**    **$511,870.78**