**EXHIBIT D**
**[Invoice through May 31, 2023]**



10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Diocese of Buffalo O.C.C.

October 4, 2023
Invoice    133717
Client     18502.00002

RE:   Committee Representation

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2023

| | |
|---|---:|
| FEES | $98,400.00 |
| EXPENSES | $7,570.64 |
| LESS COURTESY DISCOUNT FOR TRAVEL RELATED FEES | -$19,600.00 |
| **TOTAL CURRENT CHARGES** | **$86,370.64** |
| **BALANCE FORWARD** | **$635,044.22** |
| **LAST PAYMENT** | **-$247,913.20** |
| **TOTAL BALANCE DUE** | **$473,501.62** |

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| IAWN | Nasatir, Iain A.W. | Partner | 700.00 | 55.70 | $38,990.00 |
| IDS | Scharf, Ilan D. | Partner | 700.00 | 70.30 | $49,210.00 |
| BMM | Michael, Brittany Mitchell | Counsel | 700.00 | 9.70 | $6,790.00 |
| GNB | Brown, Gillian N. | Counsel | 700.00 | 1.70 | $1,190.00 |
| KLL | LaBrada, Kerri L. | Paralegal | 300.00 | 0.90 | $270.00 |
| YPD | Derac, Yves P. | Paralegal | 300.00 | 6.50 | $1,950.00 |
|  |  |  |  | 144.80 | $98,400.00 |

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---:|---:|
| AA | Asset Analysis and Recovery | 3.60 | $2,520.00 |
| CA | Case Administration | 2.60 | $1,460.00 |
| CP | PSZJ Compensation | 9.90 | $4,330.00 |
| GC | General Creditors' Committee | 9.50 | $6,650.00 |
| IC | Insurance Coverage | 33.60 | $23,520.00 |
| ME | Mediation | 51.70 | $36,190.00 |
| RPO | Other Professional Retention | 0.70 | $490.00 |
| SL | Stay Litigation | 5.20 | $3,640.00 |
| TR | TRAVEL | 28.00 | $19,600.00 |
|  |  | 144.80 | $98,400.00 |

**Summary of Expenses**

| Description | Amount |
|---|---:|
| Air Fare [E110] | $1,162.95 |
| Auto Travel Expense [E109] | $989.05 |
| Working Meals | $620.33 |
| Delivery/Courier Service | $70.00 |
| Hotel Expense [E110] | $3,628.01 |
| Pacer - Court Research | $0.30 |
| Online Research | $1,100.00 |
|  | $7,570.64 |

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Asset Analysis and Recovery**

| Date | Atty | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/05/2023 | BMM | AA | Follow-up with Diocese regarding missing financial productions. | 0.50 | 700.00 | $350.00 |
| 05/15/2023 | BMM | AA | Review document production. | 1.10 | 700.00 | $770.00 |
| 05/16/2023 | BMM | AA | Communication with appraiser regarding documents and information from the Diocese. | 0.20 | 700.00 | $140.00 |
| 05/25/2023 | BMM | AA | Update financial chart based on latest MOR filing. | 0.30 | 700.00 | $210.00 |
| 05/26/2023 | BMM | AA | Communications with I. Nasatir regarding insurance reserves. | 0.60 | 700.00 | $420.00 |
| 05/30/2023 | BMM | AA | Meeting with Stout regarding appraisal work. | 0.40 | 700.00 | $280.00 |
| 05/30/2023 | IDS | AA | Zoom with Stout regarding appraisal | 0.50 | 700.00 | $350.00 |
|  |  |  |  | **3.60** |  | **$2,520.00** |

