# EXHIBIT E
# [Invoice through June 30, 2023]



10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Diocese of Buffalo O.C.C.

June 30, 2023
Invoice    133723
Client     18502.00002

RE:   Committee Representation

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2023**

| | |
|---|---:|
| FEES | $91,820.00 |
| EXPENSES | $10,727.96 |
| COURTESY DISCOUNT | -$22,050.00 |
| **TOTAL CURRENT CHARGES** | **$80,497.96** |
| **BALANCE FORWARD** | **$511,870.78** |
| **TOTAL BALANCE DUE** | **$592,368.74** |

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| IAWN | Nasatir, Iain A.W. | Partner | 700.00 | 52.60 | $36,820.00 |
| IDS | Scharf, Ilan D. | Partner | 700.00 | 71.90 | $50,330.00 |
| JIS | Stang, James I. | Partner | 700.00 | 4.10 | $2,870.00 |
| BMM | Michael, Brittany Mitchell | Counsel | 700.00 | 1.80 | $1,260.00 |
| GNB | Brown, Gillian N. | Counsel | 700.00 | 0.30 | $210.00 |
| KLL | LaBrada, Kerri L. | Paralegal | 300.00 | 1.10 | $330.00 |
|  |  |  |  | 131.80 | $91,820.00 |

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| CA | Case Administration | 1.50 | $610.00 |
| CP | PSZJ Compensation | 3.60 | $2,520.00 |
| GC | General Creditors' Committee | 7.20 | $5,040.00 |
| H | Hearings | 0.60 | $420.00 |
| IC | Insurance Coverage | 17.60 | $12,320.00 |
| ME | Mediation | 68.50 | $47,950.00 |
| RPO | Other Professional Retention | 1.30 | $910.00 |
| TR | TRAVEL | 31.50 | $22,050.00 |
|  |  | 131.80 | $91,820.00 |

**Summary of Expenses**

| Description | Amount |
|---|---:|
| Air Fare | $4,932.80 |
| Auto Travel Expense | $420.28 |
| Working Meals | $463.81 |
| Federal Express | $159.57 |
| Hotel Expense | $3,227.64 |
| Litigation Support Vendors | $1,100.00 |
| Pacer - Court Research | $7.60 |
| Travel Expense [E110] | $382.77 |
| Write-Off Expense | $33.49 |
| | $10,727.96 |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Buffalo O.C.C.  
Client 18502.00002

Page: 5  
Invoice 133723  
June 30, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Case Administration**

| Date | Initials | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/02/2023 | KLL | CA | Update critical dates memo. | 0.30 | 300.00 | $90.00 |
| 06/05/2023 | IDS | CA | Call with BSK regarding case issues | 0.40 | 700.00 | $280.00 |
| 06/09/2023 | KLL | CA | Review docket update critical dates memo. | 0.20 | 300.00 | $60.00 |
| 06/16/2023 | KLL | CA | Review docket and update critical dates memo. | 0.20 | 300.00 | $60.00 |
| 06/21/2023 | KLL | CA | Review docket and update critical dates memo. | 0.20 | 300.00 | $60.00 |
| 06/30/2023 | KLL | CA | Review docket and update critical dates memo. | 0.20 | 300.00 | $60.00 |
|  |  |  |  | **1.50** |  | **$610.00** |

**PSZJ Compensation**

| Date | Initials | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/20/2023 | IDS | CP | Review UST fee objection | 0.90 | 700.00 | $630.00 |
| 06/20/2023 | IDS | CP | Email to Allen regarding fee objection | 0.20 | 700.00 | $140.00 |
| 06/22/2023 | BMM | CP | Draft proposed order for Fifth Interim Fee Application. | 0.50 | 700.00 | $350.00 |
| 06/22/2023 | IDS | CP | Prepare for fee app hearing | 1.50 | 700.00 | $1,050.00 |
| 06/22/2023 | IDS | CP | Attend fee app hearing | 0.50 | 700.00 | $350.00 |
|  |  |  |  | **3.60** |  | **$2,520.00** |

