**EXHIBIT F**
**[Invoice through July 31, 2023]**



10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Diocese of Buffalo O.C.C.

July 31, 2023
Invoice   134192
Client     18502.00002

RE:   Committee Representation

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 07/30/2023**

| | |
|---|---:|
| FEES | $44,230.00 |
| EXPENSES | $945.48 |
| **TOTAL CURRENT CHARGES** | **$45,175.48** |
| **BALANCE FORWARD** | **$592,368.74** |
| **TOTAL BALANCE DUE** | **$635,044.22** |

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| IAWN | Nasatir, Iain A.W. | Partner | 700.00 | 11.50 | $8,050.00 |
| IDS | Scharf, Ilan D. | Partner | 700.00 | 46.40 | $32,480.00 |
| IDS | Scharf, Ilan D. | Partner | 0.00 | 7.50 | $0.00 |
| JIS | Stang, James I. | Partner | 700.00 | 1.00 | $700.00 |
| BMM | Michael, Brittany Mitchell | Counsel | 700.00 | 2.80 | $1,960.00 |
| GNB | Brown, Gillian N. | Counsel | 700.00 | 0.40 | $280.00 |
| MLC | Cohen, Michael L. | Counsel | 700.00 | 0.70 | $490.00 |
| KLL | LaBrada, Kerri L. | Paralegal | 300.00 | 0.90 | $270.00 |
|  |  |  |  | 71.20 | $44,230.00 |

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis and Recovery | 0.60 | $420.00 |
| CA | Case Administration | 1.10 | $410.00 |
| CP | PSZJ Compensation | 0.90 | $630.00 |
| GC | General Creditors' Committee | 2.90 | $2,030.00 |
| HE | Hearings | 2.00 | $1,050.00 |
| IC | Insurance Coverage | 29.70 | $20,790.00 |
| ME | Mediation | 25.90 | $18,130.00 |
| SL | Stay Litigation | 1.10 | $770.00 |
| TR | TRAVEL | 7.00 | $0.00 |
|  |  | 71.20 | $44,230.00 |

**Summary of Expenses**

| Description | Amount |
|---|---:|
| Auto Travel Expense [E109] | $289.51 |
| Hotel Expense [E110] | $597.77 |
| Pacer - Court Research | $58.20 |
| | $945.48 |

|            |     |     |                                                          | Hours | Rate   | Amount   |
|------------|-----|-----|----------------------------------------------------------|-------|--------|----------|

**Asset Analysis and Recovery**

| 07/28/2023 | BMM | AA | Review Stout appraisals. | 0.30 | 700.00 | $210.00 |
| 07/28/2023 | BMM | AA | Update asset chart. | 0.30 | 700.00 | $210.00 |
|  |  |  |  | **0.60** |  | **$420.00** |

**Case Administration**

| 07/07/2023 | KLL | CA | Review various filings and update critical dates memo to same. | 0.20 | 300.00 | $60.00 |
| 07/14/2023 | KLL | CA | Review docket and update critical dates memo to same. | 0.30 | 300.00 | $90.00 |
| 07/21/2023 | KLL | CA | Review current filings and update critical dates memo to same. | 0.20 | 300.00 | $60.00 |
| 07/25/2023 | BMM | CA | Call with Debtor's counsel regarding ongoing issues. | 0.20 | 700.00 | $140.00 |
| 07/26/2023 | KLL | CA | Review docket fro current filings and update to critical dates. | 0.20 | 300.00 | $60.00 |
|  |  |  |  | **1.10** |  | **$410.00** |

**PSZJ Compensation**

| 07/26/2023 | GNB | CP | Edit May 2023 fee statement. | 0.30 | 700.00 | $210.00 |
| 07/28/2023 | BMM | CP | Work on interim fee application. | 0.50 | 700.00 | $350.00 |
| 07/28/2023 | GNB | CP | Revise PSZJ May 2023 fee statement. | 0.10 | 700.00 | $70.00 |
|  |  |  |  | **0.90** |  | **$630.00** |

**General Creditors' Committee**

| 07/12/2023 | IDS | GC | Email to Committee re mediation | 0.20 | 700.00 | $140.00 |
| 07/14/2023 | BMM | GC | Communication with Committee regarding upcoming meeting. | 0.10 | 700.00 | $70.00 |
| 07/14/2023 | BMM | GC | Meeting with Committee regarding ongoing case issues. | 0.30 | 700.00 | $210.00 |
| 07/18/2023 | IDS | GC | Meeting with SCC regarding mediation | 1.00 | 700.00 | $700.00 |
| 07/25/2023 | IDS | GC | Call with Diocese counsel regarding case status and issues | 0.30 | 700.00 | $210.00 |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Buffalo O.C.C.  
Client 18502.00002

