# EXHIBIT H
# [Summary of Itemized Time Records]

## SUMMARY OF PROFESSIONAL SERVICES RENDERED BY TIMEKEEPER
## FOR THE PERIOD OF FEBRUARY 1, 2023 THROUGH JULY 31, 2023

### (Partners)

| NAME OF PROFESSIONAL (in alphabetical order) PARTNERS | EFFECTIVE HOURLY RATE (Capped at $700 per Hour) | TOTAL HOURS BILLED | FEES BILLED |
|---|---:|---:|---:|
| Iain A.W. Nasatir | $700.00 | 251.70 | $181,790.00 |
| Ilan D. Scharf | $700.00 | 314.40 | $220,080.00 |
| Ilan D. Scharf | $ 0.00 | 7.50 | $ 0.00 |
| James I. Stang | $700.00 | 6.20 | $ 4,340.00 |
| Kenneth H. Brown | $700.00 | 0.60 | $ 420.00 |
| **Totals for Partners:** | | **580.40** | **$406,630.00** |

### (Of-Counsel)

| NAME OF PROFESSIONAL (in alphabetical order) OF COUNSEL | EFFECTIVE HOURLY RATE (Capped at $700 per hour) | TOTAL HOURS BILLED | FEES BILLED |
|---|---:|---:|---:|
| Brittany M. Michael | $700.00 | 33.30 | $23,310.00 |
| Gillian N. Brown | $700.00 | 2.80 | $ 1,960.00 |
| Michael L. Cohen | $700.00 | 0.70 | $ 490.00 |
| William L. Ramseyer | $700.00 | 6.90 | $ 4,830.00 |
| **Totals for Of-Counsel:** | | **43.70** | **$30,590.00** |

### (Paraprofessionals)

| NAME OF PROFESSIONAL (in alphabetical order) PARAPROFESSIONALS | EFFECTIVE HOURLY RATE | TOTAL HOURS BILLED | FEES BILLED |
|---|---:|---:|---:|
| Cheryl A. Knotts | $300.00 | 1.40 | $ 420.00 |
| Diane H. Hinojosa | $300.00 | 0.30 | $ 90.00 |
| Kerri L. LaBrada | $300.00 | 10.20 | $3,060.00 |
| Yves P. Derac | $300.00 | 6.50 | $1,950.00 |
| **Totals for Paraprofessionals:** | | **18.40** | **$5,520.00** |