# Notice Recipients

District/Off: 0209−1  User: admin  Date Created: 11/14/2023
Case: 1−20−10322−CLB  Form ID: pdforder  Total: 17

**Recipients of Notice of Electronic Filing:**
aty  Stephen A. Donato  sdonato@bsk.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
Pachulski Stang Ziehl & Jones LLP  Ilan D. Scharf, Esq., Brittany M. Michael, Esq., James I. Stang, Esq. and Iain A. W. Nasatir, Esq., of counsel  780 Third Avenue, 34th Floor  New York, New York 10017
Bond, Schoeneck & King, PLLC  Stephen A. Donato, Esq., of counsel  One Lincoln Center  Syracuse, New York 13202−1355
O'Melveny & Myers LLP  Tancred V. Schiavoni, Esq. and Adam P. Haberkorn, Esq., of counsel  Times Square Tower  7 Times Square  New York, New York 10036
Clyde & Co US LLP  Marianne G. May, Esq., of counsel  340 Mt. Kemble Ave., Suite 300  Morristown, New Jersey 07340
Goldberg Segalla LLP  Jonathan Schapp, Esq. and Adam R. Durst, Esq., of counsel  665 Main Street  Buffalo, New York 14203−1425
Gibbons P.C.  Brett S. Theisen, Esq. and Robert K. Malone, Esq., of counsel  One Gateway Center  Newark, New Jersey 07102
Kenney Shelton Liptak Nowak LLP  Judith Treger Shelton, Esq., of counsel  The Calumet Building  233 Franklin Street  Buffalo, New York 14202
Coughlin Midlige & Garland LLP  William T. Corbett, Jr. Esq. and Laura A. Brady, Esq., of counsel  350 Mount Kemble Avenue  PO Box 1917  Morristown, New Jersey 07962
Coughlin Midlige & Garland LLP  Steven G. Adams, Esq. and Tanya M. Mascarich, Esq., of counsel  88 Pine Street, 28th Floor  New York, New York 10005
Crowell & Moring LLP  Miranda Turner, Esq., of counsel  1001 Pennsylvania Ave, NW  Washington, DC 20004
Crowell & Moring LLP  Mark D. Plevin, Esq., of counsel  3 Embarcadero Center, Ste 26th Floor  San Francisco, California 94111
Carlton Fields, PA  Robert W. DiUbaldo, Esq., of counsel  405 Lexington Avenue, 36th Floor  New York, New York 10174−0002
Barclay Damon LLP  Jeffrey A. Dove, Esq., of counsel  125 East Jefferson Street  Syracuse, New York 13202
Gimigliano Mauriello & Maloney, PA  John Maloney, Esq., of counsel  163 Madison Avenue, Suite 500  P.O. Box 1449  Morristown, New Jersey 07962−1449
Dentons US LLP  Geoffrey M. Miller, Esq., of counsel  1221 Avenue of the Americas  New York, New York 10020
Office of the U.S. Trustee  Joseph W. Allen, Esq., Assistant U.S. Trustee  Olympic Towers  300 Pearl Street, Suite 401  Buffalo, New York 14202

TOTAL: 16