UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

In Re:

    The Diocese of Buffalo, N.Y.

            Debtor(s)

Case No.: 1–20–10322–CLB
Chapter: 11

Tax ID: 16–0743984

---

# NOTICE OF ENTRY

    **PLEASE TAKE NOTICE** of the entry of the Order referenced below, duly entered in the within action in the Clerk's Office of the United States Bankruptcy Court, Western District of New York on **November 14, 2023**. The Clerk of Court of the United States Bankruptcy Court, Western District of New York, hereby certifies that a copy of the subject Order was sent to all parties in interest herein as required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

| | |
|---|---|
| Docket #2607: | Decision and Order. Signed on 11/14/2023 (RE: related document(s)2505 Motion for Examination filed by Creditor Committee Official Committee of Unsecured Creditors, 2511 Amended Motion filed by Creditor Committee Official Committee of Unsecured Creditors). NOTICE OF ENTRY. (LaBelle, L.) |

Date: November 14, 2023            Lisa Bertino Beaser
                                           Clerk of Court

Form ntcentry/Doc 2607
www.nywb.uscourts.gov