# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209−1 | User: admin | Date Created: 11/14/2023 |
| Case: 1−20−10322−CLB | Form ID: ntcentry | Total: 17 |

**Recipients of Notice of Electronic Filing:**
aty    Stephen A. Donato    sdonato@bsk.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

Pachulski Stang Ziehl & Jones LLP    Ilan D. Scharf, Esq., Brittany M. Michael, Esq., James I. Stang, Esq. and Iain A. W. Nasatir, Esq., of counsel    780 Third Avenue, 34th Floor    New York, New York 10017

Bond, Schoeneck & King, PLLC    Stephen A. Donato, Esq., of counsel    One Lincoln Center    Syracuse, New York 13202−1355

O'Melveny & Myers LLP    Tancred V. Schiavoni, Esq. and Adam P. Haberkorn, Esq., of counsel    Times Square Tower    7 Times Square    New York, New York 10036

Clyde & Co US LLP    Marianne G. May, Esq., of counsel    340 Mt. Kemble Ave., Suite 300    Morristown, New Jersey 07340

Goldberg Segalla LLP    Jonathan Schapp, Esq. and Adam R. Durst, Esq., of counsel    665 Main Street    Buffalo, New York 14203−1425

Gibbons P.C.    Brett S. Theisen, Esq. and Robert K. Malone, Esq., of counsel    One Gateway Center    Newark, New Jersey 07102

Kenney Shelton Liptak Nowak LLP    Judith Treger Shelton, Esq., of counsel    The Calumet Building    233 Franklin Street    Buffalo, New York 14202

Coughlin Midlige & Garland LLP    William T. Corbett, Jr. Esq. and Laura A. Brady, Esq., of counsel    350 Mount Kemble Avenue    PO Box 1917    Morristown, New Jersey 07962

Coughlin Midlige & Garland LLP    Steven G. Adams, Esq. and Tanya M. Mascarich, Esq., of counsel    88 Pine Street, 28th Floor    New York, New York 10005

Crowell & Moring LLP    Miranda Turner, Esq., of counsel    1001 Pennsylvania Ave, NW    Washington, DC 20004

Crowell & Moring LLP    Mark D. Plevin, Esq., of counsel    3 Embarcadero Center, Ste 26th Floor    San Francisco, California 94111

Carlton Fields, PA    Robert W. DiUbaldo, Esq., of counsel    405 Lexington Avenue, 36th Floor    New York, New York 10174−0002

Barclay Damon LLP    Jeffrey A. Dove, Esq., of counsel    125 East Jefferson Street    Syracuse, New York 13202

Gimigliano Mauriello & Maloney, PA    John Maloney, Esq., of counsel    163 Madison Avenue, Suite 500    P.O. Box 1449    Morristown, New Jersey 07962−1449

Dentons US LLP    Geoffrey M. Miller, Esq., of counsel    1221 Avenue of the Americas    New York, New York 10020

Office of the U.S. Trustee    Joseph W. Allen, Esq., Assistant U.S. Trustee    Olympic Towers    300 Pearl Street, Suite 401    Buffalo, New York 14202

TOTAL: 16