UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

Case No.: 20-10322
Chapter 11

Debtor,

CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE
MONTHLY FEE STATEMENT OF BOND, SCHOENECK & KING, PLLC
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS COUNSEL TO THE DIOCESE OF BUFFALO, N.Y.
FOR THE PERIOD JULY 1, 2023 THROUGH JULY 31, 2023

Pursuant to this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362] (the "Interim Compensation Order"), the undersigned hereby certifies that on October 5, 2023, Bond, Schoeneck & King, PLLC ("Bond") filed its *Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Diocese of Buffalo, N.Y. for the Period July 1, 2023 through July 31, 2023* [Docket No. 2535] (the "Monthly Fee Statement") and no objections to the Monthly Fee Statement have been filed.

Accordingly, pursuant to the Interim Compensation Order, The Diocese of Buffalo, N.Y. is authorized to pay on an interim basis eighty percent (80%) of Bond's fees and one hundred percent (100%) of Bond's expenses, as reflected in the Monthly Fee Statement.

Dated: November 15, 2023                                  BOND, SCHOENECK & KING, PLLC

                                                          By:      */s/ Stephen A. Donato*
                                                             Stephen A. Donato, Esq.
                                                             Charles J. Sullivan, Esq.
                                                             Grayson T. Walter, Esq.
                                                             One Lincoln Center
                                                             Syracuse, NY 13202-1355
                                                             Telephone: (315) 218-8000
                                                             Emails: sdonato@bsk.com
                                                                     csullivan@bsk.com
                                                                     gwalter@bsk.com

                                                          *Attorneys for The Diocese of Buffalo, N.Y.*