UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No.: 20-10322-CLB
Chapter: 11

# NOTICE OF FILING

PLEASE TAKE NOTICE that, in accordance with the Order entered July 9, 2020 [Docket No. 442] *Nunc Pro Tunc* to February 28, 2020, Connors LLP has filed the Monthly Fee Statement of Connors LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Diocese of Buffalo, N.Y., for the Period October 1, 2023 – October 31, 2023, a copy of which is attached hereto and hereby served upon you.

DATED:  Buffalo, New York
        November 20, 2023

s/ Randall D. White
Randall D. White, Esq.
**CONNORS LLP**
*Special Counsel for Debtor*
*The Diocese of Buffalo, N.Y.*
1000 Liberty Building
Buffalo, New York 14202
(716) 852-5533

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No.: 20-10322-CLB
Chapter: 11

## MONTHLY FEE STATEMENT OF CONNORS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DIOCESE OF BUFFALO, N.Y. FOR THE PERIOD OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023

| | |
|---|---|
| Name of Applicant: | Connors LLP |
| Authorized to Provide Professional Services to: | The Diocese of Buffalo, N.Y., Debtor-in-Possession |
| Date of Retention: | Order entered July 9, 2020 [Docket No. 442] *Nunc Pro Tunc* to February 28, 2020 |
| Period for which compensation and reimbursement is sought: | October 1, 2023 – October 31, 2023 |
| Amount of compensation sought as actual, reasonable, and necessary: | 80% of $9,430.00 **($7,544.00)** |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | **$683.58** |

This is a: __X__ monthly ___ quarterly ___ final application.

This is the _____ monthly fee statement of Connors LLP in this case.

# CONNORS LLP
1000 Liberty Building
Buffalo, NY 14202
TAX ID NO. 16-1282035

November 16, 2023

| | | | | | |
|---|---|---|---|---|---|
| DIOCESE OF BUFFALO | | | Invoice# | 40087 | RDW |
| 795 Main Street | | | Our file# | 002700 | 00006 |
| Buffalo, NY 14203 | | | Billing through | | 10/31/2023 |

