UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.

            Debtor.

Case No. 20-10322 (CLB)

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362], Jones Day has filed the *Monthly Fee Statement of Jones Day for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Diocese of Buffalo, N.Y. for the Period October 1, 2023 Through October 31, 2023,* a copy of which is attached hereto and hereby served upon you.

Dated: November 22, 2023

                                          */s/ John D. Goetz*
                                          John D. Goetz
                                          Jones Day
                                          500 Grant Street, Suite 4500
                                          Pittsburgh, PA 15219-2514
                                          Telephone: (412) 391-3939
                                          Email: jdgoetz@jonesday.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.

        Debtor.

Case No. 20-10322 (CLB)

Chapter 11

**MONTHLY FEE STATEMENT OF JONES DAY FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS SPECIAL COUNSEL TO THE DIOCESE OF BUFFALO, N.Y.
FOR THE PERIOD OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023**

| | |
|---|---|
| Name of Applicant: | Jones Day |
| Authorized to Provide Professional Services to: | The Diocese of Buffalo, N.Y. Debtor and Debtor in Possession |
| Date of Retention: | Order entered February 23, 2021 [Docket No. 905] *Nunc Pro Tunc* to December 1, 2020 |
| Period for which Compensation and Reimbursement is Sought: | October 1, 2023 through October 31, 2023 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary (after 20% discount and 20% holdback): | $79,376.00 (80% of $99,220.00) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $25.00 |

This is a: __X__ monthly ____ quarterly ____ final application.

This is Jones Day's thirtieth monthly fee statement in this case.

# JONES DAY

**Pittsburgh Office**
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514
**(412) 391-3939**

November 20, 2023     764596
Invoice: 231403299

Roman Catholic Diocese of Buffalo
795 Main Street
Buffalo, NY 14203
United States of America

For legal services rendered for the period through October 31, 2023:

|  | Hours | | Amount |
|---|---|---|---|
| State of New York v. Diocese of Buffalo, et al. | 127.90 | | 91,774.00 |
| Fee/Employment Applications | 12.30 | | 7,446.00 |
| Total Fees | 140.20 | USD | 99,220.00 |
| Total Billed Disbursements | | USD | 25.00 |
| **TOTAL** | | **USD** | **99,245.00** |

# JONES DAY

Disbursement & Charges Summary

| | |
|---|---:|
| Court Costs | 25.00 |
| USD | 25.00 |

# JONES DAY

764596     Page: 3
November 20, 2023
Roman Catholic Diocese of Buffalo     Invoice: 231403299

Timekeeper/Fee Earner Summary – October 31, 2023

| Timekeeper/Fee Earner Name | Title | Bar Year | Hours | Discounted[1] Rate | Amount |
|---|---|---|---:|---:|---:|
| T R Geremia | Partner | 1999 | 38.70 | 1,160.00 | 44,892.00 |
| J D Goetz | Partner | 1986 | 14.30 | 960.00 | 13,728.00 |
| Total | | | 53.00 | | 58,620.00 |
| C T Neumann | Associate | 2020 | 77.50 | 460.00 | 35,650.00 |
| A Sapp | Associate | 2022 | 0.50 | 520.00 | 260.00 |
| N P Yeary | Associate | 2021 | 5.30 | 620.00 | 3,286.00 |
| Total | | | 83.30 | | 39,196.00 |
| C M Gugg | Paralegal | | 3.90 | 360.00 | 1,404.00 |
| Total | | | 3.90 | | 1,404.00 |
| **Total** | | | **140.20** | **USD** | **99,220.00** |

---

[1] Discounted rates reflect a 20% discount to Jones Day's standard rates, as agreed between Jones Day and the Diocese and as disclosed in the *Supplemental Declaration of Bishop Michael William Fisher in Support of the Retention of Jones Day as Special Counsel to the Diocese* [Docket No. 874].

Fee Detail

*Date of Service*   *Timekeeper/Fee Earner Name*   *Hours*   *Amount*

**State of New York v. Diocese of Buffalo, et al.**

10/02/23   T R Geremia   1.30   1,508.00
Review procedure regarding objection to The Office of the Attorney General determination on FOIL request and conference with FOIL appeals officer regarding same.

10/02/23   C T Neumann   5.70   2,622.00
Draft case initiating documents for Article 78 proceeding to challenge FOIL determination in New York Supreme Court, including the verified petition, notice of petition, affidavit, affirmation, and memorandum of law; research New York secondary sources and New York statutes for the procedures and case initiating documents for an Article 78 proceeding challenging a FOIL request.

10/03/23   T R Geremia   1.10   1,276.00
Conference with J. Goetz and review of materials in connection with audit under Stipulated Final Order.

10/04/23   J D Goetz   0.20   192.00
Emails to client regarding October 5 call, results of meetings with auditor during week of September 25.

