**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **THE DIOCESE OF BUFFALO, N.Y.,** | No. 1-20-10322-CLB |
| Debtor. | Hon. Carl L. Bucki |

## DECLARATION IN SUPPORT OF *EX PARTE* MOTION TO ADMIT IAIN A.W. NASATIR AS COUNSEL TO THE COMMITTEE *PRO HAC VICE*

I, Iain A.W. Nasatir, declare under penalty of perjury as follows:

1.       I am a partner of Pachulski Stang Ziehl & Jones LLP ("PSZJ" or, the "Firm"), and maintain an office at 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067.  I am duly admitted to practice law in the State of New York and the State of California.

2.       I submit this declaration (the "Declaration") in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3.       I am a member in good standing in the State Bar of New York and the State Bar of California.  I have not been disbarred, sanctioned, or formally censured by any court or by a state bar association, and there are no disciplinary proceedings pending against me.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  Los Angeles, California
         November 22, 2023

                                                            */s/ Iain A.W. Nasatir*
                                                            Iain A.W. Nasatir

4881-3333-4930, v. 1