**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **THE DIOCESE OF BUFFALO, N.Y.,** | No. 1-20-10322-CLB |
| Debtor. | Hon. Carl L. Bucki |

**ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

Upon consideration of the *Ex Parte* Motion to Admit Iain A. W. Nasatir as Counsel *Pro Hac Vice* to represent the Official Committee of Unsecured Creditors for The Diocese of Buffalo, N.Y., and upon Movant's certification that the Movant is a member of good standing of the Bar of the State of New York and the Bar of the State of California.

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED**.

Dated: _____, 2023
             Buffalo, New York

                                                       _____
                                                       HON. CARL L. BUCKI