UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:  Chapter 11

THE DIOCESE OF BUFFALO, N.Y.,  No. 1-20-10322-CLB

Debtor.  Hon. Carl L. Bucki

**ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

Upon consideration of the *Ex Parte* Motion to Admit Iain A. W. Nasatir as Counsel *Pro Hac Vice* to represent the Official Committee of Unsecured Creditors for The Diocese of Buffalo, N.Y., and upon Movant's certification that the Movant is a member of good standing of the Bar of the State of New York and the Bar of the State of California.

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED**.

Dated: NOV 2 7 2023
Buffalo, New York

HON. CARL L. BUCKI

FILED
NOV 2 7 2023
BANKRUPTCY COURT
BUFFALO, NY