# Notice Recipients

District/Off: 0209−1  User: admin  Date Created: 11/27/2023
Case: 1−20−10322−CLB  Form ID: pdforder  Total: 7

**Recipients of Notice of Electronic Filing:**
aty  Brittany Mitchell Michael  bmichael@pszjlaw.com
aty  SCOTT BOGUCKI  sbogucki@gmwlawyers.com
aty  Sara C. Temes  stemes@bsk.com

    TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db  The Diocese of Buffalo, N.Y.  795 Main Street  Buffalo, NY 14203
pr  Charles Mendolera  c/o The Diocese of Buffalo, N.Y.  795 Main Street  Buffalo, NY 14203
smg  Office of the U.S. Trustee  300 Pearl Street, Suite 401  Olympic Towers  Buffalo, NY 14202
  Iain AW Nastir  Pachulski Stang Ziehl & Jones LLP  10100 Santa Monica Blvd. 13th Fl.  Los Angeles CA 90067−4003

    TOTAL: 4