UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

                Debtor.

Case No. 20-10322 (CLB)

Chapter 11

## CERTIFICATE OF SERVICE

I, Adam P. Haberkorn, certify that on November 27, 2023, I caused a copy of ***Certain Insurers' Response to the Directive by the Court in its Decision and Order, Dated November 14, 2023, Regarding the Committee's Amended Rule 2004 Motion for Production of Documents*** [Dkt No. 2646] to be served by the Electronic Case Filing System ("ECF") for the United States Bankruptcy Court for the Western District of New York.

Dated: November 28, 2023

Respectfully submitted,

By: */s/ Adam P. Haberkorn*

**O'MELVENY & MYERS LLP**
ADAM P. HABERKORN
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Email: ahaberkorn@omm.com

*Attorney for Aetna Insurance Company f/k/a CIGNA Property & Casualty Insurance Company and n/k/a ACE Property & Casualty Insurance Company, Century Indemnity, as successor in interest to Insurance Company of North America, as successor in interest to Indemnity Insurance Company of North America, U.S. Fire Insurance Company and Pacific Employers Insurance Company*