

U.S. Department of Justice

Office of the United States Trustee

*Western District of New York*

---

*Olympic Tower*
*300 Pearl Street, Suite 401*
*Buffalo, New York 14202*

Telephone: *(716) 551-5541*

Facsimile: *(716) 551-5560*

December 1, 2023

Honorable Carl L. Bucki, U.S.B.J.
United States Bankruptcy Court, W.D.N.Y.
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

    Re:   *In re The Diocese of Buffalo, N.Y.*
            **Chapter 11 Case No. 20-10322-CLB**

Dear Judge Bucki,

    The United States Trustee, Counsel for the Debtor referenced above, Bond, Schoeneck & King, PLLC (Stephen A. Donato, Esq.) and Counsel for the Official Committee of Unsecured Creditors, Gleichenhaus, Marchese & Weishaar, P.C. (Scott Bogucki, Esq.) have agreed to adjourn the joint hearing on certain applications for compensation and reimbursement of expenses (collectively, the "Applications").

    Accordingly, we respectfully request that the joint hearing, originally scheduled for Thursday, December 7, 2023, be adjourned and re-scheduled on ***Wednesday, December 13, 2023 at 2:30 p.m.***, to consider the following Applications:

1. *Seventh Application for Interim Compensation for Bond, Schoeneck & King, PLLC* [ECF Doc. No. 2575];

2. *Seventh Application for Interim Compensation for Blank Rome, LLP* [ECF Doc. No. 2576];

3. *Seventh Application for Interim Compensation for Connors, LLP* [ECF Doc. No. 2577];

4. *Seventh Application for Interim Compensation for Insurance Archeology Group* [ECF Doc. No. 2578];

5. *Seventh Application for Interim Compensation for The Tucker Group LLC* [ECF Doc. No. 2579];

6. *Sixth Application for Interim Compensation for Gibson, McAskill & Crosby, LLP* [ECF Doc. No. 2580];

7. *Sixth Application for Interim Compensation for Hodgson Russ LLP* [ECF Doc. No. 2581];

8. *Seventh Application for Interim Compensation for Chelus, Herdzik, Speyer & Monte. P.C.* [ECF Doc. No. 2583];

9. *Sixth Application for Interim Compensation for Jones Day* [ECF Doc. No. 2584];

10. *Sixth Application for Interim Compensation for Pachulski Stang Ziehl & Jones LLP* [ECF Doc. No. 2588]; and,

11. *Sixth Application for Interim Compensation for Gleichenhaus, Marchese & Weishaar, P.C.* [ECF Doc. No. 2589].

If you have any questions or wish to further discuss this request, please call. Thank you for your consideration in this matter.

Respectfully submitted,

OFFICE OF THE UNITED STATES TRUSTEE

Joseph W. Allen, Esq.
Assistant United States Trustee

cc: Stephen A. Donato, Esq., *Counsel for Debtor* (via email)
Scott Bogucki, Esq., *Creditor Committee Counsel* (via email)