UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

       Debtor.

Case No. 20-10322

Chapter 11

## **NOTICE OF FILING**

  **PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362], Bond, Schoeneck & King, PLLC has filed the *Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Diocese of Buffalo, N.Y. for September 1, 2023 Through September 30, 2023*, a copy of which is attached hereto and hereby served upon you.

Dated: December 5, 2023        BOND, SCHOENECK & KING, PLLC

         By:   */s/ Stephen A. Donato*
            Stephen A. Donato
            Charles J. Sullivan
            Grayson T. Walter
            One Lincoln Center
            Syracuse, NY 13202-1355
            Telephone: (315) 218-8000
            Emails:  sdonato@bsk.com
                 csullivan@bsk.com
                 gwalter@bsk.com

            *Attorneys for The Diocese of Buffalo, N.Y.*

16889104.1 12/5/2023
Case 1-20-10322-CLB,  Doc 2659,  Filed 12/05/23,  Entered 12/05/23 12:42:06,
Description: Main Document , Page 1 of 32

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

Case No. 20-10322

The Diocese of Buffalo, N.Y.,

Chapter 11

Debtor.

**MONTHLY FEE STATEMENT OF BOND, SCHOENECK & KING, PLLC
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE DIOCESE OF BUFFALO, N.Y.
FOR THE PERIOD SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023**

Name of Applicant:                          Bond, Schoeneck & King, PLLC

Authorized to Provide
Professional Services to:                  The Diocese of Buffalo, N.Y., Debtor-In-Possession

Date of Retention:                          Order entered June 15, 2020 [Docket No. 397]
                                            *Nunc Pro Tunc* to February 28, 2020

Period for which compensation
and reimbursement is sought:               September 1, 2023 through September 30, 2023

Amount of compensation sought
as actual, reasonable and necessary:       80% of $72,540.00 ($58,032.00)

Amount of expense reimbursement sought
as actual, reasonable and necessary:       $3,692.88

This is a: __X__ monthly _____ quarterly _____ final application.

This is Bond, Schoeneck & King, PLLC's forty-third monthly fee statement in this case.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 20, 2023
Bill Number: 19993889

Ellen Musialowski
Chief Financial Officer
The Diocese of Buffalo, N.Y.
795 Main Street
Buffalo, NY 14203-1250

For Legal Services Rendered through 09/30/23.

**Chapter 11 Bankruptcy**
**Client Matter # 093587.404069**

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| **B110: Case Administration** | | | | |
| 09/06/23 | J.D.Eaton | 0.40 | $144.00 | Finalized Diocese update memo related to similar bankruptcy case which might affect Diocese. |
| 09/07/23 | J.D.Eaton | 0.20 | $72.00 | Drafted updates to case strategy and management charter. |
| 09/11/23 | A.M.Christian | 0.70 | $157.50 | Researched related diocesan bankruptcy cases and impact on Diocese. |
| | J.D.Eaton | 0.10 | $36.00 | Office conferenced with Attorney Christian regarding research assignment related to similarly situated debtor cases that might have an impact upon the Diocese's case. |
| 09/15/23 | K.M.Doner | 0.30 | $54.00 | Drafted correspondence to Diocese regarding case updates. |
| | K.M.Doner | 2.30 | $414.00 | Analyzed the Diocese's July 2023 monthly operating report. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Attorney Temes regarding the Diocese's July 2023 operating report. |
| 09/18/23 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorneys Sullivan and Temes regarding the Diocese's July and August 2023 operating reports. |

Accounts Are Due Within 30 Days.

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 20, 2023
Bill Number: 19993889

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 09/18/23 | S.C.Temes | 0.50 | $227.50 | Reviewed July monthly operating report. |
| 09/19/23 | K.M.Doner | 0.30 | $54.00 | Finalized the Diocese's July 2023 operating report. |
| | K.M.Doner | 0.20 | $36.00 | Drafted correspondence to Clerk and interested parties regarding the Diocese's July 2023 operating report. |
| 09/21/23 | J.D.Eaton | 0.30 | $108.00 | Drafted updates to case strategy charter document. |
| 09/24/23 | S.A.Donato | 0.40 | $220.00 | Reviewed case dockets of unrelated diocesan cases to determine impact on Diocese. |
| | S.A.Donato | 0.30 | $165.00 | Reviewed Committee's derivative standing motion in unrelated diocesan case regarding insurance and business law alleged claims. |
| 09/26/23 | S.A.Donato | 0.50 | $275.00 | Participated in hearing concerning Committee special standing request and Arrowood 2004 motion in unrelated diocesan case to determine impact on Diocese. |
| 09/27/23 | J.S.Krell | 0.70 | $294.00 | Participated in hearing in an unrelated diocesan case regarding the Committee's rule 2004 request for production of documents from certain insurance carriers to determine impact on the Diocese. |
| 09/28/23 | J.D.Eaton | 0.30 | $108.00 | Drafted revisions and updates to case strategy charter. |
| 09/29/23 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorneys Donato and Eaton regarding operating report issues. |

| | Subtotal: | Hours: | 7.80 | |
| | | Amount: | $2,419.00 | |

## B120: Asset Analysis and Recovery

| | | | | |
|------|---|-------|-----|-------------|
| 09/01/23 | S.A.Donato | 0.30 | $165.00 | Consulted with Attorney Eaton regarding mediation updates. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 20, 2023
Bill Number: 19993889

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 09/05/23 | C.J.Sullivan | 0.50 | $265.00 | Prepared for mediation. |
| | S.A.Donato | 0.30 | $165.00 | Conferred with J. Beardi regarding insurance carrier mediation issues. |
| | S.A.Donato | 0.30 | $165.00 | Reviewed correspondence from Diocese regarding insurance carrier mediation issue. |
| | S.A.Donato | 0.20 | $110.00 | Prepared response to Diocese regarding insurance carrier mediation issue. |
| 09/06/23 | G.T.Walter | 0.30 | $138.00 | Reviewed correspondence from Diocese regarding insurance review. |
| | G.T.Walter | 0.30 | $138.00 | Drafted correspondence to Attorneys Donato and Sullivan regarding insurance review project. |
| | S.A.Donato | 0.30 | $165.00 | Consulted with Attorney Sullivan regarding insurance carrier mediation issues. |
| | C.J.Sullivan | 0.50 | $265.00 | Corresponded with Diocese regarding archives review. |
| 09/07/23 | G.T.Walter | 1.00 | $460.00 | Conferred with Diocese regarding mediation and general case strategy. |
| | S.A.Donato | 0.50 | $275.00 | Consulted with Attorney Sullivan regarding insurance mediation issues. |
| | S.A.Donato | 1.00 | $550.00 | Participated in conference call with Diocese regarding mediation issues and strategies. |
| | C.J.Sullivan | 0.50 | $265.00 | Participated in telephone conference with Attorney Donato regarding mediation preparation. |
| | C.J.Sullivan | 0.50 | $265.00 | Participated in telephone conference with J. Beardi regarding mediation strategy. |
| | C.J.Sullivan | 1.00 | $530.00 | Participated in telephone conference with Diocese representatives regarding mediation preparation. |
| 09/08/23 | S.A.Donato | 0.30 | $165.00 | Consulted with Attorney Sullivan regarding insurance carrier mediation issues. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 20, 2023
Bill Number: 19993889

