UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No. 20-10322

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362], Bonadio & Co., LLP has filed the *Monthly Fee Statement of Bonadio & Co., LLP for Compensation for Services Rendered and Reimbursement of Expenses as Accountants to The Diocese of Buffalo, N.Y. for the Period August 1, 2023 Through August 31, 2023*, a copy of which is attached hereto and hereby served upon you.

Dated: December 5, 2023

BONADIO & CO, LLP

By: /s/ Justin Reid
Justin Reid, CPA
Bonadio & Co, LLP
100 Corporate Pkwy. Suite 200
Amherst, New York 14226
Telephone: (716) 580-1609
Facsimile: (716) 249-2908

*Accountants for The Diocese of Buffalo, N.Y.*

In re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No. 20-10322

Chapter 11

**MONTHLY FEE STATEMENT OF BONADIO & CO., LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ACCOUNTANTS TO THE DIOCESE OF BUFFALO, N.Y. FOR THE PERIOD AUGUST 1, 2023 THROUGH AUGUST 31, 2023**

| | |
|---|---|
| Name of Applicant: | Bonadio & Co., LLP |
| Authorized to Provide Professional Services to: | The Diocese of Buffalo, N.Y., Debtor-In-Possession |
| Date of Retention: | Order entered December 15, 2020 [Docket No. 738] *Nunc Pro Tunc* to October 12, 2020 |
| Period for which compensation and reimbursement is sought: | August 1, 2023 through August 31, 2023 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $21,000.00 ($16,800.00) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a: _X_ monthly ____ quarterly ____ final application.

This is Bonadio & Co., LLP's eighth monthly fee statement in this case.

# Bonadio & Co., LLP
## Certified Public Accountants

100 Corporate Parkway, Suite 200
Amherst, NY  14226
Phone: (716) 250-6600
FAX: (716) 250-6605

| | | |
|---|---|---|
| Diocese of Buffalo - Catholic Center | **Invoice Date:** | October 31, 2023 |
| Attn: Ellen Musialowski | **Invoice Number:** | BN356671 |
| Central Administrative Offices | **Client Number:** | DIO002001 |
| 795 Main Street | | |
| Buffalo, NY 14203 | | |

---

For professional services rendered in connection with the audit of Central Administrative Office's August 31, 2023 financial statements; progress invoice; annual audit fee, invoice one-third each month (October-December).    21,000.00

Time incurred as follows by the following Bonadio employees:

- Justin Reid
- Matthew Grazen
- Richard Hillman
- Jenna Piotrowski

July 1, 2023 through October 31, 2023:

- Planning for audit and meeting with Audit Committee
- Internal control documentation update
- Interviews with Diocese of Buffalo personnel
- Audit Fieldwork
  -Testing of accounts on August 31, 2023 balance sheet
  -Testing of accounts on August 31, 2023 income statement

Total    $21,000.00

| | Accounts Receivable Aging | | | | |
|---|---|---|---|---|---|
| Current | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | 120+ Days | Total |
| 21,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21,000.00 |