UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

Case No.: 20-10322
Chapter 11

Debtor,

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE
MONTHLY FEE STATEMENT OF BLANK ROME, LLP FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
AS SPECIAL INSURANCE COUNSEL TO THE DIOCESE OF BUFFALO, N.Y.
FOR THE PERIOD OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023**

Pursuant to this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362] (the "Interim Compensation Order")[1], the undersigned hereby certifies that on November 17, 2023, Blank Rome, LLP ("Blank Rome") filed its *Monthly Fee Statement of Blank Rome, LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to The Diocese of Buffalo, N.Y. for the Period October 1, 2023 through October 31, 2023* [Docket No. 2624] (the "Monthly Fee Statement") and no objections to the Monthly Fee Statement have been filed.

Accordingly, pursuant to the Interim Compensation Order, The Diocese of Buffalo, N.Y. is authorized to pay on an interim basis eighty percent (80%) of Blank Rome's fees and one hundred percent (100%) of Blank Rome's expenses, as reflected in the Monthly Fee Statement.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

16889840.1 12/5/2023

Dated: December 5, 2023

BLANK ROME LLP

By  */s/ James R. Murray*
James R. Murray
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-3409
Email: jmurray@blankrome.com

*Special Insurance Counsel
for The Diocese of Buffalo, N.Y.*