UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

    The Diocese of Buffalo, N.Y.

           Debtor(s)

Case No.: 1–20–10322–CLB
Chapter: 11

Tax ID: 16–0743984

## NOTICE OF FILING OF TRANSCRIPT AND OF
## DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding regarding various fee applications held on June 22, 2023 was filed on December 5, 2023. The following deadlines apply:

The parties have until **December 12, 2023** to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is **December 26, 2023.**

If a request for redaction is filed, the redacted transcript is due **January 5, 2024.**

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is **March 4, 2024.**

To review the transcript for redaction purposes, you may purchase a copy from the transcriber or you may view the document at the clerk's office public terminal.

Date: December 5, 2023                              Lisa Bertino Beaser
                                                                             Clerk of Court

Form trscript/Doc 2663
www.nywb.uscourts.gov