UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, New York

Debtor.

Case No. 20-10322 (CLB)

Chapter 11

**NOTICE OF FILING**

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362], Burns Bair LLP has filed the *Monthly Fee Statement of Burns Bair LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Buffalo, New York, for the Period October 8, 2023 through November 30, 2023,* a copy of which is attached hereto and hereby served upon you.

Dated: December 20, 2023

**BURNS BAIR LLP**

 */s/ Timothy W. Burns*
Timothy W. Burns (admitted *pro hac vice*)
Jesse J. Bair (admitted *pro hac vice*)
10 E. Doty St., Suite 600
Madison, WI 53703-3392
Telephone: (608) 286-2808
Email: tburns@burnsbair.com
Email: jbair@burnsbair.com

*Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Buffalo, New York*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

In re:

The Diocese of Buffalo, New York

Debtor.

Case No. 20-10322 (CLB)

Chapter 11

---

**MONTHLY FEE STATEMENT OF BURNS BAIR LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DIOCESE OF BUFFALO, NEW YORK, FOR THE PERIOD OCTOBER 8, 2023 THROUGH NOVEMBER 30, 2023**

---

| | |
|---|---|
| Name of Applicant: | Burns Bair LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors of the Diocese of Buffalo, New York |
| Date of Retention: | Effective October 5, 2023, pursuant to Order entered November 13, 2023 [Docket No. 2606] |
| Period for which compensation and reimbursement is sought: | October 8, 2023 through November 30, 2023 |
| Amount of compensation sought as actual, reasonable, and necessary: | 80% of $24,765.00 ($19,812.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $2,763.93 |

This is a: __X__ monthly ___ quarterly ___ final application.

This is Burns Bair LLP's first monthly fee statement in this case.



10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of the Diocese of Buffalo**

