

*Catalina J. Sugayan*
*312.635.6917*
*catalina.sugayan@clydeco.us*

*Robert E. Sweeney, Jr.*
*312.635.6978*
*robert.sweeney@clydeco.us*

December 19, 2023

United States Bankruptcy Court
Western District of New York
Robert H. Jackson U.S. Courthouse
2 Niagara Square
Buffalo, NY 14202



Re: **Notice of Change of Address for Clyde & Co (Chicago)**

Dear Clerk:

Catalina Sugayan and Robert Sweeney of the Chicago office of the Clyde & Co law firm filed appearances on behalf of Certain Underwriters at Lloyd's London in the following cases pending before this court:

Case 20-10322 (CLB)
In re: The Diocese of Buffalo, N.Y., Debtor

Case 21-01001 (CLB) –
All Sains Roman Catholic Church Society of Buffalo, et al. v. 21st Century Premier Insurance Company

Case 20-01009 (CLB)
The Diocese of Buffalo, N.Y., et al. v. The Continental Insurance Company, et al.

We write to advise the court that the Chicago office of Clyde & Co recently relocated to the following address:
        Clyde & Co
        30 S. Wacker Drive
        Suite 2600
        Chicago, IL 60606
        (Our phone numbers and e-mail address remain the same)

We ask that you amend your records or let us know if further details are required.

Thank you.

Sincerely,

**CLYDE & CO US LLP**

/s/ *Catalina J. Sugayan*

By: Catalina J. Sugayan

*Robert E. Sweeney, Jr.*

By: Robert E. Sweeney, Jr.