UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No. 20-10322

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362], Blank Rome, LLP has filed the *Monthly Fee Statement of Blank Rome, LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to The Diocese of Buffalo, N.Y. for the Period January 1, 2024 Through January 31, 2024*, a copy of which is attached hereto and hereby served upon you.

Dated: February 23, 2024

BLANK ROME, LLP

By: */s/ James R. Murray*
James R. Murray
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-3409
Email: jmurray@blankrome.com

*Special Insurance Counsel for
The Diocese of Buffalo, N.Y.*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No. 20-10322

Chapter 11

**MONTHLY FEE STATEMENT OF BLANK ROME, LLP FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
AS SPECIAL INSURANCE COUNSEL TO THE DIOCESE OF BUFFALO, N.Y.
FOR THE PERIOD JANUARY 1, 2024 JANUARY 31, 2024**

| | |
|---|---|
| Name of Applicant: | Blank Rome, LLP |
| Authorized to Provide Professional Services to: | The Diocese of Buffalo, N.Y., Debtor-In-Possession |
| Date of Retention: | Order entered June 30, 2020 [Docket No. 423] *Nunc Pro Tunc* to February 28, 2020 |
| Period for which compensation and reimbursement is sought: | January 1, 2024 through January 31, 2024 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $3,565.16 ($2,852.12) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a: _X_ monthly ____ quarterly ____ final application.

This is Blank Rome's forty-fifth monthly fee statement in this case.

# BLANK ROME

1825 EYE STREET NW
WASHINGTON, DC 20006-5403
(202) 420-2200
FEDERAL TAX ID NO. ███

| | |
|---|---|
| DIOCESE OF BUFFALO | INVOICE DATE: FEBRUARY 21, 2024 |
| C/O JOHN M. SCHOLL | CLIENT ID: 155760 |
| 795 MAIN STREET | MATTER NUMBER: 155760-00601 03348 |
| BUFFALO, NY 14203 | INVOICE NUMBER: 2176830 |

**REGARDING:** DIOCESE OF BUFFALO
INSURANCE ADVICE

| DATE | INVOICE | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 07/31/2020 | 1908397 | $25,484.65 | ($22,561.19) | $2,548.46 |
| 07/31/2020 | 1908398 | $22,046.42 | ($19,466.78) | $2,204.64 |
| 07/31/2020 | 1908399 | $55,775.57 | ($49,823.02) | $5,577.55 |
| 07/31/2020 | 1908400 | $22,514.46 | ($19,888.02) | $2,251.44 |
| 08/20/2020 | 1911983 | $50,783.53 | ($45,330.16) | $5,078.37 |
| 09/22/2020 | 1919242 | $59,913.79 | ($53,547.41) | $5,991.38 |
| 10/21/2020 | 1925894 | $44,914.95 | ($39,840.12) | $4,491.50 |
| 11/16/2020 | 1931564 | $103,849.68 | ($92,881.37) | $10,384.97 |
| 12/08/2020 | 1936638 | $67,978.34 | ($60,597.17) | $6,797.83 |
| 01/28/2021 | 1944850 | $58,271.07 | ($51,914.37) | $5,773.37 |
| 02/23/2021 | 1950370 | $43,496.36 | ($38,563.39) | $4,349.64 |
| 03/31/2021 | 1957000 | $37,448.27 | ($33,120.11) | $3,744.83 |
| 04/28/2021 | 1964026 | $34,425.70 | ($30,983.13) | $3,442.57 |
| 05/26/2021 | 1970085 | $11,332.51 | ($10,199.26) | $1,133.25 |
| 06/23/2021 | 1975333 | $5,872.42 | ($5,285.18) | $587.24 |
| 07/26/2021 | 1981564 | $10,499.90 | ($9,449.91) | $1,049.99 |
| 08/24/2021 | 1988112 | $24,862.74 | ($22,376.46) | $2,486.28 |
| 09/27/2021 | 1993685 | $30,361.29 | ($27,325.16) | $3,036.13 |
| 09/25/2023 | 2143820 | $10,749.25 | ($8,599.40) | $2,149.85 |
| 10/11/2023 | 2147374 | $57,275.60 | ($46,052.06) | $11,223.54 |
| 11/13/2023 | 2156018 | $128,007.25 | ($102,937.05) | $25,070.20 |
| 12/11/2023 | 2163662 | $78,281.16 | ($62,876.66) | $15,404.50 |
| 01/19/2024 | 2169129 | $5,547.26 | $0.00 | $5,547.26 |

