UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | )  Case No. 20-10322 (CLB) |
| The Diocese of Buffalo, N.Y. | ) |
|  | )  Chapter 11 |
| Debtor. | ) |
|  | ) |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362], Jones Day has filed the *Monthly Fee Statement of Jones Day for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Diocese of Buffalo, N.Y. for the Period January 1, 2024 Through January 31, 2024,* a copy of which is attached hereto and hereby served upon you.


Dated:  March 1, 2024

/s/ *John D. Goetz*
John D. Goetz
Jones Day
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514
Telephone: (412) 391-3939
Email: jdgoetz@jonesday.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
_____

In re:

The Diocese of Buffalo, N.Y.

                    Debtor.
_____

)
)
)
)
)
)
)
)

Case No. 20-10322 (CLB)

Chapter 11

**MONTHLY FEE STATEMENT OF JONES DAY FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS SPECIAL COUNSEL TO THE DIOCESE OF BUFFALO, N.Y.
FOR THE PERIOD JANUARY 1, 2024 THROUGH JANUARY 31, 2024**

Name of Applicant:                          Jones Day

Authorized to Provide                       The Diocese of Buffalo, N.Y.
Professional Services to:                   Debtor and Debtor in Possession

Date of Retention:                          Order entered February 23, 2021 [Docket No. 905]
                                            *Nunc Pro Tunc* to December 1, 2020

Period for which Compensation and
Reimbursement is Sought:                    January 1, 2024 through January 31, 2024

Amount of Compensation Sought as
Actual, Reasonable and Necessary (after
20% discount and 20% holdback):             $10,747.20 (80% of $13,434.00)

Amount of Expense Reimbursement
Sought as Actual, Reasonable and
Necessary:                                  $0.00

This is a:  __X__  monthly ____ quarterly ____ final application.

This is Jones Day's thirty-third monthly fee statement in this case.

# JONES DAY

**Pittsburgh Office**
500 Grant Street, Suite 4500
Pittsburgh, PA  15219-2514
**(412) 391-3939**

February 28, 2024                                                                  764596.600001
                                                                                   Invoice: 241400434

Roman Catholic Diocese of Buffalo
795 Main Street
Buffalo, NY  14203
United States of America

For legal services rendered for the period through January 31, 2024:

| | | |
|---|---|---|
| State of New York v. Diocese of Buffalo, et al. | USD | 13,434.00 |
| **TOTAL** | **USD** | **13,434.00** |

Timekeeper/Fee Earner Summary – January 31, 2024[1]

| Timekeeper/Fee Earner Name | Title | Bar Year | Hours | Discounted Rate[2] | Amount |
|---|---|---|---|---|---|
| T R Geremia | Partner | 1999 | 3.80 | 1,220.00 | 4,636.00 |
| J D Goetz | Partner | 1986 | 7.30 | 1,020.00 | 7,446.00 |
| Total | | | 11.10 | | 12,082.00 |
| C T Neumann | Associate | 2020 | 2.60 | 520.00 | 1,352.00 |
| Total | | | 2.60 | | 1,352.00 |
| **Total** | | | **13.70** | **USD** | **13,434.00** |

---

[1] In accordance with its ordinary practice and as disclosed in the *Application for an Order Authorizing the Employment and Retention of Jones Day as Special Counsel to the Diocese* [Docket No. 785], Jones Day has changed certain of its billing rates effective January 1, 2024.

[2] Discounted rates reflect a 20% discount to Jones Day's standard rates, as agreed between Jones Day and the Diocese and as disclosed in the *Supplemental Declaration of Bishop Michael William Fisher in Support of the Retention of Jones Day as Special Counsel to the Diocese* [Docket No. 874].

