UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

Case No. 20-10322

The Diocese of Buffalo, N.Y.,

Chapter 11

Debtor.

**NOTICE OF FILING**

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362], Bond, Schoeneck & King, PLLC has filed the *Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Diocese of Buffalo, N.Y. for February 1, 2024 Through February 29, 2024*, a copy of which is attached hereto and hereby served upon you.

Dated: April 11, 2024

BOND, SCHOENECK & KING, PLLC

By: _____ */s/ Stephen A. Donato* _____
Stephen A. Donato
Charles J. Sullivan
Grayson T. Walter
One Lincoln Center
Syracuse, NY 13202-1355
Telephone: (315) 218-8000
Emails:   sdonato@bsk.com
          csullivan@bsk.com
          gwalter@bsk.com

*Attorneys for The Diocese of Buffalo, N.Y.*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

Case No. 20-10322

Chapter 11

Debtor.

**MONTHLY FEE STATEMENT OF BOND, SCHOENECK & KING, PLLC
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE DIOCESE OF BUFFALO, N.Y.
FOR THE PERIOD FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024**

Name of Applicant:  Bond, Schoeneck & King, PLLC

Authorized to Provide
Professional Services to:  The Diocese of Buffalo, N.Y., Debtor-In-Possession

Date of Retention:  Order entered June 15, 2020 [Docket No. 397]
*Nunc Pro Tunc* to February 28, 2020

Period for which compensation
and reimbursement is sought:  February 1, 2024 through February 29, 2024

Amount of compensation sought
as actual, reasonable and necessary:  80% of $52,046.00 ($41,636.80)

Amount of expense reimbursement sought
as actual, reasonable and necessary:  $644.41

This is a: __X__ monthly _____ quarterly _____ final application.

This is Bond, Schoeneck & King, PLLC's forty-eighth monthly fee statement in this case.

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

April 3, 2024
Bill Number: 20013063

Melissa Potzler
Chancellor/Chief Compliance Officer
The Diocese of Buffalo, N.Y.
795 Main Street
Buffalo, NY 14203-1250

For Legal Services Rendered through 02/29/24.

**Chapter 11 Bankruptcy**
**Client Matter # 093587.404069**

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| **B110: Case Administration** | | | | |
| 02/02/24 | K.M.Doner | 0.10 | $18.00 | Corresponded with Stretto regarding CVA claimant request for removal from all distribution lists in bankruptcy case. |
| 02/05/24 | J.D.Eaton | 0.30 | $115.50 | Drafted updates and revisions to case strategy charter document. |
| | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorneys Sullivan and Temes regarding the Diocese's November 2023 operating report and outstanding operating report issues. |
| | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorney Rivera regarding amendment to Schedule A/B to include additional real property. |
| | K.M.Doner | 0.40 | $72.00 | Prepared schedule of amendments to Schedule A/B. |
| | K.M.Doner | 0.10 | $18.00 | Drafted follow up correspondence to Attorney Rivera regarding schedule of amendments for Schedule A/B. |
| | A.S.Rivera | 0.20 | $63.00 | Consulted with professional K. Doner regarding amending schedule A/B. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

April 3, 2024
Bill Number: 20013063

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 02/05/24 | A.S.Rivera | 0.40 | $126.00 | Addressed issues related to amending schedules. |
| 02/06/24 | A.S.Rivera | 0.30 | $94.50 | Addressed Diocese's questions about schedule amendments. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Temes regarding the Diocese's November 2023 operating report. |
| | A.S.Rivera | 0.50 | $157.50 | Monitored hearing in unrelated diocesan case for effect on Diocese. |
| 02/07/24 | A.S.Rivera | 0.80 | $252.00 | Addressed issues related to schedules amendment. |
| | K.M.Doner | 0.20 | $36.00 | Reviewed updates to Schedule A/B related to additional real property owned by the Diocese. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Stretto regarding amendments to Schedule A/B pertaining to real property owned by the Diocese. |
| | K.M.Doner | 0.30 | $54.00 | Reviewed follow up correspondence from Stretto regarding amendments to Schedule A/B and responded to same. |
| 02/08/24 | K.M.Doner | 0.30 | $54.00 | Finalized the Diocese's November 2023 operating report, together with related schedules. |
| | K.M.Doner | 0.20 | $36.00 | Drafted correspondence to Clerk and interested parties regarding the Diocese's November 2023 operating report. |
| 02/09/24 | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Eaton regarding updates to case charter. |
| | J.D.Eaton | 0.20 | $77.00 | Revised case strategy charter. |
| 02/12/24 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorneys Sullivan and Temes regarding outstanding operating report issue. |
| | S.A.Donato | 1.20 | $702.00 | Conferred with counsel for non-diocesan entity regarding chapter 11 case issues. |
| 02/13/24 | K.M.Doner | 0.20 | $36.00 | Corresponded with J. Heftka regarding the Diocese's December 2023 operating report. |

Accounts Are Due Within 30 Days.

