

U.S. Department of Justice

Office of the United States Trustee

*Western District of New York*

*Olympic Tower*
*300 Pearl Street, Suite 401*
*Buffalo, New York 14202*

Telephone: *(716) 551-5541*

Facsimile: *(716) 551-5560*

June 6, 2024

Honorable Carl L. Bucki, U.S.B.J.
United States Bankruptcy Court, W.D.N.Y.
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

   Re: *In re: The Diocese of Buffalo, N.Y.*
      <u>**Chapter 11 Case No. 20-10322-CLB**</u>

Dear Judge Bucki,

  The United States Trustee, Counsel for the Debtor referenced above, Bond, Schoeneck & King, PLLC (Stephen A. Donato, Esq.), and Counsel for the Official Committee of Unsecured Creditors, Gleichenhaus, Marchese & Weishaar, P.C. (Scott Bogucki, Esq.) have agreed to adjourn the joint hearing on certain applications for interim compensation and reimbursement of expenses (collectively, the "Applications").

  Accordingly, we respectfully request that the joint hearing, originally scheduled for Tuesday, June 11, 2024, be adjourned and re-scheduled for <u>***Monday, June 24, 2024 at 2:00 p.m.***</u> to consider the following Applications:

1. *Eighth Application for Interim Compensation for Bond, Schoeneck & King, PLLC as Counsel to The Diocese* [ECF Doc. No. 2898];

2. *Eighth Application for Interim Compensation for Blank Rome, LLP as Special Insurance Counsel for The Diocese* [ECF Doc. No. 2899];

3. *Eighth Application for Interim Compensation for The Tucker Group LLC as Communications Consultant for The Diocese* [ECF Doc. No. 2900];

4. *Seventh Application for Interim Compensation for Gibson, McAskill & Crosby, LLP as Special Counsel to The Diocese* [ECF Doc. No. 2901];

5. *Eighth Application for Interim Compensation for Chelus, Herdzik, Speyer & Monte, P.C. as Special Counsel for The Diocese* [ECF Doc. No. 2902];

6. *Eighth Application for Interim Compensation for Insurance Archeology Group as Insurance Archaeologist for The Diocese* [ECF Doc. No. 2903];

7. *Fourth Application for Interim Compensation for Bonadio & Co., LLP, as Accountants for The Diocese* [ECF Doc. No. 2904];

8. *Seventh Application for Interim Compensation for Hodgson Russ LLP as Special Counsel to The Diocese* [ECF Doc. No. 2905];

9. *Seventh Application for Interim Compensation for Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors* [ECF Doc. No. 2906];

10. *First Application for Interim Compensation for Burns Blair LLP, as Special Insurance Counsel to the Official Committee of Unsecured Creditors* [ECF Doc. No. 2907];

11. *Eighth Application for Interim Compensation for Connors LLP as Special Counsel to The Diocese* [ECF Doc. No. 2909];

12. *Seventh Application for Interim Compensation for Gleichenhaus, Marchese & Weishaar, P.C. as Co-Counsel to the Official Committee of Unsecured Creditors* [ECF Doc. No. 2912]; and,

13. *Seventh Application for Interim Compensation for Jones Day as Special Counsel to The Diocese* [ECF Doc. No. 2921].

If you have any questions or wish to further discuss this request, please call. Thank you for your consideration in this matter.

Respectfully submitted,

OFFICE OF THE UNITED STATES TRUSTEE

Joseph W. Allen, Esq.
Assistant United States Trustee

cc: Stephen A. Donato, Esq., *Counsel for the Debtor*
(*via email to* sdonato@bsk.com)

Scott Bogucki, Esq., *Counsel for the Creditors' Committee*
(*via email to* sbogucki@gmwlawyers.com)