UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.

           Debtor.

Case No. 20-10322 (CLB)

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362], Jones Day has filed the *Monthly Fee Statement of Jones Day for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Diocese of Buffalo, N.Y. for the Period May 1, 2024 Through May 31, 2024,* a copy of which is attached hereto and hereby served upon you.

Dated: July 17, 2024

                                        */s/ John D. Goetz*
                                        John D. Goetz
                                        Jones Day
                                        500 Grant Street, Suite 4500
                                        Pittsburgh, PA 15219-2514
                                        Telephone: (412) 391-3939
                                        Email: jdgoetz@jonesday.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.

         Debtor.

Case No. 20-10322 (CLB)

Chapter 11

**MONTHLY FEE STATEMENT OF JONES DAY FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DIOCESE OF BUFFALO, N.Y. FOR THE PERIOD MAY 1, 2024 THROUGH MAY 31, 2024**

| | |
|---|---|
| Name of Applicant: | Jones Day |
| Authorized to Provide Professional Services to: | The Diocese of Buffalo, N.Y. Debtor and Debtor in Possession |
| Date of Retention: | Order entered February 23, 2021 [Docket No. 905] *Nunc Pro Tunc* to December 1, 2020 |
| Period for which Compensation and Reimbursement is Sought: | May 1, 2024 through May 31, 2024 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary (after 20% discount and 20% holdback): | $39,884.80 (80% of $49,856.00) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |

This is a: __X__ monthly ____ quarterly ____ final application.

This is Jones Day's thirty-seventh monthly fee statement in this case.

# JONES DAY

**Pittsburgh Office**
500 Grant Street, Suite 4500
Pittsburgh, PA  15219-2514
**(412) 391-3939**
**Federal Identification Number:  34-0319085**

July 15, 2024                                                                                                                  764596
                                                                                                              Invoice: 241401938

Roman Catholic Diocese of Buffalo
795 Main Street
Buffalo, NY  14203
United States of America

For legal services rendered for the period through May 31, 2024:

|  | Hours |  | Amount |
|---|---|---|---|
| State of New York v. Diocese of Buffalo, et al. | 40.70 |  | 45,674.00 |
| Fee/Employment Applications | 5.90 |  | 4,182.00 |
| Total Fees | 46.60 | USD | 49,856.00 |
| **TOTAL** |  | USD | **49,856.00** |

Timekeeper/Fee Earner Summary – May 31, 2024

| Timekeeper/Fee Earner Name | Title | Bar Year | Hours | Discounted[1] Rate | Amount |
|---|---|---|---|---|---|
| T R Geremia | Partner | 1999 | 20.80 | 1,220.00 | 25,376.00 |
| J D Goetz | Partner | 1986 | 20.80 | 1,020.00 | 21,216.00 |
| Total | | | 41.60 | | 46,592.00 |
| C J Farley | Associate | 2023 | 2.80 | 680.00 | 1,904.00 |
| N P Yeary | Associate | 2021 | 1.40 | 720.00 | 1,008.00 |
| Total | | | 4.20 | | 2,912.00 |
| C M Gugg | Paralegal | | 0.80 | 440.00 | 352.00 |
| Total | | | 0.80 | | 352.00 |
| **Total** | | | **46.60** | **USD** | **49,856.00** |

[1] Discounted rates reflect a 20% discount to Jones Day's standard rates, as agreed between Jones Day and the Diocese and as disclosed in the *Supplemental Declaration of Bishop Michael William Fisher in Support of the Retention of Jones Day as Special Counsel to the Diocese* [Docket No. 874].

# JONES DAY

764596                                              Page: 3  
July 15, 2024  
Roman Catholic Diocese of Buffalo           Invoice: 241401938

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|

**State of New York v. Diocese of Buffalo, et al.**

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 05/01/24 | T R Geremia | 0.80 | 976.00 |

Draft analysis of audit report.

| 05/01/24 | J D Goetz | 0.30 | 306.00 |
|---|---|---|---|

Review open questions in first draft of audit report, email to T. Geremia regarding responses to same after seeing second draft from auditor.

| 05/03/24 | T R Geremia | 0.30 | 366.00 |
|---|---|---|---|

Meet with J. Goetz and C. Neumann regarding audit report.

| 05/03/24 | J D Goetz | 1.50 | 1,530.00 |
|---|---|---|---|

Conversations regarding second draft of audit report, issuance of letter or statement in response to audit report, follow-up email to Diocese team regarding conference call to discuss same (1.2); meet with T. Geremia, C. Neumann regarding second draft audit report from auditor (.3).

