Chief Judge Carl L. Bucki  7/19/ 2024
U. S. Bankruptcy Court
Western District of New York
2 Niagara Square Buffalo N. Y.   14202

Your Honor,

Last week in the Buffalo News the spokesman for the Diocese stated "the Unsecured Creditors Committee represents the interests of all abuse claimants." To remove any possibility of ambiguity or doubt the Unsecured Creditors Committee **does not represent claimant AB 714 doe /John Quain.** Quain alone will determine the terms of any release of legal liability or indemnification regarding his claim. The Supreme Court requires unanimity of claimants to validate a global agreement. Counsel for defendants has ignored entreaties to resolve issues raised by the claimant and bears responsibility for delaying any resolution. It is not enough the bishops and priests and nuns escaped criminal responsibility their hubris extends to avoiding social responsibility, not on my watch.

Claimant

*John Quain*

FILED JUL 2 2 2024 BANKRUPTCY COURT BUFFALO, NY