UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

Case No.: 20-10322
Chapter 11

Debtor,

# CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE MONTHLY FEE STATEMENT OF BOND, SCHOENECK & KING, PLLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DIOCESE OF BUFFALO, N.Y. FOR THE PERIOD MAY 1, 2024 THROUGH MAY 31, 2024

Pursuant to this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362] (the "Interim Compensation Order"), the undersigned hereby certifies that on August 22, 2024, Bond, Schoeneck & King, PLLC ("Bond") filed its *Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Diocese of Buffalo, N.Y. for the Period May 1, 2024 through May 31, 2024* [Docket No. 3096] (the "Monthly Fee Statement") and no objections to the Monthly Fee Statement have been filed.

Accordingly, pursuant to the Interim Compensation Order, The Diocese of Buffalo, N.Y. is authorized to pay on an interim basis eighty percent (80%) of Bond's fees and one hundred percent (100%) of Bond's expenses, as reflected in the Monthly Fee Statement.

Dated: September 6, 2024　　　　　　　　　　BOND, SCHOENECK & KING, PLLC

　　　　　　　　　　　　　　　　　　　　By:　　　*/s/ Stephen A. Donato*
　　　　　　　　　　　　　　　　　　　　　　Stephen A. Donato, Esq.
　　　　　　　　　　　　　　　　　　　　　　Charles J. Sullivan, Esq.
　　　　　　　　　　　　　　　　　　　　　　Grayson T. Walter, Esq.
　　　　　　　　　　　　　　　　　　　　　　One Lincoln Center
　　　　　　　　　　　　　　　　　　　　　　Syracuse, NY 13202-1355
　　　　　　　　　　　　　　　　　　　　　　Telephone: (315) 218-8000
　　　　　　　　　　　　　　　　　　　　　　Emails:　sdonato@bsk.com
　　　　　　　　　　　　　　　　　　　　　　　　　　csullivan@bsk.com
　　　　　　　　　　　　　　　　　　　　　　　　　　gwalter@bsk.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for The Diocese of Buffalo, N.Y.*