UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No.: 20-10322-CLB
Chapter: 11

## NOTICE OF FILING

PLEASE TAKE NOTICE that, in accordance with the Order entered July 9, 2020 [Docket No. 442] *Nunc Pro Tunc* to February 28, 2020, Connors LLP has filed the Monthly Fee Statement of Connors LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Diocese of Buffalo, N.Y., for the Period July 1, 2024 – July 31, 2024, a copy of which is attached hereto and hereby served upon you.

DATED: Buffalo, New York
September 17, 2024

s/ Randall D. White
Randall D. White, Esq.
**CONNORS LLP**
*Special Counsel for Debtor*
*The Diocese of Buffalo, N.Y.*
1000 Liberty Building
Buffalo, New York 14202
(716) 852-5533

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

The Diocese of Buffalo, N.Y.,

Case No.: 20-10322-CLB
Chapter: 11

Debtor.

## MONTHLY FEE STATEMENT OF CONNORS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DIOCESE OF BUFFALO, N.Y. FOR THE PERIOD JULY 1, 2024 THROUGH JULY 31, 2024

| Name of Applicant: | Connors LLP |
|---|---|
| Authorized to Provide Professional Services to: | The Diocese of Buffalo, N.Y., Debtor-in-Possession |
| Date of Retention: | Order entered July 9, 2020 [Docket No. 442] *Nunc Pro Tunc* to February 28, 2020 |
| Period for which compensation and reimbursement is sought: | July 1, 2024 – July 31, 2024 |
| Amount of compensation sought as actual, reasonable, and necessary: | 80% of $4,300.00 ($3,440.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $162.86 |

This is a:   __X__ monthly ___ quarterly ___ final application.

This is the _____ monthly fee statement of Connors LLP in this case.

# CONNORS LLP
1000 Liberty Building
Buffalo, NY 14202
TAX ID NO. 16-1282035

August 30, 2024

| | | |
|---|---|---|
| | Invoice# 41952 | RDW |
| DIOCESE OF BUFFALO | Our file# 002700 | 00006 |
| 795 Main Street | Billing through | 07/31/2024 |
| Buffalo, NY 14203 | | |

## MISCELLANEOUS MATTERS

### PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/03/2024 | TMC | (Misc) Responding to inquiries from certain interested parishioners regarding some of the mergers and the effect of the bankruptcy. | 0.40 hrs. | 250 /hr | 100.00 |
| 07/05/2024 | LFQ | (Independent Review Board) Review materials sent by Victim's Assistant Coordinator regarding anonymous allegations (.2); prepare documents with instructions as to how to handle matter in accordance with policies (.3). | 0.50 hrs. | 250 /hr | 125.00 |
| 07/06/2024 | TMC | (Independent Review Board) Receipt of input from several individuals regarding some of the actions taken by the Review Board and explaining the process to these individuals as well as the outcome of the review. | 0.40 hrs. | 250 /hr | 100.00 |
| 07/08/2024 | LFQ | (Misc) Review and respond to request from Chancery representative regarding press release. | 0.20 hrs. | 250 /hr | 50.00 |
| 07/12/2024 | LFQ | (Independent Review Board) Teleconference with Independent Review Board Chair, a portion of which included participation by a representative of the United States Conference of Catholic Bishop's Secretariat of Child Youth Protection, regarding a potential future visit to our | 1.50 hrs. | 250 /hr | 375.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Diocese. | | | |
| 07/12/2024 | RMV | (Audit) Finalize annual audit (1.0); draft memos for future audits (1.0). | 2.00 hrs. | 100 /hr | 200.00 |
| 07/16/2024 | LFQ | (Independent Review Board) Communications with Independent Review Board Chair and Chancery representative regarding inviting USCCB representative to Independent Review Board meeting. | 0.40 hrs. | 250 /hr | 100.00 |
| 07/19/2024 | LFQ | (Misc) Communications with attorney for claimant to obtain permission to use Proof of Claim in canon law proceedings (.4); communications with diocesan canon lawyer regarding same (.2). | 0.60 hrs. | 250 /hr | 150.00 |
| 07/23/2024 | LFQ | (Misc) Respond to District Attorney's Office request for information. | 0.50 hrs. | 250 /hr | 125.00 |
| 07/24/2024 | LFQ | (Independent Review Board) Communications with Independent Review Board Chair and Chancery representative regarding next Independent Review Board meeting. | 0.20 hrs. | 250 /hr | 50.00 |
| 07/29/2024 | LFQ | (Misc) Review new inquiry from District Attorney's Office (.4); review files to respond to same (.8); communications with Chancery representatives regarding same (.3); communications with attorney for claimant (.6); communication with Chancery representative regarding recent report of abuse occurring decades ago (.2). | 2.30 hrs. | 250 /hr | 575.00 |
| 07/30/2024 | LFQ | (Misc) Communications with District Attorney's Office regarding reports of adult abuse (.2); communication with Chancery representatives regarding same (.2); | 0.60 hrs. | 250 /hr | 150.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | communications with Safe Environment Program Director regarding audit (.2). | | | |
| 07/31/2024 | LFQ | (Misc) Prepare memorandum for Chancery representative regarding responding to media inquiry (.7); communications with Chancery representative regarding same (.3). | 1.00 hrs. | 250 /hr | 250.00 |

