

LOS ANGELES
10100 SANTA MONICA BLVD. 13TH FL.
LOS ANGELES, CALIFORNIA 90067-4003
310.277.6910

NEW YORK
780 THIRD AVENUE, 34TH FL.
NEW YORK, NEW YORK 10017-2024
212.561.7700

WILMINGTON
919 NORTH MARKET STREET, 17TH FLOOR,
P.O. BOX 8705
WILMINGTON, DELAWARE 19899-8705
302.652.4100

HOUSTON
700 LOUISIANA STREET, STE. 4500
HOUSTON, TEXAS 77002
713.691.9385

SAN FRANCISCO
ONE SANSOME STREET, 34TH FL. STE. 3430
SAN FRANCISCO, CALIFORNIA 94104
415.263.7000

Ilan D. Scharf　　　　　October 16, 2024　　　　　212.561.7721
　　　　　　　　　　　　　　　　　　　　　　　ischarf@pszjlaw.com

Chief Judge Carl L. Bucki
United States Bankruptcy Court
Western District of New York
Robert H. Jackson U.S. Courthouse
2 Niagara Square
Buffalo, NY 14202

　　　Re:　The Diocese of Buffalo, N.Y.\Proposed Mediators
　　　　　 United States Bankruptcy Court, Western District of
　　　　　 <u>New York, Case 1-20-10322-CLB</u>

Dear Judge Bucki:

　　　We write in response to the Diocese of Buffalo's letter to this Court dated October 16, 2024 regarding selection of proposed mediators.

　　　The Committee requests that the Court appoint the Honorable Christopher Sontchi (retired bankruptcy judge) as the proposed mediator in this case. The Committee believes that Judge Sontchi is eminently qualified to serve as mediator in this case. He served as a Bankruptcy Judge for the District of Delaware from 2006 through 2021, including three years as Chief Judge. Since his retirement from the bench, he serves as an International Judge on the Singapore International Commercial Court and as Arbitrator on the Singapore International Arbitration Centre. He also maintains an active mediation practice and mediated dozens of complex matters while on the bench. As a judge, he presided over the chapter 11 case of the Diocese of Wilmington, Delaware. He is currently serving as mediator in the chapter 11 diocese cases of Ogdensburg, NY, Oakland, CA and San Francisco, CA. A copy of his resume is attached hereto.

　　　The Committee strongly urges the Court to select a mediator committed to holding mediation sessions in Buffalo where most



members of the Committee reside and because employed Committee members may be unable to attend mediation sessions if they are required to travel to New York City (where Judge Chapman is based) or Boston (where Mr. Finn is based). Judge Sontchi confirmed his willingness and availability to serve as mediator in this case and to hold all mediation sessions in Buffalo .

    We ask the Court to independently confirm with each proposed mediator that they are willing and available to mediate the case in Buffalo.

Respectfully,

*Ilan D. Scharf*

Ilan D. Scharf

IDS:JGW

 

# Sontchi, LLC

## Insolvency, Restructuring & Complex Litigation Expertise

CHRISTOPHER S. SONTCHI

Sontchi@SontchiLLC.com | +1 302.562.6360

**EDUCATION**
    **The University of Chicago Law School**, Juris Doctor
    **The University of North Carolina at Chapel Hill**, Bachelor of Arts with Distinction, *Phi Beta Kappa*

**AWARDS**
    **Association of Insolvency and Restructuring Advisors Judicial Service Award**

**EXPERIENCE**
    **Sontchi, LLC** | Mediator, Arbitrator, Expert Consultant and Witness
- High rate of success as mediator for resolution of complex commercial disputes.
- Trusted expert on issues of commercial and bankruptcy law

    **Singapore International Commercial Court** | International Judge
- Appointed 2022 as International Judge focusing on insolvency matters.
- Leading effort to establish first international insolvency court focused on South and Southeast Asia.

    **Singapore International Arbitration Centre** | Board of Arbitrators
- Appointed 2023

    **United States Bankruptcy Court for the District of Delaware** | Judge
- Chief Judge 2018-2021.
- Served 2006-2022.
- Presided over many of the most complex corporate restructurings in the United States and issued over 200 written decisions and countless bench rulings.
- Extensive practical experience as a judicial mediator, successfully handling such complex cases as *Mallinckrodt plc*, and *MD Helicopters*.

    **Ashby & Geddes** | Attorney
- Bankruptcy practitioner 1993-2006.
- Represented clients in all aspects of bankruptcy, including debtors, official and unofficial committees, secured creditors, trade vendors, landlords, parties to executory contracts, purchasers of assets, litigation parties, and directors, officers, and employees.

    **Delaware Supreme Court** | Law Clerk to Hon. Joseph T. Walsh

**BAR ADMISSIONS**
    **State Bar Admissions**
        Delaware
    **Federal Bar Admissions**
        U.S. Court of Appeals for the 3rd Circuit
        U.S. District Court for the District of Delaware

**APPOINTMENTS, COMMISSIONS & COMMITTEES**
    **The University of Chicago Law School**, Lecturer in Law
    **Widener University Delaware Law School**, Adjunct Professor
    **World Bank Group**, Consultant
    **American College of Bankruptcy**, Fellow
    **Singapore Global Restructuring Initiative**, **International Advisory Council**, member
    **The University of Chicago Law School Center on Law and Finance, Founders' Committee**, Distinguished Member
    **International Insolvency Institute**, member
    **Judicial Insolvency Network**, founding member
    **National Conference of Bankruptcy Judges**, member
    **American Bankruptcy Institute**, member
    **INSOL International**, member
    **American Bankruptcy Institute Commission to Study the Reform of Chapter 11**, committee member

**PUBLICATIONS**
    **Edward R. Morrison, Mark J. Roe, and Christopher S. Sontchi, Rolling Back the Repo Safe Harbors**, 69 The Business Lawyer, No. 4, 1015 (August 2014)
    **Christopher S. Sontchi, Valuation Methodologies: A Judge's View**, 20 American Bankruptcy Institute Law Review, No.1, 1 (Spring 2012)
    **Christopher S. Sontchi and Bruce Grohsgal, Should the Appointment of a Committee of Unsecured Creditors Be Made Optional in Chapter 11 Cases?** XXXVIII ABI Journal, No. 11 (November 2019)
    **Christopher S. Sontchi, Loan to Own is Back – With a Twist**, 27 Journal of Corporate Renewal, No. 6, 30-33 (July/August 2014)
    **Christopher S. Sontchi, Mortgages Should Be Removed from Repo Agreement Safe Harbors**, XXXIII ABI Journal, No. 6, 10-11, 63 (June 2014)
    **Christopher S. Sontchi, Top 10 Things I Have Learned Since I Took the Bench,** XXVII ABI Journal, No. 6, 46-47, 78 (July/August 2008)

**CONGRESSIONAL TESTIMONY**
    *Exploring Chapter 11 Reform: Corporate and Financial Institution Insolvencies; Treatment of Derivatives*, Hearing Before the House Subcommittee on Regulatory Reform, Commercial, & Antitrust Law of the House Committee of the Judiciary, 113th Cong. 6 (Mar. 26, 2014)