UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

The Diocese of Buffalo, N.Y.,

        Debtor

Case No.: 20-10322-CLB
Chapter: 11

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE TWENTY-SIXTH MONTHLY FEE STATEMENT OF GIBSON, McASKILL & CROSBY, LLP, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DIOCESE OF BUFFALO, N.Y. FOR THE PERIOD OF JUNE 1, 2024 TO SEPTEMBET 30, 2024**

    Pursuant to this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362] (the "Interim Compensation Order")[1], the undersigned hereby certifies that on March 27, 2024, Gibson, McAskill & Crosby, LLP filed its *Twenty-Sixth Monthly Fee Statement of Gibson, McAskill & Crosby, LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Diocese of Buffalo for the period June 1, 2024 through September 30, 2024* (Docket No. 3215) (the "Monthly Fee Statement") and no objections to the Monthly Fee Statement have been filed.

    Accordingly, pursuant to the Interim Compensation Order, The Diocese of Buffalo, N.Y. is authorized to pay on an interim basis eighty percent (80%) of Gibson, McAskill & Crosby, LLP's fees and one hundred percent (100%) of Gibson, McAskill & Crosby, LLP's expenses, as reflected in the Monthly Fee Statement.

---

[1] Capitalized terms used but not defined shall have the meanings ascribed to them in the Interim Compensation Order.

Dated: October 28, 2024  
Buffalo, New York

s/ *Robert G. Scumaci*
_____
ROBERT G. SCUMACI, ESQ.
Gibson, McAskill & Crosby, LLP
*Special Counsel for Debtor,*
*THE DIOCESE OF BUFFALO, N.Y.*
69 Delaware Avenue, Suite 900
Buffalo, New York 14202
(716) 856-4200