UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No. 20-10322-CLB

Chapter 11

**JOINDER OF STEVE BOYD, P.C. TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' OPPOSITION TO CONTINENTAL'S MOTION TO COMPEL CLAIMANTS' ATTORNEYS TO MAKE MANDATORY RULE 2019 DISCLOSURES**

Steve Boyd, P.C. hereby submits its joinder to *The Official Committee of Unsecured Creditors' Opposition to Continental's Motion to Compel Claimants' Attorneys to Make Mandatory Rule 2019 Disclosures* (the "Opposition") [Docket No. 3274]. Steve Boyd, P.C. hereby joins in the Opposition, which is incorporated herein by reference for all purposes.

Dated:   October 29, 2024
         Buffalo, New York

/s/ Stephen Boyd, Esq.
Stephen Boyd, Esq.
Steve Boyd, P.C.
*Attorneys for Certain Abuse Survivor Claimants*
2969 Main Street, Suite 100
Buffalo, New York 14214
(716) 600-0000
sboyd@steveboyd.com