Honorable Carl L. Bucki
United States Bankruptcy Court
Western District of New York
United States Courthouse
2 Niagara Square
Buffalo, New York 14202

October 29, 2024

Dear Judge Bucki:

I Steven W. Slosson am the back-up bidder for 711 Knox Road East Aurora, NY 14052. I attended the bidding hearing with my brother, John H. Slosson, and we bid a total of $4,100,000.00 cash liquid within 5 business days for the former Christ the King Seminary.

In my original Letter of Intent which was taken to the Diocese Sunday, March 31, 2024 which stated I was willing to pay $3,500,000.00 plus my personal property "Libre du Cardinals" a rare hand scribed Latin early historical accounting of the establishment of the Cardinals, which I believe came into the possession of the Catholic Diocese from my personal library. Because this was done without my knowledge I was asking the Diocese to add $2,000,000.00 onto my bid of $3,500,000.00, bringing my bid to a total of $5,500,000.00.

Since I have raised by bid to $4,100,000.00 in cash, my bid now sits at $6,100,000.00 consisting of cash along with the value of my personal property "Libre du Cardinals". I have not heard back form the Diocese regarding my personal property, "Libre du Cardinal" and am wondering if it was submitted under "Personal Property" in the bidding process on my behalf

I know time is of the essence to the Diocese, i.e. the bidding took place October 28 and we were to close 5 business days after Monday; but I have not heard back from the Diocese so I am writing the Bankruptcy Court if my "personal property" was included as part of the sale. It is my understanding that I am still be back-up bidder for the sale of the property but I have never heard back as to the status of my offer of my "personal property". My lawyer, Peter Pfaff, is sending in a Certified Bank check for $20,000.00, because my new cash offer is $200,000.00 above my bid offer of $4,100,000.00, plus my "personal property value" of $2,000,000.00; bringing my total bid to $6,100,000.00 consisting of cash and personal property.

Respectfully submitted,

*Steven W. Slosson*

Steven W. Slosson
Back-up Bidder
Former Christ the King Seminary

FILED NOV -1 2024 BANKRUPTCY COURT BUFFALO, NY