UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, New York

Debtor.

Case No. 20-10322 (CLB)

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362], Burns Bair LLP has filed the *Monthly Fee Statement of Burns Bair LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Buffalo, New York, for the Period October 1, 2024 through October 31, 2024,* a copy of which is attached hereto and hereby served upon you.

Dated: November 21, 2024         **BURNS BAIR LLP**

                                            /s/ Jesse J. Bair
                                            Jesse J. Bair (admitted *pro hac vice*)
                                            Timothy W. Burns (admitted *pro hac vice*)
                                            10 E. Doty St., Suite 600
                                            Madison, WI 53703-3392
                                            Telephone: (608) 286-2808
                                            Email: jbair@burnsbair.com
                                            Email: tburns@burnsbair.com

                                            *Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Buffalo, New York*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

In re:

The Diocese of Buffalo, New York

Debtor.

Case No. 20-10322 (CLB)

Chapter 11

---

**MONTHLY FEE STATEMENT OF BURNS BAIR LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DIOCESE OF BUFFALO, NEW YORK, FOR THE PERIOD OCTOBER 1, 2024 THROUGH OCTOBER 31, 2024**

---

| | |
|---|---|
| Name of Applicant: | Burns Bair LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors of the Diocese of Buffalo, New York |
| Date of Retention: | Effective October 5, 2023, pursuant to Order entered November 13, 2023 [Docket No. 2606] |
| Period for which compensation and reimbursement is sought: | October 1, 2024 through October 31, 2024 |
| Amount of compensation sought as actual, reasonable, and necessary: | 80% of $16,212.00 ($12,969.60) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $4.38 |

This is a: __X__ monthly ___ quarterly ___ final application.

This is Burns Bair LLP's twelfth monthly fee statement in this case.



10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

| | | |
|---|---|---|
| **Official Committee of Unsecured Creditors of the Diocese of Buffalo** | **Issue Date :** | 11/20/2024 |
| | **Bill # :** | 01593 |

