Honorable Carl L. Bucki  November 16, 2024
Chief United States Bankruptcy Judge
United States Bankruptcy Court, Western District of New York
Robert H. Jackson U.S. Courthouse
2 Niagara Square
Buffalo, New York 14202

Dear Judge Bucki:

I would like to personally thank-you for entering Docket No. 3288 ("the Slosson Letter") authored by myself as "Back-Up Bidder, Slosson Educational Publications, Inc. ("SEPINC"). I would like to respond to the Bond Schoenick & King letter to you from November 14, 2024.

#1. It was a pleasure speaking with Jay Tokasz, Buffalo Evening News and my Lawyer Peter Pfaff, also spoke with Jay and informed me that the diocese did not have the book "Libre de Cardinals" as outlined in the Bond & Schoenick letter, referenced above. I am not surprised, because a book of this magnitude, the size of an atlas, all hand-scribed in Latin, It would not have stayed with the diocese; but would be at the Vatican.

#1. "Mr. Slosson was informed by the Diocese's broker at the time that the offer was unacceptable because it was not an all-cash offer." This did not happen. I was never informed that my offer was unacceptable by Timothy Hourihan, Hanna Commercial Real Estate, nor any other Diocese's broker. I went into the bidding process thinking that my original "Letter of Intent" was taken to the Diocese and had been received; but that the World Church of South Korea had made a higher bid of $3,800,000.00, and at that time the Diocese had not commented upon my personal property claim, "Libre de Cardinals." Now if the "Libre de Cardinals" is found to be at the Vatican; then I am sure a negotiation can be reached in terms of a higher "all cash" offer.

In conclusion, please find enclosed page 1 of the Bond Schoenick & King letter #1 indicating: "Mr. Slosson was informed by the Diocese's broker at the time that the offer was unacceptable"; when Mr. Slosson was never informed that this was in fact the case. I did not bring up my personal property claim during the "bidding process", because my lawyer, Peter Pfaff, advised against it. But now that the Court has entered the "Slosson Letter" into Docket No. 3288, I would like the Diocese to pursue the investigation to include the Vatican, in the search for my personal property, "Libre de Cardinals." I know time is of the essence for the Diocese; but we are right on the cusp of a new Presidential cycle, January 20. It is not my intention to hold up the sale of the Seminary. But if my personal property is found in the possession of the Vatican and found to be a part of Sir Hamilton Lanphere Smith's personal library of which I am the Great, Great Grand-Son; then the Diocese could benefit from an increased "all cash" offer.

Thanking you in advance,

*Steven W. Slosson*
Steven W. Slosson



# BOND SCHOENECK & KING

One Lincoln Center | Syracuse, NY 13202-1355 | bsk.com

JEFFREY D. EATON, ESQ.
jeaton@bsk.com
P: 315.218.8165

November 14, 2024

**VIA ELECTRONIC FILING**

Honorable Carl L. Bucki
Chief United States Bankruptcy Judge
United States Bankruptcy Court, Western District of New York
Robert H. Jackson U.S. Courthouse
2 Niagara Square
Buffalo, New York 14202

Re: *The Diocese of Buffalo, N.Y.* Chapter 11 Case No. 20-10322
Proposed Sale Order ("Proposed Sale Order") arising out of Motion for Entry of Orders (I)(a) Approving Bidding Procedures for the Sale of Certain Real Property at 711 Knox Road, East Aurora, New York; (b) Authorizing and Approving the Form of Purchase Agreement; (c) Scheduling an Auction and Hearing to Consider the Sale; and (d) Approving the Form and Manner of Service of Notice of Auction and Sale Hearing; (II) Approving the Sale Free and Clear of Liens, Claims, Encumbrances and Other Interests; and (III) Granting Related Relief [Docket No. 3031] (the "Sale Motion")

Dear Judge Bucki:

Submitted herewith as Exhibit "A" is the Proposed Sale Order arising out of the hearing concerning the Sale Motion which took place before the Court on October 29, 2024. Please note that the form of the Proposed Sale Order has been approved by counsel for the successful bidder, World Mission Society, Church of God ("World Mission").

I also write to respond to the October 29, 2024 letter to the Court (the "Slosson Letter") authored by Steven W. Slosson ("Mr. Slosson") that was entered at Docket No. 3288. It is our understanding that Mr. Slosson is a principal of the Back-Up Bidder, Slosson Educational Publications, Inc. ("SEPI"). In the Slosson Letter, Mr. Slosson appears to assert that SEPI's bid to purchase the Diocese's property located at 711 Knox Road, East Aurora, NY (the "Property") should be ascribed a value of $6,100,000, consisting of cash in the amount of $4,100,000 and certain personal property[1] with an alleged value of

---

[1] The personal property described in the Slosson Letter is alleged to be a book or other work entitled "Libre du Cardinals" which Mr. Slosson alleges to be his property and alleges may be in the possession of the Diocese. The Diocese has conducted a search of its records and collections, and has not located such a book or any record of a book of such description in its possession. Prior to the selection of World Mission as the stalking horse bidder, Mr. Slosson had submitted to the broker for the Diocese a proposal which included, in part, the alleged value of the alleged book. Mr. Slosson was informed by the Diocese's broker at the time that the offer was unacceptable because it was not an all-cash offer.

*[Handwritten annotation: "This is not true. I was never informed. SWS"]*

18661930.v6