# Notice Recipients

District/Off: 0209−1  User: admin  Date Created: 11/22/2024
Case: 1−20−10322−CLB  Form ID: pdforder  Total: 14

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| aty | Adam P. Haberkorn | ahaberkorn@omm.com |
| aty | Cori Jean Iacopelli | coriiacopelli@marsh.law |
| aty | Daniel J. Chiacchia | dan@716attorneys.com |
| aty | Daniel J. Chiacchia | dan@716attorneys.com |
| aty | Ilan D Scharf | ischarf@pszjlaw.com |
| aty | James R Marsh | jamesmarsh@marsh.law |
| aty | Jeffrey Austin Dove | jdove@barclaydamon.com |
| aty | Matthew Griffin Merson | mmerson@mersonlaw.com |
| aty | Michael Finnegan | mike@andersonadvocates.com |
| aty | Stephen Boyd | sboyd@steveboyd.com |
| aty | Stephen A. Donato | sdonato@bsk.com |

TOTAL: 11

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | The Diocese of Buffalo, N.Y. | 795 Main Street | Buffalo, NY 14203 | |
| pr | Charles Mendolera | c/o The Diocese of Buffalo, N.Y. | 795 Main Street | Buffalo, NY 14203 |
| smg | Office of the U.S. Trustee | 300 Pearl Street, Suite 401 | Olympic Towers | Buffalo, NY 14202 |

TOTAL: 3