UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, New York

Debtor.

Case No. 20-10322 (CLB)

Chapter 11

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE MONTHLY FEE STATEMENT OF BURNS BAIR LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DIOCESE OF BUFFALO, NEW YORK, FOR THE PERIOD NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024**

Pursuant to this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362] (the "Interim Compensation Order")[1], the undersigned certifies that on December 30, 2024, Burns Bair LLP ("Burns Bair") filed its *Monthly Fee Statement of Burns Bair LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to The Official Committee of Unsecured Creditors of The Diocese of Buffalo, New York, for the Period November 1, 2024 through November 30, 2024* [Docket No. 3486] (the "Monthly Fee Statement"), which was served on December 30, 2024 [Docket No. 3487], and no objections to the Monthly Fee Statement have been filed or otherwise received by the undersigned.

Accordingly, pursuant to the Interim Compensation Orders, the Diocese of Buffalo, New York, is authorized to pay on an interim basis eighty percent (80%) of Burns Bair's fees and one hundred percent (100%) of Burns Bair's expenses, as reflected in the Monthly Fee Statement.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

Dated: January 14, 2025       **BURNS BAIR LLP**

                                               /s/ *Jesse J. Bair*
                                               Jesse J. Bair (admitted *pro hac vice*)
                                               Timothy W. Burns (admitted *pro hac vice*)
                                               10 E. Doty St., Suite 600
                                               Madison, WI 53703-3392
                                               Telephone: (608) 286-2808
                                               Email: jbair@burnsbair.com
                                               Email: tburns@burnsbair.com

                                               *Special Insurance Counsel to the Official Committee of*
                                               *Unsecured Creditors of the Diocese of Buffalo, New York*