# EXHIBIT 1

Case 1-20-10322-CLB,    Doc 3587-1,    Filed 01/15/25,    Entered 01/15/25 16:49:45,
Description: Exhibit 1, Page 1 of 4



**THE STATE EDUCATION DEPARTMENT**/THE UNIVERSITY OF THE STATE OF NEW YORK

Secretary, Board of Regents
Rm. 110, State Education Building
Albany, New York 12234
Tel. (518)474-5889
E-mail: RegentsOffice@nysed.gov

Bond, Schoeneck & King PLLC
Attn: Milena Vorndran
Avant Building - Suite 900
200 Delaware Avenue
Buffalo, NY 14202-2107

To Whom it May Concern:

    This is to certify that the attached copies of the charter actions, and if applicable, any amendments for **The Canisius High School of Buffalo, N.Y.** are true copies of the original and of the whole thereof, and is not dissolved, the latest action being document number 4,117.

    **IN WITNESS WHEREOF,** I hereunto set my hand and affix the seal of The University and of the State Education Department, at the city of Albany, New York, this the 19th day of December 2024.

*Christopher Halpin* (signature)

**Christopher Halpin**

# The University of the State of New York

## Absolute charter of
## The Canisius High School of Buffalo, N.Y.

**This instrument witnesseth** That the Regents of the University of the State of New York

being satisfied that the required conditions have been met, have

granted to The Canisius High School of Buffalo, N.Y., provisionally

incorporated on September 27, 1928, this absolute charter to replace

its provisional charter, and have continued the said corporation with

all its powers, privileges and duties.

**Granted** July 28, 1932 by the Regents of the University of the State of New York, executed under their seal and recorded in their office. Number 4117.

Chancellor

Ernest E. Cole
Commissioner of Education

# University of the State of New York
## Education Department

### Provisional Charter of
### The Canisius High School of Buffalo, N.Y.

This instrument witnesseth That the Board of Regents for and on behalf of the Education Department of the State of New York has granted this provisional charter to

have granted this provisional charter incorporating

Bernard C. Cohausz, Charles E. Schmidt, Peter Archer,

Ludwig Bonvin, David C. Cronin, and Philip Debolt,

and their associates and successors as a secondary school under the corporate name of The Canisius High School of Buffalo, N.Y., to be located in the City of Buffalo and State of New York, with the persons named as incorporators for its first board of trustees, to hold until their successors shall be chosen by the members of the corporation, with power therein to increase or decrease its membership in such manner and upon such terms as shall be set forth in the general rules of its trustees, and with power in them from time to time, by unanimous vote of their full board, to fix the terms of office and the number; to be not more than twenty-five nor less than five; and this provisional charter will be replaced by an absolute charter if within five years the corporation shall acquire resources and equipment available for its use and support and sufficient and suitable for its chartered purposes in the judgment of the Regents of the University, and be maintaining a school of educational usefulness and character satisfactory to them.

**Granted** September 27, 1928 by the Board of Regents for and on behalf of the State Education Department executed under the seal of said Department

*Chancellor*

*President of the University and Commissioner of Education*