# EXHIBIT 2

Case 1-20-10322-CLB,    Doc 3587-2,    Filed 01/15/25,    Entered 01/15/25 16:49:45,
Description: Exhibit 2, Page 1 of 12



**THE STATE EDUCATION DEPARTMENT**/THE UNIVERSITY OF THE STATE OF NEW YORK

Secretary, Board of Regents
Rm. 110, State Education Building
Albany, New York 12234
Tel. (518)474-5889
E-mail: RegentsOffice@nysed.gov


Bond, Schoeneck & King PLLC
Attn: Milena Vorndran
Avant Building - Suite 900
200 Delaware Avenue
Buffalo, NY 14202-2107


To Whom it May Concern:

This is to certify that the attached copies of the charter actions, and if applicable, any amendments for **D'Youville University** are true copies of the original and of the whole thereof, and is not dissolved, the latest action being document number 27,772.


**IN WITNESS WHEREOF,** I hereunto set my hand and affix the seal of The University and of the State Education Department, at the city of Albany, New York, this the 11ᵗʰ day of December 2024.

**Christopher Halpin**



## D'YOUVILLE UNIVERSITY

## AMENDMENT OF CHARTER

This Instrument Witnesseth That the Board of Regents for and on behalf of the Education Department of the State of New York at their meeting of July 15, 2024,

An application having been made by and on behalf of the trustees of the D'Youville University for an amendment of its charter, it was

Voted, that the absolute charter of the D'Youville University, located in the city of Buffalo, county of Erie, state of New York, was created by the filing of a certificate of incorporation with the Clerk of the County of Erie on May 26, 1864 and with the Secretary of State on May 13, 1865 under the corporate name "The Holy Angels' Infirmary Academy and Industrial School for Benevolent, Charitable and Scientific Purposes"; that such certificate was validated by Special Act of the Legislature of the State of New York pursuant to the provisions of Chapter 50 of the Laws of 1869 on March 16, 1869; that such certificate was amended by Special Act of the Legislature pursuant to the provisions of Chapter 78 of the Laws of 1908 on April 4, 1908 to change the corporate name to "D'Youville College and Academy of the Holy Angels" and to authorize the corporation to conduct a college and pursuant to the provisions of Chapter 12 of the Laws of 1928 on February 7, 1928 to change the corporate name to "D'Youville College" ; amended and restated in its entirety as a charter by action of the Board of Regents on May 22, 1970; amended on February 15, 2022 to change the corporate name to "D'Youville University" be, and the same hereby is, amended to authorize the corporation to confer the Doctor of Psychology (Psy. D.) degree.

**Granted, July 15, 2024 by the Board of Regents of The University of the State of New York, for and on behalf of the State Education Department, and executed under the seal of said University and recorded as Number 27,772.**

Chancellor

President of the University and
Commissioner of Education



**The University of the State of New York**

**Education** **Department**

## D'YOUVILLE COLLEGE

## AMENDMENT OF CHARTER

This Instrument Witnesseth That the Board of Regents for and on behalf of the Education Department of the State of New York at their meeting of February 15, 2022,

An application having been made by and on behalf of the trustees of the D'Youville College, for an amendment of its charter, it was

Voted, that the absolute charter of the D'Youville College, located in the city of Buffalo, county of Erie, state of New York, was created by the filing of a certificate of incorporation with the Clerk of the County of Erie on May 26, 1864 and with the Secretary of State on May 13, 1865 under the corporate name "The Holy Angels' Infirmary Academy and Industrial School for Benevolent, Charitable and Scientific Purposes"; that such certificate was validated by Special Act of the Legislature of the State of New York pursuant to the provisions of Chapter 50 of the Laws of 1869 on March 16, 1869; that such certificate was amended by Special Act of the Legislature pursuant to the provisions of Chapter 78 of the Laws of 1908 on April 4, 1908 to change the corporate name to "D'Youville College and Academy of the Holy Angels" and to authorize the corporation to conduct a college and pursuant to the provisions of Chapter 12 of the Laws of 1928 on February 7, 1928 to change the corporate name to "D'Youville College" and was further amended and restated in its entirety as a charter by action of the Board of Regents on May 22, 1970 be, and the same hereby is, amended to change the corporate name to "D'Youville University".

