# EXHIBIT 3

**THE STATE EDUCATION DEPARTMENT/THE UNIVERSITY OF THE STATE OF NEW YORK**

SECRETARY, BOARD OF REGENTS
Rm. 110, State Education Building
Albany, New York 12234
Tel. (518)474-5889
E-mail: RegentsOffice@nysed.gov

Bond, Schoeneck & King PLLC
Attn: Milena Vorndran
Avant Building – Suite 900
200 Delaware Avenue
Buffalo, NY 14202-2107

To Whom it May Concern:

    This is to certify that the attached copies of charter documents and of the Charter Dissolution for **Holy Angels Academy** are true copies of the originals and of the whole thereof, that action being document Number 26,950.

    **IN WITNESS WHEREOF,** I hereunto set my hand and affix the seal of The University and of the State Education Department, at the city of Albany, New York, this the 11th day of December 2024.

Christopher J. Halpin



**The University of the State of New York**
**Education Department**

## HOLY ANGELS ACADEMY

## DISSOLUTION OF CHARTER

This Instrument Witnesseth That the Board of Regents for and on behalf of the Education Department of the State of New York at their meeting of January 15, 2019.

An application having been made by and on behalf of the trustees of Holy Angels Academy, for its charter to be dissolved, and it appearing from the petition that all taxes payable by the corporation have been paid, it was

Voted, that the absolute charter in the first instance of Holy Angels Academy, located in Buffalo, county of Erie, and state of New York, which was granted by action of the Board of Regents on June 29, 1956; amended on February 18, 1994 and May 17, 2011 be, and the same hereby is, dissolved and that notice to such effect be given to the board of trustees of the corporation, and that approval is hereby given to store the remaining student records with D'Youville College, room KAB 221, 320 Porter Avenue, Buffalo, NY 14201, and that the Board of Regents recommend the distribution of the corporation's assets to Bond, Schoeneck & King, PLLC for legal fees, Grey Nuns of the Sacred Heart, Inc. and New York State Department of Labor, subject to judicial approval pursuant to section 220 of the Education Law.



Granted, January 15, 2019 by the Board of Regents of The University of the State of New York, for and on behalf of the State Education Department, and executed under the seal of said University and recorded as Number 26,950.

Chancellor

President of the University and
Commissioner of Education



## HOLY ANGELS ACADEMY
## AMENDMENT OF CHARTER

This Instrument Witnesseth That the Board of Regents for and on behalf of the Education Department of the State of New York at their meeting of May 17, 2011,

An application having been made by and on behalf of the trustees of Holy Angels Academy, for its absolute charter to be amended, it was

Voted, that the absolute charter of Holy Angels Academy, located in Buffalo, county of Erie, state of New York, which was granted by action of the Board of Regents on June 29, 1956; which absolute charter was amended by Regents action on February 18, 1994 be, and the same hereby is, amended as follows:

1. To provide that the Corporation be an Educational (Not-for-Profit) Corporation with members who shall consist of persons designated from time to time in the By-Laws of this Corporation either individually or in an ex-offcio capacity.

2. To provide that, in addition to all other rights and powers prescribed to members under New York law and/or the By-Laws of this Corporation, and subject to the approval of the Board of Regents where required by law, to reserve to the Members of the Corporation the following governance authority:

    a. To exercise final responsibility for the definition, implementation and official interpretation of the philosophy and mission of the Corporation.
    b. To adopt and amend the charter and By-Laws of the Corporation.
    c. To appoint or remove the Board of Trustees or any one or more of the Trustees with or without cause.
    d. To approve the purchase, sale, exchange, conveyance, or transfer of real property, the issuance of note(s), or bond(s), mortgage(s), or other security interest(s) with respect to property.
    e. To authorize the merger or consolidation of this Corporation with another entity, organization, or program.
    f. To dissolve or terminate the existence of the Corporation and to determine the distribution of assets upon dissolution or termination in accordance with the Charter.
    g. To authorize any borrowing of funds that causes the total indebtedness of the Corporation to exceed one hundred thousand dollars ($100,000.00).
    h. To authorize any capital fund drives or solicitation efforts for capital projects which are intended or are likely to exceed one hundred thousand dollars ($100,000.00).
    i. To approve the appointment or removal of the Principal.
    j. To approve capital budgets.
    k. To approve the operating budget which is based on a deficit exceeding ten thousand dollars ($10,000.00).
    l. In case of any amendment to the Charter or the By-Laws or the sale of all or substantially all of its assets, the vote of two-thirds of the Members is necessary.

