# EXHIBIT 4

**THE STATE EDUCATION DEPARTMENT**/THE UNIVERSITY OF THE STATE OF NEW YORK

SECRETARY, BOARD OF REGENTS
Rm. 110, State Education Building
Albany, New York 12234
Tel. (518)474-5889
E-mail: RegentsOffice@nysed.gov

Bond, Schoeneck & King PLLC
Attn: Milena Vorndran
Avant Building - Suite 900
200 Delaware Avenue
Buffalo, NY 14202-2107

To Whom it May Concern:

    This is to certify that the attached copies of charter documents and of the Charter Dissolution for **Immaculata Academy** are true copies of the originals and of the whole thereof, that action being document Number 26,951.

    **IN WITNESS WHEREOF,** I hereunto set my hand and affix the seal of The University and of the State Education Department, at the city of Albany, New York, this the 11th day of December 2024.

Christopher J. Halpin



### The University of the State of New York
### Education Department

## IMMACULATA ACADEMY

## DISSOLUTION OF CHARTER

This Instrument Witnesseth That the Board of Regents for and on behalf of the Education Department of the State of New York at their meeting of January 15, 2019.

An application having been made by and on behalf of the trustees of Immaculata Academy, for its charter to be dissolved, and it appearing from the petition that all taxes payable by the corporation have been paid, it was

<u>Voted</u>, that the provisional charter of Immaculata Academy, located in Hamburg, county of Erie, and state of New York, which was granted by action of the Board of Regents on September 20, 1985; made absolute on July 29, 1988; amended on September 16, 1988 be, and the same hereby is, dissolved and that notice to such effect be given to the board of trustees of the corporation, and that approval is hereby given to store the remaining student records with Department of Education of the Diocese of Buffalo, 795 Main Street, Buffalo, NY 14203, and that the Board of Regents recommend the distribution of the corporation's assets to Franciscan Sisters of St. Joseph, Inc. (FSSJ) subject to judicial approval pursuant to section 220 of the Education Law.

Granted, January 15, 2019 by the Board of Regents of The University of the State of New York, for and on behalf of the State Education Department, and executed under the seal of said University and recorded as Number 26,951.

Chancellor

President of the University and
Commissioner of Education



## The University of the State of New York
### Education Department

Amendment to Charter

IMMACULATA ACADEMY

THIS INSTRUMENT WITNESSETH That the Regents of The University of the State of New York have amended the charter of Immaculata Academy, located at Hamburg, county of Erie, state of New York, which was granted a provisional charter on September 20, 1985, which provisional charter was made absolute by action of the Regents on July 29, 1988, is amended to provide that certain actions of the trustees of the corporation as set forth in the bylaws of the corporation shall be subject to the approval of the members, and to add the following language required by the Internal Revenue Service:

> "Notwithstanding any other provision of these articles the corporation shall not carry on any other activities not permitted to be carried on (a) by a corporation exempt from Federal income tax under section 501(c)(3) of the Internal Revenue Code of 1954 (or the corresponding provision of any future United States Internal Revenue Law) or (b) by a corporation, contributions to which are deductible under section 170(c)(2) of the Internal Revenue Code of 1954 (or the corresponding provision of any future United States Internal Revenue Law)."

> "No substantial part of the activities of the corporation shall be devoted to carrying on propaganda, or otherwise attempting to influence legislation, (except to the extend authorized by Internal Revenue Code section 501(h) as amended, or the corresponding provision of any future United States Internal Revenue Law, during any fiscal year or years in which the corporation has chosen to utilize the benefits authorized by the statutory provision) and the corporation shall not participate in or intervene (including the publishing or distribution of statements) in any political campaign on behalf of any candidate for public office."

> "Upon dissolution of the corporation, the board of trustees shall, after paying or making provision for the payment of all the liabilities of the corporation, dispose of the remaining assets of the corporation exclusively to the Franciscan Sisters of St. Joseph, Inc. if said corporation is then an organization organized and operated exclusively as an organization described in Section 501(c)(3) of the Internal Revenue Code of 1986 (or the corresponding provision of any future United States Internal Revenue Law), or, if said corporation is not then so organized and operated, to such other organizations as the Board shall elect which are then so organized and operated, or a state or local government, for a public purpse. Any such assets not so disposed of shall be disposed of by order of the Supreme Court of the State of New York in the judicial district where the principal office of the corporation is then located, exclusively for such purposes, or to such

Amendment to Charter
IMMACULATA ACADEMY
Page Two

organization or organizations, organized and operated exclusively for such purposes, as said Court shall determine."



Granted September 16, 1988 by the Board of Regents of The University of the State of New York, for and on behalf of the State Education Department, and executed under the seal of said University, and recorded as Number 20,334.

