# EXHIBIT 6



**THE STATE EDUCATION DEPARTMENT**/THE UNIVERSITY OF THE STATE OF NEW YORK

Secretary, Board of Regents
Rm. 110, State Education Building
Albany, New York 12234
Tel. (518)474-5889
E-mail: RegentsOffice@nysed.gov

Bond, Schoeneck & King PLLC
Attn: Milena Vorndran
Avant Building - Suite 900
200 Delaware Avenue
Buffalo, NY 14202-2107

To Whom it May Concern:

This is to certify that the attached copies of the charter actions, and if applicable, any amendments for **Mount Mercy Academy** are true copies of the original and of the whole thereof, and is not dissolved, the latest action being document number 26,811.

**IN WITNESS WHEREOF,** I hereunto set my hand and affix the seal of The University and of the State Education Department, at the city of Albany, New York, this the 11th day of December 2024.

*[signature]*

Christopher Halpin



# MOUNT MERCY ACADEMY

## AMENDMENT OF CHARTER

This Instrument Witnesseth That the Board of Regents for and on behalf of the Education Department of the State of New York at their meeting of May 8, 2018.

An application having been made by and on behalf of the trustees of the Mount Mercy Academy, for an amendment of its charter, it was

<u>Voted</u>, that the absolute charter in the first instance of the Mount Mercy Academy located in Buffalo, county of Erie, and state of New York, which was granted by action of the Board of Regents on December 1, 1904 be, and the same hereby is, amended to update the charter to include the following language:

(a) The corporation shall have the corporate member(s) as set forth in the Bylaws of the corporation.
(b) The affairs of the corporation shall be managed by its board of trustees and the corporation's member(s) as set forth in this Charter and the Bylaws of the corporation.
(c) The number of the corporation's member(s) and the number of trustees and their respective terms shall be as provided in the Bylaws, provided that there shall not be less than five (5) trustees.
(d) The corporation's members(s) and the trustees of the corporation shall be determined in the manner as set forth in the Bylaws of the corporation.
(e) The corporation's member(s) may initiate and implement any of the following matters and, if any proposal with respect to any of the following matters is otherwise initiated by the trustees of the corporation, it shall not become effective unless approved by the corporate member(s):

    (1) To adopt or change the mission, purpose, philosophy or objectives of the corporation or to change the general structure of the operation of the corporation as a voluntary non-profit corporation for education;
    (2) To amend the corporation's charter, certificate or articles of incorporation, or Bylaws;
    (3) To dissolve, divide, convert, liquidate or wind up the corporation, or consolidate or merge the corporation with another corporation or entity;
    (4) To create any subsidiary corporation
    (5) To sell all or substantially all the assets of the corporation;
    (6) To elect members of the board of the corporation upon recommendation of the board of trustees;
    (7) To remove, with or without cause, members of the board of trustees;
    (8) To ratify a candidate nominated by the board of trustees as the chief executive officer of the corporation; and
    (9) To approve any encumbrance of assets of the corporation in excess of the limits determined and promulgated from time to time by the corporation's member(s).

And update dissolution language:

Upon dissolution of the corporation, the board of trustees shall, after paying or making provision for the payment of all of the liabilities of the corporation, recommend to the corporation's members, the distribution of all the assets of the corporation to such entity related to or affiliated with the Sisters of Mercy of the Americas, Inc., a Missouri nonprofit corporation, provided such entity is then qualified under Section 501(c)(3) of the Internal

Revenue Code of 1986, as amended (or the corresponding provision of any future United State Internal Revenue Law). Any such assets not so disposed of shall be disposed of by order of the Supreme Court of the State of New York of the county in which the principal office of the corporation is then located to such organization or organizations as said court shall determine and as are then qualified as exempt under section 501(c)(3) of the Internal Revenue Code of 1986, as amended (or the corresponding provision of any future United State Internal Revenue Law).



Granted, May 8, 2018 by the Board of Regents of The University of the State of New York, for and on behalf of the State Education Department, and executed under the seal of said University and recorded as Number 26,811.

Chancellor

President of the University and Commissioner of Education

A true copy - E. Eisemann

## Mount Mercy Academy

Mary Borgia George, Scholastica Corbett, Dolores Clancy, Stanislaus Jerome, Theodosia O'Callaghan

Mount Mercy Academy

the five incorporators above named

This corporation shall be located at Buffalo, Erie County, New York

1689

December 1, 1904.

~~Andrew~~ S. Draper

Whitelaw Reid

Recorded and took effect 4 p.m., December 1, 1904

A true copy - E. Eisemann

## Sacred Heart Academic School of Cohoes

John Joseph Swift, Thomas M. A. Burke, Louis A. Lavigne, Cornelius J. Shea, Jules Burvick, Moise A. Granger, Narcisse Gagnon

Sacred Heart Academic School of Cohoes

the seven incorporators above named

This corporation shall be located at Cohoes, Albany County, New York

1690

December 1, 1904