# EXHIBIT 7



**THE STATE EDUCATION DEPARTMENT**/THE UNIVERSITY OF THE STATE OF NEW YORK

Secretary, Board of Regents
Rm. 110, State Education Building
Albany, New York 12234
Tel. (518)474-5889
E-mail: RegentsOffice@nysed.gov

Bond, Schoeneck & King PLLC
Attn: Milena Vorndran
Avant Building - Suite 900
200 Delaware Avenue
Buffalo, NY 14202-2107

To Whom it May Concern:

This is to certify that the attached copies of the charter actions, and if applicable, any amendments for **Niagara University** are true copies of the original and of the whole thereof, and is not dissolved, the latest action being document number 26,815.

**IN WITNESS WHEREOF,** I hereunto set my hand and affix the seal of The University and of the State Education Department, at the city of Albany, New York, this the 11th day of December 2024.

Christopher Halpin



## The University of the State of New York
### Education Department

## NIAGARA UNIVERSITY

## AMENDMENT OF CHARTER

This Instrument Witnesseth That the Board of Regents for and on behalf of the Education Department of the State of New York at their meeting of May 8, 2018.

An application having been made by and on behalf of the trustees of Niagara University, for its absolute charter to be amended, it was

Voted, that the absolute charter in the first instance of Niagara University, located in Niagara, county of Niagara, state of New York, which was granted by action of the Board of Regents on August 7, 1883, pursuant to Chapter 190 of the Laws of 1863 as amended by Chapter 92 of the Laws of 1883, said corporation having originally been incorporated under the corporate name "Seminary of Our Lady of Angels" pursuant to said Chapter 190 of the Laws of 1863; which absolute charter was amended on various occasions with the last amendment granted on November 18, 2014 be, and the same hereby is, amended to increase the maximum number of trustees to be 35.



Granted, May 8, 2018 by the Board of Regents of The University of the State of New York, for and on behalf of the State Education Department, and executed under the seal of said University and recorded as Number 26,815.

Chancellor

President of the University and
Commissioner of Education



## The University of the State of New York
### Education Department

## NIAGARA UNIVERSITY
## AMENDMENT OF CHARTER

This Instrument Witnesseth That the Board of Regents for and on behalf of the Education Department of the State of New York at their meeting of November 18, 2014.

An application having been made by and on behalf of the trustees of Niagara University, for its absolute charter to be amended, it was

<u>Voted</u>, that the absolute charter in the first instance of Niagara University, located in Niagara, county of Niagara, state of New York, which was granted by action of the Board of Regents on August 7, 1883, pursuant to Chapter 190 of the Laws of 1863 as amended by Chapter 92 of the Laws of 1883, said corporation having originally been incorporated under the corporate name "Seminary of Our Lady of Angels" pursuant to said Chapter 190 of the Laws of 1863; which absolute charter was amended on various occasion with the last amendment granted on December 20, 2001 be, and the same hereby is, amended to add authority confer the degree of Master of Health Administration (M.H.A.).



Granted, November 18, 2014 by the Board of Regents of The University of the State of New York, for and on behalf of the State Education Department, and executed under the seal of said University and recorded as Number 26,201.

Chancellor

President of the University and Commissioner of Education



The University of the State of New York
Education Department

# NIAGARA UNIVERSITY

## AMENDMENT OF CHARTER

This Instrument Witnesseth That the Board of Regents for and on behalf of the Education Department of the State of New York at their meeting of December 20, 2001,

An application having been made by and on behalf of the trustees of Niagara University, for its absolute charter to be amended, it was

Voted, that the absolute charter in the first instance of Niagara University, located in Niagara, county of Niagara, state of New York, which was granted by action of the Board of Regents on August 7, 1883, pursuant to Chapter 190 of the Laws of 1863 as amended by Chapter 92 of the Laws of 1883, said corporation having originally been incorporated under the corporate name "Seminary of Our Lady of Angels" pursuant to said Chapter 190 of the Laws of 1863; which absolute charter was amended by Regents action on February 17, 1928, July 17, 1933, November 20, 1959, December 16, 1960, September 24, 1965, March 29, 1968, March 17, 1989 and April 23, 1993 be, and the same hereby is, amended to increase the maximum number of trustees from 25 to 30.

