**EXHIBIT 9**

Case 1-20-10322-CLB,    Doc 3587-9,    Filed 01/15/25,    Entered 01/15/25 16:49:45,
Description: Exhibit 9, Page 1 of 21



**THE STATE EDUCATION DEPARTMENT**/THE UNIVERSITY OF THE STATE OF NEW YORK

Secretary, Board of Regents
Rm. 110, State Education Building
Albany, New York 12234
Tel. (518)474-5889
E-mail: RegentsOffice@nysed.gov

Bond, Schoeneck & King PLLC
Attn: Milena Vorndran
Avant Building - Suite 900
200 Delaware Avenue
Buffalo, NY 14202-2107

To Whom it May Concern:

This is to certify that the attached copies of the charter actions, and if applicable, any amendments for **St. Bonaventure University** are true copies of the original and of the whole thereof, and is not dissolved, the latest action being document number 27,734.

**IN WITNESS WHEREOF,** I hereunto set my hand and affix the seal of The University and of the State Education Department, at the city of Albany, New York, this the 11th day of December 2024.

**Christopher Halpin**



**The University of the State of New York**

Education Department

## ST. BONAVENTURE UNIVERSITY

### AMENDMENT OF CHARTER

This Instrument Witnesseth That the Board of Regents for and on behalf of the Education Department of the State of New York at their meeting of May 7, 2024,

An application having been made by and on behalf of the trustees of St. Bonaventure University, for an amendment of its charter, it was

Voted, that the provisional charter of St. Bonaventure University, located in Allegany, county of Cattaraugus, and state of New York, which was granted by action of the Board of Regents on March 1, 1875 under the corporate name "St. Bonaventure's College"; which provisional charter was made absolute by Regents action on January 11, 1883; amended on various occasions with an amendment granted on July 21, 1950 to change the corporate name to "St. Bonaventure University"; and last amended on April 15, 2024 be, and the same hereby is, amended to add authority for the corporation to confer the Master of Social Work (M.S.W.) degree.



Granted, May 7, 2024 by the Board of Regents of The University of the State of New York, for and on behalf of the State Education Department, and executed under the seal of said University and recorded as Number 27,734.

**Chancellor**

**President of the University and
Commissioner of Education**



**The University of the State of New York**

Education Department

## ST. BONAVENTURE UNIVERSITY

### AMENDMENT OF CHARTER

This Instrument Witnesseth That the Board of Regents for and on behalf of the Education Department of the State of New York at their meeting of April 15, 2024,

An application having been made by and on behalf of the trustees of St. Bonaventure University, for an amendment of its charter, it was

Voted, that the provisional charter of St. Bonaventure University, located in Allegany, county of Cattaraugus, and state of New York, which was granted by action of the Board of Regents on March 1, 1875 under the corporate name "St. Bonaventure's College; which provisional charter was made absolute by Regents action on January 11, 1883; amended on various occasions with an amendment granted on July 20, 1950 to change the corporate name to "St. Bonaventure University"; and last amended on September 14, 2021 be, and the same hereby is, amended to add authority for the College to confer the degree of Doctor of Education (Ed. D.).

Granted, April 15, 2024 by the Board of Regents of The University of the State of New York, for and on behalf of the State Education Department, and executed under the seal of said University and recorded as Number 27,711.

**Chancellor**

**President of the University and Commissioner of Education**



**The University of the State of New York**

Education    Department

### ST. BONAVENTURE UNIVERSITY

### AMENDMENT OF CHARTER

This Instrument Witnesseth That the Board of Regents for and on behalf of the Education Department of the State of New York at their meeting of September 14, 2021,

An application having been made by and on behalf of the trustees of St. Bonaventure University, for an amendment of its charter, it was

<u>Voted</u>, that the provisional charter of St. Bonaventure University, located in Allegany, county of Cattaraugus, and state of New York, which was granted by action of the Board of Regents on March 1, 1875 under the corporate name "St. Bonaventure's College; which provisional charter was made absolute by Regents action on January 11, 1883; amended on various occasions with an amendment granted on July 20, 1950 to change the corporate name to "St. Bonaventure University"; and last amended on October 16, 1992 be, and the same hereby is, amended to add authority for the College to confer the degree of Master of Public Health (M.P.H.).



