# EXHIBIT 11

Case 1-20-10322-CLB, Doc 3587-11, Filed 01/15/25, Entered 01/15/25 16:49:45, Description: Exhibit 11, Page 1 of 3



**THE STATE EDUCATION DEPARTMENT**/THE UNIVERSITY OF THE STATE OF NEW YORK

Secretary, Board of Regents
Rm. 110, State Education Building
Albany, New York 12234
Tel. (518)474-5889
E-mail: RegentsOffice@nysed.gov

Bond, Schoeneck & King PLLC
Attn: Milena Vorndran
Avant Building - Suite 900
200 Delaware Avenue
Buffalo, NY 14202-2107

To Whom it May Concern:

    This is to certify that the attached copies of the charter actions, and if applicable, any amendments for **St. Joseph's Collegiate Institute** are true copies of the original and of the whole thereof, and is not dissolved, the latest action being document number 1,459.

**IN WITNESS WHEREOF,** I hereunto set my hand and affix the seal of The University and of the State Education Department, at the city of Albany, New York, this the 19th day of December 2024.

**Christopher Halpin**

1459

Charter in
form 1, p.590
cert. 20 D '01

St Joseph's Collegiate Institute

James E. Quigley, William J. Sheehan, Brother Donation Jose, Brother Virgil, Brother Pombian

St Joseph's Collegiate Institute

the five incorporators above named

Papers filed   This corporation shall be located at Buffalo, Erie count, New York

1459                                December 19, 1901

                                    Anson Judd Upson
        Seal                        James Russell Parsons jr

Recorded and took effect 3.45 p.m. December 19, 1901