UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No. 20-10322

Chapter 11

## CERTIFICATE OF SERVICE

I, Christopher Chiu, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

On January 15, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim Nos. 898 and 960** (Docket No. 3550)

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 499** (Docket No. 3551)

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 754** (Docket No. 3552)

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 1022** (Docket No. 3553)

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 014** (Docket No. 3554)

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 919** (Docket No. 3555)

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 304** (Docket No. 3556)

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 340** (Docket No. 3557)

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 574** (Docket No. 3558)

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 493** (Docket No. 3559)

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 572** (Docket No. 3560)

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 063** (Docket No. 3561)

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 288** (Docket No. 3562)

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 720** (Docket No. 3563)

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 010** (Docket No. 3564)

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 536** (Docket No. 3565)

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim Nos. 183 and 644** (Docket No. 3566)

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 405** (Docket No. 3567)

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 787** (Docket No. 3568)

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 854** (Docket No. 3569)

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 428** (Docket No. 3570)

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 694** (Docket No. 3571)

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 731** (Docket No. 3572)

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 203** (Docket No. 3573)

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 697** (Docket No. 3574)

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 125** (Docket No. 3575)

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 201** (Docket No. 3576)

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 520** (Docket No. 3577)

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 791** (Docket No. 3578)

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 307** (Docket No. 3579)

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 465** (Docket No. 3580)

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 111** (Docket No. 3581)

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 807** (Docket No. 3582)

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 364** (Docket No. 3583)

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 667** (Docket No. 3584)

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 159** (Docket No. 3585)

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 546** (Docket No. 3586)

- **Declaration of Richard C. Suchan** (Docket No. 3587)

Furthermore, on January 15, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on two (2) confidential parties not included herein:

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim Nos. 898 and 960** (Docket No. 3550)

- **Declaration of Richard C. Suchan** (Docket No. 3587)

Furthermore, on January 15, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on two (2) confidential parties not included herein:

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 499** (Docket No. 3551)

- **Declaration of Richard C. Suchan** (Docket No. 3587)

Furthermore, on January 15, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on two (2) confidential parties not included herein:

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 754** (Docket No. 3552)

- **Declaration of Richard C. Suchan** (Docket No. 3587)

Furthermore, on January 15, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on one (1) confidential party not included herein:

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 1022** (Docket No. 3553)

- **Declaration of Richard C. Suchan** (Docket No. 3587)

Furthermore, on January 15, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on one (1) confidential party not included herein:

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 014** (Docket No. 3554)

- **Declaration of Richard C. Suchan** (Docket No. 3587)

Furthermore, on January 15, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on one (1) confidential party not included herein:

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 919** (Docket No. 3555)

- **Declaration of Richard C. Suchan** (Docket No. 3587)

Furthermore, on January 15, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on one (1) confidential party not included herein:

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 304** (Docket No. 3556)

- **Declaration of Richard C. Suchan** (Docket No. 3587)

Furthermore, on January 15, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on one (1) confidential party not included herein:

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 340** (Docket No. 3557)

- **Declaration of Richard C. Suchan** (Docket No. 3587)

Furthermore, on January 15, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on one (1) confidential party not included herein:

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 574** (Docket No. 3558)

- **Declaration of Richard C. Suchan** (Docket No. 3587)

Furthermore, on January 15, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on one (1) confidential party not included herein:

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 493** (Docket No. 3559)

- **Declaration of Richard C. Suchan** (Docket No. 3587)

Furthermore, on January 15, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on one (1) confidential party not included herein:

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 572** (Docket No. 3560)

- **Declaration of Richard C. Suchan** (Docket No. 3587)

Furthermore, on January 15, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on two (2) confidential parties not included herein:

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 063** (Docket No. 3561)

- **Declaration of Richard C. Suchan** (Docket No. 3587)

Furthermore, on January 15, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on two (2) confidential parties not included herein:

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 288** (Docket No. 3562)

- **Declaration of Richard C. Suchan** (Docket No. 3587)

Furthermore, on January 15, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on two (2) confidential parties not included herein:

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 720** (Docket No. 3563)

- **Declaration of Richard C. Suchan** (Docket No. 3587)

Furthermore, on January 15, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on one (1) confidential party not included herein:

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 010** (Docket No. 3564)

- **Declaration of Richard C. Suchan** (Docket No. 3587)

