UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.

           Debtor.

Case No. 20-10322 (CLB)

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362], Jones Day has filed the *Monthly Fee Statement of Jones Day for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Diocese of Buffalo, N.Y. for the Period December 1, 2024 Through December 31, 2024,* a copy of which is attached hereto and hereby served upon you.

Dated: January 24, 2025

           */s/ John D. Goetz*
           John D. Goetz
           Jones Day
           500 Grant Street, Suite 4500
           Pittsburgh, PA 15219-2514
           Telephone: (412) 391-3939
           Email: jdgoetz@jonesday.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.

        Debtor.

Case No. 20-10322 (CLB)

Chapter 11

**MONTHLY FEE STATEMENT OF JONES DAY FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS SPECIAL COUNSEL TO THE DIOCESE OF BUFFALO, N.Y.
FOR THE PERIOD DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024**

| | |
|---|---|
| Name of Applicant: | Jones Day |
| Authorized to Provide Professional Services to: | The Diocese of Buffalo, N.Y. Debtor and Debtor in Possession |
| Date of Retention: | Order entered February 23, 2021 [Docket No. 905] *Nunc Pro Tunc* to December 1, 2020, as modified on October 16, 2024 [Docket No. 3242] |
| Period for which Compensation and Reimbursement is Sought: | December 1, 2024 through December 31, 2024 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary (after 20% discount and 20% holdback): | $6,817.60 (80% of $8,522.00) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $140.72 |

This is a: __X__ monthly ____ quarterly ____ final application.

This is Jones Day's forty-second monthly fee statement in this case.

# JONES DAY

**Pittsburgh Office**
500 Grant Street, Suite 4500
Pittsburgh, PA  15219-2514
**(412) 391-3939**

January 24, 2025                                                                                                                          764596
                                                                                                                                Invoice: 251400113

Roman Catholic Diocese of Buffalo
795 Main Street
Buffalo, NY  14203
United States of America

For legal services rendered for the period through December 31, 2024:

|  | Hours |  | Amount |
|---|---|---|---|
| State of New York v. Diocese of Buffalo, et al. | 2.40 |  | 2,728.00 |
| Fee/Employment Applications | 5.90 |  | 5,794.00 |
| Total Fees | 8.30 | USD | 8,522.00 |

### Disbursement & Charges Summary

| | | |
|---|---|---|
| Computerized Research Services | 140.72 | |
|  | USD | 140.72 |
| **TOTAL** | **USD** | **8,662.72** |

# JONES DAY

764596                                                                Page: 2  
January 24, 2025  
Roman Catholic Diocese of Buffalo                        Invoice: 251400113

Timekeeper/Fee Earner Summary – December 31, 2024

| Timekeeper/Fee Earner Name | Title | Bar Year | Hours | Discounted Rate[1] | Amount |
|---|---|---|---|---|---|
| T R Geremia | Partner | 1999 | 4.70 | 1,220.00 | 5,734.00 |
| J D Goetz | Partner | 1986 | 1.00 | 1,020.00 | 1,020.00 |
| Total | | | 5.70 | | 6,754.00 |
| C J Farley | Associate | 2023 | 2.60 | 680.00 | 1,768.00 |
| Total | | | 2.60 | | 1,768.00 |
| **Total** | | | **8.30** | **USD** | **8,522.00** |

[1] Discounted rates reflect a 10% discount to Jones Day's standard rates, as filed by Jones Day and disclosed in the *Supplemental Declaration of Bishop Michael William Fisher in Support of Application to Retain Jones Day as Special Counsel to the Diocese* [Docket No. 874].

# JONES DAY

764596                                                                                 Page: 3
January 24, 2025
Roman Catholic Diocese of Buffalo                                         Invoice: 251400113

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours | | Amount |
|---|---|---|---|---|
| | | | | |

**State of New York v. Diocese of Buffalo, et al.**

| 12/02/24 | T R Geremia | 0.60 | | 732.00 |
|---|---|---|---|---|

Review and analysis in connection with second-year audit.

| 12/02/24 | J D Goetz | 0.30 | | 306.00 |
|---|---|---|---|---|

Emails regarding auditor review of files, second audit period.

| 12/03/24 | T R Geremia | 0.80 | | 976.00 |
|---|---|---|---|---|

Review and analysis in connection with second-year audit.

| 12/03/24 | J D Goetz | 0.20 | | 204.00 |
|---|---|---|---|---|

Review emails regarding Diocese meetings for second year audit.

| 12/16/24 | J D Goetz | 0.50 | | 510.00 |
|---|---|---|---|---|

Attend call with Diocese (M. Potzler) regarding meetings with outside auditor, documents for same.

| | **Matter Total** | **2.40** | **USD** | **2,728.00** |
|---|---|---|---|---|

**Fee/Employment Applications**

| 12/06/24 | C J Farley | 1.10 | | 748.00 |
|---|---|---|---|---|

Prepare for eighth interim fee application hearing.

| 12/06/24 | T R Geremia | 0.80 | | 976.00 |
|---|---|---|---|---|

Meet with J. Goetz to prepare for fee application hearing.

| 12/13/24 | C J Farley | 1.00 | | 680.00 |
|---|---|---|---|---|

Attend the 8th interim fee application hearing.

| 12/13/24 | C J Farley | 0.50 | | 340.00 |
|---|---|---|---|---|

Draft proposed order granting 8th interim fee application.

| 12/13/24 | T R Geremia | 2.50 | | 3,050.00 |
|---|---|---|---|---|

Attend and participate in fee application hearing (1.0); prepare for fee application hearing (.5); follow-up regarding fee hearing, including submission and editing of proposed order (1.0).

| | **Matter Total** | **5.90** | **USD** | **5,794.00** |
|---|---|---|---|---|

Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|---|---|---|---|---|

**State of New York v. Diocese of Buffalo, et al.**

**COMPUTERIZED RESEARCH SERVICES**

| 12/19/24 | M Lewis | WAS | 140.72 | |

Vendor: West Publishing Corporation; Invoice#: 6164129765; Date: 11/27/2024 - Westlaw Research fees

**Computerized Research Services Subtotal** **140.72**

**Matter Total** USD **140.72**