UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No.: 20-10322-CLB
Chapter: 11

## NOTICE OF FILING

PLEASE TAKE NOTICE that, in accordance with the Order entered July 9, 2020 [Docket No. 442] *Nunc Pro Tunc* to February 28, 2020, Connors LLP has filed the Monthly Fee Statement of Connors LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Diocese of Buffalo, N.Y., for the Period November 1, 2024 – November 30, 2024, a copy of which is attached hereto and hereby served upon you.

DATED:  Buffalo, New York
        January 27, 2025

                                    s/ Randall D. White
                                    Randall D. White, Esq.
                                    **CONNORS LLP**
                                    *Special Counsel for Debtor*
                                    *The Diocese of Buffalo, N.Y.*
                                    1000 Liberty Building
                                    Buffalo, New York 14202
                                    (716) 852-5533

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

The Diocese of Buffalo, N.Y.,

    Debtor.

Case No.: 20-10322-CLB
Chapter: 11

## MONTHLY FEE STATEMENT OF CONNORS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DIOCESE OF BUFFALO, N.Y. FOR THE PERIOD NOVEMBER 1, 2024, THROUGH NOVEMBER 30, 2024

| | |
|---|---|
| Name of Applicant: | Connors LLP |
| Authorized to Provide Professional Services to: | The Diocese of Buffalo, N.Y., Debtor-in-Possession |
| Date of Retention: | Order entered July 9, 2020 [Docket No. 442] *Nunc Pro Tunc* to February 28, 2020 |
| Period for which compensation and reimbursement is sought: | November 1, 2024 – November 30, 2024 |
| Amount of compensation sought as actual, reasonable, and necessary: | 80% of $13,230.00 ($10,584.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $164.80 |

This is a: __X__ monthly ___ quarterly ___ final application.

This is the _____ monthly fee statement of Connors LLP in this case.

# CONNORS LLP
1000 Liberty Building
Buffalo, NY 14202
TAX ID NO. 16-1282035

January 23, 2025

|  |  |  |
|---|---|---|
| | Invoice# 42823 | RDW |
| DIOCESE OF BUFFALO | Our file# 002700 | 00006 |
| 795 Main Street | Billing through | 11/30/2024 |
| Buffalo, NY 14203 | | |

## MISCELLANEOUS MATTERS

### PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/04/2024 | LFQ | (Independent Review Board) Communication with attorney for priest regarding response to adult complaint (.2); scheduling of investigator's interview of priest and potential scheduling of Independent Review Board meeting (.2). | 0.40 hrs. | 250 /hr | 100.00 |
| 11/07/2024 | LFQ | (Misc) Call from Chancery representative regarding how to handle inquiry and reports received by Victims Assistance Coordinator regarding matters in parish schools (.2); review policies to answer question (.5); communication with Victim Assistance Coordinator to explain same (.3); prepare memorandum regarding same (.3). | 1.30 hrs. | 250 /hr | 325.00 |
| 11/11/2024 | LFQ | (Misc) Review inquiry from investigator regarding canon law proceedings against cleric (.2); review files from 2021 to present regarding same (.4); call with investigator regarding same (.3); prepare email to investigator regarding handling (.2). | 1.10 hrs. | 250 /hr | 275.00 |
| 11/12/2024 | LFQ | (Misc) Phone call from reporter regarding inquiry about listing of deceased priest several years ago (.2); review multiple files regarding priest to obtain history regarding same (1.3); prepare | 3.20 hrs. | 250 /hr | 800.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | memorandum regarding history (.8); communications with several Chancery representatives regarding same (.3); review email of Victims Assistance Coordinator regarding new report on another matter (.1); prepare analysis and share with Chancery team (.5). | | | |
| 11/13/2024 | LFQ | (Independent Review Board) Communication with Chancery representatives regarding new report (.3); prepare memorandum regarding handling of same (.3); communication with Independent Review Board Chair regarding several issues (.5). | 1.10 hrs. | 250 /hr | 275.00 |
| 11/15/2024 | LFQ | (Misc) Communications with Chancery representatives regarding response to media inquiry. | 0.50 hrs. | 250 /hr | 125.00 |
| 11/18/2024 | LFQ | (Independent Review Board) Work on documents for next Independent Review Board meeting. | 2.90 hrs. | 250 /hr | 725.00 |
| 11/19/2024 | LFQ | (Independent Review Board) Work on documents for next Independent Review Board meeting. | 2.10 hrs. | 250 /hr | 525.00 |
| 11/20/2024 | LFQ | (Independent Review Board) Work on documents for next Independent Review Board meeting (5.6); communications with two investigators regarding status of investigations and completion of reports (.5); communication with Independent Review Board Chair regarding next Independent Review Board meeting (.3). | 6.40 hrs. | 250 /hr | 1,600.00 |
| 11/22/2024 | LFQ | (Independent Review Board) Review investigator's report (.6); communication with investigator regarding same (.2); communication with | 1.00 hrs. | 250 /hr | 250.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Independent Review Board Chair regarding same (.2). | | | |
| 11/23/2024 | LFQ | (Independent Review Board) Work on documents for next Independent Review Board meeting. | 1.60 hrs. | 250 /hr | 400.00 |
| 11/26/2024 | JRM | (Misc) Prepare 2023 and 2024 CARA survey working documents (.8); confer with Lawlor F. Quinlan III regarding upcoming meeting with Independent Review Board (.3); prepare memoranda summarizing background information and status of each new complaint (2.9). | 4.00 hrs. | 100 /hr | 400.00 |
| 11/27/2024 | LFQ | (Independent Review Board) Work on documents for next Independent Review Board meeting (.5); communications with Independent Review Board Chair regarding same (.3). | 0.80 hrs. | 250 /hr | 200.00 |

