UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

Case No.: 20-10322
Chapter 11

Debtor,

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE
MONTHLY FEE STATEMENT OF BONADIO & CO., LLP FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS ACCOUNTANTS TO THE DIOCESE OF BUFFALO, N.Y.
FOR THE PERIOD NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024**

Pursuant to this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362] (the "Interim Compensation Order")[1], the undersigned hereby certifies that on January 2, 2025, Bonadio & Co., LLP ("Bonadio") filed its *Monthly Fee Statement of Bonadio & Co., LLP for Compensation for Services Rendered and Reimbursement of Expenses as Accountants to The Diocese of Buffalo, N.Y. for the Period November 1, 2024 through November 30, 2024* [Docket No. 3488] (the "Monthly Fee Statement") and no objections to the Monthly Fee Statement have been filed.

Accordingly, pursuant to the Interim Compensation Order, The Diocese of Buffalo, N.Y. is authorized to pay on an interim basis eighty percent (80%) of Bonadio's fees and one hundred percent (100%) of Bonadio's expenses, as reflected in the Monthly Fee Statement.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

Dated: January 27, 2025					BONADIO & CO., LLP

							By:	  */s/ Justin Reid*
								Justin Reid, CPA
								100 Corporate Parkway, Suite 200
								Amherst, New York 14226
								Telephone: (716) 580-1609
								Facsimile:  (716) 249-2908

								*Accountants for*
								*The Diocese of Buffalo, N.Y.*