UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, New York

Debtor.

Case No. 20-10322 (CLB)

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362], Burns Bair LLP has filed the *Monthly Fee Statement of Burns Bair LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Buffalo, New York, for the Period January 1, 2025 through January 31, 2025,* a copy of which is attached hereto and hereby served upon you.

Dated: February 18, 2025

**BURNS BAIR LLP**

 /s/ Jesse J. Bair
Jesse J. Bair (admitted *pro hac vice*)
Timothy W. Burns (admitted *pro hac vice*)
10 E. Doty St., Suite 600
Madison, WI 53703-3392
Telephone: (608) 286-2808
Email: jbair@burnsbair.com
Email: tburns@burnsbair.com

*Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Buffalo, New York*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

In re:

The Diocese of Buffalo, New York

Debtor.

Case No. 20-10322 (CLB)

Chapter 11

---

**MONTHLY FEE STATEMENT OF BURNS BAIR LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DIOCESE OF BUFFALO, NEW YORK, FOR THE PERIOD JANUARY 1, 2025 THROUGH JANUARY 31, 2025**

---

| | |
|---|---|
| Name of Applicant: | Burns Bair LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors of the Diocese of Buffalo, New York |
| Date of Retention: | Effective October 5, 2023, pursuant to Order entered November 13, 2023 [Docket No. 2606] |
| Period for which compensation and reimbursement is sought: | January 1, 2025 through January 31, 2025 |
| Amount of compensation sought as actual, reasonable, and necessary: | 80% of $7,685.00 ($6,148.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $0 |

This is a: __X__ monthly ___ quarterly ___ final application.

This is Burns Bair LLP's fifteenth monthly fee statement in this case.



10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of the Diocese of Buffalo**

**Issue Date :** 2/18/2025
**Bill # :** 01862

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 1/6/2025 | Timothy Burns | Participate in conference with J. Bair re case strategy and developments (.1); | 0.10 | $70.00 |
| 1/6/2025 | Jesse Bair | Participate in conference with T. Burns re case developments and Committee insurance strategy (.1); | 0.10 | $70.00 |
| 1/10/2025 | Brian Cawley | Draft summary of claim objections and related issues for insurance purposes (.9); | 0.90 | $495.00 |
| 1/10/2025 | Timothy Burns | Review B. Cawley summary re claim objection issues (.2); | 0.20 | $140.00 |
| 1/13/2025 | Jesse Bair | Review the Court's Order on the debtor's mediation motion (.1); review correspondence with the Committee and case professionals re same (.1); | 0.20 | $140.00 |
| 1/13/2025 | Timothy Burns | Review and analysis of Court's order re mediation and related issues (.2); correspond with Committee professionals re same (.2); | 0.40 | $280.00 |
| 1/13/2025 | Timothy Burns | Review materials concerning newly appointed mediator (.2); | 0.20 | $140.00 |
| 1/14/2025 | Timothy Burns | Participate in conference with J. Bair re outcome of state court counsel meeting and case next-steps (.1); | 0.10 | $70.00 |
| 1/14/2025 | Timothy Burns | Review B. Cawley correspondence re claim objection updates (.1); | 0.10 | $70.00 |
| 1/14/2025 | Brian Cawley | Draft summary re additional claim objection updates (.3); | 0.30 | $165.00 |
| 1/14/2025 | Jesse Bair | Participate in state court counsel meeting for insurance purposes re various case developments and case next-steps (.5); participate in conference with T. Burns re outcome of same (.1); | 0.60 | $420.00 |
| 1/15/2025 | Jesse Bair | Correspond with B. Cawley re state court counsel Arrowood questions and responding to same (.1); | 0.10 | $70.00 |
| 1/15/2025 | Brian Cawley | Attend claim objection hearing for insurance purposes (.8); | 0.80 | $440.00 |
| 1/16/2025 | Brian Cawley | Review and respond to state court counsel questions re Arrowood proof of claim process and Guaranty Fund issues (.4); | 0.40 | $220.00 |

| Date | Name | Description | Hours | Fees |
|---|---|---|---|---|
| 1/16/2025 | Jesse Bair | Review B. Cawley memo re outcome of claim objection hearing (.1); | 0.10 | $70.00 |
| 1/16/2025 | Brian Cawley | Participate in Committee meeting for insurance purposes (.9); | 0.90 | $495.00 |
| 1/16/2025 | Brian Cawley | Draft memo re outcome of Committee meeting and case next steps re mediation and insurance issues (1.2); draft summary of outcome of claim objection hearing and new round of claim objections (1.4); | 2.60 | $1,430.00 |
| 1/17/2025 | Jesse Bair | Review B. Cawley email memo re outcome of Committee meeting and case next-steps (.1); | 0.10 | $70.00 |
| 1/17/2025 | Timothy Burns | Review B. Cawley summary re Committee meeting outcome (.1); review B. Cawley summary re claims objection hearing (.1); brief review of new round of claim objections for insurance purposes (.2); | 0.40 | $280.00 |
| 1/22/2025 | Jesse Bair | Prepare for state court counsel meeting, including review of claim objection spreadsheet (.1); participate in state court counsel meeting for insurance purposes re case developments and next-steps (.7); | 0.80 | $560.00 |
| 1/23/2025 | Timothy Burns | Review correspondence with I. Scharf and the Committee re claim objection issues (.1); | 0.10 | $70.00 |
| 1/24/2025 | Jesse Bair | Review I. Scharf correspondence re litigation updates and next-steps (.1); | 0.10 | $70.00 |
| 1/28/2025 | Nathan Kuenzi | Participate in state court counsel and Committee professionals' meeting with the new mediator (1.1); | 1.10 | $605.00 |
| 1/28/2025 | Nathan Kuenzi | Prepare for meeting with the new mediator (.4); | 0.40 | $220.00 |
| 1/28/2025 | Jesse Bair | Review correspondence with BB team re upcoming state court counsel meeting (.1); | 0.10 | $70.00 |
| 1/29/2025 | Jesse Bair | Review I. Scharf correspondence re mediation and other case developments (.1); | 0.10 | $70.00 |
| 1/30/2025 | Nathan Kuenzi | Draft email memo re outcome of state court counsel and Committee professionals' meeting with the mediator and case next-steps (.8); | 0.80 | $440.00 |
| 1/31/2025 | Jesse Bair | Review N. Kuenzi email memo re Committee professionals and state court counsel meeting with the debtor (.1); review internal BB correspondence re same and next-steps (.1); | 0.20 | $140.00 |
| 1/31/2025 | Brian Cawley | Review N. Kuenzi email memo re meeting with the new mediator (.1); review and respond to correspondence with BB team re action items in light of same (.2); | 0.30 | $165.00 |
| 1/31/2025 | Timothy Burns | Review N. Kuenzi summary of mediator meeting (.1); respond to B. Cawley correspondence re action items and related insurance assignments re mediation (.1); | 0.20 | $140.00 |
| **Total Hours and Fees** | | | **12.80** | **$7,685.00** |

## Timekeeper Summary

| Name | Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Brian Cawley | Associate | 6.20 | $550.00 | $3,410.00 |
| Jesse Bair | Partner | 2.50 | $700.00 | $1,750.00 |
| Nathan Kuenzi | Associate | 2.30 | $550.00 | $1,265.00 |
| Timothy Burns | Partner | 1.80 | $700.00 | $1,260.00 |

**Total Due This Invoice: $7,685.00**