UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

The Diocese of Buffalo, N.Y.,

Debtor

Case No.: 20-10322-CLB
Chapter: 11

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE TWENTY-NINTH MONTHLY FEE STATEMENT OF GIBSON, McASKILL & CROSBY, LLP, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DIOCESE OF BUFFALO, N.Y. FOR THE PERIOD OF DECEMBER 1, 2024 TO DECEMBER 31, 2024**

Pursuant to this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362] (the "Interim Compensation Order")[1], the undersigned hereby certifies that on February 3, 2025, Gibson, McAskill & Crosby, LLP filed its *Twenty-Ninth Monthly Fee Statement of Gibson, McAskill & Crosby, LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Diocese of Buffalo for the period December 1, 2024 through December 31, 2024* (Docket No. 3612) (the "Monthly Fee Statement") and no objections to the Monthly Fee Statement have been filed.

Accordingly, pursuant to the Interim Compensation Order, The Diocese of Buffalo, N.Y. is authorized to pay on an interim basis eighty percent (80%) of Gibson, McAskill & Crosby, LLP's fees and one hundred percent (100%) of Gibson, McAskill & Crosby, LLP's expenses, as reflected in the Monthly Fee Statement.

---

[1] Capitalized terms used but not defined shall have the meanings ascribed to them in the Interim Compensation Order.

Dated: February 21, 2025  
       Buffalo, New York

s/ *Robert G. Scumaci*

———————————————————
ROBERT G. SCUMACI, ESQ.
Gibson, McAskill & Crosby, LLP
*Special Counsel for Debtor,*
*THE DIOCESE OF BUFFALO, N.Y.*
69 Delaware Avenue, Suite 900
Buffalo, New York 14202
(716) 856-4200