UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

The Diocese of Buffalo, N.Y.,

          Debtor

Case No.: 20-10322-CLB
Chapter: 11

## NOTICE OF FILING

     PLEASE TAKE NOTICE that, in accordance with the Order entered July 15, 2020 [Docket No. 453] *Nunc Pro Tunc* to February 28, 2020, Gibson, McAskill & Crosby, LLP has filed the Twenty-Ninth Monthly Fee Statement of Gibson, McAskill & Crosby, LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Diocese of Buffalo, N.Y., for services rendered for the period of **January 1, 2025 to January 31, 2025**, a copy of which is attached hereto and hereby served upon you.

Dated: Buffalo, New York

s/*Robert G. Scumaci*

_____
ROBERT G. SCUMACI, ESQ.
Gibson, McAskill & Crosby, LLP
*Special Counsel for Debtor,*
*THE DIOCESE OF BUFFALO, N.Y.*
69 Delaware Avenue, Suite 900
Buffalo, New York 14202
(716) 856-4200

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

The Diocese of Buffalo, N.Y.,

        Debtor

Case No.: 20-10322-CLB
Chapter: 11

**THIRTIETH MONTHLY FEE STATEMENT OF
GIBSON, McASKILL & CROSBY, LLP FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS SPECIAL COUNSEL TO THE
DIOCESE OF BUFFALO FOR SERVICES RENDERED FOR
THE PERIOD OF JANUARY 1, 2025 TO JANUARY 31, 2025**

| | |
|---|---|
| Name of Applicant: | Gibson, McAskill & Crosby, LLP |
| Authorized to Provide Professional Services to: | The Diocese of Buffalo, N.Y., Debtor-In-Possession |
| Date of Retention: | Order entered July 15, 2020 [Docket No. 453] *Nunc Pro Tunc* to February 28, 2020 |
| Period for which compensation and reimbursement is sought: | Invoices for services rendered for the period of January 1, 2025 to January 31, 2025 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $17,040.00 ($13,632.00) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a:   <u>X</u> monthly ___ quarterly ___ final application

This is the 30th monthly fee statement of Gibson, McAskill & Crosby, LLP in this case.

**GIBSON, McASKILL & CROSBY, LLP**
69 DELAWARE AVENUE, SUITE 900
BUFFALO, NEW YORK 14202
IDENTIFICATION NUMBER 16-1333576

---

*For Services Rendered January 1, 2025 to January 31, 2025*

Diocese of Buffalo
785 Main Street
Buffalo NY 14203

CVA FEES AND COSTS BILLED:

Invoice 124566
    Fees:       125.00
    Costs:       0.00
    $125.00

Invoice 124567
    Fees:     13,965.00
    Costs:       0.00
    $13,965.00

Invoice 124568
    Fees:       150.00
    Costs:       0.00
    $150.00

Invoice 124569
    Fees:       125.00
    Costs:       0.00
    $125.00

Invoice 124570
    Fees:       75.00
    Costs:       0.00
    $75.00

Invoice 124571
    Fees:     2,500.00
    Costs:       0.00
    $2,500.00

Invoice 124572
    Fees:       100.00
    Costs:       0.00
    $100.00

TOTAL CVA FEES BILLED:     $17,040.00
TOTAL CVA COSTS BILLED:     0.00
    $17,040.00

**CLIENT TOTAL DUE:**     **$17,040.00**

# EXHIBIT A

GIBSON, McASKILL & CROSBY, LLP
69 DELAWARE AVENUE, SUITE 900
BUFFALO, NEW YORK 14202
IDENTIFICATION NUMBER  16-1333576

February 20, 2025
Invoice No. 124566

Mr. John M. Scholl
Diocese of Buffalo
795 Main Street
Buffalo, NY  14203

Re:     ███████ v. Diocese of Buffalo, Et al.
Your File No.: Unknown
Our File Number: 0120.0030

