UNITED STATES BANKRUPTCY COURT
WESTERN DISTRIBUTION OF NEW YORK

|  |  |
|---|---|
| In re: | )<br>)<br>) Case No. 20-10322 |
| The Diocese of Buffalo, N.Y., | )<br>) Chapter 11 |
| Debtor. | )<br>) |

# CERTIFICATE OF SERVICE

I, Christopher Chiu, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

On February 25, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **Monthly Fee Statement of Connors LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Diocese of Buffalo, N.Y. for the Period January 1, 2025, Through January 31, 2024** (Docket No. 3660)

Dated: March 5, 2025

*/s/ Christopher Chiu*
Christopher Chiu
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(855) 292-7696

# Exhibit A



**Exhibit A**
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JOSEPH W. ALLEN & JILL ZUBLER | OLYMPIC TOWERS | 300 PEARL STREET, SUITE 401 | | BUFFALO | NY | 14202 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O GLEICHENHAUS, MARCHESE & WEISHAAR, PC | ATTN: SCOTT J. BOGUCKI | 43 COURT STREET | SUITE 930 | BUFFALO | NY | 14202-3100 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI, STANG, ZIEHL & JONES LLP | ATTN: J STANG, I SCHARF, S GOLDEN, B MICHAEL | 780 THIRD AVENUE | 34TH FLOOR | NEW YORK | NY | 10017 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI, STANG, ZIEHL & JONES LLP | ATTN: JAMES I. STANG | 10100 SANTA MONICA BLVD, 13TH FLOOR | | LOS ANGELES | CA | 90067-4003 |
| THE DIOCESE OF BUFFALO, N.Y. | 795 MAIN STREET | | | | BUFFALO | NY | 14203 |