UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

             Debtor.

Case No. 20-10322

Chapter 11

# CERTIFICATE OF SERVICE

I, Christopher Chiu, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

On March 4, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **Thirtieth Monthly Fee Statement of Gibson, McAskill & Crosby, LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Diocese of Buffalo for Services Rendered for the Period of January 1, 2025 to January 31, 2025** (Docket No. 3705)

- **Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Diocese of Buffalo, N.Y. for the Period October 1, 2024 Through October 31, 2024** (Docket No. 3706)

- **Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Diocese of Buffalo, N.Y. for the Period November 1, 2024 Through November 30, 2024** (Docket No. 3707)

- **Monthly Fee Statement of The Tucker Group LLC for Compensation for Services Rendered and Reimbursement of Expenses as Communications Consultant to The Diocese of Buffalo, N.Y. for the Period January 1, 2025 Through January 31, 2025** (Docket No. 3708)

[SPACE INTENTIONALLY LEFT BLANK]

- **Monthly Fee Statement of The Tucker Group LLC for Compensation for Services Rendered and Reimbursement of Expenses as Communications Consultant to The Diocese of Buffalo, N.Y. for the Period February 1, 2025 Through February 28, 2025** (Docket No. 3709)

Dated: March 6, 2025

/s/ *Christopher Chiu*
Christopher Chiu
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(855) 292-7696

# Exhibit A



**Exhibit A**
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JOSEPH W ALLEN & JILL ZUBLER | 300 PEARL STREET SUITE 401 | OLYMPIC TOWERS | BUFFALO | NY | 14202 |
| THE DIOCESE OF BUFFALO NY | ATTN: LEGAL DEPT | 795 MAIN STREET | | BUFFALO | NY | 14203 |
| UNSECURED CREDITORS COMMITTEE | C/O GLEICHENHAUS MARCHESE WEISHAAR | 43 COURT STREET SUITE 930 | ATTN: SCOTT J BOGUCKI | BUFFALO | NY | 14202-3100 |
| UNSECURED CREDITORS COMMITTEE | C/O PACHULSKI STANG ZIEHL & JONES | 10100 SANTA MONICA BLVD 13TH FLOOR | ATTN: JAMES I STANG | LOS ANGELES | CA | 90067-4003 |
| UNSECURED CREDITORS COMMITTEE | C/O PACHULSKI STANG ZIEHL & JONES | 780 THIRD AVENUE 34TH FLOOR | ATTN: STANG SCHARF GOLDEN MICHAEL | NEW YORK | NY | 10017 |