UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No. 20-10322

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362], Blank Rome, LLP has filed the *Monthly Fee Statement of Blank Rome, LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to The Diocese of Buffalo, N.Y. for the Period January 1, 2025 Through January 31, 2025*, a copy of which is attached hereto and hereby served upon you.

Dated: March 6, 2025

BLANK ROME, LLP

By:     */s/ James R. Murray*
James R. Murray
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-3409
Email: jmurray@blankrome.com

*Special Insurance Counsel for*
*The Diocese of Buffalo, N.Y.*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

                 Debtor.

Case No. 20-10322

Chapter 11

**MONTHLY FEE STATEMENT OF BLANK ROME, LLP FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
AS SPECIAL INSURANCE COUNSEL TO THE DIOCESE OF BUFFALO, N.Y.
FOR THE PERIOD JANUARY 1, 2025 THROUGH JANUARY 31, 2025**

| | |
|---|---|
| Name of Applicant: | Blank Rome, LLP |
| Authorized to Provide Professional Services to: | The Diocese of Buffalo, N.Y., Debtor-In-Possession |
| Date of Retention: | Order entered June 30, 2020 [Docket No. 423] *Nunc Pro Tunc* to February 28, 2020 |
| Period for which compensation and reimbursement is sought: | January 1, 2025 through January 31, 2025 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $30,038.84 ($24,031.07) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a: _X_ monthly ____ quarterly ____ final application.

This is Blank Rome's fifty-seventh monthly fee statement in this case.



1825 EYE STREET NW
WASHINGTON, DC 20006-5403
(202) 420-2200
FEDERAL TAX ID NO.

| | | | | |
|---|---|---|---|---|
| DIOCESE OF BUFFALO | | INVOICE DATE: | | FEBRUARY 24, 2025 |
| C/O JOHN M. SCHOLL | | CLIENT ID: | | 155760 |
| 795 MAIN STREET | | MATTER NUMBER: | | 155760-00601 03348 |
| BUFFALO, NY 14203 | | INVOICE NUMBER: | | 2259734 |

**REGARDING:** DIOCESE OF BUFFALO
INSURANCE ADVICE

| DATE | INVOICE | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 07/31/2020 | 1908397 | $25,484.65 | ($22,561.19) | $2,548.46 |
| 07/31/2020 | 1908398 | $22,046.42 | ($19,466.78) | $2,204.64 |
| 07/31/2020 | 1908399 | $55,775.57 | ($49,823.02) | $5,577.55 |
| 07/31/2020 | 1908400 | $22,514.46 | ($19,888.02) | $2,251.44 |
| 08/20/2020 | 1911983 | $50,783.53 | ($45,330.16) | $5,078.37 |
| 09/22/2020 | 1919242 | $59,913.79 | ($53,547.41) | $5,991.38 |
| 10/21/2020 | 1925894 | $44,914.95 | ($39,840.12) | $4,491.50 |
| 11/16/2020 | 1931564 | $103,849.68 | ($92,881.37) | $10,384.97 |
| 12/08/2020 | 1936638 | $67,978.34 | ($60,597.17) | $6,797.83 |
| 01/28/2021 | 1944850 | $58,271.07 | ($51,914.37) | $5,773.37 |
| 02/23/2021 | 1950370 | $43,496.36 | ($38,563.39) | $4,349.64 |
| 03/31/2021 | 1957000 | $37,448.27 | ($33,120.11) | $3,744.83 |
| 04/28/2021 | 1964026 | $34,425.70 | ($30,983.13) | $3,442.57 |
| 05/26/2021 | 1970085 | $11,332.51 | ($10,199.26) | $1,133.25 |
| 06/23/2021 | 1975333 | $5,872.42 | ($5,285.18) | $587.24 |
| 07/26/2021 | 1981564 | $10,499.90 | ($9,449.91) | $1,049.99 |
| 08/24/2021 | 1988112 | $24,862.74 | ($22,376.46) | $2,486.28 |
| 09/27/2021 | 1993685 | $30,361.29 | ($27,325.16) | $3,036.13 |
| 10/23/2024 | 2231359 | $2,133.09 | ($1,706.47) | $426.62 |
| 11/22/2024 | 2239833 | $14,604.30 | ($11,683.44) | $2,920.86 |
| 01/08/2025 | 2247612 | $11,863.05 | ($9,490.44) | $2,372.61 |
| 01/29/2025 | 2253677 | $25,201.66 | $0.00 | $25,201.66 |

