UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

In re:                                                    Case No. 20-10322(CLB)

The Roman Catholic Diocese of            Chapter 11
Buffalo, New York
                 Debtor.

---

**CERTIFICATE OF SERVICE**

---

       I, Robert E. Gallagher, Jr., a lawyer in the office of Steve Boyd, P.C., attorneys of record for the plaintiffs in the New York State Supreme Court (Erie County) actions entitled *AB 527 Doe v. The City of Buffalo* and *AB 529 Doe v. The City of Buffalo*, hereby certify that I am not a party to the within action and my business address is 2969 Main Street, Suite 100; Buffalo, New York 14214.

       On March 19th, 2025, the following documents were caused to be served via the Court's ECF system on all counsel of record and interested parties through the system: 1. First Amended Motion for Relief from Stay re: Documents in the Possession of the Debtor, with Attachments (Dkt. 3737:; 2. Declaration of Robert E. Gallagher, Jr. in Support of Motion for Stay Relief (Dkt. 3738); 3. Brief in Support of Stay Relief (Dkt. 3939)

Dated: March 19th, 2025.                              /s/ Robert E. Gallagher, Jr.