UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

        Debtor.

Case No. 20-10322

Chapter 11

## SUPPLEMENTAL CERTIFICATE OF SERVICE

    I, Keny Contreras, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

    On March 19, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Valvoline Instant Oil Change, Buffalo Lube Associates LP at 435 Lawrence Bell Dr, Ste 14, Buffalo, NY 14221-7806, pursuant to USPS forwarding instructions:

- **Notice of Motion for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Certain Real Property at 0 East River Road, Grand Island, New York; (B) Authorizing and Approving the Form of Purchase Agreement; (C) Scheduling an Auction and Hearing to Consider the Sale; and (D) Approving the Form and Manner of Service of Notice of Auction and Sale Hearing; (II) Approving the Sale Free and Clear of Liens, Claims, Encumbrances and Other Interests; and (III) Granting Related Relief** (Docket No. 3718, Pages 1-3)

Dated: March 20, 2025

*/s/ Keny Contreras*
Keny Contreras
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(855) 292-7696