UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, New York

Debtor.

Case No. 20-10322 (CLB)

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362], Burns Bair LLP has filed the *Monthly Fee Statement of Burns Bair LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Buffalo, New York, for the Period February 1, 2025 through February 28, 2025,* a copy of which is attached hereto and hereby served upon you.

Dated: March 31, 2025

**BURNS BAIR LLP**

 */s/ Jesse J. Bair*
Jesse J. Bair (admitted *pro hac vice*)
Timothy W. Burns (admitted *pro hac vice*)
10 E. Doty St., Suite 600
Madison, WI 53703-3392
Telephone: (608) 286-2808
Email: jbair@burnsbair.com
Email: tburns@burnsbair.com

*Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Buffalo, New York*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, New York

Debtor.

Case No. 20-10322 (CLB)

Chapter 11

**MONTHLY FEE STATEMENT OF BURNS BAIR LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DIOCESE OF BUFFALO, NEW YORK, FOR THE PERIOD FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025**

| | |
|---|---|
| Name of Applicant: | Burns Bair LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors of the Diocese of Buffalo, New York |
| Date of Retention: | Effective October 5, 2023, pursuant to Order entered November 13, 2023 [Docket No. 2606] |
| Period for which compensation and reimbursement is sought: | February 1, 2025 through February 28, 2025 |
| Amount of compensation sought as actual, reasonable, and necessary: | 80% of $4,240.00 ($3,3392.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $8.76 |

This is a: __X__ monthly ___ quarterly ___ final application.

This is Burns Bair LLP's sixteenth monthly fee statement in this case.



10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of the Diocese of Buffalo**

Issue Date :  3/30/2025
Bill # :  01888

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 2/2/2025 | Jesse Bair | Correspond with BB team re upcoming mediation sessions and potential insurance submission in connection with same (.1); | 0.10 | $70.00 |
| 2/2/2025 | Brian Cawley | Correspond with BB team re action items and preparation for upcoming mediation sessions (.2); | 0.20 | $110.00 |
| 2/3/2025 | Timothy Burns | Conference with B. Cawley re mediation issues (.1); review and respond to related correspondence with BB team re same (.1); | 0.20 | $140.00 |
| 2/3/2025 | Brian Cawley | Participate in conference with T. Burns re upcoming mediations and preparations in connection with same (.1); | 0.10 | $55.00 |
| 2/3/2025 | Brian Cawley | Correspond with Committee professionals re mediation and next steps (.4); | 0.40 | $220.00 |
| 2/3/2025 | Jesse Bair | Review additional correspondence with BB team re upcoming mediation sessions (.1); | 0.10 | $70.00 |
| 2/6/2025 | Brian Cawley | Respond to J. Bair request regarding case summary materials (.2); | 0.20 | $110.00 |
| 2/6/2025 | Jesse Bair | Participate in portion of Committee meeting for insurance purposes re case status, strategy, and mediation issues (.8); | 0.80 | $560.00 |
| 2/6/2025 | Brian Cawley | Attend Committee meeting for insurance purposes (1.0); | 1.00 | $550.00 |
| 2/11/2025 | Jesse Bair | Review I. Scharf correspondence re claim objection orders (.1); | 0.10 | $70.00 |
| 2/12/2025 | Jesse Bair | Review B. Cawley memos re mediation and insurance strategy (.2); | 0.20 | $140.00 |
| 2/13/2025 | Brian Cawley | Attend Committee meeting for insurance purposes, including meeting with the new mediator (.9); | 0.90 | $495.00 |
| 2/13/2025 | Brian Cawley | Draft email memo re insurance action items and next steps from Committee meeting (.2); | 0.20 | $110.00 |
| 2/13/2025 | Jesse Bair | Participate in portion of Committee meeting with the new mediator re case mediation issues (.8); | 0.80 | $560.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 2/18/2025 | Brian Cawley | Review recent filings on claim objections for insurance purposes (.6); | 0.60 | $330.00 |
| 2/18/2025 | Jesse Bair | Review I. Scharf correspondence re case developments (.1); | 0.10 | $70.00 |
| 2/25/2025 | Jesse Bair | Review correspondence with I. Scharf and state court counsel re mediation developments and upcoming sessions (.1); | 0.10 | $70.00 |
| 2/26/2025 | Brian Cawley | Attend claim objection hearing for insurance purposes (.8); | 0.80 | $440.00 |
| 2/27/2025 | Jesse Bair | Review correspondence with I. Scharf and the Committee re case developments and next-steps (.1); | 0.10 | $70.00 |
| **Total Hours and Fees** | | | **7.00** | **$4,240.00** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 2/3/2025 | Postage | $4.38 |
| 2/18/2025 | Postage | $4.38 |
| **Total Expenses** | | **$8.76** |

## Timekeeper Summary

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Brian Cawley | Associate | 4.40 | $550.00 | $2,420.00 |
| Jesse Bair | Partner | 2.40 | $700.00 | $1,680.00 |
| Timothy Burns | Partner | 0.20 | $700.00 | $140.00 |

**Total Due This Invoice: $4,248.76**