

Miranda H. Turner
mturner@plevinturner.com
202.580.6640

April 1, 2025

**VIA ECF**

Hon. Carl L. Bucki, Chief Judge
United States Bankruptcy Court
Western District of New York
Robert H. Jackson U.S. Courthouse
2 Niagara Square
Buffalo, New York 14202

Re: ***In re Diocese of Buffalo*, Case 1-20-10322-CLB**

Dear Judge Bucki:

The Continental Insurance Company, Employers Insurance Company of Wausau (f/k/a Employers Insurance of Wausau A Mutual Company f/k/a Employers Mutual Liability Insurance Company of Wisconsin) and Wausau Underwriters Insurance Company, and Selective Insurance Company of New York f/k/a Exchange Mutual Insurance Company join in the request by U.S. Fire Insurance Company [Dkt. No. 3757] that the Diocese's requested adjournment of the hearing on certain claim objections be to a date no later than May 8, 2025. This shorter adjournment avoids a conflict with a scheduled mediation session but allows for more timely adjudication of the objections. Continental agrees that it will aid mediation for the parties to know which claims are in and which are out of the case.

Respectfully submitted,

*/s/ Miranda H. Turner*

Miranda H. Turner