

One Lincoln Center | Syracuse, NY 13202-1355 | **bsk.com**
600 Third Avenue | New York, NY 10016-1915 | **bsk.com**

**STEPHEN A. DONATO, ESQ.**
donatos@bsk.com

Syracuse
P: 315.218.8336
F: 315.218.8436

New York
P: 646.253.2351
F: 646.253.2301

April 4, 2025

**VIA ELECTRONIC FILING**

Honorable Carl L. Bucki
Chief United States Bankruptcy Judge
United States Bankruptcy Court, Western District of New York
Robert H. Jackson U.S. Courthouse
2 Niagara Square
Buffalo, New York 14202

Re:  The Diocese of Buffalo, N.Y. Chapter 11 Case No. 20-10322

Dear Judge Bucki:

Reference is hereby made to the *Motion of AB 527 Doe & AB 529 Doe for Relief from Automatic Stay* [Docket No. 3732] (the "Motion"), filed by claimants AB 527 Doe & AB 529 Doe, by and through their counsel, Steve Boyd, P.C. (the "Boyd Firm"). As the Court is aware, the hearing concerning the Motion is currently set for April 7, 2025 at 11:30 a.m.

As counsel for the Diocese recently communicated to the Court, the Diocese and the Boyd Firm jointly request an adjournment of the hearing concerning the Motion to May 12, 2025 at 11:30 a.m. Counsel for the Diocese will appear telephonically on April 7, 2025 at the originally scheduled hearing for the Motion in order to confirm in open court the requested adjournment.

The parties appreciate the Court's time and consideration of the above requests.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

Stephen A. Donato

SAD/ta

cc:  Robert E. Gallagher, Jr., counsel to AB 527 Doe/AB 529 Doe (Via email)
     Counsel of record (via electronic filing)