UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No. 20-10322

Chapter 11

# NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362], The Tucker Group LLC has filed the *Monthly Fee Statement of The Tucker Group LLC for Compensation for Services Rendered and Reimbursement of Expenses as Communications Consultant to The Diocese of Buffalo, N.Y. for the Period March 1, 2025 Through March 31, 2025*, a copy of which is attached hereto and hereby served upon you.

Dated: April 4, 2025

THE TUCKER GROUP, LLC

By:     */s/ Gregory Tucker*
Gregory Tucker
1723 Park Avenue
Baltimore, Maryland 21217
Telephone: (410) 624-9536
Email: greg@tuckercomms.com

*Communications Consultants for
The Diocese of Buffalo, N.Y.*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re: )
)
) Case No. 20-10322
The Diocese of Buffalo, N.Y., )
) Chapter 11
Debtor. )
)

**MONTHLY FEE STATEMENT OF THE TUCKER GROUP LLC
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COMMUNICATIONS
CONSULTANT TO THE DIOCESE OF BUFFALO, N.Y.
FOR THE PERIOD MARCH 1, 2025 THROUGH MARCH 31, 2025**

Name of Applicant: The Tucker Group LLC

Authorized to Provide
Professional Services to: The Diocese of Buffalo, N.Y, Debtor-In-Possession

Date of Retention: Order entered June 29, 2020 [Docket No. 420]
*Nunc Pro Tunc* to February 28, 2020

Period for which compensation
and reimbursement is sought: March 1, 2025 through March 31, 2025

Amount of compensation sought
as actual, reasonable and necessary: 80% of $2,500.00 ($2,000.00)

Amount of expense reimbursement sought
as actual, reasonable and necessary: $0.00

This is a: _X_ monthly ____ quarterly ____ final application

This is The Tucker Group LLC's fifty-eighth monthly fee statement in this case.



# INVOICE



Invoice: Diocese of Buffalo - MARCH2025-Invoice
Date: April 2, 2025
Federal ID Number: ▮▮▮▮▮

**Bill To:**
Ms. Melissa Cumming
Diocese of Buffalo
795 Main Street
Buffalo, New York 14203

| Description | Amount |
|---|---|
| March 2025 strategic & tactical communications services and support:<br><br>- Ongoing issues management<br>- Coordination with legal counsel<br>- Ongoing consultation and editorial support for Bishop Fisher and senior staff - parish closures/consolidations<br>- Mediation preparation & diocesan communications | $2,500.00 |
| **TOTAL:** | **$2,500.00** |

**Terms and Conditions:** Payable upon receipt within 15 business days.

*Payable by check to:*
**The Tucker Group LLC**
**1723 Park Avenue**
**Baltimore, MD 21217**

*Online Transfer:*
**The Tucker Group LLC**
**ACCOUNT No.** ▮▮▮▮▮
**ROUTING Number:** ▮▮▮▮▮

**www.tuckercomms.com**