UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 20-10322 |
| The Diocese of Buffalo, N.Y., | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |

**CERTIFICATE OF SERVICE**

    I, Gregory A. Lesage, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

    On March 24, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **Certificate of No Objection with Respect to the Thirtieth Monthly Fee Statement of Gibson, McAskill & Crosby, LLP, for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Diocese of Buffalo, N.Y. for the Period of January 1, 2025 to January 31, 2025** (Docket No. 3752)

Dated: April 2, 2025

*/s/ Gregory A. Lesage*
Gregory A. Lesage
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(855) 292-7696

# Exhibit A



**Exhibit A**
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JOSEPH W. ALLEN & JILL ZUBLER | OLYMPIC TOWERS | 300 PEARL STREET, SUITE 401 | BUFFALO | NY | 14202 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O GLEICHENHAUS, MARCHESE & WEISHAAR, PC | ATTN: SCOTT J. BOGUCKI | 43 COURT STREET SUITE 930 | BUFFALO | NY | 14202-3100 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI, STANG, ZIEHL & JONES LLP | ATTN: JAMES I. STANG | 10100 SANTA MONICA BLVD, 13TH FLOOR | LOS ANGELES | CA | 90067-4003 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI, STANG, ZIEHL & JONES LLP | ATTN: JAMES I. STANG, ILAN D. SCHARF, STEVEN W. GOLDEN AND BRITTANY M. MICHAEL | 780 THIRD AVENUE 34TH FLOOR | NEW YORK | NY | 10017 |
| THE DIOCESE OF BUFFALO, N.Y. | 795 MAIN STREET | | | BUFFALO | NY | 14203 |