UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

Case No.: 20-10322
Chapter 11

Debtor,

# CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE MONTHLY FEE STATEMENT OF BOND, SCHOENECK & KING, PLLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DIOCESE OF BUFFALO, N.Y. FOR THE PERIOD JANUARY 1, 2025 THROUGH JANUARY 31, 2025

Pursuant to this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362] (the "Interim Compensation Order"), the undersigned hereby certifies that on April 4, 2025, Bond, Schoeneck & King, PLLC ("Bond") filed its *Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Diocese of Buffalo, N.Y. for the Period January 1, 2025 through January 31, 2025* [Docket No. 3777] (the "Monthly Fee Statement") and no objections to the Monthly Fee Statement have been filed.

Accordingly, pursuant to the Interim Compensation Order, The Diocese of Buffalo, N.Y. is authorized to pay on an interim basis eighty percent (80%) of Bond's fees and one hundred percent (100%) of Bond's expenses, as reflected in the Monthly Fee Statement.

Dated: April 22, 2025                                  BOND, SCHOENECK & KING, PLLC

                                                         By:      */s/ Stephen A. Donato*
                                                         Stephen A. Donato, Esq.
                                                         Charles J. Sullivan, Esq.
                                                         Grayson T. Walter, Esq.
                                                         One Lincoln Center
                                                         Syracuse, NY 13202-1355
                                                         Telephone: (315) 218-8000
                                                         Emails:  sdonato@bsk.com
                                                                        csullivan@bsk.com
                                                                        gwalter@bsk.com

                                                    *Attorneys for The Diocese of Buffalo, N.Y.*