**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>THE DIOCESE OF BUFFALO, N.Y.,<br><br>Debtor. | )<br>)<br>) Chapter 11<br>)<br>) Case No. 20-10322-CLB<br>)<br>) |

## NOTICE OF CHANGE OF FIRM ADDRESS

**PLEASE TAKE NOTICE** that the New York office of Pachulski Stang Ziehl & Jones LLP, counsel to the Official Committee of Unsecured Creditors of the above-captioned debtor and debtor in possession, have relocated. Notices and pleadings given or filed in the above-captioned case should now be given and served upon each of the following listed below:

>Ilan D. Scharf, Esq.
>Karen B. Dine
>Brittany M. Michael, Esq.
>PACHULSKI STANG ZIEHL & JONES LLP
>1700 Broadway, 36th Floor
>New York, NY 10019
>Telephone: (212) 561-7700
>Facsimile: (212) 561-7777
>Email: ischarf@pszjlaw.com
>   kdine pszjlaw.com
>   bmichael@pszjlaw.com

| | |
|---|---|
| Dated: New York, New York<br>May 6, 2025 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Ilan D. Scharf*<br>James I. Stang, Esq. (admitted pro hac vice)<br>Ilan D. Scharf, Esq.<br>Iain A. W. Nasatir (admitted pro hac vice)<br>Karen B. Dine (admitted pro hac vice)<br>Brittany M. Michael, Esq.<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email: jstang@pszjlaw.com<br>       ischarf@pszjlaw.com<br>       inasatir pszjlaw.com<br>       kdine pszjlaw.com<br>       bmichael@pszjlaw.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |