

**ArentFox Schiff LLP**
233 South Wacker Drive
Suite 7100
Chicago, IL 60606

312.258.5500   **MAIN**
312.258.5600   **FAX**

afslaw.com

**Everett J. Cygal**
Partner
312.258.5783   **DIRECT**
everett.cygal@afslaw.com

May 8, 2025

**VIA ECF**
Honorable Carl L. Bucki
Chief United States Bankruptcy Judge
United States Bankruptcy Court, Western District of New York
Robert H. Jackson U.S. Courthouse
2 Niagara Square
Buffalo, New York 14202

Dear Judge Bucki,

We represent Catholic Mutual Relief Society of America ("Catholic Mutual") and write to respectfully inform Your Honor that Catholic Mutual withdraws, *without prejudice*, its Motion for Partial Reinstatement of Stay or Authorization to Deplete Estate Asset filed on March 31, 2025 (Dkt. 3765) which is currently scheduled to be heard on May 13, 2025.

We have informed, and received the consent of counsel, for the Diocese, the Parishes, and the Official Committee of Unsecured Creditors with respect to the foregoing.

We appreciate the Court's time and consideration in this matter.

Respectfully submitted,

Everett J. Cygal

EJC

Smart as Your World®