

**U.S. Department of Justice**

Office of the United States Trustee
*Western District of New York*

---

*Olympic Towers*  *Telephone: (716) 551-5542*
*300 Pearl Street, Suite 401*  *Facsimile: (716) 551-5560*
*Buffalo, New York 14202*

May 14, 2025

*VIA E-file*
The Honorable Chief Judge Carl L. Bucki
United States Bankruptcy Court
Western District of New York
Robert H. Jackson U.S. Courthouse
2 Niagara Square
Buffalo, NY 14202

    In re: The Diocese of Buffalo, N.Y.
           Chapter 11 Case No. 20-10322-CLB

Dear Judge Bucki:

    On consent of all parties, we request that the Court continue the hearing on the fee applications that is presently scheduled for *May 22, 2025, at 10:00 a.m. to Monday, June 30, 2025, at 1:00 p.m.*

    Thank you for your consideration.

                      Very truly yours

                      OFFICE OF THE UNITED STATES TRUSTEE

                      *s-Joseph W. Allen, Esq.*
                      Joseph W. Allen, Esq.
                      Assistant United States Trustee

JWA/kaw
cc: Stephen A. Donato, Esq. (*via email*)
    Ilan D. Scharf, Esq. (*via email*)
    Scott Bogucki, Esq. (*via email*)