UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

          Debtor.

Case No. 20-10322

Chapter 11

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Keny Contreras, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

On May 14, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Phoenix Management Services, LLC, Attn: Richard Szekelyi at 3092 Euclid Heights Blvd, Cleveland Hts, OH 44118-2026, pursuant to USPS forwarding instructions:

- **Joint Notice of Hearing to Consider Professional Fee Applications** (attached hereto as **Exhibit A**)

Furthermore, on April 25, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Official Committee of Unsecured Creditors, c/o Pachulski, Stang, Ziehl, & Jones LLP, Attn: James I. Stang, Ilan D. Scharf, Steven W. Golden and Brittany M. Michael at 1700 Broadway, Fl 36, New York, NY 10019-5975, pursuant to USPS forwarding instructions:

- **Monthly Fee Statement of Connors LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Diocese of Buffalo, N.Y. for the Period March 1, 2025, Through March 31, 2024** (Docket No. 3839)

- **Monthly Fee Statement of The Tucker Group LLC for Compensation for Services Rendered and Reimbursement of Expenses as Communications Consultant to the Diocese of Buffalo, N.Y. for the Period April 1, 2025 Through April 30, 2025** (Docket No. 3844)

Dated: May 15, 2025

*/s/ Keny Contreras*
Keny Contreras
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(855) 292-7696

# Exhibit A

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 Case |
| THE DIOCESE OF BUFFALO, N.Y., | ) ) | Case No. 20-10322 |
| Debtor. | ) ) ) |  |

**JOINT NOTICE OF HEARING TO
CONSIDER PROFESSIONAL FEE APPLICATIONS**

**PLEASE TAKE NOTICE**, that each of (i) Bond, Schoeneck & King, PLLC, counsel for The Diocese of Buffalo, N.Y., (the "Diocese"); (ii) Blank Rome, LLP, special insurance counsel for the Diocese; (iii) The Tucker Group, LLC, communications consultant for the Diocese; (iv) Connors, LLP, special counsel for the Diocese; (v) Chelus, Herdzik, Speyer & Monte PC, special counsel for the Diocese; (vi) Jones Day, special counsel for the Diocese; (vii) Bonadio & Co., LLP, accountants for the Diocese; (viii) Gibson, McAskill & Crosby, LLP, special counsel for the Diocese; (ix) Pachulski Stang Ziehl & Jones LLP, counsel for Official Committee of Unsecured Creditors; (x) Burns Bair LLP, special insurance counsel for the Official Committee of Unsecured Creditors; and (xi) Gleichenhaus, Marchese and Weishaar, P.C., co-counsel to the Official Committee of Unsecured Creditors, have filed applications (each, an "Application") for interim allowance and payment of professional fees and expenses incurred in the above-captioned case. The amounts of fees and expenses requested by the foregoing professionals on an interim basis pursuant to the Applications are as follows:

| Applicant | Fees Requested | Expenses Requested | Total | Application Period |
|---|---|---|---|---|
| Bond, Schoeneck & King, PLLC  *Counsel for the Diocese* | $732,386.50 | $8,056.41 | $740,442.91 | 9/1/24 – 1/31/25 |
| Blank Rome, LLP  *Special Counsel for the Diocese* | $83,457.46 | $383.48 | $83,840.94 | 9/1/24 – 1/31/25 |
| The Tucker Group, LLC  *Communications Consultants for Diocese* | $12,500.00 | $718.30 | $13,218.30 | 9/1/24 – 1/31/25 |
| Connors, LLP  *Special Counsel for the Diocese* | $67,395.60 | $1,267.53 | $68,663.13 | 8/1/24 – 1/31/25 |
| Chelus, Herdzik, Speyer & Monte PC  *Special Counsel for the Diocese* | $27,518.50 | $2,332.51 | $29,851.01 | 9/1/24 – 1/31/25 |
| Jones Day  *Special Counsel for the Diocese* | $48,893.78 | $447.06 | $49,340.84 | 9/1/24 – 12/31/24 |
| Bonadio & Co., LLP  *Accountants for the Diocese* | $66,000.00 | $0.00 | $66,000.00 | 3/1/24 – 2/28/25 |
| Gibson, McAskill & Crosby, LLP  *Special Counsel for the Diocese* | $27,615.00 | $0.00 | $27,615.00 | 6/1/24 – 1/31/25 |
| Pachulski Stang Ziehl & Jones LLP  *Counsel for the Creditors Committee* | $317,940.00 | $14,441.89 | $332,381.89 | 9/1/24 – 1/31/25 |
| Burns Bair LLP  *Special Counsel to Creditors Committee* | $79,509.00 | $2,494.84 | $82,003.84 | 9/1/24 – 1/31/25 |
| Gleichenhaus, Marchese & Weishaar, P.C.  *Co-Counsel to Creditors Committee* | $16,412.50 | $0.00 | $16,412.50 | 9/1/24 – 1/31/25 |

