UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No. 20-10322

Chapter 11

# NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362], Blank Rome, LLP has filed the *Monthly Fee Statement of Blank Rome, LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to The Diocese of Buffalo, N.Y. for the Period April 1, 2025 Through April 30, 2025*, a copy of which is attached hereto and hereby served upon you.

Dated: May 19, 2025

BLANK ROME, LLP

By: _____/s/ James R. Murray_____
James R. Murray
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-3409
Email: jmurray@blankrome.com

*Special Insurance Counsel for*
*The Diocese of Buffalo, N.Y.*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

                      Debtor.

Case No. 20-10322

Chapter 11

**MONTHLY FEE STATEMENT OF BLANK ROME, LLP FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
AS SPECIAL INSURANCE COUNSEL TO THE DIOCESE OF BUFFALO, N.Y.
FOR THE PERIOD APRIL 1, 2025 THROUGH APRIL 30, 2025**

| | |
|---|---|
| Name of Applicant: | Blank Rome, LLP |
| Authorized to Provide Professional Services to: | The Diocese of Buffalo, N.Y., Debtor-In-Possession |
| Date of Retention: | Order entered June 30, 2020 [Docket No. 423] *Nunc Pro Tunc* to February 28, 2020 |
| Period for which compensation and reimbursement is sought: | April 1, 2025 through April 30, 2025 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $36,284.04 ($29,027.23) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $2,070.33 |

This is a: _X_ monthly ____ quarterly ____ final application.
in
This is Blank Rome's sixtieth monthly fee statement in this case.

# BLANKROME

1825 EYE STREET NW
WASHINGTON, DC 20006-5403
(202) 420-2200
FEDERAL TAX ID NO. ███

| | |
|---|---|
| DIOCESE OF BUFFALO | INVOICE DATE: MAY 19, 2025 |
| C/O JOHN M. SCHOLL | CLIENT ID: 155760 |
| 795 MAIN STREET | MATTER NUMBER: 155760-00601 03348 |
| BUFFALO, NY 14203 | INVOICE NUMBER: 2280148 |

**REGARDING:** **DIOCESE OF BUFFALO**
**INSURANCE ADVICE**

| DATE | INVOICE | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 07/31/2020 | 1908397 | $25,484.65 | ($22,561.19) | $2,548.46 |
| 07/31/2020 | 1908398 | $22,046.42 | ($19,466.78) | $2,204.64 |
| 07/31/2020 | 1908399 | $55,775.57 | ($49,823.02) | $5,577.55 |
| 07/31/2020 | 1908400 | $22,514.46 | ($19,888.02) | $2,251.44 |
| 08/20/2020 | 1911983 | $50,783.53 | ($45,330.16) | $5,078.37 |
| 09/22/2020 | 1919242 | $59,913.79 | ($53,547.41) | $5,991.38 |
| 10/21/2020 | 1925894 | $44,914.95 | ($39,840.12) | $4,491.50 |
| 11/16/2020 | 1931564 | $103,849.68 | ($92,881.37) | $10,384.97 |
| 12/08/2020 | 1936638 | $67,978.34 | ($60,597.17) | $6,797.83 |
| 01/28/2021 | 1944850 | $58,271.07 | ($51,914.37) | $5,773.37 |
| 02/23/2021 | 1950370 | $43,496.36 | ($38,563.39) | $4,349.64 |
| 03/31/2021 | 1957000 | $37,448.27 | ($33,120.11) | $3,744.83 |
| 04/28/2021 | 1964026 | $34,425.70 | ($30,983.13) | $3,442.57 |
| 05/26/2021 | 1970085 | $11,332.51 | ($10,199.26) | $1,133.25 |
| 06/23/2021 | 1975333 | $5,872.42 | ($5,285.18) | $587.24 |
| 07/26/2021 | 1981564 | $10,499.90 | ($9,449.91) | $1,049.99 |
| 08/24/2021 | 1988112 | $24,862.74 | ($22,376.46) | $2,486.28 |
| 09/27/2021 | 1993685 | $30,361.29 | ($27,325.16) | $3,036.13 |
| 10/23/2024 | 2231359 | $2,133.09 | ($1,706.47) | $426.62 |
| 11/22/2024 | 2239833 | $14,604.30 | ($11,683.44) | $2,920.86 |
| 01/08/2025 | 2247612 | $11,863.05 | ($9,490.44) | $2,372.61 |
| 01/29/2025 | 2253677 | $25,201.66 | ($20,238.02) | $4,963.64 |
| 02/24/2025 | 2259734 | $30,038.84 | ($24,031.07) | $6,007.77 |
| 03/11/2025 | 2263224 | $5,903.61 | ($4,722.89) | $1,180.72 |

