UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

          Debtor.

Case No. 20-10322

Chapter 11

**CERTIFICATE OF SERVICE**

    I, Gregory A. Lesage, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

    On May 19, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **Monthly Fee Statement of Blank Rome, LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to the Diocese of Buffalo, N.Y. for the Period April 1, 2025 Through April 30, 2025** (Docket No. 3870)

Dated: May 20, 2025

                         */s/ Gregory A. Lesage*
                         Gregory A. Lesage
                         STRETTO
                         410 Exchange, Suite 100
                         Irvine, CA 92602
                         (855) 292-7696

# Exhibit A



**Exhibit A**
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JOSEPH W. ALLEN & JILL ZUBLER | OLYMPIC TOWERS | 300 PEARL STREET, SUITE 401 | BUFFALO | NY | 14202 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O GLEICHENHAUS, MARCHESE & WEISHAAR, PC | ATTN: SCOTT J. BOGUCKI | 43 COURT STREET SUITE 930 | BUFFALO | NY | 14202-3100 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI, STANG, ZIEHL & JONES LLP | ATTN: JAMES I. STANG | 10100 SANTA MONICA BLVD, 13TH FLOOR | LOS ANGELES | CA | 90067-4003 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI, STANG, ZIEHL & JONES LLP | ATTN: JAMES I. STANG, ILAN D. SCHARF, STEVEN W. GOLDEN AND BRITTANY M. MICHAEL | 1700 BROADWAY FL 36 | NEW YORK | NY | 10019-5975 |
| THE DIOCESE OF BUFFALO, N.Y. | 795 MAIN STREET | | | BUFFALO | NY | 14203 |