UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | Case No. 20-10322 |
| The Diocese of Buffalo, N.Y., | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Gregory A. Lesage, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

On May 20, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **Monthly Fee Statement of Jones Day for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Diocese of Buffalo, N.Y. for the Period April 1, 2025 Through April 30, 2025** (Docket No. 3871)

Dated: May 20, 2025

*/s/ Gregory A. Lesage*
Gregory A. Lesage
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(855) 292-7696

# <u>Exhibit A</u>


| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JOSEPH W. ALLEN & JILL ZUBLER | OLYMPIC TOWERS | 300 PEARL STREET, SUITE 401 | BUFFALO | NY | 14202 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O GLEICHENHAUS, MARCHESE & WEISHAAR, PC | ATTN: SCOTT J. BOGUCKI | 43 COURT STREET SUITE 930 | BUFFALO | NY | 14202-3100 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI, STANG, ZIEHL & JONES LLP | ATTN: JAMES I. STANG | 10100 SANTA MONICA BLVD, 13TH FLOOR | LOS ANGELES | CA | 90067-4003 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI, STANG, ZIEHL & JONES LLP | ATTN: JAMES I. STANG, ILAN D. SCHARF, STEVEN W. GOLDEN AND BRITTANY M. MICHAEL | 1700 BROADWAY FL 36 | NEW YORK | NY | 10019-5975 |
| THE DIOCESE OF BUFFALO, N.Y. | 795 MAIN STREET | | | BUFFALO | NY | 14203 |