UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No.: 20-10322-CLB
Chapter: 11

## NOTICE OF FILING

PLEASE TAKE NOTICE that, in accordance with the Order entered July 9, 2020 [Docket No. 442] *Nunc Pro Tunc* to February 28, 2020, Connors LLP has filed the Monthly Fee Statement of Connors LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Diocese of Buffalo, N.Y., for the Period May 1, 2025 – May 31, 2025, a copy of which is attached hereto and hereby served upon you.

DATED:     Buffalo, New York
           June 12, 2025

                              s/ Randall D. White
                              Randall D. White, Esq.
                              **CONNORS LLP**
                              *Special Counsel for Debtor*
                              *The Diocese of Buffalo, N.Y.*
                              1000 Liberty Building
                              Buffalo, New York 14202
                              (716) 852-5533

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

                                        Case No.: 20-10322-CLB

The Diocese of Buffalo, N.Y.,           Chapter: 11

                   Debtor.

## MONTHLY FEE STATEMENT OF CONNORS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DIOCESE OF BUFFALO, N.Y. FOR THE PERIOD MAY 1, 2025, THROUGH MAY 31, 2025

| | |
|---|---|
| Name of Applicant: | Connors LLP |
| Authorized to Provide Professional Services to: | The Diocese of Buffalo, N.Y., Debtor-in-Possession |
| Date of Retention: | Order entered July 9, 2020 [Docket No. 442] *Nunc Pro Tunc* to February 28, 2020 |
| Period for which compensation and reimbursement is sought: | May 1, 2025 – May 31, 2025 |
| Amount of compensation sought as actual, reasonable, and necessary: | 80% of $20,075.00 (**$16,060.00**) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $357.36 |

This is a:   <u>X</u> monthly ___ quarterly ___ final application.

This is the _____ monthly fee statement of Connors LLP in this case.

# CONNORS LLP
1000 Liberty Building
Buffalo, NY 14202
TAX ID NO. 16-1282035

June 10, 2025

| | | |
|---|---|---|
| Invoice# | 43609 | RDW |
| Our file# | 002700 | 00006 |
| Billing through | | 05/31/2025 |

DIOCESE OF BUFFALO
795 Main Street
Buffalo, NY 14203

## MISCELLANEOUS MATTERS

### PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/01/2025 | LFQ | (Misc) Review communication with Victim's Assistance Coordinator regarding requests of family of victim survivor (.3); research regarding same (.4). | 0.70 hrs. | 250 /hr | 175.00 |
| 05/02/2025 | LFQ | (Misc) Telephone conference with attorney for priest (.5); prepare email to bankruptcy team regarding issues on which we had received inquiries (.5); respond to inquiries from Victim Assistance Coordinator (.2); communication with Chancery representative (.1). | 1.30 hrs. | 250 /hr | 325.00 |
| 05/05/2025 | LFQ | (Misc) Review request for information from Chancery representative (.1); review prior emails to obtain responsive information and documents (.7); prepare response (.2). | 1.00 hrs. | 250 /hr | 250.00 |
| 05/07/2025 | LFQ | (Misc) Review reports of Victim's Assistance Coordinator regarding allegations of adult abuse (.2); communication with Chancery representative regarding processing same (.2); review records of priests (.1); report allegations to District Attorney's office (.1) | 0.60 hrs. | 250 /hr | 150.00 |
| 05/07/2025 | LFQ | (Independent Review Board) Communications with Independent Review Board and other issues pertaining to next | 1.30 hrs. | 250 /hr | 325.00 |

Independent Review Board meeting (.6); work on documents for next Independent Review Board meeting (.5); communications with Chancery representative regarding next Independent Review Board meeting (.2).

