UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>THE DIOCESE OF BUFFALO, N.Y.,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-10322 (CLB) |

## CERTIFICATE OF SERVICE

I, Janice G. Washington, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067.

Pursuant to the Court's Amended Administrative Procedures, on June 18, 2025, the following documents were served via the Court's ECF system, via First Class US Mail upon the parties set forth on the service list annexed hereto as **Exhibit 1:**

➢ *NOTICE OF APPEAL*[Docket No. 3949]

                                              */s/ Janice G. Washington*
                                                Janice G. Washington

# **EXHIBIT 1**

| PARTY | COUNSEL |
|---|---|
| **The Official Committee of Unsecured Creditors (Appellant)** | James Stang, Esq.<br>Ilan D. Scharf, Esq.<br>Karen B. Dine, Esq.<br>Jeffrey M. Dine, Esq.<br>PACHULSKI STANG ZIEHL & JONES, LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone: (212) 561-7700 |
| **The Diocese of Buffalo, N.Y. (additional Appellant)** | Stephen A. Donato, Esq.<br>Charles J. Sullivan, Esq.<br>Grayson T. Walter, Esq.<br>Thomas W. Simcoe, Esq.<br>Gregory J. McDonald, Esq.<br>BOND, SCHOENECK & KING, PLLC<br>One Lincoln Center<br>Syracuse, NY 13202<br>Telephone: (315) 218-8000 |
| **Office of the United States Trustee** | Joseph W. Allen, Esq.<br>Olympic Towers<br>300 Pearl Street, Suite 401<br>Buffalo, NY 14202<br>Telephone: (716) 551-5541 |