# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re:

    The Diocese of Buffalo, N.Y.

               Debtor(s)

Case No.: 1-20-10322-CLB
Chapter: 11

Tax ID: 16-0743984

## TRANSMITTAL OF NOTICE OF APPEAL PURSUANT TO BANKRUPTCY RULE 8003(d)(1)

**TO: Mary C. Loewenguth, Clerk of Court, U.S. District Court for the Western District of New York**

Pursuant to Bankruptcy Rule 8003(d)(1), the Clerk of the Bankruptcy Court hereby transmits the following with respect to an appeal in the above-captioned proceeding:

- [X] Notice of Appeal filed by: the debtor, The Diocese of Buffalo, N.Y.; **Bktcy Dkt# 3947**
- [X] Order being Appealed: Decision and Order entered on June 6, 2025 at **Bktcy Dkt# 3929**
- [ ] Motion for Leave to Appeal filed by: ;
- [ ] Cross Appeal filed by: ; .
- [ ] Statement of Issues Presented on Cross Appeal: ; .
- [X] Names and addresses of Appellant and Appellee:

    Appellant:
    The Diocese of Buffalo, N.Y.
    795 Main Street
    Buffalo, NY 14203

    Appellee:
    N/A

- [X] Related Appeal: The Official Committee of Unsecured Creditors is an additional appellant and filed its own Notice of Appeal on the same date, June 18, 2025 at Bktcy Dkt# 3949.

    Please provide the Clerk of the Bankruptcy Court with the civil case number and name of presiding Judge for this appeal, for inclusion on the Bankruptcy Court Docket.

Date: _June 20, 2025_

_Lisa B. Beaser / ntp_
Lisa Bertino Beaser
Clerk of Court