# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re:

    The Diocese of Buffalo, N.Y.

           Debtor(s)

Case No.: 1-20-10322-CLB
Chapter: 11

Tax ID: 16-0743984

## TRANSMITTAL OF NOTICE OF APPEAL PURSUANT TO BANKRUPTCY RULE 8003(d)(1)

**TO: Mary C. Loewenguth, Clerk of Court, U.S. District Court for the Western District of New York**

Pursuant to Bankruptcy Rule 8003(d)(1), the Clerk of the Bankruptcy Court hereby transmits the following with respect to an appeal in the above-captioned proceeding:

[X] Notice of Appeal filed by: The Official Committee of Unsecured Creditors; **Bktcy Dkt# 3949**

[X] Order being Appealed: Decision and Order entered on June 6, 2025; **Bktcy Dkt# 3929**

[ ] Motion for Leave to Appeal filed by: ;

[ ] Cross Appeal filed by: ; .

[ ] Statement of Issues Presented on Cross Appeal: ; .

[X] Names and addresses of Appellant and Appellee:

    Appellant:      Appellee:
    The Official Committee of Unsecured     N/A
    Creditors
    c/o Pachulski Stang Ziehl & Jones, LLP
    1700 Broadway, 36th Floor
    New York, NY 10019

[X] Related Appeal: The debtor, The Diocese of Buffalo, N.Y., is an additional appellant and filed its own Notice of Appeal on the same date, June 18, 2025, at Bktcy Dkt# 3947.

    Please provide the Clerk of the Bankruptcy Court with the civil case number and name of presiding Judge for this appeal, for inclusion on the Bankruptcy Court Docket.

Date: June 20, 2025

Lisa Bertino Beaser
Clerk of Court