UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, New York

Debtor.

Case No. 20-10322 (CLB)

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362], Burns Bair LLP has filed the *Monthly Fee Statement of Burns Bair LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Buffalo, New York, for the Period May 1, 2025 through May 31, 2025,* a copy of which is attached hereto and hereby served upon you.

Dated: June 26, 2025

**BURNS BAIR LLP**

*/s/ Jesse J. Bair*
Jesse J. Bair (admitted *pro hac vice*)
Timothy W. Burns (admitted *pro hac vice*)
10 E. Doty St., Suite 600
Madison, WI 53703-3392
Telephone: (608) 286-2808
Email: jbair@burnsbair.com
Email: tburns@burnsbair.com

*Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Buffalo, New York*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, New York

Debtor.

Case No. 20-10322 (CLB)

Chapter 11

**MONTHLY FEE STATEMENT OF BURNS BAIR LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DIOCESE OF BUFFALO, NEW YORK, FOR THE PERIOD MAY 1, 2025 THROUGH MAY 31, 2025**

| | |
|---|---|
| Name of Applicant: | Burns Bair LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors of the Diocese of Buffalo, New York |
| Date of Retention: | Effective October 5, 2023, pursuant to Order entered November 13, 2023 [Docket No. 2606] |
| Period for which compensation and reimbursement is sought: | May 1, 2025 through May 31, 2025 |
| Amount of compensation sought as actual, reasonable, and necessary: | 80% of $34,070.00 ($27,256.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $3,345.58 |

This is a: __X__ monthly ___ quarterly ___ final application.

This is Burns Bair LLP's nineteenth monthly fee statement in this case.



10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of the Diocese of Buffalo**

