UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, New York

Debtor.

Case No. 20-10322 (CLB)

Chapter 11

## CERTIFICATE OF SERVICE

I, Jesse J. Bair, depose and say that I am employed by Burns Bair LLP, special insurance counsel to the Official Committee of Unsecured Creditors of the Diocese of Buffalo, New York.

On June 26, 2025, at my direction and under my supervision, employees of Burns Bair LLP caused the following document to be served via first-class mail on the service list attached hereto as Exhibit A:

> ***Monthly Fee Statement of Burns Bair LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to The Official Committee of Unsecured Creditors of The Diocese of Buffalo, New York, for the Period May 1, 2025 through May 31, 2025*** [Docket No. 3976]

Dated: June 26, 2025

**BURNS BAIR LLP**

 */s/ Jesse J. Bair*
Jesse J. Bair (admitted *pro hac vice*)
Timothy W. Burns (admitted *pro hac vice*)
10 E. Doty St., Suite 600
Madison, WI 53703-3392
Telephone: (608) 286-2808
Email: jbair@burnsbair.com
Email: tburns@burnsbair.com

*Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Buffalo, New York*

# EXHIBIT A

Office of the United States Trustee
Attn: Joseph W. Allen
Olympic Towers
300 Pearl Street, Suite 401
Buffalo, New York 14202

Official Committee of Unsecured Creditors
C/O Gleichenhaus, Marchese & Weishaar, PC
Attn: Scott J. Bogucki
43 Court Street, Suite 930
Buffalo, New York 14202-3100

Official Committee of Unsecured Creditors
C/O Pachulski, Stang, Ziehl & Jones LLP
Attn: James I. Stang
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003

Official Committee of Unsecured Creditors
C/O Pachulski, Stang, Ziehl & Jones LLP
Attn: Ilan D. Scharf
780 Third Avenue, 34th Floor
New York, New York 10017

The Diocese of Buffalo, New York
Attn: Albert Gress, CFO
795 Main Street
Buffalo, New York 14203

The Diocese of Buffalo, New York
Attn: Stephen A. Donato
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, New York 13202