UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re: )
)
) Case No. 20-10322
The Diocese of Buffalo, N.Y., )
) Chapter 11
Debtor. )
)

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Keny Contreras, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

On June 25, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on one (1) confidential party not included herein, pursuant to USPS forwarding instructions:

- **Notice of Motion for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Certain Real Property Located at 21 Bristol Drive, Amherst, New York; (B) Authorizing and Approving the Form of Purchase Agreement; (C) Scheduling an Auction and Hearing to Consider the Sale; and (D) Approving the Form and Manner of Service of Notice of Auction and Sale Hearing; (II) Approving the Sale Free and Clear of Liens, Claims, Encumbrances and Other Interests; and (III) Granting Related Relief** (Docket No. 3935, Pages 1-3)

Dated: June 27, 2025

*/s/ Keny Contreras*
Keny Contreras
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(855) 292-7696