Prepared By: Towne Housing Real Estate
344 Delaware Avenue
Suite 300
Buffalo, NY 14202

# Association Owner Statement

For
From 11/1/2024 to 6/1/2025


TOWNE HOUSING REAL ESTATE

| Statement Period | Statement Date |
|---|---|
| 11/1/2024 - 6/1/2025 | 6/13/2025 |

Patrick Keleher
495 Skinnersville Road
Amherst, NY 14228

| Previous Balance | Balance Due |
|---|---|
| $0.00 | $4,682.46 |

Account number 02573640
Chappelle Villas Condominium B - 21B

| Date | Description | Amount | Balance |
|---|---|---|---|
| 11/1/2024 | nov charge. | 359.00 | 359.00 |
| 11/1/2024 | past due speccial assess & condo fees from fairwood mgmt | 1,620.46 | 1,979.46 |
| 11/1/2024 | past due association fee balance from fairwood mgmt -am | 190.00 | 2,169.46 |
| 12/1/2024 | Chappelle B condo fee | 169.00 | 2,338.46 |
| 12/1/2024 | association fee | 190.00 | 2,528.46 |
| 1/1/2025 | Chappelle B condo fee | 169.00 | 2,697.46 |
| 1/1/2025 | association fee | 190.00 | 2,887.46 |
| 2/1/2025 | Chappelle B condo fee | 169.00 | 3,056.46 |
| 2/1/2025 | association fee | 190.00 | 3,246.46 |
| 3/1/2025 | Chappelle B condo fee | 169.00 | 3,415.46 |
| 3/1/2025 | association fee | 190.00 | 3,605.46 |
| 4/1/2025 | Chappelle B condo fee | 169.00 | 3,774.46 |
| 4/1/2025 | association fee | 190.00 | 3,964.46 |
| 5/1/2025 | Chappelle B condo fee | 169.00 | 4,133.46 |
| 5/1/2025 | association fee | 190.00 | 4,323.46 |
| 6/1/2025 | Chappelle B condo fee | 169.00 | 4,492.46 |
| 6/1/2025 | association fee | 190.00 | 4,682.46 |