UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

THE DIOCESE OF BUFFALO, N.Y.,            Case No. 20-10322-CLB

                                     Chapter 11

                Debtor.

## CERTIFICATE OF SERVICE

I, Sarah Reiner, certify under penalty of perjury pursuant to 28 U.S.C. §1746 that:

I am, and at all times hereinafter mentioned was, more than 18 years of age;

On June 27, 2025, I electronically filed the Limited Objection of Chappelle Villas Condominium B to the Sale of Certain Real Property Located at 21 Bristol Drive, Amherst, New York, Free and Clear of All Liens, Claims, Rights, Interests and Encumbrances ("Limited Objection") in connection with the above referenced case with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following:

- **Nancy D Adams**    ndadams@mintz.com
- **Steven Gary Adams**    sadams@cmg.law, dclare@cmg.law
- **Joseph W. Allen**    USTPRegion02.bu.ecf@usdoj.gov, Joseph.W.Allen@usdoj.gov
- **Jason P. Amala**    jason@pcvalaw.com, mfilomeno@pcvalaw.com;mmoore@pcvalaw.com;kweaver@pcvalaw.com
- **Bruce Alan Anderson**    baafiling@eaidaho.com
- **Jeffrey Robert Anderson**    jeff@andersonadvocates.com, therese@andersonadvocates.com;erin@andersonadvocates.com;stacey@andersonadvocates.com
- **Sharon Angelino**    sangelino@goldbergsegalla.com
- **David Attisani**    dattisani@choate.com, david-attisani-2688@ecf.pacerpro.com
- **Jesse Bair**    jbair@burnsbair.com, kdempski@burnsbair.com,bhorn@burnsbair.com
- **Brian David Barnas**    bdb@hurwitzfine.com, robins@hurwitzfine.com
- **Heather M. Baumeister**    hbaumeister@lotempiopc.com
- **Stacey Benson**    stacey@andersonadvocates.com, erin@andersonadvocates.com;therese@andersonadvocates.com
- **Scott J. Bogucki**    sbogucki@gmwlawyers.com, boguckisr48948@notify.bestcase.com;jsymack@gmwlawyers.com;lsachdev@gmwlawyers.com
- **Stephen Boyd**    sboyd@steveboyd.com, rmatuzic@steveboyd.com
- **Laura Anne Brady**    lbrady@coughlinduffy.com
- **Laura Anne Brady**    lbrady@cmg.law

- **Stephenie Lannigan Bross**   sbross@sssfirm.com
- **Daniel F. Brown**   dbrown@lippes.com, mbrennan@lippes.com;r45652@notify.bestcase.com
- **Timothy W. Burns**   tburns@burnsbair.com, kdempski@burnsbair.com;nkuenzi@burnsbair.com
- **Brian Jacob Butler**   bbutler@bsk.com, cduger@bsk.com;kdoner@bsk.com;CourtMail@bsk.com
- **Grady Campion**   grcampion@mintz.com, EMFarrell@mintz.com;mtalario@mintz.com
- **Jeffrey A. Carlino**   jacarlino@kslnlaw.com, paschuster@kslnlaw.com
- **William Carson**   wcarson@steptoe.com
- **James S. Carter**   james.carter@blankrome.com
- **Margaret F. Catalano**   meg.catalano@kennedyslaw.com
- **Daniel J. Chiacchia**   dan@716attorneys.com
- **Conrad Chiu**   cchiu@pryorcashman.com, bankruptcydocketing@pryorcashman.com
- **David C. Christian**   dchristian@dca.law
- **Steven M. Cohen**   scohen@hoganwillig.com, ssweeney@tiveronlaw.com;abanks@tiveronlaw.com;abanks@tiveronlaw.com;kakin@tiveronlaw.com;abanks@tiveronlaw.com
- **William Corbett**   wcorbett@coughlinduffy.com
- **William Corbett**   wcorbett@cmg.law
- **Leah Costanzo**   lcostanzo@steveboyd.com
- **Antigone Curis**   acuris7@gmail.com
- **Everett J. Cygal**   ecygal@schiffhardin.com
- **Jillian Dennehy**   jillian.dennehy@kennedyslaw.com
- **Robert Wagner DiUbaldo**   rdiubaldo@carltonfields.com
- **Karen B. Dine**   kdine@pszjlaw.com
- **Karen M Dixon**   kdixon@skarzynski.com
- **Stephen A. Donato**   sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com
- **Jeffrey Austin Dove**   jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com
- **Adam Ross Durst**   adurst@goldbergsegalla.com, bfaulkner@goldbergsegalla.com
- **Jennifer Anne Ehman**   jae@hurwitzfine.com, kathik@hurwitzfine.com;donnab@hurwitzfine.com
- **Ford Elsaesser**   ford@eaidaho.com
- **Ellen M. Farrell**   emfarrell@mintz.com
- **Robert J. Feldman**   rfeldman@gross-shuman.com, lspula@gross-shuman.com
- **Glenn Fencl**   fenclg@jbltd.com, castom@jbltd.com
- **Raymond L. Fink**   rfink@lippes.com, jmueller@lippes.com;mbrennan@lippes.com
- **Michael Finnegan**   mike@andersonadvocates.com, therese@andersonadvocates.com,erin@andersonadvocates.com
- **Joseph Mark Fisher**   mfisher@schiffhardin.com, edocket@afslaw.com;brett.goodman@afslaw.com;matthew.bentley@afslaw.com;lisa.indelicato@afslaw.com
- **John J. Flaherty**   flarelaw@gmail.com, joanneaschultz@aol.com
- **Andrew P Fleming**   aflem@cf-legal.com
- **C Kenneth Foit**   ckennethfoit@gmail.com

