UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | )<br>)<br>) Case No. 20-10322 (CLB)<br>)<br>) Chapter 11<br>)<br>) |
| The Diocese of Buffalo, N.Y. | |
|               Debtor. | |

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE MONTHLY FEE STATEMENT OF JONES DAY FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DIOCESE OF BUFFALO, N.Y. FOR THE PERIOD MAY 1, 2025 THROUGH MAY 31, 2025**

Pursuant to this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362] (the "Interim Compensation Order"), the undersigned certifies that on June 10, 2025, Jones Day filed its *Monthly Fee Statement of Jones Day for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Diocese of Buffalo, N.Y. for the Period May 1, 2025 Through May 31, 2025* [Docket No. 3934] (the "Monthly Fee Statement"), which was served on June 10, 2025 [Docket No. 3941], and no objections to the Monthly Fee Statement have been filed.

Accordingly, pursuant to the Interim Compensation Order, The Diocese of Buffalo, N.Y. is authorized to pay on an interim basis eighty percent (80%) of Jones Day's fees and one hundred percent (100%) of Jones Day's expenses, as reflected in the Monthly Fee Statement.

Dated: July 2, 2025

/s/ *John D. Goetz*
John D. Goetz (admitted *pro hac vice*)
Jones Day
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514
Telephone: (412) 391-3939
Email: jdgoetz@jonesday.com