UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

THE DIOCESE OF BUFFALO, N.Y.,

Debtor.

Case No. 20-10322 CLB
Chapter 11 Case

# APPELLANT THE DIOCESE OF BUFFALO, N.Y.'S DESIGNATION OF THE RECORD ON APPEAL AND STATEMENT OF ISSUES ON APPEAL

Appellant The Diocese of Buffalo, N.Y. ("Appellant" or "Diocese"), pursuant to Bankruptcy Rule 8009, hereby (i) designates the following items to be included in the record on appeal from the Bankruptcy Court's *Decision and Order* (the "Decision and Order," Dkt. No. 3929) entered on June 6, 2025, (ii) submits its statements of issues to be presented on appeal from the Decision and Order and (iii) certifies that it is not ordering transcripts of hearings as transcripts of relevant hearings have been docketed in this case.

## DESIGNATION OF RECORD ON APPEAL

| Docket Entries from the Bankruptcy Case, No. 20-10322 CLB ||||
|---|---|---|---|
| **Designation No.** | **Filing Date** | **Docket No.** | **Title** |
| 1 | 2/28/2020 | 7 | Affidavit of Charles Mendolera Regarding the Diocese's Assets and Operations and in Support of the Chapter 11 Petition and First Day Pleadings |
| 2 | 2/28/2020 | 8 | Affidavit of Rev. Peter J. Karalus Regarding Structure and Pre-Filing History of the Diocese of Buffalo and in Support of the Chapter 11 Petition and First Day Pleadings |
| 3 | 7/18/2024 | 3031 | Motion for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Certain Real Property at 711 Knox Road, East Aurora, New York; (B) Authorizing and Approving the |

1

| Docket Entries from the Bankruptcy Case, No. 20-10322 CLB ||||
|---|---|---|---|
| Designation No. | Filing Date | Docket No. | Title |
| | | | Form of Purchase Agreement; (C) Scheduling an Auction and Hearing to Consider the Sale; and (D) Approving the Form and Manner of Service of Notice of Auction and Sale Hearing; (II) Approving the Sale Free and Clear of Liens, Claims, Encumbrances and Other Interests; and (III) Granting Related Relief (Attachments: # 1 Exhibit A - Proposed Bidding Procedures Order) |
| 4 | 7/26/2024 | 3042 | Certificate of Service re: Notice. of Motion for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Certain Real Property at 42 Grant Street, North Tonawanda, New York; (B) Authorizing and Approving the Form of Purchase Agreement; (C) Scheduling an Auction and Hearing to Consider the Sale; and (D) Approving the Form and Manner of Service of Notice of Auction and Sale Hearing; (II) Approving the Sale Free and Clear of Liens, Claims, Encumbrances and Other Interests; and (III) Granting Related Relief (Docket No. 3029), Notice of Motion for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Certain Real Property at 711 Knox Road, East Aurora, New York; (B) Authorizing and Approving the Form of Purchase Agreement; (C) Scheduling an Auction and Hearing to Consider the Sale; and (D) Approving the Form and Manner of Service of Notice of Auction and Sale Hearing; (II) Approving the Sale Free and Clear of Liens, Claims, Encumbrances and Other Interest; and (III) Granting Related Relief (Docket No. 3031), Notice of Motion for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Certain Real Property at 42 Grant Street, North Tonawanda, |

| Designation No. | Filing Date | Docket No. | Title |
|---|---|---|---|
| | | | New York; (B) Authorizing and Approving the Form of Purchase Agreement; (C) Scheduling an Auction and Hearing to Consider the Sale; and (D) Approving the Form and Manner of Service of Notice of Auction and Sale Hearing; (II) Approving the Sale Free and Clear of Liens, Claims, Encumbrances and Other Interests; and (III) Granting Related Relief (Docket No. 3029, Pages 1-3), and Notice of Motion for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Certain Real Property at 711 Knox Road, East Aurora, New York; (B) Authorizing and Approving the Form of Purchase Agreement; (C) Scheduling an Auction and Hearing to Consider the Sale; and (D) Approving the Form and Manner of Service of Notice of Auction and Sale Hearing; (II) Approving the Sale Free and Clear of Liens, Claims, Encumbrances and Other Interest; and (III) Granting Related Relief (Docket No. 3031, Pages 1-3) |
| 5 | 8/19/2024 | 3090 | Order Approving Bidding Procedures for the Sale of Certain Real Property at 711 Knox Road, East Aurora, New York; Authorizing and Approving the Form of Purchase Agreement; Scheduling an Auction and Hearing to Consider the Sale; and Approving the Form and Manner of Service of Notice of Auction and Sale Hearing |
| 6 | 8/21/2024 | 3092 | Transcript regarding Hearing Held 08/15/2024 RE: Motions for Sale of Property |
| 7 | 11/20/2024 | 3340 | Order Pursuant to Sections 105 and 363 of the Bankruptcy Code Approving the Sale of Certain Real Property at 711 Knox Road, East Aurora, Free and Clear of Liens, Claims, Obligations, Interests and Encumbrances; |

