United States Bankruptcy Court
Western District of New York

In re:                                                                  Case No. 20-10322-CLB
The Diocese of Buffalo, N.Y.                                           Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | The Diocese of Buffalo, N.Y., 795 Main Street, Buffalo, NY 14203-1215 |
| pr | + | Charles Mendolera, c/o The Diocese of Buffalo, N.Y., 795 Main Street, Buffalo, NY 14203-1215 |
| sp | | Jones Day, 500 Grant Street, Suite 4500, Pittsburgh, PA 15219-2514 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam P. Haberkorn | on behalf of Interested Party Century Indemnity as successor in interest to Insurance Company of North America, as successor in interest to Indemnity Insurance Company of North America ahaberkorn@omm.com, adam-haberkorn-2269@ecf.pacerpro.com |
| Adam P. Haberkorn | on behalf of Interested Party Century Indemnity Company as successor in interest to Insurance Company of North America, as successor in interest to Indemnity Insurance Company of North America ahaberkorn@omm.com, adam-haberkorn-2269@ecf.pacerpro.com |
| Adam P. Haberkorn | on behalf of Interested Party Pacific Employers Insurance Company ahaberkorn@omm.com adam-haberkorn-2269@ecf.pacerpro.com |
| Adam P. Haberkorn | on behalf of Interested Party Aetna Insurance Company ahaberkorn@omm.com  adam-haberkorn-2269@ecf.pacerpro.com |

Adam P. Haberkorn

on behalf of Interested Party Aetna Insurance Company f/k/a CIGNA Property & Casualty Insurance Company and n/k/a ACE Property & Casualty Insurance Company ahaberkorn@omm.com  adam-haberkorn-2269@ecf.pacerpro.com

Adam P. Haberkorn

on behalf of Interested Party U.S. Fire Insurance Company ahaberkorn@omm.com  adam-haberkorn-2269@ecf.pacerpro.com

Adam Ross Durst

on behalf of Defendant Employers Insurance Company of Wausau (f/k/a Employers Insurance of Wausau A Mutual Company f/k/a Employers Mutual Liability Insurance Company of Wisconsin) adurst@goldbergsegalla.com  bfaulkner@goldbergsegalla.com

Adam Ross Durst

on behalf of Notice of Appearance Creditor Employers Insurance Company of Wausau (formerly known as Employers Insurance of Wausau A Mutual Company formerly known as Employers Mutual Liability Insurance Company of Wisconsin) adurst@goldbergsegalla.com  bfaulkner@goldbergsegalla.com

Adam Ross Durst

on behalf of Defendant Nationwide Insurance Company of America adurst@goldbergsegalla.com  bfaulkner@goldbergsegalla.com

Adam Ross Durst

on behalf of Notice of Appearance Creditor Wausau Underwriters Insurance Company adurst@goldbergsegalla.com  bfaulkner@goldbergsegalla.com

Adam Ross Durst

on behalf of Cross Defendant Wausau Underwriters Insurance Company adurst@goldbergsegalla.com  bfaulkner@goldbergsegalla.com

Adam Ross Durst

on behalf of Interested Party Nationwide Insurance Company of America adurst@goldbergsegalla.com  bfaulkner@goldbergsegalla.com

Adam Ross Durst

on behalf of Interested Party Nationwide Mutual Insurance Company (f/k/a Farm Bureau Mutual Automobile Insurance Company) adurst@goldbergsegalla.com  bfaulkner@goldbergsegalla.com

Adam Ross Durst

on behalf of Defendant Employers Insurance Company of Wausau (formally known as Employers Insurance of Wausau A Mutual Company formerly known as Employers Mutual Liability Insurance Company of Wisconsin) adurst@goldbergsegalla.com  bfaulkner@goldbergsegalla.com

Adam Ross Durst

on behalf of Defendant Wausau Underwriters Insurance Company adurst@goldbergsegalla.com  bfaulkner@goldbergsegalla.com

Adam Ross Durst

on behalf of Cross Defendant Employers Insurance Company of Wausau (formally known as Employers Insurance of Wausau A Mutual Company formerly known as Employers Mutual Liability Insurance Company of Wisconsin) adurst@goldbergsegalla.com  bfaulkner@goldbergsegalla.com

Amy Keller

on behalf of Interested Party LG 77 DOE akeller@lglaw.com  sfischer@lglaw.com

Amy Keller

on behalf of Defendant JMH 100 Doe  et al akeller@lglaw.com, sfischer@lglaw.com

Amy Keller

on behalf of Creditor POC No. 934 Claimant akeller@lglaw.com  sfischer@lglaw.com

Amy Keller

on behalf of Creditor POC No. 912 Claimant akeller@lglaw.com  sfischer@lglaw.com

Amy Keller

on behalf of Interested Party Don E. Whelan akeller@lglaw.com  sfischer@lglaw.com

Amy Keller

on behalf of Interested Party HW 4 Doe akeller@lglaw.com  sfischer@lglaw.com

Amy Keller

on behalf of Interested Party LG 65 Doe akeller@lglaw.com  sfischer@lglaw.com

Amy Keller

on behalf of Attorney Lipsitz Green Scime Cambria LLP akeller@lglaw.com  sfischer@lglaw.com

Amy Keller

on behalf of Interested Party Wyatt Schoenle akeller@lglaw.com  sfischer@lglaw.com

Amy Keller

on behalf of Interested Party LG 74 DOE akeller@lglaw.com  sfischer@lglaw.com

Amy Keller

on behalf of Interested Party LG 69 DOE akeller@lglaw.com  sfischer@lglaw.com

District/off: 0209-1
User: admin
Page 3 of 30

Date Rcvd: Jul 01, 2025
Form ID: pdforder
Total Noticed: 3

Amy Keller
on behalf of Interested Party Dorian Reeves akeller@lglaw.com  sfischer@lglaw.com

Andrew Janet
on behalf of Interested Party Judith Wilcox Halsey asjanet@jjsjustice.com

Andrew Janet
on behalf of Interested Party Diana L. O'Hara asjanet@jjsjustice.com

Andrew P Fleming
on behalf of Creditor Abuse Survivors aflem@cf-legal.com

Andrew P Fleming
on behalf of Notice of Appearance Creditor Madonna Bishop  et al aflem@cf-legal.com

Andrew P Fleming
on behalf of Creditor Madonna Bishop  et al. aflem@cf-legal.com

Andrew Scott Rivera
on behalf of Debtor The Diocese of Buffalo  N.Y. arivera@bsk.com, kdoner@bsk.com;CourtMail@bsk.com

Angela Z. Miller
on behalf of Interested Party Catholic Health System  Inc. amiller@phillipslytle.com

Antigone Curis
on behalf of Creditor Abuse Survivors acuris7@gmail.com

Aryeh L Taub
on behalf of Creditor Stephen Connelly ataub@p2law.com

Aryeh L Taub
on behalf of Creditor Lillia Ives ataub@p2law.com

Brendan Sheehan
on behalf of Plaintiff The Diocese of Buffalo  N.Y. bsheehan@bsk.com, spagano@bsk.com;kdoner@bsk.com;courtmail@bsk.com

Brett D Goodman
on behalf of Interested Party Catholic Mutual Relief Society of America brett.goodman@afslaw.com

Brett D Goodman
on behalf of Cross Defendant Catholic Mutual Group brett.goodman@afslaw.com

Brett S. Theisen
on behalf of Interested Party Selective Insurance Company of New York btheisen@gibbonslaw.com

Brett S. Theisen
on behalf of Defendant Selective Insurance Company of America (formerly known as Exchange Mutual Insurance Company) btheisen@gibbonslaw.com

Brett S. Theisen
on behalf of Defendant Selective Insurance Company of America (f/k/a Exchange Mutual Insurance Company f/k/a Exchange Mutual Indemnity Insurance Company) btheisen@gibbonslaw.com

Brian David Barnas
on behalf of Defendant Merchants Mutual Insurance Company bdb@hurwitzfine.com  robins@hurwitzfine.com

Brian Jacob Butler
on behalf of Plaintiff The Diocese of Buffalo  N.Y. bbutler@bsk.com, cduger@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Brittany Mitchell Michael
on behalf of Interested Party The Official Committee of Unsecured Creditors bmichael@pszjlaw.com

Brittany Mitchell Michael
on behalf of Interpleader Official Committee of Unsecured Crditors bmichael@pszjlaw.com

Brittany Mitchell Michael
on behalf of Creditor Committee Official Committee of Unsecured Creditors bmichael@pszjlaw.com

Brittany Mitchell Michael
on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors bmichael@pszjlaw.com

Bruce Alan Anderson
on behalf of Notice of Appearance Creditor Parish Steering Committee baafiling@eaidaho.com

Bruce Alan Anderson
on behalf of Interested Party Parish Steering Committee baafiling@eaidaho.com

C Kenneth Foit
on behalf of Interested Party Thomas J Cichon ckennethfoit@gmail.com

Catalina Sugayan
on behalf of Interested Party Certain Underwriters at Lloyd's  London catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Catalina Sugayan
on behalf of Defendant Certain Underwriters at Lloyds London and Certain London Market Companies
catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Charles Edwin Jones
on behalf of Defendant Fireman's Fund Insurance Company charles.jones@lawmoss.com Brenda.murphy@lawmoss.com

Charles Edwin Jones
on behalf of Cross Defendant Fireman's Fund Insurance Company charles.jones@lawmoss.com Brenda.murphy@lawmoss.com

Charles J. Sullivan
on behalf of Debtor The Diocese of Buffalo N.Y. csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan
on behalf of Plaintiff The Diocese of Buffalo N.Y. csullivan@bsk.com,
kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Conrad Chiu
on behalf of Notice of Appearance Creditor Diana L. O'Hara cchiu@pryorcashman.com
bankruptcydocketing@pryorcashman.com

Conrad Chiu
on behalf of Notice of Appearance Creditor Judith Wilcox Halsey cchiu@pryorcashman.com
bankruptcydocketing@pryorcashman.com

Cori Jean Iacopelli
on behalf of Notice of Appearance Creditor Certain Personal Injury Creditors coriiacopelli@marsh.law

Cori Jean Iacopelli
on behalf of Creditor Scott Yerger coriiacopelli@marsh.law

Craig Goldblatt
on behalf of Notice of Appearance Creditor The Continental Insurance Company craig.goldblatt@wilmerhale.com

Daniel F. Brown
on behalf of Interested Party Justin Scott Wisnouskas dbrown@lippes.com mbrennan@lippes.com;r45652@notify.bestcase.com

Daniel J. Chiacchia
on behalf of Creditor Madonna Bishop et al dan@716attorneys.com

Daniel J. Chiacchia
on behalf of Notice of Appearance Creditor Madonna Bishop et al dan@716attorneys.com

Daniel J. Chiacchia
on behalf of Creditor John Doe dan@716attorneys.com

Daniel J. Chiacchia
on behalf of Notice of Appearance Creditor BL 1 DOE dan@716attorneys.com

Daniel J. Chiacchia
on behalf of Creditor Madonna Bishop et al. dan@716attorneys.com

