UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No.: 20-10322-CLB
Chapter: 11

## NOTICE OF FILING

PLEASE TAKE NOTICE that, in accordance with the Order entered July 9, 2020 [Docket No. 442] *Nunc Pro Tunc* to February 28, 2020, Connors LLP has filed the Monthly Fee Statement of Connors LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Diocese of Buffalo, N.Y., for the Period June 1, 2025 – June 30, 2025, a copy of which is attached hereto and hereby served upon you.

DATED: Buffalo, New York
July 15, 2025

s/ Randall D. White
Randall D. White, Esq.
**CONNORS LLP**
*Special Counsel for Debtor*
*The Diocese of Buffalo, N.Y.*
1000 Liberty Building
Buffalo, New York 14202
(716) 852-5533

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No.: 20-10322-CLB
Chapter: 11

## MONTHLY FEE STATEMENT OF CONNORS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DIOCESE OF BUFFALO, N.Y. FOR THE PERIOD JUNE 1, 2025, THROUGH JUNE 30, 2025

| | |
|---|---|
| Name of Applicant: | Connors LLP |
| Authorized to Provide Professional Services to: | The Diocese of Buffalo, N.Y., Debtor-in-Possession |
| Date of Retention: | Order entered July 9, 2020 [Docket No. 442] *Nunc Pro Tunc* to February 28, 2020 |
| Period for which compensation and reimbursement is sought: | June 1, 2025 – June 30, 2025 |
| Amount of compensation sought as actual, reasonable, and necessary: | 80% of $17,700.00 ($14,160.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | None |

This is a:   _X_ monthly ___ quarterly ___ final application.

This is the _____ monthly fee statement of Connors LLP in this case.

July 8, 2025

|  |  |  |
|---|---|---|
| DIOCESE OF BUFFALO | Invoice# 43849 | RDW |
| 795 Main Street | Our file# 002700 | 00006 |
| Buffalo, NY 14203 | Billing through | 06/30/2025 |

## MISCELLANEOUS MATTERS

### PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/04/2025 | LFQ | (Independent Review Board) Communication with Independent Review Board Chair regarding Kinsale Audit and next Independent Review Board meeting. | 0.40 hrs. | 250 /hr | 100.00 |
| 06/10/2025 | LFQ | (Independent Review Board) Review communication from Victim Assistance Coordinator (.2); prepare email regarding responding according to policies (.5); work on agenda for next Independent Review Board meeting (.2). | 0.90 hrs. | 250 /hr | 225.00 |
| 06/11/2025 | LFQ | (Independent Review Board) Communication with Chancery representative regarding potential Canon law issue and next Independent Review Board meeting (.2); communication with Independent Review Board Chair regarding same (.3). | 0.50 hrs. | 250 /hr | 125.00 |
| 06/13/2025 | LFQ | (Independent Review Board) Several communications with Independent Review Board Chair regarding next meeting (.5); work on documents regarding same (.6); communication with investigator regarding next meeting (.2). | 1.30 hrs. | 250 /hr | 325.00 |
| 06/17/2025 | LFQ | (Independent Review Board) Communications with Independent Review Board | 7.80 hrs. | 250 /hr | 1,950.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Chair regarding request from Chancery representative (.5); communication with Chancery representative regarding same (.2); review document prepared by Chancery representative regarding request for Canon-law issue to be considered by Independent Review Board (.4); research regarding issue and potential effect (3.1); work on documents required by the Independent Review Board Chair (3.6). | | | |
| 06/18/2025 | LFQ | (Independent Review Board) Communication with Independent Review Board Chair regarding next week's meeting (.6); work on document requested by Independent Review Board Chair (.7). | 1.30 hrs. | 250 /hr | 325.00 |
| 06/19/2025 | LFQ | (Independent Review Board) Communication with Independent Review Board Chair regarding next week's meeting (.6); work on documents regarding same (.8); communication with Chancery representative regarding same (.2). | 1.60 hrs. | 250 /hr | 400.00 |
| 06/20/2025 | LFQ | (Independent Review Board) Communication with Independent Review Board Chair regarding next week's meeting (.4). | 0.40 hrs. | 250 /hr | 100.00 |
| 06/24/2025 | LFQ | (Independent Review Board) Communication with Independent Review Board Chair regarding upcoming Independent Review Board meeting (.2); communication with investigator regarding same (.2); instructions to paralegal regarding documents from the Victim Assistance Coordinator (.2). | 0.60 hrs. | 250 /hr | 150.00 |
| 06/25/2025 | LFQ | (Independent Review Board) | 0.80 hrs. | 250 /hr | 200.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Prepare for tomorrow's meeting. | | | |
| 06/25/2025 | JRM | (Misc) Review newly received counseling invoices from Victims Assistance Coordinator and update status information accordingly. | 2.00 hrs. | 100 /hr | 200.00 |
| 06/26/2025 | LFQ | (Independent Review Board) Prepare for Independent Review Board meeting (.5); attend Independent Review Board meeting (3.0); meeting with Independent Review Board Chair (.5); work on documents related to IRB meeting (1.3). | 5.30 hrs. | 250 /hr | 1,325.00 |
| 06/26/2025 | RDW | (Independent Review Board) Review file and respond to Lawlor F. Quinlan III inquiries for meeting Independent Review Board. | 0.40 hrs. | 250 /hr | 100.00 |
| 06/27/2025 | LFQ | (Independent Review Board) Draft documents for Independent Review Board Chair (.8); communications with Independent Review Board Chair regarding same (.2); work on other documents required as a result of yesterday's Independent Review Board meeting (.4). | 1.40 hrs. | 250 /hr | 350.00 |
| 06/30/2025 | LFQ | (Independent Review Board) Communication with Independent Review Board Chair regarding meeting (.2); work on document regarding last meeting (.2); communication with Independent Review Board secretary regarding same (.2). | 0.60 hrs. | 250 /hr | 150.00 |

