UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

In Re

THE DIOCESE OF BUFFALO, N.Y.,

                Debtor,

**CERTIFICATE OF SERVICE**

Case Number: 20-10322
Chapter 11

---

    I, WAYNE I. FREID, that I am, and at all times during the service herein, was not less that 18 years of age and not a party to the matter concerning which service of process was made. I further certify that on July 28, 2025, I served copies of the within Motion by mail as follows:

Office of the U.S. Trustee
300 Pearl Street, 4th Floor
Buffalo, NY 14202

Saint Leo the Great R.C. Church
885 Sweet Home Road
Amherst, NY 14226

Saint Leo's Roman Catholic Church Society of Eggertsville, New York
885 Sweet Home Road
Amherst, NY 14226

The Diocese of Buffalo, N.Y.
795 Main Street
Buffalo, NY 14203

Nick Hriczko, Esq.
Chelus Herdzic Speyer & Monte, PC
438 Main Street, Tenth Floor
Buffalo, NY 14202

    Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: July 28, 2025

                                            */s/ Wayne I. Freid*
                                            WAYNE I. FREID, ESQ.
                                            FREID KLAWON AND CONNERS
                                            Attorneys for PATRICIA KANE
                                            6400 Sheridan Drive, Suite 114

Williamsville, NY 14221
(716) 565-2000
wif@fk-law.com