UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No.: 20-10322-CLB
Chapter: 11

## NOTICE OF FILING

PLEASE TAKE NOTICE that, in accordance with the Order entered July 9, 2020 [Docket No. 442] *Nunc Pro Tunc* to February 28, 2020, Connors LLP has filed the Monthly Fee Statement of Connors LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Diocese of Buffalo, N.Y., for the Period July 1, 2025 – July 31, 2025, a copy of which is attached hereto and hereby served upon you.

DATED: Buffalo, New York
August 25, 2025

s/ Randall D. White
Randall D. White, Esq.
**CONNORS LLP**
*Special Counsel for Debtor*
*The Diocese of Buffalo, N.Y.*
1000 Liberty Building
Buffalo, New York 14202
(716) 852-5533

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

The Diocese of Buffalo, N.Y.,

    Debtor.

Case No.: 20-10322-CLB
Chapter: 11

**MONTHLY FEE STATEMENT OF CONNORS LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO
THE DIOCESE OF BUFFALO, N.Y.
FOR THE PERIOD JULY 1, 2025, THROUGH JULY 31, 2025**

| | |
|---|---|
| Name of Applicant: | Connors LLP |
| Authorized to Provide Professional Services to: | The Diocese of Buffalo, N.Y., Debtor-in-Possession |
| Date of Retention: | Order entered July 9, 2020 [Docket No. 442] *Nunc Pro Tunc* to February 28, 2020 |
| Period for which compensation and reimbursement is sought: | July 1, 2025 – July 31, 2025 |
| Amount of compensation sought as actual, reasonable, and necessary: | 80% of $8,745.00 (**$6,996.00**) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $688.23 |

This is a:  __X__ monthly ___ quarterly ___ final application.

This is the _____ monthly fee statement of Connors LLP in this case.

# CONNORS LLP
1000 Liberty Building
Buffalo, NY 14202
TAX ID NO. 16-1282035

August 21, 2025

| | | |
|---|---|---|
| | Invoice#  44055 | RDW |
| DIOCESE OF BUFFALO | Our file#  002700 | 00006 |
| 795 Main Street | Billing through | 07/31/2025 |
| Buffalo, NY 14203 | | |

## MISCELLANEOUS MATTERS

### PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/07/2025 | LFQ | (Independent Review Board) Communication with Independent Review Board Chair (.4); work on documents related to last Independent Review Board meeting (.3). | 0.70 hrs. | 250 /hr | 175.00 |
| 07/11/2025 | LFQ | (Independent Review Board) Communication with Victims Assistance Coordinator. | 0.20 hrs. | 250 /hr | 50.00 |
| 07/15/2025 | LFQ | (Independent Review Board) Review email from Chancery representative regarding potential new Independent Review Board member (.1); communication with Independent Review Board Chair regarding same and other potential candidates (.2); respond to email (.2). | 0.50 hrs. | 250 /hr | 125.00 |
| 07/17/2025 | LFQ | (Independent Review Board) Communication with IRB Chair regarding constitution of Independent Review Board. | 0.50 hrs. | 250 /hr | 125.00 |
| 07/22/2025 | LFQ | (Independent Review Board) Several communications with Independent Review Board Chair regarding recent meeting and Kinsale Audit (.5); prepare documents for audit (.7). | 1.20 hrs. | 250 /hr | 300.00 |
| 07/23/2025 | LFQ | (Misc) Work on StoneBridge Audit. | 0.80 hrs. | 250 /hr | 200.00 |
| 07/23/2025 | LFQ | (Independent Review Board) Work on administrative issues | 3.20 hrs. | 250 /hr | 800.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | for Independent Review Board (2.7); communication with Independent Review Board Chair regarding same (.5). | | | |
| 07/23/2025 | JRM | (Misc) Meet with Lawlor F. Quinlan III to discuss preparations for 2025 StoneBridge Compliance Audit. | 0.50 hrs. | 100 /hr | 50.00 |
| 07/25/2025 | LFQ | (Independent Review Board) Work on administrative issues for Independent Review Board (1.4); work on memorandum regarding Independent Review Board meeting (.3). | 1.70 hrs. | 250 /hr | 425.00 |
| 07/25/2025 | JRM | (Misc) Compile information on victims who came forward during current data collection period to prepare for 2025 StoneBridge Compliance Audit survey. | 1.50 hrs. | 100 /hr | 150.00 |
| 07/28/2025 | LFQ | (Independent Review Board) Communication with Independent Review Board Chair regarding constitution of Board (.4). | 0.40 hrs. | 250 /hr | 100.00 |
| 07/28/2025 | JRM | (Misc) Compile information on claims of abuse made during current data collection period to prepare for 2025 StoneBridge Compliance Audit survey. | 2.30 hrs. | 100 /hr | 230.00 |
| 07/29/2025 | JRM | (Misc) Complete working draft of 2025 StoneBridge Compliance Audit survey. | 1.40 hrs. | 100 /hr | 140.00 |
| 07/30/2025 | LFQ | (Misc) Work on StoneBridge Audit. | 1.30 hrs. | 250 /hr | 325.00 |
| 07/30/2025 | JRM | (Misc) Work on StoneBridge compliance audit. | 2.00 hrs. | 100 /hr | 200.00 |
| 07/31/2025 | LFQ | (Misc) Work on StoneBridge Audit. | 2.10 hrs. | 250 /hr | 525.00 |
| 07/31/2025 | JRM | (Misc) Work on StoneBridge audit (.7); Meet with Lawlor F. Quinlan III to review claims made during StoneBridge compliance audit period (1.8). | 2.50 hrs. | 100 /hr | 250.00 |

| Total fees for this matter | | | | $4,170.00 |
|---|---|---|---|---|

**BILLING SUMMARY**

| | | | | |
|---|---|---|---|---|
| Quinlan, Lawlor F. III | Partner | 12.60 hrs | 250 /hr | 3,150.00 |
| Miller, Jake R | Legal Assistant | 10.20 hrs | 100 /hr | 1,020.00 |
| TOTAL FEES | | 22.80 hrs | | $4,170.00 |
| TOTAL CHARGES FOR THIS BILL | | | | $4,170.00 |

