UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No. 20-10322

Chapter 11

# NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362], Blank Rome, LLP has filed the *Monthly Fee Statement of Blank Rome, LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to The Diocese of Buffalo, N.Y. for the Period August 1, 2025 Through August 31, 2025*, a copy of which is attached hereto and hereby served upon you.

Dated: September 11, 2025

BLANK ROME, LLP

By: */s/ James R. Murray*
James R. Murray
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-3409
Email: jmurray@blankrome.com

*Special Insurance Counsel for*
*The Diocese of Buffalo, N.Y.*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No. 20-10322

Chapter 11

**MONTHLY FEE STATEMENT OF BLANK ROME, LLP FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
AS SPECIAL INSURANCE COUNSEL TO THE DIOCESE OF BUFFALO, N.Y.
FOR THE PERIOD AUGUST 1, 2025 THROUGH AUGUST 31, 2025**

| | |
|---|---|
| Name of Applicant: | Blank Rome, LLP |
| Authorized to Provide Professional Services to: | The Diocese of Buffalo, N.Y., Debtor-In-Possession |
| Date of Retention: | Order entered June 30, 2020 [Docket No. 423] *Nunc Pro Tunc* to February 28, 2020 |
| Period for which compensation and reimbursement is sought: | August 1, 2025 through August 31, 2025 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $4,336.26 ($3,469.01) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a: _X_ monthly ____ quarterly ____ final application.
in
This is Blank Rome's sixty-fourth monthly fee statement in this case.

# BLANKROME

1825 EYE STREET NW
WASHINGTON, DC 20006-5403
(202) 420-2200
FEDERAL TAX ID NO. ███

| | | |
|---|---|---|
| DIOCESE OF BUFFALO | INVOICE DATE: | SEPTEMBER 10, 2025 |
| C/O JOHN M. SCHOLL | CLIENT ID: | ███ |
| 795 MAIN STREET | MATTER NUMBER: | 155760-00601 03348 |
| BUFFALO, NY 14203 | INVOICE NUMBER: | 2307020 |

**REGARDING:** DIOCESE OF BUFFALO
INSURANCE ADVICE

| DATE | INVOICE | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 07/31/2020 | 1908397 | $25,484.65 | ($22,561.19) | $2,548.46 |
| 07/31/2020 | 1908398 | $22,046.42 | ($19,466.78) | $2,204.64 |
| 07/31/2020 | 1908399 | $55,775.57 | ($49,823.02) | $5,577.55 |
| 07/31/2020 | 1908400 | $22,514.46 | ($19,888.02) | $2,251.44 |
| 08/20/2020 | 1911983 | $50,783.53 | ($45,330.16) | $5,078.37 |
| 09/22/2020 | 1919242 | $59,913.79 | ($53,547.41) | $5,991.38 |
| 10/21/2020 | 1925894 | $44,914.95 | ($39,840.12) | $4,491.50 |
| 11/16/2020 | 1931564 | $103,849.68 | ($92,881.37) | $10,384.97 |
| 12/08/2020 | 1936638 | $67,978.34 | ($60,597.17) | $6,797.83 |
| 01/28/2021 | 1944850 | $58,271.07 | ($51,914.37) | $5,773.37 |
| 02/23/2021 | 1950370 | $43,496.36 | ($38,563.39) | $4,349.64 |
| 03/31/2021 | 1957000 | $37,448.27 | ($33,120.11) | $3,744.83 |
| 04/28/2021 | 1964026 | $34,425.70 | ($30,983.13) | $3,442.57 |
| 05/26/2021 | 1970085 | $11,332.51 | ($10,199.26) | $1,133.25 |
| 06/23/2021 | 1975333 | $5,872.42 | ($5,285.18) | $587.24 |
| 07/26/2021 | 1981564 | $10,499.90 | ($9,449.91) | $1,049.99 |
| 08/24/2021 | 1988112 | $24,862.74 | ($22,376.46) | $2,486.28 |
| 09/27/2021 | 1993685 | $30,361.29 | ($27,325.16) | $3,036.13 |
| 03/11/2025 | 2263224 | $5,903.61 | ($4,722.89) | $1,180.72 |
| 04/16/2025 | 2272745 | $5,577.47 | ($4,461.98) | $1,115.49 |
| 05/19/2025 | 2280148 | $38,354.37 | ($31,097.56) | $7,256.81 |
| 06/16/2025 | 2287383 | $38,924.40 | ($31,289.00) | $7,635.40 |
| 07/15/2025 | 2293810 | $13,282.75 | ($11,043.28) | $2,239.47 |

REMITTANCE

| | **ACH/WIRE** | **Mail** |
|---|---|---|
| Bank Name | Citizens Bank | Blank Rome LLP |
| Address: | Philadelphia, PA | Attn: Finance Department |
| Account Title: | Blank Rome LLP | One Logan Square |
| Account Number: | ███ | 130 North 18th St |
| ABA Number: | ███ (Domestic) | Philadelphia, PA 19103-6998 |
| Swift Code | ███ (International) | |

