**O'MELVENY & MYERS LLP**
TANCRED V. SCHIAVONI
ADAM P. HABERKORN
1301 Avenue of the Americas
Suite 1700
New York, NY 10019
Telephone:     (212) 326-2000
Email: tschiavoni@omm.com
           ahaberkorn@omm.com
*-and-*
**CLYDE & CO US LLP**
MARIANNE G. MAY
340 Mt. Kemble Ave., Suite 300
Morristown, NJ 07340
Telephone: (973) 210-6700
Email: marianne.may@clydeco.us

*Attorneys for U.S. Fire Insurance Company and*
*Pacific Employers Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) |
| | ) |
| The Diocese of Buffalo, N.Y., | ) |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |

Case No. 20-10322 (CLB)

Chapter 11

## U.S. FIRE AND PEIC'S REQUEST FOR JUDICIAL NOTICE

Under Federal Rule of Evidence 201, the Court may judicially notice a fact that is "not subject to reasonable dispute" including relevant court orders if requested by a party and supplied with the necessary information.  FED. R. EVID. 201(b)(2) and (c).

U.S. Fire Insurance Company and Pacific Employers Insurance Company ("Certain Insurers") respectfully request that the Court take judicial notice of the following:

(1) The June 25, 2025, Decision, Order & Judgment of the Supreme Court of the State of New York in *The Diocese of Buffalo v. Office of the New York State Attorney General et al* (Index No. 160558/2023) (NYSCEF Doc. 53), which is attached hereto as **Exhibit A**;

(2) The September 8, 2023 determination of the Office of the Attorney General's ("OAG") Records Access Officer to release all responsive records for which the Diocese has asserted trade secrets, which is attached hereto as **Exhibit B**;

(3) The October 12, 2023 final determination of the OAG's FOIL Appeals Officer that the responsive records are not subject to withholding under Public Officers Law, which is attached hereto as **Exhibit C**; and

(4) The notice of appeal to the Appellate Division of the Supreme Court of the State of New York, First Department, filed by the law firm of Jones Day on behalf of the Diocese of Buffalo, appealing the June 25, 2025 Decision, Order & Judgment (NYSCEF Doc. 56), which is attached here to as **Exhibit D**.[1]

The Supreme Court's decision, the OAG's determinations, and the notice of appeal are public records that are "not subject to reasonable dispute because [they] . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2).

**WHEREFORE**, US Fire and PEICs respectfully request that the Court take judicial notice of the above-referenced documents that are appended as **Exhibits A, B, C** and **D**.

---

[1] As of July 1, 2025, the Diocese has spent more than $150,000 in legal fees in this Article 78 proceeding against the Office of the New York State Attorney General. *See, e.g.,* Jay Tokasz, *Diocese's legal fees at $17M and counting; The meter is running on the Buffalo Diocese's legal fees: More than $17 million and counting*, BUFFALO NEWS (July 1, 2025); *see also* Dkt. No. 4036 (*Monthly Fee Statement of Jones Day for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Diocese of Buffalo, N.Y. for the Period June 1, 2025, Through June 30, 2025*) at page 3.

Dated:  September 16, 2025                    Respectfully submitted,


                                             By: */s/ Adam P. Haberkorn*_____

                                             **O'MELVENY & MYERS LLP**
                                             TANCRED V. SCHIAVONI
                                             ADAM P. HABERKORN
                                             1301 Avenue of the Americas
                                             New York, NY 10019
                                             Telephone:     (212) 326-2000
                                             Email: tschiavoni@omm.com
                                                     ahaberkorn@omm.com

                                             *-and-*

                                             **CLYDE & CO US LLP**
                                             MARIANNE G. MAY
                                             340 Mt. Kemble Ave., Suite 300
                                             Morristown, NJ 07340
                                             Telephone: (973) 210-6700
                                             Email: marianne.may@clydeco.us

                                             *Attorneys for U.S. Fire Insurance Company and*
                                             *Pacific Employers Insurance Company*