**O'MELVENY & MYERS LLP**
TANCRED V. SCHIAVONI
ADAM P. HABERKORN
1301 Avenue of the Americas
Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Email: tschiavoni@omm.com
　　　　 ahaberkorn@omm.com

*-and-*

**CLYDE & CO US LLP**
MARIANNE G. MAY
340 Mt. Kemble Ave., Suite 300
Morristown, NJ 07340
Telephone: (973) 210-6700
Email: marianne.may@clydeco.us

*Attorneys for U.S. Fire Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>THE DIOCESE OF BUFFALO, NY,<br><br>　　　　　　　　　　　　Debtor. | Case No. 20-10322 (CLB)<br><br>Chapter 11 |

### U.S. FIRE'S OBJECTION TO APPLICATION FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF JONES DAY AS SPECIAL COUNSEL TO THE DIOCESE

U.S. Fire Insurance Company, by and through their counsel, hereby object to the Debtor's *Application for an Order Authorizing the Employment and Retention of Jones Day as Special Counsel to the Diocese* [Dkt. No. 4104] (the "Retention Application") filed in this Chapter 11 Case. In support of this Objection, U.S. Fire sets forth as follows:

　　　　1.　　　　On August 8, 2025, Jones Day filed a Notice of Appeal on behalf of the Diocese of Buffalo to appeal the decision of the Supreme Court of the State of New York to allow the

public disclosure of abuse documents given by the Diocese to the Attorney General[1] putting Jones Day in the position of potentially spending several hundred thousand dollars on an appeal to overturn decisions by the State Supreme Court and Attorney General when the Diocese has seemingly agreed to disclose these documents as part of its settlement with the Committee.

2. This Court originally approved the employment of Jones Day for the limited purpose of negotiating a settlement with the Attorney General of its claims which later included a limited-in-scope modification to the retention order to allow Jones Day "to prepare the responsive brief provided for by the Supreme Court's October 1, 2024 Order and to appear for the Diocese at the oral argument to be scheduled by the Supreme Court" in connection with an Article 78 proceeding filed by the Diocese in State Supreme Court to oppose the Attorney General's decision to disclose information pursuant to FOIL.[2] The modified order went no further and did not authorize work on an appeal.

3. On June 25, 2025, the Supreme Court of the State of New York,[3] affirmed the New York Attorney General's determination[4] to release records given to the Attorney General concerning sex abuse over which the Diocese asserted trade secret protection.[5] Shortly before this, on April 22, 2025, the Diocese announced on the record that it reached a settlement with the

---

[1] *See* Notice of Appeal filed in *The Diocese of Buffalo v. Office of the New York State Attorney General et al.*, Index No. 160558/2023 (Sup. Ct. N.Y. Cnty.) (NYSCEF Doc. 56), which is attached to U.S. Fire's Request for Judicial Notice as **Exhibit D**.
[2] *Motion for an Order Authorizing Modification of the Terms of Retention of Jones Day as Special Counsel to the Diocese Pursuant to 11 U.S.C. § 327(a) Effective October 1, 2024* [Dkt. No. 3185].
[3] Decision, Order & Judgment of the Supreme Court of the State of New York in *The Diocese of Buffalo v. Office of the New York State Attorney General et al.*, Index No. 160558/2023 (Sup. Ct. N.Y. Cnty.) (NYSCEF Doc. 53), which is attached to U.S. Fire's Request for Judicial Notice as **Exhibit A**.
[4] September 8, 2023, determination of the NYOAG's Records Access Officer to release all responsive records for which the Diocese has asserted trade secrets, which is attached U.S. Fire's Request for Judicial Notice as **Exhibit B**.
[5] October 12, 2023 final determination of the NYOAG's FOIL Appeals Officer that the responsive records are not subject to withholding under Public Officers Law, which is attached U.S. Fire's Request for Judicial Notice as **Exhibit C**.

Committee indicating that the terms of the settlement include the public disclosure abuse-related documents.[6]

4. Now that the Diocese has lost the Article 78 litigation in the Supreme Court and settled with the Committee, it appears that Jones Day is appeal on an issue that is effectively moot and doing so with its present retention order covering this work. It is not clear from Retention Application whether the Diocese intends to expand the scope of Jones Day's engagement to include an expensive appeal of the State Supreme Court and Attorney General rulings.

5. While U.S. Fire has no position on the expansion of the Jones Day retention for the very limited purpose set out in the Application, if it is the intent of the Diocese to also seek authority for the expenditure of potentially hundreds of thousands on an appeal mooted by the settlement with the Committee, this is an issue that should be presented on notice and a motion with an opportunity to be heard by all before any further money is spent.

---

[6] As part of its settlement announcement, the Diocese stated the settlement will include various non-monetary terms including "child safety protocols,"[6] which in other cases involving Mr. Donato as Debtor's counsel and Mr. Scharf as Committee's counsel include public transparency and public document production requirement. *See*, *e.g.*, *In re The Roman Catholic Diocese of Rockville Centre, New York*, Case No. 20-12345 (MG), Modified Chapter 11 Plan of Reorganization Proposed by The Roman Catholic Diocese of Rockville Centre, New York [Dkt. No. 3447], at Article V.BB.2.-3 (the "Child Protection Protocols" found in the plan requires transparency in the form of publishing on its website the names of all credibly accused clergy as well as procedures for the production of documents previously produced in connection with the bankruptcy and/or individual CVA court cases which will be produced by the trust).

Dated: September 16, 2025

Respectfully submitted,

By: /s/ Adam P. Haberkorn

**O'MELVENY & MYERS LLP**
TANCRED V. SCHIAVONI
ADAM P. HABERKORN
1301 Avenue of the Americas
Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Email: tschiavoni@omm.com
ahaberkorn@omm.com

*-and-*

**CLYDE & CO US LLP**
MARIANNE G. MAY
340 Mt. Kemble Ave., Suite 300
Morristown, NJ 07340
Telephone: (973) 210-6700
Email: marianne.may@clydeco.us

*Attorneys for U.S. Fire Insurance Company*