UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>The Diocese of Buffalo, N.Y.,<br><br>　　　　　　　　Debtor. | Case No. 20-10322 (CLB)<br><br>Chapter 11 |

## CERTIFICATE OF SERVICE

I, Adam P. Haberkorn, Esq., hereby certify that on September 16, 2025, I caused a true and correct copy of (1) *US Fire's Request for Judicial Notice [Dkt. No. 4178]* and (2) *U.S. Fire's Objection to Application for an Order Authorizing the Employment and Retention of Jones Day as Special Counsel to the Diocese [Dkt. No. 4179]*, to be filed with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

Dated:  September 16, 2025　　　　　　　　By: */s/ Adam P. Haberkorn*

**O'MELVENY & MYERS LLP**
ADAM P. HABERKORN
1301 Avenue of the Americas
New York, NY 10019
Telephone:　(212) 326-2000
Email: ahaberkorn@omm.com

*Attorneys for U.S. Fire Insurance Company*

1