UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 20-10322 |
| The Diocese of Buffalo, N.Y., | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Keny Contreras, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

On September 24, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on The Law Office of Fred Lichtmacher, Attn: Fred Lichtmacher, Esq. at 159 W 25th St, Fl 5, New York, NY 10001-7242, pursuant to USPS forwarding instructions:

- **Amended Notice of Application for an Order Authorizing the Employment and Retention of Jones Day as Special Counsel to the Diocese** (Docket No. 4105)

Dated: September 26, 2025

*/s/ Keny Contreras*
Keny Contreras
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(855) 292-7696