UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

Case No.: 20-10322
Chapter 11

Debtor,

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE
MONTHLY FEE STATEMENT OF THE TUCKER GROUP, LLC
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COMMUNICATIONS CONSULTANT
TO THE DIOCESE OF BUFFALO, N.Y. FOR THE PERIOD
AUGUST 1, 2025 THROUGH AUGUST 31, 2025**

Pursuant to this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362] (the "Interim Compensation Order")[1], the undersigned hereby certifies that on August 12, 2025, The Tucker Group, LLC ("Tucker") filed its *Monthly Fee Statement of The Tucker Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Communications Consultant to The Diocese of Buffalo, N.Y. for the Period August 1, 2025 through August 31, 2025* [Docket No. 4170] (the "Monthly Fee Statement") and no objections to the Monthly Fee Statement have been filed.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

Accordingly, pursuant to the Interim Compensation Order, The Diocese of Buffalo, N.Y. is authorized to pay on an interim basis eighty percent (80%) of Tucker's fees and one hundred percent (100%) of Tucker's expenses, as reflected in the Monthly Fee Statement.

Dated: September 26, 2025　　　　　　　　　　THE TUCKER GROUP, LLC

　　　　　　　　　　　　　　　　　　　　By: */s/ Gregory Tucker*
　　　　　　　　　　　　　　　　　　　　Gregory Tucker
　　　　　　　　　　　　　　　　　　　　1723 Park Avenue
　　　　　　　　　　　　　　　　　　　　Baltimore, Maryland 21217
　　　　　　　　　　　　　　　　　　　　Telephone: (410) 624-9536
　　　　　　　　　　　　　　　　　　　　Email: greg@tuckercomms.com

　　　　　　　　　　　　　　　　　　　　*Communications Consultant for*
　　　　　　　　　　　　　　　　　　　　*The Diocese of Buffalo, N.Y.*