UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, New York

Debtor.

Case No. 20-10322 (CLB)

Chapter 11

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE MONTHLY FEE STATEMENT OF BURNS BAIR LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DIOCESE OF BUFFALO, NEW YORK, FOR THE PERIOD AUGUST 1, 2025 THROUGH AUGUST 31, 2025**

Pursuant to this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362] (the "Interim Compensation Order")[1], the undersigned certifies that on September 12, 2025, Burns Bair LLP ("Burns Bair") filed its *Monthly Fee Statement of Burns Bair LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to The Official Committee of Unsecured Creditors of The Diocese of Buffalo, New York, for the Period August 1, 2025 through August 31, 2025* [Docket No. 4173] (the "Monthly Fee Statement"), which was served on September 12, 2025 [Docket No. 4174], and no objections to the Monthly Fee Statement have been filed or otherwise received by the undersigned.

Accordingly, pursuant to the Interim Compensation Orders, the Diocese of Buffalo, New York, is authorized to pay on an interim basis eighty percent (80%) of Burns Bair's fees and one hundred percent (100%) of Burns Bair's expenses, as reflected in the Monthly Fee Statement.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

Dated:  September 29, 2025         **BURNS BAIR LLP**

        <u>/s/  Jesse J. Bair</u>
        Jesse J. Bair (admitted *pro hac vice*)
        Timothy W. Burns (admitted *pro hac vice*)
        10 E. Doty St., Suite 600
        Madison, WI 53703-3392
        Telephone: (608) 286-2808
        Email:  jbair@burnsbair.com
        Email:  tburns@burnsbair.com

        *Special Insurance Counsel to the Official Committee of*
        *Unsecured Creditors of the Diocese of Buffalo, New York*