UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 20-10322 (CLB) |
| The Diocese of Buffalo, N.Y. | Chapter 11 |
| Debtor. | |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362], Jones Day has filed the *Monthly Fee Statement of Jones Day for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Diocese of Buffalo, N.Y. for the Period August 1, 2025 Through August 31, 2025,* a copy of which is attached hereto and hereby served upon you.

Dated: September 29, 2025

*/s/ John D. Goetz*
John D. Goetz
Jones Day
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514
Telephone: (412) 391-3939
Email: jdgoetz@jonesday.com

UNITED STATES BANKRUPTCY COURT
WESTERN DICTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.

          Debtor.

Case No. 20-10322 (CLB)

Chapter 11

**MONTHLY FEE STATEMENT OF JONES DAY FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DIOCESE OF BUFFALO, N.Y. FOR THE PERIOD AUGUST 1, 2025 THROUGH AUGUST 31, 2025**

| | |
|---|---|
| Name of Applicant: | Jones Day |
| Authorized to Provide Professional Services to: | The Diocese of Buffalo, N.Y. Debtor and Debtor in Possession |
| Date of Retention: | Order entered February 23, 2021 [Docket No. 905] *Nunc Pro Tunc* to December 1, 2020, as modified on October 16, 2024 [Docket No. 3242] |
| Period for which Compensation and Reimbursement is Sought: | August 1, 2025 through August 31, 2025 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary (after 20% discount and 20% holdback): | $1,786.80 (80% of $2,233.50) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |

This is a: __X__ monthly ____ quarterly ____ final application.

This is Jones Day's forty-ninth monthly fee statement in this case.

**JONES DAY**

**Pittsburgh Office**
500 Grant Street, Suite 4500
Pittsburgh, PA  15219-2514
**(412) 391-3939**
**Federal Identification Number:  34-0319085**

September 29, 2025                                                                                                     764596
                                                                                                          Invoice: 251402445

Roman Catholic Diocese of Buffalo
795 Main Street
Buffalo, NY  14203
United States of America

For legal services rendered for the period through August 31, 2025:

|  | Hours |  | Amount |
|---|---:|---|---:|
| Article 78 Challenge | 4.50 |  | 1,993.50 |
| Fee/Employment Applications | 0.20 |  | 240.00 |
| Total Fees | 4.70 | USD | 2,233.50 |
| **TOTAL** |  | USD | **2,233.50** |

Timekeeper/Fee Earner Summary – August 31, 2025

| Timekeeper/Fee Earner Name | Title | Bar Year | Hours | Discounted Rate[1] | Amount |
|---|---|---|---|---|---|
| T R Geremia | Partner | 1999 | 0.10 | 1,340.00 | 134.00 |
| T R Geremia | Partner | 1999 | 2.30 | 443.00 | 1,018.90 |
| J D Goetz | Partner | 1986 | 0.10 | 1,060.00 | 106.00 |
| J D Goetz | Partner | 1986 | 2.20 | 443.00 | 974.60 |
| Total | | | 4.70 | | 2,233.50 |
| **Total** | | | **4.70** | **USD** | **2,233.50** |

---

[1]Discounted rates reflect a 20% discount to Jones Day's standard rates, as agreed between Jones Day and the Diocese and as disclosed in the Supplemental Declaration of Bishop Michael William Fisher in Support of the Retention of Jones Day as Special Counsel to the Diocese [Docket No. 874].

Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|

**Article 78 Challenge**

08/06/25     T R Geremia     0.50     221.50
Preparing notice of appeal and informational statement for filing.

08/06/25     J D Goetz     0.20     88.60
Review email regarding results of call with Diocese team (R. Suchan, M. Potzler) regarding filing notice of appeal regarding FOIL decision.

08/07/25     T R Geremia     0.80     354.40
Revise and finalize notice of appeal and informational statement.

08/07/25     J D Goetz     0.30     132.90
Emails to T. Geremia regarding draft notice of appeal in FOIL action, filing same on August 8.

08/08/25     T R Geremia     0.40     177.20
Correspondence with client regarding notice of appeal and informational statement and arranging for filing of same.

08/08/25     J D Goetz     0.40     177.20
Review as-filed notice of appeal (FOIL action), statement of issues to be presented on appeal; review emails to Diocese, T. Geremia regarding same.

08/11/25     T R Geremia     0.60     265.80
Analysis of schedule and rules in connection with Article 78 / FOIL appeal.

08/18/25     J D Goetz     0.30     132.90
Review emails regarding FOIL entry of judgment.

08/28/25     J D Goetz     1.00     443.00
Review filings for appeal, deadline for perfecting appeal, trial court opinion and entry of judgment on same.

**Matter Total**     4.50     USD     1,993.50

**Fee/Employment Applications**

08/22/25     T R Geremia     0.10     134.00
Preparing engagement letter in connection with retention application for Foundation matter; communicate in firm regarding same.

08/22/25     J D Goetz     0.10     106.00
Communicate with Diocese regarding approval of draft Foundation engagement letter; review and revise retention application for Foundation matter; review Schedule A of JD representations of interested parties in Chapter 11 and updates to same.

**Matter Total**     0.20     USD     240.00