UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

       Debtor.

Case No. 20-10322

Chapter 11

# CERTIFICATE OF SERVICE

I, Christopher Chiu, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

On September 23, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on sixteen (16) confidential parties not included herein:

- **Order (A) Approving Bidding Procedures for the Sale of Certain Real Property at 1219 Elmwood Avenue, Buffalo, New York; (B) Authorizing and Approving the Form of Purchase Agreement; (C) Scheduling an Auction and Hearing to Consider the Sale; (D) Approving the Form and Manner of Service of Notice of Auction and Sale Hearing; and (E) Granting Related Relief** (Docket No. 4187)

- **Notice of Auction and Sale Hearing** (attached hereto as **Exhibit A**)

Dated: September 29, 2025

*/s/ Christopher Chiu*
Christopher Chiu
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(855) 292-7696

# Exhibit A

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) Case No. 20-10322 (CLB) |
| The Diocese of Buffalo, N.Y., | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |

## NOTICE OF AUCTION AND SALE HEARING

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. On August 22, 2025, the Diocese filed the *Motion for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Certain Real Property at 1219 Elmwood Avenue, Buffalo, New York; (B) Authorizing and Approving the Form of Purchase Agreement; (C) Scheduling an Auction and Hearing to Consider the Sale; and (D) Approving the Form and Manner of Service of Notice of Auction and Sale Hearing; (II) Approving the Sale Free and Clear of Liens, Claims, Encumbrances and Other Interests; and (III) Granting Related Relief* [Docket No. 4096] (the "Sale Motion")[1].

2. The Diocese is seeking to sell certain real property located at 1219 Elmwood Avenue, Buffalo, New York 14222 (the "Property") to BSCR Corporation or such other purchaser who may submit the highest or otherwise best offer for the Property.

3. On September 18, 2025, the United States Bankruptcy Court for the Western District of New York (the "Bankruptcy Court") entered an order [Docket No. 4187] (the "Bidding Procedures Order") approving bidding procedures (the "Bidding Procedures") and granting other relief related to the proposed sale of the Property. The Bidding Procedures approved by the Court are attached as ***Exhibit 1*** to the Bidding Procedures Order. Pursuant to the Bidding Procedures Order, if the Diocese receives more than one Qualified Bid for the Property, an Auction for the Property shall take place **on November 25, 2025 at 12:00 noon** (prevailing Eastern time) at the offices of Bond, Schoeneck & King, PLLC, The Avant Building, Suite 900, 200 Delaware Avenue, Buffalo, New York 14202-2107. Only parties that have submitted Qualified Bids in accordance with the Bidding Procedures by the Bid Deadline may participate in the Auction. Any party that wishes to take part in this process and submit a bid for the Property must submit a Qualified Bid prior to the Bid Deadline and in accordance with the Bidding Procedures.

4. The Sale Hearing to consider approval of the sale of the Property to the Successful Bidder or Back-Up Bidder free and clear of all liens, claims, encumbrances and other interests will be held before the before the Honorable Carl L. Bucki, United States Bankruptcy

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Sale Motion.

Court for the Western District of New York, at the United States Courthouse, 2 Niagara Square, Buffalo, NY 14202 **on December 1, 2025 at 2:00 p.m.** (prevailing Eastern time), or at such other time thereafter as counsel may be heard. The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than reflected on the Bankruptcy Court's docket or by announcement of the adjournment in open court on the date scheduled for the Sale Hearing.

5. Parties can choose to appear either (i) in person at the Robert H. Jackson Courthouse, 2 Niagara Square, Buffalo, New York or (ii) telephonically (call in 1-571-353-2301, Courtroom ID 483077448#, and security pin 9999#).

6. Objections, if any, to the sale, or the relief requested in the Sale Motion must: (a) be in writing; (b) comply with the Bankruptcy Rules and the Local Rules; (c) be filed with the Clerk of the Bankruptcy Court for the Western District of New York (Buffalo Division), as soon as practicable in advance of the Sale Hearing; and (d) be served upon (i) counsel to the Diocese, Bond, Schoeneck & King, PLLC, One Lincoln Center, Syracuse, New York 13202, Attn: Stephen A. Donato, Charles J. Sullivan, Grayson T. Walter, Edward J. LoBello; and Justin S. Krell (ii) the Office of the United States Trustee for the Western District of New York, 300 Pearl Street, Suite 401, Buffalo, NY 14202. Attn: Joseph W. Allen, (iii) counsel to the Official Committee of Unsecured Creditors, Pachulski, Stang, Ziehl & Jones, LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California, 90067-4003, Attn. James I. Stang, and 780 Third Avenue, 34th Floor, New York, New York, 10017-2024, Attn. Ilan Scharf, and (iv) those persons who have formally appeared and requested service in this case pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure. UNLESS AN OBJECTION IS SERVED AND FILED IN ACCORDANCE WITH THIS NOTICE, IT MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT AND THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER HEARING OR NOTICE.

7. This Notice is subject to the fuller terms and conditions of the Sale Motion, the Bidding Procedures Order, and the Bidding Procedures, which shall control in the event of any conflict and the Diocese encourages parties-in-interest to review such documents in their entirety. Parties interested in receiving more information regarding the sale of the Property or obtaining a copy of any of the foregoing documents may make a written request to counsel to the Diocese, Bond Schoeneck & King, PLLC, One Lincoln Center, Syracuse, New York, 13202, Attn: Stephen A. Donato, Charles J. Sullivan, Grayson T. Walter, Edward J. LoBello; and Justin S. Krell. In addition, copies of the Sale Motion, the Bidding Procedures Order, the Bidding Procedures and this Notice can be obtained free of charge at https://case.stretto.com/dioceseofbuffalo and are on file with the Clerk of the Bankruptcy Court.

Dated: September 19, 2025               BOND, SCHOENECK & KING, PLLC

                                         By:    /s/ Stephen A. Donato
                                             Stephen A. Donato
                                             Charles J. Sullivan
                                             Grayson T. Walter
                                             Justin S. Krell
                                             One Lincoln Center
                                             Syracuse, NY 13202-1355
                                             Telephone: (315) 218-8000
                                             Fax: (315) 218-8100
                                             Emails:   sdonato@bsk.com
                                                       csullivan@bsk.com
                                                       gwalter@bsk.com
                                                       jkrell@bsk.com

                                         *Attorneys for The Diocese of Buffalo, N.Y.*