

One Lincoln Center | Syracuse, NY 13202-1355 | **bsk.com**
600 Third Avenue | New York, NY 10016-1915 | **bsk.com**

**STEPHEN A. DONATO, ESQ.**
donatos@bsk.com

Syracuse
P: 315.218.8336
F: 315.218.8436

New York
P: 646.253.2351
F: 646.253.2301

September 30, 2025

**VIA ELECTRONIC FILING**

Honorable Carl L. Bucki
Chief United States Bankruptcy Judge
United States Bankruptcy Court, Western District of New York
Robert H. Jackson U.S. Courthouse
2 Niagara Square
Buffalo, New York 14202

Re: *In re the Diocese of Buffalo, N.Y. Case No. 20-10322*

Dear Judge Bucki:

My firm serves as primary bankruptcy counsel to The Diocese of Buffalo, N.Y. (the "Diocese") in the above-referenced chapter 11 case.

As the Court is aware, on August 25, 2025, the Diocese filed its *Application for an Order Authorizing the Employment and Retention of Jones Day as Special Counsel to the Diocese* [Docket No. 4104] (the "JD Retention Application"). The Diocese received objections to the JD Retention Application from the Foundation of the Roman Catholic Diocese of Buffalo, N.Y., Inc. (the "Foundation") and U.S. Fire Insurance Company ("U.S. Fire") [Docket Nos. 4179, 4194, 4195] (the "Objections"), and the Court held initial hearings with respect to the JD Retention Application on September 17 and 25, 2025. A further hearing on the JD Retention Application is currently scheduled for October 9, 2025 at 10:30 a.m. (the "Hearing").

The Diocese strongly disagrees with certain assertions of fact and unfounded conclusions made by both the Foundation and U.S. Fire and believes the Objections to be misguided and wholly without merit. However, the Diocese has determined that it may be in the best interest of its bankruptcy estate to focus plan funding efforts[1] on alternative strategies that can be accomplished without the need to retain additional special counsel at this time. Accordingly, the Diocese hereby

---

[1] The Diocese intends to file a chapter 11 plan and disclosure statement on October 1, 2025, in accordance with the deadline previously set by the Court.

withdraws the JD Retention Application, without prejudice to renew or refile at a later date, if necessary, and respectfully requests that the JD Retention Application be removed from the Court's October 9, 2025 hearing calendar.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

Stephen A. Donato

SAD/ta