UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No. 20-10322

Chapter 11

**NOTICE OF WITHDRAWAL OF DUPLICATIVE CERTIFICATE OF NO OBJECTION AND REQUEST FOR REMOVAL FROM THE COURT'S CM/ECF SYSTEM**

**PLEASE TAKE NOTICE** that the undersigned counsel for The Diocese of Buffalo, N.Y., hereby withdraws Docket No. 4212, because it was inadvertently filed in duplicate to the *Certificate of No Objection* found at Docket No. 4202 filed on September 26, 2025.

Dated: October 2, 2025

BOND, SCHOENECK & KING, PLLC

By: */s/ Stephen A. Donato*
Stephen A. Donato
One Lincoln Center
Syracuse, New York 13202
Telephone: (315) 218-8000
Email: sonato@bsk.com

*Attorneys for The Diocese of Buffalo, N.Y.*