UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, New York

Debtor.

Case No. 20-10322 (CLB)

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362], Burns Bair LLP has filed the *Monthly Fee Statement of Burns Bair LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Buffalo, New York, for the Period September 1, 2025 through September 30, 2025,* a copy of which is attached hereto and hereby served upon you.

Dated: October 6, 2025

**BURNS BAIR LLP**

 */s/ Jesse J. Bair*
Jesse J. Bair (admitted *pro hac vice*)
Timothy W. Burns (admitted *pro hac vice*)
10 E. Doty St., Suite 600
Madison, WI 53703-3392
Telephone: (608) 286-2808
Email: jbair@burnsbair.com
Email: tburns@burnsbair.com

*Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Buffalo, New York*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

In re:

The Diocese of Buffalo, New York

Debtor.

Case No. 20-10322 (CLB)

Chapter 11

---

**MONTHLY FEE STATEMENT OF BURNS BAIR LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DIOCESE OF BUFFALO, NEW YORK, FOR THE PERIOD SEPTEMBER 1, 2025 THROUGH SEPTEMBER 30, 2025**

---

| | |
|---|---|
| Name of Applicant: | Burns Bair LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors of the Diocese of Buffalo, New York |
| Date of Retention: | Effective October 5, 2023, pursuant to Order entered November 13, 2023 [Docket No. 2606] |
| Period for which compensation and reimbursement is sought: | September 1, 2025 through September 30, 2025 |
| Amount of compensation sought as actual, reasonable, and necessary: | 80% of $8,603.00 ($6,882.40) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $4.68 |

This is a: __X__ monthly ___ quarterly ___ final application.

This is Burns Bair LLP's twenty-third monthly fee statement in this case.



10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

| | |
|---|---|
| **Official Committee of Unsecured Creditors of the Diocese of Buffalo** | Issue Date: 10/6/2025 |
| | Bill #: 02068 |

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 9/5/2025 | Timothy Burns | Review correspondence from mediator re potential settlements (.2); | 0.20 | $140.00 |
| 9/5/2025 | Jesse Bair | Review correspondence from the mediator re ongoing insurance negotiations and assess potential next-steps in light of same (.2); | 0.20 | $140.00 |
| 9/11/2025 | Jesse Bair | Review correspondence with Committee professionals re case developments and Plan issues (.1); | 0.10 | $70.00 |
| 9/16/2025 | Jesse Bair | Participate in call with I. Scharf re ongoing mediation negotiations and insurance strategy (.2); | 0.20 | $140.00 |
| 9/16/2025 | Jesse Bair | Participate in state court counsel meeting for insurance purposes re case developments, strategy, and insurance negotiations (.6); | 0.60 | $420.00 |
| 9/17/2025 | Brenda Horn-Edwards | Draft Burns Bair fourth interim fee application and exhibits (1.3); correspond with J. Bair re same (.1); | 1.40 | $420.00 |
| 9/17/2025 | Timothy Burns | Review and respond to I. Scharf correspondence and correspond with BB team re questions re carriers' coverage positions (.2); | 0.20 | $140.00 |
| 9/17/2025 | Jesse Bair | Review and respond to correspondence with Committee professionals re insurance strategy and lift stay case coverage issues (.2); | 0.20 | $140.00 |
| 9/17/2025 | Jesse Bair | Review and respond to correspondence with debtor and B. Horn-Edwards re next round of interim fee applications (.1); | 0.10 | $70.00 |
| 9/18/2025 | Jesse Bair | Review agenda and prepare for Committee meeting (.1); participate in Committee meeting for insurance purposes re case developments, Plan issues, and ongoing insurance negotiations (1.1); | 1.20 | $840.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 9/18/2025 | Timothy Burns | Review and respond to correspondence with Committee professionals re various case insurance issues and developments (.3); | 0.30 | $210.00 |
| 9/24/2025 | Jesse Bair | Brief review re case law re impact of untimely disclaimer letters in connection with ongoing case insurance issues and negotiations (.2); | 0.20 | $140.00 |
| 9/25/2025 | Timothy Burns | Review correspondence with Committee professionals and mediator re settlement offers and internal correspondence re same (.2); | 0.20 | $140.00 |
| 9/25/2025 | Jesse Bair | Review prior Selective coverage correspondence and correspond with state court counsel re Selective disclaimer letters (.2); | 0.20 | $140.00 |
| 9/25/2025 | Jesse Bair | Participate in call with I. Scharf re case insurance issues (.2); | 0.20 | $140.00 |
| 9/25/2025 | Jesse Bair | Participate in Committee meeting for insurance purposes re case status, strategy, and next-steps (1.1); | 1.10 | $770.00 |
| 9/26/2025 | Timothy Burns | Review correspondence with mediator and parties re case mediation issues (.2); | 0.20 | $140.00 |
| 9/27/2025 | Jesse Bair | Review correspondence with mediator re AIG settlement and upcoming sessions with Selective and Catholic Mutual and begin preparing for same (.2); | 0.20 | $140.00 |
| 9/29/2025 | Alexander Castro | Analysis re: 1984-85 Exchange/Selective Primary and Umbrella Policies in connection with ongoing case insurance issues (.7); | 0.70 | $329.00 |
| 9/29/2025 | Alexander Castro | Review prior research re waiver of coverage defense for failure to raise in disclaimer letter and draft email summary for J. Bair (.3); | 0.30 | $141.00 |
| 9/29/2025 | Jesse Bair | Review and edit Burns Bair interim fee application (.7); | 0.70 | $490.00 |
| 9/29/2025 | Jesse Bair | Review Selective coverage correspondence re lift stay case (.2); review Selective policies and brief review of case law in connection with purported coverage defenses (.3); | 0.50 | $350.00 |
| 9/30/2025 | Alexander Castro | Additional research re New York law in connection with waiver of coverage defenses, factual analysis in connection with potential waiver by DOB insurers, and draft email memo summarizing research results in connection with ongoing case insurance issues and negotiations (3.9); | 3.90 | $1,833.00 |
| 9/30/2025 | Jesse Bair | Review research memo and case law re waiver of coverage defenses (.3); review and respond to correspondence with I. Scharf re same and additional coverage issues (.4); | 0.70 | $490.00 |
| 9/30/2025 | Jesse Bair | Review US Fire's claim objection motion to seal and declaration in support of same in connection with case insurance issues (.2); | 0.20 | $140.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 9/30/2025 | Timothy Burns | Review Selective's disclaimer letter re lift stay case (.2); review and respond to correspondence with Committee professionals re disclaimers and related coverage issues (.2); review A. Castro's research memorandum re waiver (.2); review correspondence with I. Scharf re additional case developments (.1); | 0.70 | $490.00 |

**Total Hours and Fees**      14.70    $8,603.00

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 9/12/2025 | Postage | $4.68 |

**Total Expenses**    $4.68

## Timekeeper Summary

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Alexander Castro | Associate | 4.90 | $470.00 | $2,303.00 |
| Brenda Horn-Edwards | Paralegal | 1.40 | $300.00 | $420.00 |
| Jesse Bair | Partner | 6.60 | $700.00 | $4,620.00 |
| Timothy Burns | Partner | 1.80 | $700.00 | $1,260.00 |

**Total Due This Invoice: $8,607.68**