UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 20-10322 (CLB) |
| The Diocese of Buffalo, N.Y., | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

## NOTICE OF HEARING ON MOTION OF AB 374 DOE FOR RELIEF FROM AUTOMATIC STAY

**PLEASE TAKE NOTICE** that a Motion for Relief from Automatic Stay was filed in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider this Motion will be held before the Honorable Carl L. Bucki, Chief United States Bankruptcy Judge for the Western District of New York, at the Robert H. Jackson U.S. Courthouse, 2 Niagara Square, Buffalo, New York, on the **18th day of November, 2025, at 12:00 p.m. (prevailing Eastern Time)**, or as soon thereafter as counsel can be heard. Appearances may be made in-person or by telephone, by calling 571-353-2301; then entering 483077448#; and the security pin 9999#.

**PLEASE TAKE FURTHER NOTICE** that any response in opposition to this Motion must be served upon (i) counsel for AB 374 Doe, Jeff Anderson and Associates, PA, 363 7th Avenue, 12th Floor, New York, New York 10001 (Attn: Michael G. Finnegan and Stacey J. Benson); and Steve Boyd, PC, 2696 Main Street, Suite 100, Buffalo, New York, 14214 (Attn: Stephen Boyd) (ii) counsel to the Official Committee of Unsecured Creditors, Pachulski, Stang, Ziehl & Jones, LLP, 780 Third Avenue, 34th Floor, New York, New York 10017, (Attn: James I. Stang and Ilan Scharf); (iii) Counsel for the Diocese, Bond Schoeneck & King, PLLC, One Lincoln Center, Syracuse, New York 13202 (Attn: Stephen A. Donato, Chares J. Sullivan and Grayson T. Walter); and (iv) the Office of the United States Trustee for the Western District of New York,

300 Pearl Street, Suite 401, Buffalo, New York 14202 (Attn: Joseph Allen) in accordance with the

Local Rules of Bankruptcy Procedure for the Western District of New York.

Dated:  October 17, 2025.                                    JEFF ANDERSON & ASSOCIATES, P.A.


                                                                    /s/Michael G. Finnegan
                                                                    Jeffrey R. Anderson
                                                                    Michael G. Finnegan
                                                                    Stacey J. Benson
                                                                    363 7th Avenue, 12th Floor
                                                                    New York, NY  10001
                                                                    (646) 759-2551
                                                                    jeff@andersonadvocates.com
                                                                    mike@andersonadvocates.com
                                                                    stacey@andersonadvocates.com

                                                                    Stephen Boyd.
                                                                    STEVE BOYD, PC
                                                                    2969 Main Street, Suite 100
                                                                    Buffalo, NY  14214
                                                                    (716) 600-0000
                                                                    sboyd@steveboyd.com

                                                                    Attorneys for AB 374 Doe