UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No.: 20-10322-CLB
Chapter: 11

## NOTICE OF FILING

PLEASE TAKE NOTICE that, in accordance with the Order entered July 9, 2020 [Docket No. 442] *Nunc Pro Tunc* to February 28, 2020, Connors LLP has filed the Monthly Fee Statement of Connors LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Diocese of Buffalo, N.Y., for the Period September 1, 2025 – September 30, 2025, a copy of which is attached hereto and hereby served upon you.

DATED:  Buffalo, New York
         October 20, 2025

                                            s/ Randall D. White
                                            Randall D. White, Esq.
                                            **CONNORS LLP**
                                            *Special Counsel for Debtor*
                                            *The Diocese of Buffalo, N.Y.*
                                            1000 Liberty Building
                                            Buffalo, New York 14202
                                            (716) 852-5533

Case 1-20-10322-CLB, Doc 4269, Filed 10/20/25, Entered 10/20/25 15:29:59, Description: Main Document , Page 1 of 7

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

The Diocese of Buffalo, N.Y.,

    Debtor.

Case No.: 20-10322-CLB
Chapter: 11

**MONTHLY FEE STATEMENT OF CONNORS LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO
THE DIOCESE OF BUFFALO, N.Y.
FOR THE PERIOD SEPTEMBER 1, 2025, THROUGH SEPTEMBER 30, 2025**

| | |
|---|---|
| Name of Applicant: | Connors LLP |
| Authorized to Provide Professional Services to: | The Diocese of Buffalo, N.Y., Debtor-in-Possession |
| Date of Retention: | Order entered July 9, 2020 [Docket No. 442] *Nunc Pro Tunc* to February 28, 2020 |
| Period for which compensation and reimbursement is sought: | September 1, 2025 – September 30, 2025 |
| Amount of compensation sought as actual, reasonable, and necessary: | 80% of $5,250 ($4,200) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $345.28 |

This is a:     X  monthly ___ quarterly ___ final application.

This is the _____ monthly fee statement of Connors LLP in this case.

# CONNORS LLP
1000 Liberty Building
Buffalo, NY 14202
TAX ID NO. 16-1282035

October 10, 2025

| | | |
|---|---|---|
| | Invoice# | 44285 RDW |
| DIOCESE OF BUFFALO | Our file# | 002700 00006 |
| 795 Main Street | Billing through | 09/30/2025 |
| Buffalo, NY 14203 | | |

MISCELLANEOUS MATTERS

<u>PROFESSIONAL SERVICES</u>

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/08/2025 | LFQ | (Independent Review Board) Communication with Independent Review Board Chair regarding several issues including requirements for meetings, potential new members, and preparing for audit (.7); review policies to determine responses to Independent Review Board Chair's inquiries (.4). | 1.10 hrs. | 250 /hr | 275.00 |
| 09/10/2025 | LFQ | (Independent Review Board) Several communications with Chancery representative and Victims Assistance Coordinator regarding new complaint. | 0.50 hrs. | 250 /hr | 125.00 |
| 09/15/2025 | LFQ | (Independent Review Board) Communications with Chancery representative regarding complaint. | 0.20 hrs. | 250 /hr | 50.00 |
| 09/18/2025 | LFQ | (Independent Review Board) Several communications with Victims Assistance Coordinator regarding new complaints (.4); communication with Chancery representative regarding same (.4). | 0.80 hrs. | 250 /hr | 200.00 |
| 09/24/2025 | LFQ | (Independent Review Board) Review complaints forwarded by Victims Assistance Coordinator. | 0.60 hrs. | 250 /hr | 150.00 |
| 09/25/2025 | LFQ | (Independent Review Board) Prepare three memoranda to Diocesan team regarding | 1.20 hrs. | 250 /hr | 300.00 |

                suggestions as to how to handle three recent reports of misconduct pursuant to our various policies (.9); process reports according to policies, including advising District Attorney's Office where appropriate (.3).

