UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>The Diocese of Buffalo, N.Y.,<br><br>        Debtor. | Case No. 20-10322 (CLB)<br><br>Chapter 11 |

**DECLARATION OF STEPHENIE LANNIGAN BROSS IN SUPPORT OF
POC CLAIMANT 111'S OPPOSITION TO OBJECTION TO ALLOWANCE OF HIS
SEXUAL ABUSE CLAIM**

Pursuant to 28 U.S.C. § 1746, Stephenie Lannigan Bross, submits this declaration under penalties of perjury:

1. I am Senior Counsel to Slater Slater Schulman LLP, counsel of record to Gregg Pacillo, the Plaintiff in the state court action *Gregg Pacillo v. St. Francis High School, St. Francis of Assisi Parish, St. Anthony of Padua Province, Franciscan Fathers Minor Conventual, U.S.A. Inc., Franciscan Friars – Our Lady of the Angels Province, Inc. and Michael J. Kolodziej*, pending in the Supreme Court of the State of New York, County of Erie, Index No. 801502/2021 ("State Court Action") and with respect to the related Sexual Abuse Proof of Claim number 111. I submit this Declaration in support of the Opposition to Objection to Allowance of Sexual Abuse Proof of Claim No. 111 (the "Response"). Capitalized terms used but not defined herein shall have the meanings and definitions ascribed to them in the Response

2. Attached hereto as Exhibit 1 is a copy of the Summons and Complaint in the State Court Action.

3. Attached hereto as Exhibit 2 are the discovery demands previously served by Claimant 111 upon the Diocese.

4. Attached hereto as Exhibit 3 is a copy of the publicly available document *Policies for Catholic Schools Pertaining to All Catholic Schools Within the Diocese of Buffalo*, downloaded October 28, 2025.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. I executed this Declaration on October 28, 2025, at 445 Broad Hollow Road, Suite 419, Melville, NY 11747.

/Stephenie Lannigan Bross/
_____
Stephenie Lannigan Bross

Case 1-20-10322-CLB, Doc 4293-1, Filed 10/28/25, Entered 10/28/25 15:58:08, Description: Exhibit Declaration, Page 2 of 2