UNITED STATES BANKRUPTCY COURT
WESTEN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>The Diocese of Buffalo, N.Y.,<br><br>Debtor. | Case No. 20-10322 (CLB)<br><br>Chapter 11 |

## JOINDER OF CLAIMANT 731 TO OPPOSITION TO OBJECTION TO ALLOWANCE OF SEXUAL ABUSE PROOFS OF CLAIMS

Child Victims Act ("CVA") Plaintiff, the filer of Proof of Claim 731 herein ("Claimant" or "Claimant 731"), by and through his undersigned counsel, in opposition to U.S. Fire Insurance Company's and Pacific Employers Insurance Company's (collectively "Excess Insurers") *Notice of Objection to Allowance of Sexual Abuse Proof of Claim No. 791* [Docket No. 4228], hereby joins in the arguments set forth in *Opposition to Objection to Allowance of Sexual Abuse Proof of Claim Nos. 125, 203 and 428* [Docket Nos. 4286, 4287 and 4288, respectively]. Claimant also joins in the arguments set forth in the *Response of the Official Committee of Unsecured Creditors to Certain Claims Objections Filed by Certain Insurers* filed by The Official Committee of Unsecured Creditors ("Committee") [Docket No. 4292] and incorporates said arguments herein by reference for all purposes as though set forth fully herein.

In addition to the legal analysis and arguments contained in the *Opposition* pleadings and supporting declarations and exhibits referred to hereinabove, Claimant specifically incorporates in his opposition the *Declaration by Robert W. Zilliox, M.Div., J.C.L.* (Zilliox Decl."), attached *to Opposition to Objection to Allowance of Sexual Abuse Proof of Claim Nos. 125, 203 and 428* [Docket Nos. 4286, 4287 and 4288, respectively].

## BRIEF STATEMENT OF FACTS IN CLAIMANT'S PROOF OF CLAIM[1]

Claimant filed an action in the Supreme Court of the State of New York, County of Erie, Index No. 811042/2021, on August 11, 2021, against *St. Francis High School* ("St. Francis"); *Order of Friars Minor Conventual, St. Anthony of Padua Province, U.S.A., Inc., a/k/a St. Anthony of Padua Province* (St. Anthonys); *Franciscan Fathers Minor a/k/a Franciscan Fathers Minor Conventuals of Buffalo, N.Y. a/k/a Franciscan Friars – Our Lady of the Angels Province, Inc.* ("The Franciscans"); *Michael M. Kolodziej a/k/a Father Michael M. Kolodziej O.F.M.Conv.; and James Smyka a/k/a Father James Smyka O.F.M.Conv.* St. Francis, St. Anthony and The Franciscans answered said Complaint on September 17, 2021. The remaining defendants have not appeared. This state court action has since been stayed by the within bankruptcy action.

Claimant's claim arises from the sexual battery of Claimant by Father Michael M. Kolodziej, Father James Smyka, Father Peter Saporito, Father Luke T. Rutter, Mr. James B. Warren, a Religion teacher at St. Francis, and Mr. Timothy Lynch, a math teacher at St. Francis. The abuse took place in or about the school years of 1982 – 1985 while Claimant was a student at St. Francis. Specifically, Fr. Kolodziej, Fr. Smyka, Fr. Saporito, Fr. Rutter and Mr. Warren each fondled Claimant's genitals, engaged in oral sex with Claimant, and anally penetrated Claimant. Most of the abuse occurred after school while Claimant was receiving academic and/or behavioral guidance from Fr. Kolodziej, Fr. Smyka, Fr. Saporito, Fr. Rutter, Mr. Warren, and Mr. Lynch. In or about the 1984-85 school year, Mr. Lynch attempted to engage in the same abuse as Fr. Kolodziej, Fr. Smyka, Fr. Saporito, Fr. Rutter, and Mr. Warren while Claimant was receiving academic assistance from Mr. Lynch after school. When Claimant refused, Mr. Lynch threatened

---

[1] For the sake of brevity, Claimant incorporates by reference his Proof of Claim in its entirety. Further, so as to protect Claimant's privacy and to comply with the confidentiality requirements set forth in the Bar Date Order, Claimant has not attached Proof of Claim No. 731 as an exhibit.

to blackmail Claimant by saying he would get Claimant expelled. When Claimant still refused to comply, Mr. Lynch made a false report to Fr. Saporito, one of Claimant's sexual abusers, that Claimant had ninja stars at school. Shortly thereafter Claimant was expelled from St. Francis.

## **CONCLUSION**

As stated in the joined opposition, the issue of whether the Diocese had control, authority, and/or supervision of the students at St. Francis High School and the staff working at St. Francis High School or the Franciscans or St. Anthonys, is a highly fact intensive issue, an issue that is not easily resolved without crucial discovery and should not be resolved without affording Claimant the opportunity to conduct that discovery. To this point, Claimant has not been given the opportunity to conduct that discovery. Additionally, he has not been given the opportunity to conduct any meaningful and critically important discovery; in fact, he has not even been able to name the Diocese of Buffalo as a defendant in his lawsuit due to the automatic stay.

For all the reasons set forth herein, including arguments incorporated in joined opposition, Claimant respectfully asks this Court to deny the Excess Insurers' *Objection to Allowance of Sexual Abuse Proof of Claim No. 731* or, alternatively, adjourn this Claim Objection to allow Claimant the opportunity to conduct discovery that is imperative to the prosecution of his claim.

DATED: October 28, 2025

*Melanie S. Wolk*

Melanie S. Wolk, Esq.
TREVETT CRISTO
500 Canal View Blvd., Suite 600
Rochester, NY 14623
(515) 454-2181
mwolk@trevettcristo.com

And

Craig K. Vernon
JAMES, VERNON & WEEKS, P.A.
1626 Lincoln Way
Coeur d'Alene, ID  83814
(208) 667-0683
cvernon@jvwlaw.net