UNITED STATES BANKRUPTCY COURT
WESTEN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

                    Debtor.

Case No. 20-10322 (CLB)

Chapter 11

### JOINDER OF CLAIMANT 791 TO OPPOSITION TO OBJECTION TO ALLOWANCE OF SEXUAL ABUSE PROOFS OF CLAIMS

Child Victims Act ("CVA") Plaintiff, the filer of Proof of Claim 791 herein ("Claimant" or "Claimant 791"), by and through his undersigned counsel, in opposition to U.S. Fire Insurance Company's and Pacific Employers Insurance Company's (collectively "Excess Insurers") *Notice of Objection to Allowance of Sexual Abuse Proof of Claim No. 791* [Docket No. 4229], hereby joins in the arguments set forth in *Opposition to Objection to Allowance of Sexual Abuse Proof of Claim Nos. 125, 203 and 428* [Docket Nos. 4286, 4287 and 4288, respectively]. Claimant also joins in the arguments set forth in the *Response of the Official Committee of Unsecured Creditors to Certain Claims Objections Filed by Certain Insurers* filed by The Official Committee of Unsecured Creditors ("Committee") [Docket No. 4292] and incorporates said arguments herein by reference for all purposes as though set forth fully herein.

In addition to the legal analysis and arguments contained in the *Opposition* pleadings and supporting declarations and exhibits referred to hereinabove, Claimant specifically incorporates in his opposition the *Declaration by Robert W. Zilliox, M.Div., J.C.L.* (Zilliox Decl."), attached *to Opposition to Objection to Allowance of Sexual Abuse Proof of Claim Nos. 125, 203 and 428* [Docket Nos. 4286, 4287 and 4288, respectively].

# BRIEF STATEMENT OF FACTS IN CLAIMANT'S PROOF OF CLAIM[1]

Claimant filed an action in the Supreme Court of the State of New York, County of Erie, Index No. 811111/2021, on August 12, 2021, against *St. Francis High School* ("St. Francis"); *Order of Friars Minor Conventual, St. Anthony of Padua Province, U.S.A., Inc., a/k/a St. Anthony of Padua Province* (St. Anthonys); and *Franciscan Fathers Minor a/k/a Franciscan Fathers Minor Conventuals of Buffalo, N.Y. a/k/a Franciscan Friars – Our Lady of the Angels Province, Inc.* ("The Franciscans"). St. Francis, St. Anthony and The Franciscans answered said Complaint on September 17, 2021.

Claimant's claim arises from the sexual battery of Claimant by Mr. James B. Warren ("Mr. Warren"), a Religion teacher at St. Francis, in or about the 1982-83 school year while Claimant was a student at St. Francis. Specifically, Mr. Warren directed Plaintiff during class to follow him to a small, dimly lit and secluded laundry room to undergo a "governmental health screening". Upon entering the laundry room, Mr. Warren asked Claimant a series of questions about his sexual history and directed Claimant to remove his pants and underwear. After Claimant did so, Mr. Warren fondled Claimant's bare genitals and buttocks, spreading Claimant's buttocks and running his hand through the crack of Claimant's buttocks to his genitals and back to his anus. When Mr. Warren attempted to probe Claimant's anus, Claimant pulled his pants up and asked to return to class, at which time Mr. Warren said Claimant passed his "governmental health exam".

## CONCLUSION

As stated in the joined opposition, the issue of whether the Diocese had control, authority, and/or supervision of the students at St. Francis High School and the staff working at St. Francis

---

[1] For the sake of brevity, Claimant incorporates by reference his Proof of Claim in its entirety. Further, so as to protect Claimant's privacy and to comply with the confidentiality requirements set forth in the Bar Date Order, Claimant has not attached Proof of Claim No. 791 as an exhibit.

High School or the Franciscans or St. Anthonys, is a highly fact intensive issue, an issue that is not easily resolved without crucial discovery and should not be resolved without affording Claimant the opportunity to conduct that discovery. To this point, Claimant has not been given the opportunity to conduct that discovery. Additionally, he has not been given the opportunity to conduct any meaningful and critically important discovery; in fact, he has not even been able to name the Diocese of Buffalo as a defendant in his lawsuit due to the automatic stay.

For all the reasons set forth herein, including arguments incorporated in joined opposition, Claimant respectfully asks this Court to deny the Excess Insurers' *Objection to Allowance of Sexual Abuse Proof of Claim No. 791* or, alternatively, adjourn this Claim Objection to allow Claimant the opportunity to conduct discovery that is imperative to the prosecution of his claim.

DATED: October 28, 2025

*Melanie S. Wolk*

Melanie S. Wolk, Esq.
TREVETT CRISTO
500 Canal View Blvd., Suite 600
Rochester, NY 14623
(515) 454-2181
mwolk@trevettcristo.com

And

Craig K. Vernon
JAMES, VERNON & WEEKS, P.A.
1626 Lincoln Way
Coeur d'Alene, ID 83814
(208) 667-0683
cvernon@jvwlaw.net