UNITED STATES BANKRUPTCY COURT
WESTEN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) ) ) | Case No. 20-10322 (CLB) |
| The Diocese of Buffalo, N.Y., | ) ) | |
| Debtor. | ) ) ) | Chapter 11 |

## JOINDER OF CLAIMANT 807 TO OPPOSITION TO OBJECTION TO ALLOWANCE OF SEXUAL ABUSE PROOFS OF CLAIMS

Child Victims Act ("CVA") Plaintiff, the filer of Proof of Claim 807 herein ("Claimant" or "Claimant 807"), by and through his undersigned counsel, in opposition to U.S. Fire Insurance Company's and Pacific Employers Insurance Company's (collectively "Excess Insurers") *Notice of Objection to Allowance of Sexual Abuse Proof of Claim No. 807* [Docket No. 4230], hereby joins in the arguments set forth in *Opposition to Objection to Allowance of Sexual Abuse Proof of Claim Nos. 125, 203 and 428* [Docket Nos. 4286, 4287 and 4288, respectively]. Claimant also joins in the arguments set forth in the *Response of the Official Committee of Unsecured Creditors to Certain Claims Objections Filed by Certain Insurers* filed by The Official Committee of Unsecured Creditors ("Committee") [Docket No. 4292] and incorporates said arguments herein by reference for all purposes as though set forth fully herein.

In addition to the legal analysis and arguments contained in the *Opposition* pleadings and supporting declarations and exhibits referred to hereinabove, Claimant specifically incorporates in his opposition the *Declaration by Robert W. Zilliox, M.Div., J.C.L.* (Zilliox Decl.”), attached *to Opposition to Objection to Allowance of Sexual Abuse Proof of Claim Nos. 125, 203 and 428* [Docket Nos. 4286, 4287 and 4288, respectively].

## BRIEF STATEMENT OF FACTS IN CLAIMANT'S PROOF OF CLAIM[1]

Claimant filed an action in the Supreme Court of the State of New York, County of Erie, Index No. 806334/2021, on May 13, 2021, against *St. Francis High School* ("St. Francis") and *Order of Friars Minor Conventual, St. Anthony of Padua Province, U.S.A., Inc., a/k/a St. Anthony of Padua Province* (St. Anthonys).

Claimant's claim arises from the grooming and sexual assaults of Claimant by Father Luke Rutter (hereinafter "Fr. Rutter") beginning in the fall of approximately 1978 through the spring of approximately 1980. Fr. Rutter was Claimant's vocabulary teacher during his ninth grade year. Claimant attended vocabulary class with Fr. Rutter about twice a week. Fr. Rutter groomed Claimant very early on in the school year of 1978 by paying close attention to Claimant and calling Claimant "professor" and "fun loving professor" in front of other students. As the school year went on, Fr. Rutter's grooming escalated, and he began to frequently rub Claimant's back and shoulders. Toward the end of Claimant's ninth grade year in approximately April or May of 1979, Fr. Rutter regularly rubbed his back and moved his hand toward Claimant's waist. On several occasions in approximately April or May of 1979, Fr. Rutter reached around to the front side of Claimant's body and fondled and groped Claimant's genitals. This abuse continued through his Sophomore year at St. Francis. Claimant recalls the fondling of the genitals occurring in what he refers to as the "main building" of the school as well as in "Justin Hall".

## CONCLUSION

As stated in the joined opposition, the issue of whether the Diocese had control, authority, and/or supervision of the students at St. Francis High School and the staff working at St. Francis

---

[1] For the sake of brevity, Claimant incorporates by reference his Proof of Claim in its entirety. Further, so as to protect Claimant's privacy and to comply with the confidentiality requirements set forth in the Bar Date Order, Claimant has not attached Proof of Claim No. 807 as an exhibit.

Case 1-20-10322-CLB,    Doc 4298,    Filed 10/28/25,    Entered 10/28/25 17:47:06,
Description: Main Document  , Page 2 of 3

High School or the Franciscans or St. Anthonys, is a highly fact intensive issue, an issue that is not easily resolved without crucial discovery and should not be resolved without affording Claimant the opportunity to conduct that discovery. To this point, Claimant has not been given the opportunity to conduct that discovery. Additionally, he has not been given the opportunity to conduct any meaningful and critically important discovery; in fact, he has not even been able to name the Diocese of Buffalo as a defendant in his lawsuit due to the automatic stay.

For all the reasons set forth herein, including arguments incorporated in joined opposition, Claimant respectfully asks this Court to deny the Excess Insurers' *Objection to Allowance of Sexual Abuse Proof of Claim No. 807* or, alternatively, adjourn this Claim Objection to allow Claimant the opportunity to conduct discovery that is imperative to the prosecution of his claim.

DATED: October 28, 2025

_Melanie S. Wolk_
Melanie S. Wolk, Esq.
TREVETT CRISTO
500 Canal View Blvd., Suite 600
Rochester, NY 14623
(515) 454-2181
mwolk@trevettcristo.com

And

Craig K. Vernon
JAMES, VERNON & WEEKS, P.A.
1626 Lincoln Way
Coeur d'Alene, ID 83814
(208) 667-0683
cvernon@jvwlaw.net