UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

          Debtor.

Case No. 20-10322 (CLB)

Chapter 11

## CERTIFICATE OF SERVICE

I, Erin M. Dalluge, am over the age of eighteen years, am employed by Jeff Anderson & Associates. I am not a party to the within action; and my business address is 366 Jackson Street, Suite 100, St. Paul, Minnesota 55101.

I hereby certify that on October 27, 2025, I caused a true and correct copy of an **Opposition to Objection to Allowance of Sexual Abuse Proof of Claim No. 203** (Doc. 4287) to be filed with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

I further certify that on October 28, 2025, I caused a true and correct copy of the following: (1) **Order Authorizing Parties to File Documents Under Seal** (Doc. 4290); and (2) **Unredacted Opposition to Objection to Allowance of Sexual Abuse Proof of Claim No. 203** to be served on the following interested parties pursuant to the Court Order (Doc. 4290) via email:

Attorneys for the Diocese of Buffalo, N.Y.:

Stephen Donato
sdonato@bsk.com

Charles Sullivan
csullivan@bsk.com

Grayson Walter
gwalter@bsk.com

Attorneys for the Official Committee of Unsecured Creditors:

James Stang
jstang@pszjlaw.com

Ilan Scharf
ischarf@pszjlaw.com

Karen Dine
kdine@pszjlaw.com

Attorneys for U.S. Fire Insurance Company and Pacific Employers Insurance Company:

Tancred Schiavoni
tschiavoni@omm.com

Adam Haberkorn
ahaberkorn@omm.com

Marianne May
marianne.may@clydeco.us

Dated this 28th day of October, 2025.

/s/Erin M. Dalluge
Erin M. Dalluge