UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>THE DIOCESE OF BUFFALO, N.Y.,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-10322-CLB |

## NOTICE OF MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PERMITTING NONTESTIMONIAL SURVIVOR STATEMENTS

**PLEASE TAKE NOTICE** that on November 7, 2025, The Official Committee of Unsecured Creditors (the "**Committee**") of The Diocese of Buffalo, N.Y., the above-captioned debtor and debtor in possession (the "**Debtor**"), by and through its undersigned counsel, filed the *Motion of the Official Committee of Unsecured Creditors for Entry of an Order Permitting Nontestimonial Survivors Statements* (the "**Motion**"), with the United States Bankruptcy Court for the Western District of New York (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Application and any objections related thereto will be held on **December 11, 2025 at 10:00 am (Eastern time)**, or as soon thereafter as counsel may appear and be heard, before the Honorable Carl L. Bucki, Chief United States Bankruptcy Judge for the Western District of New York.

**PLEASE TAKE FURTHER NOTICE** that parties can choose to appear either (i) in person at the Robert H. Jackson U.S. Courthouse, 2 Niagara Square, Buffalo, New York or (ii) telephonically (call in 1-571-353-2301, Courtroom ID 483077448#, and security pin 9999#).

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Application must conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Western District of New York and be served in accordance with Local Rule 9013-1 upon the following parties: (i) counsel to the Official Committee of Unsecured Creditors, Pachulski, Stang, Ziehl & Jones, LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California, 90067-4003, Attn. James I. Stang, and 1700 Broadway, 36th Floor, New York, New York, 10019-2024, Attn. Ilan Scharf,; (ii) counsel to the Diocese, Bond, Schoeneck & King, PLLC, One Lincoln Center, Syracuse, New York 13202, Attn: Stephen A. Donato, Charles J. Sullivan, and Grayson T. Walter, (iii) the Office of the United States Trustee for the Western District of New York, 300 Pearl Street, Suite 401, Buffalo, NY 14202. Attn: Joseph W. Allen; and (iv) and those persons who have formally appeared and requested service in this case pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and all other documents filed in the Diocese's chapter 11 case may be obtained free of charge via the case management website maintained by the Diocese's notice agent at https://case.stretto.com/dioceseofbuffalo or by contacting the undersigned counsel for the Diocese.

Dated: New York, New York  PACHULSKI STANG ZIEHL & JONES LLP
November 7, 2025

 /s/ Ilan D. Scharf                              .
James I. Stang, Esq.
Ilan D. Scharf, Esq.
Iain A. W. Nasatir, Esq.
Karen B. Dine, Esq.
1700 Broadway Third Avenue, 36th Floor
New York, NY 10019
Telephone: 212/561-7700
Facsimile: 212/561-7777
jstang@pszjlaw.com
ischarf@pszjlaw.com
inasatir@pszjlaw.com
kdine@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors*

3