UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No. 20-10322

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362], Blank Rome, LLP has filed the *Monthly Fee Statement of Blank Rome, LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to The Diocese of Buffalo, N.Y. for the Period October 1, 2025 Through October 31, 2025*, a copy of which is attached hereto and hereby served upon you.

Dated: November 10, 2025

BLANK ROME, LLP

By:     */s/ James R. Murray*
James R. Murray
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-3409
Email: jmurray@blankrome.com

*Special Insurance Counsel for*
*The Diocese of Buffalo, N.Y.*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No. 20-10322

Chapter 11

**MONTHLY FEE STATEMENT OF BLANK ROME, LLP FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
AS SPECIAL INSURANCE COUNSEL TO THE DIOCESE OF BUFFALO, N.Y.
FOR THE PERIOD OCTOBER 1, 2025 THROUGH OCTOBER 31, 2025**

| | |
|---|---|
| Name of Applicant: | Blank Rome, LLP |
| Authorized to Provide Professional Services to: | The Diocese of Buffalo, N.Y., Debtor-In-Possession |
| Date of Retention: | Order entered June 30, 2020 [Docket No. 423] *Nunc Pro Tunc* to February 28, 2020 |
| Period for which compensation and reimbursement is sought: | October 1, 2025 through October 31, 2025 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $5,892.61 ($4,714.09) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a: _X_ monthly ____ quarterly ____ final application.
in
This is Blank Rome's sixty-sixth monthly fee statement in this case.

# BLANKROME

1825 EYE STREET NW
WASHINGTON, DC 20006-5403
(202) 420-2200
FEDERAL TAX ID NO. 23-█████

| | |
|---|---|
| DIOCESE OF BUFFALO | INVOICE DATE: NOVEMBER 06, 2025 |
| C/O JOHN M. SCHOLL | CLIENT ID: 155760 |
| 795 MAIN STREET | MATTER NUMBER: 155760-00601 03348 |
| BUFFALO, NY 14203 | INVOICE NUMBER: 2321486 |

**REGARDING:** DIOCESE OF BUFFALO
INSURANCE ADVICE

| DATE | INVOICE | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 07/31/2020 | 1908397 | $25,484.65 | ($22,561.19) | $2,548.46 |
| 07/31/2020 | 1908398 | $22,046.42 | ($19,466.78) | $2,204.64 |
| 07/31/2020 | 1908399 | $55,775.57 | ($49,823.02) | $5,577.55 |
| 07/31/2020 | 1908400 | $22,514.46 | ($19,888.02) | $2,251.44 |
| 08/20/2020 | 1911983 | $50,783.53 | ($45,330.16) | $5,078.37 |
| 09/22/2020 | 1919242 | $59,913.79 | ($53,547.41) | $5,991.38 |
| 10/21/2020 | 1925894 | $44,914.95 | ($39,840.12) | $4,491.50 |
| 11/16/2020 | 1931564 | $103,849.68 | ($92,881.37) | $10,384.97 |
| 12/08/2020 | 1936638 | $67,978.34 | ($60,597.17) | $6,797.83 |
| 01/28/2021 | 1944850 | $58,271.07 | ($51,914.37) | $5,773.37 |
| 02/23/2021 | 1950370 | $43,496.36 | ($38,563.39) | $4,349.64 |
| 03/31/2021 | 1957000 | $37,448.27 | ($33,120.11) | $3,744.83 |
| 04/28/2021 | 1964026 | $34,425.70 | ($30,983.13) | $3,442.57 |
| 05/26/2021 | 1970085 | $11,332.51 | ($10,199.26) | $1,133.25 |
| 06/23/2021 | 1975333 | $5,872.42 | ($5,285.18) | $587.24 |
| 07/26/2021 | 1981564 | $10,499.90 | ($9,449.91) | $1,049.99 |
| 08/24/2021 | 1988112 | $24,862.74 | ($22,376.46) | $2,486.28 |
| 09/27/2021 | 1993685 | $30,361.29 | ($27,325.16) | $3,036.13 |
| 03/11/2025 | 2263224 | $5,903.61 | ($4,722.89) | $1,180.72 |
| 04/16/2025 | 2272745 | $5,577.47 | ($4,461.98) | $1,115.49 |
| 05/19/2025 | 2280148 | $38,354.37 | ($31,097.56) | $7,256.81 |
| 06/16/2025 | 2287383 | $38,924.40 | ($31,289.00) | $7,635.40 |
| 07/15/2025 | 2293810 | $13,282.75 | ($11,043.28) | $2,239.47 |
| 08/07/2025 | 2299098 | $3,034.93 | ($2,427.94) | $606.99 |
| 09/10/2025 | 2307020 | $4,336.26 | ($3,469.01) | $867.25 |

