

O'Melveny & Myers LLP　　T: +1 212 326 2000　　　　　　　　　　　File Number:
1301 Avenue of the Americas　F: +1 212 326 2061　　　　　　　　　　　0705810-00080
Suite 1700　　　　　　　　　omm.com
New York, NY 10019-6022

November 11, 2025

**Tancred Schiavoni**
D: +1 212 326 2267
tschiavoni@omm.com

**VIA E-MAIL**

Hon. Carl L. Bucki
United States Bankruptcy Court
Western District of New York
Robert H. Jackson U.S. Courthouse
2 Niagara Square
Buffalo, New York 14202

Re:　*In re Diocese of Buffalo, N.Y., Case No. 20-10322-CLB*

Dear Judge Bucki:

　　　We write on behalf of US Fire and PEIC to respectfully request that a status conference be added to the agenda for the November 17 hearing for the Diocese to provide a status report on the impact of the recent Decrees issued by the Dicastery for the Clergy and the recent Bishop's trip to Rome on the proposed plan of reorganization. Both issues are addressed in the Request for Judicial Notice and Request for Case Conference filed currently with this letter. *See* Dkt. No. 4351. The status conference would also be an opportunity to address when the rest of the plan documents will be provided, including the Allocation Protocol, and whether a funding shortfall has held up their delivery.

　　　Separately, we respectfully disagree with Mr. Donato's request to adjourn the November 17 hearing. At the end of the last hearing, the Court stated it was "not deciding anything until at least November 17th when other related issues are being presented to the Court." October 30, 2025, Hearing Transcript (attached hereto as Exhibit A), 148:12-14. The Court stated that Motions to Disallow were deferred until November 17 because "the arguments are somewhat incomplete" without argument on the three stay relief motions scheduled for November 17 and

Austin · Century City · Dallas · Houston · Los Angeles · Newport Beach · New York · San Francisco · Silicon Valley · Washington, DC
Beijing · Brussels · Hong Kong · London · Seoul · Shanghai · Singapore · Tokyo

Case 1-20-10322-CLB    Doc 4352    Filed 11/11/25    Entered 11/11/25 13:42:25, Description: Main Document , Page 1 of 2

"there's a possibility that the outcome of those motions may have relevance to the outcome of [the motions to disallow]." *Id.* at 144:6-11. In deferring a ruling on the Claim Objections, this Court held that it wants "everyone to understand the Court takes very seriously the need for a resolution" as "[a]lmost six years have passed since this case was filed." *Id.* at 148:12-18. No party raised any objections or concerns with the November 17th hearing date while it was being discussed on October 30th. *See id.*

The funding shortage and the resistance of the parishes to contribute funding are exacerbated by leaving in this Bankruptcy Case claims against religious orders for alleged abuse by religious order clerics at religious order schools. Although the parishes have no conceivable liability for such claims, the funding mechanism imposed would have their contribution directed to these claims if these claims remain in the case which they should not.

For the foregoing reasons, the November 17th hearing should continue with respect to the Motions to Disallow and Lift Stay Motions [Docket Nos. 4255, 4258, and 4261].

Respectfully submitted,

  /s/ Tancred Schiavoni
Tancred Schiavoni
Of O'MELVENY & MYERS LLP

*Counsel for US Fire and PEIC*

4910-6315-9673.4