UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

The Diocese of Buffalo, N.Y.,

Case No.: 20-10322-CLB
Chapter: 11

Debtor.

## NOTICE OF FILING

PLEASE TAKE NOTICE that, in accordance with the Order entered July 9, 2020 [Docket No. 442] *Nunc Pro Tunc* to February 28, 2020, Connors LLP has filed the Monthly Fee Statement of Connors LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Diocese of Buffalo, N.Y., for the Period October 1, 2025 – October 31, 2025, a copy of which is attached hereto and hereby served upon you.

DATED:   Buffalo, New York
         November 17, 2025

                                        s/ Randall D. White
                                        Randall D. White, Esq.
                                        **CONNORS LLP**
                                        *Special Counsel for Debtor*
                                        *The Diocese of Buffalo, N.Y.*
                                        1000 Liberty Building
                                        Buffalo, New York 14202
                                        (716) 852-5533

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

The Diocese of Buffalo, N.Y.,

    Debtor.

Case No.: 20-10322-CLB
Chapter: 11

## MONTHLY FEE STATEMENT OF CONNORS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DIOCESE OF BUFFALO, N.Y. FOR THE PERIOD OCTOBER 1, 2025, THROUGH OCTOBER 31, 2025

| | |
|---|---|
| Name of Applicant: | Connors LLP |
| Authorized to Provide Professional Services to: | The Diocese of Buffalo, N.Y., Debtor-in-Possession |
| Date of Retention: | Order entered July 9, 2020 [Docket No. 442] *Nunc Pro Tunc* to February 28, 2020 |
| Period for which compensation and reimbursement is sought: | October 1, 2025 – October 31, 2025 |
| Amount of compensation sought as actual, reasonable, and necessary: | 80% of $7,260 ($5,808) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $403.22 |

This is a:    __X__ monthly ___ quarterly ___ final application.

This is the _____ monthly fee statement of Connors LLP in this case.

# CONNORS LLP
1000 Liberty Building
Buffalo, NY 14202
TAX ID NO. 16-1282035

November 14, 2025

| | | |
|---|---|---|
| DIOCESE OF BUFFALO | Invoice# 44493 | RDW |
| 795 Main Street | Our file# 002700 | 00006 |
| Buffalo, NY 14203 | Billing through | 10/31/2025 |

## MISCELLANEOUS MATTERS

### PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/06/2025 | LFQ | (Misc) Review communications from Victims Assistance Coordinator regarding complaint (.1); review policy regarding handling of same (.1); communication with Chancery representatives and Victims Assistance Coordinator regarding handling (.3); communication with Chancery representative regarding different complaint (.1). | 0.60 hrs. | 250 /hr | 150.00 |
| 10/20/2025 | LFQ | (Misc) Communication with Safe Environment director regarding CARA Survey. | 0.20 hrs. | 250 /hr | 50.00 |
| 10/21/2025 | LFQ | (Independent Review Board) Call with Independent Review Board Chair regarding media report of Diocesan action (.4); communication with Chancery representative regarding same (.2); review policies regarding same (.5). | 1.10 hrs. | 250 /hr | 275.00 |
| 10/22/2025 | LFQ | (Independent Review Board) Prepare communications regarding adhering to policies (.7); communication with Chancery representative regarding same (.2); communications with Independent Review Board Chair regarding same (.2); communications with potential Independent Review Board | 1.20 hrs. | 250 /hr | 300.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | member (.1). | | | |
| 10/23/2025 | JRM | (Misc) Work on 2025 CARA Survey by reviewing allegations received in past audit year. | 1.50 hrs. | 100 /hr | 150.00 |
| 10/23/2025 | JRM | (Misc) Update counseling invoice status sheet to reflect newly received invoices from Jacqueline Joy, Victims Assistance Coordinator. | 0.80 hrs. | 100 /hr | 80.00 |
| 10/24/2025 | LFQ | (Independent Review Board) Communication with Independent Review Board Chair regarding next meeting. | 0.30 hrs. | 250 /hr | 75.00 |
| 10/27/2025 | LFQ | (Misc) Work on CARA Survey response. | 0.70 hrs. | 250 /hr | 175.00 |
| 10/27/2025 | JRM | (Misc) Compile allegations reported in 2025 audit period into comprehensive working document (2.5); meet with Lawlor F. Quinlan III to review 2025 CARA survey (.3). | 2.80 hrs. | 100 /hr | 280.00 |
| 10/28/2025 | LFQ | (Independent Review Board) Communication with Chancery representative regarding next Independent Review Board meeting (.2); communication with different Chancery representative regarding handling of complaint (.2); telephone conference with Diocese Communication director regarding recent complaint (.2). | 0.60 hrs. | 250 /hr | 150.00 |
| 10/28/2025 | LFQ | (Misc) Finalize CARA Survey response and send to Safe Environment Coordinator. | 0.30 hrs. | 250 /hr | 75.00 |
| 10/29/2025 | LFQ | (Misc) Communication with Chancery representative regarding recent complaint. | 0.50 hrs. | 250 /hr | 125.00 |
| 10/30/2025 | LFQ | (Independent Review Board) Multiple communications with Chancery representative regarding procedures to be followed regarding recent complaint. | 0.60 hrs. | 250 /hr | 150.00 |
| | | Total fees for this matter | | | $2,035.00 |

| DIOCESE OF BUFFALO | | Invoice# | 44493 | Page 3 |
|---|---|---|---|---|

**BILLING SUMMARY**

| | | | | |
|---|---|---|---|---|
| Quinlan, Lawlor F. III | Partner | 6.10 hrs | 250 /hr | 1,525.00 |
| Miller, Jake R | Legal Assistant | 5.10 hrs | 100 /hr | 510.00 |
| TOTAL FEES | | 11.20 hrs | | $2,035.00 |
| TOTAL CHARGES FOR THIS BILL | | | | $2,035.00 |

