

**U.S. Department of Justice**

Office of the United States Trustee
*Western District of New York*

---

*Olympic Towers*
*300 Pearl Street, Suite 401*
*Buffalo, New York 14202*

*Telephone: (716) 551-5542*
*Facsimile: (716) 551-5560*

November 17, 2025

*VIA E-file*
The Honorable Chief Judge Carl L. Bucki
United States Bankruptcy Court
Western District of New York
Robert H. Jackson U.S. Courthouse
2 Niagara Square
Buffalo, NY 14202

> **In re:  The Diocese of Buffalo, N.Y.**
>         **Chapter 11 Case No.  20-10322-CLB**

Dear Judge Bucki:

In connection with the telephonic status conference scheduled for Tuesday November 18, 2025, at 2:00 p.m., the Office of the United States Trustee asks that the Court consider several scheduling issues at the conference.  In particular, the hearing on the numerous fee applications is currently scheduled for December 3, 2025.  Subject to availability of counsel, we request this be rescheduled to December 15, 2025, or some other date that week.  We had been unable to review these fee applications due to the government shutdown caused by the funding lapse.  We have just begun to review these.  The extra time will enable us to provide meaningful comments to the Court regarding these fee applications.

Second, we request that the Court issue a briefing schedule for the Solicitation Procedures Motion (the "Motion", doc. no. 4343) currently returnable December 11, 2025, and continue that hearing date out.  Among other things, the Motion asks the Court to decide the procedure for the Debtor to seek to obtain consensual third-party releases. However, the Motion has not been fully submitted.  At footnote 2 of the Motion, the Debtor states that it will be submitting a memorandum of law "setting forth a more comprehensive analysis" of the consensual third-party release issue.  The Debtor has not yet submitted this.  In addition, we understand the Committee may be submitting its own papers (that may include an expert report) in support of the Motion as to this issue.  The Office of the United States Trustee (and any other interested parties) should have a reasonable time to respond to the Motion running from when it has been fully submitted by the Debtor and the Committee.  We would need no less than 3 weeks (not including Thanksgiving week) to file responsive papers to a fully submitted Motion.

The Honorable Chief Judge Carl L. Bucki
November 17, 2025
Page 2

        We hope the Court can assist with these scheduling issues at the upcoming status conference.  Thank you for your attention to these matters.


                                        Very truly yours

                                        OFFICE OF THE UNITED STATES TRUSTEE

                                        *s-Joseph W. Allen, Esq.*
                                        Joseph W. Allen, Esq.
                                        Assistant United States Trustee


JWA/kaw
cc:     Stephen A. Donato, Esq. (*via email*)
        Charles Sullivan, Esq. (*via email*)
        Ilan Scharf, Esq. (*via email*)
        Tancredi Schiavone, Esq. (*via email*)