UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

                Debtor.

Case No. 20-10322

Chapter 11

# NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362], The Tucker Group LLC has filed the *Monthly Fee Statement of The Tucker Group LLC for Compensation for Services Rendered and Reimbursement of Expenses as Communications Consultant to The Diocese of Buffalo, N.Y. for the Period October 1, 2025 Through October 31, 2025*, a copy of which is attached hereto and hereby served upon you.

Dated: November 21, 2025

THE TUCKER GROUP, LLC

By:     */s/ Gregory Tucker*
Gregory Tucker
1723 Park Avenue
Baltimore, Maryland 21217
Telephone: (410) 624-9536
Email: greg@tuckercomms.com

*Communications Consultants for
The Diocese of Buffalo, N.Y.*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re: )
)
) Case No. 20-10322
The Diocese of Buffalo, N.Y., )
) Chapter 11
Debtor. )
)

**MONTHLY FEE STATEMENT OF THE TUCKER GROUP LLC
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COMMUNICATIONS
CONSULTANT TO THE DIOCESE OF BUFFALO, N.Y.
FOR THE PERIOD OCTOBER 1, 2025 THROUGH OCTOBER 31, 2025**

| | |
|---|---|
| Name of Applicant: | The Tucker Group LLC |
| Authorized to Provide Professional Services to: | The Diocese of Buffalo, N.Y, Debtor-In-Possession |
| Date of Retention: | Order entered June 29, 2020 [Docket No. 420] *Nunc Pro Tunc* to February 28, 2020 |
| Period for which compensation and reimbursement is sought: | October 1, 2025 through October 31, 2025 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $8,500.00 ($6,800.00) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $843.69 |

This is a: _X_ monthly ____ quarterly ____ final application

This is The Tucker Group LLC's sixty-fifth monthly fee statement in this case.



# INVOICE

Invoice: Diocese of Buffalo - OCT2025-Invoice
Date: October 31, 2025
Federal ID Number: ■■■■6560

**Bill To:**
Mr. Albert Gress
Diocese of Buffalo
795 Main Street
Buffalo, New York 14203

| Description | Amount |
|---|---|
| October 2025 strategic & tactical communications services and support:<br><br>- Ongoing issues management<br>- Coordination with legal counsel<br>- Ongoing consultation with Bishop Fisher and senior staff<br>- Editorial support for Bishop Fisher<br>- Chapter 11 settlement communications<br>- Media relations - ROME TRIP<br><br>- Buffalo Visit: Oct. 29-30<br>    - Expenses | $8,500.00<br><br><br><br><br><br><br><br>$843.69 |
| **TOTAL:** | **$9,343.69** |

**Terms and Conditions:** Payable upon receipt within 15 business days.

*Payable by check to:*
**The Tucker Group LLC**
**1723 Park Avenue**
**Baltimore, MD 21217**

*Online Transfer:*
**The Tucker Group LLC**
**ACCOUNT No.** ■■■■■■
**ROUTING Number:** ■■■■■■

www.tuckercomms.com


# Southwest

My Account | Log out

FLIGHT | HOTEL | CAR | VACATIONS | CRUISES        SPECIAL OFFERS        RAPID REWARDS®

## My Account

Trips        Rapid Rewards        Payment        Profile

**Hi, Greg**
RR# ███████
Rapid Rewards Member since 2019

Available Credits: **$17.44**
Available Points: **32,062**

## Past flight details

The receipt information below does not include any add ons during purchase, flight changes, flight cancellations, or in-flight purchases.

**Oct 29 2025** — **Oct 30 2025**

**Baltimore/Washington, MD to Buffalo/Niagara, NY**
Confirmation **#AAURJO**

### Summary

| PASSENGER | POINTS EARNED | FARE TOTAL |
|---|---|---|
| Gregory Tucker | +3,652PTS | $684.95 |

### Pricing Details

| ROUTING | DATE | POINTS EARNED |
|---|---|---|
| BWI to BUF | 10/29/2025 | +1,826PTS |

FARE: $304.35

| ROUTING | DATE | POINTS EARNED |
|---|---|---|
| BUF to BWI | 10/30/2025 | +1,826PTS |

FARE: $304.35

TAXES & FEES: $76.25
TOTAL: $684.95
TOTAL POINTS EARNED: +3,652PTS

Where's my inflight total?

[Rebook Flight]   [Print]



# BWI ETC

900 E FAYETTE ST # B3, BALTIMORE, MD 212037501

+1 443-635-6533

October 30, 2025 • 2:50 PM

## $50.00

full transaction receipt

View the Privacy Policies for Clover

# Dollar Rental Receipt

 **Dollar** &lt;DollarNoReply@rentals.dollar.com&gt;
To: Gregory Tucker

🏳 This message is flagged for follow up.

**GREGORYWILLIAM TUCKER**

**INITIAL CHARGES**

| | | | | | | |
|---|---|---|---|---|---|---|
| RENT RT | $ | 36.99/ DAY | @ | 1/ DAYS | $ | 36.99 |
| SUBTOTAL | | | | | T $ | 36.99 |

**CHARGES ADDED DURING RENTAL**

| | | | | | | |
|---|---|---|---|---|---|---|
| LDW | DECLINED | | | | | |
| LIS | DECLINED | | | | | |
| PAI, PEC | DECLINED | | | | | |
| PREM RD SVC | DECLINED | | | | | |
| FUEL & SERVICE | $ | 10.99 | X Gallons Charged | 2 | T $ | 21.76 |
| * ADDITIONAL CHARGES | | | | | | |

**SERVICE CHARGES/TAXES**

| | | | | | |
|---|---|---|---|---|---|
| CONCESSION FEE RECOVERY | | | 11.11 % | T $ | 4.11 |
| TAX | 20.750% | ON TAXABLE TTL OF $ | 65.28 | $ | 13.55 |
| VOUCHER - | 1 | | | $- | 49.62 |

**TOTAL AMOUNT DUE**  $  **26.79**

PAID BY          TUCKER/GREGORY W
CHARGED ON       VISA              XX63

| | |
|---|---|
| **Total** | **$44.96** |

| | |
|---|---|
| Reservation Fee | $13.00 |
| Trip fare | $24.69 |

| | |
|---|---|
| **Subtotal** | **$37.69** |
| BWI Marshall Airport Surcharge | $3.50 |
| Booking Fee | $2.77 |
| City of Baltimore Surcharge | $0.25 |
| Maryland Transportation Network Company Impact Fee | $0.75 |