UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No. 20-10322

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362], Bonadio & Co., LLP has filed the *Monthly Fee Statement of Bonadio & Co., LLP for Compensation for Services Rendered and Reimbursement of Expenses as Accountants to The Diocese of Buffalo, N.Y. for the Period July 1, 2025 Through November 30, 2025*, a copy of which is attached hereto and hereby served upon you.

Dated: December 9, 2025

BONADIO & CO, LLP

By: /s/ Justin Reid
Justin Reid, CPA
Bonadio & Co, LLP
100 Corporate Pkwy., Suite 200
Amherst, New York 14226
Telephone: (716) 580-1609
Facsimile: (716) 250-6605

*Accountants for The Diocese of Buffalo, N.Y.*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

                Debtor.

Case No. 20-10322

Chapter 11

# MONTHLY FEE STATEMENT OF BONADIO & CO., LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ACCOUNTANTS TO THE DIOCESE OF BUFFALO, N.Y. FOR THE PERIOD JULY 1, 2025 THROUGH NOVEMBER 30, 2025

| | |
|---|---|
| Name of Applicant: | Bonadio & Co., LLP |
| Authorized to Provide Professional Services to: | The Diocese of Buffalo, N.Y., Debtor-In-Possession |
| Date of Retention: | Order entered December 15, 2020 [Docket No. 738] *Nunc Pro Tunc* to October 12, 2020 |
| Period for which compensation and reimbursement is sought: | July 1, 2025 through November 30, 2025 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $23,000.00 ($18,400.00) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a: __X__ monthly ____ quarterly ____ final application.

This is Bonadio & Co., LLP's twelfth monthly fee statement in this case.



**INVOICE**

Phone: 877-917-3077
www.bonadio.com

Diocese of Buffalo - Catholic Center
Central Administrative Offices
795 Main Street
Buffalo, NY 14203

**Invoice Date:** November 30, 2025
**Invoice Number:** BN451657
**Client Reference:** DIO002001

For professional services rendered in connection with the audit of Central Administrative Office's August 31, 2025 financial statements; progress invoice; annual audit fee, invoice one-third each month (November-January).  $23,000.00

Time incurred as follows by the following Bonadio employees:

- Justin Reid
- Matthew Grazen
- Richard Hillman
- Ben Taylor

July 1, 2025 through November 30, 2025:

- Planning for audit and meeting with Audit Committee
- Internal control documentation update
- Interviews with Diocese of Buffalo personnel
- Audit Fieldwork
  -Testing of accounts on August 31, 2025 balance sheet
  -Testing of accounts on August 31, 2025 income statement

**Total**  **$23,000.00**

**Remittance Information:** Please reference client number and invoice number when remitting payment.
All invoices are payable in USD. A 1.5% late fee will be charged if payment is not received Net 45.



**INVOICE**

Phone: 877-917-3077
www.bonadio.com

**Remit To**
Bonadio & Co., LLP
PO Box 657
Buffalo, New York
14240-0657

**ACH Only**
Bonadio & Co., LLP
Routing
Account
SWIFT Code:

**Client Payment Portal**
bonadio.com/online-billing

**Billing Inquiries**
billing@bonadio.com