UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

        Debtor.

Case No. 20-10322

Chapter 11

## SUPPLEMENTAL CERTIFICATE OF SERVICE

    I, Keny Contreras, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

    On December 3, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on TIG Insurance Company, North River Ins Co, US Fire Inc Co, c/o Kennedys CMK LLP, Attn: Margaret Catalano & Jillian Dennehy at 400 Connell Dr, Ste 7000, Berkeley Heights, NJ 07922-2808, pursuant to USPS forwarding instructions:

- **Order Establishing Procedures Pursuant to Bankruptcy Code Sections 105(a) and 363 and Federal Rule of Bankruptcy Procedure 6004 for the Sale of De Minimis Real Estate Assets and Granting Related Relief** (Docket No. 4281)

- **Limited Response of The Diocese of Buffalo, N.Y. to Claim Objections Filed by Certain Excess Insurers** (Docket No. 4305)

[SPACE INTENTIONALLY LEFT BLANK]

Furthermore, on December 3, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Traub Lieberman, Attn: Eric D. Suben at 445 Hamilton Ave, Ste 900, White Plains, NY 10601-1830, pursuant to USPS forwarding instructions:

- **Notice of Motion for Entry of Orders (A)(I) Approving the Forms of Ballots and Establishing Procedures for Voting on Joint Plan of Reorganization and Consenting to Third-Party Releases; (II) Approving Solicitation Packages and Distribution Procedures; and (III) Scheduling a Hearing to Consider Approval of the Disclosure Statement; (B)(I) Approving Disclosure Statement; (II) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of Joint Plan; and (III) Approving the Form, Manner, and Scope of Confirmation Notices; and (C) Granting Related Relief** (Docket No. 4343, Pages 1-2)

Dated: December 9, 2025

*/s/ Keny Contreras*
Keny Contreras
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(855) 292-7696