UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | )<br>)<br>) Case No. 20-10322 |
| The Diocese of Buffalo, N.Y., | )<br>)<br>) Chapter 11 |
| Debtor. | )<br>) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Keny Contreras, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

On December 17, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, pursuant to USPS forwarding instructions:

- **Joint Notice of Hearing to Consider Professional Fee Applications** (attached hereto as **Exhibit B**)

Furthermore, on December 17, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Quality Bindery Services Inc at 358 Villa Ave, Buffalo, NY 14216-1422, pursuant to USPS forwarding instructions:

- **Notice of Motion for Entry of Orders (A)(I) Approving the Forms of Ballots and Establishing Procedures for Voting on Joint Plan of Reorganization and Consenting to Third-Party Releases; (II) Approving Solicitation Packages and Distribution Procedures; and (III) Scheduling a Hearing to Consider Approval of the Disclosure Statement; (B)(I) Approving Disclosure Statement; (II) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of Joint Plan; and (III) Approving the Form, Manner, and Scope of Confirmation Notices; and (C) Granting Related Relief** (Docket No. 4343, Pages 1-2)

Dated: December 18, 2025

*/s/ Keny Contreras*
Keny Contreras
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(855) 292-7696

# Exhibit A



**Exhibit A**
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| QUALITY BINDERY SERVICES INC | 358 VILLA AVE | | | | BUFFALO | NY | 14216-1422 |
| TIG INS CO, NORTH RIVER INS CO, AND US FIRE INS CO | C/O KENNEDYS CMK LLP | ATTN: MARGARET CATALANO & JILLIAN DENNEHY | 400 CONNELL DR | STE 7000 | BERKELEY HEIGHTS | NJ | 07922-2808 |

# Exhibit B

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 Case |
| ) | |
| THE DIOCESE OF BUFFALO, N.Y., ) | Case No. 20-10322 |
| ) | |
| Debtor. ) | |
| ) | |

**JOINT NOTICE OF HEARING TO**
**CONSIDER PROFESSIONAL FEE APPLICATIONS**

**PLEASE TAKE NOTICE**, that each of (i) Bond, Schoeneck & King, PLLC, counsel for The Diocese of Buffalo, N.Y., (the "Diocese"); (ii) Blank Rome, LLP, special insurance counsel for the Diocese; (iii) The Tucker Group, LLC, communications consultant for the Diocese; (iv) Connors, LLP, special counsel for the Diocese; (v) Chelus, Herdzik, Speyer & Monte PC, special counsel for the Diocese; (vi) Jones Day, special counsel for the Diocese; (vii) Phoenix Management, a Part of J.S. Held LLC, financial advisor for the Diocese; (viii) Pachulski Stang Ziehl & Jones LLP, counsel for Official Committee of Unsecured Creditors; (ix) Burns Bair LLP, special insurance counsel for the Official Committee of Unsecured Creditors; and (x) Gleichenhaus, Marchese and Weishaar, P.C., co-counsel to the Official Committee of Unsecured Creditors, have filed applications (each, an "Application") for interim allowance and payment of professional fees and expenses incurred in the above-captioned case. The amount of fees and expenses requested by the foregoing professionals on an interim basis pursuant to the Applications are as follows:

| Applicant | Fees Requested | Expenses Requested | Total | Application Period |
|---|---|---|---|---|
| Bond, Schoeneck & King, PLLC<br>*Counsel for the Diocese* | $791,189.61 | $20,072.83 | $811,262.44 | 2/1/25 – 7/31/25 |
| Blank Rome, LLP<br>*Special Counsel for the Diocese* | $100,174.42 | $4,903.11 | $105,077.53 | 2/1/25 – 7/31/25 |
| The Tucker Group, LLC<br>*Communications Consultants for Diocese* | $20,000.00 | $1,425.68 | $21,425.68 | 2/1/25 – 7/31/25 |
| Connors, LLP<br>*Special Counsel for the Diocese* | $64,645.00 | $2,064.54 | $66,709.54 | 2/1/25 – 7/31/25 |
| Chelus, Herdzik, Speyer & Monte PC<br>*Special Counsel for the Diocese* | $42,339.00 | $749.84 | $43,088.84 | 2/1/25 – 7/31/25 |
| Jones Day<br>*Special Counsel for the Diocese* | $116,679.14 | $0.00 | $116,679.14 | 1/1/25 – 7/31/25 |
| Phoenix Management, a Part of J.S. Held LLC<br>*Financial Advisor for the Diocese* | $22,891.95 | $0.00 | $22,891.95 | 2/28/20 – 7/31/22 |
| Pachulski Stang Ziehl & Jones LLP<br>*Counsel for the Creditors Committee* | $349,940.00 | $35,158.90 | $385,098.90 | 2/1/25 – 7/31/25 |
| Burns Bair LLP<br>*Special Counsel to Creditors Committee* | $117,427.00 | $6,222.36 | $123,649.36 | 2/1/25 – 7/31/25 |
| Gleichenhaus, Marchese & Weishaar, P.C.<br>*Co-Counsel to Creditors Committee* | $18,015.50 | $0.00 | $18,015.50 | 2/1/25 – 7/31/25 |

