UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| THE DIOCESE OF BUFFALO, N.Y., | ) Case No. 20-10322-CLB |
| Debtor. | ) |

**ORDER GRANTING MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PERMITTING NONTESTIMONIAL SURVIVOR STATEMENTS**

Upon consideration of the *Motion of the Official Committee of Unsecured Creditors for Entry of an Order Permitting Nontestimonial Survivor Statements* (the "**Motion**") [Docket. No. 4341], and the Court having found that notice given of the Motion is appropriate under the circumstances and good cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion is GRANTED and the Court will permit the presentation of nontestimonial statements (the "**Statements**") by any party impacted by the above captioned chapter 11 case (the "**Bankruptcy Case**"), subject to the conditions provided herein.

2. The hearings for the presentation of Statements (the "**Statement Sessions**") shall be held at the Robert H. Jackson U.S. Courthouse, 2 Niagara Square, Buffalo, New York on the following initial dates:

    - **January 27, 2026 starting at 10:00 a.m. (Eastern)**
    - **January 28, 2026 starting at 10:00 a.m. (Eastern)**
    - **February 25, 2026 starting at 10:00 a.m. (Eastern)**
    - **February 26, 2026 starting at 10:00 a.m. (Eastern)**

3. The Committee, in consultation with the Diocese, may seek to add additional Statement Session dates, if necessary, and subject to the Court's availability.

4. The Statement Sessions will be subject to the following conditions:

- Statements shall be made in person at the Robert H. Jackson U.S. Courthouse, 2 Niagara Square, Buffalo, New York. Persons who are unable to appear in person may request accommodations, including having counsel or another person read a written statement on their behalf, and the Bankruptcy Court will consider whether to grant any other accommodation.

- Statements should not exceed twenty (20) minutes;

- No parties in interest shall be expected or allowed to comment or respond to the Statements;

- No statements or Statements of any party at the Statement Sessions will be considered as evidence in any matter or proceeding, including in the Bankruptcy Case, and no such statements or Statements will carry any evidentiary weight or become part of the official record in the Bankruptcy Case.

- The Statement Sessions will not be transcribed by a court reporter. The audio of the Statement Sessions will be recorded but any such recording shall be sealed and not available to the public or any party in any form except upon an order from the Court following a hearing upon notice to any affected persons or their counsel, counsel for the Diocese, and counsel for the Committee. To the extent the audio recording of a Statement or Statement Session is later released or transcribed pursuant to an order of this Court, such transcript or recording shall be sealed pending further Court order.

- Persons who have Sexual Abuse Proofs of Claim in the Bankruptcy Case may elect to be identified only by their proof of claim number;

- Consistent with Judicial Conference policy, no party or member of the public may photograph, video record, audio record, broadcast, televise, or otherwise transmit the Statement Sessions. Any media report concerning the statements made during the Statement Sessions shall not be considered evidence in any matter or proceeding, including in this Bankruptcy Case.

5. Any person impacted by the Bankruptcy Case who would like the opportunity to make a statement (a "**Speaker**") should contact, or, if represented by counsel, should have their counsel contact the Official Committee of Unsecured Creditors at DioceseBuffaloCommittee@pszjlaw.com or **212-319-5527** by *January 15, 2026*, and include the Speaker's, or the Speaker's counsel's contact information and the Speaker's interest in the

Bankruptcy Case.

6. The Committee shall select the Speakers for each Statement Session, and, at least two business days in advance of the Statement Sessions, counsel for the Committee shall email Chambers (with a copy to the Diocese) with a list of Speakers, in order of expected appearance, and the estimated time allocated to each Statement.

7. The Diocese is directed to provide notice of this Order (in the form attached as Exhibit A hereto) to all parties that have filed claims in the Bankruptcy Case. The Diocese is further directed to post notice of this Order on the website of the Diocese and the Diocese's claims agent, and to request that each Parish of the Diocese publish notice of this Order in their bulletins and/or newsletters.

8. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

9. Notwithstanding any provision in the Bankruptcy Rules to the contrary, this Order shall be immediately effective and enforceable upon its entry.

