**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 20-10322 (CLB) |
| THE DIOCESE OF BUFFALO, NY, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| | ) | |

## NOTICE OF MOVING SETTLED INSURERS' MOTION TO REIMPOSE THE AUTOMATIC STAY FOR CVA LAWSUITS THAT ARE THE SUBJECT OF THE ORDER DATED NOV. 22, 2024 [DKT 3345]

**PLEASE TAKE NOTICE**, that the Moving Settled Insurers listed in the signature blocks to the Motion below, by and through their respective counsel, filed the *Moving Settled Insurers' Motion to Reimpose the Automatic Stay for CVA Lawsuits that are the Subject of the Order Dated Nov. 22, 2024 [Dkt 3345]* (the "**Motion**"), seeking an Order reimposing the automatic stay over the 17 abuse cases for which stay relief was granted by this Court's Order dated November 22, 2024.

**PLEASE TAKE FURTHER NOTICE**, that the hearing to consider the Motion and any responses thereto will be held on February 9, 2026, at 2:00 a.m. (prevailing Eastern time), or as soon thereafter as counsel may appear and be heard, before the Honorable Carl L. Bucki, Chief United States Bankruptcy Judge for the Western District of New York, or such other judge as may be sitting in his stead, in the Robert H. Jackson U.S. Courthouse, 2 Niagara Square, Buffalo, New York 14202.

**PLEASE TAKE FURTHER NOTICE**, that parties can choose to appear either (i) in person at the Robert H. Jackson U.S. Courthouse, 2 Niagara Square, Buffalo, New York or (ii) telephonically (call in 1-517-353-2301, Courtroom ID 483077448#, and security pin 9999#).

1

**PLEASE TAKE FURTHER NOTICE**, that any opposition to the Motion must conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Western District of New York and must be electronically filed with the Court and served in accordance with Local Rule 9013-1 upon the following parties: (i) respective counsel to the Moving Settled Insurers listed on the signature blocks to the Motion below; (ii) counsel to the Diocese, Bond, Schoeneck & King, PLLC, One Lincoln Center, Syracuse, New York 13202, Attn: Stephen A. Donato, Charles J. Sullivan, Grayson T. Walter, and Sara C. Temes (iii) the Office of the United States Trustee for the Western District of New York, 300 Pearl Street, Suite 401, Buffalo, NY 14202, Attn: Joseph W. Allen, Esq., (iv) counsel to the Official Committee of Unsecured Creditors, Pachulski, Stang, Ziehl & Jones, LLP, 780 Third Avenue, 34th Floor, New York, New York, 10017-2024, Attn. Ilan Scharf, Esq. and James Stang, and (v) those persons who have formally appeared and requested service in this case pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

        **PLEASE TAKE FURTHER NOTICE**, that a copy of the Motion and all other documents filed in the Diocese's chapter 11 case may be obtained free of charge via the case management website maintained by the Diocese's notice agent at https://case.stretto.com/dioceseofbuffalo or by contacting the undersigned counsel for the Moving Settled Insurers.

Dated:  January 7, 2026          Respectfully submitted,


By: _/s/ Adam Haberkorn_____

**O'MELVENY & MYERS LLP**
TANCRED V. SCHIAVONI (*pro hac vice*)
ADAM P. HABERKORN
1301 Avenue of the Americas
Suite 1700
New York, NY 10019
Telephone:     (212) 326-2000
Email: tschiavoni@omm.com
        ahaberkorn@omm.com

*-and-*

**CLYDE & CO US LLP**
MARIANNE G. MAY
340 Mt. Kemble Ave., Suite 300
Morristown, NJ 07340
Telephone:     (973) 210-6700
Email:  marianne.may@clydeco.us

*Attorneys for Aetna Insurance Company f/k/a CIGNA Property & Casualty Insurance Company and n/k/a ACE Property & Casualty Insurance Company, Century Indemnity, as successor in interest to Insurance Company of North America, as successor in interest to Indemnity Insurance Company of North America, Federal Insurance Company, Pacific Employers Insurance Company, and U.S. Fire Insurance Company*

