# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In re:

THE DIOCESE OF BUFFALO, NY,

                      Debtor.

Case No. 20-10322 (CLB)

Chapter 11

## DECLARATION OF ADAM P. HABERKORN IN SUPPORT OF MOVING SETTLED INSURERS' MOTION TO REIMPOSE THE AUTOMATIC STAY FOR CVA LAWSUITS THAT ARE THE SUBJECT OF THE ORDER DATED NOV. 22, 2024 [DKT 3345]

I, Adam P. Haberkorn, pursuant to pursuant to 28 U.S.C. § 1746(2), under penalty of perjury, hereby declare as follows:

1. I am a counsel at the firm O'Melveny & Myers LLP, attorneys for U.S. Fire Insurance Company, Pacific Employers Insurance Company, Aetna Insurance Company f/k/a CIGNA Property & Casualty Insurance Company and n/k/a ACE Property & Casualty Insurance Company, Century Indemnity, as successor in interest to Insurance Company of North America, as successor in interest to Indemnity Insurance Company of North America, and Federal Insurance Company. I am a member in good standing of the Bar of the State of New York, and am admitted to practice in the United States District Courts for the Northern, Western, Southern and Eastern Districts of New York.

2. I submit this declaration in support of the *Moving Settled Insurers' Motion to Reimpose the Automatic Stay for CVA Lawsuits that are the Subject of the Order Dated Nov. 22, 2024 [Dkt 3345]*, filed in the above-captioned bankruptcy case. I also submit this declaration based on my personal knowledge of the proceedings in the above-captioned bankruptcy case, and my review of the documents described below.

3. Attached hereto as **Exhibit 1** is a true and correct copy of an email chain including an email from Mr. Schiavoni of O'Melveny & Myers LLP to Mr. Donato, counsel to the Debtor, dated November 18, 2025, and a follow-up email from Mr. Schiavoni to Mr. Donato dated

December 1, 2025.

4. Attached hereto as **<u>Exhibit 2</u>** is a true and correct copy of a December 22, 2025, email from Mr. Haberkorn of O'Melveny & Myers LLP to counsel for the Committee, counsel for the Diocese and counsel to the seventeen plaintiffs with CVA cases for which the automatic stay was lifted, which attaches a proposed form of stipulation and consent order to reimpose the automatic stay.

I declare under penalty of perjury that the foregoing is true and correct and to the best of my knowledge and belief.

*[Remainder of page intentionally left blank.]*

Dated: January 7, 2026						By: */s/ Adam P. Haberkorn*

ADAM P. HABERKORN
**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas
New York, NY 10019
Telephone:	(212) 326-2000
Email: ahaberkorn@omm.com

*Attorneys for Aetna Insurance Company f/k/a CIGNA Property & Casualty Insurance Company and n/k/a ACE Property & Casualty Insurance Company, Century Indemnity, as successor in interest to Insurance Company of North America, as successor in interest to Indemnity Insurance Company of North America, Federal Insurance Company, Pacific Employers Insurance Company, and U.S. Fire Insurance Company*

3

Case 1-20-10322-CLB, Doc 4503-1, Filed 01/07/26, Entered 01/07/26 18:25:42, Description: Declaration of Adam P. Haberkorn, Page 3 of 7

# EXHIBIT 1

**Haberkorn, Adam P.**

| | |
|---|---|
| **From:** | Schiavoni, Tancred <tschiavoni@omm.com> |
| **Sent:** | Monday, December 1, 2025 10:35 PM |
| **To:** | Stephen A. Donato |
| **Cc:** | Robert K. Malone - Gibbons P.C. (rmalone@gibbonslaw.com); mturner@plevinturner.com; mplevin@plevinturner.com; Schiavoni, Tancred; Haberkorn, Adam P. |
| **Subject:** | RE: Diocese of Buffalo |

Dear Steve

In light of the settlement, we are operating on the understanding that your office has secured the agreement of the Committee and plaintiff counsel to stay the cases that were the subject of lift stay relief and will not be seeking defense costs after announcing the settlements. If I am mistaken please let me know so we had an opportunity to address this issue with the court. I reached out to you on November 18 so costs were not unnecessarily incurred by the Diocese.

Thank you.

---

**From:** Schiavoni, Tancred <tschiavoni@omm.com>
**Sent:** Tuesday, November 18, 2025 8:42 PM
**To:** Stephen A. Donato <sdonato@bsk.com>
**Cc:** Robert K. Malone - Gibbons P.C. (rmalone@gibbonslaw.com) <rmalone@gibbonslaw.com>; Schiavoni, Tancred <tschiavoni@omm.com>; mturner@plevinturner.com; mplevin@plevinturner.com
**Subject:** Diocese of Buffalo

Dear Steve

With all the insurers settled it is my assumption that you will ask Illan in the morning to consent to a stipulated proposed order reimposing the stay over the lift stay cases so the diocese is not left to pick up the costs of these cases continuing. For the benefit of your client, please let us know this is in the works and whether Illan agrees tomorrow.

Thank you..

# EXHIBIT 2

**Haberkorn, Adam P.**

| | |
|---|---|
| **From:** | Haberkorn, Adam P. |
| **Sent:** | Monday, December 22, 2025 12:57 PM |
| **To:** | Ilan D. Scharf; Stephen A. Donato; mike@andersonadvocates.com |
| **Cc:** | Stacey Benson; Steve Boyd; dan@cf-legal.com; jamesmarsh@marsh.law; mmerson@mersonlaw.com; Schiavoni, Tancred; Robert K. Malone - Gibbons P.C. (rmalone@gibbonslaw.com); William Corbett; Laura Brady; Turner, Miranda; Durst, Adam R.; Douglas McGill; Galbo, Richard A. (Rich) |
| **Subject:** | Buffalo - Proposal to Reimpose Automatic Stay |
| **Attachments:** | 4916-5584-8834v3_Buffalo - Proposed Order re Stay.docx |

Ilan, Steve, and Michael -

We reached out to Steve Donato after all the insurers entered into settlement term sheets in the *Diocese of Buffalo* bankruptcy case about steps to be taken to reimpose the stay over the lift stay cases so that the Diocese and parishes didn't needless having to pick up ongoing costs to, among other things, monitor underlying tort cases now that it has settled with its insurers.

I attach a proposed form of stipulation and consent order to reimpose the stay. Please get back to us this week before the start of Christmas as to whether you will sign. We want to get something on file before year end. One way to get the ball rolling on this is to file a proposed order next week with a one-page motion which will reserve a hearing date and accumulate consents going into that date.

Thank you,
Adam

# O'Melveny

**Adam P. Haberkorn**
Pronouns: he/him/his
ahaberkorn@omm.com
O: +1-212-728-5862
M: +1-508-330-7155

O'Melveny & Myers LLP
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*