UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>The Diocese of Buffalo, N.Y.,<br><br>                Debtor. | Case No. 20-10322 (CLB)<br><br>Chapter 11 |

### CERTIFICATE OF SERVICE

I, Adam P. Haberkorn, Esq., hereby certify that on January 7, 2026, I caused a true and correct copy of (a) the *Moving Settled Insurers' Motion to Reimpose the Automatic Stay for CVA Lawsuits that are the Subject of the Order Dated Nov. 22, 2024 [Dkt 3345]* [Dkt. No. 4503] and (b) the *Declaration of Adam P. Haberkorn in Support of Moving Settled Insurers' Motion to Reimpose the Automatic Stay for CVA Lawsuits that are the Subject of the Order Dated Nov. 22, 2024 [Dkt 3345]* [Dkt. No. 4503-1] to be filed with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

Dated: January 7, 2026

By: /s/ Adam P. Haberkorn

**O'MELVENY & MYERS LLP**
ADAM P. HABERKORN
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 326-2000
Email: ahaberkorn@omm.com

*Attorneys for Aetna Insurance Company f/k/a CIGNA Property & Casualty Insurance Company and n/k/a ACE Property & Casualty Insurance Company, Century Indemnity, as successor in interest to Insurance Company of North America, as successor in interest to Indemnity Insurance Company of North America, Federal Insurance Company, Pacific Employers Insurance Company, and U.S. Fire Insurance Company*

1