UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No. 20-10322-CLB

Chapter 11

**JOINDER MOTION FOR ENTRY OF ORDERS (A)(I) APPROVING THE FORMS OF BALLOTS AND ESTABLISHING PROCEDURES FOR VOTING ON JOINT PLAN OF REORGANIZATION AND CONSENTING TO THIRD-PARTY RELEASES; (II) APPROVING SOLICITATION PACKAGES AND DISTRIBUTION PROCEDURES; AND (III) SCHEDULING A HEARING TO CONSIDER APPROVAL OF THE DISCLOSURE STATEMENT; (B)(I) APPROVING DISCLOSURE STATEMENT; (II) ESTABLISHING CERTAIN DEADLINES IN CONNECTION WITH APPROVAL OF THE DISCLOSURE STATEMENT AND CONFIRMATION OF JOINT PLAN; AND (III) APPROVING THE FORM, MANNER, AND SCOPE OF CONFIRMATION NOTICES; AND (C) GRANTING RELATED RELIEF**

Merson Law, PLLC, counsel to fifteen (15) Abuse Survivors hereby submits it joinder to the *Motion for Entry of Orders (A)(I) Approving the Forms of Ballots and Establishing Procedures for Voting on Joint Release of Plan of Reorganization and Consenting to Third Party Releases; (II) Approving Solicitation Packages and Distribution Procedures; and (III) Scheduling a Hearing to Consider Approval of the Disclosure Statement; (B)(I) Approving Disclosure Statement; (II) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of Joint Plan; and (III) Approving Form, Manner, and Scope of Confirmation Notices; and (C) Granting Related Relief* (the "**Motion**") [Docket No. 4343].

**Joinder**[1]

1. Merson Law, PLLC represents fifteen (15) Abuse Survivors in this Case. The

---

[1] Capitalized terms used but not defined herein shall have the meanings and definitions ascribed to them in the Motion.

undersigned supports the relief requested in the Motion with respect to the proposed solicitation procedures, including the proposed form of Ballots and the Opt Out Election process.

Dated: January 8, 2026
      New York, New York

                                 MERSON LAW, PLLC

By: *Matthew Merson*
      Matthew G. Merson, Esq.
      Attorneys for Survivors
      950 Third Avenue
      18th Floor
      New York, New York 10022
      Phone: (212) 603-9100
      Facsimile: (347) 441-4171
      Email: mmerson@mersonlaw.com