UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No. 20-10322-CLB

Chapter 11

## JOINDER MOTION FOR ENTRY OF ORDERS (A)(I) APPROVING THE FORMS OF BALLOTS AND ESTABLISHING PROCEDURES FOR VOTING ON JOINT PLAN OF REORGANIZATION AND CONSENTING TO THIRD-PARTY RELEASES; (II) APPROVING SOLICITATION PACKAGES AND DISTRIBUTION PROCEDURES; AND (III) SCHEDULING A HEARING TO CONSIDER APPROVAL OF THE DISCLOSURE STATEMENT; (B)(I) APPROVING DISCLOSURE STATEMENT; (II) ESTABLISHING CERTAIN DEADLINES IN CONNECTION WITH APPROVAL OF THE DISCLOSURE STATEMENT AND CONFIRMATION OF JOINT PLAN; AND (III) APPROVING THE FORM, MANNER, AND SCOPE OF CONFIRMATION NOTICES; AND (C) GRANTING RELATED RELIEF

Jeff Anderson & Associates, PA and Steve Boyd, PC, counsel to 381 Abuse Survivors hereby submit its joinder to the *Motion for Entry of Orders (A)(I) Approving the Forms of Ballots and Establishing Procedures for Voting on Joint Release of Plan of Reorganization and Consenting to Third Party Releases; (II) Approving Solicitation Packages and Distribution Procedures; and (III) Scheduling a Hearing to Consider Approval of the Disclosure Statement; (B)(I) Approving Disclosure Statement; (II) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of Joint Plan; and (III) Approving Form, Manner, and Scope of Confirmation Notices; and (C) Granting Related Relief* (the "**Motion**") [Docket No. 4343].

# Joinder[1]

1.     Jeff Anderson & Associates, PA and Steve Boyd, PC represents 381 Abuse Survivors in this case. The undersigned supports the relief requested in the Motion with respect to the proposed solicitation procedures, including the proposed form of Ballots and the Opt Out Election process.

Dated: January 8, 2026.                          JEFF ANDERSON & ASSOCIATES, P.A.


/s/ *Stacey J. Benson*
Jeffrey R. Anderson
Michael G. Finnegan
Stacey J. Benson
366 Jackson Street, Suite 100
St. Paul, MN 55101
(651) 227-9990
jeff@andersonadvocates.com
mike@andersonadvocates.com
stacey@andersonadvocates.com

Stephen Boyd
STEVE BOYD, PC
2969 Main Street, Suite 100
Buffalo, Y 14214
(716) 600-0000
sboyd@steveboyd.com

*Attorneys for Certain Abuse Survivor Claimants*

---

[1] Capitalized terms used but not defined herein shall have the meanings and definitions ascribed to them in the Motion...