UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

                Debtor.

Case No. 20-10322 (CLB)

Chapter 11

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Adam P. Haberkorn, Esq., hereby certify at follows:

1. That on January 7, 2026, I caused a true and correct copy of (a) the ***Moving Settled Insurers' Motion to Reimpose the Automatic Stay for CVA Lawsuits that are the Subject of the Order Dated Nov. 22, 2024 [Dkt 3345]*** [Dkt. No. 4503]; (b) the ***Notice of Moving Settled Insurers' Motion to Reimpose the Automatic Stay for CVA Lawsuits that are the Subject of the Order Dated Nov. 22, 2024 [Dkt 3345]*** [Dkt. No. 4503]; and (c) the ***Declaration of Adam P. Haberkorn in Support of Moving Settled Insurers' Motion to Reimpose the Automatic Stay for CVA Lawsuits that are the Subject of the Order Dated Nov. 22, 2024 [Dkt 3345]*** [Dkt. No. 4503-1] to be filed with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

2. That on January 9, 2026, at my direction and under my supervision, employees of O'Melveny & Myers caused a true and correct copy of (a) the ***Moving Settled Insurers' Motion to Reimpose the Automatic Stay for CVA Lawsuits that are the Subject of the Order Dated Nov. 22, 2024 [Dkt 3345]*** [Dkt. No. 4503]; (b) the ***Notice of Moving Settled Insurers' Motion to Reimpose the Automatic Stay for CVA Lawsuits that are the Subject of the Order Dated Nov. 22, 2024 [Dkt 3345]*** [Dkt. No. 4503]; and (c) the ***Declaration of Adam P. Haberkorn in Support of Moving Settled Insurers' Motion to Reimpose the Automatic Stay for CVA Lawsuits that are***

*the Subject of the Order Dated Nov. 22, 2024 [Dkt 3345]* [Dkt. No. 4503-1] to be served via first-class mail to the addresses listed on the attached Service List.

Dated:  January 12, 2026

By: */s/ Adam P. Haberkorn*

**O'MELVENY & MYERS LLP**
ADAM P. HABERKORN
1301 Avenue of the Americas
New York, NY 10019
Telephone:     (212) 326-2000
Email: ahaberkorn@omm.com

*Attorneys for Aetna Insurance Company f/k/a CIGNA Property & Casualty Insurance Company and n/k/a ACE Property & Casualty Insurance Company, Century Indemnity, as successor in interest to Insurance Company of North America, as successor in interest to Indemnity Insurance Company of North America, Federal Insurance Company, Pacific Employers Insurance Company, and U.S. Fire Insurance Company*

**SERVICE BY U.S. MAIL:**

Counsel to the Diocese
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, New York 13202
Attn: Stephen A. Donato; Charles J. Sullivan; Grayson T. Walter

Counsel to the Committee
Pachulski Stang Ziehl & Jones LLP
1700 Broadway, 36th Floor
New York, NY 10019
Attn: Ilan Scharf; James I. Stang

The Office of the United States Trustee
for the Western District of New York
300 Pearl Street, Suite 401
Buffalo, NY 14202
Attn: Joseph W. Allen

Counsel to Paul M. Burns
Dan Chiacchia Attorneys, PLLC
5113 South Park Avenue
Hamburg, New York 14075
Attn: Daniel J. Chiacchia, Esq.

Counsel to Robert R. Davis
Dan Chiacchia Attorneys, PLLC
5113 South Park Avenue
Hamburg, New York 14075
Attn: Daniel J. Chiacchia, Esq.

Counsel to James Bottlinger
Jeff Anderson & Associates, P.A.
366 Jackson Street, Suite 100
St. Paul, MN 55101
Attn: Jeffrey R. Anderson; Michael G. Finnegan; Stacey Benson

Counsel to Scott Yerger
Marsh Law Firm PLLC
31 Hudson Yards, 11th Fl
New York, NY 10001
Attn: James R. Marsh

Counsel to Brian Kirst
Jeff Anderson & Associates, P.A.
366 Jackson Street, Suite 100
St. Paul, MN 55101
Attn: Jeffrey R. Anderson; Michael G. Finnegan; Stacey Benson

Counsel to Michael F. Whalen, Jr.
Jeff Anderson & Associates, P.A.
366 Jackson Street, Suite 100
St. Paul, MN 55101
Attn: Jeffrey R. Anderson; Michael G. Finnegan; Stacey Benson

Counsel to AB 8 Doe
Jeff Anderson & Associates, P.A.
366 Jackson Street, Suite 100
St. Paul, MN 55101
Attn: Jeffrey R. Anderson; Michael G. Finnegan; Stacey Benson

Counsel to AB 13 Doe
Jeff Anderson & Associates, P.A.
366 Jackson Street, Suite 100
St. Paul, MN 55101
Attn: Jeffrey R. Anderson; Michael G. Finnegan; Stacey Benson

Counsel to AB 45 Doe
Jeff Anderson & Associates, P.A.
366 Jackson Street, Suite 100
St. Paul, MN 55101
Attn: Jeffrey R. Anderson; Michael G. Finnegan; Stacey Benson

Counsel to AB 136 Doe
Jeff Anderson & Associates, P.A.
366 Jackson Street, Suite 100
St. Paul, MN 55101
Attn: Jeffrey R. Anderson; Michael G. Finnegan; Stacey Benson

Counsel to AB 299 Doe
Jeff Anderson & Associates, P.A.
366 Jackson Street, Suite 100
St. Paul, MN 55101
Attn: Jeffrey R. Anderson; Michael G. Finnegan; Stacey Benson

Counsel to AB 393 Doe
Jeff Anderson & Associates, P.A.
366 Jackson Street, Suite 100
St. Paul, MN 55101
Attn: Jeffrey R. Anderson; Michael G. Finnegan; Stacey Benson

Counsel to AB 3 Doe
Jeff Anderson & Associates, P.A.
366 Jackson Street, Suite 100
St. Paul, MN 55101
Attn: Jeffrey R. Anderson; Michael G. Finnegan; Stacey Benson

Counsel to Howard Zwelling
Merson Law, PLLC
950 Third Avenue, 18th Floor
New York, New York 10022
Attn: Matthew G. Merson, Esq.

Counsel to Anthony Sciolino
Merson Law, PLLC
950 Third Avenue, 18th Floor
New York, New York 10022
Attn: Matthew G. Merson, Esq.

Counsel to Claimant CC694
Merson Law, PLLC
950 Third Avenue, 18th Floor
New York, New York 10022
Attn: Matthew G. Merson, Esq.

Counsel to AB 141 Doe
Jeff Anderson & Associates, P.A.
366 Jackson Street, Suite 100
St. Paul, MN 55101
Attn: Jeffrey R. Anderson; Michael G. Finnegan; Stacey Benson