UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No. 20-10322

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362], Bonadio & Co., LLP has filed the *Monthly Fee Statement of Bonadio & Co., LLP for Compensation for Services Rendered and Reimbursement of Expenses as Accountants to The Diocese of Buffalo, N.Y. for the Period December 1, 2025 Through December 31, 2025*, a copy of which is attached hereto and hereby served upon you.

Dated: January 12, 2025

BONADIO & CO, LLP

By: _____/s/ Justin Reid_____
Justin Reid, CPA
Bonadio & Co, LLP
100 Corporate Pkwy., Suite 200
Amherst, New York 14226
Telephone: (716) 580-1609
Facsimile: (716) 250-6605

*Accountants for The Diocese of Buffalo, N.Y.*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

                    Debtor.

Case No. 20-10322

Chapter 11

**MONTHLY FEE STATEMENT OF BONADIO & CO., LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ACCOUNTANTS TO THE DIOCESE OF BUFFALO, N.Y. FOR THE PERIOD DECEMBER 1, 2025 THROUGH DECEMBER 31, 2025**

| | |
|---|---|
| Name of Applicant: | Bonadio & Co., LLP |
| Authorized to Provide Professional Services to: | The Diocese of Buffalo, N.Y., Debtor-In-Possession |
| Date of Retention: | Order entered December 15, 2020 [Docket No. 738] *Nunc Pro Tunc* to October 12, 2020 |
| Period for which compensation and reimbursement is sought: | December 1, 2025 through December 31, 2025 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $23,000.00 ($18,400.00) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a: _X_ monthly ____ quarterly ____ final application.

This is Bonadio & Co., LLP's thirteenth monthly fee statement in this case.



**INVOICE**

Phone: 877-917-3077
www.bonadio.com

Diocese of Buffalo - Catholic Center
Attn: Albert Gress
Central Administrative Offices
795 Main Street
Buffalo, NY 14203

| | |
|---|---|
| **Invoice Date:** | December 31, 2025 |
| **Invoice Number:** | BN454334 |
| **Client Reference:** | DIO002001 |

For professional services rendered in connection with the audit of Central Administrative Office's August 31, 2025 financial statements; progress invoice; annual audit fee, invoice one-third each month (November-January).

$23,000.00

Time incurred as follows by the following Bonadio employees:

- Justin Reid
- Matthew Grazen
- Richard Hillman
- Ben Taylor

December 1, 2025 through December 31, 2025:

- Audit Fieldwork
  -Testing of accounts on August 31, 2025 balance sheet
  -Testing of accounts on August 31, 2025 income statement
- Financial Statement Preparation

**Total** $23,000.00

**Remittance Information:** Please reference client number and invoice number when remitting payment. All invoices are payable in USD. A 1.5% late fee will be charged if payment is not received Net 45.

| **Remit To** | **ACH Only** | **Client Payment Portal** | **Billing Inquiries** |
|---|---|---|---|
| Bonadio & Co., LLP | Bonadio & Co., LLP | bonadio.com/online-billing | billing@bonadio.com |
| PO Box 657 | Routing | | |
| Buffalo, New York | Account | | |
| 14240-0657 | SWIFT Code: | | |