UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No. 20-10322

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362], Blank Rome, LLP has filed the *Monthly Fee Statement of Blank Rome, LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to The Diocese of Buffalo, N.Y. for the Period December 1, 2025 Through December 31, 2025*, a copy of which is attached hereto and hereby served upon you.

Dated: January 12, 2026

BLANK ROME, LLP

By: */s/ James R. Murray*
James R. Murray
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-3409
Email: jmurray@blankrome.com

*Special Insurance Counsel for
The Diocese of Buffalo, N.Y.*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No. 20-10322

Chapter 11

**MONTHLY FEE STATEMENT OF BLANK ROME, LLP FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
AS SPECIAL INSURANCE COUNSEL TO THE DIOCESE OF BUFFALO, N.Y.
FOR THE PERIOD DECEMBER 1, 2025 THROUGH DECEMBER 31, 2025**

| | |
|---|---|
| Name of Applicant: | Blank Rome, LLP |
| Authorized to Provide Professional Services to: | The Diocese of Buffalo, N.Y., Debtor-In-Possession |
| Date of Retention: | Order entered June 30, 2020 [Docket No. 423] *Nunc Pro Tunc* to February 28, 2020 |
| Period for which compensation and reimbursement is sought: | December 1, 2025 through December 31, 2025 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $5,346.38 ($4,277.10) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a: _X_ monthly ____ quarterly ____ final application.
This is Blank Rome's sixty-eighth monthly fee statement in this case.



1825 EYE STREET NW  
WASHINGTON, DC 20006-5403  
(202) 420-2200  
FEDERAL TAX ID NO. █████

| | | |
|---|---|---|
| DIOCESE OF BUFFALO | INVOICE DATE: | JANUARY 08, 2026 |
| C/O JOHN M. SCHOLL | CLIENT ID: | 155760 |
| 795 MAIN STREET | MATTER NUMBER: | 155760-00601 03348 |
| BUFFALO, NY 14203 | INVOICE NUMBER: | 2336151 |

**REGARDING:** DIOCESE OF BUFFALO  
INSURANCE ADVICE

| DATE | INVOICE | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 07/31/2020 | 1908397 | $25,484.65 | ($22,561.19) | $2,548.46 |
| 07/31/2020 | 1908398 | $22,046.42 | ($19,466.78) | $2,204.64 |
| 07/31/2020 | 1908399 | $55,775.57 | ($49,823.02) | $5,577.55 |
| 07/31/2020 | 1908400 | $22,514.46 | ($19,888.02) | $2,251.44 |
| 08/20/2020 | 1911983 | $50,783.53 | ($45,330.16) | $5,078.37 |
| 09/22/2020 | 1919242 | $59,913.79 | ($53,547.41) | $5,991.38 |
| 10/21/2020 | 1925894 | $44,914.95 | ($39,840.12) | $4,491.50 |
| 11/16/2020 | 1931564 | $103,849.68 | ($92,881.37) | $10,384.97 |
| 12/08/2020 | 1936638 | $67,978.34 | ($60,597.17) | $6,797.83 |
| 01/28/2021 | 1944850 | $58,271.07 | ($51,914.37) | $5,773.37 |
| 02/23/2021 | 1950370 | $43,496.36 | ($38,563.39) | $4,349.64 |
| 03/31/2021 | 1957000 | $37,448.27 | ($33,120.11) | $3,744.83 |
| 04/28/2021 | 1964026 | $34,425.70 | ($30,983.13) | $3,442.57 |
| 05/26/2021 | 1970085 | $11,332.51 | ($10,199.26) | $1,133.25 |
| 06/23/2021 | 1975333 | $5,872.42 | ($5,285.18) | $587.24 |
| 07/26/2021 | 1981564 | $10,499.90 | ($9,449.91) | $1,049.99 |
| 08/24/2021 | 1988112 | $24,862.74 | ($22,376.46) | $2,486.28 |
| 09/27/2021 | 1993685 | $30,361.29 | ($27,325.16) | $3,036.13 |
| 09/10/2025 | 2307020 | $4,336.26 | ($3,469.01) | $867.25 |
| 10/22/2025 | 2318218 | $1,195.43 | ($956.34) | $239.09 |
| 11/06/2025 | 2321486 | $5,892.61 | ($4,714.09) | $1,178.52 |
| 12/19/2025 | 2334254 | $19,435.08 | $0.00 | $19,435.08 |

**BALANCE FORWARD** $92,649.38

| | ACH/WIRE | Mail |
|---|---|---|
| Bank Name | Citizens Bank | Blank Rome LLP |
| Address: | Philadelphia, PA | Attn: Finance Department |
| Account Title: | Blank Rome LLP | One Logan Square |
| Account Number: | ███ | 130 North 18th St |
| ABA Number: | ███ (Domestic) | Philadelphia, PA 19103-6998 |
| Swift Code | ███ (International) | |
| | To pay by Electronic Funds Transfer, visit www.BlankRome.com/Payments | |

PENNSYLVANIA  NEW YORK  NEW JERSEY  DELAWARE  WASHINGTON, DC  FLORIDA  CALIFORNIA  OHIO  TEXAS  ILLINOIS  MASSACHUSETTS  SHANGHAI



