UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.

        Debtor.

Case No. 20-10322 (CLB)

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362], Jones Day has filed the *Monthly Fee Statement of Jones Day for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Diocese of Buffalo, N.Y. for the Period December 1, 2025 Through December 31, 2025,* a copy of which is attached hereto and hereby served upon you.

Dated: January 23, 2026

                                            */s/ John D. Goetz*
                                            John D. Goetz
                                            Jones Day
                                            500 Grant Street, Suite 4500
                                            Pittsburgh, PA 15219-2514
                                            Telephone: (412) 391-3939
                                            Email: jdgoetz@jonesday.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.

        Debtor.

Case No. 20-10322 (CLB)

Chapter 11

**MONTHLY FEE STATEMENT OF JONES DAY FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DIOCESE OF BUFFALO, N.Y. FOR THE PERIOD DECEMBER 1, 2025 THROUGH DECEMBER 31, 2025**

| | |
|---|---|
| Name of Applicant: | Jones Day |
| Authorized to Provide Professional Services to: | The Diocese of Buffalo, N.Y. Debtor and Debtor in Possession |
| Date of Retention: | Order entered February 23, 2021 [Docket No. 905] *Nunc Pro Tunc* to December 1, 2020, as modified on October 16, 2024 [Docket No. 3242] |
| Period for which Compensation and Reimbursement is Sought: | December 1, 2025 through December 31, 2025 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary (after 20% discount and 20% holdback): | $892.18 (80% of $1,115.22)[1] |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |

This is a: __X__ monthly ____ quarterly ____ final application.

This is Jones Day's fifty-fourth monthly fee statement in this case.

---

[1] The total billable amount for December is $2,432.60, as laid out on the below invoice; however, due to an overpayment from the Diocese of Buffalo for a previous invoice, Jones Day has applied a credit in the amount of $1,317.38 to the total, bringing the Amount of Compensation Sought to the $1,115.22 amount listed above.

# JONES DAY

**Pittsburgh Office**
500 Grant Street, Suite 4500
Pittsburgh, PA  15219-2514
**(412) 391-3939**

January 23, 2026                                                                                       764596
                                                                                      Invoice: 261400103

Roman Catholic Diocese of Buffalo
795 Main Street
Buffalo, NY  14203
United States of America

For legal services rendered for the period through December 31, 2025:

|  | Hours | Amount |
|---|---:|---:|
| Article 78 Challenge | 0.20 | 88.60 |
| State of New York v. Diocese of Buffalo, et al. | 0.40 | 536.00 |
| Fee/Employment Applications | 2.40 | 1,808.00 |
| Total Fees | 3.00   USD | 2,432.60 |
| Total This Invoice | USD | 2,432.60 |
| Less Credits Applied |  | (1,317.38) |
| **TOTAL** | USD | **1,115.22** |

764596　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page: 2
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　January 23, 2026
Roman Catholic Diocese of Buffalo　　　　　　　　　　　　　　　　　　　Invoice: 261400103

Timekeeper/Fee Earner Summary – December 31, 2025

| Timekeeper/Fee Earner Name | Title | Bar Year | Hours | Discounted Rate[2] | Amount |
|---|---|---|---|---|---|
| T R Geremia | Partner | 1999 | 0.40 | 1,340.00 | 536.00 |
| J D Goetz | Partner | 1986 | 0.80 | 1,060.00 | 848.00 |
| J D Goetz | Partner | 1986 | 0.20 | 443.00 | 88.60 |
| Total |  |  | 1.40 |  | 1,472.60 |
| D A Benham | Associate | 2025 | 1.60 | 600.00 | 960.00 |
| Total |  |  | 1.60 |  | 960.00 |
| **Total** |  |  | **3.00** | **USD** | **2,432.60** |

---

[2] Discounted rates reflect a 20% discount to Jones Day's standard rates, as agreed between Jones Day and the Diocese and as disclosed in the *Supplemental Declaration of Bishop Michael William Fisher in Support of the Retention of Jones Day as Special Counsel to the Diocese* [Docket No. 874].

Case 1-20-10322-CLB,　Doc 4549,　Filed 01/23/26,　Entered 01/23/26 11:55:03,
Description: Main Document　, Page 4 of 5

Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours | | Amount |
|---|---|---|---|---|

**Article 78 Challenge**

12/08/25      J D Goetz      0.20      88.60
Review, respond to email regarding briefing schedule and workplan for Diocese brief in support of appeal.

**Matter Total**      **0.20**   **USD**   **88.60**

**State of New York v. Diocese of Buffalo, et al.**

12/05/25      T R Geremia      0.40      536.00
Correspondence regarding third year audit.

**Matter Total**      **0.40**   **USD**   **536.00**

**Fee/Employment Applications**

12/15/25      D A Benham      0.50      300.00
Communicate with servicing agent (0.25); communicate with client (0.25).

12/17/25      D A Benham      0.80      480.00
Attend interim fee hearing.

12/17/25      D A Benham      0.30      180.00
Draft Proposed Order allowing Tenth Interim fees.

12/17/25      J D Goetz      0.80      848.00
Prepare for (.5), attend interim fee application hearing (.3).

**Matter Total**      **2.40**   **USD**   **1,808.00**