UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

THE DIOCESE OF BUFFALO, NY,

                       Debtor.

Case No. 20-10322 (CLB)

Chapter 11

**REPLY IN SUPPORT OF CENTURY'S EX PARTE MOTION FOR AN ORDER AUTHORIZING IT TO FILE DOCUMENTS UNDER SEAL**

1. In the 5 months since the Diocese announced settlements with the primary insurers in August and the 3 months since the announcement of the remaining insurance settlements in November, the Diocese has done absolutely nothing to document the settlement agreements. We have written and called Mr. Donato. We received no response. In the absence of any movement at all we sent a proposed model agreement for the settlements in December. We have received nothing back. The Settled Insurers[1] have honored their part of the bargain and stood down. Meanwhile, the Debtor has continued to move forward with other motions and hearings.

2. While the settlements are documented with binding term sheets, it was implicit in

---

[1] The "**Settled Insurers**" include Selective Insurance Company of New York (formerly known as Exchange Mutual Insurance Company and incorrectly named as Selective Insurance Company of America), The Continental Insurance Company, Employers Insurance Company of Wausau (f/k/a Employers Insurance of Wausau A Mutual Company f/k/a Employers Mutual Liability Insurance Company of Wisconsin), Wausau Underwriters Insurance Company, Nationwide Insurance Company of America, Hartford Accident and Indemnity Company and Hartford Fire Insurance Company (both improperly named as Hartford Financial Services Group, Inc.), First State Insurance Company, Nationwide Mutual Insurance Company (f/k/a Farm Bureau Mutual Automobile Insurance Company), National Union Fire Insurance Company of Pittsburgh, Pa., New Hampshire Insurance Company, U.S. Fire Insurance Company, Pacific Employers Insurance Company, Aetna Insurance Company f/k/a CIGNA Property & Casualty Insurance Company and n/k/a ACE Property & Casualty Insurance Company, Century Indemnity, as successor in interest to Insurance Company of North America, as successor in interest to Indemnity Insurance Company of North America, and Federal Insurance Company.

1

the settlements that the Diocese and Committee would move forward promptly to memorialize the terms in formal settlement agreements.  Century's desire to document the settlement agreement expeditiously and to schedule a status conference on whether those agreements are getting done was expressed to the Court at the November 18, 2025, hearing.  *See* Nov. 18, 2025, Hr. Tr. at 11:18-23.  No one anticipated that the Debtor would sit on this doing nothing for 3 to 5 months.  Even since the filing of the Motion to Seal [Docket No. 4529] (the "Motion"), we have heard nothing back regarding the draft settlement agreement.  No comments.  No phone calls.  No response.

3. The Debtor's suggestion that we violated mediation privilege by filing the Motion is unfounded.  The form agreement that we asked to be filed under seal doesn't contain economic terms.  Further, we have asked to file under seal, we are simply trying to move this process along as it's a necessary prerequisite for the disclosure statement and solicitation of the proposed plan in this Case.

**WHEREFORE,** Century respectfully requests that this Court enter an Order, in substantially the form attached as **Exhibit A** to the previously-filed Motion, authorizing Century to file under seal (i) the proposed model form of insurer settlement agreement, and (ii) the e-mail correspondence dated December 23, 2025 at 6:35 p.m. between Century, the Diocese, and the Committee transmitting such proposed model insurer settlement agreement, and to grant such other and further relief as the Court deems just and proper.

Dated: January 29, 2026                    Respectfully submitted,

By: */s/ Adam Haberkorn*

**O'MELVENY & MYERS LLP**
TANCRED V. SCHIAVONI
ADAM P. HABERKORN
1301 Avenue of the Americas
Suite 1700
New York, NY 10019
Telephone:     (212) 326-2000
Email: tschiavoni@omm.com
           ahaberkorn@omm.com

*-and-*

**CLYDE & CO US LLP**
MARIANNE G. MAY
340 Mt. Kemble Ave., Suite 300
Morristown, NJ 07340
Telephone: (973) 210-6700
Email: marianne.may@clydeco.us

*Attorneys for Aetna Insurance Company f/k/a CIGNA Property & Casualty Insurance Company and n/k/a ACE Property & Casualty Insurance Company, Century Indemnity, as successor in interest to Insurance Company of North America, as successor in interest to Indemnity Insurance Company of North America, Federal Insurance Company, Pacific Employers Insurance Company, and U.S. Fire Insurance Company*