UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>The Diocese of Buffalo, N.Y.,<br><br>         Debtor. | Case No. 20-10322 (CLB)<br><br>Chapter 11 |

**LIMITED RESPONSE OF THE DIOCESE OF BUFFALO, N.Y. TO THE SETTLED INSURERS' MOTION TO REIMPOSE THE AUTOMATIC STAY FOR CVA LAWSUITS THAT ARE THE SUBJECT OF THE ORDER DATED NOV. 22, 2024 [DOCKET NO. 3345]**

The Diocese of Buffalo, N.Y. (the "Diocese"), by and through its undersigned counsel, hereby submits this limited response to the *Moving Settled Insurers' Motion to Reimpose the Automatic Stay for CVA Lawsuits that are the Subject of the Order Dated Nov. 22, 2024* [Docket No. 3345] (the "Motion") filed by Aetna Insurance Company f/k/a CIGNA Property & Casualty Insurance Company and n/k/a ACE Property & Casualty Insurance Company, Century Indemnity, as successor in interest to Insurance Company of North America, as successor in interest to Indemnity Insurance Company of North America, Pacific Employers Insurance Company, U.S. Fire Insurance Company (together the "Moving Settled Insurers" or "Insurers"), and respectfully states as follows:

**LIMITED RESPONSE**

1. The Diocese does not oppose the Moving Settled Insurers' request for a re-imposition of the automatic stay in connection with the 17 CVA lawsuits mentioned in the

Insurers' Motion. Indeed, the Diocese shares the Moving Settled Insurers' interest in minimizing the costs of state court litigation.

2. However, the Diocese respectfully submits that the filing of a stipulation, negotiated and executed by all affected parties, would better serve the Diocese and all parties in interest and would resolve the Moving Settled Insurers' concerns.[1] The stipulation has been circulated between the Diocese and Committee and it will be shared with the Moving Settled Insurers. We believe a short adjournment of the hearing to consider the Motion will allow for a consensual resolution.

## CONCLUSION

**WHEREFORE**, the Diocese respectfully requests that the Court (a) deny the Moving Settling Insurer's Motion and provide the parties with an opportunity to submit an agreed-upon stipulation reimposing the automatic stay for the 17 CVA lawsuits for the Court's approval and (b) grant such other or further relief as the Court deems just and proper.

Dated: February 5, 2026

BOND, SCHOENECK & KING, PLLC

By: */s/ Stephen A. Donato*
Stephen A. Donato
Charles J. Sullivan
Sara C. Temes
Grayson T. Walter
One Lincoln Center
Syracuse, NY 13202-1355
Telephone: (315) 218-8000
Email: sdonato@bsk.com
csullivan@bsk.com
stemes@bsk.com
gwalter@bsk.com

*Attorneys for The Diocese of Buffalo, N.Y.*

---

[1] Subject to negotiation and the approval of the Court and affected parties, the proposed stipulation would be effective for a defined period of time, subject to periodic renewal.