UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

        Debtor.

Case No. 20-10322 (CLB)

Chapter 11

### STIPULATION AND AGREED ORDER MODIFYING THE AUTOMATIC STAY TO SERVE JUDICIAL SUBPOENA DUCES TECUM

**IT IS HEREBY STIPULATED** by and between The Diocese of Buffalo, N.Y., the debtor and debtor in possession in the above-referenced case (the "Diocese"), on the one hand, and Susan Patrizi (together with the Diocese, the "Parties") on the other hand, as follows:

    A.    On February 28, 2020 (the "Petition Date"), the Diocese filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Western District of New York (the "Court"), commencing the Diocese's chapter 11 case (this "Chapter 11 Case").

    B.    On December 2, 2020, Susan Patrizi filed a summons and complaint in New York State Supreme Court, County of Erie, commencing an action against ORDER OF FRIARS MINOR CONVENTUAL, INC., ORDER OF FRIARS MINOR CONVENTUAL, ST. ANTHONY PADUA PROVINCE, USA, INC., ST. ANTHONY OF PADUA PROVINCE, FRANCISCAN FATHERS MINOR CONVENTUAL, U.S.A., FRANCISCAN FATHERS MINOR CONVENTUALS OF BUFFALO, N.Y., FRANCISCAN FATHERS MINOR CONVENTUAL, f/k/a FRANCISCAN FATHERS MINOR CONVENTUAL ST. ANTHONY OF PADUA PROVINCE, and FRANCISCAN FRIARS – OUR LADY OF THE ANGELS (hereinafter referred to as "Franciscan Friar Defendants") under Index No. 815403/2020 (the "State Court Action").

    C.    On March 2, 2026, the Honorable J. David Sampson, J.S.C., issued a judicial subpoena

6701989v1 - 070145.0001

18220910.v5
Case 1-20-10322-CLB, Doc 4628, Filed 03/03/26, Entered 03/03/26 13:44:01, Description: Main Document , Page 1 of 4

duces tecum requiring the Diocese to produce certain documents.

D.   Susan Patrizi has asserted that the records requested from the Diocese in the judicial subpoena duces tecum are material and relevant to the State Court Action, and are necessary for her to prosecute the State Court Action.  The Diocese has not yet reviewed the materials sought through the subpoena duces tecum and reserves its rights related to the requested production of same as set forth in Section 3, Reservation of Rights below.

E.   The Parties wish to resolve any potential issues related to service of the judicial subpoena duces tecum and any potential implication of the automatic stay of section 362 of the Bankruptcy Code consensually through this stipulation and agreed order.

F.   The Parties have agreed to a limited modification of the automatic stay, upon the terms and conditions set forth herein.

**NOW, THEREFORE, THE PARTIES HEREBY AGREE AS FOLLOWS**:

1.   <u>Modification of the Automatic Stay</u>.  The Diocese hereby consents to the modification of the automatic stay pursuant to section 362(d) of the Bankruptcy Code, solely to allow Susan Patrizi to serve the judicial subpoena duces tecum issued in the State Court Action on March 2, 2026, upon counsel for the Diocese.

2.   <u>Scope of Stay Relief</u>.  Except to the extent expressly set forth in paragraph 1 of this Stipulation, the provisions of section 362 of the Bankruptcy Code shall remain in full force and effect.  Nothing contained herein shall constitute or operate as a waiver or modification of the automatic stay so as to permit the prosecution against the Diocese of any claims by any person or entity.

3.   <u>Reservation of Rights</u>. Notwithstanding the modification of the automatic stay set forth in paragraph 1, the Diocese expressly reserves all of its rights under applicable law or rule with respect to its response to any judicial subpoena duces tecum issued in the State Court Action, including, but not limited to, the Diocese's right to object to the scope of materials sought therein, to assert any applicable privileges or defenses to production, and to move to quash, fix conditions, or modify such

judicial subpoena duces tecum.

4. <u>Discovery Dispute</u>. Without in any way waiving the jurisdiction of the Bankruptcy Court, any non-bankruptcy disputes pertaining to the requested production of the materials sought through the subpoena duces tecum including, but not limited to, the Diocese's Reservation of Rights as set forth in Section 3 herein, may be addressed by the New York State Court, County of Erie in the State Court Action.

5. <u>Authority</u>. The attorney for Susan Patrizi represents and warrants that she has full knowledge of and has consented to this Stipulation and that counsel for Susan Patrizi has full authority to bind, and to execute this Stipulation on behalf of, Susan Patrizi.

6. <u>Bankruptcy Court Approval</u>. This Stipulation shall become effective only upon entry of a final Order approving this Stipulation by the United States Bankruptcy Court for the Western District of New York.

7. <u>Execution of Stipulation</u>. This Stipulation may be executed in one or more counterparts, all of which together shall constitute one instrument.

*STIPULATED AND AGREED TO BY:*

| BOND, SCHOENECK & KING, PLLC | LIPSITZ GREEN SCIME CAMBRIA LLP |
|---|---|
| By: /s/ Grayson T. Walter<br>Stephen A. Donato<br>Charles J. Sullivan<br>Grayson T. Walter<br>One Lincoln Center<br>Syracuse, NY 13202-1355<br>Telephone: (315) 218-8000<br>Emails: sdonato@bsk.com<br>        csullivan@bsk.com<br>        gwalter@bsk.com<br>*Attorneys for The Diocese of Buffalo, N.Y.* | By: /s/ Amy C. Keller, Esq.<br>Amy C. Keller, Esq.<br>Office and P.O. Address<br>42 Delaware Avenue, Suite 120<br>Buffalo, NY 14202-3924<br><br>*Attorneys for Susan Patrizi* |

6701989v1 - 070145.0001

3

18220910.v5
Case 1-20-10322-CLB, Doc 4628, Filed 03/03/26, Entered 03/03/26 13:44:01, Description: Main Document , Page 3 of 4

SO ORDERED:

Dated: _____, 2026            _____
      Buffalo, New York                Hon. Carl L. Bucki, Chief Judge
                                          United States Bankruptcy Court for the
                                          Western District of New York

6701989v1 - 070145.0001

4

18220910.v5
Case 1-20-10322-CLB,    Doc 4628,    Filed 03/03/26,    Entered 03/03/26 13:44:01,
Description: Main Document , Page 4 of 4