**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK**

In re:

THE DIOCESE OF BUFFALO, N.Y.,

Debtor.

Case No. 20-10322 (CLB)

Chapter 11

**STATUS CONFERENCE STATEMENT RE:
MARCH 6, 2026, STATUS CONFERENCE ON
CENTURY'S MOTION TO SEAL [DKT. NO. 4529]**

On August 26, 2025, the Debtor and Committee represented to the Court that they reached settlements with CNA and Wausau, two of the Debtor's primary insurers. At the hearing on November 18, 2025, the Debtor and Committee announced they had reached settlements and entered into written settlement term sheets with the remaining insurers, including our client, with the exception of Allianz and Catholic Mutual (which have since announced settlements as well). *See* Diocese's Letter (Dkt. No. 4109); Nov. 18, 2025, Hr. Tr. at 7:5-7, 12:9-14.

At the November 18, 2025, hearing the Court was told that "we have to document settlement agreement itself. And we'd like to do that expeditiously." Nov. 18, 2025, Hr. Tr. at 11:18-20. Century requested that the Court schedule a status conference, to ensure the settlement agreements get done promptly. *Id*. at 19-23.

A month after the Diocese announced a settlement with substantially all its insurers, a settlement agreement had not been circulated by the Diocese. On December 23, 2025, Century's counsel circulated a form of model settlement agreement to counsel for the Diocese and Committee in order to memorialize the terms of the announced settlement.

The Court held a hearing on January 30, 2026, on Century's motion to file the draft form insurer settlement agreement under seal and to set a status conference regarding the completion of documentation. At the end of that hearing, the Court directed the parties to meet and confer and

report back on March 6, 2026, to provide an update on the completion of documentation of the previously announced settlements.

Between the last hearing on January 30 and today, the Debtor has not sent us comments on the draft settlement agreement circulated in December or otherwise communicated with us. When we did not hear anything from the Debtor, we wrote to Mr. Donato again on March 2, 2026. He did not respond.

Dated: March 5, 2026

By: */s/ Adam P. Haberkorn*

**O'MELVENY & MYERS LLP**
TANCRED V. SCHIAVONI (*pro hac vice*)
ADAM P. HABERKORN
1301 Avenue of the Americas
Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Email: tschiavoni@omm.com
ahaberkorn@omm.com

-and-

**CLYDE & CO US LLP**
MARIANNE G. MAY
340 Mt. Kemble Ave., Suite 300
Morristown, NJ 07340
Telephone: (973) 210-6700
Email: marianne.may@clydeco.us

*Attorneys for Aetna Insurance Company f/k/a CIGNA Property & Casualty Insurance Company and n/k/a ACE Property & Casualty Insurance Company, Century Indemnity, as successor in interest to Insurance Company of North America, as successor in interest to Indemnity Insurance Company of North America, Federal Insurance Company, Pacific Employers Insurance Company, and U.S. Fire Insurance Company*