UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

THE DIOCESE OF BUFFALO, N.Y.,

Debtor.

Case No. 20-10322 (CLB)

Chapter 11

**STIPULATION BETWEEN THE DEBTOR, THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
CERTAIN CLAIMANTS, AND MOVING SETTLED INSURERS
FOR ENTRY OF AN AGREED ORDER REIMPOSING THE AUTOMATIC
STAY OVER CERTAIN STATE COURT LITIGATION**

This stipulation (the "**Stipulation**") is entered into by and among the Diocese of Buffalo, N.Y., debtor in the above-captioned case (the "**Debtor**"), the Official Committee of Unsecured Creditors (the "**Committee**"), plaintiffs in the 17 cases that are the subject of this Court's Decision and Order (Dkt. No. 3345) entered on November 22, 2024, granting stay relief ("**Claimants Granted Stay Relief**"), and the Moving Settled Insurers[1] (together with the Debtor, the Committee, the Claimants Granted Stay Relief and the Moving Settled Insurers, collectively, the "**Parties**") to approve the entry of an agreed order attached hereto as **Exhibit A** (the "**Order**") to resolve the *Moving Settled Insurers' Motion to Reimpose the Automatic Stay for CVA Lawsuits*

---

[1] The "**Moving Settled Insurers**" include Aetna Insurance Company f/k/a CIGNA Property & Casualty Insurance Company and n/k/a ACE Property & Casualty Insurance Company, Century Indemnity, as successor in interest to Insurance Company of North America, as successor in interest to Indemnity Insurance Company of North America, Federal Insurance Company, Pacific Employers Insurance Company, and U.S. Fire Insurance Company, Employers Insurance Company of Wausau (f/k/a Employers Insurance of Wausau A Mutual Company f/k/a Employers Mutual Liability Insurance Company of Wisconsin) and Wausau Underwriters Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa. and New Hampshire Insurance Company, The Continental Insurance Company, successor by merger to Commercial Insurance Company of Newark, New Jersey and Fireman's Insurance Company of Newark, New Jersey, Selective Insurance Company of New York, Hartford Accident and Indemnity Company and Hartford Fire Insurance Company (both improperly named as Hartford Financial Services Group, Inc.) and First State Insurance Company.

*That are the Subject of the Order Dated Nov. 22, 2024 [Dkt 3345]* (Dkt. No. 4503) (the "**Motion**"). The Parties hereby stipulate and agree as follows:

**WHEREAS**, the Court entered a Decision and Order (Dkt. No. 3345) on November 22, 2024, granting seventeen motions for relief from stay (Dkt. Nos. 3117, 3119, 3121, 3123, 3125, 3127, 3129, 3131, 3133, 3135, 3137, 3139, 3141, 3147, 3148, 3149, 3153) granting stay relief to the plaintiffs in these cases to litigate their respective CVA cases pending before certain New York State Supreme Courts (the "**CVA cases**"); and

**WHEREAS,** the Parties have determined to enter into this Stipulation that the automatic stay under section 362 of the Bankruptcy Code should be reinstated with respect to the 17 CVA cases listed on **Schedule 1** attached to the proposed agreed Order attached hereto as Exhibit A, subject to the terms provided for therein;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES AS FOLLOWS:**

1. The foregoing recitals are hereby incorporated by reference into this Stipulation with the same force and effect as if fully set forth hereinafter.

2. The Parties hereby agreed to the Court's entry of the Order attached hereto as **Exhibit A** to reimposed the automatic stay with respect to each of the seventeen CVA cases listed on **Schedule 1** attached to the Proposed Order subject to the terms and conditions contained in the Proposed Order.

3. This Stipulation shall have no bearing on the merits of the Parties' claims and shall not be construed as a waiver or admission of any rights, defenses, or claims by the Parties or a decision by this Court on the merits of the CVA cases.

4. The provisions of this Stipulation and the Order shall be binding on the Parties and their successors, heirs, and assigns and shall inure to the benefit of the Parties and their successors and assigns. The Parties agree that each of them has had a full opportunity to participate in the drafting of this Stipulation and the Order and, accordingly, any claimed ambiguity shall be construed neither for nor against any of the Parties.

5. Each person who executed this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation and agrees to the terms set forth herein.

