UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, New York

Debtor.

Case No. 20-10322 (CLB)

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362], Burns Bair LLP has filed the *Monthly Fee Statement of Burns Bair LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Buffalo, New York, for the Period February 1, 2026 through February 28, 2026,* a copy of which is attached hereto and hereby served upon you.

Dated: March 9, 2026

**BURNS BAIR LLP**

 /s/ *Jesse J. Bair*
Jesse J. Bair (admitted *pro hac vice*)
Timothy W. Burns (admitted *pro hac vice*)
10 E. Doty St., Suite 600
Madison, WI 53703-3392
Telephone: (608) 286-2808
Email: jbair@burnsbair.com
Email: tburns@burnsbair.com

*Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Buffalo, New York*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, New York

Debtor.

Case No. 20-10322 (CLB)

Chapter 11

**MONTHLY FEE STATEMENT OF BURNS BAIR LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DIOCESE OF BUFFALO, NEW YORK, FOR THE PERIOD FEBRUARY 1, 2026 THROUGH FEBRUARY 28, 2026**

| | |
|---|---|
| Name of Applicant: | Burns Bair LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors of the Diocese of Buffalo, New York |
| Date of Retention: | Effective October 5, 2023, pursuant to Order entered November 13, 2023 [Docket No. 2606] |
| Period for which compensation and reimbursement is sought: | February 1, 2026 through February 28, 2026 |
| Amount of compensation sought as actual, reasonable, and necessary: | $7,672.00 (80% of $9,590.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $4.68 |

This is a: __X__ monthly ___ quarterly ___ final application.

This is Burns Bair LLP's twenty-eighth monthly fee statement in this case.



10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

| | |
|---|---|
| **Official Committee of Unsecured Creditors of the Diocese of Buffalo** | **Issue Date :** 3/9/2026 |
| | **Bill # :** 02188 |

