UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, New York

Debtor.

Case No. 20-10322 (CLB)

Chapter 11

## CERTIFICATE OF SERVICE

I, Jesse J. Bair, depose and say that I am employed by Burns Bair LLP, special insurance counsel to the Official Committee of Unsecured Creditors of the Diocese of Buffalo, New York.

On March 9, 2026, at my direction and under my supervision, employees of Burns Bair LLP caused the following document to be served via first-class mail on the service list attached hereto as Exhibit A:

> *Monthly Fee Statement of Burns Bair LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to The Official Committee of Unsecured Creditors of The Diocese of Buffalo, New York, for the Period February 1, 2026 through February 28, 2026* [Docket No. 4643]

Dated: March 9, 2026

**BURNS BAIR LLP**

 */s/ Jesse J. Bair*
Jesse J. Bair (admitted *pro hac vice*)
Timothy W. Burns (admitted *pro hac vice*)
10 E. Doty St., Suite 600
Madison, WI 53703-3392
Telephone: (608) 286-2808
Email: jbair@burnsbair.com
Email: tburns@burnsbair.com

*Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Buffalo, New York*

# EXHIBIT A

| | |
|---|---|
| Office of the United States Trustee<br>Attn: Joseph W. Allen<br>Olympic Towers<br>300 Pearl Street, Suite 401<br>Buffalo, New York 14202 | Official Committee of Unsecured Creditors<br>C/O Gleichenhaus, Marchese & Weishaar, PC<br>Attn: Scott J. Bogucki<br>43 Court Street, Suite 930<br>Buffalo, New York 14202-3100 |
| Official Committee of Unsecured Creditors<br>C/O Pachulski, Stang, Ziehl & Jones LLP<br>Attn: James I. Stang<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California 90067-4003 | Official Committee of Unsecured Creditors<br>C/O Pachulski, Stang, Ziehl & Jones LLP<br>Attn: Ilan D. Scharf<br>780 Third Avenue, 34th Floor<br>New York, New York 10017 |
| The Diocese of Buffalo, New York<br>Attn: Albert Gress, CFO<br>795 Main Street<br>Buffalo, New York 14203 | The Diocese of Buffalo, New York<br>Attn: Stephen A. Donato<br>Bond, Schoeneck & King, PLLC<br>One Lincoln Center<br>Syracuse, New York 13202 |