UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No. 20-10322

Chapter 11

# NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362], The Tucker Group LLC has filed the *Monthly Fee Statement of The Tucker Group LLC for Compensation for Services Rendered and Reimbursement of Expenses as Communications Consultant to The Diocese of Buffalo, N.Y. for the Period January 1, 2026 Through January 31, 2026*, a copy of which is attached hereto and hereby served upon you.

Dated: March 10, 2026

THE TUCKER GROUP, LLC

By:     */s/ Gregory Tucker*
Gregory Tucker
1723 Park Avenue
Baltimore, Maryland 21217
Telephone: (410) 624-9536
Email: greg@tuckercomms.com

*Communications Consultant for
The Diocese of Buffalo, N.Y.*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re: )
)
) Case No. 20-10322
The Diocese of Buffalo, N.Y., )
) Chapter 11
Debtor. )
)

**MONTHLY FEE STATEMENT OF THE TUCKER GROUP LLC
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COMMUNICATIONS
CONSULTANT TO THE DIOCESE OF BUFFALO, N.Y.
FOR THE PERIOD JANUARY 1, 2026 THROUGH JANUARY 31, 2026**

| | |
|---|---|
| Name of Applicant: | The Tucker Group LLC |
| Authorized to Provide Professional Services to: | The Diocese of Buffalo, N.Y, Debtor-In-Possession |
| Date of Retention: | Order entered June 29, 2020 [Docket No. 420] *Nunc Pro Tunc* to February 28, 2020 |
| Period for which compensation and reimbursement is sought: | January 1, 2026 through January 31, 2026 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $7,500.00 ($6,000.00) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $1,402.77 |

This is a: _X_ monthly ____ quarterly ____ final application

This is The Tucker Group LLC's sixty-seventh monthly fee statement in this case.



# INVOICE

Invoice: Diocese of Buffalo - JAN2026-Invoice
Date: January 30, 2026
Federal ID Number:

**Bill To:**
Mr. Albert Gress
Diocese of Buffalo
795 Main Street
Buffalo, New York 14203

| Description | Amount |
|---|---|
| January 2026 strategic & tactical communications services and support. (reduced $1000.00 due to Fee Application ruling).<br><br>• Ongoing issues management<br>• Coordination with legal counsel<br>• Ongoing consultation with Bishop Fisher and senior staff<br>• Editorial support for Bishop Fisher<br>• Chapter 11 settlement communications<br>• Media relations<br><br>**<u>EXPENSES</u>**<br><br>Buffalo Trip—January 7-9, 2026<br>• Southwest Airlines<br>• Budget Rental Car<br><br>Buffalo Trip—January 26-29, 2026<br>Budget Car Rental<br>UBER<br><br>**EXPENSES TOTAL:** | $7,500.00<br><br><br><br><br><br><br><br><br><br><br><br>$383.95<br>$164.21<br><br>$564.88<br>$242.74<br>$46.99<br><br>$1402.77 |
| **GRAND TOTAL:** | **$8,902.77** |

**Terms and Conditions:** Payable upon receipt within 15 business days.

Payable by check to:                    Online Transfer:

**The Tucker Group LLC**                **The Tucker Group LLC**
**1723 Park Avenue**                    **ACCOUNT No.**
**Baltimore, MD 21217**                 **ROUTING Number:**

**www.tuckercomms.com**

Here's your itinerary & receipt. See ya soon!
View in web browser | View our mobile site

     Manage Flight | Flight Status | My Account

 **Travel notice**

**Do you have a REAL ID?** Starting May 7, all Passengers 18+ need a state-issued REAL ID-compliant license or identification card to fly domestically. Learn more at www.dhs.gov/real-id.

Passengers who do not yet have their REAL ID or another TSA acceptable form of ID can expect delays, additional screening, and the possibility of not being allowed into the security checkpoint.

