# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| THE DIOCESE OF BUFFALO, N.Y., | ) | Case No. 20-10322-CLB |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

**[PROPOSED] ORDER GRANTING MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR RECONSIDERATION OF THE OPT-IN DECISION**

Upon consideration of the *Motion of the Official Committee of Unsecured Creditors for Reconsideration of the Court's Decision Regarding Opt-Out Voting, or, in the Alternative, (A) Certification to Appeal the Decision Directly to the Second Circuit Court of Appeals, and/or (B) Adoption of the Proposed Procedures for Rapid Prepackaged Chapter 11 Cases* (the "**Motion**") [Docket. No. _____], and the Court having found that notice given of the Motion is appropriate under the circumstances and good cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion with respect to *Reconsideration of the Court's Decision Regarding Opt-Out Voting* is GRANTED.

2. The Committee shall submit a proposed form Order under a certification of counsel granting the *Debtor's Motion for Entry of Orders: (A)(I) Approving the Forms of Ballots and Establishing Procedures for Voting on Joint Plan of Reorganization and Consenting to Third-Party Releases; (II) Approving Solicitation Packages and Distribution Procedures; and (III) Scheduling a Hearing to Consider Approval of the Disclosure Statement; (B)(I) Approving Disclosure Statement; (II) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of Joint Plan; and (III) Approving the Form, Manner, and Scope of Confirmation Notices; and (C) Granting Related Relief* [Docket No. 4343].

3. The Motion with respect to *Certification to Appeal the Decision Directly to the Second Circuit Court of Appeals* is DENIED without prejudice.

4. The Motion with respect to *Adoption of the Proposed Procedures for Rapid Prepackaged Chapter 11 Cases* is DENIED without prejudice.

5. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

6. Notwithstanding any provision in the Bankruptcy Rules to the contrary, this Order shall be immediately effective and enforceable upon its entry.

Dated: _____, 2026
      Buffalo, New York

    Hon. Carl L. Bucki
    Chief United States Bankruptcy Judge