# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| THE DIOCESE OF BUFFALO, N.Y., | ) Case No. 20-10322-CLB |
| Debtor. | ) |

**[PROPOSED] ORDER GRANTING MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR CERTIFICATION OF THE OPT-IN DECISION TO THE SECOND CIRCUIT COURT OF APPEALS**

Upon consideration of the *Motion of the Official Committee of Unsecured Creditors for Reconsideration of the Court's Decision Regarding Opt-Out Voting, or, in the Alternative, (A) Certification to Appeal the Decision Directly to the Second Circuit Court of Appeals, and/or (B) Adoption of the Proposed Procedures for Rapid Prepackaged Chapter 11 Cases* (the "**Motion**") [Docket. No. _____], and the Court having found that notice given of the Motion is appropriate under the circumstances and good cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion with respect to *Certification to Appeal the Decision Directly to the Second Circuit Court of Appeals* is GRANTED.

2. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

3. Notwithstanding any provision in the Bankruptcy Rules to the contrary, this Order shall be immediately effective and enforceable upon its entry.

Dated: _____, 2026
       Buffalo, New York

                                            Hon. Carl L. Bucki
                                            Chief United States Bankruptcy Judge