| | |
|---|---|
| In re:<br><br>THE DIOCESE OF BUFFALO, N.Y.,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-10322 (CLB) |

## CERTIFICATE OF SERVICE

I, Janice G. Washington, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP.  I am not a party to the within action; my business address is 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067.

Pursuant to the Court's Amended Administrative Procedures, on March 13, 2026, the following documents were served via the Court's ECF system, via First Class US Mail upon the parties set forth on the service list annexed hereto as **Exhibit 1:**

- *Motion Of The Official Committee Of Unsecured Creditors For Reconsideration Of The Courts Decision Regarding Opt-Out Voting, Or, In The Alternative, (A) Certification To Appeal The Decision Directly To The Second Circuit Court Of Appeals, And/Or (B) Adoption Of The Proposed Procedures For Rapid Prepackaged Chapter 11 Cases Filed on behalf of Creditor Committee Official Committee of Unsecured Creditors. (RE: related document(s)[4651]*

- *Notice of Hearing re Motion Of The Official Committee Of Unsecured Creditors For Reconsideration Of The Courts Decision Regarding Opt-Out Voting, Or, In The Alternative, (A) Certification To Appeal The Decision Directly To The Second Circuit Court Of Appeals, And/Or (B) Adoption Of The Proposed Procedures For Rapid Prepackaged Chapter 11 Cases Filed on behalf of Creditor Committee Official Committee of Unsecured Creditors. (RE: related document(s)[4652]*

                                                                     */s/ Janice G. Washington*
                                                                     Janice G. Washington

# EXHIBIT 1

| PARTY | COUNSEL |
|---|---|
| **The Official Committee of Unsecured Creditors (Appellant)** | James Stang, Esq.<br>Ilan D. Scharf, Esq.<br>Karen B. Dine, Esq.<br>Jeffrey M. Dine, Esq.<br>PACHULSKI STANG ZIEHL & JONES, LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone: (212) 561-7700 |
| **The Diocese of Buffalo, N.Y. (additional Appellant)** | Stephen A. Donato, Esq.<br>Charles J. Sullivan, Esq.<br>Grayson T. Walter, Esq.<br>Thomas W. Simcoe, Esq.<br>Gregory J. McDonald, Esq.<br>BOND, SCHOENECK & KING, PLLC<br>One Lincoln Center<br>Syracuse, NY 13202<br>Telephone: (315) 218-8000 |
| **Office of the United States Trustee** | Joseph W. Allen, Esq.<br>Olympic Towers<br>300 Pearl Street, Suite 401<br>Buffalo, NY 14202<br>Telephone: (716) 551-5541 |