UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

           Debtor.

Case No. 20-10322 (CLB)

Chapter 11

## NOTICE OF MOTION FOR RECONSIDERATION OF CONSENT DECISION

     **PLEASE TAKE NOTICE**, that The Diocese of Buffalo, N.Y. (the "Diocese"), by and through its undersigned counsel, files herewith on March 13, 2026, with the United States Bankruptcy Court for the Western District of New York (the "Court"), the Motion to Reconsider the Court's Decision and Order dated February 26, 2026 [Docket No. 4616 (the "Consent Decision") ] (the "Motion").

     **PLEASE TAKE FURTHER NOTICE** that the Diocese, by and through its undersigned counsel, will move before the Honorable Carl L. Bucki, Chief United States Bankruptcy Judge for the Western District of New York on the **26th day of March, 2026 at 2:00 p.m.**, or as soon thereafter as counsel may appear and be heard, for an Order: reconsidering the Consent Decision and, upon such reconsideration, (i) granting the proposed Solicitation Procedures Order [Docket No. 4343], (ii) vacating the March 31, 2026 deadline set forth in the Consent Decision, and (iii) granting such other and further relief as the Court deems just and proper.

     **PLEASE TAKE FURTHER NOTICE** Parties can choose to appear: (i) in person at the Robert H. Jackson U.S. Courthouse, 2 Niagara Square, Buffalo, NY 14202; or (ii) telephonically (call-in 1-571-353-2301, Courtroom ID 483077448#, and security pin 9999#).

     **PLEASE TAKE FURTHER NOTICE** that any affidavits or memoranda in opposition to the relief requested in the Motion shall be filed with the Clerk of the United States Bankruptcy Court for the Western District of New York as soon as practicable.

     **PLEASE TAKE FURTHER NOTICE** that any affidavits or memoranda in opposition to the relief requested in the Motion shall be served upon the following parties: (i) counsel to the Diocese, Bond, Schoeneck & King, PLLC, One Lincoln Center, Syracuse, New York 13202, Attn: Stephen A. Donato, Charles J. Sullivan, Grayson T. Walter, and Brendan M. Sheehan; (ii) the Office of the United States Trustee for the Western District of New York, 300 Pearl Street, Suite 401, Buffalo, NY 14202. Attn: Joseph W. Allen, (iii) counsel to the Official Committee of Unsecured Creditors, Pachulski, Stang, Ziehl & Jones, LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California, 90067-4003, Attn. James I. Stang, and 1700 Broadway, 36th Floor, New York, New York 10019-5004, Attn. Ilan Scharf, and (iv) and those persons who have

formally appeared and requested service in this case pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and all other documents filed in the Diocese's chapter 11 case may be obtained free of charge via the case management website maintained by the Diocese's noticing agent at https://case.stretto.com/dioceseofbuffalo or by contacting the undersigned counsel for the Diocese.

Dated: March 13, 2026

BOND, SCHOENECK & KING, PLLC

By: /s/ Stephen A. Donato
Stephen A. Donato
Charles J. Sullivan
Grayson T. Walter
Brendan M. Sheehan
One Lincoln Center
Syracuse, NY 13202-1355
Telephone: (315) 218-8000
Fax: (315) 218-8100
Emails: sdonato@bsk.com
csullivan@bsk.com
gwalter@bsk.com
bsheehan@bsk.com

*Attorneys for The Diocese of Buffalo, N.Y.*