**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>THE DIOCESE OF BUFFALO, N.Y.,<br><br>             Debtor. | (Hon. Carl L. Bucki)<br><br>Chapter 11<br><br>Case No. 20-10322 (CLB) |
| THE DIOCESE OF BUFFALO, N.Y.,<br><br>             Plaintiff,<br><br>    v.<br><br>THE CONTINENTAL INSURANCE COMPANY, EMPLOYERS INSURANCE COMPANY OF WAUSAU (FORMERLY KNOWN AS EMPLOYERS INSURANCE OF WAUSAU A MUTUAL COMPANY FORMERLY KNOWN AS EMPLOYERS MUTUAL LIABILITY INSURANCE COMPANY OF WISCONSIN), WAUSAU UNDERWRITERS INSURANCE COMPANY, SELECTIVE INSURANCE COMPANY OF AMERICA (FORMERLY KNOWN AS EXCHANGE MUTUAL INSURANCE COMPANY), NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, FIREMAN'S FUND INSURANCE COMPANY, CATHOLIC MUTUAL GROUP, AND THE NATIONAL CATHOLIC RISK RETENTION GROUP,<br><br>             Defendants. | Adversary Proceeding No. 20-01009 (CLB) |

**NOTICE OF CHANGE OF LAW FIRM**
**<u>AFFILIATION AND CONTACT INFORMATION</u>**

**PLEASE TAKE NOTICE** that Robert K. Malone, Esq. and Brett S. Theisen, Esq.

(collectively, "**<u>Counsel</u>**"), formerly of Gibbons P.C. (which merged with Frost Brown Todd LLP

1

on January 1, 2026 to form FBT Gibbons LLP), counsel to Selective Insurance Company of New York (formerly known as Exchange Mutual Insurance Company and incorrectly named in the Complaint as Selective Insurance Company of America), in the above-captioned chapter 11 case and the related Adversary Proceeding No. 20-1009, *The Diocese of Buffalo, N.Y. v. The Continental Insurance Company et al.*, hereby advise the Court and all interested parties of the change in Counsel's law firm affiliation and contact information.

**PLEASE TAKE FURTHER NOTICE** that, effective immediately, Counsel's law firm affiliation and contact information is as follows:

| | |
|---|---|
| Robert K. Malone, Esq. | Brett S. Theisen, Esq. |
| **CONNELL FOLEY LLP** | **CONNELL FOLEY LLP** |
| 56 Livingston Avenue | 875 Third Avenue, 21st Floor |
| Roseland, New Jersey 07068 | New York, New York 10022 |
| Telephone: (973) 535-0500 | Telephone: (212) 307-3700 |
| Email: rmalone@connelfoley.com | Email: btheisen@connellfoley.com |

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the procedures of the Bankruptcy Court for the Western District of New York, Counsel will each docket a *Consent to Substitute Attorney*.

2

Dated: March 26, 2026

/s/ Brett S. Theisen_____
Brett S. Theisen, Esq.
**CONNELL FOLEY LLP**
875 Third Avenue, 21st Floor
New York, New York 10022
Telephone: (212) 307-3700
Email: btheisen@connellfoley.com

-and-

Robert K. Malone, Esq. (admitted *pro hac vice*)
**CONNELL FOLEY LLP**
56 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 535-0500
Email: rmalone@connelfoley.com

*Counsel for Selective Insurance Company of New York*

3