# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK

**In Re:**

The Diocese of Buffalo, N.Y.

Case No.: 20-10322

Chapter: 11

_____ Debtor(s)

## CONSENT TO SUBSTITUTE ATTORNEY

The undersigned do hereby consent and agree that **Brett S. Theisen** Esq., of

*(Law Firm)* **Gibbons P.C.** , lead attorney of record

for Selective Insurance Company of New York be changed, and that **Brett S. Theisen** , Esq.,

of *(Law Firm)* Connell Foley LLP be substituted in the place

and stead of **Brett S. Theisen** , Esq., of *(Law Firm)* **Gibbons P.C.**

as lead attorney of record in the above-captioned matter.

The address, telephone number, and e-mail address of successor attorney:
875 Third Ave, 21st Floor, New York, NY 10022. 212-307-3700. btheisen@connellfoley.com.

Your signature, individually or on behalf of your law firm, acknowledges your intent to substitute attorney and to authorize the Court to take any steps necessary to effectuate this change.

Dated: 3/6/2026

_____
[Signature of Withdrawing attorney]
John S. Mairo            FBT Gibbons LLP
[Print Attorney Name and Law Firm]

Dated: 03/19/2026

_____
[Signature of Successor attorney]
Brett S. Theisen            Connell Foley LLP
[Print Attorney Name and Law Firm]

Dated: 3-18-26

_____
[Signature of party]
Maria Orecchio, Selective Insurance Company of New York
[Print Name of Party]

Dated: _____

_____
[Signature of party]

_____
[Print Name of Party]

(rev. 5/23)