**In Re:**

The Diocese of Buffalo, N.Y.

Case No.: 20-10322

Chapter: 11

_____ Debtor(s)

## CONSENT TO SUBSTITUTE ATTORNEY

The undersigned do hereby consent and agree that _____ **Robert K. Malone** _____ Esq., of

_(Law Firm)_ **Gibbons P.C.** _____, lead attorney of record

for Selective Insurance Company of New York be changed, and that **Robert K. Malone** _____, Esq.,

of _(Law Firm)_ **Connell Foley LLP** _____ be substituted in the place

and stead of **Robert K. Malone**, Esq., of _(Law Firm)_ **Gibbons P.C.** _____

as lead attorney of record in the above-captioned matter.


The address, telephone number, and e-mail address of successor attorney:
56 ~~Livinston~~ Avenue, Roseland, NJ 07068. 973-535-0500. rmalone@connellfoley.com
Livingston

Your signature, individually or on behalf of your law firm, acknowledges your intent to substitute attorney
and to authorize the Court to take any steps necessary to effectuate this change.

Dated: _3/6/2026_

_____
[Signature of Withdrawing attorney]

John S. Mairo          FBT Gibbons LLP
_____
[Print Attorney Name and Law Firm]

Dated: _3/20/2026_

_____
[Signature of Successor attorney]

Robert K. Malone          Connell Foley LLP
_____
[Print Attorney Name and Law Firm]

Dated: _3-18-26_

_____
[Signature of party]

Maria Orecchio, Selective Insurance Company of New York
_____
[Print Name of Party]

Dated: _____

_____
[Signature of party]

_____
[Print Name of Party]

(rev. 5/23)