UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, New York

                Debtor.

Case No. 20-10322 (CLB)

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362], Burns Bair LLP has filed the *Monthly Fee Statement of Burns Bair LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Buffalo, New York, for the Period March 1, 2026 through March 31, 2026,* a copy of which is attached hereto and hereby served upon you.

Dated: April 6, 2026

**BURNS BAIR LLP**

*/s/ Jesse J. Bair*

Jesse J. Bair (admitted *pro hac vice*)
Timothy W. Burns (admitted *pro hac vice*)
10 E. Doty St., Suite 600
Madison, WI 53703-3392
Telephone: (608) 286-2808
Email: jbair@burnsbair.com
Email: tburns@burnsbair.com

*Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Buffalo, New York*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, New York

Case No. 20-10322 (CLB)

Chapter 11

Debtor.

**MONTHLY FEE STATEMENT OF BURNS BAIR LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DIOCESE OF BUFFALO, NEW YORK, FOR THE PERIOD MARCH 1, 2026 THROUGH MARCH 31, 2026**

| | |
|---|---|
| Name of Applicant: | Burns Bair LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors of the Diocese of Buffalo, New York |
| Date of Retention: | Effective October 5, 2023, pursuant to Order entered November 13, 2023 [Docket No. 2606] |
| Period for which compensation and reimbursement is sought: | March 1, 2026 through March 31, 2026 |
| Amount of compensation sought as actual, reasonable, and necessary: | $3,996.00 (80% of $4,995.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $4.68 |

This is a:  _X_  monthly ___ quarterly ___ final application.

This is Burns Bair LLP's twenty-ninth monthly fee statement in this case.



10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of
the Diocese of Buffalo**

**Issue Date :**    4/6/2026

**Bill # :**    02220

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 3/2/2026 | Jesse Bair | Participate in call with Zurich re settlement negotiations (.1); | 0.10 | $70.00 |
| 3/3/2026 | Jesse Bair | Participate in state court counsel meeting for insurance purposes re case developments, strategy, and next-steps (1.0); | 1.00 | $700.00 |
| 3/3/2026 | Jesse Bair | Correspond with Travelers, RSUI, Merchants, Sentry, and NGM re ongoing insurance negotiations (.2); | 0.20 | $140.00 |
| 3/3/2026 | Jesse Bair | Participate in calls and correspond with Zurich re parish insurer negotiations (.2); | 0.20 | $140.00 |
| 3/4/2026 | Jesse Bair | Review and respond to various correspondence with Zurich, Sentry, Utica, and Merchants re ongoing parish insurance negotiations (.4); | 0.40 | $280.00 |
| 3/5/2026 | Jesse Bair | Participate in call with I. Scharf and state court counsel re case developments, strategy, and next-steps (.5); | 0.50 | $350.00 |
| 3/5/2026 | Jesse Bair | Review and respond to correspondence with the mediator re parish insurer negotiations and next-steps (.2); | 0.20 | $140.00 |
| 3/5/2026 | Jesse Bair | Review and respond to correspondence with the debtor re parish insurance issues (.1); | 0.10 | $70.00 |
| 3/5/2026 | Jesse Bair | Prepare for Committee meeting (.1); participate in Committee meeting for insurance purposes re case developments, strategy, and next-steps (.6); | 0.70 | $490.00 |
| 3/9/2026 | Jesse Bair | Review and respond to correspondence with the mediator and I. Scharf re parish insurer negotiations and in-person mediation session in connection with same (.2); | 0.20 | $140.00 |
| 3/10/2026 | Jesse Bair | Prepare for state court counsel meeting (.1); participate in state court counsel meeting for insurance purposes re case developments and strategy (.4); | 0.50 | $350.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 3/11/2026 | Jesse Bair | Review and respond to correspondence with the mediator and Committee professionals re parish insurer mediation session and additional case developments (.2); | 0.20 | $140.00 |
| 3/13/2026 | Jesse Bair | Review correspondence with the mediator re parish insurer negotiations and upcoming session (.1); | 0.10 | $70.00 |
| 3/16/2026 | Jesse Bair | Additional correspondence with mediator and parties re parish insurer mediation session (.1); | 0.10 | $70.00 |
| 3/18/2026 | Jesse Bair | Correspond with parish insurer re ongoing negotiations (.2); | 0.20 | $140.00 |
| 3/19/2026 | Jesse Bair | Participate in call with Sentry re ongoing parish insurer negotiations (.3); | 0.30 | $210.00 |
| 3/19/2026 | Jesse Bair | Analyze Sentry offer, formulate response to same, and correspond with Sentry re same (.2); | 0.20 | $140.00 |
| 3/25/2026 | Brian Cawley | Participate in state court counsel meeting re case developments and strategy (.5); | 0.50 | $275.00 |
| 3/25/2026 | Jesse Bair | Participate in call and correspond with Sentry re finalization of settlement negotiations (.2); correspond with mediator re same and update parish insurer settlement summary (.1); | 0.30 | $210.00 |
| 3/26/2026 | Jesse Bair | Review and respond to correspondence with V. Singh re parish insurer negotiation status and upcoming session (.2); | 0.20 | $140.00 |
| 3/27/2026 | Karen Dempski | Docket/calendar plan deadline and hearing to adopt procedures (.1); | 0.10 | $30.00 |
| 3/30/2026 | Jesse Bair | Participate in call with RSUI re parish insurance negotiations (.3); | 0.30 | $210.00 |
| 3/31/2026 | Jesse Bair | Review Travelers' claim and coverage exposures and correspond with Travelers re mediation negotiations (.2); | 0.20 | $140.00 |
| 3/31/2026 | Jesse Bair | Participate in state court counsel meeting re case developments, strategy, and next-steps (.5); | 0.50 | $350.00 |
| **Total Hours and Fees** | | | **7.30** | **$4,995.00** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 3/9/2026 | Postage | $4.68 |
| **Total Expenses** | | **$4.68** |

## Timekeeper Summary

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Brian Cawley | Associate | 0.50 | $550.00 | $275.00 |
| Jesse Bair | Partner | 6.70 | $700.00 | $4,690.00 |
| Karen Dempski | Paralegal | 0.10 | $300.00 | $30.00 |

**Total Due This Invoice: $4,999.68**