John R Quain
3094 Small Cyn. Dr.
Highland Ca. 92346

Dear Clerk of the Court,

All relevant parties have been served in compliance with rules governing pro se parties. If further action is required, please inform.

If it is not within the Judge's discretion to conduct a hearing to address this miscarriage of justice perpetrated in his Court, please advise and I will request a hearing on the 28th. I do not believe it is in anyone's interest to raise my issue and take the courts time at a hearing populated with high-priced talent. As non-lawyer citizen I have every intention of following the Courts Orders and expect no less from members of the bar.

Please accept my apology for any unpleasantness in missives sent over the past two years the level frustration is beyond any experienced in my seventy-seven years and the salt is still fresh in my wounds.

Regards,


John Quain



FILED

APR 2 0 2026

BANKRUPTCY COURT
BUFFALO, NY