UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

The Diocese of Buffalo, N.Y.,

Case No.: 20-10322-CLB
Chapter: 11

Debtor.

## NOTICE OF FILING

PLEASE TAKE NOTICE that, in accordance with the Order entered July 9, 2020 [Docket No. 442] *Nunc Pro Tunc* to February 28, 2020, Connors LLP has filed the Monthly Fee Statement of Connors LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Diocese of Buffalo, N.Y., for the Period March 1, 2026 – March 31, 2026, a copy of which is attached hereto and hereby served upon you.

DATED:   Buffalo, New York
April 20, 2026

s/ Randall D. White
Randall D. White, Esq.
**CONNORS LLP**
*Special Counsel for Debtor*
*The Diocese of Buffalo, N.Y.*
1000 Liberty Building
Buffalo, New York 14202
(716) 852-5533

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

The Diocese of Buffalo, N.Y.,

                Debtor.

Case No.: 20-10322-CLB
Chapter: 11

## MONTHLY FEE STATEMENT OF CONNORS LLP
## FOR COMPENSATION FOR SERVICES RENDERED AND
## REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO
## THE DIOCESE OF BUFFALO, N.Y.
## FOR THE PERIOD MARCH 1, 2026, THROUGH MARCH 31, 2026

| | |
|---|---|
| Name of Applicant: | Connors LLP |
| Authorized to Provide Professional Services to: | The Diocese of Buffalo, N.Y., Debtor-in-Possession |
| Date of Retention: | Order entered July 9, 2020 [Docket No. 442] *Nunc Pro Tunc* to February 28, 2020 |
| Period for which compensation and reimbursement is sought: | March 1, 2026 – March 31, 2026 |
| Amount of compensation sought as actual, reasonable, and necessary: | 80% of $19,205 ($15,364) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $422.90 |

This is a:    X   monthly ___ quarterly ___ final application.

This is the _____ monthly fee statement of Connors LLP in this case.

# CONNORS LLP
### 1000 Liberty Building
### Buffalo, NY 14202
### TAX ID NO. 16-1282035

April 17, 2026

DIOCESE OF BUFFALO
795 Main Street
Buffalo, NY 14203

| | | |
|---|---|---|
| Invoice# | 45372 | RDW |
| Our file# | 002700 | 00006 |
| Billing through | | 03/31/2026 |

## MISCELLANEOUS MATTERS

### PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 03/03/2026 | LFQ | (Misc) Assist Chancery with request for claimant information (.5); communication with Chancery representative regarding allegations received by Diocese (.3); research regarding possible non-monetary settlement commitments (1.5). | 2.30 hrs. | 250 /hr | 575.00 |
| 03/03/2026 | JRM | (Independent Review Board) Review newly received proofs of claim to determine if and when they were reported to the IRB. | 2.10 hrs. | 100 /hr | 210.00 |
| 03/05/2026 | LFQ | (Misc) Review complaints of old abuse (.4); determine whether these complaints are related to ones previously reported to the IRB (.9); instructions to paralegal, Jake R. Miller regarding same (.2); communication with Chancery representative regarding new report of abuse (.5); communication with Victims Assistance Coordinator regarding same (.4); communication with Independent Review Board regarding same (.3); communication with attorney for person reporting abuse (.2); report to Chancery representative regarding same (.3). | 3.20 hrs. | 250 /hr | 800.00 |
| 03/06/2026 | LFQ | (Misc) Review request from attorneys for survivor (.2); | 1.20 hrs. | 250 /hr | 300.00 |

communication with attorneys for parishes regarding same (.3); communication with Chancery representative regarding recent allegation of abuse that allegedly occurred years ago (.7).

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/07/2026 | LFQ | (Independent Review Board) Communication with investigator regarding recent report of old abuse (.2); communication with Independent Review Board Chair regarding same (.3). | 0.50 hrs. | 250 /hr | 125.00 |
| 03/09/2026 | LFQ | (Independent Review Board) Communication with Independent Review Board Chair regarding matters to be investigated. | 0.40 hrs. | 250 /hr | 100.00 |
| 03/11/2026 | LFQ | (Misc) Communications with Interim Communications Director regarding recent allegations of old abuse (.1); communication with Chancery representative regarding same (.2); communication with attorney for accuser regarding same (.2). | 0.50 hrs. | 250 /hr | 125.00 |
| 03/13/2026 | LFQ | (Misc) Communication with attorney for person reporting old abuse (.2); communication with Chancery representative regarding same (.1). | 0.30 hrs. | 250 /hr | 75.00 |
| 03/13/2026 | JRM | (Independent Review Board) Review information from newly received proof of claims and compile findings into memoranda to prepare for upcoming Independent Review Board meeting. | 2.30 hrs. | 100 /hr | 230.00 |
| 03/16/2026 | LFQ | (Misc) Communication with Chancery representative regarding possible non-monetary settlement commitments (.3); communication with Chancery representative regarding handling of recent allegations (.3); communication with | 1.10 hrs. | 250 /hr | 275.00 |

