# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re:

    The Diocese of Buffalo, N.Y.

             Debtor(s)

Case No.: 1–20–10322–CLB
Chapter: 11

Tax ID: 16–0743984

## TRANSMITTAL OF NOTICE OF APPEAL PURSUANT TO BANKRUPTCY RULE 8003(d)(1)

**TO: Andrew W. Moeller, Clerk of Court, U.S. District Court for the Western District of New York**

Pursuant to Bankruptcy Rule 8003(d)(1), the Clerk of the Bankruptcy Court hereby transmits the following with respect to an appeal in the above–captioned proceeding:

[ X ]   Notice of Appeal filed by: Official Committee of Unsecured Creditors; **Bktcy Dkt# 4722**

[ X ]   Order being Appealed: Decision and Order entered 2/27/2026 **Bktcy Dkt# 4616** and Decision and Order entered April 3, 2026 **Bktcy Dkt# 4694**;

[   ]   Motion for Leave to Appeal filed by: ;

[   ]   Cross Appeal filed by: ; .

[   ]   Statement of Issues Presented on Cross Appeal: ; .

[ X ]   Names and addresses of Appellant and Appellee:

    <u>Appellant:</u>                 <u>Appellee:</u>
    Official Committee of Unsecured     N/A
    Creditors
    c/o Ilan D Scharf, Esq.
    Pachulski Stang Ziehl & Jones LLP
    1700 Broadway
    Ste 36th Floor
    New York, NY 10019

[ X ]   Related Appeal: The Diocese of Buffalo, N.Y. is an additional appellant and filed its own Notice of Appeal on April 17, 2026 at **Bktcy Dkt# 4723**. There are also pending appeals in this Bankruptcy case but not related to the current appeal: 25-cv-535-MAV (consolidated with 25-cv-538-MAV).

    Please provide the Clerk of the Bankruptcy Court with the civil case number and name of presiding Judge for this appeal, for inclusion on the Bankruptcy Court Docket.

Date: _April 22, 2026_           _Lisa B Beaser_

                                   Lisa Bertino Beaser
                                   Clerk of Court