BANKRUPTCY COURT WESTERN DISTRICT NEW YORK

AB 714 Doe/John R. Quain, Pro se

vs.

Stella Niagara Education Park et al.
Dioceses of Buffalo

Case No.: Number 20-10322-CLB

Chapter 11

## MOTION TO REMEDY CONTINUING PROCEDURAL PREJUDICE

Jurisdiction arises under 28 U.S.C s157,1334

This motion concerns the Courts authority to ensure docket accuracy and remedy prejudice resulting from attorney withdrawal or non-performance.

Having the duty to avoid structural prejudice to a former client is a lawyer's duty. Too prevent continuing prejudice caused by their procedural act or omission survives withdrawal. They must assist until the prejudice is removed.

Movant notes that former counsel retains a continuing duty to correct any misstatements or generic factual representations previously made to the Court, including descriptions of conditions or maladies that do not apply. Movant respectfully provides former counsel the opportunity to address and correct the record before the Court considers the matter directly.

The Movant requests the Court consider convening an expedited sua sponte status conference to address the twenty-three-month ex parte period and Attorney's Jeff Anderson and Steven Boyds' et al. efforts to correct the record.

PLEADING TITLE - 1

F I L E D

APR 23 2026

BANKRUPTCY COURT
BUFFALO, N.Y.

The movant does not seek sanctions, discipline, or bar-rule enforcement only procedural correction of the record.

**Corrected Violation of Procedure:**

After counsels' refusal to act on the inclusion of the Sisters of Francis an Independent Order under the Bankruptcy Stay Order while the similarly organized departing Carmelite nuns were not subject to the Stay was a point of contention with counsel which resulted in an unintended violation of procedure. Ironically, it was the six years of Catholic indoctrination while living with the Sisters that compelled Quain to reach out to the Sisters and try to resolve the matter in a less contentious more Christian manner, this was how he had been taught it was an obligation. The offer was made in good faith. Counsel for the Sisters rebuffed the offer and demanded all future communications be through her, her demand was complied with.

Subsequently the Sister of Saint Francis were not included in the diocesans' participating parties.

A Proof of Service will be filed separately. The following parties were served by First Class on 4/20/2026

Jeff Anderson & Assoc. 366 Jackson St, Saint Pual, Minn. 55101

Steven Boyd 2969 Main St. Buffalo N.Y. 14214

_____ 4/20/2026

AB714 Doe/John R. Quain Pro se

PLEADING TITLE - 2