# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK

In re:

AB714 Doe/John R. Quain

*Debtor. Stella Niagara Cadet School et al.*

*The Dioceses of Buffalo*

Case No. 20-10322-CLB

Chapter 11

## PROOF OF SERVICE BY MAIL

I, John R, Quain _____, declare under penalty of perjury under the laws of the United States that on April 21 _____, 20 26 ____, I served a true and correct copy of the following document(s):

Motion to Remedy Continuing Procedural Prejudice

by placing a true copy thereof in a sealed envelope with postage fully prepaid in the United States Mail at Highland Ca. 92346 _____ [city, state], addressed to the following:

**1.**
Name: Clerk of Court /Judge Bucki
Address: 2 Niagara Square
City, State, ZIP: Buffalo N. Y,14202

**2.**
Name: Jeff Anderson
Address: 366 Jackson St. ste.100
City, State, ZIP: St. Paul Minn. 55101

**3.**
Name: Steven Boyd
Address: 2969 Main St. Ste.100
City, State, ZIP: Buffalo N.Y. 14214

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

John R. Quain

Date 4/21/2026



FILED

APR 2 4 2026

BANKRUPTCY COURT
BUFFALO, N.Y.