

One Lincoln Center | Syracuse, NY 13202-1355 | bsk.com
600 Third Avenue | New York, NY 10016-1915 | bsk.com

STEPHEN A. DONATO, ESQ.
donatos@bsk.com

Syracuse
P: 315.218.8336
F: 315.218.8436

New York
P: 646.253.2351
F: 646.253.2301

May 1, 2026

**VIA ELECTRONIC FILING**

Hon. Carl L. Bucki
United States Bankruptcy Court
Western District of New York
Robert H. Jackston U.S. Courthouse
2 Niagara Square
Buffalo, New York 14202

Re:  *In re The Diocese of Buffalo, N.Y. Chapter 11 Case No. 20-10322*
*Request for Extension of Deadline for Suggestions Regarding Pre-Packaged*
*Bankruptcy Filings*

Dear Judge Bucki:

We write on behalf of The Diocese of Buffalo, N.Y. (the "<u>Diocese</u>") and the Official Committee of Unsecured Creditors (the "<u>Committee</u>") to jointly and respectfully request an extension of the deadline for parties to submit suggestions regarding the proposed case management order for pre-packaged bankruptcy filings by parishes or other affiliated entities.

In its Decision and Order dated April 3, 2026 [Docket No. 4694], the Court denied the motions for reconsideration of its February 27, 2026 decision and, among other things, invited parties with an interest in this case to submit suggestions for a case management order that will apply to pre-packaged bankruptcy filings by parishes or other affiliated entities by May 1, 2026.  The Court also extended the deadline for the Diocese to file an amended disclosure statement and plan to June 1, 2026.

The Diocese and the Committee jointly and respectfully request that the Court extend the deadline to submit suggestions regarding the case management order for pre-packaged bankruptcy filings from May 1, 2026 to June 1, 2026.  The issues involved in establishing guidelines for pre-packaged bankruptcy filings by parishes and affiliated entities are closely intertwined with the amended disclosure statement and plan that the Court has directed to be filed by June 1, 2026.

23463356.v2

Accordingly, the Diocese and the Committee believe that meaningful suggestions regarding the case management order can best be provided once the amended disclosure statement and plan have been finalized and filed. Aligning the deadline for suggestions regarding pre-packaged filings with the plan filing deadline will promote efficiency and ensure that the Court receives fully informed input from the parties.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Stephen A. Donato

/s/ Ilan Scharf

Stephen A. Donato, Esq.
Counsel to The Diocese of Buffalo, N.Y.

Ilan Scharf, Esq.
Counsel to the Official Committee of
Unsecured Creditors

SAD/ta

cc:     All parties in interest (via CM/ECF)