# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK

In re:
_Diocese of Buffalo/Stella Niagara Cadet
School_____

      *Debtor(s).*

Case No. _20-10322-CLB_____
Chapter __11_____

## PROOF OF SERVICE BY MAIL

I, _John R, Quain_____, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

On 4/28/2026, I served true and correct copies of <u>remedy for procedural</u> defects by placing them in a sealed envelope(s) with first-class postage prepaid, addressed to the parties listed below, and depositing said envelope(s) in the United States mail _Highland ca.
92346_____ (city, state).

### PERSONS/ENTITIES SERVED:

| Name and Address of Party* | Method of Service |
|---|---|
| Judge Bucki<br>2 Niagara Square<br>Buffalo, N.Y. 14202 | First class mail |
| Jeff Anderson<br>366 Jackson St.<br>St. Paul, Minn. 55101 | First class mail |
| Steven Boyd<br>2969 Main St.<br>Buffalo, N.Y. 14214 | First Class Mail |
| | |

I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature

_John Quain_____
Printed Name

_3094 Small Cyn Dr._____
Address

_Highland ca 92346_____
City, State, ZIP Code

_805 440 1213_____
Telephone Number

Dated: _4/28/2026_____

