**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In re:

THE DIOCESE OF BUFFALO, N.Y.,

Case No. 20-10322 CLB
Chapter 11 Case

Debtor.

### THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
### DESIGNATION OF THE RECORD ON APPEAL
### AND STATEMENT OF ISSUES ON APPEAL

Appellant the Official Committee of Unsecured Creditors (the "Committee" or "Appellant"), pursuant to Bankruptcy Rule 8009, hereby (i) designates the following items to be included in the record on appeal from the Bankruptcy Court's (1) Decision and Order Denying Motions to Reconsider, Granting Motion for Request for Certification of Direct Appeal entered April 3, 2026 [Dkt. No. 4694] (the "Reconsideration Decision and Order"), and (2) Decision and Order entered February 27, 2026 [Dkt. No. 4616] (the "Opt-In Decision and Order" and, together with the Reconsideration Decision and Order, the "Decisions and Orders"), (ii) submits its statements of issues to be presented on appeal from the aforementioned Decisions and Orders, and (iii) certifies that it is not ordering transcripts of hearings as transcripts of relevant hearings have been docketed in this case.

### DESIGNATION OF RECORD ON APPEAL

| Docket Entries from the Bankruptcy Case, No. 20-10322 CLB | | | |
|---|---|---|---|
| **Designation No.** | **Filing Date** | **Docket No.** | **Title** |
| 1 | 2/28/2020 | 7 | Affidavit of Charles Mendolera Regarding the Diocese's Assets and Operations and in Support of the Chapter 11 Petition and First Day Pleadings. |
| 2 | 2/28/2020 | 8 | Affidavit of Rev. Peter J. Karalus Regarding Structure and Pre-Filing History of the Diocese of Buffalo and |

Case 1-20-10322-CLB,   Doc 4767,   Filed 05/01/26,   Entered 05/01/26 15:18:00,
Description: Main Document , Page 1 of 10

| | Docket Entries from the Bankruptcy Case, No. 20-10322 CLB | | |
|---|---|---|---|
| **Designation No.** | **Filing Date** | **Docket No.** | **Title** |
| | | | in Support of the Chapter 11 Petition and First Day Pleadings. |
| 3 | 10/1/2025 | 4221 | Chapter 11 Plan of Reorganization filed on behalf of Creditor Committee Official Committee of Unsecured Creditors, Debtor The Diocese of Buffalo, N.Y. |
| 4 | 10/1/2025 | 4222 | Chapter 11 Disclosure Statement filed on behalf of Debtor The Diocese of Buffalo, N.Y. |
| 5 | 11/7/2025 | 4343 | Motion for Entry of Orders (A)(I) Approving the Forms of Ballots and Establishing Procedures for Voting on Joint Plan of Reorganization and Consenting to Third-Party Releases; (II) Approving Solicitation Packages and Distribution Procedures; and (III) Scheduling a Hearing to Consider Approval of the Disclosure Statement; (B)(I) Approving Disclosure Statement; (II) Establishing Certain Deadlines in Connection With Approval of the Disclosure Statement and Confirmation of Joint Plan; and (III) Approving the Form, Manner, and Scope of Confirmation Notices; and (C) Granting Related Relief filed on behalf of Debtor The Diocese of Buffalo, N.Y. |
| 6 | 11/17/2025 | 4362 | Letter regarding scheduling issues filed by A.U.S.T. |
| 7 | 12/2/2025 | 4396 | Order Setting Briefing Schedule for Solicitation Procedures Motion |
| 8 | 12/10/2025 | 4410 | Memorandum of Law in Further Support of the Proposed Forms of Ballots and Procedures for Voting on Joint Plan of Reorganization and Consenting to Third-Party Releases filed on behalf of Debtor The Diocese of Buffalo, N.Y. |
| 9 | 12/10/2025 | 4411 | Response to Statement Of The Official Committee Of Unsecured Creditors In Support Of Motion For Entry Of Orders: (A)(I) Approving The Forms |

Case 1-20-10322-CLB,    Doc 4767,    Filed 05/01/26,    Entered 05/01/26 15:18:00,
Description: Main Document  , Page 2 of 10

