UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | Case No. 20-10322 |
| The Diocese of Buffalo, N.Y., | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

## **NOTICE OF FILING**

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362], The Tucker Group LLC has filed the *Monthly Fee Statement of The Tucker Group LLC for Compensation for Services Rendered and Reimbursement of Expenses as Communications Consultant to The Diocese of Buffalo, N.Y. for the Period March 1, 2026 Through March 31, 2026*, a copy of which is attached hereto and hereby served upon you.

Dated: May 5, 2026　　　　　　　　　　THE TUCKER GROUP, LLC

By: _____*/s/ Gregory Tucker*_____
　　　　Gregory Tucker
　　　　1723 Park Avenue
　　　　Baltimore, Maryland 21217
　　　　Telephone: (410) 624-9536
　　　　Email: greg@tuckercomms.com

　　　　*Communications Consultant for*
　　　　*The Diocese of Buffalo, N.Y.*

23483899.v1

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | ) Case No. 20-10322 |
| The Diocese of Buffalo, N.Y., | ) |
|  | ) Chapter 11 |
| Debtor. | ) |
|  | ) |

**MONTHLY FEE STATEMENT OF THE TUCKER GROUP LLC
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COMMUNICATIONS
CONSULTANT TO THE DIOCESE OF BUFFALO, N.Y.
FOR THE PERIOD MARCH 1, 2026 THROUGH MARCH 31, 2026**

Name of Applicant: The Tucker Group LLC

Authorized to Provide
Professional Services to: The Diocese of Buffalo, N.Y, Debtor-In-Possession

Date of Retention: Order entered June 29, 2020 [Docket No. 420]
*Nunc Pro Tunc* to February 28, 2020

Period for which compensation
and reimbursement is sought: March 1, 2026 through March 31, 2026

Amount of compensation sought
as actual, reasonable and necessary: 80% of $9,500.00 ($7,600.00)

Amount of expense reimbursement sought
as actual, reasonable and necessary: $745.68

This is a: __X__ monthly ____ quarterly ____ final application

This is The Tucker Group LLC's sixty-ninth monthly fee statement in this case.



# *INVOICE*

Invoice: Diocese of Buffalo - MARCH2026-Invoice
Date: April 1, 2026
Federal ID Number: ███████

**Bill To:**

Mr. Albert Gress
Diocese of Buffalo
795 Main Street
Buffalo, New York 14203

| Description | Amount |
|---|---|
| March 2026 strategic & tactical communications services and support ($1000.00 additional due to processing error of the same anount in January). | $9,500.00 |
| <ul><li>Ongoing issues management</li><li>Coordination with legal counsel</li><li>Ongoing consultation with Bishop Fisher and senior staff</li><li>Editorial support for Bishop Fisher</li><li>Chapter 11 settlement communications</li><li>Media relations</li></ul> | |
| **TRAVEL EXPENSES (March 24-27, 2026):**<br>• Southwest Airlines:<br>• Hertz Car Rental<br>• Taxi<br>• Taxi | $436.81<br>$217.30<br>$56.58<br>$34.99 |
| **TOTAL EXPENSES:** | **$745.68** |
| **GRAND TOTAL:** | **$10,245.68** |

**Terms and Conditions:** Payable upon receipt within 15 business days.

*Payable by check to:*

**The Tucker Group LLC**
**1723 Park Avenue**
**Baltimore, MD 21217**

*Online Transfer:*

**The Tucker Group LLC**
**ACCOUNT No.** ███████
**ROUTING Number:** ███████

**www.tuckercomms.com**

# Uber

# Thanks for riding, GWT

We hope you enjoyed your ride this afternoon.

| Total | $34.99 |
|---|---|

| | |
|---|---|
| Trip fare | $25.24 |
| BWI Marshall Airport Surcharge | $3.50 |
| Booking Fee ❓ | $2.77 |
| City of Baltimore Surcharge | $0.25 |
| Fare Adjustment | $0.50 |
| Maryland Transportation Network Company Impact Fee | $0.75 |
| Priority Pickup | $1.98 |

