UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 20-10322 |
| The Diocese of Buffalo, N.Y., | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I, Christopher Chiu, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

On April 27, 2026, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Diocese of Buffalo, N.Y. for the Period November 1, 2025 Through November 30, 2025** (Docket No. 4754)

Dated: May 5, 2026

*/s/ Christopher Chiu*
Christopher Chiu
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(855) 292-7696

# Exhibit A



| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JOSEPH W. ALLEN & JILL ZUBLER | OLYMPIC TOWERS | 300 PEARL STREET, SUITE 401 | | BUFFALO | NY | 14202 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O GLEICHENHAUS, MARCHESE & WEISHAAR, PC | ATTN: SCOTT J. BOGUCKI | 43 COURT STREET | SUITE 930 | BUFFALO | NY | 14202-3100 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI, STANG, ZIEHL & JONES LLP | ATTN: J STANG, I SCHARF, S GOLDEN, B MICHAEL | 1700 BROADWAY | FL 36 | NEW YORK | NY | 10019-5975 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI, STANG, ZIEHL & JONES LLP | ATTN: JAMES I. STANG | 10100 SANTA MONICA BLVD | 13TH FL | LOS ANGELES | CA | 90067-4003 |
| THE DIOCESE OF BUFFALO, N.Y. | 795 MAIN STREET | | | | BUFFALO | NY | 14203 |