|  |  |
|---|---|
| In re:<br><br>THE DIOCESE OF BUFFALO, N.Y.,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-10322 (CLB) |

## CERTIFICATION OF DIRECT APPEALS TO
## THE COURT OF APPEALS FOR THE SECOND CIRCUIT

The Diocese of Buffalo, N.Y (the "Diocese") (Dkt No. 4723) and the Official Committee of Creditors (the "Committee") (Dkt No. 4722) have each filed a Notice of Appeal of the Court's: (1) Decision and Order Denying Motions to Reconsider, Granting Motion for Request for Certification of Direct Appeal entered April 3, 2026 [Dkt No. 4694]; and (2) Decision and Order entered February 27, 2026 [Dkt No. 4616]. The Court within its April 3, 2026 Decision and Order granted the joint request of the Diocese and the Committee for direct appeal to the Court of Appeals for the Second Circuit pursuant to 28 U.S.C. § 158(d)(2). The court is certifying the appeal for direct review for the reasons stated in its April 3, 2026 order.

Dated: May 8, 2026
Buffalo, New York

_____
Hon. Carl L. Bucki, Chief U.S.B.J., W.D.N.Y.



FILED

MAY - 8 2026

BANKRUPTCY COURT
BUFFALO, NY