UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | ) Case No. 20-10322 |
| The Diocese of Buffalo, N.Y., | ) |
|  | ) Chapter 11 |
| Debtor. | ) |
|  | ) |

## CERTIFICATE OF SERVICE

I, Ivan Salas, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

On May 5, 2026, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **Certificate of No Objection with Respect to the Monthly Fee Statement of Connors LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Diocese of Buffalo, N.Y. for the Period March 1, 2026, Through March 31, 2026** (Docket No. 4774)

- **Twelfth Monthly Fee Statement of Chelus, Herdzik, Speyer & Monte, P.C. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Diocese of Buffalo for the Period August 1, 2025 Through January 31, 2026** (Docket No. 4775)

- **Monthly Fee Statement of the Tucker Group LLC for Compensation for Services Rendered and Reimbursement of Expenses as Communications Consultant to the Diocese of Buffalo, N.Y. for the Period March 1, 2026 Through March 31, 2026** (Docket No. 4776)

- **Monthly Fee Statement of the Tucker Group LLC for Compensation for Services Rendered and Reimbursement of Expenses as Communications Consultant to the Diocese of Buffalo, N.Y. for the Period April 1, 2026 Through April 30, 2026** (Docket No. 4777)

Dated: May 8, 2026

*/s/ Ivan Salas*
Ivan Salas
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(855) 292-7696

# Exhibit A



| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JOSEPH W. ALLEN & JILL ZUBLER | OLYMPIC TOWERS | 300 PEARL STREET | SUITE 401 | BUFFALO | NY | 14202 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O GLEICHENHAUS, MARCHESE & WEISHAAR, PC | ATTN: SCOTT J. BOGUCKI | 43 COURT STREET | SUITE 930 | BUFFALO | NY | 14202-3100 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI, STANG, ZIEHL & JONES LLP | ATTN: JAMES I. STANG | 10100 SANTA MONICA BLVD | 13TH FL | LOS ANGELES | CA | 90067-4003 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI, STANG, ZIEHL & JONES LLP | ATTN: JAMES I. STANG, ILAN D. SCHARF, STEVEN W. GOLDEN AND BRITTANY M. MICHAEL | 1700 BROADWAY | FL 36 | NEW YORK | NY | 10019-5975 |
| THE DIOCESE OF BUFFALO, N.Y. | 795 MAIN STREET | | | | BUFFALO | NY | 14203 |