UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No. 20-10322

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362], Blank Rome, LLP has filed the *Monthly Fee Statement of Blank Rome, LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to The Diocese of Buffalo, N.Y. for the Period April 1, 2026 Through April 30, 2026*, a copy of which is attached hereto and hereby served upon you.

Dated: May 11, 2026

BLANK ROME, LLP

By: _____ */s/ James R. Murray* _____
James R. Murray
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-3409
Email: jmurray@blankrome.com

*Special Insurance Counsel for
The Diocese of Buffalo, N.Y.*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No. 20-10322

Chapter 11

**MONTHLY FEE STATEMENT OF BLANK ROME, LLP FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
AS SPECIAL INSURANCE COUNSEL TO THE DIOCESE OF BUFFALO, N.Y.
FOR THE PERIOD APRIL 1, 2026 THROUGH APRIL 30, 2026**

Name of Applicant:                                    Blank Rome, LLP

Authorized to Provide
Professional Services to:                         The Diocese of Buffalo, N.Y., Debtor-In-Possession

Date of Retention:                                    Order entered June 30, 2020 [Docket No. 423]
                                                                *Nunc Pro Tunc* to February 28, 2020

Period for which compensation
and reimbursement is sought:                 April 1, 2026 through April 30, 2026

Amount of compensation sought
as actual, reasonable and necessary:        80% of $1,143.68 ($914.94)

Amount of expense reimbursement sought
as actual, reasonable and necessary:        $0.00

This is a: __X__ monthly ____ quarterly ____ final application.

This is Blank Rome's seventy-second monthly fee statement in this case.

# BLANKROME

1825 EYE STREET NW
WASHINGTON, DC 20006-5403
(202) 420-2200
FEDERAL TAX ID NO. ███████

| | |
|---|---|
| DIOCESE OF BUFFALO | INVOICE DATE: MAY 07, 2026 |
| C/O JOHN M. SCHOLL | CLIENT ID: 155760 |
| 795 MAIN STREET | MATTER NUMBER: 155760-00601 03348 |
| BUFFALO, NY 14203 | INVOICE NUMBER: 2366191 |

**REGARDING:** **DIOCESE OF BUFFALO**
**INSURANCE ADVICE**

| DATE | INVOICE | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 07/31/2020 | 1908397 | $25,484.65 | ($22,561.19) | $2,548.46 |
| 07/31/2020 | 1908398 | $22,046.42 | ($19,466.78) | $2,204.64 |
| 07/31/2020 | 1908399 | $55,775.57 | ($49,823.02) | $5,577.55 |
| 07/31/2020 | 1908400 | $22,514.46 | ($19,888.02) | $2,251.44 |
| 08/20/2020 | 1911983 | $50,783.53 | ($45,330.16) | $5,078.37 |
| 09/22/2020 | 1919242 | $59,913.79 | ($53,547.41) | $5,991.38 |
| 10/21/2020 | 1925894 | $44,914.95 | ($39,840.12) | $4,491.50 |
| 11/16/2020 | 1931564 | $103,849.68 | ($92,881.37) | $10,384.97 |
| 12/08/2020 | 1936638 | $67,978.34 | ($60,597.17) | $6,797.83 |
| 01/28/2021 | 1944850 | $58,271.07 | ($51,914.37) | $5,773.37 |
| 02/23/2021 | 1950370 | $43,496.36 | ($38,563.39) | $4,349.64 |
| 03/31/2021 | 1957000 | $37,448.27 | ($33,120.11) | $3,744.83 |
| 04/28/2021 | 1964026 | $34,425.70 | ($30,983.13) | $3,442.57 |
| 05/26/2021 | 1970085 | $11,332.51 | ($10,199.26) | $1,133.25 |
| 06/23/2021 | 1975333 | $5,872.42 | ($5,285.18) | $587.24 |
| 07/26/2021 | 1981564 | $10,499.90 | ($9,449.91) | $1,049.99 |
| 08/24/2021 | 1988112 | $24,862.74 | ($22,376.46) | $2,486.28 |
| 09/27/2021 | 1993685 | $30,361.29 | ($27,325.16) | $3,036.13 |
| 09/10/2025 | 2307020 | $4,336.26 | ($3,469.01) | $867.25 |
| 10/22/2025 | 2318218 | $1,195.43 | ($956.34) | $239.09 |
| 11/06/2025 | 2321486 | $5,892.61 | ($4,714.09) | $1,178.52 |
| 12/19/2025 | 2334254 | $19,435.08 | ($15,906.05) | $3,529.03 |
| 01/08/2026 | 2336151 | $5,346.38 | ($4,277.10) | $1,069.28 |
| 02/12/2026 | 2344526 | $586.36 | ($469.09) | $117.27 |
| 03/18/2026 | 2353722 | $1,433.76 | ($1,147.01) | $286.75 |

| | **ACH/WIRE** | **Mail** |
|---|---|---|
| Bank Name | Citizens Bank | Blank Rome LLP |
| Address: | Philadelphia, PA | Attn: Finance Department |
| Account Title: | Blank Rome LLP | One Logan Square |
| Account Number: | ██████ | 130 North 18th St |
| ABA Number: | ██████ (Domestic) | Philadelphia, PA 19103-6998 |
| Swift Code | ██████ (International) | |

