# UNITED STATES BANKRUPTCY COURT

# WESTERN DISTRICT OF NEW YORK

**In re:**

**Stella Niagara Education Park/Diocese of Buffalo**

**Case No. 1-20-10322-CLB**

**Chapter 11**

## NOTICE OF MOTION

Please take notice that upon the motion of AB714Doe/John R. Quain, pro se, the undersigned will move this Court for the relief identified as **Joinder,** before the Hon. Judge Carl L. Bucki, at the United States Bankruptcy Court Buffalo Division 2 Niagara Square Buffalo N.Y. 14202 on **June 1, 2026 at 11:30 A.M.** or as soon thereafter as may be heard.

PLEASE TAKE FURTHER NOTICE that the grounds for the requested relief are set forth in the accompanying motion.

Dated __5/12/2026__



AB714Doe/John R. Quain. Pro se

FILED

MAY 15 2026

BANKRUPTCY COURT
BUFFALO, NY

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK



In re:

The Diocese of Buffalo, N.Y.

Debtor

Chapter 11

Case No. 20-10322-{CLB}

Hon. Carl L. Bucki
Chief Judge

### JOINDER OF PLAINTIFF AB714DOE / JOHN R. QUAIN MOTION TO REMOVE STAY

Plaintiff **Quain** respectfully joins in the Motion to Remove Stay filed by similarly situated CVA plaintiffs and **incorporates by reference** all legal and factual arguments contained therein, including those advanced in **James Buchnowski v. Dioceses of Buffalo**, where the Court has already accepted joinders and incorporations by reference from other survivors within this mass-plaintiff structure.

The Plaintiff has for **two years** been denied access in the of the matter of the Sisters of Saint Francis of Penance and Chairty an Independent Order similarly situated as the departed Carmelite Nuns **not subjected** to the **Automatic Stay**. The Sisters of Saint Francis knew or should have known they were not a mandatory or tangential participating party in the diocesan bankruptcy and as such sought protections from the Court to which they were not entitled. Consistent with the Court's treatment of joinders in Bukowski, Plaintiff requests that the relief sought in the Motion to Remove Stay be applied equally and or individually, and that this Joinder be docketed as part of the procedural cure required to restore Plaintiff's right to be heard.

The Sisters of Saint Francis of Penance and Charity dba Stella Niagara Education Park/ formerly Stella Niagara Cadet School located at Stella Niagara N.Y., being an *Independent Order* separate and apart from the Dioceses of Buffalo and is **not within** the dioceses' list of **Participating Parties**, is while no formal order has been issued, they are as a matter practical effect, no longer within the protection of the **Stay**.

For docketing purposes: these filings remain under my 5th Amendment protections and any technical form requirements or local rules that would ordinarily govern are superseded.

Dated 5/12/2026

John R Quain /AB714Doe, Pro se
3094 Small Canyon Dr. Highland Ca, 92346
805 440 4213