# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

In re:

THE DIOCESE OF BUFFALO, N.Y.,

              Debtor.

Chapter 11

Case No. 20-10322 CLB

## AFFIRMATION OF PETER L. KROG

PETER L. KROG, pursuant to 28 U.S.C. §1746, hereby attests and affirms under penalties of perjury as follows:

1. I am the sole member and managing member of PLK Enterprises, LLC (hereinafter "Purchaser"). Purchaser submitted the highest and best bid at an auction conducted by the Diocese of Buffalo, N.Y. (the "Diocese") on May 5, 2026 (the "Auction") for the sale of real estate located at 785, 814, 815, 819 and 821 Main Street, Buffalo, New York 14203 (the "Property").

2. This Affirmation is submitted in connection with the sale of the Property and in support of the Purchaser's good faith arm's length participation in the bidding process and Auction.

3. I understand the approval of the sale of the Property is subject to the approval of this Court.

4. Neither I, nor any person or entity affiliated with Purchaser, is an officer, director, manager of or is in any affiliated with the Diocese.

5. Purchaser (and its business associate in another venture) previously toured portions of the Property and considered submitting a bid for the Property in March, 2026. Purchaser engaged in discussions regarding the Property with the Diocese's real estate broker, Hanna Commercial Real Estate.

6.     Upon further investigation, Purchaser decided to move forward a bid and engaged counsel to assist with Purchaser's efforts.

7.     Purchaser submitted a bid in the amount of $4.6 million prior to the extended bid deadline of May 4, 2026 at 5 p.m.

8.     Purchaser did not know the stalking horse bidder prior to the Auction and had no contact with the stalking house bidder prior to the Auction.  Purchaser did not engage in any collusion or any other behavior to restrict or inhibit bidding prior to or during the Auction.

9.     Based on the foregoing, I believe the Purchaser is a good faith purchaser of the Property for fair market value and is entitled to protection as a good faith purchaser under 11 U.S.C. §363(m).

May 20, 2026

_____

Peter L. Krog

-2-