UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 Case |
|  | ) |  |
| THE DIOCESE OF BUFFALO, N.Y., | ) | Case No. 20-10322 |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

**JOINT NOTICE OF HEARING TO
CONSIDER PROFESSIONAL FEE APPLICATIONS**

**PLEASE TAKE NOTICE**, that each of (i) Bond, Schoeneck & King, PLLC, counsel for The Diocese of Buffalo, N.Y., (the "Diocese"); (ii) Blank Rome, LLP, special insurance counsel for the Diocese; (iii) The Tucker Group, LLC, communications consultant for the Diocese; (iv) Connors, LLP, special counsel for the Diocese; (v) Chelus, Herdzik, Speyer & Monte PC, special counsel for the Diocese; (vi) Bonadio & Co., LLP, accountants for the Diocese; (vii) Jones Day, special counsel for the Diocese; (viii) Hodgson Russ, LLP, special counsel for the Diocese; (ix) Pachulski Stang Ziehl & Jones LLP, counsel for Official Committee of Unsecured Creditors; (x) Burns Bair LLP, special insurance counsel for the Official Committee of Unsecured Creditors; and (xi) Gleichenhaus, Marchese and Weishaar, P.C., co-counsel to the Official Committee of Unsecured Creditors, have filed applications (each, an "Application") for interim allowance and payment of professional fees and expenses incurred in the above-captioned case. The amount of fees and expenses requested by the foregoing professionals on an interim basis pursuant to the Applications are as follows:

| Applicant | Fees Requested | Expenses Requested | Total | Application Period |
|---|---|---|---|---|
| Bond, Schoeneck & King, PLLC<br>*Counsel for the Diocese* | $966,458.77 | $11,827.83 | $978,286.60 | 8/1/25 – 1/31/26 |
| Blank Rome, LLP<br>*Special Counsel for the Diocese* | $35,002.17 | $1,789.95 | $36,792.12 | 8/1/25 – 1/31/26 |
| The Tucker Group, LLC<br>*Communications Consultants for Diocese* | $50,000.00 | $2,246.46 | $52,246.46 | 8/1/25 – 1/31/26 |
| Connors, LLP<br>*Special Counsel for the Diocese* | $39,105.00 | $2,260.28 | $41,365.28 | 8/1/25 – 1/31/26 |
| Chelus, Herdzik, Speyer & Monte PC<br>*Special Counsel for the Diocese* | $75,466.00 | $9,612.14 | $85,078.14 | 8/1/25 – 1/31/26 |
| Bonadio & Co., LLP<br>*Accountants for the Diocese* | $74,000.00 | $0.00 | $74,000.00 | 7/1/25 – 1/31/26 |
| Jones Day<br>*Special Counsel for the Diocese* | $49,599.30 | $66.94 | $49,666.24 | 8/1/25 – 1/31/26 |
| Hodgson Russ, LLP<br>*Special Counsel for the Diocese* | $11,946.30 | $397.57 | $12,343.87[1] | 9/1/24 – 1/31/26 |
| Pachulski Stang Ziehl & Jones LLP<br>*Counsel for the Creditors Committee* | $313,200.00 | $26,635.62 | $339,835.62 | 8/1/25 – 1/31/26 |
| Burns Bair LLP<br>*Special Counsel to Creditors Committee* | $96,198.00 | $1,816.70 | $98,014.70 | 8/1/25 – 1/31/26 |
| Gleichenhaus, Marchese & Weishaar, P.C.<br>*Co-Counsel to Creditors Committee* | $9,164.00 | $0.00 | $9,164.00 | 8/1/25 – 1/31/26 |

**PLEASE TAKE FURTHER NOTICE**, that a hearing to consider the Applications will be held before the Honorable Carl L. Bucki, Chief United States Bankruptcy Judge for the Western District of New York, on the **14th day of July, 2026 at 10:00 a.m.**, or as soon thereafter as counsel can be heard.

**PLEASE TAKE FURTHER NOTICE**, that parties can choose to appear either (i) in person at the Robert H. Jackson U.S. Courthouse, 2 Niagara Square, Buffalo, New York 14202 or (ii) telephonically (call in 1-571-353-2301, Courtroom ID 483077448#, and security pin 9999#).

**PLEASE TAKE FURTHER NOTICE**, that responses in opposition to the relief requested in the Applications, if any, must be served upon (i) counsel for the Diocese, Bond, Schoeneck &

---

[1] This total includes $6,966.50 in fees and $397.57 in expenses incurred during a previous compensation period, from August 4, 2023 through August 31, 2024, which were inadvertently excluded from the previous Hodgson Russ, LLP fee application.

2

King, PLLC, One Lincoln Center, Syracuse, New York 13202 (Attn: Stephen A. Donato, Charles J. Sullivan and Grayson T. Walter); (ii) the Office of the United States Trustee for the Western District of New York, 300 Pearl Street, Suite 401, Buffalo, New York 14202 (Attn: Joseph Allen); and (iii) the respective applicant(s) at the address(es) set forth on the attached schedule, in accordance with the Local Rules of Bankruptcy Procedure for the Western District of New York.

Dated: May 20, 2026
      Syracuse, New York                BOND, SCHOENECK & KING, PLLC

By:   /s/ Stephen A. Donato
       Stephen A. Donato, Esq.
       Charles J. Sullivan, Esq.
       Sara C. Temes, Esq.
       Grayson T. Walter, Esq.
       One Lincoln Center
       Syracuse, New York 13202
       Tel: (315) 218-8000
       Fax: (315) 218-8100
       Emails: sdonato@bsk.com
              csullivan@bsk.com
              stemes@bsk.com
              gwalter@bsk.com

*Attorneys for The Diocese of Buffalo, N.Y.*

23556633.v2

Case 1-20-10322-CLB, Doc 4818, Filed 05/20/26, Entered 05/20/26 13:57:29, Description: Main Document , Page 3 of 4

## SCHEDULE OF APPLICANTS

**Bond, Schoeneck & King, PLLC**
Attn: Stephen A. Donato
One Lincoln Center
Syracuse, New York 13202

**Blank Rome, LLP**
Attn: James Murray
1825 Eye Street NW
Washington, DC 20006

**The Tucker Group, LLC**
Attn: Gregory W. Tucker
3811 Canterbury Road
Baltimore, Maryland 21218

**Connors, LLP**
Attn: Randall D. White
1000 Liberty Building
Buffalo, New York 14202

**Chelus, Herdzik, Speyer & Monte PC**
Attn: Kevin Loftus
Main Court Building
438 Main Street, Tenth Floor
Buffalo, New York 14202

**Bonadio & Co., LLP**
Attn: Justin Reid
100 Corporate Parkway, Suite 200
Amherst, New York 14226

**Jones Day**
Attn: David A. Benham
250 Vesey Street
New York, New York 10281

**Hodgson Russ, LLP**
Attn: James C. Thoman
140 Pearl Street, Suite 100
Buffalo, New York 14202

**Pachulski Stang Ziehl & Jones LLP**
Attn: Ilan D. Scharf
780 Third Avenue, 34th Floor
New York, New York 10017

**Burns Bair LLP**
Attn: Jessie J. Bair
10 E. Doty Street, Suite 600
Madison, Wisconsin 53703

**Gleichenhaus, Marchese & Weishaar, P.C.**
Attn: Jamie Symack
43 Court Street, Suite 930
Buffalo, New York 14202

23556633.v2