UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 20-10322 |
| The Diocese of Buffalo, N.Y., | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |

### SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Keny Contreras, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

On May 20, 2026, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Parish Steering Committee, c/o Elsaesser Anderson Chtd., Attn: Bruce A. Anderson at PO Box 238, Hayden, ID 83835-0238, pursuant to USPS forwarding instructions:

- **Notice of Further Extension of Bid Deadline** (Docket No. 4759)

- **The Diocese of Buffalo, N.Y.'s Designation of the Record on Appeal and Statement of Issues on Appeal** (Docket No. 4763)

Dated: May 26, 2026

*/s/ Keny Contreras*
Keny Contreras
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(855) 292-7696