UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

Case No.: 20-10322
Chapter 11

Debtor.

## CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE MONTHLY FEE STATEMENT OF BOND, SCHOENECK & KING, PLLC, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DIOCESE OF BUFFALO, N.Y. FOR THE PERIOD JANUARY 1, 2026 THROUGH JANUARY 31, 2026

Pursuant to this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362] (the "Interim Compensation Order")[1], the undersigned hereby certifies that on May 11, 2026, Bond, Schoeneck & King, PLLC ("Bond") filed its *Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Diocese of Buffalo, N.Y. for the Period January 1, 2026 through January 31, 2026* [Docket No. 4795] (the "Monthly Fee Statement") and no objections to the Monthly Fee Statement have been filed.

Accordingly, pursuant to the Interim Compensation Order, The Diocese of Buffalo, N.Y. is authorized to pay on an interim basis eighty percent (80%) of Bond's fees and one hundred percent (100%) of Bond's expenses, as reflected in the Monthly Fee Statement.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

23622068.v1

Dated: June 1, 2026

BOND, SCHOENECK & KING, PLLC

By: */s/ Stephen A. Donato*
    Stephen A. Donato, Esq.
    Charles J. Sullivan, Esq.
    Grayson T. Walter, Esq.
    One Lincoln Center
    Syracuse, New York 13202
    Telephone: (315) 218-8000
    Facsimile: (315) 218-8100
    Emails: sdonato@bsk.com
            csullivan@bsk.com
            gwalter@bsk.com

*Counsel for The Diocese of Buffalo, N.Y.*

23622068.v1