

**Arthur G. Baumeister, Jr**
abaumeister@bdlegal.net
Direct: (716) 436-5930

**Michael D. Denz**
mdenz@bdlegal.net
Direct: (716) 436-5940

# Baumeister
Denz LLP
ATTORNEYS

174 Franklin Street, Suite 2
Buffalo, New York 14202
Phone: (716) 852-1300
Fax: (716) 852-1344
www.bdlegal.net

June 1, 2026

**FILED ON ECF**
Hon. Carl L. Bucki
United States Bankruptcy Court
Robert H. Jackson, United States Courthouse
2 Niagara Square
Buffalo, New York 14202

> *Re:* *The Diocese of Buffalo, N.Y.*
> *Chapter 11 Bankruptcy*
> *Case Number: 1-20-10322-CLB*

## LETTER OF ADJOURNMENT

Dear Judge Bucki:

On behalf of proposed intervenor, Save Our Buffalo Churches, Inc., this will confirm that we have consented to a request made by Debtor's counsel to adjourn the return date of the pending Motion to Intervene from June 8, 2026 to **Monday, June 22, 2026 at 10:00AM**. Please let me know if the Court has any questions or concerns. Thank you.

Very truly yours,

**BAUMEISTER DENZ, LLP**

Arthur G. Baumeister, Jr.

AGB:nak