UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, New York

Debtor.

Case No. 20-10322 (CLB)

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362], Burns Bair LLP has filed the *Monthly Fee Statement of Burns Bair LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Buffalo, New York, for the Period May 1, 2026 through May 31, 2026,* a copy of which is attached hereto and hereby served upon you.

Dated:  June 3, 2026               **BURNS BAIR LLP**

 /s/  Jesse J. Bair
Jesse J. Bair (admitted *pro hac vice*)
Timothy W. Burns (admitted *pro hac vice*)
10 E. Doty St., Suite 600
Madison, WI 53703-3392
Telephone: (608) 286-2808
Email:  jbair@burnsbair.com
Email:  tburns@burnsbair.com

*Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Buffalo, New York*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, New York

Debtor.

Case No. 20-10322 (CLB)

Chapter 11

**MONTHLY FEE STATEMENT OF BURNS BAIR LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DIOCESE OF BUFFALO, NEW YORK, FOR THE PERIOD MAY 1, 2026 THROUGH MAY 31, 2026**

| | |
|---|---|
| Name of Applicant: | Burns Bair LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors of the Diocese of Buffalo, New York |
| Date of Retention: | Effective October 5, 2023, pursuant to Order entered November 13, 2023 [Docket No. 2606] |
| Period for which compensation and reimbursement is sought: | May 1, 2026 through May 31, 2026 |
| Amount of compensation sought as actual, reasonable, and necessary: | $760.00 (80% of $950.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $4.68 |

This is a:  X  monthly ___ quarterly ___ final application.

This is Burns Bair LLP's thirty-first monthly fee statement in this case.



10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of the Diocese of Buffalo**

**Issue Date :** 6/1/2026

**Bill # :** 02277

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 5/11/2026 | Jesse Bair | Review and respond to correspondence with parish insurer re settlement issues (.2); | 0.20 | $140.00 |
| 5/13/2026 | Jesse Bair | Participate in call and review and respond to correspondence with the Debtor re details of insurance settlements achieved to date (.3); | 0.30 | $210.00 |
| 5/20/2026 | Brenda Horn-Edwards | Edit and finalize Burns Bair fifth interim fee application and exhibits (.2); correspond with J. Bair re same (.1); | 0.30 | $90.00 |
| 5/20/2026 | Brenda Horn-Edwards | File Burns Bair fifth interim fee application and exhibits (.2); correspond with claims agent for service of documents (.1); | 0.30 | $90.00 |
| 5/20/2026 | Jesse Bair | Review final version of interim fee application and correspond with B. Horn-Edwards re same (.1); | 0.10 | $70.00 |
| 5/22/2026 | Jesse Bair | Correspond with the debtor re insurance settlement agreements (.1); | 0.10 | $70.00 |
| 5/26/2026 | Jesse Bair | Review and respond to correspondence with state court counsel re insurance settlement issues (.2); follow-up correspondence with RSUI and Merchants re settlement negotiations (.1); | 0.30 | $210.00 |
| 5/29/2026 | Jesse Bair | Review debtor letter to Court re case status and Plan extension request (.1); | 0.10 | $70.00 |
| **Total Hours and Fees** | | | **1.70** | **$950.00** |

### EXPENSES

| Date | Description | Amount |
|---|---|---|
| 5/4/2026 | Postage | $4.68 |
| **Total Expenses** | | **$4.68** |

## Timekeeper Summary

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Brenda Horn-Edwards | Paralegal | 0.60 | $300.00 | $180.00 |
| Jesse Bair | Partner | 1.10 | $700.00 | $770.00 |

**Total Due This Invoice: $954.68**