UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 20-10322 |
| The Diocese of Buffalo, N.Y., | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Keny Contreras, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

On June 3, 2026, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A** and on one (1) confidential party not included herein, pursuant to USPS forwarding instructions:

- **Joint Notice of Hearing to Consider Professional Fee Applications** (Docket No. 4818)

Dated: June 5, 2026

*/s/ Keny Contreras*
Keny Contreras
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(855) 292-7696

# Exhibit A



| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| ACE PROPERTY AND CASUALTY INSURANCE (SUCCESSOR-IN-INTEREST TO AETNA INSURANCE COMPANY) | ACE PROPERTY & CASUALTY INSURANCE | 2000 ARCH ST | PHILADELPHIA | PA | 19103-1412 |
| CENTURY INDEMNITY COMPANY | 2000 ARCH ST | | PHILADELPHIA | PA | 19103-1412 |
| FEDERAL INSURANCE COMPANY | C/O CHUBB | 2000 ARCH ST | PHILADELPHIA | PA | 19103-1412 |
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA | 2000 ARCH ST | | PHILADELPHIA | PA | 19103-1412 |
| INSURANCE COMPANY OF NORTH AMERICA | 2000 ARCH ST | | PHILADELPHIA | PA | 19103-1412 |