# UNITED STATES BANKRUPTCY COURT

## Western District OF New York

In re:

**Relief from Stay**

Debtor.

Dioceses of Buffalo /Stella Niagara Education Park

**Case No.: 20-10322[CLB]**

**Chapter: ___11_____**

**Judge Hon. Carl Bucki**

### PROOF OF SERVICE BY MAIL

I, John R. Quain, declare:

1.  I am over the age of 18.

2.  My mailing address is:   3094 Small Canyon Dr. Highland Ca. 92346

3.  On June 4, 2026, I served the following document(s):

Motion for relief automatic stay to cure docket re:  Stella Niagara Education Park, Dioceses of Buffalo.

4.  I served the document(s) by placing a true and correct copy in a sealed envelope with certified first-class postage fully prepaid and depositing the envelope for collection and mailing with the United States Postal Service at:
    **City:** Highland **State:** Ca.   92369

The envelope(s) were addressed as follows:

Daniel C. Danoto, Esq. Bond, Schoeneck & King PLLC
350 Linden Oaks, Suite 310 Rochester, NY 14625

Pachulski, Stang, Ziehl & Jones
Atten. lian D, Scharf esq.
780 Third Ave., 34th Floor
New York, N.Y.  10017-2024

See attached page

FILED
JUN 8 2026
BANKRUPTCY COURT
BUFFALO, NY

Donna Đurden Esq.

605 Brisbane Bld.

403 Main St.

Buffalo N. Y.  14203

---

Clerk of the Court

R.H. Jackson Courthouse

2 Niagara Square

Buffalo N.Y.  14202

**DECLARATION**

I declare under penalty of perjury that the foregoing is true and correct.

Date: _____6/5/2026_____

Signature: _____ __AB714 Doe

John R. Quain