UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>The Diocese of Buffalo, N.Y.,<br><br>Debtor. | Case No. 20-10322 (CLB)<br><br>Chapter 11 |

### STIPULATION AND AGREED ORDER MODIFYING
### THE AUTOMATIC STAY TO SERVE SUBPOENA DUCES TECUM

**IT IS HEREBY STIPULATED** by and between The Diocese of Buffalo, N.Y., the debtor

and debtor in possession in the above-referenced case (the "Diocese"), on the one hand, and LG

74 Doe (together with the Diocese, the "Parties") on the other hand, as follows:

A. On February 28, 2020 (the "Petition Date"), the Diocese filed a voluntary petition

for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for

the Western District of New York (the "Court"), commencing the Diocese's chapter 11 case (this

"Chapter 11 Case").

B. On July 29, 2020, LG 74 DOE filed a summons and complaint in New York State

Supreme Court, County of Erie, commencing an action against Franciscan Friars – Holy Name

Province (NY) (hereinafter referred to as "Franciscan Friars Defendants") (under Index No.

808068/2020 (the "State Court Action")).

C. LG 74 DOE has asserted that the records requested from the Diocese in the

Subpoena Duces Tecum are material and relevant to the State Court Action, and are necessary for

him to prosecute the State Court Action. The Diocese has not yet reviewed the materials sought

through the Subpoena Duces Tecum and reserves its rights related to the requested production of

same as set forth in Section 3, Reservation of Rights below.

D. The Parties wish to resolve any potential issues related to service of the Subpoena

Duces Tecum and any potential implication of the automatic stay of section 362 of the Bankruptcy Code consensually through this stipulation and agreed order.

E.    The Parties have agreed to a limited modification of the automatic stay, upon the terms and conditions set forth herein.

**NOW, THEREFORE, THE PARTIES HEREBY AGREE AS FOLLOWS**:

1.    Modification of the Automatic Stay.    The Diocese hereby consents to the modification of the automatic stay pursuant to section 362(d) of the Bankruptcy Code, solely to allow LG 74 DOE to serve the Subpoena Duces Tecum in the State Court Action dated June 1, 2026, upon counsel for the Diocese.

2.    Scope of Stay Relief.    Except to the extent expressly set forth in paragraph 1 of this Stipulation, the provisions of section 362 of the Bankruptcy Code shall remain in full force and effect.    Nothing contained herein shall constitute or operate as a waiver or modification of the automatic stay so as to permit the prosecution against the Diocese of any claims by any person or entity.

3.    Reservation of Rights.    Notwithstanding the modification of the automatic stay set forth in paragraph 1, the Diocese expressly reserves all of its rights under applicable law or rule with respect to its response to any Subpoena Duces Tecum issued in the State Court Action, including, but not limited to, the Diocese's right to object to the scope of materials sought therein, to assert any applicable privileges or defenses to production, and to move to quash, fix conditions, or modify such Subpoena Duces Tecum.

4.    Discovery Dispute.    Without in any way waiving the jurisdiction of the Bankruptcy Court, any non-bankruptcy disputes pertaining to the requested production of the materials sought through the Subpoena Duces Tecum including, but not limited to, the Diocese's Reservation of

Case 1-20-10322-CLB,    Doc 4878,    Filed 06/09/26,    Entered 06/09/26 09:14:45,
Description: Main Document  , Page 2 of 4

Rights as set forth in Section 3 herein, may be addressed by the New York State Court, County of Erie in the State Court Action.

5. <u>Authority</u>. The attorney for LG 74 Doe represents and warrants that he has full knowledge of and has consented to this Stipulation and that counsel for LG 74 Doe has full authority to bind, and to execute this Stipulation on behalf of, LG 74 Doe.

6. <u>Bankruptcy Court Approval</u>. This Stipulation shall become effective only upon entry of a final Order approving this Stipulation by the United States Bankruptcy Court for the Western District of New York.

7. <u>Execution of Stipulation</u>. This Stipulation may be executed in one or more counterparts, all of which together shall constitute one instrument.

Case 1-20-10322-CLB, Doc 4878, Filed 06/09/26, Entered 06/09/26 09:14:45, Description: Main Document , Page 3 of 4

*STIPULATED AND AGREED TO BY:*

**BOND, SCHOENECK & KING, PLLC**

By: /s/ Gregory J. McDonald
Stephen A. Donato, Esq.
Charles J. Sullivan, Esq.
Grayson T. Walter, Esq.
Gregory J. McDonald, Esq.
One Lincoln Center
Syracuse, NY 13202-1355
Telephone: (315) 218-8000
Emails:  sdonato@bsk.com
        csullivan@bsk.com
        gwalter@bsk.com
*Attorneys for The Diocese of Buffalo, N.Y.*

**LIPSITZ GREEN SCIME CAMBRIA LLP**

By:  */s/Amy C. Keller, Esq.*
Amy C. Keller, Esq.
Office and P.O. Address
42 Delaware Avenue, Suite 120
Buffalo, NY 14202-3924
E-mail: akeller@lglaw.com
*Attorneys for LG 74 Doe*

SO ORDERED:

Dated: _____, 2026
     Buffalo, New York

_____
Hon. Carl L. Bucki, Chief Judge
United States Bankruptcy Court for the
Western District of New York