## IN THE UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF NEW YORK

In re:

Sisters of Saint Francis of Penance and Charity                    Chapter 11

     Debtor                                                    Case No. 20-10322(CLB)

    .                                                                     Chief Judge Hon. Carl L. Bucki

### NOTICE OF HEARING ON MOTION OF JOHN R. QUAIN FOR AN ORDER THAT THE AUTOMATIC STAY DOES NOT APPLY, OR IN THE ALTERNATIVE, TO MODIFY THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(1)

John R. Quain, has filed a motion for entry of an order declaring that the automatic stay does not bar John R. Quain from serving Sisters of Saint Francis of Penance and Charity dba as Stella Education Park, Stella Niagara Cadet School. Movant seeks relief from stay solely for the limited purpose of correcting the docket and issuing a new summons. No other relief is requested.

**PLEASE TAKE NOTICE** that any party wishing to appear, be heard, or oppose the relief requested in this Motion may do so at the hearing scheduled for **June 29, 2026**, at **[11:30]**, before the Honorable **Carl L. Bucki**, United States Bankruptcy Court for the Western District of New York, **R.H. Jackson Courthouse 2 Niagara Square, Buffalo N.Y. 14202**, or as otherwise directed by the Court.

### SERVICE BY MAIL — RECIPIENT LIST - PROOF OF SERVICE TO FOLLOW

**1. Daniel C. Danoto, Esq.** Bond, Schoeneck & King PLLC 350 Linden Oaks, Suite 310 Rochester, NY 14625

**2. Donna L. Burden, Esq.** Burden & Hansen, LLC 403 Main Street, Suite 605 Buffalo, NY 14203

**3. Office of the United States Trustee** Western District of New York Olympic Towers 300 Pearl Street, Suite 401 Buffalo, NY 14202

**"To the extent this filing contains a local-rule defect, the Fifth Amendment right of access controls and prevents such defects from defeating participation."**



John R. Quain, Pro se

Date 6/4/2026

Ph. 805-440-4213
jrquain@yahoo.com

FILED
JUN - 9 2026
BANKRUPTCY COURT
BUFFALO, N.Y.