

Ilan D. Scharf
212.561.7721
ischarf@pszjlaw.com

June 22, 2026

**LOS ANGELES**

10100 SANTA MONICA BLVD. 13TH FL.

LOS ANGELES, CALIFORNIA 90067-4003

310.277.6910

**NEW YORK**

1700 BROADWAY, 36TH FL.

NEW YORK, NEW YORK 10019

212.561.7700

**WILMINGTON**

919 NORTH MARKET STREET, 17TH FLOOR,

P.O. BOX 8705

WILMINGTON, DELAWARE 19899-8705

302.652.4100

**HOUSTON**

700 LOUISIANA STREET, STE. 4500

HOUSTON, TEXAS 77002

713.691.9385

**SAN FRANCISCO**

ONE SANSOME STREET, 34TH FL. STE. 3430

SAN FRANCISCO, CALIFORNIA 94104

415.263.7000

**FILED VIA ECF**

Hon. Carl L. Bucki
United States Bankruptcy Judge
United Stated Bankruptcy Court
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, NY 14202

> Re: **The Diocese of Buffalo, N.Y., Case No. 1-20-10322-CLB**

Your Honor:

We represent the Official Committee of Unsecured Creditors (the "Committee") of the Diocese of Buffalo, N.Y. (the "Debtor").

We respectfully request a further adjournment of the *Motion of Save Our Buffalo Churches, Inc. for Entry of an Order Authorizing Intervention to Appear and be Heard Pursuant To 11 U.S.C. § 1109(B) and Rule 2018(A) of The Federal Rules of Bankruptcy Procedure* [Doc. No. 4843] (the "Motion"). The Committee, the Movant, Diocese and Parishes, each through their counsel of record, have conferred and agreed to adjourn the hearing on the Motion to July 23, 2026 at 2:00 p.m. (prevailing Eastern Time) with an objection deadline of July 20, 2026.

Case 1-20-10322-CLB, Doc 4912, Filed 06/22/26, Entered 06/22/26 14:25:02, Description: Main Document , Page 1 of 2



We are available to address any questions or concerns the Court may have regarding this matter.

Respectfully Submitted,

PACHULSKI STANG ZIEHL & JONES LLP

*Ilan D. Scharf*