UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 20-10322 |
| The Diocese of Buffalo, N.Y., | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

## <u>SUPPLEMENTAL CERTIFICATE OF SERVICE</u>

I, Keny Contreras, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

On June 24, 2026, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Harbro Church Arts, Inc. at PO Box 3022, Wayne, NJ 07474-3022, pursuant to USPS forwarding instructions:

- **Order Extending Time and Setting Status Conference** (Docket No. 4859)

Dated: June 26, 2026

*/s/ Keny Contreras*
Keny Contreras
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(855) 292-7696