UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:                                    )
                                          )
                                          )    Case No. 20-10322 (CLB)
The Diocese of Buffalo, N.Y.,             )
                                          )    Chapter 11
                              Debtor.     )
                                          )
                                          )

## OBJECTION BY THE DIOCESE OF BUFFALO, N.Y. TO MOTION OF JOHN R. QUAIN FOR AN ORDER THAT THE AUTOMATIC STAY DOES NOT APPLY, OR IN THE ALTERNATIVE, TO MODIFY THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(D)(1)

The Diocese of Buffalo, N.Y. (the "Diocese"), by and through its undersigned counsel, hereby files this objection (this "Objection") to the *Motion of John R. Quain for an Order that the Automatic Stay Does Not Apply, or in the Alternative, to Modify the Automatic Stay Pursuant to 11 U.S.C. §362(d)(1)* [Docket No. 4882] (the "Motion"), filed in this case by John R. Quain ("Movant"), and respectively states as follows:

1.      The Motion seeks an order declaring that the automatic stay does not apply, or alternatively modifying the stay, purportedly to permit Movant to "correct[] the docket" and issu[e] a new summons" to then serve on the Sisters of Saint Francis of Penance and Charity.

2.      The Diocese does not understand what relief is being requested as it relates to this bankruptcy case or why any such relief is necessary from this Court.

3.      Based on his previous filings with this Court, including Docket Nos. 2878, 3035 and 3190, Movant has a pending state court action entitled AB Doe 714 v. Stella Niagara Education Park f/k/a Stella Niagara Seminary and Stella Niagara Cadet School; St. Teresa's Roman Catholic Church Society of Buffalo, N.Y.; and Does 1-5 whose identities are unknown to Plaintiff, Erie County Index No. 810833/2021, in which Movant appears to be proceeding *pro se*.

4. To the extent Movant seeks to correct the docket or obtain other ministerial relief in that CVA action, such relief should be sought from the New York State Supreme Court in which that case is pending.

5. Accordingly, the Motion is unnecessary and should be denied.

**WHEREFORE**, the Diocese respectfully requests that the Motion be denied, together with such other and further relief as the Court deems just and proper

Dated: June 26, 2026

BOND, SCHOENECK & KING, PLLC


By: /s/ *Gregory J. McDonald*
Stephen A. Donato
Charles J. Sullivan
Grayson T. Walter
Gregory J. McDonald
One Lincoln Center
Syracuse, NY 13202-1355
Telephone: (315) 218-8000
Email: sdonato@bsk.com
csullivan@bsk.com
gwalter@bsk.com
gjmcdonald@bsk.com

*Attorneys for The Diocese of Buffalo, N.Y.*

2