# EXHIBIT A

**In the Matter Of:**

IN RE: THE DIOCESE OF BUFFALO, N.Y.

20-10322 (CLB)

**MARY PRUSKI**

*July 16, 2026*

ESQUIRE

800.211.DEPO (3376)
EsquireSolutions.com

DEPOSITION SOLUTIONS

A.   Correct.

Q.   But you and the SOBC do have an opposition to the parish share of that settlement, correct?

          MR. BAUMEISTER:   Object to form.

BY MR. SCHARF:

Q.   Okay.  You may answer the question if you understand it.  Go ahead.

A.   Okay.  We understand that the parishes would like to contribute.  Our problem is the program to obtain that money from the parishes was an illegal process. Canon law has a prescriptive way for parishes to move money to the diocese, and we would be compliant with the canon law process.  The diocese well exceeded and violated the process that canon law lays out for parishes to give money to the diocese.  We are glad to give to the settlement, but not in the way the diocese extracted the money.

Q.   What about the amount of the money, are you opposed to the amount of the payments being made?

A.   Yes.

Q.   When I say, you, unless I specify, I mean you and -- in your individual capacity and SOBC in its corporate capacity.  Do you understand that?

A.   Understood.

Q.   So you and the SOBC would like the bankruptcy

Case 1-20-10322-CLB,   Doc 4967-1,   Filed 07/20/26,   Entered 07/20/26 15:59:16,
Description: Exhibit A - Pruski July 16   2026 depo excerpts, Page 3 of 14

court to deny approval of the parish payments as part of the settlement, correct?

A.    The current -- the current program, yes.

Q.    Then let me restate --

A.    Deny the program.

Q.    So let me restate the question.  You and the SOBC would like the bankruptcy court to deny approval of the settlement in the amount of a $120 million as it's currently embodied in the reorganization, correct?

A.    Ultimately, correct.

Q.    And so the purpose of the SOBC filing its motion is ultimately to have the court deny confirmation of the plan as it is currently formulated, correct?

        MR. BAUMEISTER:  Object to form.

        THE WITNESS:  We have two objectives.  We wish the court to be aware that the Vatican has decreed that the program was illicit, so therefore, the money is considered stolen.  But SOBC has been in the media and print to say we wish for the victims to receive proper compensation.  It needs to come from legal sources, of which the parishes are willing to give their share and, over time, continue to give our share, not to have an exorbitant illegal amount of money forcibly taken from the parishes.

BY MR. SCHARF:

Case 1-20-10322-CLB,   Doc 4967-1,   Filed 07/20/26,   Entered 07/20/26 15:59:16,
Description: Exhibit A - Pruski July 16  2026 depo excerpts, Page 4 of 14

Q.   What is the St. Joseph's Foundation?

A.   St. Joseph Canon Law Foundation was founded possibly 40 years ago by another gentleman, and their intention was to provide canon law guidance to priests as well as parishioners as to their canon law rights when they feel that there is action occurring in their community that they want to know if this is a proper procedure under the Roman Catholic church.  And they provide that information pro bono.  And on the backside, of course, they appreciate donations because that's how they do sustain themselves.  But they provide all their guidance pro bono.

Q.   Just going to keep this handy.  So just going to run through a couple of questions.  SOBC has not made any donation to the diocese, correct?

A.   Correct.

Q.   And SOBC has not made any donations to any parish within the diocese, correct?

A.   Correct.

Q.   And SOBC has not made any donations to any other Roman Catholic entity that's within the diocese, correct?

A.   Correct.

Q.   SOBC is not a creditor of the diocese, correct?

A.   Correct.

Case 1-20-10322-CLB,   Doc 4967-1,   Filed 07/20/26,   Entered 07/20/26 15:59:16,
Description: Exhibit A - Pruski July 16   2026 depo excerpts, Page 5 of 14

Q.    SOBC has not filed a claim against the diocese in the Chapter 11 case, correct?

A.    Correct.

Q.    And SOBC is not a counterparty to any contract with the diocese, correct?

A.    Correct.

Q.    And SOBC is not a creditor of any parish of the diocese, correct?

A.    Correct.

Q.    And SOBC has not made -- sorry, strike that.
      SOBC is not a member of any parish, correct?

A.    Correct.

Q.    And you individually are not a creditor of the diocese, correct?

A.    Correct.

Q.    And you individually have not filed a claim against the diocese in the Chapter 11 case, correct?

A.    Correct.

Q.    And you individually are not a counterparty to any contract within the diocese, correct?

A.    Correct.

Q.    And you are not a creditor of any parish, correct? I may have asked that, but let's just repeat it.

A.    Correct.

Q.    So did the SOBC make any donations to the

Case 1-20-10322-CLB,   Doc 4967-1,   Filed 07/20/26,   Entered 07/20/26 15:59:16,
Description: Exhibit A - Pruski July 16   2026 depo excerpts, Page 6 of 14

parishes?

