# EXHIBIT B

## List of Pending CVA Cases Against Parishes of the Diocese of Buffalo[1]

| | PARISH | LAWSUIT |
|---|---|---|
| 1. | **Blessed Sacrament (Tonawanda)** | *AB 191 Doe v. Blessed Sacrament a/k/a Blessed Sacrament Roman Catholic Parish* (Index No. 807943/2020) |
| | | *AB 16 Doe v. Blessed Sacrament a/k/a Blessed Sacrament Roman Catholic Parish a/k/a Blessed Sacrament Church* (Index No. 809189/2021) |
| 2. | **Our Lady of Peace** | *AB 721 Doe v. Our Lady Of Peace Roman Catholic Church a/k/a Our Lady Of Peace* (Index No. 811066/2021) |
| 3. | **St. Bernadette** | *AB 285 Doe v. St. Bernadette a/k/a St. Bernadette Roman Catholic Church a/k/a St. Bernadette Roman Catholic Church Society of Armor, N.Y.* (Index No. 808145/2020) |
| | | *Cooley v. St. Bernadette Church, et al.* (Index No. 808224/2020) |
| | | *Pelc v. St. Bernadette a/k/a St. Bernadette Roman Catholic Church a/k/a St. Bernadette Roman Catholic Church Society of Armor, N.Y.* (Index No. 810772/2021) |
| | | *PB-6 Doe v. St. Bernadette Parish, et al.* (Index No. 811773/2019) |
| | | *Bembia v. St. Bernadette Roman Catholic Church Society of Armor, N.Y.* (Index No. 813552/2019) |
| 4. | **St. Aloysius Gonzaga** | *HW 4 Doe v. St Aloysius Gonzaga Church, et al.* (Index No. 802869/2020) |
| | | *AB 241 Does v. St. Aloysius Gonzaga Roman Catholic Church Society of Cheektowaga, New York, Incorporated a/k/a St. Aloysius Gonzaga Parish, et al.* (Index No. 808031/2020) |
| | | *AB 302 Doe v. St. Aloysius Gonzaga Parish a/k/a St. Aloysius Gonzaga Roman Catholic Church, et al.* (Index No. 808214/2020) |
| | | *AB 15 Doe v. St. Aloysius Gonzaga, et al.* (Index No. 810267/2019) |
| | | *AB 729 Doe v. St. Aloysius Gonzaga Roman Catholic Church Society of Cheektowaga, New York,* |

---

[1] Unless otherwise indicated, these are known, pending actions in Erie County alone.  Under applicable tolling provisions, claims against other, as-yet—unnamed plaintiffs, could still be commenced by individuals who have not yet attained the age of 18, and would not be known for years from now. Moreover, as was done with the original CVA statute, there is a possibility that New York State could "re-open the window" to the filing of additional claims by other potential plaintiffs again in the future, triggering the filing of additional claims against parishes of the Diocese.

| | | |
|---|---|---|
| | | *Incorporated a/k/a St. Aloysius Gonzaga Parish* (Index No. 811150/2021) |
| | | *Rowe v. St. Aloysius Gonzaga Roman Catholic Church Society of Cheektowaga, New York, Incorporated, et al.* (Index No. 811477/2020) |
| 5. | **St. John XXIII** | *Hebert v. St. John XXIII Roman Catholic Parish of West Seneca* (Index No. 807912/2020) |
| | | *AB 185 Doe v. St. John XXIII Parish, et al.* (Index No. 807939/2020) |
| | | *AB 188 Doe v. St. John XXIII Roman Catholic Parish of West Seneca, New York a/k/a St. John XXIII Parish a/k/a St. John XXIII, et al.* (Index No. 808004/2020) |
| | | *AB 244 Doe v. St. John XXIII Roman Catholic Parish of West Seneca, New York a/k/a St. John XXIII a/k/a St. John XXIII Parish f/k/a Blessed John XXIII Parish, et al.* (Index No. 808022/2020) |
| | | *AB 63 Doe v. St. John XXII Parish, et al.* (Index No. 808138/2020) |
| | | *AB 389 Doe v. . St. John XXIII Roman Catholic Parish of West Seneca, New York a/k/a St. John XXIII Parish a/k/a St. John XXIII, et al.* (Index No. 809027/2021) |
| | | *AB 632 Doe v. St. John XXIII Roman Catholic Parish of West Seneca, New York a/k/a St. John XXIII Parish a/k/a St. John XXIII, et al.* (Index No. 809595/2021) |
| | | *Eames v. St. John XXIII Parish a/k/a St. Bonaventure Parish, et al.* (Index No. 810194/2019) |
| | | *AB 10 Doe v. St. John XXIII Parish a/k/a St. John XXIII, et al.* (Index No. 810250/2019) |
| | | *HW 2 Doe v. St. John XXIII Parish a/k/a St. Bonaventure Parish, et al.* (Index No. 812342/2019) |
| | | *LG 27 Doe v. St. John XXIII Parish f/k/a St. Bonaventure Parish, et al.* (Index No. 813442/2019) |
| 6. | **St. Joseph Cathedral** | *AB 372 Doe v. St. Joseph Cathedral, et al.* (Index No. 807683/2021) |
| | | *AB 73 Doe v. St. Joseph Cathedral, et al.* (Index No. 808123/2020) |
| | | *AB 633 Doe v. St. Joseph Cathedral, et al.* (Index No. 809596/2021) |
| | | *AB 49 Doe v. St. Joseph Cathedral, et al.* (Index No. 810187/2019) |
| | | *AB 50 Doe v. St. Joseph Cathedral, et al.* (Index No. 810189/2019) |
| | | *AB 51 Doe v. St. Joseph Cathedral, et al.* (Index No. 810191/2019) |
| | | *Haas v. St. Joseph Cathedral, et al.* (Index No. 808661/2021) |

| | | |
|---|---|---|
| | | *Merle v. St. Joseph Cathedral, et al.* (Index No. 810905/2021) |
| | | *Valvo v. St. Joseph's Cathedral, et al.* (Index No. 811480/2020) |
| | | *AB 138 Doe v. St. Joseph Cathedral, et al.* (Index No. 814852/2023) |
| 7. | **St. Adalbert** | NONE |
| 8. | **St. Anthony of Padua Oratory** | *Lockwood v. St. Anthony of Padua R.C. Church* (Index No. 810716/2021) |
| 9. | **Assumption** | *LG 49 Doe v. Church of the Assumption, et al.* (Index No. 802219/2019) |
| | | *AB 226 Doe v. Assumption Roman Catholic Church Society of Buffalo, N.Y. a/k/a Assumption* (Index No. 808013/2020) |
| | | *AB 423 Doe v. Assumption, et al.* (Index No. 808266/2020) |
| | | *AB 230 Doe v. Assumption Roman Catholic Church Society of Buffalo, N.Y., et al.* (Index No. 809218/2021) |
| | | *AB 618 Doe v. Assumption Roman Catholic Church Society of Buffalo, N.Y., et al.* (Index No. 809518/2021) |
| | | *AB 619 Doe v. Assumption Roman Catholic Church Society of Buffalo, N.Y., et al.* (Index No. 809575/2021) |
| | | *AB 26 Doe v. Assumption Roman Catholic Church Society of Buffalo, N.Y., et al.* (Index No. 810253/2019) |
| | | *LL John Doe #4 v. Assumption of the Blessed Church, et al.* (Index No. 810604/2021) |
| | | *Zeigler v. Church of the Assumption of the Blessed Virgin Mary, et al.* (Index No. 811302/2021) |
| 10. | **Blessed Sacrament (Buffalo)** | *PB-53 Doe v. Blessed Sacrament Center of Eucharistic Worship, Inc. (a/k/a Blessed Sacrament Church), et al.* (Index No. 814845/2020) |
| | | *AB 138 Doe v. Blessed Sacrament Church a/k/a Blessed Sacrament, et al.* (Index No. 814852/2023) |
| | | *PB-54 Doe v. Blessed Sacrament Center of Eucharistic Worship, Inc. (a/k/a Blessed Sacrament Church), et al.* (Index No. 814875/2020) |
| 11. | **Blessed Trinity** | *AB 169 Doe v. Blessed Trinity Roman Catholic Church Society of Buffalo, N.Y. a/k/a Blessed Trinity, et al.* (Index No. 807490/2020) |

