# EXHIBIT C

| Case | Case/Index No | Jurisdiction | Decision Date | Amount | Result | Media Link |
|---|---|---|---|---|---|---|
| Mark Taylor v. New York City Department of Education et al | 70010/2019E | Bronx County Supreme Court | 2019 | $3.75 Million | Settlement | https://nypost.com/2019/12/28/ex-student-calls-3-75m-payout-hush-money-for-nyc-teachers-sex-abuse/ |
| PB-15 Doe v. Amherst Central School District et al | 800375/2020 | Erie County Supreme Court | Sep of 2021 | $1 Million | Settlement | https://buffalonews.com/news/local/crime-and-courts/amherst-schools-settle-sex-abuse-case-from-1986-for-1-million/article_678e00d4-520e-11ec-a372-3b4b92c59659.html |
|  | N/A | Erie County Supreme Court | Sept of 2021 | $1,400,000.00 | Default Judgement | https://buffalonews.com/news/local/crime-and-courts/judge-orders-accused-child-molester-to-pay-victims-1-4-million/article_b5860948-1709-11ec-9a0a-eb9b68f27b49.html |
| PB-36 Doe v. Niagara Falls City School District et al | E172556/2020 | Niagara County Supreme Court | 7/19/2021 | N/A | Decision | https://iapps.courts.state.ny.us/nyscef/ViewDocument?docIndex=W448uumKjfpHOQ_PLUS_gIIwTWw== |
| John Doe v. The Boys and Girls Club of Western Broome, Inc., a/k/a et al. | EFCA2019002591 | Broome County Supreme Court | 7/15/2022 | $500,000.00 | Default Judgement | https://www.pressconnects.com/story/news/public-safety/2022/06/10/judge-awards-500-k-boys-girls-club-broome-county-child-victims-act-lawsuit/7568928001/ |
| LG 40 DOE v. ROBERT L. EBERHARDT | 805762/2020 | Erie County Supreme Court |  | $25,000,000.00 | Default Judgement | https://buffalonews.com/news/local/ex-boy-scout-leader-calls-25-million-sexual-abuse-verdict-a-bunch-of-crap/article_2acdf5ee-b133-11ec-e73fc5c10c51.html |
|  | N/A | Erie County Supreme Court | June of 2022 | $17,500,000.00 | Settlement | https://buffalonews.com/news/local/ken-ton-to-pay-17-5-million-to-settle-sexual-abuse-claims-against-retired-teacher/article_0790d10e-e767-11ec-a6ff-2b70c2def8df.html |
| *Against Roman Catholic Diocese of Albany |  |  | Jul of 2022 | $750,000.00 | Settlement | https://nypost.com/2022/07/07/albany-ny-catholic-church-settles-child-victims-act-suit/ |
| LG 54 DOE v. DOUGLAS D. THORE | 803256/2020 | Erie County Supreme Court | 26-Sep | $30,000,000.00 | Trial Verdict | https://buffalonews.com/news/local/crime-and-courts/jury-awards-erie-county-man-30-million-in-sex-abuse-suit-againstformer-lutheran-pastor/article_45c8c338-3f6d-11ed-8419-27c9bf18a145.html |
|  |  |  |  | $55 million |  | https://rochesterbeacon.com/2022/11/04/rochester-diocese-agrees-to-settle-sex-abuse-claims/ |
| Michael Malvin v. David Savage | 900062/2019 | Nassau County Supreme Court |  | $30 Million | Award | https://patch.com/new-york/rockvillecentre/victim-awarded-30m-sex-abuse-case-involving-rvc-teacher |
| OCVAWCM-Doe v. City of Rye et al | 52333/2020 | Westchester County Supreme Court | Discontinuance: 12/8/2022 City Council Approved Settlement: 12/21/22 | $3.25 Million | Settlement | https://myrye.com/my_weblog/2023/01/3-25-million-settlement-stems-from-sexual-abuse-case-in-rye-fire-department.html |
| LG 46 Doe v. James B. Jackson | 803253/2020 | Erie County Supreme Court | 10/27/2022 | $65 Million | Default Judgement | https://thenationaltriallawyers.org/article/ymca-counselor-abuse-award/ |
