**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In re:

|  |  |
|---|---|
| The Diocese of Buffalo, N.Y. | Case No. 20-10322-CLB<br>Chapter 11 |
| Debtor. | Tax Id: 16-0743984 |

## *EX PARTE* MOTION FOR AUTHORIZATION TO BRING PERSONAL ELECTRONIC DEVICES INTO COURTHOUSE AND TO USE SAME IN ACCORDANCE WITH AMENDED GENERAL ORDER NO. 161, DATED NOVEMBER 9, 2023

Bond, Schoeneck & King, PLLC hereby files this Motion for the entry of an order authorizing the below-listed counsel to possess Personal Electronic Devices in the Robert H. Jackson U.S. Courthouse for the Western District of New York, Buffalo Division, 2 Niagara Square, Buffalo, NY 14202, and to use such Personal Electronic Devices in accordance with the terms of the United States District Court Chief Judge Elizabeth A. Wolford's Amended General Order No. 161, dated November 9, 2023, as it may be amended, for all hearings related to the above-captioned bankruptcy case and related adversary proceedings to be conducted by the Hon. Carl L. Bucki.

| Attorney | Personal Electronic Devices |
|---|---|
| William C. Heuer, Esq.<br>Westerman Ball Ederer Miller<br>Zucker & Sharfstein, LLP | iPhone, Laptop Computer |

Bond, Schoeneck & King, PLLC makes this request for the listed attorney to possess and use Personal Electronic Devices for the following purposes: by allowing counsel to have access to Personal Electronic Devices during all court hearings.

**WHEREFORE**, Bond, Schoeneck & King, PLLC requests this Court enter an order for the relief requested in this Motion.

Dated: July 22, 2026

**BOND, SCHOENECK & KING, PLLC**

/s/ *Charles J. Sullivan*
Charles J. Sullivan, Esq.
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY 13202
sullivc@bsk.com
315-218-8144

**UNITED STATES BANKRUPTCY COURT**
<u>**WESTERN DISTRICT OF NEW YORK**</u>

In re:

The Diocese of Buffalo, N.Y.,

        Debtor

Case No. 20-10322-CLB
Chapter 11

Tax ID: 16-0743984

### ORDER AUTHORIZING BRINGING AND USE OF PERSONAL ELECTRONIC DEVICES INTO COURTHOUSE

Upon Bond, Schoeneck & King, PLLC's Ex Parte Motion for Authorization to Bring Personal Electronic Devices into Courthouse and to Use Same in Accordance with Amended General Order No. 161, dated November 9, 2023 (the "Motion"); it appearing that this Court has jurisdiction to consider the Motion and the relief requested therein; upon all the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is hereby:

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that the following attorneys are authorized to bring the Personal Electronic Devices listed below into the Robert H. Jackson U.S. Courthouse of the United States District Court for the Western District of New York, Buffalo Division, 2 Niagara Square, Buffalo, New York 14202 and to use the same in accordance with the terms of United States District Court Chief Judge Elizabeth Wolford's Amended General Order No. 161, dated November 9, 2023, as it may be amended, during hearings to be conducted by the Hon. Carl L. Bucki with respect to the above-captioned bankruptcy case and any related adversary proceedings:

| Attorney | Personal Electronic Devices |
|---|---|
| William C. Heuer, Esq. Westerman Ball Ederer Miller Zucker & Sharfstein, LLP | iPhone, Laptop Computer |

and it is further

**ORDERED**, that this Court shall retain jurisdiction to determine all matters arising from implementation of this Order.

Dated: July ___, 2026

_____

CARL L. BUCKI, USBJ
