**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

_____

**In re:**

                                 **Case No. 1-20-10322-CLB**

**THE DIOCESE OF BUFFALO, N.Y.,**

                                 **Chapter 11**

            **Debtor.**

_____

**REPLY OF SAVE OUR BUFFALO CHURCHES, INC. TO OBJECTIONS FILED BY
THE DIOCES OF BUFFALO, N.Y., PARISHES WITHIN THE DIOCESE OF
BUFFALO, N.Y. AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO
ITS MOTION FOR ENTRY OF AN ORDER AUTHORIZING INTERVENTION TO
APPEAR AND BE HEARD PURSUANT TO 11 U.S.C. § 1109(b) AND RULE 2018(a) OF
THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

_____

Save Our Buffalo Churches, Inc. ("SOBC"), by and through its attorneys Baumeister

Denz LLP, Arthur G. Baumeister, Jr., Esq., of counsel, as and for its Reply to the Objections

filed by The Diocese of Buffalo, N.Y. ("DOB"), Parishes within the Diocese of Buffalo, N.Y.

("Parishes") and Official Committee of Unsecured Creditors ("Committee") to its motion to

intervene ("Motion") in the above-captioned bankruptcy proceeding pursuant to 11 U.S.C. §

1109(b) and Rule 2018 (a) of the Federal Rules of Bankruptcy Procedure ("FRBP"), states and

respectfully shows the Court as follows:

1. Following filing of the Motion, the Committee, DOB and Parishes engaged in discovery.

The Committee served a Request for Production of Documents, a First Set of Interrogatories and

a Notice to take the Deposition of Mary Pruski. The Parishes served a First Set of

Interrogatories. On July 16, 2026, Mary Pruski, secretary/treasurer of SOBC, appeared at a

deposition at which she was examined by attorneys for the Committee, the Parishes and the

DOB.  A transcript of the Pruski deposition is attached as exhibit B to the Committee's

Objection and is incorporated herein by reference (the "Pruski Transcript").

2.  Prior to the deposition of Mary Pruski, SOBC responded to the discovery demands

referenced above by service a Response to the Committee's Request for Documents ("Document

Response"), Answers to the Committee's Interrogatories ("Committee Answers") and Answers

to the Parishes Interrogatories ("Parishes Answers").  Copies of the Document Response,

Committee Answers and Parishes Answers are attached hereto respectively as Exhibits "A", "B"

and "C".

3.  In conjunction with the Document Responses, SOBC produced a voluminous number of

responsive documents.  A portion of said document production is attached hereto as follows,

with references as defined in the Document Responses:

- Exhibit "D" – Disc 1 – SOBC Organizational Documents.

- Exhibit "E" – Disc 11 – Communications with the DOB, including objections to the Road to Renewal Program ("RTR"), submission of an alternative program, and appeal to the Holy See seeking suspension of the RTR.

- Exhibit "F" – Disc 13 pt. 1 – Diocesan communications regarding the Parish assessment plan, communications between Procurator Patrick Gorman and Bishop Michal W. Fisher.

- Exhibit "G" – Disc 13 pt. 2 – Further communications regarding the Parish assessment plan, between Procurator Patick Gorman and Bishop Michal W. Fisher; letter to the Vatican Dicastery to revoke the allocation methodology relative to the Parish assessment plan.

- Exhibit "H" – Disc 14 Grp A – Eight (8) Decrees from the Vatican Dicastery revoking Bishop of Buffalo decrees relative to assessments made against parishes pursuant to the Parish assessment plan and ordering return of money already received to the subject parishes.

- Exhibit "I" – Disc 14 Grp B – Eight (8) Decrees from the Vatican Dicastery suspending the parish assessment plan with respect to the subject parishes.

- Exhibit "J" – Disc 14 Grp C – Four (4) Decrees from the Vatican Dicastery modifying the Bishop of Buffalo decrees to direct that the temporal goods of the suppressed Parish as a result of merger accrue to the Parish *ad quam.*

- Exhibit "K' – Disc 14 Grp D – Eight (8) Decrees from the Vatican Dicastery revoking the Bishop of Buffalo merger decrees with respect to the subject parishes.

4. SOBC's Motion was drafted post-*Purdue Pharma* subsequent to the Court's "opt-in / opt-out" decision and prior to the rapid prepack bankruptcy program was brought to the public awareness.

5. SOBC does not and has no intention to scuttle the settlement reached by the parties embodied in the later filed Joint Plan of Reorganization ("Plan") or delaying the bankruptcy case, nor does SOBC take any position on whether a creditor or other interested party entitled to vote on the Plan should vote against it. *See* Pruski Transcript, 119:20-120:6; 88:23-89:8. In the event that SOBC is entitled to formally intervene, it does not intend to and will not object to the Plan.

6. Instead, SOBC's objective in bringing the Motion is limited to providing the Vatican Dicastery Decrees, and relative documents, regarding the parish assessment program and merger profits to the Court's attention and to the attention of all parishioners of the DOB and the public at large. The Court can utilize this information any way it sees fit. *See* Pruski Transcript 10:11-11:3; 11:11-20; 15:15-24; 87:10-22; 88:23-89:8; 119:20-120:6; 120:16-23; 121:4-11; 122:17-123:8; 138:16-139:20.

WHEREFORE, SOBC respectfully requests that the Court grant the Motion to permit SOBC to intervene as an "interested entity" for the limited purpose set forth above and act in the capacity as an *amicus curiae.*

DATED:     Buffalo, New York
           July 23, 2026

                              BAUMEISTER DENZ, LLP

                              By:     /s/ Arthur G. Baumeister, Jr.
                                      Arthur G. Baumeister, Jr.
                                      174 Franklin Street, Suite 2
                                      Buffalo, New York 14202
                                      Phone: (716) 852-1300
                                      Email: abaumeister@bdlegal.net

                              *Attorneys for Proposed Intervenor, Save Our
                              Buffalo Churches, Inc.*