# Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

In re:

THE DIOCESE OF BUFFALO, N.Y.,          **Chapter 11**

               **Debtor.**          **Case No.: 1-20-10322-CLB**

### RESPONSE OF SAVE UR BUFFALO CHURCHES, INC. TO THE OFFICIAL COMMITTEE OF UNSECURED CCREDITORS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS REGARDING MOTION OF SAVE OUR BUFFALO CHURCHES, INC. FOR ENTRY OF AN ORDER AUTHORIZING INTERVENTION TO APPEAR AND BE HEARD PRUSUANT TO 11 U.S.C. § 1109(b) AND RULE 2018 (a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Save Our Buffalo Churches, Inc. ("SOBC"), by and through its attorneys, Baumeister Denz LLP, Arthur G. Baumeister, Jr., Esq., of counsel, as and for its Response to Official Committee of Unsecured Creditors' First Request for Production of Documents (the "Requests"), states the following:

### GENERAL OBJECTIONS

1.      SOBC objects to the Requests on the grounds and to the extent that they ask for privileged information, including, without limitation, information that is protected by the attorney-client privilege, that is protected by the attorney work product doctrine, that was prepared in anticipation of litigation, that constitutes or discloses the mental impressions, conclusions, opinions, legal theories or strategies or any attorney or other representative of SOBC concerning this or any other litigation, or that is protected by any privilege or immunity.

2.      SOBC objects to the Requests on the grounds and to the extent that they purport to require SOBC to disclose information in the possession, custody and control of entities other than SOBC or not known or reasonably available to SOBC.

1

3. SOBC objects to the Requests on the grounds and to the extent that their definitions and instructions seek to impose requirements inconsistent with or beyond those of the Federal Rules of Bankruptcy Procedure.

4. The objections of SOBC to the Requests are made without waiving or intending to waive, but on the contrary, reserving and intending to reserve;

    a. The right to object to the competence, relevance, materiality, privilege and admissibility as evidence for any purpose of the responses, objections or documents, or the subject matter thereof, in any aspect of this or any other action, arbitration, proceeding or investigation;

    b. The right to object on any ground to the use of the responses, objections or documents, or the subject matter thereof, in any aspect of this or any other action, arbitration, proceeding or investigation; and

    c. The right to object at any time to any other interrogatories, document requests or requests for admission.

## SPECIFIC RESPONSES

The forgoing objections are hereby incorporated and made a part of each of the following responses and objections as though fully set forth therein. These responses are provided without waiver or limitation of the foregoing objections. SOBC reserves the right at any time to revise, supplement, correct, add to or clarify these responses on the basis of newly acquired information or information otherwise coming to the attention of its attorneys after service of these responses (whether via discovery herein or otherwise), or as required by the Federal Rules of Bankruptcy Practice or for any other reason. Each response contained herein shall be deemed as answering the request it immediately follows and any other request to which it is factually and/or legally responsive.

2

Copies of the responsive documents have been produced in electronic form and referenced herein by Disc# to correspond with their respective electronic file labels.

REQUEST NO. 1:    Documents sufficient to identify SOBC's legal name(s), assumed names, principal place of business, and contact information, including articles of incorporation/organization, certificates of incorporation, bylaws, operating agreements, governance documents, amendments, and certificates of good standing.

RESPONSE:   See Disc 1a Articles of Incorporation; 1b IRS Tax Exempt Determination; 1c IRS EIN; 1d IRS Form 990-N.

REQUEST NO. 2:    Documents relating to SOBC's corporate organization and governance, including corporate minute books, consents, resolutions, and meeting minutes of SOBC's board of directors, trustees, committees, or members, including attendance lists and agendas, from formation to present.

RESPONSE:   See Disc. 2 SOBC Board Minutes.

REQEUST NO. 3:    Documents relating to SOBC's governance structure, including any organizational charts, and the roles, responsibilities, and authority of officers, directors, trustees, employees, agents, volunteers, committees, and advisors.

RESPONSE:   See Disc. 1 documents.

REQUEST NO. 4:    Documents sufficient to identify all of your current and former officers, directors, trustees, employees, agents, representatives, and volunteers, including names, roles, terms of service, and contact information.

