# Exhibit D

# ARTICLES OF INCORPORATION

## ARTICLE I: Name

### 1.1 Name
The name of this corporation shall be **Save Our Buffalo Churches, Inc.** The business of the corporation may be conducted as **Save Our Buffalo Churches, Inc.** or **Save Our Buffalo Churches** or **SOBC.**

## ARTICLE II: Duration

### 2.1 Duration
The period of duration of the corporation is perpetual.

## ARTICLE III: Purpose

### 3.1 Purpose
**Save Our Buffalo Churches, Inc.** is a non-profit corporation and shall operate exclusively for educational and charitable purposes within the meaning of Section 501(c)(3) of the Internal Revenue Code, or the corresponding section of any future Federal tax code.

1. The specific purpose of this corporation is to:

    a. Provide assistance within the Diocese of Buffalo to understand and challenge decisions using Canon Law by partnering with St. Joseph Canon Law Foundation and advocating for the rights of the faithful.

    b. Provide information related to Diocese of Buffalo activity to support the appeal processes.

    c. Appeal the Road to Renewal program for the entire Diocese.

    d. Advance the Catholic faith with the goal to save souls.

To maximize our impact on current efforts, we may seek to collaborate with other non-profit organizations which fall under the 501(c)(3) section of the internal revenue code and are operated exclusively for educational and charitable purposes.

At times, per the discretion of the board of directors, we may provide internships or volunteer opportunities which will provide opportunities for involvement in said activities and program in order to have a greater impact for change.

### 3.2 Public Benefit
**Save Our Buffalo Churches, Inc.** is designated as a public benefit corporation.

Case 1-20-10322-CLB,   Doc 4976-4,   Filed 07/22/26,   Entered 07/22/26 17:16:01,
Description: Exhibit D, Page 2 of 15

## ARTICLE IV: Non-Profit Nature

**4.1 Non-profit Nature**

**Save Our Buffalo Churches, Inc.** is organized exclusively for charitable and educational purposes including, for such purposes, the making of distributions to organizations that qualify as exempt organizations under section 501(c)(3) of the Internal Revenue Code, or corresponding section of any future federal tax code. NO part of the net earnings of **Save Our Buffalo Churches, Inc.** shall inure to the benefit of, or be distributable to its members, trustees, officers, or other private persons, except that the corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth in the purpose clause hereof.

Notwithstanding any other provision of this document, the corporation shall not carry on any other activities not permitted to be carried on (a) by any organization exempt from federal income tax under section 501(c)(3) of the Internal Revenue Code, corresponding section of any future federal tax code, or (b) by an organization, contributions to which are deductible under section 170 (c) (2) of the Internal Revenue Code, or corresponding section of any future federal tax code.

**Save Our Buffalo Churches, Inc.** is not organized and shall not be operated for the private gain of any person. The property of the corporation is irrevocably dedicated to its charitable purposes. No part of the assets, receipts, or net earnings of the corporation shall insure to the benefit of, or be distributed to any individual. The corporation may, however, pay reasonable compensation for services rendered, and make other payments and distributions consistent with these Articles.

**4.2 Personal Liability**

No officer or director of this corporation shall be personally liable for the debts or obligations of **Save Our Buffalo Churches, Inc.** of any nature whatsoever, nor shall any other property or assets of the officers or directors be subject to the payment of the debts or obligations of this corporation.

**4.3 Dissolution**

Upon termination or dissolution of the **Save Our Buffalo Churches, Inc.**, any assets lawfully available for distribution shall be distributed to one (1) or more qualifying organizations described in Section 501(c)(3) of the Internal Revenue Code of 1986 (or described in any corresponding provision of any successor statute) which organization or organizations have a charitable purpose which, at least generally, includes a purpose similar to the terminating or dissolving corporation.

The organization to receive the assets of the **Save Our Buffalo Churches, Inc.** hereunder shall be selected by the discretion of a majority of the managing body of the **Save Our Buffalo Churches, Inc.** and if its members cannot so agree, then the recipient organization shall be selected pursuant to a verified petition in equity filed in a court of proper jurisdiction against the

Case 1-20-10322-CLB, Doc 4976-4, Filed 07/22/26, Entered 07/22/26 17:16:01, Description: Exhibit D, Page 3 of 15

**Save Our Buffalo Churches, Inc.** by one (1) or more of its managing body which verified petition shall contain such statements as reasonably indicate the applicability of this section. The court upon a finding that this section is applicable shall select the qualifying organization or organizations to receive the assets to be distributed, giving preference if practicable to the organizations located within the State of New York.

