# Exhibit F

# Diocese of Buffalo
## Office of Communications



## Diocese of Buffalo Completes Vicariate Meetings Communicating Parish Contribution Plan to Fulfill Chapter 11 Settlement Terms

**Buffalo, New York, June 16, 2025 –** The Diocese of Buffalo has completed a week-long series of Vicariate meetings during which details on the Chapter 11 settlement allocation methodology were shared with parish leadership, including clergy, trustees, business managers and chairpersons of the finance and parish councils.

At those meetings, parish leaders were provided an overview of the $150 million settlement, which has been agreed to in principle by the Creditors' Committee. Each parish received a detailed statement of their expected contribution to the settlement fund. The Diocesan Internal Audit Department is assisting to ensure the accuracy of the funds that were self-reported by each parish and used to determine the expected contribution. The contribution is based upon a progressive percentage applied to the parishes' self-reported and unrestricted cash and investments held as of August 31, 2024, the end of the Diocesan fiscal year. Unrestricted cash and investments exclude any prepaid tuition held, Mass offerings and donor-restricted gifts.

"We recognize that some parishes will see the disparity of settlement contribution levels as somehow unfair," said Richard Suchan, Diocesan Chief Operating Officer. "What is important to understand is that the unrestricted cash position of parishes varies greatly, as well the fact that parishes identified for closure and merger with other parish families are naturally assessed at a higher level. This has been discussed extensively with our priests and parish leaders as an essential approach for fulfilling our obligation to the Creditors' Committee, and to bring healing to survivors and enable the Church in Western New York to finally close this long and difficult chapter of our Diocese and move forward."

-more-

*For more information, please contact Joe Martone, Communications Director at jmartone@buffalodiocese.org, (716) 847-8743, (716) 361-1931*

# Diocese of Buffalo
## Office of Communications



**Vicariate Meetings**
**Page 2**

The diocese continues to address any questions raised by parishes on their contributions, including St. Leo the Great in Amherst, and if any adjustments are warranted, those will be addressed.

Contribution percentages range from 10 percent to 80 percent of each parish's unrestricted cash and investments with the highest percentage being applied to parishes scheduled to be closed or merged as part of the Road to Renewal program, aimed at better sharing resources and bringing together unsustainable parishes with stronger parish communities.

The contribution allocation formula based upon unrestricted cash and investments are as follows:

| Parish Level Unrestricted Cash & Investment Assets | Percent Applied for Contribution |
|---|---|
| - Less than $250,000 | - 10% |
| - Less than $500,000 | - 25% |
| - Less than $ 750,000 | - 45% |
| - Less than $ 1,000,000 | - 55% |
| - More than $ 1,000,000 | - 65% |
| - More than $ 3,000,000 | - 75% |
| - Merging/Closing Parishes | - 80% |

-more-

*For more information, please contact Joe Martone, Communications Director at*
*jmartone@buffalodiocese.org, (716) 847-8743, (716) 361-1931*



Parishes appealing their closure to the Vatican are assessed at 80 percent of unrestricted cash and investments. If the appeal is successful and the merger decision overturned, the parish will be returned the difference between the 80 percent assessment and the rate that would have applied had the parish not been designated for merger.

All parish contributions will be held in their respective names in the St. Joseph Investment Fund where all parishes in the Diocese of Buffalo have investment accounts. Transfers affecting these contributions are to be done by July 15, 2025, and will be held in reserve until the settlement is confirmed by the federal bankruptcy court. Parish contributions from this process total $80 million of the $150 million settlement proposed by the Diocese to the Creditors' Committee and accepted in principle. Additional sources of contributions to the settlement are expected from the Diocese, affiliate Catholic organizations, as well as from proceeds of real estate sales. Proceeds that may be provided through coverages by diocesan and parish insurance carriers would be in addition to this settlement amount.

-30-

---

*For more information, please contact Joe Martone, Communications Director at*
*jmartone@buffalodiocese.org, (716) 847-8743, (716) 361-1931*



Mr. Patrick GORMAN
102 Oakbrook Drive
West Seneca, New York 14224

23 June 2025

Dear Mr. Gorman,

I am in receipt of your 14 June 2025 letter in which you oppose the means by which I intend to settle the diocesan bankruptcy. I am happy to correct the errors that may have been interpreted in the Office of Communications' 9 June 2025 press release.

Primarily, you seem to think the means by which the parochial assets will be transferred to the Diocese of Buffalo relies on the norm of canon 1263. Clearly, as you have pointed out, this is not an appropriate application of the cannon in question. Having reviewed again the communication sent out on 9 June, the word "tax" appears nowhere. It is unclear to me how you would read canon 1263 into such a release.

The proper canonical understanding of the transfer of these funds is the norms found in canons 1291-1295. Treating matters of restricted alienation, these canons cover how a public juridic person may freely give a substantial amount of its assets to another public juridic person. This is the case in the Diocese of Buffalo. The diocese has entered Chapter 11 Federal Bankruptcy proceedings with the intent of securing a global settlement/channeling injunction which would both generate a larger sum for the victims and provide all parishes in the diocese with future immunity from civil litigation based on similar past claims.

