

**DICASTERIUM
PRO CLERICIS**

From the Vatican, 26 September 2025

Prot. N. 2025 2309-2

Mr. Thomas BURGER, Procurator
129 Commonwealth Ave.
Buffalo, NY 14216
**UNITED STATES OF AMERICA**

Dear Mr. Burger,

The Dicastery writes in response to your petition for recourse dated 17 July 2025 concerning the payment plan for parish contribution to the diocesan bankruptcy settlement, *Diocese of Buffalo Begins Vicariate Meetings to Present Parish Contribution Plan to Fulfill Chapter 11 Settlement Terms*, with respect to Holy Spirit Parish, in Buffalo, New York, published by the Bishop of Buffalo, the Most Reverend Michael W. FISHER on 9 June 2025 (cf. *CIC*, canons 1256, 1263, 1291-1295).

From the documents provided, though it appears that your petition was placed outside the peremptory time limits, this curial Institution, acting as hierarchical superior in accordance with Art. 137 §1 of the *General Regulations of the Roman Curia*, hereby ACCEPTS it for examination, recognizing as the object the aforementioned decision. In consideration of the grave legal questions raised by the plan, this Office hereby also decrees the SUSPENSION of the aforementioned act with respect to Holy Spirit parish, for the duration of the recourse (cf. can. 1737, §3).

This Dicastery has placed itself in correspondence with Bishop Fisher and will communicate with you again when his response has been studied.

Thanking you for your correspondence, and with assurances of prayers and best wishes, I remain,

Sincerely yours in Christ,

✠ Andrés Gabriel Ferrada Moreira
*Titular Archbishop of Tiburnia*
*Secretary*

Rev. Enrico Massignani
*Adjunct Under-Secretary*

# Exhibit I



**DICASTERIUM**
**PRO CLERICIS**

From the Vatican, 10 November 2025

Prot. N. 2025 3053-2

Mr. Timothy CREENAN, Procurator
5045 Winding Lane
Clarence, NY 14031
**UNITED STATES OF AMERICA**

Dear Mr. Creenan,

The Dicastery writes in response to your petition for recourse dated 14 July 2025 concerning the payment plan for parish contribution to the diocesan bankruptcy settlement, *Diocese of Buffalo Begins Vicariate Meetings to Present Parish Contribution Plan to Fulfill Chapter 11 Settlement Terms*, with respect to Holy Spirit Parish, in Buffalo, New York, published by the Bishop of Buffalo, the Most Reverend Michael W. FISHER on 9 June 2025 (cf. *CIC*, canons 1256, 1263, 1291-1295).

From the documents provided, though it appears that your petition was placed outside the peremptory time limits, this curial Institution, acting as hierarchical superior in accordance with Art. 137 §1 of the *General Regulations of the Roman Curia*, hereby ACCEPTS it for examination, recognizing as the object the aforementioned decision. In consideration of the grave legal questions raised by the plan, this Office hereby also decrees the SUSPENSION of the aforementioned act with respect to Our Lady of Peace parish, for the duration of the recourse (cf. can. 1737, §3).

This Dicastery has placed itself in correspondence with Bishop Fisher and will communicate with you again when his response has been studied.

Thanking you for your correspondence, and with assurances of prayers and best wishes, I remain,

Sincerely yours in Christ,

*Lazzaro You*
Lazzaro Cardinal You Heung sik
*Prefect*

*Simone Renna*
Rev. Msgr. Simone Renna
*Undersecretary*

Case 1-20-10322-CLB,    Doc 4976-9,    Filed 07/22/26,    Entered 07/22/26 17:16:01, Description: Exhibit I, Page 3 of 9



**DICASTERIUM
PRO CLERICIS**

From the Vatican, 10 November 2025

Prot. N. 2025 3053-2

Mr. Timothy CREENAN, Procurator
5045 Winding Lane
Clarence, NY 14031
**UNITED STATES OF AMERICA**

Dear Mr. Creenan,

The Dicastery writes in response to your petition for recourse dated 14 July 2025 concerning the payment plan for parish contribution to the diocesan bankruptcy settlement, *Diocese of Buffalo Begins Vicariate Meetings to Present Parish Contribution Plan to Fulfill Chapter 11 Settlement Terms*, with respect to Holy Spirit Parish, in Buffalo, New York, published by the Bishop of Buffalo, the Most Reverend Michael W. FISHER on 9 June 2025 (cf. *CIC*, canons 1256, 1263, 1291-1295).

