UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) |
| | ) |
| | )  Case No. 20-10322 (CLB) |
| The Diocese of Buffalo, N.Y., | ) |
| | )  Chapter 11 |
| Debtor. | ) |
| | ) |

## NOTICE OF *DE MINIMIS* REAL ESTATE ASSET SALE

**PLEASE TAKE NOTICE** that, on February 28, 2020, The Diocese of Buffalo, N.Y. (the "Diocese") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Western District of New York (the "Court"), commencing the Diocese's chapter 11 case.

**PLEASE TAKE FURTHER NOTICE** that, on October 23, 2025, the Court entered an *Order Establishing Procedures Pursuant to Bankruptcy Code Sections 105(a) and 363 and Federal Rule of Bankruptcy Procedure 6004, for the Sale of De Minimis Real Estate Assets Free and Clear of Liens, Claims, and Encumbrances* [Docket No. 4281] (the "*De Minimis* Asset Sale Order") whereby the Court authorized the Diocese to sell certain real estate assets within specific economic parameters (collectively, the "*De Minimis* Assets").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the *De Minimis* Asset Sale Order, the Diocese is seeking to sell the *De Minimis* Assets as set forth in detail on ***Schedule A*** attached hereto (the "*De Minimis* Asset Sale").

**PLEASE TAKE FURTHER NOTICE** that, Objections, if any, to the *De Minimis* Asset Sale must be filed with the Court and be served upon the following parties in accordance with the De Minimis Asset Sale Order by no later than **4:00 p.m. (prevailing Eastern Time) on August 3, 2026** (7 days after filing and service of this sale notice): (i) counsel to the Diocese, Bond, Schoeneck & King, PLLC, One Lincoln Center, Syracuse, New York 13202, Attn: Stephen A. Donato, Charles J. Sullivan, and Justin S. Krell; (ii) the Office of the United States Trustee for the Western District of New York, 300 Pearl Street, Suite 401, Buffalo, NY 14202. Attn: Joseph W. Allen; (iii) counsel to the Official Committee of Unsecured Creditors, Pachulski, Stang, Ziehl & Jones, LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California, 90067-4003, Attn. James I. Stang, and 780 Third Avenue, 34th Floor, New York, New York, 10017-2024, Attn. Ilan Scharf; and (iv) those persons who have formally appeared and requested service in this case pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that, for any Objections not withdrawn or resolved, the Diocese shall file a notice of hearing to consider the unresolved Objection(s), and such hearing shall be held on an expedited basis, subject to the Court's availability to hear and

consider the Objection. If the Objection(s) are overruled or withdrawn, or if the sale of *De Minimis* Assets is approved by further order of the Court, the Diocese shall be authorized to immediately consummate the *De Minimis* Asset Sale in accordance with the terms of the *De Minimis* Asset Sale Order.

**PLEASE TAKE FURTHER NOTICE** that, if no Objection(s) to the *De Minimis* Asset Sale are filed or served by the Objection Deadline, the *De Minimis* Asset Sale will be deemed final and fully authorized by the Court under the terms of the *De Minimis* Asset Sale Order, and no further notice or Court approval to consummate the *De Minimis* Asset Sale will be required or necessary and the Diocese shall be authorized to immediately consummate the *De Minimis* Asset Sale in accordance with the terms of the *De Minimis* Asset Sale Order.

Dated: July 27, 2026
      Syracuse, New York

BOND, SCHOENECK & KING, PLLC

By:   */s/ Charles J. Sullivan*
     Charles J. Sullivan
     Stephen A. Donato
     Justin S. Krell
     One Lincoln Center
     Syracuse, NY 13202-1355
     Telephone: (315) 218-8000
     Fax: (315) 218-8100
     Emails:   csullivan@bsk.com
              sdonato@bsk.com
              jkrell@bsk.com

*Attorneys for The Diocese of Buffalo, N.Y*

23872104.v3

<u>**SCHEDULE A**</u>

*De Minimis* **Real Estate Asset(s) to be Sold**

    I.   <u>*De Minimis* Asset(s) to Be Sold and Their Location</u>
        a.  The real property is located on the east side of South Park Avenue (south of Ridge Road), Lackawanna, New York 14218 (the "<u>Real Property</u>").
        b.  The Real Property consists of approximately 4.6 acres of vacant land.[1]

    II.  <u>Purchaser(s) of the *De Minimis* Asset(s)</u>
        a.  City of Lackawanna (the "<u>Purchaser</u>").

    III.  <u>Parties Holding Liens Against the *De Minimis* Asset(s)</u>
        a.  None.

    IV.  <u>Economic Terms and Conditions of the *De Minimis* Asset(s) Sale</u>
        a.  The purchase price of the Real Property is $5,000 (the "<u>Purchase Price</u>") in cash or certified funds upon closing.[2]

    V.  <u>Broker(s) Entitled to Commission and Amount of Commission Owed</u>
        a.  None.

---

[1] The extent of the Diocese's ownership interest in the Real Property, if any, remains undetermined. Notwithstanding, the Diocese agrees to convey whatever interest it may have in the Real Property, without any representations or warranties.

[2] The Purchase Price is based on information provided by the Purchaser's appraiser. The Real Property is a narrow, undevelopable strip of land located in a flood zone, along a creek bed, and abutting a city-owned sports facility and a cemetery.

23872104.v3