UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | ) Case No. 20-10322 |
| The Diocese of Buffalo, N.Y., | ) |
|  | ) Chapter 11 |
| Debtor. | ) |
|  | ) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Keny Contreras, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

On July 29, 2026, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Phoenix Management, A Part of J.S. Held LLC, Attn: Richard J. Szekelyi at 610 E Baltimore Pike, Fl 2, Media, PA 19063-1750, pursuant to USPS forwarding instructions:

- **Order Extending Time and Setting Status Conference** (Docket No. 4859)

Furthermore, on July 29, 2026, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, pursuant to USPS forwarding instructions:

- **Notice of Motion for Entry of an Order (I) Approving Disclosure Statement; (II) Approving Solicitation Packages and Distribution Procedures; (III) Approving the Forms of Ballots and Establishing Procedures for Voting on Joint Plan; (IV) Approving the Form, Manner, and Scope of Confirmation Notices; (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Joint Amended Plan; and (VI) Granting Related Relief** (Docket No. 4904, Pages 1-2)

Furthermore, on July 29, 2026, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on HSBC Bank, Attn: Joseph Burden at 239 Van Rensselaer St, Buffalo, NY 14210-1345, pursuant to USPS forwarding instructions:

- **Objection by the Diocese of Buffalo, N.Y. to Motion of John R. Quain for an Order that the Automatic Stay Does Not Apply, or in the Alternative, to Modify the Automatic Stay Pursuant to 11 U.S.C. §362(d)(1)** (Docket No. 4917)

Furthermore, on July 29, 2026, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit B**, pursuant to USPS forwarding instructions:

- **Order for Hearing on Amended Disclosure Statement Combined with Notice Thereof** (Docket No. 4923)

Dated: July 31, 2026

*/s/ Keny Contreras*
Keny Contreras
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(855) 292-7696

# Exhibit A



| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| PHOENIX MANAGEMENT, A PART OF J.S. HELD LLC | ATTN: RICHARD J. SZEKELYI | 610 E BALTIMORE PIKE | FL 2 | | MEDIA | PA | 19063-1750 |
| THE DIOCESE OF BUFFALO, N.Y. | C/O PHOENIX MANAGEMENT, A PART OF J.S. HELD LLC | ATTN: RICHARD J. SZEKELYI | 610 E BALTIMORE PIKE | FL 2 | MEDIA | PA | 19063-1750 |

# Exhibit B



| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| HSBC BANK | ATTN: JOSEPH BURDEN | 239 VAN RENSSELAER ST | | | BUFFALO | NY | 14210-1345 |
| PHOENIX MANAGEMENT, A PART OF J.S. HELD LLC | ATTN: RICHARD J. SZEKELYI | 610 E BALTIMORE PIKE | FL 2 | | MEDIA | PA | 19063-1750 |
| THE DIOCESE OF BUFFALO, N.Y. | C/O PHOENIX MANAGEMENT, A PART OF J.S. HELD LLC | ATTN: RICHARD J. SZEKELYI | 610 E BALTIMORE PIKE | FL 2 | MEDIA | PA | 19063-1750 |