UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

In re:

The Diocese of Buffalo, New York

                Debtor.

Case No. 20-10322 (CLB)

Chapter 11

---

### NOTICE OF FILING

---

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362], Burns Bair LLP has filed the *Monthly Fee Statement of Burns Bair LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Buffalo, New York, for the Period July 1, 2026 through July 31, 2026,* a copy of which is attached hereto and hereby served upon you.

Dated: August 3, 2026               **BURNS BAIR LLP**

                      */s/ Jesse J. Bair*
                      Jesse J. Bair (admitted *pro hac vice*)
                      Timothy W. Burns (admitted *pro hac vice*)
                      10 E. Doty St., Suite 600
                      Madison, WI 53703-3392
                      Telephone: (608) 286-2808
                      Email: jbair@burnsbair.com
                      Email: tburns@burnsbair.com

                      *Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Buffalo, New York*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, New York

Debtor.

Case No. 20-10322 (CLB)

Chapter 11

**MONTHLY FEE STATEMENT OF BURNS BAIR LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DIOCESE OF BUFFALO, NEW YORK, FOR THE PERIOD JULY 1, 2026 THROUGH JULY 31, 2026**

| | |
|---|---|
| Name of Applicant: | Burns Bair LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors of the Diocese of Buffalo, New York |
| Date of Retention: | Effective October 5, 2023, pursuant to Order entered November 13, 2023 [Docket No. 2606] |
| Period for which compensation and reimbursement is sought: | July 1, 2026 through July 31, 2026 |
| Amount of compensation sought as actual, reasonable, and necessary: | $1,472.00 (80% of $1,840.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $4.68 |

This is a: __X__ monthly ___ quarterly ___ final application.

This is Burns Bair LLP's thirty-third monthly fee statement in this case.



10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of the Diocese of Buffalo**

**Issue Date :** 8/3/2026
**Bill # :** 02337

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 7/6/2026 | Jesse Bair | Review and edit mediator's second report and review and respond to correspondence with debtor, Committee professionals, and mediator re same (.4); | 0.40 | $280.00 |
| 7/8/2026 | Jesse Bair | Participate in call with J. Carter re case insurance issues (.1); | 0.10 | $70.00 |
| 7/9/2026 | Jesse Bair | Review and respond to correspondence with the debtor re Bedivere liquidation issues (.1); | 0.10 | $70.00 |
| 7/13/2026 | Jesse Bair | Participate in call with debtor re Bedivere liquidation issues and follow-up correspondence re same (.4); | 0.40 | $280.00 |
| 7/16/2026 | Jesse Bair | Brief review of parish pre-pack Order and correspond with Zurich re case developments (.2); review and respond to correspondence with RSUI re same and ongoing negotiations (.1); | 0.30 | $210.00 |
| 7/27/2026 | Jesse Bair | Provide instructions to B. Cawley re preparations for interim fee hearing (.2); | 0.20 | $140.00 |
| 7/27/2026 | Brian Cawley | Prepare for hearing re interim fee applications (.2); | 0.20 | $110.00 |
| 7/28/2026 | Brian Cawley | Participate in hearing re interim fee applications (1.0); | 1.00 | $550.00 |
| 7/29/2026 | Jesse Bair | Correspond with B. Horn-Edwards re interim fee application order (.1); | 0.10 | $70.00 |
| 7/29/2026 | Brenda Horn-Edwards | Revise interim fee application order and correspond with J. Bair and court re same (.2); | 0.20 | $60.00 |
| **Total Hours and Fees** | | | **3.00** | **$1,840.00** |

### EXPENSES

| Date | Description | Amount |
|---|---|---|
| 7/2/2026 | Postage | $4.68 |
| **Total Expenses** | | **$4.68** |

**Timekeeper Summary**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Brenda Horn-Edwards | Paralegal | 0.20 | $300.00 | $60.00 |
| Brian Cawley | Associate | 1.20 | $550.00 | $660.00 |
| Jesse Bair | Partner | 1.60 | $700.00 | $1,120.00 |

**Total Due This Invoice: $1,844.68**