UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, New York

Debtor.

Case No. 20-10322 (CLB)

Chapter 11

## CERTIFICATE OF SERVICE

I, Jesse J. Bair, depose and say that I am employed by Burns Bair LLP, special insurance

counsel to the Official Committee of Unsecured Creditors of the Diocese of Buffalo, New York.

On August 3, 2026, at my direction and under my supervision, employees of Burns Bair

LLP caused the following document to be served via first-class mail on the service list attached

hereto as Exhibit A:

> *Monthly Fee Statement of Burns Bair LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to The Official Committee of Unsecured Creditors of The Diocese of Buffalo, New York, for the Period July 1, 2026 through July 31, 2026* [Docket No. 5021]

Dated: August 3, 2026       **BURNS BAIR LLP**

        */s/ Jesse J. Bair*

        Jesse J. Bair (admitted *pro hac vice*)
        Timothy W. Burns (admitted *pro hac vice*)
        10 E. Doty St., Suite 600
        Madison, WI 53703-3392
        Telephone: (608) 286-2808
        Email: jbair@burnsbair.com
        Email: tburns@burnsbair.com

        *Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Buffalo, New York*

## EXHIBIT A

Office of the United States Trustee
Attn: Joseph W. Allen
Olympic Towers
300 Pearl Street, Suite 401
Buffalo, New York 14202

Official Committee of Unsecured Creditors
c/o Gleichenhaus, Marchese & Weishaar, PC
Attn: Scott J. Bogucki
43 Court Street, Suite 930
Buffalo, New York 14202-3100

Official Committee of Unsecured Creditors
c/o Pachulski, Stang, Ziehl & Jones LLP
Attn: James I. Stang
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003

Official Committee of Unsecured Creditors
c/o Pachulski, Stang, Ziehl & Jones LLP
Attn: Ilan D. Scharf
1700 Broadway, 36th Floor
New York, New York 10019

The Diocese of Buffalo, New York
Attn: Albert Gress, CFO
795 Main Street
Buffalo, New York 14203

The Diocese of Buffalo, New York
Attn: Stephen A. Donato
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, New York 13202