UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

|  | ) |  |
| --- | --- | --- |
| In re: | ) | |
| | ) | Case No. 20-10322 |
| The Diocese of Buffalo, N.Y., | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

## <u>NOTICE OF FILING</u>

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362], The Tucker Group LLC has filed the *Monthly Fee Statement of The Tucker Group LLC for Compensation for Services Rendered and Reimbursement of Expenses as Communications Consultant to The Diocese of Buffalo, N.Y. for the Period July 1, 2026 Through July 31, 2026*, a copy of which is attached hereto and hereby served upon you.

Dated: August 7, 2026

THE TUCKER GROUP, LLC

By: _____*/s/ Gregory Tucker*_____
Gregory Tucker
1723 Park Avenue
Baltimore, Maryland 21217
Telephone: (667) 518-9575
Email: greg@tuckercomms.com

*Communications Consultant for*
*The Diocese of Buffalo, N.Y.*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | ) Case No. 20-10322 |
| The Diocese of Buffalo, N.Y., | ) |
|  | ) Chapter 11 |
| Debtor. | ) |
|  | ) |

**MONTHLY FEE STATEMENT OF THE TUCKER GROUP LLC
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COMMUNICATIONS
CONSULTANT TO THE DIOCESE OF BUFFALO, N.Y.
FOR THE PERIOD JULY 1, 2026 THROUGH JULY 31, 2026**

Name of Applicant:                    The Tucker Group LLC

Authorized to Provide
Professional Services to:             The Diocese of Buffalo, N.Y, Debtor-In-Possession

Date of Retention:                    Order entered June 29, 2020 [Docket No. 420]
                                      *Nunc Pro Tunc* to February 28, 2020

Period for which compensation
and reimbursement is sought:          July 1, 2026 through July 31, 2026

Amount of compensation sought
as actual, reasonable and necessary:  80% of $8,500.00 ($6,800.00)

Amount of expense reimbursement sought
as actual, reasonable and necessary:  $0.00

This is a: __X_ monthly ____ quarterly ____ final application

This is The Tucker Group LLC's seventy-third monthly fee statement in this case.



Invoice: Diocese of Buffalo - JULY2026-Invoice
Date: July 30, 2026
Federal ID Number: █████

**Bill To:**

Mr. Albert Gress
Diocese of Buffalo
795 Main Street
Buffalo, New York 14203

| *Description* | *Amount* |
|---|---|
| July 2026 strategic & tactical communications services and support.<br><br>• Ongoing issues management<br>• Coordination with legal counsel<br>• Ongoing consultation with Bishop Fisher and senior staff<br>• Editorial support for Bishop Fisher<br>• Chapter 11 settlement communications<br>• Managing media inquiries and responses<br>• Participation in Legal Counsel weekly calls<br>• Participation in weekly coordinating meeting with Bishop's leadership staff — communications and scheduling. | $8500.00 |
| **GRAND TOTAL:** | **$8500.00** |

**Terms and Conditions:** Payable upon receipt within 15 business days.

*Payable by check to:*

**The Tucker Group LLC**
**1723 Park Avenue**
**Baltimore, MD 21217**

*Online Transfer:*

**The Tucker Group LLC**
**ACCOUNT No.** █████
**ROUTING Number:** █████