UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

_____

In re:                                                    Case No. 20-10322CLB

THE DIOCESE OF BUFFALO, N.Y.                Chapter 11


                    Debtors.

_____

## <u>NOTICE OF APPEARANCE</u>

     PLEASE TAKE NOTICE that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this Case on behalf of CARDINAL O'HARA HIGH SCHOOL. Request is made that all notices entered pursuant to Fed. R. Bankr. P. 2002 and all documents and pleadings of any nature filed in this Case be served on the undersigned as the following address:

     Tiveron Law PLLC
     2410 N. Forest Road, Suite 301
     Amherst, New York 14068
     Email: <u>dtiveron@tiveronlaw.com</u>


Dated: August 12, 2026                          **TIVERON LAW PLLC**
                                                *Counsel for Cardinal O'Hara High School*

                                                By: /s/ Diane R. Tiveron, Esq.
                                                Diane R. Tiveron, Esq.
                                                Tiveron Law PLLC
                                                2410 N. Forest Road, Suite 301
                                                Amherst, New York 14068
                                                Tel: (716) 636-7600
                                                Email: <u>dtiveron@tiveronlaw.com</u>