UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:                                                        Case No. 20-10322CLB

THE DIOCESE OF BUFFALO, N.Y.                                  Chapter 11

                    Debtors.

## AFFIDAVIT OF SERVICE

I, Paul M. Pochepan, Esq., being duly sworn, deposes and states:

I am not a party to this action, am over the age of 18 years, and am an attorney at Tiveron Law PLLC.

I HEREBY CERTIFY that on August 12, 2026, a copy of the Notice of Appearance (the "NOA") was served by first class, postage-paid, U.S. Mail (regular mail) on the persons and/or entities at the addresses noted herein as obtained from a current Mailing matrix obtained from the court's CM/ECF system:

*Debtor:*
The Diocese of Buffalo, N.Y.
795 Main Street
Buffalo, NY 14203

*Debtor's counsel:*
Stephen A. Donato, Esq.
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY 13202

I FURTHER CERTIFY under penalties of perjury that the foregoing is true and correct.

By: _____
Paul M. Pochepan, Esq.

Sworn to before me this
12th day of August, 2026

_____
Notary Public

ALEXANDRA C SAND
NOTARY PUBLIC STATE OF NEW YORK
NIAGARA COUNTY
LIC. #01SA6389923
COMM. EXP. 04/08/2027