UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) ) ) Case No. 20-10322 (CLB) |
| The Diocese of Buffalo, N.Y. | ) ) Chapter 11 |
| Debtor. | ) ) ) |

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE
MONTHLY FEE STATEMENT OF JONES DAY FOR COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL
COUNSEL TO THE DIOCESE OF BUFFALO, N.Y. FOR THE PERIOD JUNE 1, 2026
THROUGH JUNE 30, 2026**

Pursuant to this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362] (the "Interim Compensation Order"), the undersigned certifies that on July 16, 2026, Jones Day filed its *Monthly Fee Statement of Jones Day for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Diocese of Buffalo, N.Y. for the Period June 1, 2026 Through June 30, 2026* [Docket No. 4961] (the "Monthly Fee Statement"), which was served on July 16, 2026 [Docket No. 4969], and no objections to the Monthly Fee Statement have been filed.

Accordingly, pursuant to the Interim Compensation Order, The Diocese of Buffalo, N.Y. is authorized to pay on an interim basis eighty percent (80%) of Jones Day's fees and one hundred percent (100%) of Jones Day's expenses, as reflected in the Monthly Fee Statement.

Dated: August 14, 2026

*/s/ John D. Goetz*

John D. Goetz (admitted *pro hac vice*)
Jones Day
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514
Telephone: (412) 391-3939
Email: jdgoetz@jonesday.com