# EXHIBIT A

List of Additional Debtors

| Additional Debtor/Parish Name | Location | Predecessor parishes through merger, closure, or consolidation |
|---|---|---|
| | | |
| All Saints | Buffalo | St. Florian, Buffalo - 2007 |
| All Saints | Lockport | St. Joseph, Lockport, 2008<br>St. Mary, Lockport, 2011<br>St. Patrick, Lockport, 2008 |
| All Souls | Buffalo | |
| Ascension | Batavia | Sacred Heart of Jesus, Batavia - 2008<br>St. Anthony, Batavia - 2008 |
| Assumption | Buffalo | All Saints, Buffalo, 2025<br>St. Elizabeth, Buffalo - 2007<br>St. Florian, Buffalo - 2007<br>St. Francis Xavier, Buffalo - 2007<br>St. John the Baptist, Buffalo - 2006 |
| Blessed Mary Angela | Dunkirk | Ss. Hyacinth & Hedwig, Dunkirk - 2008<br>St. Hedwig, Dunkirk - 2008<br>St. Hyacinth, Dunkirk - 2008 |
| Blessed Mother Teresa of Calcutta | Depew | St. Augustine, Depew - 2009<br>St. James, Depew - 2010 |
| Blessed Sacrament | Andover | St. John of the Cross, Whitesville - 2007 |
| Blessed Sacrament | Buffalo | St. Joseph New Cathedral, Buffalo - 1975 |
| Blessed Sacrament | Town of Tonawanda | |
| Blessed Trinity | Buffalo | St. Bartholomew, Buffalo - 1993<br>St. Francis DeSales, Buffalo - 1981<br>St. Gerard, Buffalo - 2008<br>St. James, Buffalo - 2008<br>St. Lawrence, Buffalo -2025<br>St. Vincent DePaul, Buffalo - 1993 |
| Christ Our Hope | French Creek/Sherman | St. Isaac Jogues, Sherman - 2008<br>St. Matthias, French Creek - 2008 |
| Christ the King | Snyder | |
| Church of the Annunciation | Elma | |
| Coronation of the Blessed Virgin Mary | Buffalo | |
| Corpus Christi | Buffalo | |
| Divine Mercy | Niagara Falls | Our Lady of Lebanon, Niagara Falls - 2008<br>Our Lady of the Rosary, Niagara Falls - 2008<br>St. Ann's French Church, N. Falls - 1936<br>St. George, Niagara Falls - 2008<br>St. Stanislaus Kostka, Niagara Falls - 2008 |
| Epiphany of Our Lord | Langford | St. Francis Cabrini, Collins Center - 2006<br>St. Martin, Langford - 2006<br>St. Mary of the I.C., New Oregan - 2006 |
| Fourteen Holy Helpers | W. Seneca/Gardenville | |
| Good Shepherd | Pendleton | St. Augustine, Clarence Ctr. - 2009 |
| Holy Apostles | Jamestown | Ss. Peter & Paul, Jamestown - 2025<br>St. John, Jamestown - 2008<br>St. Joseph, Jamestown - 1971 |
| Holy Cross | Buffalo | Holy Angles, Buffal o - 2020<br>Immaculate Conception, Buffalo - 2005<br>St. James Mission, Buffalo - 1940 |
| Holy Family | Albion | St. Joseph, Albion - 2007<br>St. Mary of the Assumption, Albion - 2007 |
| Holy Family | Sanborn | |
| Holy Family of Jesus, Mary & Joseph | Belmont | Sacred Heart, Angelica - 2007<br>St. Jospeh, Scio - 2007<br>St. Mary, Belmont - 2007<br>St. Mary, Bolivar - 2007 |

| Additional Debtor/Parish Name | Location | Predecessor parishes through merger, closure, or consolidation |
|---|---|---|
| | | |
| Holy Family of Jesus, Mary & Joseph | Niagara Falls | Divine Mercy, Niagara Falls - 2024<br>Holy Trinity, Niagara Falls 2008<br>Our Lady of Lebanon, Niagara Falls - 2008<br>Our Lady of Mt. Carmel, Niagara Falls - 2008<br>St. Ann's French Church, Niagara Falls - 1936<br>St. Joseph, Niagara Falls - 2008<br>St. Mary of the Cataract - 2025<br>Our Lady of the Rosary, Niagara Falls - 2008<br>St. George, Niagara Falls - 2008<br>St. Stanislaus Kostka, Niagara Falls - 2008 |
