**EXHIBIT B**

Additional Debtors Bar Date Notice

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In re:

The Diocese of Buffalo, N.Y.

Debtor.

Case No. 20-10322 (CLB)

Chapter 11

**NOTICE OF DEADLINE FOR FILING ABUSE PROOFS OF CLAIM AGAINST ADDITIONAL DEBTORS**

**TO ALL PERSONS WITH ABUSE CLAIMS AGAINST THE ADDITIONAL DEBTORS:**

PLEASE TAKE NOTICE that on [DATE] (the "Additional Debtors Petition Date") the Additional Debtors[1] each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (11 U.S.C. § 101 *et seq.*, the "Bankruptcy Code") in the United States Bankruptcy Court for the Western District of New York (the "Bankruptcy Court"). Information regarding the Additional Debtors, their businesses, and other relevant information related to these chapter 11 cases (these "Chapter 11 Cases") may be obtained at the case management website maintained by Stretto[2] at: https://case.stretto.com/dioceseofbuffalo.

PLEASE TAKE FURTHER NOTICE that on [DATE], the Bankruptcy Court entered a *Case Management Order Establishing Procedures for the Filing and Administration of Rapid Prepackaged Chapter 11 Cases by Parishes and Affiliated Entities* (the "Case Management Order") establishing 11:59 p.m. (prevailing Eastern time) on [the date that is twenty-one (21) days after the Additional Debtors Petition Date], as the deadline for all Persons asserting Abuse Claims against the Additional Debtors in these Chapter 11 Cases (the "Additional Debtors Bar Date").

PLEASE TAKE FURTHER NOTICE that the Case Management Order directs all Persons who wish to assert Abuse Claims (other than a Previously Asserted Abuse Claim) against an Additional Debtor to submit an Additional Debtors Abuse Proof of Claim Form in the form attached to the Joint Plan as Exhibit D either (i) electronically through the Claims Agent website for the lead Chapter 11 Case at https://case.stretto.com/dioceseofbuffalo by following instructions for filing proofs of claim electronically; or (ii) by mail addressed to Diocese of Buffalo, N.Y. Claims Processing–Additional Debtors Claims, c/o Stretto, 410 Exchange, Ste. 100, Irvine, CA 92602.

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Joint Chapter 11 Plan of Reorganization for The Diocese of Buffalo, N.Y. and Additional Debtors* (the "Plan").

**TO BE ELIGIBLE TO RECOVER FROM AN ADDITIONAL DEBTOR FOR AN ABUSE CLAIM, YOU MUST FILE SUCH CLAIM BY THE ADDITIONAL DEBTORS BAR DATE. THIS DEADLINE APPLIES TO ABUSE CLAIMS AGAINST THE ADDITIONAL DEBTORS, REGARDLESS OF WHETHER OR NOT THE STATUTE OF LIMITATIONS UNDER STATE LAW FOR SUCH CLAIM HAS EXPIRED.**

**IF YOU OBJECT TO THE TREATMENT OF YOUR ABUSE CLAIM AGAINST THE ADDITIONAL DEBTORS PURSUANT TO THE *JOINT CHAPTER 11 PLAN OF REORGANIZATION FOR THE DIOCESE AND THE ADDITIONAL DEBTORS* (THE "JOINT PLAN"), YOU MUST FILE AN OBJECTION TO THE CONFIRMATION OF THE JOINT PLAN.**

## I. CLAIMS FOR WHICH AN ADDITIONAL DEBTOR ABUSE PROOF OF CLAIM MUST BE FILED

Any Person that wishes to assert an Abuse Claim against an Additional Debtor that has **NOT FILED** a Previously Asserted Abuse Claim must file an Additional Debtors Abuse Proof of Claim in order to be eligible to receive a distribution. Claims meeting these criteria that are based on acts or omissions of an Additional Debtor that occurred before the Additional Debtors Petition Date must be filed on or before the Additional Debtor Abuse Claims Bar Date, even if such claims are not now fixed, liquidated or certain or did not mature or become fixed, liquidated or certain before the Additional Debtors Petition Date.

Under section 101(5) of the Bankruptcy Code and as used in this notice, the word "claim" means a right to (a) payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

## II. CLAIMS FOR WHICH AN ADDITIONAL DEBTOR ABUSE PROOF OF CLAIM NEED NOT BE FILED

The following Persons need not file an Additional Debtors Abuse Proof of Claim:

i. Any Person that has properly filed a Previously Asserted Abuse Claim in these Chapter 11 Cases in accordance with the Bar Date Order entered in the Diocese's chapter 11 case;

ii. Any Person that has previously commenced a sexual abuse lawsuit in state court against an Additional Debtor;

iii. Any professionals retained by the Additional Debtors pursuant to orders of this Court, who assert administrative claims for payment of fees and expenses

subject to the Court's approval, pursuant to sections 330, 331(a) and 503(b) of the Bankruptcy Code;

iv. Any Person that asserts an administrative expense claim against an Additional Debtor pursuant to sections 503(b) or 507(a)(2) of the Bankruptcy Code;

v. Any Person whose claim against an Additional Debtor is allowed by an order of the Court entered on or before the Additional Debtors Bar Date; and

vi. Any Person whose claim has been previously settled or paid in full.

