**EXHIBIT C**

Additional Debtors Bar Date Publication Notice

**UNITED STATES BANKRUPTCY COURT**

**FOR THE WESTERN DISTRICT OF NEW YORK**

***In re The Diocese of Buffalo, N.Y., et al.***
**Case No. 20-10322**

**PLEASE TAKE NOTICE THAT,** On [_____], certain parishes and other Entities related to The Diocese of Buffalo, N.Y. (the "Additional Debtors") filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**The Court entered an Order (the "Case Management Order") setting [____], at 11:59 P.M. (prevailing Eastern time) (the "Additional Debtors Bar Date") as the deadline to assert any Abuse Claims against the Additional Debtors.**

**If you have an Abuse Claim against any Additional Debtors, you must file a proof of claim on or before the Additional Debtors Bar Date.**

**IF YOU OBJECT TO THE TREATMENT OF YOUR ABUSE CLAIM AGAINST THE ADDITIONAL DEBTORS PURSUANT TO THE *JOINT CHAPTER 11 PLAN OF REORGANIZATION FOR THE DIOCESE AND THE ADDITIOANL DEBTORS* (THE "JOINT PLAN"), YOU MUST FILE AN OBJECTION TO THE CONFIRMATION OF THE JOINT PLAN.**

**ANY CLAIM FILED PURSUANT TO THE ADDITIONAL DEBTORS BAR DATE ORDER SHALL BE WITHOUT PREJUDICE TO THE RIGHT OF ANY PARTY IN INTEREST TO ASSERT OBJECTIONS TO ANY CLAIM OR ITS TIMELINESS.**

Please visit https://case.stretto.com/dioceseofbuffalo or call (855) 292-7696 for a copy of the Joint Plan and more information on how to file your proof of claim.

**IF YOU DO NOT TIMELY FILE A PROOF OF CLAIM, YOU MAY FORFEIT YOUR RIGHT TO VOTE ON ANY PLAN OF REORGANIZATION AND TO SHARE IN ANY DISTRIBUTIONS TO CREDITORS IN CONNECTION WITH THESE CHAPTER 11 CASES.**