# **EXHIBIT D**

Additional Debtors Abuse Proof of Claim Form

| Fill in this information to identify the case: |
|---|
| Debtor 1 ______________________ |
| Debtor 2 (Spouse, if filing) ______________________ |
| United States Bankruptcy Court for the: __________ District of __________ |
| Case number ______________________ |

Official Form 410

# Proof of Claim

04/25

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

1. **Who is the current creditor?**

   ______________________
   Name of the current creditor (the person or entity to be paid for this claim)

   Other names the creditor used with the debtor ______________________

2. **Has this claim been acquired from someone else?**

   ❑ No
   ❑ Yes. From whom? ______________________

3. **Where should notices and payments to the creditor be sent?**

   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|
| Name | Name |
| Number Street | Number Street |
| City State ZIP Code | City State ZIP Code |
| Contact phone ______________ | Contact phone ______________ |
| Contact email ______________ | Contact email ______________ |

   Uniform claim identifier (if you use one):

   __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

4. **Does this claim amend one already filed?**

   ❑ No
   ❑ Yes. Claim number on court claims registry (if known) ______ Filed on ______________ MM / DD / YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**

   ❑ No
   ❑ Yes. Who made the earlier filing? ______________

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ❑ No<br>❑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |
| 7. **How much is the claim?** | $____________________. **Does this amount include interest or other charges?**<br>❑ No<br>❑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br>________________________________________ |
| 9. **Is all or part of the claim secured?** | ❑ No<br>❑ Yes. The claim is secured by a lien on property.<br>**Nature of property:**<br>❑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>❑ Motor vehicle<br>❑ Other. Describe: ______________________________<br>**Basis for perfection:** ______________________________<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br>**Value of property**: $________________<br>**Amount of the claim that is secured:** $________________<br>**Amount of the claim that is unsecured:** $________________(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>**Amount necessary to cure any default as of the date of the petition:** $________________<br>**Annual Interest Rate** (when case was filed)_______%<br>❑ Fixed<br>❑ Variable |
| 10. **Is this claim based on a lease?** | ❑ No<br>❑ Yes. **Amount necessary to cure any default as of the date of the petition.** $________________ |
| 11. **Is this claim subject to a right of setoff?** | ❑ No<br>❑ Yes. Identify the property: ______________________________ |

| | | |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ❑ No<br>❑ Yes. *Check one:* | **Amount entitled to priority** |
| | ❑ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $____________________ |
| | ❑ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $____________________ |
| | ❑ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $____________________ |
| | ❑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $____________________ |
| | ❑ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $____________________ |
| | ❑ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $____________________ |
| | * Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

❑ I am the creditor.

❑ I am the creditor's attorney or authorized agent.

❑ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

❑ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date ____________________
MM / DD / YYYY

______________________________________________________________
Signature

**Print the name of the person who is completing and signing this claim:**

Name ______________________________________________________________
First name Middle name Last name

Title ______________________________________________________________

Company ______________________________________________________________
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address ______________________________________________________________
Number Street

______________________________________________________________
City State ZIP Code

Contact phone ____________________________ Email ____________________________

In re The Diocese of Buffalo, N.Y., ,
Case Number 20-10322

# Additional Debtors
# Confidential Abuse Claim Supplement

When submitting your Proof of Claim in this case, you are strongly encouraged to complete this supplemental form (this "Claim Supplement") and include it as an attachment to your claim. Submitting this Claim Supplement at the outset will help streamline the process of identifying claims and all applicable insurance coverage and expedite a distribution to creditors.

Please read all questions and instructions carefully, and answer to the best of your ability.

**If you have an attorney, you should complete this form with the assistance of counsel.**

This Claim Supplement applies to claims of Abuse, which is defined as:

> Any claim (as defined in section 101(5) of the Bankruptcy Code) against certain Parishes and other Catholic entities associated with the Diocese of Buffalo, N.Y. (each an "Additional Debtor") resulting or arising in whole or in part, directly or indirectly from any actual or alleged sexual conduct or misconduct, sexual abuse or molestation, indecent assault and/or battery, rape, pedophilia, ephebophilia, or sexually-related physical, sexually-related psychological, or sexually-related emotional harm, or contacts, or interactions of a sexual nature between a child and an adult, or a nonconsenting adult and another adult, sexual assault, sexual battery, sexual psychological or emotional abuse, humiliation, or intimidation, or any other conduct constituting a sexual offense, incest, or use of a child in a sexual performance (as such terms are defined in the New York Penal Law), and seeking monetary damages or any other relief, under any theory of liability, including vicarious liability, any negligence-based theory, contribution, indemnity, or any other theory based on any acts or failures to act by any Additional Debtor or any other

person or entity for whose acts or failures to act one or more Additional Debtors is or was allegedly responsible.

An "Abuse Claimant" is the person asserting an Abuse Claim against an Additional Debtor. If the Abuse Claimant is a minor, a parent or legal guardian may complete this Claim Supplement on the minor's behalf. If the Abuse Claimant is deceased or incapacitated, the Abuse Claimant's legal representative or executor of the decedent's estate may complete this Claim Supplement on their behalf.

Counsel may sign this Claim Supplement on behalf of their clients.

*(Form begins on the next page)*

## PART 1: CONFIDENTIALITY

The information you share in this Claim Supplement will be kept strictly confidential if it is submitted to Stretto, the Diocese's claims agent, at the following address:

**The Diocese of Buffalo N.Y., Claims Processing–Additional Debtors Claims**
**c/o Stretto**
**410 Exchange, Ste. 100**
**Irvine, CA 92602.**

Only parties authorized by the Court pursuant to the Case Management Order entered in these cases, including the Diocese, representatives of the Additional Debtor named herein, the Official Committee of Unsecured Creditors (comprised of survivors of sexual abuse), insurers, and counsel to these parties, will be authorized to review the forms on a confidential basis.

