## **EXHIBIT E**

List of Contributing Non-Debtor Entities

**List of Contributing Non-Debtor Entities**

Catholic Cemeteries of Buffalo
Catholic Charities of Buffalo
The Monsignor Carr Institute
Christ the King Seminary
St. John Vianney Seminary Corp.
Our Lady of Victory Human Services
Our Lady of Vicory Charities
Our Lady of Victory Institutions, Inc.
Our Lady of Victory Homes of Charity
The Diocesan Counseling Center for Clergy & Religious
The Foundation of the Roman Catholic Diocese of Buffalo
St. Jospeh Regional School – Batavia
Catholic Academy of West Buffalo
South Buffalo Catholic School, a.k.a, Notre Dame Academy
Northern Chatauqua Catholic School - Dunkirk
Southtowns Catholic School - Lakeview
DeSales Catholic School – Lockport
Catholic Academy of Niagara Falls
Southern Tier Catholic School – Olean
Notre Dame Highs School – Batavia
Bishop Timon-St. Jude High School
St. Mary High School – Lancaster
Archbishop Walsh High School – Olean
Cardinal O'Hara High School – Tonawanda