**EXHIBIT A**

First Amended Joint Chapter 11 Plan Filed Simultaneously Herewith