# EXHIBIT B

Liquidation Analysis

**DIOCESE OF BUFFALO**
**CASE NO. 20-10322**

**Liquidation Analysis**

| | | 8/31/2025 (actual) | fn | | Adjustments | | Liquidation Value |
|---|---|---|---|---|---|---|---|
| **Current Assets** | | | | | | | |
| Cash and equivalents | $ | 9,501,462 | 1 | $ | (5,600,000) | $ | 3,901,462 |
| Accounts receivable, net | $ | 1,699,001 | 2 | $ | (509,700) | $ | 1,189,301 |
| Pledges Receivable | $ | 195,493 | 2 | $ | (58,648) | $ | 136,845 |
| **Total Current Assets** | $ | 11,395,956 | | $ | (6,168,348) | $ | 5,227,608 |
| | | | | | | | |
| Investments | $ | 32,421,624 | 3 | $ | (11,676,401) | $ | 20,745,223 |
| Fixed Assets, net | $ | 5,945,570 | 4 | $ | (3,500,000) | $ | 2,445,570 |
| Other Assets | $ | 376,848 | 5 | $ | (376,848) | $ | - |
| **Total Assets (Book Value)** | $ | 50,139,998 | | $ | (21,721,597) | $ | 28,418,401 |
| | | | | | | | |
| Items not recorded on the books | | | | | | | |
| Real Estate Fair Value | $ | 17,512,000 | 6 | $ | (1,592,000) | $ | 15,920,000 |
| | | | | | | | |
| **Total Assets** | $ | 67,651,998 | | $ | (23,313,597) | $ | 44,338,401 |

Footnotes:

1 - Restricted funds for Catholic Education ($1.6mm); Sequestered court funds for Seminary ($4mm)

2 - Collectible adjustment; assuming only 70% recovery

3 - State mandated Work Comp hold - $7.4mm, plus $5mm Insurance reserve; restricted funds

4 - Book Value writeoff of sold property, plus writedown to potential sale value of remaining assets

5 - Retainers and deposits to be returned

6 - Expected realized values not on books, with adjustment for closing costs