# EXHIBIT C

Financial Projections

**DIOCESE OF BUFFALO**
**CASE NO. 20-10322**

**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS - FORECASTED**

| | FYE 8/31/2025 (Audited/k rd) | Effective Date Transaction | FYE 8/31/2026 | FYE 8/31/2027 | FYE 8/31/2028 |
|---|---|---|---|---|---|
| **BEGINNING CASH POSITIONS (9/1/2024)** | | | | | |
| Operating Cash | $ 4,223,238 | $ 30,708,661 | $ 5,628,661 | $ 5,928,661 | $ 6,128,661 |
| Restricted Catholic Education Funds | $ 1,600,000 | | | | |
| St Joseph Invest Fund - Unrestricted | $ 19,253,717 | | | | |
| St Joseph Invest Fund/ M&T Bank - Restricted (Primarily Insurance) | $ 11,765,107 | | | | |
| **CASH RECEIPTS** | | | | | |
| Parish Assessments | $ 10,343,000 | | $ 7,800,000 | $ 8,000,000 | $ 8,200,000 |
| Fund for the Faith | $ 1,167,000 | | $ 800,000 | $ 900,000 | $ 1,000,000 |
| Insurance Premiums | $ 8,725,000 | | $ 7,400,000 | $ 7,200,000 | $ 7,200,000 |
| Ministry / Program Support | $ 2,764,000 | | $ 800,000 | $ 700,000 | $ 700,000 |
| Retirement Home Reimbursements | $ 566,000 | | $ 200,000 | $ 150,000 | $ 150,000 |
| Bequests / Contributions | $ 568,000 | | $ - | $ - | $ - |
| Realized Investment Income | $ 1,637,000 | | $ 300,000 | $ 100,000 | $ 100,000 |
| Property Sales | $ 4,556,000 | $ 15,920,000 | $ 200,000 | $ - | $ - |
| Religious Sales | $ 391,000 | | $ - | $ - | $ - |
| Restricted National Collections | $ 900,000 | | $ 800,000 | $ 800,000 | $ 800,000 |
| Total Cash Receipts | $ 31,617,000 | $ 15,920,000 | $ 17,500,000 | $ 17,050,000 | $ 17,350,000 |
| **CASH DISBURSEMENTS** | | | | | |
| Payment to Settlement Trust | | $ 40,000,000 | | | |
| Net Payroll | $ 5,820,000 | | $ 4,400,000 | $ 4,400,000 | $ 4,500,000 |
| Fringe Benefits | $ 1,780,000 | | $ 1,400,000 | $ 1,450,000 | $ 1,500,000 |
| Professional & Legal Fees | $ 4,010,000 | $ 1,000,000 | $ 1,000,000 | $ 800,000 | $ 800,000 |
| Insurance Premiums/ Claims / Legal | $ 7,240,000 | | $ 7,400,000 | $ 7,200,000 | $ 7,200,000 |
| Formation and Deaconate Program | $ 360,000 | | $ 300,000 | $ 300,000 | $ 300,000 |
| Retirement Homes Running Costs | $ 433,000 | | $ 300,000 | $ 300,000 | $ 300,000 |
| Retired Priest Costs | $ 427,000 | | $ 450,000 | $ 450,000 | $ 450,000 |
| Legacy Pension Plan Contribution | $ 450,000 | | $ 350,000 | $ 350,000 | $ 400,000 |
| Operating Costs | $ 2,713,000 | | $ 800,000 | $ 800,000 | $ 800,000 |
| Relocation Costs | $ 341,000 | | $ - | | |
| Total Cash Disbursements | $ 23,574,000 | $ 41,000,000 | $ 16,400,000 | $ 16,050,000 | $ 16,250,000 |
| Restricted National Collections | $ 900,000 | | $ 800,000 | $ 800,000 | $ 800,000 |
| | $ 43,985,062 | | | | |
| Less Restricted Funds (Including $1.6mm for Catholic Schools) | $ 13,276,401 | | | | |
| **Ending Unrestricted Cash Balance (8/31/25)** (w/ Seminary Sequested Funds) | $ 30,708,661 | $ 5,628,661 | $ 5,928,661 | $ 6,128,661 | $ 6,428,661 |