UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No. 20-10322 (CLB)

Chapter 11

**SECOND AMENDED NOTICE OF MOTION FOR ENTRY OF ORDERS PURSUANT TO SECTIONS 363 AND 105(A) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019 APPROVING SETTLEMENT AGREEMENTS, POLICY BUY-BACKS WITH CERTAIN INSURERS, AND RELATED INJUNCTIVE RELIEF**

**PLEASE TAKE NOTICE,** that on August 27, 2026, The Diocese of Buffalo, N.Y. (the "Diocese"), by and through its undersigned counsel, filed the *Second Amended Joint Chapter 11 Plan of Reorganization for The Diocese of Buffalo, N.Y. and Additional Debtors* (the "Second Amended Joint Plan") and the *Disclosure Statement in Support of Second Amended Joint Chapter 11 Plan of Reorganization for The Diocese of Buffalo, N.Y. and Additional Debtors* (the "Disclosure Statement") with the United States Bankruptcy Court for the Western District of New York (the "Court").[1]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Second Amended Joint Plan, on **September 22, 2026**, the Diocese filed a motion (the "Insurance Settlement Motion") seeking approval of proposed agreements (the "Insurance Settlement Agreements") with (a) Employers Insurance Company of Wausau, Wausau Underwriters Insurance Company, Nationwide Insurance Company of America, and Nationwide Mutual Insurance Company (collectively, "Wausau"); (b) The Continental Insurance Company ("Continental"); (c) National Union Fire Insurance Company of Pittsburgh, Pa., New Hampshire Insurance Company, and Lexington Insurance Company (collectively, "AIG Insurers"); (d) The National Catholic Risk Retention Group, Inc. ("TNCRRG"); (e) Selective Insurance Company of New York (formerly known as Exchange Mutual Insurance Company and incorrectly named as Selective Insurance Company of America) ("Selective"); (f) Catholic Mutual Relief Society of America d/b/a Catholic Mutual Group ("Catholic Mutual"); (g) St. Paul Fire and Marine Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company (successor in interest to Aetna Casualty and Surety Company), The Travelers Indemnity Company (successor in interest to Gulf Insurance Company), and United States Fidelity and Guaranty Company (collectively, "Travelers Indemnity"); (h) Hartford Accident and Indemnity Company, Hartford Fire Insurance Company, First State Insurance Company, and New England Insurance Company ("Hartford"); and (i) Aetna Insurance Company f/k/a CIGNA Property & Casualty Insurance Company and n/k/a ACE Property & Casualty Insurance Company, Century Indemnity, as successor in interest to Insurance Company of North America, as successor in interest to Indemnity Insurance Company of North

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Second Amended Joint Plan.

America, Federal Insurance Company, Pacific Employers Insurance Company, and U.S. Fire Insurance Company (collectively, "Century Companies"); (j) Fireman's Fund Insurance Company ("FFIC"); (k) TIG Insurance Company, North River Insurance Company, and U.S. Fire Insurance Company (collectively, "TIG Insurers"); (l) Liberty Mutual Insurance Company, Excelsior Insurance Company, General Insurance Company, Hawkeye Insurance Company, Peerless Insurance Company, and The Ohio Casualty Insurance Company; (m) Certain Underwriters at Lloyd's, London; (n) Sentry Insurance Company (as successor to Middlesex Mutual Insurance Company); (o) Utica Mutual Insurance Company; (p) Hanover Insurance Company; (q) Great American Insurance Company (successor-in-interest to Agricultural Insurance Company); (r) Zurich American Insurance Company (including Maryland Casualty Company, Zurich Insurance Company, and Providence Washington Insurance Company); (s) QBE Insurance Corporation (as successor-in-interest to Unigard Insurance Company, successor-in-interest to Jamestown Mutual Insurance Company); (t) RSUI Group Inc.; (u) NGM Insurance; (v) Merchants Mutual Insurance Company; and (w) any other Insurer that will be party to an Insurance Settlement Agreement with the consent of the Committee and the Diocese (collectively, the "Settling Insurers"). The Diocese expects that, pursuant to and subject to the Insurance Settlement Agreements, Settling Insurers would buy back from the Diocese, parishes and certain other non-debtor-related Catholic entities (collectively, the "DOB Entities") all or substantially all policies of insurance and certificates of the Settling Insurers issued to, or subscribed on behalf of or allegedly issued to or subscribed on behalf of, the DOB Entities (the "Subject Insurance Policies"), along with certain related claims (collectively with the Subject Insurance Policies, the "Purchased Property"), in exchange for settlement payments in the aggregate amount of not less than $176,955,500. The transactions contemplated in the expected Insurance Settlement Agreements are subject to the occurrence of certain conditions precedent, including, without limitation, the confirmation of a chapter 11 plan and the issuance of one or more injunctions enjoining the prosecution of certain claims against the Settling Insurers (as set forth in greater detail immediately below and in the Second Amended Joint Plan).