**Case Administration**

| Date | Atty | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/01/2023 | BMM | CA | Participate in meeting with Diocese counsel regarding ongoing case issues. | 0.30 | 700.00 | $210.00 |
| 05/01/2023 | IDS | CA | Call with BSK team regarding mediation, parish stay. | 0.40 | 700.00 | $280.00 |
| 05/05/2023 | KLL | CA | Review docket and update critical dates memo. | 0.20 | 300.00 | $60.00 |
| 05/08/2023 | BMM | CA | Call with debtor's counsel regarding ongoing case issues. | 0.20 | 700.00 | $140.00 |
| 05/08/2023 | IDS | CA | Call with BSK re mediation. | 0.20 | 700.00 | $140.00 |
| 05/12/2023 | KLL | CA | Review docket and update critical dates memo. | 0.20 | 300.00 | $60.00 |
| 05/15/2023 | BMM | CA | Meet with Diocese's counsel regarding ongoing case issues. | 0.20 | 700.00 | $140.00 |
| 05/15/2023 | IDS | CA | Call with BSK regarding pending matters | 0.40 | 700.00 | $280.00 |
| 05/19/2023 | KLL | CA | Review docket and update critical dates memo to same. | 0.30 | 300.00 | $90.00 |
| 05/26/2023 | KLL | CA | Review docket and update critical dates memo. | 0.20 | 300.00 | $60.00 |
|  |  |  |  | **2.60** |  | **$1,460.00** |

**PSZJ Compensation**

| Date | Tkpr | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/15/2023 | GNB | CP | Work on PSZJ monthly fee application. | 0.40 | 700.00 | $280.00 |
| 05/16/2023 | GNB | CP | Work on PSZJ monthly fee application. | 0.40 | 700.00 | $280.00 |
| 05/16/2023 | YPD | CP | Research and review of Case and review Claims Agent employed and Docket thereof re Fee Statements and Interim Fee Applications and review of applications; and review of Docket for Order thereon. | 1.20 | 300.00 | $360.00 |
| 05/16/2023 | YPD | CP | Analysis of prior Fee Statements filed by professionals and PSZJ. | 0.30 | 300.00 | $90.00 |
| 05/16/2023 | YPD | CP | Review email from G. Brown re fee statements and respond to same; and telephone conference with G. Brown re Feb-April 2023 PSZJ fee statements. | 0.10 | 300.00 | $30.00 |
| 05/16/2023 | YPD | CP | Draft of PSZJ monthly fee statement for February 2023 (.8); and preparation of certificate of no objection to same (.2). | 1.00 | 300.00 | $300.00 |
| 05/16/2023 | YPD | CP | Revision to PSZJ February 2023 fee statement and update same; and revision to CNO related to February 2023 fee statement. | 0.20 | 300.00 | $60.00 |
| 05/16/2023 | YPD | CP | Preparation of email to G. Brown re fee statement and format attachments for same. | 0.30 | 300.00 | $90.00 |
| 05/17/2023 | GNB | CP | Work on PSZJ monthly fee application. | 0.20 | 700.00 | $140.00 |
| 05/17/2023 | YPD | CP | Analysis of email from G. Brown and review of attachment of Feb 2023 Statements for Monthly Fee Statement preparation. | 0.40 | 300.00 | $120.00 |
| 05/17/2023 | YPD | CP | Preparation of draft of PSZJ March 2023 fee statement and April 2023 fee statement. | 0.60 | 300.00 | $180.00 |
| 05/17/2023 | YPD | CP | Review email from G. Brown and review of attachment and respond to email thereto(.1); revision to PSZJ Feb 2023 fee statement as per G. Brown comments (.1). | 0.20 | 300.00 | $60.00 |
| 05/18/2023 | YPD | CP | Research and review of Stretto link and docket re PSZJ prior interim monthly fee statement and recent fee application and verify recent fee statement. | 0.40 | 300.00 | $120.00 |
| 05/18/2023 | YPD | CP | Review email from G. Brown re Feb 2023 fee statement and respond to email (.1); review of documents and format attachments to email on same (.1). | 0.20 | 300.00 | $60.00 |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Buffalo O.C.C.  
Client 18502.00002