**General Creditors' Committee**

| Date | Initials | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/11/2023 | IDS | GC | Meeting with committee in advance of mediation | 1.50 | 700.00 | $1,050.00 |
| 06/11/2023 | IDS | GC | Finalize first draft of insurance 2004 motion | 1.00 | 700.00 | $700.00 |
| 06/12/2023 | IDS | GC | Meeting with Committee and SCC regarding insurance | 2.00 | 700.00 | $1,400.00 |
| 06/22/2023 | IDS | GC | Prepare for counsel call | 0.40 | 700.00 | $280.00 |
| 06/22/2023 | IDS | GC | Counsel call regarding mediation | 0.80 | 700.00 | $560.00 |
| 06/29/2023 | GNB | GC | Multiple telephone conferences with S. Lee regarding letter from unidentified survivor; Communications with J. Stang regarding same. | 0.30 | 700.00 | $210.00 |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Buffalo O.C.C.  
Client 18502.00002

Page: 6  
Invoice 133723  
June 30, 2023

|            |      |     |                                                                                  | Hours | Rate   | Amount    |
|------------|------|-----|----------------------------------------------------------------------------------|-------|--------|-----------|
| 06/29/2023 | IDS  | GC  | Respond to Committee member inquiry.                                             | 0.40  | 700.00 | $280.00   |
| 06/29/2023 | IDS  | GC  | Email to Committee regarding update in lieu of meeting                           | 0.80  | 700.00 | $560.00   |
|            |      |     |                                                                                  | **7.20** |        | **$5,040.00** |

**Hearings**

|            |      |     |                                                       | Hours | Rate   | Amount   |
|------------|------|-----|-------------------------------------------------------|-------|--------|----------|
| 06/05/2023 | BMM  | H   | Participate in hearing on motion to employ KLW.       | 0.60  | 700.00 | $420.00  |
|            |      |     |                                                       | **0.60** |        | **$420.00** |

**Insurance Coverage**

|            |      |     |                                                                                                     | Hours | Rate   | Amount    |
|------------|------|-----|-----------------------------------------------------------------------------------------------------|-------|--------|-----------|
| 06/01/2023 | IAWN | IC  | Review file and send I. Scharf matrix of claims                                                     | 0.10  | 700.00 | $70.00    |
| 06/07/2023 | IDS  | IC  | Review email from C. James (including attachments) re insurance search and claims                    | 2.20  | 700.00 | $1,540.00 |
| 06/12/2023 | JIS  | IC  | Review agreement re archive access.                                                                 | 0.30  | 700.00 | $210.00   |
| 06/12/2023 | JIS  | IC  | Review/revise insurance Rule 2004 exam motion/order.                                                | 0.40  | 700.00 | $280.00   |
| 06/16/2023 | IDS  | IC  | Update analysis of Hartford covered claims                                                          | 3.30  | 700.00 | $2,310.00 |
| 06/17/2023 | IAWN | IC  | Review file re Catholic Mutual research                                                             | 0.30  | 700.00 | $210.00   |
| 06/17/2023 | IAWN | IC  | Exchange emails with Ilan D. Scharf re CM research                                                  | 0.10  | 700.00 | $70.00    |
| 06/19/2023 | IDS  | IC  | Review email from Nasatir regarding CM policies                                                     | 0.40  | 700.00 | $280.00   |
| 06/19/2023 | IDS  | IC  | Review and further research regarding CM abuse exclusions                                           | 1.80  | 700.00 | $1,260.00 |
| 06/19/2023 | IDS  | IC  | Revise motion regarding insurance 2004 exams                                                        | 1.80  | 700.00 | $1,260.00 |
| 06/19/2023 | IDS  | IC  | Continue research regarding potential Diocesan insurers                                             | 2.20  | 700.00 | $1,540.00 |
| 06/22/2023 | IDS  | IC  | Respond to Committee member inquiry regarding insurance                                             | 0.50  | 700.00 | $350.00   |
| 06/23/2023 | IDS  | IC  | email to SCC regarding subpoenas to insurers.                                                       | 0.80  | 700.00 | $560.00   |
| 06/27/2023 | IDS  | IC  | Continue analysis of individual claim analysis and coverage - focus on CM, Merchants                | 3.40  | 700.00 | $2,380.00 |