Page: 6  
Invoice 134192  
July 31, 2023

|            |      |    |                                                                                                      | Hours | Rate   | Amount     |
|------------|------|----|------------------------------------------------------------------------------------------------------|-------|--------|------------|
| 07/25/2023 | IDS  | GC | Counsel meeting regarding mediation and insurance                                                    | 0.50  | 700.00 | $350.00    |
| 07/25/2023 | JIS  | GC | Attend meeting with state court counsel.                                                             | 0.50  | 700.00 | $350.00    |
|            |      |    |                                                                                                      | **2.90** |     | **$2,030.00** |

### Hearings

|            |      |    |                                                 | Hours | Rate   | Amount     |
|------------|------|----|-------------------------------------------------|-------|--------|------------|
| 07/24/2023 | IDS  | HE | Prepare for hearing                             | 1.50  | 700.00 | $1,050.00  |
| 07/24/2023 | IDS  | HE | Attend hearing regarding insurance motion       | 0.50  | 700.00 | N/C        |
|            |      |    |                                                 | **2.00** |     | **$1,050.00** |

### Insurance Coverage

|            |      |    |                                                                                                                                     | Hours | Rate   | Amount    |
|------------|------|----|-------------------------------------------------------------------------------------------------------------------------------------|-------|--------|-----------|
| 07/10/2023 | IAWN | IC | Review CM policies                                                                                                                  | 2.50  | 700.00 | $1,750.00 |
| 07/11/2023 | IAWN | IC | Review Catholic Mutual policies and draft memorandum re coverage                                                                    | 2.80  | 700.00 | $1,960.00 |
| 07/11/2023 | IDS  | IC | Continue analysis of Catholic Mutual insurance                                                                                      | 2.30  | 700.00 | $1,610.00 |
| 07/12/2023 | IAWN | IC | Review declaration re document review and comment re same to I. Scharf                                                              | 0.20  | 700.00 | $140.00   |
| 07/12/2023 | IAWN | IC | Revise CM memorandum                                                                                                                | 0.30  | 700.00 | $210.00   |
| 07/12/2023 | IAWN | IC | Draft cover email for memorandum and send to James I. Stang, Ilan D. Scharf, Brittany M. Michael                                    | 0.20  | 700.00 | $140.00   |
| 07/12/2023 | JIS  | IC | Review memo from I. Nasatir regarding Catholic Mutual abuse exclusions.                                                             | 0.30  | 700.00 | $210.00   |
| 07/17/2023 | IAWN | IC | Review Catholic Mutual policies and begin drafting memorandum                                                                       | 3.70  | 700.00 | $2,590.00 |
| 07/18/2023 | IAWN | IC | Finalize memorandum re Catholic Mutual                                                                                              | 0.30  | 700.00 | $210.00   |
| 07/18/2023 | IAWN | IC | Exchange emails with Ilan Scharf re mediation dates                                                                                 | 0.10  | 700.00 | $70.00    |
| 07/20/2023 | IDS  | IC | Meeting with Diocese regarding coverage and mediation                                                                               | 7.50  | 700.00 | $5,250.00 |
| 07/20/2023 | JIS  | IC | Call I. Scharf regarding chancery document review.                                                                                  | 0.20  | 700.00 | $140.00   |
| 07/21/2023 | IDS  | IC | Meeting with Diocese counsel regarding insurance                                                                                    | 5.50  | 700.00 | $3,850.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/23/2023 | IAWN | IC | Review exhaustion chart from Carter | 0.20 | 700.00 | $140.00 |
| 07/23/2023 | IAWN | IC | Email PSZJ team re same and impact on analysis | 0.10 | 700.00 | $70.00 |
| 07/24/2023 | IDS | IC | Review and analyze research regarding Cat Mutual policies | 2.20 | 700.00 | $1,540.00 |
| 07/25/2023 | MLC | IC | Telephone call with Ilan D. Scharf re insurance issues | 0.70 | 700.00 | $490.00 |
| 07/26/2023 | IDS | IC | Follow up regarding insurance analysis/search | 0.60 | 700.00 | $420.00 |
| | | | | **29.70** | | **$20,790.00** |