MISCELLANEOUS MATTERS

PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/03/2023 | RDW | (Misc) Preparation of seventh interim fee application. | 0.50 hrs. | 250 /hr | 125.00 |
| 10/10/2023 | LFQ | (Independent Review Board) Communication with Independent Review Board Chair regarding various issues. | 0.50 hrs. | 250 /hr | 125.00 |
| 10/11/2023 | LFQ | (Independent Review Board) Review inquiry from investigator (.3); prepare response to him and Independent Review Board Chair (.5). | 0.80 hrs. | 250 /hr | 200.00 |
| 10/12/2023 | LFQ | (Misc) Work on answering questions from auditor. | 1.30 hrs. | 250 /hr | 325.00 |
| 10/14/2023 | RDW | (Misc) Preparation of interim fee application. | 0.80 hrs. | 250 /hr | 200.00 |
| 10/16/2023 | LFQ | (Misc) Communication with District Attorney regarding reported abuse; communication with Chancery representative regarding recent report and compliance. | 0.30 hrs. | 250 /hr | 75.00 |
| 10/16/2023 | LFQ | (Independent Review Board) Work on document regarding last Independent Review Board meeting. | 0.40 hrs. | 250 /hr | 100.00 |
| 10/17/2023 | LFQ | (Misc) Communications with investigator regarding issues that need to be addressed in pending investigation (.3); communication with Chancery representative to obtain answers to investigator's questions (.2); | 0.70 hrs. | 250 /hr | 175.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | communications with attorney for priest regarding investigation (.2). | | | |
| 10/17/2023 | RDW | (Misc.) Preparation of interim fee application. | 0.40 hrs. | 250 /hr | 100.00 |
| 10/20/2023 | LFQ | (Misc) Respond to questions pertaining to audit by obtaining and providing relevant documents (.8); communication with Safe Environment Director regarding same (.3). | 1.10 hrs. | 250 /hr | 275.00 |
| 10/23/2023 | RMV | (Misc) Work on 2023 CARA Survey. | 0.50 hrs. | 100 /hr | 50.00 |
| 10/24/2023 | LFQ | (Misc) Provide documents to Safe Environment Director regarding audit (.2); communications regarding participation and visit of auditors (.3); communications with Independent Review Board Chair regarding audit (.3). | 0.80 hrs. | 250 /hr | 200.00 |
| 10/24/2023 | RMV | (Misc) Work on completing the 2023 CARA Survey regarding sex abuse accusations that were reported within this year and last year. | 2.00 hrs. | 100 /hr | 200.00 |
| 10/25/2023 | LFQ | (Misc) Several communications with Independent Review Board Chair regarding questions issues pertaining to audit (.6); prepare document in response to same (3.5); communications with Chancery representatives regarding audit (.5). | 4.60 hrs. | 250 /hr | 1,150.00 |
| 10/25/2023 | RMV | (Misc) Work on completing the 2023 CARA Survey regarding sex abuse accusations reported within this year and last year. | 1.50 hrs. | 100 /hr | 150.00 |
| 10/26/2023 | LFQ | (Misc) Work on materials for audit and CARA Survey (3.5); assist with anticipated media inquiry regarding legal issues (.8). | 4.30 hrs. | 250 /hr | 1,075.00 |
| 10/26/2023 | RMV | (Misc) Meeting with Lawlor F. Quinlan III to review and discuss | 3.50 hrs. | 100 /hr | 350.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | the 2023 CARA Survey (2.5); complete final edits to CARA Survey and complete survey form (1.0). | | | |
| 10/27/2023 | LFQ | (Misc) Communication with Diocesan representatives regarding memorandum to be shared with parishes about anticipated media coverage. | 0.90 hrs. | 250 /hr | 225.00 |
| 10/30/2023 | LFQ | (Misc) Prepare for meeting with auditors (.8); participate in meeting with auditors (1.2); communication with Independent Review Board members regarding audit (.6). | 2.60 hrs. | 250 /hr | 650.00 |
| 10/31/2023 | LFQ | (Misc) Communications with Independent Review Board Chair regarding audit (.2); finalize CARA Survey responses (.7). | 0.90 hrs. | 250 /hr | 225.00 |
| 10/31/2023 | RMV | (Misc) Prepare memo describing details of 2023 CARA Survey for future reference. | 0.80 hrs. | 100 /hr | 80.00 |

Total fees for this matter    $6,055.00

BILLING SUMMARY

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| White, Randall D. | Partner | 1.70 hrs | 250 /hr | 425.00 |
| Quinlan, Lawlor F. III | Partner | 19.20 hrs | 250 /hr | 4,800.00 |
| Valkwitch, Rachel M. | Legal Assistant | 8.30 hrs | 100 /hr | 830.00 |

TOTAL FEES                              29.20 hrs                         $6,055.00

TOTAL CHARGES FOR THIS BILL                                              $6,055.00

# CONNORS LLP
1000 Liberty Building
Buffalo, NY 14202
TAX ID NO. 16-1282035

November 16, 2023

| | | |
|---|---|---|
| DIOCESE OF BUFFALO | Invoice# 40088 | RDW |
| 795 Main Street | Our file# 002700 | 00040 |
| Buffalo, NY 14203 | Billing through | 10/31/2023 |

NYSAG SUBPOENA

### PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/12/2023 | LFQ | Review decision on appeal (.2); communication with team members regarding next steps (.7). | 0.90 hrs. | 250 /hr | 225.00 |
| 10/12/2023 | TMC | Review of letter from the Solicitor General regarding statutory exemption from FOIL request (.4); confer with our team regarding above and possible Article 78 proceeding (.7); prepare memo (.2). | 1.30 hrs. | 250 /hr | 325.00 |
| 10/17/2023 | LFQ | Conference call with team regarding response to Office of Attorney General decisions. | 0.50 hrs. | 250 /hr | 125.00 |
| 10/25/2023 | LFQ | Review brief and provide proposed changes to Jones Day attorneys. | 0.90 hrs. | 250 /hr | 225.00 |
| 10/26/2023 | LFQ | Assist team with proposed documents in support of Article 78 Proceeding (1.5); communications with team (1.1). | 2.60 hrs. | 250 /hr | 650.00 |
| 10/28/2023 | TMC | Confer with representatives of the New York State Catholic Conference regarding the Article 78 proceeding. | 0.30 hrs. | 250 /hr | 75.00 |