10/05/23   T R Geremia   0.70   812.00
Conference with client to discuss audit issues in connection with stipulated final order.

10/05/23   J D Goetz   0.80   768.00
Attend call with client, T. Geremia regarding audit issues in connection with stipulated final order (.7); review follow-up email regarding documents requested by auditor in response to meetings (.1).

10/09/23   J D Goetz   0.30   288.00
Emails to T. Geremia regarding results of audit meetings with Diocese, next steps regarding material for auditor to review.

10/11/23   C T Neumann   2.90   1,334.00
Research New York secondary sources and New York statutes for the procedures and case initiating documents for an Article 78 proceeding challenging a FOIL request; draft case initiating documents for Article 78 proceeding to challenge FOIL determination in New York Supreme Court, including the verified petition, notice of petition, affidavit, affirmation, and memorandum of law.

10/12/23   T R Geremia   1.50   1,740.00
Attention to issues regarding audit under stipulated final order (.4); review The Office of the Attorney General determination on FOIL appeal and correspondence regarding same (1.1).

10/12/23   J D Goetz   0.90   864.00
Review emails from Diocese regarding audit issues in connection with the stipulated final order (.3); emails to K. McChesney regarding conference call during week of October 16 to discuss same (.2); review emails from L. Quinlan regarding denial of Diocese's FOIL appeal, emails to T. Geremia regarding preparing Article 78 proceeding (.4).

10/12/23   C T Neumann   5.10   2,346.00
Review/analyze FOIL administrative decision by The Office of the Attorney General Records Appeal Officer in order to prepare arguments for judicial appeal case initiating documents; draft case initiating documents for Article 78 proceeding to challenge FOIL determination in New York Supreme Court, including the verified petition, notice of petition, affidavit, affirmation, and memorandum of law; research New York secondary sources and New York statutes for the procedures and case initiating documents for an Article 78 proceeding challenging a FOIL request.

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|
| 10/13/23 | T R Geremia | 1.20 | 1,392.00 |

Review The Office of the Attorney General determination on FOIL request and prepare outline of Article 78 petition in connection with same.

| | | | |
|---|---|---|---|
| 10/16/23 | C T Neumann | 3.90 | 1,794.00 |

Review/analyze authorities to assist in drafting Memorandum of Law for Article 78 Petition; draft Memorandum of Law in Support of Petitioner's Verified Article 78 Petition for judicial appeal of New York Attorney General's FOIL decision and administrative decision.

| | | | |
|---|---|---|---|
| 10/17/23 | T R Geremia | 1.30 | 1,508.00 |

Conference with clients regarding document disclosure issue and preparation for call (.7); conference with auditor (.6).

| | | | |
|---|---|---|---|
| 10/17/23 | J D Goetz | 1.30 | 1,248.00 |

Prepare for, attend call with Diocese team, T. Geremia. L. Quinlan regarding update on draft Article 78 complaint and timetable for filing same; prepare for attend call with auditor regarding issues in connection with the stipulated final order.

| | | | |
|---|---|---|---|
| 10/17/23 | C T Neumann | 8.10 | 3,726.00 |

Draft Memorandum of Law in Support of Petitioner's Verified Article 78 Petition for judicial appeal of New York Attorney General's FOIL decision and administrative decision; review/analyze authorities to assist in drafting Memorandum of Law for Article 78 Petition.

| | | | |
|---|---|---|---|
| 10/18/23 | T R Geremia | 0.70 | 812.00 |

Confer with The Office of the Attorney General regarding schedule for Article 78 proceeding and work on Article 78 petition.

| | | | |
|---|---|---|---|
| 10/18/23 | C T Neumann | 7.00 | 3,220.00 |

Draft Memorandum of Law in Support of Petitioner's Verified Article 78 Petition for judicial appeal of New York Attorney General's FOIL decision and administrative decision; review/analyze authorities to assist in drafting Memorandum of Law for Article 78 Petition.

| | | | |
|---|---|---|---|
| 10/19/23 | T R Geremia | 1.60 | 1,856.00 |

Conference with auditor and follow-up correspondence with J. Goetz.

| | | | |
|---|---|---|---|
| 10/19/23 | J D Goetz | 1.90 | 1,824.00 |

Prepare for call with K. McChesney, review audit template chart provided to Diocese for completion (.3); attend call with K, McChesney, T. Geremia regarding results of audit team meetings at Diocese, follow-up information and completion of template chart, timetable for completion of draft audit report (1.3); conversation with T. Geremia regarding results of call and status update report to Diocese (.3).

| | | | |
|---|---|---|---|
| 10/19/23 | C T Neumann | 6.60 | 3,036.00 |

Draft Memorandum of Law in Support of Petitioner's Verified Article 78 Petition for judicial appeal of New York Attorney General's FOIL decision and administrative decision; review/analyze authorities to assist in drafting Memorandum of Law for Article 78 Petition.

| | | | |
|---|---|---|---|
| 10/20/23 | T R Geremia | 3.20 | 3,712.00 |

Conference with client regarding next steps for audit (.8); work on Article 78 petition regarding document disclosure issue (2.4).

| | | | |
|---|---|---|---|
| 10/20/23 | J D Goetz | 1.00 | 960.00 |

Prepare for (.2), attend call with Diocese team, T. Geremia regarding next steps for audit (.8).