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 09/08/23 | B.M.Sheehan | 0.20 | $77.00 | Drafted correspondence to insurance carrier regarding discovery. |
| | B.M.Sheehan | 0.20 | $77.00 | Consulted with Attorney Temes regarding insurance carrier discovery issues. |
| | C.J.Sullivan | 0.30 | $159.00 | Participated in telephone conference with Attorney Sullivan regarding insurance carrier mediation issues. |
| 09/09/23 | S.A.Donato | 0.40 | $220.00 | Conferred with Parish counsel regarding insurance carrier mediation. |
| 09/11/23 | C.J.Sullivan | 0.50 | $265.00 | Corresponded with Diocese regarding mediation preparation. |
| | S.A.Donato | 0.30 | $165.00 | Conferred with mediator Judge P. NeMoyer regarding insurance carrier mediation issues. |
| | S.A.Donato | 0.20 | $110.00 | Reviewed correspondence from Diocese regarding insurance carrier mediation. |
| | S.A.Donato | 0.20 | $110.00 | Prepared response to Diocese regarding insurance carrier mediation. |
| 09/12/23 | C.J.Sullivan | 0.50 | $265.00 | Corresponded with Diocese regarding upcoming mediation. |
| 09/13/23 | S.A.Donato | 0.60 | $330.00 | Conferred with mediator Judge P. NeMoyer and special insurance counsel regarding mediation preparation issues. |
| | C.J.Sullivan | 0.60 | $318.00 | Participated in telephone conference with mediator NeMoyer regarding mediation issues. |
| | C.J.Sullivan | 1.50 | $795.00 | Prepared for mediation. |
| 09/14/23 | C.J.Sullivan | 1.00 | $530.00 | Participated in telephone conference with Diocese regarding mediation preparation. |
| | S.A.Donato | 0.30 | $165.00 | Consulted with Attorney Sullivan in preparation for mediation. |

Accounts Are Due Within 30 Days.

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 20, 2023
Bill Number: 19993889

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 09/14/23 | S.A.Donato | 1.00 | $550.00 | Participated in conference call with Diocese in preparation for insurance carrier mediation preparation. |
| | S.A.Donato | 0.30 | $165.00 | Reviewed correspondence from Diocese regarding insurance carrier mediation issues. |
| | B.M.Sheehan | 0.20 | $77.00 | Consulted with Blank Rome regarding adversary proceeding. |
| | B.M.Sheehan | 1.60 | $616.00 | Consulted with Blank Rome regarding insurer discovery inquiry. |
| 09/15/23 | B.M.Sheehan | 0.30 | $115.50 | Drafted correspondence to insurance carrier counsel regarding production. |
| 09/18/23 | G.T.Walter | 0.40 | $184.00 | Conferred with Committee counsel regarding mediation issues. |
| | S.A.Donato | 0.40 | $220.00 | Conferred with Committee counsel regarding mediation preparation. |
| | C.J.Sullivan | 0.40 | $212.00 | Participated in telephone conference with Committee counsel regarding mediation preparation. |
| | J.S.Krell | 0.20 | $84.00 | Consulted with Attorney Sullivan regarding mediation. |
| 09/19/23 | S.A.Donato | 8.00 | $4,400.00 | Attended day one of mediation sessions. |
| | C.J.Sullivan | 0.50 | $265.00 | Prepared for mediation. |
| | C.J.Sullivan | 8.00 | $4,240.00 | Participated in day one of mediation. |
| 09/20/23 | S.A.Donato | 8.00 | $4,400.00 | Attended day two of mediation sessions. |
| | C.J.Sullivan | 8.00 | $4,240.00 | Participated in day two of mediation. |
| 09/21/23 | G.T.Walter | 0.50 | $230.00 | Consulted with Attorney Sullivan regarding mediation update. |
| | G.T.Walter | 0.40 | $184.00 | Corresponded with Attorney Donato regarding mediation issues and update. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

November 20, 2023
Bill Number: 19993889

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 09/21/23 | B.M.Sheehan | 0.30 | $115.50 | Consulted with Attorney Carter regarding insurer discovery requests. |
| 09/22/23 | A.S.Rivera | 0.40 | $108.00 | Consulted with Attorney Sullivan regarding additional document request at mediation. |
| | G.T.Walter | 0.30 | $138.00 | Consulted with Attorney Donato regarding mediation update and strategy. |
| | S.A.Donato | 0.30 | $165.00 | Consulted with Attorney Sheehan regarding insurance carrier document production follow-up issues. |
| | C.J.Sullivan | 0.30 | $159.00 | Consulted with Attorney Sheehan regarding insurance carrier discovery. |
| | B.M.Sheehan | 0.40 | $154.00 | Consulted with Attorneys Donato and Sullivan regarding case status issues and insurance carrier discovery. |
| | B.M.Sheehan | 0.40 | $154.00 | Consulted with Attorney Carter regarding insurer discovery issues. |
| | B.M.Sheehan | 0.30 | $115.50 | Conferred with e-discovery regarding insurance carrier document productions. |
| | B.M.Sheehan | 1.00 | $385.00 | Performed research regarding insurer discovery requests. |
| | B.M.Sheehan | 0.30 | $115.50 | Drafted production correspondence to insurance carriers. |
| | J.S.Krell | 0.30 | $126.00 | Conferred with Attorneys Sullivan and Temes regarding document production of financial information to insurance carriers. |
| 09/24/23 | S.A.Donato | 0.30 | $165.00 | Reviewed correspondence from special insurance counsel regarding insurance carrier mediation issues. |
| | S.A.Donato | 0.20 | $110.00 | Prepared response to special insurance counsel regarding insurance carrier mediation issues. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