Issue Date: 12/19/2023
Bill #: 01299

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 10/8/2023 | Jesse Bair | Correspondence with B. Michael re Burns Bair retention application materials (.1); | 0.10 | $70.00 |
| 10/9/2023 | Jesse Bair | Correspondence with K. Dempski re firm conflict check re case retention (.1); | 0.10 | $70.00 |
| 10/12/2023 | Jesse Bair | Provide instructions to N. Kuenzi re preparing initial draft of Burns Bair's retention application (.3); | 0.30 | $210.00 |
| 10/12/2023 | Nathan Kuenzi | Participate in conference with J. Bair re preparing Burns Bair retention application (.3); | 0.30 | $165.00 |
| 10/12/2023 | Nathan Kuenzi | Draft Burns Bair retention application (1.1); | 1.10 | $605.00 |
| 10/16/2023 | Timothy Burns | Review Arrowood's objection to the Committee's Rule 2004 request of Diocese (.1); | 0.10 | $70.00 |
| 10/18/2023 | Jesse Bair | Correspondence with B. Michael re Burns Bair's retention application (.1); | 0.10 | $70.00 |
| 10/19/2023 | Timothy Burns | Review PSZJ correspondence re upcoming Committee meeting (.1); review correspondence with J. Bair and B. Michael re Burns Bair retention application (.1); participate in call with J. Bair re case insurance issues and strategy (.2); | 0.40 | $280.00 |
| 10/19/2023 | Jesse Bair | Participate in conference with B. Michael and I. Scharf re case status and insurance strategy (.2); participate in call with T. Burns re same (.2); | 0.40 | $280.00 |
| 10/19/2023 | Jesse Bair | Review and edit Burns Bair retention application and related exhibits (.7); | 0.70 | $490.00 |
| 10/26/2023 | Jesse Bair | Review I. Scharf correspondence re case status and next-steps (.1); | 0.10 | $70.00 |
| 10/27/2023 | Jesse Bair | Correspondence with B. Michael re Burns Bair retention hearing (.1); | 0.10 | $70.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/28/2023 | Jesse Bair | Participate in call with T. Burns re insurance status and strategy (.1); | 0.10 | $70.00 |
| 10/28/2023 | Timothy Burns | Participate in call with J. Bair re insurance status and strategy (.1); | 0.10 | $70.00 |
| 10/29/2023 | Timothy Burns | Review correspondence with J. Bair and B. Michael re Burns Bair re retention application (.1); review correspondence with B. Horn re pro hac vice materials (.1); | 0.20 | $140.00 |
| 10/29/2023 | Jesse Bair | Correspondence with B. Horn re Burns Bair pro hac vice motions (.1); | 0.10 | $70.00 |
| 10/29/2023 | Jesse Bair | Correspondence with B. Michael re Burns Bair retention hearing (.1); | 0.10 | $70.00 |
| 10/30/2023 | Jesse Bair | Participate in call with B. Michael and T. Burns re case status and next-steps (.2); | 0.20 | $140.00 |
| 10/30/2023 | Timothy Burns | Participate in call with B. Michael and J. Bair re case status and next-steps (.2); | 0.20 | $140.00 |
| 10/30/2023 | Brenda Horn-Edwards | Draft pro hac vice submissions for T. Burns and J. Bair (.7); | 0.70 | $210.00 |
| 11/7/2023 | Jesse Bair | Review and edit T. Burns and J. Bair pro hac vice materials (.1); correspondence with B. Horn re same (.1); | 0.20 | $140.00 |
| 11/8/2023 | Karen Dempski | Finalize and file pro hac vice motions for T. Burns and J. Bair (.3); | 0.30 | $90.00 |
| 11/9/2023 | Timothy Burns | Review agenda for upcoming state court counsel meeting (.1); | 0.10 | $70.00 |
| 11/10/2023 | Jesse Bair | Prepare for BB retention application hearing (.1); | 0.10 | $70.00 |
| 11/13/2023 | Timothy Burns | Prepare for Burns Bair retention application hearing (.2); attend hearing (.5); post-call with J. Bair re insurance strategy and projects (.1); | 0.80 | $560.00 |
| 11/13/2023 | Jesse Bair | Prepare for Burns Bair retention application hearing (.2); participate in same (.5); post-call with T. Burns re insurance strategy and projects (.1); | 0.80 | $560.00 |
| 11/13/2023 | Jesse Bair | Review and consider I. Scharf correspondence re case status, strategy, and next-steps (.2); | 0.20 | $140.00 |
| 11/15/2023 | Timothy Burns | Review court's order and motion papers re the Committee's Rule 2004 request to insurers (.4); correspond with J. Bair re same (.1); | 0.50 | $350.00 |
| 11/20/2023 | Brian Cawley | Participate in BB team meeting re case developments and ongoing insurance projects (.1); | 0.10 | $55.00 |
| 11/20/2023 | Timothy Burns | Participate in BB team meeting re case developments and ongoing insurance projects (.1); | 0.10 | $70.00 |
| 11/20/2023 | Timothy Burns | Conference with J. Bair re upcoming preliminary injunction hearing and insurance mediation (.1); | 0.10 | $70.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/20/2023 | Jesse Bair | Participate in BB team meeting re case developments and ongoing insurance projects (.1); | 0.10 | $70.00 |
| 11/20/2023 | Jesse Bair | Participate in call with I. Scharf re case insurance issues and upcoming mediation (.2); | 0.20 | $140.00 |
| 11/20/2023 | Jesse Bair | Review B. Michael correspondence re upcoming preliminary injunction hearing (.1); | 0.10 | $70.00 |