**BALANCE FORWARD** $130,324.79

| | ACH/WIRE | Mail |
|---|---|---|
| Bank Name | Citizens Bank | Blank Rome LLP |
| Address: | Philadelphia, PA | Attn: Finance Department |
| Account Title: | Blank Rome LLP | One Logan Square |
| Account Number: | ███ | 130 North 18th St |
| ABA Number: | ███ (Domestic) | Philadelphia, PA 19103-6998 |
| Swift Code | ███ (International) | |

To pay by Electronic Funds Transfer, visit **www.BlankRome.com/Payments**

PENNSYLVANIA  NEW YORK  NEW JERSEY  DELAWARE  WASHINGTON, DC  FLORIDA  CALIFORNIA  OHIO  TEXAS  ILLINOIS  SHANGHAI



**1825 EYE STREET NW**
**WASHINGTON, DC 20006-5403**
**(202) 420-2200**
**FEDERAL TAX ID NO.** ▮

| | |
|---|---|
| DIOCESE OF BUFFALO | INVOICE DATE: FEBRUARY 21, 2024 |
| C/O JOHN M. SCHOLL | CLIENT ID: 155760 |
| 795 MAIN STREET | MATTER NUMBER: 155760-00601 03348 |
| BUFFALO, NY 14203 | INVOICE NUMBER: 2176830 |

FOR LEGAL SERVICES RENDERED THROUGH 1/31/24     $3,565.16

**CURRENT INVOICE TOTAL**     **$3,565.16**

**TOTAL AMOUNT DUE, INCLUDING BALANCE FORWARD**     **$133,889.95**

*REMITTANCE*

| | ACH/WIRE | Mail |
|---|---|---|
| Bank Name | Citizens Bank | Blank Rome LLP |
| Address: | Philadelphia, PA | Attn: Finance Department |
| Account Title: | Blank Rome LLP | One Logan Square |
| Account Number: | ▮ | 130 North 18th St |
| ABA Number: | ▮ (Domestic) | Philadelphia, PA 19103-6998 |
| Swift Code | ▮ (International) | |

To pay by Electronic Funds Transfer, visit **www.BlankRome.com/Payments**

PENNSYLVANIA   NEW YORK   NEW JERSEY   DELAWARE   WASHINGTON, DC   FLORIDA   CALIFORNIA   OHIO   TEXAS   ILLINOIS   SHANGHAI

# BLANKROME

1825 EYE STREET NW<br>
WASHINGTON, DC 20006-5403<br>
(202) 420-2200<br>
FEDERAL TAX ID NO.

| | |
|---|---|
| DIOCESE OF BUFFALO | INVOICE DATE: FEBRUARY 21, 2024 |
| C/O JOHN M. SCHOLL | CLIENT ID: 155760 |
| 795 MAIN STREET | MATTER NUMBER: 155760-00601 |
| BUFFALO, NY 14203 | INVOICE NUMBER: 2176830 |
| | PAGE 1 |