# JONES DAY

764596.600001                                                                                      Page: 3
                                                                                        February 28, 2024
State of New York v. Diocese of Buffalo, et al.                                      Invoice: 241400434

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|
| 01/02/24 | J D Goetz | 0.80 | 816.00 |

Revise draft footnote for Diocese reply brief addressing motion for leave to file amicus brief (.2); emails to T. Geremia regarding same (.2); review email from C. Neumann regarding final changes to draft reply (.1); review Diocese comments on draft reply brief (.2); as-filed version of same (.1).

| 01/02/24 | C T Neumann | 2.40 | 1,248.00 |

Review/analyze Reply Memorandum of Law in Support of Verified Article 78 Petition from the Diocese appealing the The Office of the Attorney General's FOIL determination regarding disclosure of documents in order to cite check cases and authorities cited in support of the asserted FOIL exceptions.

| 01/04/24 | C T Neumann | 0.20 | 104.00 |

Review/analyze Buffalo news articles for references to Reply Memorandum of Law in further support of the Diocese's Verified Article 78 Petition appealing the The Office of the Attorney General's determination regarding FOIL disclosure.

| 01/05/24 | J D Goetz | 0.30 | 306.00 |

Email to Diocese team regarding update on monitor and audit report (.2); review response from Diocese and follow up email to T. Geremia regarding same (.1).

| 01/18/24 | J D Goetz | 0.30 | 306.00 |

Review, respond to email from K. McChesney regarding open issues for upcoming draft audit report, respond to emails from L. Quinlan regarding same.

| 01/19/24 | T R Geremia | 0.90 | 1,098.00 |

Meet with J. Goetz and L. Quinlan to discuss follow-up auditor questions.

| 01/19/24 | J D Goetz | 1.50 | 1,530.00 |

Review, revise draft memorandum regarding background facts regarding audit topics (.4); attend call with T. Geremia, L. Quinlan regarding audit topics raised by K. McChesney, agenda for upcoming call to discuss same (.9); emails to K. McChesney regarding upcoming call, attendances for same (.2).

| 01/22/24 | J D Goetz | 0.30 | 306.00 |

Emails regarding agenda for call with K. McChesney and audit team.

| 01/24/24 | T R Geremia | 1.70 | 2,074.00 |

Conference with J. Goetz and L. Quinlan regarding auditor follow-up questions (.7); conference with auditor and team regarding auditor follow up questions (1.0).

| 01/24/24 | J D Goetz | 2.50 | 2,550.00 |

Review notes from previous calls with K. McChesney regarding additional information needed from Diocese for completion of first audit (.5); attend call with T. Geremia and L. Quinlan regarding preparation for call with auditor (.7); attend call with K. McChesney, Kinsale audit team regarding open questions to address with Diocese before completion of audit, timetable for same (1.0); follow-up emails to K. McChesney, T. Geremia and L. Quinlan regarding results of call, timetable for addressing additional questions with Diocese (.3).

| 01/25/24 | T R Geremia | 0.70 | 854.00 |

Call with J. Goetz and L. Quinlan regarding auditor follow up questions.

| 01/25/24 | J D Goetz | 0.70 | 714.00 |

Attend call with T. Geremia, L. Quinlan regarding plan for addressing open issues with auditor, agenda for call with client to discuss same.

# JONES DAY

764596.600001                                                        Page: 4
                                                              February 28, 2024
State of New York v. Diocese of Buffalo, et al.              Invoice: 241400434

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|
| 01/26/24 | T R Geremia | 0.50 | 610.00 |
| | Conference with client regarding auditor follow-up questions. | | |
| 01/26/24 | J D Goetz | 0.60 | 612.00 |
| | Prepare for (.1); attend call with Diocese, T. Geremia, L. Quinlan regarding follow-up tasks from call with auditor (.5). | | |
| 01/29/24 | J D Goetz | 0.30 | 306.00 |
| | Emails to T. Geremia, L. Quinlan regarding drafting responses to auditor inquiries, in follow-up to call with Diocese, timetable for same. | | |
| **Total** | | **13.70** | **USD    13,434.00** |