Bond, Schoeneck & King, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

April 3, 2024
Bill Number: 20013063

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 02/13/24 | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Rivera regarding amendments to Schedule A/B. |
| | A.S.Rivera | 0.40 | $126.00 | Addressed issues related to schedule amendment. |
| | K.M.Doner | 0.20 | $36.00 | Researched procedures for submission of amendments to schedules. |
| | K.M.Doner | 0.20 | $36.00 | Reviewed amended Schedule A/B. |
| | K.M.Doner | 0.70 | $126.00 | Prepared cover sheet and notice of amendment and amendment to Schedule A/B. |
| | K.M.Doner | 0.10 | $18.00 | Drafted follow up correspondence to Attorneys Donato, Sullivan and Rivera regarding amendments to Schedule A/B. |
| | K.M.Doner | 0.10 | $18.00 | Participated in follow up telephone conference with Attorney Rivera regarding amendment to schedules. |
| 02/15/24 | K.M.Doner | 0.10 | $18.00 | Reviewed additional edit to amended Schedule A/B from Diocese. |
| | K.M.Doner | 0.10 | $18.00 | Drafted follow up correspondence to Stretto regarding update to amended Schedule A/B. |
| | K.M.Doner | 0.20 | $36.00 | Reviewed order authorizing Diocese to file documents under seal. |
| | K.M.Doner | 0.10 | $18.00 | Drafted follow up correspondence to Attorney Eaton regarding terms of order authorizing Diocese to file items under seal. |
| | K.M.Doner | 0.10 | $18.00 | Reviewed updates to amended Schedule A/B. |
| | K.M.Doner | 0.20 | $36.00 | Drafted correspondence to Attorney Rivera regarding updates to amended Schedule A/B. |
| 02/16/24 | K.M.Doner | 0.20 | $36.00 | Drafted correspondence to Diocese summarizing case updates. |
| 02/19/24 | J.D.Eaton | 0.30 | $115.50 | Drafted updates to case strategy charter document. |

Accounts Are Due Within 30 Days.

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

April 3, 2024
Bill Number: 20013063

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 02/20/24 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Sullivan regarding the Diocese's December 2023 operating report. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to J. Heftka regarding status of the Diocese's December 2023 operating report. |
| 02/21/24 | K.M.Doner | 0.20 | $36.00 | Participated in office conference with Attorney Rivera regarding amendments to Schedule A/B. |
| | C.J.Sullivan | 1.00 | $530.00 | Participated in telephone conference with Diocese regarding case status. |
| 02/26/24 | J.D.Eaton | 0.40 | $154.00 | Drafted updates to the case charter document related to case strategy. |
| 02/27/24 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorneys Sullivan and Temes regarding outstanding operating report issues. |
| 02/29/24 | K.M.Doner | 0.30 | $54.00 | Drafted correspondence to Attorney Rivera regarding updates to Amended Schedule AB. |
| | A.S.Rivera | 0.70 | $220.50 | Reviewed proposed schedule amendments and related notices. |

|  |  |  |  |
|--|--|--|--|
| Subtotal: | Hours: | 12.40 | |
| | Amount: | $3,759.50 | |

**B120: Asset Analysis and Recovery**

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 02/06/24 | S.A.Donato | 0.30 | $175.50 | Conferred with Diocese regarding mediation issues. |
| 02/07/24 | S.A.Donato | 0.30 | $175.50 | Conferred with Committee counsel regarding mediation follow up issues. |
| | S.A.Donato | 0.20 | $117.00 | Participated in supplemental consultation with Committee counsel regarding further mediation follow up issues. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

April 3, 2024
Bill Number: 20013063

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|------|--|-------|-----|-------------|
| 02/08/24 | S.A.Donato | 0.20 | $117.00 | Conferred with Diocese regarding mediation issues. |
| | S.A.Donato | 0.20 | $117.00 | Prepared correspondence to Diocese regarding mediation issues. |
| | S.A.Donato | 0.30 | $175.50 | Consulted with Attorney Sullivan regarding mediation issues. |
| | S.A.Donato | 0.30 | $175.50 | Prepared correspondence to Diocese regarding mediation follow up issues. |
| | S.A.Donato | 0.30 | $175.50 | Consulted with Attorney Walter regarding mediation issues. |
| | S.A.Donato | 0.30 | $175.50 | Conferred with Committee counsel regarding mediation issues. |
| 02/10/24 | S.A.Donato | 0.40 | $234.00 | Reviewed correspondence from Diocese regarding mediation follow up issues. |
| | S.A.Donato | 0.20 | $117.00 | Prepared response to Diocese regarding mediation follow up issues. |
| 02/12/24 | G.T.Walter | 0.80 | $396.00 | Participated in telephone conference with Diocese regarding mediation strategy and open issues. |
| | S.A.Donato | 0.30 | $175.50 | Reviewed correspondence from Diocese regarding mediation issues. |
| | S.A.Donato | 0.40 | $234.00 | Conferred with Diocese regarding mediation issues. |
| | S.A.Donato | 0.80 | $468.00 | Participated in supplemental telephone conference with Diocese regarding mediation preparation and follow up issues. |
| | S.A.Donato | 0.30 | $175.50 | Participated in supplemental consultation with Attorney Walter regarding mediation preparation and follow up issues. |
| 02/13/24 | J.D.Eaton | 0.20 | $77.00 | Attended to incorrect insurer mediator fee reimbursement. |