| 05/05/24 | J D Goetz | 0.30 | 306.00 |
|---|---|---|---|

Review, analyze first-year audit report, scope of second year audit.

| 05/06/24 | T R Geremia | 0.70 | 854.00 |
|---|---|---|---|

Meet with client regarding audit report.

| 05/06/24 | J D Goetz | 1.00 | 1,020.00 |
|---|---|---|---|

Prepare for (.3), attend call with Diocese team, T. Geremia, L. Quinlan regarding preparation for receipt of second draft of first-year audit report, anticipated follow-up points to raise following review of same, draft letter from Bishop Fisher to address management comments in response to audit report (.7).

| 05/07/24 | J D Goetz | 0.70 | 714.00 |
|---|---|---|---|

Review second-year audit plan, comments on draft first-year plan, to prepare for revised draft of first-year audit plan.

| 05/08/24 | T R Geremia | 0.40 | 488.00 |
|---|---|---|---|

Correspondence regarding audit report.

| 05/08/24 | J D Goetz | 0.30 | 306.00 |
|---|---|---|---|

Review email from L. Quinlan regarding update on audit report, email to T. Geremia regarding comments on same.

| 05/09/24 | T R Geremia | 1.70 | 2,074.00 |
|---|---|---|---|

Correspondence regarding audit report.

| 05/09/24 | J D Goetz | 0.50 | 510.00 |
|---|---|---|---|

Review, respond to emails regarding second draft audit report, as requested.

| 05/10/24 | T R Geremia | 0.40 | 488.00 |
|---|---|---|---|

Correspondence regarding audit report.

| 05/10/24 | J D Goetz | 0.70 | 714.00 |
|---|---|---|---|

Review emails from T. Geremia, L. Quinlan regarding second draft audit report (.3); further emails regarding second draft audit report, review email regarding same (.4).

# JONES DAY

764596  
Roman Catholic Diocese of Buffalo

Page: 4  
July 15, 2024  
Invoice: 241401938

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|
| 05/13/24 | T R Geremia | 1.60 | 1,952.00 |

Draft correspondence regarding audit and correspondence with L. Quinlan and J. Goetz regarding same.

| 05/13/24 | J D Goetz | 1.20 | 1,224.00 |

Various emails, revisions to first year audit period, emails to T. Geremia and L. Quinlan regarding comments on same.

| 05/14/24 | T R Geremia | 1.60 | 1,952.00 |

Review draft of audit report and correspondence with J. Goetz regarding same.

| 05/14/24 | J D Goetz | 2.00 | 2,040.00 |

Review, respond to various emails from T. Geremia, L. Quinlan regarding comments on second draft of audit report, possible revisions to second draft (.7); review, analyze second draft of audit report, follow-up issues in response to auditor questions (1.3).

| 05/15/24 | T R Geremia | 0.60 | 732.00 |

Review draft audit report and consider response to same.

| 05/15/24 | J D Goetz | 1.30 | 1,326.00 |

Email to T. Geremia regarding strategy and points for responding to second draft of audit report, as forwarded by Kinsale team (.3); attend call with T. Geremia, L. Quinlan to discuss Diocese comments to second draft of audit report, points to make in letter responding to auditor (.7); further emails regarding letter responding to second draft of audit report, upcoming call to discuss same (.3).

| 05/16/24 | T R Geremia | 1.00 | 1,220.00 |

Correspondence regarding audit report.

| 05/16/24 | J D Goetz | 0.90 | 918.00 |

Attend call to discuss draft responses to second draft of first-year audit report (.5); follow-up emails to T. Geremia and L. Quinlan regarding open items in second draft of audit report (.4).

| 05/17/24 | T R Geremia | 3.10 | 3,782.00 |

Draft correspondence regarding audit report.

| 05/17/24 | J D Goetz | 0.20 | 204.00 |

Review initial draft letter regarding comments on second draft of audit report for first-year period.

| 05/20/24 | T R Geremia | 1.60 | 1,952.00 |

Finalize letter to auditor and review The Office of the Attorney General letter to auditor.

| 05/20/24 | J D Goetz | 1.80 | 1,836.00 |

Review, revise and finalize letter to Kinsale team providing Diocese comments to second draft of audit report (.8); emails to T. Geremia regarding finalizing same (.2); review The Office of the Attorney General correspondence providing comments on second draft of audit report (.4), email to T. Geremia and L. Quinlan regarding comments on The Office of the Attorney General letter and plan for addressing statements in same (.4).

| 05/21/24 | T R Geremia | 1.10 | 1,342.00 |

Correspondence with client regarding audit report and parties' letters in connection with same.