　　　　　　　　　　　　Total fees for this matter　　　　　　　　　　　　$2,350.00

**BILLING SUMMARY**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Connors, Terrence M. | Partner | 0.80 hrs | 250 /hr | 200.00 |
| Quinlan, Lawlor F. III | Partner | 7.80 hrs | 250 /hr | 1,950.00 |
| Valkwitch, Rachel M. | Legal Assistant | 2.00 hrs | 100 /hr | 200.00 |
| **TOTAL FEES** | | 10.60 hrs | | **$2,350.00** |
| **TOTAL CHARGES FOR THIS BILL** | | | | **$2,350.00** |

# CONNORS LLP
1000 Liberty Building
Buffalo, NY 14202
TAX ID NO. 16-1282035

August 30, 2024

| | | |
|---|---|---|
| | Invoice# 41953 | RDW |
| DIOCESE OF BUFFALO | Our file# 002700 | 00046 |
| 795 Main Street | Billing through | 07/31/2024 |
| Buffalo, NY 14203 | | |

CHILD VICTIMS ACT

<u>PROFESSIONAL SERVICES</u>

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/05/2024 | RDW | Emails regarding representation in CVA actions and substitution of counsel. | 0.40 hrs. | 250 /hr | 100.00 |
| 07/05/2024 | TMC | Confer with our team regarding the significance of the recent case decided by the U.S. Supreme Court dealing with bankruptcy and other issues that may be relevant to the CVA litigation. | 0.60 hrs. | 250 /hr | 150.00 |
| 07/08/2024 | RDW | Emails with co-defense counsel regarding further handling of claims against parishes in state court actions (.8); emails regarding response to insurers' discovery requests (.2). | 1.00 hrs. | 250 /hr | 250.00 |
| 07/11/2024 | RDW | Telephone conference with other NYS diocesan counsel regarding developments in other CVA litigation (.4); emails with co-defense counsel regarding production of documents in response to insurers demands (.4). | 0.80 hrs. | 250 /hr | 200.00 |
| 07/12/2024 | RDW | Emails regarding production of documents in response to insurer's demands. | 0.20 hrs. | 250 /hr | 50.00 |
| 07/15/2024 | RDW | Receipt and review of inquiry from counsel for affiliated stay entity regarding status and future proceedings (.4); emails regarding representation of parishes in state court CVA | 0.60 hrs. | 250 /hr | 150.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | actions (.2). | | | |
| 07/16/2024 | RDW | Review of file regarding response to inquiry from counsel for affiliated stay parties (.4); telephone conference with CVA co-defense counsel regarding above and substitution of counsel as to parishes (.4). | 0.80 hrs. | 250 /hr | 200.00 |
| 07/17/2024 | RDW | Preparation of consent to change attorney forms for parishes in state court CVA actions. | 0.40 hrs. | 250 /hr | 100.00 |
| 07/22/2024 | RDW | Respond to inquiry from counsel for affiliated stay entity (.3); emails regarding representation of parishes in CVA action (.3). | 0.60 hrs. | 250 /hr | 150.00 |
| 07/23/2024 | RDW | Preparation of substitutions of counsel by parishes in state court actions (.2); preparation of response to inquiry from counsel for affiliated stay party regarding status and further handling of CVA action (.8). | 1.00 hrs. | 250 /hr | 250.00 |
| 07/24/2024 | RDW | Emails with counsel for affiliated stay party regarding further handling of state court CVA action. | 0.40 hrs. | 250 /hr | 100.00 |
| 07/25/2024 | RDW | Telephone conference with counsel for affiliated stay party to discuss his inquiry about status and further handling of state court CVA action. | 1.00 hrs. | 250 /hr | 250.00 |

　　　　　　　　　　　Total fees for this matter　　　　　　　　　　　　$1,950.00

DISBURSEMENTS
07/15/2024　JUNE - MONTHLY DATA STORAGE AND HOSTING　　　162.86
　　　　　　　　Total disbursements for this matter　　　　　　　　　　$162.86

**BILLING SUMMARY**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Connors, Terrence M. | Partner | 0.60 hrs | 250 /hr | 150.00 |
| White, Randall D. | Partner | 7.20 hrs | 250 /hr | 1,800.00 |
| TOTAL FEES | | 7.80 hrs | | $1,950.00 |

TOTAL DISBURSEMENTS　　　　　　　　　　　　　　　　　　　$162.86
TOTAL CHARGES FOR THIS BILL　　　　　　　　　　　　　　　$2,112.86