**Matter:** Insurance

## PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 10/2/2024 | Jesse Bair | Correspond with B. Cawley re lift stay hearing and associated insurance project (.1); | 0.10 | $70.00 |
| 10/2/2024 | Brian Cawley | Correspond with J. Bair re lift stay hearing and briefing projects in connection with same (.1); | 0.10 | $55.00 |
| 10/3/2024 | Brian Cawley | Finish drafting exhaustion/erosion argument section for reply in support of lift stay motion (3.2); | 3.20 | $1,760.00 |
| 10/4/2024 | Alexander Castro | Review recent materials and update memo re Chubb unfair claims handling practices (.6); | 0.60 | $282.00 |
| 10/6/2024 | Jesse Bair | Brief review re the debtor's lift stay objection (.2); brief review re B. Cawley's insurance insert for potential reply to same (.1); | 0.30 | $210.00 |
| 10/7/2024 | Brian Cawley | Review instructions re additional project related to motion to lift stay (.2); draft section re particular duty to defend issues in support of motion to lift stay (1.1); | 1.30 | $715.00 |
| 10/7/2024 | Timothy Burns | Review motion for relief from stay discovery served by Diocese (.2). | 0.20 | $140.00 |
| 10/7/2024 | Jesse Bair | Detailed review re the debtor's lift stay opposition (.6); | 0.60 | $420.00 |
| 10/7/2024 | Jesse Bair | Participate in additional call with I. Scharf re Section 349 appellate decision and potential Rule 2004 insurance discovery (.3); | 0.30 | $210.00 |
| 10/7/2024 | Jesse Bair | Participate in call with I. Scharf re Committee reply to the debtor's opposition to the lift stay motion (.2); | 0.20 | $140.00 |
| 10/7/2024 | Jesse Bair | Provide instructions to B. Cawley re drafting insurance portions of the Committee's reply to the debtor's lift stay opposition (.3); review and edit the insurance sections of the Committee's lift stay reply, including related legal research (.5); | 0.80 | $560.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/8/2024 | Jesse Bair | Participate in state court counsel meeting for insurance purposes re lift stay issues (.5); | 0.50 | $350.00 |
| 10/9/2024 | Jesse Bair | Review the Committee's reply to the debtor's lift stay opposition (.2); | 0.20 | $140.00 |
| 10/9/2024 | Jesse Bair | Review correspondence re lift stay hearing preparations (.1;) | 0.10 | $70.00 |
| 10/9/2024 | Timothy Burns | Review and revise opposition to discovery stay (.2); | 0.20 | $140.00 |
| 10/9/2024 | Timothy Burns | Participate in call with state court counsel re CNA's Rule 2019 motion (.1); | 0.10 | $70.00 |
| 10/10/2024 | Brian Cawley | Attend hearing on motions to lift stay for insurance purposes (5.5); | 5.50 | $3,025.00 |
| 10/10/2024 | Brian Cawley | Draft memo re outcome of motion to lift stay hearing and related case insurance issues (1.8); | 1.80 | $990.00 |
| 10/10/2024 | Brian Cawley | Participate in conference with J. Bair re lift stay hearing outcome (.2); | 0.20 | $110.00 |
| 10/10/2024 | Jesse Bair | Participate in conference with B. Cawley re lift stay hearing outcome (.2); review B. Cawley memo re same (.2); | 0.40 | $280.00 |
| 10/11/2024 | Jesse Bair | Review text orders re outcome of lift stay hearing (.1); | 0.10 | $70.00 |
| 10/11/2024 | Brian Cawley | Draft supplemental memo re actions items from lift stay hearing (.5); | 0.50 | $275.00 |
| 10/12/2024 | Timothy Burns | Participate in conference with J. Bair re case status, developments, and related insurance projects (.1); | 0.10 | $70.00 |
| 10/12/2024 | Jesse Bair | Participate in conference with T. Burns re case status, developments, and related insurance projects (.1); | 0.10 | $70.00 |
| 10/13/2024 | Timothy Burns | Review correspondence with Committee professionals, the Committee, and state court counsel re preliminary injunction and motion to lift stay (.2); review correspondence with Committee professionals re mediation issues (.2); | 0.40 | $280.00 |
| 10/14/2024 | Timothy Burns | Review Judge Chimes orders re Parish hearing (.1); participate in call with I. Scharf re CNA Rule 2019 filings (.1); | 0.20 | $140.00 |
| 10/14/2024 | Jesse Bair | Correspond with B. Cawley re upcoming hearing re parish litigation moving forward (.1); | 0.10 | $70.00 |
| 10/15/2024 | Jesse Bair | Participate in state court counsel meeting for insurance purposes re mediation and litigation strategy (.4); | 0.40 | $280.00 |
| 10/15/2024 | Timothy Burns | Review I. Scharf correspondence with state court counsel re case developments (.1); | 0.10 | $70.00 |
| 10/16/2024 | Timothy Burns | Review debtor correspondence to Court re appointment of mediators (.1); | 0.10 | $70.00 |
| 10/16/2024 | Jesse Bair | Review the debtor's letter to the Court re appointment of mediators (.1); | 0.10 | $70.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/17/2024 | Jesse Bair | Review CNA letter to Court re Rule 2019 motion and lift stay decision (.1); | 0.10 | $70.00 |
| 10/21/2024 | Timothy Burns | Participate in BB team meeting re lift stay issues and insurance strategy re upcoming mediations (.1); | 0.10 | $70.00 |
| 10/21/2024 | Timothy Burns | Review Wausau letter to court re appointment of mediator (.1); | 0.10 | $70.00 |
| 10/21/2024 | Jesse Bair | Participate in BB team meeting re lift stay issues and insurance strategy re upcoming mediations (.1); | 0.10 | $70.00 |
| 10/21/2024 | Brian Cawley | Participate in BB team meeting re lift stay issues and insurance strategy re upcoming mediations (.1); | 0.10 | $55.00 |
| 10/22/2024 | Jesse Bair | Review debtor correspondence and correspond with B. Horn-Edwards re drafting second interim fee application (.1); | 0.10 | $70.00 |
| 10/23/2024 | Jesse Bair | Participate in call with T. Burns re activating insurance adversary proceeding (.1); | 0.10 | $70.00 |
| 10/23/2024 | Brenda Horn-Edwards | Draft Burns Bair second interim fee application and exhibits (1.3); correspond with J. Bair re same (.1); | 1.40 | $420.00 |
| 10/23/2024 | Timothy Burns | Participate in call with I. Scharf re insurance adversary and recent conversations with Debtor's counsel (.2); participate in call with J. Bair re same (.1); | 0.30 | $210.00 |
| 10/24/2024 | Brian Cawley | Draft summary re issues in connection with the insurers' letter re appointment of mediator (.4); | 0.40 | $220.00 |
| 10/29/2024 | Jesse Bair | Correspond with B. Cawley re upcoming case hearings (.1); | 0.10 | $70.00 |
| 10/30/2024 | Jesse Bair | Review B. Cawley memo re outcome of Rule 2019 hearing (.2); | 0.20 | $140.00 |
| 10/30/2024 | Timothy Burns | Review the Committee's Rule 2019 Response (.2); review the Debtor's Rule 2019 joinder (.1); review B. Cawley memo re outcome of October 30 hearing (.2): | 0.50 | $350.00 |
| 10/30/2024 | Brian Cawley | Attend status conference with Judge Chimes for insurance purpose re prosecution of parish claims (.7); | 0.70 | $385.00 |
| 10/30/2024 | Brian Cawley | Attend hearing on the Insurers' Rule 2019 motion for insurance purposes (2.8); | 2.80 | $1,540.00 |
| 10/30/2024 | Brian Cawley | Draft memo re outcome of Rule 2019 hearing (1.3); | 1.30 | $715.00 |
| 10/31/2024 | Brian Cawley | Draft memo re outcome of status conference with Judge Chimes re prosecution of parish claims (.5); | 0.50 | $275.00 |
| 10/31/2024 | Timothy Burns | Review B. Cawley memo re outcome of status conference before Judge Chimes (.1); review I. Scharf correspondence re mediation issues (.1); | 0.20 | $140.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/31/2024 | Jesse Bair | Review I. Scharf correspondence re case developments and agenda for state court counsel meeting (.1); | 0.10 | $70.00 |
| **Total Hours and Fees** | | | **28.10** | **$16,212.00** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 10/1/2024 | Postage | $4.38 |
| **Total Expenses** | | **$4.38** |

## Timekeeper Summary

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Alexander Castro | Associate | 0.60 | $470.00 | $282.00 |
| Brenda Horn-Edwards | Paralegal | 1.40 | $300.00 | $420.00 |
| Brian Cawley | Associate | 18.40 | $550.00 | $10,120.00 |
| Jesse Bair | Partner | 5.10 | $700.00 | $3,570.00 |
| Timothy Burns | Partner | 2.60 | $700.00 | $1,820.00 |

**Total Due This Invoice: $16,216.38**