Granted, February 15, 2022 by the Board of Regents of The University of the State of New York, for and on behalf of the State Education Department, and executed under the seal of said University and recorded as Number 27,393.

**Chancellor**

**President of the University and Commissioner of Education**



# The University of the State of New York

# State Education Department

## Amendment to Charter of

### D'Youville College

This instrument witnesseth That the Board of Regents, for and on behalf of the Education Department of the State of New York, has amended the

Charter of D'Youville College, located in the city of Buffalo, county of Erie and State of New York — which was incorporated by certificate of incorporation filed in the office of the Clerk of the county of Erie, May 26, 1897, and in the office of the Secretary of State, May 13, 1908, under the name "the Holy Angels Infirmary, Academy and Industrial School for Boarders," charitable and Scientific Purposes" said chapter being then last amended by Chapter 42 of the Laws of 1928 and the name of the corporation changed to D'Youville College — in its entirety, to read as follows:

1. D'Youville College originally incorporated by certificate of incorporation filed in the Erie County Clerk's Office, May 26, 1897, and in the office of the Secretary of State, May 13, 1908, is and shall continue in perpetuity, a corporation under the name D'Youville College.

2. The purposes of D'Youville College shall continue to be to conduct an institution of higher learning and grant and confer such honors, degrees or diplomas as are granted by any college or this institution of learning in the State of New York. The powers leading to the various recognized degrees shall be approved by the Regents of the University of the State of New York.

3. The Board of Trustees as presently constitutes consisting of Mother Jane Frances Cabana, Sister Mary Raphael Courtney, Sister Mary of the Angels Kennedy, Sister Mary Frances Luby and Sister Helen Dorothy Philips, shall continue to leave until their successions are chosen. The Board shall have power to adopt bylaws including therein provisions giving the mother of election, the qualifications of trustees and the term of office, and shall have power, by vote of two-thirds of all the members of the Board of Trustees, to change the number of trustees to some more than 15 nor less than 5.

4. The corporation shall continue to be a non-stock corporation, organized exclusively for educational purposes. No part of the earnings of the corporation's net income shall inure to the benefit of any individual and no officer, member, or employee of the corporation, thereof, shall receive or be entitled to receive any pecuniary profit from the operations thereof, except reasonable compensation for services.

5. The principal office of the corporation shall continue to be located in the city of Buffalo, county of Erie and State of New York.

6. The Commissioner of Education is designated as the representative of the corporation upon whom process in any action or proceeding against it may be served.

Granted May 22, 1970 by the Board of Regents for and on behalf of the State Education Department, executed under the seal of said Department and recorded therein. Number 10,243.

_Joseph W. McGovern_
Chancellor

_Ewald B. Nyquist_
President of the University
and Commissioner of Education

§ 2. If a majority of votes cast at such election upon such proposition be in the affirmative, the town board may acquire by purchase in behalf of the town a suitable building and the site thereof, located in the village of Burke, for a town hall, at a cost not exceeding twenty-one hundred dollars; and, in payment of the purchase price of such building, may issue to the owner or owners of such building, the certificates of indebtedness of the town, bearing interest at the rate of six per centum per annum, payable from taxes levied and collected pursuant to the provisions of law.

§ 3. The town board shall cause to be raised by taxation in such town and included in the next annual tax levy after the acquisition of such building one-half of the amount of the principal of such certificates of indebtedness, together with the interest due on the whole amount thereof, and shall in like manner cause to be raised by taxation and included in the second annual tax levy after the acquisition of such building, the balance of the principal of such certificates of indebtedness together with the interest due on such balance; and when such taxes shall have been received shall apply the same to the redemption of such certificates of indebtedness.

§ 4. This act shall take effect immediately.

---

# CHAPTER 12

AN ACT to change the name of the D'Youville College and Academy of the Holy Angels and to define the powers and duties of the corporation and its officers

Became a law February 7, 1928, with the approval of the Governor. Passed, three-fifths being present

The People of the State of New York, represented in Senate and Assembly, do enact as follows:

Section 1. The corporate name of D'Youville College and Academy of the Holy Angels is hereby changed to D'Youville College, by which name it shall hereafter be called and known; and by that name the said corporation shall have perpetual succession with power to fill vacancies as they may occur from time to time in its board of trustees; to sue and be sued; to contract and to be contracted with; to make and use a common seal and to alter the same at pleasure; and to purchase, take and hold real property in fee simple absolute, or any less estate, by gift, grant, devise, bequest or otherwise.