3. To provide that Holy Angels Academy expand its educational program to include 6th, 7th, and 8th grades of elementary education for girls.



Granted, May 17, 2011, by the Board of Regents of The University of the State of New York, for and on behalf of the State Education Department, and executed under the seal of said University and recorded as Number 25,368.

Chancellor

President of the University and Commissioner of Education



# HOLY ANGELS ACADEMY

## AMENDMENT OF CHARTER

This Instrument Witnesseth That the Board of Regents for and on behalf of the Education Department of the State of New York at their meeting of February 18, 1994,

An application having been made by and on behalf of the trustees of the Holy Angels Academy, for an amendment of its charter, it was

<u>Voted</u>, that the absolute charter in the first instance of the Holy Angels Academy, located in the city of Buffalo, county of Erie, state of New York, which was granted by action of the Board of Regents on June 29, 1956 be, and the same hereby is, amended to add the following language:

Notwithstanding any other provision of these articles the corporation shall not carry on any other activities not permitted to be carried on (a) by a corporation exempt from Federal income tax under section 501(c)(3) of the Internal Revenue Code of 1986 (or the corresponding provision of any future United States Internal Revenue Law) or (b) by a corporation, contributions to which are deductible under section 170(c)(2) of the Internal Revenue Code of 1986 (or the corresponding provision of any future United States Internal Revenue Law).

No substantial part of the activities of the corporation shall be devoted to carrying on propaganda, or otherwise attempting to influence legislation, (except to the extent authorized by Internal Revenue Code section 501(h) as amended, or the corresponding provision of any future United States Internal Revenue Law, during any fiscal year or years in which the corporation has chosen to utilize the benefits authorized by the statutory provision) and the corporation shall not participate in or intervene (including the publishing or distribution of statements) in any political campaign on behalf of any candidate for public office.

All the property of the corporation is held in trust for the religious, charitable and educational ministry of the Grey Nuns of the Sacred Heart. In the event of the dissolution or final liquidation of the corporation, the board of trustees shall, subject to an order of the Supreme Court, after paying or making provision for the payment of all the lawful debts and liabilities of the corporation, distribute all of the assets of the corporation to the Grey Nuns of the Sacred Heart or its successor, as long as such organization shall then qualify as an organization exempt from Federal income tax under §501(a) of the Internal Revenue Code as an organization described in §501(c)(3) of the Code. This provision may not be changed without the consent in

Casting 2d-1003 2ney Nuns of the Sacred Heart or its successor on 01/15/25 16:49:45
Description: Exhibit 3, Page 6 of 8

**HOLY ANGELS ACADEMY**
Page Two



Granted, February 18, 1994, by the Board of Regents of The University of the State of New York, for and on behalf of the State Education Department, and executed under the seal of said University and recorded as Number 21,592.

Chancellor

President of The University and
Commissioner of Education

# University of the State of New York
## State of New York Education Department

### Absolute Charter of
### "Holy Angels Academy"

**This instrument witnesseth** That the Board of Regents for and on behalf of the Education Department of the State of New York has granted this absolute charter.

1. Incorporating Dorothy Noll, Catharine Mary Donovan, Mary Yvonne Foust, Catherine Mary Mahoney and Catheryne Mary Driscoll and their associates and successors as an educational corporation under the corporate name of Holy Angels Academy, to be located in the city of Buffalo, county of Erie and State of New York.

2. The purpose for which such corporation is formed is to establish, operate and maintain a school for girls in the field of secondary education.

3. The persons named as incorporators shall constitute the first board of thirteen. The board shall have power to adopt bylaws, including bylaws providing for fixing the method of election and the term of office of trustees and shall have provisions, by vote of three-fourths of all the members of the board of trustees, to change the number of trustees, to be not more than 25 nor less than 5.

4. The corporation hereby created shall be a non-stock corporation organized and operated exclusively for educational purposes, and no part of its earnings or net income shall inure to the benefit of any individual, and no officer, member or trustee of the corporation shall receive or be entitled to receive any pecuniary profit from the operation thereof except reasonable compensation for services effectively rendered in effecting one or more of the purposes of the corporation.

5. The principal office of the corporation is to be located in the city of Buffalo, county of Erie and State of New York.

6. The Commissioner of Education is designated as the representative of the corporation upon whom process in any action or proceeding against it may be served.

Granted June 29, 1956 by the Board of Regents for and on behalf of the State Education Department and in testimony whereof the seal of said Department and the Regents is hereunto affixed. Number 6907

[Signatures]
Chancellor
President of the University and Commissioner of Education