Chancellor

President of The University
and Commissioner of Education

# The University of the State of New York
# Education Department

## Absolute Charter



**Immaculata Academy**

This Instrument Witnesseth That the Board of Regents for and on behalf of the New York State Education Department has granted this absolute charter to Immaculata Academy, located at Hamburg, county of Erie, state of New York, which was granted by the Board of Regents on September 20, 1985, and has continued the said corporation with all its powers, privileges and duties.



Granted, July 29, 1988, by the Board of Regents of The University of the State of New York, for and on behalf of the State Education Department, and executed under the seal of said University and recorded as Number 20,302.

_Chancellor_

_President of The University and Commissioner of Education_



Provisional Charter

IMMACULATA ACADEMY

THIS INSTRUMENT WITNESSETH That the Regents of The University of the State of New York have granted this provisional charter valid for a term of 3 years,

1. Incorporating Mary Noella Walas, M. Angeline Kaczman, Edmunette Paczesny, Mary Jan Nasiadka and Maureen Boyle and their associates and successors as an education corporation under the corporate name of Immaculata Academy, to be located in the town of Hamburg, county of Erie, state of New York.

2. The purpose for which such corporation is to be formed is to operate and maintain a secondary school for the education and training of girls in grades nine through twelve.

3. The persons named as incorporators shall constitute the first board of trustees. The board shall have power to adopt bylaws, including therein provisions fixing the method of election and the term of office of trustees, and shall have power also by vote of two-thirds of all the members of the board of trustees to change the number of trustees to be not more than twenty-five nor less than five.

4. The corporation hereby created shall be a nonstock corporation organized and operated exclusively for educational purposes, and no part of its earnings or net income shall inure to the benefit of any individual; and no officer, member, or employee of the corporation shall receive or be entitled to receive any pecuniary profit from the operations thereof, except reasonable compensation for services.

5. Notwithstanding any other provision of these articles the corporation shall not carry on any other activities not permitted to be carried on (a) by a corporation exempt from Federal income tax under section 501(c)(3) of the Internal Revenue Code of 1954 (or the corresponding provision of any future United States Internal Revenue Law) or (b) by a corporation, contributions to which are deductible under section 170(c)(2) of the Internal Revenue Code of 1954 (or the corresponding provision of any future United States Internal Revenue Law).

6. No substantial part of the activities of the corporation shall be devoted to carrying on propaganda, or otherwise attempting to influence legislation, (except to the extent authorized by Internal Revenue Code section 501(h) as amended, or the corresponding provision of any future United States Internal Revenue Law, during any fiscal year or years in which the corporation has chosen to utilize the benefits authorized by the statutory provision) and the corporation shall not participate in or intervene (including the publishing or distibution of statements) in any political campaign on behalf of any candidate for public office,

7. Upon dissolution of the corporation, the board of trustees shall, after paying or making provision for the payment of all the liabilities of the corporation, dispose of the remaining assets of the corporation exclusively for one or more exempt purposes, within the meaning of section 501(c)(3) of the Internal Revenue Code of 1954 (or the corresponding provision of any future Federal tax code), or shall distribute the same to the Federal government, or to a state or local government, for a public purpose. Any such assets not so

Case 1-20-10322-CLB, Doc 3587-4, Filed 01/15/25, Entered 01/15/25 16:49:45, Description: Exhibit 4, Page 7 of 8

Provisional Charter
IMMACULATA ACADEMY
Page Two

disposed of shall be disposed of by order of the Supreme Court
of the State of New York in the judicial district where the
principal office of the corporation is then located, exclusive-
ly for such purposes, or to such organization or organizations,
organized and operated exclusively for such purposes, as said
Court shall determine.

    8. The principal office of the corporation is to be
located in the town of Hamburg, county of Erie, state of New
York.

    9. The Commissioner of Education is designated as the
representative of the corporation upon whom process in any
action or proceeding against it may be served.

    10. This provisional charter will be made absolute if,
within three years after the date when this charter is granted
the corporation shall acquire resources and equipment which
are available for its use and support and which are sufficient
and suitable for its chartered purposes in the judgment of the
Regents of The University, and shall be maintaining an insti-
tution of educational usefulness and character satisfactory to
the Regents. Prior to the expiration of said three year
period, an application for the extension of this provisional
charter or for an absolute charter will be entertained by the
Regents, but in the event that such application is not made,
then at the expiration of said term of three years, and upon
notice by the Regents, this provisional charter shall terminate
and become void and shall be surrendered to the Regents.



Granted September 20, 1985, by
the Board of Regents of The
University of the State of New
New York, for and on behalf of
the State Education Depart-
ment, and executed under the
seal of said University, and
recorded as Number 18,915.

Chancellor

President of The University
and Commissioner of Education