Granted, December 20, 2001, by the Board of Regents of The University of the State of New York, for and on behalf of the State Education Department, and executed under the seal of said University and recorded as Number 23,312.

Chancellor

President of the University and
Commissioner of Education



# The University of the State of New York
## Education Department

## NIAGARA UNIVERSITY

## AMENDMENT OF CHARTER

This Instrument Witnesseth That the Board of Regents for and on behalf of the Education Department of the State of New York at their meeting of April 23, 1993,

An application having been made by and on behalf of the trustees of Niagara University, for an amendment of its charter, it was

**Voted**, that the absolute charter in the first instance of Niagara University, located in Niagara University, county of Niagara, state of New York, which was granted by action of the Board of Regents on August 7, 1883, pursuant to Chapter 190 of the Laws of 1863 as amended by Chapter 92 of the Laws of 1883, said corporation having originally been incorporated under the corporate name "Seminary of Our Lady of Angels" pursuant to said Chapter 190 of the Laws of 1863; which absolute charter was amended by Regents action on February 17, 1928, July 17, 1933, November 20, 1959, December 16, 1960, September 24, 1965, March 29, 1968, and March 17, 1989 be, and the same hereby is, amended to add the following language:

The corporation may take and hold real and personal property to such an amount as may be or become necessary for the proper conduct and support of the several departments of education heretofore established or hereafter to be established by its board of trustees, and such real and personal property as has been, or may hereafter be given to Niagara University by gift, grant, devise or bequest in trust or otherwise, for the use and purposes permitted by its charter or for any other charitable purpose or organization described in sections 170(c), 2055(a) and 2522(a) of the Internal Revenue Code, and in cases of trusts so created, the several trust estates shall be kept distinct, and the interest or income shall be faithfully applied to the purposes of such respective trusts, in accordance with the provisions of the acts or instruments by which the respective trusts were created, including the payment of income or a part thereof to a lifetime beneficiary or beneficiaries as may be designated and required by the terms of such gift, grant, devise or bequest.



Granted, April 23, 1993, by the Board of Regents of The University of the State of New York, for and on behalf of the State Education Department, and executed under the seal of said University and recorded as Number 21,407.

Chancellor

President of The University and Commissioner of Education

Case 1-20-10322-CLB, Doc 3587-7, Filed 01/15/25, Entered 01/15/25 16:49:45 Description: Exhibit 7, Page 6 of 16



# The University of the State of New York
## Education Department

## Amendment to Charter
## NIAGARA UNIVERSITY

**THIS INSTRUMENT WITNESSETH** That the Regents of The University of the State of New York have amended the charter of Niagara University, located at Niagara, county of Niagara, state of New York, which was established as a seminary of learning for young men under the corporate name of Seminary of Our Lady of Angels by Chapter 190 of the Laws of 1863, and which, pursuant to said act as amended by Chapter 92 of the Laws of 1883, was erected into a college under the corporate name of Niagara University by action of the Board of Regents taken on August 7, 1883, said charter having been amended by action of the Regents on various occasions, the last amendment having been granted on March 29, 1968, is further amended to authorize the Niagara University to award the Bachelor of Fine Arts degree.

Granted March 17, 1989, by the Board of Regents of The University of the State of New York, for and on behalf of the State Education Department, and executed under the seal of said University, and recorded as Number 20,412.



Chancellor

President of The University
and Commissioner of Education

Case 1-20-10322-CLB, Doc 3587-7, Filed 01/15/25, Entered 01/15/25 16:49:45, Description: Exhibit 7, Page 7 of 16

# The
# University of the State of New York
## Education Department



### Amendment to Charter of
### Niagara University

**This instrument witnesseth** That the Board of Regents for and on behalf of the Education Department of the State of New York has amended the

charter of Niagara University, located in Niagara University, county of Niagara, State of New York, -- which was incorporated as a seminary of learning for young men under the corporate name of Seminary of Our Lady of Angels by chapter 190 of the Laws of 1863, and which, pursuant to said act as amended by chapter 92 of the Laws of 1883, was erected into a college under the corporate name of Niagara University by action of the Board of Regents taken on August 7, 1883; said charter having been variously amended by the Regents from time to time, including an amendment granted by the Regents on December 16, 1960 authorizing the university to establish at Glenmont, Albany County, an institutional branch offering courses of study leading to the degrees of bachelor of arts (B.A.) and master of arts (M.A.) for students preparing for Roman Catholic priesthood, to be known as "The Seminary of Our Lady of Angels," and said charter having been last amended by Regents action on September 24, 1965 by authorizing the university to confer, in addition to the degrees heretofore authorized, the degree of master of arts in teaching (M.A.T.) to qualified students completing an approved program, -- as follows:

1. That the institutional branch located at Glenmont, Albany County, New York, known as "The Seminary of Our Lady of Angels" be made a body corporate separate and apart from Niagara University. The property, interest and affairs of such seminary - corporation shall be administered by a separate board of five trustees, the members of which shall be elected in the first instance by the members of the board of trustees of Niagara University. Once so established, said board of trustees of The Seminary of Our Lady of Angels shall have all the powers granted to trustees of corporations by section 226 of the Education Law, with the exception that granting degrees and honors upon graduation from such seminary shall be conferred by Niagara University.

**Granted** March 29, 1968 by the Board of Regents for and on behalf of the State Education Department, executed under the seal of said Department and recorded therein Number 9651

*Edgar W. Couper*
Chancellor

*[signature]*
President of the University
and Commissioner of Education

# The University of the State of New York
## The State Education Department

### Amendment to Charter of
### Niagara University

This instrument witnesseth, That the Board of Regents for and on behalf of the Education Department of the State of New York has amended the charter of Niagara University, located at Niagara University, county of Niagara, State of New York, which was established as a seminary of learning for young men under the corporate name of Seminary of Our Lady of Angels by chapter 190 of the Laws of 1863, and which, pursuant to said act as amended by chapter 92 of the Laws of 1865, was erected into a college under the corporate name of Niagara University by action of the Board of Regents taken on August 7, 1883, said charter having been amended by the Regents on February 17, 1928, by authorizing said university to confer the degree of master of arts (M.A.) and doctor of philosophy (Ph.D.) in course, and again amended by the Regents on July 15, 1933, by empowering said institution to conduct a School of Business in the county of Monroe, State of New York, said charter having been further amended by the Regents on November 20, 1959, by confirming the degrees theretofore granted by the university and continuing the power and authority of the university to confer certain additional degrees in course and certain additional honorary degrees, and by authorizing the university to confer certain additional degrees in course and certain additional honorary degrees, all as specified in said amendment, said charter having been again amended by the Regents on December 16, 1960, by authorizing the university to establish at Glenmont, Albany County, an institutional branch offering courses of study leading to the degrees of bachelor of arts (B.A.) and master of arts (M.A.) for students preparing for the Roman Catholic priesthood, to be known as "The Seminary of Our Lady of Angels",—by authorizing the university to confer the degree of master of arts in teaching (M.A.T.) to qualified students completing an approved program, in addition to the degrees which it has heretofore been authorized to confer, in conformity with the Rules of the Board of Regents of The University of the State of New York and the Regulations of the Commissioner of Education for the registration of institutions of higher education.

Granted September 24, 1965, by the Board of Regents for and on behalf of the State Education Department, recorded under the seal of said Department, Number 13955 and recorded therein.

Edgar W. Couper
Chancellor

James E. Allen Jr.
President of the University
and Commissioner of Education



# The University of the State of New York
## State Education Department

### Amendment to Charter of Niagara University

**This instrument witnesseth:** That the Board of Regents for and on behalf of the Education Department of the State of New York has amended the charter of Niagara University, located at Niagara University, county of Niagara, State of New York, which was established as a seminary of learning for young men under the corporate name of Seminary of Our Lady of Angels by chapter 190 of the Laws of 1863, and which, pursuant to said act is amended by chapter 82 of the Laws of 1883, was erected into a college under the corporate name of Niagara University by action of the Board of Regents taken August 7, 1883, said charter having been amended by the Regents on February 17, 1925, by authorizing said university to confer the degree of master of arts (M.A.) and doctor of philosophy (Ph.D.) in course, and again amended by the Regents on July 15, 1933, by empowering said institution to conduct a School of Business in the county of Monroe, State of New York, said charter having been further amended by the Regents on November 20, 1959, by confirming the degrees theretofore granted by the university and continuing the power and authority of the university to confer certain degrees in course and certain additional honorary degrees, and by authorizing the university to confer certain additional honorary degrees, all as specified in said amendment,— by authorizing the university to establish at Cloumont, Albany County, an institutional branch offering courses of study leading to the degree of bachelor of arts (B.A.) and master of arts (M.A.) for students preparing for the Roman Catholic priesthood, to be known as "The Seminary of Our Lady of Angels."