Granted, September 14, 2021 by the Board of Regents of The University of the State of New York, for and on behalf of the State Education Department, and executed under the seal of said University and recorded as Number 27,343.

**Chancellor**

**President of the University and
Commissioner of Education**



The University of the State of New York

Education      Department

### ST. BONAVENTURE UNIVERSITY

### AMENDMENT OF CHARTER

This Instrument Witnesseth That the Board of Regents for and on behalf of the Education Department of the State of New York at their meeting of October 16, 1992,

An application having been made by and on behalf of the trustees of St. Bonaventure University, for an amendment of its charter, it was

Voted, that the provisional charter of St. Bonaventure University, located in Allegany, county of Cattaraugus, state of New York, which was granted by action of the Board of Regents on March 1, 1875 under the name "St. Bonaventure's College"; which provisional charter was made absolute by Regents action on January 11, 1883; which absolute charter was amended by Regents action on December 19, 1929, April 16, 1937, October 18, 1946, July 20, 1950 to change the corporate name to "St. Bonaventure University," October 19, 1950, November 21, 1952, June 29, 1973, December 13, 1974 and October 24, 1986 be, and the same hereby is, amended to authorize the college to confer the Master of Arts in Teaching (M.A.T.) degree.



Granted, October 16, 1992, by the Board of Regents of The University of the State of New York, for and on behalf of the State Education Department, and executed under the seal of said University and recorded as Number 21,297.

_Darwin Caballala_
**Chancellor**

_Thomas Sobol_
**President of The University and Commissioner of Education**



# The University of the State of New York

### Education    Department

## Amendment to Charter

### ST. BONAVENTURE UNIVERSITY

THIS INSTRUMENT WITNESSETH That the Regents of The University of the State of New York have amended the charter of St. Bonaventure University, located in the town of Allegany, county of Cattaraugus, state of New York, which was incorporated under a provisional charter by the Board of Regents on March 1, 1875, this provisional charter having been made absolute by action of the Regents on January 11, 1883, and which charter was amended on various occasions by the Board of Regents, the last amendment having been granted on December 13, 1974, to increase the authorized maximum number of trustees from twenty-five to thirty-five.

Granted October 24, 1986, by the Board of Regents of The University of the State of New York, for and on behalf of the State Education Department, and executed under the seal of said University, and recorded as NUMBER 19,984.



_Chancellor_

President of The University
and Commissioner of Education



### The University of the State of New York

Education Department

Amendment to Charter

## ST. BONAVENTURE UNIVERSITY

THIS INSTRUMENT WITNESSETH That the Regents of The University of the State of New York have amended the charter of St. Bonaventure University, located in the town of Allegany, county of Cattaraugus, State of New York, which was incorporated under a provisional charter by the Board of Regents on March 1, 1875, under the corporate name of St. Bonaventure's College, such provisional charter having been made absolute by action of the Regents on January 11, 1883, and having been amended by the Regents on December 19, 1929, authorizing the college to confer certain graduate degrees, and further amended by action of the Regents on April 16, 1937, by authorizing said college to establish and conduct a junior college or a junior college department at St. Joseph's Seraphic Seminary, Callicoon, Sullivan County, and again amended by the Regents on October 18, 1946, with respect to the number and manner of election of members of the board of trustees of the corporation, and further amended by action of the Regents on July 21, 1950, by changing the corporate name of the institution to St. Bonaventure University, and again amended by the Regents on October 20, 1950, with respect to the degree-conferring powers of the institution, and having been further amended by the Regents on November 21, 1952, by eliminating therefrom the authorization granted said corporation to establish and conduct a junior college or a junior college department at St. Joseph's Seraphic Seminary, and having been last amended by the Regents on June 29, 1973, with respect to the number and powers of the board of trustees, by authorizing The University to confer the additional degree of master of business administration (M.B.A.), in conformity with the Rules of the Board of Regents of The University of the State of New York and the Regulations of the Commissioner of Education for the registration of the program leading to such degree.

Granted December 13, 1974 by the Board of Regents of The University of the State of New York and executed under the seal of said University and recorded as Number 14,043.