Furthermore, on January 15, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on one (1) confidential party not included herein:

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 536** (Docket No. 3565)

- **Declaration of Richard C. Suchan** (Docket No. 3587)

Furthermore, on January 15, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on three (3) confidential parties not included herein:

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim Nos. 183 and 644** (Docket No. 3566)

- **Declaration of Richard C. Suchan** (Docket No. 3587)

Furthermore, on January 15, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on two (2) confidential parties not included herein:

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 405** (Docket No. 3567)

- **Declaration of Richard C. Suchan** (Docket No. 3587)

Furthermore, on January 15, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on one (1) confidential party not included herein:

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 787** (Docket No. 3568)

- **Declaration of Richard C. Suchan** (Docket No. 3587)

Furthermore, on January 15, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on one (1) confidential party not included herein:

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 854** (Docket No. 3569)

- **Declaration of Richard C. Suchan** (Docket No. 3587)

Furthermore, on January 15, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on two (2) confidential parties not included herein:

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 428** (Docket No. 3570)

- **Declaration of Richard C. Suchan** (Docket No. 3587)

Furthermore, on January 15, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on one (1) confidential party not included herein:

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 694** (Docket No. 3571)

- **Declaration of Richard C. Suchan** (Docket No. 3587)

Furthermore, on January 15, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on one (1) confidential party not included herein:

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 731** (Docket No. 3572)

- **Declaration of Richard C. Suchan** (Docket No. 3587)

Furthermore, on January 15, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on two (2) confidential parties not included herein:

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 203** (Docket No. 3573)

- **Declaration of Richard C. Suchan** (Docket No. 3587)

Furthermore, on January 15, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on one (1) confidential party not included herein:

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 697** (Docket No. 3574)

- **Declaration of Richard C. Suchan** (Docket No. 3587)

Furthermore, on January 15, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on two (2) confidential parties not included herein:

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 125** (Docket No. 3575)

- **Declaration of Richard C. Suchan** (Docket No. 3587)

Furthermore, on January 15, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on two (2) confidential parties not included herein:

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 201** (Docket No. 3576)

- **Declaration of Richard C. Suchan** (Docket No. 3587)

Furthermore, on January 15, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on one (1) confidential party not included herein:

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 520** (Docket No. 3577)

- **Declaration of Richard C. Suchan** (Docket No. 3587)

Furthermore, on January 15, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on two (2) confidential parties not included herein:

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 791** (Docket No. 3578)

- **Declaration of Richard C. Suchan** (Docket No. 3587)

Furthermore, on January 15, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on two (2) confidential parties not included herein:

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 307** (Docket No. 3579)

- **Declaration of Richard C. Suchan** (Docket No. 3587)

Furthermore, on January 15, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on one (1) confidential party not included herein:

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 465** (Docket No. 3580)

- **Declaration of Richard C. Suchan** (Docket No. 3587)

Furthermore, on January 15, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on one (1) confidential party not included herein:

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 111** (Docket No. 3581)

- **Declaration of Richard C. Suchan** (Docket No. 3587)

Furthermore, on January 15, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on one (1) confidential party not included herein:

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 807** (Docket No. 3582)

- **Declaration of Richard C. Suchan** (Docket No. 3587)

Furthermore, on January 15, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on two (2) confidential parties not included herein:

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 364** (Docket No. 3583)

- **Declaration of Richard C. Suchan** (Docket No. 3587)

Furthermore, on January 15, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on one (1) confidential party not included herein:

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 667** (Docket No. 3584)

- **Declaration of Richard C. Suchan** (Docket No. 3587)

Furthermore, on January 15, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on two (2) confidential parties not included herein:

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 159** (Docket No. 3585)

- **Declaration of Richard C. Suchan** (Docket No. 3587)

Furthermore, on January 15, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on one (1) confidential party not included herein:

- **Notice of Debtor's Objection to Allowance of Sexual Abuse Proof of Claim No. 546** (Docket No. 3586)

- **Declaration of Richard C. Suchan** (Docket No. 3587)

Dated: January 23, 2025

*/s/ Christopher Chiu*
Christopher Chiu
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(855) 292-7696