Total fees for this matter $6,000.00

DISBURSEMENTS
11/30/2024    POSTAGE                                                                                1.94
Total disbursements for this matter                                                                 $1.94

**BILLING SUMMARY**

| | | | | |
|---|---|---|---|---|
| Quinlan, Lawlor F. III | Partner | 22.40 hrs | 250 /hr | 5,600.00 |
| Miller, Jake R | Legal Assistant | 4.00 hrs | 100 /hr | 400.00 |
| TOTAL FEES | | 26.40 hrs | | $6,000.00 |
| TOTAL DISBURSEMENTS | | | | $1.94 |
| TOTAL CHARGES FOR THIS BILL | | | | $6,001.94 |

# CONNORS LLP
1000 Liberty Building
Buffalo, NY 14202
TAX ID NO. 16-1282035

January 23, 2025

|  |  |  |
|---|---|---|
| DIOCESE OF BUFFALO | Invoice# 42824 | RDW |
| 795 Main Street | Our file# 002700 | 00040 |
| Buffalo, NY 14203 | Billing through | 11/30/2024 |

NYSAG SUBPOENA

<u>PROFESSIONAL SERVICES</u>

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/14/2024 | TMC | Preparation and participation in call with other NYS diocesan counsel regarding status of investigation. | 0.50 hrs. | 250 /hr | 125.00 |
| 11/23/2024 | LFQ | Work on documentation required by auditors (1.5); communication with Chancery representative regarding same (.3). | 1.80 hrs. | 250 /hr | 450.00 |
| 11/27/2024 | LFQ | Review documents sent by Kinsale Management regarding next week's audit sessions (.5); review files to prepare for audit (1.6); work on documents for audit (2.3). | 4.40 hrs. | 250 /hr | 1,100.00 |
| 11/29/2024 | LFQ | Work on documents for audit (1.0); communications with Independent Review Board Chair and Chancery representative regarding same (.3); review communications from Kinsale auditors and response from Chancery representative (.2). | 1.50 hrs. | 250 /hr | 375.00 |
| 11/30/2024 | LFQ | Communications with Independent Review Board Chair regarding Kinsale audit (.3); prepare memorandum regarding same (.2). | 0.50 hrs. | 250 /hr | 125.00 |

Total fees for this matter $2,175.00

**BILLING SUMMARY**

| DIOCESE OF BUFFALO | | Invoice# | 42824 | Page 2 |
|---|---|---|---|---|
| Connors, Terrence M. | Partner | 0.50 hrs | 250 /hr | 125.00 |
| Quinlan, Lawlor F. III | Partner | 8.20 hrs | 250 /hr | 2,050.00 |
| TOTAL FEES | | 8.70 hrs | | $2,175.00 |
| TOTAL CHARGES FOR THIS BILL | | | | $2,175.00 |