**INTERIM STATEMENT**
FOR PROFESSIONAL SERVICES RENDERED
from January 1, 2025 through January 31, 2025
as summarized below and detailed on the attached schedule

**TIME SUMMARY**

| PROFESSIONAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Robert G. Scumaci | 0.50 | 250.00 | 125.00 |

TOTAL FEES $125.00

**TOTAL CURRENT BILLING:** **$125.00**

## ITEMIZED SERVICES

| Date | Prof | Task | Narrative | Key | Hours | Rate | Amount |
|------|------|------|-----------|-----|-------|------|--------|
| 01/22/25 | RGS | | Receipt of inquiry from plaintiffs counsel regarding scheduling meet & confer to work on proposed case scheduling order before Feb 24th hearing as required by Judge Chimes and review file related to same and discovery status of case pre-petition and need for participation from parishes substitute counsel | 334437 | 0.50 | 250.00 | 125.00 |
| | | | | **Total Fees:** | **0.50** | | **$125.00** |

**TOTAL CURRENT BILLING:**                                                **$     125.00**

GIBSON, McASKILL & CROSBY, LLP
69 DELAWARE AVENUE, SUITE 900
BUFFALO, NEW YORK 14202
IDENTIFICATION NUMBER  16-1333576

February 20, 2025
Invoice No. 124567

Mr. John M. Scholl
Diocese of Buffalo
795 Main Street
Buffalo, NY  14203

Re:     CVA Diocese of Buffalo - General File
        Your File No.: Unknown
        Our File Number: 0120.0002

**INTERIM STATEMENT**
FOR PROFESSIONAL SERVICES RENDERED
from January 1, 2025 through January 31, 2025
as summarized below and detailed on the attached schedule

**TIME SUMMARY**

| PROFESSIONAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Elisha D. Teibel | 18.70 | 200.00 | 3,740.00 |
| Nicole Jeffrey-Williams | 8.50 | 200.00 | 1,700.00 |
| Melissa M. Morton | 7.30 | 250.00 | 1,825.00 |
| Robert G. Scumaci | 26.80 | 250.00 | 6,700.00 |

TOTAL FEES                                          $13,965.00

**TOTAL CURRENT BILLING:**                          **$13,965.00**

## ITEMIZED SERVICES

| Date | Prof | Task | Narrative | Key | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/25 | RGS | | Coordinate with Judge Chimes chambers on appearances in all 7 of the stay lift matters assigned to our firm in advance of the Jan 10th conference | 333965 | 0.30 | 250.00 | 75.00 |
| 01/03/25 | RGS | | Continued review of legal issues applicable to all stay lift state court matters now in active litigation, including document production and confidentiality order and CMO discovery issues | 333967 | 1.00 | 250.00 | 250.00 |
| 01/06/25 | MMM | | Conference with other local state court counsel regarding upcoming hearings with Judge Chimes on multiple matters | 330940 | 1.50 | 250.00 | 375.00 |
| 01/06/25 | MMM | | Conference with other local state court counsel regarding upcoming hearings with Judge Chimes on multiple matters | 330941 | 0.70 | 250.00 | 175.00 |
| 01/06/25 | MMM | | Obtain information from bankruptcy proceedings outlining potential coverage available to client broken down by period of abuse allegations | 330943 | 0.30 | 250.00 | 75.00 |
| 01/06/25 | RGS | | Conference call with other local state court counsel regarding upcoming hearings with Judge Chimes on multiple matters | 333910 | 1.50 | 250.00 | 375.00 |
| 01/06/25 | RGS | | Call with plaintiffs counsel on multiple of our firms state court matters set for preliminary conferences this week with Judge Chimes | 333911 | 0.40 | 250.00 | 100.00 |
| 01/06/25 | RGS | | Second conference call with other local state court counsel regarding coordinating for upcoming hearings with Judge Chimes on multiple matters | 333912 | 0.70 | 250.00 | 175.00 |
| 01/06/25 | RGS | | Prepare and circulate outline of issues/agenda for upcoming state court conferences on 17 stay lift matters | 333913 | 0.60 | 250.00 | 150.00 |
| 01/07/25 | MMM | | Conference with other local state court counsel, both plaintiff and defendant, regarding upcoming hearings | 331172 | 0.40 | 250.00 | 100.00 |
| 01/07/25 | RGS | | Multiple conference calls with state court defense counsel, several plaintiff's counsel, | 333394 | 2.30 | 250.00 | 575.00 |