**BALANCE FORWARD** $101,851.19

| | ACH/WIRE | Mail |
|---|---|---|
| Bank Name | Citizens Bank | Blank Rome LLP |
| Address: | Philadelphia, PA | Attn: Finance Department |
| Account Title: | Blank Rome LLP | One Logan Square |
| Account Number: | | 130 North 18th St |
| ABA Number: | (Domestic) | Philadelphia, PA 19103-6998 |
| Swift Code | (International) | |
| | To pay by Electronic Funds Transfer, visit www.BlankRome.com/Payments | |

PENNSYLVANIA  NEW YORK  NEW JERSEY  DELAWARE  WASHINGTON, DC  FLORIDA  CALIFORNIA  OHIO  TEXAS  ILLINOIS  MASSACHUSETTS  SHANGHAI



**1825 EYE STREET NW**
**WASHINGTON, DC 20006-5403**
**(202) 420-2200**
**FEDERAL TAX ID NO.** █

| | |
|---|---|
| DIOCESE OF BUFFALO | INVOICE DATE: FEBRUARY 24, 2025 |
| C/O JOHN M. SCHOLL | CLIENT ID: 155760 |
| 795 MAIN STREET | MATTER NUMBER: 155760-00601 03348 |
| BUFFALO, NY 14203 | INVOICE NUMBER: 2259734 |

FOR LEGAL SERVICES RENDERED THROUGH 1/31/25        $30,038.84

**CURRENT INVOICE TOTAL**                                                $30,038.84

**TOTAL AMOUNT DUE, INCLUDING BALANCE FORWARD**          $131,890.03

*REMITTANCE*

|  | **ACH/WIRE** | **Mail** |
|---|---|---|
| Bank Name | Citizens Bank | Blank Rome LLP |
| Address: | Philadelphia, PA | Attn: Finance Department |
| Account Title: | Blank Rome LLP | One Logan Square |
| Account Number: | █ | 130 North 18th St |
| ABA Number: | █ (Domestic) | Philadelphia, PA 19103-6998 |
| Swift Code | █ (International) | |
| | To pay by Electronic Funds Transfer, visit www.BlankRome.com/Payments | |

PENNSYLVANIA   NEW YORK   NEW JERSEY   DELAWARE   WASHINGTON, DC   FLORIDA   CALIFORNIA   OHIO   TEXAS   ILLINOIS   MASSACHUSETTS   SHANGHAI



**1825 EYE STREET NW**
**WASHINGTON, DC 20006-5403**
**(202) 420-2200**
**FEDERAL TAX ID NO.** ███

| | | |
|---|---|---|
| DIOCESE OF BUFFALO | INVOICE DATE: | FEBRUARY 24, 2025 |
| C/O JOHN M. SCHOLL | CLIENT ID: | 155760 |
| 795 MAIN STREET | MATTER NUMBER: | 155760-00601 |
| BUFFALO, NY 14203 | INVOICE NUMBER: | 2259734 |
| | | PAGE 1 |