**PLEASE TAKE FURTHER NOTICE**, that a hearing to consider the Applications will be held before the Honorable Carl L. Bucki, Chief United States Bankruptcy Judge for the Western District of New York, on the **22nd day of May, 2025 at 10:00 a.m.**, or as soon thereafter as counsel can be heard.

**PLEASE TAKE FURTHER NOTICE**, that parties can choose to appear either (i) in person at the Robert H. Jackson U.S. Courthouse, 2 Niagara Square, Buffalo, New York or (ii) telephonically (call in 1-571-353-2301, Courtroom ID 483077448#, and security pin 9999#).

**PLEASE TAKE FURTHER NOTICE**, that responses in opposition to the relief requested in the Applications, if any, must be served upon (i) counsel for the Diocese, Bond, Schoeneck & King, PLLC, One Lincoln Center, Syracuse, New York 13202 (Attn: Stephen A. Donato, Charles

J. Sullivan and Grayson T. Walter); (ii) the Office of the United States Trustee for the Western New York, 300 Pearl Street, Suite 401, Buffalo, New York 14202 (Attn: Joseph Allen); and (iii) the respective applicant(s) at the address(es) set forth on the attached schedule, in accordance with the Local Rules of Bankruptcy Procedure for the Western District of New York.

Dated: April 22, 2025
      Syracuse, New York

BOND, SCHOENECK & KING, PLLC

By:   /s/ Stephen A. Donato
      Stephen A. Donato, Esq.
      Charles J. Sullivan, Esq.
      Grayson T. Walter, Esq.
      Syracuse, New York 13202
      Tel: (315) 218-8000
      Fax: (315) 218-8100
      Email: sdonato@bsk.com
             csullivan@bsk.com
             gwalter@bsk.com

*Attorneys for The Diocese of Buffalo, N.Y.*

**SCHEDULE OF APPLICANTS**

**Bond, Schoeneck & King, PLLC**
Attn: Stephen A. Donato
One Lincoln Center
Syracuse, New York 13202

**The Tucker Group, LLC**
Attn: Gregory W. Tucker
3811 Canterbury Road
Baltimore, Maryland 21218

**Jones Day**
Attn: Connor Farley
250 Vesey Street
New York, New York 10281

**Bonadio & Co., LLP**
Attn: Justin Reid
100 Corporate Parkway, Suite 200
Amherst, New York 14226

**Pachulski Stang Ziehl & Jones LLP**
Attn: Ilan D. Scharf
780 Third Avenue, 34th Floor
New York, New York 10017

**Gleichenhaus, Marchese & Weishaar, P.C.**
Attn: Jamie Symack
43 Court Street, Suite 930
Buffalo, New York 14202-3100

**Blank Rome, LLP**
Attn: James Murray
1825 Eye Street NW
Washington, DC 20006

**Connors, LLP**
Attn: Randall D. White
1000 Liberty Building
Buffalo, New York 14202

**Chelus, Herdzik, Speyer & Monte PC**
Attn: Kevin Loftus
Main Court Building
438 Main Street, Tenth Floor
Buffalo, New York 14202

**Gibson, McAskill & Crosby, LLP**
Attn: Robert G. Scumaci
69 Delaware Avenue, Suite 900
Buffalo, New York 14202

**Burns Bair LLP**
Attn: Jessie J. Bair
10 E. Doty Street, Suite 600
Madison, Wisconsin 53703-3392