REMITTANCE

| | **ACH/WIRE** | **Mail** |
|---|---|---|
| Bank Name | Citizens Bank | Blank Rome LLP |
| Address: | Philadelphia, PA | Attn: Finance Department |
| Account Title: | Blank Rome LLP | One Logan Square |
| Account Number: | ███ | 130 North 18th St |
| ABA Number: | ███ (Domestic) | Philadelphia, PA 19103-6998 |
| Swift Code | ███ (International) | |
| | To pay by Electronic Funds Transfer, visit www.BlankRome.com/Payments | |

PENNSYLVANIA   NEW YORK   NEW JERSEY   DELAWARE   WASHINGTON, DC   FLORIDA   CALIFORNIA   OHIO   TEXAS   ILLINOIS   MASSACHUSETTS   SHANGHAI



**BLANKROME**
1825 EYE STREET NW
WASHINGTON, DC 20006-5403
(202) 420-2200
FEDERAL TAX ID NO. ███

| | | | | |
|---|---|---|---|---|
| DIOCESE OF BUFFALO | | INVOICE DATE: | | MAY 19, 2025 |
| C/O JOHN M. SCHOLL | | CLIENT ID: | | 155760 |
| 795 MAIN STREET | | MATTER NUMBER: | | 155760-00601 03348 |
| BUFFALO, NY 14203 | | INVOICE NUMBER: | | 2280148 |

| DATE | INVOICE | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 04/16/2025 | 2272745 | $5,577.47 | ($4,461.98) | $1,115.49 |

| | |
|---|---:|
| **BALANCE FORWARD** | **$89,917.15** |
| FOR LEGAL SERVICES RENDERED THROUGH 4/30/25 | $36,284.04 |
| FOR DISBURSEMENTS ADVANCED THROUGH 4/30/25 | $2,070.33 |
| **CURRENT INVOICE TOTAL** | **$38,354.37** |
| **TOTAL AMOUNT DUE, INCLUDING BALANCE FORWARD** | **$128,271.52** |

*REMITTANCE*

| | **ACH/WIRE** | **Mail** |
|---|---|---|
| Bank Name | Citizens Bank | Blank Rome LLP |
| Address: | Philadelphia, PA | Attn: Finance Department |
| Account Title: | Blank Rome LLP | One Logan Square |
| Account Number: | ███ | 130 North 18th St |
| ABA Number: | ███ (Domestic) | Philadelphia, PA 19103-6998 |
| Swift Code | ███ (International) | |
| | To pay by Electronic Funds Transfer, visit **www.BlankRome.com/Payments** | |

PENNSYLVANIA  NEW YORK  NEW JERSEY  DELAWARE  WASHINGTON, DC  FLORIDA  CALIFORNIA  OHIO  TEXAS  ILLINOIS  MASSACHUSETTS  SHANGHAI