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/08/2025 | LFQ | (Misc) Review communications from Chancery representatives (.1); review files to obtain documents responsive to same (.3); communication with Chancery representatives regarding same (.1). | 0.50  hrs. | 250  /hr | 125.00 |
| 05/19/2025 | LFQ | (Independent Review Board) Several communications with Independent Review Board Chair and some Independent Review Board members regarding next meeting. | 0.50  hrs. | 250  /hr | 125.00 |
| 05/20/2025 | LFQ | (Misc) Communication with client team regarding issue on how resolution of bankruptcy claims may affect work of Independent Review Board and status of accused priests. | 0.80  hrs. | 250  /hr | 200.00 |

Total fees for this matter                                                                 $1,675.00

**BILLING SUMMARY**

| | | | | | |
|---|---|---|---|---|---|
| Quinlan, Lawlor F. III | Partner | 6.70  hrs | 250  /hr | | 1,675.00 |
| TOTAL FEES | | 6.70  hrs | | | $1,675.00 |

TOTAL CHARGES FOR THIS BILL                                                $1,675.00

**CONNORS LLP**
1000 Liberty Building
Buffalo, NY 14202
TAX ID NO. 16-1282035

June 10, 2025

|  |  |  |
|---|---|---|
| Invoice# | 43610 | RDW |
| Our file# | 002700 | 00040 |
| Billing through | | 05/31/2025 |

DIOCESE OF BUFFALO
795 Main Street
Buffalo, NY 14203

NYSAG SUBPOENA

PROFESSIONAL SERVICES

| 05/22/2025 | LFQ | Communication with Jones Day attorneys regarding audit. | 0.30 hrs. | 250 /hr | 75.00 |
|---|---|---|---|---|---|
| 05/29/2025 | LFQ | Communications with Jones Day attorneys regarding Kinsale audit. | 0.30 hrs. | 250 /hr | 75.00 |

Total fees for this matter $150.00

**BILLING SUMMARY**

| Quinlan, Lawlor F. III | Partner | 0.60 hrs | 250 /hr | 150.00 |
|---|---|---|---|---|
| TOTAL FEES | | 0.60 hrs | | $150.00 |

TOTAL CHARGES FOR THIS BILL $150.00

## CONNORS LLP
### 1000 Liberty Building
### Buffalo, NY 14202
### TAX ID NO. 16-1282035

June 10, 2025

DIOCESE OF BUFFALO
795 Main Street
Buffalo, NY 14203

| | | |
|---|---|---|
| Invoice# | 43611 | RDW |
| Our file# | 002700 | 00046 |
| Billing through | | 05/31/2025 |

CHILD VICTIMS ACT

<u>PROFESSIONAL SERVICES</u>

| | | | | | |
|---|---|---|---|---|---|
| 05/08/2025 | RDW | Review file regarding inquiry from attorney for priest's estate about status of CVA litigation (1.1); prepare response (.3). | 1.40 hrs. | 250 /hr | 350.00 |
| 05/12/2025 | RDW | Review of email from co-defense counsel regarding liability issues and strategy (.2); begin file review for response (1.5). | 1.70 hrs. | 250 /hr | 425.00 |
| 05/13/2025 | RDW | Telephone conference with CVA co-counsel in response to inquiry regarding background information (.5); review file in preparation for same (.8). | 1.30 hrs. | 250 /hr | 325.00 |
| 05/19/2025 | LFQ | Review request for assistance from attorneys defending Diocese in CVA cases regarding response to discovery demand from plaintiffs (.3); communication with Randall D. White regarding same (.2); research regarding response to same (.4); draft response to same (.4). | 1.30 hrs. | 250 /hr | 325.00 |
| 05/19/2025 | RDW | Emails with co-counsel regarding discovery information (.3); review file regarding same (.7); internal communications regarding responses (.3). | 1.30 hrs. | 250 /hr | 325.00 |
| 05/20/2025 | LFQ | Review request for information from attorneys defending Diocese in CVA cases (.2); review the files to obtain answers (.7); prepare responses | 1.70 hrs. | 250 /hr | 425.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | to same (.4); communication with attorneys regarding same (.4). | | | | |
| 05/20/2025 | RDW | Review file to respond to specific inquiries from co-defense counsel regarding plaintiffs' standard discovery requests in 17 test CVA cases (3.6); prepare detailed emails to respond to co-defense counsel's inquiries (1.3); further work on responses to standard discovery demands (1.9). | 6.80 hrs. | 250 /hr | 1,700.00 |
| 05/21/2025 | RDW | Review file to prepare responses to inquiries from co-defense counsel regarding plaintiffs' standard discovery demands in 17 CVA test cases (1.7); prepare detailed email responses to same (.8); communication with Lawlor F. Quinlan III regarding same (.4); receipt and begin initial review of draft responses to plaintiff's omnibus demands, interrogatories and document requests in 17 CVA test cases (4.6). | 7.50 hrs. | 250 /hr | 1,875.00 |
| 05/22/2025 | LFQ | Review files to respond to additional inquiry from attorneys defending Diocese in CVA claims. | 1.10 hrs. | 250 /hr | 275.00 |
| 05/22/2025 | RDW | Review draft responses to plaintiffs' standard discovery demands in 17 CVA test cases (4.5); prepare detailed comments on draft responses to plaintiffs' standard omnibus demands (1.6); prepare email forwarding same with other comments (.6); communication with Lawlor F. Quinlan III regarding same (.2). | 6.90 hrs. | 250 /hr | 1,725.00 |
| 05/23/2025 | RDW | Review of draft standard interrogatories and document requests (2.7); prepare detailed comments regarding same (.8). | 3.50 hrs. | 250 /hr | 875.00 |
| 05/24/2025 | RDW | Review draft standard interrogatories and document | 3.40 hrs. | 250 /hr | 850.00 |