**Issue Date :** 6/26/2025
**Bill # :** 01956

**Matter:** Insurance

## PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 5/1/2025 | Jesse Bair | Review and respond to correspondence with state court counsel re Arrowood liquidation issues (.1); | 0.10 | $70.00 |
| 5/1/2025 | Brian Cawley | Respond to J. Bair questions regarding Arrowood coverage (.2); | 0.20 | $110.00 |
| 5/2/2025 | Jesse Bair | Participate in call with I. Scharf re case developments, upcoming mediation session, and related insurance strategy (.2); | 0.20 | $140.00 |
| 5/5/2025 | Timothy Burns | Participate in BB team conference re upcoming insurance mediation sessions and strategy in connection with same (.1); | 0.10 | $70.00 |
| 5/5/2025 | Brian Cawley | Participate in BB team conference re upcoming insurance mediation sessions and strategy in connection with same (.1); | 0.10 | $55.00 |
| 5/5/2025 | Jesse Bair | Participate in BB team conference re upcoming insurance mediation sessions and strategy in connection with same (.1); | 0.10 | $70.00 |
| 5/6/2025 | Jesse Bair | Participate in conference with B. Cawley and T. Burns re preparations for upcoming mediation session (.1); | 0.10 | $70.00 |
| 5/6/2025 | Jesse Bair | Review draft insurance section of the Committee's opposition brief to Catholic Mutual's motion to reinstate the stay (.1); review B. Cawley summary re outcome of state court counsel meeting re mediation issues (.1); | 0.20 | $140.00 |
| 5/6/2025 | Timothy Burns | Participate in conference with J. Bair and B. Cawley re mediation strategy and preparations (.1); review B. Cawley's summary re outcome of state court counsel meeting (.1); | 0.20 | $140.00 |
| 5/6/2025 | Brian Cawley | Participate in state court counsel meeting for insurance purposes re mediation issues (.3); draft email memo re outcome of meeting and next-steps (.2); | 0.50 | $275.00 |
| 5/8/2025 | Brian Cawley | Participate in portion of Zoom mediation session for insurance purposes (1.7); | 1.70 | $935.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 5/8/2025 | Timothy Burns | Review and respond to correspondence with PSZJ re insurers' counter (.2); review and respond to correspondence with J. Bair re mediation issues (.2); conferences with J. Bair re mediation session outcome (.1); | 0.50 | $350.00 |
| 5/8/2025 | Jesse Bair | Prepare for insurance mediation session, including reviewing most recent counter received from the insurers (.2); participate in portion of insurance mediation session (2.5); participate in conference with T. Burns re mediation session outcome (.1); | 2.80 | $1,960.00 |
| 5/9/2025 | Jesse Bair | Participate in portion of day 2 of mediation session for insurance purposes (1.2); participate in conference with T. Burns re outcome of mediation session and next-steps (.2); | 1.40 | $980.00 |
| 5/9/2025 | Jesse Bair | Review Catholic Mutual's letter re withdrawal of motion to reinstate the stay (.1); | 0.10 | $70.00 |
| 5/9/2025 | Brian Cawley | Participate in portion of day 2 of mediation session for insurance purposes (.8); | 0.80 | $440.00 |
| 5/9/2025 | Timothy Burns | Participate in conference with J. Bair re outcome of day 2 of mediation session (.2); review correspondence with PSZJ re mediation issues (.1); | 0.30 | $210.00 |
| 5/12/2025 | Timothy Burns | Conference with I. Scharf re mediation (.3); conference with J. Bair re same (.2); review and respond to I. Scharf's email to professionals re insurer exposure and mediation (.2); | 0.70 | $490.00 |
| 5/12/2025 | Timothy Burns | Review Catholic Mutual's letter to Judge Bucki re withdrawal of motion re partial reinstatement of stay (.1); | 0.10 | $70.00 |
| 5/12/2025 | Jesse Bair | Analysis re insurance mediation offers and related developments (.2); review and respond to correspondence with state court counsel and Committee professionals re same (.2); | 0.40 | $280.00 |
| 5/12/2025 | Brian Cawley | Respond to T. Burns request regarding case insurance summary (.2); | 0.20 | $110.00 |
| 5/13/2025 | Jesse Bair | Analyze claim and coverage issues in connection with formulating response to the insurers' latest mediation positions (.3); | 0.30 | $210.00 |
| 5/13/2025 | Jesse Bair | Prepare for meeting with Committee professionals re insurance mediation strategy (.2); participate in meeting with Committee professionals re insurance mediation strategy and potential responses to latest insurer positions (.6); | 0.80 | $560.00 |
| 5/13/2025 | Jesse Bair | Participate in state court counsel meeting for insurance purposes re mediation developments and next-steps (.6); | 0.60 | $420.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 5/13/2025 | Timothy Burns | Prepare for call with Committee professionals re insurers' counter (.5); participate in call with Committee professionals re insurers' counter, preparation of response, and overall insurance strategy (.6); participate in state court counsel meeting for insurance purposes re mediation developments and next-steps (.6); review and respond to I. Scharf correspondence with state court counsel re mediation issues (.2); review and respond to correspondence with state court counsel re mediation insurance analysis (.2); | 2.10 | $1,470.00 |
| 5/14/2025 | Timothy Burns | Review correspondence with I. Scharf and the Committee re mediation (.1); | 0.10 | $70.00 |
| 5/14/2025 | Timothy Burns | Review materials from PSZJ re parish and diocesan insurer information (.2); | 0.20 | $140.00 |
| 5/14/2025 | Timothy Burns | Review correspondence between BB and PSZJ re mediation analysis conference (.1); | 0.10 | $70.00 |
| 5/14/2025 | Timothy Burns | Review correspondence with the Committee and state court counsel re insurance information for mediation (.2); | 0.20 | $140.00 |
| 5/14/2025 | Brian Cawley | Analyze and draft summary of parish insurers in connection with ongoing mediation negotiations (.9); | 0.90 | $495.00 |
| 5/14/2025 | Brian Cawley | Correspond with state court counsel re upcoming Arrowood bar date, including providing revised instructions in connection with same (.3); | 0.30 | $165.00 |
| 5/14/2025 | Jesse Bair | Detailed review of parish policy information in connection with ongoing mediation negotiations (.5); | 0.50 | $350.00 |
| 5/14/2025 | Jesse Bair | Review various insurance questions from state court counsel in connection with ongoing mediation and draft revised email memo answering same (.8); | 0.80 | $560.00 |
| 5/15/2025 | Jesse Bair | Participate in conferences with T. Burns re insurance mediation developments and next-steps (.2); | 0.20 | $140.00 |
| 5/15/2025 | Brian Cawley | Respond to T. Burns request regarding case mediation materials (.2); | 0.20 | $110.00 |
| 5/15/2025 | Timothy Burns | Participate in conferences with J. Bair re insurance mediation developments and next-steps (.2); | 0.20 | $140.00 |
| 5/15/2025 | Timothy Burns | Review I. Scharf correspondence re mediation negotiation recommendation (.1); | 0.10 | $70.00 |
| 5/15/2025 | Timothy Burns | Conference with I. Scharf re outcome of call with the mediator (.2); | 0.20 | $140.00 |
| 5/20/2025 | Timothy Burns | Review BB internal correspondence re case developments and negotiations (.1); | 0.10 | $70.00 |
| 5/20/2025 | Jesse Bair | Review I. Scharf correspondence re case developments (.1); | 0.10 | $70.00 |
| 5/21/2025 | Jesse Bair | Participate in call with I. Scharf re mediation developments (.1); | 0.10 | $70.00 |
| 5/22/2025 | Karen Dempski | Docket/calendar continued compensation hearing (.1); | 0.10 | $30.00 |
| 5/22/2025 | Timothy Burns | Prepare for mediation (.3); review and respond to correspondence with PSZJ re mediation issues (.2); | 0.50 | $350.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 5/22/2025 | Jesse Bair | Review agenda for upcoming mediation and conference with BB team re preparations for same (.2); correspond with I. Nasatir re call to discuss Catholic Mutual coverage issues (.1); | 0.30 | $210.00 |
| 5/23/2025 | Jesse Bair | Participate in conference with BB team re mediation preparations and Catholic Mutual coverage issues (.1); | 0.10 | $70.00 |
| 5/23/2025 | Timothy Burns | Review and respond to correspondence with Committee professionals re Catholic Mutual coverage issues (.2); | 0.20 | $140.00 |
| 5/23/2025 | Brian Cawley | Participate in conference with T. Burns and J. Bair re Catholic Mutual coverage arguments and mediation preparations in connection with same (.1); | 0.10 | $55.00 |
| 5/23/2025 | Brian Cawley | Participate in call with PSZJ re Catholic Mutual coverage issues (.4); draft summary re relevant arguments, including associated legal research (.5); | 0.90 | $495.00 |
| 5/23/2025 | Timothy Burns | Review and analysis of arguments re coverage under Catholic Mutual policies (.8); conference with BB team re same (.1); correspond with B. Cawley re arguments and analysis re same (.2); | 1.10 | $770.00 |
| 5/27/2025 | Timothy Burns | Prepare for upcoming mediation session, including detailed review of claim and coverage assessments and related research memos (2.4); | 2.40 | $1,680.00 |
| 5/27/2025 | Brian Cawley | Analyze case materials, relevant coverage issues, and insurer exposures in preparation for mediation (.7); | 0.70 | $385.00 |
| 5/27/2025 | Jesse Bair | Develop revised insurer exposure assessments in advance of mediation session (.2); review BB correspondence re analysis of Catholic Mutual's sexual abuse exclusion argument (.1); | 0.30 | $210.00 |
| 5/28/2025 | Jesse Bair | Participate in call with T. Burns re outcome of insurance mediation session (.2); | 0.20 | $140.00 |
| 5/28/2025 | Brian Cawley | Participate in day 1 of mediation session (6.0); | 6.00 | $3,300.00 |
| 5/28/2025 | Timothy Burns | Participate in day 1 of mediation session for insurance purposes (6.0); | 6.00 | $4,200.00 |
| 5/28/2025 | Timothy Burns | Participate in call with J. Bair re outcome of day 1 of mediation session (.2); participate in post mediation session conference with I. Nasatir re case coverage issues and mediation negotiations (.2); participate in conference with state court counsel re same (.2); | 0.60 | $420.00 |
| 5/29/2025 | Timothy Burns | Review 85-86 Catholic Mutual policy in preparation for mediation (.5); prepare questions for Catholic Mutual for negotiation (.2); participate in day 2 of mediation session (7.0); participate in post-mediation discussion with state court counsel re session outcome and next-steps (.1); participate in call with J. Bair re same (.1); | 7.90 | $5,530.00 |
| 5/29/2025 | Brian Cawley | Participate in portion of day 2 of mediation session for insurance purposes (6.4); | 6.40 | $3,520.00 |
| 5/29/2025 | Jesse Bair | Participate in call with T. Burns re outcome of outcome of day 2 of mediation session (.1); | 0.10 | $70.00 |
| **Total Hours and Fees** | | | **52.80** | **$34,070.00** |