- **Lucas B. Franken**   lfranken@pcvalaw.com, mfilomeno@pcvalaw.com
- **Robert E Gallagher**   rgallagher@steveboyd.com
- **Mitchell Garabedian**   mgarabedian@garabedianlaw.com
- **David L. Gay**   dgay@carltonfields.com, cguzman@carltonfields.com
- Daniel Walter Gerber   dgerber@gerberciano.com, hjones@gerberciano.com
- **Michael T. Glascott**   mglascott@goldbergsegalla.com, mperessotti@goldbergsegalla.com
- **John D. Goetz**   jdgoetz@jonesday.com, nyeary@jonesday.com;mmelvin@jonesday.com
- **Craig Goldblatt**   craig.goldblatt@wilmerhale.com
- **Douglas R Gooding**   dgooding@choate.com, douglas-gooding-9991@ecf.pacerpro.com
- **Brett D Goodman**   brett.goodman@afslaw.com
- **Stuart I. Gordon**   stuart.gordon@rivkin.com
- **William Henry Gordon**   wgordon@garabedianlaw.com
- **M. Paul Gorfinkel**   paul.gorfinkel@rivkin.com
- **Garry M. Graber**   ggraber@hodgsonruss.com, mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com
- **John Grossbart**   john.grossbart@dentons.com
- **Dirk C. Haarhoff**   dchaarhoff@kslnlaw.com
- **Adam P. Haberkorn**   ahaberkorn@omm.com, adam-haberkorn-2269@ecf.pacerpro.com
- **J. Michael Hayes**   jmh@jmichaelhayes.com
- **Meghan Hayes**   mhayes@websterszanyi.com, jconnors@websterszanyi.com;efile@websterszanyi.com
- **Cori Jean Iacopelli**   coriiacopelli@marsh.law
- **Andrew Janet**   asjanet@jjsjustice.com
- **Charles Edwin Jones**   charles.jones@lawmoss.com, Brenda.murphy@lawmoss.com
- **Linda H. Joseph**   ljoseph@sjalegal.com, cbinkowski@sjalegal.com
- **Peter Keane**   pkeane@pszjlaw.com
- **Amy Keller**   akeller@lglaw.com, sfischer@lglaw.com
- **Jeffrey L. Kingsley**   jkingsley@goldbergsegalla.com, kallen@goldbergsegalla.com
- **Justin S Krell**   jkrell@bsk.com
- **Harry Lee**   hlee@steptoe.com
- **Kevin R. Lelonek**   klelonek@gross-shuman.com, rrottaris@gross-shuman.com
- **Fred Lichtmacher**   empirestatt@aol.com
- **Lauren Lifland**   lauren.lifland@wilmerhale.com
- **Timothy Patrick Lyster**   tlyster@woodsoviatt.com, esolimano@woodsoviatt.com
- **Robert Kevin Malone**   rmalone@gibbonslaw.com
- **John Maloney**   jmaloney@lawgmm.com
- **Michael Margulies**   mmargulies@carltonfields.com
- **Michael M. Marick**   mmarick@skarzynski.com
- **James R Marsh**   jamesmarsh@marsh.law
- **Jonathan D Marshall**   jmarshall@choate.com, jonathan-marshall-4638@ecf.pacerpro.com
- **Tanya Mascarich**   tmascarich@cmg.law
- **Marianne May**   marianne.may@clydeco.us
- **Gregory J. McDonald**   gjmcdonald@bsk.com, Kleo@bsk.com