| Docket Entries from the Bankruptcy Case, No. 20-10322 CLB | | | |
|---|---|---|---|
| Designation No. | Filing Date | Docket No. | Title |
| | | | Authorizing The Diocese to Consummate the Transactions Related Thereto; and Granting Related Relief |
| 8 | 11/25/2024 | 3360 | Transcript regarding Hearing held on 9/24/2024 |
| 9 | 1/13/2025 | 3501 | Decision and Order |
| 10 | 3/18/2025 | 3743 | Motion for Entry of an Order Authorizing, But Not Directing, The Diocese to Access the Proceeds of the Seminary Property Sale Pursuant to Sections 105(A), 541, And 363(B) of the Bankruptcy Code (Attachments: # 1 Exhibit A - Proposed Order) |
| 11 | 3/18/2025 | 3744 | Declaration of Richard C. Suchan in Support of the Motion for Entry of an Order Authorizing, But Not Directing, the Diocese to Access the Proceeds of the Seminary Property Sale Pursuant to Sections 105(a), 541 and 363(b) of the Bankruptcy Code (Attachments: # 1 Exhibit A - Archival Records # 2 Exhibit B - 12/13/68 Meeting Minutes # 3 Exhibit C - 5/29/70 Resolution # 4 Exhibit D - Reuter Deeds # 5 Exhibit E - 1968 Deeds # 6 Exhibit 1987 Deed # 7 Exhibit G - Upon This Rock Campaign Materials) |
| 12 | 3/26/2025 | 3756 | Letter requesting adjournment of Motion for authority to use Seminary sale proceeds to May 8, 2025 at 10:00 a.m. and the Claim Objections to June 4, 2025 at 10:00 a.m. |
| 13 | 4/4/2025 | 3779 | Certificate of Service re: Notice of Motion for Entry of an Order Authorizing, but Not Directing, the Diocese to Access the Proceeds of the Seminary Property Sale Pursuant to Sections 105(a), 541, and 363(b) of the Bankruptcy Code (Docket No. 3743) and Declaration of Richard C. Suchan in Support of the Motion for Entry of an Order Authorizing, but Not Directing, the Diocese to Access the Proceeds of the Seminary Property Sale |

| Docket Entries from the Bankruptcy Case, No. 20-10322 CLB ||||
| Designation No. | Filing Date | Docket No. | Title |
| --- | --- | --- | --- |
| | | | Pursuant to Sections 105(a), 541, and 363(b) of the Bankruptcy Code |
| 14 | 4/9/2025 | 3795 | Joinder to the Diocese's Motion for Entry of an Order Authorizing, But Not Directing, the Diocese to Access the Proceeds of the Seminary Property Sale Pursuant to Sections 105(a), 541, and 363(b) of the Bankruptcy Code filed on behalf of The Official Committee of Unsecured Creditors |
| 15 | 5/15/25 | 3863 | Transcript regarding Hearing Held on 05/08/2025 |
| 16 | 6/6/2025 | 3929 | Decision and Order |
| 17 | 6/18/2025 | 3947 | Diocese's Notice of Appeal |
| 18 | 6/18/2025 | 3949 | Committee's Notice of Appeal |

**STATEMENT OF ISSUES ON APPEAL**

Appellant, pursuant to Bankruptcy Rule 8009, hereby submits its statement of issues to be presented on appeal from the Decision and Order.

1. Did the Bankruptcy Court err by determining that certain of the proceeds of the sale of the Diocese's Seminary Property are restricted assets of the Diocese's bankruptcy estate where: (i) the donated property and monies were used to construct a seminary consistent with the gift instruments, which was then operated as such for approximately 60 years; (ii) there was no proof of a clear expression of intent in the gift instruments that the Seminary Property would be operated in perpetuity as a seminary; (iii) the Seminary Property was conveyed to the Diocese without restriction; and (iv) the seminary ceased operations in 2021?

2. Did the Bankruptcy Court err by relying on extra-record, hearsay statements reported in newspaper articles not presented by the parties, unsubstantiated by testimony, and without providing the Diocese an opportunity to respond to the Bankruptcy Court's factual findings?

3. Did the Bankruptcy Court err in determining that the Seminary Property is subject to

the restraints of 11 U.S.C. §541(c)(2) and that an implied trust on the sale proceeds traceable to the Seminary Fund Drive and Reuter donation exists and restricts said funds use by the Diocese?

4. Did the Bankruptcy Court err in its methods and conclusions in calculating the portions of the sale proceeds subject to such implied trust?

## CERTIFICATION PURSUANT TO BANKRUPTCY RULE 8009(B)

Appellant respectfully certifies that it is not ordering any transcripts, because the relevant hearing transcripts have already been transcribed and docketed at Doc. Nos. 3092. 3360 and 3863.

## RESERVATION OF RIGHTS

This designation of items for the Record on Appeal and designation of the statement of issues presented on appeal are without waiver of any arguments on appeal and Appellant expressly reserves the right to modify, restate, or supplement the designations above to the fullest extent permitted by the Bankruptcy Code and Rules.

Dated: July 2, 2025

BOND, SCHOENECK & KING, PLLC

By: s/ Gregory J. McDonald
    Stephen A. Donato
    Charles J. Sullivan
    Grayson T. Walter
    Thomas W. Simcoe
    Gregory J. McDonald
Office and P.O. Address
One Lincoln Center
Syracuse, New York 13202-1355
Telephone: (315) 218-8000
Email: sdonato@bsk.com
      csullivan@bsk.com
      gwalter@bsk.com
      tsimcoe@bsk.com
      gjmcdonald@bsk.com