Daniel J. Schufreider
on behalf of Interested Party Catholic Mutual Relief Society of America dschufreider@schiffhardin.com

Daniel Walter Gerber
on behalf of Notice of Appearance Creditor NGM Insurance Company dgerber@gerberciano.com hjones@gerberciano.com

Daniel Walter Gerber
on behalf of Defendant NGM Insurance Company (successor-in-interest to National Grange Mutual Insurance Company)
dgerber@gerberciano.com hjones@gerberciano.com

Daniel Walter Gerber
on behalf of Notice of Appearance Creditor NGM Insurance Company (successor-in-interest to National Grange Mutual Insurance
Company) dgerber@gerberciano.com hjones@gerberciano.com

David Attisani
on behalf of Notice of Appearance Creditor The Continental Insurance Company dattisani@choate.com
david-attisani-2688@ecf.pacerpro.com

David C. Christian, II
on behalf of Notice of Appearance Creditor The Continental Insurance Company dchristian@dca.law

David L. Gay
on behalf of Defendant National Union Fire Insurance Company of Pittsburgh PA dgay@carltonfields.com,
cguzman@carltonfields.com

David M Spector, I
on behalf of Interested Party Catholic Mutual Relief Society of America dspector@schiffhardin.com

Diane Paolicelli
on behalf of Creditor Stephen Connelly dpaolicelli@p2law.com

Diane Paolicelli
on behalf of Creditor Lillia Ives dpaolicelli@p2law.com

Dirk C. Haarhoff
on behalf of Defendant Selective Insurance Company of America (formerly known as Exchange Mutual Insurance Company) dchaarhoff@kslnlaw.com

Dirk C. Haarhoff
on behalf of Interested Party Selective Insurance Company of New York dchaarhoff@kslnlaw.com

Dominic J. Picca
on behalf of Defendant Liberty Mutual Insurance Company djpicca@mintz.com jpsmith@mintz.com,docketing@mintz.com,naellman@mintz.com

Dominic J. Picca
on behalf of Notice of Appearance Creditor Excelsior Insurance Company djpicca@mintz.com jpsmith@mintz.com,docketing@mintz.com,naellman@mintz.com

Dominic J. Picca
on behalf of Interested Party Excelsior Insurance Company djpicca@mintz.com jpsmith@mintz.com,docketing@mintz.com,naellman@mintz.com

Dominic J. Picca
on behalf of Interested Party Liberty Mutual Insurance Company djpicca@mintz.com jpsmith@mintz.com,docketing@mintz.com,naellman@mintz.com

Dominic J. Picca
on behalf of Notice of Appearance Creditor Liberty Mutual Insurance Company djpicca@mintz.com jpsmith@mintz.com,docketing@mintz.com,naellman@mintz.com

Dominic J. Picca
on behalf of Interested Party Peerless Insurance Company djpicca@mintz.com jpsmith@mintz.com,docketing@mintz.com,naellman@mintz.com

Dominic J. Picca
on behalf of Notice of Appearance Creditor Peerless Insurance Company djpicca@mintz.com jpsmith@mintz.com,docketing@mintz.com,naellman@mintz.com

Douglas R Gooding
on behalf of Interested Party Liberty Mutual Insurance Company dgooding@choate.com douglas-gooding-9991@ecf.pacerpro.com

Douglas R Gooding
on behalf of Interested Party Peerless Insurance Company dgooding@choate.com  douglas-gooding-9991@ecf.pacerpro.com

Douglas R Gooding
on behalf of Defendant Liberty Mutual Insurance Company dgooding@choate.com  douglas-gooding-9991@ecf.pacerpro.com

Douglas R Gooding
on behalf of Interested Party Excelsior Insurance Company dgooding@choate.com  douglas-gooding-9991@ecf.pacerpro.com

Ellen M. Farrell
on behalf of Defendant Peerless Insurance Company emfarrell@mintz.com

Ellen M. Farrell
on behalf of Defendant Excelsior Insurance Company emfarrell@mintz.com

Ellen M. Farrell
on behalf of Defendant Liberty Mutual Insurance Company emfarrell@mintz.com

Everett J. Cygal
on behalf of Interested Party Catholic Mutual Relief Society of America ecygal@schiffhardin.com

Ford Elsaesser, Jr
on behalf of Notice of Appearance Creditor Parish Steering Committee ford@eaidaho.com

Ford Elsaesser, Jr
on behalf of Interested Party Parish Steering Committee ford@eaidaho.com

Fred Lichtmacher
on behalf of Interested Party Stephen M. Parisi empirestatt@aol.com

Fred Lichtmacher
on behalf of Interested Party Matthew Bojanowski empirestatt@aol.com

Garry M. Graber
on behalf of Notice of Appearance Creditor M&T Bank ggraber@hodgsonruss.com mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com

Garry M. Graber
on behalf of Respondent Foundation of the Roman Catholic Diocese of Buffalo  New York ggraber@hodgsonruss.com, mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com

Garry M. Graber
on behalf of Special Counsel Hodgson Russ LLP ggraber@hodgsonruss.com mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com

Geoffrey M. Miller
on behalf of Interested Party Travelers Indemnity Company (successor in interest to Gulf Insurance Company) geoffrey.miller@dentons.com docket.general.lit.nyc@dentons.com

Geoffrey M. Miller
on behalf of Interested Party Travelers Casualty and Surety Company (successor in interest to Aetna Casualty and Surety Company) geoffrey.miller@dentons.com docket.general.lit.nyc@dentons.com

Geoffrey M. Miller
on behalf of Defendant U.S. Fidelity and Guaranty Company geoffrey.miller@dentons.com docket.general.lit.nyc@dentons.com

Geoffrey M. Miller
on behalf of Defendant Travelers Casualty and Surety Company (successor-in-interest to Aetna Casualty and Surety Company) geoffrey.miller@dentons.com docket.general.lit.nyc@dentons.com

Geoffrey M. Miller
on behalf of Interested Party St. Paul Fire and Marine Insurance Company geoffrey.miller@dentons.com docket.general.lit.nyc@dentons.com

Geoffrey M. Miller
on behalf of Interested Party St. Paul Fire and Marine Insurance Company St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company (successor in interest to Aetna Casualty and Surety Company), Travelers Indemnity geoffrey.miller@dentons.com, docket.general.lit.nyc@dentons.com

Geoffrey M. Miller
on behalf of Interested Party St. Paul Mercury Insurance Company geoffrey.miller@dentons.com docket.general.lit.nyc@dentons.com

Geoffrey M. Miller
on behalf of Defendant St. Paul Fire and Marine Insurance Company geoffrey.miller@dentons.com docket.general.lit.nyc@dentons.com

Geoffrey M. Miller
on behalf of Interested Party U.S. Fidelity and Guaranty Company geoffrey.miller@dentons.com docket.general.lit.nyc@dentons.com

Glenn Fencl
on behalf of Defendant The National Catholic Risk Retention Group fenclg@jbltd.com castom@jbltd.com

Grady Campion
on behalf of Interested Party Peerless Insurance Company grcampion@mintz.com EMFarrell@mintz.com;mtalario@mintz.com

Grady Campion
on behalf of Interested Party Liberty Mutual Insurance Company grcampion@mintz.com EMFarrell@mintz.com;mtalario@mintz.com

Grady Campion
on behalf of Defendant Liberty Mutual Insurance Company grcampion@mintz.com EMFarrell@mintz.com;mtalario@mintz.com

Grady Campion
on behalf of Interested Party Excelsior Insurance Company grcampion@mintz.com EMFarrell@mintz.com;mtalario@mintz.com

Grayson T. Walter
on behalf of Debtor The Diocese of Buffalo N.Y. gwalter@bsk.com, kdoner@bsk.com;CourtMail@bsk.com

Grayson T. Walter
on behalf of Plaintiff The Diocese of Buffalo N.Y. gwalter@bsk.com, kdoner@bsk.com;CourtMail@bsk.com

Gregory J. McDonald
on behalf of Debtor The Diocese of Buffalo N.Y. gjmcdonald@bsk.com, Kleo@bsk.com

Harry Lee
on behalf of Defendant Zurich American Insurance Company hlee@steptoe.com

Harry Lee
on behalf of Defendant Providence Washington Insurance Company hlee@steptoe.com

Harry Lee
on behalf of Interested Party Providence Washington Insurance Company hlee@steptoe.com

Harry Lee
on behalf of Interested Party Zurich American Insurance Company hlee@steptoe.com

Harry Lee
on behalf of Interested Party American Guarantee and Liability Insurance Company hlee@steptoe.com

Heather M. Baumeister
on behalf of Notice of Appearance Creditor Richard LaPorta hbaumeister@lotempiopc.com

Heather M. Baumeister
     on behalf of Notice of Appearance Creditor Hunter Cogi Wolfe hbaumeister@lotempiopc.com

Iain A.W. Nasatir
     on behalf of Creditor Committee Official Committee of Unsecured Creditors inasatir@pszjlaw.com

Ilan D Scharf
     on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors ischarf@pszjlaw.com
nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ilan D Scharf
     on behalf of Interested Party Official Committee of Unsecured Creditors ischarf@pszjlaw.com
nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ilan D Scharf
     on behalf of Creditor Committee Official Committee of Unsecured Creditors ischarf@pszjlaw.com
nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ilan D Scharf
     on behalf of Interested Party The Official Committee of Unsecured Creditors ischarf@pszjlaw.com
nhall@pszjlaw.com;nrobinson@pszjlaw.com

J. Michael Hayes
     on behalf of Defendant JMH 100 Doe et al jmh@jmichaelhayes.com

James C. Thoman
     on behalf of Debtor The Diocese of Buffalo N.Y. jthoman@hodgsonruss.com,
cnapiers@hodgsonruss.com;mheftka@hodgsonruss.com;courtmail@hodgsonruss.com

James I. Stang
     on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors jstang@pszjlaw.com

James R Marsh
     on behalf of Interested Party Certain Abuse Survivors jamesmarsh@marsh.law

James R Marsh
     on behalf of Creditor Scott Yerger jamesmarsh@marsh.law

James R Marsh
     on behalf of Interested Party MLF Doe jamesmarsh@marsh.law

James R Murray
     on behalf of Debtor The Diocese of Buffalo N.Y. Jim.Murray@BlankRome.com, edocketing@blankrome.com

James R Murray
     on behalf of Other Professional Blank Rome LLP Jim.Murray@BlankRome.com, edocketing@blankrome.com

James S. Carter
     on behalf of Plaintiff The Diocese of Buffalo N.Y. james.carter@blankrome.com

Jason P. Amala
     on behalf of Creditor Marsh/PCVA Claimant jason@pcvalaw.com
mfilomeno@pcvalaw.com;mmoore@pcvalaw.com;kweaver@pcvalaw.com

Jeffrey A. Carlino
     on behalf of Interested Party Selective Insurance Company of New York jacarlino@kslnlaw.com paschuster@kslnlaw.com

Jeffrey A. Carlino
     on behalf of Defendant Selective Insurance Company of America (formerly known as Exchange Mutual Insurance Company)
jacarlino@kslnlaw.com paschuster@kslnlaw.com