Total fees for this matter                                                       $6,025.00

**BILLING SUMMARY**

| Name | Role | Hours | Rate | Amount |
|---|---|---|---|---|
| White, Randall D. | Partner | 0.40 hrs | 250 /hr | 100.00 |
| Quinlan, Lawlor F. III | Partner | 22.90 hrs | 250 /hr | 5,725.00 |
| Miller, Jake R | Legal Assistant | 2.00 hrs | 100 /hr | 200.00 |
| TOTAL FEES | | 25.30 hrs | | $6,025.00 |
| TOTAL CHARGES FOR THIS BILL | | | | $6,025.00 |

# CONNORS LLP
1000 Liberty Building
Buffalo, NY 14202
TAX ID NO. 16-1282035

July 8, 2025

| | | | |
|---|---|---|---|
| DIOCESE OF BUFFALO | Invoice# | 43846 | RDW |
| 795 Main Street | Our file# | 002700 | 00040 |
| Buffalo, NY 14203 | Billing through | | 06/30/2025 |

NYSAG SUBPOENA

<u>PROFESSIONAL SERVICES</u>

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/02/2025 | LFQ | Participate in call with Jones Day attorneys and client regarding Audit Year 2 report. | 0.60 hrs. | 250 /hr | 150.00 |
| 06/25/2025 | TMC | Receipt and review of decision regarding application of FOIL; discussion of the impact of this decision. | 0.60 hrs. | 250 /hr | 150.00 |
| 06/25/2025 | LFQ | Review decision from New York County Supreme Court (.5); communication with Jones Day attorneys regarding same (.3). | 0.80 hrs. | 250 /hr | 200.00 |
| 06/26/2025 | LFQ | Prepare for meeting with Jones Days attorneys and client (.4); participate in meeting (.8). | 1.20 hrs. | 250 /hr | 300.00 |
| 06/30/2025 | LFQ | Prepare for a call with team (.2); participate in call with team (.5). | 0.70 hrs. | 250 /hr | 175.00 |
| | | Total fees for this matter | | | $975.00 |

**BILLING SUMMARY**

| | | | | |
|---|---|---|---|---|
| Connors, Terrence M. | Partner | 0.60 hrs | 250 /hr | 150.00 |
| Quinlan, Lawlor F. III | Partner | 3.30 hrs | 250 /hr | 825.00 |
| TOTAL FEES | | 3.90 hrs | | $975.00 |
| TOTAL CHARGES FOR THIS BILL | | | | $975.00 |

# CONNORS LLP
1000 Liberty Building
Buffalo, NY 14202
TAX ID NO. 16-1282035

July 8, 2025

| | | |
|---|---|---|
| | Invoice# 43845 | RDW |
| DIOCESE OF BUFFALO | Our file# 002700 | 00046 |
| 795 Main Street | Billing through | 06/30/2025 |
| Buffalo, NY 14203 | | |