# CONNORS LLP
1000 Liberty Building
Buffalo, NY 14202
TAX ID NO. 16-1282035

August 21, 2025

DIOCESE OF BUFFALO
795 Main Street
Buffalo, NY 14203

Invoice# 44054 RDW
Our file# 002700 00040
Billing through 07/31/2025

NYSAG SUBPOENA

## PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/03/2025 | TMC | Prepare for and participate in call with other NYS Diocesan counsel regarding current matters. | 0.50 hrs. | 250 /hr | 125.00 |
| 07/11/2025 | LFQ | Communication with Kinsale auditor regarding Audit Year 3. | 0.20 hrs. | 250 /hr | 50.00 |
| 07/17/2025 | RDW | Telephone conference with counsel for other New York State dioceses concerning status of matters, including investigations. | 0.50 hrs. | 250 /hr | 125.00 |
| 07/21/2025 | LFQ | Prepare for call from Kinsale auditor regarding the first half of Audit Year 3 (.8); draft emails to auditor enclosing documents for same (.2); participate in call with auditor (1.1); communications with Independent Review Board Chair regarding same and provide documents regarding same (.5). | 2.60 hrs. | 250 /hr | 650.00 |
| 07/24/2025 | LFQ | Work on document for Kinsale Audit. | 0.40 hrs. | 250 /hr | 100.00 |
| 07/31/2025 | TMC | Prepare for and participate in conference call with other NYS Diocesan counsel to discuss current matters. | 0.50 hrs. | 250 /hr | 125.00 |

Total fees for this matter $1,175.00

## BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Connors, Terrence M. | Partner | 1.00 hrs | 250 /hr | 250.00 |

| | | | | |
|---|---|---|---|---|
| DIOCESE OF BUFFALO | | Invoice# 44054 | | Page 2 |
| White, Randall D. | Partner | 0.50 hrs | 250 /hr | 125.00 |
| Quinlan, Lawlor F. III | Partner | 3.20 hrs | 250 /hr | 800.00 |
| TOTAL FEES | | 4.70 hrs | | $1,175.00 |
| TOTAL CHARGES FOR THIS BILL | | | | $1,175.00 |

# CONNORS LLP
1000 Liberty Building
Buffalo, NY 14202
TAX ID NO. 16-1282035

August 21, 2025

| | | |
|---|---|---|
| | Invoice# 44052 | RDW |
| DIOCESE OF BUFFALO | Our file# 002700 | 00046 |
| 795 Main Street | Billing through | 07/31/2025 |
| Buffalo, NY 14203 | | |

CHILD VICTIMS ACT

PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/01/2025 | RDW | Telephone conference with co-counsel regarding supplemental discovery responses in a CVA test case (1.0); prepare for above call (.5). | 1.50 hrs. | 250 /hr | 375.00 |
| 07/22/2025 | RDW | Telephone conference with co-counsel regarding discovery in CVA test case (.6); follow-up work on CVA discovery (.5). | 1.10 hrs. | 250 /hr | 275.00 |
| 07/23/2025 | RDW | Work on CVA discovery matters and emails regarding same. | 0.40 hrs. | 250 /hr | 100.00 |
| 07/24/2025 | RDW | Review discovery inquiry from co-counsel in CVA test cases (.4); review file regarding response to above inquiry (.6); prepare email response to CVA co-counsel (.4); review file in preparation for upcoming discovery meeting with CVA co-counsel (1.3). | 2.70 hrs. | 250 /hr | 675.00 |
| 07/25/2025 | RDW | Prepare email response to discovery inquiry from co-counsel on CVA test case (.5); telephone conference with CVA co-counsel regarding status and strategy for CVA test cases (.7). | 1.20 hrs. | 250 /hr | 300.00 |
| 07/29/2025 | RDW | Prepare for upcoming meeting at Diocese to review documents and prepare discovery responses in CVA test case (.8); emails to CVA co-counsel regarding same (.4). | 1.20 hrs. | 250 /hr | 300.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/30/2025 | RDW | Meet with CVA co-counsel and Diocese to review documents and prepare discovery responses in CVA test case (2.6); prepare for above meeting (.6); review file in follow-up to meeting regarding discovery responses (1.7); further emails with CVA co-counsel (.6). | 5.50 hrs. | 250 /hr | 1,375.00 |

Total fees for this matter     $3,400.00

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 07/15/2025 | MAY 2025 - HOST-MNTHLY DATA STORAGE, ACTIVE HOSTING, USER ACCESS | 343.77 |
| 07/30/2025 | JUNE 2025 - HOST-MONTHLY DATA STORAGE/ACTIVE HOSTING/ USER ACCESS | 343.77 |
| 07/31/2025 | POSTAGE | 0.69 |

Total disbursements for this matter     $688.23

**BILLING SUMMARY**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| White, Randall D. | Partner | 13.60 hrs | 250 /hr | 3,400.00 |
| TOTAL FEES | | 13.60 hrs | | $3,400.00 |
| TOTAL DISBURSEMENTS | | | | $688.23 |
| TOTAL CHARGES FOR THIS BILL | | | | $4,088.23 |