To pay by Electronic Funds Transfer, visit **www.BlankRome.com/Payments**

PENNSYLVANIA   NEW YORK   NEW JERSEY   DELAWARE   WASHINGTON, DC   FLORIDA   CALIFORNIA   OHIO   TEXAS   ILLINOIS   MASSACHUSETTS   SHANGHAI



**1825 EYE STREET NW**
**WASHINGTON, DC 20006-5403**
**(202) 420-2200**
**FEDERAL TAX ID NO.** ▮

| | | |
|---|---|---|
| DIOCESE OF BUFFALO | INVOICE DATE: | SEPTEMBER 10, 2025 |
| C/O JOHN M. SCHOLL | CLIENT ID: | ▮ |
| 795 MAIN STREET | MATTER NUMBER: | 155760-00601 03348 |
| BUFFALO, NY 14203 | INVOICE NUMBER: | 2307020 |

| DATE | INVOICE | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 08/07/2025 | 2299098 | $3,034.93 | $0.00 | $3,034.93 |

**BALANCE FORWARD** $93,392.26

FOR LEGAL SERVICES RENDERED THROUGH 8/31/25  $4,336.26

**CURRENT INVOICE TOTAL** $4,336.26

**TOTAL AMOUNT DUE, INCLUDING BALANCE FORWARD** $97,728.52

*REMITTANCE*

| | **ACH/WIRE** | **Mail** |
|---|---|---|
| Bank Name | Citizens Bank | Blank Rome LLP |
| Address: | Philadelphia, PA | Attn: Finance Department |
| Account Title: | Blank Rome LLP | One Logan Square |
| Account Number: | ▮ | 130 North 18th St |
| ABA Number: | ▮ (Domestic) | Philadelphia, PA 19103-6998 |
| Swift Code | ▮ (International) | |

To pay by Electronic Funds Transfer, visit **www.BlankRome.com/Payments**

PENNSYLVANIA   NEW YORK   NEW JERSEY   DELAWARE   WASHINGTON, DC   FLORIDA   CALIFORNIA   OHIO   TEXAS   ILLINOIS   MASSACHUSETTS   SHANGHAI

# BLANKROME

1825 EYE STREET NW
WASHINGTON, DC 20006-5403
(202) 420-2200
FEDERAL TAX ID NO. █████

| | |
|---|---|
| DIOCESE OF BUFFALO | INVOICE DATE: SEPTEMBER 10, 2025 |
| C/O JOHN M. SCHOLL | CLIENT ID: ███ |
| 795 MAIN STREET | MATTER NUMBER: 155760-00601 |
| BUFFALO, NY 14203 | INVOICE NUMBER: 2307020 |
| | PAGE 1 |

**REGARDING:** DIOCESE OF BUFFALO
INSURANCE ADVICE

**FOR LEGAL SERVICES RENDERED THROUGH AUGUST 31, 2025**

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/04/25 | REVIEW ANALYSIS RELATING TO INSURER IN RESPONSE REQUEST RELATING TO INSURER'S STATUS IN BANKRUPTCY CASE | J. CARTER | 0.20 | 124.74 |
| 08/07/25 | CONFERENCE WITH R. SCUMACI REGARDING STATUS OF STAY RELIEF CASES | J. CARTER | 0.20 | 124.74 |
| 08/20/25 | EMAILS WITH R. MICHAELSON REGARDING INQUIRING FROM INSURER RELATING TO CLAIMS | J. CARTER | 0.30 | 187.11 |
| 08/29/25 | RESPOND TO QUESTION FROM DEFENSE COUNSEL IN STAY RELIEF CASES REGARDING INSURANCE COVERAGE AND CONSIDER ISSUES RELATING TO SAME | J. CARTER | 2.60 | 1,621.62 |
| 08/29/25 | PREPARE EMAIL TO MEDIATOR REGARDING MEDIATION | J. CARTER | 1.30 | 810.81 |
| 08/29/25 | REVIEW PARISH-ONLY CARRIER ALLOCATION PROPOSALS AND EMAIL TO MEDIATOR REGARDING SAME | J. MURRAY | 0.90 | 758.84 |
| 08/30/25 | RESEARCH LAW ON INSURER COUNSEL PARTICIPATION IN DEFENSE STRATEGY FOR J. CARTER | A. SPENCER | 2.00 | 708.40 |
| | **TOTAL SERVICES** | | | **$4,336.26** |

| | |
|---|---|
| **CURRENT INVOICE TOTAL** | **$4,336.26** |

**TIME AND FEE SUMMARY**

| TIMEKEEPER | RATE | HOURS | FEES |
|---|---|---|---|
| JAMES CARTER | 623.70 | 4.60 | 2,869.02 |
| JAMES MURRAY | 843.15 | 0.90 | 758.84 |
| AMY J. SPENCER | 354.20 | 2.00 | 708.40 |
| **TOTALS** | | **7.50** | **$4,336.26** |

Case 1-20-10322-CLB, Doc 4169, Filed 09/11/25, Entered 09/11/25 14:02:21, Description: Main Document, Page 5 of 5