                Total fees for this matter                                                                 $1,100.00

**BILLING SUMMARY**

| | | | | |
|---|---|---|---|---|
| Quinlan, Lawlor F. III | Partner | 4.40 hrs | 250 /hr | 1,100.00 |
| TOTAL FEES | | 4.40 hrs | | $1,100.00 |
| TOTAL CHARGES FOR THIS BILL | | | | $1,100.00 |

# CONNORS LLP
1000 Liberty Building
Buffalo, NY 14202
TAX ID NO. 16-1282035

October 10, 2025

| | | |
|---|---|---|
| | Invoice# 44284 | RDW |
| DIOCESE OF BUFFALO | Our file# 002700 | 00046 |
| 795 Main Street | Billing through | 09/30/2025 |
| Buffalo, NY 14203 | | |

CHILD VICTIMS ACT

<u>PROFESSIONAL SERVICES</u>

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/05/2025 | RDW | Email response to discovery inquiry from co-counsel in CVA test case. | 0.20 hrs. | 250 /hr | 50.00 |
| 09/11/2025 | RDW | Telephone conference with other NYS diocesan counsel regarding status and developments in CVA litigation. | 0.50 hrs. | 250 /hr | 125.00 |
| 09/18/2025 | LFQ | Review email regarding inquiry of complainant (.1); research regarding same (.5); provide documents regarding same (.2). | 0.80 hrs. | 250 /hr | 200.00 |
| 09/18/2025 | RDW | Emails with co-counsel in CVA test case regarding discovery question; internal communications regarding same. | 0.40 hrs. | 250 /hr | 100.00 |
| 09/21/2025 | LFQ | Review request from attorneys defending Dioceses in CVA cases regarding discovery demands made to Diocese (.2); research documents back 35 years to obtain responses to same (2.5); communication with defense attorney regarding providing responsive documents (.8). | 3.50 hrs. | 250 /hr | 875.00 |
| 09/22/2025 | RDW | Review email discovery inquiry from co-counsel in CVA test case (.3); confer with Lawlor F. Quinlan III regarding response (.2); review file regarding responses (.8). | 1.30 hrs. | 250 /hr | 325.00 |
| 09/23/2025 | RDW | Review file to prepare response to discovery inquiry from | 0.70 hrs. | 250 /hr | 175.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | co-counsel as to CVA test case. | | | |
| 09/24/2025 | LFQ | Review documents sent by attorney defending Diocese in CVA action to assist in preparing our response to discovery demands. | 0.80 hrs. | 250 /hr | 200.00 |
| 09/24/2025 | RDW | Review of Foundation's opposition and other filings concerning Jones Day retention application. | 0.50 hrs. | 250 /hr | 125.00 |
| 09/24/2025 | TMC | Receipt and review of the Foundation's opposition to Bond Schoeneck's application to retain Jones Day as special counsel to the Diocese. | 0.30 hrs. | 250 /hr | 75.00 |
| 09/25/2025 | LFQ | Call with attorney defending Diocese in CVA cases (.6); review files sent by attorney to assist with discovery responses (2.5). | 3.10 hrs. | 250 /hr | 775.00 |
| 09/25/2025 | RDW | Telephone conference with other NYS diocesan counsel regarding CVA litigation and developments (.50); review discovery inquiry from co-counsel in CVA test case (.2); telephone conference with co-counsel and Lawlor F. Quinlan III regarding same (.6); prepare response to inquiry (.3). | 1.60 hrs. | 250 /hr | 400.00 |
| 09/27/2025 | LFQ | Review document to assist in discovery responses being prepared by attorney defending Diocese (.9); prepare memorandum regarding same (.9); communications with Chancery staff and attorney regarding responses (.7). | 2.50 hrs. | 250 /hr | 625.00 |
| 09/29/2025 | LFQ | Communications with attorney defending Diocese regarding document production. | 0.20 hrs. | 250 /hr | 50.00 |
| 09/30/2025 | LFQ | Communications with attorney defending Diocese regarding responding to discovery demands. | 0.20 hrs. | 250 /hr | 50.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Total fees for this matter | | | $4,150.00 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| 09/01/2025 | CREDIT FOR 7/31/25 OVERPAYMENT | (0.48) |
| 09/15/2025 | AUG HOSTING | 345.76 |
| | Total disbursements for this matter | $345.28 |

**BILLING SUMMARY**

| | | | | |
|---|---|---|---|---|
| Connors, Terrence M. | Partner | 0.30 hrs | 250 /hr | 75.00 |
| White, Randall D. | Partner | 5.20 hrs | 250 /hr | 1,300.00 |
| Quinlan, Lawlor F. III | Partner | 11.10 hrs | 250 /hr | 2,775.00 |
| TOTAL FEES | | 16.60 hrs | | $4,150.00 |
| TOTAL DISBURSEMENTS | | | | $345.28 |
| TOTAL CHARGES FOR THIS BILL | | | | $4,495.28 |