| | **ACH/WIRE** | **Mail** |
|---|---|---|
| Bank Name | Citizens Bank | Blank Rome LLP |
| Address: | Philadelphia, PA | Attn: Finance Department |
| Account Title: | Blank Rome LLP | One Logan Square |
| Account Number: | ███████ | 130 North 18th St |
| ABA Number: | ███████ (Domestic) | Philadelphia, PA 19103-6998 |
| Swift Code | ███████ (International) | |

To pay by Electronic Funds Transfer, visit **www.BlankRome.com/Payments**

PENNSYLVANIA  NEW YORK  NEW JERSEY  DELAWARE  WASHINGTON, DC  FLORIDA  CALIFORNIA  OHIO  TEXAS  ILLINOIS  MASSACHUSETTS  SHANGHAI



**1825 EYE STREET NW**
**WASHINGTON, DC 20006-5403**
**(202) 420-2200**
**FEDERAL TAX ID NO. 23-**

| | |
|---|---|
| DIOCESE OF BUFFALO | INVOICE DATE: NOVEMBER 06, 2025 |
| C/O JOHN M. SCHOLL | CLIENT ID: 155760 |
| 795 MAIN STREET | MATTER NUMBER: 155760-00601 03348 |
| BUFFALO, NY 14203 | INVOICE NUMBER: 2321486 |

| DATE | INVOICE | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 10/22/2025 | 2318218 | $1,195.43 | $0.00 | $1,195.43 |

**BALANCE FORWARD** $93,027.00

FOR LEGAL SERVICES RENDERED THROUGH 10/31/25     $5,892.61

**CURRENT INVOICE TOTAL** $5,892.61

**TOTAL AMOUNT DUE, INCLUDING BALANCE FORWARD** $98,919.61

*REMITTANCE*

| | ACH/WIRE | Mail |
|---|---|---|
| Bank Name | Citizens Bank | Blank Rome LLP |
| Address: | Philadelphia, PA | Attn: Finance Department |
| Account Title: | Blank Rome LLP | One Logan Square |
| Account Number: | | 130 North 18th St |
| ABA Number: | (Domestic) | Philadelphia, PA 19103-6998 |
| Swift Code | (International) | |
| To pay by Electronic Funds Transfer, visit **www.BlankRome.com/Payments** | | |

PENNSYLVANIA   NEW YORK   NEW JERSEY   DELAWARE   WASHINGTON, DC   FLORIDA   CALIFORNIA   OHIO   TEXAS   ILLINOIS   MASSACHUSETTS   SHANGHAI



**1825 EYE STREET NW**
**WASHINGTON, DC 20006-5403**
**(202) 420-2200**
**FEDERAL TAX ID NO. 23-**

| | |
|---|---|
| DIOCESE OF BUFFALO | INVOICE DATE: NOVEMBER 06, 2025 |
| C/O JOHN M. SCHOLL | CLIENT ID: 155760 |
| 795 MAIN STREET | MATTER NUMBER: 155760-00601 |
| BUFFALO, NY 14203 | INVOICE NUMBER: 2321486 |
| | PAGE 1 |