# CONNORS LLP
1000 Liberty Building
Buffalo, NY 14202
TAX ID NO. 16-1282035

November 14, 2025

DIOCESE OF BUFFALO
795 Main Street
Buffalo, NY 14203

Invoice# 44492  RDW
Our file# 002700  00046
Billing through  10/31/2025

## CHILD VICTIMS ACT

### PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/02/2025 | LFQ | Communication with client and team regarding responding to discovery demands of plaintiffs in CVA cases. | 0.40 hrs. | 250 /hr | 100.00 |
| 10/03/2025 | RDW | Respond to discovery inquiry from co-counsel in CVA test case (.2); review file regarding possible further response (.4); review file regarding inquiry from insurer regarding documents (1.0). | 1.60 hrs. | 250 /hr | 400.00 |
| 10/07/2025 | RDW | Review of Diocese's proposed disclosure statement (1.5); email to Diocese and BSK regarding insurer's document inquiry (1.0). | 2.50 hrs. | 250 /hr | 625.00 |
| 10/09/2025 | RDW | Telephone conference with other NYS diocesan counsel regarding status of other CVA litigation (.6); review decision denying parishes' request for relief against merger (.5); telephone conference with co-counsel regarding discovery issues in CVA test case (.7); review of Diocese's proposed disclosure statement (2.2). | 4.00 hrs. | 250 /hr | 1,000.00 |
| 10/16/2025 | RDW | Telephone conference with co-counsel regarding discovery inquiry about CVA test case and response (.4); review file and research for response to inquiry; email to co-counsel regarding response (1.5). | 1.90 hrs. | 250 /hr | 475.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/17/2025 | RDW | Telephone conference with co-counsel regarding deposition in CVA test case. | 0.20 hrs. | 250 /hr | 50.00 |
| 10/20/2025 | RDW | Internal communications regarding non-monetary aspects of potential Diocese settlement. | 0.20 hrs. | 250 /hr | 50.00 |
| 10/20/2025 | TMC | Communications with Randall D. White and Lawlor F. Quinlan III regarding media report of non-monetary aspects of settlement. | 0.30 hrs. | 250 /hr | 75.00 |
| 10/23/2025 | RDW | Participate in call with counsel for other NYS dioceses concerning status and developments in CVA litigation (.5); prepare for same (.2); review recent POC objections and related motions to lift stay (1.2). | 1.90 hrs. | 250 /hr | 475.00 |
| 10/24/2025 | RDW | Prepare interim fee application (.4); emails with BSK regarding same(.2); email to co-counsel in CVA test cases regarding recent stay lift motions in bankruptcy court (.5). | 1.10 hrs. | 250 /hr | 275.00 |
| 10/27/2025 | RDW | Continue review of proposed disclosure statement (2.0); internal communications regarding same (.4); prepare email to co-counsel in CVA test case regarding discovery responses (.5). | 2.90 hrs. | 250 /hr | 725.00 |
| 10/27/2025 | TMC | Review of the non-monetary commitments that were exhibits to the Rochester plan; confer with Randall D. White regarding possible impact of this model on the Buffalo Diocese. | 0.30 hrs. | 250 /hr | 75.00 |
| 10/28/2025 | RDW | Emails with Diocese regarding response to insurer's document inquiry (.2); review claimant's opposition to insurer's claim objection, including issue of responsibility for religious orders (1.2). | 1.40 hrs. | 250 /hr | 350.00 |
| 10/29/2025 | RDW | Prepare response to insurer's | 2.20 hrs. | 250 /hr | 550.00 |

inquiry concerning documents (.5); continue review of recent filings concerning objections to proofs of claim (1.3); respond to co-counsel's inquiry regarding proposed answer in CVA test case (.4).

|  |  |
|---|---|
| Total fees for this matter | $5,225.00 |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 10/31/2025 | COMPUTER RESEARCH - WESTLAW | 59.45 |
| 10/31/2025 | SEPT. 2025 - HOST-MTHLY DATA STORE/ACTIVE HOSTING/ USER ACCESS | 343.77 |
| | Total disbursements for this matter | $403.22 |

**BILLING SUMMARY**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Connors, Terrence M. | Partner | 0.60 hrs | 250 /hr | 150.00 |
| White, Randall D. | Partner | 19.90 hrs | 250 /hr | 4,975.00 |
| Quinlan, Lawlor F. III | Partner | 0.40 hrs | 250 /hr | 100.00 |
| TOTAL FEES | | 20.90 hrs | | $5,225.00 |
| TOTAL DISBURSEMENTS | | | | $403.22 |
| TOTAL CHARGES FOR THIS BILL | | | | $5,628.22 |