**PLEASE TAKE FURTHER NOTICE**, that a hearing to consider the Applications will be held before the Honorable Carl L. Bucki, Chief United States Bankruptcy Judge for the Western District of New York, on the **3rd day of December, 2025 at 1:00 p.m.**, or as soon thereafter as counsel can be heard.

**PLEASE TAKE FURTHER NOTICE**, that parties can choose to appear either (i) in person at the Robert H. Jackson U.S. Courthouse, 2 Niagara Square, Buffalo, New York or (ii) telephonically (call in 1-571-353-2301, Courtroom ID 483077448#, and security pin 9999#).

**PLEASE TAKE FURTHER NOTICE**, that responses in opposition to the relief requested in the Applications, if any, must be served upon (i) counsel for the Diocese, Bond, Schoeneck & King, PLLC, One Lincoln Center, Syracuse, New York 13202 (Attn: Stephen A. Donato, Charles J. Sullivan and Grayson T. Walter); (ii) the Office of the United States Trustee for the Western

District of New York, 300 Pearl Street, Suite 401, Buffalo, New York 14202 (Attn: Joseph Allen); and (iii) the respective applicant(s) at the address(es) set forth on the attached schedule, in accordance with the Local Rules of Bankruptcy Procedure for the Western District of New York.

Dated: October 31, 2025
      Syracuse, New York           BOND, SCHOENECK & KING, PLLC

                                    By:    /s/ Stephen A. Donato
                                                Stephen A. Donato, Esq.
                                                Charles J. Sullivan, Esq.
                                                Grayson T. Walter, Esq.
                                                One Lincoln Center
                                                Syracuse, New York 13202
                                                Tel: (315) 218-8000
                                                Fax: (315) 218-8100
                                                Email: sdonato@bsk.com
                                                                csullivan@bsk.com
                                                                gwalter@bsk.com

                                                *Attorneys for The Diocese of Buffalo, N.Y.*

3

22451978.v1
Case 1-20-10322-CLB, Doc 4439, Filed 12/18/25, Entered 12/18/25 17:54:04, Description: Main Document , Page 7 of 8

# SCHEDULE OF APPLICANTS

**Bond, Schoeneck & King, PLLC**
Attn: Stephen A. Donato
One Lincoln Center
Syracuse, New York 13202

**The Tucker Group, LLC**
Attn: Gregory W. Tucker
3811 Canterbury Road
Baltimore, Maryland 21218

**Jones Day**
Attn: Connor Farley
250 Vesey Street
New York, New York 10281

**Phoenix Management, a Part of J.S. Held LLC**
Attn: Richard Szekelyi
110 Commons Court
Chadds Ford, Pennsylvania 19317

**Burns Bair LLP**
Attn: Jessie J. Bair
10 E. Doty Street, Suite 600
Madison, Wisconsin 53703-3392

**Blank Rome, LLP**
Attn: James Murray
1825 Eye Street NW
Washington, DC 20006

**Connors, LLP**
Attn: Randall D. White
1000 Liberty Building
Buffalo, New York 14202

**Chelus, Herdzik, Speyer & Monte PC**
Attn: Kevin Loftus
Main Court Building
438 Main Street, Tenth Floor
Buffalo, New York 14202

**Pachulski Stang Ziehl & Jones LLP**
Attn: Ilan D. Scharf
780 Third Avenue, 34th Floor
New York, New York 10017

**Gleichenhaus, Marchese & Weishaar, P.C.**
Attn: Jamie Symack
43 Court Street, Suite 930
Buffalo, New York 14202-3100