Dated: DEC 2 9 2025
Buffalo, New York

Hon. Carl L. Bucki
Chief United States Bankruptcy Judge

FILED
DEC 2 9 2025
BANKRUPTCY COURT
BUFFALO, NY

# EXHIBIT A

4873-0062-8734.3 18502.002

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| THE DIOCESE OF BUFFALO, N.Y., ) | Case No. 20-10322-CLB |
| ) | |
| Debtor. ) | |
| ) | |

## NOTICE OF OPPORTUNITY TO PRESENT
## NONTESTIMONIAL STATEMENTS TO BANKRUPTCY COURT

**PLEASE TAKE NOTICE** that on December __, 2025, the United States Bankruptcy Court for the Western District of New York (the "**Bankruptcy Court**") in The Diocese of Buffalo, N.Y. (the "**Diocese**") entered an order [Docket No. __] (the "**Nontestimonial Statement Order**")[1] granting the request of the Official Committee of Unsecured Creditors (the "**Committee**") for the presentation of nontestimonial statements (the "**Statements**") in the above captioned bankruptcy case (the "**Bankruptcy Case**").

**PLEASE TAKE FURTHER NOTICE** that the hearings for the Statements (the "Statement Sessions") shall be held at the Robert H. Jackson U.S. Courthouse, 2 Niagara Square, Buffalo, New York on the following initial dates:

- **January 27, 2026 starting at 10:00 a.m. (Eastern)**
- **January 28, 2026 starting at 10:00 a.m. (Eastern)**
- **February 25, 2026 starting at 10:00 a.m. (Eastern)**
- **February 26, 2026 starting at 10:00 a.m. (Eastern)**

---

[1] copies of the Nontestimonial Statement Order are available on the Stretto case management website at https://case.stretto.com/dioceseofbuffalo .

**PLEASE TAKE FURTHER NOTICE**, that the Committee, in consultation with the Diocese, may seek to add additional Statement Session dates, if necessary, and subject to the Court's availability.

**PLEASE TAKE FURTHER NOTICE** that the Statement Sessions will be subject to the following conditions:

- Statements shall be made in person at the Robert H. Jackson U.S. Courthouse, 2 Niagara Square, Buffalo, New York. Persons who are unable to appear in person may request accommodations, including having counsel or another person read a written statement on their behalf, and the Bankruptcy Court will consider whether to grant any other accommodation.

- Statements should not exceed twenty (20) minutes;

- No parties in interest shall be expected or allowed to comment or respond to the Statements;

- No statements or Statements of any party at the Statement Sessions will be considered as evidence in any matter or proceeding, including in the Bankruptcy Case, and no such statements or Statements will carry any evidentiary weight or become part of the official record in the Bankruptcy Case.

- The Statement Sessions will not be transcribed by a court reporter. The audio of the Statement Sessions will be recorded but any such recording shall be sealed and not available to the public or any party in any form except upon an order from the Court following a hearing upon notice to any affected persons or their counsel, counsel for the Diocese, and counsel for the Committee. To the extent the audio recording of a Statement or Statement Session is later released or transcribed pursuant to an order of this Court, such transcript or recording shall be sealed pending further Court order.

- Persons who have Sexual Abuse Proofs of Claim in the Bankruptcy Case may elect to be identified only by their proof of claim number;

- Consistent with Judicial Conference policy, no party or member of the public may photograph, video record, audio record, broadcast, televise, or otherwise transmit the Statement Sessions. Any media report concerning the statements made during the Statement Sessions shall not be considered evidence in any matter or proceeding, including in this Bankruptcy Case.

**PLEASE TAKE FURTHER NOTICE,** any person impacted by the Bankruptcy Case who would like the opportunity to make a statement (a "**Speaker**") should contact, or, if

represented by counsel, should have their counsel contact the Official Committee of Unsecured Creditors DioceseBuffaloCommittee@pszjlaw.com or **212-319-5527** by *January 15, 2026*, and include the Speaker's, or the Speaker's counsel's contact information and the Speaker's interest in the Bankruptcy Case. Please note it may not be possible to accommodate every request at the scheduled Statement Sessions.

    **PLEASE TAKE FURTHER NOTICE,** the Committee shall select the Speakers for each Statement Session, and, at least two business days in advance of the Statement Sessions, counsel for the Committee shall email Chambers with the number of Speakers, in order of expected appearance, and the estimated time allocated to each Statement.

Dated: New York, New York
   December ___, 2025

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Ilan D. Scharf*
James I. Stang, Esq.
Ilan D. Scharf, Esq.
Iain A. W. Nasatir, Esq.
Karen B. Dine, Esq.
1700 Broadway Third Avenue, 36th Floor
New York, NY 10019

*Counsel for the Official Committee of Unsecured Creditors*