3

By: /s/ Adam R. Durst

**GOLDBERG SEGALLA LLP**
Adam R. Durst, Esq.
Richard A. Galbo, Esq.
665 Main Street
Buffalo, NY 14203-1425
Telephone:     (716) 566-5400
Email: adurst@goldbergsegalla.com
        rgalbo@goldbergsegalla.com

*-and-*

Douglas J. McGill, Esq.
WEBBER MCGILL LLC
100 E. Hanover Avenue, Suite 401
Cedar Knolls, New Jersey 07401
Telephone:     (973) 739-9559
Email: dmcgill@webbermcgill.com

*Attorneys for Employers Insurance Company of Wausau (f/k/a Employers Insurance of Wausau A Mutual Company f/k/a Employers Mutual Liability Insurance Company of Wisconsin) and Wausau Underwriters Insurance Company*

By: /s/ Robert W. DiUbaldo

**CARLTON FIELDS, PA**
Robert W. DiUbaldo, Esq. (admitted *pro hac vice*)
rdiubaldo@carltonfields.com
Nora A. Valenza-Frost, Esq. (admitted *pro hac vice*)
nvalenza-frost@carltonfields.com
405 Lexington Ave., 36th Floor
New York, New York 10174
Telephone:      (212) 785-2577
Fax:               (212) 785-6579

*-and-*

**BARCLAY DAMON LLP**
Jeffrey A. Dove, Esq.
jdove@barclaydamon.com
Kevin D. Szczepanski, Esq.
ksczepanski@barclaydamon.com
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Telephone:      (315) 413-7112
Fax:               (315) 703-7346

*Attorneys for National Union Fire Insurance*
*Company of Pittsburgh, Pa. and New Hampshire*
*Insurance Company*

By: */s/ Jeffrey A. Dove*

Jeffrey A. Dove
**BARCLAY DAMON LLP**
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Telephone:     (315) 413-7112
Fax:              (315) 703-7346
Email: jdove@barclaydamon.com

*-and-*

Mark D. Plevin (admitted *pro hac vice*)
**PLEVIN & TURNER LLP**
580 California Street, Suite 1200
San Francisco, California 94104
Telephone:     (202) 580-6640
Email: mplevin@plevinturner.com

*-and-*

David Christian (admitted *pro hac vice*)
**DAVID CHRISTIAN ATTORNEYS LLC**
105 West Madison Street, Suite 2300
Chicago, Illinois 60602
Telephone:     (312) 282-5282
Email: dchristian@dca.law

*-and-*

Miranda H. Turner (admitted *pro hac vice*)
**PLEVIN & TURNER LLP**
1701 Pennsylvania Avenue, N.W. Suite 200
Washington, D.C. 20006
Telephone:     (202) 580-6640
Email: mturner@plevinturner.com

*Attorneys for The Continental Insurance Company,*
*successor by merger to Commercial Insurance*
*Company of Newark, New Jersey and Fireman's*
*Insurance Company of Newark, New Jersey*

6

By: */s/ William T. Corbett, Jr.*

**COUGHLIN MIDLIGE & GARLAND LLP**
William T. Corbett, Jr. (admitted *pro hac vice*)
Laura A. Brady (admitted *pro hac vice*)
Mount Kemble Avenue
P.O. Box 1917
Morristown, New Jersey 07962
Telephone:     (973) 267-0058
Fax:             (973) 267-6442
Email: wcorbett@cmg.law
         lbrady@cmg.law

*-and-*

**GIBBONS P.C.**
Robert K. Malone (admitted *pro hac vice*)
Brett S. Theisen
One Gateway Center
Newark, New Jersey 07102
Telephone:     (973) 596-4533
Fax:             (973) 639-6357
Email: rmalone@gibbonslaw.com
         btheisen@gibbonslaw.com

*-and-*

**KENNY SHELTON LIPTAK NOWAK LLP**
Judith Treger Shelton
The Calumet Building
233 Franklin Street
Buffalo, New York 14202
Telephone:     (716) 853-3801
Fax:             (716) 853-0265
Email: jtshelton@kslnlaw.com