**1825 EYE STREET NW**
**WASHINGTON, DC 20006-5403**
**(202) 420-2200**
**FEDERAL TAX ID NO.** ███

| | |
|---|---|
| DIOCESE OF BUFFALO | INVOICE DATE: JANUARY 08, 2026 |
| C/O JOHN M. SCHOLL | CLIENT ID: 155760 |
| 795 MAIN STREET | MATTER NUMBER: 155760-00601 03348 |
| BUFFALO, NY 14203 | INVOICE NUMBER: 2336151 |

FOR LEGAL SERVICES RENDERED THROUGH 12/31/25     $5,346.38

**CURRENT INVOICE TOTAL**     **$5,346.38**

**TOTAL AMOUNT DUE, INCLUDING BALANCE FORWARD**     **$97,995.76**

*REMITTANCE*

| | ACH/WIRE | Mail |
|---|---|---|
| Bank Name | Citizens Bank | Blank Rome LLP |
| Address: | Philadelphia, PA | Attn: Finance Department |
| Account Title: | Blank Rome LLP | One Logan Square |
| Account Number: | ███ | 130 North 18th St |
| ABA Number: | ███ (Domestic) | Philadelphia, PA 19103-6998 |
| Swift Code | ███ (International) | |
| | To pay by Electronic Funds Transfer, visit www.BlankRome.com/Payments | |

PENNSYLVANIA   NEW YORK   NEW JERSEY   DELAWARE   WASHINGTON, DC   FLORIDA   CALIFORNIA   OHIO   TEXAS   ILLINOIS   MASSACHUSETTS   SHANGHAI



1825 EYE STREET NW
WASHINGTON, DC 20006-5403
(202) 420-2200
FEDERAL TAX ID NO.

| | | | | |
|---|---|---|---|---|
| DIOCESE OF BUFFALO | | INVOICE DATE: | | JANUARY 08, 2026 |
| C/O JOHN M. SCHOLL | | CLIENT ID: | | 155760 |
| 795 MAIN STREET | | MATTER NUMBER: | | 155760-00601 |
| BUFFALO, NY 14203 | | INVOICE NUMBER: | | 2336151 |
| | | | | PAGE 1 |

**REGARDING:** DIOCESE OF BUFFALO
INSURANCE ADVICE

**FOR LEGAL SERVICES RENDERED THROUGH DECEMBER 31, 2025**

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/12/25 | REVIEW STATUS OF CMG SETTLEMENT NUMBERS | J. MURRAY | 0.30 | 252.95 |
| 12/15/25 | CALL WITH S. DONATO, C. SULLIVAN, COMMITTEE, CATHOLIC MUTUAL, MEDIATOR REGARDING SETTLEMENT | R. MICHAELSON | 1.10 | 529.38 |
| 12/15/25 | PREPARE FOR/FOLLOW UP RE SETTLEMENT DISCUSSION | R. MICHAELSON | 1.80 | 866.25 |
| 12/15/25 | REVIEW CMG MEDIATION ISSUES | J. MURRAY | 0.40 | 337.26 |
| 12/17/25 | ATTEND MEDIATION (TELEPHONIC) | J. MURRAY | 1.20 | 1,011.78 |
| 12/17/25 | REVIEW ARGUMENTS ON CMG EXCLUSIONS | J. MURRAY | 1.00 | 843.15 |
| 12/17/25 | PREPARE FOR HEARING REGARDING FEE APPLICATION | J. CARTER | 0.50 | 311.85 |
| 12/18/25 | EMAIL TO J. MURRAY REGARDING CONFERENCE WITH MEDIATOR RELATING TO MEDIATION DISCUSSIONS WITH PARISH INSURERS | J. CARTER | 0.60 | 374.22 |
| 12/18/25 | CONFERENCE WITH MEDIATOR REGARDING MEDIATION DISCUSSIONS WITH PARISH INSURERS | J. CARTER | 0.70 | 436.59 |
| 12/19/25 | REVIEW OF INSURANCE POLICY FILES TO DETERMINE WHAT PARISHES, IF ANY, FOR WHICH WE HAVE INSURANCE POLICIES | K. ROGERS | 0.40 | 130.00 |
| 12/23/25 | REVIEW STATUS OF CMG SETTLEMENT ISSUES | J. MURRAY | 0.30 | 252.95 |
| | **TOTAL SERVICES** | | | **$5,346.38** |

**CURRENT INVOICE TOTAL** $5,346.38

**TIME AND FEE SUMMARY**

| TIMEKEEPER | RATE | HOURS | FEES |
|---|---|---|---|
| JAMES CARTER | 623.70 | 1.80 | 1,122.66 |

| TIMEKEEPER | RATE | HOURS | FEES |
|---|---|---|---|
| JAMES MURRAY | 843.15 | 3.20 | 2,698.09 |
| ROBYN MICHAELSON | 481.25 | 2.90 | 1,395.63 |
| KEVIN ROGERS | 325.00 | 0.40 | 130.00 |
| **TOTALS** | | **8.30** | **$5,346.38** |