**STIPULATED AND AGREED TO BY:**

| | |
|---|---|
| **BOND, SCHOENECK & KING, PLLC** | **DAN CHIACCHIA ATTORNEYS, PLLC** |
| By: /s/ *Stephen A Donato* | By: /s/ *Daniel J. Chiacchia* |
| Stephen A. Donato | Daniel J. Chiacchia, Esq. |
| Charles J. Sullivan | 5113 South Park Avenue |
| Grayson T. Walter | Hamburg, New York 14075 |
| Sara C. Temes | Tel: (716) 648-3030 |
| One Lincoln Center | |
| Syracuse, New York 13202-1355 | *Attorneys for Paul M. Burns and Robert R. Davis* |
| Tel: (315) 218-8000 | |
| Fax: (315) 218-8100 | |
| | |
| *Attorneys for the Diocese of Buffalo, N.Y.* | **JEFF ANDERSON & ASSOCIATES, P.A.** |
| | |
| **PACHULSKI STANG ZIEHL & JONES LLP** | By: /s/ *Stacey Benson* |
| | Jeffrey R. Anderson |
| By: /s/ *Ilan D. Scharf* | Michael G. Finnegan |
| James I. Stang | Stacey Benson |
| Ilan D. Scharf | 366 Jackson Street, Suite 100 |
| Iain A.W. Nasatir | St. Paul, MN 55101 |
| Hayley Winograd | Tel: (651) 227-9990 |
| 780 Third Avenue, 34th Floor | |
| New York, NY 10017-2024 | Stephen Boyd |
| Tel: (212) 561-7700 | STEVE BOYD, PC |
| Fax: (212) 561-7777 | 2969 Main Street, Suite 100 |
| | Buffalo, NY 14214 |
| | Tel: (716) 600-0000 |
| *Counsel to Official Committee of Unsecured Creditors* | *Attorneys for James Bottlinger; Brian Kirst; Michael F. Whalen, Jr.; AB 8 Doe; AB 13 Doe; AB 45 Doe; AB 136 Doe; AB 299 Doe; AB 393 Doe; AB 3 Doe; and AB 141 Doe* |

| | |
|---|---|
| **MARSH LAW FIRM PLLC** | **MERSON LAW, PLLC** |
| By: /s/ *James R. Marsh* <br> James R. Marsh <br> 31 Hudson Yards, 11th Floor <br> New York, New York 10001 <br> Tel: (212) 372-3030 | By: /s/ *Matthew G. Merson* <br> Matthew G. Merson, Esq. <br> 950 Third Avenue, 18th Floor <br> New York, New York 10022 <br> Tel: (212) 603-9100 <br> Fax: (347) 441-4171 |
| *Attorneys for Scott Yerger* | *Attorneys for Howard Zwelling; Claimant CC694; and Anthony Sciolino* |
| By: /s/ *Adam P. Haberkorn* | By: /s/ *Adam R. Durst* |
| **O'MELVENY & MYERS LLP** <br> TANCRED V. SCHIAVONI (*pro hac vice*) <br> ADAM P. HABERKORN <br> 1301 Avenue of the Americas <br> Suite 1700 <br> New York, NY 10019 <br> Telephone: (212) 326-2000 <br> Email: tschiavoni@omm.com <br> ahaberkorn@omm.com <br> -and- | **GOLDBERG SEGALLA LLP** <br> Adam R. Durst, Esq. <br> Richard A. Galbo, Esq. <br> 665 Main Street <br> Buffalo, NY 14203-1425 <br> Telephone: (716) 566-5400 <br> Email: adurst@goldbergsegalla.com <br> rgalbo@goldbergsegalla.com <br><br> -and- |
| **CLYDE & CO US LLP** <br> MARIANNE G. MAY <br> 340 Mt. Kemble Ave., Suite 300 <br> Morristown, NJ 07340 <br> Telephone: (973) 210-6700 <br> Email: marianne.may@clydeco.us | Douglas J. McGill, Esq. <br> WEBBER MCGILL LLC <br> 100 E. Hanover Avenue, Suite 401 <br> Cedar Knolls, New Jersey 07401 <br> Telephone: (973) 739-9559 <br> Email: dmcgill@webbermcgill.com |
| *Attorneys for Aetna Insurance Company f/k/a CIGNA Property & Casualty Insurance Company and n/k/a ACE Property & Casualty Insurance Company, Century Indemnity, as successor in interest to Insurance Company of North America, as successor in interest to Indemnity Insurance Company of North America, Federal Insurance Company, Pacific Employers Insurance Company, and U.S. Fire Insurance Company* | *Attorneys for Employers Insurance Company of Wausau (f/k/a Employers Insurance of Wausau A Mutual Company f/k/a Employers Mutual Liability Insurance Company of Wisconsin) and Wausau Underwriters Insurance Company* <br><br> By: /s/ *Miranda Turner* <br><br> Jeffrey A. Dove <br> **BARCLAY DAMON LLP** <br> Barclay Damon Tower <br> 125 East Jefferson Street <br> Syracuse, New York 13202 <br> Telephone: (315) 413-7112 |