**Matter:** Insurance

## PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 2/2/2026 | Jesse Bair | Analyze supplemental information and respond to Hanover re settlement negotiations (.2); | 0.20 | $140.00 |
| 2/2/2026 | Jesse Bair | Review and respond to correspondence with Utica, Great American, RSUI, American Re, and the mediator re ongoing parish insurer negotiations (.4); | 0.40 | $280.00 |
| 2/3/2026 | Brian Cawley | Participate in state court counsel meeting re case developments and next steps (.6); | 0.60 | $330.00 |
| 2/3/2026 | Brian Cawley | Draft summary re outcome and next-steps from state court counsel meeting (.3); | 0.30 | $165.00 |
| 2/3/2026 | Jesse Bair | Participate in call with I. Scharf re case developments and ongoing insurance negotiations (.2); | 0.20 | $140.00 |
| 2/3/2026 | Jesse Bair | Review summary re outcome of state court counsel meeting (.1); | 0.10 | $70.00 |
| 2/3/2026 | Jesse Bair | Draft revised summary re status of all parish insurer negotiations and potential next-steps (.4); | 0.40 | $280.00 |
| 2/3/2026 | Jesse Bair | Review and respond to correspondence with various parish insurers re ongoing negotiations (.7); | 0.70 | $490.00 |
| 2/4/2026 | Jesse Bair | Participate in call with RSUI re insurance settlement negotiations (.5); | 0.50 | $350.00 |
| 2/4/2026 | Jesse Bair | Review and respond to various correspondence with additional parish insurers re ongoing negotiations, including review of supplemental coverage arguments raised by certain carriers (.3); | 0.30 | $210.00 |
| 2/5/2026 | Jesse Bair | Participate in call with Sentry re settlement negotiations (.3); | 0.30 | $210.00 |
| 2/5/2026 | Jesse Bair | Participate in call with LMI re ongoing insurance negotiations (.1); | 0.10 | $70.00 |
| 2/5/2026 | Jesse Bair | Participate in call with Zurich re insurance negotiations (.3); summarize follow-up claim and coverage information requested by Zurich and correspond with Zurich re same (.3); | 0.60 | $420.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 2/5/2026 | Jesse Bair | Participate in Committee meeting for insurance purposes re various case developments, strategy, and next-steps (.6); | 0.60 | $420.00 |
| 2/5/2026 | Jesse Bair | Prepare for settlement calls with various parish carriers re ongoing negotiations, including revising memo in connection with same (.3); | 0.30 | $210.00 |
| 2/5/2026 | Brian Cawley | Respond to J. Bair request regarding Zurich claim and exposure matrix (.5); | 0.50 | $275.00 |
| 2/6/2026 | Jesse Bair | Correspond with the Diocese re Sentry lost policy issues (.2); correspond with parish insurers re ongoing negotiations (.2); | 0.40 | $280.00 |
| 2/9/2026 | Jesse Bair | Participate in call with LMI re ongoing insurance negotiations (.2); | 0.20 | $140.00 |
| 2/9/2026 | Jesse Bair | Detailed analysis of historical insurance reports to rebut Sentry's lost policy argument and draft email memo response to Sentry re same (.5); | 0.50 | $350.00 |
| 2/9/2026 | Jesse Bair | Review and respond to correspondence with QBE and Great American re ongoing negotiations (.2); | 0.20 | $140.00 |
| 2/10/2026 | Jesse Bair | Review and respond to correspondence with LMI re parish insurer negotiations and settlement (.2); | 0.20 | $140.00 |
| 2/10/2026 | Jesse Bair | Prepare for call with Great American re insurance negotiations (.1); participate in call with Great American re same (.3); | 0.40 | $280.00 |
| 2/11/2026 | Jesse Bair | Participate in state court counsel meeting for insurance purposes re case developments, ongoing insurance negotiations, and strategy re next-steps (.8); | 0.80 | $560.00 |
| 2/11/2026 | Jesse Bair | Review and analyze Great American's coverage position letter (.3); participate in call with Great American re same and ongoing negotiations (.2); | 0.50 | $350.00 |
| 2/11/2026 | Jesse Bair | Correspond with TIG re parish insurance negotiations (.1); | 0.10 | $70.00 |
| 2/12/2026 | Jesse Bair | Prepare for and participate in call with TIG re insurance negotiations (.2); participate in call with Great American re same (.2); | 0.40 | $280.00 |
| 2/13/2026 | Jesse Bair | Prepare for Catholic Mutual mediation session (.2); participate in Zoom mediation session with Catholic Mutual (1.0); | 1.20 | $840.00 |
| 2/13/2026 | Jesse Bair | Correspond with TIG and Sentry re ongoing parish insurer negotiations (.1); | 0.10 | $70.00 |
| 2/13/2026 | Brian Cawley | Participate in portion of Zoom mediation session with Catholic Mutual (.6); | 0.60 | $330.00 |
| 2/15/2026 | Jesse Bair | Review correspondence with the mediator, debtor, and Catholic Mutual re settlement issues (.1); | 0.10 | $70.00 |
| 2/17/2026 | Jesse Bair | Review and respond to correspondence with various parish insurers re ongoing negotiations (.3); | 0.30 | $210.00 |
| 2/18/2026 | Jesse Bair | Review summary re outcome of hearing re insurers' motion to reimpose the stay (.1); | 0.10 | $70.00 |
| 2/18/2026 | Brian Cawley | Attend hearing on motion to reimpose stay (.2); | 0.20 | $110.00 |
| 2/19/2026 | Brian Cawley | Create claim exposure matrix for Travelers in response to J. Bair request re same (.6); | 0.60 | $330.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 2/19/2026 | Jesse Bair | Prepare for call with Merchants re ongoing insurance negotiations (.1); participate in call with Merchants re same (.2); | 0.30 | $210.00 |
| 2/20/2026 | Jesse Bair | Draft email memo to Travelers addressing various claim and coverage issues in connection with ongoing negotiations (.3); | 0.30 | $210.00 |
| 2/20/2026 | Jesse Bair | Review correspondence with QBE re document requests and ongoing negotiations (.1); | 0.10 | $70.00 |
| 2/27/2026 | Jesse Bair | Participate in call with Zurich re ongoing insurance negotiations (.2); | 0.20 | $140.00 |
| 2/27/2026 | Jesse Bair | Review and respond to correspondence with LMI, Merchants, and Sentry re settlement and negotiation issues (.2); | 0.20 | $140.00 |
| 2/28/2026 | Jesse Bair | Review the Court's decision re third-party releases (.2); | 0.20 | $140.00 |
| **Total Hours and Fees** | | | **14.30** | **$9,590.00** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 2/9/2026 | Postage | $4.68 |
| **Total Expenses** | | **$4.68** |

## Timekeeper Summary

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Brian Cawley | Associate | 2.80 | $550.00 | $1,540.00 |
| Jesse Bair | Partner | 11.50 | $700.00 | $8,050.00 |

**Total Due This Invoice: $9,594.68**