### Hi Gregory,

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

**JANUARY 7 - JANUARY 9**

# BWI  BUF

Baltimore to Buffalo

Confirmation # **CKOCDP**

Confirmation date: 12/18/2025

**PASSENGER**  Gregory Tucker
**RAPID REWARDS #**  
**TICKET #**  

EST. POINTS EARNED  658

Rapid Rewards® points are only estimations.

# Your itinerary

| **Flight 1:** | Wednesday, 01/07/2026 | Est. Travel Time: **1h 15m** | Basic |

| FLIGHT #2777 | **DEPARTS** **BWI 11:15**AM Baltimore | | **ARRIVES** **BUF 12:30**PM Buffalo |

| **Flight 2:** | Friday, 01/09/2026 | Est. Travel Time: **1h 25m** | Basic |

| FLIGHT #1268 | **DEPARTS** **BUF 03:45**PM Buffalo | | **ARRIVES** **BWI 05:10**PM Baltimore |

# Payment information

| **Total cost** |  |  |
|---|---|---|
| **Air - CKOCDP** | | |
| Base Fare | $ | 328.70 |
| U.S. Transportation Tax | $ | 24.65 |
| U.S. 9/11 Security Fee | $ | 11.20 |
| U.S. Flight Segment Tax | $ | 10.40 |
| U.S. Passenger Facility Chg | $ | 9.00 |
| **Total** | **$** | **383.95** |

| **Payment** |  |
|---|---|
| December 18, 2025 **Payment Amount** Visa ending in ▮▮▮▮ | **$383.95** |

Fare rules: if you decide to make a change to your current itinerary it may result in a fare increase.

Your ticket number: ▮▮▮▮▮▮▮▮

# What to expect on your trip, and a few reminders.

 **Basic fare:** One standard carryon and one personal item allowed for all ticketed Passengers, plus you earn 2X Rapid Rewards® points per dollar. Flight changes allowed with fare upgrade. Learn more.

 Make sure you know when to arrive at your airport. Times vary by city.

 If your plans change, you must cancel your reservation at least 10 minutes prior to the flight's original scheduled departure time. If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, your reservation will be canceled, and your funds and points may be forfeited. Learn more.

## Prepare for takeoff





Book hotel    Book car    View all offers

Help Center | Update preferences | Download mobile app

▆▆▆▆▆▆▆▆: NONREF/NONTRANSFERABLE -BG WN BWI WN BUF183.42WN BWI145.28USD328.70END ZP BWI5.20BUF5.20 XF BWI4.5BUF4.5

PLNUP2D
ZLNVP2D

**No-show policy:** If you do not plan to travel on your flight, you must cancel your reservation at least 10 minutes prior to the flight's original scheduled departure time. If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, your reservation will be canceled, and your funds and points may be forfeited. Learn more.

Choice Extra, Choice Preferred, and Choice Transferable Flight Credits created from reservations booked and ticketed and/or changed on or after May 28, 2025 expire twelve months from the date the fare was purchased and ticketed. Basic fare flight credits expire six months from the date the fare was purchased and ticketed.

**Prohibition on Multiple/Conflicting Reservations:** To promote seat availability for our Customers, Southwest® prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as a flight credit for use by the Customer on a future Southwest Airlines® flight.

If you have purchased a refundable fare and choose not to travel, you must request your refund to the original payment form within 1 year of ticket issuance.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporated Terms

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2025 Southwest Airlines Co. All Rights Reserved.





We are proud to feature a 100% smoke-free fleet!

**RENTAL AGREEMENT NUMBER: 153454512**

**RECEIPT**

## Your Information

| | |
|---|---|
| Customer Name: | GREGORYWILLIAM TUCKER |
| Budget Customer Discount: | EXPEDIA LOYALTY PROGRAM |
| Method of Payment: | VISA |
| AID: | A0000000031010 |
| MID: | 000004165501992 |
| VISA CREDIT | |
| Signature Captured | |
| TID: | GUIBUF00 |
| AUTH: | 007524 |
| Authorization Mode: | Issuer |