attorneys for accuser regarding same (.2); communication with Independent Review Board Chair regarding same (.3).

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/16/2026 | JRM | (Misc) Conduct research on abuse claim. | 0.40 hrs. | 100 /hr | 40.00 |
| 03/17/2026 | LFQ | (Misc) Research regarding issues raised by Independent Review Board Chair (1.5); prepare memorandum requested by Independent Review Board Chair (1.3). | 2.80 hrs. | 250 /hr | 700.00 |
| 03/18/2026 | LFQ | (Independent Review Board) Communication with Chancery representative regarding recent allegations (.3); communication with Independent Review Board regarding same (.4); memorandum regarding same (.3). | 1.00 hrs. | 250 /hr | 250.00 |
| 03/19/2026 | LFQ | (Independent Review Board) Communication with attorney representing person making allegations on behalf of another (.1); communication with Chancery representative and Independent Review Board Chair regarding same (.2). | 0.30 hrs. | 250 /hr | 75.00 |
| 03/20/2026 | LFQ | (Independent Review Board) Communication with attorney for person making allegations (.3); review materials regarding the same allegations (.3); prepare memorandum regarding same (.3); communication with Chancery representative regarding handling of same (.3); communication with Independent Review Board Chair regarding same and the investigation (.5). | 1.70 hrs. | 250 /hr | 425.00 |
| 03/21/2026 | LFQ | (Independent Review Board) Communication with Chancery representative and Independent Review Board Chair regarding evidence submitted regarding recent allegations. | 0.60 hrs. | 250 /hr | 150.00 |

| | | | | | |
|---|---|---|---|---|---|
| 03/23/2026 | LFQ | (Independent Review Board) Communication with Chancery representatives regarding handling of recent allegations of old abuse (.4); communications with Independent Review Board Chair regarding same (.3); additional communications with Independent Review Board Chair regarding selection of investigator and process for on-boarding of new investigator (.3); communication with new investigator to explain process and provide information and key documents (.8); communication with Chancery representative regarding same (.3). | 2.10 hrs. | 250 /hr | 525.00 |
| 03/24/2026 | LFQ | (Independent Review Board) Communication with Chancery representative regarding recent developments and matter being investigated (.3); communication with Interim Director of Communications regarding same (.5); communication with Independent Review Board Chair regarding same (.5); review Court filings regarding old claims to report same to law enforcement (.6); communication with Erie County DA's office regarding different allegation (.6); communication with Cattaraugus County DA's office regarding different matter (.4); work on memorandum for next Independent Review Board meeting (.8). | 3.70 hrs. | 250 /hr | 925.00 |
| 03/24/2026 | JRM | (Misc) Draft memorandum for recently received proof of claim and meet with Lawlor F. Quinlan III regarding same. | 0.50 hrs. | 100 /hr | 50.00 |
| 03/25/2026 | LFQ | (Independent Review Board) Communication with attorney for person making claim (.1); communication with | 0.90 hrs. | 250 /hr | 225.00 |

representative regarding bankruptcy proceedings (.2); communication with Independent Review Board Chair regarding investigator (.3); communication with DA's office regarding reporting recent allegation of abuse that allegedly occurred several decades ago (.3).

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/26/2026 | LFQ | (Independent Review Board) Communications with Independent Review Board Chair regarding matters to be discussed at next IRB meeting (.3); communication with investigator regarding assisting with investigation (.2); communication with Chancery representative regarding complying with policies (.4); communications with Independent Review Board Chair regarding same (.2). | 1.10 hrs. | 250 /hr | 275.00 |
| 03/30/2026 | LFQ | (Misc) Communication with Chancery representative regarding recent allegations (.3); research regarding same (.3). | 0.60 hrs. | 250 /hr | 150.00 |
| 03/31/2026 | LFQ | (Independent Review Board) Communications with investigator (.1); communication with Independent Review Board Chair regarding issues for next IRB meeting (.4). | 0.50 hrs. | 250 /hr | 125.00 |
| | | Total fees for this matter | | | $6,730.00 |