| Designation No. | Filing Date | Docket No. | Title |
|---|---|---|---|
| | | | Of Ballots And Establishing Procedures For Voting On Joint Plan Of Reorganization And Consenting To Third-Party Releases; (II) Approving Solicitation Packages And Distribution Procedures; And (Iii) Scheduling A Hearing To Consider Approval Of The Disclosure Statement; (B)(I) Approving Disclosure Statement; (II) Establishing Certain Deadlines In Connection With Approval Of The Disclosure Statement And Confirmation Of Joint Plan; And (III) Approving The Form, Manner, And Scope Of Confirmation Notices; And (C) Granting Related Relief filed on behalf of Creditor Committee Official Committee of Unsecured Creditors |
| 10 | 12/10/2025 | 4412 | Declaration Of Karen B. Dine In Support Of Statement Of The Official Committee Of Unsecured Creditors In Support Of Solicitation Motion filed on behalf of Creditor Committee Official Committee of Unsecured Creditors |
| 11 | 12/30/2025 | 4482 | Objection to Motion and response to Debtor's Memorandum [Doc. No. 4410] and Committee's Statement [Doc. No. 4411]. The United States Trustees Objection to the Debtors Motion for Entry of Orders (A)(I) Approving the Forms of Ballots and Establishing Procedures for Voting on Joint Plan Of Reorganization and Consenting to Third-Party Releases; (II) Approving Solicitation Packages and Distribution Procedures; and (III) Scheduling a Hearing to Consider Approval of the Disclosure Statement; (B)(I) Approving Disclosure Statement; (II) Establishing Certain Deadlines in Connection With Approval of the Disclosure Statement and Confirmation of Joint Plan; and (III) Approving the Form, Manner, and |

| Docket Entries from the Bankruptcy Case, No. 20-10322 CLB | | | |
|---|---|---|---|
| **Designation No.** | **Filing Date** | **Docket No.** | **Title** |
| | | | Scope of Confirmation Notices; and (C) Granting Related Relief filed on behalf of Assistant U.S. Trustee Joseph W. Allen |
| 12 | 1/6/2026 | 4500 | Reply of The Official Committee of Unsecured Creditors in Further Support of Motion for Entry of Orders: (A)(I) Approving the Forms of Ballots and Establishing Procedures for Voting on Joint Plan of Reorganization and Consenting to Third-Party Releases; (II) Approving Solicitation Packages and Distribution Procedures; and (III) Scheduling a Hearing to Consider Approval of the Disclosure Statement; (B)(I) Approving Disclosure Statement; (II) Establishing Certain Deadlines in Connection With Approval of the Disclosure Statement and Confirmation of Joint Plan; and (III) Approving the Form, Manner, and Scope of Confirmation Notices; and (C) Granting Related Relief filed on behalf of Creditor Committee Official Committee of Unsecured Creditors |
| 13 | 1/6/2026 | 4501 | Reply Memorandum of Law in Further Support of the Proposed Forms of Ballots and Procedures for Voting on Joint Plan of Reorganization and Consenting to Third-Party Releases filed on behalf of Debtor The Diocese of Buffalo, N.Y. |
| 14 | 1/6/2026 | 4502 | Notice of Filing of Exhibit A to the Joint Chapter 11 Plan of Reorganization for the Diocese of Buffalo, N.Y. |
| 15 | 1/8/2026 | 4509 | Joinder Motion for Entry of Orders (A)(I) Approving the Forms of Ballots and Establishing Procedures for Voting on Joint Plan of Reorganization and Consenting to Third-Party Releases; (II) Approving Solicitation Packages and Distribution Procedures; and (III) Scheduling a Hearing to Consider |

Case 1-20-10322-CLB, Doc 4767, Filed 05/01/26, Entered 05/01/26 15:18:00, Description: Main Document , Page 4 of 10

| Docket Entries from the Bankruptcy Case, No. 20-10322 CLB | | | |
|---|---|---|---|
| Designation No. | Filing Date | Docket No. | Title |
| | | | Approval of the Disclosure Statement; (B)(I) Approving Disclosure Statement; (II) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of Joint Plan; and (III) Approving the Form, Manner, and Scope of Confirmation Notices; and (C) Granting Related Relief filed on behalf of Notice of Appearance Creditors BL 1 DOE, Madonna Bishop, et al, Creditors Madonna Bishop, et al, John Doe |
| 16 | 1/8/2026 | 4510 | Joinder Motion for Entry of Orders (A)(I) Approving the Forms of Ballots and Establishing Procedures for Voting on Joint Plan of Reorganization and Consenting to Third-Party Releases; (II) Approving Solicitation Packages and Distribution Procedures; and (III) Scheduling a Hearing to Consider Approval of the Disclosure Statement; (B)(I) Approving Disclosure Statement; (II) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of Joint Plan; and (III) Approving the Form, Manner, and Scope of Confirmation Notices; and (C) Granting Related Relief filed on behalf of Creditor Personal Injury Claimant |
| 17 | 1/8/2026 | 4511 | Joinder Motion for Entry of Orders (A)(I) Approving the Forms of Ballots and Establishing Procedures for Voting on Joint Plan of Reorganization and Consenting to Third-Party Releases; (II) Approving Solicitation Packages and Distribution Procedures; and (III) Scheduling a Hearing to Consider Approval of the Disclosure Statement (B)(I) Approving Disclosure Statement; (II) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation |

Case 1-20-10322-CLB,   Doc 4767,   Filed 05/01/26,   Entered 05/01/26 15:18:00, Description: Main Document  , Page 5 of 10

| | | Docket Entries from the Bankruptcy Case, No. 20-10322 CLB | |
|---|---|---|---|
| **Designation No.** | **Filing Date** | **Docket No.** | **Title** |
| | | | of Joint Plan; and (III) Approving the Form, Manner, and Scope of Confirmation Notices; and (C) Granting Related Relief filed on behalf of Creditor Certain Abuse Survivor Claimants |
| 18 | 1/9/2026 | 4517 | Text Order re: Hearing Held - Decision reserved |
| 19 | 1/13/2026 | 4520 | Transcript regarding Hearing Held 12/11/2025 RE: Various Motions |
| 20 | 1/23/2026 | 4551 | Transcript regarding Hearing Held 01/09/2026 RE: Motion to Approve Form of Ballots and Establishing Procedures |
| 21 | 1/23/2026 | 4552 | Declaration re: Expert Report of Dr. David Heffler filed on behalf of Creditor Committee Official Committee of Unsecured Creditors |
| 22 | 2/13/2026 | 4593 | United States Trustee's Response to Expert Report of Dr. David Heffler filed on behalf of Assistant U.S. Trustee Joseph W. Allen |
| 23 | 2/27/2026 | 4616 | Decision and Order |
| 24 | 3/13/2026 | 4651 | Motion to Reconsider Motion Of The Official Committee Of Unsecured Creditors For Reconsideration Of The Courts Decision Regarding Opt-Out Voting, Or, In The Alternative, (A) Certification To Appeal The Decision Directly To The Second Circuit Court Of Appeals, And/Or (B) Adoption Of The Proposed Procedures For Rapid Prepackaged Chapter 11 Cases filed on behalf of Creditor Committee Official Committee of Unsecured Creditors |
| 25 | 3/13/2026 | 4652 | Notice of Hearing re Motion Of The Official Committee Of Unsecured Creditors For Reconsideration Of The Courts Decision Regarding Opt-Out Voting, Or, In The Alternative, (A) Certification To Appeal The Decision Directly To The Second Circuit Court Of Appeals, And/Or (B) Adoption Of |

Case 1-20-10322-CLB, Doc 4767, Filed 05/01/26, Entered 05/01/26 15:18:00, Description: Main Document , Page 6 of 10

| Docket Entries from the Bankruptcy Case, No. 20-10322 CLB | | | |
|---|---|---|---|
| **Designation No.** | **Filing Date** | **Docket No.** | **Title** |
|  |  |  | The Proposed Procedures For Rapid Prepackaged Chapter 11 Cases filed on behalf of Creditor Committee Official Committee of Unsecured Creditors |
| 26 | 3/13/2026 | 4654 | Motion to Reconsider filed on behalf of Debtor The Diocese of Buffalo, N.Y. |
| 27 | 3/13/2026 | 4655 | Amended Motion filed on behalf of Debtor The Diocese of Buffalo, N.Y. |
| 28 | 3/13/2026 | 4657 | Motion of the Official Committee of Unsecured Creditors for Reconsideration of the Courts Decision Regarding Opt-Out Voting, or, In The Alternative, (A) Certification To Appeal the Decision Directly to the Second Circuit Court of Appeals, and/or (B) Adoption of the Proposed Procedures for Rapid Prepackaged Chapter 11 Cases filed on behalf of Creditor Committee Official Committee of Unsecured Creditors |
| 29 | 3/23/2026 | 4670 | Response to Motion to Reconsider filed on behalf of Interested Party Jane Hacic Keller |
| 30 | 3/25/2026 | 4673 | United States Trustee's Objection to Motions for Reconsideration filed by The Diocese of Buffalo, N.Y. and the Official Committee of Unsecured Creditors of The Diocese of Buffalo, N.Y. filed on behalf of Assistant U.S. Trustee Joseph W. Allen |
| 31 | 3/25/2026 | 4676 | Objection to Motions for Reconsideration filed by The Diocese of Buffalo, N.Y. and the Official Committee of Unsecured Creditors of The Diocese of Buffalo, N.Y. filed on behalf of Attorney Lipsitz Green Scime Cambria LLP |
| 32 | 3/26/2026 | 4683 | Text Order re: Hearing Held - Decision reserved; extension of time for submission of amended disclosure statement and plan granted - due by June 1, 2026 |