## Payments

| VISA **Visa ••••5963** | $34.99 |
|---|---|
| 3/24/26 11:06 PM | |

## Trip details

Priority



## We're here to get you there.



Your Receipt

**VIEW RECEIPT**

|  | #01 RN | **RR** | **523417193** |
|---|---|---|---|
|  |  | RES | L51616705F0 |

**GREGORYW TUCKER**

**INITIAL CHARGES**

| RENT RT | $ 53.99/ DAY @ | 3/DAYS | $161.97 |
|---|---|---|---|
| **SUBTOTAL** | | | $161.97 |

**CHARGES ADDED DURING RENTAL**

| LDW | DECLINED |
|---|---|
| LIS | DECLINED |
| PAI, PEC | DECLINED |
| PREM RD SVC | DECLINED |

\* ADDITIONAL CHARGES

**SERVICE CHARGES/TAXES**

| CONCESSION FEE RECOVERY | 11.11% ON | $ 17.99 |
|---|---|---|
| TAX | 20.750% | TAXABLE 179.96 TTL OF $ | $ 37.34 |
| VOUCHER - 1 | | $-217.30 |

**TOTAL AMOUNT DUE**
PAID BY CARDHOLDER/VISA
**PAID BY VOUCHER**
**FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGEEXPLAINED**

| VEHICLE: | 01790/727433526NIS ROGUE AWD N |
|---|---|
| LICENSE: | NYMDH3057 |
| FUEL: | 100% OUT 100% IN |
| MILEAGE IN: 1946 | TR-X MILES: |
| MILEAGE OUT: 1909 | MILES ALLOWED: |
| MILES DRIVEN: 37 | MILES CHARGED: |
| CDP: | XXXXXXX |
| RENTED: | BUFFALO NIAGARA INTL AP |
| RENTAL: | 03/24/2616:20 |
| RETURN: | 03/27/2611:57 |
| RETURNED: | BUFFALO NIAGARA INTL AP |
| COMPLETED BY: | 4338NYBUF11 |
| PLAN IN: VCPD3 | RATE CLASS: B4 |

## MARCH 24 - MARCH 27

# BWI ✈ BUF

Baltimore to Buffalo

Confirmation #

## BPRGX9

Confirmation date:
03/03/2026

PASSENGER **Gregory Tucker**

RAPID
REWARDS # ███████████

TICKET # ███████████

EST. POINTS
EARNED 1,385

SEATS        Modify seat

BWI - BUF   10D -
            Preferred

BUF - BWI   07F -
            Preferred

Rapid Rewards° points are only estimations.

## Your itinerary

| Flight 1: | Tuesday, 03/24/2026 | Est. Travel Time: 1h 15m | Basic |
|---|---|---|---|
| FLIGHT #3345 | DEPARTS BWI 02:45PM Baltimore | ✈ | ARRIVES BUF 04:00PM Buffalo |

| Flight 2: | Friday, 03/27/2026 | Est. Travel Time: 1h 10m | Choice |
|---|---|---|---|
| FLIGHT #3490 | DEPARTS BUF 11:20AM Buffalo | ✈ | ARRIVES BWI 12:30PM Baltimore |

## Payment information

| Total cost | | Payment | |
|---|---|---|---|
| **Air - BPRGX9** | | March 3, 2026 | |
| Base Fare | $ 327.45 | **Payment Amount** | **$382.81** |
| U.S. Transportation Tax | $ 24.56 | Visa ending in **5963** | |
| U.S. 9/11 Security Fee | $ 11.20 | March 3, 2026 | |
| U.S. Flight Segment Tax | $ 10.60 | **Payment Amount** Visa ending in **5963** | **$28.00** |
| U.S. Passenger Facility Chg | $ 9.00 | March 3, 2026 | |
| Preferred seat | $ 54.00 | **Payment Amount** Visa ending in **5963** | **$26.00** |
| ×2 | | | |
| Total | $436.81 | | |



## BWI TAXI # 90



Let BWI TAXI # 90 know how your experience was

# $56.58

| | |
|---|---|
| **Custom Amount × 1** | **$47.15** |
| Purchase Subtotal | $47.15 |
| Tip | $9.43 |
| Total | **$56.58** |