To pay by Electronic Funds Transfer, visit **www.BlankRome.com/Payments**

PENNSYLVANIA   NEW YORK   NEW JERSEY   DELAWARE   WASHINGTON, DC   FLORIDA   CALIFORNIA   OHIO   TEXAS   ILLINOIS   MASSACHUSETTS   SHANGHAI



1825 EYE STREET NW
WASHINGTON, DC 20006-5403
(202) 420-2200
FEDERAL TAX ID NO. ███

| | |
|---|---|
| DIOCESE OF BUFFALO | INVOICE DATE: MAY 07, 2026 |
| C/O JOHN M. SCHOLL | CLIENT ID: 155760 |
| 795 MAIN STREET | MATTER NUMBER: 155760-00601 03348 |
| BUFFALO, NY 14203 | INVOICE NUMBER: 2366191 |

| DATE | INVOICE | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 04/13/2026 | 2358448 | $2,877.57 | $0.00 | $2,877.57 |

**BALANCE FORWARD**      **$81,094.20**

FOR LEGAL SERVICES RENDERED THROUGH 4/30/26      $1,143.68

**CURRENT INVOICE TOTAL**      **$1,143.68**

**TOTAL AMOUNT DUE, INCLUDING BALANCE FORWARD**      **$82,237.88**

| | **ACH/WIRE** | **Mail** |
|---|---|---|
| Bank Name | Citizens Bank | Blank Rome LLP |
| Address: | Philadelphia, PA | Attn: Finance Department |
| Account Title: | Blank Rome LLP | One Logan Square |
| Account Number: | ███ | 130 North 18th St |
| ABA Number: | ███ (Domestic) | Philadelphia, PA 19103-6998 |
| Swift Code | ███ (International) | |

To pay by Electronic Funds Transfer, visit **www.BlankRome.com/Payments**

PENNSYLVANIA   NEW YORK   NEW JERSEY   DELAWARE   WASHINGTON, DC   FLORIDA   CALIFORNIA   OHIO   TEXAS   ILLINOIS   MASSACHUSETTS   SHANGHAI

# BLANKROME

1825 EYE STREET NW
WASHINGTON, DC 20006-5403
(202) 420-2200
FEDERAL TAX ID NO. ████

| | | |
|---|---|---|
| DIOCESE OF BUFFALO | INVOICE DATE: | MAY 07, 2026 |
| C/O JOHN M. SCHOLL | CLIENT ID: | 155760 |
| 795 MAIN STREET | MATTER NUMBER: | 155760-00601 |
| BUFFALO, NY 14203 | INVOICE NUMBER: | 2366191 |
| | | PAGE 1 |

**REGARDING:**    **DIOCESE OF BUFFALO**
              **INSURANCE ADVICE**

**FOR LEGAL SERVICES RENDERED THROUGH APRIL 30, 2026**

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/20/26 | REVIEW/REVISE DRAFT CORRESPONDENCE, INCLUDING REVIEWING RECORDS RE SAME | R. MICHAELSON | 0.60 | 288.75 |
| 04/28/26 | REVIEW/REVISE DRAFT CORRESPONDENCE | R. MICHAELSON | 0.80 | 384.73 |
| 04/28/26 | REVISE RESPONSE TO BEDIVERE REGARDING CLAIMS INFORMATION | J. CARTER | 0.60 | 374.22 |
| 04/29/26 | REVIEW/REVISE/FINALIZE INSURER CORRESPONDENCE | R. MICHAELSON | 0.20 | 95.98 |
| | **TOTAL SERVICES** | | | **$1,143.68** |

**CURRENT INVOICE TOTAL** — **$1,143.68**

**TIME AND FEE SUMMARY**

| TIMEKEEPER | RATE | HOURS | FEES |
|---|---|---|---|
| JAMES CARTER | 623.70 | 0.60 | 374.22 |
| ROBYN MICHAELSON | 481.25 | 1.60 | 769.46 |
| **TOTALS** | | **2.20** | **$1,143.68** |