A.    From the civil law perspective, I believe that is an accurate statement.  However, from the canon law page -- parish right, parishioners rights, canon law says that parishes may donate gift monies to a diocese in need of fund, but it needs to be a modest amount from current income, not from savings.  So the parishes would need -- should give from that amount, not 250,000, not 2 million, it should be 50,000 quarterly, or there should be a -- a reasonable payment plan, not extract half a million dollars in one lump sum from a parish.

And the payment of an amount into the assessment, alone should not be a guarantee that you're not going to be liable for a lawsuit.  The -- the pre -- rapid prepack bankruptcy -- sorry, that's my procurator word. I understand how that is intended to protect parishes from the lawsuit, which is, of course, desirable.  But paying the assessment money is not tied to that protection.

Q.    Is it your view that the assessment, as you call it, is being used to fund only resolution of claims against the diocese?

A.    Yes, sir.

Q.    If you came to understand that that was incorrect

ESQUIRE
DEPOSITION SOLUTIONS

Case 1-20-10322-CLB,    Doc 4967-1,    Filed 07/20/26,    Entered 07/20/26 15:59:16,
Description: Exhibit A - Pruski July 16    2026 depo excerpts, Page 7 of 14

and that the amount of we -- what we call the assessments was going to resolve the claims -- the abuse claims against parishes, would that change your view?

A.   I need to understand more about that.  It -- to me, it doesn't sound any different.  I'm sorry.

Q.   Well, there are claims against the diocese, saying the diocese is liable for abuse.

A.   Okay.

Q.   There are separate claims against parishes.  So I'm trying to understand whether, if the amount of the assessment included resolution of all the claims against the parishes, would that change your view?

A.   I understand what you're asking.  It tempers it, but I would have to contemplate that a little bit, but it does temper it.

Q.   I understand.  Thank you.  Are you aware of how many claims have been asserted against parishes?

A.   Against the parishes?  I wish I knew, sir.  No, I'm not aware.

Q.   Are you aware of how many parishes have signed resolutions authorizing the funding of what you're calling the assessments?

A.   I'm unaware of how many of the parishes are not disclosing to all the parishioners.  Some have and some

ESQUIRE
DEPOSITION SOLUTIONS

Case 1-20-10322-CLB,   Doc 4967-1,   Filed 07/20/26,   Entered 07/20/26 15:59:16,
Description: Exhibit A - Pruski July 16   2026 depo excerpts, Page 8 of 14

the -- in those lawsuits.

A.   We, we did -- we, we wanted to see a delay until we had a chance for the Vatican to rule on our appeals.

Q.   Okay.  Turning to this -- the next page -- it's not numbered, but it states, after what I just quoted, dismissed without prejudice on September 26, 2025.  And then it states, in which substantially the same canonical, constitutional, and statutory rights were placed in issue.  Do you see that?

A.   I do.

Q.   Okay.  And you're indicating in this sworn affidavit that the issues that were before the court in Reid and Rozak are the same issues you want to address in this proceeding?

        MR. BAUMEISTER:  Object to form.

BY MR. SHARKEY:

Q.   Is that right?

A.   Partially so.

Q.   Okay.  How was it different?

A.   We now have the final decisions from Rome that the contribution plan, the assessment plan, was an illicit program for multiple reasons.  So not only -- this suit was to delay any payment.  We now say the payments should have not been made, and the Diocese should have sought funds from another source or another program

Case 1-20-10322-CLB,   Doc 4967-1,   Filed 07/20/26,   Entered 07/20/26 15:59:16,
Description: Exhibit A - Pruski July 16   2026 depo excerpts, Page 9 of 14

through the parishes, but not to extract the 80 percent. And all these parishes were being assessed at the 80 percent level.

Q. But in terms of the issue -- the issue itself that's being raised, you're saying the same thing in Reid and Rozak, it was that the diocese was supposed to be violating canonical law and that you wanted to bring that to the attention of the court; is that right?

A. We did. And we wanted to delay for that reason, but we did not have proof. Now we have proof that it was against canon law.

Q. Okay. And you acknowledge, don't you, ma'am, that the group's -- the recourse groups you're referring to have pursued challenges with the Vatican over the diocese actions in that regard?

A. That's correct.

Q. Okay. And these are the very matters you want to bring to the court's attention in the bankruptcy case?

A. We want to bring the Vatican decisions to the court's awareness.

Q. Would you agree with me that if the diocese is violating those dicastery degrees, as you claim in your papers and have repeatedly said in various statements, you have recourse through the church with that, don't you?

ESQUIRE
DEPOSITION SOLUTIONS

Case 1-20-10322-CLB, Doc 4967-1, Filed 07/20/26, Entered 07/20/26 15:59:16, Description: Exhibit A - Pruski July 16 2026 depo excerpts, Page 10 of 14

A.    We do.

Q.    Okay.  And you're pursuing that, aren't you?

A.    And yes, we are.

Q.    Okay.  Sorry.  Just trying to figure out what I can avoid going through.  I'm not going to go through all those documents.  I just brought them just a case.