| | | |
|---|---|---|
| | | *AB 376 Doe v. Blessed Trinity Roman Catholic Church Society of Buffalo, N.Y. a/k/a Blessed Trinity, et al.* (Index No. 807687/2021) |
| | | *AB 75 Doe v. Blessed Trinity Roman Catholic Church Society of Buffalo, N.Y. a/k/a Blessed Trinity, et al.* (Index No. 808142/2020) |
| | | *AB 284 Doe v. Blessed Trinity Roman Catholic Church Society of Buffalo, N.Y. a/k/a Blessed Trinity, et al.* (Index No. 808143/2020) |
| | | *AB 437 Doe v. Blessed Trinity Church, et al.* (Index No. 808247/2020) |
| | | *AB 319 Doe v. Blessed Trinity Roman Catholic Church Society of Buffalo, N.Y. a/k/a Blessed Trinity, et al.* (Index No. 808316/2020) |
| | | *Marek v. Blessed Trinity Roman Catholic Church Society of Buffalo, N.Y. a/k/a Blessed Trinity, et al.* (Index No. 808322/2020) |
| | | *CF 13 Doe v. Blessed Trinity Roman Catholic Church Society of Buffalo, N.Y., et al.* (Index No. 808451/2021) |
| | | *Jago v. Blessed Trinity Parish, et al.* (Index No. 808899/2021) |
| | | *AB 377 Doe v. Blessed Trinity Roman Catholic Church Society of Buffalo, N.Y. a/k/a Blessed Trinity, et al.* (Index No. 809028/2021) |
| | | *AB 395 Doe v. Blessed Trinity Roman Catholic Church Society of Buffalo, N.Y. a/k/a Blessed Trinity, et al.* (Index No. 809233/2021) |
| | | *AB 617 Doe v. Blessed Trinity Roman Catholic Church Society of Buffalo, N.Y. a/k/a Blessed Trinity, et al.* (Index No. 809517/2021) |
| | | *AB 319 Doe v. Blessed Trinity Church, et al.* (Index No. 809523/2021) |
| | | *PB-51 Doe v. Blessed Trinity Church f/k/a St. Bartholomew Church, et al.* (Index No. 809987/2021) |
| | | *AB 74 Doe v. Blessed Trinity Roman Catholic Church Society of Buffalo, N.Y. a/k/a Blessed Trinity, et al.* (Index No. 810252/2019) |
| | | *KS-Doe-1-14 v. Blessed Trinity R.C. Church, et al.* (Index No. 810342/2019) |
| | | *AB 694 Doe v. Blessed Trinity Church, et al.* (Index No. 810413/2021) |
| | | *Brownell v. Blessed Trinity Roman Catholic Church Society of Buffalo, N.Y. a/k/a Blessed Trinity Roman Catholic Church, et al.* (Index No. 810859/2019) |

|  |  |  |
|---|---|---|
|  |  | *John Doe v. Blessed Trinity Roman Catholic Church, et al.* (Index No. 810891/2021) |
|  |  | *James Doe v. Blessed Trinity Roman Catholic Church, et al.* (Index No. 811001) |
|  |  | *AB 723 Doe v. Blessed Trinity Roman Catholic Church Society of Buffalo, N.Y. a/k/a Blessed Trinity, et al.* (Index No. 811049) |
|  |  | *KS-Doe-1-22 v. The Blessed Trinity R.C. Church, et al.* (Index No. 815447/2019) |
| 12. | **St. Casimir** | *Fischer v. St. Casimir Church* (Index No. 807527/2020) |
|  |  | *AB 272 Doe v. St. Casimir a/k/a St. Casimir Church* (Index No. 808135/2020) |
|  |  | *AB 271 Doe v. St. Casimir a/k/a St. Casimir Church* (Index No. 808144/2020) |
|  |  | *AB 611 Doe v. St. Casimir a/k/a St. Casimir Church* (Index No. 809455/2021) |
|  |  | *AB 60 Doe v. St. Casimir a/k/a St. Casimir Church*, et al. (Index No. 810216/2019) |
| 13. | **SS Columba & Brigid** | *Reeves v. SS Columba-Brigid, Individually and as Successor in Interset to Diocesan Education Campus School* (Index No. 808176/2020) |
| 14. | **Corpus Christi** | *AB 394 Doe v. Corpus Christi a/k/a Corpus Christi Church, et al.* (Index No. 809122/2021) |
|  |  | *AB 682 Doe v. Corpus Christi a/k/a Corpus Christi Church, et al.* (Index No. 810073/2021) |
|  |  | *Heldwein, et al. v. Corpus Christi Church, et al.* (Index No. 810222/2019) |
|  |  | *Grabowski v. Corpus Christi Parish and Corpus Christi Church* (Index no. 810510/2021) |
|  |  | *Zulawski v. Corpus Christi Roman Catholic Church, et al.* (Index no. 811285/2021) |
|  |  | *Wachowiak v. Corpus Christi Church and School, et al.* (Index No. 814667/2019) |
| 15. | **Holy Cross** | *PB-13 Doe v. Holy Cross Roman Catholic Church, et al.* (Index No. 800043/2020) |
|  |  | *CF 8 Doe v. Holy Cross Roman Catholic Church Society of Buffalo, New York, et al.* (Index No. 801518/2020) |
|  |  | *J.S. v. Holy Cross Roman Catholic Church, et al.* (Index No. 805844/2020) |
|  |  | *PB-35 Doe v. Holy Cross Roman Catholic Church, et al.* (Index No. 807543/2020) |

| | | |
|---|---|---|
| | | *AB 258 Doe v. Holy Cross Roman Catholic Church Society of Buffalo, New York a/k/a Holy Cross, et al.* (Index No. 808038/2020) |
| | | *AB 259 Doe v. Holy Cross Roman Catholic Church Society of Buffalo, New York a/k/a Holy Cross, et al.* (Index No. 808043/2020) |
| | | *AB 263 Doe v. Holy Cross Roman Catholic Church Society of Buffalo, New York a/k/a Holy Cross, et al.* (Index No. 808091/2020) |
| | | *PB-44 Doe v. Holy Cross Roman Catholic Church, et al.* (Index No. 808194/2020) |
| | | *AB 383 Doe v. Holy Cross Roman Catholic Church Society of Buffalo, New York a/k/a Holy Cross, et al.* (Index No. 809117/2021) |
| | | *AB 220 Doe v. Holy Cross Roman Catholic Church Society of Buffalo, New York a/k/a Holy Cross, et al.* (Index No. 809303/2021) |
| | | *AB 42 Doe v. Holy Cross, et al.* (Index No. 810205/2019) |
| | | *PB-2 Doe v. Holy Cross Roman Catholic Church, et al.* (Index No. 810380/2019) |
| | | *Greene v. Holy Cross Church* (Index No. 810665/2021) |
| | | *Balsano v. Holy Cross Roman Catholic Church, et al.* (Index No. 811076/2021) |
| | | *LG 20 Doe v. Immaculate Conception Roman Catholic Church n/k/a Holy Cross Parish* (Index No. 811104/2021) |
| | | *LG 19 Doe v. Immaculate Conception Roman Catholic Church n/k/a Holy Cross Parish* (Index No. 811166/2021) |
| | | *AB 740 Doe v. Holy Cross Roman Catholic Church Society of Buffalo, New York a/k/a Holy Cross, et al.* (Index No. 811296/2021) |
| | | *AB 136 Doe v. Holy Cross, et al.* (Index No. 812371/2019) |
| | | *AB 310 Doe v. Immaculate Conception Roman Catholic Church Society of Buffalo a/k/a Immaculate Conception, et al.* (Index No. 808298/2020) |
| | | *AB 140 Doe v. Holy Cross, et al.* (Index No. 812380/2019) |
| | | *AB 133 Doe v. Holy Cross, et al.* (Index No. 812381/2019) |
| 16. | **Holy Spirit (Buffalo)** | NONE |
| 17. | **St. Joseph - University** | *Lockwood v. St. Joseph University Parish* (Index No. 810721/2021) |

|  |  |  |
| --- | --- | --- |
|  |  | *LG 80 Doe v. St. Joseph University Parish, et al.* (Index No. 811165/2021) |
| 18. | **St. Katharine Drexel** | *AB 600 Doe v. St. Katharine Drexel, et al.* (Index No. 809242/2021) |
|  |  | *AB 696 Doe v. St. Katharine Drexel, et al.* (Index No. 810449/2021) |
| 19. | **St. Louis** | *AB 138 Doe v. St. Louis a/k/a Saint Louis Roman Catholic Church, et al.* (Index No. 812399/2019) |
| 20. | **St. Mark (Buffalo)** | *Barr v. St. Margaret Roman Catholic Church[2], et al.* (Index No. 803811/2021) |
|  |  | *AB 62 Doe v. St. Margaret, et al.* (Index No. 807679/2021) |
|  |  | *AB 223 Doe v. St. Margaret, et al.* (Index No. 808009/2020) |
|  |  | *AB 304 Doe v. St. Margaret, et al.* (Index No. 808215/2020) |
|  |  | *Cino v. St. Margaret Roman Catholic Church, et al.* (Index No. 811306/2021) |
| 21. | **St. Martin de Porres** | *W.D. v. St. Martin De Porres Catholic Church f/k/a St. Matthew's Church* (Index No. 807120/2021) |
| 22. | **St. Martin of Tours** | *T. N. v. ST. MARTIN OF TOURS ROMAN CATHOLIC CHURCH (linked with ST. THOMAS AQUINAS ROMAN CATHOLIC CHURCH) et al* (Index No. 807123/2021) |
|  |  | *M. D. v. ST. MARTIN OF TOURS* (Index No. 808437/2020) |
|  |  | *LYNN GROTKE v. St. Martin of Tours Roman Catholic Church a/k/a St. Martin of Tours et al.* (Index No. 809246/2021) |
|  |  | *AB 76 DOE v. THE DIOCESE OF BUFFALO, N.Y. et al.* (Index No. 810271/2019) |
|  |  | *Michael Mancini v. St. Martin of Tours Roman Catholic Church* (Index No. 810717/2021) |
|  |  | *LG 3 DOE v. THE DIOCESE OF BUFFALO, N.Y. et al.* (Index No. 811339/2019) |
| 23. | **St. Michael** | NONE |
| 24. | **Our Lady of Charity** | *Brown v. St. Agatha Parish and School (d/b/a Our Lady of Charity Parish), et al.* (Index No. 807529/2020) |
|  |  | *AB 373 Doe v. Our Lady of Charity a/k/a Our Lady of Charity Parish, et al.* (Index No. 807684/2021) |
|  |  | *Kane v. Our Lady of Charity Parish, et al.* (Index No. 807688/2021) |