| Tara Yellen v. Brighton Board of Education et al | E2020006041 | Monroe County Supreme Court | 10/25/22 Board of Education approved settlement | $1.75 Million | Settlement | https://www.rochesterfirst.com/brighton/woman-receives-1-75-million-in-relation-to-sexual-abuse-case-with-brighton-teacher-in-the-late-1980s/ |
| Jeffrey K. Moat v. Michael Miller | EFCA2020001140 | Broome County Supreme Court | 12/28/2022 | $5 Million | Judgment Summary judgment to defendant on most of the claims. Summary judgment to Plaintiff on the claim that | https://www.mytwintiers.com/news-cat/local-news/child-victims-act-helps-broome-county-man-get-closure-45-years-later/ |
| Mark Dolgas v. Donald Wales et al | EF2019-2255 | Sullivan County Supreme Court | 6/3/2022 | N/A | Award | https://www.sullivantimes.com/post/schick-tosses-key-parts-of-complaint-in-child-sex-abuse-case-involving-former-teacher-donald-wales |
| John McMillen v. John Lupton | 501208/2021 | Bankruptcy Court | 5/8/2023 | $26.5 Million |  | https://www.lohud.com/story/news/local/2023/04/03/childhood-sex-abuse-jury-verdict-brewster-man-gets-26-million/70067084007/ |
| Patricia Egan v. Stewart Gordon | 904231-20 | Albany County Supreme Court | 11/18/2022 | $19,307,828.60 | Judgment | https://www.timesunion.com/state/article/Child-Abuse-case-ends-with-18M-verdict-17580062.php |
| Grace Chambers v. Joseph Vernon King | 811253/2021 | Erie County Supreme Court | 6/5/2023 | $100 Million | Default Judgement | https://buffalonews.com/news/local/crime-and-courts/jury-awards-100-million-in-local-child-victims-act-case/article_a7d3bc24-e92f-11ed-999a-07a3fbc5aa3b.html |
|  |  |  | pending | $100 Million | Settlement | https://www.forbes.com/sites/tylerroush/2023/07/27/syracuse-diocese-paying-sex-abuse-survivors-100-million-largest-settlement-since-2007/?sh=4a7bc78e6316 |
| Gregory Stanley v. Foster P. Rogers | E2020005078 | Monroe County Supreme Court | 6/27/2023 | $95,191,414,78 | Judgment | https://iapps.courts.state.ny.us/nyscef/ViewDocument?docIndex=8x/S4_PLUS_k3sN07y1XgLeRvdg== |
|  |  | Erie County Supreme Court |  | $8.4 Million | Settlement | https://buffalonews.com/news/local/maryvale-school-district-child-sex-abuse-claims-settlement/article_ec3e1884-4da5-11ee-bf34-5ba20afded06.html#:~:text=Cheektowaga%20Maryvale%20Union%20Free%20School,1970s%20by%20a%20music%20teacher. |
| Collette M Chappelle v. White Rock Foundation, Inc. et al | 806000/2020 | Erie County Supreme Court | 4/2/2024 | $4.5 Million | Award | https://www.wgrz.com/article/news/local/buffalo-woman-awarded-45-million-in-child-victims-act-case/71-26393f17-d9c9-4803-99f8-613136052d08 |
| ROBERT VAVASOUR v. TERRENCE E SHANLEY-EXECUTOR OF THE ESTATE OF KEVIN MICHAEL SHANLEY | 58525/2020 | Westchester County Supreme Court | 12/19/2023 | $13.3 Million | Jury Verdict | https://iapps.courts.state.ny.us/nyscef/ViewDocument?docIndex=IWhI4A526pGua3gcHOCNmQ== |
| Tarek L. Adam v. The Gow School | 804836/2020 | Erie County Supreme Court | 11/13/2023 | $4.8 million | Jury Verdict | https://iapps.courts.state.ny.us/nyscef/ViewDocument?docIndex=CVOPh6dRJ_PLUS_PBzckLvodNIA== |
| JANE DOE A.R. I v. STUART M. COPPERMAN et al | 900337/2021 | Nassau County Supreme Court | 12/13/2023 | $1.6 billion (104 claimants) | Settlement | https://www.newyorklawgroup.com/2025/12/15/1-6-billion-was-awarded-to-104-women/ |
| JMH 500 DOE v. PAUL D. GAETA et al | 803968/2020 | Erie County Supreme Court | 10/5/2023 | $9 million | Judgment | https://www.jmichaelhayes.com/10000000-judgment-awarded-in-child-victims-act-case/ |