3

RESPONSE:

- Elizabeth Zilbauer, President, no compensation, 11/24 to present
- Patrick Gorman, Vice-President, no compensation, 11/24 to present
- Mary Beth PruSki, Treasurer and Secretary, no compensation, 11/24 to present.

Contact: saveourbuffalochurches@gmail.com

REQUEST NO. 5: All financial statements (audited or unaudited), balance sheets, income statements, cash flow statements, budgets, and budget-to-actuals for the time period.

RESPONSE: See Disc. 5 SOBC 2025 Financial Summary.

REQUEST NO. 6: Documents and Communications sufficient to show Your funding sources, including grants, sponsorships, loans, contributions, bequests, in-kind support, and any pledged or restricted funds; include grant applications, award letters, restrictions, covenants, and reporting.

RESPONSE: All financial sources are from donations and one (1) single grant. There are no loans, no restricted funds, no covenants, no bequests, no sponsorships. See Disc. 6a BoA Grant Award Letter; 6b SOBC Donation Processes; and Disc. 5 SOBC 2025 Financial Summary.

REQUEST NO. 7: Documents identifying donors (individual and institutional) in the amount of $500 and above.

RESPONSE:

- 2025: Bank of America Charitable Donation Grant $500
- 2025: Private donations of $500 and above = 3
- 2026: Private donations of $500 and above = 2

REQUEST NO. 8; Communications with donors regarding any donations, including, but not limited, any purposes or restrictions in connection with such donations.

RESPONSE: See Disc. 8 Example Donor *Thank You* Letter.

4

REQUEST NO. 9:     All IRS and New York State filings, including IRS Forms 1023/1024 (and attachments), IRS determination letters, IRS Forms 990/990-EZ/990-PF and schedules, New York CHAR500 filings and attachments, and any Communications with the IRS or any New York state agencies.

RESPONSE:   See Disc 1 documents.

REQUEST NO. 10:     All contracts, memoranda of understanding, term sheets, side letters, engagement letters, or other agreements between You and the Diocese and/or any Parish, including drafts, exhibits, and amendments.

RESPONSE:   There are no contracts, MOUs, term sheets, side letters, engagement letters or agreements between SOBC and the DOB and/or any parish.

REQUEST NO. 11:     All Documents and Communications between You and the Diocese and/or any Parish concerning the above-captioned bankruptcy case, the Motion, plan funding, Parish Assessments, Parish mergers or closures, or Canon Law issues.

RESPONSE:   See Disc 11 SOBC Road to Renewal Proposal; Disc. 13 pts.1 & 2 Communications, including communications between Procurator Patrick Gorman and Bishop.

REQUEST NO. 12:     Documents and Communications concerning any donations, transfers, or payments to or from You, the Diocese and/or any Parish, including the purpose, restrictions, amounts, dates, authorizations, and related corporate or other approvals.

RESPONSE:

- Donation to St. Joseph Canon Law Foundation (SJCLF): 8/16/25, $600; 2/5/26: $1250

- Donation to the Buffalo Irish Center: 10/25/25, $300 for use of center for Procurator/Gray Meeting
- Donation to the Broadway Market: 4/21/26, $200 provided table space for Vos Estis Mandate collection

REQUEST NO. 13: Documents and Communications concerning any role of SOBC in organizing, advising, or representing parish groups regarding appeals to the Dicastery for the Clergy, parish mergers or closures, Assessment allocations, or related Canon Law matters.

RESPONSE: See Disc. 13 pts.1 & 2 Communications, including communications between Procurator Patrick Gorman and Bishop.

REQUEST NO. 14: All Documents, decrees, decisions, correspondence, or materials cited, quoted, referenced, or relied upon in the Motion, including any Canon Law materials, Vatican/Dicastery decrees, parish decrees, and any attachments or exhibits.

RESPONSE: See Disc 14: entered as groupings, Please note the orange highlighted areas as areas of focus for these proceedings.

14 Grp A: Dicastery Assessment Program Revocation Decrees: citing the multiple Canon Law violations and concerns thereby declaring the Assessment Program illicit. The decrees also stated that the collected funds are to be returned to the parish. Subject parishes: (i) St. Aloysius Gonzaga (Cheektowaga): (ii) St. John the Evangelist (Olean); (iii) St. John XXIII; (iv) Ascension (Batavia); (v) St. Timothy (Tonawanda); (vi) Infant of Prague (Cheektowaga); (vii) St. Brigid (Bergen); and (viii) Blessed Sacrament (Tonawanda).