In the event that the court shall find that this section is applicable but there is no qualifying organization known to it which has a charitable purpose, which, at least generally, includes a purpose similar to this corporation, then the court shall direct the distribution of its assets lawfully available for distribution to the Treasurer of the State of New York to be added to the general fund.

### 4.4 Prohibited Distributions
No part of the net earnings, or properties of this corporation, on dissolution or otherwise, shall inure to the benefit of, or be distributable to, its members, directors, officers or other private person or individual, except that the corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth in Article III, Section 3.1.

### 4.5 Restricted Activities
No substantial part of the corporation's activities shall be the carrying on of propaganda, or otherwise attempting to influence legislation, and the corporation shall not participate in, or intervene (including the publishing or distribution of statements) in any political campaign on behalf of or in opposition to any candidate for public office.

### 4.6 Prohibited Activities
Notwithstanding any other provision of these Articles, the corporation shall not carry on any activities not permitted to be carried on (I) by a corporation exempt from federal income tax as an organization described by Section 501(c)(3) of the Internal Revenue Code, or the corresponding section of any future federal tax code, or (II) by a corporation, contribution to which are deductible under Section 170(c)(2) of the Internal Revenue Code, or the corresponding section of any future federal tax code.

### ARTICLE V: Board of Directors

**Governance**
**Save Our Buffalo Churches, Inc.** shall be governed by its board of directors.

**Initial Directors**
The initial directors of the corporation shall be:
- Elizabeth Zilbuaer, President
- Patrick Gorman, Vice President
- Mary Pruski, Treasurer

Case 1-20-10322-CLB, Doc 4976-4, Filed 07/22/26, Entered 07/22/26 17:16:01, Description: Exhibit D, Page 4 of 15

## ARTICLE VI: Membership Membership

**Save Our Buffalo Churches, Inc.** shall have no members. The management of the affairs of the corporation shall be vested in a board of directors, as defined in the corporation's bylaws.

## ARTICLE VII: Amendments Amendments

Any amendment to the Articles of Incorporation may be adopted by approval of two-thirds (2/3) of the board of directors.

## ARTICLE VIII: Address of the Corporation

**Corporate Address**
The mailing address of the corporation is:  **Save Our Buffalo Churches, Inc.**
**c/o Elizabeth Zilbauer, President**
**736 Baseline Road**
**Grand Island, NY 14072**

A US Post Office Box will be established for routine correspondence and banking.

## ARTICLE IX: Appointment of Registered Agent

**Registered Agent**
The registered agent of the corporation shall be:
**Elizabeth Zilbauer, 736 Baseline Road, Grand Island, NY 14072**

## ARTICLE X: Incorporator

The incorporators of the corporation are as follow:
**Mary Pruski, 6751 Michael Road, Orchard Park, NY 14127**

Case 1-20-10322-CLB, Doc 4976-4, Filed 07/22/26, Entered 07/22/26 17:16:01, Description: Exhibit D, Page 5 of 15

## Certificate Of Adoption Of Articles of Incorporation

We, the undersigned, do hereby certify that the above stated Articles of Incorporation of **Save Our Buffalo Churches, Inc.** were approved by the board of directors on **Save Our Buffalo Churches, Inc.** and constitute a complete copy of Articles of Incorporation of the **Save Our Buffalo Churches, Inc.**.

*Names, addresses and signatures of all directors and incorporators.*

_____     3/8/25
Elizabeth Zilbauer, President                Date
736 Baseline Road, Grand Island, NY 14072

_____     3/11/25
Patrick Gorman, Vice President               Date
102 Oakbrooke Drive, West Seneca, NY 14224

_____     3/8/25
Mary Pruski, Treasurer and Incorporator      Date
6751 Michael Road, Orchard Park, NY 14127

Acknowledgement of consent to appointment as registered agent.

I, **Elizabeth Zilbauer**, agree to be the registered agent for **Save Our Buffalo Churches, Inc.** as appointed herein.