The procedural formalities are laid out in the canons just referenced. Included here is the need to gain the consent of the Diocesan Finance Council and the College of Consultors (c. 1292 §1). I can assure you that this is being done. Additionally, for parishes who are contributing more than the maximum amount set by the episcopal conference, the consent of the Holy See is also required (c. 1292 §2). Since these involve individual transactions, no general decree is needed. Each parochial contribution is delt with on a case-by-case basis.

Case 1-20-10322-CLB, Doc 4976-6, Filed 07/22/26, Entered 07/22/26 17:16:01, Description: Exhibit F, Page 5 of 8

Thus, to answer your specific questions:

1. A decree based on canons 124ff and 1263 does not exist.
2. No revocation is possible because there is nothing to revoke.
3. No such decree exists because it is not required by law for the action being undertaken.

Sincerely in Christ,

Most Reverend Michal W. FISHER
Bishop of Buffalo

14 June 2025

Patrick Gorman
102 Oakbrook Dr.
West Seneca, NY 14224

His Excellency
The Most Rev. Michael Fisher
Bishop, Diocese of Buffalo
795 Main St.
Buffalo, NY 14203-1250

Re: 9 June 2025 Press Release by the Office of Communications -- Diocese of Buffalo

Your Excellency,

In April 2025 as a result of a monetary settlement, Your Excellency announced, "The Diocese of Buffalo and its parishes and Catholic affiliates will provide a total payment in the amount of $150 million to survivors of sexual abuse for acts perpetrated against them by clergy, religious, lay employees, and volunteers" (cf. https://www.buffalodiocese.org/blog/monetary-settlement-reached-in-diocese-of-buffalo-bankruptcy-case-church-entities-to-pay-survivors-of-abuse-150-million/).

On 9 June 2025, Your Excellency, through your diocesan Office of Communication, released an announcement titled, Diocese of Buffalo Begins Vicariate Meetings to Present Parish Contribution Plan to Fulfill Chapter 11 Settlement Terms, by which Your Excellency has started the process to exact $80 Million of the $150 Million of the above-mentioned monetary settlement -- a total amount which has only been agreed to in principle -- from all parishes by an extraordinary tax. Each parish will be taxed "10 percent to 80 percent of each parish's unrestricted cash with the highest percentage being applied to parishes scheduled to be closed or merged as part of the Road to Renewal." You continue by saying, "Parishes appealing their closure to the Vatican...are still assessed at 80 percent of their unrestricted cash. If the appeal is successful and the closure decision is overturned, the parish will be refunded the difference between the 80 percent assessment and the rate that would have applied had the parish not been designated for closure."

The decision regarding the application of c. 1263 to all diocesan parishes is an act of executive power that will have a juridic effect on each parish, if observed. The June 9 Announcement suggests that you, as diocesan bishop, observed a canonical process and issued a decree expressing the intention to follow a certain allocation methodology. To my knowledge, such a decree has not been promulgated to the parishes, the juridic persons affected by this decision. Furthermore, the methodology, as outlined, fails to recognize the rights and obligations of each parish; and it constitutes the usurpation of parish patrimony to address the grave financial state of the Diocese of Buffalo. The tax is not moderate nor is it based on income; and for some parishes it is obscene at best, retaliatory at worst, because the highest percentage (of 80 percent) will be levied on those parishes that decided to seek recourse against your singular decrees of extinctive union implementing the Road to Renewal. Moreover, there is no known methodology identifying how those same parishes whose cases may be won on appeal will be assessed differently and lower than 80 percent. The June 9 Announcement seems to allow a subjective assessment leaving those same parishes to be taxed anywhere from 10 percent to 79 percent of their unrestricted case. This act of ecclesiastical Authority will result in the notable alteration of the Diocese and thereby falls within the scope of my Procurator Mandate that is presently operative.

Therefore, on behalf of those for whom I hold mandate and myself, I ask Your Excellency:

Page 1 of 2

1. Please provide a copy of the decree that I presume you have issued in accord with c. 124 *et al.*

2. If the June 9 Announcement indicates that Your Excellency has acted to implement an allocation methodology that would bind all diocesan parishes, then by this letter I ask you to reconsider and revoke your intention as it was expressed by the June 9 Announcement.

3. If the announcement indicates that you have decreed the allocation methodology, this decree is not known to me; and by this letter, I ask you to reconsider and revoke the decree.

I look forward to hearing from you.

Respectfully in Christ,

Patrick Gorman
Procurator

Copy: The Most Rev. Ilson de Jesus Montanari
Secretary, Dicastery for the Bishops

The Most Rev. Lazzaro Cardinal You Heung-sik
Prefect, Dicastery for the Clergy

Recurrents

Case 1-20-10322-CLB, Doc 4976-6, Filed 07/22/26, Entered 07/22/26 17:16:01, Description: Exhibit F, Page 8 of 8