From the documents provided, though it appears that your petition was placed outside the peremptory time limits, this curial Institution, acting as hierarchical superior in accordance with Art. 137 §1 of the *General Regulations of the Roman Curia*, hereby ACCEPTS it for examination, recognizing as the object the aforementioned decision. In consideration of the grave legal questions raised by the plan, this Office hereby also decrees the SUSPENSION of the aforementioned act with respect to Our Lady of Peace parish, for the duration of the recourse (cf. can. 1737, §3).

This Dicastery has placed itself in correspondence with Bishop Fisher and will communicate with you again when his response has been studied.

Thanking you for your correspondence, and with assurances of prayers and best wishes, I remain,

Sincerely yours in Christ,

Lazzaro Cardinal You Heung sik
*Prefect*

Rev. Msgr. Simone Renna
*Undersecretary*

Case 1-20-10322-CLB, Doc 4976-9, Filed 07/22/26, Entered 07/22/26 17:16:01, Description: Exhibit I, Page 4 of 9



**DICASTERIUM PRO CLERICIS**

Prot. N. 2025 3076-2

Ms. Samantha SCALISE, Procurator
51 E. Evans St.
Mayville, NY 14757
**UNITED STATES OF AMERICA**

Dear Ms. Scalise,

The Dicastery writes in response to your petition for recourse dated 2 September 2025 concerning the payment plan for parish contribution to the diocesan bankruptcy settlement, *Diocese of Buffalo Begins Vicariate Meetings to Present Parish Contribution Plan to Fulfill Chapter 11 Settlement Terms*, with respect to Holy Apostles Parish in Jamestown, New York, published by the Bishop of Buffalo, the Most Reverend Michael W. FISHER on 9 June 2025 (cf. CIC, canons 1256, 1263, 1291-1295), as well as the decisions expressed in his 30 June 2025 letter regarding the above mentioned payment plan.

This curial Institution, in accordinace with Art. 137 §1 of the General Regulations of the Roman Curia, hereby ACCEPTS the petition for examination, recognizing as the objects the aforementioned decisions. In consideration of the grave legal questions raised by the plan, this Office hereby also decrees the SUSPENSION of the aforementioned act with respect to Holy Apostles parish, for the duration of the recourse (cf. can. 1737 §3).

This Dicastery has placed itself in correspondence with Bishop Fisher and will communicate with you again when his response has been studied.

Thank you for your correspondence, and with assurances of prayers and best wishes, I remain,

Sincerely yours in Christ,

*Lazzaro You*

Lazzaro Cardinal You Heung sik
*Prefect*

Rev. Enrico Massignani
*Adjunct Undersecretary*



**DICASTERIUM
PRO CLERICIS**

From the Vatican, 2 December 2025

Prot. N. 2025 3394-2

Mr. Cristian SWIATEK, Procurator
568 Cayuga Creek Road
Cheektowaga, NY 14227
**UNITED STATES OF AMERICA**

Dear Mr. Swiatek,

The Dicastery writes in response to your petition for recourse dated 11 August 2025 concerning the payment plan for parish contribution to the diocesan bankruptcy settlement, *Diocese of Buffalo Begins Vicariate Meetings to Present Parish Contribution Plan to Fulfill Chapter 11 Settlement Terms*, with respect to Holy Spirit Parish, in Buffalo, New York, published by the Bishop of Buffalo, the Most Reverend Michael W. FISHER on 9 June 2025 (cf. *CIC*, canons 1256, 1263, 1291-1295).

From the documents provided, it appears that your petition was placed within the peremptory time limits to the correct Dicastery and therefore, this curial Institution in accordance with Art. 137 §1 of the *General Regulations of the Roman Curia*, hereby ACCEPTS it for examination, recognizing as the object the aforementioned decision. In consideration of the grave legal questions raised by the plan, this Office hereby also decrees the SUSPENSION of the aforementioned act with respect to St. Josaphat parish, for the duration of the recourse (cf. can. 1737, §3).

This Dicastery has placed itself in correspondence with Bishop Fisher and will communicate with you again when his response has been studied.

Thanking you for your correspondence, and with assurances of prayers and best wishes, I remain,

Sincerely yours in Christ,

*Lazzaro You*
Lazzaro Cardinal You Heung sik
*Prefect*

Rev. Enrico Massignani
*Adjunct Undersecretary*

Case 1-20-10322-CLB,   Doc 4976-9,   Filed 07/22/26,   Entered 07/22/26 17:16:01, Description: Exhibit I, Page 6 of 9



DICASTERIUM
PRO CLERICIS

From the Vatican, 13 January 2026

Prot. N. 2025 3571

Mr. James DRZYMALA, Procurator
82 Marilyn Drive
West Seneca, NY 14224
**UNITED STATES OF AMERICA**

Dear Mr. Drzymala,

The Dicastery writes in response to your petition for recourse dated 15 July 2025 concerning the payment plan for parish contribution to the diocesan bankruptcy settlement, *Diocese of Buffalo Begins Vicariate Meetings to Present Parish Contribution Plan to Fulfill Chapter 11 Settlement Terms*, with respect to Saint John Vianney Parish, in Orchard Park, NY, published by the Bishop of Buffalo, the Most Reverend Michael W. FISHER on 9 June 2025 (cf. *CIC*, canons 1256, 1263).