| Holy Name of Mary | Ellicottville | St. Pacificus, Humphrey - 2007<br>St. Philomena, Franklinville - 2025 |
| Holy Spirit | Buffalo | |
| Holy Spirit | N. Collins | |
| Holy Trinity | Dunkirk | Blessed Mary Angela, Dunkirk - 2026<br>Sacred Heart, Dunkirk - 1975<br>Sacred Heart of Jesus, Medina - 2008<br>Ss. Hyacinth & Hedwig, Dunkirk - 2008<br>St. Anthony, Fredonia - 2026<br>Immaculate Conception, Casssadaga - 2008<br>St. Anthony, Cassadaga, 2008<br>St. Elizabeth Ann Seton, Dunkirk - 2025<br>St. John the Evangelist, Sinclairville - 2007<br>St. Jospeh, Fredonia - 2025<br>St. Mary, Dunkirk - 1975 |
| Holy Trinity | Medina/Middleport | St. Mary, Medina - 2008 |
| Immaculate Conception | E. Aurora | St. George, West Falls/Jewettville - 2025 |
| Immaculate Conception | Eden | Holy Spirit, N. Collins - 2024 |
| Immaculate Conception | Ransomville | |
| Immaculate Conception | Wellsville | Blessed Sacrament, Andover - 2025<br>Holy Family of J,M&J, Belmont - 2025<br>Sacred Heart, Friendship - 2004<br>Ss. Brendan & Jude, Almond/Alfred - 2025 |
| Immaculate Heart of Mary | Bennington Center/Darien Center | Our Lady Help of Christians, E. Bennington - 2008<br>Our Lady of Good Counsel, Darien Center - 2008<br>Sacred Heart of Jesus, Bennington Ctr - 2008 |
| Infant of Prague | Cheektowaga | Mother of Divine Grace, Cheektowaga - 2009 |
| Mary Immaculate | East Bethany | |
| Most Precious Blood | Angola | St. Anthony, Farnham - 2025 |
| Nativity of Our Lord | Orchard Park | |
| Nativity of the Blessed Virgin Mary | Harris Hill | |
| Our Lady Help of Christians | Cheektowaga | |
| Our Lady of Bistrica | Lackawanna | |
| Our Lady of Charity | Buffalo | Holy Family, Buffalo - 2010<br>Ss. Agatha & Ambrose, Buffalo - 2010<br>St. Agatha, Buffalo 2009<br>St. Ambrose, Buffalo 2009 |
| Our Lady of Czestochowa | Cheektowaga | St. Bernard, Buffalo - 2025 |
| Our Lady of Czestochowa | N. Tonawanda | St. Francis of Assisi, Tonawanda - 2025<br>St. Joseph, N. Tonawanda - 2008 |
| Our Lady of Fatima Basilica | Youngstown | |

| Additional Debtor/Parish Name | Location | Predecessor parishes through merger, closure, or consolidation |
|---|---|---|
| | | |
| Our Lady of Hope | Buffalo | Annunciation, Buffalo - 2008<br>Coronation of the BVM, Buffalo - 2025<br>Nativity of the BVM, Buffalo - 2008<br>Our Lady of Loretto, Buffalo - 2008 |
| Our Lady of Loretto | Falconer | |
| Our Lady of Mercy | LeRoy | St. Anthony, Lime Rock - 2008<br>St. Jospeh, LeRoy - 2008<br>St. Michael, South Bryon - 2008<br>St. Peter, LeRoy - 2008 |
| Our Lady of Mount Carmel | Forestville | |
| Our Lady of Mount Carmel | Silver Creek | Our Lady of Mt. Carmel, Forestville - 2025<br>St. John Bosco, Sheridan - 2008<br>St. Rose of Lima, Forestville - 2008 |
| Our Lady of Peace | Clarence | |
| Our Lady of Peace | Salamanca | Holy Cross, Salamanca - 2007<br>St. Patrick, Limestone - 2014<br>St. Patrick, Salamanca - 2007<br>St. Peter, Carrollton - 2007 |
| Our Lady of Perpetual Help | Buffalo | |
| Our Lady of Pompeii | Lancaster | Ss. Peter & Paul, Depew - 2009 |
| Our Lady of the Angels | Cuba | Sacred Heart, Friendship - 2004 |
| Our Lady of the Lake | Barker/Lyndonville | St. Joseph, Lyndonville - 2009<br>St. Patrick, Barker - 2009 |