## III. PROCEDURE FOR FILING PROOFS OF CLAIM

**PROOFS OF CLAIM SHOULD NOT BE FILED WITH THE COURT OR WITH THE CLERK OF THE COURT. INSTEAD, ALL PROOFS OF CLAIM SHOULD BE SUBMITTED IN ACCORDANCE WITH THE FOLLOWING:**

To be considered valid, each Additional Debtors Abuse Proof of Claim submitted in these Chapter 11 Cases must: (a) be written in English, (b) include the information requested in the Additional Debtors Abuse Proof of Claim Form in the form attached to the Joint Plan as Exhibit D, including the confidential supplement and relevant supporting documentation (if voluminous, attach summary) or an explanation as to why documentation is not available; and (c) be signed by the Abuse Claimant (or if such Abuse Claimant is a minor, legally incapacitated, or deceased, by such Abuse Claimant's parent, legal guardian or executor).

An Additional Debtors Proof of Claim must be actually received by Stretto as of the Additional Debtors Bar Date, either (i) electronically using the interface available on Stretto's website at https://case.stretto.com/dioceseofbuffalo or (ii) by delivering an original copy by hand mail or overnight courier to Diocese of Buffalo, N.Y. Claims Processing – Additional Debtors Claims, c/o Stretto, 410 Exchange, Ste. 100, Irvine, CA 92602. Proofs of claim sent by facsimile, telecopy, or e-mail will not be accepted.

Proofs of claim submitted electronically will be acknowledged via electronic mail or confirmation number from Stretto at the time of submission. If you wish to receive acknowledgement of Stretto's receipt of a proof of claim submitted in paper format, you must also submit with your original proof of claim: (i) one additional copy of your original proof of claim; and (ii) a self-addressed, postage pre-paid return envelope.

## IV. CONFIDENTIALITY OF ABUSE CLAIMS

Pursuant to the Case Management Order, all Additional Debtors Abuse Proofs of Claim will be treated confidentially in these Chapter 11 Cases unless the Claimant elects to have his or her claim publicly disclosed. Any Additional Debtors Abuse Proof of Claim that you file will not be available to the general public, and will be kept confidential, except that information will be provided to Authorized Parties under the Case Management Order, all of whom will agree to keep the information provided by you confidential pursuant to the Case Management Order.


Case 1-20-10322-CLB, Doc 5056-2, Filed 08/21/26, Entered 08/21/26 17:27:54,
Description: Exhibit B - Additional Debtors Bar Date Notice, Page 4 of 5

## V. CONSEQUENCES OF FAILURE TO FILE PROOF OF CLAIM

Any Person that is required to file a proof of claim, but fails to do so on or before the Additional Debtors Bar Date: (i) may NOT be treated as a creditor with respect to such Abuse Claim and may not be entitled to vote to accept or reject, or to share in any distribution under, any plan proposed and/or confirmed in these Chapter 11 Cases; and (ii) may be forever barred, estopped, and enjoined from asserting such Abuse Claim against the Additional Debtors (or filing a proof of claim with respect thereto), and the Additional Debtors and their property may be forever discharged from any and all indebtedness or liability with respect to such Abuse Claim.

## VI. RESERVATION OF RIGHTS

Nothing in the Case Management Order shall be construed as limiting any party's rights to: (i) dispute, or to assert offsets or defenses against, any filed Abuse Claim as to nature, amount, liability, classification or otherwise; and (ii) subsequently designate any Abuse Claim as disputed, contingent or unliquidated. Nothing contained in this Notice shall preclude any party from objecting to any Abuse Claim on any grounds, including, but not limited to such Abuse Claim being time barred by the applicable state statute of limitations (regardless of whether such Abuse Claim is filed before the Additional Debtors Bar Date).

## VII. ADDITIONAL INFORMATION

Copies of the Case Management Order and other Plan Documents can be obtained for free at https:// https://case.stretto.com/dioceseofbuffalo and shall also be available for review in the Office of the Clerk of the Bankruptcy Court during the Bankruptcy Court's normal hours of operation.

Requests for proof of claim forms should be directed to Stretto at (855) 347-3773. Stretto is not permitted to give legal advice. You should consult your own attorney for assistance regarding any other inquiries, such as questions concerning the contents of this Notice or the completion or filing of a proof of claim.

**A HOLDER OF A POSSIBLE ABUSE CLAIM AGAINST AN ADDITIONAL DEBTOR SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE, INCLUDING WHETHER THE HOLDER SHOULD FILE A PROOF OF CLAIM.**

Dated: [_ ], 2026

BY ORDER OF THE HONORABLE CARL L. BUCKI
UNITED STATES BANKRUPTCY JUDGE