## PART 2: IDENTIFYING INFORMATION

### a. Abuse Claimant

_______________________________________________

First Name Middle Initial Last Name Suffix (if any)

_______________________________________________

Mailing Address

_______________________________________________

City State/Province Zip Code (Postal Code)

(If party is incapacitated, is a minor or is deceased, please provide the address of the legal representative submitting the claim. If you are in jail or prison, list your current address).

Telephone No(s):
Home: ______________________
Work: ______________________

Cell: ______________________

(If you are represented by counsel, you may provide your attorney's work phone number instead of your own.)

Email address: ________________________________________________
(If you are represented by counsel, you may provide your attorney's email instead of your own.)

Social Security Number (last four digits only): _____________________________

If you are in jail or prison, your identification number and location of incarceration:

________________________________________________________________________________

May the Additional Debtor named herein, the Committee, and their respective counsel of record in this chapter 11 case leave voicemails for you regarding your claim? ☐Yes ☐ No

May the Additional Debtor named herein, the Committee, and their respective counsel of record in this chapter 11 case send confidential information to your email? ☐Yes ☐ No

Birth Date: ______________________________

Have you been known by any other names (including maiden name, if applicable)?

________________________________________________________________________________

(*Form continues on the next page*)

### b. Sexual Abuse Claimant's Attorney (if any)

Attorney & Law Firm Name:

________________________________________________________

Address:

________________________________________________________

________________________________________________________

Telephone & Email Address:

________________________________________________________

*(Form continues on the next page)*

## PART 3: INFORMATION REGARDING SEXUAL ABUSE
**(Attach additional separate sheets if necessary)**

**NOTE:** *If you have previously filed a lawsuit against an Additional Debtor in State or Federal Court, please attach the complaint or provide the name of the court and case number. Also please respond to the questions below.*

a. Who committed the acts of Abuse against you? Individuals identified in this section will be referred to as the "abuser" in questions below. If applicable, you may identify more than one abuser. Please provide the complete name(s) of each abuser to the best of your recollection. If you do not know the name(s) of each abuser, please identify them by title, position or other description.

______________________________________________

______________________________________________

______________________________________________

______________________________________________

b. How did you know the abuser? For example, was the abuser at your church, school or part of another group with which you were involved? Was the abuser a relative or family friend?

______________________________________________

______________________________________________

______________________________________________

c. Please name the Additional Debtor against which your Abuse Claim is filed.

______________________________________________

d. If the abuser was affiliated with a church, school, or Diocesan organization, please identify such church, parish, school or organization.

______________________________________________________________________

______________________________________________________________________

e. Where did the Abuse take place? Please be specific and complete all relevant information to the best of your recollection, including the names of locations and addresses, if known.

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

f. When did the Abuse take place? Please be as specific as possible. If you do not recall the exact date, provide as much information as possible, including the year and season (fall, winter, spring, or summer, or school year and grade).

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

g. How old were you when the Abuse began and ended? If you do not recall the exact date, please try to provide as much information as possible, such as the year and season (fall, winter, spring, or summer, or school year and grade).

______________________________________________________________________

______________________________________________________________________

h. Please describe the nature of the Abuse. If you are able, please specify what happened (e.g., the circumstances, approximate number of occurrences, frequency, duration, and type(s) of Abuse).

i. What injuries and/or damages have you experienced because of the act or acts of Abuse described above? Please provide as much detail as possible. For example, describe any injuries or damages, as well as any effect on your emotions, education, employment, personal relationships, health, or faith.

j. Have you sought counseling or other medical or mental health treatment for your injuries? If so, with whom, and when?

(*Form continues on the next page*)

k. Have you ever asserted a claim against the Diocese, Additional Debtor(s), or against any other entity or individual relating to the Abuse described in this claim? If you have, please describe, in as much detail as possible, who the claim was asserted against, when the claim was asserted, and the result of such claim.

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

l. Did you tell anyone about the Abuse (including parents, relatives, friends, counselors, teachers, doctors, therapists, law enforcement, or representatives of the Diocese or any school or parish) and, if so, whom did you tell? If you did tell anyone, what did you tell that person? You do not need to disclose any communications you had with an attorney.

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

*(Form continues on the next page)*

## PART 4: BACKGROUND INFORMATION

a. Education – Please list all educational institutions you have attended, including the name of the schools, city and state.

__________________________________________________________________

__________________________________________________________________

__________________________________________________________________

b. Marital History – Please describe your marital history, including the date(s) you were married, and provide your current marital status. You do not need to identify the name(s) of your spouse(s) unless you want to.

__________________________________________________________________

__________________________________________________________________

__________________________________________________________________

c. Employment – Please list your employment history for the past 10 years including name of employer and position.

__________________________________________________________________

__________________________________________________________________

__________________________________________________________________

## PART 5: CERTIFICATION

Under penalty of perjury, I declare the foregoing statements to be true and correct to the best of my knowledge. Counsel may sign this Claim Supplement on behalf of a client.

Print Name: ____________________________________________

Sign Name: ____________________________________________

Print Date: ____________________________________________

**If you are signing the claim on behalf of a minor, decedent or incapacitated person, please state your relationship to the Abuse Claimant below:**

________________________________________________________________________________

________________________________________________________________________________

________________________________________________________________________________



Case 1-20-10322-CLB, Doc 5056-4, Filed 08/21/26, Entered 08/21/26 17:27:54,
Description: Exhibit D - Additional Debtors Abuse Proof of Claim Form, Page 15 of 15