**PLEASE TAKE FURTHER NOTICE** that parties in interest should review the Disclosure Statement and Second Amended Joint Plan (including as the same may be further amended) carefully, including any proposed releases, injunctions, or other provisions that may affect their rights. In connection with the Insurance Settlement Motion, the Diocese is seeking authority to settle and to sell, free and clear of all liens, claims, encumbrances, and other interests, the Purchased Property. **This "free and clear" sale of the Purchased Property, as proposed, would contain certain releases, injunctions, or other provisions in favor of the Settling Insurers**, including a Supplemental Injunction that permanently enjoins all Persons who have held or asserted, or may in the future hold or assert, any Claims from taking any action, directly or indirectly, for purposes of asserting, enforcing, or attempting to assert or enforce any Barred Claim against the Settling Insurers, their respective Related Persons or Released Parties, or the property or assets of each (all as to be defined in the applicable Insurance Settlement Agreements and/or as defined in the Second Amended Joint Plan). The Diocese is also seeking a full release by the Diocese and applicable DOB Entities of any Claims against the Settling Insurers or their respective Related Persons or Released Parties arising from or related in any way to the Policies, including all Extra-Contractual Claims. There are expected to be additional provisions in the Insurance Settlement Agreements that should be reviewed to understand completely the Insurance Settlement Agreements and their effect on your rights once they are filed.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the expected Insurance Settlement Motion will be held before the Honorable Carl L. Bucki, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the Western District of New York, at the United States Courthouse, 2 Niagara Square, Buffalo, New York, on **October 15, 2026 at 10:00 a.m. (prevailing Eastern Time)**, which may be continued, as necessary, or as otherwise announced by the Court or noted on the record at such hearing.

**PLEASE TAKE FURTHER NOTICE** that responses in opposition to the relief requested in the Insurance Settlement Motion(s), if any, must be filed with the United States Bankruptcy Court Clerk's Office in Buffalo, New York and served upon (i) counsel for the Diocese, Bond, Schoeneck & King, PLLC, One Lincoln Center, Syracuse, New York 13202 (Attn: Stephen A. Donato and Charles J. Sullivan); (ii) the Office of the United States Trustee for the Western District of New York, Olympic Towers, 300 Pearl Street, Suite 401, Buffalo, New York 14202 (Attn: Joseph W. Allen); (iii) counsel for the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones, LLP, 1700 Broadway, 36th Floor, New York, New York 10019 (Attn: Ilan D. Scharf and Karen B. Dine); and (iv) counsel to the Settling Insurers, as identified on ***Schedule 1*** attached hereto, on or before **October 8, 2026** (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that a copy of the Insurance Settlement Motion may be obtained from the Clerk's Office, United States Bankruptcy Court for the Western District of New York, Buffalo Division, via the Court's electronic case management system at https://ecf.nywb.uscourts.gov, by visiting https://case.stretto.com/Buffalodiocese, or by written request to the Diocese's undersigned counsel.

IF YOU HAVE (1) A CLAIM AGAINST THE DIOCESE OR ANY OF THE DOB ENTITIES AS TO WHICH INSURANCE COVERAGE IS OR MAY BE AVAILABLE, (2) AN INTEREST IN ANY OF THE DIOCESE'S OR DOB ENTITIES' INSURANCE POLICIES OR CERTIFICATES, OR (3) ANY CLAIMS IMPLICATING ANY OF THE SETTLING INSURERS RELATING TO THE FOREGOING, **YOUR RIGHTS MAY BE AFFECTED**.

Dated: September 22, 2026

BOND, SCHOENECK & KING, PLLC

By /s/ *Stephen A. Donato*
Stephen A. Donato
Charles J. Sullivan
Grayson T. Walter
Sara C. Temes
Justin S. Krell
One Lincoln Center
Syracuse, NY 13202-1355
Telephone: (315) 218-8000
Fax: (315) 218-8100
Emails: sdonato@bsk.com
csullivan@bsk.com
gwalter@bsk.com
stemes@bsk.com
jkrell@bsk.com

*Attorneys for The Diocese of Buffalo, N.Y.*

.