Page:   7  
Invoice 133717  
October 4, 2023

|            |      |    |                                                                                                                                           | Hours | Rate   | Amount     |
|------------|------|----|-------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|------------|
| 05/20/2023 | IDS  | CP | Review omnibus UST fee application objection regarding objections to non-PSZJ professionals                                               | 1.20  | 700.00 | $840.00    |
| 05/22/2023 | GNB  | CP | Review and revise PSZJ February 2023 monthly fee statement; telephone conference with Y. Derac regarding same.                            | 0.10  | 700.00 | $70.00     |
| 05/22/2023 | GNB  | CP | Edit PSZJ March 2023 bill.                                                                                                                | 0.20  | 700.00 | $140.00    |
| 05/22/2023 | YPD  | CP | Analysis of redline document and revision/update to 1st, 2nd and 3rd PSZJ Monthly Fee Statements for filing thereof.                      | 0.60  | 300.00 | $180.00    |
| 05/22/2023 | YPD  | CP | Analysis of email from G. Brown to J. Stang and I. Scharf and review of J. Stang response on same and B. Michael's approval thereof.      | 0.20  | 300.00 | $60.00     |
| 05/24/2023 | GNB  | CP | Edit PSZJ April 2023 monthly fee statement.                                                                                               | 0.10  | 700.00 | $70.00     |
| 05/25/2023 | YPD  | CP | Finalize all Fee Statements and email same and Invoices to G. Brown for approval.                                                         | 0.20  | 300.00 | $60.00     |
| 05/25/2023 | YPD  | CP | Further revisions to Feb, March and April 2023 PSZJ fee statements thereof.                                                               | 0.60  | 300.00 | $180.00    |
| 05/31/2023 | IDS  | CP | Review monthly fee statements                                                                                                             | 0.80  | 700.00 | $560.00    |
|            |      |    |                                                                                                                                           | 9.90  |        | $4,330.00  |

### General Creditors' Committee

|            |      |    |                                                                    | Hours | Rate   | Amount    |
|------------|------|----|--------------------------------------------------------------------|-------|--------|-----------|
| 05/02/2023 | BMM  | GC | Participate in call with SCC regarding ongoing case issues.        | 0.90  | 700.00 | $630.00   |
| 05/02/2023 | IAWN | GC | Telephone call with SCC re mediation.                              | 0.90  | 700.00 | $630.00   |
| 05/02/2023 | IDS  | GC | Call with SCC regarding mediation.                                 | 0.90  | 700.00 | $630.00   |
| 05/04/2023 | IDS  | GC | Email memo to committee re case status.                            | 0.60  | 700.00 | $420.00   |
| 05/08/2023 | BMM  | GC | Respond to SCC question regarding claim.                           | 0.20  | 700.00 | $140.00   |
| 05/15/2023 | IDS  | GC | Draft detailed agenda for committee meeting                        | 0.90  | 700.00 | $630.00   |
| 05/22/2023 | IDS  | GC | Counsel call regarding mediation                                   | 0.80  | 700.00 | $560.00   |
| 05/22/2023 | IDS  | GC | Meeting with Boyd regarding properties                             | 0.80  | 700.00 | $560.00   |
| 05/23/2023 | IDS  | GC | Follow up meeting with SCC regarding mediation                     | 1.50  | 700.00 | $1,050.00 |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Buffalo O.C.C.  
Client 18502.00002

Page: 8  
Invoice 133717  
October 4, 2023

|            |      |     |                                                                                          | Hours | Rate   | Amount     |
|------------|------|-----|------------------------------------------------------------------------------------------|-------|--------|------------|
| 05/25/2023 | BMM  | GC  | Respond to creditor questions regarding case status.                                     | 0.10  | 700.00 | $70.00     |
| 05/30/2023 | IDS  | GC  | Email to committee in lieu of meeting.                                                   | 0.60  | 700.00 | $420.00    |
| 05/31/2023 | IDS  | GC  | Call with Mattson regarding case status                                                  | 0.70  | 700.00 | $490.00    |
| 05/31/2023 | IDS  | GC  | Call with survivor regarding case status                                                 | 0.60  | 700.00 | $420.00    |
|            |      |     |                                                                                          | **9.50** |        | **$6,650.00** |