|  |  |  | 17.60 |  | $12,320.00 |
|---|---|---|---|---|---|

**Mediation**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/01/2023 | IAWN | ME | Review file and follow-up with Blank Rome re additional data | 0.20 | 700.00 | $140.00 |
| 06/01/2023 | IDS | ME | Revise/update draft agreement regarding mediation | 2.20 | 700.00 | $1,540.00 |
| 06/05/2023 | IAWN | ME | Exchange emails with I. Scharf re mediation dates | 0.20 | 700.00 | $140.00 |
| 06/05/2023 | IDS | ME | Further comments to mediation agreement | 1.10 | 700.00 | $770.00 |
| 06/06/2023 | IAWN | ME | Preparation for Buffalo mediation. | 2.00 | 700.00 | $1,400.00 |
| 06/07/2023 | IAWN | ME | Exchange emails with I. Scharf re Diocese of Buffalo production | 0.10 | 700.00 | $70.00 |
| 06/07/2023 | IAWN | ME | Review production and analyze against coverage chart | 3.50 | 700.00 | $2,450.00 |
| 06/11/2023 | IAWN | ME | Review Catholic Mutual policies re SAE and moral sublimits | 1.80 | 700.00 | $1,260.00 |
| 06/11/2023 | IAWN | ME | Review case law | 0.70 | 700.00 | $490.00 |
| 06/11/2023 | IAWN | ME | Email Ilan D. Scharf re liability calculations | 0.10 | 700.00 | $70.00 |
| 06/11/2023 | IAWN | ME | Review coverage chart and issues in preparation for mediation | 2.60 | 700.00 | $1,820.00 |
| 06/12/2023 | IAWN | ME | Telephone conference with James I. Stang re mediation status | 1.00 | 700.00 | $700.00 |
| 06/12/2023 | IAWN | ME | Meeting with Ilan D. Scharf re preparation for mediation | 1.00 | 700.00 | $700.00 |
| 06/12/2023 | IAWN | ME | Attend mediation | 8.00 | 700.00 | $5,600.00 |
| 06/12/2023 | IDS | ME | Meeting with Nasatir before mediation | 0.70 | 700.00 | $490.00 |
| 06/12/2023 | IDS | ME | Attend mediation with Diocese and insurers | 8.00 | 700.00 | $5,600.00 |
| 06/12/2023 | IDS | ME | Review and revise draft mediation agreement | 1.00 | 700.00 | $700.00 |
| 06/12/2023 | JIS | ME | Call I. Scharf re status of mediation. | 0.20 | 700.00 | $140.00 |
| 06/12/2023 | JIS | ME | (Partial) Attendance at mediation. | 1.30 | 700.00 | $910.00 |
| 06/13/2023 | BMM | ME | (Partial) Participate in mediation remotely. | 0.70 | 700.00 | $490.00 |
| 06/13/2023 | IAWN | ME | Attend mediation | 7.00 | 700.00 | $4,900.00 |
| 06/13/2023 | IDS | ME | Revise letter agreement regarding mediation | 0.90 | 700.00 | $630.00 |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Buffalo O.C.C.  
Client 18502.00002