**Mediation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/11/2023 | IDS | ME | Call with Judge NeMoyer regarding mediation | 0.20 | 700.00 | $140.00 |
| 07/11/2023 | IDS | ME | Call with Donato regarding mediation | 0.20 | 700.00 | $140.00 |
| 07/12/2023 | IAWN | ME | Telephone call with SCC re mediation demands | 0.50 | 700.00 | $350.00 |
| 07/12/2023 | IDS | ME | Call with Boyd re Diocese offer | 0.20 | 700.00 | $140.00 |
| 07/12/2023 | IDS | ME | Call with SCC re Diocese offer | 0.50 | 700.00 | $350.00 |
| 07/12/2023 | IDS | ME | Analysis of responses to Diocese offer | 1.10 | 700.00 | $770.00 |
| 07/12/2023 | IDS | ME | Final review of parish stip documents | 1.80 | 700.00 | $1,260.00 |
| 07/14/2023 | IDS | ME | Committee meeting regarding mediation | 0.70 | 700.00 | $490.00 |
| 07/18/2023 | BMM | ME | (Partial) Participate in mediation. | 1.10 | 700.00 | $770.00 |
| 07/18/2023 | IDS | ME | Participate in mediation | 8.00 | 700.00 | $5,600.00 |
| 07/18/2023 | IDS | ME | Prepare for mediation | 1.00 | 700.00 | $700.00 |
| 07/19/2023 | IDS | ME | Attend mediation | 6.00 | 700.00 | $4,200.00 |
| 07/19/2023 | IDS | ME | Final review of mediation agreement | 1.50 | 700.00 | $1,050.00 |
| 07/19/2023 | IDS | ME | Follow up meeting regarding mediation with SCC | 1.50 | 700.00 | $1,050.00 |
| 07/20/2023 | IDS | ME | Follow up report to Committee regarding mediation | 1.00 | 700.00 | $700.00 |
| 07/25/2023 | IAWN | ME | Telephone call with SCC re mediation | 0.50 | 700.00 | $350.00 |
| 07/25/2023 | IAWN | ME | Telephone call with I. Scharf re Cohen | 0.10 | 700.00 | $70.00 |
| | | | | **25.90** | | **$18,130.00** |

**Stay Litigation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/11/2023 | IDS | SL | Review recent pleadings | 0.40 | 700.00 | $280.00 |
| 07/25/2023 | IDS | SL | Review and analyze decision regarding parish stay | 0.70 | 700.00 | $490.00 |
| | | | | **1.10** | | **$770.00** |

**TRAVEL**

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/17/2023 | IDS | TR | Travel from Utica to Buffalo | 4.00 | 700.00 | N/C |
| 07/21/2023 | IDS | TR | Travel from Buffalo to New Rochelle | 3.00 | 700.00 | N/C |
| | | | | **7.00** | | **$0.00** |

**TOTAL SERVICES FOR THIS MATTER:**     **$44,230.00**

**Expenses**

| | | | |
|---|---|---|---|
| 07/17/2023 | AT | Auto Travel Expense [E109] Mileage - Travel to/from home (221 miles x2 @$0.655/mi) - R. MacAlister | 289.51 |
| 07/17/2023 | HT | Hotel Expense [E110] Embasy Suites by Hilton, 2 nights, R. MacAlister | 597.77 |
| 07/30/2023 | PAC | Pacer - Court Research | 58.20 |
| | | **Total Expenses for this Matter** | **$945.48** |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Buffalo O.C.C.  
Client 18502.00002

Page: 10  
Invoice 134192  
July 31, 2023

# A/R STATEMENT

**Outstanding Balance from prior invoices as of 07/30/2023**  (May not include recent payments)

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 125270 | 04/30/2020 | $10,919.25 | $0.00 | $10,919.25 |
| 125276 | 05/31/2020 | $15,230.75 | $0.00 | $15,230.75 |
| 125334 | 06/30/2020 | $4,156.25 | $0.00 | $4,156.25 |
| 126177 | 07/31/2020 | $5,150.25 | $0.00 | $5,150.25 |
| 126524 | 08/31/2020 | $7,891.75 | $0.00 | $7,891.75 |
| 128245 | 03/31/2021 | $3,448.23 | $0.00 | $3,448.23 |
| 128247 | 04/30/2021 | $18,006.50 | $514.72 | $18,521.22 |
| 128249 | 05/31/2021 | $18,814.50 | $500.00 | $19,314.50 |
| 129782 | 01/31/2022 | $4,975.00 | $0.00 | $4,975.00 |
| 131027 | 07/31/2022 | $6,230.00 | $0.00 | $6,230.00 |
| 131956 | 12/31/2022 | $199,410.00 | $15,122.99 | $214,532.99 |
| 132453 | 02/28/2023 | $54,400.00 | $10,837.68 | $65,237.68 |
| 132106 | 04/04/2023 | $32,140.00 | $2,990.25 | $35,130.25 |
| 132459 | 04/30/2023 | $37,450.00 | $1,734.49 | $39,184.49 |
| 132425 | 05/17/2023 | $53,790.00 | $5,658.17 | $59,448.17 |
| 133723 | 06/30/2023 | $69,770.00 | $10,727.96 | $80,497.96 |

**Total Amount Due on Current and Prior Invoices:** **$635,044.22**