Total fees for this matter     $1,625.00

### BILLING SUMMARY

| Name | Role | Hours | Rate | Amount |
|---|---|---|---|---|
| Connors, Terrence M. | Partner | 1.60 hrs | 250 /hr | 400.00 |
| Quinlan, Lawlor F. III | Partner | 4.90 hrs | 250 /hr | 1,225.00 |
| TOTAL FEES | | 6.50 hrs | | $1,625.00 |

Case 1-20-10322-CLB, Doc 2625, Filed 11/20/23, Entered 11/20/23 10:45:20, Description: Main Document , Page 6 of 9

TOTAL CHARGES FOR THIS BILL　　　　　　　　　　　　　　　　　　　　　　　　$1,625.00

# CONNORS LLP
1000 Liberty Building
Buffalo, NY 14202
TAX ID NO. 16-1282035

November 16, 2023

|  |  |  |
|---|---|---|
| Invoice# 40089 | | RDW |
| DIOCESE OF BUFFALO | Our file# 002700 | 00046 |
| 795 Main Street | Billing through | 10/31/2023 |
| Buffalo, NY 14203 | | |

CHILD VICTIMS ACT

PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/13/2023 | RDW | Review of insurers' objections to Committee's motion for non-party discovery regarding Diocesan insurance. | 0.30 hrs. | 250 /hr | 75.00 |
| 10/18/2023 | RDW | Research for response to Blank Rome (.8); respond to Blank Rome inquiry regarding parishes and other entities (.2). | 1.00 hrs. | 250 /hr | 250.00 |
| 10/23/2023 | TMC | Confer with Randall D. White regarding certain requests from Diocese for background information for motion. | 0.30 hrs. | 250 /hr | 75.00 |
| 10/23/2023 | RDW | Review of file for information requested by Diocese (1.7); emails with Mr. Scholl of Diocese regarding above (.3). | 2.00 hrs. | 250 /hr | 500.00 |
| 10/24/2023 | RDW | Initial review of motion to extend stay/preliminary injunction regarding state court CVA actions against parishes. | 1.00 hrs. | 250 /hr | 250.00 |
| 10/25/2023 | TMC | Review motion to continue the stay/injunction against the State Court actions against the parishes (.5); confer with Randall D. White regarding above and impact on pre-petition cases (.2). | 0.70 hrs. | 250 /hr | 175.00 |
| 10/25/2023 | RDW | Continue review of motion to extend stay/preliminary injunction regarding state court CVA actions against parishes (.7); review of cited caselaw (.4); emails with CVA co-defense | 1.50 hrs. | 250 /hr | 375.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
|  |  | counsel regarding motion and possible impact (.4). |  |  |  |
| 10/30/2023 | RDW | Review of Committee's motion to employ special insurance counsel. | 0.20 hrs. | 250 /hr | 50.00 |
|  |  | Total fees for this matter |  |  | $1,750.00 |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 10/31/2023 | COMPUTER RESEARCH - WESTLAW | 141.68 |
| 10/31/2023 | SEPT MONTHLY HOSTING/DATA STORAGE | 541.90 |
|  | Total disbursements for this matter | $683.58 |

BILLING SUMMARY

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Connors, Terrence M. | Partner | 1.00 hrs | 250 /hr | 250.00 |
| White, Randall D. | Partner | 6.00 hrs | 250 /hr | 1,500.00 |
| TOTAL FEES |  | 7.00 hrs |  | $1,750.00 |

TOTAL DISBURSEMENTS                                                                                                    $683.58

TOTAL CHARGES FOR THIS BILL                                                                                   $2,433.58