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|
| 10/20/23 | C T Neumann | 6.50 | 2,990.00 |

Draft Memorandum of Law in Support of Petitioner's Verified Article 78 Petition for judicial appeal of New York Attorney General's FOIL decision and administrative decision; review/analyze authorities to assist in drafting Memorandum of Law for Article 78 Petition.

| 10/22/23 | J D Goetz | 0.40 | 384.00 |

Review emails, take notes regarding next steps for audit in connection with the Stipulated Final Order and next steps for filing Article 78 proceeding following denial of Diocese's FOIL appeal.

| 10/23/23 | T R Geremia | 1.60 | 1,856.00 |

Draft papers on Diocese's Article 78 petition in connection with FOIL request.

| 10/23/23 | C T Neumann | 3.10 | 1,426.00 |

Draft Petitioner's Verified Article 78 Petition for judicial appeal of New York Attorney General's FOIL decision and administrative decision; review/analyze authorities to assist in drafting Article 78 Petition, including Westlaw sources on Article 78 and FOIL, New York statutes, New York state FOIL cases, and letters/decisions between Diocese, The Office of the Attorney General Records Access Officer, and Records Appeals Officer.

| 10/24/23 | T R Geremia | 4.20 | 4,872.00 |

Revise memorandum of law on Article 78 petition regarding FOIL determinations.

| 10/24/23 | C T Neumann | 6.10 | 2,806.00 |

Draft Petitioner's Verified Article 78 Petition for judicial appeal of New York Attorney General's FOIL decision and administrative decision, including asserting exceptions from disclosure under Public Officers Law Section 87(2); review/analyze authorities to assist in drafting Article 78 Petition, including Westlaw sources on Article 78 and FOIL, New York statutes, New York state FOIL cases, and letters/decisions between Diocese, The Office of the Attorney General Records Access Officer, and Records Appeals Officer.

| 10/25/23 | T R Geremia | 5.30 | 6,148.00 |

Revise papers in support of Diocese's Article 78 petition in connection with FOIL determination.

| 10/25/23 | J D Goetz | 0.50 | 480.00 |

Review draft of brief in support of Article 78 proceeding, email to T. Geremia regarding initial comments on same.

| 10/25/23 | C T Neumann | 6.70 | 3,082.00 |

Review/analyze authorities to assist in drafting Article 78 Petition, including Westlaw sources on Article 78 and FOIL, New York statutes, New York state FOIL cases, and letters/decisions between Diocese, The Office of the Attorney General Records Access Officer, and Records Appeals Officer; research New York case law regarding application of FOIL exceptions, for case law and authorities to support arguments in Verified Article 78 Petition for judicial appeal of New York Attorney General's FOIL decision and administrative decision; draft Petitioner's Verified Article 78 Petition for judicial appeal of New York Attorney General's FOIL decision and administrative decision.

| 10/26/23 | T R Geremia | 7.60 | 8,816.00 |

Call with client regarding status of draft papers for Article 78 petition (.5); drafting papers in support of Article 78 petition (7.1).

| 10/26/23 | J D Goetz | 1.90 | 1,824.00 |

Review, revise draft brief in support of Article 78 petition (.6), draft affidavit for M. Potzler (.3), email to T. Geremia regarding comments on drafts (.1); attend call with Diocese team regarding comments on draft Article 78 papers, additional suggestions to incorporate, and next steps (.5); emails regarding status of Article

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|

78 petition, initial comments on same, agenda for conference call with Diocese team (.4).

10/26/23        C T Neumann                                   4.80                    2,208.00
Draft Petitioner's Verified Article 78 Petition for judicial appeal of New York Attorney General's FOIL decision and administrative decision, including revisions based on latest updates of Memorandum of Law from T Geremia; research New York case law regarding application of FOIL exceptions, for case law and authorities to support arguments regarding commercial sensitivity and judicial interference exceptions to disclosure; communicate (with client) on call with T Geremia, J Goetz, and Diocese representatives regarding drafts of Article 78 case initiating documents and discuss arguments for FOIL exceptions to disclosure.

10/27/23        T R Geremia                                   6.80                    7,888.00
Revising and finalizing papers in support of Article 78 petition regarding FOIL determination of The Office of the Attorney General.