November 20, 2023
Bill Number: 19993889

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 09/26/23 | B.M.Sheehan | 0.30 | $115.50 | Conferred with e-discovery group regarding insurance carrier document production. |
| | B.M.Sheehan | 0.50 | $192.50 | Consulted with Attorney Temes regarding insurance carrier discovery issues. |
| | S.C.Temes | 0.80 | $364.00 | Reviewed status of insurer document requests and addressed any open issues. |
| 09/27/23 | J.L.McIlroy | 0.30 | $76.50 | Prepared data in eDiscovery platform for Attorney Sheehan (Insurance). |
| | J.L.McIlroy | 0.50 | $127.50 | Finalized DOB_Insur00013912-DOB_Insur00015182 production from eDiscovery platform for Attorney Sheehan (Insurance). |
| | J.L.McIlroy | 0.50 | $127.50 | Prepared DOB_Insur00013912-DOB_Insur00015182 production draft from eDiscovery platform for Attorney Sheehan (Insurance). |
| | S.A.Donato | 0.30 | $165.00 | Reviewed correspondence from special insurance counsel regarding insurance carrier mediation notice and issues. |
| | B.M.Sheehan | 0.40 | $154.00 | Consulted with Attorney Carter regarding insurer discovery. |
| | B.M.Sheehan | 0.20 | $77.00 | Reviewed draft production to insurance carriers. |
| | S.A.Donato | 0.30 | $165.00 | Revised correspondence to special insurance counsel regarding insurance carrier mediation notice and issues. |
| 09/28/23 | B.M.Sheehan | 0.30 | $115.50 | Prepared discovery correspondence to insurance carriers. |
| | B.M.Sheehan | 0.20 | $77.00 | Consulted with Attorney Carter regarding insurance carrier discovery. |
| | S.A.Donato | 0.30 | $165.00 | Conferred with Committee counsel regarding insurance carrier mediation. |

Accounts Are Due Within 30 Days.

Page:  7

Bond, Schoeneck & King, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 20, 2023
Bill Number: 19993889

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|------|------|------|------|-------------|
| 09/29/23 | G.T.Walter | 0.30 | $138.00 | Consulted with Attorney Donato regarding mediation strategy and stay issues. |
| | J.D.Eaton | 0.30 | $108.00 | Revised letter to insurance carriers regarding mediation. |
| | B.M.Sheehan | 0.20 | $77.00 | Drafted discovery correspondence to insurance carriers. |
| | B.M.Sheehan | 3.50 | $1,347.50 | Reviewed and responded to insurance carrier discovery inquiries. |
| | B.M.Sheehan | 0.50 | $192.50 | Consulted with e-discovery group regarding insurance carrier discovery. |
| | S.A.Donato | 0.30 | $165.00 | Conferred with R. Suchan regarding mediation preparation issues. |
| | S.A.Donato | 0.30 | $165.00 | Conferred with Attorney Elsaesser regarding insurance carrier mediation issues. |
| | S.A.Donato | 0.30 | $165.00 | Reviewed correspondence from counsel for insurance carrier regarding follow-up mediation discovery requests. |
| | A.S.Rivera | 0.30 | $81.00 | Consulted with Attorney Donato regarding preparation for mediation with insurers in October. |
| 09/30/23 | B.M.Sheehan | 0.50 | $192.50 | Corresponded with insurance carrier counsel in response to discovery inquiries. |

|  | Subtotal: | Hours: | 69.00 | |
|  |  | Amount: | $34,418.50 | |

**B130: Asset Disposition**

| 09/01/23 | C.J.Sullivan | 0.30 | $159.00 | Participated in telephone conference with Attorney Eaton regarding Archbishop Walsh sale issues. |
|------|------|------|------|-------------|
| | J.D.Eaton | 0.30 | $108.00 | Conducted telephonic conference with Attorney Sullivan regarding Archbishop Walsh bidding procedures. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 20, 2023
Bill Number: 19993889

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 09/05/23 | C.J.Sullivan | 1.20 | $636.00 | Worked on Archbishop Walsh sale motion. |
| 09/06/23 | J.D.Eaton | 0.10 | $36.00 | Conducted telephonic conference with Attorney Sullivan regarding Archbishop Walsh sale motion revisions. |
| | J.D.Eaton | 0.10 | $36.00 | Drafted correspondence to R. Suchan regarding execution of first amendment to purchase and sale agreement. |
| | J.D.Eaton | 0.10 | $36.00 | Drafted correspondence to D. Pezzimenti regarding execution of first amendment to purchase and sale agreement. |
| | C.J.Sullivan | 0.80 | $424.00 | Worked on Archbishop Walsh sale motion. |
| 09/07/23 | C.J.Sullivan | 0.50 | $265.00 | Worked on Archbishop Walsh sale motion. |
| 09/08/23 | J.D.Eaton | 0.30 | $108.00 | Conducted telephonic conference with Attorney Sullivan regarding Archbishop Walsh bidding increments. |
| 09/12/23 | J.D.Eaton | 0.50 | $180.00 | Conducted office conference with Attorney Sullivan and follow-up communications regarding Archbishop Walsh sale motion. |
| | G.T.Walter | 0.50 | $230.00 | Consulted with Attorneys Sullivan and Eaton regarding Archbishop Walsh sale process issues. |
| | A.M.Christian | 0.80 | $180.00 | Conferred with D. Pezzimenti in preparation for drafting declaration in support of the Diocese's motion to approve sale. |
| | A.M.Christian | 2.60 | $585.00 | Drafted declaration of D. Pezzimenti in support of sale. |
| | C.J.Sullivan | 1.00 | $530.00 | Worked on Archbishop Walsh sale agreement and sale motion. |
| 09/13/23 | A.M.Christian | 2.10 | $472.50 | Continued drafting the Pezzimenti declaration in support of sale. |
| | J.D.Eaton | 0.90 | $324.00 | Further revised motion to approve bidding procedures to sell Archbishop Walsh property. |

Accounts Are Due Within 30 Days.

Page: 9

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

November 20, 2023
Bill Number: 19993889

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 09/13/23 | C.J.Sullivan | 1.50 | $795.00 | Revised Pezzimenti declaration in support of sale. |
| | C.J.Sullivan | 0.50 | $265.00 | Worked on Archbishop Walsh sale motion. |
| 09/14/23 | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorney Sullivan regarding motion to approve sale of property to Walsh Huskies, LLC. |
| | K.M.Doner | 1.00 | $180.00 | Drafted notice of motion for bid procedures and sale hearings related to sale of Oleon property to Walsh Huskies, LLC. |
| | K.M.Doner | 0.40 | $72.00 | Participated in follow up telephone conferences with Attorney Sullivan regarding sale motion. |
| | K.M.Doner | 2.20 | $396.00 | Revised bid procedures notice of motion, motion and related exhibits. |
| | C.J.Sullivan | 3.00 | $1,590.00 | Worked on Archbishop Walsh sale motion. |
| | G.T.Walter | 0.30 | $138.00 | Consulted with Attorney Sullivan regarding Archbishop Walsh sale issues. |
| 09/15/23 | K.M.Doner | 0.80 | $144.00 | Finalized motion to approve sale to Walsh Huskies, LLC, together with exhibit and related documents. |
| | K.M.Doner | 0.20 | $36.00 | Corresponded with Stretto regarding motion to approve sale of Oleon, New York property to Walsh Huskies, LLC. |
| | J.D.Eaton | 0.40 | $144.00 | Drafted correspondence to Attorney Sullivan, M. Razmus, and S. Roth regarding title work for the Archbishop Walsh property. |
| 09/18/23 | A.G.Rhinehardt | 0.60 | $177.00 | Reviewed property information for title commitment order. |
| | J.D.Eaton | 0.40 | $144.00 | Researched Archbishop Walsh abstract of title information. |
| | J.D.Eaton | 0.20 | $72.00 | Drafted correspondence to Attorney Rhinehardt regarding title commitment and abstract of title for the Archbishop Walsh property. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 20, 2023
Bill Number: 19993889