| 11/20/2023 | Jesse Bair | Conference with T. Burns re upcoming preliminary injunction hearing and insurance mediation (.1) | 0.10 | $70.00 |
| 11/21/2023 | Jesse Bair | Participate in additional conference with T. Burns re upcoming PI hearing and insurance mediation (.2) | 0.20 | $140.00 |
| 11/21/2023 | Jesse Bair | Review I. Scharf correspondence re case update and agenda for state court counsel meeting (.1); | 0.10 | $70.00 |
| 11/21/2023 | Jesse Bair | Participate in state court counsel meeting for insurance purposes re upcoming PI hearing and insurance mediation (.6); participate in post-meeting call with I. Scharf re insurance status and strategy moving forward (.4); | 1.00 | $700.00 |
| 11/21/2023 | Timothy Burns | Conference with J. Bair re upcoming PI hearing and insurance mediation (.2); | 0.20 | $140.00 |
| 11/22/2023 | Timothy Burns | Prepare for mediation (.4); | 0.40 | $280.00 |
| 11/22/2023 | Jesse Bair | Correspondence with PSZJ team re Diocesan and parish coverage information (.1); review and analyze the Diocesan coverage chart (.2); review and analyze parish coverage information (.2); | 0.50 | $350.00 |
| 11/22/2023 | Jesse Bair | Analysis re potential case insurance strategies (.1); | 0.10 | $70.00 |
| 11/25/2023 | Jesse Bair | Continue reviewing case insurance materials in preparation for upcoming mediation (.4); | 0.40 | $280.00 |
| 11/25/2023 | Brian Cawley | Correspond with T. Burns and J. Bair regarding insurance analysis needed in preparation for upcoming mediation (.2); | 0.20 | $110.00 |
| 11/25/2023 | Timothy Burns | Prepare for mediation, including review of Diocesan and parish coverage charts (2.1): review preliminary injunction briefing papers (.8); | 2.90 | $2,030.00 |
| 11/26/2023 | Brian Cawley | Analysis of Diocesan insurance carriers by coverage period in preparation for upcoming mediation (1.8); | 1.80 | $990.00 |
| 11/27/2023 | Timothy Burns | Review I. Scharf correspondence re case updates (.1); | 0.10 | $70.00 |
| 11/27/2023 | Jesse Bair | Review I. Scharf correspondence re case developments (.1); | 0.10 | $70.00 |
| 11/27/2023 | Jesse Bair | Correspondence with PSZJ team re upcoming insurance mediation (.1); | 0.10 | $70.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11/28/2023 | Timothy Burns | Participate in call with I. Scharf re PI hearing and mediation (.2); met with J. Bair re prep for mediation (.2); | 0.40 | $280.00 |
| 11/28/2023 | Jesse Bair | Participate in conference with T. Burns re mediation preparation and strategy (.2); | 0.20 | $140.00 |
| 11/28/2023 | Jesse Bair | Review and execute case protective order (.1); | 0.10 | $70.00 |
| 11/29/2023 | Jesse Bair | Review article re outcome of PI hearing (.1); | 0.10 | $70.00 |
| 11/29/2023 | Jesse Bair | Participate in conference with PSZJ and T. Burns re PI hearing outcome, mediation prep, and strategy (.8); | 0.80 | $560.00 |
| 11/29/2023 | Jesse Bair | Participate in full-day insurance mediation session (7.7); | 7.70 | $5,390.00 |
| 11/29/2023 | Timothy Burns | Review article re PI hearing outcome (.1); met with J. Bair and PSZJ re PI hearing outcome, mediation prep, and insurance strategy (.8); participate in full-day mediation session (7.7); | 8.60 | $6,020.00 |
| 11/30/2023 | Timothy Burns | Review agenda for Committee meeting (.1); participate in Committee meeting for insurance purposes re case strategy (1.2); post-call with I. Scharf re next steps (.1); | 1.40 | $980.00 |
| **Total Hours and Fees** | | | **36.70** | **$24,765.00** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 10/30/2023 | Certificates of Good Standing, T. Burns and J. Bair | $6.00 |
| 11/28/2023 | Hotel, J. Bair (2 nights) | $566.48 |
| 11/28/2023 | Travel meal, J. Bair | $15.38 |
| 11/28/2023 | Hotel, T. Burns (2 nights) | $566.48 |
| 11/28/2023 | Uber, T. Burns (airport to hotel) | $35.43 |
| 11/28/2023 | Delta Airlines, J. Bair (MSN-BUF, Nov. 28) [cost split with Syracuse case] | $437.20 |
| 11/28/2023 | United Airlines, T. Burns (MSN-BUF, Nov. 28-30) | $976.86 |
| 11/28/2023 | Travel meal, T. Burns | $28.62 |
| 11/29/2023 | Travel meal, T. Burns and J. Bair | $35.00 |
| 11/30/2023 | Travel meal, J. Bair | $8.27 |
| 11/30/2023 | Airport parking, J. Bair | $15.00 |
| 11/30/2023 | Travel meal, T. Burns | $17.77 |
| 11/30/2023 | Uber, T. Burns (hotel to airport) | $55.44 |
| **Total Expenses** | | **$2,763.93** |

## Timekeeper Summary

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Brenda Horn-Edwards | Paralegal | 0.70 | $300.00 | $210.00 |
| Brian Cawley | Associate | 2.10 | $550.00 | $1,155.00 |

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Jesse Bair | Partner | 15.60 | $700.00 | $10,920.00 |
| Karen Dempski | Paralegal | 0.30 | $300.00 | $90.00 |
| Nathan Kuenzi | Associate | 1.40 | $550.00 | $770.00 |
| Timothy Burns | Partner | 16.60 | $700.00 | $11,620.00 |

**Total Due This Invoice: $27,528.93**