**REGARDING:** DIOCESE OF BUFFALO
INSURANCE ADVICE

**FOR LEGAL SERVICES RENDERED THROUGH JANUARY 31, 2024**

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/02/24 | UPDATE SPREADSHEET OF CLAIMS WITH INFORMATION ON RECENT PROOFS OF CLAIMS AND THE CORRESPONDING INSURANCE INFORMATION | K. ROGERS | 0.50 | 162.50 |
| 01/05/24 | ANALYZE NEW CLAIMANTS POCS | H. AHN | 0.40 | 166.32 |
| 01/05/24 | DRAFT TENDER LETTERS TO INSURERS WAUSAU, EXCHANGE, AND CMG | H. AHN | 0.40 | 166.32 |
| 01/05/24 | EMAIL CORRESPONDENCE WITH R. MICHAELSON RE NEW CLAIMS AND CORRESPONDING TENDER LETTERS | H. AHN | 0.10 | 41.58 |
| 01/08/24 | REVIEW/REVISE MATRIX | R. MICHAELSON | 0.30 | 144.38 |
| 01/08/24 | REVIEW/ANALYZE POC FORMS | R. MICHAELSON | 0.20 | 96.25 |
| 01/08/24 | REVIEW/REVISE NOTICE LETTERS | R. MICHAELSON | 0.20 | 96.25 |
| 01/09/24 | REVIEW STAY DECISION; FOLLOW UP WITH S. DONATO REGARDING INSURANCE | J. MURRAY | 0.40 | 337.26 |
| 01/09/24 | ANALYZE ADDITIONAL INSURED ISSUE WITH RESPECT TO REQUEST FROM ORDERS | J. CARTER | 0.90 | 561.33 |
| 01/11/24 | REVIEW/REVISE NOTICE LETTERS | R. MICHAELSON | 0.40 | 192.50 |
| 01/11/24 | REVIEW DRAFT EMAILS AND PROVIDE COMMENTS TO R. MICHAELSON | J. CARTER | 0.30 | 187.11 |
| 01/16/24 | REVIEW FILINGS | R. MICHAELSON | 0.10 | 48.13 |
| 01/16/24 | FOLLOW UP RE INSURER CORRESPONDENCE | R. MICHAELSON | 0.20 | 96.25 |
| 01/16/24 | ANALYZE EMAIL FORWARDING LETTER FROM C. SULLIVAN REGARDING INSURER | J. CARTER | 0.20 | 124.74 |
| 01/16/24 | EMAIL TO R. MICHAELSON REGARDING LETTER FROM INSURER | J. CARTER | 0.10 | 62.37 |
| 01/18/24 | CALL WITH J. EATON RE BANKRUPTCY PROCEEDINGS | R. MICHAELSON | 0.10 | 48.13 |
| 01/18/24 | REVIEW/ANALYZE FILINGS | R. MICHAELSON | 0.50 | 240.63 |
| 01/24/24 | REVIEW DRAFT NOTICE LETTERS AND PROVIDE COMMENTS TO R. MICHAELSON | J. CARTER | 0.20 | 124.74 |

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/26/24 | REVIEW/REVISE/FINALIZE NOTICE LETTERS | R. MICHAELSON | 0.90 | 433.13 |
| 01/26/24 | CALL WITH K. ROGERS RE NOTICE | R. MICHAELSON | 0.10 | 48.13 |
| 01/29/24 | EMAIL R. MICHAELSON REGARDING EVALUATING WHETHER POLICIES COVER A RELIGIOUS ORDER | J. CARTER | 0.30 | 187.11 |
| | **TOTAL SERVICES** | | | **$3,565.16** |

**CURRENT INVOICE TOTAL**   **$3,565.16**

**TIME AND FEE SUMMARY**

| TIMEKEEPER | RATE | HOURS | FEES |
|---|---|---|---|
| JAMES CARTER | 623.70 | 2.00 | 1,247.40 |
| JAMES MURRAY | 843.15 | 0.40 | 337.26 |
| ROBYN MICHAELSON | 481.25 | 3.00 | 1,443.78 |
| HANNAH K. AHN | 415.80 | 0.90 | 374.22 |
| KEVIN ROGERS | 325.00 | 0.50 | 162.50 |
| **TOTALS** | | **6.80** | **$3,565.16** |