**Bond, Schoeneck & King, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

April 3, 2024
Bill Number: 20013063

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 02/13/24 | S.A.Donato | 0.30 | $175.50 | Conferred with Committee counsel regarding mediation issues and updates. |
| | C.J.Sullivan | 0.30 | $159.00 | Participated in telephone conference with Committee counsel regarding mediation issues and updates. |
| 02/19/24 | S.A.Donato | 0.30 | $175.50 | Reviewed correspondence from Committee counsel regarding mediation follow up issues. |
| | S.A.Donato | 0.30 | $175.50 | Consulted with Attorney Sullivan regarding mediation follow up issues. |
| 02/20/24 | J.D.Eaton | 0.40 | $154.00 | Conducted telephonic conference with Attorney Sullivan regarding mediation progress in advance of upcoming meeting with Committee and state court counsels. |
| | G.T.Walter | 0.30 | $148.50 | Consulted with Attorney Donato regarding mediation efforts and strategy. |
| | G.T.Walter | 0.40 | $198.00 | Conferred with Committee counsel regarding mediation issues. |
| | A.S.Rivera | 0.40 | $126.00 | Consulted with Attorney Donato regarding asset review. |
| | S.A.Donato | 0.40 | $234.00 | Conferred with Committee counsel regarding mediation issues and updates. |
| 02/21/24 | S.A.Donato | 0.30 | $175.50 | Consulted with Attorney Sullivan regarding mediation follow up issues. |
| 02/24/24 | S.A.Donato | 0.30 | $175.50 | Reviewed correspondence and proposed meeting agenda received from Diocese regarding mediation issues. |
| | S.A.Donato | 0.10 | $58.50 | Prepared response to Diocese regarding meeting agenda. |
| 02/25/24 | S.A.Donato | 1.10 | $643.50 | Prepared for meeting with Diocese regarding mediation follow up issues. |

Case 1-20-10322-CLB,    Doc 2871,    Filed 04/11/24,    Entered 04/11/24 14:30:55,
Description: Main Document  , Page 8 of 25

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

April 3, 2024
Bill Number: 20013063

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 02/25/24 | S.A.Donato | 0.30 | $175.50 | Consulted with Attorney Sullivan regarding mediation follow up issues. |
| 02/26/24 | S.A.Donato | 1.10 | $643.50 | Prepared for meeting with Diocese regarding mediation preparation issues. |
| | S.A.Donato | 0.50 | $292.50 | Consulted with Attorney Sullivan regarding mediation preparation issues. |
| | S.A.Donato | 5.50 | $3,217.50 | Participated in meeting with Diocese regarding mediation strategies. |
| | C.J.Sullivan | 5.50 | $2,915.00 | Participated in meeting with Diocese regarding mediation strategies. |
| 02/27/24 | J.D.Eaton | 0.30 | $115.50 | Conducted telephonic conference with Attorney Sullivan about preparation for upcoming mediation session with the Committee and state court counsel. |
| | G.T.Walter | 0.30 | $148.50 | Consulted with Attorneys S. Donato and C. Sullivan regarding mediation strategy. |
| | G.T.Walter | 0.30 | $148.50 | Conferred with Committee counsel regarding mediation issues. |
| | C.J.Sullivan | 0.30 | $159.00 | Participated in telephone conference with Attorneys Donato and Walter regarding mediation strategy. |
| | C.J.Sullivan | 0.30 | $159.00 | Participated in telephone conference with Committee counsel regarding mediation follow up issues. |
| | S.A.Donato | 0.30 | $175.50 | Participated in supplemental consultation with creditors' Committee regarding mediation follow up issues. |
| | S.A.Donato | 0.40 | $234.00 | Reviewed correspondence from Diocese regarding mediation follow up issues. |
| 02/28/24 | S.A.Donato | 1.40 | $819.00 | Reviewed correspondence from Diocese regarding mediation follow up issues. |

Accounts Are Due Within 30 Days.

Page:  7

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

April 3, 2024
Bill Number: 20013063

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 02/28/24 | S.A.Donato | 1.10 | $643.50 | Participated in conference call with Diocese regarding mediation follow up issues. |
| | C.J.Sullivan | 0.50 | $265.00 | Analyzed list of real property and other assets of Diocese and Parishes. |
| 02/29/24 | S.A.Donato | 0.30 | $175.50 | Reviewed correspondence from Diocese regarding mediation follow up issues. |
| | S.A.Donato | 0.30 | $175.50 | Conferred with Committee counsel regarding mediation issues. |

|  | Subtotal: | Hours: | 29.40 | |
|  |  | Amount: | $16,342.50 | |

**B130: Asset Disposition**

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 02/01/24 | J.D.Eaton | 0.30 | $115.50 | Conducted telephonic conference with S. Roth of the Diocese regarding questions about marketing the Catholic Center. |
| 02/02/24 | J.D.Eaton | 0.20 | $77.00 | Drafted correspondence to Attorney Sullivan regarding the potential marketing of the Catholic Center. |
| 02/05/24 | A.S.Rivera | 0.20 | $63.00 | Consulted with Attorney Sullivan regarding review of diocesan properties. |
| 02/12/24 | J.D.Eaton | 0.20 | $77.00 | Conducted telephonic conference with Attorney Sullivan regarding question from Diocese related to potential salability of real estate assets. |
| | A.S.Rivera | 0.30 | $94.50 | Consulted with Attorney Donato regarding potential properties sales. |
| | J.S.Krell | 0.30 | $132.00 | Consulted with Attorney Donato regarding a review of real estate in connection with future potential asset sales. |
| 02/13/24 | J.D.Eaton | 0.30 | $115.50 | Conducted telephonic conference with S. Roth regarding marketing the Catholic Center. |

Accounts Are Due Within 30 Days.