| 05/21/24 | J D Goetz | 1.80 | 1,836.00 |

Attend call with Diocese team, T. Geremia, L. Quinlan to discuss The Office of the Attorney General May 20 letter providing comments on second draft of first-year audit report (.5); follow-up call regarding results of discussion with Diocese, timetable for letter concerning audit report and finalization of first-year audit

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|
| | report (.8); email to T. Geremia, L. Quinlan regarding letter concerning first-year audit report, in light of The Office of the Attorney General May 20 letter providing comments on second draft of report (.5). | | |
| 05/24/24 | T R Geremia | 0.50 | 610.00 |
| | Correspondence regarding audit report. | | |
| 05/24/24 | J D Goetz | 1.00 | 1,020.00 |
| | Review emails from T. Geremia, L. Quinlan regarding comments on updated draft of audit report (.2); emails regarding completion of letter for final audit report; attend call with T. Geremia to discuss topics to be addressed in letter in view of second draft of audit report, timing of letter to be appended to final audit report (.8). | | |
| 05/27/24 | J D Goetz | 1.00 | 1,020.00 |
| | Review, take notes on updated draft of audit report, for points to include in letter to append to final version of same. | | |
| 05/28/24 | T R Geremia | 2.50 | 3,050.00 |
| | Drafting summary for audit report. | | |
| 05/28/24 | J D Goetz | 0.30 | 306.00 |
| | Email to T. Geremia, L. Quinlan regarding additional comments on draft audit report, outline for letter relating to same. | | |
| 05/29/24 | T R Geremia | 0.80 | 976.00 |
| | Revise summary for audit report. | | |
| 05/29/24 | J D Goetz | 1.00 | 1,020.00 |
| | Review, provide comments on draft management letter responding to first-year audit report (.4); emails to T. Geremia regarding finalizing draft letter and anticipated follow-up issues with The Office of the Attorney General after release of audit report (.4); review emails from Diocese team regarding comments on draft management letter, timetable for finalizing same (.2). | | |
| 05/30/24 | J D Goetz | 1.00 | 1,020.00 |
| | Meet with C. Neumann regarding update on audit report, forthcoming final version and date of release of same (.2); review final executed management letter for audit report (.4); follow up emails regarding Diocese comments, procedure for attaching to final audit report, timetable for same (.4). | | |
| 05/31/24 | T R Geremia | 2.10 | 2,562.00 |
| | Meeting regarding summary of audit report and revising summary in connection with same. | | |
| 05/31/24 | J D Goetz | 1.10 | 1,122.00 |
| | Review emails regarding further revisions to letter to be appended to final audit report, email to T. Geremia regarding comments on further revised draft (.4); meet with client regarding document retention, emails regarding case strategy (.7). | | |
| | **Matter Total** | **40.70** | USD     **45,674.00** |

**Fee/Employment Applications**

| | | | |
|---|---|---|---|
| 05/09/24 | C J Farley | 0.70 | 476.00 |
| | Revise and edit draft Seventh Interim Fee Application. | | |

# JONES DAY

764596    Page: 6
July 15, 2024
Roman Catholic Diocese of Buffalo    Invoice: 241401938

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|
| 05/09/24 | J D Goetz | 0.40 | 408.00 |

Revise first draft of Seventh Interim Fee application, review underlying time records regarding same, email to N. Yeary regarding revisions and comments on draft.

| | | | |
|---|---|---|---|
| 05/10/24 | C J Farley | 0.80 | 544.00 |

Revise and edit the Seventh Interim Fee Application.

| | | | |
|---|---|---|---|
| 05/10/24 | J D Goetz | 0.50 | 510.00 |

Revise Interim Fee Application, email to N. Yeary regarding revisions to same.

| | | | |
|---|---|---|---|
| 05/15/24 | C J Farley | 0.40 | 272.00 |

Correspondence with N. Yeary regarding filing the seventh interim fee application (.1); revise seventh interim fee application (.3).

| | | | |
|---|---|---|---|
| 05/16/24 | C J Farley | 0.90 | 612.00 |

Revise seventh interim fee application in preparation for filing (.7); correspondence with C. Gugg (Jones Day) regarding filing the seventh interim fee application (.2).

| | | | |
|---|---|---|---|
| 05/16/24 | C M Gugg | 0.80 | 352.00 |

Review, assemble exhibits and e-file interim fee application.

| | | | |
|---|---|---|---|
| 05/16/24 | N P Yeary | 1.40 | 1,008.00 |

Revise interim fee application, communicate with Farley and Gugg regarding same.

|  | **Matter Total** | **5.90** | **USD** | **4,182.00** |
|---|---|---|---|---|