§ 2. This act shall in no wise impair, diminish or affect any claim or demand against the said corporation, created either under the name of "The Holy Angels' Infirmary, Academy and Industrial School for Benevolent, Charitable and Scientific Purposes" or "D'Youville College and Academy of the Holy Angels" or any of its liabilities.

§ 3. This act shall in no wise impair or diminish any of the rights or powers of D'Youville College and Academy of the Holy

Angels, and shall in no wise affect it, except by changing its name
as hereinbefore provided, and changing the method of filling vacan-
cies in the board of governors.

§ 4. The trustees of said corporation shall belong to the relig-
ious community formerly known as "Grey Nuns of the Cross"
but now known as "Grey Nuns of the Sacred Heart", its name
having been changed by the ecclesiastical authorities of the church
to which said community belongs; and said trustees shall continue
to have complete control and management of the property of said
corporation. They shall be chosen in the manner provided by the
by-laws of the corporation, and the five persons who at the time
of the passage of this act are such trustees shall, from and after
the passage of this act until their successors are chosen as pro-
vided by the said by-laws be such trustees.

§ 5. D'Youville College shall have a board of governors, at least
five of whom must belong to said community, "Grey Nuns of the
Sacred Heart." The board of governors shall not have the power
to create any obligation by contract or otherwise against said corpo-
ration, or any lien, claim, right or obligation of any kind whatever
against its real or personal property. The board of governors shall
consist of nine persons and seven members of said board shall con-
stitute a quorum. The first board of governors of the college
department of D'Youville College and Academy of the Holy
Angels, consisting of Charles Henry Colton, then bishop of the
Roman Catholic diocese of Buffalo, now deceased; Nelson H.
Baker, then and now vicar-general of said diocese; Michael F. Fal-
lon, who resigned to become Roman Catholic bishop of London,
Canada; Charles Leo O'Connor; and the following members of
said community, all of whom by death or resignation have ceased
to be members of said board, viz., Sister Stanislaus, Sister Mary
Agnes, Mother Kirby, Sister Mary Evangelista and Sister Saint
Matthew; having partly changed its membership through such
death or resignation of some of the members thereof and filling the
vacancies caused thereby pursuant to said section five of chapter
seventy-eight of the laws of nineteen hundred and eight; so that
said board of governors immediately before the passage of this act
consists of William Turner, doctor of divinity, doctor of philosophy
and doctor of canon law, bishop of said diocese, said Nelson H.
Baker, doctor of divinity and doctor of laws, vicar-general of said
diocese, Lawrence F. Tighe, bachelor of arts, Charles Leo O'Con-
nor, bachelor of laws; and the following Grey Nuns of the Sacred
Heart, Mother Verecunda, superior general of said community,
Mother Mary of Good Counsel, now president of said college, Sister
Saint Rita, Sister Mary of the Visitation and Sister Grace of the
Sacred Heart, whose family names are Anne Quinn, Teresa Kir-
wan, Teresa McDermott, Jane Reily and Grace Wechter; it is
hereby provided that said persons composing the said board of
governors of the college department of D'Youville College and
Academy of the Holy Angels immediately prior to the passage of
this act, shall hereby become the board of governors of D'Youville
College, with perpetual power to fill vacancies in said board of

governors as they may occur from time to time; and may grant and confer the same honors, degrees and diplomas with the same effect and entitling the possessors thereof to the same immunities and privileges as the said governors of the college department of D'Youville College and Academy of the Holy Angels was by said section six of chapter seventy-eight of the laws of nineteen hundred and eight permitted to grant and confer since the twenty-sixth day of June, nineteen hundred and eight, at the time of filing in the office of the regents of the university of the state of New York and office of the secretary of state, the instrument mentioned in said section, and subject to the same limitations which are as follows: Nothing in this act shall be held or construed to give the power to confer any degree or right to practice law or medicine. The master's degree shall not be conferred upon any person who has not already received the baccalaureate degree from said college department or said college or from some other college or seminary of learning authorized to grant such degree. No degree shall be conferred except by unanimous vote of a quorum of said governors. The courses leading to the various recognized degrees shall, with the exception of studies in philosophy, history and religion, be approved by the regents of the university of the state of New York; but the said governors may, as a condition for granting such degree, require additional work in any subject to that prescribed by said regents.