Granted December 16, 1963, by the Board of Regents ...

# The University of the State of New York
## Education Department
### Amendment to Charter of Niagara University

**This instrument witnesseth** that the Board of Regents, for and on behalf of the University of the State of New York, has amended the

*Charter of Niagara University*, located at Niagara University, being an institution of learning for young men, under the corporate name of Niagara University, which was established as a seminary of learning for young men, under the corporate name of Niagara University, in the city of Niagara, in the State of New York, which was established pursuant to add and as amended by chapter 99 of the Laws of 1883 and chapter 190 of the Laws of 1863 and chapter 7 of the Laws of 1885, and further having been amended by the Regents on January 17, 1925 (by authority of the State of New York) and chartered as a college under the corporate name of Niagara University by action of the Regents on July 15, 1933, by empowering said institution to conduct a School of Business (B.B.A.) and School of Philosophy (Ph.D.) in courses and again amended by the Regents on July 15, 1933, by empowering said institution to conduct a School of Business (B.B.A.) in the county of Niagara, State of New York, is hereby amended by conferring the degrees hereinafter granted by the University and continuing the powers and authority of the University to confer the following degrees in course in conformity with the by-laws of the Board of Regents and the regulations of the Commissioner of Education for that institution of institutions of higher education:

- Bachelor of Arts (B.A.)
- Bachelor of Science (B.S.)
- Bachelor of Science in Chemistry (B.S.)
- Bachelor of Business Administration (B.B.A.)
- Master of Arts (M.A.)
- Master of Science (M.S.)
- Master of Business Administration (M.B.A.)
- Doctor of Philosophy (Ph.D.)

and the following honorary degrees:

- Doctor of Laws (LL.D.)
- Doctor of Letters (Litt.D.)
- Doctor of Commercial Science (D.C.S.)

and, further, that this University is authorized to confer the following additional degrees in course:

- Associate in Arts (A.A.)
- Associate in Applied Science (A.A.S.)

and the following additional honorary degrees:

- Doctor of Civil Law (D.C.L.)
- Doctor of Engineering (D.Sc.Eng.)
- Doctor of Fine Arts (D.F.A.)
- Doctor of Humane Letters (L.H.D.)
- Doctor of Music (Mus.D.)
- Doctor of Pedagogy (Pd.D.)
- Doctor of Science (Sc.D.)

**Granted** September 26, 1963





# The University of the State of New York

## Amendment to charter of Niagara University

**This instrument witnesseth** That the Regents of the University of the State of New York have amended the charter of Niagara University, which was established as a seminary of learning for young men under the corporate name of Seminary of Our Lady of Angels by Chapter 190 of the Laws of 1863, and which pursuant to said act was amended by Chapter 92 of the Laws of 1883, was erected into a college under the corporate name of Niagara University by action of the Regents taken August 7, 1883 (said charter having been amended by action of the Regents at their meeting on February 17, 1928), by empowering the institution to conduct a School of Business in the County of Monroe, State of New York.

Granted July 13, 1933, by the Regents of the University of the State of New York, executed under their seal and recorded in their office. Number 2180



# The University of the State of New York

### Amendment to charter of
### Niagara University

This instrument witnesseth: That the Regents of the University of the State of New York have amended the charter granted August 1863 to Niagara University at Niagara Falls, New York, pursuant to the provisions of a special act of the Legislature, being Chapter 93 of the Laws of 1883, by providing that said university be authorized to confer the degrees of Master of Arts (M.A.) and Doctor of Philosophy (Ph.D.) in course.

Granted February 17, 1939, by the Regents of the University of the State of New York, executed under their seal and recorded in their office, number 3737.

In case of death, etc.
thereof, at which a majority of such remaining corporators shall be present.