_Joseph W. McGivern_
Chancellor

_Ewald B. Nyquist_
President of The University and
Commissioner of Education

### The University of the State of New York

Education    Department

## Amendment to Charter

## ST. BONAVENTURE UNIVERSITY

THIS INSTRUMENT WITNESSETH That the Regents of The
University of the State of New York have amended the
charter of St. Bonaventure University, located in the
town of Allegany, county of Cattaraugus, State of New
York, which was incorporated under a provisional charter
by the Board of Regents on March 1, 1875, under the
corporate name of St. Bonaventure's College, such pro-
visional charter having been made absolute by action
of the Regents on January 11, 1883, and having been
amended by the Regents on December 19, 1929, author-
izing the college to confer certain graduate degrees,
and further amended by action of the Regents on April
16, 1937, by authorizing said college to establish
and conduct a junior college or a junior college de-
partment at St. Joseph's Seraphic Seminary, Callicoon,
Sullivan County, and again amended by the Regents on
October 18, 1946, with respect to the number and manner
of election of members of the board of trustees of the
corporation, and further amended by action of the Regents
on July 21, 1950, by changing the corporate name of the
institution to St. Bonaventure University, and again
amended by the Regents on October 20, 1950, with respect
to the degree-conferring powers of the institution, and
having been last amended by the Regents on November 21,
1952, by eliminating therefrom the authorization granted
said corporation to establish and conduct a junior
college or a junior college department at St. Joseph's
Seraphic Seminary, by deleting therefrom the provi-
sions which become part of the charter by reason of the
amendment granted by the Regents on October 18, 1946,
and by substituting therefor the following provisions:

"The number of the board of trustees of the
University shall be not more than 25 nor less
than 5, and said number and the manner of
election shall be as set forth in the by-laws
of the University, as said by-laws may from
time to time be amended by the board of trustees.

"In the interim between the effective date of
this amendment and the date upon which a new
board of trustees shall constitute in conformity
with this amendment and with the by-laws of the
University then in effect, the board of trustees
constituted under the charter as in effect im-
mediately prior to this amendment shall continue
in office with full power to discharge their
duties.

"The board of trustees shall have the power to
make, alter or repeal by-laws providing in any
way for the management and conduct of the affairs
of the University provided that nothing therein
shall be inconsistent herewith or with the laws
of the State of New York or the rules of the
Regents of the University of the University of
the State of New York

"The offices of the University shall be provided in the by-laws of the University as the same may from time to time be amended by the board of trustees."



Granted June 29, 1973 by the Board of Regents of The University of the State of New York and executed under the seal of said University. and recorded as Number 11,027

Joseph W. McGovern
Chancellor

President of the University and Commissioner of Education

# The University of the State of New York

## Education Department

### Amendment to Charter of

### St. Bonaventure University

**This instrument witnesseth** That the Board of Regents (or upon its own behalf of the Education Department) of The University of the State of New York has amended the charter of St. Bonaventure University, located in the town of Allegany, Cattaraugus county, — which was incorporated under a provisional charter granted by the Board of Regents on March 1, 1875, when the corporate name of St. Bonaventure College and provisional charter having been made absolute by action of the Regents on January 11, 1855, and having been amended by action of the Regents on December 19, 1922 authorizing the college to confer certain graduate degrees, and further amended by action of the Regents on April 16, 1931, by authorizing said college to establish and conduct a junior college department at St. Joseph's Seraphic Seminary, Callicoon, Sullivan county, and again amended by the Regents on October 18, 1946, with respect to the number and manner of election of members of the board of trustees of the corporation, and further amended by action of the Regents on July 21, 1950, by changing the corporate name of the institution to St. Bonaventure University, and again amended by the Regents on October 20, 1950, with respect to the degree-conferring powers of the institution, — By eliminating therefrom the authorization granted said corporation to establish and conduct a junior college or a junior college department at St. Joseph's Seraphic Seminary.