# Exhibit A



| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| AB 1 DOE | C/O LAWOFFICES OF S BOYD & J ELMORE | 2969 MAIN ST | ATTN: STEPHEN BOYD | BUFFALO | NY | 14214-1003 |
| BANK OF AMERICA | ATTN: MICHAEL LARRY | 10 FOUNTAIN PLAZA 9TH FLOOR | | BUFFALO | NY | 14202 |
| BL 1 DOE | C/O DAN CHIACCHIA ATTORNEYS PLLC | 5113 SOUTH PARK AVENUE | ATTN: DANIEL J CHIACCHIA | HAMBURG | NY | 14075 |
| CATH MUT RELIEF SOCIETY OF AMERICA | C/O SCHIFF HARDIN LLP | 1301 AVENUE OF THE AMERICAS FL 42 | ATTN: STEVE WILAMOWSKY | NEW YORK | NY | 10019-6040 |
| CATH MUT RELIEF SOCIETY OF AMERICA | C/O SCHIFF HARDIN LLP | 233 S WACKER DRIVE SUITE 7100 | YAN SPECTORFISHER CYGAL SCHUFREIDER | CHICAGO | IL | 60606 |
| CATHOLIC CHARITIES OF BUFFALO NY | C/O LIPPES MATHIAS WEXLER FRIEDMAN | 50 FOUNTAIN PLAZA SUITE 1700 | ATTN: RAYMOND FINK & JOHN MUELLER | BUFFALO | NY | 14202-2216 |
| CATHOLIC MUTUAL GROUP | C/O GROSS SHUMAN PC | 465 MAIN STREET SUITE 600 | ATTN: ROBERT J FELDMAN & K LELONEK | BUFFALO | NY | 14203 |
| CENTURY INDEMNITY FED INS CO & ACE | C/O CLYDE & CO US LLP | 340 MOUNT KEMBLE AVE # 300 | ATTN: MARIANNE MAY | MORRISTOWN | NJ | 07960-6656 |
| CERTAIN PERSONAL INJURY CREDITORS | C/O JEFF ANDERSON & ASSOCIATES PA | 366 JACKSON STREET SUITE 100 | ATTN: STACEY BENSON & J ANDERSON | ST. PAUL | MN | 55101 |
| CERTAIN PERSONAL INJURY CREDITORS | C/O THOMAS COUNSELOR AT LAW LLC | 1 WORLD TRADE CTR FL 85 | ATTN: KATHLEEN R THOMAS | NEW YORK | NY | 10007-0103 |
| CITIZENS BANK | ATTN: LEGAL DEPT | ONE CITIZENS PLAZA | | PROVIDENCE | RI | 02903 |
| CONTINENTAL & NATLUNION FIRE OF PIT | C/O BARCLAY DAMON LLP | B DAMON TOWER 125 E JEFFERSON ST | ATTN: JEFFREY A DOVE | SYRACUSE | NY | 13202 |
| CVA CLAIMANTS | ATTN: JOHN J FLAHERTY | 5500 MAIN STREET SUITE 100 | | WILLIAMSVILLE | NY | 14221 |
| CVA CLAIMANTS | C/O ANDREWS BERNSTEIN MARANTO ET AL | 420 FRANKLIN STREET | ATTN: ROBERT J MARANTO JR | BUFFALO | NY | 14202 |
| CVA CLAIMANTS | C/O BETTI & ASSOCIATES | 30 WALL STREET 8TH FLOOR | ATTN: MICHELE M BETTI | NEW YORK | NY | 10005 |
| CVA CLAIMANTS | C/O BOUVIER LAW LLP | 4819 S PARK AVE STE 1 | ATTN: M CAFFERY AND M MCCORMICK | HAMBURG | NY | 14075-1424 |
| CVA CLAIMANTS | C/O CAMPBELL & ASSOCIATES | 69 DELAWARE AVENUE SUITE 1010 | ATTN: JASON M TELAAK | BUFFALO | NY | 14202 |
| CVA CLAIMANTS | C/O FANIZZI & BARR PC | 7311 NIAGARA FALLS BLVD # A | ATTN: PAUL K BARR | NIAGARA FALLS | NY | 14304-1717 |
| CVA CLAIMANTS | C/O FINUCANE AND HARTZELL LLP | 6 NORTH MAIN STREET | ATTN: THOMS C HARTZELL JR | PITTSFORD | NY | 14534 |
| CVA CLAIMANTS | C/O FRANCIS LETRO LAW | 237 MAIN ST STE 302 | ATTN: FRANCIS M LETRO | BUFFALO | NY | 14203-2725 |
| CVA CLAIMANTS | C/O FREDERICK LAW OFFICE | 4467 S BUFFALO STREET | ATTN: SARAH A FREDERICK | ORCHARD PARK | NY | 14127 |