# CONNORS LLP
1000 Liberty Building
Buffalo, NY 14202
TAX ID NO. 16-1282035

January 23, 2025

|  |  |  |
|---|---|---|
| Invoice# 42825 | | RDW |
| Our file# 002700 | | 00046 |
| Billing through | | 11/30/2024 |

DIOCESE OF BUFFALO
795 Main Street
Buffalo, NY 14203

CHILD VICTIMS ACT

<u>PROFESSIONAL SERVICES</u>

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/05/2024 | RDW | Review file for response to inquiry from BSK regarding possible objection to POC (1.8); emails with BSK regarding response (.4). | 2.20 hrs. | 250 /hr | 550.00 |
| 11/14/2024 | RDW | Telephone conference with counsel for other NYS dioceses regarding status of and developments in CVA litigation (.5); review recent filing regarding pending motions (.3). | 0.80 hrs. | 250 /hr | 200.00 |
| 11/15/2024 | RDW | Review of email from CVA co-defense counsel and Syracuse bankruptcy decision. | 0.50 hrs. | 250 /hr | 125.00 |
| 11/20/2024 | RDW | Review of file regarding objections to claim. | 1.30 hrs. | 250 /hr | 325.00 |
| 11/22/2024 | RDW | Review of decision and order regarding stay lift motions (1.0); emails with other CVA counsel regarding above (.5). | 1.50 hrs. | 250 /hr | 375.00 |
| 11/22/2024 | TMC | Receipt and review of the decision granting motions for relief from stay with regard to 17 CVA actions and discussion with our team. | 0.50 hrs. | 250 /hr | 125.00 |
| 11/23/2024 | RDW | Review of file regarding background and status of CVA actions that are subject of stay lift motion and decision. | 1.20 hrs. | 250 /hr | 300.00 |
| 11/25/2024 | RDW | Initial review of objections to POCs (1.0); review file regarding above and possibly | 2.60 hrs. | 250 /hr | 650.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | related information (1.6). | | | |
| 11/26/2024 | RDW | Receive correspondence from plaintiffs counsel in CVA case (.3); internal communications regarding above (.4); telephone conference with CVA co-defense counsel (.5); review objections to proofs of claim (1.7). | 2.90 hrs. | 250 /hr | 725.00 |
| 11/26/2024 | SRR | Collect certain information on 17 CVA cases for further review by Randall D. White. | 2.00 hrs. | 100 /hr | 200.00 |
| 11/27/2024 | RDW | Review file regarding possible additional information relevant to objections to POCs (1.2); internal communications regarding above (.8); review status of CVA actions (2.4); telephone conference with Diocese regarding status and further handling of CVA actions (.3); email to Diocese regarding above (.4); telephone conference with co-counsel in CVA actions regarding above (.2). | 5.30 hrs. | 250 /hr | 1,325.00 |
| 11/27/2024 | TMC | Reviewing BSK's objection to several claims; confer with Randall D. White. | 0.50 hrs. | 250 /hr | 125.00 |
| 11/27/2024 | SRR | Finish collecting information on 17 CVA cases and prepare materials for further review by Randall D. White. | 0.30 hrs. | 100 /hr | 30.00 |

Total fees for this matter    $5,055.00

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 11/15/2024 | OCT. 2024 - MONTHLY DATA STORAGE/ACTING HOSTING/USER ACCESS | 162.86 |

Total disbursements for this matter    $162.86

**BILLING SUMMARY**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Connors, Terrence M. | Partner | 1.00 hrs | 250 /hr | 250.00 |
| White, Randall D. | Partner | 18.30 hrs | 250 /hr | 4,575.00 |
| Rudy, Sharon R | Legal Assistant | 2.30 hrs | 100 /hr | 230.00 |
| TOTAL FEES | | 21.60 hrs | | $5,055.00 |
| TOTAL DISBURSEMENTS | | | | $162.86 |
| TOTAL CHARGES FOR THIS BILL | | | | $5,217.86 |