| Date | Prof | Task | Narrative | Key | Hours | Rate | Amount |
|------|------|------|-----------|-----|-------|------|--------|
| | | | co-counsel for parishes and Judge Chimes chambers regarding efforts to coordinate getting 17 stay lift cases onto the same appearance day with Judge Chimes | | | | |
| 01/07/25 | RGS | | Receipt and review of response from insurance coverage counsel for DoBNY regarding status of tender of defense of the 17 stay lift matters to date as background to provide to Judge Chimes at initial conference this Friday and respond to same with responses to questions raised and information to pass on to the insurance carriers counsel regarding conference information for potential attendance by them | 333396 | 0.60 | 250.00 | 150.00 |
| 01/08/25 | RGS | | Conference call with Blank Rome regarding various coverage related matters | 334336 | 0.60 | 250.00 | 150.00 |
| 01/08/25 | RGS | | Conference call with managing counsel regarding status of various legal issues on state court cases | 334338 | 0.90 | 250.00 | 225.00 |
| 01/08/25 | RGS | | Conference call with counsel for parish in multiple stay lift state court matters | 334339 | 0.80 | 250.00 | 200.00 |
| 01/08/25 | RGS | | Confer multiple times with Judge Chimes chambers and other required counsel and work to get all 17 stay lift cases on the same appearance date and provide requested information to the Court | 334341 | 1.60 | 250.00 | 400.00 |
| 01/09/25 | EDT | | Conduct legal research regarding recent Child Victims Act cases discussing discovery issues, confidentiality orders, and privilege issues | 332289 | 1.50 | 200.00 | 300.00 |
| 01/09/25 | EDT | | Review of appellate documents filed in recent Child Victims Act appeals discussing discovery issues, confidentiality orders, and privilege issues | 332290 | 0.50 | 200.00 | 100.00 |
| 01/09/25 | RGS | | Participate in monthly call with other counsel | 333975 | 0.50 | 250.00 | 125.00 |
| 01/09/25 | RGS | | Follow up calls and correspondence with multiple CVA state court counsel to obtain applicable rulings and decisions since 2020 that could be used as models and guidance for the same or similar issues that will arise for the 17 stay lift cases now in active litigation for DoBNY as a result of the bankruptcy courts recent order | 334220 | 2.70 | 250.00 | 675.00 |
| 01/10/25 | EDT | | Conduct further legal research regarding | 332293 | 3.00 | 200.00 | 600.00 |