**REGARDING:** **DIOCESE OF BUFFALO**
**INSURANCE ADVICE**

**FOR LEGAL SERVICES RENDERED THROUGH JANUARY 31, 2025**

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/06/25 | CREATE EXHIBITS TO BE ATTACHED TO LETTER TO INSURERS | K. ROGERS | 0.20 | 65.00 |
| 01/06/25 | PREPARE RESPONSE TO DEFENSE COUNSEL'S QUESTIONS RELATING TO INSURANCE ISSUES IN CONNECTION WITH THE UN-STAYED CLAIMS | J. CARTER | 1.50 | 935.55 |
| 01/06/25 | REVIEW/ANALYZE LETTER FROM INSURER REGARDING DEFENSE OF UN-STAYED MATTERS AND CONSIDER ISSUES | J. CARTER | 0.90 | 561.33 |
| 01/07/25 | EMAIL TO INSURERS REGARDING UPCOMING HEARING IN UN-STAYED CVA CASES | J. CARTER | 0.60 | 374.22 |
| 01/07/25 | FINALIZE AND SEND RESPONSE TO DEFENSE COUNSEL RELATING TO QUESTIONS IN ADVANCE OF HEARING WITH JUDGE CHIMES | J. CARTER | 0.30 | 187.11 |
| 01/07/25 | FOLLOW UP RE ARROWOOD SUBMISSIONS, INCLUDING REVIEWING CORRESPONDENCE IN CONNECTION WITH THE SAME | R. MICHAELSON | 0.30 | 144.38 |
| 01/08/25 | PREPARE FOR CONFERENCE WITH DEFENSE COUNSEL RELATING TO UPCOMING CONFERENCE WITH JUDGE CHIMES | J. CARTER | 0.90 | 561.33 |
| 01/08/25 | CONFERENCE WITH DEFENSE COUNSEL REGARDING UN-STAYED CASES | J. CARTER | 0.80 | 498.96 |
| 01/08/25 | VARIOUS EMAILS TO J. MURRAY REGARDING CONFERENCE WITH DEFENSE COUNSEL AND INSURANCE RELATED ISSUES | J. CARTER | 0.90 | 561.33 |
| 01/08/25 | PREPARE FOLLOW UP EMAILS TO CERTAIN INSURERS REGARDING TENDER OF DEFENSE | J. CARTER | 2.50 | 1,559.25 |
| 01/09/25 | REVIEW CORRESPONDENCE FROM CARRIER COUNSEL REGARDING STAY LIFT ISSUES | J. MURRAY | 0.70 | 590.21 |
| 01/09/25 | REVIEW LETTERS FROM INSURER REGARDING COVERAGE POSITION IN RELATION TO UNSTAYED CASES | J. CARTER | 0.40 | 249.48 |
| 01/10/25 | ANALYZE LETTERS FROM INSURER REGARDING UN-STAYED CASES | J. CARTER | 0.50 | 311.85 |