**1825 EYE STREET NW**
**WASHINGTON, DC 20006-5403**
**(202) 420-2200**
**FEDERAL TAX ID NO.** ▮

| | |
|---|---|
| DIOCESE OF BUFFALO | INVOICE DATE: MAY 19, 2025 |
| C/O JOHN M. SCHOLL | CLIENT ID: 155760 |
| 795 MAIN STREET | MATTER NUMBER: 155760-00601 |
| BUFFALO, NY 14203 | INVOICE NUMBER: 2280148 |
| | PAGE 1 |

**REGARDING: DIOCESE OF BUFFALO**
**INSURANCE ADVICE**

**FOR LEGAL SERVICES RENDERED THROUGH APRIL 30, 2025**

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/01/25 | REVIEW RECORDS, PRIOR CORRESPONDENCE IN CONNECTION WITH BEDIVERE CORRESPONDENCE | R. MICHAELSON | 0.20 | 96.25 |
| 04/01/25 | FINALIZE EMAIL RESPONDING TO QUESTIONS ABOUT POLICIES FROM BEDIVERE'S COUNSEL | J. CARTER | 2.10 | 1,309.77 |
| 04/02/25 | REVIEW AND RESPOND TO EMAIL FROM INSURANCE COMPANY REPRESENTATIVE REQUESTING INFORMATION RELATING TO A CLAIM | J. CARTER | 0.10 | 62.37 |
| 04/03/25 | LOCATE PROOF OF CLAIM REQUESTED BY INSURER, FOR A CLAIMANT THAT FILED A COMPLAINT | K. ROGERS | 0.20 | 65.00 |
| 04/04/25 | AFTER LOCATING CORRECT PROOF OF CLAIM, CREATE SECURITY FOR THE PDF, THEN SEND ON TO INSURER'S COUNSEL WHO HAD REQUESTED A COPY OF THE PROOF OF CLAIM | K. ROGERS | 0.80 | 260.00 |
| 04/04/25 | EMAIL WITH K. ROGER AND R. MICHAELSON RELATING TO REQUEST FROM INSURER FOR INFORMATION ABOUT A CLAIM | J. CARTER | 0.10 | 62.37 |
| 04/04/25 | FOLLOW UP RE INSURER CORRESPONDENCE | R. MICHAELSON | 0.60 | 288.75 |
| 04/08/25 | RESPOND TO QUESTION FROM DEFENSE COUNSEL IN STAY-RELIEF CASES RELATING TO INSURANCE-RELATED QUESTION | J. CARTER | 0.90 | 561.33 |
| 04/09/25 | REVIEW CARRIER ALLOCATIONS AND ISSUES FOR UPCOMING MEDIATION | J. MURRAY | 1.10 | 927.47 |
| 04/10/25 | REVIEW DRAFT EMAIL TO INSURER IN RESPONSE TO REQUEST FOR CLAIM INFORMATION AND PROVIDE COMMENTS TO R. MICHAELSON | J. CARTER | 0.10 | 62.37 |
| 04/10/25 | FOLLOW UP RE PROOF OF CLAIM, INCLUDING REVIEWING/DRAFTING CORRESPONDENCE RE SAME | R. MICHAELSON | 0.40 | 192.50 |
| 04/11/25 | REVIEW DRAFT EMAILS FROM R. | J. CARTER | 0.20 | 124.74 |