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | requests (1.0); prepare detailed comments regarding same (1.7); prepare detailed email to co-defense counsel with comments on draft interrogatory responses (.7). | | | |
| 05/27/2025 | RDW | Work on responses to plaintiffs' standard discovery demands in 17 test CVA cases (3.7); prepare detailed comments on draft responses to requests for production of documents (1.6); prepare email to co-defense counsel forwarding comments on draft responses (.8); further emails with co-defense counsel regarding discovery responses (1.0). | 7.10 hrs. | 250 /hr | 1,775.00 |
| 05/28/2025 | LFQ | Work on obtaining information to assist counsel defending Diocese in CVA cases with discovery responses (2.3); communication with Randall D. White regarding same (.2). | 2.50 hrs. | 250 /hr | 625.00 |
| 05/28/2025 | RDW | Work on objections and responses to plaintiffs' standard discovery demands in 17 test CVA cases in state court (5.3); confer with Lawlor F. Quinlan III regarding same (.2). | 5.50 hrs. | 250 /hr | 1,375.00 |
| 05/29/2025 | LFQ | Review files in 17 CVA cases to help prepare responses to discovery demands in CVA cases. | 2.10 hrs. | 250 /hr | 525.00 |
| 05/29/2025 | RDW | Work on responses to standard interrogatories and requests for documents in 17 test CVA cases (6.3); confer with Lawlor F. Quinlan III regarding same (.2). | 6.50 hrs. | 250 /hr | 1,625.00 |
| 05/30/2025 | LFQ | Work on response to various discovery demands in CVA (3.1); meeting with Randall D. White regarding same (1.2). | 4.30 hrs. | 250 /hr | 1,075.00 |
| 05/30/2025 | RDW | Work on responses to standard discovery demands in 17 test CVA cases (3.5); confer with | 4.80 hrs. | 250 /hr | 1,200.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Lawlor F. Quinlan III regarding same and responses to certain demands (1.1); email with co-defense counsel regarding same (.2). | | | |
| 05/30/2025 | JRM | Review file for information regarding priests named in 17 test cases (1.3); compile information for Randall D. White (.7). | 2.00 hrs. | 100 /hr | 200.00 |
| 05/31/2025 | RDW | Prepare responses to multiple inquiries from co-defense counsel regarding plaintiffs' standard discovery demands (1.0); prepare detailed email to co-defense counsel with responses (.5). | 1.50 hrs. | 250 /hr | 375.00 |

Total fees for this matter       $18,250.00

**DISBURSEMENTS**

| | | |
|---|---|---|
| 05/30/2025 | APRIL 2025 - HOST MTHLY DATA STORE/ACTIVE HOSTING/ USER ACCESS | 343.77 |
| 05/31/2025 | COMPUTER RESEARCH - WESTLAW | 13.59 |
| | Total disbursements for this matter | $357.36 |

**BILLING SUMMARY**

| | | | | |
|---|---|---|---|---|
| White, Randall D. | Partner | 59.20 hrs | 250 /hr | 14,800.00 |
| Quinlan, Lawlor F. III | Partner | 13.00 hrs | 250 /hr | 3,250.00 |
| Miller, Jake R | Legal Assistant | 2.00 hrs | 100 /hr | 200.00 |
| TOTAL FEES | | 74.20 hrs | | $18,250.00 |

TOTAL DISBURSEMENTS       $357.36

TOTAL CHARGES FOR THIS BILL       $18,607.36