## EXPENSES

| Date | Description | Amount |
|---|---|---:|
| 5/6/2025 | Postage | $4.38 |
| 5/27/2025 | Delta Airlines, T. Burns (MSN-BUF May 27-29) | $705.36 |
| 5/27/2025 | United Airlines, B. Cawley (MSN-BUF, May 27-29) | $705.36 |
| 5/27/2025 | Taxi, T. Burns (airport to hotel) | $52.00 |
| 5/27/2025 | Hotel, T. Burns (2 nights) | $800.80 |
| 5/27/2025 | Travel meal, T. Burns | $25.60 |
| 5/27/2025 | Uber, B. Cawley (home to airport) | $16.95 |
| 5/27/2025 | Hotel, B. Cawley (2 nights) | $800.80 |
| 5/28/2025 | Uber, B. Cawley (airport to hotel) | $37.09 |
| 5/28/2025 | Travel meal, T. Burns | $6.53 |
| 5/29/2025 | Travel meal, T. Burns | $22.98 |
| 5/29/2025 | Airport parking, T. Burns | $30.00 |
| 5/29/2025 | Uber, B. Cawley and T. Burns (hotel to airport) | $54.09 |
| 5/29/2025 | Uber, B. Cawley (airport to home) | $17.97 |
| 5/29/2025 | Travel meal, T. Burns | $36.10 |
| 5/29/2025 | Travel meal, B. Cawley | $29.57 |
| **Total Expenses** | | **$3,345.58** |

## Timekeeper Summary

| Name | Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Brian Cawley | Associate | 19.00 | $550.00 | $10,450.00 |
| Jesse Bair | Partner | 9.80 | $700.00 | $6,860.00 |
| Karen Dempski | Paralegal | 0.10 | $300.00 | $30.00 |
| Timothy Burns | Partner | 23.90 | $700.00 | $16,730.00 |

**Total Due This Invoice: $37,415.58**