- **Matthew Griffin Merson**   mmerson@mersonlaw.com
- **Brittany Mitchell Michael**   bmichael@pszjlaw.com
- **Angela Z. Miller**   amiller@phillipslytle.com
- **Geoffrey M. Miller**   geoffrey.miller@dentons.com, docket.general.lit.nyc@dentons.com
- **Siobhain Patricia Minarovich**   minarovichs@whiteandwilliams.com
- **Martin A. Mooney**   Martin.Mooney@ag.ny.gov, kcollins@schillerknapp.com;TJohnson@schillerknapp.com
- **Martin A. Mooney**   lgadomski@schillerknapp.com, kcollins@schillerknapp.com;TJohnson@schillerknapp.com
- **M. Keith Moskowitz**   keith.moskowitz@dentons.com
- **John A. Mueller**   jmueller@lippes.com, jtenczar@lippes.com;mbrennan@lippes.com;rizzo@lippes.com
- **James R Murray**   Jim.Murray@BlankRome.com, edocketing@blankrome.com
- **Iain A.W. Nasatir**   inasatir@pszjlaw.com
- **John Frederick O'Connor**   joconnor@steptoe.com
- **Diane Paolicelli**   dpaolicelli@p2law.com
- **Dominic J. Picca**   djpicca@mintz.com, jpsmith@mintz.com,docketing@mintz.com,naellman@mintz.com
- **Mark D. Plevin**   mplevin@plevinturner.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com
- **Jon Travis Powers**   powerst@whiteandwilliams.com, mglowinski@hodgsonruss.com
- **Trevor Prince**   tprince@archerlaw.com
- **Jeffrey F. Reina**   jreina@lglaw.com, pjohnson@lglaw.com
- **Andrew Scott Rivera**   arivera@bsk.com, kdoner@bsk.com;CourtMail@bsk.com
- **Linda Singer Roth**   lroth@archerlaw.com
- **Jonathan Schapp**   jschapp@goldbergsegalla.com, kallen@goldbergsegalla.com
- **Ilan D Scharf**   ischarf@pszjlaw.com, nhall@pszjlaw.com;nrobinson@pszjlaw.com
- **Tancred Schiavoni**   tschiavoni@omm.com, tancred-schiavoni-9326@ecf.pacerpro.com
- **Daniel J. Schufreider**   dschufreider@schiffhardin.com
- **Robert Gerard Scumaci**   rscumaci@gmclaw.com, kwaszak@gmclaw.com
- **Stephen Andrew Sharkey**   ssharkey@bsk.com, rhynes@bsk.com;cmccormick@bsk.com;courtmail@bsk.com
- **Brendan Sheehan**   bsheehan@bsk.com, spagano@bsk.com;kdoner@bsk.com;courtmail@bsk.com
- **Judith Treger Shelton**   jtshelton@kslnlaw.com
- **Thomas W. Simcoe**   tsimcoe@bsk.com
- **Neil J. Smith**   nsmith@mackenziehughes.com, mallen@mackenziehughes.com
- **David M Spector**   dspector@schiffhardin.com
- **James I. Stang**   jstang@pszjlaw.com
- **Laura B. Stephens**   lbstephens@mintz.com
- **Kevin T. Stocker**   kstockeresq@yahoo.com
- **Catalina Sugayan**   catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us
- **Charles J. Sullivan**   csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
- **Robert Sweeney**   robert.sweeney@clydeco.us
- **Aryeh L Taub**   ataub@p2law.com

- **Sara C. Temes**  stemes@bsk.com, CourtMail@bsk.com;kdoner@bsk.com;tayers@bsk.com
- **Louis J. Testa**  louis.testa@ag.ny.gov
- **Brett S. Theisen**  btheisen@gibbonslaw.com
- **James C. Thoman**  jthoman@hodgsonruss.com, cnapiers@hodgsonruss.com;mheftka@hodgsonruss.com;courtmail@hodgsonruss.com
- **Kathleen Thomas**  kat@tlclawllc.com
- **Miranda Turner**  mturner@plevinturner.com
- **Nora Anne Valenza-Frost**  nvalenza-frost@carltonfields.com
- **Grayson T. Walter**  gwalter@bsk.com, kdoner@bsk.com;CourtMail@bsk.com
- **Rick Weisbeck**  rweisbeck@lglaw.com
- **Randall D. White**  rdw@connors-vilardo.com, sb@connors-vilardo.com;ebh@connors-vilardo.com
- **Lee E. Woodard**  bkemail@harrisbeach.com, efilings@harrisbeach.com;broy@harrisbeach.com
- **Jin Yan**  jin.yan@afslaw.com

And, I hereby certify that on June 27, 2025, I mailed, via first class mail using the United States Postal Service, a copy of the Limited Objection to the individuals listed below:

**Bond, Schoeneck & King, PLLC**
One Lincoln Center
Syracuse, New York 13202
Attn: Stephen A. Donato, Charles J. Sullivan, Grayson T. Walter, Edward J. LoBello, and Justin S. Krell

**Office of the United States Trustee for the Western District of New York**
300 Pearl Street, Suite 401
Buffalo, New York 14202
Attn: Joseph W. Allen

**Official Committee of Unsecured Creditors**
Pachulski, Stang, Ziehl & Jones, LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Attn: James I. Strang

**Official Committee of Unsecured Creditors**
Pachulski, Stang, Ziehl & Jones, LLP
1700 Broadway, 36th Floor
New York, New York 10019
Attn: Ilan Scharf

Dated: June 27, 2025

                                                   /s/ Sarah Reiner
                                                     Sarah Reiner