Jeffrey Austin Dove
     on behalf of Counter-Claimant The Continental Insurance Company jdove@barclaydamon.com
avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
     on behalf of Defendant National Union Fire Insurance Company of Pittsburgh PA jdove@barclaydamon.com,
avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
     on behalf of Cross Defendant The Continental Insurance Company jdove@barclaydamon.com
avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
     on behalf of Cross Defendant National Union Fire Insurance Company of Pittsburgh PA jdove@barclaydamon.com,
avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
     on behalf of Defendant The Continental Insurance Company jdove@barclaydamon.com
avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
     on behalf of Notice of Appearance Creditor The Continental Insurance Company jdove@barclaydamon.com

avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove

on behalf of Cross-Claimant National Union Fire Insurance Company of Pittsburgh  PA jdove@barclaydamon.com,
avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey F. Reina

on behalf of Defendant JMH 100 Doe  et al jreina@lglaw.com, pjohnson@lglaw.com

Jeffrey L. Kingsley

on behalf of Notice of Appearance Creditor Wausau Underwriters Insurance Company jkingsley@goldbergsegalla.com
kallen@goldbergsegalla.com

Jeffrey L. Kingsley

on behalf of Defendant Nationwide Insurance Company of America jkingsley@goldbergsegalla.com
kallen@goldbergsegalla.com

Jeffrey L. Kingsley

on behalf of Defendant Wausau Underwriters Insurance Company jkingsley@goldbergsegalla.com  kallen@goldbergsegalla.com

Jeffrey L. Kingsley

on behalf of Cross Defendant Wausau Underwriters Insurance Company jkingsley@goldbergsegalla.com
kallen@goldbergsegalla.com

Jeffrey L. Kingsley

on behalf of Defendant Employers Insurance Company of Wausau (f/k/a Employers Insurance of Wausau A Mutual Company
f/k/a Employers Mutual Liability Insurance Company of Wisconsin) jkingsley@goldbergsegalla.com
kallen@goldbergsegalla.com

Jeffrey L. Kingsley

on behalf of Notice of Appearance Creditor Employers Insurance Company of Wausau (formerly known as Employers Insurance
of Wausau A Mutual Company formerly known as Employers Mutual Liability Insurance Company of Wisconsin)
jkingsley@goldbergsegalla.com  kallen@goldbergsegalla.com

Jeffrey L. Kingsley

on behalf of Cross Defendant Employers Insurance Company of Wausau (formally known as Employers Insurance of Wausau A
Mutual Company formerly known as Employers Mutual Liability Insurance Company of Wisconsin)
jkingsley@goldbergsegalla.com  kallen@goldbergsegalla.com

Jeffrey L. Kingsley

on behalf of Defendant Employers Insurance Company of Wausau (formally known as Employers Insurance of Wausau A Mutual
Company formerly known as Employers Mutual Liability Insurance Company of Wisconsin) jkingsley@goldbergsegalla.com
kallen@goldbergsegalla.com

Jeffrey Robert Anderson

on behalf of Notice of Appearance Creditor Certain Personal Injury Creditors jeff@andersonadvocates.com
therese@andersonadvocates.com;erin@andersonadvocates.com;stacey@andersonadvocates.com

Jeffrey Robert Anderson

on behalf of Interested Party Certain Abuse Survivors jeff@andersonadvocates.com
therese@andersonadvocates.com;erin@andersonadvocates.com;stacey@andersonadvocates.com

Jennifer Anne Ehman

on behalf of Defendant The National Catholic Risk Retention Group jae@hurwitzfine.com
kathik@hurwitzfine.com;donnab@hurwitzfine.com

Jesse Bair

on behalf of Creditor Committee Official Committee of Unsecured Creditors jbair@burnsbair.com
kdempski@burnsbair.com,bhorn@burnsbair.com

Jesse Bair

on behalf of Special Counsel Burns Bair LLP jbair@burnsbair.com  kdempski@burnsbair.com,bhorn@burnsbair.com

Jillian Dennehy

on behalf of Interested Party TIG Insurance Company jillian.dennehy@kennedyslaw.com

Jillian Dennehy

on behalf of Defendant North River Insurance Company jillian.dennehy@kennedyslaw.com

Jillian Dennehy

on behalf of Interested Party North River Insurance Company jillian.dennehy@kennedyslaw.com

Jillian Dennehy

on behalf of Defendant U.S. Fire Insurance Company jillian.dennehy@kennedyslaw.com

Jillian Dennehy

on behalf of Defendant TIG Insurance Company (successor-in-interest to American Surety Company of New York)
jillian.dennehy@kennedyslaw.com

Jillian Dennehy

on behalf of Interested Party U.S. Fire Insurance Company jillian.dennehy@kennedyslaw.com

Jin Yan

on behalf of Interested Party Catholic Mutual Relief Society of America jin.yan@afslaw.com

John Grossbart

on behalf of Interested Party Travelers Casualty and Surety Company and Traveler's Indemnity Company john.grossbart@dentons.com

John Maloney

on behalf of Interested Party Hartford Fire Insurance Company jmaloney@lawgmm.com

John Maloney

on behalf of Defendant The Hartford Financial Services Group (successor-in-interest to Hartford Accident and Indemnity Company and Hartford Fire Insurance Company) jmaloney@lawgmm.com

John Maloney

on behalf of Interested Party Hartford Accident and Indemnity Company jmaloney@lawgmm.com

John A. Mueller

on behalf of Notice of Appearance Creditor The Eudists - Congregation of Jesus and Mary  Inc. jmueller@lippes.com, jtenczar@lippes.com;mbrennan@lippes.com;rizzo@lippes.com

John A. Mueller

on behalf of Notice of Appearance Creditor Franciscan Friars - Our Lady of Angels Province  Inc. jmueller@lippes.com, jtenczar@lippes.com;mbrennan@lippes.com;rizzo@lippes.com

John A. Mueller

on behalf of Notice of Appearance Creditor Oblates of St. Francis DeSales jmueller@lippes.com jtenczar@lippes.com;mbrennan@lippes.com;rizzo@lippes.com

John A. Mueller

on behalf of Notice of Appearance Creditor St. Francis High School of Athol Springs  N.Y. jmueller@lippes.com, jtenczar@lippes.com;mbrennan@lippes.com;rizzo@lippes.com

John D. Goetz

on behalf of Special Counsel Jones Day jdgoetz@jonesday.com  nyeary@jonesday.com;mmelvin@jonesday.com

John D. Goetz

on behalf of Debtor The Diocese of Buffalo  N.Y. jdgoetz@jonesday.com, nyeary@jonesday.com;mmelvin@jonesday.com

John Frederick O'Connor, Jr

on behalf of Defendant Zurich American Insurance Company joconnor@steptoe.com

John Frederick O'Connor, Jr

on behalf of Defendant Providence Washington Insurance Company joconnor@steptoe.com

John Frederick O'Connor, Jr

on behalf of Interested Party Providence Washington Insurance Company joconnor@steptoe.com

John Frederick O'Connor, Jr

on behalf of Interested Party American Guarantee and Liability Insurance Company joconnor@steptoe.com

John Frederick O'Connor, Jr

on behalf of Interested Party Zurich American Insurance Company joconnor@steptoe.com

John J. Flaherty

on behalf of Defendant JMH 100 Doe  et al flarelaw@gmail.com, joanneaschultz@aol.com

Jon Travis Powers

on behalf of Cross Defendant Fireman's Fund Insurance Company powerst@whiteandwilliams.com mglowinski@hodgsonruss.com

Jonathan Schapp

on behalf of Interested Party Nationwide Insurance Company of America jschapp@goldbergsegalla.com kallen@goldbergsegalla.com

Jonathan Schapp

on behalf of Defendant Employers Insurance Company of Wausau (f/k/a Employers Insurance of Wausau A Mutual Company f/k/a Employers Mutual Liability Insurance Company of Wisconsin) jschapp@goldbergsegalla.com  kallen@goldbergsegalla.com

Jonathan Schapp

on behalf of Defendant Employers Insurance Company of Wausau (formally known as Employers Insurance of Wausau A Mutual Company formally known as Employers Mutual Liability Insurance Company of Wisconsin) jschapp@goldbergsegalla.com kallen@goldbergsegalla.com

Jonathan Schapp

on behalf of Cross Defendant Wausau Underwriters Insurance Company jschapp@goldbergsegalla.com kallen@goldbergsegalla.com

Jonathan Schapp

on behalf of Defendant Wausau Underwriters Insurance Company jschapp@goldbergsegalla.com  kallen@goldbergsegalla.com

Jonathan Schapp

on behalf of Cross Defendant Employers Insurance Company of Wausau (formally known as Employers Insurance of Wausau A Mutual Company formally known as Employers Mutual Liability Insurance Company of Wisconsin)

jschapp@goldbergsegalla.com  kallen@goldbergsegalla.com

Jonathan Schapp

on behalf of Notice of Appearance Creditor Employers Insurance Company of Wausau (formerly known as Employers Insurance of Wausau A Mutual Company formerly known as Employers Mutual Liability Insurance Company of Wisconsin) jschapp@goldbergsegalla.com  kallen@goldbergsegalla.com

Jonathan Schapp

on behalf of Defendant Nationwide Insurance Company of America jschapp@goldbergsegalla.com  kallen@goldbergsegalla.com

Jonathan Schapp

on behalf of Notice of Appearance Creditor Wausau Underwriters Insurance Company jschapp@goldbergsegalla.com kallen@goldbergsegalla.com

Jonathan Schapp

on behalf of Interested Party Nationwide Mutual Insurance Company (f/k/a Farm Bureau Mutual Automobile Insurance Company) jschapp@goldbergsegalla.com  kallen@goldbergsegalla.com

Jonathan D Marshall

on behalf of Defendant Liberty Mutual Insurance Company jmarshall@choate.com  jonathan-marshall-4638@ecf.pacerpro.com

Jonathan D Marshall

on behalf of Interested Party Peerless Insurance Company jmarshall@choate.com  jonathan-marshall-4638@ecf.pacerpro.com

Jonathan D Marshall

on behalf of Interested Party Excelsior Insurance Company jmarshall@choate.com  jonathan-marshall-4638@ecf.pacerpro.com

Jonathan D Marshall

on behalf of Interested Party Liberty Mutual Insurance Company jmarshall@choate.com jonathan-marshall-4638@ecf.pacerpro.com

Joseph Mark Fisher

on behalf of Interested Party Catholic Mutual Relief Society of America mfisher@schiffhardin.com edocket@afslaw.com;brett.goodman@afslaw.com;matthew.bentley@afslaw.com;lisa.indelicato@afslaw.com

Joseph Mark Fisher

on behalf of Defendant Catholic Mutual Group mfisher@schiffhardin.com edocket@afslaw.com;brett.goodman@afslaw.com;matthew.bentley@afslaw.com;lisa.indelicato@afslaw.com