CHILD VICTIMS ACT

<u>PROFESSIONAL SERVICES</u>

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/02/2025 | LFQ | Participate in part of conference call with attorney defending Diocese in Child Victims Act cases about issues to be resolved regarding discovery responses. | 1.20 hrs. | 250 /hr | 300.00 |
| 06/02/2025 | RDW | Review file for response to interrogatory and document request in state court CVA action (4.1); telephone conference with CVA co-counsel regarding same and other discovery requests and issues in state court CVA test cases (1.6); continue review of file to respond to discovery requests (2.6). | 8.30 hrs. | 250 /hr | 2,075.00 |
| 06/03/2025 | RDW | Review file for response to prior inquiry of CVA co-counsel regarding discovery (1.0); emails to CVA co-counsel with responses (.7); review further discovery inquiries (.5); begin review of file to provide responses (1.8); additional emails with CVA co-counsel regarding other discovery matters (.4). | 4.40 hrs. | 250 /hr | 1,100.00 |
| 06/04/2025 | RDW | Work on responses to discovery inquiries from CVA co-counsel (2.8); telephone conference with CVA co-counsel regarding same (1.0); prepare further emails to CVA co-counsel with additional responses to discovery inquiries (1.4). | 5.20 hrs. | 250 /hr | 1,300.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/05/2025 | RDW | Review emails from co-counsel regarding document discovery requests, including privilege and confidentiality issues (.4); review file in follow-up on these issues and responses (.5); telephone conference with co-counsel regarding same and related issues (1.0). | 1.90 hrs. | 250 /hr | 475.00 |
| 06/06/2025 | RDW | Email response to CVA co-counsel regarding response to document demands in 17 test CVA cases (.4); review decision regarding disposition of real property sale proceeds (.3); telephone conference with CVA co-counsel regarding document request and responses (.6). | 1.30 hrs. | 250 /hr | 325.00 |
| 06/10/2025 | RDW | Review file to respond to discovery in 17 CVA test cases (.8); email to CVA co-defense regarding same (.3). | 1.10 hrs. | 250 /hr | 275.00 |
| 06/11/2025 | RDW | Review file regarding responses to discovery inquiries from CVA co-counsel in CVA test cases. | 2.70 hrs. | 250 /hr | 675.00 |
| 06/16/2025 | RDW | Response to CVA co-defense counsel's inquiry regarding discovery responses (.4); review of further discovery inquiries from CVA co-counsel (.5); review file regarding response to same (.7). | 1.60 hrs. | 250 /hr | 400.00 |
| 06/17/2025 | RDW | Prepare detailed response to recent multiple inquiries from CVA co-counsel regarding discovery responses in CVA test cases (.7); review file regarding same (1.0); telephone conference with CVA co-counsel regarding same and additional discovery issues (1.0); review file regarding additional discovery issues and responses in CVA test cases (1.8). | 4.50 hrs. | 250 /hr | 1,125.00 |
| 06/18/2025 | RDW | Emails with CVA co-defense counsel regarding discovery (.5); | 1.50 hrs. | 250 /hr | 375.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | telephone conference with CVA co-defense counsel regarding multiple CVA discovery matters (1.0). | | | |
| 06/19/2025 | RDW | Review email from co-counsel with additional discovery questions from CVA test cases (.4); review file regarding responses (1.6); emails with co-counsel regarding same (.3). | 2.30 hrs. | 250 /hr | 575.00 |
| 06/26/2025 | RDW | Prepare for upcoming hearing on interim fee application. | 0.70 hrs. | 250 /hr | 175.00 |
| 06/27/2025 | RDW | Review draft discovery responses from CVA co-counsel (1.4); review file regarding responses to discovery inquiries from CVA co-counsel (.6); prepare for interim fee application hearing (.5). | 2.50 hrs. | 250 /hr | 625.00 |
| 06/30/2025 | RDW | Prepare for hearing on interim fee application (1.3); attend hearing (.6); review draft discovery responses from CVA co-counsel and prepare comments (1.7). | 3.60 hrs. | 250 /hr | 900.00 |

Total fees for this matter $10,700.00

**BILLING SUMMARY**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| White, Randall D. | Partner | 41.60 hrs | 250 /hr | 10,400.00 |
| Quinlan, Lawlor F. III | Partner | 1.20 hrs | 250 /hr | 300.00 |
| TOTAL FEES | | 42.80 hrs | | $10,700.00 |

TOTAL CHARGES FOR THIS BILL $10,700.00