**REGARDING:** **DIOCESE OF BUFFALO**
**INSURANCE ADVICE**

**FOR LEGAL SERVICES RENDERED THROUGH OCTOBER 31, 2025**

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/07/25 | REVIEW AND ANALYZE CHUBB'S OBJECTIONS AND EMAIL TO J. MURRAY REGARDING SAME | J. CARTER | 1.30 | 810.81 |
| 10/08/25 | LOCATE COVERAGE POSITION LETTERS FOR THE CLAIMS AN INSURER IS REQUESTING BE EXPUNGED AND DISALLOWED | K. ROGERS | 0.50 | 162.50 |
| 10/08/25 | LOCATE CERTAIN PROOFS OF CLAIM A CERTAIN INSURER IS REQUESTING BE EXPUNGED AND DISALLOWED | K. ROGERS | 0.30 | 97.50 |
| 10/08/25 | REVIEW COVERAGE POSITION LETTERS RELATING TO UNSTAYED CLAIMS | J. CARTER | 0.30 | 187.11 |
| 10/13/25 | CORRELATE CLAIMANT ALIASES WITH POC NUMBERS TO ALLOW ATTORNEYS TO REVIEW CLAIMS AND COVERAGE LETTERS | K. ROGERS | 0.40 | 130.00 |
| 10/13/25 | REVIEW CLAIMS OBJECTIONS FOR COMMENTS TO S. DONATO ON INSURANCE ISSUES | J. MURRAY | 2.00 | 1,686.30 |
| 10/13/25 | CONFERENCE WITH DIOCESE BANKRUPTCY COUNSEL REGARDING CLAIM OBJECTIONS | J. CARTER | 0.30 | 187.11 |
| 10/13/25 | CONFERENCE WITH COMMITTEE COUNSEL AND DIOCESE BANKRUPTCY COUNSEL REGARDING CLAIM OBJECTIONS | J. CARTER | 0.30 | 187.11 |
| 10/13/25 | CONFERENCE WITH K. ROGERS RELATING TO CLAIM OBJECTIONS | J. CARTER | 0.10 | 62.37 |
| 10/13/25 | PREPARE FOR CONFERENCES RELATING TO CLAIMS OBJECTIONS WITH DEBTOR BANKRUPTCY COUNSEL AND COMMITTEE | J. CARTER | 1.20 | 748.44 |
| 10/14/25 | UPDATE CHART OF UN-STAYED CASES TO INCLUDE CLAIMANTS NAMES WHERE A PSEUDONYM APPEARS – FORWARD SAME ON TO ATTORNEYS | K. ROGERS | 0.60 | 195.00 |
| 10/15/25 | WORK ON FEE APPLICATION | J. CARTER | 0.40 | 249.48 |
| 10/23/25 | REVIEW/ANALYZE RECORDS IN CONNECTION WITH UNDERLYING DISCOVERY | R. MICHAELSON | 0.20 | 96.25 |

**DIOCESE OF BUFFALO**                      **PAGE 2**
**FILE NUMBER: 155760-00601**      **INVOICE # 2321486**
                                                 **NOVEMBER 06, 2025**

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/24/25 | REVISE FEE APPLICATION | J. CARTER | 0.40 | 249.48 |
| 10/30/25 | REVIEW CARRIER OBJECTIONS AND ADVISE DEBTOR TEAM ON HEARING ISSUES | J. MURRAY | 1.00 | 843.15 |
| | **TOTAL SERVICES** | | | **$5,892.61** |

**CURRENT INVOICE TOTAL**           **$5,892.61**

**TIME AND FEE SUMMARY**

| TIMEKEEPER | RATE | HOURS | FEES |
|---|---|---|---|
| JAMES CARTER | 623.70 | 4.30 | 2,681.91 |
| JAMES MURRAY | 843.15 | 3.00 | 2,529.45 |
| ROBYN MICHAELSON | 481.25 | 0.20 | 96.25 |
| KEVIN ROGERS | 325.00 | 1.80 | 585.00 |
| **TOTALS** | | **9.30** | **$5,892.61** |