*Attorneys for Selective Insurance Company of New York*

By: _/s/ John Maloney_ _____

John Maloney
**GIMIGLIANO MAURIELLO & MALONEY**
A Professional Association
163 Madison Avenue, Suite 500
P.O. Box 1449
Morristown, New Jersey 07962-1449
Telephone:    (973) 946-8360
Email: jmaloney@lawgmm.com

_Attorneys for Hartford Accident and Indemnity_
_Company and Hartford Fire Insurance Company_
_(both improperly named as Hartford Financial_
_Services Group, Inc.) and First State Insurance_
_Company_

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | ) Case No. 20-10322 (CLB) |
| THE DIOCESE OF BUFFALO, NY, | ) |
|  | ) Chapter 11 |
| Debtor. | ) |
|  | ) |
|  | ) |

## MOVING SETTLED INSURERS' MOTION TO REIMPOSE THE AUTOMATIC STAY FOR CVA LAWSUITS THAT ARE THE SUBJECT OF THE ORDER DATED NOV. 22, 2024 [DKT 3345]

On November 22, 2024, this Court entered an order lifting the automatic stay to allow 17 abuse cases to proceed to verdict in state court. *See Decision and Order* (Dkt. No. 3345). The motions for stay relief and the resulting order granting stay relief were premised, in part, on the notion that the allegations of abuse in these cases took place during the policy periods of the then-unsettled primary insurers, that the primary insurers would provide a defense and, hence, stay relief would not burden the estate with the cost of the defense of the 17 abuse cases. *See Committee's Joinder and Memorandum of Law in Support of Stay Relief*, at 12-13 (Dkt. No. 3461). Further, there is now a proposed plan of reorganization on file that is moving forward. *See Joint Chapter 11 Plan of Reorganization for The Diocese of Buffalo, N.Y., dated October 1, 2025* (Dkt. No. 4221).

On August 26, 2025, the Debtor and Official Committee of Unsecured Creditors ("**Committee**") represented to the Court that they reached settlements with CNA and Wausau, two of the Debtor's primary insurers, and at the hearing on November 18, 2025, the Debtor and Committee announced settlements and/or entered into written settlement term sheets with the

1

Debtor's remaining insurers (collectively, the "**Settled Insurers**")[1], except for Catholic Mutual and Allianz.[2] *See Diocese's Letter* (Dkt. No. 4109); Nov. 18, 2025, Hr. Tr. at 7:5-7, 12:9-14.

While the Committee has told certain of the Settled Insurers that the plaintiffs in the 17 lift stay cases will not move them forward in light of the settlements and that it has no objection to reimposing the automatic stay, the 17 cases remain on the active dockets of the New York State Supreme Courts, and notice has not been filed with the state courts advising them of the settlements.[3] Since their settlements were announced, the Settled Insurers provided the Debtor and Committee with a form of model settlement agreement and circulated a proposed stipulation and proposed consent order to reimpose the automatic stay.[4]

---

[1] The "**Settled Insurers**" include Selective Insurance Company of New York (formerly known as Exchange Mutual Insurance Company and incorrectly named as Selective Insurance Company of America), The Continental Insurance Company, Employers Insurance Company of Wausau (f/k/a Employers Insurance of Wausau A Mutual Company f/k/a Employers Mutual Liability Insurance Company of Wisconsin), Wausau Underwriters Insurance Company, Nationwide Insurance Company of America, Hartford Accident and Indemnity Company and Hartford Fire Insurance Company (both improperly named as Hartford Financial Services Group, Inc.), First State Insurance Company, Nationwide Mutual Insurance Company (f/k/a Farm Bureau Mutual Automobile Insurance Company), National Union Fire Insurance Company of Pittsburgh, Pa., New Hampshire Insurance Company, U.S. Fire Insurance Company ("**US Fire**"), Pacific Employers Insurance Company ("**PEIC**"), Aetna Insurance Company f/k/a CIGNA Property & Casualty Insurance Company and n/k/a ACE Property & Casualty Insurance Company ("**Aetna**"), Century Indemnity, as successor in interest to Insurance Company of North America, as successor in interest to Indemnity Insurance Company of North America ("**INA**"), and Federal Insurance Company ("**FIC**").

[2] Allianz has since also reached a settlement with the Committee.