By: /s/ Robert W. DiUbaldo

**CARLTON FIELDS, PA**
Robert W. DiUbaldo, Esq. (admitted *pro hac vice*)
rdiubaldo@carltonfields.com
Nora A. Valenza-Frost, Esq. (admitted *pro hac vice*)
nvalenza-frost@carltonfields.com
730 Third Ave., 19th Floor
New York, New York 10017
Telephone: (212) 785-2577
Fax: (212) 785-6579

*-and-*

**BARCLAY DAMON LLP**
Jeffrey A. Dove, Esq.
jdove@barclaydamon.com
Kevin D. Szczepanski, Esq.
ksczepanski@barclaydamon.com
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Telephone: (315) 413-7112
Fax: (315) 703-7346

*Attorneys for National Union Fire Insurance Company of Pittsburgh, Pa. and New Hampshire Insurance Company*


By: /s/ William T. Corbett

**COUGHLIN MIDLIGE & GARLAND LLP**
William T. Corbett, Jr. (admitted *pro hac vice*)
Laura A. Brady (admitted *pro hac vice*)
350 Mount Kemble Avenue
P.O. Box 1917
Morristown, New Jersey 07962
Telephone: (973) 267-0058
Fax: (973) 267-6442
Email: wcorbett@cmg.law
       lbrady@cmg.law

Fax: (315) 703-7346
Email: jdove@barclaydamon.com

*-and-*

Mark D. Plevin (admitted *pro hac vice*)
**PLEVIN & TURNER LLP**
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (202) 580-6640
Email: mplevin@plevinturner.com

*-and-*

David Christian (admitted *pro hac vice*)
**DAVID CHRISTIAN ATTORNEYS LLC**
105 West Madison Street, Suite 2300
Chicago, Illinois 60602
Telephone: (312) 282-5282
Email: dchristian@dca.law

*-and-*

Miranda H. Turner (admitted *pro hac vice*)
**PLEVIN & TURNER LLP**
1701 Pennsylvania Avenue, N.W. Suite 200
Washington, D.C. 20006
Telephone: (202) 580-6640
Email: mturner@plevinturner.com

*Attorneys for The Continental Insurance Company, successor by merger to Commercial Insurance Company of Newark, New Jersey and Fireman's Insurance Company of Newark, New Jersey*


By: /s/ John Maloney

John Maloney
**GIMIGLIANO MAURIELLO & MALONEY**
A Professional Association
163 Madison Avenue, Suite 500
P.O. Box 1449
Morristown, New Jersey 07962-1449
Telephone: (973) 946-8360
Email: jmaloney@lawgmm.com

*-and-*

By: */s/ Judith Shelton*
**KENNY SHELTON LIPTAK NOWAK LLP**
Judith Treger Shelton
The Calumet Building
233 Franklin Street
Buffalo, New York 14202
Telephone: (716) 853-3801
Fax: (716) 853-0265
Email: jtshelton@kslnlaw.com

*Attorneys for Selective Insurance Company of New York*

*Attorneys for Hartford Accident and Indemnity Company and Hartford Fire Insurance Company (both improperly named as Hartford Financial Services Group, Inc.) and First State Insurance Company*

# EXHIBIT A

**Proposed Agreed Order**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

THE DIOCESE OF BUFFALO, N.Y.,

Debtor.

Case No. 20-10322 (CLB)

Chapter 11

### [PROPOSED] ORDER REIMPOSING THE AUTOMATIC STAY OVER CERTAIN STATE COURT LITIGATION

Upon the motion (the "**Motion**") filed by the Moving Settled Insurers seeking entry of an order, and the stipulation (the "**Stipulation**") signed by the Moving Settled Insurers, the Debtor, the Committee, and the plaintiffs in the seventeen CVA cases[2] that are the subject of this Court's *Decision and Order* (Dkt. No. 3345) ("**Decision and Order**") entered on November 22, 2024, granting stay relief, agreeing to the entry of an order (this "**Order**") resolving the Motion and reimposing the automatic stay over litigation of the seventeen CVA cases pending before certain New York State Supreme Courts for which the automatic stay had previously been lifted pursuant to this Court's Decision and Order granting seventeen motions for relief from stay (Dkt. Nos. 3117, 3119, 3121, 3123, 3125, 3127, 3129, 3131, 3133, 3135, 3137, 3139, 3141, 3147, 3148, 3149, 3153); the Stipulation both having been filed since the Official Committee of Unsecured Creditors and the Debtor have reached a settlement in principle with each other and with each of the Debtor's insurers; and the Court having found that: (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and (iii) the relief requested in the Motion is in the best interest of the estate of the Debtor, its creditors and other parties in interest; and the Court having found that the Moving

---

[2] A list of the relevant CVA cases are listed on **Schedule 1** attached hereto.