## Your Vehicle Information

| | |
|---|---|
| Vehicle Number: | 57512910 |
| Vehicle Group Rented: | Intermediate SUV |
| Vehicle Group Charged: | Intermediate SUV |
| Vehicle Description: | WHI CHEVROLET TRAILBLAZER AWD |
| License Plate Number: | NJV63VSW |
| Odometer Out: | 11680 |
| Odometer In: | 11708 |
| Total Driven: | 28 |
| Fuel Reading: | Out 13.2 Gal| In 12.3 Gal |

## Your Rental

| | |
|---|---|
| Pickup Date/Time: | JAN 07,2026@12:35PM |
| Pickup Location: | 4200 GENESEE STREET |
| | BUFFALO NIAGARA INTL AIRPORT |
| | BUFFALO,NY,14225,US |
| | 716-632-6400 |

| | |
|---|---|
| Return Date/Time: | JAN 09,2026@2:35PM |
| Return Location: | 4200 GENESEE STREET |
| | BUFFALO NIAGARA INTL AIRPORT |
| | BUFFALO,NY,14225,US |
| | 716-632-6400 |

**Additional fees may apply if changes are made to your return date, time and/or location.**

## Your Vehicle Charges (MIN 2 DAY IF NOT MET DLY RT = 47.24 / MAX 98 HRS)

| Rate Chart: | Free Miles: | Time and Mileage: | |
|---|---|---|---|
| Miles: UNLIMITED | | Your Discount: | |
| Hourly: 9.46 | | Period @ 113.40 = | 113.40 |
| Ad'l day: 51.96 | | | |
| Period: 113.40 | | Time and Mileage: | 113.40 |

## Your Optional Products/Services

| | |
|---|---|
| Fuel Service = (13.2 Gal Out- 12.3 Gal In) | 9.990/GAL |
| **Optional Services Total:** | 0.00 |

## Your Taxable Fees

| | |
|---|---|
| 11.11% Concession Recovery Fee | 13.60 |
| Fuel Service | 8.99 |
| **Sub-total-Charges:** | 135.99 |
| TAX 20.750% | 28.22 |

## Your Non-Taxable Products/Services

| | |
|---|---|
| **Your Total Charges:** | 164.21 |
| **Prepayment** | 0.00 |

| | |
|---|---|
| **Net Charges:** | **USD 164.21** |
| **Your Total Due:** | **0.00** |

Thank you for renting with Budget.
For all other inquiries, please contact us on 1-800-527-0700 or www.budget.com

Your vehicle was rented to you by MICHELLE.    Your vehicle was checked in by CHARLES.

Here's your updated itinerary and trip receipt.
View in web browser



Manage Flight | Flight Status | My Account

 **Travel notice**

**Do you have a REAL ID?** Starting May 7, 2025, all Passengers 18+ need a state-issued REAL ID-compliant license or identification card to fly domestically. Learn more at www.dhs.gov/real-id.

Passengers who do not yet have their REAL ID or another TSA acceptable form of ID can expect delays, additional screening, and the possibility of not being allowed into the security checkpoint.

### Hi Gregory,

We've confirmed the change to your trip. Below you'll find your updated itinerary, important travel information, and trip receipt. See you onboard soon.

**JANUARY 29**

# BUF  BWI

Buffalo to Baltimore

Confirmation # **A6T4Z8**

Confirmation date: 01/27/2026

| PASSENGER | Gregory Tucker | SEATS | Modify seat |
| --- | --- | --- | --- |
| RAPID REWARDS # |  | BUF - BWI | 08D - Preferred |
| TICKET # | | | |
| EST. POINTS EARNED | 734 | | |

Rapid Rewards® points are only estimations.