**BILLING SUMMARY**

| Name | Role | Hours | Rate | Amount |
|---|---|---|---|---|
| Quinlan, Lawlor F. III | Partner | 24.80 hrs | 250 /hr | 6,200.00 |
| Miller, Jake R | Legal Assistant | 5.30 hrs | 100 /hr | 530.00 |
| TOTAL FEES | | 30.10 hrs | | $6,730.00 |
| TOTAL CHARGES FOR THIS BILL | | | | $6,730.00 |

# CONNORS LLP
## 1000 Liberty Building
## Buffalo, NY 14202
## TAX ID NO. 16-1282035

April 17, 2026

| | | |
|---|---|---|
| Invoice# | 45373 | RDW |
| Our file# | 002700 | 00040 |
| Billing through | | 03/31/2026 |

DIOCESE OF BUFFALO
795 Main Street
Buffalo, NY 14203

NYSAG SUBPOENA

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 03/01/2026 | LFQ | Communications with Kinsale auditor. | 0.30 hrs. | 250 /hr | 75.00 |
| 03/03/2026 | LFQ | Communication with Jones Day attorneys regarding Kinsale audit (.3); review request for information from auditors (.1); respond to same (.2). | 0.60 hrs. | 250 /hr | 150.00 |
| 03/05/2026 | LFQ | Review document from auditors (.2); verify accuracy of same as requested (.6); prepare response to same (.3); several communications with auditors (.5); communication with Victims Assistance Coordinator regarding audit (.2). | 1.80 hrs. | 250 /hr | 450.00 |
| 03/13/2026 | LFQ | Review draft audit report (2.6); conference call with client and Jones Day attorneys regarding same (1.0); communication with auditors regarding new request (.6); communication with client and Jones Day attorneys regarding same (.3). | 4.50 hrs. | 250 /hr | 1,125.00 |
| 03/14/2026 | LFQ | Communication with Jones Day attorney regarding strategy. | 0.20 hrs. | 250 /hr | 50.00 |
| 03/30/2026 | LFQ | Review request for information from Jones Day regarding issues relevant to Kinsale Audit (.1); review files to answer same (.5); prepare responses to questions (.5). | 1.10 hrs. | 250 /hr | 275.00 |
| | | Total fees for this matter | | | $2,125.00 |

**BILLING SUMMARY**

| Quinlan, Lawlor F. III | Partner | 8.50 hrs | 250 /hr | 2,125.00 |
|---|---|---|---|---|
| TOTAL FEES | | 8.50 hrs | | $2,125.00 |

TOTAL CHARGES FOR THIS BILL                                          $2,125.00

# CONNORS LLP
1000 Liberty Building
Buffalo, NY 14202
TAX ID NO. 16-1282035

April 17, 2026

| | | |
|---|---|---|
| Invoice# | 45374 | RDW |
| Our file# | 002700 | 00046 |
| Billing through | | 03/31/2026 |

DIOCESE OF BUFFALO
795 Main Street
Buffalo, NY 14203

CHILD VICTIMS ACT

<u>PROFESSIONAL SERVICES</u>

| Date | Init. | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/02/2026 | RDW | Telephone conference with counsel for other diocese regarding settlement issues concerning CVA actions and non-monetary commitments (.4); email to counsel regarding process for formally discontinuing CVA actions upon bankruptcy resolution (.2); detailed review of non-monetary settlement obligations from other diocesan settlement for possible applicability (3.8). | 4.40 hrs. | 250 /hr | 1,100.00 |
| 03/03/2026 | RDW | Review Court's decision regarding third-party releases (.4); internal communications regarding same (.2); review consent motion for relief from stay for discovery in CVA case (.4); review file regarding same and underlying action (.5); email with co-counsel regarding same (.2); review non-monetary commitments from other diocesan settlement (1.8); prepare detailed internal communication regarding same (.7); review file regarding possible impact of non-monetary commitments in our matter (2.8). | 7.00 hrs. | 250 /hr | 1,750.00 |
| 03/03/2026 | TMC | Review the decision of Judge Bucki holding that the claimants must affirmatively opt in to release third-party claims (.3); | 0.50 hrs. | 250 /hr | 125.00 |

discussion with Randall D. White regarding the affect on our Diocese (.2).