| Docket Entries from the Bankruptcy Case, No. 20-10322 CLB | | | |
|---|---|---|---|
| **Designation No.** | **Filing Date** | **Docket No.** | **Title** |
| 33 | 4/3/2026 | 4694 | Decision and Order Denying Motions to Reconsider, Granting Motion for Request for Certification of Direct Appeal |
| 34 | 4/7/2026 | 4702 | Transcript regarding Hearing Held 03/26/2026 RE: Motions to Reconsider |
| 35 | 4/17/2026 | 4722 | Committee's Notice of Appeal |
| 36 | 4/17/2026 | 4723 | Diocese's Notice of Appeal |
| 37 | 4/22/2026 | 4735-37 | Service of Notices of Appeal |
| 38 | 4/22/2026 | 4738-39 | Transmittal of Notices of Appeal |
| 39 | 4/23/2026 | 4742-43 | Notices of Docketing Notice of Appeal |
| 40 | 12/7/2020 | 95 (Adversary Proceeding Docket – AP No. 20-1016 CLB) | Revised Decision & Order |

## STATEMENT OF ISSUES ON APPEAL

Appellant, pursuant to Bankruptcy Rule 8009, hereby submits its statement of issues to be presented on appeal from the Decisions and Orders.

1. May a Bankruptcy Court determine that a release in favor of a non-debtor provided for in a plan of reorganization pursuant to Chapter 11 of the Bankruptcy Code is consensual, as contemplated by the Supreme Court in *Harrington v. Purdue Pharma, L.P.*, 603 U.S. 204 (2024), where notice of such release is provided to the releasing creditor, such creditor is provided an opportunity to opt-out of such release and such releasing creditor does not exercise the right to opt-out of granting such release.

2. Did the Bankruptcy Court err in determining that a reorganization plan in Chapter 11 can release claims against third parties only where creditors affirmatively "opt-in" to such releases, and that an opportunity to "opt-out" of a settlement cannot suffice to establish consent to such a release?

3. Did the Bankruptcy Court err by determining that, in order for the third-party releases

Case 1-20-10322-CLB, Doc 4767, Filed 05/01/26, Entered 05/01/26 15:18:00, Description: Main Document , Page 8 of 10

(the "Third-Party Releases") proposed in in the Joint Chapter 11 Plan of Reorganization for the Diocese of Buffalo, N.Y. (the "Joint Plan of Reorganization" [Dkt. No. 4221]) to be consensual, the survivors of childhood sexual abuse who filed proofs of claim in the Diocese's bankruptcy case (the "Releasing Claimants") must be required to affirmatively opt-in to grant the Third-Party Releases?

4. Did the Bankruptcy Court err by determining that it must look exclusively to state law to address the question of whether the Third-Party Releases are consensual?

5. Did the Bankruptcy Court err by determining that the laws of the State of New York apply to determine whether each and every one of the Third-Party Releases are consensual?

6. Did the Bankruptcy Court err by determining that, under New York law, the Third-Party Releases are not consensual?

7. Did the Bankruptcy Court err by determining that, under New York law, silence cannot be consent to Third-Party Releases, where the Releasing Claimants will have received direct notice of the Third-Party Releases and will have been provided an opportunity to opt-out of granting those Third-Party Releases?

8. Did the Bankruptcy Court err by determining that, if federal common law applies to the question of whether the Third-Party Releases are consensual, those proposed releases are not consensual?

9. Did the Bankruptcy Court err in denying the Diocese's Motion for Reconsideration of the Opt-In Decision and Order [Dkt. Nos. 4654, 4655]?

## CERTIFICATION PURSUANT TO BANKRUPTCY RULE 8009(B)

Appellant respectfully certifies that it is not ordering any transcripts, because the relevant hearing transcripts have already been transcribed and docketed at Doc. Nos. 4520, 4551, and 4702.

## RESERVATION OF RIGHTS

This designation of items for the Record on Appeal and designation of the statement of issues presented

on appeal are without waiver of any arguments on appeal and Appellant expressly reserves the right to modify, restate, or supplement the designations above to the fullest extent permitted by the Bankruptcy Code and Rules.

Dated:  May 1, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Ilan D. Scharf*

Ilan D. Scharf, Esq.
Karen B. Dine, Esq.
Jeffrey M. Dine, Esq.
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: (212) 561-7700
Email: ischarf@pszjlaw.com
      kdine@pszjlaw.com
      jdine@pszjlaw.com
*Attorneys for Appellant Official Committee*
*  of Creditors*

Case 1-20-10322-CLB,   Doc 4767,   Filed 05/01/26,   Entered 05/01/26 15:18:00,
Description: Main Document  , Page 10 of 10