        MR. BAUMEISTER:  Thank you.

        MR. SHARKEY:  I know.  I saw Art's eyes look sideways.

        THE WITNESS:  (Indiscernible) right there.

BY MR. SHARKEY:

Q.    Were there any member -- well, strike that.

      I think you indicated the only actual members of SOBC as we've been talking about today are yourself, Ms. Zilbauer, Mr. Gorman, and then the two volunteers?

A.    Yes.

Q.    Okay.  Irene and Roxanne?

A.    Roxanne.

Q.    Right.  Okay.

        MR. SHARKEY:  Could you mark that as 13?

        THE REPORTER:  12.

        MR. SHARKEY:  Is it 12.  Sorry.

        THE REPORTER:  No, all good.

      (Exhibit 12 was marked for identification.)

BY MR. SHARKEY:

Case 1-20-10322-CLB,    Doc 4967-1,    Filed 07/20/26,    Entered 07/20/26 15:59:16,
Description: Exhibit A - Pruski July 16   2026 depo excerpts, Page 11 of 14

as soon.  As they came up with the contribution fund plan last -- a year ago right now, that was one of the first things we did, is come out and say, this doesn't feel right, doesn't look right, and we are going to consult with our canon lawyer.  And our canon lawyer was even live on WBEN radio saying, these are our concerns.  This isn't right.  So we raised the flag a year ago when this plan was birthed to the region.

Q.   But by the same logic, shouldn't the parishes have been getting ready to pay as well if there named as --

(Crosstalk)

THE WITNESS:  I believe some were already thinking that, you know, they were going to need to put some money aside.  I would say that would be reasonable.

BY MR. SHARKEY:

Q.   Okay.  Now, I think -- Mr. Heuer may have asked you earlier.  I don't remember who asked you some questions about the legal exposure faced by the parishes as a result of the CVA cases.  And I think you earlier indicated you had never seen a CVA lawsuit?

A.   That's correct.

Q.   Okay.  So everything you're going by in terms of your information is based on information that is conveyed in the media or statements made by other

Case 1-20-10322-CLB,   Doc 4967-1,   Filed 07/20/26,   Entered 07/20/26 15:59:16,
Description: Exhibit A - Pruski July 16   2026 depo excerpts, Page 12 of 14

persons?

A.   Correct.

Q.   And do you have any understanding of the legal exposure faced by the parishes in the diocese as a result of the CVA lawsuits?

A.   My only understanding is if the settlement fails, yes, then the parishes were -- will be at high risk for facing their own individual suit.

Q.   Okay.  And do you know how many CVA lawsuits have been filed against parishes in the Buffalo diocese?

A.   I do not.

Q.   Okay.  Are you aware that those matters are matters of public record, that you could go online and find it?

A.   To my awareness, no one has brought that to my attention.  And I would appreciate that information when the session is over.  Thank you.

Q.   Would you be surprised to know there's neighborhood of 7 to 800 lawsuits that have been filed against parishes in the Diocese of Buffalo?

A.   Against the parishes?

Q.   Yes.

A.   I am surprised that there's that many.

Q.   For example, you -- you're a parishioner of St. Bernadette, you indicated?

800.211.DEPO (3376)
EsquireSolutions.com
ESQUIRE
DEPOSITION SOLUTIONS
Case 1-20-10322-CLB,   Doc 4967-1,   Filed 07/20/26,   Entered 07/20/26 15:59:16,
Description: Exhibit A - Pruski July 16   2026 depo excerpts, Page 13 of 14

A.    Yes.

Q.    Okay.  Do you know how many CVA lawsuits have been filed against St. Bernadette?

A.    I've heard five.

Q.    That's correct.  And do you know anything at all about the facts of any of those cases?

A.    I only know the priest that was involved in some of them, but not all of them.

Q.    Okay.  Who was that priest?

A.    Father Art Smith.

Q.    Okay.  Do you know anything at all about the legal merit of those claims that have been asserted against St. Bernadette in those five cases?

A.    No, I do not.

Q.    Okay.  And would the same hold true for any other CVA lawsuits filed against any other parish in the diocese?

A.    That's correct.

Q.    Okay.  And I think you earlier indicated that neither you nor this SOBC consulted with anyone regarding the legal exposure faced by the parishes in connection with the CVA lawsuits?

A.    Other than what I just stated.

Q.    Okay.  For example, you never hired a lawyer to kind of review them and give you an opinion on what

800.211.DEPO (3376)
EsquireSolutions.com
ESQUIRE
DEPOSITION SOLUTIONS
Case 1-20-10322-CLB,   Doc 4967-1,   Filed 07/20/26,   Entered 07/20/26 15:59:16,
Description: Exhibit A - Pruski July 16   2026 depo excerpts, Page 14 of 14