---

[2] This is listed as worship site for St. Mark.

| | | |
|---|---|---|
| | | *AB 189 Doe v. Our Lady of Charity, et al.* (Index No. 807941/2020) |
| | | *AB 303 Doe v. Our Lady of Charity a/k/a Our Lady of Charity Parish, et al.* (Index No. 808213/2020) |
| | | *AB 397 Doe v. Our Lady of Charity, et al.* (Index No. 809232/2021) |
| | | *AB 448 Doe v. Our Lady of Charity, et al.* (Index No. 809921/2021) |
| | | *AB 91 Doe v. Our Lady of Charity Parish, et al.* (Index No. 810210/2019) |
| | | *AB 86 Doe v. Our Lady of Charity Parish, et al.* (Index No. 810226/2019) |
| | | *AB 41 Doe v. Our Lady of Charity Parish, et al.* (Index No. 810247/2019) |
| | | *AB 13 Doe v. Our Lady of Charity Parish, et al.* (Index No. 810255/2019) |
| | | *AB 14 Doe v. Our Lady of Charity Parish, et al.* (Index No. 810265/2019) |
| | | *AB 92 Doe v. Our Lady of Charity Parish, et al.* (Index No. 810278/2019) |
| | | *RJW1 Doe v. Our Lady of Charity Parish f/k/a St. Agatha Parish, et al.* (Index No. 810329/2021) |
| | | *Dunbar v. Our Lady of Charity Parish, et al.* (Index No. 810340/2021) |
| | | *AB 712 Doe v. Our Lady of Charity a/k/a Our Lady of Charity Parish, et al.* (Index No. 810807/2021) |
| | | *AB 723 Doe v. Our Lady of Charity Catholic Parish, et al.* (Index No. 811049/2021) |
| | | *AB 739 Doe v. Our Lady of Charity Catholic Parish, et al.* (Index No. 811279/2021) |
| | | *AB 9 Doe v. Our Lady of Charity Parish, et al.* (Index No. 812373/2019) |
| | | *Maloney v. Our Lady of Charity Parish, et al.* (Index No. 814659/2019) |
| | | *Green v. Our Lady of Charity Parish, et al.* (Index No. 814897/2019) |
| 25. | **Our Lady of Hope** | *Wiechelt v. Our Lady of Hope Roman Catholic Parish Church f/k/a Annunciation Roman Catholic Church, et al.* (Index No. 807603/2020) |
| | | *AB 273 Doe v. Our Lady of Hope Parish, et al.* (Index No. 808134/2020) |
| | | *AB 333 Doe v. Our Lady of Hope Roman Catholic Parish, et al.* (Index No. 808284/2020) |
| | | *AB 387 Doe v. Our Lady of Hope, et al.* (Index No. 809140/2021) |

| | | |
|---|---|---|
| | | *AB 398 Doe v. Our Lady of Hope, et al.* (Index No. 809235/2021) |
| | | *Haslam v. Our Lady of Hope Roman Catholic Parish Church f/k/a Annunciation Roman Catholic Church, et al.* (Index No. 810201/2019) |
| | | *AB 57 Doe v. Our Lady of Hope Parish, et al.* (Index No. 810208/2019) |
| | | *AB 58 Doe v. Our Lady of Hope Roman Catholic Parish of Buffalo, New York, et al.* (Index No. 810415/2019) |
| | | *Scutt v. Our Lady of Hope Church, et al.* (Index No. 810715/2021) |
| | | *Campeau v. Annunciation R.C. Church n/k/a Our Lady of Hope Parish, et al.* (Index No. 810755/2021) |
| | | *CWNH Doe 11 v. Our Lady of Hope Roman Catholic Parish Church f/k/a Annunciation Roman Catholic Church, et al.* (Index No. 811241/2021) |
| | | *LG 25 Doe v. Our Lady of Hope Parish f/k/a Annunciation Church, et al.* (Index No. 812755/2019) |
| 26. | **Our Lady of Perpetual Help** | *AB 335 Doe v. Our Lady of Perpetual Help, et al.* (Index No. 808324/2020) |
| | | *AB 390 Doe v. Our Lady of Perpetual Help Roman Catholic Church Society of Buffalo, N.Y., et al.* (Index No. 809138/2021) |
| | | *AB 616 Doe v. Our Lady of Perpetual Help Roman Catholic Church Society of Buffalo, N.Y., et al.* (Index No. 809516/2021) |
| | | *Golden v. Our Lady of Perpetual Help Parish, et al.* (Index No. 810204/2019) |
| | | *AB 731 Doe v. Our Lady of Perpetual Help, et al.* (Index No. 811163/2021) |
| | | *AB 4 Doe v. Our Lady of Perpetual Help, et al.* (Index No. 812386/2019) |
| 27. | **St. Rose of Lima** | *AB 300 Doe v. St. Rose of Lima a/k/a St. Rose of Lima Roman Catholic Church, et al.* (Index No. 808205/2020) |
| | | *AB 454 Doe v. St. Rose of Lima Catholic Church, et al.* (Index No. 809257/2021) |
| | | *Alff v. St. Rose of Lima Church* (Index No. 810335/2021) |
| 28. | **St. Stanislaus** | *AB 240 Doe v. St. Stanislaus, et al.* (Index No. 808032/2020) |
| | | *AB 610 Doe v. St. Stanislaus, et al.* (Index No. 809351/2021) |

|  |  | *AB 687 Doe v. St. Stanislaus, et al.* (Index No. 810091/2021) |
|---|---|---|
| 29. | **St. Teresa** | *Potwora v. St. Teresa Church and School*, et al. (Index No. 807540/2020) |
|  |  | *AB 230 Doe v. St. Teresa, et al.* (Index No. 808003/2020) |
|  |  | *AB 292 Doe v. St. Teresa, et al.* (Index No. 808173/2020) |
|  |  | *AB 298 Doe v. St. Teresa, et al.* (Index No. 808209/2020) |
|  |  | *AB 297 Doe v. St. Teresa, et al.* (Index No. 808210/2020) |
|  |  | *AB 328 Doe v. St. Teresa, et al.* (Index No. 808280/2020) |
|  |  | *AB 329 Doe v. St. Teresa, et al.* (Index No. 808286/2020) |
|  |  | *AB 337 Doe v. St. Teresa, et al.* (Index No. 808319/2020) |
|  |  | *AB 318 Doe v. St. Teresa, et al.* (Index No. 808320/2020) |
|  |  | *AB 639 Doe v. St. Teresa, et al.* (Index No. 809615/2021) |
|  |  | *LG 65 Doe v. St. Teresa R.C. Church, et al.* (Index No. 810098/2020) |
|  |  | *AB 58 Doe v. St. Teresa, et al.* (Index No. 810213/2019) |
|  |  | *AB 81 Doe v. St. Teresa, et al.* (Index No. 810273/2019) |
|  |  | *AB 78 Doe v. St. Teresa, et al.* (Index No. 810275/2019) |
|  |  | *Kelley v. St. Teresa Roman Catholic Church, et al.* (Index No. 810341/2021) |
|  |  | *AB 80 Doe v. St. Teresa, et al.* (Index No. 811885/2019) |
|  |  | *PSAS 01 Doe v. St. Teresa Roman Catholic Church, et al.* (Index No. 811914/2019) |
|  |  | *PB-37 Doe v. St. John the Evangelist Toman Catholic Church f/k/a St. Teresa's Church, et al.* (Index No. 803843/2021) |
|  |  | *LG 29 Doe v. St. Teresa R.C. Church, et al.* (Index No. 814008/2019) |
|  |  | *JMH 301 Does v. St. Teresa Roman Catholic Church of Buffalo, N.Y., et al.* (Index No. 814122/2019) |
| 30. | **St. Teresa of Avila** | NONE |
| 31. | **Holy Family (Albion)** | NONE |

| 32. | **St. John the Baptist (Alden)** | *PB-61 Doe v. St. John the Baptist Church, et al.,* (Index No. 809125/2021) |
|---|---|---|
| | | *AB 278 Doe v. St. John the Baptist a/k/a St. John the Baptist Roman Catholic Church, et al.* (Index No. 808124/2020) |
| | | *AB 338 Doe v. St. John the Baptist a/k/a St. John the Baptist Roman Catholic Church, et al.* (Index No. 808314/2020) |
| | | *LG 77 Doe v. St. John the Baptist Roman Catholic Church* (Index No. 809144/2020) |
| 33. | **St. Jude** | NONE |
| 34. | **St. Bonaventure** | *AB 229 Doe v. St. Bonaventure a/k/a St. Bonaventure Church, et al.* (Index No. 89446) (Catt. Co.) |
| | | *AB 685 Doe v. St. Bonaventure a/k/a St. Bonaventure Church, et al.* (Index No. 90620) (Catt. Co.) |
| 35. | **St. Leo the Great** | *Dobraski v. St. Leo the Great Roman Catholic Church* (Index No. 807513/2020) |
| | | *AB 282 Doe v. St. Leo the Great a/k/a St. Leo the Great Roman Catholic Church, et al.* (Index No. 808119/2020) |
| | | *AB 386 Doe v. St. Leo the Great a/k/a St. Leo the Great Roman Catholic Church, et al.* (Index No. 809141/2021) |
| | | *AB 395 Doe v. St. Leo the Great a/k/a St. Leo the Great Roman Catholic Church, et al.* (Index No. 809233/2021) |
| 36. | **Most Precious Blood (Angola)** | *AB 231 Doe v. Most Precious Blood a/k/a Most Precious Blood Rom. Cath. Church Society of Angola, et al.* (Index No. 808018/2020) |
| | | *AB 27 Doe v. Most Precious Blood a/k/a Most Precious Blood Rom. Cath. Church Society of Angola, et al.* (Index No. 808019/2020) |
| | | *AB 233 Doe v. Most Precious Blood a/k/a Most Precious Blood Rom. Cath. Church Society of Angola, et al.* (Index No. 808033/2020) |
| | | *AB 28 Doe v. Most Precious Blood a/k/a Most Precious Blood Rom. Cath. Church Society of Angola, et al.* (Index No. 808034/2020) |
| | | *AB 256 Doe v. Most Precious Blood a/k/a Most Precious Blood Rom. Cath. Church Society of Angola, et al.* (Index No. 808041/2020) |
| | | *AB 382 Doe v. Most Precious Blood a/k/a Most Precious Blood Rom. Cath. Church Society of Angola, et al.* (Index No. 809115/2021) |