| Ashley Benson v. Neil Gardner et al | E2020-265962 | United States New York Northern District Court | 3/1/2022 | $250,000 | Settlement |  |
| Randy Acosta et al v. The Roman Catholic Diocese of Brooklyn et al | 525897-2019 | Kings County Supreme Court | 7/13/2022 | $27.5 million | Settlement | https://www.sokolovelaw.com/personal-injury/sexual-abuse/clergy-abuse/catholic-church/brooklyn-diocese/ |
| JANE DOE v. NEW YORK CITY DEPARTMENT OF EDUCATION, CITY OF NEW YORK, MARK WALTZER, DOUGLAS MEINERS, MICHAEL EISENBERG AND JOHN DOES #1 THROUGH #2 | 1:21-cv-04332 | United States New York Eastern District Court | 2/8/2024 | $160 million | Award | https://www.courthousenews.com/wp-content/uploads/2024/11/2024-18-9-17-58-43-198ff575-6b68-4cea-b4a4-27b9e7c8270d-2.pdf |
| Multiple cases |  | Nassau County Supreme Court | 3/9/2024 | $48 Million (17 cases) | Settlement | https://insurancenewsnet.com/oarticle/herricks-approves-up-to-35-million-for-settlement-of-17-child-sex-abuse-claims |
|  |  | Nassau County Supreme Court |  | $533.5 million (more than 100 plaintiffs) | Verdict | https://www.law.com/newyorklawjournal/2024/05/15/half-a-billion-new-york-lawyers-secure-landmark-verdicts/ |
| The Roman Catholic Diocese of Rockville Centre, Ne | 20-12345-mg | Suffolk County Supreme Court | 12/4/2024 | $323 million (bankruptcy) | Settlement | https://www.theguardian.com/us-news/2024/sep/26/new-york-catholic-diocese-rockville-centre |
| Alicia Kirby v. Board of Education of Newburgh Enlarged City School District et al | EF001273-2020 | Orange County Supreme Court | 8/31/2023 | $2.75 million | Settlement | https://newyork.news12.com/newburgh-school-district-reportedly-settles-child-sex-abuse-lawsuits-for-11m |
| Sandra Olivia Burke v. Board of Education of Newburgh Enlarged City School District et al | EF007920-2019 | Orange County Supreme Court | 8/31/2023 | $8.25 million | Settlement | https://www.timeshudsonvalley.com/stories/school-district-settles-sexual-abuse-lawsuits,115349 |
| BL Doe v. Fleming et al |  | Monroe County Supreme Court |  | $4.65 million | Settlement | https://www.rochesterfirst.com/rochester/settlement-in-former-east-high-teacher-edwin-fleming-sex-abuse-case/ / https://nysfocus.com/2024/09/05/school-districts-cost-abuse-claims |
| Jane Doe v.l Javier Gonzalez | 21-cv-04580 | U.S. District Court Eastern District of New York | 5/28/2024 | $3.75 million | Award | https://www.legalreader.com/crumiller-wins-3-75-million-default-judgment-in-child-victims-act-lawsuit/ |
| Deanna King v. New York City Department of Education Et Al | 400185/2021 | Queens County Supreme Court |  | $1.25 million | Settlement | https://www.cityandstateny.com/policy/2024/10/nyc-paid-160-million-settlements-under-child-victims-act/400586/ |
| E.W Et Al v. The City of New York Et Al | 520253/2020 | Kings County Supreme Court |  | $2.4 million | Settlement | https://www.cityandstateny.com/policy/2024/10/nyc-paid-160-million-settlements-under-child-victims-act/400586/ |
| JANE DOE CCX v. The New York and Presbitaryan Hosptial Et Al | 70430/2021E | Bronx County Supreme Court | Most recent: 05/2025 | $100 Million (Another $725 Million in 2025) | settlement | https://www.lawsuit-information-center.com/new-york-sex-abuse-settlements.html |

21776566.v1-2/3/26

| Case | Index No. | Court | Date | Amount | Type | Source |
|---|---|---|---|---|---|---|