14 Grp B: Dicastery (Bankruptcy Settlement) Assessment Program Suspension Decrees: suspending the Bishop's bankruptcy settlement decrees for the duration of Dicastery appeal examination "due to grave legal questions raised by the plan." Subject parishes: (i) Holy Spirit (Buffalo); (ii) Holy Apostles

6

(Jamestown); (iii) St. Josephat (Cheektowaga); (iv) St. John Vianney (Orchard Park); (v) St. Bernadette (Orchard Park); (vi) Sacred Heart (Bowmansville); (vii) St. Rose of Lima (Forestville); and (viii) Our Lady of Peace (Clarence).

14 Grp C:   Vatican Decrees Supporting Mergers: see highlighted areas noting ALL funds from any parish patrimony sales are to remain with the newly merged parish. Funds may not be taken by the Bishop and used for diocesan debt (assessment). Most of these parishes have appealed to the Apostolic Signatura (Supreme Court of the Vatican). Subject parishes: (i) St. John the Evangelist (Olean); (ii) Ascension (Batavia); (iii) Blessed Sacrament (Tonawanda); (iv) St. Aloysius Gonzaga (Cheektowaga); and (v) Holy Spirit (Buffalo).

14 Grp. D:   Vatican Merger Revocations: highlighted text shows the DOB statement for plans to use the funds from the sale of the closed parish for the CVA settlement as a rationale for merging the parishes. The Dicastery for Clergy stated this was not an appropriate rationale to merge and close a parish. These parishes did not meet any Canon Law criteria for closure: (i) St. Bernadette (Orchard Park; (ii) Holy Apostles (Forestville); (iii) Sacred Heart (Bowmansville); (iv) St. John XXIII (West Seneca); (v) St. Jude (Tonawanda); (vi) Our Lady of Peace (Clarence); and (vii) St. Joseph (Lockport).

14 Grp. E:   Each Parish Trustee Board was to meet to discuss their parish specific assessment payment and vote to comply or deny. At least nine (9) parishes did not have the required two trustees assigned to the parish – some without for months and some without for years. Enclosed are the NYS Religious Corporation Regulations and other supporting evidence of this matter.


REQUEST NO. 15:   All Documents and Communications with parishioners, parish groups, or any purported constituency regarding any issue raised in the Motion, the bankruptcy case, intervention, plan

funding, Parish Assessments, Parish mergers, Parish asset use, or Canon Law challenges, including newsletters, emails, social media posts, websites, town-hall materials, and talking points.

RESPONSE:   See Disc. 15 Press Releases.  Other public information is contained on the SOBC website: www.SaveOurBuffaloChurches.com, on Facebook: Save Our Buffalo Churches and Buffalo Catholic Beacon (Private Group).


REQUEST NO. 16:    Documents sufficient to show Your asserted basis for standing or party-interest status, including, but not limited to, any claimed injury, interest in estate property, representational authority, mandates, authorizations, assignments, or powers of attorney from any Parish or parishioner.

RESPONSE:   SOBC has three active Mandate groups. There are no agreements or authorization between SOBC and parishes. SOBC functions as a conduit of St. Joseph Canon Law Foundation's counsel to partnering parish recourse groups. See Disc 16a Blank Template for Parish Procurator; 16b Mandate of Patrick Gorman as Procurator to appeal against the activities within the Road to Renewal Program. (>4000); 16c Mandate of Mark Byrne as Procurator to request a Papal Investigation of the Diocese of Buffalo. (Current count >4230); 16d Photograph of RtR Mandates shipped to Rome.


REQUEST NO. 17:    Documents, including, but not limited to, analyses, reports, memoranda, research, or Communications prepared by or for You concerning claims of child sexual abuse against the Diocese and/or any Parishes, including Communications with claimants, claimants' counsel, advocacy groups, insurers, or governmental entities.

RESPONSE:   None.

8

REQUEST NO. 18:   Documents and Communications concerning Your statements that Parish Assessments are suspended, revoked, or violate Canon Law, including any Holy See, Vatican, or Dicastery decrees, stays, or correspondence and Your analyses thereof, including any analysis provided to you by any advisor.

RESPONSE:   Social Media Postings on Facebook are in the public social media domain. See Disc. 14 Decrees and Suspensions; Disc. 15 Press Releases.