Registered Agent: _____

Date: ___3/8/25_____

Case 1-20-10322-CLB,    Doc 4976-4,    Filed 07/22/26,    Entered 07/22/26 17:16:01,
Description: Exhibit D, Page 6 of 15



**Department of the Treasury**
**Internal Revenue Service**
**Tax Exempt and Government Entities**
P.O. Box 2508
Cincinnati, OH 45201

**Date:**
06/05/2025
**Employer ID number:**
33-3483686
**Person to contact:**
Name: L. Chung
ID number: 0777227
Telephone: 877-829-5500
**Accounting period ending:**
December 31
**Public charity status:**
509(a)(2)
**Form 990 / 990-EZ / 990-N required:**
Yes
**Effective date of exemption:**
November 14, 2024
**Contribution deductibility:**
Yes
**Addendum applies:**
No
**DLN:**
26053507001575

SAVE OUR BUFFALO CHURCHES INC
PO BOX 23
SPRING BROOK, NY 14140

Dear Applicant:

We're pleased to tell you we determined you're exempt from federal income tax under Internal Revenue Code (IRC) Section 501(c)(3). Donors can deduct contributions they make to you under IRC Section 170. You're also qualified to receive tax deductible bequests, devises, transfers or gifts under Section 2055, 2106, or 2522. This letter could help resolve questions on your exempt status. Please keep it for your records.

Organizations exempt under IRC Section 501(c)(3) are further classified as either public charities or private foundations. We determined you're a public charity under the IRC Section listed at the top of this letter.

If we indicated at the top of this letter that you're required to file Form 990/990-EZ/990-N, our records show you're required to file an annual information return (Form 990 or Form 990-EZ) or electronic notice (Form 990-N, the e-Postcard). If you don't file a required return or notice for three consecutive years, your exempt status will be automatically revoked.

If we indicated at the top of this letter that an addendum applies, the enclosed addendum is an integral part of this letter.

For important information about your responsibilities as a tax-exempt organization, go to www.irs.gov/charities. Enter "4221-PC" in the search bar to view Publication 4221-PC, Compliance Guide for 501(c)(3) Public Charities, which describes your recordkeeping, reporting, and disclosure requirements.

Sincerely,

Stephen a. martin

Stephen A. Martin
Director, Exempt Organizations
Rulings and Agreements

Letter 947 (Rev. 2-2020)
Catalog Number 35152P

 DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI  OH   45999-0023

Date of this notice:  02-18-2025

Employer Identification Number:
33-3483686

Form:  SS-4

Number of this notice:  CP 575 A

SAVE OUR BUFFALO CHURCHES INC
% SAVE OUR BUFFALO CHURCHES
736 BASELINE RD
GRAND ISLAND, NY  14072

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

### WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN).  We assigned you EIN 33-3483686.  This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees. Please keep this notice in your permanent records.

Taxpayers request an EIN for their business. Some taxpayers receive CP575 notices when another person has stolen their identity and are opening a business using their information. If you did **not** apply for this EIN, please contact us at the phone number or address listed on the top of this notice.

When filing tax documents, making payments, or replying to any related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN.  If the information is not correct as shown above, please make the correction using the attached tear-off stub and return it to us.

Based on the information received from you or your representative, you must file the following forms by the dates shown.

            Form 1120                          04/15/2025

If you have questions about the forms or the due dates shown, you can call us at the phone number or write to us at the address shown at the top of this notice.  If you need help in determining your annual accounting period (tax year), see Publication 538, *Accounting Periods and Methods*.

We assigned you a tax classification (corporation, partnership, etc.) based on information obtained from you or your representative.  It is not a legal determination of your tax classification, and is not binding on the IRS.  If you want a legal determination of your tax classification, you may request a private letter ruling from the IRS under the guidelines in Revenue Procedure 2020-1, 2020-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue).  Note: Certain tax classification elections can be requested by filing Form 8832, *Entity Classification Election*. See Form 8832 and its instructions for additional information.

IMPORTANT INFORMATION FOR S CORPORATION ELECTION:
If you intend to elect to file your return as a small business corporation, an election to file a Form 1120-S, U.S. Income Tax Return for an S Corporation, must be made within certain timeframes and the corporation must meet certain tests. All of this information is included in the instructions for Form 2553, Election by a Small Business Corporation.