From the documents provided, it appears that your petition has been legitimately presented within the peremptory time limits to the correct Dicastery. Therefore, this curial Institution, in accordance with Art. 43 of the *General Regulations of the Roman Curia*, hereby ACCEPTS it for examination, recognizing as the object the aforementioned decree. In consideration of the grave legal questions raised by the plan, this Office hereby also decrees the SUSPENSION of the aforementioned act with respect to Saint John Vianney parish, for the duration of the recourse (cf. can. 1737, §3).

This Dicastery has placed itself in correspondence with Bishop Fisher and will communicate with you again when his response has been studied.

Thanking you for your correspondence, and with assurances of prayers and best wishes, I remain,

Sincerely yours in Christ,

Lazzaro Cardinal You Heung sik
*Prefect*

Rev. Encrico Massignani
*Adjunct Undersecretary*

Dicastero per il Clero - 00120 Città del Vaticano - Tel. 06/69884151 - Fax: 06/69884845



**DICASTERIUM**
**PRO CLERICIS**

Vatican City, 24 February 2026

Prot. N. 2025 3075

Ms. Julianna MONHEIM, Procurator
273 Argus Dr.
Depew NY 14043
**UNITED STATES OF AMERICA**

Dear Ms. Monheim,

The Dicastery writes in response to your petition for recourse dated 4 September 2025 concerning the payment plan for parish contribution to the diocesan bankruptcy settlement, *Diocese of Buffalo Begins Vicariate Meetings to Present Parish Contribution Plan to Fulfill Chapter 11 Settlement Terms*, with respect to Holy Spirit parish, in Buffalo, New York, published by the Bishop of Buffalo, the Most Reverend Michael W. FISHER on 9 June 2025 (cf. *CIC*, canons 1256, 1263, 1291-1295).

Though your recourse was placed outside the peremptory limits, this curial Institution, acting as hierarchical superior, in accordance with Art. 43 of the *General Regulations of the Roman Curia*, hereby ACCEPTS it for examination, recognizing as the object the aforementioned decree. In consideration of the grave legal questions raised by the plan, this Office hereby also decrees the SUSPENSION of the aforementioned act with respect to Sacred Heart parish, for the duration of the recourse (cf. can. 1737, §3).

This Dicastery has placed itself in correspondence with Bishop Fisher and will communicate with you again when his response has been studied.

Sincerely yours in Christ,

✠ Carlo Roberto Maria Redaelli
*Archbishop-emeritus or Gorizia*
*Secretary*

Rev. Enrico Massignani
*Adjunct Undersecretary*



DICASTERIUM
PRO CLERICIS

From the Vatican, 25 March 2025

*Vatican Error — March 2026*

Prot. N. 2025 0334

Ms. Theresa M. GREEN, Procurator
1358 Stebbins Road
Silver Creek, NY 14136
**UNITED STATES OF AMERICA**

Dear Ms. Green,

The Dicastery writes in response to your petition for recourse dated 2 January 2025 concerning the relegation of the ***Church of Saint Rose of Lima*** **in Forestville**, located in the Diocese of Buffalo, to profane but not sordid use (cf. *CIC*, canons 1212 and 1222 §2), according to a decree issued on 6 November 2024, by the Bishop of Buffalo, the Most Reverend Michael W. FISHER.

From the additional documents recently provided, although your recourse was outside the peremptory limits, this curial Institution, acting as hierarchical superior, in accordance with Art. 137 §1 of the *General Regulations of the Roman Curia*, hereby ACCEPTS it for examination, recognizing as the object the aforementioned decree. In consideration of the text of the aforementioned decree that mentions "the coming need to contribute towards the diocesan Chapter 11 Bankruptcy settlement," the requested suspension of the aforementioned act of relegation is hereby GRANTED, for the duration of the recourse (cf. can. 1737, §3).

This Dicastery has placed itself in correspondence with Bishop Fisher and will communicate with you again when his response has been studied.

Thanking you for your correspondence, and with assurances of prayers and best wishes, I remain,

Sincerely yours in Christ,

Lazzaro Cardinal You Heung sik
*Prefect*

✠ Andrés Gabriel Ferrada Moreira
*Titular Archbishop of Tiburnia*
*Secretary*