| Our Lady of the Sacred Heart | Orchard Park | Our Lady of Grace - Lackawanna - 2008<br>Our Mother of Good Counsel, Blasdell - 2025<br>Queen of All Saints, Lackawanna - 1998<br>1 Queen of Angles, Lackawanna - 2025<br>St. Anthony, Lackawanna - 2025<br>St. Barbara, Lackawanna - 2008<br>St. Charles, Lackawanna - 1949<br>St. Hyacinth, Lackawanna - 2008<br>St. Michael, Lackawanna - 2008 |
| Our Lady of Victory | Lackawanna | |
| Our Mother of Good Counsel | Blasdell | |
| Queen of Angles | Lackawanna | Our Lady of Grace - Lackawanna - 2008<br>St. Barbara, Lackawanna - 2008<br>St. Hyacinth, Lackawanna - 2008<br>St. Michael, Lackawanna - 2008 |
| Queen of Heaven | W. Seneca | Fourteen Holy Helpers, W. Seneca - 2025<br>St. Catherine of Siena, W. Seneca - 2008 |
| Queen of Martyrs | Cheektowaga | |
| Resurrection | Batavia | St. Cecilia, Oakfiled - 2009<br>St. Padre Pio, Elba/Oakfield - 2025<br>St. Maximillian Kolbe, Corfu - 2025<br>St. Francis of Assisi, Corfu - 2009<br>St. Joseph, Batavia - 2008<br>St. Mary, Batavia - 2008<br>St. Patrick, Crittendon - 2007<br>St. Patrick, Wheatville - 2008 |
| Resurrection | Cheektowaga | |
| Sacred Heart | Lakewood/Panama | Our Lady of the Snows, Panama - 2008 |
| Sacred Heart | Portville | St. Michael the Archangel, Weston Mills - 1983 |
| Sacred Heart of Jesus | Bowmansville | |
| Ss. Brendan & Jude | Almond/Alfred | |

| Additional Debtor/Parish Name | Location | Predecessor parishes through merger, closure, or consolidation |
|---|---|---|
| | | |
| Ss. Columba & Brigid | Buffalo | St. Ann, Buffalo - 2007<br>St. Brigid, Buffalo - 1987<br>St. Columba, Buffalo - 1987<br>St. Lucy, Buffalo - 1960<br>St. Mary of Sorrows - 2007 |
| Ss. Joachim & Anne | Attica/Varysburg | St. Joseph, Varysburg - 2008<br>St. Vincent, Attica - 2008 |
| Ss. Peter & Paul | Hamburg | St. John the Baptist, Boston - 2025<br>St. Mary, E. Eden - 2008 |
| Ss. Peter & Paul | Jamestown | |
| Ss. Peter & Paul | Williamsville | |
| St. Aloysius | Springville | |
| St. Aloysius Gonzaga | Cheektowaga | Immaculate Heart of Mary, Buffalo - 2009 |
| St. Amelia | Tonawanda | |
| St. Andrew | Kenmore | |
| St. Andrew | Sloan | |
| St. Andrew Kim | Tonawanda | |
| St. Anthony | Farnham | Our Lady of Mt. Carmel, Brant - 2008 |
| St. Anthony | Fredonia | Immaculate Conception, Cassadaga - 2008<br>St. Anthony, Cassadaga 2008<br>St. John the Evangelist, Sinclarvrille - 2007 |
| St. Anthony | Lackawanna | Queen of All Saints, Lackawanna - 1998<br>St. Charles, Lackawanna - 1949 |
| St. Anthony of Padua | Buffalo | |
| St. Benedict | Eggertsville | |
| St. Bernard | Buffalo | |
| St. Bernard | Youngstown | |
| St. Bernedette | Orchard Park | |
| St. Bonaventure | Allegany | St. John the Baptist,Vandalia - 2011 |
| St. Brendan on the Lake | Newfane/Wilson | Our Lady of the Roasary, Wilson - 2008<br>St. Bridget, Newfane - 2008<br>St. Charles Borromeo, Olcott - 2008 |
| St. Brigid | Bergen | St. Michael, South Bryon - 2008 |
| St. Casmir | Buffalo | |
| St. Christopher | Tonawanda | St. Edmund, Tonawanda - 2007 |
| St. Clare | Buffalo | St. Luke, Buffalo - 1993<br>St. Stephen's Rom. Cath. Church Society, Buffalo |
| St. Dominic | Brocton/Westfield | St. James Major, Westfield - 2008<br>St. Patrick, Brocton - 2008<br>St. Thomas More, Ripley - 2008 |