**Schedule 1**
(Counsel for Settling Insurers)

**Employers Insurance Company of Wausau, et al.**
Goldberg Segalla
665 Main Street
Buffalo, NY 14203 1425
Attn: Adam R. Durst and Richard A. Galbo

**The Continental Insurance Company**
Plevin & Turner LLP
1701 Pennsylvania Ave NW, Suite 200
Washington, DC 20006
Attn: Miranda H. Turner

**National Union Fire Insurance Company of Pittsburgh, Pa., et al. (AIG Insurers)**
Carlton Fields, P.A.
730 Third Avenue
19th Floor
New York, New York 10017-3206
Attn: Nora A. Valenza-Frost, David L. Gray, and Michael Margulies

-and-

Barclay Damon LLP
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Attn: Jeffrey A. Dove

**The National Catholic Risk Retention Group, Inc.**
Womble Bond Dickinson (US) LLP
888 Seventh Avenue, 38th Floor
New York, NY 10106
Attn: Edward Schnitzer

**Selective Insurance Company of New York**
Connell Foley LLP
56 Livingston Avenue
Roseland, NJ 07068
Attn: Robert K. Malone and Brett S. Theisen

-and-

Coughlin Midlige & Garland LLP
350 Mount Kemble Avenue

P.O. Box 1917 Morristown, NJ 07962
Attn: William T. Corbett and Laura A. Brady

-and-

Kenney Shelton Liptak Nowak LLP
110 Wall Street
Suite 04-061
New York, New York 10005
Attn: Judith Treger Shelton

**Catholic Mutual Group**
ArentFox Schiff LLP
233 South Wacker Drive
Suite 7100
Chicago, IL 60606
Attn: Dan Schufreider, Everett Cygal, and Jin Yan

**Travelers Indemnity**
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Attn: Geoffrey Miller and Lauren Macksoud

**Hartford Accident and Indemnity Company, et al.**
Gimigliano Mauriello & Maloney, P.A.
163 Madison Avenue
Suite 500
P.O. Box 1449
Morristown, NJ 07962-1449
Attn: John Maloney

**Chubb Companies**
O'Melveny & Myers LLP
1301 Avenue of the Americas
Suite 1700
New York, New York 10019
Attn: Tancred Schiavoni and Adam P. Haberkorn

-and-

Clyde & Co LLP
340 Mt. Kemble Avenue
Suite 300 Morristown, NJ 07960
Attn: Marianne May

**Fireman's Fund Insurance Company**
Parker, Hudson, Rainer & Dobbs LLP
303 Peachtree Street NE
Suite 3600 Atlanta, Georgia 30308
Attn: Siobhain P. Minarovich and Matthew Roberts

**TIG Insurance Company, et al.**
Kennedys Law LLP
400 Connell Drive
Suite 700 Berkeley Heights, New Jersey 07922
Attn: Jillian G. Dennehy

**Liberty Mutual Insurance Company, et al.**
Jonathan D. Marshall
Alexandra Thomas
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110

**Underwriters as Lloyd's, London**
Robert Sweeney
Clyde & Co US LLP
30 S Wacker Drive
Suite 2600
Chicago, IL 60606

**Sentry Insurance Company (as successor to Middlesex Mutual Insurance Company);**
**Utica Mutual Insurance Company; and**
**Hanover Insurance Company**
Stuart Gordon
Paul Gorfinkel
Brian R. Ade
Rivkin Radler
926 RXR Plaza
Uniondale, NY 11556

**Great American Insurance Company**
Joshua Weinberg
Ruggeri Parks Weinberg LLP
1875 K Street Northwest, Suite 800
Washington, DC 20006

**Zurich American Insurance Company**
John O'Connor
Steptoe LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

**QBE Insurance Corporation**
Michael Glascott
Goldberg Segalla
665 Main Street
Buffalo, New York 14203-1425

**RSUI Group Inc.**
Justin Reddington
Traub Lieberman Straus & Shrewsberry LLP
27 Siemon Company Drive
Suite #102W
Watertown, CT 06795

**NGM Insurance**
William Monigan
Gerber Ciano Kelly Brady LLP
PO Box 1060
Buffalo, NY 14201

**Merchants Insurance**
Steven E. Peiper
Hurwitz Fine P.C.
The Liberty Building
424 Main Street, Suite 1300
Buffalo, NY 14202