**Insurance Coverage**

|            |      |     |                                                                                          | Hours | Rate   | Amount     |
|------------|------|-----|------------------------------------------------------------------------------------------|-------|--------|------------|
| 05/02/2023 | IDS  | IC  | Continue update and revision of coverage analysis under various scenarios.               | 1.10  | 700.00 | $770.00    |
| 05/09/2023 | IDS  | IC  | Detailed review of claims covered by Merchants                                           | 3.80  | 700.00 | $2,660.00  |
| 05/09/2023 | IDS  | IC  | Update Merchants' exposure analysis                                                      | 2.20  | 700.00 | $1,540.00  |
| 05/09/2023 | IDS  | IC  | Counsel call regarding insurer demands                                                   | 0.90  | 700.00 | $630.00    |
| 05/09/2023 | IDS  | IC  | Update coverage analysis following counsel call                                          | 2.20  | 700.00 | $1,540.00  |
| 05/09/2023 | IDS  | IC  | Email to SCC regarding coverage                                                          | 0.70  | 700.00 | $490.00    |
| 05/10/2023 | GNB  | IC  | Email with I. Nasatir regarding documents from Blank Rome; Email with Ben Downing regarding same. | 0.10  | 700.00 | $70.00     |
| 05/10/2023 | IAWN | IC  | Telephone call with I. Scharf re insurance.                                              | 0.40  | 700.00 | $280.00    |
| 05/10/2023 | IDS  | IC  | Discussion with I. Nasatir re insurance.                                                 | 0.40  | 700.00 | $280.00    |
| 05/10/2023 | IDS  | IC  | Initial review of newly produced policy documents.                                       | 1.90  | 700.00 | $1,330.00  |
| 05/11/2023 | IDS  | IC  | Memo to committee regarding coverage position and demands                                | 2.20  | 700.00 | $1,540.00  |
| 05/11/2023 | IDS  | IC  | Revise and update coverage analysis                                                      | 2.60  | 700.00 | $1,820.00  |
| 05/12/2023 | IAWN | IC  | Review Diocese of Buffalo policies sent by debtor.                                       | 2.40  | 700.00 | $1,680.00  |
| 05/15/2023 | IAWN | IC  | Review and analyze recently produced insurance policies.                                 | 3.20  | 700.00 | $2,240.00  |
| 05/15/2023 | IAWN | IC  | Draft email and send email to I. Scharf summarizing coverage issues.                     | 0.20  | 700.00 | $140.00    |
| 05/15/2023 | IAWN | IC  | Draft email for I. Scharf re aggregate issue.                                            | 0.20  | 700.00 | $140.00    |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Buffalo O.C.C.  
Client 18502.00002

Page: 9  
Invoice 133717  
October 4, 2023

|            |      |    |                                                                                           | Hours | Rate   | Amount    |
|------------|------|----|-------------------------------------------------------------------------------------------|-------|--------|-----------|
| 05/15/2023 | IAWN | IC | Telephone call with I. Scharf re coverage issues.                                         | 0.20  | 700.00 | $140.00   |
| 05/17/2023 | IDS  | IC | Continue review of documents regarding potential insurance                                | 1.50  | 700.00 | $1,050.00 |
| 05/21/2023 | IDS  | IC | Work on Hartford demand.                                                                  | 1.80  | 700.00 | $1,260.00 |
| 05/21/2023 | IDS  | IC | Work on morality clauses/submilimits research                                             | 1.70  | 700.00 | $1,190.00 |
| 05/21/2023 | IDS  | IC | Work on NDA                                                                               | 1.20  | 700.00 | $840.00   |
| 05/25/2023 | BMM  | IC | Call with I. Scharf regarding insurance 2004s.                                            | 0.10  | 700.00 | $70.00    |
| 05/25/2023 | BMM  | IC | Communications with team regarding insurance 2004 motions.                                | 0.20  | 700.00 | $140.00   |
| 05/28/2023 | GNB  | IC | Email B. Michael regarding Rule 2004 motion directed to insurers.                         | 0.20  | 700.00 | $140.00   |
| 05/29/2023 | BMM  | IC | Draft 2004 motion for insurance.                                                          | 1.80  | 700.00 | $1,260.00 |
| 05/30/2023 | BMM  | IC | Call with I. Scharf regarding insurance 2004s.                                            | 0.40  | 700.00 | $280.00   |
|            |      |    |                                                                                           | 33.60 |        | $23,520.00|