Page: 8  
Invoice 133723  
June 30, 2023

|            |      |     |                                                                          | Hours | Rate   | Amount      |
|------------|------|-----|--------------------------------------------------------------------------|-------|--------|-------------|
| 06/13/2023 | IDS  | ME  | Attend mediation                                                         | 7.00  | 700.00 | $4,900.00   |
| 06/13/2023 | IDS  | ME  | Revise NDA                                                               | 0.80  | 700.00 | $560.00     |
| 06/13/2023 | IDS  | ME  | Revise exhibits to mediation agreement                                   | 0.80  | 700.00 | $560.00     |
| 06/13/2023 | JIS  | ME  | (Partial) Attend mediation.                                              | 1.60  | 700.00 | $1,120.00   |
| 06/16/2023 | IAWN | ME  | Telephone call with SCC re mediators' proposal                           | 0.20  | 700.00 | $140.00     |
| 06/20/2023 | IDS  | ME  | Review and revise mediation agreement                                    | 1.40  | 700.00 | $980.00     |
| 06/22/2023 | JIS  | ME  | Call with state court counsel regarding mediation.                       | 0.30  | 700.00 | $210.00     |
| 06/23/2023 | IDS  | ME  | Draft exhibits to letter agreement re parishes                           | 1.10  | 700.00 | $770.00     |
| 06/23/2023 | IDS  | ME  | Revise and update letter agreement regarding parishes.                   | 2.50  | 700.00 | $1,750.00   |
| 06/23/2023 | IDS  | ME  | Email to SCC regarding letter agreement regarding parishes.              | 0.30  | 700.00 | $210.00     |
| 06/23/2023 | IDS  | ME  | Call with Boyd regarding mediation.                                      | 0.30  | 700.00 | $210.00     |
| 06/26/2023 | IAWN | ME  | Review certification and comment re same                                 | 0.20  | 700.00 | $140.00     |
| 06/26/2023 | IAWN | ME  | Review Ilan D. Scharf email re subpoenaing insurers and respond re same  | 0.20  | 700.00 | $140.00     |
| 06/26/2023 | IDS  | ME  | Draft compliance certificate of parishes.                                | 1.80  | 700.00 | $1,260.00   |
| 06/26/2023 | IDS  | ME  | Revise letter agreement regarding mediation.                             | 1.70  | 700.00 | $1,190.00   |
| 06/26/2023 | IDS  | ME  | Revise additional NDA                                                    | 1.70  | 700.00 | $1,190.00   |
| 06/28/2023 | IAWN | ME  | Telephone call with James I. Stang re Diocese of Buffalo mediation       | 0.20  | 700.00 | $140.00     |
| 06/28/2023 | IAWN | ME  | Telephone call with Ilan D. Scharf re status                             | 0.10  | 700.00 | $70.00      |
| 06/29/2023 | IDS  | ME  | Review and revise letter agreement regarding mediation                   | 2.00  | 700.00 | $1,400.00   |
|            |      |     |                                                                          | **68.50** |    | **$47,950.00** |

**Other Professional Retention**

| 06/05/2023 | IDS | RPO | Review KLW retention app for hearing       | 0.80 | 700.00 | $560.00 |
| 06/05/2023 | IDS | RPO | Attend hearing regarding retention of KLW  | 0.40 | 700.00 | $280.00 |
| 06/05/2023 | IDS | RPO | Email to Sullivan regarding KLW retention  | 0.10 | 700.00 | $70.00  |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | **1.30** | **$910.00** |

**TRAVEL**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/11/2023 | IAWN | TR | Travel from Oxnard to Buffalo. | 13.50 | 700.00 | $9,450.00 |
| 06/11/2023 | IDS | TR | Travel to Buffalo | 4.00 | 700.00 | $2,800.00 |
| 06/13/2023 | IAWN | TR | Travel from Buffalo to Newark. | 1.50 | 700.00 | $1,050.00 |
| 06/14/2023 | IAWN | TR | Travel from Newark, New Jersey to Oxnard, California | 8.00 | 700.00 | $5,600.00 |
| 06/14/2023 | IDS | TR | Travel from Buffalo to New Rochelle | 4.50 | 700.00 | $3,150.00 |
| | | | | **31.50** | | **$22,050.00** |