10/27/23        J D Goetz                                     1.50                    1,440.00
Emails regarding completion of draft Article 78 petition, brief in support, declaration from M. Potzler, supporting exhibits for same (.5), emails to T. Geremia regarding final comments on same (.3); review as-filed Article 78 petition, emails to Diocese regarding confirmation of filings, Index number for newly-filed action, email to The Office of the Attorney General FOIL office regarding courtesy copy of filings (.7).

10/27/23        C T Neumann                                   6.80                    3,128.00
Draft and revise Article 78 case initiating documents to prepare for filing today, including additional drafting and revising of the Verified Petition, the Memorandum of Law in Support of the Petition, the Potzler Affirmation, the Notice of Petition, the Exhibits, and the Request for Judicial Intervention administrative form; communicate (in firm) with T Geremia and New York docket specialists regarding e-filing of Article 78 petition and accompanying documents, including discussing procedures and timing issues.

10/28/23        J D Goetz                                     0.70                      672.00
Review news story regarding Diocese filing of Article 78 action, emails regarding same, draft Diocese statement and finalizing same, email from Bishop Fisher regarding draft statement.

10/30/23        J D Goetz                                     0.30                      288.00
Review emails regarding news stories regarding Article 78 proceeding filed on October 27, Diocese response to same.

10/31/23        T R Geremia                                   0.60                      696.00
Review filings in connection with Article 78 proceeding, in connection with index number assignment and pro hac vice motion; review pro hac vice application.

10/31/23        C T Neumann                                   4.20                    1,932.00
Review/analyze pro hac vice filings from New York Supreme Court cases and review New York rules to prepare pro hac vice filings to admit J Goetz to represent Diocese; draft Notice of Motion for Pro Hac Vice Admission, Affirmation of T Geremia in Support, Affidavit of J Goetz in Support, and Proposed Order, to prepare pro hac vice filings for J Goetz to represent Diocese.

                **Matter Total**                            **127.90**     **USD**    **91,774.00**

**Fee/Employment Applications**

10/02/23        C M Gugg                                      3.90                    1,404.00
Draft sixth interim fee application.

# JONES DAY

764596     Page: 8  
November 20, 2023  
Roman Catholic Diocese of Buffalo     Invoice: 231403299

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|
| 10/10/23 | N P Yeary | 0.60 | 372.00 |
| | Revise draft sixth interim fee application from Gugg (0.6). | | |
| 10/12/23 | J D Goetz | 0.20 | 192.00 |
| | Review emails, draft submission for Sixth Interim Fee Application (period from 2/1/23 – 7/31/23). | | |
| 10/12/23 | N P Yeary | 1.30 | 806.00 |
| | Revise sixth interim fee application (1.0); correspond with Goetz and Gugg regarding same (0.3). | | |
| 10/16/23 | J D Goetz | 2.00 | 1,920.00 |
| | Revise draft fee statement for September services (multiple drafts) (.6); emails to N. Yeary regarding comments on same (.2); review, revise draft sixth interim fee application, draft insert of same summarizing Jones Day services during time period (.9), emails to N. Yeary regarding comments on draft (.3). | | |
| 10/16/23 | N P Yeary | 2.20 | 1,364.00 |
| | Prepare a monthly fee statement covering September services (1.0); correspond with client regarding same (0.2); correspond with Bond team regarding interim fee application (0.2); prepare table of current accounts receivable (0.6); revise interim fee application (0.2). | | |
| 10/17/23 | N P Yeary | 0.30 | 186.00 |
| | Prepare a fee statement covering services rendered in September | | |
| 10/27/23 | N P Yeary | 0.40 | 248.00 |
| | Correspond with client regarding CNO filing (0.2); analyze fee related matters (0.1); correspond with Doner (Bond), Goetz (Jones Day) concerning interim fee application filing (0.1). | | |
| 10/30/23 | N P Yeary | 0.50 | 310.00 |
| | Finalize interim fee application. | | |
| 10/31/23 | J D Goetz | 0.40 | 384.00 |
| | Emails to T. Geremia regarding preparation for December 7 hearing on JD sixth interim fee application. | | |
| 10/31/23 | A Sapp | 0.50 | 260.00 |
| | Draft certificate of no objection for September fee statement (.3), review docket for objections (.1), write email to N. Yeary and C. Grugg regarding same (.1). | | |
| **Matter Total** | | **12.30**    USD | **7,446.00** |

Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|---|---|---|---|---|
| **State of New York v. Diocese of Buffalo, et al.** | | | | |
| **COURT COSTS** | | | | |
| 10/31/23 | J D Goetz | PIT | 25.00 | |
| | Vendor: Supreme Court Of Pennsylvania; Invoice#: 10.31.2023; Date: 10/31/2023 Certificate of Good Standing | | | |
| **Court Costs Subtotal** | | | | **25.00** |
| **Matter Total** | | | **USD** | **25.00** |