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 09/19/23 | A.G.Rhinehardt | 0.80 | $236.00 | Exchanged correspondence with Attorneys Eaton and Sullivan regarding legal description. |
| | J.D.Eaton | 0.30 | $108.00 | Conducted telephonic conference with Attorney Rhinehardt regarding abstract of title and title review of Archbishop Walsh property. |
| | J.D.Eaton | 0.40 | $144.00 | Researched abstract of title for Archbishop Walsh property. |
| | J.D.Eaton | 0.10 | $36.00 | Drafted correspondence to Attorney Palumbo regarding Archbishop Walsh abstract. |
| | J.D.Eaton | 0.30 | $108.00 | Drafted correspondence to Attorney Sullivan regarding issues related to title search and abstract of title for Archbishop Walsh property. |
| | C.J.Sullivan | 0.50 | $265.00 | Corresponded with Diocese regarding sale of Archbishop Walsh property. |
| | A.G.Rhinehardt | 0.20 | $59.00 | Ordered deed copies from title company. |
| 09/20/23 | A.G.Rhinehardt | 0.20 | $59.00 | Communicated with title company regarding abstract and legal descriptions in connection with sale to Walsh Huskies. |
| 09/21/23 | J.D.Eaton | 0.70 | $252.00 | Conducted telephonic conferences with Attorneys Sullivan, Rhinehardt, and K. Doner regarding supplement to Archbishop Walsh sale motion. |
| | A.G.Rhinehardt | 0.80 | $236.00 | Reviewed abstract to prepare legal description. |
| 09/22/23 | J.D.Eaton | 0.20 | $72.00 | Conducted telephonic conference with Attorney Sullivan regarding supplement to motion to sell Archbishop Walsh property. |
| | J.D.Eaton | 0.40 | $144.00 | Reviewed abstract of title for Archbishop Walsh property and determined no restrictive covenants or other deed restrictions were present. |
| | J.D.Eaton | 0.80 | $288.00 | Drafted supplement to motion to sell Archbishop Walsh. |

Accounts Are Due Within 30 Days.

Page:  11

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 20, 2023
Bill Number: 19993889

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 09/22/23 | A.G.Rhinehardt | 0.50 | $147.50 | Finalized legal description in connection with sale to Walsh Huskies. |
| | C.J.Sullivan | 0.50 | $265.00 | Reviewed supplement to Archbishop Walsh sale motion. |
| 09/25/23 | J.D.Eaton | 0.40 | $144.00 | Finalized supplement to Archbishop Walsh sale motion. |
| 09/26/23 | J.D.Eaton | 0.50 | $180.00 | Attended telephonic hearing on sale motion for the Archbishop Walsh property. |
| | G.T.Walter | 0.50 | $230.00 | Attended telephonic hearing on Archbishop Walsh bid procedures motion. |
| | J.D.Eaton | 0.70 | $252.00 | Revised the bidding procedures order consistent with comments on the record from Judge Bucki. |
| | S.A.Donato | 0.20 | $110.00 | Consulted with Attorney Sullivan regarding Bishop Walsh sale follow-up issues. |
| | J.S.Krell | 0.50 | $210.00 | Prepared for hearing on bidding procedures and sale to Walsh Huskies. |
| | C.J.Sullivan | 1.00 | $530.00 | Worked on Archbishop Walsh auction and marketing matters. |
| | J.S.Krell | 0.50 | $210.00 | Participated in hearing on bidding procedures and sale to Walsh Huskies. |
| 09/27/23 | A.M.Christian | 0.80 | $180.00 | Reviewed order approving bidding procedures. |
| 09/28/23 | A.M.Christian | 1.80 | $405.00 | Drafted checklist for obligations from bidding procedures and sale motion. |
| | J.D.Eaton | 0.60 | $216.00 | Conducted telephonic conference with Diocese and D. Pezzimenti regarding entry of order and notice required for the Archbishop Walsh sale. |
| | J.D.Eaton | 0.20 | $72.00 | Conducted telephonic conference with A. Westmoreland of Stretto regarding service and publication issues with bidding procedures motion for Archbishop Walsh. |

Accounts Are Due Within 30 Days.

Page: 12

BOND, SCHOENECK & KING, PLLC

ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

November 20, 2023
Bill Number: 19993889

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 09/28/23 | J.D.Eaton | 0.20 | $72.00 | Conducted follow up telephonic conference with D. Pezzimenti regarding Archbishop Walsh bidding procedures order. |
| | J.D.Eaton | 0.10 | $36.00 | Finalized notice of auction and sale hearing. |
| | J.D.Eaton | 0.30 | $108.00 | Reviewed bidding procedures order summary checklist prepared by Attorney Christian. |
| 09/29/23 | J.D.Eaton | 0.20 | $72.00 | Conducted telephonic conference with Attorney Donato regarding Archbishop Walsh marketing process. |
| | Subtotal: | Hours: | 39.00 | |
| | | Amount: | $13,945.00 | |

**B140: Relief from Stay/Adequate Protection Proceedings**

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 09/05/23 | G.T.Walter | 6.50 | $2,990.00 | Revised objection to stay relief motion. |
| 09/06/23 | K.M.Doner | 0.10 | $18.00 | Conferred with M. Gentz at Judge Bucki's Chambers regarding hearing dates for motion for sanctions for stay violation. |
| | G.T.Walter | 2.50 | $1,150.00 | Further revised to objection to stay relief motion. |
| | K.M.Doner | 0.30 | $54.00 | Finalized objection to Parisi and Bojanowski lift stay motion. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Stretto regarding objection to Parisi and Bojanowski lift stay motion. |
| | C.J.Sullivan | 1.00 | $530.00 | Reviewed draft of sanctions motion. |
| | J.D.Eaton | 0.20 | $72.00 | Drafted correspondence to K. Doner regarding hearing for sanctions motion against Attorney Renna. |
| 09/08/23 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorneys Sullivan and Eaton regarding potential motion for preliminary injunction. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