## Bond, Schoeneck & King, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

April 3, 2024
Bill Number: 20013063

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 02/13/24 | S.A.Sharkey | 0.20 | $93.00 | Exchanged communications with S. Roth regarding appraisal of Diocese property. |
| | S.A.Sharkey | 0.30 | $139.50 | Briefly researched and investigated Diocese property to be appraised. |
| 02/14/24 | S.A.Sharkey | 0.10 | $46.50 | Reviewed correspondence from S. Roth regarding property appraisal. |
| | S.A.Sharkey | 0.10 | $46.50 | Prepared correspondence to S. Roth regarding property appraisal. |
| 02/20/24 | S.A.Sharkey | 0.60 | $279.00 | Reviewed property details and notes in anticipation of attending inspection/appraisal of property. |
| | S.A.Sharkey | 1.60 | $744.00 | Attended inspection/appraisal of Diocesan property. |
| 02/28/24 | D.K.Schaeffer | 0.20 | $42.00 | Corresponded with Attorney Sullivan regarding real property sales. |
| | D.K.Schaeffer | 0.10 | $21.00 | Researched matters concerning contemplated real property sales. |
| 02/29/24 | J.D.Eaton | 0.30 | $115.50 | Conducted telephonic conference with S. Roth regarding letter of intent for purchase of seminary. |

|  | Subtotal: | Hours: | 5.30 |
|--|-----------|--------|------|
|  |           | Amount: | $2,201.50 |

**B140: Relief from Stay/Adequate Protection Proceedings**

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 02/02/24 | G.T.Walter | 0.30 | $148.50 | Exchanged correspondence with litigation counsel regarding Parisi/Bojanowski motion status. |
| 02/05/24 | R.C.Corona | 1.60 | $352.00 | Researched default judgment issues in connection with CVA adversary proceeding. |
| | S.A.Donato | 0.30 | $175.50 | Consulted with Attorney Sullivan regarding preliminary injunction extension issues. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

April 3, 2024
Bill Number: 20013063

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 02/05/24 | C.J.Sullivan | 0.30 | $159.00 | Participated in telephone conference with Attorney Donato regarding preliminary injunction extension issues. |
| | J.D.Eaton | 0.30 | $115.50 | Conducted telephonic conference with Attorney Sullivan regarding further extension of the injunction to stay state court litigation. |
| 02/06/24 | R.C.Corona | 0.40 | $88.00 | Researched default judgment issues in connection with CVA adversary proceeding. |
| 02/07/24 | R.C.Corona | 0.80 | $176.00 | Continued to research default judgment issues related to CVA adversary proceeding. |
| 02/08/24 | R.C.Corona | 0.90 | $198.00 | Conducted additional research regarding default judgment issues in CVA adversary proceeding. |
| 02/09/24 | R.C.Corona | 2.30 | $506.00 | Drafted correspondence to Attorneys Donato and Sullivan summarizing research on default judgment issues in CVA adversary proceeding. |
| 02/12/24 | J.D.Eaton | 0.90 | $346.50 | Conducted telephonic strategy conference with Attorney Walter regarding motion to further enjoin state court non-debtor litigation. |
| | J.D.Eaton | 0.40 | $154.00 | Conducted in person conference with Attorney Rivera regarding motion to further enjoin state court non-debtor litigation. |
| | G.T.Walter | 0.30 | $148.50 | Consulted with Attorney Donato regarding third party litigation restraints. |
| | S.A.Donato | 0.80 | $468.00 | Reviewed Judge Bucki's preliminary injunction decision regarding third-party litigation restraints. |
| | S.A.Donato | 0.30 | $175.50 | Consulted with Attorney Walter regarding third-party litigation restraints. |
| | S.A.Donato | 0.40 | $234.00 | Consulted with Attorney Sullivan regarding preliminary injunction extension issues. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

April 3, 2024
Bill Number: 20013063

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 02/12/24 | C.J.Sullivan | 0.40 | $212.00 | Participated in telephone conference with Attorney Donato regarding preliminary injunction extension issues. |
| | A.S.Rivera | 0.40 | $126.00 | Consulted with Attorney Eaton regarding extension of preliminary injunction. |
| 02/13/24 | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Rivera regarding default judgements in connection with CVA adversary proceeding. |
| | A.S.Rivera | 0.50 | $157.50 | Analyzed abuse claimant default issue in preparation for motion to extend injunction. |
| 02/14/24 | K.M.Doner | 0.20 | $36.00 | Corresponded with Attorney Eaton regarding motions for default judgment in CVA adversary proceeding. |
| | G.T.Walter | 0.40 | $198.00 | Consulted with Attorney Eaton regarding status of Parish stay litigation. |
| | J.S.Krell | 2.00 | $880.00 | Performed legal research regarding defaults of various defendants in the CVA adversary proceeding. |
| 02/15/24 | G.T.Walter | 0.20 | $99.00 | Returned call to counsel for Parisi and Bojanowski regarding stay relief motion. |
| | K.M.Doner | 0.30 | $54.00 | Conducted research regarding identification of Lipsitz claimants in preparation for drafting motion further extending preliminary injunction. |
| | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorney Eaton regarding further extension of preliminary injunction. |
| | K.M.Doner | 0.30 | $54.00 | Conducted additional research regarding filing documents under seal in CVA adversary proceeding. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