§ 6. All acts or parts of acts inconsistent with the provisions of this act are hereby repealed.

§ 7. This act shall take effect immediately.

---

# CHAPTER 13

**AN ACT to amend the lien law, in relation to correcting a manifest error in section forty-four thereof**

Became a law February 7, 1928, with the approval of the Governor. Passed, three-fifths being present

*The People of the State of New York, represented in Senate and Assembly, do enact as follows:*

Section 1. Subdivision three of section forty-four of chapter thirty-eight of the laws of nineteen hundred and nine, entitled "An act in relation to liens, constituting chapter thirty-three of the consolidated laws," is hereby amended to read as follows:

3. All persons appearing by the records in the office of the county clerk or register to be owners[1] of such property or any part thereof. Every defendant who is a lienor shall, by answer in the action, set forth his lien, or he will be deemed to have waived the same, unless the lien is admitted in the complaint, and not contested by another defendant. Two or more lienors having liens upon the same property or any part thereof, may join as plaintiffs.

§ 2. This act shall take effect immediately.

---

1 Word "owners" substituted for word "overseers."

# Chap. 78.

AN ACT to change the name of The Holy Angels' Infirmary, Academy and Industrial School for Benevolent, Charitable and Scientific Purposes to D'Youville College and Academy of the Holy Angels, and permitting said corporation to maintain a college department for the education of women in literature, science, philosophy, religion and the liberal arts, and to confer degrees and grant diplomas.

Became a law, April 4, 1908, with the approval of the Governor. Passed, three-fifths being present.

*The People of the State of New York, represented in Senate and Assembly, do enact as follows:*

Section 1. The corporate name of " The Holy Angels' Infirmary, Academy and Industrial School for Benevolent, Charitable and Scientific Purposes," a corporation heretofore created by Claude F. M. Sallaz and four members of an unincorporated religious community in the Roman Catholic church, known as "Grey Nuns of the Cross," pursuant to the provisions of chapter fifty of the laws of eighteen hundred and sixty-nine, is hereby changed to " D'Youville College and Academy of the Holy Angels," by which name it shall hereafter be called and known; and by that name the said corporation shall have perpetual succession with power to fill vacancies as they may occur from time to time in its board of trustees; to sue and be sued; to contract and to be contracted with; to make and use a common seal and to alter the same at pleasure; and to purchase, take and hold real property in fee simple absolute, or any less estate, by gift, grant, devise, bequest or otherwise, subject however to the provisions of section six of chapter three hundred and nineteen of the laws of eighteen hundred and forty-eight, and subject further to "An act relating to wills," passed April thirteenth, eighteen hundred and sixty, and the acts amendatory thereof and supplementary thereto.

§ 2. This act shall in nowise impair, diminish or affect any claim or demand against The Holy Angels' Infirmary, Academy and Industrial School for Benevolent, Charitable and Scientific Purposes, or any of its liabilities.

§ 3. This act shall in nowise impair or diminish any of the rights or powers of The Holy Angels' Infirmary, Academy and

Industrial School for Benevolent, Charitable and Scientific Purposes and shall in nowise affect it, except by changing its name, as hereinbefore provided, and definitely fixing the title of its trustees and granting it the additional rights and powers hereinafter provided.

§ 4. In addition to the present objects and purposes of said corporation, it is hereby declared to have the further object and purpose of promoting the higher education of young women in literature, science and liberal arts, and the education of such of its students as may profess the Roman Catholic religion in the doctrines of that religion and the philosophy approved by the ecclesiastical authority of the Roman Catholic church.