Objects.
§ 5. The object of this society shall be the prevention of cruelty to animals, and to enforce by any and all lawful means all acts of the legislature of this state for the prevention of such cruelty to animals, and the punishment of any and all violations of such statutes, within the town of Ossining, in the county of Westchester, and within the several towns adjoining thereto.

By-laws.
§ 6. This society at any meeting of the corporators at which a quorum shall be present, shall have power to make by-laws for the government of said society and to change and modify the same at pleasure.

Further corporate powers.
§ 7. The corporation hereby constituted shall have power and authority and are hereby authorized to receive by gift, grant, devise, or bequest, and hold to the uses of said corporation both real and personal property, not to exceed in value and amount the sum of fifty thousand dollars.

§ 8. This act shall take effect immediately.

# CHAP. 92.

AN ACT to amend chapter one hundred and ninety of the laws of eighteen hundred and sixty-three, entitled "An act to incorporate the Seminary of Our Lady of Angels."

PASSED March 12, 1883.

*The People of the State of New York, represented in Senate and Assembly, do enact as follows:*

SECTION 1. Section six of chapter one hundred and ninety of the laws of eighteen hundred and sixty-three, entitled "An act to incorporate the Seminary of Our Lady of Angels," is hereby amended so as to read as follows:

When regents may erect seminary into a college.
§ 6. Whenever, in the opinion of the regents of the university, the state of literature in the said seminary and the value of its property according to the regulations of the said regents shall justify the same, the said regents may, on the petition of the trustees, by an instrument under their common seal erect the said seminary into a college with such name, and such number of trustees, and on such conditions, and with such powers and privileges conformable to law as the said regents may deem proper, and the said college shall have the right to maintain any department of learning that is maintained by any college or university in this state, and may locate and maintain any department thereof in the county of Erie.

§ 2. This act shall take effect immediately.

## Chap. 189.

AN ACT to amend article second, title ten of chapter eight, part third of Revised Statutes "of summary proceedings to recover the possession of land in other cases."

Passed April 20, 1863; three-fifths being present.

*The People of the State of New York, represented in Senate and Assembly, do enact as follows:*

SECTION 1. All proceedings had and process issued under the provisions of article second, title ten, chapter eight, part third of the Revised Statutes, in the city of New York, by any justice of the district courts thereof, shall be had and issued and be made returnable before a justice of the district court in the district in which the premises of which the possession is sought to be recovered are situated, and all such process shall be made returnable by the clerk of said district court, at the court thereof, and the affidavit upon which the process is issued shall be sworn or affirmed to before, and filed with, the said clerk or his deputy.

§ 2. This act shall take effect immediately.

## Chap. 190.

AN ACT to incorporate the Seminary of Our Lady of Angels.

Passed April 20, 1863.

*The People of the State of New York, represented in Senate and Assembly, do enact as follows:*

Corporators  SECTION 1. Stephen V. Ryan, Thomas J. Smith, John Asmuth, James Knowd, Robert E. V. Rice, Patrick M. O. Regen and Francis Burlando and their successors, are hereby constituted a body corporate by the name of " The Seminary of Our Lady of Angels," the object of the said institution being to establish and maintain a seminary of learning in the county of Niagara for the care and education of young men.

§ 2. The persons above named and their successors

are hereby appointed trustees of the said corporation. Vacancies in the said board, by death, resignation, or otherwise, shall be filled by the remainder of the trustees or a majority of them.

§ 3. The said corporation may grant to its students honorary testimonials, for proficiency in studies or for general merit, of such character as it may deem proper.

§ 4. The said corporation shall possess the general powers and privileges, and be subject to the liabilities, of a corporation, as provided in and by the third title of the eighteenth chapter of the first part of the Revised Statutes.

§ 5. The said institution shall be subject to the visitation of the Regents of the University in like manner with other institutions of learning in this State.

§ 6. Whenever in the opinion of the Regents of the University, the state of literature in the said seminary, and the value of its property (according to the regulations of the said regents) shall justify the same, the said regents may, on the petition of the trustees by an instrument under their common seal, erect the said seminary into a college, with such name and such number of trustees, and on such conditions, and with such powers and privileges conformable to law, as the said regents may deem proper.

§ 7. This act shall take effect immediately.

*Margin notes:* Testimonials to students. Vacancies. Powers and liabilities of corporation. Subject to visitation of regents. When it may be erected into a college.