**Granted** *November 21 1957, by the Board of Regents for and on behalf of the State Education Department and executed under the seal of said Department and recorded therein, Number 6352*



# The University of the State of New York

## State Education Department

### Amendment to Charter of

### St Bonaventure University

**This instrument witnesseth** That the Board of Regents for and on behalf of The University of the State of New York has amended the charter of St Bonaventure University, located in the town of Allegany, Cattaraugus County (post-office address, Saint Bonaventure),—which was incorporated by the Board of Regents under a provisional charter on March, 1875, under the corporate name of St Bonaventure's College, such provisional charter having been made absolute by action of the Regents on December 19, 1883, and having been amended by the Regents on December 19, 1929, authorizing the college to confer certain graduate degrees and further amended by action of the Regents on April 16, 1931, by authorizing said college to establish and conduct a junior college or a junior college department at St Joseph's Seraphic Seminary, Callicoon, Sullivan county, and again amended by the Regents on October 18, 1940, with respect to the number and manner of election of members of the board of trustees of the corporation, and further amended by action of the Regents on July 20-21, 1950 by changing the corporate name of the institution to St Bonaventure University — by authorizing the institution to confer the following degrees (including those heretofore authorized): bachelor of arts (B.A.), bachelor of science (B.S.), bachelor of science in education (B.S. in Ed.), bachelor of business administration (B.B.A.), master of arts (M.A.), master of science (M.S.), master of science in education (M.S. in Ed.), and doctor of philosophy (Ph.D.), in course, and the honorary degrees of doctor of laws (LL.D.), doctor of letters (Litt.D.), doctor of humane letters (L.H.D.), doctor of science (Sc.D.), doctor of commercial science (D.C.S.) and doctor of pedagogy (Pd.D.), in conformity with the rules of the Regents of the University and of the regulations of the Commissioner of Education for the registration of institutions of higher education.

Granted October 19-20, 1950 by the Board of Regents for and on behalf of the State Education Department, executed under the seal of said Department and recorded therein. Number 7949



*Francis T. Spaulding*
President of the University
and Commissioner of Education

*Theodore ? Hall*
Secretary

# The University of the State of New York
## Education Department

### Amendment to Charter of

## St. Bonaventure's College

**This instrument witnesseth** That the Board of Regents for and on behalf of the Education Department by the State of New York has amended the charter of St. Bonaventure's College, located in the town of Allegany, Cattaraugus county,—which was incorporated under a provisional charter granted by the Board of Regents on March 1, 1875 such provisional charter having been made absolute by action of the Regents on January 11, 1883 and having been amended by the Regents on December 10, 1909, authorizing the college to confer certain graduate degrees, and further amended by action of the Regents on April 16, 1931 by authority of said college to establish and conduct as a junior college or a junior college department at St. Josephs Seraphic Seminary, Callicoon, Sullivan county, and again amended by the Regents on October 18, 1940 with respect to the number and manner of election of members of the board of trustees of St. Bonaventure University— by changing the corporate name of the institution to St. Bonaventure University



**Granted** July 21, 1950 by the Board of Regents for and on behalf of the State Education Department, executed under the seal of said Department and recorded therein. Number 5916



### The University of the State of New York

Amendment to charter of

St Bonaventure's College

THIS INSTRUMENT WITNESSETH That the Regents of the University of the
State of New York have amended the charter of St Bonaventure's College,
Allegany, Cattaraugus county,—which was incorporated by the Regents
under a provisional charter on March 1, 1875, said charter having been
made absolute by action of the Regents on January 11, 1883, and having
been amended by the Regents on December 19, 1929, by authorizing the
college to confer certain graduate degrees, and further amended by action
of the Regents on April 16, 1937, by authorizing said college to establish
and conduct a junior college or a junior college department at St Joseph's
Seraphic Seminary, Callicoon,—as follows:

The number of the board of trustees of the college shall not be
more than 25 nor less than five and, subsequent to the date of this
amendment, said number and the manner of election shall be as here-
inafter set forth:

1 Each person who is now a member of the Definitorium of The
Order of Friars Minor of the Province of the Most Holy Name shall
*ipso facto* become and be a trustee of the college and, except as
hereinafter provided, each person hereafter elected or appointed
a member of said Definitorium shall, by such election or appoint-
ment, thereupon become and be a trustee of the college, in each
case to hold office until the next regular election or appointment
of members of the Definitorium.

2 In order to provide for trustees in addition to those provided
for in subdivision 1, the board of trustees may, by the affirmative
vote of five-sixth of its number, at any time increase the authorized
number of the board to any number not more than 25 and elect the
additional trustees so provided for; and such additional trustees
shall hold office until the next regular election or appointment of
members of the Definitorium. Upon the death, resignation or expira-
tion of the term of office of any trustee so elected, the authorized
number of the trustees shall be correspondingly reduced without any
action by the board, subject to subsequent increases, from time to
time, as aforesaid.