| CVA CLAIMANTS | C/O HERMAN LAW | 475 5TH AVE 17TH FLOOR | ATTN: HERMAN SLATER DUQUIN SEIDEN | NEW YORK | NY | 10017 |
| CVA CLAIMANTS | C/O HERMAN LAW FIRM PA | 1800 N MILITARY TRL STE 160 | S MERMELSTEIN J SEIDEN A SLATER | BOCA RATON | FL | 33431-6386 |
| CVA CLAIMANTS | C/O HOGANWILLIG PLLC | 2410 NORTH FOREST ROAD SUITE 301 | ATTN: A BAUERLE S COHEN W LORENZ | AMHERST | NY | 14068 |
| CVA CLAIMANTS | C/O HOROWITZ LAW | 110 EAST BROWARD BOULEVARD STE 1530 | ATTN: E GOODMAN J ARBOUR A HOROWITZ | FORT LAUDERDALE | FL | 33301 |
| CVA CLAIMANTS | C/O JAMES VERNON & WEEKS PA | 1626 LINCOLN WAY | ATTN: CRAIG K VERNON | COEUR D'ALENE | ID | 83815 |
| CVA CLAIMANTS | C/O JANET JANET & SUGGS LLC | 19 WEST 44TH STREET SUITE 1500 | ATTN: ANDREW S JANET | NEW YORK | NY | 10036 |
| CVA CLAIMANTS | C/O JANET JANET & SUGGS LLC | 4 RESERVOIR CIRCLE SUITE 200 | ATTN: ANDREW S JANET | BALTIMORE | MD | 21208 |
| CVA CLAIMANTS | C/O JASON C LUNA PLLC | 4535 SOUTHWESTERN BLVD STE 804B | ATTN: JASON C LUNA | HAMBURG | NY | 14075 |
| CVA CLAIMANTS | C/O JEFF ANDERSON & ASSOCIATES PA | 363 7TH AVE FL 12 | ATTN: JEFFREY R ANDERSON & J RECK | NEW YORK | NY | 10001-3904 |
| CVA CLAIMANTS | C/O LAURA A AHEARN ESQ PLLC | 3075 VETERANS MEMORIAL HWY STE 200 | ATTN: LAURA A AHEARN | RONKONKOMA | NY | 11779 |
| CVA CLAIMANTS | C/O LAW OFFICE OF FRANK M BOGULSKI | 135 DELAWARE AVE STE 2 | ATTN: FRANK M BOGULSKI | BUFFALO | NY | 14202-2415 |
| CVA CLAIMANTS | C/O LAW OFFICE OF KEVIN T STOCKER | 2645 SHERIDAN DRIVE | ATTN: KEVIN T STOCKER | TONAWANDA | NY | 14150 |
| CVA CLAIMANTS | C/O LAW OFFICES OF ERIC B GROSSMAN | 5610 E PASEO DE TAMPICO | ATTN: ERIC B GROSSMAN | TUCSON | AZ | 85750-1036 |
| CVA CLAIMANTS | C/O LAW OFFICES OF J MICHAEL HAYES | 69 DELAWARE AVENUE SUITE 1111 | ATTN: J MICHAEL HAYES | BUFFALO | NY | 14202 |
| CVA CLAIMANTS | C/O LAW OFFICES OF M GARABEDIAN | 100 STATE STREET 6TH FLOOR | ATTN: MITCHELL GARABEDIAN | BOSTON | MA | 02109 |
| CVA CLAIMANTS | C/O LAW OFFICES OF MICHAEL G DOWD | 1981 MARCUS AVE STE 200 | ATTN: MICHAEL G DOWD | NEW HYDE PARK | NY | 11042-1055 |
| CVA CLAIMANTS | C/O LAWOFFICES OF S BOYD & J ELMORE | 2969 MAIN ST # 100 | ATTN: STEPHEN BOYD & LEAH COSTANZO | BUFFALO | NY | 14214-1003 |
| CVA CLAIMANTS | C/O LIPSITZ GREEN SCIME CAMBRIA LLP | 42 DELAWARE AVENUE | ATTN: A KELLER C CROGLIO B COVERT | BUFFALO | NY | 14202 |
| CVA CLAIMANTS | C/O LIPSITZ GREEN SCIME CAMBRIA LLP | 42 DELAWARE AVENUE SUITE 120 | ATTN: R WEISBECK JR AND W MOORE | BUFFALO | NY | 14202 |
| CVA CLAIMANTS | C/O LYNN LAW FIRM LLP | 333 W WASHINGTON ST STE 100 | ATTN: MARTIN A LYNN | SYRACUSE | NY | 13202-9200 |
| CVA CLAIMANTS | C/O MARSH LAW FIRM PLLC | 31 HUDSON YARDS 11TH FLOOR | ATTN: JAMES R MARSH | NEW YORK | NY | 10001 |