| Date | Prof | Task | Narrative | Key | Hours | Rate | Amount |
|------|------|------|-----------|-----|-------|------|--------|
| | | | recent Child Victims Act cases discussing discovery issues, confidentiality orders, and privilege issues | | | | |
| 01/10/25 | EDT | | Further preparation of memorandum with findings regarding legal research on recent Child Victims Act cases discussing discovery issues, confidentiality orders, and privilege issues | 332294 | 3.00 | 200.00 | 600.00 |
| 01/10/25 | MMM | | Attend status conference with Court | 332030 | 0.20 | 250.00 | 50.00 |
| 01/10/25 | MMM | | Participate in conference with all defense counsel for diocese and parishes to discuss strategy in light of court proceeding | 332031 | 0.40 | 250.00 | 100.00 |
| 01/10/25 | MMM | | Review relevant case law issued in other judicial departments in New York State addressing discovery standard in CVA cases involving religious organization | 332032 | 0.40 | 250.00 | 100.00 |
| 01/10/25 | RGS | | Prepare for preliminary conference with Judge Chimes on 7 lift stay cases assigned to our office and general agenda for all matters | 333924 | 1.40 | 250.00 | 350.00 |
| 01/10/25 | RGS | | Attend preliminary conference with Judge Chimes | 333925 | 0.20 | 250.00 | 50.00 |
| 01/10/25 | RGS | | Conference call with other state court counsel regarding follow-up to today's court conference | 333926 | 0.40 | 250.00 | 100.00 |
| 01/10/25 | RGS | | Prepare and send report to client regarding results of conference | 333927 | 0.30 | 250.00 | 75.00 |
| 01/10/25 | RGS | | Prepare and send report to insurance carriers regarding results of todays conference | 333928 | 0.30 | 250.00 | 75.00 |
| 01/10/25 | RGS | | Call with counsel for Archdiocese regarding significant rulings and developments in their litigation to date that could apply to the now active litigation cases in Buffalo | 333929 | 0.40 | 250.00 | 100.00 |
| 01/10/25 | RGS | | Prepare summary and notes to file outlining upcoming issues needing review and assessment before case scheduling orders are completed and whether CMO procedures will apply and clients positions on numerous upcoming litigation related legal issues | 333930 | 0.70 | 250.00 | 175.00 |
| 01/13/25 | EDT | | Further review of caselaw discussing discovery issues, confidentiality orders, and privilege issues in recent Child Victims Act | 332299 | 0.30 | 200.00 | 60.00 |

| Date | Prof | Task | Narrative | Key | Hours | Rate | Amount |
|------|------|------|-----------|-----|-------|------|--------|
| | | | cases | | | | |
| 01/13/25 | EDT | | Further preparation of memorandum with findings regarding legal research on recent Child Victims Act cases discussing discovery issues, confidentiality orders, and privilege issues | 332300 | 0.30 | 200.00 | 60.00 |
| 01/13/25 | RGS | | Review of latest order filed related to ongoing mediations and September deadline which could have implications for stay lift actions in state court | 334295 | 0.20 | 250.00 | 50.00 |
| 01/14/25 | EDT | | Conduct legal research regarding caselaw discussing waiver of physician-patient privilege in employer-employee context | 332318 | 0.50 | 200.00 | 100.00 |
| 01/14/25 | EDT | | Preparation of memorandum with findings regarding legal research on waiver of physician-patient privilege in employer-employee context | 332319 | 0.50 | 200.00 | 100.00 |
| 01/15/25 | EDT | | Further review of caselaw regarding caselaw discussing waiver of physician-patient privilege in employer-employee context | 332323 | 1.50 | 200.00 | 300.00 |
| 01/15/25 | EDT | | Further preparation of memorandum with findings regarding legal research on waiver of physician-patient privilege in employer-employee context | 332324 | 1.50 | 200.00 | 300.00 |
| 01/15/25 | EDT | | Conduct legal research regarding recent caselaw discussing outcome of motions for summary judgment with respect to negligent hiring, supervision, retention claims | 332325 | 1.00 | 200.00 | 200.00 |
| 01/15/25 | EDT | | Preparation of memorandum regarding with findings regarding legal research on recent caselaw discussing outcome of motions for summary judgment with respect to negligent hiring, supervision, retention claims | 332326 | 1.00 | 200.00 | 200.00 |
| 01/16/25 | EDT | | Further review of caselaw regarding caselaw discussing waiver of physician-patient privilege in employer-employee context | 332352 | 0.30 | 200.00 | 60.00 |
| 01/16/25 | EDT | | Further preparation of memorandum with findings regarding legal research on waiver of physician-patient privilege in employer-employee context | 332353 | 0.40 | 200.00 | 80.00 |
| 01/16/25 | EDT | | Conduct further legal research regarding recent caselaw discussing outcome of motions | 332355 | 1.50 | 200.00 | 300.00 |