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/10/25 | RESPOND TO EMAIL FROM DEFENSE COUNSEL REGARDING HEARING IN UN-STAYED CASES | J. CARTER | 1.70 | 1,060.29 |
| 01/12/25 | REVIEW AND ANALYZE LETTERS FROM INSURERS RELATING TO DEFENSE OF UNSTAYED CASE AND STATUS OF DEFENSE | J. CARTER | 1.10 | 686.07 |
| 01/13/25 | REVIEW COURT'S ORDER AS RELATES TO MEDIATION | J. MURRAY | 0.20 | 168.63 |
| 01/13/25 | EMAIL TO J. MURRAY REGARDING STATUS AND PENDING TASKS | J. CARTER | 0.50 | 311.85 |
| 01/14/25 | REVIEW COURT ORDER ON MEDIATION | J. MURRAY | 0.50 | 421.58 |
| 01/14/25 | TELECONFERENCE WITH PARISH COUNSEL REGARDING INSURANCE QUESTIONS | J. MURRAY | 0.30 | 252.95 |
| 01/14/25 | REVIEW MEDIATORS' REPORT | J. CARTER | 0.10 | 62.37 |
| 01/14/25 | PREPARE FOR HEARING ON CLAIM OBJECTIONS BY REVIEWING CLAIM OBJECTIONS | J. CARTER | 2.50 | 1,559.25 |
| 01/15/25 | FOLLOW UP RE ARROWOOD SUBMISSIONS, INCLUDING REVIEWING CORRESPONDENCE IN CONNECTION WITH THE SAME | R. MICHAELSON | 0.20 | 96.25 |
| 01/15/25 | FOLLOW UP RE CLIENT QUERIES, INCLUDING REVIEWING RECORDS IN CONNECTION WITH THE SAME | R. MICHAELSON | 0.90 | 433.13 |
| 01/15/25 | TELECONFERENCE WITH PARISH COUNSEL (F. ELSAESSER) REGARDING MEDIATION ISSUES INCLUDING PARISH CARRIER CONTRIBUTIONS | J. MURRAY | 0.50 | 421.58 |
| 01/15/25 | EMAIL TO J. MURRAY REGARDING HEARING ON CLAIM OBJECTIONS | J. CARTER | 0.30 | 187.11 |
| 01/15/25 | ATTEND HEARING ON CLAIMS OBJECTIONS | J. CARTER | 0.70 | 436.59 |
| 01/15/25 | ANALYZE LETTER FROM INSURER RELATING TO DEFENSE OF UN-STAYED CASES | J. CARTER | 1.20 | 748.44 |
| 01/15/25 | EMAIL TO J. MURRAY WITH COMMENTS ON HEARING REGARDING CLAIM OBJECTIONS | J. CARTER | 0.50 | 311.85 |
| 01/15/25 | REVISE DRAFT EMAIL TO CLIENT RELATING TO INSURANCE POLICIES COVERING UNSTAYED CASES | J. CARTER | 0.50 | 311.85 |
| 01/16/25 | REVIEW/ANALYZE INSURER CORRESPONDENCE | R. MICHAELSON | 0.20 | 96.25 |
| 01/17/25 | DISCUSSION WITH A. SPENCER RE CASE BACKGROUND, RESEARCH ASSIGNMENT | R. MICHAELSON | 0.20 | 96.25 |
| 01/17/25 | RESEARCH LAW REGARDING SETTLEMENT ISSUES FOR J. CARTER | A. SPENCER | 2.60 | 920.92 |
| 01/17/25 | REVIEW ISSUES RELATING TO DEFENSE OF STAY LIFT CASES | J. MURRAY | 0.80 | 674.52 |
| 01/17/25 | EMAILS WITH BANKRUPTCY COUNSEL AND | J. CARTER | 0.30 | 187.11 |

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|---|---|
| | DEFENSE COUNSEL REGARDING DEMAND IN UN-STAYED CASE | | | |
| 01/17/25 | ANALYZE DEMAND LETTER IN UN-STAYED CASE | J. CARTER | 0.40 | 249.48 |
| 01/17/25 | DRAFT LETTER TO INSURER REGARDING DEFENSE ARRANGEMENTS FOR UNSTAYED CASES | J. CARTER | 2.30 | 1,434.51 |
| 01/20/25 | REVISE LETTER TO WAUSAU REGARDING DEFENSE ARRANGMENTS | J. CARTER | 0.50 | 311.85 |
| 01/21/25 | DRAFT AND REVISE LETTER TO WAUSAU RELATING TO DEFENSE ARRANGEMENTS AND ANALYZE PRIOR COVERAGE DETERMINATION LETTERS IN CONNECTION WITH SAME | J. CARTER | 2.90 | 1,808.73 |
| 01/21/25 | REVIEW CORRESPONDENCE RE UNSTAYED ACTION | R. MICHAELSON | 0.20 | 96.25 |
| 01/22/25 | TELECONFERENCE WITH S. DONATO, BISHOP AND TEAM REGARDING MEDIATION ISSUES | J. MURRAY | 0.80 | 674.52 |
| 01/22/25 | CONFERENCE WITH DEBTOR COUNSEL, PARISH COUNSEL, AND DEBTOR'S REPRESENTATIVES | J. CARTER | 0.80 | 498.96 |
| 01/22/25 | REVISE AND FINALIZE LETTER TO WAUSAU REGARDING DEFENSE ARRANGEMENTS | J. CARTER | 1.60 | 997.92 |
| 01/22/25 | EMAIL TO BEDIVERE COUNSEL REGARDING SCHEDULING CONFERENCE REGARDING CLAIMS FILED IN BEDIVERE LIQUIDATION | J. CARTER | 0.20 | 124.74 |
| 01/23/25 | REVISE LETTER TO INSURER REGARDING DEFENSE ARRANGEMENTS FOR UNSTAYED ACTIONS | J. CARTER | 1.30 | 810.81 |
| 01/23/25 | EMAILS WITH J. MURRAY AND BEDIVERE COUNSEL REGARDING SCHEDULING CONFERENCE TO DISCUSS CLAIMS | J. CARTER | 0.30 | 187.11 |
| 01/23/25 | PREPARE FOR CALL WITH NEW MEDIATOR (REVIEW AND SUMMARIZE CLAIMS ALLOCATIONS) | J. MURRAY | 0.80 | 674.52 |
| 01/24/25 | TELECONFERENCE WITH NEW MEDIATOR | J. MURRAY | 1.00 | 843.15 |
| 01/24/25 | CONFERENCE WITH MEDIATOR (M. CYGANOWSKI) REGARDING INSURANCE ISSUES | J. CARTER | 1.00 | 623.70 |
| 01/27/25 | CALL WITH W. MANDIA, J. CARTER RE BEDIVERE PROOFS OF CLAIM, INCLUDING PREP FOR SAME | R. MICHAELSON | 0.30 | 144.38 |
| 01/27/25 | REVIEW BEDIVERE ISSUES (INSURANCE) | J. MURRAY | 0.30 | 252.95 |
| 01/27/25 | CONFERENCE WITH BEDIVERE COUNSEL RELATING TO POLICY EVIDENCE | J. CARTER | 0.30 | 187.11 |
| 01/27/25 | EMAIL TO J. MURRAY RELATING TO CONFERENCE WITH BEDIVERE COUNSEL | J. CARTER | 0.10 | 62.37 |