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|---|---|
| | MICHAELSON REGARDING ARROWOOD AND PROVIDE COMMENTS TO R. MICHAELSON | | | |
| 04/14/25 | EMAIL EXCERPT FROM MEDIATION STATEMENT TO MEDIATOR | J. CARTER | 0.10 | 62.37 |
| 04/14/25 | ANALYSIS OF BEDIVERE DOCUMENT PRODUCTION ITEMS INCLUDING ADDITIONAL PAGES TO BE PRODUCED | A. BERMAN | 0.60 | 228.69 |
| 04/14/25 | RESEARCH LAW REGARDING INSURER'S DUTY TO PRESERVE POLICIES FOR J. CARTER | A. SPENCER | 1.20 | 425.04 |
| 04/15/25 | FOLLOW UP RE PROOF OF CLAIM, INCLUDING REVIEWING/DRAFTING CORRESPONDENCE RE SAME | R. MICHAELSON | 0.20 | 96.25 |
| 04/16/25 | TELECONFERENCE WITH S. DONATO REGARDING MEDIATION | J. MURRAY | 0.50 | 421.58 |
| 04/16/25 | REVIEW CARRIER ANALYSIS FOR MEDIATIONS | J. MURRAY | 1.10 | 927.47 |
| 04/16/25 | FOLLOW UP RE PROOF OF CLAIM, INCLUDING RESEARCH IN CONNECTION WITH SAME | R. MICHAELSON | 0.50 | 240.63 |
| 04/18/25 | CALL WITH J. CARTER RE COMMITTEE INQUIRY | R. MICHAELSON | 0.20 | 96.25 |
| 04/18/25 | RESPOND TO EMAIL FROM COMMITTEE INSURANCE COUNSEL REGARDING POLICY INFORMATION | J. CARTER | 0.50 | 311.85 |
| 04/18/25 | CONFERENCE WITH R. MICHAELSON REGARDING REQUEST FROM COMMITTEE INSURANCE COUNSEL | J. CARTER | 0.20 | 124.74 |
| 04/20/25 | PREPARE FOR MEDIATION TO INCLUDE REVISED SETTLEMENT ANALYSIS FOR MAJOR CARRIERS | J. MURRAY | 2.00 | 1,686.30 |
| 04/20/25 | EMAIL TO J. MURRAY RELATING TO MEDIATION | J. CARTER | 0.10 | 62.37 |
| 04/21/25 | ATTEND CONFERENCE WITH MEDIATOR | J. CARTER | 0.80 | 498.96 |
| 04/21/25 | REVIEW CARRIER ANALYSIS FOR MEDIATION INCLUDING ASSESSMENT OF DEMANDS AND CLAIMS ANALYSIS | J. MURRAY | 2.50 | 2,107.88 |
| 04/21/25 | OUTLINE ISSUES FOR MEDIATION AS RELATES TO CERTAIN CARRIERS | J. MURRAY | 1.00 | 843.15 |
| 04/21/25 | TELECONFERENCE WITH MEDIATOR (JUDGE CYGANOWSKI) REGARDING INSURANCE ISSUES | J. MURRAY | 0.80 | 674.52 |
| 04/21/25 | TRAVEL TIME TO BUFFALO (BILLED AT HALF TIME - ACTUAL TRAVEL TIME WAS 2 HOURS) | J. MURRAY | 1.00 | 843.15 |
| 04/21/25 | PREPARE FOR MEDIATION | J. CARTER | 1.80 | 1,122.66 |
| 04/22/25 | ATTEND MEDIATION (BUFFALO) (7.5); PREPARE FOR SAME (1.5) | J. MURRAY | 9.00 | 7,588.35 |

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/22/25 | ASSIST WITH MEDIATION-RELATED QUERY, INCLUDING REVIEWING RECORDS IN CONNECTION WITH SAME | R. MICHAELSON | 0.40 | 192.50 |
| 04/22/25 | ANALYSIS OF CLAIMS MADE AGAINST SPECIFIC PARISHES FOR USE IN MEDIATION | A. BERMAN | 3.20 | 1,219.68 |
| 04/22/25 | PREPARE FOR MEDIATION | J. CARTER | 0.60 | 374.22 |
| 04/22/25 | ATTEND MEDIATION SESSION | J. CARTER | 7.50 | 4,677.75 |
| 04/23/25 | ATTEND MEDIATION (BUFFALO) | J. MURRAY | 4.00 | 3,372.60 |
| 04/23/25 | WORK ON SETTLEMENT PROPOSALS | J. MURRAY | 1.00 | 843.15 |
| 04/23/25 | ATTEND SECOND DAY OF MEDIATION SESSION | J. CARTER | 2.30 | 1,434.51 |
| 04/23/25 | FOLLOW UP RE PROOF OF CLAIM, INCLUDING REVIEWING CORRESPONDENCE RE SAME | R. MICHAELSON | 0.20 | 96.25 |
| 04/28/25 | TELEPHONE CONFERENCE WITH MEDIATOR REGARDING SETTLEMENT ISSUES | J. MURRAY | 0.50 | 421.58 |
| 04/28/25 | CONFERENCE WITH CARRIER COUNCIL REGARDING SETTLEMENT ISSUE | J. MURRAY | 0.50 | 421.58 |
| 04/29/25 | WORK ON GLOBAL AND INDIVIDUAL CARRIER DEMANDS | J. MURRAY | 0.90 | 758.84 |
| 04/30/25 | FOLLOW UP RE PROOF OF CLAIM | R. MICHAELSON | 0.20 | 96.25 |