Joseph W. Allen

USTPRegion02.bu.ecf@usdoj.gov  Joseph.W.Allen@usdoj.gov

Judith Treger Shelton

on behalf of Defendant Selective Insurance Company of America (formerly known as Exchange Mutual Insurance Company) jtshelton@kslnlaw.com

Judith Treger Shelton

on behalf of Interested Party Selective Insurance Company of New York jtshelton@kslnlaw.com

Justin S Krell

on behalf of Debtor The Diocese of Buffalo  N.Y. jkrell@bsk.com

Karen B. Dine

on behalf of Creditor Committee Official Committee of Unsecured Creditors kdine@pszjlaw.com

Karen M Dixon

on behalf of Defendant Great American Insurance Company (successor-in-interest to Agricultural Insurance Company) kdixon@skarzynski.com

Kathleen Thomas

on behalf of Notice of Appearance Creditor Certain Personal Injury Creditors kat@tlclawllc.com

Kevin R. Lelonek

on behalf of Defendant Catholic Mutual Group klelonek@gross-shuman.com  rrottaris@gross-shuman.com

Kevin T. Stocker

on behalf of Creditor KS-Doe-1 et al kstockeresq@yahoo.com

Kevin T. Stocker

on behalf of Respondent KS-Doe-1 et al kstockeresq@yahoo.com

Laura Anne Brady

on behalf of Interested Party Selective Insurance Company of New York lbrady@cmg.law

Laura Anne Brady

on behalf of Defendant Selective Insurance Company of America (formerly known as Exchange Mutual Insurance Company) lbrady@coughlinduffy.com

Laura B. Stephens

on behalf of Interested Party Peerless Insurance Company lbstephens@mintz.com

Laura B. Stephens

on behalf of Interested Party Liberty Mutual Insurance Company lbstephens@mintz.com

Laura B. Stephens

on behalf of Interested Party Excelsior Insurance Company lbstephens@mintz.com

Laura B. Stephens

on behalf of Defendant Liberty Mutual Insurance Company lbstephens@mintz.com

Lauren Lifland

on behalf of Notice of Appearance Creditor The Continental Insurance Company lauren.lifland@wilmerhale.com

Leah Costanzo

on behalf of Interested Party Certain Abuse Survivors lcostanzo@steveboyd.com

Lee E. Woodard

on behalf of Notice of Appearance Creditor USA Northeast Province of the Society of Jesus bkemail@harrisbeach.com
efilings@harrisbeach.com;broy@harrisbeach.com

Linda H. Joseph

on behalf of Interested Party Michael Harrington ljoseph@sjalegal.com  cbinkowski@sjalegal.com

Linda Singer Roth

on behalf of Interested Party Sisters of Good Shepherd and the Roman Catholic Religious Institute of the Religious of the Good
Shepherd lroth@archerlaw.com

Louis J. Testa

on behalf of Notice of Appearance Creditor New York State Office of Parks  Recreation & Historic Preservation
louis.testa@ag.ny.gov

Louis J. Testa

on behalf of Notice of Appearance Creditor People of the State of New York louis.testa@ag.ny.gov

Lucas B. Franken

on behalf of Creditor Marsh/PCVA Claimant lfranken@pcvalaw.com  mfilomeno@pcvalaw.com

Lucas B. Franken

on behalf of Notice of Appearance Creditor Marsh/PCVA Claimants lfranken@pcvalaw.com  mfilomeno@pcvalaw.com

M. Keith Moskowitz

on behalf of Interested Party Travelers Casualty and Surety Company and Traveler's Indemnity Company
keith.moskowitz@dentons.com

M. Paul Gorfinkel

on behalf of Notice of Appearance Creditor Utica Mutual Insurance Company paul.gorfinkel@rivkin.com

M. Paul Gorfinkel

on behalf of Notice of Appearance Creditor Sentry Insurance Company as successor to Middlesex Mutual Insurance Company
paul.gorfinkel@rivkin.com

Margaret F. Catalano

on behalf of Defendant TIG Insurance Company (successor-in-interest to American Surety Company of New York)
meg.catalano@kennedyslaw.com

Margaret F. Catalano

on behalf of Interested Party TIG Insurance Company meg.catalano@kennedyslaw.com

Margaret F. Catalano

on behalf of Defendant North River Insurance Company meg.catalano@kennedyslaw.com

Margaret F. Catalano

on behalf of Interested Party U.S. Fire Insurance Company meg.catalano@kennedyslaw.com

Margaret F. Catalano

on behalf of Defendant U.S. Fire Insurance Company meg.catalano@kennedyslaw.com

Margaret F. Catalano

on behalf of Interested Party North River Insurance Company meg.catalano@kennedyslaw.com

Marianne May

on behalf of Notice of Appearance Creditor Century Indemnity Company marianne.may@clydeco.us

Marianne May

on behalf of Interested Party Century Indemnity  as successor in interest to Insurance Company of North America, as successor in
interest to Indemnity Insurance Company of North America marianne.may@clydeco.us

Marianne May

on behalf of Defendant Insurance Company of North America marianne.may@clydeco.us

Marianne May

on behalf of Defendant Indemnity Insurance Company of North America marianne.may@clydeco.us

Marianne May

on behalf of Defendant Century Indemnity Company marianne.may@clydeco.us

Marianne May

on behalf of Interested Party U.S. Fire Insurance Company marianne.may@clydeco.us

Marianne May

on behalf of Defendant Ace Property and Casualty Insurance (successor-in-interest to Aetna Insurance Company) marianne.may@clydeco.us

Marianne May

on behalf of Interested Party Aetna Insurance Company f/k/a CIGNA Property & Casualty Insurance Company and n/k/a ACE Property & Casualty Insurance Company marianne.may@clydeco.us

Marianne May

on behalf of Defendant Federal Insurance Company marianne.may@clydeco.us

Marianne May

on behalf of Interested Party Pacific Employers Insurance Company marianne.may@clydeco.us

Mark D. Plevin

on behalf of Defendant The Continental Insurance Company mplevin@plevinturner.com mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Mark D. Plevin

on behalf of Counter-Claimant The Continental Insurance Company mplevin@plevinturner.com mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Mark D. Plevin

on behalf of Notice of Appearance Creditor The Continental Insurance Company mplevin@plevinturner.com mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Martin A. Mooney

on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. lgadomski@schillerknapp.com  kcollins@schillerknapp.com;TJohnson@schillerknapp.com

Martin A. Mooney

on behalf of Notice of Appearance Creditor New York State Office of Parks  Recreation & Historic Preservation Martin.Mooney@ag.ny.gov, kcollins@schillerknapp.com;TJohnson@schillerknapp.com

Matthew Griffin Merson

on behalf of Creditor Anthony J Sciolino mmerson@mersonlaw.com

Matthew Griffin Merson

on behalf of Creditor Howard Zwelling mmerson@mersonlaw.com

Matthew Griffin Merson

on behalf of Interested Party Certain Abuse Survivors mmerson@mersonlaw.com

Matthew Griffin Merson

on behalf of Notice of Appearance Creditor Certain Personal Injury Creditors mmerson@mersonlaw.com

Matthew Griffin Merson

on behalf of Creditor John Doe mmerson@mersonlaw.com

Meghan Hayes

on behalf of Interested Party Boys and Girls Club of Jamestown  Inc. mhayes@websterszanyi.com, jconnors@websterszanyi.com;efile@websterszanyi.com

Michael Finnegan

on behalf of Creditor AB 13 Doe mike@andersonadvocates.com  therese@andersonadvocates.com,erin@andersonadvocates.com

Michael Finnegan

on behalf of Notice of Appearance Creditor Certain Personal Injury Creditors mike@andersonadvocates.com therese@andersonadvocates.com,erin@andersonadvocates.com

Michael Finnegan

on behalf of Interested Party Certain Abuse Survivors mike@andersonadvocates.com therese@andersonadvocates.com,erin@andersonadvocates.com

Michael Finnegan

on behalf of Creditor AB 141 Doe mike@andersonadvocates.com therese@andersonadvocates.com,erin@andersonadvocates.com

Michael Finnegan

on behalf of Creditor Michael F. Whalen  Jr. mike@andersonadvocates.com, therese@andersonadvocates.com,erin@andersonadvocates.com

Michael Finnegan

on behalf of Creditor AB 45 Doe mike@andersonadvocates.com  therese@andersonadvocates.com,erin@andersonadvocates.com

Michael Finnegan

on behalf of Creditor AB 136 Doe mike@andersonadvocates.com therese@andersonadvocates.com,erin@andersonadvocates.com

Michael Finnegan

on behalf of Creditor AB 299 Doe mike@andersonadvocates.com

therese@andersonadvocates.com,erin@andersonadvocates.com

Michael Finnegan

on behalf of Creditor AB 393 Doe mike@andersonadvocates.com
therese@andersonadvocates.com,erin@andersonadvocates.com

Michael Finnegan

on behalf of Creditor AB 3 Doe mike@andersonadvocates.com  therese@andersonadvocates.com,erin@andersonadvocates.com

Michael Finnegan

on behalf of Creditor AB 8 Doe mike@andersonadvocates.com  therese@andersonadvocates.com,erin@andersonadvocates.com

Michael Finnegan

on behalf of Creditor James Bottlinger mike@andersonadvocates.com
therese@andersonadvocates.com,erin@andersonadvocates.com

Michael Finnegan

on behalf of Creditor Brian Kirst mike@andersonadvocates.com  therese@andersonadvocates.com,erin@andersonadvocates.com

Michael Margulies

on behalf of Defendant National Union Fire Insurance Company of Pittsburgh  PA mmargulies@carltonfields.com

Michael M. Marick

on behalf of Defendant Great American Insurance Company (successor-in-interest to Agricultural Insurance Company)
mmarick@skarzynski.com

Michael T. Glascott

on behalf of Defendant Unigard Insurance Company (successor-in-interest to Jamestown Mutual Insurance Company)
mglascott@goldbergsegalla.com  mperessotti@goldbergsegalla.com

Miranda Turner

on behalf of Notice of Appearance Creditor The Continental Insurance Company mturner@plevinturner.com

Miranda Turner

on behalf of Defendant The Continental Insurance Company mturner@plevinturner.com

Miranda Turner

on behalf of Cross Defendant The Continental Insurance Company mturner@plevinturner.com

Miranda Turner

on behalf of Counter-Claimant The Continental Insurance Company mturner@plevinturner.com

Mitchell Garabedian

on behalf of Creditor Richard Brownell mgarabedian@garabedianlaw.com

Mitchell Garabedian

on behalf of Creditor Wayne Bortle mgarabedian@garabedianlaw.com

Mitchell Garabedian

on behalf of Interested Party Richard Brownell mgarabedian@garabedianlaw.com

Mitchell Garabedian

on behalf of Creditor Gail Holler-Kennedy mgarabedian@garabedianlaw.com

Mitchell Garabedian

on behalf of Creditor Carolyn Anderson mgarabedian@garabedianlaw.com

Nancy D Adams

on behalf of Interested Party Excelsior Insurance Company ndadams@mintz.com

Nancy D Adams

on behalf of Interested Party Liberty Mutual Insurance Company ndadams@mintz.com

Nancy D Adams

on behalf of Defendant Liberty Mutual Insurance Company ndadams@mintz.com

Nancy D Adams

on behalf of Interested Party Peerless Insurance Company ndadams@mintz.com

Neil J. Smith

on behalf of Notice of Appearance Creditor Our Lady of Victory Institutions  Inc nsmith@mackenziehughes.com,
mallen@mackenziehughes.com