[3] On November 18, 2025, and December 1, 2025, counsel for US Fire, PEIC, Aetna, INA, and FIC wrote Mr. Donato to confirm that the Diocese's counsel had taken steps to ensure that the stay was reimposed over the abuse cases granted stay relief so costs were not unnecessarily incurred in light of the settlements. *See* Declaration of Adam Haberkorn dated January 7, 2025, ("**Haberkorn Decl.**"), Exh. 1.

[4] On December 22, 2025, counsel for US Fire, PEIC, Aetna, INA, and FIC provided the Debtor's and Committee's counsel with a proposed stipulation and form of agreed order to reimpose the automatic stay over the 17 cases granted stay relief. *See* Haberkorn Decl. Exh. 2.

2

In light of the present posture of the case, costs should not continue to be incurred in connection with the 17 lift-stay cases and the parties' attention instead should be devoted to documenting these settlements.

**WHEREFORE**, the Moving Settled Insurers listed in the signature blocks below respectfully request that the Court enter the proposed order attached as **<u>Exhibit A</u>** reimposing the automatic stay over the 17 abuse cases for which stay relief was granted by this Court's Order dated November 22, 2024.

Dated:  January 7, 2026                    Respectfully submitted,


                                           By:  /s/ Adam Haberkorn

                                           **O'MELVENY & MYERS LLP**
                                           TANCRED V. SCHIAVONI (*pro hac vice*)
                                           ADAM P. HABERKORN
                                           1301 Avenue of the Americas
                                           Suite 1700
                                           New York, NY 10019
                                           Telephone:     (212) 326-2000
                                           Email: tschiavoni@omm.com
                                                   ahaberkorn@omm.com

                                           *-and-*

                                           **CLYDE & CO US LLP**
                                           MARIANNE G. MAY
                                           340 Mt. Kemble Ave., Suite 300
                                           Morristown, NJ 07340
                                           Telephone:     (973) 210-6700
                                           Email:  marianne.may@clydeco.us

                                           *Attorneys for Aetna Insurance Company f/k/a CIGNA*
                                           *Property & Casualty Insurance Company and n/k/a*
                                           *ACE Property & Casualty Insurance Company,*
                                           *Century Indemnity, as successor in interest to*
                                           *Insurance Company of North America, as successor*
                                           *in interest to Indemnity Insurance Company of North*
                                           *America, Federal Insurance Company, Pacific*
                                           *Employers Insurance Company, and U.S. Fire*
                                           *Insurance Company*

4

By: */s/ Adam R. Durst*           

**GOLDBERG SEGALLA LLP**
Adam R. Durst, Esq.
Richard A. Galbo, Esq.
665 Main Street
Buffalo, NY 14203-1425
Telephone:    (716) 566-5400
Email: adurst@goldbergsegalla.com
       rgalbo@goldbergsegalla.com

*-and-*

Douglas J. McGill, Esq.
WEBBER MCGILL LLC
100 E. Hanover Avenue, Suite 401
Cedar Knolls, New Jersey 07401
Telephone:    (973) 739-9559
Email: dmcgill@webbermcgill.com

*Attorneys for Employers Insurance Company of
Wausau (f/k/a Employers Insurance of Wausau A
Mutual Company f/k/a Employers Mutual Liability
Insurance Company of Wisconsin) and Wausau
Underwriters Insurance Company*

5

By: _/s/ Robert W. DiUbaldo_

**CARLTON FIELDS, PA**
Robert W. DiUbaldo, Esq. (admitted *pro hac vice*)
rdiubaldo@carltonfields.com
Nora A. Valenza-Frost, Esq. (admitted *pro hac vice*)
nvalenza-frost@carltonfields.com
405 Lexington Ave., 36th Floor
New York, New York 10174
Telephone:      (212) 785-2577
Fax:              (212) 785-6579

*-and-*

**BARCLAY DAMON LLP**
Jeffrey A. Dove, Esq.
jdove@barclaydamon.com
Kevin D. Szczepanski, Esq.
ksczepanski@barclaydamon.com
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Telephone:      (315) 413-7112
Fax:              (315) 703-7346