Settled Insurers provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances; and upon the record and after due deliberation,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The automatic stay is reimposed with respect to each of the seventeen CVA cases listed on **Schedule 1** provided, however, that the plaintiffs in these cases shall be permitted to move before the New York Supreme Court (the "**State Court**") to sever and continue litigation in a separate action against only those non-diocesan affiliated codefendants listed on **Schedule 2** without the need to seek stay relief from this Court.

2. The automatic stay that is reimposed pursuant to paragraph 1 above with respect to the seventeen CVA cases listed on **Schedule 1** shall expire 280 days from entry of this Order if written notice is filed requesting the termination of the stay no later than 30-days' prior to its expiration. In the absence of such written notice, the stay of the CVA cases provided for in paragraph 1 shall continue for another 280 days (the "**Extended Period**"); *provided*, *however*, that during the Extended Period, any plaintiff in the CVA cases listed on Schedule 1 shall be permitted to seek termination of the stay by motion to the Bankruptcy Court on no less than 30 days' notice to the parties to the Stipulation. For the avoidance of doubt, nothing contained in this Order shall otherwise prohibit a party from moving for stay relief in the ordinary course in accordance with the applicable provisions of the Bankruptcy Code, Bankruptcy Rules and Local Rules.

3. This Order shall have no bearing on the merits of the Parties' claims and shall not be construed as a waiver or admission of any rights, defenses, or claims by the Parties or a decision by this Court on the merits of the CVA cases.

4. Within five (5) days of entry of this Order, the Parties shall notify the State Court of entry of this Order.

5. Notwithstanding any rule that might otherwise delay the effectiveness of this Order including, without limitation, the 14-day stay provided under Bankruptcy Rule 4001(a)(3) or any other applicable Bankruptcy Rule or Local Rules of this Court, this Order shall be effective and enforceable immediately upon its entry.

6. This Court retains exclusive jurisdiction with respect to any matters arising from or related to the implementation, interpretation or enforcement of this Order.

Dated: _____
       Buffalo, New York

                                                HON. CARL L. BUCKI
                                                UNITED STATES BANKRUPTCY JUDGE

11
Case 1-20-10322-CLB, Doc 4634, Filed 03/05/26, Entered 03/05/26 16:45:40, Description: Main Document , Page 11 of 14

# SCHEDULE 1

**Schedule of CVA Litigation**

1.  *Paul M. Burns v. Father Bernard Splawski, The Diocese of Buffalo, N.Y., Bishop Timon-St. Jude High School, and Franciscan Friars - Holy Name Province (NY)*, Index No. 801488/2020 (Sup. Ct. Erie Cty).

2.  *Robert R. Davis v. The Diocese of Buffalo, N.Y., and Saint Gerard's Roman Catholic Church Society of Buffalo, N.Y., a/k/a St. Gerard's Roman Catholic Church, a/k/a St. Gerard's Parish*, Index No. 800829/2020 (Sup. Ct. Erie Cty.).

3.  *James Bottlinger v. The Diocese of Buffalo, N.Y., a/k/a Diocese of Buffalo; St. Mary of the Assumption a/k/a Assumption of the Blessed Virgin Mary; and Does 1-5 whose identities are unknown to Plaintiff*, Index No. 810188/2019 (Sup. Ct. Erie Cty.).

4.  *Scott Yerger v. Diocese of Buffalo, et al.*, Index No. 814699/2019 (Sup. Ct. Erie Cty.).

5.  *Brian Kirst v. Franciscan Friars a/k/a and d/b/a Franciscan Friars Order of Friars Minor a/k/a and d/b/a Franciscan Friars Order of Friars Minor - English Speaking Conference a/k/a and d/b/a Franciscan Friars - Holy Name Province f/k/a and d/b/a Franciscan Fathers, Friars Minor (Holy Name Province) and f/k/a and d/b/a Franciscan Fathers - Province of the Most Holy Name of Jesus; Archbishop Walsh High School a/k/a Archbishop Walsh Academy; St. Patrick; St. Vincent; St. John Paul II a/k/a St. John Paul II Parish a/k/a St. John Paul II Catholic Church; and Does 1-5 whose identities are unknown to Plaintiff*, Index No. 89452 (Sup. Ct. Cattaraugus Cty.).