## Your itinerary

| | |
|---|---|
| **Flight:** Thursday, 01/29/2026   Est. Travel Time: **1h 25m** | **Choice** |

**FLIGHT #1165**

| DEPARTS | ARRIVES |
|---|---|
| **BUF 12:20**PM | **BWI 01:45**PM |
| Buffalo | Baltimore |

## Payment information

| Total cost | | |
|---|---|---|
| **Air - A6T4Z8** | | |
| Base Fare | $ | 496.82 |
| U.S. Transportation Tax | $ | 37.26 |
| U.S. 9/11 Security Fee | $ | 11.20 |
| U.S. Passenger Facility Chg | $ | 9.00 |
| U.S. Flight Segment Tax | $ | 10.60 |
| **Total** | **$** | **564.88** |

| Payment |
|---|
| January 27, 2026 |
| **Payment Amount**        $139.92 |
| Visa ending in ▓▓▓▓ |
| January 12, 2026 |
| **Credit from ticket** ▓▓▓▓▓▓▓▓▓▓▓ |

**Changed seat**

The seat fee paid at the time of your original booking has been applied to this change. No further action is required.

**Fare rules:** if you decide to make a change to your current itinerary it may result in a fare increase.

Your ticket number: ▓▓▓▓▓▓▓▓▓▓

## What to expect on your trip, and a few reminders.

- With **Choice fare**, you can select your Standard seat at booking and earn 6X Rapid Rewards® points per dollar along with free same-day changes and standby (taxes and fees may apply, but refunds will be provided). Learn more.

- Make sure you know when to arrive at your airport. Times vary by city.

- If your plans change, you must cancel your reservation at least 10 minutes prior to the flight's original scheduled departure time. If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, your reservation will be canceled, and your funds and points may be forfeited. Learn more.

## Prepare for takeoff



## Use our app to make changes to your trip, get a boarding pass, & more.

### Earn up to 10,000 Rapid Rewards® points per night

Choose a hotel in Baltimore.

Book hotel >

### Have questions about your upcoming trip?

Get all the answers before you leave for the airport.

Prepare now >

Book hotel     Book car     View all offers

Help Center     Update preferences     Download mobile app

: NONREF/NONTRANSFERABLE -BG WN BWI WN BUF183.33WN BWI313.49USD496.82END PD XF BUF4.5BWI4.5 ZP BUF5.30BWI5.30

WLW0P4Q

**No-show policy:** If you do not plan to travel on your flight, you must cancel your reservation at least 10 minutes prior to the flight's original scheduled departure time. If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, your reservation will be canceled, and your funds and points may be forfeited. Learn more.

Choice Extra, Choice Preferred, and Choice Transferable Flight Credits created from reservations booked and ticketed and/or changed on or after May 28, 2025 expire twelve months from the date the fare was purchased and ticketed. Basic fare flight credits expire six months from the date the fare was purchased and ticketed.

**Prohibition on Multiple/Conflicting Reservations:** To promote seat availability for our Customers, Southwest® prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as a flight credit for use by the Customer on a future Southwest Airlines® flight.

If you have purchased a refundable fare and choose not to travel, you must request your refund to the original payment form within 1 year of ticket issuance.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our Privacy Policy and Terms of Use.

See Southwest Airlines Co. Notice of Incorporated Terms

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2026 Southwest Airlines Co. All Rights Reserved.





**We are proud to feature a 100% smoke-free fleet!**

**RENTAL AGREEMENT NUMBER: 153468825**    **RECEIPT**

### Your Information

| | |
|---|---|
| Customer Name: | GREGORY TUCKER |
| Budget Customer Discount: | EXPEDIA LOYALTY PROGRAM |
| Method of Payment: | VISA |
| AID: | A0000000031010 |
| MID: | 000004165501992 |
| VISA CREDIT | |
| Signature Captured | |
| TID: | GUIBUF00 |
| AUTH: | 026801 |
| Authorization Mode: | Issuer |

### Your Vehicle Information

| | |
|---|---|
| Vehicle Number: | 59384010 |
| Vehicle Group Rented: | Standard SUV-5 Pass |
| Vehicle Group Charged: | Intermediate SUV |
| Vehicle Description: | GRY CHEVROLET EQUINOX 2WD |
| License Plate Number: | FLFQUJ30 |
| Odometer Out: | 4770 |
| Odometer In: | 4806 |
| Total Driven: | 36 |
| Fuel Reading: | Out 14.1 Gal| In 12.5 Gal |