| Date | | Description | Hours | | Rate | | Amount |
|---|---|---|---|---|---|---|---|
| 03/04/2026 | RDW | Review email from counsel for other diocese regarding method of discontinuing CVA actions upon finalization of bankruptcy settlement (.4); email to co-counsel in CVA action regarding same (.2); detailed review of proceedings in other diocesan bankruptcy regarding non-monetary commitments (2.7); review file for analysis of applicability of those commitments to our bankruptcy proceeding (1.3). | 4.60 | hrs. | 250 | /hr | 1,150.00 |
| 03/05/2026 | RDW | Detailed review of non-monetary commitments and their status in other diocesan bankruptcy settlements for possible applicability (4.6); email with counsel for other diocese regarding same (.2). | 4.80 | hrs. | 250 | /hr | 1,200.00 |
| 03/06/2026 | RDW | Detailed review of file to determine applicability of other diocese's non-monetary commitments to a settlement, including further possible document review and production (5.4); prepare internal communication regarding same (.9); review emails with Diocese regarding topic of non-monetary commitments (.2). | 6.50 | hrs. | 250 | /hr | 1,625.00 |
| 03/07/2026 | RDW | Review order and stipulation staying 17 CVA test cases. | 0.20 | hrs. | 250 | /hr | 50.00 |
| 03/12/2026 | RDW | Prepare for and participate in call with other New York diocesean counsel regarding developments in CVA litigation. | 1.20 | hrs. | 250 | /hr | 300.00 |
| 03/13/2026 | RDW | Prepare detailed email to Diocese and BSK forwarding documents received from insurer (.7); telephone conference with counsel for other diocese regarding non-monetary | 5.30 | hrs. | 250 | /hr | 1,325.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | settlement obligations (.4); detailed review of status of non-monetary obligations in other diocesean bankruptcy (3.7); prepare email regarding non-monetary settlement obligations to counsel for other diocese (.5). |  |  |  |
| 03/14/2026 | RDW | Review of non-monetary commitment obligations and their status in other diocesean bankruptcy settlements (1.6); prepare email to counsel for other diocese regarding same (.4). | 2.00 hrs. | 250 /hr | 500.00 |
| 03/16/2026 | RDW | Review motions for reconsideration of opt-in decision (.8); draft email regarding possible non-monetary commitments (.7); review email from counsel for other diocese regarding same (.1); internal communications regarding same (.3). | 1.90 hrs. | 250 /hr | 475.00 |
| 03/17/2026 | RDW | Review of non-monetary commitments from other diocesean bankruptcy settlements (.1); emails with counsel for other diocese (.2); internal communications regarding same(.2). | 0.50 hrs. | 250 /hr | 125.00 |
| 03/18/2026 | RDW | Review file regarding inquiry about past allegations (.5); provide responsive information to Lawlor F. Quinlan III (.1); review emails regarding potential non-monetary obligations in settlement agreement.(.4). | 1.00 hrs. | 250 /hr | 250.00 |
| 03/23/2026 | RDW | Telephone conference with co-defense counsel regarding status of 17 CVA test cases. | 0.40 hrs. | 250 /hr | 100.00 |
| 03/26/2026 | RDW | Review oppositions to motions for reconsideration of opt-in decision (.5); internal communications regarding same (.2). | 0.70 hrs. | 250 /hr | 175.00 |

DIOCESE OF BUFFALO                                Invoice#    45374                Page  4

| 03/26/2026 | TMC | Review opposition to the motion for reconsideration of the opt-in decision (.1); review of objection filed by the US Trustee (.1); conference with Randall D. White (.2). | 0.40 hrs. | 250 /hr | 100.00 |

|  |  | Total fees for this matter |  |  | $10,350.00 |

DISBURSEMENTS

| 03/16/2026 | FEBRUARY 2026 - HOST MONTHLY DATA STORAGE/ACTIVE HOSTING/USER ACCESS |  | 343.77 |
| 03/31/2026 | FEDERAL EXPRESS |  | 79.13 |
|  | Total disbursements for this matter |  | $422.90 |

**BILLING SUMMARY**

| Connors, Terrence M. | Partner | 0.90 hrs | 250 /hr | 225.00 |
| White, Randall D. | Partner | 40.50 hrs | 250 /hr | 10,125.00 |
| TOTAL FEES |  | 41.40 hrs |  | $10,350.00 |

TOTAL DISBURSEMENTS                                                   $422.90

TOTAL CHARGES FOR THIS BILL                                       $10,772.90