| | | |
|---|---|---|
| | | *E.J. v. Most Precious Blood Parish and Most Precious Blood Church* (Index No. 809282/2021) |
| | | *AB 52 Doe v. Most Precious Blood a/k/a Most Precious Blood Rom. Cath. Church Society of Angola, et al.* (Index No. 810195/2019) |
| | | *AB 231 Doe v. Most Precious Blood a/k/a Most Precious Blood Rom. Cath. Church Society of Angola, et al.* (Index No. 808018/2020) |
| | | *AB 25 Doe v. Most Precious Blood a/k/a Most Precious Blood Rom. Cath. Church Society of Angola, et al.* (Index No. 810243/2019) |
| | | *Moppert v. Most Precious Blood Catholic Church, et al.* (Index No. 812250/2021) |
| | | *Lepsch v. Most Precious Blood Catholic Church, et al.* (Index No. 813089/2019) |
| | | *Porter v. v. Most Precious Blood Catholic Church, et al.* (Index No. 813139/2019) |
| | | *Anderson v. Most Precious Blood Catholic Church, et al.* (Index No. 813142/2019) |
| | | *CF 6 Doe v. v. Most Precious Blood Catholic Church, et al.* (Index No. 814990/2020) |
| 37. | **St. Mary (Arcade)** | *Ab 186 Doe v. St. Mary Parish a/k/a St. Mary Church a/k/a St. Mary Arcade, et al.* (Index No. 89435) (Catt. Co.) |
| 38. | **St. Francis of Assisi** | *AB 274 Doe v. St. Francis of Assisi, et al.* (Index No. 807680/2021) |
| | | *AB 183 Doe v. St. Francis of Assisi, et al.* (Index No. 807937/2020) |
| | | *AB 65 Doe v. St. Francis of Assisi, et al.* (Index No. 808126/2020) |
| | | *AB 294 Doe v. St. Francis of Assisi, et al.* (Index No. 808171/2020) |
| | | *AB 332 Doe v. St. Francis of Assisi, et al.* (Index No. 808283/2020) |
| | | *AB 334 Doe v. St. Francis of Assisi, et al.* (Index No. 808285/2020) |
| | | *AB 316 Doe v. St. Francis of Assisi, et al.* (Index No. 808303/2020) |
| | | *AB 621 Doe v. St. Francis of Assisi, et al.* (Index No. 809572/2021) |
| | | *AB 683 Doe v. St. Francis of Assisi, et al.* (Index No. 810074/2021) |
| | | *AB 15 Doe v. St. Francis of Assisi, et al.* (Index No. 810267/2019) |
| | | *Cain v. St. Francis of Assisi, et al.* (Index No. 810338/2021) |

| | | |
|---|---|---|
| | | *AB 696 Doe v. St. Francis of Assisi, et al.* (Index No. 810449/2021) |
| | | *Pacillo v. St. Francis of Assisi Parish, et al.* (Index No. 810502/2021) |
| | | *AB 705 Doe v. St. Francis of Assisi, et al.* (Index No. 810661/2021) |
| | | *Buttkiewicz v. St. Francis of Assisi Parish, et al.* (Index No. 810931/2021) |
| | | *Roneker v. St. Francis of Assisi Church, et al.* (Index No. 811283/2021) |
| | | *Patrizi v. St. Francis of Assisi Church, et al.* (Index No. 815387/2020) |
| 39. | **SS Joachim & Anne (Attica)** | *AB 321 Doe v. St. Vincent, et al.* (Index No. 9000164/2021) |
| | | *CF 11 Doe. v. SS. Joachim & Anne Roman Catholic Church of Attica, New York, a/k/a SS Joachim and Anne Parish, a/k/a Saints Joachim and Anne Parish, f/k/a St. Vincent de Paul Parish* (Index No. 9000231/2021), |
| | | *CF 11 Doe. v. SS. Joachim & Anne Roman Catholic Church of Attica, New York, a/k/a SS Joachim and Anne Parish, a/k/a Saints Joachim and Anne Parish, f/k/a St. Vincent de Paul Parish* (Index No. 9000527/2021), |
| 40. | **Our Lady of the Lake** | NONE |
| 41. | **Ascension** | NONE |
| 42. | **Resurrection (Batavia)** | *PB-1 v. St. Mary's Roman Catholic Church a/k/a Resurrection Parrish, and Ascension Roman Catholic Church a/k/a St. Jude the Apostle Parish* (Index No. 805379/2021) |
| | | *Jose Ian Alvira v. St. Mary's Roman Catholic Church; Resurrection Roman Catholic Parish; and Does 1-5 whose identities are unknown to Plaintiff* (Index No. 811303/2021) |
| | | *Resurrection Roman Catholic Parish; St. Mary's of Little Valley, N.Y. and St. Mary's Roman Catholic Church, et al.* (Index No. 810349/2020) |
| 43. | **St. Patrick (Belfast)** | NONE |
| 44. | **Holy Family of Jesus, Mary and Joseph (Belmont)** | *Pfeiffer v. Holy Family of Jesus, Mary, and Joseph Roman Catholic Church Society of Belmont, N.Y., et al.* (Index No. 807410/2020) |
| | | *AB 87 Doe v. Holy Family of Jesus, Mary & Joseph; et al.* (Index No. 810230/2019) |
| 45. | **St. Mary of Lourdes (Bemus Point)** | *Lott v. St. Mary of Lourdes Parish; et al.* (Index No. 807093/2020) |

| | | |
|---|---|---|
| 46. | **St. Brigid (LeRoy)** | *Miller v. St. Joseph Church (d/b/a Our Lady of Mercy Parish and St. Brigid Church)* (Index No. E68477) (Genesee Co.) |
| | | *AB 275 DOE v. St. Brigid a/k/a Our Lady of Mercy and St. Brigid A Roman Catholic Family f/k/a St. Brigid; and DOES 1-5 whose identities are unknown to Plaintiff* (Index No. E68492) (Genesee Co.) |
| | | *AB 276 DOE v. St. Brigid a/k/a Our Lady of Mercy and St. Brigid A Roman Catholic Family f/k/a St. Brigid; and DOES 1-5 whose identities are unknown to Plaintiff* (Index No. E68491) (Genesee Co.) |
| | | *AB 393 DOE v. St. Brigid a/k/a Our Lady of Mercy and St. Brigid A Roman Catholic Family f/k/a St. Brigid; and DOES 1-5 whose identities are unknown to Plaintiff* (Index No. E69252) (Genesee Co.) |
| | | *AB 612 DOE v. St. Brigid a/k/a Our Lady of Mercy and St. Brigid A Roman Catholic Family f/k/a St. Brigid; and DOES 1-5 whose identities are unknown to Plaintiff* (Index No. E69259) (Genesee Co.) |
| | | *Rodgers v. Our Lady of Mercy and St. Brigid Parish, et al.* (Index No. E69312) (Genesee Co.) |
| | | *Gniewecki v. St. Brigid's Church a/k/a St. Brigid and Our Lady of Mercy R.C. Parish a/k/a Our Lady of Mercy* (Index No. E69344) (Genesee Co.) |
| 47. | **St. John the Baptist (Boston)** | NONE |
| 48. | **Sacred Heart of Jesus (Bowmansville)** | NONE |
| 49. | **St. Mary (Canaseraga/Belfast)** | *See 44* |
| 50. | **St. Anthony (Cassadaga/Dunkirk)** | *Gervaise v. St. Anthony of Padua Catholic Church* (Index No. EKI2021001100) (Chautauqua Co.) |
| 51. | **St. Andrew** | *AB 235 DOE v. St. Andrew a/k/a St. Andrew roman Catholic Church; and Does 1-5 whose identities are unknown to Plaintiff* (Index No. 808012/2020) |
| | | *AB 98 DOE v. St. Andrew a/k/a St. Andrew roman Catholic Church; and Does 1-5 whose identities are unknown to Plaintiff* (Index No. 810251/2019) |
| | | *Doyle v. St. Andrew Roman Catholic Church* (Index No. 810339/2021) |
| | | *Bierzynski v. St. Andrew School, St. Andrew Parish, Felician Sisters of North American, et al.* (Index No. 810482/2021) |
| 52. | **Infant of Prague** | *PB-27 Doe v. Infant of Prague Church Inc., Infant of Prague School, et al.* (Index No. 807475/2020) |