| PL v. Bay Shore Union Free School District Et Al | 612439/2021 | Suffolk County Supreme Court | 11/15/2024 | $25 million | Verdict | https://www.prnewswire.com/news-releases/historic-25-million-verdict-secured-by-herman-law-firm-for-abuse-survivor-in-bay-shore-school-district-case-302307482.html |
| Gary Greenberg v. Cohoes Memorial Hospital | 906994/2021 | Albany County Supreme Court | 12/6/2023 | 3.75 million | Award | https://www.law.com/newyorklawjournal/2023/12/07/a-sex-abuse-victim-himself-attorney-advocate-wins-3-7m-cva-judgment/ |
| R.M. v. City of New York et al | 512710/2021 | Kings County Supreme Court | May-23 | $1.25 million | Settlement | https://www.cityandstateny.com/policy/2024/10/nyc-paid-160-million-settlements-under-child-victims-act/400586/ |
| E.A.B v. City of New York et al | 950686/2020 | New York County Supreme Court | 7/28/2023 | $4.5 million | Settlement | https://www.cityandstateny.com/policy/2024/10/nyc-paid-160-million-settlements-under-child-victims-act/400586/ |
| | | Suffolk County Supreme Court | 11/1/2024 | $16.5 million | Settlement | https://fightforvictims.com/child-victims-act/port-jefferson-school-districts-16-5m-settlement-of-child-victim-act-claims/ |
| Brandy Mooney v. Scarsdale School District et al | 64055/2020 | Westchester County Supreme Court | 8/26/2024 | $500,000 | Settlement | https://scarsdale10583.com/schools/11063-board-approves-settlement-for-sex-abuse-case-and-announces-plans-to-review-the-rolling-gradebook |
| Dorothy Farrell v. George Robb Jr. | 950067/2021 | New York County Supreme Court | 10/24/2024 | $25 million | Judgment | https://www.lawsuit-information-center.com/new-york-sex-abuse-settlements.html |
| Cutbill v. Cold Spring Harbor Central School District, et al. & Sandler v. Cold Spring Harbor Central School District, et al. | 2:21-cv-03326 and 2:21-cv-03327 | Eastern District of New York | 8/7/2023 | $14 Million (2 cases) | Settlement | https://huntingtonnow.com/cold-spring-harbor-school-district-settles-2-sex-abuse-claims/ |
| BL DOE 4 v. Edwin D Fleming et al | E2020001329 | Monroe County Supreme Court | 2/24/2025 | $12.5 million | Verdict | https://rochesterbeacon.com/2025/03/06/a-12-5-million-verdict/ |
| William Minerva v. Middle Country Central School District et al | 614913/2021 | Suffolk County Supreme Court | 4/16/2024 | $1.25 million | Settlement | https://www.newsday.com/long-island/education/child-victims-act-settlements-schools-pjwgapyf |
| | | Suffolk County Supreme Court | 11/29/2023 | $1.7 million | Settlement | https://riverheadnewsreview.timesreview.com/2019/11/96568/two-more-lawsuits-alleging-abuse-filed-against-timothy-hill-childrens-ranch/ |
| Diocese of Buffalo | E2021-285 | Erie County Supreme Court (various cases) | | $326.5 million (collectively in bankruptcy) | Settlement | https://iapps.courts.state.ny.us/nyscef/ViewDocument?docIndex=wdBKQwH_PLUS_BuCQSwtir_PLUS_qbsQ== |
| Pringle v. Caillaud | E2021-285 | Sullivan County Supreme Court | Jul-25 | $30 million | Verdict | https://www.law.com/newyorklawjournal/2026/06/12/brooklyn-jury-returns-18m-verdict-in-child-victims-act-lawsuit/print/ |
| A.P. v. City of New York, et al. | 512233/2021 | Kings County Supreme Court | 6/11/2026 | $18 million | Verdict | https://www.nycourts.gov/courts/ad2/Handdowns/2026/Decisions/D79697.pdf?__cf_chl_f_tk=FLCd9SSVzAR7PoQUOA3dkNDq0ZrWzCqlxIAnN9tdDpI-1783456503-1.0.1.1-bG1a1LfHk4CtR__68hiACafig2pJWpFHI50cbNdhOhl |
| Quentin v. Knox | 57868/20 | Westchester County Supreme Court | 8/27/202 | $5 million | Verdict (upheld on appeal) | |

21776566.v1-2/3/26