REQUEST NO. 19:   Documents and Communications concerning Your collection of "mandates," petitions, authorizations, or similar instruments from parishioners or parish groups, including forms, instructions, tallies, validation processes, and how such materials purportedly authorize You to act on behalf of any Parish or parishioner.

RESPONSE: The mandates empower the named parish individual (procurator) to act on the signatory's behalf as delineated in the mandate. Each procurator and their core group act to consume and exchange information with St. Joseph Canon Law Foundation ("SJCLF") through SOBC as a conduit. Parish-specific Procurator Mandate collection process: Each parish procurator, parish recourse group and parish volunteer was responsible for informing their mandators/recurrents. See Disc. 16.


REQUEST NO. 20:   Documents and Communications with the St. Joseph Foundation, the Justice for All Coalition, or any other organization concerning, any issue raised in the Motion, the bankruptcy case, plan funding, Parish Assessments, Canon Law issues, or potential alternative funding sources (including the Cabrini Fund).

RESPONSE:   Communications and documents between SOBC and the SJCLF are protected Attorney-Client privilege.  See Disc. 20 Justice for All Documents.

REQUEST NO. 21:   Documents and Communications concerning any proposed, pending, or enacted legislation referenced by You as a potential alternative funding source, including bill drafts, sponsorship efforts, legislative strategy, and Communications with legislators or their offices.

RESPONSE:   See Disc. 20 Justice for All Documents.

REQUEST NO. 22:   Communications with any media, press, or public relations entities regarding the Motion, this bankruptcy case, Parish Assessments, parish mergers/closures, or Canon Law challenges, including press statements, op-eds, media pitches, and interview transcripts.

RESPONSE:   See Disc. 15 Press Releases.

REQUEST NO. 23:   Documents sufficient to show Your membership criteria, if any, dues, voting rights, and processes for adopting organizational positions related to this bankruptcy case or intervention.

RESPONSE:   There are no dues.  Officers have the right to give input and vote. All officers supported filing the Motion to Intervene for the purpose of submitting Vatican/Dicastery for the Clergy Decision Documents regarding the DOB financial plans to obtain parish funds for Chapter 11 settlement purposes.

REQUEST NO. 24:   Documents and Communications concerning any analysis by SOBC or its advisors regarding whether Movant qualifies as a "party in interest" under 11 U.S.C. § 1109(b) or an "interested entity" under Fed. R. Bankr. P. 2018(a), including analyses of standing, representational standing, authority, and alignment or non-alignment with the Diocese or Parishes.

RESPONSE:  See generally all documents submitted in response to the Requests, as well as responses to any Interrogatories interposed in connection with the Motion.

REQUEST NO. 25: Documents and Communications concerning any lawsuits or administrative proceedings involving You and the Diocese and/or Parishes, including the "consortium" civil suit You reference in the Motion, and Your role or relationship to any plaintiffs or counsel relating to any such actions.

RESPONSE: Relative to civil action captioned *Rozak et al., v. Diocese of Buffalo, et al., N.Y. Sup. Ct., Erie Cty, Index No. 811414/2025,* SOBC was not a party. However, SOBC provided document support with Canon Law interpretation through the St. Joseph Canon Law Foundation. SOBC supplied copies of documentation associated with decrees and facilitated collaboration with fellow parish procurators consisting of many of the documents provided herewith. See Disc. 25 Copies of Civil Suit documents.

REQUEST NO. 26: Documents sufficient to show any payments or contributions by You to, or receipts from, the Diocese or any Parish, including invoices, agreements, and authorizations, and any restrictions you allege are associated with such payments or contributions and the basis for such restriction.

RESPONSE: None,

REQUEST NO. 27: Any surveys, polling, or data collection concerning parishioner views on Assessments, mergers/closures, intervention, or Canon Law challenges, including methodologies, results, and underlying data that you may use in support of the Motion.

RESPONSE: Disc. 27a Priest Survey; 27b SOBC Laity Survey.

REQUEST NO. 28:    Documents and Communications concerning Your allegation that acceptance of the proposed settlement or use of Assessments would infringe First Amendment rights or violate Canon Law or donor intent, including legal analyses and supporting materials.

RESPONSE;   Any such materials are protected by Attorney – Client privilege.