   If you are required to deposit for employment taxes (Forms 941, 943, 940, 944, 945, CT-1, or 1042), excise taxes (Form 720), or income taxes (Form 1120), you will receive a Welcome Package shortly, which includes instructions for making your deposits electronically through the Electronic Federal Tax Payment System (EFTPS).  A Personal Identification Number (PIN) for EFTPS will also be sent to you under separate cover. Please activate the PIN once you receive it, even if you have requested the services of a tax professional or representative.  For more information about EFTPS, refer to Publication 966, *Electronic Choices to Pay All Your Federal Taxes*.  If you need to make a deposit immediately, you will need to make arrangements with your Financial Institution to complete a wire transfer.

   The IRS is committed to helping all taxpayers comply with their tax filing obligations.  If you need help completing your returns or meeting your tax obligations, Authorized e-file Providers, such as Reporting Agents or other payroll service providers, are available to assist you. Visit www.irs.gov/mefbusproviders for a list of companies that offer IRS e-file for business products and services.

**IMPORTANT REMINDERS:**

* Keep a copy of this notice in your permanent records. This notice is issued only one time and the IRS will not be able to generate a duplicate copy for you. You may give a copy of this document to anyone asking for proof of your EIN.

* Use this EIN and your name exactly as they appear at the top of this notice on all your federal tax forms.

* Refer to this EIN on your tax-related correspondence and documents.

* Provide future officers of your organization with a copy of this notice.

Your name control associated with this EIN is SAVE.  You will need to provide this information along with your EIN, if you file your returns electronically.

Safeguard your EIN by referring to Publication 4557, Safeguarding Taxpayer Data: A Guide for Your Business.

You can get any of the forms or publications mentioned in this letter by visiting our website at www.irs.gov/forms-pubs or by calling 800-TAX-FORM (800-829-3676).

If you have questions about your EIN, you can contact us at the phone number or address listed at the top of this notice. If you write, please tear off the stub at the bottom of this notice and include it with your letter.

Thank you for your cooperation.

(IRS USE ONLY)    575A              02-18-2025  SAVE  B  9999999999  SS-4

Keep this part for your records.          CP 575 A (Rev. 7-2007)

------------------------------------------------------------------------

Return this part with any correspondence
so we may identify your account.  Please                        CP 575 A
correct any errors in your name or address.
                                                               9999999999

Your Telephone Number  Best Time to Call   DATE OF THIS NOTICE:  02-18-2025
(    )      -                               EMPLOYER IDENTIFICATION NUMBER:  33-3483686
_____  _____        FORM:  SS-4              NOBOD


INTERNAL REVENUE SERVICE                   SAVE OUR BUFFALO CHURCHES INC
CINCINNATI  OH   45999-0023                % SAVE OUR BUFFALO CHURCHES
IllllIlIIlIlllllIllllIllllIllllIlllllIllllIIIIIIlIllllIlIllll   736 BASELINE RD
                                           GRAND ISLAND, NY  14072

Case 1-20-10322-CLB, Doc 4976-4, Filed 07/22/26, Entered 07/22/26 17:16:01, Description: Exhibit D, Page 14 of 15

Form **990-N**

**Electronic Notice (e-Postcard)**

OMB No. 1545-2085

Department of the Treasury
Internal Revenue Service

**for Tax-Exempt Organization not Required to File Form 990 or 990-EZ**

**2025**

Open to Public Inspection

**A** For the **2025** Calendar year, or tax year beginning **2025-01-01** and ending **2025-12-31**

**B** Check if available
☐ **Terminated for Business**
☑ **Gross receipts are normally $50,000 or less**

**C** Name of Organization: **SAVE OUR BUFFALO CHURCHES INC**

**Box 23, Spring Brook, NY, US, 14140**

**D** Employee Identification Number **33-3483686**

**E** Website:
**SaveOurBuffaloChurches.com**

**F** Name of Principal Officer: **Elizabeth Zilbauer**

**736 Baseline Rd, Grand Island, NY, US, 14072**

**Privacy Act and Paperwork Reduction Act Notice:** We ask for the information on this form to carry out the Internal Revenue laws of the United States. You are required to give us the information. We need it to ensure that you are complying with these laws.

The organization is not required to provide information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. The rules governing the confidentiality of the Form 990-N is covered in code section 6104.

The time needed to complete and file this form and related schedules will vary depending on the individual circumstances. The estimated average times is 15 minutes.

**Note:** This image is provided for your records only. Do Not mail this page to the IRS. The IRS will not accept this filing via paper. You must file your Form 990-N (e-Postcard) electronically.