| St. Elizabeth Ann Seton | Dunkirk | Sacred Heart, Dunkirk - 1975<br>St. Mary, Dunkirk - 1975 |
| St. Francis | Athol Springs | |
| St. Francis of Assisi | Tonawanda | |
| St. Gabriel | Elma | |
| St. George | West Falls/Jewettville | Our Lady of the Sacred Heart, Colden - 2008 |
| St. Gregory the Great | Williamsville | St. Pius X, Getzville - 2026 |
| St. Isidore | Perry/Silver Springs | Assumption, Portageville - 2007<br>St. Joseph, Bliss - 2008<br>St. Joseph, Perry - 2008<br>St. Mary, Silver Springs - 2007<br>St. Stanislaus Kostka, Perry - 2008 |
| St. James | Jamestown | Our Lady of Loretto, Falconer - 2005<br>Our Lady of Victory, Frewsburg - 2008 |

| Additional Debtor/Parish Name | Location | Predecessor parishes through merger, closure, or consolidation |
|---|---|---|
| | | |
| St. John | Olean | St. Helen, Hinsdale - 2008<br>Tranfiguration, Olean - 2009 |
| St. John De LaSalle | Niagara Falls | St. Charles Borromeo, Niagara Falls - 2008 |
| St. John Gualbert | Cheektowaga | Holy Name of Jesus, Buffalo - 2007<br>Queen of Peace, Buffalo - 2007 |
| St. John Kanty | Buffalo | St. Adalbert, Buffalo - 2011<br>St. Joachim, Buffalo - 1993 |
| St. John Neumann | Attica | Our Lady Help of Christians, E. Bennington - 2008<br>Our Lady of Good Counsel, Darien Center - 2008<br>Sacred Heart of Jesus, Bennington Ctr - 2008<br>Ss. Joachim & Anne, Attica/Varysburg - 2005<br>St. Joseph, Varysburg - 2008 |
| St. John Neumann | Sheldon/Strykersville/Attica | St. Cecilia, Sheldon - 2008<br>St. Mary Queen of the Rosary, Strykersville - 2008<br>St. Nicholas, North Java - 2011<br>St. Patrick, Java Center - 2008<br>St. Vincent - Attica - 2008 |
| St. John Paul II | Lakeview | St. Vincent, N. Evans - 2011 |
| St. John the Baptist | Alden | |
| St. John the Baptist | Boston | St. Mary, E. Eden - 2008 |
| St. John the Baptist | Kenmore | |
| St. John the Baptist | Lockport | St. Mary, Gasport - 2008 |
| St. John the Baptist | W. Valley | |
| St. John Vianney | Orchard Park | |
| St. John XXIII | W. Seneca | Our Lady of Perpetual Help, Lakeview - 2011<br>St. Bonaventure, W. Seneca - 2008<br>St. William, W. Seneca - 2008 |
| St. Josaphat | Cheektowaga | |
| St. Joseph | Fredonia | |
| St. Joseph | Holland | |
| St. Joseph | Gowanda | St. Elizabetht Cherry Creek - 1992<br>St. Isidore, East Otto - 2007<br>St. Joan of Arc, Perrysburg - 2008<br>St. John Fisher, S. Dayton - 2008<br>St. Mary, Cattaraugus - 2025<br>St. Mary, Little Valley - 2008<br>St. Paul of the Cross, Dayton - 1988 |
| St. Joseph University | Buffalo | |
| St. Joseph, Old Cathedral | Buffalo | |
| St. Jude | Sardinia | |
| St. Jude the Apostle | N. Tonawanda/Wheatfield | Ascension, Wheatfield/N. Tonawanda - 2007<br>St. Albert the Great, Wheatfield/N. Ton. - 2007 |
| St. Katharine Drexel | Buffalo | St. Agness, Buffalo - 2007<br>St. Francis of Assisi, Buffalo - 2007<br>Visitation, Buffalo - 2007 |
| St. Lawrence | Buffalo | Most Holy Redeemer, Cheektowaga - 2008 |
| St. Leo the Great | Amherst | St. Andrew Kim, Tonawanda - 2025 |
| St. Louis | Buffalo | |
| St. Margaret | Buffalo | |
| St. Mark | Buffalo | St. Margaret, Buffaloo - 2025 |
| St. Mark | Kendall | |
| St. Martha | Depew | St. Barnabus, Depew - 2011 |