**Mediation**

|            |      |    |                                                                                                                    | Hours | Rate   | Amount  |
|------------|------|----|--------------------------------------------------------------------------------------------------------------------|-------|--------|---------|
| 05/01/2023 | IDS  | ME | Call with mediator.                                                                                                | 0.40  | 700.00 | $280.00 |
| 05/02/2023 | IAWN | ME | Review I. Scharf agenda.                                                                                           | 0.10  | 700.00 | $70.00  |
| 05/02/2023 | IDS  | ME | Call with S. Donato regarding mediation, parish stay.                                                              | 0.40  | 700.00 | $280.00 |
| 05/08/2023 | IDS  | ME | Call with NeMoyer re mediation.                                                                                    | 0.30  | 700.00 | $210.00 |
| 05/10/2023 | IDS  | ME | Draft email to SCC re mediation counter.                                                                           | 1.20  | 700.00 | $840.00 |
| 05/15/2023 | IDS  | ME | Call with BSK regarding mediation                                                                                  | 0.50  | 700.00 | $350.00 |
| 05/16/2023 | IAWN | ME | Review and analyze I. Scharf emails re demands v. policy limits.                                                   | 1.20  | 700.00 | $840.00 |
| 05/16/2023 | IAWN | ME | Review Diocese of Buffalo insurance policies re aggregate limits and exchange emails with M. Finnegan re same.     | 1.30  | 700.00 | $910.00 |
| 05/17/2023 | IAWN | ME | Exchange emails with I. Scharf re policies for M. Finnegan.                                                        | 0.20  | 700.00 | $140.00 |
| 05/17/2023 | IAWN | ME | Review Diocese of Buffalo policies re aggregate limits.                                                            | 1.00  | 700.00 | $700.00 |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Buffalo O.C.C.  
Client 18502.00002

Page:   10  
Invoice 133717  
October 4, 2023

|            |      |    |                                                                         | Hours | Rate   | Amount    |
|------------|------|----|-------------------------------------------------------------------------|-------|--------|-----------|
| 05/17/2023 | IAWN | ME | Review I. Scharf email to Committee re options.                         | 0.10  | 700.00 | $70.00    |
| 05/17/2023 | IDS  | ME | Memo (email) to committee regarding insurer mediation                   | 1.20  | 700.00 | $840.00   |
| 05/18/2023 | IDS  | ME | Meeting with NeMoyer and SCC                                            | 1.00  | 700.00 | $700.00   |
| 05/18/2023 | IDS  | ME | Draft demand to NeMoyer                                                 | 1.20  | 700.00 | $840.00   |
| 05/19/2023 | IAWN | ME | Draft lengthy email to M. Finnegan re aggregate limits.                 | 0.50  | 700.00 | $350.00   |
| 05/19/2023 | IAWN | ME | Exchange emails with debtor re Merchant and Pacific evidence of policies. | 0.20 | 700.00 | $140.00   |
| 05/20/2023 | IAWN | ME | Email coverage counsel re missing policies.                             | 0.10  | 700.00 | $70.00    |
| 05/20/2023 | IAWN | ME | Review file re missing policies.                                        | 0.80  | 700.00 | $560.00   |
| 05/20/2023 | IDS  | ME | Draft on mediation agreement                                            | 1.10  | 700.00 | $770.00   |
| 05/20/2023 | IDS  | ME | Emails with Donato regarding mediation dates.                           | 0.20  | 700.00 | $140.00   |
| 05/20/2023 | IDS  | ME | Call with Donato regarding mediation dates                              | 0.20  | 700.00 | $140.00   |
| 05/21/2023 | IDS  | ME | Work on mediation agreement.                                            | 1.80  | 700.00 | $1,260.00 |
| 05/22/2023 | IAWN | ME | Prepare for mediation reviewing policies and emails, research CM sublimit. | 2.50 | 700.00 | $1,750.00 |
| 05/23/2023 | BMM  | ME | (Partial) Participate in mediation via Zoom.                            | 0.90  | 700.00 | $630.00   |
| 05/23/2023 | IAWN | ME | Attend mediation.                                                       | 7.50  | 700.00 | $5,250.00 |
| 05/23/2023 | IDS  | ME | Attend mediation                                                        | 7.50  | 700.00 | $5,250.00 |
| 05/24/2023 | BMM  | ME | (Partial) Participate in mediation via Zoom.                            | 1.20  | 700.00 | $840.00   |
| 05/24/2023 | IAWN | ME | Attend mediation.                                                       | 7.00  | 700.00 | $4,900.00 |
| 05/24/2023 | IDS  | ME | Attend mediation                                                        | 7.00  | 700.00 | $4,900.00 |
| 05/24/2023 | IDS  | ME | Email to committee regarding mediation                                  | 0.80  | 700.00 | $560.00   |
| 05/24/2023 | IDS  | ME | Meeting with committee prior to mediation                               | 0.50  | 700.00 | $350.00   |
| 05/25/2023 | BMM  | ME | Review emails regarding upcoming mediations.                            | 0.10  | 700.00 | $70.00    |
| 05/26/2023 | IAWN | ME | Exchange emails with mediator and insurers re timing of mediation.      | 0.30  | 700.00 | $210.00   |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Buffalo O.C.C.  
Client 18502.00002