**TOTAL SERVICES FOR THIS MATTER:** $91,820.00

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 06/01/2023 | FE | 18502.00002 FedEx Charges for 06-01-23 | 26.20 |
| 06/01/2023 | FE | 18502.00002 FedEx Charges for 06-01-23 | 53.52 |
| 06/03/2023 | AF | Air Fare [E110] United Airlines, Tkt.#0167959770475, From LAX/EWR - EWR/BUF - BUF/EWR - EWR/LAX, IAWN | 4,074.40 |
| 06/03/2023 | TE | Travel Expense [E110] Agency Service, IAWN | 80.00 |
| 06/11/2023 | AF | Air Fare [E110] Delta Airlines, Tkt.#0062113642082, From GSO/LGA - LGA/BUF - 6/14/23 BUF/LGA - LGA/GSO, P. Starks | 858.40 |
| 06/11/2023 | AT | Auto Travel Expense [E109] Lyft Transportation Services, P. Starks | 30.44 |
| 06/11/2023 | HT | Hotel Expense [E110] Embassy Suites, 2 nights, R. Macalister | 507.14 |
| 06/11/2023 | HT | Hotel Expense [E110] Embassy Suites, 3 nights, P. Starks | 752.43 |
| 06/11/2023 | HT | Hotel Expense [E110] Westin Hotel, 06/11/23 - 06/14/23, 3 nights, IDS | 948.21 |
| 06/11/2023 | TE | Travel Expense [E110] Mileage - Travel to/from home (221 miles x2 @$0.655/mi), R. MacAlister | 289.51 |
| 06/11/2023 | TE | Travel Expense [E110] UA InFlight WiFi, IAWN | 10.00 |
| 06/12/2023 | AT | Auto Travel Expense [E109] Buffalo Airport Taxi Service, IAWN | 48.12 |
| 06/12/2023 | AT | Auto Travel Expense [E109] Executive Limousine Service, IAWN | 284.00 |
| 06/13/2023 | BM | Business Meal [E111] Bella Ciao, working meal, P. Starks | 44.06 |
| 06/13/2023 | BM | Business Meal [E111] Little Purse, working meal, IAWN | 31.30 |
| 06/13/2023 | BM | Business Meal [E111] Anchobar, working meal, IAWN | 50.41 |
| 06/13/2023 | BM | Business Meal [E111] Bacchus Wine Bar, IDS | 40.44 |
| 06/13/2023 | TE | Travel Expense [E110] Hotel Tax, IDS | 3.26 |
| 06/14/2023 | AT | Auto Travel Expense [E109] Lyft Transportation Services, P. Starks | 24.93 |
| 06/14/2023 | AT | Auto Travel Expense [E109] Uber Transportation Services, IDS | 32.79 |
| 06/14/2023 | BM | Business Meal [E111] EWR LIttle Purse, IAWN | 51.51 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 06/14/2023 | BM | Business Meal [E111] EWR C3 Classified, working meal, IAWN | 37.65 |
| 06/14/2023 | BM | Business Meal [E111] EWR C3 Classified, working meal,IAWN | 171.37 |
| 06/14/2023 | BM | Business Meal [E111] EWR C3 Classified, working meal,IAWN | 37.07 |
| 06/14/2023 | HT | Hotel Expense [E110] Westin Buffalo, IAWN | 734.44 |
| 06/14/2023 | WO | Anchor Bar, IDS | 33.49 |
| 06/15/2023 | HT | Hotel Expense [E110] Homewood Suites Edgewater, IAWN | 285.42 |
| 06/19/2023 | FE | 18502.00002 FedEx Charges for 06-19-23 | 26.25 |
| 06/19/2023 | FE | 18502.00002 FedEx Charges for 06-19-23 | 53.60 |
| 06/30/2023 | OS | Everlaw, Inv. 85542, Diocese of Buffalo, databse for the month of June | 1,100.00 |
| 06/30/2023 | PAC | Pacer - Court Research | 7.60 |

**Total Expenses for this Matter**     **$10,727.96**

## A/R STATEMENT

**Outstanding Balance from prior invoices as of 06/30/2023**　　　　(May not include recent payments)

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 125270 | 04/30/2020 | $10,919.25 | $0.00 | $10,919.25 |
| 125276 | 05/31/2020 | $15,230.75 | $0.00 | $15,230.75 |
| 125334 | 06/30/2020 | $4,156.25 | $0.00 | $4,156.25 |
| 126177 | 07/31/2020 | $5,150.25 | $0.00 | $5,150.25 |
| 126524 | 08/31/2020 | $7,891.75 | $0.00 | $7,891.75 |
| 128245 | 03/31/2021 | $3,448.23 | $0.00 | $3,448.23 |
| 128247 | 04/30/2021 | $18,006.50 | $514.72 | $18,521.22 |
| 128249 | 05/31/2021 | $18,814.50 | $500.00 | $19,314.50 |
| 129782 | 01/31/2022 | $4,975.00 | $0.00 | $4,975.00 |
| 131027 | 07/31/2022 | $6,230.00 | $0.00 | $6,230.00 |
| 131956 | 12/31/2022 | $201,910.00 | $15,122.99 | $217,032.99 |
| 132453 | 02/28/2023 | $54,400.00 | $10,837.68 | $65,237.68 |
| 132106 | 04/04/2023 | $32,140.00 | $2,990.25 | $35,130.25 |
| 132459 | 04/30/2023 | $37,450.00 | $1,734.49 | $39,184.49 |
| 132425 | 05/17/2023 | $53,790.00 | $5,658.17 | $59,448.17 |

**Total Amount Due on Current and Prior Invoices:**　　　　　　　　　**$592,368.74**