November 20, 2023
Bill Number: 19993889

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 09/08/23 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorneys Donato, Sullivan and Eaton regarding motion for sanctions for violation of stay. |
| | A.S.Rivera | 0.40 | $108.00 | Consulted with Attorney Sullivan regarding preparation of a preliminary injunction motion staying Parish lawsuits. |
| | G.T.Walter | 0.40 | $184.00 | Consulted with Attorney Donato regarding Parish stay issues. |
| | K.M.Doner | 0.60 | $108.00 | Revised notice of motion and motion for sanctions for violation of stay against Robert J. Renna, P.C., together with related exhibits. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Stretto regarding motion for violation of automatic stay against Robert J. Renna, P.C. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Eaton regarding motion for violation of automatic stay against Robert J. Renna, P.C. |
| | J.D.Eaton | 0.10 | $36.00 | Drafted correspondence to Attorney Renna regarding sanctions motion. |
| | J.S.Krell | 0.30 | $126.00 | Conferred with Attorney Walter regarding motion for injunctive relief to extend the stay after the expiration of the Parish stipulation. |
| 09/11/23 | J.D.Eaton | 0.20 | $72.00 | Drafted correspondence to the Renna firm regarding motion for violation of the automatic stay. |
| | G.T.Walter | 0.90 | $414.00 | Prepared for hearing on lift-stay motion. |
| | S.A.Donato | 0.30 | $165.00 | Consulted with Attorney Walter regarding court hearing results concerning CVA motion to lift automatic stay. |
| | J.D.Eaton | 0.20 | $72.00 | Drafted correspondence to Attorney Renna regarding motion for sanctions filed with court. |

Accounts Are Due Within 30 Days.

Page:  14

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

November 20, 2023
Bill Number: 19993889

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 09/12/23 | K.M.Doner | 0.30 | $54.00 | Drafted notice of withdrawal of motion for sanctions against Robert J. Renna, P.C. |
| | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Eaton regarding notice of withdrawal of motion for sanctions against Robert J. Renna, P.C. for violating the automatic stay. |
| 09/13/23 | J.S.Krell | 0.30 | $126.00 | Conferred with Attorney Walter regarding the outcome of the hearing on the lift stay motion filed by Stephen Parisi and Matthew Bojanowski. |
| 09/14/23 | K.M.Doner | 0.30 | $54.00 | Revised and finalized notice of withdrawal of motion for violation of stay as against Robert J. Renna, P.C. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Stretto regarding withdrawal of motion for violation of stay. |
| | J.S.Krell | 0.50 | $210.00 | Consulted with Attorney Walter regarding hearing on motion to lift the stay, the Diocese's objection to same. |
| 09/15/23 | G.T.Walter | 0.40 | $184.00 | Conferred with Diocese regarding insurance coverage for Parisi/Bojanowski litigation. |
| 09/18/23 | A.S.Rivera | 0.20 | $54.00 | Consulted with Attorney Sullivan regarding preparation of a motion for preliminary injunction. |
| | G.T.Walter | 0.30 | $138.00 | Consulted with Attorneys Donato and Sullivan regarding status of Parish stay. |
| | G.T.Walter | 0.60 | $276.00 | Reviewed file regarding Parish stay issues. |
| | S.A.Donato | 0.60 | $330.00 | Prepared initial outline of preliminary injunction motion concerning third party litigation. |
| 09/19/23 | A.S.Rivera | 5.30 | $1,431.00 | Drafted motion for preliminary injunction. |
| | G.T.Walter | 0.50 | $230.00 | Conferred with counsel for lift stay movants regarding stipulation resolving motion. |
| 09/21/23 | G.T.Walter | 2.80 | $1,288.00 | Drafted stipulation regarding agreed stay modification for Parisi and Bojanowski. |

Accounts Are Due Within 30 Days.

Page:  15

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 20, 2023
Bill Number: 19993889

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 09/21/23 | A.S.Rivera | 4.50 | $1,215.00 | Continued drafting motion for preliminary injunction. |
| 09/22/23 | J.D.Eaton | 0.40 | $144.00 | Conducted telephonic conference with Attorney Krell regarding motion to enjoin prosecution of state court actions. |
| | C.J.Sullivan | 0.50 | $265.00 | Reviewed draft of stay relief stipulation. |
| 09/25/23 | J.D.Eaton | 0.30 | $108.00 | Conducted telephonic conference with Attorney Rivera regarding injunction motion. |
| | A.S.Rivera | 4.20 | $1,134.00 | Continued drafting motion for preliminary injunction. |
| 09/26/23 | G.T.Walter | 0.20 | $92.00 | Exchanged correspondence with Attorney Schaeffer regarding state court stay issues. |
| 09/29/23 | A.S.Rivera | 6.50 | $1,755.00 | Continued drafting preliminary injunction motion. |
| | S.A.Donato | 0.30 | $165.00 | Consulted with Attorney Rivera regarding motion to extend preliminary injunction. |
| 09/30/23 | A.S.Rivera | 5.00 | $1,350.00 | Continued drafting motion for preliminary injunction. |

|  | Subtotal: | Hours: | 48.70 | |
|  |  | Amount: | $16,828.00 | |

## B160: Fee/Employment Applications

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 09/05/23 | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Donato regarding Bond's June 2023 fee statement. |
| | K.M.Doner | 0.30 | $54.00 | Prepared certificate of no objection related to Bond's June 2023 fee statement. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to J. Mileham regarding Bond's June 2023 fee statement. |
| 09/06/23 | K.M.Doner | 0.30 | $54.00 | Prepared The Tucker Group's August 2023 fee statement. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 20, 2023
Bill Number: 19993889

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 09/06/23 | K.M.Doner | 0.10 | $18.00 | Corresponded with Stretto regarding The Tucker Group's August 2023 fee statement. |
| | K.M.Doner | 0.30 | $54.00 | Prepared certificate of no objection to Blank Rome's July 2023 fee statement. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to J. Mileham regarding Blank Rome's July 2023 fee statement. |
| 09/11/23 | K.M.Doner | 0.20 | $36.00 | Drafted correspondence to L. Beaser regarding filing of certificate of service related to Howard Commercial Real Estate retention under seal. |
| | K.M.Doner | 0.20 | $36.00 | Conducted research regarding reconciliation of payments in Southtowns Catholic School matter. |
| | K.M.Doner | 0.20 | $36.00 | Drafted correspondence to E. Musialowski regarding reconciliation of payments in Southtowns Catholic School matter. |
| | G.T.Walter | 0.50 | $230.00 | Prepared for hearing on broker retention. |
| 09/12/23 | K.M.Doner | 0.80 | $144.00 | Revised Bond's July 2023 fee statement. |
| 09/13/23 | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Eaton regarding updates to Bond's July 2023 fee statement. |
| 09/14/23 | K.M.Doner | 0.30 | $54.00 | Prepared Insurance Archaeology Group's May 2023 fee statement. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Stretto regarding Insurance Archaeology Group's May 2023 fee statement. |
| | J.S.Krell | 0.30 | $126.00 | Corresponded with David Doerr regarding status of hearing on Hanna retention. |
| 09/15/23 | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Donato regarding Bond's June 2023 fee statement. |
| 09/18/23 | K.M.Doner | 0.10 | $18.00 | Responded to Diocese inquiry with respect to Bond's June 2023 fee statement. |
| | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorneys Donato and Sullivan regarding fee statement issues. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 20, 2023
Bill Number: 19993889