April 3, 2024
Bill Number: 20013063

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 02/15/24 | K.M.Doner | 0.10 | $18.00 | Participated in follow up telephone conference with Attorney Eaton regarding results of additional research concerning filing documents under seal in CVA adversary proceeding. |
| 02/17/24 | J.D.Eaton | 0.10 | $38.50 | Drafted correspondence to Attorney Donato regarding case strategy issue related to Diocese Parishes and Parish insurer. |
| 02/20/24 | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorneys Donato and Walter regarding default motion issue. |
| | S.A.Donato | 0.30 | $175.50 | Consulted with Attorney Walter regarding third-party litigation issues. |
| | C.J.Sullivan | 0.30 | $159.00 | Participated in meeting with Attorney Donato regarding third-party litigation issues. |
| | J.S.Krell | 0.30 | $132.00 | Conferred with Steve Donato regarding preparing motion for default judgments. |
| 02/22/24 | J.S.Krell | 2.00 | $880.00 | Performed legal research in connection with entering default against various defendants in the CVA adversary proceeding. |
| | J.S.Krell | 1.50 | $660.00 | Drafted memo in connection with legal research regarding the entry of a default against various defendants in the CVA adversary proceeding. |
| 02/23/24 | G.T.Walter | 1.00 | $495.00 | Consulted with Attorneys S. Donato, B. Sheehan and J. Krell regarding status of stay adversary and strategy regarding same. |
| | B.M.Sheehan | 0.50 | $210.00 | Reviewed case law identified by Attorney Krell regarding default judgments in CVA adversary proceeding. |
| | B.M.Sheehan | 0.70 | $294.00 | Consulted with Attorneys Donato, Walter and Krell regarding default judgments in CVA adversary proceeding. |

Accounts Are Due Within 30 Days.

Page: 12

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

April 3, 2024
Bill Number: 20013063

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 02/23/24 | S.A.Donato | 1.00 | $585.00 | Consulted with Attorney Sheehan regarding default judgment procedures regarding Judge Bucki court ruling. |
| | S.A.Donato | 0.40 | $234.00 | Further reviewed Judge Bucki preliminary injunction decision. |
| | S.A.Donato | 0.30 | $175.50 | Consulted with Attorney Sullivan regarding Judge Bucki preliminary injunction decision. |
| | C.J.Sullivan | 0.30 | $159.00 | Consulted with Attorney Donato regarding default judgment motion. |
| 02/26/24 | A.S.Rivera | 3.50 | $1,102.50 | Drafted motion to extend preliminary injunction. |
| 02/27/24 | A.S.Rivera | 0.30 | $94.50 | Consulted with Attorney Sullivan regarding extension of preliminary injunction. |

| | Subtotal: | Hours: | 28.10 | |
|---|---|---|---|---|
| | | Amount: | $10,764.00 | |

**B150: Meetings of and Communications with Creditors**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 02/05/24 | G.T.Walter | 0.40 | $198.00 | Consulted with Attorney Donato regarding updates for Committee regarding real estate issues. |
| | G.T.Walter | 0.40 | $198.00 | Conferred with Committee counsel regarding real estate review, insurance consultant and mediation issues. |
| | S.A.Donato | 0.40 | $234.00 | Conferred with Committee counsel regarding mediation and state court litigation issues. |
| | C.J.Sullivan | 0.40 | $212.00 | Participated in telephone conference with Committee counsel regarding case status and strategy, mediation and state court litigation issues. |

| | Subtotal: | Hours: | 1.60 | |
|---|---|---|---|---|
| | | Amount: | $842.00 | |

Accounts Are Due Within 30 Days.

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

April 3, 2024
Bill Number: 20013063

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| **B160: Fee/Employment Applications** | | | | |
| 02/01/24 | G.T.Walter | 0.70 | $346.50 | Conducted research regarding Rule 2014 issues. |
| | A.S.Rivera | 0.40 | $126.00 | Revised motion to engage an insurance consultant. |
| 02/02/24 | A.S.Rivera | 2.00 | $630.00 | Revised Aldrich & Cox insurance consultant proposal and scope of engagement. |
| 02/03/24 | K.M.Doner | 2.00 | $360.00 | Prepared Bond's December 2023 fee statement. |
| 02/05/24 | K.M.Doner | 0.20 | $36.00 | Corresponded with Attorney Donato regarding fee statement issues. |
| | K.M.Doner | 0.30 | $54.00 | Prepared certificate of no objection related to Bonadio's December 2023 fee statement. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Diocese regarding Bonadio's December 2023 fee statement. |
| | J.D.Eaton | 0.20 | $77.00 | Drafted correspondence to Attorney Bair regarding monthly fee statement issue. |
| 02/06/24 | K.M.Doner | 0.30 | $54.00 | Prepared Blank Rome's December 2023 fee statement. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Stretto regarding Blank Rome's December 2023 fee statement. |
| | C.J.Sullivan | 0.50 | $265.00 | Reviewed changes to insurance consultant engagement agreement. |
| 02/07/24 | K.M.Doner | 0.30 | $54.00 | Reviewed updates to Bond's December 2023 fee statement. |
| 02/08/24 | J.D.Eaton | 0.20 | $77.00 | Drafted correspondence to Diocese accounting personnel regarding inquiry from Burns Bair. |
| | J.D.Eaton | 0.20 | $77.00 | Conducted telephonic conference with K. Doner regarding Burns Bair monthly fee statement inquiry and Bond's December 2023 fee statement. |
| | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorney Eaton regarding Bond's December 2023 fee statement and Burns Bair's payment request. |