§ 5. The "trustees, directors or managers" shall hereafter be styled trustees. At least four of them must belong to said community, "Grey Nuns of the Cross," and they shall continue to have complete control and management of the property of said corporation. They shall be chosen in the manner now provided by the by-laws of the corporation, and the five persons who at the time of the passage of this act are "trustees, directors or managers" of said corporation shall from and after the passage of this act, until their successors are chosen as provided by the by-laws, be trustees of said corporation. The said college department shall have a board of governors, which shall consist of nine persons, five of whom must belong to said community, "Grey Nuns of the Cross," seven members of said board shall constitute a quorum. The board of governors shall not have power to create any obligation by contract or otherwise against said corporation or any lien, claim, right or obligation of any kind whatever, against its real or personal property. The first board of governors shall be Charles Henry Colton, doctor of divinity, bishop of the Roman Catholic diocese of Buffalo, Nelson H. Baker, vicar-general of said diocese, Michael F. Fallon, doctor of divinity, Charles Leo O'Connor, bachelor of laws, and the following Grey Nuns of the Cross: Sister Stanislaus, Sister Mary Agnes, Mother Kirby, Sister Mary Evangelista and Sister Saint Matthew, whose family names are respectively, Mary Burns, Anna Quigley, Dorothea M. Kirby, Gertrude Murray and Mary E. Kelley. The said trustees shall have perpetual power to fill vacancies in said board of governors as they may occur from time to time.

§ 6. Whenever the said D'Youville College and Academy of the Holy Angels shall have resources of at least five hundred thousand

dollars, and suitable provision for buildings, furniture, educational equipment and proper maintenance, which shall be approved by the Regents of the University of the State of New York, and be evidenced by an instrument setting forth said facts under their seal, filed and recorded in their office and the office of the secretary of state, the governors of said college department may grant and confer, subject to the limitations hereinafter contained, such honors, degrees or diplomas as are granted by any college or seminary of learning in the state of New York; and such diplomas and degrees shall entitle the possessors to the immunities and privileges allowed by usage or statute to the possessors of like diplomas from any university, college or seminary of learning in this state; but nothing in this act contained shall be held or construed to give the power to confer any degree or right to practice law or medicine. The master's degree shall not be conferred upon any person who has not already received the baccalaureate degree from said college department or from some other college or seminary of learning authorized to grant such degree. No degree shall be conferred except by unanimous vote of a quorum of said governors. The courses leading to the various recognized degrees shall, with the exception of studies in philosophy, history and religion, be approved by the Regents of the University of the State of New York; but the said governors may, as a condition for granting such degree, require additional work in any subject to that prescribed by said regents.

§ 7. This act shall take effect immediately.

---

## Chap. 79.

AN ACT to establish a law library in the third judicial district to be called "the supreme court library at Troy" and to provide for the government and maintenance thereof.

Became a law, April 4, 1908, with the approval of the Governor. Passed, three-fifths being present.

*The People of the State of New York, represented in Senate and Assembly, do enact as follows:*

Section 1. There shall be a law library located in the city of Troy, in the county of Rensselaer, which shall be called "the supreme court library at Troy."

§ 3. Section nine of the act above mentioned is hereby repealed.

§ 4. This act shall take effect immediately.

---

# Chap. 50.

AN ACT to legalize and confirm certain proceedings taken to incorporate "The Holy Angels' Infirmary Academy and Industrial School for benevolent, charitable and scientific purposes," and to make valid gifts and grants to it, and property acquired by it, and acts and proceedings done and had by it.

Passed March 16, 1869.

*The People of the State of New York, represented in Senate and Assembly, do enact as follows:*

SECTION 1. The certificates of incorporation of "The Holy Angels' Infirmary Academy and Industrial School for benevolent, charitable and scientific purposes," heretofore filed in the office of the clerk of Erie county and the office of the Secretary of State, are hereby declared to have the same force and effect as though they had the certificate, approval and consent of one of the justices of the Supreme Court of the Eighth Judicial District endorsed thereon, as required by statute, before the same were so filed, and from the time the said certificates were so filed, the said "The Holy Angels' Infirmary Academy and Industrial School for benevolent, charitable and scientific purposes," is declared to be an incorporation duly organized, and possessing the same rights, powers and liabilities as in said certificates was declared and intended; and all gifts and grants made to it, and all rights and property acquired by it, and all acts and proceedings done or taken by it since the filing of said certificates, are hereby declared to be as valid and as effectual as the same would have been had said certificate been endorsed thereon; provided, however, that nothing herein contained shall affect any suit or proceeding now pending.

§ 2. This act shall take effect immediately.

*[Margin notes: Certificates of incorporation declared valid. Corporation declared duly organized. Gifts and grants to corporation declared valid. Acts of corporation legalized. Proviso.]*