3 If the authorized number of members of the aforesaid Definitorium
shall be reduced below five, the remaining members of the board of
trustees shall elect such additional trustees as may be necessary to
bring the total to five.

4 If the number of members of the aforesaid Definitorium shall be increased, said additional members of said body shall also thereupon become and be trustees of the college; provided, however, that not more than 24 members of the aforesaid Definitorium shall at any one time be trustees of the college. If less than all of the members of the aforesaid Definitorium can be trustees of the college under the above restrictions, all questions as to which such members are to become and be such trustees shall be determined by the Provincial (the chief executive officer) of The Order of Friars Minor of the Province of the Most Holy Name.

The board of trustees shall have the power to make, alter or repeal bylaws providing in any way for the management and conduct of the affairs of the college; provided that nothing therein shall be inconsistent herewith or with the laws of the State of New York or the rules of the Regents of the University of the State of New York.

The board of trustees shall meet triennially for the election of officers of the college, and such officers need not be elected from the trustees, except that the chief executive officer shall at all times be a trustee of the college. The aforesaid regular triennial meeting shall be held immediately following, and at the same place as, the Triennial Chapter (meeting) of the aforesaid The Order of Friars Minor of the Province of the Most Holy Name.



Granted October 18, 1946, by the Regents of the University of the State of New York executed under their seal and recorded in their office. Number 5310

*William J. Wallin*

Chancellor

*Francis T. Spaulding*

President of the University and Commissioner of Education

# The University of the State of New York

## Amendment to charter of
## St. Bonaventure's College

This instrument witnesseth: That the Regents of the University of the State of New York have amended the charter of St. Bonaventure's College, Allegany, Cattaraugus County, N.Y., which was incorporated by the Regents under a provisional charter March 1, 1875, said charter having been made absolute by action of the Regents January 11, 1883, and having been amended by the Regents on December 19, 1929, so as to permit said college to confer graduate degrees, by authorizing said college to establish and conduct a junior college or junior college department at St. Joseph's Seraphic Seminary, Callicoon, N.Y.

Granted April 16, 1937, by the Regents of the University of the State of New York, recorded under their seal and recorded in their office. Number 4414.

_Chancellor_

_President of the University and Commissioner of Education_

Case 1-20-10322-CLB, Doc 3587-9, Filed 01/15/25, Entered 01/15/25 16:49:45, Description: Exhibit 9, Page 16 of 21

# The University of the State of New York

## Amendment to charter of

### St. Bonaventure's College

This instrument witnesseth That the Regents of the University of the State of New York

has amended the charter granted March 1, 1875 to St. Bonaventure's College, Allegany, New York, and which was

made absolute by action of the Regents January 11, 1883 so as to permit said college to confer the graduate degrees of Master of Arts

(M.A.), Master of Philosophy (Ph.M.), Master of Science (M.S.), and Doctor of Philosophy (Ph.D.) upon such students as shall

complete the regular courses of instruction leading to such degrees, and said college is further authorized to establish

such courses and to teach any and all subjects relating thereto.



Granted December 19, 1929. By the Regents
of the University of the State of New York,
executed under their seal and recorded in their
office. Number 3831



_____
Chancellor

Whereas the said Regents of the University, by an Instrument or Charter under their common seal, bearing date the first day of March in the year one thousand eight hundred and seventy-five, on application duly made to them for that purpose, did, in pursuance of the power in them vested by law, establish an institution for the instruction of youth in the learned languages and in the liberal and useful arts and sciences at the village of Allegany in the county of Cattaraugus, and did appoint Charles DaCazzano, James Titta, Michael Rabasidi and other persons therein named, the first trustees thereof, and did thereby ordain and declare that the said trustees and their successors should be a body corporate and politic by the name of "St Bonaventure's College", with the privileges and powers therein mentioned: Provided, however, and it was thereby declared, that if at or before the expiration of the term of five years from the date of the said charter, the trustees of the said St Bonaventure College should not furnish to the said Regents satisfactory evidence that they had invested for the use of the said College funds amounting to not less than One Hundred Thousand Dollars in securities of the character therein mentioned, or that they had made such other provision to insure the efficient working and permanent establishment of the said College as should be satisfactory to the said Regents, that then the said charter and all the provisions thereof might become void and of no effect; but in case the said trustees should furnish satisfactory evidence that such investment had been made, that then the said Charter should become perpetual, as on reference thereto will more fully appear;—