| CVA CLAIMANTS | C/O MERSON LAW PLLC | 950 THIRD AVENUE 18TH FLOOR | ATTN: J MERSON S CANTOS M MERSON | NEW YORK | NY | 10022-2897 |
| CVA CLAIMANTS | C/O NOAKER LAW FIRM LLC | 13 VILLAGE LN | ATTN: PATRICK NOAKER | EXCELSIOR | MN | 55331-2608 |
| CVA CLAIMANTS | C/O PARKER WAICHMAN LLP | 59 MAIDEN LANE 6TH FLOOR | ATTN: BRETT A ZEKOWSKI | NEW YORK | NY | 10038 |
| CVA CLAIMANTS | C/O PARKER WAICHMAN LLP | 6 HARBOR PARK DRIVE | ATTN: BRETT A ZEKOWSKI | PORT WASHINGTON | NY | 11050 |
| CVA CLAIMANTS | C/O PFAU COCHRAN VERTETIS AMALA | 701 5TH AVE STE 4300 | ATTN: MICHAEL T PFAU | SEATTLE | WA | 98104-7047 |
| CVA CLAIMANTS | C/O PHILLIPS & PAOLICELLI LLP | 747 3RD AVENUE 6TH FLOOR | ATTN PAOLICELLI STEWART TAUB GEORGE | NEW YORK | NY | 10017 |
| CVA CLAIMANTS | C/O SCHRODER JOSEPH & ASSOCIATES | 394 FRANKLIN ST STE 2 | ATTN: LINDA H JOSEPH | BUFFALO | NY | 14202-1509 |
| CVA CLAIMANTS | C/O SEEGER WEISS LLP | 100 CHURCH ST #835 | ATTN: STEPHEN A WEISS | NEW YORK | NY | 10007-2601 |
| CVA CLAIMANTS | C/O SIMMONS HANLY CONROY LLC | 112 MADISON AVENUE 7TH FLOOR | ATTN: PAUL J HANLY JR | NEW YORK | NY | 10016 |
| CVA CLAIMANTS | C/O SLATER SLATER SCHULMAN LLP | 488 MADISON AVENUE 20TH FLOOR | | NEW YORK | NY | 10022 |
| CVA CLAIMANTS | C/O STEVEN FOX PC | 122 DEERHURST PARK BOULEVARD | ATTN: STEVEN S FOX | BUFFALO | NY | 14217 |
| CVA CLAIMANTS | C/O THE ABBATOY LAW FIRM PLLC | 16 W MAIN ST STE 243 | ATTN: DAVID M ABBATOY | ROCHESTER | NY | 14614-1601 |
| CVA CLAIMANTS | C/O THE DIETRICH LAW FIRM | 101 JOHN JAMES AUDUBON PKWY | ATTN: N SHEMIK AND J DIETRICH III | BUFFALO | NY | 14228-1111 |
| CVA CLAIMANTS | C/O THE HIGGINS KANE LAW GROUP PC | 69 DELAWARE AVENUE SUITE 100 | ATTN: TERRENCE P HIGGINS | BUFFALO | NY | 14202 |
| CVA CLAIMANTS | C/O VANDETTE PENBERTHY LLP | 227 NIAGARA STREET | ATTN: JAMES M VANDETTE | BUFFALO | NY | 14201 |
| CVA CLAIMANTS | C/O WEITZ & LUXENBERG PC | 700 BROADWAY | ATTN N GONSALVES J SCOTTO J DELANEY | NEW YORK | NY | 10003 |
| EMPS INS CO OF WAUSAU & WAUSAU UW | C/O GOLDBERG SEGALLA LLP | 665 MAIN STREET | ATTN: J KINGSLEY & J SCHAPP | BUFFALO | NY | 14203 |
| ERIE COUNTY REAL PROPERTY TAX SVCS | ATTN: LEGAL DEPT | 95 FRANKLIN STREET ROOM 100 | | BUFFALO | NY | 14202 |
| EXCELSIOR LIBERTYMUT & PEERLESS INS | C/O CHOATE HALL & STEWART LLP | TWO INTERNATIONAL PLACE | ATTN: D GOODING & J MARSHALL | BOSTON | MA | 02110 |
| EXCELSIOR LIBERTYMUT & PEERLESS INS | C/O MINTZ LEVIN COHN FERRIS ET AL | 919 3RD AVE FL 38 | ATTN: DOMINIC J PICCA | NEW YORK | NY | 10022-3915 |
| EXCELSIOR LIBERTYMUT & PEERLESS INS | C/O MINTZ LEVIN COHN FERRIS ET AL | ONE FINANCIAL CENTER | ATTN: N ADAMS L STEPHENS G CAMPION | BOSTON | MA | 02111 |