| Date | Prof | Task | Narrative | Key | Hours | Rate | Amount |
|------|------|------|-----------|-----|-------|------|--------|
| | | | for summary judgment with respect to negligent hiring, supervision, retention claims | | | | |
| 01/16/25 | EDT | | Further preparation of memorandum regarding with findings regarding legal research on recent caselaw discussing outcome of motions for summary judgment with respect to negligent hiring, supervision, retention claims | 332358 | 1.50 | 200.00 | 300.00 |
| 01/16/25 | EDT | | Further preparation of memorandum with findings regarding legal research on recent Child Victims Act cases discussing discovery issues, confidentiality orders, and privilege issues | 332360 | 0.40 | 200.00 | 80.00 |
| 01/16/25 | MMM | | Review applicability of First Amendment protections to communications between Vatican, Diocese, parish and perpetrator | 332095 | 0.50 | 250.00 | 125.00 |
| 01/16/25 | MMM | | Review applicability of physician-patient privilege to medical components of personnel files for implicated priests | 332096 | 0.50 | 250.00 | 125.00 |
| 01/16/25 | MMM | | Review decisions in recent CVA cases in other jurisdictions and determine applicability and relevance to assigned cases | 332097 | 0.50 | 250.00 | 125.00 |
| 01/16/25 | RGS | | Confer regarding claims objections filed by DoBNY and review of whether they apply to any of our assigned stay lift matters | 333858 | 0.60 | 250.00 | 150.00 |
| 01/16/25 | RGS | | Begin review of research related to as-pled allegation claims and affirmative defenses raised in 2019-2020 and development of the law since that time in statewide CVA matters and rulings for amendment needed to previously filed pleadings in seven matters now in active litigation, and in order to meet and in order to meet and confer with plaintiffs counsel regarding disposing of some claims as ordered by Judge Chimes | 333859 | 2.30 | 250.00 | 575.00 |
| 01/17/25 | MMM | | Review sustained objections filed in bankruptcy court relating to specific proofs of claims for Child Victims Act cases and identify whether said rulings impact seventeen cases excepted from stay | 332100 | 0.80 | 250.00 | 200.00 |
| 01/17/25 | RGS | | Status call with other state court DoBNY counsel regarding issues related to insurance and document production | 334827 | 0.40 | 250.00 | 100.00 |
| 01/24/25 | MMM | | Participate in joint defense call | 333422 | 0.60 | 250.00 | 150.00 |

| Date | Prof | Task | Narrative | Key | Hours | Rate | Amount |
|------|------|------|-----------|-----|-------|------|--------|
| 01/24/25 | RGS | | Weekly conference call with state court counsel regarding insurance, counsel substitution and discovery issues in 17 stay lift state court matters | 334781 | 0.60 | 250.00 | 150.00 |
| 01/24/25 | RGS | | Review draft scheduling orders circulated for other stay lift matters, and proposals for use of discovery served in bankruptcy action, and assess usability in state court matters and review prior rulings regarding same in other NY jurisdictions and 1st Dept for reference and precedent to resolves issues in 17 stay lift matters in 8th Judicial District (7 by our office) | 334785 | 1.70 | 250.00 | 425.00 |
| 01/27/25 | NJW | | Conduct legal research regarding bankruptcy court cases against diocese to determine how the Diocese of Buffalo might posture their defense and seek defense and indemnity from insurers | 335139 | 3.50 | 200.00 | 700.00 |
| 01/27/25 | RGS | | Follow-up with plaintiff's counsel and new counsel for the parish in five matters requiring finalized substitution and conference to meet & confer regarding scheduling order before 2/24/25 court conference and confer with DoBNY counsel regarding same | 334406 | 1.00 | 250.00 | 250.00 |
| 01/28/25 | NJW | | Further conduct legal research regarding bankruptcy court cases against diocese to determine how the Diocese of Buffalo might posture their defense and seek defense and indemnity from insurers | 334889 | 1.00 | 200.00 | 200.00 |
| 01/30/25 | NJW | | Review docket; review and obtain materials from docket requested by RGS to assess discovery obligations, scope and privilege issues in stay lift cases | 335143 | 4.00 | 200.00 | 800.00 |
| 01/31/25 | MMM | | Participate in conference with defense counsel regarding joint strategy for scheduling order meet-and-confer and to request update on substitution by incoming counsel for parishes | 333556 | 0.50 | 250.00 | 125.00 |
| 01/31/25 | RGS | | Participate in weekly status call | 334306 | 0.50 | 250.00 | 125.00 |
| 01/31/25 | RGS | | Prepare and send report to client regarding status of various discovery and legal issues and follow up call responding to follow up questions | 334307 | 1.30 | 250.00 | 325.00 |