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/27/25 | REVIEW LETTER FROM INSURER | J. CARTER | 0.20 | 124.74 |
| 01/28/25 | REVIEW BEDIVERE RELATED ISSUES | J. MURRAY | 0.20 | 168.63 |
| 01/28/25 | REVISE AND FINALIZE LETTER TO WAUSAU REGARDING UN-STAYED CASES AND INCORPORATE COMMENTS | J. CARTER | 1.40 | 873.18 |
| 01/29/25 | TELECONFERENCE WITH BISHOP, S. DONATO AND TEAM REGARDING STATUS | J. MURRAY | 0.80 | 674.52 |
| 01/29/25 | CONFERENCE WITH DIOCESE, DEBTOR COUNSEL, AND PARISH COUNSEL | J. CARTER | 1.70 | 1,060.29 |
| 01/29/25 | REVIEW LETTER FROM DEBTOR BANKRUPTCY COUNSEL TO CNA REGARDING DEFENSE ARRANGEMENTS FOR UN-STAYED CASES | J. CARTER | 0.10 | 62.37 |
| 01/29/25 | FOLLOW UP RE INSURER, CLAIMANT CORRESPONDENCE, INCLUDING REVIEWING/ANALYZING PLEADINGS, MATRIX IN CONNECTION WITH THE SAME | R. MICHAELSON | 1.30 | 625.63 |
| 01/31/25 | REVIEW CARRIER REQUESTS AND FOLLOW UP WITH T. ALBAN | J. MURRAY | 0.50 | 421.58 |
| | **TOTAL SERVICES** | | | **$30,038.84** |

**CURRENT INVOICE TOTAL**     **$30,038.84**

**TIME AND FEE SUMMARY**

| TIMEKEEPER | RATE | HOURS | FEES |
|---|---|---|---|
| JAMES CARTER | 623.70 | 33.80 | 21,081.06 |
| JAMES MURRAY | 843.15 | 7.40 | 6,239.34 |
| ROBYN MICHAELSON | 481.25 | 3.60 | 1,732.52 |
| AMY J. SPENCER | 354.20 | 2.60 | 920.92 |
| KEVIN ROGERS | 325.00 | 0.20 | 65.00 |
| **TOTALS** | | **47.60** | **$30,038.84** |