**TOTAL SERVICES** $36,284.04

**FOR DISBURSEMENTS ADVANCED THROUGH APRIL 30, 2025**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/21/25 | CAR SERVICE/TAXI: JAMES CARTER UBER TO OFFICE. ON 04/21/25 | 32.73 |
| 04/21/25 | CAR SERVICE/TAXI: JAMES CARTER UBER TO DCA AIRPORT. ON 04/21/25 | 26.93 |
| 04/21/25 | AIRFARE: JAMES MURRAY ATTEND COURT HEARING AND MEDIATION -- SEEKING COACH FARE REIMBURSEMENT ONLY. ON 04/23/25 | 561.00 |
| 04/21/25 | CAR SERVICE/TAXI: JAMES MURRAY ATTEND COURT HEARING AND MEDIATION ON 04/21/25 | 49.56 |
| 04/21/25 | CAR SERVICE/TAXI: JAMES MURRAY ATTEND COURT HEARING AND MEDIATION ON 04/21/25 | 52.83 |
| 04/22/25 | MEALS - HOTEL BREAKFAST: JAMES MURRAY ATTEND COURT HEARING AND MEDIATION ON 04/22/25 | 40.01 |
| 04/23/25 | CAR SERVICE/TAXI: JAMES CARTER RIDE FROM AIRPORT TO 3614 37TH ST NW, WASHINGTON, DC 20016. ON 04/23/25 | 40.60 |
| 04/23/25 | OUT OF TOWN LODGING: JAMES CARTER HOTEL STAY IN BUFFALO, NY ON 04/23/25 | 456.29 |
| 04/23/25 | CAR SERVICE/TAXI: JAMES MURRAY ATTEND COURT HEARING AND MEDIATION ON 04/23/25 | 44.01 |
| 04/23/25 | OUT OF TOWN LODGING: JAMES MURRAY ATTEND COURT HEARING AND MEDIATION ON 04/23/25 | 700.06 |
| 04/23/25 | CAR SERVICE/TAXI: JAMES MURRAY ATTEND COURT HEARING AND MEDIATION ON 04/23/25 | 66.31 |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | **TOTAL DISBURSEMENTS** | $2,070.33 |

**CURRENT INVOICE TOTAL** $38,354.37

**TIME AND FEE SUMMARY**

| TIMEKEEPER | RATE | HOURS | FEES |
|---|---|---|---|
| JAMES CARTER | 623.70 | 17.40 | 10,852.38 |
| JAMES MURRAY | 843.15 | 25.90 | 21,837.62 |
| ROBYN MICHAELSON | 481.25 | 2.90 | 1,395.63 |
| ALEXANDER H. BERMAN | 381.15 | 3.80 | 1,448.37 |
| AMY J. SPENCER | 354.20 | 1.20 | 425.04 |
| KEVIN ROGERS | 325.00 | 1.00 | 325.00 |
| **TOTALS** | | **52.20** | **$36,284.04** |