Nora Anne Valenza-Frost

on behalf of Defendant National Union Fire Insurance Company of Pittsburgh  PA nvalenza-frost@carltonfields.com

Paul Wesley Kucinski, Jr

on behalf of Creditor Chappelle Villas Condominium B pkucinskijr@phillipslytle.com

Peter Keane

on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors pkeane@pszjlaw.com

Randall D. White

on behalf of Special Counsel Connors LLP rdw@connors-vilardo.com  sb@connors-vilardo.com;ebh@connors-vilardo.com

Raymond L. Fink

on behalf of Notice of Appearance Creditor Catholic Charities of Buffalo  N.Y. rfink@lippes.com, jmueller@lippes.com;mbrennan@lippes.com

Rick Weisbeck, Jr

on behalf of Defendant JMH 100 Doe  et al rweisbeck@lglaw.com

Rick Weisbeck, Jr

on behalf of Attorney Lipsitz Green Scime Cambria LLP rweisbeck@lglaw.com

Robert Sweeney

on behalf of Defendant Certain Underwriters at Lloyds  London and Certain London Market Companies robert.sweeney@clydeco.us

Robert Sweeney

on behalf of Interested Party Certain Underwriters at Lloyd's  London robert.sweeney@clydeco.us

Robert E Gallagher, Jr

on behalf of Respondent AB 529 Doe rgallagher@steveboyd.com

Robert E Gallagher, Jr

on behalf of Respondent AB 527 Doe rgallagher@steveboyd.com

Robert Gerard Scumaci

on behalf of Debtor The Diocese of Buffalo  N.Y. rscumaci@gmclaw.com, kwaszak@gmclaw.com

Robert Gerard Scumaci

on behalf of Special Counsel Gibson  McAskill & Crosby, LLP rscumaci@gmclaw.com, kwaszak@gmclaw.com

Robert J. Feldman

on behalf of Interested Party Catholic Mutual Relief Society of America rfeldman@gross-shuman.com lspula@gross-shuman.com

Robert J. Feldman

on behalf of Cross Defendant Catholic Mutual Group rfeldman@gross-shuman.com  lspula@gross-shuman.com

Robert J. Feldman

on behalf of Defendant Catholic Mutual Group rfeldman@gross-shuman.com  lspula@gross-shuman.com

Robert Kevin Malone

on behalf of Defendant Selective Insurance Company of America (formerly known as Exchange Mutual Insurance Company) rmalone@gibbonslaw.com

Robert Kevin Malone

on behalf of Interested Party Selective Insurance Company of New York rmalone@gibbonslaw.com

Robert Wagner DiUbaldo

on behalf of Defendant National Union Fire Insurance Company of Pittsburgh  PA rdiubaldo@carltonfields.com

Robert Wagner DiUbaldo

on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh  Pa. rdiubaldo@carltonfields.com

Sara C. Temes

on behalf of Debtor The Diocese of Buffalo  N.Y. stemes@bsk.com, CourtMail@bsk.com;kdoner@bsk.com;tayers@bsk.com

Scott J. Bogucki

on behalf of Creditor Committee Official Committee of Unsecured Creditors sbogucki@gmwlawyers.com boguckisr48948@notify.bestcase.com;jsymack@gmwlawyers.com;lsachdev@gmwlawyers.com

Scott J. Bogucki

on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors sbogucki@gmwlawyers.com boguckisr48948@notify.bestcase.com;jsymack@gmwlawyers.com;lsachdev@gmwlawyers.com

Scott J. Bogucki

on behalf of Interested Party The Official Committee of Unsecured Creditors sbogucki@gmwlawyers.com boguckisr48948@notify.bestcase.com;jsymack@gmwlawyers.com;lsachdev@gmwlawyers.com

Sharon Angelino

on behalf of Defendant Unigard Insurance Company (successor-in-interest to Jamestown Mutual Insurance Company) sangelino@goldbergsegalla.com

Sharon Angelino

on behalf of Interested Party QBE Insurance Corporation as successor-in-interest to Unigard Insurance Company (successor-in-interest to Jamestown Mutual Insurance Company) sangelino@goldbergsegalla.com

Siobhain Patricia Minarovich

on behalf of Defendant Firemans Fund Insurance Company minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich

on behalf of Defendant Fireman's Fund Insurance Company minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich

on behalf of Cross Defendant Fireman's Fund Insurance Company minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich

on behalf of Notice of Appearance Creditor Fireman's Fund Insurance Company minarovichs@whiteandwilliams.com

Stacey Benson

on behalf of Notice of Appearance Creditor Certain Personal Injury Creditors stacey@andersonadvocates.com erin@andersonadvocates.com;therese@andersonadvocates.com

Stephen Boyd

on behalf of Notice of Appearance Creditor Certain Personal Injury Creditors sboyd@steveboyd.com  rmatuzic@steveboyd.com

Stephen Boyd

on behalf of Notice of Appearance Creditor AB 1 Doe sboyd@steveboyd.com  rmatuzic@steveboyd.com

Stephen A. Donato

on behalf of Attorney Bond  Schoeneck & King, PLLC sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen A. Donato

on behalf of Debtor The Diocese of Buffalo  N.Y. sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen A. Donato

on behalf of Other Professional Blank Rome  LLP sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen A. Donato

on behalf of Plaintiff The Diocese of Buffalo  N.Y. sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen A. Donato

on behalf of Counter-Defendant The Diocese of Buffalo  N.Y. sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen Andrew Sharkey

on behalf of Debtor The Diocese of Buffalo  N.Y. ssharkey@bsk.com, rhynes@bsk.com;cmccormick@bsk.com;courtmail@bsk.com

Stephenie Lannigan Bross

on behalf of Notice of Appearance Creditor Certain Personal Injury Creditors sbross@sssfirm.com

Steven Gary Adams

on behalf of Defendant Arrowood Indemnity Company (successor-in-interest to American and Foreign Insurance Company  Eagle Indemnity Company of New York, Globe Indemnity Company, Phoenix Assurance Company of NY, New Am sadams@cmg.law, dclare@cmg.law

Steven M. Cohen

on behalf of Interested Party HW 1 Doe  et al scohen@hoganwillig.com, ssweeney@tiveronlaw.com;abanks@tiveronlaw.com;abanks@tiveronlaw.com;kakin@tiveronlaw.com;abanks@tiveronlaw.com

Stuart I. Gordon

on behalf of Notice of Appearance Creditor Sentry Insurance Company as successor to Middlesex Mutual Insurance Company stuart.gordon@rivkin.com

Stuart I. Gordon

on behalf of Notice of Appearance Creditor Hanover Insurance Company stuart.gordon@rivkin.com

Stuart I. Gordon

on behalf of Notice of Appearance Creditor Utica Mutual Insurance Company stuart.gordon@rivkin.com

Tancred Schiavoni

on behalf of Interested Party Century Indemnity  as successor in interest to Insurance Company of North America, as successor in interest to Indemnity Insurance Company of North America tschiavoni@omm.com, tancred-schiavoni-9326@ecf.pacerpro.com

Tancred Schiavoni

on behalf of Interested Party Aetna Insurance Company f/k/a CIGNA Property & Casualty Insurance Company and n/k/a ACE Property & Casualty Insurance Company tschiavoni@omm.com  tancred-schiavoni-9326@ecf.pacerpro.com

Tancred Schiavoni

on behalf of Interested Party Pacific Employers Insurance Company tschiavoni@omm.com tancred-schiavoni-9326@ecf.pacerpro.com

Tancred Schiavoni

on behalf of Interested Party U.S. Fire Insurance Company tschiavoni@omm.com  tancred-schiavoni-9326@ecf.pacerpro.com

Tanya Mascarich

on behalf of Defendant Arrowood Indemnity Company (successor-in-interest to American and Foreign Insurance Company  Eagle Indemnity Company of New York, Globe Indemnity Company, Phoenix Assurance Company of NY, New Am tmascarich@cmg.law

Tanya Mascarich

on behalf of Interested Party Arrowood Indemnity Company successor-in-interest to American and Foreign Insurance Company Eagle Indemnity Company of New York, Globe Indemnity Co tmascarich@cmg.law

Thomas W. Simcoe

on behalf of Debtor The Diocese of Buffalo N.Y. tsimcoe@bsk.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Pauls Roman Catholic Church Society of Kenmore tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Queen of Martyrs Roman Catholic Church Society of Cheektowaga New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Joseph Roman Catholic Church Society of Lyndonville N.Y. n/k/a Our Lady of the Lake Roman Catholic Parish of Barker and Lyndonville, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Christophers Roman Catholic Church Society of Tonawanda tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Saints Peter and Pauls Roman Catholic Church Society of Williamsville tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Leos Roman Catholic Society of Eggertsville N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Thomas More Ripley tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of Pompeii Roman Catholic Church of Lancaster tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of Loretto Roman Catholic Church Society tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Judes Roman Catholic Church Society of Sardinia New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The Holy Family Roman Catholic Church Society of the City of Buffalo n/k/a Our Lady of Charity Catholic Parish tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Anns Roman Catholic Church of Buffalo N.Y. n/k/a Sts. Columba-Brigid Roman Catholic Church of Buffalo, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. John Bosco Roman Catholic Church Society of Sheridan N.Y. n/k/a Our Lady of Mount Carmel Roman Catholic Church Society of Silver Creek, N.Y., tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Francis of Assisi Roman Catholic Church Society of Buffalo n/k/a St. Katharine Drexel Roman Catholic Church Society of Buffalo N.Y tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Gabriels Roman Catholic Church Society of Blossom tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Josephs Roman Catholic Church of Niagara Falls N.Y. n/k/a Holy Family of Jesus, Mary, and Joseph Roman Catholic Church of Niagara Falls, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Luke R.C. Church Society of Buffalo NY tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Mary of Immaculate Conception RCC Society tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Josephs Roman Catholic Church Society of Gowanda N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Lawrences Roman Catholic Church Society of Buffalo tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff All Saints Roman Catholic Church Society of Buffalo tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Marys Roman Catholic Church Society of Batavia N.Y. n/k/a Resurrection Roman Catholic Parish of Batavia, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of Victory National Shrine Lackawanna tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Josephs Roman Catholic Society of Buffalo NY tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The Holy Cross Roman Catholic Church Society of Salamanca New York n/k/a St. Patricks Roman Catholic Church Society of Limestone, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Marys Catholic Church Society of East Eden n/k/a St. John Baptists Rom. Cath. Church Society of Boston N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The Assumption Roman Catholic Church Society of Portageville N.Y. n/k/a Saint Isidore Roman Catholic Parish of Perry, New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The Visitation Roman Catholic Church Society of Buffalo N.Y. n/k/a St. Katharine Drexel Roman Catholic Church Society of Buffalo N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Saint Gerards Roman Catholic Church Society of Buffalo N.Y. n/k/a Blessed Trinity Roman Catholic Church Society of Buffalo, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Saint Martins Roman Catholic Church Society tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Josephs Roman Catholic Church Society of Perry (Wyom. Co. NY) n/k/a Saint Isidore Roman Catholic Parish of Perry tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Patricks Roman Catholic Church Society of Randolph N. Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Josephs Roman Catholic Church Society of North Tonawanda New York n/k/a Our Lady of Czestochowa Roman Catholic Church Society of North Tonawanda, New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Leos Roman Catholic Church Society tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Josephs Cath. Church of Holland tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Immaculate Heart of Mary Roman. Catholic Church Society of Buffalo New York n/k/a St. Aloysius Gonzaga Roman Catholic Church Society of Cheektowaga, New York, Incorporated tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The Queen of Peace Roman Catholic Church Society of Buffalo n/k/a Saint John Gualbertus Roman Catholic Church Society of Cheektowaga Erie Co., N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff SS. Peter and Paul Roman Catholic Church Society of Depew New York n/k/a Our Lady of Pompeii Roman Catholic Church of Lancaster tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of Lebanon Roman Catholic Church Society of Niagara Falls n/k/a Divine Mercy Roman Catholic Parish of Niagara Falls N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Pacificus Church & Cemetery Association of Humphrey n/k/a The Holy Name of Mary Roman Catholic Church Society of Ellicottville N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. John the Baptist R.C. Church Society of Alden Center New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Marys Roman Catholic Church Society of Strykersville n/k/a St. John Neumann Roman Catholic Church of Wyoming County tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The Holy Fourteen Helpers of the Town of West Seneca Middle Ebenezer tlyster@woodsoviatt.com,