*Attorneys for National Union Fire Insurance*
*Company of Pittsburgh, Pa. and New Hampshire*
*Insurance Company*

6

By: /s/ Jeffrey A. Dove

Jeffrey A. Dove
**BARCLAY DAMON LLP**
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Telephone:    (315) 413-7112
Fax:            (315) 703-7346
Email: jdove@barclaydamon.com

*-and-*

Mark D. Plevin (admitted *pro hac vice*)
**PLEVIN & TURNER LLP**
580 California Street, Suite 1200
San Francisco, California 94104
Telephone:    (202) 580-6640
Email: mplevin@plevinturner.com

*-and-*

David Christian (admitted *pro hac vice*)
**DAVID CHRISTIAN ATTORNEYS LLC**
105 West Madison Street, Suite 2300
Chicago, Illinois 60602
Telephone:    (312) 282-5282
Email: dchristian@dca.law

*-and-*

Miranda H. Turner (admitted *pro hac vice*)
**PLEVIN & TURNER LLP**
1701 Pennsylvania Avenue, N.W. Suite 200
Washington, D.C. 20006
Telephone:    (202) 580-6640
Email: mturner@plevinturner.com

*Attorneys for The Continental Insurance Company,*
*successor by merger to Commercial Insurance*
*Company of Newark, New Jersey and Fireman's*
*Insurance Company of Newark, New Jersey*

7

By: */s/ William T. Corbett, Jr.*

**COUGHLIN MIDLIGE & GARLAND LLP**
William T. Corbett, Jr. (admitted *pro hac vice*)
Laura A. Brady (admitted *pro hac vice*)
Mount Kemble Avenue
P.O. Box 1917
Morristown, New Jersey 07962
Telephone:    (973) 267-0058
Fax:              (973) 267-6442
Email: wcorbett@cmg.law
          lbrady@cmg.law

*-and-*

**GIBBONS P.C.**
Robert K. Malone (admitted *pro hac vice*)
Brett S. Theisen
One Gateway Center
Newark, New Jersey 07102
Telephone:    (973) 596-4533
Fax:              (973) 639-6357
Email: rmalone@gibbonslaw.com
          btheisen@gibbonslaw.com

*-and-*

**KENNY SHELTON LIPTAK NOWAK LLP**
Judith Treger Shelton
The Calumet Building
233 Franklin Street
Buffalo, New York 14202
Telephone:    (716) 853-3801
Fax:              (716) 853-0265
Email: jtshelton@kslnlaw.com

*Attorneys for Selective Insurance Company of New York*

8

By: *  /s/ John Maloney                         *

John Maloney
**GIMIGLIANO MAURIELLO & MALONEY**
A Professional Association
163 Madison Avenue, Suite 500
P.O. Box 1449
Morristown, New Jersey 07962-1449
Telephone:     (973) 946-8360
Email: jmaloney@lawgmm.com

*Attorneys for Hartford Accident and Indemnity
Company and Hartford Fire Insurance Company
(both improperly named as Hartford Financial
Services Group, Inc.) and First State Insurance
Company*

9

**EXHIBIT A**

**Proposed Order**

10

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| | Case No. 20-10322 (CLB) |
| THE DIOCESE OF BUFFALO, N.Y., | |
| Debtor. | Chapter 11 |

## [PROPOSED] ORDER REIMPOSING THE AUTOMATIC STAY
## OVER CERTAIN STATE COURT LITIGATION

Upon the motion (the "**Motion**") filed by the Moving Settled Insurers seeking entry of an order (this "**Order**") reimposing the automatic stay over litigation of seventeen CVA cases pending before certain New York State Supreme Courts (the "**CVA Litigation**")[5] for which the automatic stay had previously been lifted pursuant to this Court's *Decision and Order* (Dkt. No. 3345) entered on November 22, 2024, granting seventeen motions for relief from stay (Dkt. Nos. 3117, 3119, 3121, 3123, 3125, 3127, 3129, 3131, 3133, 3135, 3137, 3139, 3141, 3147, 3148, 3149, 3153); the Motion having been filed since the Official Committee of Unsecured Creditors and the Debtor have reached a settlement in principle with each other and with each of the "**Settled Insurers**"[6]; and the Court having found that: (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and (iii) the relief requested in the Motion is in the best interest of the estate of the

---

[5] A list of the relevant CVA cases that constitute the CVA Litigation are listed on **Schedule 1** attached hereto.