6.  *Michael F. Whalen, Jr. v. The Diocese of Buffalo, N.Y. a/k/a Diocese of Buffalo; St. John Vianney; and Does 1-5 whose identities are unknown to Plaintiff*, Index No. 810198/2019 (Sup. Ct. Erie Cty.).

7.  *AB 8 Doe v. The Diocese of Buffalo, N.Y. a/k/a Diocese of Buffalo; SS. Peter and Paul; and Does 1-5 whose identities are unknown to Plaintiff*, Index No. 810235/2019 (Sup. Ct. Erie Cty.).

8.  *AB 13 Doe v. The Diocese of Buffalo, N.Y. a/k/a Diocese of Buffalo; Holy Family; Our Lady of Charity; and Does 1-5 whose identities are unknown to Plaintiff*, Index No. 810255/2019 (Sup. Ct. Erie Cty.).

9.  *AB 45 Doe v. The Diocese of Buffalo, N.Y. a/k/a Diocese of Buffalo; All Saints; and Does 1-5 whose identities are unknown to Plaintiff*, Index No. 810184/2019 (Sup. Ct. Erie Cty.).

12
Case 1-20-10322-CLB, Doc 4634, Filed 03/05/26, Entered 03/05/26 16:45:40, Description: Main Document, Page 12 of 14

10. *AB 136 Doe v. The Diocese of Buffalo, N.Y. a/k/a Diocese of Buffalo; Immaculate Conception Holy Cross; and Does 1-5 whose identities are unknown to Plaintiff*, Index No. 812371/2019 (Sup. Ct. Erie Cty.).

11. *AB 299 Doe v. St. John Vianney Roman Catholic Church Society of Orchard Park, N.Y., a/k/a St. John Vianney; Sacred Heart; Church of St. Mary of the Angels, Olean, a/k/a St. Mary of the Angels a/k/a Basilica of St. Mary of the Angels; and Does 1-5 whose identities are unknown to Plaintiff*, Index No. 808208/2020 (Sup. Ct. Erie Cty.).

12. *AB 393 Doe v. St. Brigid, a/k/a Our Lady of Mercy and St. Brigid a Roman Catholic Family, f/k/a St. Bridget; and Does 1-5 whose identities are unknown to Plaintiff*, Index No. E69252 (Sup. Ct. Genesee Cty.).

13. *AB 3 Doe v. The Diocese of Buffalo, N.Y. a/k/a Diocese of Buffalo; St. Catherine of Siena; Queen of Heaven; and Does 1-5 whose identities are unknown to Plaintiff*, Index No. 810219/2019 (Sup. Ct. Erie Cty.).

14. *Howard C. Zwelling, III v. Diocese of Buffalo, St. James Roman Catholic Church, and St. Mary's on the Hill*, Index No. 810492/2019 (Sup. Ct. Erie Cty.).

15. *Anthony Sciolino v. Diocese of Buffalo, Oblates of St. Francis De Sales, and De Sales Catholic School*, Index No. 810293/2019 (Sup. Ct. Erie Cty.).

16. *John Doe v. Diocese of Buffalo, St. Francis of Assisi High School, St. Anthony of Padua Province of the Order of Friars Minor Conventual, Our Lady of the Angels Province, and James Smyka*, Index No. 810522/2019 (Sup. Ct. Erie Cty.).

17. *AB 141 Doe v. The Diocese of Buffalo, N.Y. a/k/a Diocese of Buffalo; St. Aloysius; Camp Turner; The Community of Cistercians of the Strict Observance, Inc. a/k/a Trappists a/k/a Trappistines a/k/a and d/b/a Abbey of the Genesee; and Does 1-5 whose identities are unknown to Plaintiff*, Index No. 812419/2019 (Sup. Ct. Erie Cty.).

# SCHEDULE 2

1. Franciscan Friars a/k/a and d/b/a Franciscan Friars Order of Friars Minor a/k/a and d/b/a Franciscan Friars Order of Friars Minor-English Speaking Conference a/k/a and d/b/a Franciscan Friars -Holy Name Province f/k/a and d/b/a Franciscan Fathers, Friars Minor (Holy Name Province) and f/k/a and d/b/a Franciscan Fathers – Province of the Most Holy Name of Jesus;

2. Franciscan Friars-Holy Name Province;

3. The Community of Cistercians of the Strict Observance, Inc. a/k/a Trappists a/k/a Trappistines a/k/a and d/b/a Abbey of the Genesee;

4. Oblates of St. Francis de Sales; De Sales Catholic School;

5. St. Anthony of Padua Province of the Order of Friars Minor Conventual; and

6. Our Lady of the Angels Province.