### Your Rental

| | |
|---|---|
| Pickup Date/Time: | JAN 26,2026@5:26PM |
| Pickup Location: | 4200 GENESEE STREET<br>BUFFALO NIAGARA INTL AIRPORT<br>BUFFALO,NY,14225,US<br>716-632-6400 |
| Return Date/Time: | JAN 29,2026@10:57AM |
| Return Location: | 4200 GENESEE STREET<br>BUFFALO NIAGARA INTL AIRPORT<br>BUFFALO,NY,14225,US<br>716-632-6400 |

**Additional fees may apply if changes are made to your return date, time and/or location.**

### Your Vehicle Charges (MIN 2 DAY IF NOT MET DLY RT = 49.34 / MAX 98 HRS)

| Rate Chart: | Free Miles: | Time and Mileage: | |
|---|---|---|---|
| Miles: UNLIMITED | | Your Discount: | |
| Hourly: 9.88 | | 1 Ad'l Day @ 54.27 = | 54.27 |
| Ad'l day: 54.27 | | Period @ 98.68 = | 98.68 |
| Period: 98.68 | | | |
| | | **Time and Mileage:** | **152.95** |

### Your Optional Products/Services

| | |
|---|---|
| Fuel Service = (14.1 Gal Out- 12.5 Gal In) | 9.990/GAL |
| **Optional Services Total:** | **0.00** |

### Your Taxable Fees

| | |
|---|---|
| 11.11% Concession Recovery Fee | 20.10 |
| Fuel Service | 15.98 |
| EXTENSION FEE 12.00 | 12.00 |
| **Sub-total-Charges:** | **201.03** |
| TAX 20.750% | 41.71 |

### Your Non-Taxable Products/Services

| | |
|---|---|
| **Your Total Charges:** | **242.74** |
| Prepayment | 0.00 |

| Net Charges: | USD 242.74 |
|---|---|
| **Your Total Due:** | **0.00** |

Thank you for renting with Budget.
For all other inquiries, please contact us at 1-800-527-0700 or www.budget.com

Your vehicle was rented to you by MD.    Your vehicle was checked in by CHARLES.



Jan 26, 2026
1:04 PM

# Thanks for riding, GWT

We hope you enjoyed your ride this afternoon.



## Total $46.99

| | |
|---|---|
| Trip fare | $39.06 |
| BWI Marshall Airport Surcharge | $3.50 |
| Booking Fee | $3.43 |
| City of Baltimore Surcharge | $0.25 |
| Maryland Transportation Network Company Impact Fee | $0.75 |

## Payments

| | Visa •••• ▮▮▮▮ (Personal Credit Card) | $46.99 |
|---|---|---|
| | 1/26/26 2:41 PM | |

| Want to switch your payment method? | Switch |
|---|---|

| Download the receipt in a PDF format | Download PDF |
|---|---|

**Trip details**

Comfort
11.67 miles, 22 minutes

2:18 PM
1723 Park Ave, Baltimore, MD 21217-4336, US

2:40 PM
Concourse A, Baltimore/Washington International Thurgood Marshall Airport (BWI), Glen Burnie, MD 21240, US

2:18 PM
1723 Park Ave, Baltimore, MD 21217-4336, US

2:40 PM
Concourse A, Baltimore/Washington International Thurgood Marshall Airport (BWI), Glen Burnie, MD 21240, US

**You rode with JEAN**                 4.92

Say thanks with a rating or tip for the driver.

|  |
|---|
|  Rate or tip |

| | |
|---|---|
| Receipt ID # | b00271fb-6491-42b7-8826-e11d60da5ce1 |
| When you ride with Uber, your trips are insured in case of a covered accident. | Learn more |
| Issued on behalf of JEAN | |
| Want to review your trip history? | My trips |

### Need help?

Our support team is happy to help with any concern you might have.

Contact support

### Forgot something?

If you lost a item in the car, please report it using the link below.

Report lost item



Uber Technologies
1725 3rd Street,
San Francisco, California 94158

My Account

Privacy policy

Terms and Conditions