| | | |
|---|---|---|
| | | *AB 269 Doe v. Infant of Prague, a/k/a Infant of Prague Parish, et al.* (Index No. 808137/2020) |
| | | *AB-83 v. Infant of Prague Church Inc., Infant of Prague School, et al.* (Index No. 810929/2021) |
| | | *Kosinski v. Infant of Prague Church,, Infant of Prague Parish; et al.* (Index No. 811289/2021) |
| 53. | **St. John Gualbert** | *AB 270 Doe v. St. John Gualbert f/k/a St. John Gualbertus; et al.* (Index No. 808136/2020) |
| | | *AB 441 Doe v. St. John Gualbert Catholic Church a/k/a St. John Gualbert Catholic Parish; et al.* (Index No. 808249/2021) |
| | | *AB 40 DOE v. St. John Gualbert et al.* (Index No. 810238/2019) |
| | | *Pyc v. St. John Gualbert Church, et al.* (Index No. 810376/2019) |
| | | *LG 28 DOE v. St. John Gualbert Church and Diocesan Shrine, et al.* (Index No. 813916/20190 |
| | | *Cavana v. Saint John Gualbertus' Roman Catholic Church Society of Erie Co., N.Y., et al* (Index No. 807481/2020) |
| 54. | **St. Josaphat** | *AB 265 DOE v. St. Josaphat a/k/a Church of St. Josaphat, et al.* (Index No. 808089/20200 |
| | | *AB 608 DOE v. St. Josaphat a/k/a Church of St. Josaphat, et al.* (Index No. 809349/2021) |
| | | *AB 609 DOE v. St. Josaphat a/k/a Church of St. Josaphat, et al.* (Index No. 809350/2021) |
| 55. | **Our Lady of Czestochowa** | *AB 281 v. Our Lady of Czestochowa Church a/k/a our lady of Czestochowa Cheektowaga a/k/a Our Lady of Czestochowa Roman Catholic Church, et al.* (Index No. 808121/2020) |
| | | *AB 277 Doe v. Our Lady of Czestochowa, et al.* (Index No. 808125/2020) |
| | | *Suchocki v. Our Lady of Czestochowa Parish, et al.* (Index No. 809308/2020) |
| 56. | **Our Lady Help of Christians** | *AB 79 Doe v. Our Lady Help of Christian, et al.* (Index No. 810276/2019) |
| | | *Francis v. Our Lady Help of Christians Catholic Church* (Index No. 810604/2016) |
| 57. | **St. Philip the Apostle** | NONE |
| 58. | **Queen of Martyrs** | *AB 385 Doe v. Queen of Martyrs a/k/a Queen of Martyrs R.C. Church, et al.* (Index No. 809142/2021) |
| 59 | **Resurrection** | *Fraas v. Resurrection Roman Catholic Church Society of Cheektowaga, and Resurrection Roman Catholic, Member of the Catholic Family of Cheektowaga* (Index. No. 821908/2025) |

| | | |
|---|---|---|
| 60. | **Our Lady of Peace** | *AB 721 DOE v. Our Lady of Peace Roman Catholic Church a/k/a Our Lady of Peace; and DOES 1-5* (Index No. 811066/2021) |
| 61. | **Good Shepherd (Clarence)** | NONE |
| 62. | **Our Lady of the Angels (Wellsville)** | NONE |
| 63 | **St. Martha (Depew)** | *PB-16 Doe v. St. Mary of Sorrows Church, Immaculate Conception Church, and St. Martha Parish f/k/a St. Barnabas Episcopal Church f/k/a Our Lady of the Blessed Sacrament Church* (Index No. 803844/2021) |
| | | *Lynch v. Our Lady of Blessed Sacrament Church and School (d/b/a St. Martha Parish) and Sisters of St. Mary of Namur* (Index No. 807524/2020) |
| | | *AB 242 Doe v. St. Martha. et al.* (Index No. 808029/2020) |
| | | *AB 242 Doe v. St. Martha Roman Catholic Parish of Depew, N.Y. a/k/a St. Martha; et al.* (Index No. 808042/2020) |
| | | *SHC-MG-1 Doe v. St. Martha Roman Catholic Parish of Depew, et al.* (Index No. 808081/2020) |
| | | *AB 408 DOE v. St. Martha Parish, et al.* (Index No. 808094/2020) |
| | | *AB 381 DOE v. St. Martha Roman Catholic Parish of Depew, N.Y. a/k/a St. Martha, et al.* (Index No. 808993/2021) |
| | | *AB 384 DOE v. St. Martha Roman Catholic Parish of Depew, N.Y., et al.* (Index No. 809143/2021) |
| | | *AB 455 DOE v. St. Martha Parish, et al.* (Index No. 809483/2021) |
| | | *AB 43 DOE v. St. Martha Parish, et al.* (Index No. 810246/2019) |
| | | *AB-32 DOE v. St. Martha Parish f/k/a St. Barnabas Church and Our Lady of the Blessed Sacrament Church, et al.* (Index No. 810357/2020) |
| | | *LG 37 DOE v. Our Lady of the Blessed Sacrament Church n/k/a St. Martha Parish* (Index No. 811214/2021) |
| 64 | **St. Mother Teresa of Calcutta** | *John An Doe v. St. James Roman Catholic Church (a/k/a Blessed Mother Teresa of Calcutta Parish at St. James Roman Catholic Church* (Index No. 811059/2021) |
| | | *LG 2 Doe v. Blessed Mother Teresa of Calcutta Parish f/k/a St. James Roman Catholic Church* (Index No. 811230/2019) |

| | | AB 620 Doe v. Blessed Mother Teresa of Calcutta, et al. (Index No. 809574/2021) |
|---|---|---|
| 65 | **Blessed Mary Angela (Dunkirk)** | NONE |
| 66 | **St. Elizabeth Ann Seton (Dunkirk)** | AB 306 DOE v. St. Elizabeth Ann Seton, a/k/a St. Elizabeth Ann Seton Church, et al. (Index No. EK120200008720) (Chautauqua Co.) |
| 67 | **Holy Trinity (Dunkirk)** | PB-5 Doe v. The Diocese of Buffalo, Holy Trinity Roman Catholic Church, and Holy Trinity School (Index No. 811478/2019) |
| | | Rivera, as parent and natural guardian of JB v. Holy Trinity Roman Catholic, et al. (EK12018000150) (Chautauqua Co.) |
| 68 | **Immaculate Conception (East Aurora)** | DiFilippo v. Immaculate Conception Roamn Catholic Church Society of East Aurora, N.Y. a/k/a Immaculate Conception School f/k/a St. Clara's Academy, et al. (Index No. 802848/2020) |
| | | AB 432 DOE v. Immaculate Conception a/k/a Immaculate Conception, et al. (Index No. 807867/2021) |
| | | LG 85 Doe v. Immaculate Conception Parish and Holy Name Society (Index No. 811276/2021) |
| 69 | **St. Mary (Eden)** | NONE |
| 70 | **St. Maximilian Kolbe (East Pembroke)** | NONE |
| 71 | **Immaculate Conception (Eden)** | NONE |
| 72 | **St. Benedict (Amherst)** | AB 88 DOE v. St. Benedict a/k/a Saint Benedict, et al. (Index No. 810270/2019) |
| 73 | **St. Padre Pio (Elba)** | NONE |
| 74 | **Holy Name of Mary (Ellicottville)** | NONE |
| 75 | **Church of the Annunciation (Elma)** | John Doe v. Roman Catholic Diocese of Buffalo, Annunciation of the Blessed Virgin Mary, and Church of the Annunciation (Index No. 801556/2020) |
| | | AB 132 Doe v. The Diocese of Buffalo, N.Y. a/k/a Diocese of Buffalo; Church of the Annunciation f/k/a Annunciation of the Blessed Virgin Mary; and Does 1-5 whose identities are Unknown to Plaintiff (Index No. 812056/20190 |
| 76 | **St. Gabriel (Elma)** | LG 18 Doe v. Daniel J. Palys, The Diocese of Buffalo, N.Y., and St. Gabriel of Our Lady of Sorrows Church (Index No. 812169/2019) |
| 77 | **Our Lady of Loreto (Falconer)** | PB-8 Doe v. St. Joseph Roman Catholic Church a/k/a Holy Family Parish, St. Stephen's Roman Catholic |

| | | |
|---|---|---|
| | | *Church, Our Lady of Victory National Shrine, and Our Lady of Loreto Parish* (Index No. 803854/2021) |
| | | *AB 325 DOE v. Our Lady of Loreto a/k/a Our Lady of Loreto Roman Catholic Church, et al.*(Index No. EK12021000873)  (Chautauqua Co.) |
| 78 | **St. Patrick (Fillmore/Cuba)** | NONE |
| 79 | **Our Lady of Mount Carmel (Forestville)** | *AB 686 Doe v. Our Lady of Mount Carmel Roman Catholic Church Society of Silver Creek, N.Y., et al* (Index No. EK12021001078) |
| 80 | **St. Philomena (Franklinville)** | *Czerminski v. St. Philomena Roman Catholic Church* (Index No. 90669) (Catt. Co.) |
| | | *Hill v. St. Philomena Roman Catholic Church* (Index No. E174528/2021) (Niagara Co.) |
| 81 | **St. Anthony (Fredonia)** | *Gervaise v. St. Anthony of Padua Catholic Church* (Index No. EK12021001100) (Chautauqua Co.) |
| 82 | **Christ Our Hope (Clymer)** | NONE |
| 83 | **St. Pius X (Getzville)** | NONE |
| 84 | **St. Joseph (Gowanda)** | *AB 331 Doe v. St. Joseph a/k/a St. Joseph Roman Catholic Church, et al.*  (Index 808281/20200) |
| | | *Caldwell v. St. Elizabeth Roman Catholic Church (d/b/a St. Joseph Roman Catholic Church)*  (Index No. 810334/2021) |
| | | *Condon v. St. Joseph Roman Catholic Church, et al.* (Index No. 810848) |
| 85. | **St. Stephen (Grand Island)** | *AB 184 Doe v. St. Stephen, a/k/a St. Stephen Church, a/k/a St. Stephen Roman Catholic Church, et al.* (Index No. 807938) |
| | | *Whelan v. St. Stephen R.C. Church* (Index No. 808039) |
| | | *AB 311 Doe v. St. Stephen a/k/a St. Stephen Church a/k/a St. Stephen Roman Catholic Church, et al.* (Index No. 808291/2020) |
| | | *AB 312 Doe v. St. Stephen, a/k/a St. Stephen Church, a/k/a St. Stephen Roman Catholic Church, et al.* (Index No. 808297/2020) |
| | | *AB 741 DOE v. St. Stephen, a/k/a St. Stephen Church, a/k/a St. Stephen Roman Catholic Church, et al.* (Index No. 811308/2021) |
| 86. | **St. Mary of the Lake** | *AB 24 DOE v. The Diocese of Buffalo, N.Y., a/k/a Diocese of Buffalo*  (Index No. 810244/2019) |
| | | *Austin v. St. Mary of the Lake a/k/a St. Mary of the Lake Parish a/k/a St. Mary of the Lake Church a/k/a St. Mary of the Lake Roman Catholic Church, et al.* (Index No. 810868/2021) |