REQUEST NO. 29:    All Documents, decrees, decisions, or materials from the Dicastery or other ecclesiastical authorities that You contend support your claimed injury, interest in estate property, or authority to act for Parishes or parishioners.

RESPONSE:   Parishes with Assessment revocations have not had their funds returned to them as ordered. Parishes that have not had merger decrees revoked, but are still in recourse (before the Apostolic Signatura) are still being pressured for, or have signed over, assessment funds (after legitimate trustees who refused, were replaced by new trustees). The assessment amounts for parishes that have not had merger decrees revoked threaten to impoverish the parish (at or near 80%). SOBC is acting to compile this evidence and submit it for the court's review.  See Disc. 14 Decrees and documents showing Vatican judgements.

REQUEST NO. 30:    Documents relied upon by any declarant or affiant in support of the Motion, including source materials, notes, and data, and documents sufficient to identify all persons with knowledge of facts asserted in the Motion and the bases for Your standing or interest.

RESPONSE:   See generally all documents submitted in response to the Requests, as well as responses to any Interrogatories interposed in connection with the Motion.  Specifically, see Disc. 14. All documents have been made publicly available to the parish recurrents and to the public through social, radio and televised media.

12

REQUEST NO. 31: Any Documents and Communications, including, but not limited to, retention agreements, engagement letters, or funding agreements between You and any law firm, consultant, public relations firm, lobbyist, or third party relating to the Motion, this bankruptcy case, plan funding, Parish Assessments, or Canon Law challenges, including documents sufficient to show who is paying or indemnifying fees or expenses of any advisor retained by SOBC.

RESPONSE: None.

REQUEST NO. 32: Documents and Communications regarding the statement in the Motion that "SOBC was formed for the purpose of defending parish life and preserving the Catholic Church's presence through faith-based appeals using Canon Law."

RESPONSE: See Disc. 1.

REQUEST NO. 33: Documents and Communications regarding or supporting the statement in the Motion that "SOBC has been integral in accomplishing, inter alia, the following: the collection of over 4,000 diocese-wide mandates protesting the Road to Renewal; organizing and assisting 30 parish groups in the canonical recourse process to oppose parish modification (i.e. extinctive merger, relegation, alienation) and Assessment allocation decrees before the Vatican Dicastery for the Clergy. Of those, 23 modification decrees and 10 Assessment allocation decrees were suspended pending the Dicastery's case examination and 3 decrees have been revoked against the Diocese of Buffalo."

RESPONSE: SOBC has stated in TV, Radio (WBEN), Buffalo *News* interviews as well as social media (Facebook) posts confirming the mandate purpose, collection and the Canon Law appeal process. The DOB has a copy of all the Vatican letters and decrees. See Disc. 33 Example of parish action, i.e., Bishop Fisher Decree to Merge St. Bernadette Parish (Orchard Park) with Sts, Peter & Paul (Hamburg) including

Procurator Mandate for St. Bernadette Parish.  See Disc. 14 for St. Bernadette merger revocation decree and Assessment Program suspension.

REQUEST NO. 34:    Documents and Communications regarding or supporting the statement in the Motion that "SOBC has been integral in accomplishing, inter alia, the following: the collection of over 4,000 diocese-wide mandates protesting the Road to Renewal; organizing and as the Motion that "SOBC also connected 9 parish groups into a consortium that filed a civil suit against the Diocese of Buffalo for the assessment allocations."

RESPONSE:   See Disc. 16 Picture of Road to Renewal Diocesan Procurator Mandates; Disc. 25 Civil Suit documentation.

REQUEST NO. 35:    Documents and Communications regarding or supporting the statement in the Motion that "SOBC has been integral in accomplishing, inter alia, the following: the collection of over 4,000 diocese-wide mandates protesting the Road to Renewal; organizing and as sexual abuse survivor access to Cabrini Fund monies, thereby sparing parishes of impoverishing contributions."

RESPONSE:   See Disc. 16 Road to Renewal Procurator Mandates; Disc. 20 Justice for All Documents.

REQUEST NO.36:    Documents and Communications regarding or supporting the statement in the Motion that "SOBC has been integral in accomplishing, inter alia, the following: the collection of over 4,000 diocese-wide mandates protesting the Road to Renewal; organizing and as of their rights under Canon Law, as well as assisting a parish regarding a basilica designation matter."