| Additional Debtor/Parish Name | Location | Predecessor parishes through merger, closure, or consolidation |
|---|---|---|
| | | |
| St. Martin de Porres | Buffalo | St. Benedict the Moor, Buffalo - 1993<br>St. Boniface, Buffalo - 1993<br>St. Matthew, Buffalo - 1993<br>St. Nicholas, Buffalo - 1981<br>St. Peter's French Church, Buffalo - 1900<br>Our Lady of Lourdes, Buffalo - 1993<br>Transfiguration, Buffalo - 1993 |
| St. Martin of Tours | Buffalo | |
| St. Mary | Arcade/East Arcade | Blessed Sacrament, Delevan - 2007<br>Ss. Peter & Paul, Arcade - 2007<br>St. Aloysius, Sprigville - 2025<br>St. John the Baptist, W. Valley - 2025 |
| St. Mary | Canaseraga | |
| St. Mary | Cattaraugus | St. Isidore, East Otto - 2007<br>St. Mary, Little Valley - 2008 |
| St. Mary | Holley | St. Mark, Kendall - 2025<br>St. Rocco, Hulberton - 2007 |
| St. Mary | Pavilion | |
| St. Mary | Swormville | |
| St. Mary of Lourdes | Bemus Point/Mayville | |
| St. Mary of the Angels | Olean | |
| St. Mary of the Assumption | Lancaster | Our Lady of Pompeii, Lancaster - 2025<br>Ss. Peter & Paul, Depew - 2009<br>St. Barnabus, Depew - 2011 |
| St. Mary of the Cataract | Niagara Falls | |
| St. Mary of the Lake | Hamburg | St. Francis, Athol Springs - 20025 |
| St. Maximilian Kolbe | Corfu | Holy Name of Mary, E. Pembroke - 2009<br>St. Francis of Assisi, Corfu - 2009<br>St. Patrick, Crittendon - 2007 |
| St. Michael | Buffalo | |
| St. Michael | Warsaw | Mary Immaculate, E. Bethany - 2024<br>St. Isidore, Perry/Silver Springs -2025<br>St. Mary, Pavillion - 2025<br>St. Mary, SIlver Springs - 2007<br>St. Stanislaus Kostka, Perry - 2008 |
| St. Padre Pio | Elba/Oakfield | St. Cecilia, Oakfield - 2009<br>St. Patrick, Wheatville - 2008 |
| St. Patrick | Belfast | St. Mark, Rushford - 2012<br>St. Mary, Canaseraga - 2025<br>St. Patrick, Filmore - 2025 |
| St. Patrick | Filmore | |
| St. Patrick | Randolph | |
| St. Paul | Kenmore | |
| St. Peter | Lewiston | St. Bernard, Youngstown - 2016 |
| St. Philip the Apostle | Cheektowaga | |
| St. Philomena | Franklinville | |
| St. Pius X | Getzville | |
| St. Raphael | Niagara Falls | Sacred Heart, Niagara Falls - 2008<br>St. Teresa of the Infant Jesus, Niagara Falls - 2008 |
| St. Rose of Lima | Buffalo | |
| St. Stanislaus | Buffalo | Holy Name of Jesus, Buffalo - 2007<br>Queen of Peace, Buffalo - 2007 |
| St. Stephen | Grand Island | |
| St. Stephen | Middleport | |

| Additional Debtor/Parish Name | Location | Predecessor parishes through merger, closure, or consolidation |
|---|---|---|
| | | |
| St. Teresa | Buffalo | Holy Apostles/Ss. Peter & Paul, Buffalo - 2007<br>Precious Blood, Buffalo - 2007<br>St. Rita, Buffalo - 1981<br>St. Patrick, Buffalo - 1981<br>Ss. Rita & Patirck, Buffalo, 2007<br>St. Clare, Buffalo - 2016<br>St. John the Evangelist, Buffalo - 2008<br>St. Luke, Buffalo - 1993<br>St. Monica, Buffalo - 1995<br>St. Stephen, Buffalo - 2007<br>St. Thomas Aquinas, Buffalo - 2025<br>St. Valentine, Buffalo - 2007 |
| St. Teresa of Avila | Akron | |
| St. Thomas Aquinas | Buffalo | |
| St. Timothy | Tonawanda | St. Andrew, Kenmore - 2025 |
| St. Vincent | Springbrook | |
| St. Vincent DePaul | Niagara Falls | Prince of Peace, Niagara Falls - 2008<br>St. Leo, Town of Niagara - 2008 |
| | | |
| | | |
| | | |