Page: 11  
Invoice 133717  
October 4, 2023

| Date | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/31/2023 | IAWN | ME | Telephone conference with I. Scharf re mediation. | 0.10 | 700.00 | $70.00 |
| 05/31/2023 | IAWN | ME | Review Claro answers to claims issues raised by insurers. | 1.30 | 700.00 | $910.00 |
| | | | | **51.70** | | **$36,190.00** |

### Other Professional Retention

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/30/2023 | IDS | RPO | Initial review of KLW retention application | 0.70 | 700.00 | $490.00 |
| | | | | **0.70** | | **$490.00** |

### Stay Litigation

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/01/2023 | IDS | SL | Call with Boyd regarding mediation, parish stay. | 0.30 | 700.00 | $210.00 |
| 05/01/2023 | IDS | SL | Review pleadings regarding parish stays and Bucki decision regarding same. | 1.80 | 700.00 | $1,260.00 |
| 05/02/2023 | IDS | SL | Call with Boyd regarding parish stay. | 0.30 | 700.00 | $210.00 |
| 05/02/2023 | IDS | SL | Review precedent regarding parish stays in WDNY. | 1.20 | 700.00 | $840.00 |
| 05/04/2023 | IDS | SL | Call with S. Donato re parish stay. | 0.40 | 700.00 | $280.00 |
| 05/08/2023 | IDS | SL | Analysis of stay relief process, prospects of success. | 1.20 | 700.00 | $840.00 |
| | | | | **5.20** | | **$3,640.00** |

### TRAVEL

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/22/2023 | IAWN | TR | Travel from California to New York | 9.00 | 700.00 | $6,300.00 |
| 05/23/2023 | IAWN | TR | Travel from New York to Buffalo | 2.00 | 700.00 | $1,400.00 |
| 05/24/2023 | IAWN | TR | Travel from Buffalo to Newark | 2.50 | 700.00 | $1,750.00 |
| 05/25/2023 | IAWN | TR | Travel from Newark to California | 10.50 | 700.00 | $7,350.00 |
| 05/25/2023 | IDS | TR | Travel from Buffalo to New Rochelle | 4.00 | 700.00 | $2,800.00 |
| | | | | **28.00** | | **$19,600.00** |

**TOTAL SERVICES FOR THIS MATTER:** $98,400.00

Pachulski Stang Ziehl & Jones LLP  
Diocese of Buffalo O.C.C.  
Client 18502.00002