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 09/19/23 | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Eaton regarding next round of fee applications. |
| | K.M.Doner | 0.20 | $36.00 | Corresponded with Attorney Donato regarding Bond's June and July 2023 fee statements. |
| | K.M.Doner | 0.30 | $54.00 | Finalized Bond's June 2023 fee statement. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Trustee Allen regarding Bond's June 2023 fee statement. |
| | J.D.Eaton | 0.30 | $108.00 | Reviewed July monthly fee statement. |
| 09/20/23 | K.M.Doner | 0.30 | $54.00 | Drafted correspondence to all professionals regarding next round of fee applications. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with G. Tucker regarding The Tucker Group's seventh interim fee application. |
| 09/21/23 | J.D.Eaton | 0.10 | $36.00 | Conducted telephonic conference with Attorney Krell regarding Buffalo fee application. |
| 09/22/23 | J.D.Eaton | 0.10 | $36.00 | Conducted telephonic conference with M. Razmus regarding seminary deeds of record needed for broker retention. |
| | J.D.Eaton | 0.30 | $108.00 | Reviewed Christ the King Seminary deeds for supplementing broker retention application. |
| | C.J.Sullivan | 1.00 | $530.00 | Reviewed hearing notes, broker retention application and deed in connection with broker retention application. |
| 09/23/23 | J.D.Eaton | 0.20 | $72.00 | Drafted correspondence to commercial broker regarding lower commission list of entities pursuant to court request. |
| | J.D.Eaton | 0.50 | $180.00 | Drafted supplement to Hanna retention motion pursuant to Court request. |
| | J.D.Eaton | 0.30 | $108.00 | Revised order approving Hanna retention motion pursuant to Court request. |

Accounts Are Due Within 30 Days.

Page: 18

Bᴏɴᴅ, Sᴄʜᴏᴇɴᴇᴄᴋ & Kɪɴɢ, PLLC

ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 20, 2023
Bill Number: 19993889

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 09/25/23 | J.D.Eaton | 0.30 | $108.00 | Conducted telephonic conferences with Attorneys Walter and Schaeffer regarding seminary deeds required for broker motion. |
| | J.D.Eaton | 0.20 | $72.00 | Revised supplement to motion to retain commercial brokers. |
| 09/26/23 | J.D.Eaton | 0.30 | $108.00 | Communicated with Attorney Sullivan and Chambers regarding supplement to Hanna broker retention motion. |
| | J.D.Eaton | 0.40 | $144.00 | Finalized supplement to Hanna Broker retention application. |
| | J.S.Krell | 0.10 | $42.00 | Reviewed correspondence from Attorney Eaton regarding retention of Hanna. |
| | J.S.Krell | 0.20 | $84.00 | Reviewed correspondence from David Doerr regarding Hanna retention. |
| 09/29/23 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorneys Donato and Eaton regarding Bond's July and August 2023 fee statements. |
| | J.D.Eaton | 0.10 | $36.00 | Conducted telephonic conference with Attorney Donato and K. Doner regarding monthly fee statement issues. |
| | K.M.Doner | 0.10 | $18.00 | Participated in follow up telephone conference with Attorneys Donato and Eaton regarding fee statement issues. |
| | K.M.Doner | 0.20 | $36.00 | Corresponded with Attorney Desiderio regarding Nixon Peabody's final fee application. |
| | K.M.Doner | 0.30 | $54.00 | Prepared certificate of no objection to The Tucker Group's August 2023 fee statement. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with the Diocese regarding The Tucker Group's August 2023 fee statement. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 20, 2023
Bill Number: 19993889

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 09/30/23 | K.M.Doner | 2.50 | $450.00 | Prepared Bond's August 2023 fee statement. |
| | Subtotal: | Hours:<br>Amount: | 13.10<br>$3,550.00 | |

**B190: Other Contested Matters (excluding assumption/rejection motions)**

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 09/11/23 | G.T.Walter | 1.50 | $690.00 | Participated in hearing on lift-stay motion and application to employ broker. |
| | G.T.Walter | 1.00 | $460.00 | Communicated with Diocese regarding results of 9/11 hearings. |
| 09/12/23 | C.J.Sullivan | 2.00 | $1,060.00 | Conducted research regarding FOIL determination. |
| 09/13/23 | S.A.Donato | 0.20 | $110.00 | Reviewed correspondence from Diocese regarding FOIL request issues. |
| | S.A.Donato | 0.30 | $165.00 | Consulted with Attorney Sullivan regarding FOIL request issues. |
| | S.A.Donato | 0.20 | $110.00 | Reviewed follow-up correspondence from Diocese regarding FOIL request. |
| 09/14/23 | C.J.Sullivan | 1.00 | $530.00 | Participated in meeting with Diocese regarding FOIL request. |
| | C.J.Sullivan | 0.20 | $106.00 | Conferred with Committee counsel regarding FOIL request. |
| 09/18/23 | S.A.Donato | 0.40 | $220.00 | Consulted with Attorney Sullivan regarding FOIL issues. |
| | S.A.Donato | 0.30 | $165.00 | Consulted with Attorneys Fellows and Sullivan regarding FOIL issues. |
| | S.A.Donato | 0.60 | $330.00 | Initial review of Committee 2004 motion regarding insurance carrier discovery issues. |
| | C.J.Sullivan | 0.40 | $212.00 | Participated in telephone conference with Attorney Donato regarding FOIL issues. |

Accounts Are Due Within 30 Days.

Page:  20

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 20, 2023
Bill Number: 19993889

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 09/21/23 | C.J.Sullivan | 0.40 | $212.00 | Reviewed responses to FOIL determination letter. |
| | C.J.Sullivan | 1.00 | $530.00 | Participated in telephone conference with Diocese and co-counsel regarding FOIL appeal. |
| | C.J.Sullivan | 0.60 | $318.00 | Conducted research regarding responses to FOIL determination letter. |
| 09/29/23 | J.L.McIlroy | 0.40 | $102.00 | Prepared and provided Production Report for Attorney Sheehan (CVA). |
| | J.L.McIlroy | 0.20 | $51.00 | Prepared and provided Production Report for Attorney Sheehan (General). |
| | Subtotal: | Hours: | 10.70 | |
| | | Amount: | $5,371.00 | |

**B195: Non-Working Travel**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 09/18/23 | C.J.Sullivan | 1.30 | $689.00 | Traveled to Buffalo to participate in mediation. |
| 09/20/23 | C.J.Sullivan | 1.30 | $689.00 | Returned from Buffalo to Syracuse following mediation. |
| | Subtotal: | Hours: | 2.60 | |
| | | Amount: | $1,378.00 | |