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

April 3, 2024
Bill Number: 20013063

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 02/08/24 | J.D.Eaton | 1.00 | $385.00 | Revised December 2023 monthly fee statement. |
| 02/09/24 | J.D.Eaton | 0.40 | $154.00 | Finalized revisions to December monthly fee statement. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with G. Tucker regarding The Tucker Group's December 2023 fee statement. |
| 02/12/24 | K.M.Doner | 0.90 | $162.00 | Prepared additional updates to Bond's December 2023 fee statement. |
| | J.D.Eaton | 0.10 | $38.50 | Conducted telephonic conference with K. Doner regarding revisions to December monthly fee statement. |
| 02/13/24 | K.M.Doner | 0.50 | $90.00 | Prepared Tucker Group's December 2023 and January 2024 fee statements. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Stretto regarding Tucker Group's December 2023 and January 2024 fee statements. |
| | K.M.Doner | 0.40 | $72.00 | Reviewed updates to Bond's December 2023 fee statement. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Donato regarding updates to Bond's December 2023 fee statement. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to J. Heftka regarding Bond's November 2023 fee statement. |
| 02/15/24 | K.M.Doner | 0.10 | $18.00 | Prepared certificate of service related to supplemental declaration in support of Hanna retention to be filed under seal. |
| | K.M.Doner | 0.20 | $36.00 | Drafted correspondence to L. Beaser at the Bankruptcy Court regarding filing certificate of service related to supplemental declaration in support of Hanna retention under seal. |
| | K.M.Doner | 0.30 | $54.00 | Finalized Bond's December 2023 fee statement. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Stretto regarding Bond's December 2023 fee statement. |

Accounts Are Due Within 30 Days.

Page:  15

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

April 3, 2024
Bill Number: 20013063

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 02/15/24 | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Trustee Allen regarding Bond's December 2023 fee statement. |
| 02/17/24 | K.M.Doner | 2.50 | $450.00 | Prepared Bond's January 2024 fee statement. |
| 02/20/24 | A.S.Rivera | 1.20 | $378.00 | Analyzed Aldridge and Cox engagement proposal. |
| | C.J.Sullivan | 1.00 | $530.00 | Revised insurance consulting agreement. |
| 02/21/24 | A.S.Rivera | 0.40 | $126.00 | Provided comments to further revised insurance consultant proposal. |
| 02/24/24 | K.M.Doner | 0.90 | $162.00 | Prepared additional updates to Bond's January 2024 fee statement. |
| 02/26/24 | K.M.Doner | 0.20 | $36.00 | Corresponded with J. Lewke regarding Bond's January 2024 fee statement. |
| 02/29/24 | K.M.Doner | 0.10 | $18.00 | Corresponded with Stretto regarding Blank Rome's January 2024 fee statement. |

|  | Subtotal: | Hours: | 18.50 | |
|  |  | Amount: | $5,046.00 | |

**B190: Other Contested Matters (excluding assumption/rejection motions)**

| 02/06/24 | S.A.Donato | 0.30 | $175.50 | Participated in supplemental consultation with special insurance counsel regarding court hearing results. |
|------|------|-------|-----|-------------|

|  | Subtotal: | Hours: | 0.30 | |
|  |  | Amount: | $175.50 | |

**B195: Non-Working Travel**

| 02/26/24 | C.J.Sullivan | 2.50 | $1,325.00 | Traveled to and from Buffalo for Diocese meeting. |
|------|------|-------|-----|-------------|

|  | Subtotal: | Hours: | 2.50 | |
|  |  | Amount: | $1,325.00 | |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

April 3, 2024
Bill Number: 20013063

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| **B210: Business Operations** | | | | |
| 02/02/24 | G.T.Walter | 1.00 | $495.00 | Participated in case update call with Diocese to discuss mediation, plan and discovery issues. |
| | S.A.Donato | 0.20 | $117.00 | Reviewed meeting agenda for status update conference call with Diocese. |
| | S.A.Donato | 1.00 | $585.00 | Participated in status update conference call with Diocese regarding mediation, plan and discovery issues. |
| | C.J.Sullivan | 1.00 | $530.00 | Participated in telephone conference with Diocese regarding case status, mediation, plan and discovery issues. |
| 02/07/24 | S.A.Donato | 0.20 | $117.00 | Reviewed meeting agenda for status update conference call with Diocese. |
| | S.A.Donato | 1.00 | $585.00 | Participated in status update conference call with Diocese regarding mediation updates, business operations and state court litigation issues. |
| | C.J.Sullivan | 1.00 | $530.00 | Participated in telephone conference with Diocese regarding case status and strategy, mediation updates, business operations and state court litigation issues. |
| 02/08/24 | G.T.Walter | 0.90 | $445.50 | Conferred with potential candidate for CFO role. |
| 02/12/24 | J.D.Eaton | 0.20 | $77.00 | Drafted correspondence to Diocese representatives regarding question on bank accounts. |
| 02/13/24 | S.C.Temes | 0.50 | $245.00 | Corresponded regarding bank account transfer with Diocese and U.S. Trustee. |
| 02/14/24 | S.A.Donato | 0.20 | $117.00 | Reviewed agenda for status update conference call with Diocese. |
| | S.A.Donato | 1.00 | $585.00 | Participated in status update conference call with Diocese regarding mediation, business operations and Parish litigation issues. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