And whereas the said trustees by their application to the said Regents bearing date the third day of July in the year one thousand eight hundred and eighty-two, have represented that the real and personal property of the said St Bonaventure's College used for purposes of instruction is of the value of Two Hundred and Five Thousand Dollars free of any encumbrance, and that such provision has been made for the care, conduct and management of said College as will insure its efficient working and permanent establishment; and praying that they may be admitted to all the rights and privileges of a college incorporated with an absolute charter:—

And the said Regents, having considered the said application, and being of opinion that it is expedient under the circumstances that the same should be granted, do hereby, in pursuance of the authority in us by law vested, grant, ordain and declare, that the said proviso in the said Charter of St Bonaventure's College herein-before mentioned shall be deemed and taken to have been, and the same is hereby declared to have been complied with and fulfilled to the satisfaction of the said Regents, and that the said Charter be and the same is hereby made and declared

and the said Charter

In Witness Whereof, we, the said Regents, have caused our common seal to be hereon impressed and our Chancellor and Secretary to subscribe their names, this eleventh day of January, in the year one thousand eight hundred and eighty-three.

L. S.

H. A. Pierson.
Chancellor of the University.

David Murray
Secretary.

Recorded & compared April 12th 1883

To the Regents of the University of the State of New York:

The undersigned citizens of the State of New York respectfully represent:

That they have organized an institution of learning at Allegany, Cattaraugus County, New York and successfully conducted the same for fifteen years past.

That the course of instruction therein embraces the branches of Education usually taught in the various Colleges of this State as will more fully appear by the statements contained in the document hereto annexed, marked "A."

That the property with which it is proposed to endow the said institution consists of the grounds on which the buildings are situated, comprising two hundred acres of land valued and reasonably estimated to be worth Twenty thousand dollars;

That the College buildings as shown by the ground plan hereto annexed marked "B" are reasonably estimated to be worth One hundred and fifty thousand dollars.

That the library and philosophical apparatus in said College are of the value of five thousand dollars and the furniture therein is of the value of Ten thousand dollars.

That on the granting of the College Charter herein asked for it is expected the said real estate, library, apparatus and furniture will be conveyed and transferred to the said Corporation free of all incumbrance.

That should the said incorporation now asked for be granted, it is the intention of your memorialists to make such provision for the care, conduct and management of said College as shall ensure its efficient working and its permanent Establishment.

That your petitioners are desirous that the institution aforesaid may be incorporated by the name of

St. Bonaventure's College,

and that they propose the following named persons as the first trustees thereof to wit:

Charles La Vazzano, James Titta, Michael Rebaudi, Leo La Saracena, Tranquillino La Monselice, Theophilus Pospisilick, Boniface Brogantini, Anacletus La Berragan, Eugene Vicarini, Thomas Perrun.

Your petitioners therefore pray, that the Regents of the University of the State of New York in pursuance of the authority vested in them by Law, do in proper form declare their approbation of the said College as hereinbefore asked for.

Dated February 18th 1875.

John Molloy, known also as Bro. Joachim.
Michael A. O'Connor known also as Bro. Angelus.
William Butler, known also as Bro. Francis
John J. Stanton known also as Bro. Lewis.

State of New York,
Cattaraugus County, ss:}

John Molloy, Michael A. O'Connor, John J. Stanton, of Allegany in said county and state three of the petitioners above named, being severally sworn, do depose and say, That he has read the said petition and knows the contents thereof, and that the same is true, as he verily believes.

sworn to before me.
this 18th day of February 1875.}

C. J. McKay
Notary Public.

John Molloy,
Michael A. O'Connor,
John J. Stanton.

## Prospectus
## of
## St. Bonaventure's College,

Allegany, Cattaraugus Co. N.Y.

Conducted by the Franciscan Fathers.

This institution is situated near the Allegany River, on the New York and Erie Railroad, half a mile from Allegany Station, and it is one of the most healthy and picturesque sections in the country.