# Exhibit A
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| FIREMAN'S FUND INSURANCE COMPANY | C/O WHITE AND WILLIAMS LLP | 810 7TH AVE FL 5 | ATTN: SIOBHAIN P MINAROVICH | NEW YORK | NY | 10019-5876 |
| FIVE STAR BANK | ATTN: FRAN HORNUNG | 40 FOUNTAIN PLAZA #50 | | BUFFALO | NY | 14202 |
| FRANCISCAN FRIARS OURLADY OF ANGELS | C/O LIPPES MATHIAS WEXLER FRIEDMAN | 50 FOUNTAIN PLAZA SUITE 1700 | ATTN: RAYMOND FINK & JOHN MUELLER | BUFFALO | NY | 14202-2216 |
| HSBC BANK | ATTN: JOSEPH BURDEN | 95 WASHINGTON ST | | BUFFALO | NY | 14203 |
| INTERNAL REVENUE SERVICE | ATTN: LEGAL DEPT | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 |
| JUDITH WILCOX HALSEY & DIANA O'HARA | C/O PRYOR CASHMAN LLP | 7 TIMES SQUARE | ATTN: CONRAD K CHIU | NEW YORK | NY | 10036-6569 |
| KEYBANK | ATTN: ALEXANDRA WEHR | 250 DELAWARE AVE | | BUFFALO | NY | 14202 |
| LAKE SHORE SAVINGS | ATTN: LEGAL DEPT | 31 EAST FOURTH STREET | | DUNKIRK | NY | 14048 |
| M&T BANK | ATTN: ESKINDER TEFERA SPECIAL ASSET | ONE FOUNTAIN PLAZA 9TH FLOOR | | BUFFALO | NY | 14003 |
| M&T BANK | ATTN: LEGAL DEPT | ONE M&T PLAZA | | BUFFALO | NY | 14203 |
| M&T BANK | C/O HODGSON RUSS LLP | 140 PEARL STREET SUITE 100 | ATTN: GARRY M GRABER | BUFFALO | NY | 14202 |
| MADONNA BISHOP ET AL | C/O DAN CHIACCHIA ATTORNEYS PLLC | 5113 SOUTH PARK AVENUE | ATTN: DANIEL J CHIACCHIA | HAMBURG | NY | 14075 |
| MANUFACTURERS AND TRADERS TRUST CO | ATTN: LEGAL DEPT | 1 M&T PLAZA | | BUFFALO | NY | 14203 |
| MANUFACTURERS AND TRADERS TRUST CO | C/O HODGSON RUSS LLP | 140 PEARL STREET SUITE 100 | ATTN: GARRY M GRABER | BUFFALO | NY | 14202 |
| NATIONAL UNION FIRE INS CO OF PIT | C/O BARCLAY DAMON LLP | B DAMON TOWER 125 E JEFFERSON ST | ATTN: JEFFREY A DOVE | SYRACUSE | NY | 13202 |
| NATL CATHOLIC RISK RETENTION GROUP | C/O HURWITZ & FINE PC | 1300 LIBERTY BUILDING | ATTN: JENNIFER A EHMAN | BUFFALO | NY | 14202 |
| NEW YORK STATE DEPARTMENT OF LABOR | ATTN: LEGAL DEPT | BUILDING #12 ROOM 256 | STATE OFFICE CAMPUS | ALBANY | NY | 12240 |
| NGM INSURANCE COMPANY | C/O GERBER CIANO KELLY BRADY LLP | 599 DELAWARE AVENUE SUITE 100 | ATTN: DANIEL W GERBER & JOHN EWELL | BUFFALO | NY | 14202 |
| NORTHWEST BANK | ATTN: LEGAL DEPT | 100 LIBERTY STREET | | WARREN | PA | 16365 |
| NY STATE DEPT OF LABOR BUS SVCS | ATTN: DEBORAH ARBUTINA | 290 MAIN STREET | | BUFFALO | NY | 14202 |