|  |  |  | **Total Fees:** | | **61.30** | | **$13,965.00** |

**TOTAL CURRENT BILLING:** $ 13,965.00

GIBSON, McASKILL & CROSBY, LLP
69 DELAWARE AVENUE, SUITE 900
BUFFALO, NEW YORK 14202
IDENTIFICATION NUMBER  16-1333576

February 20, 2025
Invoice No. 124568

Mr. John M. Scholl
Diocese of Buffalo
795 Main Street
Buffalo, NY  14203

Re:   ███████ v. Diocese of Buffalo, Et al.
      Your File No.: Unknown
      Our File Number: 0120.0023

**INTERIM STATEMENT**
FOR PROFESSIONAL SERVICES RENDERED
from January 1, 2025 through January 31, 2025
as summarized below and detailed on the attached schedule

**TIME SUMMARY**

| PROFESSIONAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Robert G. Scumaci | 0.60 | 250.00 | 150.00 |

TOTAL FEES $150.00

**TOTAL CURRENT BILLING:** **$150.00**

**ITEMIZED SERVICES**

| Date | Prof | Task | Narrative | Key | Hours | Rate | Amount |
|------|------|------|-----------|-----|-------|------|--------|
| 01/22/25 | RGS | | Receipt of inquiry from plaintiffs counsel regarding scheduling meet & confer to work on proposed case scheduling order before Feb 24th hearing as required by Judge Chimes and review file related to same and discovery status of case pre-petition and need for participation from parishes substitute counsel | 334446 | 0.60 | 250.00 | 150.00 |
| | | | | **Total Fees:** | **0.60** | | **$150.00** |

**TOTAL CURRENT BILLING:**        **$**    **150.00**

GIBSON, McASKILL & CROSBY, LLP
69 DELAWARE AVENUE, SUITE 900
BUFFALO, NEW YORK 14202
IDENTIFICATION NUMBER  16-1333576

February 20, 2025
Invoice No. 124569

Mr. John M. Scholl
Diocese of Buffalo
795 Main Street
Buffalo, NY  14203

Re:      ████████ v. Diocese of Buffalo, Et al.
         Your File No.: Unknown
         Our File Number: 0120.0005

**INTERIM STATEMENT**
FOR PROFESSIONAL SERVICES RENDERED
from January 1, 2025 through January 31, 2025
as summarized below and detailed on the attached schedule

**TIME SUMMARY**

| PROFESSIONAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Robert G. Scumaci | 0.50 | 250.00 | 125.00 |

|  | TOTAL FEES | $125.00 |
|---|---|---|
|  | **TOTAL CURRENT BILLING:** | **$125.00** |

## ITEMIZED SERVICES

| Date | Prof | Task | Narrative | Key | Hours | Rate | Amount |
|------|------|------|-----------|-----|-------|------|--------|
| 01/23/25 | RGS | | Receipt and review of the plaintiffs correspondence regarding their intent to severe and proceed against the parish and review case status before bankruptcy filing and need to substitute counsel for the named parish in this matter | 334865 | 0.50 | 250.00 | 125.00 |
| | | | | **Total Fees:** | **0.50** | | **$125.00** |