District/off: 0209-1

User: admin

Page 18 of 30

Date Rcvd: Jul 01, 2025

Form ID: pdforder

Total Noticed: 3

esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Timothys Roman Catholic Church Society of Tonawanda N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The St. John Baptists Society North Buffalo n/k/a Assumption Roman Catholic Church Society of Buffalo N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Amelias Roman Catholic Church Society of the Town of Tonawanda N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Queen of Heaven Roman Catholic Church Society of West Seneca New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Patrick Roman Catholic Church Society of Hartland n/k/a Our Lady of the Lake Roman Catholic Parish of Barker and Lyndonville N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Stanislaus Kostkas Roman Catholic Church Society of Niagara Falls N.Y. n/k/a Divine Mercy Roman Catholic Parish of Niagara Falls, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Immaculate Conception Roman Catholic Church Society of Cassadaga N.Y. n/k/a Saint Anthonys Roman Catholic Church Society of Fredonia New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of the Sacred Heart of Jesus R.C. Church Society tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Blessed Trinity Roman Catholic Church Society of Buffalo N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. John the Evangelist Roman Catholic Church Society of Sinclairville N.Y. n/k/a Saint Anthonys Roman Catholic Church Society of Fredonia tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of Grace Roman Catholic Church Society of Woodlawn New York n/k/a Queen of Angels R.C. Church of Lackawanna, NY tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Brigids Roman Catholic Church Society of Bergen N.Y., formerly known as St. Bridget Bergen tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Rose of Lima Roman Catholic Church of Forestville n/k/a Our Lady of Mount Carmel Roman Catholic Church Society of Silver Creek N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of Czestochowa Roman Catholic Church Society of Forks Cheektowaga tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Thomas More Ripley n/k/a St. Dominic Roman Catholic Church of Chautauqua County tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Saint Georges Roman Catholic Church Society of Niagara Falls N.Y. n/k/a Divine Mercy Roman Catholic Parish of Niagara Falls, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Martins Church Society Langford Erie County n/k/a Epiphany of Our Lord Roman Catholic Parish Community Langford, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Sacred Heart Roman Catholic Church Society of Suspension Bridge N.Y., Niagara Falls n/k/a St. Raphaels Roman Catholic Parish of Niagara Falls, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Anthonys Roman Catholic Church Society of Lime Rock New York n/k/a Our Lady of Mercy Roman Catholic Parish of LeRoy, New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Marys Catholic Church Society of Pavilion N.Y. n/k/a Mary Immaculate Roman Catholic Parish of Pavilion, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Blessed Sacrament Roman Catholic Church Society of Andover tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Anthonys Roman Catholic Church Society of Lackawanna New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of Czestochowa Roman Catholic Church Society of North Tonawanda New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The Assumption Roman Catholic Church Society of Albion n/k/a Holy Family Roman Catholic Parish of Albion N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. James Roman Catholic Church Society of Depew N.Y., n/k/a Blessed Mother Teresa of Calcutta Roman Catholic Parish of Depew, New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Matthews Roman Catholic Church Society tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The Sacred Heart of Jesus Roman Catholic Church Society of Dunkirk New York tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. John Cantius R.C. Church Society tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of Mount Carmel Roman Catholic Church Society of Niagara Falls New York n/k/a Holy Family of Jesus, Mary, and Joseph Roman Catholic Church of Niagara Falls, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Saint Casimirs Roman Catholic Church Society of Buffalo N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Immaculate Conception Rom. Catholic Church Society of Buffalo n/k/a Holy Cross Roman Catholic Church Society of Buffalo New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Leos Roman Catholic Church Society of Niagara Falls N.Y. n/k/a St. Vincent de Paul Roman Catholic Parish of Niagara Falls, New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Immaculate Conception East Bethany n/k/a Mary Immaculate Roman Catholic Parish of Pavilion, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Sts. Peter and Paul R. C. Church Society Arcade New York n/k/a St. Mary Roman Catholic Church Society of Arcade, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. John Baptist Roman Catholic Church Society of Carrollton Vandalia n/k/a St. Bonaventures Roman Catholic Church Society of Allegany tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Francis of Assisi Roman Catholic Church Society of Athol Springs New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Michaels Roman Catholic Church Society of Warsaw N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Patricks Roman Catholic Church Society of Limestone N.Y. n/k/a Our Lady of Peace Salamanca tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Valentines Roman Catholic Church Society of Buffalo n/k/a St. Clare Roman Catholic Church Society of Buffalo N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Bernadette R.C. Church Society of Armor NY tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The Sacred Heart of Jesus Roman Catholic Church Society of Batavia New York n/k/a Ascension Roman Catholic Parish of Batavia, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of Mount Carmel Roman Catholic Church Society of Silver Creek N.Y.

tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Ambroses Roman Catholic Church of Buffalo n/k/a Our Lady of Charity Catholic Parish
tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Blessed Sacrament Roman Catholic Church Society of Delevan  N.Y. n/k/a St. Mary Roman Catholic
Church Society of Arcade, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Prince of Peace of Roman Catholic Church Society and St. Charles Borromeo Chapel n/k/a St. Vincent de
Paul Roman Catholic Parish of Niagara Falls  New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. James Roman Catholic Church Society of Jamestown  N.Y. n/k/a Holy Apostles Roman Catholic Parish
of Jamestown, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff S. S. Peter & Pauls German Catholic Church Hamburg N.Y. tlyster@woodsoviatt.com
esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Mother of Good Counsel R.C. Church Society Inc. tlyster@woodsoviatt.com
esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Leo the Great Roman Catholic Church  Amherst, New York tlyster@woodsoviatt.com,
esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Marys Roman Catholic Church Society of Little Valley  N.Y. n/k/a St. Marys Roman Catholic Church
Society of Cattaraugus, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of the Rosary Roman Catholic Church Society of Niagara Falls  N.Y. n/k/a Divine Mercy Roman
Catholic Parish of Niagara Falls, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Holy Cross Roman Catholic Church Society of Buffalo  New York tlyster@woodsoviatt.com,
esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Teresa of Avila Roman Catholic Church of Akron  NY tlyster@woodsoviatt.com,
esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of Perpetual Help Roman Catholic Church Society of Lakeview n/k/a Blessed John Paul II Roman
Catholic Parish Community tlyster@woodsoviatt.com  esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Bonaventures Roman Catholic Church Society of Allegany tlyster@woodsoviatt.com
esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The Nativity Roman Catholic Church Society of Orchard Park  New York tlyster@woodsoviatt.com,
esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Charles Borromeo Roman Catholic Church of Olcott  n/k/a St. Brendan on the Lake Roman Catholic
Parish of Newfane, Olcott, and Wilson tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Saint Nicholas Roman Catholic Church Society tlyster@woodsoviatt.com  esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Marys Roman Church Society n/k/a The St. John the Baptist Roman Cath Congregation
tlyster@woodsoviatt.com  esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Marys Roman Catholic Church Society of Medina  N.Y. n/k/a Holy Trinity Roman Catholic Church of
Medina, New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of Perpetual Help Roman Catholic Church Society of Buffalo  N.Y. tlyster@woodsoviatt.com,
esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Bartholomews R.C. Church Society of Buffalo  NY tlyster@woodsoviatt.com,
esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Edmunds Roman Catholic Church Society of Tonawanda  N.Y. n/k/a St. Christophers Roman Catholic

Church Society of Tonawanda tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Saint Anthonys Roman Catholic Church Society of Farnham New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Josephs Roman Catholic Church Society of Bliss N.Y. n/k/a Saint Isidore Roman Catholic Parish of Perry, New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of Victory Roman Catholic Church Society of Frewsburg N.Y. n/k/a St. James Roman Catholic Church Society of Jamestown, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. John Vianney Roman Catholic Church Society of Orchard Park N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Cecilias Roman Catholic Church Society of Oakfield New York n/k/a Saint Padre Pio Roman Catholic Parish tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Vincents Roman Catholic Church Society of North Evans n/k/a Saint John Paul II Roman Catholic Parish Community tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Saint Patricks Roman Catholic Church Society tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Patricks Roman Catholic Church Society of Salamanca N.Y. n/k/a Our Lady of Peace Roman Catholic Parish of Salamanca, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Josephs Rom. Cath. Church Society of Batavia N.Y., n/k/a Resurrection Roman Catholic Parish of Batavia, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of Fatima Roman Catholic Church Society of Elba New York n/k/a Saint Padre Pio Roman Catholic Parish tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Bonaventures Roman Catholic Church Society of West Seneca N.Y. n/k/a Saint John XXIII Roman Catholic Parish of West Seneca, New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Vincents Roman Catholic Church of Springbrook N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Church of St. John Baptist of West Valley N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Church of Christ the King tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Saint John Gualbertus Roman Catholic Church Society of Cheektowaga Erie Co., N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Stanislaus Church Society tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Mother of Good Counsel Roman Catholic Church Society of Blasdell N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Immaculate Conception Roman Catholic Church Society of Eden Center N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Georges Roman Catholic Church Society of Jewettville New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. John's Roman Catholic Church Society tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Michaels Roman Catholic Church Society of South Byron n/k/a St. Brigids Roman Catholic Church Society of Bergen N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Johns Roman Catholic Church Society of Jamestown n/k/a Holy Apostles Roman Catholic Parish of