[6] The "**Settled Insurers**" include Selective Insurance Company of New York (formerly known as Exchange Mutual Insurance Company and incorrectly named as Selective Insurance Company of America), The Continental Insurance Company, Employers Insurance Company of Wausau (f/k/a Employers Insurance of Wausau A Mutual Company f/k/a Employers Mutual Liability Insurance Company of Wisconsin), Wausau Underwriters Insurance Company, Nationwide Insurance Company of America, Hartford Accident and Indemnity Company and Hartford Fire Insurance Company (both improperly named as Hartford Financial Services Group, Inc.), First State Insurance Company, Nationwide Mutual Insurance Company (f/k/a Farm Bureau Mutual Automobile Insurance Company), National Union Fire Insurance Company of Pittsburgh, Pa., New Hampshire Insurance Company, U.S. Fire Insurance Company, Pacific Employers Insurance Company, Aetna Insurance Company f/k/a CIGNA Property & Casualty Insurance Company and n/k/a ACE Property & Casualty Insurance Company, Century Indemnity, as successor in interest to Insurance Company of North America, as successor in interest to Indemnity Insurance Company of North America, and Federal Insurance Company.

Debtor, its creditors and other parties in interest; and the Court having found that the Moving Settled Insurers provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances; and upon the record and after due deliberation,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.     The automatic stay is reimposed with respect to each of the seventeen cases for which stay relief was granted under the *Decision and Order* (Dkt. No. 3345) effective upon entry of this Order to the extent necessary to stay continuation of CVA Litigation during the pendency of this Bankruptcy Case.

2.     This Order shall have no bearing on the merits of the Parties' claims and shall not be construed as a waiver or admission of any rights, defenses, or claims by the Parties or a decision by this Court on the merits of the CVA Litigation.

3.     Within five (5) days of entry of this Order, the Parties shall notify the New York Supreme Courts of entry of this Order.

4.     Notwithstanding any rule that might otherwise delay the effectiveness of this Order including, without limitation, the 14-day stay provided under Bankruptcy Rule 4001(a)(3) or any other Bankruptcy Rule, this Order shall be effective and enforceable immediately upon its entry.

5.     This Court retains exclusive jurisdiction with respect to any matters arising from or related to the implementation, interpretation or enforcement of this Order.

Dated:     _____
           Buffalo, New York

           _____
           HON. CARL L. BUCKI
           UNITED STATES BANKRUPTCY JUDGE

## SCHEDULE 1

### Schedule of CVA Litigation

1.  *Paul M. Burns v. Father Bernard Splawski, The Diocese of Buffalo, N.Y., Bishop Timon-St. Jude High School, and Franciscan Friars - Holy Name Province (NY)*, Index No. 801488/2020 (Sup. Ct. Erie Cty).

2.  *Robert R. Davis v. The Diocese of Buffalo, N.Y., and Saint Gerard's Roman Catholic Church Society of Buffalo, N.Y., a/k/a St. Gerard's Roman Catholic Church, a/k/a St. Gerard's Parish*, Index No. 800829/2020 (Sup. Ct. Erie Cty.).

3.  *James Bottlinger v. The Diocese of Buffalo, N.Y., a/k/a Diocese of Buffalo; St. Mary of the Assumption a/k/a Assumption of the Blessed Virgin Mary; and Does 1-5 whose identities are unknown to Plaintiff*, Index No. 810188/2019 (Sup. Ct. Erie Cty.).

4.  *Scott Yerger v. Diocese of Buffalo, et al.*, Index No. 814699/2019 (Sup. Ct. Erie Cty.).