|  |  |  |
|---|---|---|
|  |  | *AB 24 Doe v. St. Mary of the Lake, et al.* (Index No. 810244/2019) |
|  |  | *Yerger v. Diocese of Buffalo and St. Mary of the Lake Church and School* (Index No. 814699/2019) |
| 87. | **St. Peter & Paul (Hamburg)** | NONE |
| 88. | **Nativity of the Blessed Virgin Mary (Williamsville)** | *Schoenle v. Nativity of the Blessed Virgin Mary Church* (Index No. 809143/2020) |
|  |  | *Nevins v. Nativity of the Blessed Virgin Mary Church, et al.* (Index No. 811063/2021) |
|  |  | *Maglietto v. Nativity of the Blessed Virgin Mary, et al.* (Index No. 810932/2021) |
| 89. | **St. Joseph (Holland)** | NONE |
| 90. | **St. Mary (Holley)** | *AB 64 v. St. Mary, St. Mark, et al.* (812359/2019) |
| 91. | **St. Pacificus (Humphrey)** | NONE |
| 92. | **Holy Apostles (Jamestown)** | *AB 22 Doe v. Holy Apostles, a/k/a Holy Apostles Roman Catholic Parish of Jamestown, NY, et al.* (Index No. 808020/2020) |
|  |  | *AB 53 Doe v. Holy Apostles a/k/a Holy Apostles Church a/k/a Holy Apostles Parish a/k/a Holy Apostles Parish of Jamestown, N.Y. a/k/a Holy Apostles (SS. Peter and Paul), et al.* (Index No. 810203/2019) |
|  |  | *Warner v. Saint Peer and Paul Church (now known as Holy Apostles Parish, et al.* (Index No. 814698/2019) |
|  |  | *AB 141 Doe v. Holy Apostles a/k/a Holy Apostles Church a/k/a Holy Apostles Parish a/k/a Holy Apostles Parish of Jamestown, N.Y. a/k/a Holy Apostles (SS. Peter and Paul), et al.* (Index No. 92812) (Catt. Co.) |
|  |  | *AB 192 Doe v. Holy Apostles Church a/k/a Holy Apostles Parish a/k/a Holy Apostles Parish of Jamestown, N.Y. a/k/a Holy Apostles (SS. Peter and Paul), et al.* (Index No. EK12020000835) (Chautauqua Co.) |
|  |  | *AB 193 Doe v. Holy Apostles Roman Catholic Parish Society of Jamestown, N.Y. a/k/a Holdy Apostles, et al.* (Index No. EK12020000836) (Chautauqua Co.) |
|  |  | *AB 279 Doe v. Holy Apostles a/k/a Holy Apostles Parish, et al.* (Index No. EK12020000851) (Chautauqua Co.) |
|  |  | *AB 301 Doe v; Holy Apostles a/k/a Holy Apostles Parish, et al.* (Index No. EK12020000857) (Chautauqua Co.) |
| 93. | **St. James (Jamestown)** | See 45 |
| 94. | **St. Mark (Kendall)** | See 90 |

| | | |
|---|---|---|
| 95. | **St. John the Baptist (Kenmore)** | NONE |
| 96. | **St. Paul (Kenmore)** | *AB 296 Doe v. St. Paul a/k/a St. Paul RC Church, et al.* (Index No. 808211/2020) |
| 97. | **OLV National Shrine & Basilica** | *LG 92 Doe v. Baker Hall d/b/a Baker Victory Services and Our Lady of Victory Homes of Charity* (Index No. 810694/2021) |
| | | *Zabielski v. Our Lady of Victory Basilica and Diocese of Buffalo* (Index No. 800771/2016) |
| | | *Knickerbocker v. Our Lady of Victory National Shrine and Basilica* (Index No. 801867/2020) |
| | | *Cusack v. Our Lady of Victory National Shrine a/k/a our Lady of Victory National Shrine and Basilica f/k/a Basilica of Our Lady of Victory; Fourteen Holy Helpers, et al.* (Index No. 808053/2020) |
| | | *AB 323 Doe v Our Lady of Victory National Shrine and Basilica f/k/a Basilica of Our Lady of Victory* (Index No. 808277/2020) |
| | | *AB 636 Doe v. Our Lady of Victory National Shrine d/b/a Our Lady of Victory National Shrine and Basilica f/k/a Basilica of Our Lady Of Victory, et al.* (Index No. 809598/2021) |
| | | *AB 11 Doe v. Our Lady of Victory National Shrine and Basilica f/k/a Basilica of Our Lady of Victory, et al.* (Index No. 810249/2019) |
| | | *AB 44 Doe v. Our Lady of Victory, et al.* (Index No. 810256/2019) |
| | | *AB 12 Doe v. Our Lady of Victory National Shrine f/k/a Basilica of Our Lady of Victory, et al.* (Index No. 810257/2019) |
| | | *AB 31 Doe v. Our Lady of Victory National Shrine f/k/a Basilica of Our Lady of Victory, et al.* (Index No. 810264/2019) |
| | | *AB 693 Doe v. Our Lady of Victory National Shrine d/b/a Our Lady of Victory National Shrine and Basilica f/k/a Basilica of Our Lady of Victory, et al.* (Index No. 810330/2021) |
| | | *Pacholczak v. our Lady of Victory Roman Catholic Church* (Index No. 811386/2017) |
| | | *Zubler v. Diocese of Buffalo and Basilica of Our Lady of Victory Church and School* (Index. No. 814658/2019 |
| | | *Luh v. Our Lady of Victory National Shrine & Basilica, et al.* (Index No. 814894) |

| | | |
|---|---|---|
| 98. | **Our Lady of Bistrica (Lackawanna)** | NONE |
| 99. | **Queen of Angels (Warsaw)** | NONE |
| 100. | **St. John Paul II (Lake View)** | *Our Lady of Perpetual Help Roman Catholic Church Society of Lake View n/k/a St. John Paul II Roman Catholic Parish Community, Lake View* (Index No. 805333) |
| | | *AB 733 Doe v. St John Paul II a/k/a Saint John Paul II a/k/a Saint John Paul II Parish Community, et al.* (Index No. 811190/2021) |
| | | *Kirst v. St. John Paul II a/k/a St. John Paul II Parish a/ka St. John Paul II Catholic Church, et al.* (Index No. 89452) (Catt. Co.) |
| 101. | **Sacred Heart (Lakewood)** | NONE |
| 102. | **St. Mary of the Assumption (Lancaster)** | *Bottlinger v. St. Mary of the Assumption a/k/a Assumption of the Blessed Virgin Mary* (Index No. 810188/2019) |
| | | *AB 2 Doe v. St. Mary of the Assumption a/k/a Assumption of the Blessed Virgin Mary* (Index No. 810212/2019) |
| | | *AB 262 v. St. Mary of the Assumption a/k/a Assumption of the Blessed Virgin Mary, et al.* (Index No. 810262/2019) |
| | | *FB-1 Doe v. St. Mary of the Assumption a/k/a Assumption of the Blessed Virgin Mary, et al.* (Index No.811249/2021) |
| | | *AB 129 Doe v. St. Mary of the Assumption a/k/a Assumption of the Blessed Virgin Mary, et al.* (Index No.811617/2019) |
| 103. | **Our Lady of Pompeii (Lancaster)** | *AB 22 Doe v. Our Lady of Pompeii, et al.* (Index No. 810237/2019) |
| | | *Danny Torok v. Our Lady of Pompeii Roman Catholic Church of Lancaster, et al.* (Index No. 810580/2021) |
| | | *AB 722 Doe v. Our Lady of Pompeii Roman Catholic Church of Lancaster* (Index No. 811006/2021) |
| | | *Battaglia-Triggs v. Our Lady of Pompeii Catholic Church, Our Lady of Pompeii Parish, et al.* (Index No. 811291/2021) |
| | | *Blajszczak v. Our Lady of Pompeii Church, Our Lady of Pompeii Parish, et al.* (Index No. 811310/2021) |
| 104. | **Epiphany of Our Lord (Langford)** | *Kerswill v. The Church of St. Mary of Angels of Olean; St. Francis Cabrini Roman Catholic Church; and Our Epiphany of the Lord Roman Catholic Church* (Index No. 807407/2020) |