RESPONSE:   Representatives from St. Adalbert's Basilica called SOBC to request assistance in resisting the intention of the DOB/Fr. Cole Webster officially removing their Basilica designation. SOBC put them

14

directly in touch with Philip Gray at St. Joseph Canon Law Foundation for their assistance. SOBC provides prayer and media support.  See Disc. 16 Road to Renewal Mandates.

REQUEST NO. 37:    Documents and Communications regarding or supporting the statement in the Motion that "SOBC has been integral in accomplishing, inter alia, the following: the collection of over 4,000 diocese-wide mandates protesting the Road to Renewal; organizing and as from Rome, whereby the bishop and Road to Renewal executive team would be investigated by Vatican representatives against mismanagement claims specifying the infliction of harm on the Diocese overall."

RESPONSE:    Procurators and core teams of participating parishes educated their parishioners as to the need to appoint a single representative responsible for formal communications with the Dicastery in Rome. One must be 14 yrs. of age to sign and must have two witnesses in lieu of a notary public.  Each participating parish had their own procurator mandate while SOBC has two active mandates. Aug 2024 – present: The first mandate appointed Patrick Gorman as the diocese-wide Procurator to appeal to the Vatican against the Road to Renewal Program. Just over 4,000 mandates were collected by SOBC Board Members and volunteers at the parish level and in public venues.  Feb 2026 – present: A second mandate was created to designate a new procurator to work specifically with SOBC, parish procurators and SJCLF  to request an Apostolic Visitation for the purpose of investigating Bishop Fisher and his executive team for failed leadership specific to the sex abuse settlement process, which is intertwined with Road to Renewal, as evidenced in the merger decrees and alienation proposals and decrees. See Disc. 16 Examples of completed Mandates.

Case 1-20-10322-CLB,   Doc 4976-1,   Filed 07/22/26   Entered 07/22/26 17:16:01,
Description: Exhibit A, Page 16 of 18

REQUEST NO. 38: Documents and Communications regarding or supporting the statement in the Motion that "SOBC has been integral in accomplishing, inter alia, the following: the collection of over 4,000 diocese-wide mandates protesting the Road to Renewal; organizing and as parishes."

RESPONSE: See Response No. 37 above.

REQUEST NO. 39: Documents and Communications regarding the identity of any parish that would be financially ruined by the Assessments.

RESPONSE: Nearly all parish core groups participating with SOBC were in Canon Law Recourse over their merger decrees or simply rejecting the assessment program. Their assessments were levied at 80% of their funds (which in certain cases were mixed with restricted funds), which immediately led to: the loss of funds which were planned to be used for parish facility needs; loss of appropriate business-level cash in reserve for urgent & emergency needs; decreasing summer collections and need to supplement budget for payroll & utility needs. Examples of borderline parishes are St. John Vianney (placed in "sleep mode" due to financial strain), St. Pius (reduced to secondary worship site), St. Theresa of Avila and Sacred Heart both of which have marginally survived after payment of the assessment.

REQUEST NO. 40: Documents and Communications regarding the financial information and any analysis that the Assessments "are overly excessive and would financially ruin many of the parishes."

RESPONSE: See Response No. 39 above.

REQUEST NO. 41: Documents and Communications regarding any analysis performed relating to CVA Actions against any parish, including any analysis or estimate of the cost to the parish of defending the CVA actions and any analysis or estimate of liability relating to any CVA Action against any parish.

RESPONSE:   None.

REQUEST NO. 42:   Documents and Communications regarding any analysis performed relating to insurance coverage for any parish relating to any CVA Action.

RESPONSE:   None.

REQUEST NO. 43:   Documents and Communications You intend to introduce as evidence at the Hearing.

RESPONSE:   Any and all Documents and Communications provided herewith or referred to herein, as well as any other Documents and Communications that may be requested by the Court.

Dated:  Buffalo, New York
        July 10, 2026

**BAUMEISTER DENZ LLP**

By:   /s/ Arthur G. Baumeister, Jr.
      Arthur G. Baumeister, Jr., Esq.
      *Attorneys for Save Our Buffalo Churches, Inc.*
      174 Franklin Street, Suite 2
      Buffalo, New York 14202
      (716) 852-1300
      abaumeister@bdlegal.net

17