Page:    12  
Invoice 133717  
October 4, 2023

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 03/16/2023 | BM | Business Meal [E111] LGA & Cibo food store, working meal, IDS | 27.13 |
| 03/16/2023 | BM | Business Meal [E111] LGA Rossi Pizzeria, working meal, IDS | 11.58 |
| 03/20/2023 | AF | Air Fare [E110] Delta Airlines, Tkt#0062363077790, additional collection, IDS | 44.85 |
| 03/28/2023 | BM | Business Meal [E111] Hofbräuhaus Buffalo, working meal, IDS | 378.51 |
| 03/28/2023 | HT | Hotel Expense [E110] Westin Hotel, 2 nights, IDS | 344.66 |
| 03/28/2023 | HT | Hotel Expense [E110] Westin Buffalo, 2 nights, IDS | 339.82 |
| 03/29/2023 | BM | Business Meal [E111] Starbucks, working meal, IDS | 32.08 |
| 03/30/2023 | BM | Business Meal [E111] Jake's Cafe, IDS | 3.75 |
| 03/30/2023 | BM | Business Meal [E111] Spot Coffee, IDS | 7.66 |
| 03/30/2023 | BM | Business Meal [E111] Westin Buffalo, IDS | 8.70 |
| 03/31/2023 | AF | Air Fare [E110] Delta Airlines, Tkt.# 00623740308461, From, LGA/BUF/JFK, IDS | 250.00 |
| 03/31/2023 | AT | Auto Travel Expense [E109]Uber Transportation Service, IAWN | 76.94 |
| 04/14/2023 | AF | Air Fare [E110] et Blue Airlines, Tkt.#27979597696201, From CIT/JFK/BUF, IAWN | 179.70 |
| 04/21/2023 | DC | Delivery/ Courier Service [E107] Mobile Parcel Carriers, Inv. 240809, S. Winns | 70.00 |
| 05/17/2023 | AT | Auto Travel Expense [E109] Uber Transportation Services, IAWN | 18.97 |
| 05/20/2023 | AT | Auto Travel Expense [E109] Uber Transportation Services, IAWN | 189.19 |
| 05/21/2023 | HT | Hotel Expense [E110] Westin Buffalo, 4 nights, IDS | 1,311.54 |
| 05/22/2023 | AF | Air Fare [E110] Delta Airlines, Tkt.# 0062104220325, From GSO/LGA - LGA/BUF - 5/25/23 From BUF - DTW - DTW-GSO, P. Starks | 688.40 |
| 05/22/2023 | AT | Auto Travel Expense [E109] Lyft Transportation Service, P. Starks | 30.67 |
| 05/22/2023 | AT | Auto Travel Expense [E109] KLS Worldwide Chauffeured Services, Inv.#3007525, From Residence to LAX, IAWN | 403.79 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 05/22/2023 | BM | Business Meal [E111] TWA Roof Top, working meal, IAWN (Write- off) | 87.54 |
| 05/22/2023 | HT | Hotel Expense [E110] Embassy Suites, 3 nights, P. Starks | 658.27 |
| 05/22/2023 | HT | Hotel Expense [E110] Embassy Suites, 3 nights, R. MacAlister | 723.47 |
| 05/23/2023 | AT | Auto Travel Expense [E109] Uber Transportation Service, IAWN | 131.71 |
| 05/23/2023 | AT | Auto Travel Expense [E109] Taxi Service, IAWN | 55.38 |
| 05/24/2023 | AT | Auto Travel Expense [E109] Uber Transportation Service, IAWN | 57.46 |
| 05/24/2023 | BM | Business Meal [E111] Bella Ciao, working meal, P. Starks | 63.38 |
| 05/24/2023 | HT | Hotel Expense [E110] Embassy Suites Buffalo N.Y., IAWN | 250.25 |
| 05/25/2023 | AT | Auto Travel Expense [E109] Lyft Transportation Service, P. Starks | 24.94 |
| 05/31/2023 | RS | Research [E106] Everlaw, Inc. Inv. 83127 | 1,100.00 |
| 05/31/2023 | PAC | Pacer - Court Research | 0.30 |
| **Total Expenses for this Matter** | | | **$7,570.64** |

## A/R STATEMENT

**Outstanding Balance from prior invoices as of  05/31/2023**     **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 125270 | 04/30/2020 | $10,919.25 | $0.00 | $10,919.25 |
| 125276 | 05/31/2020 | $15,230.75 | $0.00 | $15,230.75 |
| 125334 | 06/30/2020 | $4,156.25 | $0.00 | $4,156.25 |
| 126177 | 07/31/2020 | $5,150.25 | $0.00 | $5,150.25 |
| 126524 | 08/31/2020 | $7,891.75 | $0.00 | $7,891.75 |
| 128245 | 03/31/2021 | $3,448.23 | $0.00 | $3,448.23 |
| 128247 | 04/30/2021 | $15,660.47 | $0.00 | $15,660.47 |
| 132453 | 02/28/2023 | $54,400.00 | $10,837.68 | $65,237.68 |
| 132106 | 04/04/2023 | $32,140.00 | $2,990.25 | $35,130.25 |
| 132459 | 04/30/2023 | $37,450.00 | $1,734.49 | $39,184.49 |
| 132425 | 05/17/2023 | $53,790.00 | $5,658.17 | $59,448.17 |
| 133723 | 06/30/2023 | $69,770.00 | $10,727.96 | $80,497.96 |
| 134192 | 07/31/2023 | $44,230.00 | $945.48 | $45,175.48 |

**Total Amount Due on Current and Prior Invoices:**          **$473,501.62**