**B210: Business Operations**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 09/05/23 | S.A.Donato | 0.30 | $165.00 | Reviewed correspondence from R. Suchan regarding business operational issue. |
| 09/06/23 | S.A.Donato | 0.30 | $165.00 | Consulted with Attorney Sullivan regarding business operational issue. |
| 09/30/23 | S.A.Donato | 0.30 | $165.00 | Prepared correspondence to COO regarding business operation issues. |
| | Subtotal: | Hours: | 0.90 | |
| | | Amount: | $495.00 | |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 20, 2023
Bill Number: 19993889

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| **B310: Claims Administration and Objections** | | | | |
| 09/14/23 | J.D.Eaton | 0.10 | $36.00 | Reviewed correspondence from R. Suchan regarding claims review process. |
| 09/20/23 | J.D.Eaton | 0.30 | $108.00 | Reviewed late filed proof of claim. |
| | J.D.Eaton | 0.10 | $36.00 | Communicated with Chambers regarding late filed proof of claim with unredacted survivor information on the docket. |
| | J.D.Eaton | 0.20 | $72.00 | Communicated with Attorneys Donato, Sullivan, and Walter regarding late filed proof of claim with unredacted survivor information on the docket. |
| | J.D.Eaton | 0.40 | $144.00 | Communicated with A. Westmoreland of Stretto regarding late filed proof of claim. |
| 09/27/23 | J.D.Eaton | 0.10 | $36.00 | Communicated with Attorneys McDonald and Carter regarding duplicate claim question. |
| | G.J.McDonald | 3.00 | $1,545.00 | Analyzed sexual abuse proofs of claims filed against the Diocese's bankruptcy estate. |
| | Subtotal: | Hours: | 4.20 | |
| | | Amount: | $1,977.00 | |
| **B320: Plan and Disclosure Statement (including Business Plan)** | | | | |
| 09/01/23 | D.M.Knapp | 0.20 | $52.00 | Commenced research related to post confirmation corporate issues. |
| 09/05/23 | D.M.Knapp | 1.70 | $442.00 | Continued research related to post confirmation corporate issues. |
| | J.D.Eaton | 1.00 | $360.00 | Prepared Diocese update on recent decision in similar bankruptcy case with implications on plan construction for the Diocese. |
| 09/07/23 | D.M.Knapp | 0.50 | $130.00 | Continued research related to post confirmation corporate issues. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

November 20, 2023
Bill Number: 19993889

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|------|------|------|------|------|
| 09/07/23 | S.A.Donato | 0.40 | $220.00 | Reviewed follow-up research regarding plan confirmation denial issues in unrelated diocesan case. |
| | C.J.Sullivan | 0.30 | $159.00 | Researched chapter 11 reorganization developments. |
| 09/13/23 | G.T.Walter | 1.00 | $460.00 | Reviewed CNA competing chapter 11 plan. |
| | Subtotal: | Hours: | 5.10 | |
| | | Amount: | $1,823.00 | |

**Total Hours and Fees For This Matter:**            201.10            $82,204.50

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 20, 2023
Bill Number: 19993889

The Diocese of Buffalo, N.Y.

| Matter Summary by Name | Hours | Rate | Total |
|---|---|---|---|
| S. A. Donato (Member) | 31.40 | $550.00 | $17,270.00 |
| G. J. McDonald (Member) | 3.00 | 515.00 | 1,545.00 |
| B. M. Sheehan (Member) | 11.80 | 385.00 | 4,543.00 |
| C. J. Sullivan (Member) | 46.40 | 530.00 | 24,592.00 |
| S. C. Temes (Member) | 1.30 | 455.00 | 591.50 |
| G. T. Walter (Member) | 23.90 | 460.00 | 10,994.00 |
| J. S. Krell (Of Counsel) | 3.90 | 420.00 | 1,638.00 |
| A. M. Christian (Associate) | 8.80 | 225.00 | 1,980.00 |
| J. D. Eaton (Associate) | 18.00 | 360.00 | 6,480.00 |
| D. M. Knapp (Associate) | 2.40 | 260.00 | 624.00 |
| A. G. Rhinehardt (Associate) | 3.10 | 295.00 | 914.50 |
| A. S. Rivera (Associate) | 26.80 | 270.00 | 7,236.00 |
| K. M. Doner (Paralegal) | 18.40 | 180.00 | 3,312.00 |
| J. L. McIlroy (Other) | 1.90 | 255.00 | 484.50 |
| **Total** | 201.10 | | $82,204.50 |
| **Courtesy Discount** | | | ($12,511.50) |
| **Total Fees This Invoice** | | | $69,693.00 |

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 20, 2023
Bill Number: 19993889

The Diocese of Buffalo, N.Y.

## Matter Disbursement Summary

| | |
|---|---|
| Business Meals | $864.79 |
| Color Copy Charges | 31.20 |
| Copy Charges | 45.00 |
| Data Hosting & Storage | 405.00 |
| Filing Fee | 188.00 |
| Travel Expense | 2,158.89 |
| **Total Disbursements** | **$3,692.88** |
| **TOTAL FOR THIS MATTER** | **$73,385.88** |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

200 Delaware Avenue, Suite 900
Buffalo, NY 14202-2107

TEL: (716) 416-7000
FAX: (716) 416-7001

November 20, 2023
Bill Number: 19990454

Ellen Musialowski
Chief Financial Officer
The Diocese of Buffalo, N.Y.
795 Main Street
Buffalo, NY 14203-1250

For Legal Services Rendered through 09/30/23.

**General / Internal Matters**
**Client Matter # 093587.727066**

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| **B120: Asset Analysis and Recovery** | | | | |
| 09/18/23 | D.K.Schaeffer | 0.80 | $168.00 | Reviewed filings from executors regarding proposed sale of assets and other estate administration issues with regard to McGuire Estate. |
| 09/20/23 | D.K.Schaeffer | 1.00 | $210.00 | Researched matters concerning potential bases for opposing creditor claim against McGuire Estate. |
| 09/21/23 | D.K.Schaeffer | 0.40 | $84.00 | Researched materials concerning contentions in opposition to creditor claim with regard to McGuire Estate. |
| 09/25/23 | D.K.Schaeffer | 0.10 | $21.00 | Received inquiry from M. Potzler regarding Schober estate. |
| | D.K.Schaeffer | 0.10 | $21.00 | Drafted correspondence to M. Potzler regarding matters relating to Schober estate. |
| | D.K.Schaeffer | 0.20 | $42.00 | Reviewed file materials regarding Schober estate. |
| 09/26/23 | D.K.Schaeffer | 0.20 | $42.00 | Reviewed correspondence from M. Potzler regarding status and next steps with regard to Schober estate. |
| | D.K.Schaeffer | 0.20 | $42.00 | Responded to M. Potzler with guidance and feedback regarding Schober estate. |

Accounts Are Due Within 30 Days.