April 3, 2024
Bill Number: 20013063

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 02/21/24 | S.A.Donato | 0.40 | $234.00 | Prepared for status update conference call with Diocese regarding mediation and business operations. |
| 02/28/24 | C.J.Sullivan | 0.50 | $265.00 | Assisted Diocese with review of responses to press inquiry concerning status of chapter 11 case. |
| | Subtotal: | Hours: | 9.10 | |
| | | Amount: | $4,927.50 | |

**B310: Claims Administration and Objections**

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 02/14/24 | J.D.Eaton | 3.70 | $1,424.50 | Reviewed specific proofs of claim of parties who filed an answer to injunction adversary to determine the specific temporal range of alleged abuse. |
| | Subtotal: | Hours: | 3.70 | |
| | | Amount: | $1,424.50 | |

**B320: Plan and Disclosure Statement (including Business Plan)**

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 02/01/24 | S.A.Donato | 0.80 | $468.00 | Analyzed third amended plan and disclosure statement in unrelated diocesan case for impact on Diocese. |
| 02/05/24 | A.S.Rivera | 0.20 | $63.00 | Researched plan and disclosure statement issues from other diocesan cases for precedential effect on Diocese's case. |
| 02/07/24 | G.T.Walter | 0.60 | $297.00 | Analyzed plan confirmation issues and strategies. |
| | S.A.Donato | 0.30 | $175.50 | Reviewed docket in unrelated diocesan case regarding third amended chapter 11 plan and disclosure statement for potential impact on Diocese. |
| | C.J.Sullivan | 0.20 | $106.00 | Conducted research regarding restructuring alternatives. |

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

April 3, 2024
Bill Number: 20013063

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 02/08/24 | S.A.Donato | 0.70 | $409.50 | Participated in court hearing concerning motion to approve disclosure statement in unrelated diocesan case. |
| | A.S.Rivera | 1.30 | $409.50 | Monitored issues related to disclosure statement approval in other diocesan case for precedential effect on Diocese. |
| 02/12/24 | G.T.Walter | 0.50 | $247.50 | Consulted with Attorney Eaton regarding plan confirmation strategies and research. |
| | G.T.Walter | 1.10 | $544.50 | Conferred with Diocese regarding disclosure and valuation issues. |
| 02/13/24 | G.T.Walter | 0.40 | $198.00 | Conferred with Committee counsel regarding analysis of assets available to fund plan settlement. |
| 02/16/24 | S.A.Donato | 0.20 | $117.00 | Reviewed disclosure statement approval order in unrelated diocesan case. |
| 02/23/24 | C.J.Sullivan | 2.00 | $1,060.00 | Prepared for meeting with Diocese regarding reorganization strategies. |

| | Subtotal: | Hours: | 8.30 |
|---|---|---|---|
| | | Amount: | $4,095.50 |

**Total Hours and Fees For This Matter:**  119.20    $50,903.50

# Bond, Schoeneck & King, PLLC
## ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

April 3, 2024
Bill Number: 20013063

The Diocese of Buffalo, N.Y.

| Matter Summary by Name | Hours | Rate | Total |
|---|---|---|---|
| S. A. Donato (Member) | 30.80 | $585.00 | $18,018.00 |
| D. K. Schaeffer (Member) | 0.30 | 210.00 | 63.00 |
| S. A. Sharkey (Member) | 2.90 | 465.00 | 1,348.50 |
| B. M. Sheehan (Member) | 1.20 | 420.00 | 504.00 |
| C. J. Sullivan (Member) | 18.30 | 530.00 | 9,699.00 |
| S. C. Temes (Member) | 0.50 | 490.00 | 245.00 |
| G. T. Walter (Member) | 10.30 | 495.00 | 5,098.50 |
| J. D. Eaton (Senior Counsel) | 11.10 | 385.00 | 4,273.50 |
| J. S. Krell (Of Counsel) | 6.10 | 440.00 | 2,684.00 |
| R. C. Corona (Associate) | 6.00 | 220.00 | 1,320.00 |
| A. S. Rivera (Associate) | 14.40 | 315.00 | 4,536.00 |
| K. M. Doner (Paralegal) | 17.30 | 180.00 | 3,114.00 |
| **Total** | 119.20 | | $50,903.50 |

**Matter Disbursement Summary**

| | | |
|---|---|---|
| Data Hosting & Storage | | $405.00 |
| Travel Expense | | 239.41 |
| **Total Disbursements** | | **$644.41** |
| | | |
| **TOTAL FOR THIS MATTER** | | **$51,547.91** |

Case 1-20-10322-CLB,    Doc 2871,    Filed 04/11/24,    Entered 04/11/24 14:30:55,
Description: Main Document  , Page 22 of 25

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

200 Delaware Avenue, Suite 900
Buffalo, NY 14202-2107

TEL: (716) 416-7000
FAX: (716) 416-7001

April 3, 2024
Bill Number: 20012158

Melissa Potzler
Chancellor/Chief Compliance Officer
The Diocese of Buffalo, N.Y.
795 Main Street
Buffalo, NY 14203-1250

For Legal Services Rendered through 02/29/24.