| NYS DEPT OF ENVIRON CONSERVATION | OFFICE OF GENERAL COUNSEL | 625 BROADWAY | | ALBANY | NY | 12233-0001 |
| NYS DEPT OF TAXATION & FINANCE | BANKRUPTCY UNIT | PO BOX 5300 | | ALBANY | NY | 12205-0300 |
| NYS OFFICE OF PARKS REC & HIST PRES | C/O OFFICE OF THE NEW YORK STATE AG | CIV RB BK LIT UNIT THE CAPITOL | ATTN: LOUIS J TESTA & MARTIN MOONEY | ALBANY | NY | 12224-0341 |
| NYS OFFICE OF THE ATTORNEY GENERAL | ATTN: LEGAL DEPT | 350 MAIN ST MAIN PL TOWER STE 300A | | BUFFALO | NY | 14202 |
| NYS WORKERS' COMPENSATION BOARD | ATTN: SEAN BREEN COMP EXAMINER | 328 STATE STREET | OFFICE OF SELF-INSURANCE | SCHENECTADY | NY | 12305 |
| OBLATES OF ST FRANCIS DESALES | C/O LIPPES MATHIAS WEXLER FRIEDMAN | 50 FOUNTAIN PLAZA SUITE 1700 | ATTN: RAYMOND FINK & JOHN MUELLER | BUFFALO | NY | 14202-2216 |
| OFFICE OF THE NEW YORK STATE AG | ATTN: LOUIS J TESTA ASSISTANT AG | THE CAPITOL | CIVIL RECOVERIES BUREAU BK LIT UNIT | ALBANY | NY | 12224-0341 |
| OFFICE OF THE NYS ATTORNEY GENERAL | LITIGATION BUREAU BANKRUPTCY UNIT | THE CAPITOL | | ALBANY | NY | 12224-0341 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JOSEPH W ALLEN & JILL ZUBLER | 300 PEARL STREET SUITE 401 | OLYMPIC TOWERS | BUFFALO | NY | 14202 |
| OUR LADY OF VICTORY INSTITUTIONS | C/O MACKENZIE HUGHES LLP | 440 S WARREN STREET SUITE 400 | ATTN: NEIL J SMITH | SYRACUSE | NY | 13202 |
| PARISH STEERING COMMITTEE | C/O ELSAESSER ANDERSON CHTD | 320 EAST NEIDER AVENUE SUITE 102 | ATTN: BRUCE A ANDERSON | COEUR D'ALENE | ID | 83815 |
| PARISH STEERING COMMITTEE | C/O ELSAESSER ANDERSON CHTD | PO BOX 369 | ATTN: J FORD ELSAESSER | PRIEST RIVER | ID | 83856 |
| PARISH STEERING COMMITTEE | C/O WOODS OVIATT GILMAN LLP | 1900 BAUSCH AND LOMB PL | ATTN: TIMOTHY P LYSTER | ROCHESTER | NY | 14604 |
| PEOPLE OF THE STATE OF NEW YORK | ATTN: LOUIS J TESTA ASSISTANT AG | CIV RB BK LIT UNIT THE CAPITOL | OFFICE OF THE NEW YORK STATE AG | ALBANY | NY | 12224-0341 |
| PSAS 01 02 03 DOE | C/O PUSATIER SHERMAN ABBOTT ET AL | 2464 ELMWOOD AVENUE | ATTN: STEPHEN F PUSATIER | KENMORE | NY | 14217 |
| R LAPORTA & H WOLFE FKA K HELINSKI | C/O LOTEMPIO PC LAW GROUP | 181 FRANKLIN STREET | ATTN: HEATHER M BAUMEISTER | BUFFALO | NY | 14202 |
| SELECTIVE INSURANCE COMPANY OF NY | C/O COUGHLIN MIDLIGE & GARLAND LLP | 350 MOUNT KEMBLE AVENUE PO BOX 1917 | ATTN: W CORBETT JR & L BRADY | MORRISTOWN | NJ | 07962 |