**TOTAL CURRENT BILLING:**                                  **$    125.00**

GIBSON, McASKILL & CROSBY, LLP
69 DELAWARE AVENUE, SUITE 900
BUFFALO, NEW YORK 14202
IDENTIFICATION NUMBER  16-1333576

February 20, 2025
Invoice No. 124570

Mr. John M. Scholl
Diocese of Buffalo
795 Main Street
Buffalo, NY  14203

Re:　　　████████ v. Diocese of Buffalo, Et al
Your File No.: Unknown
Our File Number: 0120.0020

**INTERIM STATEMENT**
FOR PROFESSIONAL SERVICES RENDERED
from January 1, 2025 through January 31, 2025
as summarized below and detailed on the attached schedule

**TIME SUMMARY**

| PROFESSIONAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Robert G. Scumaci | 0.30 | 250.00 | 75.00 |

| | | | |
|---|---|---|---|
| TOTAL FEES | | | $75.00 |
| **TOTAL CURRENT BILLING:** | | | **$75.00** |

## ITEMIZED SERVICES

| Date | Prof | Task | Narrative | Key | Hours | Rate | Amount |
|------|------|------|-----------|-----|-------|------|--------|
| 01/22/25 | RGS | | Receipt of inquiry from plaintiffs counsel regarding scheduling meet & confer to work on proposed case scheduling order before Feb 24th hearing as required by Judge Chimes and review file related to same and discovery status of case pre-petition and need for participation from parishes substitute counsel | 334439 | 0.30 | 250.00 | 75.00 |

|  |  |  |  | **Total Fees:** | **0.30** | | **$75.00** |

**TOTAL CURRENT BILLING:**                                             **$      75.00**

GIBSON, McASKILL & CROSBY, LLP
69 DELAWARE AVENUE, SUITE 900
BUFFALO, NEW YORK 14202
IDENTIFICATION NUMBER  16-1333576

February 20, 2025
Invoice No. 124571

Mr. John M. Scholl
Diocese of Buffalo
795 Main Street
Buffalo, NY  14203

Re:      ████ v. Diocese of Buffalo, Et al.
         Your File No.: Unknown
         Our File Number: 0120.0040

**INTERIM STATEMENT**
FOR PROFESSIONAL SERVICES RENDERED
from January 1, 2025 through January 31, 2025
as summarized below and detailed on the attached schedule

**TIME SUMMARY**

| PROFESSIONAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Elisha D. Teibel | 1.00 | 200.00 | 200.00 |
| Melissa M. Morton | 0.50 | 250.00 | 125.00 |
| Robert G. Scumaci | 8.70 | 250.00 | 2,175.00 |
| | | TOTAL FEES | $2,500.00 |
| | | **TOTAL CURRENT BILLING:** | **$2,500.00** |

**ITEMIZED SERVICES**

| Date | Prof | Task | Narrative | Key | Hours | Rate | Amount |
|------|------|------|-----------|-----|-------|------|--------|
| 01/09/25 | EDT | | Preparation of memorandum with findings regarding legal research on recent Child Victims Act cases discussing discovery issues, confidentiality orders, and privilege issues | 332291 | 1.00 | 200.00 | 200.00 |
| 01/09/25 | RGS | | Review of docketed pleadings in related case likely to be consolidated with the DoBNY matter | 334241 | 0.60 | 250.00 | 150.00 |
| 01/13/25 | RGS | | Respond to inquiry from plaintiff regarding stipulation to consolidate and send further explanation to counsel for Order in related action | 334293 | 0.30 | 250.00 | 75.00 |
| 01/15/25 | MMM | | Review settlement demand issued by counsel for plaintiff | 332083 | 0.50 | 250.00 | 125.00 |
| 01/16/25 | RGS | | Conference call with counsel for co-defendant in related matter regarding possible consolidation, discovery issues, and upcoming meet & confer with plaintiff's counsel | 333854 | 0.70 | 250.00 | 175.00 |
| 01/16/25 | RGS | | Review of plaintiffs proposed stipulation to consolidate | 333855 | 0.20 | 250.00 | 50.00 |
| 01/17/25 | RGS | | Provide settlement demand made by plaintiffs to insurers counsel after consultation with all appropriate parties and other counsel | 334828 | 0.70 | 250.00 | 175.00 |
| 01/20/25 | RGS | | Confer with counsel regarding consolidation issues | 333865 | 0.20 | 250.00 | 50.00 |
| 01/21/25 | RGS | | Correspond with plaintiffs counsel regarding issues related to consolidation stipulation and scheduling order | 334263 | 0.30 | 250.00 | 75.00 |
| 01/21/25 | RGS | | Meet & Confer with plaintiff's counsel regarding counsel substitutions and scheduling order and follow up regarding same | 334265 | 0.50 | 250.00 | 125.00 |
| 01/21/25 | RGS | | Confer with counsel for the parish that will be appearing in this matter | 334266 | 0.20 | 250.00 | 50.00 |
| 01/22/25 | RGS | | Follow up with DoBNY coverage counsel regarding status of this case pre-petition and the settlement demand after review of the file | 334447 | 0.40 | 250.00 | 100.00 |