Jamestown  N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Saint Bernards Roman Catholic Church Society of Buffalo  N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Marys Roman Catholic Church Society of Belmont  N.Y. n/k/a Holy Family of Jesus, Mary, and Joseph Roman Catholic Church Society of Belmont, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. James Major Roman Catholic Church Society of Westfield  N.Y. n/k/a St. Dominic Roman Catholic Church of Chautauqua tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Blessed Sacrament Roman Catholic Church Society of Tonawanda tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Cecilias Church  Sheldon n/k/a St. John Neumann Roman Catholic Church of Wyoming County tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Michaels Roman Catholic Church Society of Buffalo  NY tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Marys Church of the Redemptorists of Buffalo  NY tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The Ascension Roman Catholic Church Society of North Tonawanda n/k/a Saint Jude the Apostle Roman Catholic Parish of North Tonawanda  New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. John of the Cross  Whitesville tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Marys of the Lake Roman Catholic Church Society of Mount Vernon  Hamburg tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Andrews Roman Catholic Church Society tlyster@woodsoviatt.com  esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The Church of the Assumption of Lancaster N.Y. tlyster@woodsoviatt.com  esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. John the Baptist Roman Catholic Church  Kenmore, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Josephs R.C. Church tlyster@woodsoviatt.com  esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Agnes Catholic Church Society  Buffalo n/k/a St. Katharine Drexel Roman Catholic Church Society of Buffalo, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Saint Patricks Roman Catholic Church Society  Fillmore tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Lucys Roman Catholic Church tlyster@woodsoviatt.com  esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Queen of Heaven Roman Catholic Church Society  Inc. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Marys Roman Catholic Church Society Silver Springs N.Y. n/k/a Saint Isidore Roman Catholic Parish of Perry  New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Bernards Roman Catholic Church Society of Youngstown  N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Nativity of the Blessed Virgin Mary Roman Catholic Church Society of Harris Hill  N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Brigid  Buffalo tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Infant of Prague Roman Catholic Church Society of Cheektowaga  New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Bridgets Roman Catholic Church Society of Newfane  N.Y. n/k/a St. Brendan on the Lake Roman Catholic Parish of Newfane, Olcott tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of Sacred Heart R.C. Church Society tlyster@woodsoviatt.com  esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Assumption Roman Catholic Church Society of Buffalo  N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Francis of Assisi Roman Catholic Church Society of Corfu  New York n/k/a Saint Maximilian Kolbe Roman Catholic Parish of Corfu, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Assumption Hungarian R.C. Church Society of Lackawanna tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of Czestochowa R.C. Church Society tlyster@woodsoviatt.com  esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Queen of All Saints  Lackawanna tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Josephs Roman Catholic Church of Fredonia  N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. John Fisher Roman Catholic Church Society of South Dayton  N.Y. n/k/a St. Josephs Roman Catholic Church Society of Gowanda, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Marys Roman Catholic Church Society of Holley tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Sacred Heart Roman Catholic Church Society of Friendship n/k/a Our Lady of Angels Roman Catholic Church Society of Cuba tlyster@woodsoviatt.com  esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Holy Family Roman Catholic Church Society of Machias  N.Y. n/k/a St. Philomena's Roman Catholic Church Society of Franklinville, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Sacred Heart of Jesus Roman Catholic Church Society of Bowmansville  N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Isidores Roman Catholic Church Society of East Otto  N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Josephats Roman Catholic Church of Cheektowaga  N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. John the Baptist Roman Catholic Church Society of Carrollton n/k/a St. Bonaventures Roman Catholic Church Society of Allegany tlyster@woodsoviatt.com  esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Roman Catholic Church of St. Marys n/k/a St. Mary Roman Catholic Church Society of Arcade  N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff All Saints Roman Catholic Parish of Lockport  New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Interested Party Parish Steering Committee tlyster@woodsoviatt.com  esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Francis de Sales  Buffalo tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Louis Roman Catholic Church of Buffalo  N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Stephens Rom. Cath. Church Society of Buffalo n/k/a St. Clare Roman Catholic Church Society of Buffalo  N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Marks Roman Catholic Church Society of Rushford  N.Y. n/k/a St. Patricks Roman Catholic Church Society of Belfast, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Stanislaus Kostkas Roman Catholic Church Society of Perry  N.Y. n/k/a Saint Isidore Roman Catholic Parish of Perry, New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Rose of Lima Roman Catholic Church Society of Buffalo tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of the Angels Roman Catholic Church Society of Cuba tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Blessed Sacrament R.C. Church Society of Tonawanda Township tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. John Maron Roman Catholic Church Society of Buffalo  New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Catholic Society of St. Marys Church  Lockport, NY n/k/a All Saints Roman Catholic Parish of Lockport, New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of Lourdes  Buffalo tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Marys Roman Catholic Church Society of Mayville  N.Y. n/k/a St. Mary of Lourdes Roman Catholic Church Society of Chautauqua tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The Immaculate Conception Roman Catholic Church Society of East Aurora N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Hyacinths Roman Catholic Church Society of Lackawanna n/k/a Queen of Angels R.C. Church of Lackawanna  NY tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Resurrection Roman Catholic Church Society of Cheektowaga  New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Josephs Roman Catholic Church Society of Scio  N.Y. n/k/a Holy Family of Jesus, Mary, and Joseph Roman Catholic Church Society of Belmont, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Joseph Roman Catholic Church Society of Albion  New York n/k/a Holy Family Roman Catholic Parish of Albion, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Vincents Roman Catholic Church Society of Attica  N.Y. n/k/a SS. Joachim & Anne Roman Catholic Church of Attica, New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Marys Roman Catholic Church Society of Bolivar  New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Holy Trinity Roman Catholic Church Society of Niagara Falls  N.Y. n/k/a Divine Mercy Roman Catholic Parish of Niagara Falls, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Sacred Heart Roman Catholic Church Society of Angelica  N.Y. n/k/a Holy Family of Jesus, Mary, and Joseph Roman Catholic Church Society of Belmont, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Teresas Roman Catholic Church Society tlyster@woodsoviatt.com  esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The Church of St. Mary of Sorrows n/k/a Sts. Columba-Brigid Roman Catholic Church of Buffalo  N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The Holy Name of Mary Roman Catholic Church Society of East Pembroke  N.Y. n/k/a Saint Maximilian