5.  *Brian Kirst v. Franciscan Friars a/k/a and d/b/a Franciscan Friars Order of Friars Minor a/k/a and d/b/a Franciscan Friars Order of Friars Minor - English Speaking Conference a/k/a and d/b/a Franciscan Friars - Holy Name Province f/k/a and d/b/a Franciscan Fathers, Friars Minor (Holy Name Province) and f/k/a and d/b/a Franciscan Fathers - Province of the Most Holy Name of Jesus; Archbishop Walsh High School a/k/a Archbishop Walsh Academy; St. Patrick; St. Vincent; St. John Paul II a/k/a St. John Paul II Parish a/k/a St. John Paul II Catholic Church; and Does 1-5 whose identities are unknown to Plaintiff*, Index No. 89452 (Sup. Ct. Cattaraugus Cty.).

6.  *Michael F. Whalen, Jr. v. The Diocese of Buffalo, N.Y. a/k/a Diocese of Buffalo; St. John Vianney; and Does 1-5 whose identities are unknown to Plaintiff*, Index No. 810198/2019 (Sup. Ct. Erie Cty.).

7.  *AB 8 Doe v. The Diocese of Buffalo, N.Y. a/k/a Diocese of Buffalo; SS. Peter and Paul; and Does 1-5 whose identities are unknown to Plaintiff*, Index No. 810235/2019 (Sup. Ct. Erie Cty.).

8.  *AB 13 Doe v. The Diocese of Buffalo, N.Y. a/k/a Diocese of Buffalo; Holy Family; Our Lady of Charity; and Does 1-5 whose identities are unknown to Plaintiff*, Index No. 810255/2019 (Sup. Ct. Erie Cty.).

9.  *AB 45 Doe v. The Diocese of Buffalo, N.Y. a/k/a Diocese of Buffalo; All Saints; and Does 1-5 whose identities are unknown to Plaintiff*, Index No. 810184/2019 (Sup. Ct. Erie Cty.).

10. *AB 136 Doe v. The Diocese of Buffalo, N.Y. a/k/a Diocese of Buffalo; Immaculate Conception Holy Cross; and Does 1-5 whose identities are unknown to Plaintiff*, Index No. 812371/2019 (Sup. Ct. Erie Cty.).

11. *AB 299 Doe v. St. John Vianney Roman Catholic Church Society of Orchard Park, N.Y., a/k/a St. John Vianney; Sacred Heart; Church of St. Mary of the Angels, Olean, a/k/a St. Mary of the Angels a/k/a Basilica of St. Mary of the Angels; and Does 1-5 whose identities are unknown to Plaintiff*, Index No. 808208/2020 (Sup. Ct. Erie Cty.).

12. *AB 393 Doe v. St. Brigid, a/k/a Our Lady of Mercy and St. Brigid a Roman Catholic Family, f/k/a St. Bridget; and Does 1-5 whose identities are unknown to Plaintiff*, Index No. E69252 (Sup. Ct. Genesee Cty.).

13. *AB 3 Doe v. The Diocese of Buffalo, N.Y. a/k/a Diocese of Buffalo; St. Catherine of Siena; Queen of Heaven; and Does 1-5 whose identities are unknown to Plaintiff*, Index No. 810219/2019 (Sup. Ct. Erie Cty.).

14. *Howard C. Zwelling, III v. Diocese of Buffalo, St. James Roman Catholic Church, and St. Mary's on the Hill*, Index No. 810492/2019 (Sup. Ct. Erie Cty.).

15. *Anthony Sciolino v. Diocese of Buffalo, Oblates of St. Francis De Sales, and De Sales Catholic School*, Index No. 810293/2019 (Sup. Ct. Erie Cty.).

16. *John Doe v. Diocese of Buffalo, St. Francis of Assisi High School, St. Anthony of Padua Province of the Order of Friars Minor Conventual, Our Lady of the Angels Province, and James Smyka*, Index No. 810522/2019 (Sup. Ct. Erie Cty.).

17. *AB 141 Doe v. The Diocese of Buffalo, N.Y. a/k/a Diocese of Buffalo; St. Aloysius; Camp Turner; The Community of Cistercians of the Strict Observance, Inc. a/k/a Trappists a/k/a Trappistines a/k/a and d/b/a Abbey of the Genesee; and Does 1-5 whose identities are unknown to Plaintiff*, Index No. 812419/2019 (Sup. Ct. Erie Cty.).