| | | |
|---|---|---|
| 105. | **Our Lady of Mercy (LeRoy)** | See 46 |
| 106. | **St. Peter (Lewiston)** | *Kelly v. St. Peter Roman Catholic Parish* (Index No. E175627/2021) |
| | | *AB 83 Doe v. St. Peter,* et al. (Index No. 810218/2019**)** |
| | | *Fischette v. St. Peter Roman Catholic Parish, et al.* (Index No. 811290/2021) |
| 107. | **All Saints (Lockport)** | *AB 738 Doe v. All Saints a/ka All Saints Roman Catholic Parish a/k/a All Saints Parish, et al.* (Index No. E175735/2021) |
| | | *Cassenti v. St. Joseph Church (now d/b/a Al Saints Roman Catholic Parish* (Index No. E172537/2020**)** |
| | | *Wilson v. St. Mary's Parish and All Saints Roman Catholic Parish* (Index No. E175646/2021) |
| | | *AB 725 Doe v. All Saints a/k/a All Saints Roman Catholic Parish a/k/a All Saints Parish, et al.* (Index No. E175708/2021) |
| | | *Hammann v. All Saints Roman Catholic Parish of Lockport, et al.* (Index No. 804320/2017) |
| 108. | **St. John the Baptist (Lockport)** | *AB 37 Doe v. St. John the Baptist a/k/a St. John the Baptist Parish a/k/a St. John's* (Index No. 810234/2019) |
| | | *Foltz v. St. John the Baptist Roman Catholic Church* (Index. No. E175650/2021) |
| 109. | **Our Lady of the Lake (Lyndonville)** | NONE |
| 110. | **St. Mary of Lourdes (Mayville)** | See 45 |
| 111 | **Holy Trinity (Medina)** | *AB 20 Doe v. Holy Trinity, et al.* (Index No. 810236/2019) |
| 112 | **St. Brendan on the Lake (Newfane)** | *Bentkowski v. St. Bridget Church (d/b/a St. Brendan on the Lake Parish), et al.* (Index No. 807531/2020) |
| | | *Picone v. St. Bridget Church (d/b/a St. Brendan on the Lake Parish), et al.* (Index No. 807539/2020) |
| | | *AB 61 Doe v. St. Brendan on the Lake, et al.* (Index No. E175201/2021) |
| | | *Malcomb v. St. Brendan on the Lake – St. Charles Borremo,* (Index No. E175609/2021) |
| 113 | **Holy Family of Jesus, Mary and Joseph (NF)** | *LG 24 Doe v. Holy Family of Jesus, Mary and Joseph Paris a/k/a St. Joseph's RC Church* (Index No. 812691/2019) |
| | | *Paduano v. St. Joseph Parish (now known as Most Holy Family of Jesus, Mary and Joseph Parish, et al.* (Index No. 814695/2019) |

| | | |
|---|---|---|
| | | *Struzik v. Holy Family of Jesus, Mary, and Joseph Roman Catholic Church of Niagara Falls, NY, et al.* (Index No. 802619/2020) |
| | | *AB 130 Doe v. Holy Family of Jesus, Mary & Joseph; et al.* (Index No. 810279/2019) |
| | | *Pellegrino v. Our Lady of Mount Carmel Church (d/b/a Holy Family of Jesus, Mary and Joseph Parish)* (Index No. E172538/2020) |
| | | *LG 102 Doe v. Holy Family of Jesus & Joseph Parish f/k/a Our Lady of Mount Carmel* (Index No. 810499/2021) |
| 114 | **St. John de LaSalle (NF)** | *PB-22 Doe v. St. Christopher Parish and St. John de LaSalle Church* (Index No. 804044/2021) |
| | | *Nest v. St. John de LaSalle Roman Catholic Church of LaSalle, NY, et al.* (Index No. 808663/2020) |
| | | *AB 700 Doe v. St. John de LaSalle a/k/a St. John de LaSalle Roman Catholic Parish a/k/a St. John de Lasalle Church a/k/a St. John de LaSalle Roman Catholic Church Society of LaSalle, New York, et al.* Index No. 810517/2021) |
| | | *PB-8 Doe v. St. John de LaSalle Roman Catholic Church* (Index No. E170397/2019) |
| | | *AB 291 Doe v. St. John de LaSalle a/k/a St. John de LaSalle Roman Catholic Church Society of LaSalle, New York a/k/a St. John de LaSalle Church a/k/a St. AB 291 Doe v. John de LaSalle Roman Catholic Church of Niagara Falls, NY, et al.* (Index No. E172656/2020) |
| | | *AB 326 Doe v. St. John de LaSalle a/k/a St. John de LaSalle Roman Catholic Parish, et al* (Index No. E172675/2020) |
| | | *AB 637 Doe v. St. John de LaSalle Roman Catholic Parish, et al.* (Index No. E175499/2021) |
| | | *Peak v. St. John de LaSalle Roman Catholic Church, et al.* (Index No. E175680/2021) |
| 115 | **St. Mary of the Cataract (NF)** | *Durkee v. St. Mary's of the Cataract Church, et al.* (Index No. 811367/2021) |
| 116 | **St. Raphael (NF)** | *Healy v. St. Raphael, et al.* (Index No. 812372/2019) |
| | | *Barr v. St. Raphael Roman Catholic Parish; et al.* (Index No. E168540/2019) (Niagara Co.) |
| | | *PB-4 Doe v. St. Raphael Roman Catholic Parish, et al.* (Index No. E170134/2019) (Niagara Co.) |
| | | *AB 320 Doe v. St. Raphael* (Index No. E172676/2020) (Niagara Co.) |

| | | |
|---|---|---|
| | | *Pryor v. St. Raphael Roman Catholic Parish* (Index No. E175733/2021) (Niagara Co.) |
| 117 | **St. Vicent De Paul (NF)** | *Herbert v. St. Vincent de Paul Roman Catholic Church f/k/a Parish of Prince of Peace Roman Catholic Church, et al.* (Index No. 808879/2020) |
| | | *PB-4 v. St. Vicent de Paul Roman Catholic Church a/k/a St. John Paul II Parish Community* (Index No. E175007/2021) (Niagara Co.) |
| | | *Bosso v. St. Vincent de Paul Parish, et al.* (Index No. E175617/2021) (Niagara Co.) |
| | | *Jackson v. St. Vincent de Paul Parish, et al.* (E190530/2026*)* (Niagara Co.) |
| 118 | **Our Lady of Czestochowa (North Tonawanda)** | *Porembski v. Our Lady of Czestochowa Church, et al.* (Index No. 808524/2021) |
| | | *Sushocki v. Our Lady of Czestochowa Parish, et al.* (Index No. 809308/2020) |
| | | *AB 277 Doe v. Our Lady of Czestochowa a/k/a Our Lady of Czestochowa Church, et al.* (Index No. 809514/2021) |
| | | *LG 23 Doe v. Our Lady of Czestochowa Roman Catholic Church of North Tonawanda, et al.* (Index No. 812007/2019 |
| | | *AB 736 Doe v. Our Lady of Czestochowa, et al.* (Index No. E175728/2021) (Niagara Co.) |
| 119 | **St. Padre Pio (Oakfield)** | NONE) |
| 120 | **Basilica of St. Mary of the Angels (Olean)** | *AB 23 Doe v. Basilica of St. Mary of the Angels* (Index No. 810241/2019) |
| 121 | **St. John (Olean)** | AB 286 v. St. John's Parish of Olean, et al. (Index No. 89442) (Catt. Co.) |
| 122 | **St. John Vianney (Orchard Park)** | *AB 299 v. St. John Vianney Roman Catholic Church Society of Orchard Park, N.Y., a/k/a St. John Vianney; et al.* (Index No. 808208/2020) |
| | | *AB 239 v. St. John Vianney a/k/a St. John Vianney Roman Catholic Church, et al.* (Index No. 808037/2020) |
| | | *Whalen v. St. John Vianney, et al.* (Index No. 810198/2019) |
| 123 | **Nativity of Our Lord (Orchard Park)** | *G. Sullivan v. Nativity of Our Lord Roman Catholic Parish Church, et al.* (Index No. 806812/2021) |
| | | *AB 221 Doe v. Nativity of Our Lord a/k/a The Nativity Roman Catholic Church Society of Orchard Park, New York, et al.* (Index No. 808005/2020) |
| | | *D. Sullivan v. Nativity of Our Lord Roman Catholic Parish Church, et al.* (Index No. 808462/2021) |