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

200 Delaware Avenue, Suite 900
Buffalo, NY 14202-2107

TEL: (716) 416-7000
FAX: (716) 416-7001

November 20, 2023
Bill Number: 19990454

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 09/26/23 | D.K.Schaeffer | 0.20 | $42.00 | Researched matters regarding Schober estate. |
| 09/28/23 | D.K.Schaeffer | 0.60 | $126.00 | Conferred with J. Mileham regarding information need for and issues relating to preparation of life insurance beneficiary paperwork with regard to Schober estate. |
| | D.K.Schaeffer | 0.30 | $63.00 | Drafted correspondence to Diocese representatives regarding issues relating to bequest from Schober estate. |
| | D.K.Schaeffer | 0.40 | $84.00 | Conferred with counsel for Schober estate regarding issues relating to requested waiver and insurance issues for vehicle. |
| | D.K.Schaeffer | 0.20 | $42.00 | Exchanged additional correspondence with Diocese regarding Schober estate. |
| | D.K.Schaeffer | 0.40 | $84.00 | Exchanged correspondence with counsel for Schober estate regarding requested waiver and insurance issues for vehicle with respect to Schober estate. |
| | Subtotal: | Hours: | 5.10 | |
| | | Amount: | $1,071.00 | |

**B130: Asset Disposition**

| | | | | |
|---|---|---|---|---|
| 09/22/23 | M.C.Razmus | 0.10 | $18.50 | Conferred with Attorney Eaton regarding request for Christ the King Seminary legal description. |
| | M.C.Razmus | 0.30 | $55.50 | Researched Christ the King Seminary historical file for property deeds. |
| | M.C.Razmus | 0.10 | $18.50 | Drafted correspondence to Attorney Eaton regarding Christ the King Seminary deeds. |
| | Subtotal: | Hours: | 0.50 | |
| | | Amount: | $92.50 | |

Accounts Are Due Within 30 Days.

Page: 2

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

200 Delaware Avenue, Suite 900
Buffalo, NY 14202-2107

Federal Tax ID 27-0015651

TEL: (716) 416-7000
FAX: (716) 416-7001

November 20, 2023
Bill Number: 19990454

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| **B210: Business Operations** | | | | |
| 09/06/23 | D.K.Schaeffer | 0.30 | $63.00 | Reviewed Diocese's proposed revisions to diocesan corporation's civil by-laws. |
| 09/11/23 | D.K.Schaeffer | 0.20 | $42.00 | Reviewed materials relating to proposed changes to civil bylaws. |
| 09/14/23 | D.K.Schaeffer | 0.30 | $63.00 | Researched lease surrender matters. |
| 09/19/23 | D.K.Schaeffer | 1.00 | $210.00 | Reviewed materials and information regarding Building & Properties Department. |
| | J.A.Stoeckl | 0.50 | $105.00 | Reviewed correspondence and proposed gas contract from C. Cornelius. |
| | D.K.Schaeffer | 0.20 | $42.00 | Conferred with S. Roth regarding matters relating to Building & Properties Department. |
| | D.K.Schaeffer | 0.30 | $63.00 | Consulted with Attorney Stoeckl regarding Building & Properties Department. |
| 09/20/23 | D.K.Schaeffer | 0.70 | $147.00 | Researched matters concerning historical corporate governance of Diocese. |
| 09/22/23 | D.K.Schaeffer | 0.10 | $21.00 | Received inquiry regarding Pro-Life ministry activities. |
| | D.K.Schaeffer | 0.20 | $42.00 | Drafted correspondence to R. Suchan regarding Pro-Life ministry activities. |
| | D.K.Schaeffer | 0.20 | $42.00 | Researched matters concerning Pro-Life ministry activities. |
| 09/25/23 | D.K.Schaeffer | 0.20 | $42.00 | Reviewed proposed changes to civil by-laws received from M. Cumming. |
| | D.K.Schaeffer | 0.10 | $21.00 | Received, reviewed, and responded to inquiry regarding surrender of leasehold of Knox Road property. |
| | D.K.Schaeffer | 0.20 | $42.00 | Reviewed inquiry from C. Cornelius regarding gas contracts. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

200 Delaware Avenue, Suite 900
Buffalo, NY 14202-2107

TEL: (716) 416-7000
FAX: (716) 416-7001

November 20, 2023
Bill Number: 19990454

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 09/25/23 | D.K.Schaeffer | 0.10 | $21.00 | Consulted with Attorney Stoeckl regarding surrender of leasehold of Knox Road property. |
| | D.K.Schaeffer | 0.10 | $21.00 | Researched matters concerning surrender of leasehold of Knox Road property. |
| 09/26/23 | M.C.Razmus | 0.30 | $55.50 | Reviewed files for documentation regarding Diocese taxpayer identification number pursuant to request from M. Cumming. |
| | M.C.Razmus | 0.20 | $37.00 | Consulted with Attorney Stoeckl regarding request from M. Cumming concerning Diocese taxpayer identification number. |
| | J.A.Stoeckl | 0.30 | $63.00 | Corresponded with M. Cumming regarding Diocese EIN, IRS 147c letter. |
| 09/27/23 | D.K.Schaeffer | 0.40 | $84.00 | Reviewed materials concerning inquiries received from finance department regarding tax exempt matter. |
| 09/28/23 | M.C.Razmus | 0.20 | $37.00 | Consulted with Attorney Stoeckl regarding inquiry from M. Cumming concerning Diocese's EIN. |
| | D.K.Schaeffer | 1.00 | $210.00 | Analyzed materials relating to inquiry from finance department regarding Diocese's EIN as well as EIN's of affiliate corporate entities. |
| | D.K.Schaeffer | 0.20 | $42.00 | Consulted with M. Razmus regarding Diocese's EIN and EIN's of affiliate corporate entities. |
| | D.K.Schaeffer | 0.50 | $105.00 | Conferred with members of finance department regarding Diocese's EIN and EIN's of affiliate corporate entities. |

Accounts Are Due Within 30 Days.

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

200 Delaware Avenue, Suite 900
Buffalo, NY 14202-2107

TEL: (716) 416-7000
FAX: (716) 416-7001

November 20, 2023
Bill Number: 19990454

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|------|--|-------|-----|-------------|
| 09/28/23 | D.K.Schaeffer | 0.30 | $63.00 | Researched matters concerning Diocese's EIN and EIN's of affiliate corporate entities. |

| | | | |
|--|--|--|--|
| Subtotal: | Hours: | 8.10 | |
| | Amount: | $1,683.50 | |

**Total Hours and Fees For This Matter:**     13.70     $2,847.00

| Matter Summary by Name | Hours | Rate | Total |
|------------------------|-------|------|-------|
| D. K. Schaeffer | 11.70 | $210.00 | $2,457.00 |
| J. A. Stoeckl | 0.80 | 210.00 | 168.00 |
| M. C. Razmus | 1.20 | 185.00 | 222.00 |
| **Total** | 13.70 | | $2,847.00 |

**TOTAL FOR THIS MATTER**     **$2,847.00**