**General / Internal Matters**
**Client Matter # 093587.727066**

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| **B120: Asset Analysis and Recovery** | | | | |
| 02/05/24 | D.K.Schaeffer | 0.20 | $42.00 | Reviewed citation and supporting materials from counsel for estate relative to petition to disallow claim with regard to McGuire estate. |
| 02/06/24 | K.H.McGraw | 0.20 | $42.00 | Reviewed for citation return date in Estate of Frank McGuire to prepare to appear at same. |
| | D.K.Schaeffer | 0.20 | $42.00 | Annotated documents concerning petition to disallow claim of creditor with regard to McGuire estate. |
| | D.K.Schaeffer | 0.10 | $21.00 | Attended to preparation of response to petition with regard to McGuire estate. |
| 02/20/24 | D.K.Schaeffer | 0.10 | $21.00 | Reviewed materials relating to paternity petition on behalf of asserted beneficiary of McGuire estate. |
| | D.K.Schaeffer | 0.10 | $21.00 | Consulted with Attorney Stoeckl regarding materials relating to paternity petition on behalf of asserted beneficiary of McGuire estate. |

| | Subtotal: | Hours: | 0.90 |
|---|-----------|--------|------|
| | | Amount: | $189.00 |

Accounts Are Due Within 30 Days.

Page: 1

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

200 Delaware Avenue, Suite 900
Buffalo, NY 14202-2107

TEL: (716) 416-7000
FAX: (716) 416-7001

April 3, 2024
Bill Number: 20012158

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|------|--|-------|-----|-------------|

**B190: Other Contested Matters (excluding assumption/rejection motions)**

| | | | | |
|------|--|-------|-----|-------------|
| 02/15/24 | D.K.Schaeffer | 0.20 | $42.00 | Corresponded with M. Potzler regarding notice in personal injury lawsuit previously dismissed as against the Diocese. |
| | D.K.Schaeffer | 0.20 | $42.00 | Researched matters concerning inquiry from M. Potzler regarding notice in personal injury lawsuit previously dismissed as against Diocese. |
| | D.K.Schaeffer | 0.10 | $21.00 | Drafted correspondence to plaintiff's counsel in personal injury lawsuit previously dismissed as against the Diocese. |

| | Subtotal: | Hours: | 0.50 | |
|------|-----------|--------|------|--|
| | | Amount: | $105.00 | |

**B210: Business Operations**

| | | | | |
|------|--|-------|-----|-------------|
| 02/05/24 | D.K.Schaeffer | 0.10 | $21.00 | Received and reviewed governance and policy records from T. Uhl. |
| | D.K.Schaeffer | 0.10 | $21.00 | Exchanged correspondence with T. Uhl regarding governance and policy records. |
| 02/27/24 | M.C.Razmus | 0.20 | $37.00 | Reviewed St. Mark's Parish, school file pursuant to request from Diocesan Insurance Department. |
| | M.C.Razmus | 0.10 | $18.50 | Corresponded with Attorney Stoeckl regarding Diocesan Insurance Department request for St. Mark's Parish documents. |
| 02/28/24 | M.C.Razmus | 0.10 | $18.50 | Prepared correspondence to J. Scholl responding to St. Mark school documents inquiry. |
| | M.C.Razmus | 0.10 | $18.50 | Reviewed correspondence from J. Scholl regarding Diocesan Counseling Center. |
| | D.K.Schaeffer | 1.20 | $252.00 | Conferred with counsel for financial services company regarding issues of governance relative to investment account and potential reversionary interest to Diocese. |

Accounts Are Due Within 30 Days.

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

200 Delaware Avenue, Suite 900
Buffalo, NY 14202-2107

Federal Tax ID 27-0015651

TEL: (716) 416-7000
FAX: (716) 416-7001

April 3, 2024
Bill Number: 20012158

The Diocese of Buffalo, N.Y.

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 02/28/24 | D.K.Schaeffer | 1.80 | $378.00 | Researched matters concerning inquiries from counsel for financial services company regarding issues of governance relative to investment account and potential reversionary interest to Diocese. |
| | D.K.Schaeffer | 0.40 | $84.00 | Drafted follow up correspondence to counsel for financial services company regarding issues of governance relative to investment account and potential reversionary interest to Diocese. |

|  |  |  |  |
|--|--|--|--|
| Subtotal: | Hours: | 4.10 | |
| | Amount: | $848.50 | |

**Total Hours and Fees For This Matter:** 5.50 $1,142.50

| Matter Summary by Name | Hours | Rate | Total |
|------------------------|-------|------|-------|
| D. K. Schaeffer | 4.80 | $210.00 | $1,008.00 |
| K. H. McGraw | 0.20 | 210.00 | 42.00 |
| M. C. Razmus | 0.50 | 185.00 | 92.50 |
| **Total** | 5.50 | | $1,142.50 |

**TOTAL FOR THIS MATTER** $1,142.50