| SELECTIVE INSURANCE COMPANY OF NY | C/O GIBBONS PC | ONE GATEWAY CENTER | ATTN: ROBERT K MALONE AND B THEISEN | NEWARK | NJ | 07102 |
| SELECTIVE INSURANCE COMPANY OF NY | C/O GIBBONS PC | ONE PENNSYLVANIA PLAZA 37TH FL | ATTN: BRETT S THEISEN | NEW YORK | NY | 10119-3701 |
| SELECTIVE INSURANCE COMPANY OF NY | C/O KENNEY SHELTON LIPTAK NOWAK LLP | 85 BROAD STREET SUITE 18-084 | ATTN: DIRK C HAARHOFF | NEW YORK | NY | 10004 |
| SELECTIVE INSURANCE COMPANY OF NY | C/O KENNEY SHELTON LIPTAK NOWAK LLP | THE CALUMET BLDG 233 FRANKLIN ST | ATTN: J SHELTON & D HAARHOFF | BUFFALO | NY | 14202 |
| ST FRANCIS HS OF ATHOL SPRINGS NY | C/O LIPPES MATHIAS WEXLER FRIEDMAN | 50 FOUNTAIN PLAZA SUITE 1700 | ATTN: RAYMOND FINK & JOHN MUELLER | BUFFALO | NY | 14202-2216 |
| SWEET HOME FCU | ATTN: LEGAL DEPT | 1960 SWEET HOME ROAD | | AMHERST | NY | 14228 |
| THE CONTINENTAL INSURANCE COMPANY | C/O BARCLAY DAMON LLP | B DAMON TOWER 125 E JEFFERSON ST | ATTN: JEFFREY A DOVE | SYRACUSE | NY | 13202 |
| THE DIOCESE OF BUFFALO NY | ATTN: LEGAL DEPT | 795 MAIN STREET | | BUFFALO | NY | 14203 |
| THE EUDISTS - CONG OF JESUS & MARY | C/O LIPPES MATHIAS WEXLER FRIEDMAN | 50 FOUNTAIN PLAZA SUITE 1700 | ATTN: RAYMOND FINK & JOHN MUELLER | BUFFALO | NY | 14202-2216 |
| TIG NORTH RIVER AND US FIRE INS CO | C/O KENNEDYS CMK LLP | 120 MOUNTAIN VIEW BOULEVARD | ATTN: MARGARET CATALANO & J DENNEHY | BASKING RIDGE | NJ | 07920 |
| UNSECURED CREDITORS COMMITTEE | C/O GLEICHENHAUS MARCHESE WEISHAAR | 43 COURT STREET SUITE 930 | ATTN: SCOTT J BOGUCKI | BUFFALO | NY | 14202-3100 |
| UNSECURED CREDITORS COMMITTEE | C/O PACHULSKI STANG ZIEHL & JONES | 10100 SANTA MONICA BLVD 13TH FLOOR | ATTN: JAMES I STANG | LOS ANGELES | CA | 90067-4003 |
| UNSECURED CREDITORS COMMITTEE | C/O PACHULSKI STANG ZIEHL & JONES | 780 THIRD AVENUE 34TH FLOOR | ATTN: STANG SCHARF GOLDEN MICHAEL | NEW YORK | NY | 10017 |
| US ATTORNEY'S OFFICE | WESTERN DISTRICT OF NEW YORK | 138 DELAWARE AVENUE | | BUFFALO | NY | 14202 |
| USA NE PROVINCE OF SOCIETY OF JESUS | C/O HARRIS BEACH PLLC | 333 WEST WASHINGTON STREET STE 200 | ATTN: LEE E WOODARD | SYRACUSE | NY | 13202 |
| UTICA MUTUAL HANOVER AND SENTRY INS | C/O RIVKIN RADLER LLP | 926 RXR PLAZA | ATTN: M PAUL GORFINKEL & S GORDON | UNIONDALE | NY | 11556-0926 |