| Date | Prof | Task | Narrative | Key | Hours | Rate | Amount |
|------|------|------|-----------|-----|-------|------|--------|
| 01/29/25 | RGS | | Prep draft scheduling order and follow up with counsel for parish and counsel for religious order in related matter regarding revisions and upcoming meet & confer, stipulation consolidating matters and discovery issues | 334270 | 1.30 | 250.00 | 325.00 |
| 01/30/25 | RGS | | Prepare good faith meet & confer correspondence to plaintiff's counsel after review of the discovery demands served by them to date, proposed stipulation to consolidate and draft scheduling order | 334713 | 0.90 | 250.00 | 225.00 |
| 01/30/25 | RGS | | Attend conference and follow up calls with co-counsel regarding these same issues and reporting to client regarding status | 334716 | 0.70 | 250.00 | 175.00 |
| 01/30/25 | RGS | | Review discovery served by plaintiff for compliance with CMO | 334718 | 1.20 | 250.00 | 300.00 |
| 01/31/25 | RGS | | Prepare and send report to client regarding timing and scheduling order issues on this matter | 334305 | 0.50 | 250.00 | 125.00 |

**Total Fees:**    **10.20**    **$2,500.00**

**TOTAL CURRENT BILLING:**    **$   2,500.00**

GIBSON, McASKILL & CROSBY, LLP
69 DELAWARE AVENUE, SUITE 900
BUFFALO, NEW YORK 14202
IDENTIFICATION NUMBER  16-1333576

February 20, 2025
Invoice No. 124572

Mr. John M. Scholl
Diocese of Buffalo
795 Main Street
Buffalo, NY  14203

Re:      ████████ v. Diocese of Buffalo, Et al.
Your File No.: Unknown
Our File Number: 0120.0010

**INTERIM STATEMENT**
FOR PROFESSIONAL SERVICES RENDERED
from January 1, 2025 through January 31, 2025
as summarized below and detailed on the attached schedule

**TIME SUMMARY**

| PROFESSIONAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Robert G. Scumaci | 0.40 | 250.00 | 100.00 |

TOTAL FEES $100.00

**TOTAL CURRENT BILLING:** **$100.00**

## ITEMIZED SERVICES

| Date | Prof | Task | Narrative | Key | Hours | Rate | Amount |
|------|------|------|-----------|-----|-------|------|--------|
| 01/22/25 | RGS | | Receipt of inquiry from plaintiffs counsel regarding scheduling meet & confer to work on proposed case scheduling order before Feb 24th hearing as required by Judge Chimes and review file related to same and discovery status of case pre-petition and need for participation from parishes substitute counsel | 334443 | 0.40 | 250.00 | 100.00 |
| | | | | | **Total Fees:** 0.40 | | **$100.00** |

**TOTAL CURRENT BILLING:**                                    $      100.00