Kolbe Roman Catholic Parish of Corfu, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Marks Roman Catholic Church Society of Buffalo N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The Roman Catholic Church of St. Franciscus Xavarius Buffalo n/k/a Assumption Roman Catholic Church Society of Buffalo, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady Help of Christians East Bennington n/k/a Immaculate Heart of Mary Roman Catholic Parish tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Catholic Society of St. Mary's Church Lockport, NY n/k/a All Saints Roman Catholic Parish of Lockport, New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Coronation of the Blessed Virgin Mary Roman Catholic Church Society of Buffalo N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Hyacinth Roman Catholic Church Society of Dunkirk New York n/k/a Blessed Mary Angela R.C. Parish of Dunkirk, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Elizabeth Cherry Creek tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Mary Magdalene Roman Catholic Church Society tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Sacred Heart Roman Catholic Church Society of Bennington N.Y. n/k/a Immaculate Heart of Mary Roman Catholic Parish tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Church of the Holy Trinity Dunkirk N.Y. tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The Holy Name of Mary Roman Catholic Church Society of Ellicottville tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Aloysius Church of Springville tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of Mt. Carmel Roman Catholic Church Society of Brant New York n/k/a Saint Anthonys Roman Catholic Church Society of Farnham, New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Joseph New Cathedral Buffalo tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Saint Anthonys Roman Catholic Church Society of Fredonia New York tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Aloysius Gonzaga Roman Catholics Church Society of Cheektowaga New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Augustines Roman Catholic Church Society of Rapids-Clarence Center New York n/k/a The Good Shepherd Roman Catholic Church Society of Pendleton, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Stephens Roman Catholic Church Society n/k/a Holy Trinity Roman Catholic Church of Medina New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Michael Archangel Roman Catholic Church Society of Lackawanna n/k/a Queen of Angels R.C. Church of Lackawanna NY tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Josephs Roman Catholic Church Society of Leroy New York n/k/a Our Lady of Mercy Roman Catholic Parish of LeRoy tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. John De La Salle Roman Catholic Church of LaSalle N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Anthonys Roman Catholic Church Society of Buffalo tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Sacred Heart R.C. Church Society of Buffalo  NY tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Francis Church Society of Tonawanda Village  Tonawanda tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Saints Peter and Pauls Church of Jamestown  N.Y. n/k/a Holy Apostles Roman Catholic Parish of Jamestown, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Nicholas Roman Catholic Congregation of North Java N.Y. n/k/a St. John Neumann Roman Catholic Church of Wyoming County tlyster@woodsoviatt.com  esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Joan of Arc Roman Catholic Church Society of Perrysburg  N.Y. n/k/a St. Josephs Roman Catholic Church Society of Gowanda, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Marys Roman Catholic Church Society of Niagara Falls  N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Queen of the Most Holy Rosary  Buffalo tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Sacred Heart Roman Catholic Church Society of Lakewood  New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The Church of St. Mary of Angels  Olean tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Anthonys Roman Catholic Church Society of Lockport n/k/a All Saints Roman Catholic Parish of Lockport  New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Barnabas Church Society of New York tlyster@woodsoviatt.com  esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Transfiguration Roman Catholic Church Society n/k/a St. Johns Roman Catholic Church Society of Olean N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Mary of Lourdes Roman Catholic Church Society of Chautauqua  Bemus Point tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Teresa of the Infant Jesus Roman Catholic Church of Niagara Falls n/k/a St. Raphaels Roman Catholic Parish of Niagara Falls  N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Benedicts Roman Catholic Church Society of Eggertsville tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Pauls Roman Catholic Church Society of Dayton  N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff All Saints Roman Catholic Parish of Lockport  NY tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Francis of Assisi Roman Catholic Church Society of Buffalo n/k/an/k/a St. Katharine Drexel Roman Catholic Church Society of Buffalo  N.Y tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Hiacinth Roman Catholic Church Society of Dunkirk N.Y. n/k/a Blessed Mary Angela R.C. Parish of Dunkirk  N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. James Roman Catholic Church Society of Buffalo  N.Y. n/k/a Blessed Trinity Roman Catholic Church Society of Buffalo, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Marys Roman Catholic Church Society of Canaseraga  New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Frances Cabrini Parish (Collins Center  NY) n/k/a Epiphany of Our Lord Roman Catholic Parish Community, Langford, N.Y tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Joachim  Buffalo tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Holy Family Roman Catholic Church Society tlyster@woodsoviatt.com  esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. John Kanty Roman Catholic Church Society of Buffalo tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff SS. Rita and Patrick Roman Catholic Church Society of Buffalo  N.Y. n/k/a St. Clare Roman Catholic Church Society of Buffalo, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Nativity of the Blessed Virgin Roman Catholic Church Society of Buffalo n/k/a Our Lady of Hope Roman Catholic Parish of Buffalo  New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. John Baptists Rom. Cath. Church Society of Boston  N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Holy Family Roman Catholic Church Society of Machias  N.Y. n/k/a St. Philomenas Roman Catholic Church Society of Franklinville, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Trustees of St. Patrick Church  Town of Java n/k/a St. John Neumann Roman Catholic Church of Wyoming County tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. John the Baptists Roman Catholic Church Society of N. Collins  NY tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Johns Roman Catholic Church Society of Olean  N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Monicas Roman Catholic Church Society tlyster@woodsoviatt.com  esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Brendans Roman Catholic Church Society of Almond  N.Y., (Alfred) tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The Annunciation Roman Catholic Church Society of Buffalo  N.Y. n/k/a Our Lady of Hope Roman Catholic Parish of Buffalo, New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Helens Church n/k/a St. Johns Roman Catholic Church Society of Olean  N.Y tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Notice of Appearance Creditor Parish Steering Committee tlyster@woodsoviatt.com  esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Stephens Roman Catholic Church of Grand Island  N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Barbaras Roman Catholic Church Society n/k/a Queen of Angels R.C. Church of Lackawanna  N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Margarets Roman Catholic Church Society of Buffalo  New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Patricks Roman Catholic Church of Belfast  N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Pius X Roman Catholic Church Society of Town of Amherst  N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The Good Shepherd Roman Catholic Church Society of Pendleton  N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Mary Redemptorist Buffalo tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Most Precious Blood Rom. Cath. Church Society of Angola tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Sts. Agatha and Ambrose Roman Catholic Parish of Buffalo N.Y. n/k/a Our Lady of Charity Catholic Parish tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of Peace Roman Catholic Church Society of Clarence tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Adalberts Rom. Cath. Church Society of Buffalo N.Y. n/k/a St. John Kanty Roman Catholic Church Society of Buffalo tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Elizabeths Roman Catholic Church of Buffalo N.Y. n/k/a Assumption Roman Catholic Church Society of Buffalo, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Georges Roman Catholic Church Society tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Charles Roman Catholic Church Society tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Philomenas Roman Catholic Church Society of Franklinville N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Josephs Roman Catholic Church Society of Varysburg New York n/k/a SS. Joachim & Anne Roman Catholic Church of Attica, New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Peters Roman Catholic Church Society of Leroy n/k/a Our Lady of Mercy Roman Catholic Parish of LeRoy New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Sacred Heart Roman Catholic Church Society of Portville New York n/k/a The Church of St. Mary of the Angels, Olean tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Boniface Roman Catholic Church Society tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The Most Holy Redeemer Roman Catholic Church Society of Cheektowaga N.Y. n/k/a St. Lawrences Roman Catholic Church Society of Buffalo tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Patricks Roman Catholic Church Society of the City of Lockport N.Y. n/k/a All Saints Roman Catholic Parish of Lockport, New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of Good Counsel Roman Catholic Church Society of Darien Center N.Y. n/k/a Immaculate Heart of Mary Roman Catholic Parish tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Vincent de Paul Roman Catholic Church Society of Buffalo tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff The Immaculate Conception Roman Catholic Church Society of Wellsville N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady of Loretto Roman Catholic Church Society of Buffalo New York, Incorporated n/k/a Our Lady of Hope Roman Catholic Parish of Buffalo, New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Holy Spirit Roman Catholic Church Society of North Collins N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Josephs Roman Catholic Church Society of Lockport N.Y., n/k/a All Saints Roman Catholic Parish of Lockport, New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. John the Baptist Roman Cath Congregation tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Transfiguration  Buffalo tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Peter's Roman Catholic Church Society of Lewiston  N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Our Lady Help of Christians Roman Catholic Church of Cheektowaga  New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Augustines Roman Catholic Church Society of Depew  N.Y. n/k/a Blessed Mother Teresa of Calcutta Roman Catholic Parish of Depew, New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Albert the Great Roman Catholic Church Society of North Tonawanda  N.Y. n/k/a Saint Jude the Apostle Roman Catholic Parish of North Tonawanda, New York tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Thomas Aquinas Roman Catholic Church Society of Buffalo tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Holy Apostles Peter and Paul Roman Catholic Church Society of Buffalo  N.Y. n/k/a St. Clare Roman Catholic Church Society Buffalo, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Holy Name of Jesus Roman Catholic Church tlyster@woodsoviatt.com  esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Columbas Roman Catholic Church Society of Buffalo  N.Y. n/k/a Sts. Columba-Brigid Roman Catholic Church of Buffalo, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff Sacred Heart of Jesus Roman Catholic Church Society of N. Collins  NY tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Marys Roman Catholic Church Society of Cattaraugus  N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Anthonys Roman Catholic Church Society of Batavia  N.Y. n/k/a Ascension Roman Catholic Parish of Batavia, N.Y. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Brigids Roman Catholic Church Society  Inc. tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Marys Roman Catholic Church Society of Swormville tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Plaintiff St. Florians Roman Catholic Church Society of Buffalo  N.Y. n/k/a All Saints Roman Catholic Church Society of Buffalo tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy W. Burns

on behalf of Creditor Committee Official Committee of Unsecured Creditors tburns@burnsbair.com kdempski@burnsbair.com;nkuenzi@burnsbair.com

Timothy W. Burns

on behalf of Special Counsel Burns Bair LLP tburns@burnsbair.com  kdempski@burnsbair.com;nkuenzi@burnsbair.com

Trevor Prince, Jr

on behalf of Interested Party Sisters of Good Shepherd and the Roman Catholic Religious Institute of the Religious of the Good Shepherd tprince@archerlaw.com

William Carson

on behalf of Interested Party American Guarantee and Liability Insurance Company wcarson@steptoe.com

William Carson

on behalf of Interested Party Zurich American Insurance Company wcarson@steptoe.com

William Carson

on behalf of Interested Party Providence Washington Insurance Company wcarson@steptoe.com

William Carson

on behalf of Defendant Zurich American Insurance Company wcarson@steptoe.com

William Carson

on behalf of Defendant Providence Washington Insurance Company wcarson@steptoe.com

William Corbett, Jr
    on behalf of Interested Party Selective Insurance Company of New York wcorbett@cmg.law

William Corbett, Jr
    on behalf of Defendant Selective Insurance Company of America (formerly known as Exchange Mutual Insurance Company)
wcorbett@coughlinduffy.com

William Henry Gordon
    on behalf of Creditor Richard Brownell wgordon@garabedianlaw.com

William Henry Gordon
    on behalf of Creditor Wayne Bortle wgordon@garabedianlaw.com

William Henry Gordon
    on behalf of Creditor Gail Holler-Kennedy wgordon@garabedianlaw.com

William Henry Gordon
    on behalf of Creditor Carolyn Anderson wgordon@garabedianlaw.com


TOTAL: 653

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 Case |
| | ) |
| THE DIOCESE OF BUFFALO, N.Y., | ) Case No. 20-10322 |
| | ) |
| Debtor. | ) |

### ORDER GRANTING NINTH INTERIM APPLICATION OF JONES DAY FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DIOCESE OF BUFFALO, N.Y. FOR THE PERIOD SEPTEMBER 1, 2024 THROUGH DECEMBER 31, 2024

Upon consideration of the *Ninth Interim Application of Jones Day for Services Rendered and Reimbursement of Expenses as Special Counsel to the Diocese of Buffalo, N.Y. for the Period September 1, 2024 through December 31, 2024* [Docket No. 3827] (the "Ninth Jones Day Interim Fee Application"),[1] the Court being fully advised in the premises, and a hearing having been held before the Court on June 30, 2025 to consider the Ninth Jones Day Interim Fee Application (the "Hearing"):

### IT IS HEREBY FOUND AND DETERMINED THAT:

A.      The Court has jurisdiction to consider the Ninth Jones Day Interim Fee Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334.

B.      This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

C.      Venue is proper pursuant to 28 U.S.C. § 1409.

D.      Proper and adequate notice of the Ninth Jones Day Interim Fee Application and the Hearing was given and no other or further notice is required.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Ninth Jones Day Interim Fee Application.

1

E.     The services provided by Jones Day during the period from September 1, 2024 through December 31, 2024 (the "Ninth Interim Compensation Period"), as set forth in the Ninth Jones Day Interim Fee Application, were reasonable, necessary and beneficial to the chapter 11 estate of The Diocese of Buffalo, N.Y. (the "Diocese").

F.     The compensation requested in the Ninth Jones Day Interim Fee Application, as modified on the record at the Hearing, is fair and reasonable given: (a) the matters for which Jones Day is retained as special counsel to the Diocese; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of the services rendered; and (e) the costs of comparable services other than in a case under title 11 of the United States Code.

G.     The expense reimbursement sought in the Ninth Jones Day Interim Fee Application represents actual and necessary expenses incurred in connection with this chapter 11 case.

H.     The legal and factual bases set forth in the Ninth Jones Day Interim Fee Application and at the Hearing establish just cause for the relief granted herein.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1.     The Ninth Jones Day Interim Fee Application is granted as set forth herein.

2.     Any objections to the Ninth Jones Day Interim Fee Application, or to the compensation and expense reimbursement sought therein, that have not been made, withdrawn, waived, or settled on the record at the Hearing, and all reservations of rights included therein, are hereby overruled and disallowed on the merits.

3.     As detailed at the Hearing, Jones Day agreed with the Office of the U.S. Trustee to a voluntary reduction of $3,000.00 in compensation sought during the Ninth Interim Compensation Period. Jones Day and the Office of the U.S. Trustee agreed that, with this voluntary reduction,

2

the Office of the U.S. Trustee's limited objection to the Ninth Jones Day Interim Fee Application has been resolved.

4. Jones Day's fees for professional services rendered during the Ninth Interim Compensation Period are allowed on an interim basis in the amount of $45,893.78. Pursuant to the Interim Compensation Order, Jones Day has received payments totaling $39,606.88 for services rendered to the Debtor and expenses incurred during the Ninth Compensation Period. The Diocese is authorized to remit the unpaid balance to the firm for services performed for the Debtor during the Ninth Compensation Period in the net amount of $6,733.96.

5. Reimbursement of Jones Day's expenses incurred during the Ninth Interim Compensation Period is allowed on an interim basis in the amount of $447.06.

6. The Diocese is authorized and directed to promptly pay to Jones Day the fees and expenses allowed herein, with no holdback, less amounts previously paid to Jones Day pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362]. The fees of Jones Day allowed herein reflect the amount requested in the Ninth Jones Day Interim Fee Application less the voluntary reduction agreed upon with the Office of the U.S. Trustee.

7. All fees and expenses allowed herein shall remain subject to final approval by the Court upon further application pursuant to 11 U.S.C. § 330(a)(5).

8. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, this Order shall be effective and enforceable immediately upon its entry. Any subsequent modification or vacatur of this Order shall not invalidate or impair any actions taken pursuant to this Order prior to such modification or vacatur.

9.      The Court shall retain jurisdiction with respect to all matters arising from or related

to the implementation, interpretation and enforcement of this Order.

Dated: ~~June 30,~~ July 1, 2025
        Buffalo, New York



_____
Hon. Carl L. Bucki
Chief United States Bankruptcy Judge

4