| | | |
|---|---|---|
| | | *AB 602 Doe v. Nativity of Our Lord a/k/a Nativity a/k/a The Nativity Roman Catholic Church Society of Orchard Park, New York, et al.* (Index No. 809244/2021) |
| | | *AB 622 Doe v. Nativity of Our Lord a/k/a Nativity a/k/a The Nativity Roman Catholic Church Society of Orchard Park, New York, et al.* (Index No. 809588/2021) |
| | | *AB 7 Doe v. Nativity of Our Lord a/k/a Nativity a/k/a The Nativity Roman Catholic Church Society of Orchard Park, New York, et al.* (Index No. 810231/2019) |
| | | *Gleisner v. Nativity of Our Lord a/k/a Nativity a/k/a The Nativity Roman Catholic Church Society of Orchard Park, New York, et al.* (Index No. 811724/2019) |
| | | *Riffel v. Nativity of Our Lord Parish* (Index No. 814660/2019) |
| | | *JMH 401 Doe v. Nativity of Our Lord Roman Catholic Church Society of Orchard Park, New York* (Index No. 815162/2019) |
| 124 | **Our Lady of the Sacred Heart (Orchard Park)** | *Kevin Lange v. Our Lady of the Sacred Heart Roman Catholic Church, et al.* (Index No. 807794/2021) |
| | | *AB 18 Doe v. Our Lady of the Sacred Heart* (Index No. 810232/2019) |
| | | *AB 19 Doe v. Our Lady of the Sacred Heart* (Index No. 810233/2019) |
| | | *LL John Doe #8 v. Our Lady of the Sacred Heart Roman Catholic Church, et al.* (Index No. 810608/2021) |
| 125 | **St. Mary (Pavilion)** | *AB 708 Doe v. St. Mary a/k/a St. Mary's Church Society of Pavilion, NY, et al.* (Index No. E69322) (Genesee Co.) |
| 126 | **Good Shepperd (Pendleton)** | NONE |
| 127 | **Sacred Heart (Portville)** | See 121 |
| 128 | **St. Patrick (Randolph)** | See 92 |
| | | See 100 |
| | | See 121 |
| 129 | **Immaculate Conception (Ransomville)** | NONE |
| 130 | **St. Mark (Rushford)** | See 3 |
| 131 | **Our Lady of Peace (Salamanca)** | *Hatch v. Our Lady of Peace Roman Catholic Church, et al.* (Index No. 811301/20210 |
| 132 | **Holy Family (Sanborn)** | NONE |
| 133 | **St. Joseph (Scio)** | NONE |

| | | |
|---|---|---|
| 134 | **St. John Neumann (Sheldon)** | NONE |
| 135 | **Our Lady of Mt. Carmel (Silver Creek)** | *AB 454 Doe v. St. Rose of Lima, et al.* (Index No. 810220/2019) |
| | | *AB627 v. Our Lady of Mount Carmel Roman Catholic Church Society of Silver Creek, N.Y., et al.* (Index No. EK12021001033) (Chautauqua Co.) |
| 136 | **St. Isidore (Silver Springs)** | *AB 262 Doe v. St. Isidore, et al.* (Index No. 808109/2020) |
| | | *AB 262 Doe v. St. Isidore, et al.* (Index No. 9000114) (Wyoming Co.) |
| 137 | **Christ the King (Snyder)** | *M.M. v. The Church of Christ the King a/k/a Christ the King Parish; Christ the King School* (Index No. 807388/2020) |
| | | *Becker f/k/a Wiles v. Church of Christ the King, and Christ the King School* (Index No. 808309/2021) |
| | | *AB 603 Doe v. Christ the king Roman Catholic Church Society of Buffalo a/k/a Christ the King, et al.* (Index No. 809308/2021) |
| | | *Ellson v. The Church of Christ the king, et al.* (Index No. 819080/2025) |
| 138 | **St. Vincent (Spring Brook)** | *AB 293 Doe v. St. Vincent a/k/a St. Vincent de Paul Roman Catholic Church, et al.* (Index No. 808172/2020 |
| 139 | **St. Aloysius (Springville)** | *AB 97 Doe v. St. Aloysius* (Index No. 810242/2019) |
| | | *AB 713 Doe v. St. Aloysius Church of Springville, et al.* (Index No. 810808/2021) |
| | | *LG 4 Doe v. St. Aloysius Church of Springville, et al.* (Index No. 811442/2019) |
| | | *AB 141 Doe v. St. Aloysius, et al.* (Index 812419/2019) |
| | | *Welch v. St. Aloysius Church and School, et al.* (Index No. 814680/2019) |
| 140 | **St. Mary (Swormville)** | NONE |
| 141 | **St. Amelia (Tonawanda)** | *John Doe 19 J.M. v. St. Amelia Catholic Church, et al., et al.* (Index No. 808160/2020) |
| | | *AB 72 Doe v. St. Amelia a/ka St. Amelia Catholic Church a/k/a Saint Amelia Roman Catholic Church, et al.* (Index no. 810207/2019) |
| 142 | **St. Andrew Kim (Tonawanda)** | NONE |
| 143 | **Blessed Sacrament (Tonawanda)** | *AB 191 Doe v. Blessed Sacrament a/k/a Blessed Sacrament Roman Catholic Parish, et al.* (Index No. 807943/2020) |
| | | *AB 16 Doe v. Blessed Sacrament a/k/a Blessed Sacrament Roman Catholic Parish a/k//a Blessed Sacrament Church.* (Index No. 809189/2021) |

| | | |
|---|---|---|
| | | *Joseph v. Blessed Sacrament Roman Catholic Church Society* (Index No. 811652/2021) |
| 144 | **St. Christopher (Tonawanda)** | *Amico v. St. Christopher Roman Catholic Church, et al.* (Index No. 801212/2020) |
| | | *PB-27 Doe v. St. Christopher Roman Catholic Church* (Index No. 807475/2020) |
| | | *AB 236 Doe v. St. Chrispher, et al.* (Index No. 808035/2020) |
| | | *PB-30 v. St. Christopher Roman Catholic Church* (Index No. 808440/2020) |
| | | *AB 29 Doe v. St. Christopher, et al.* (Index No. 810254/2019) |
| 145 | **St. Timothy (Tonawanda)** | *Breslin v. St. Timothy R.C. Church, et al.* (Index No. 808312/2020) |
| | | *Warner v. St. Timothy R.C. Church* (Index No. 810342/2021) |
| | | *AB 699 Doe v. St. Timothy a/k/a St. Timothy Parish a/k/a Saint Timothy Roman Catholic Church* (Index No. 810495/2021) |
| | | *Hesse v. St. Timothy Roman Catholic Church* (Index No. 810689/2021) |
| 146 | **SS. Joachim & Ann (Varysburg)** | *AB 321 Doe v. SS. Joachim & Ann Parish, et al.* (Index No. 809587/2021) |
| 147 | **St. Michael (Warsaw)** | *John Doe v. St. Michael Roman Catholic Church* (Index No. 9000083) (Wyoming Co.) |
| 148 | **Immaculate Conception (Wellsville)** | See 63 |
| 149 | **St. George (West Falls)** | NONE |
| 150 | **St. Dominic (Westfield)** | NONE |
| 151 | **Fourteen Holy Helpers (West Seneca)** | *AB 32 Doe v. Fourteen Holy Helpers, et al.* (Index No. 810268/2019) |
| | | *AB 33 Doe v. Fourteen Holy Helpers, et al.* (Index No. 810196/2019) |
| | | *AB 34 Doe v. Fourteen Holy Helpers, et al.* (Index No. 810215/2019) |
| | | *AB 35 Doe v. Fourteen Holy Helpers, et al.* (Index No. 810217/20190) |
| | | *AB 36 Doe v. Fourteen Holy Helpers, et al.* (Index No. 810229/2019) |
| | | *Skonecki v. The Holy Fourteen Helpers of the Town of West Seneca, Middle Ebenezer* (Index No. 806963/2021) |
| | | *AB 260 Doe v. The Congregation of the Fourteen Holy Helpers, et al.* (Index No. 808054/2020) |

| | | |
|---|---|---|
| | | *Szuflita v. Fourteen Holy Helpers, et al.* (Index No. 810186/2019) |
| | | *AB-3 Doe v. Fourteen Holy Helpers Parish, et al.* (Index No. 811475/2019) |
| | | *Parker v. Fourteen Holy Helpers Parish, et al.* (Index No. 814884/2023) |
| 152 | **Queen of Heaven (West Seneca)** | *AB 295 Doe v. Quest of Heaven Roman Catholic Church Society of West Seneca, NY a/k/a Question of heaven a/k/a Queen of heaven Roman Catholic Church, et al.* (Index No. 808212/2020) |
| | | *AB 3 Doe v. Queen of Heaven, et al.* (Index No. 810219/2019) |
| | | *AB 89 v. Queen of Heaven a/k/a Queen of Heaven Roman Catholic Church a/k/a Queen of Heaven Parish* (Index No. 810272/2019) |
| | | *Kalenda v. Queen of Heaven Parish and Queen of Heaven Church* (Index No. 810525/2021) |
| | | *Archilla v. Queen of Heaven Roman Catholic Church Society of West Seneca, New York* (Index No. 811299/2019) |
| | | *Metzinger v. Queen of Heave Roman Catholic Church Society of West Seneca, New York* (Index No. 814105/2019) |
| | | *Lindsay v. Queen of Heaven Church and School, et al.* (Index No. 814687/2019) |
| | | *A.F. v. Queen of Heaven Roman Catholic Church, et al.* (Index No. 815751/2019) |
| 153 | **St. John the Baptist (West Valley)** | NONE |
| 154 | **St. Gregory the Great (Williamsville)** | *PB-16 Doe v. St. Gregory the Great roman Catholic Church, et al.* (Index No. 801096/2020) |
| | | *AB 5 v. St. Gregory the Great, et al.* (Index No. 810224/2019) |
| | | *Liolos v. St. Gregory the Great Roman Catholic Parish, et al.* (Index No. 810515/2021) |
| 155 | **St. Peter & Paul (Williamsville)** | *Turano v. St. Peter & Paul's Roman Catholic Church Society of Williamsville, New York, et al.* (Index No. 803084/2019) |

23630763.v1

Case 1-20-10322-CLB, Doc 4967-2, Filed 07/20/26, Entered 07/20/26 15:59:16, Description: Exhibit B - List of CVA lawsuits Erie County, Page 29 of 29