UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | |
| The Diocese of Buffalo, N.Y., | Case No. 20-10322 |
| Debtor. | Chapter 11 |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Keny Contreras, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

On September 23, 2026, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and on one (1) confidential party not included herein, pursuant to USPS forwarding instructions:

- **Notice of Confirmation Hearing** (attached hereto as **Exhibit B**)
- **Amended Notice of Motion for Entry of Orders Pursuant to Sections 363 and 105(A) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving Settlement Agreements, Policy Buy-Backs with Certain Insurers, and Related Injunctive Relief** (attached hereto as **Exhibit C**)

Dated: September 24, 2026

*/s/ Keny Contreras*
Keny Contreras
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(855) 292-7696

# Exhibit A

STRETTO

# Exhibit A

Served Via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| CHABAD JEWISH CENTER OF BUFFALO INC | ATTN: MENACHEM LABKOWSKI | 409 FRANKLIN ST | | BUFFALO | NY | 14202-1507 |
| RUFUS COLE JR. | | 10 SPINDRIFT CT | APT 5 | WILLIAMSVILLE | NY | 14221-7853 |

# Exhibit B

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

THE DIOCESE OF BUFFALO, N.Y.,

Debtor.

Case No. 20-10322 (CLB)

Chapter 11

**NOTICE OF CONFIRMATION HEARING**

**PLEASE TAKE NOTICE THAT:**

1. **Approval of Disclosure Statement.** On August 28, 2026, the United States Bankruptcy Court for the Western District of New York (the "Court") entered an order (Docket No. 5082, the "Disclosure Statement Order") approving the *Disclosure Statement in Support of the Second Amended Joint Chapter 11 Plan of Reorganization for The Diocese of Buffalo, N.Y. and the Additional Debtors* (as it may be amended, the "Disclosure Statement") in connection with the *Second Amended Joint Chapter 11 Plan of Reorganization for The Diocese of Buffalo, N.Y. and the Additional Debtors* proposed by the Diocese, the Additional Debtors, and the Official Committee of Unsecured Creditors (together with the Joint Plan Supplement and Exhibits thereto, as they may be amended, the "Joint Plan").[1] The Disclosure Statement Order authorizes the Diocese to solicit votes to accept or reject the Joint Plan pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2. **Confirmation Hearing.** A hearing to consider the confirmation of the Joint Plan (the "Confirmation Hearing"), will commence at **10:00 a.m. (Eastern time)** on **October 27, 2026** before the Honorable Carl L. Bucki, Chief Bankruptcy Judge for the Western District of New York, at 2 Niagara Square, Buffalo, NY 14202. Remote public access will be allowed for the hearing on October 27, 2026, but may be suspended at subsequent hearings that involve testimony.

The Confirmation Hearing may be adjourned or continued from time to time without further notice except as announced in open court or filed on the Court's docket. The Diocese may modify the Joint Plan, if necessary, prior to, during, or as a result of the Confirmation Hearing in accordance with the terms of the Joint Plan without further notice.

3. **Record Date for Voting Purposes.** Only holders of Claims in Class 6 (Abuse Claims) are entitled to vote on the Joint Plan.

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Disclosure Statement Motion, the Disclosure Statement, or the Plan, as applicable and as the same may have been amended, supplemented or modified.

4. **Voting Procedures.** If you are entitled to vote you will receive a Solicitation Package which shall include a copy of (i) the Disclosure Statement Order, (ii) this Notice, (iii) the Disclosure Statement, attached to which is the Joint Plan, and (iv) a ballot (the "Ballot"). Please review the Ballot for specific instructions as to how to vote. Failure to follow the voting instructions may disqualify your vote.

5. **Voting Deadline.** The deadline to vote on the Joint Plan is **5:00 p.m. (Eastern time)** on **November 3, 2026** (the "Voting Deadline"). Ballots must be completed, signed, dated, and returned by *only one* of the following return methods:

| |
|---|
| **If by first class mail, overnight courier, or hand delivery:**<br><br>The Diocese of Buffalo, N.Y. Claims Processing<br>c/o Stretto<br>410 Exchange, Suite 100<br>Irvine, CA 92602 |
| **If by electronic, online submission:**<br><br>Please visit TeamBuffaloDiocese@stretto.com and click on the "E-Ballot" section of the Diocese's website and follow the directions to submit your E-Ballot. If you choose to submit your Ballot via the Voting Agent's E-Ballot system, do not also return a paper Ballot.<br><br>"E-Balloting" is the sole manner in which Ballots will be accepted via electronic or online transmission. Ballots submitted by facsimile or email will not be counted. |

6. **Parties in Interest Not Entitled to Vote.** Holders of Administrative Claims, Priority Tax Claims, Non-Tax Priority Claims, Professional Fee Claims, and U.S. Trustee Fee Claims (the "Unclassified Claims"), and holders of Claims in Class 1 (Secured Claim of Bank of America), Class 2 (Secured Claim of M&T Bank), Class 3 (Secured Claim of National Fuel), Class 4 (Pass-Through Claims against the Diocese), Class 5 (General Unsecured Claims against the Diocese), Class 7 (Inbound Contribution Claims), and Class 8 (Ride Through Claims against the Additional Debtors) are not entitled to vote on the Joint Plan. Such holders will receive a Notice of Non-Voting Status instead of a Ballot. If you have timely filed a proof of claim and disagree with the Diocese's classification of, objection to, or request for estimation of, your Claim and believe that you should be entitled to vote on the Joint Plan, then you must serve counsel for the Diocese, counsel for the Additional Debtors, and attorneys for the Official Committee of Unsecured Creditors, and file with the Court (with a copy to Chambers) a motion (a "Rule 3018(a) Motion") for an order pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") temporarily allowing your Claim in a different amount or in a different Class for purposes of voting to accept or reject the Joint Plan. All Rule 3018(a) Motions must be filed on or before the 10th day after the later of (i) service of this Notice and (ii) service of notice of an objection or request for estimation, if any, as to your Claim

or Interest. Any provisional Ballot provided to a Creditor filing a Rule 3018(a) Motion will not be counted for voting purposes except as may be otherwise ordered by the Court. Rule 3018(a) Motions that are not timely filed and served in the manner set forth above shall not be considered.

7. **Executory Contracts and Unexpired Leases.** Pursuant to the Joint Plan, all executory contracts or unexpired leases of the Diocese that were not previously rejected pursuant to an order of the Bankruptcy Court, and that have not expired by their own terms before the Effective Date, shall be deemed to be assumed and assigned to the Reorganized Diocese on the Effective Date.

8. **Release and Injunction Provisions.** The Joint Plan proposes certain releases and injunctions in furtherance of the Joint Plan. The Joint Plan proposes a Channeling Injunction that permanently channels, Class 6 Claims and certain other Claims to a Trust established pursuant to section 105(a) of the Bankruptcy Code. In addition, the Joint Plan proposes a full release of the Released Parties and their respective property, from among other things, any and all Claims relating to the Diocese, the Additional Debtors, the Estate, and the conduct of the Diocese's and the Additional Debtors' businesses. For the specific terms and conditions of all the releases and injunctions provided for in the Joint Plan, and the precise scope of the Claims to be channeled, please refer to Section 12 of the Joint Plan, available at https://case.stretto.com/dioceseofbuffalo.

9. **Objections to Confirmation.** Objections or responses to confirmation of the Joint Plan, if any, must (a) be in writing; (b) conform to the Bankruptcy Rules; (c) set forth the name and address of the objecting party and the amount and nature of the Claim or Interest of such party; and (d) state the grounds for the objection. All objections must be filed and served on: (i) The Diocese of Buffalo N.Y., 795 Main Street, Buffalo, New York 14203 (Attn: Richard Suchan); (ii) counsel for the Diocese, Bond, Schoeneck & King, PLLC, One Lincoln Center, Syracuse, New York 13202 (Attn: Stephen A. Donato, Charles J. Sullivan, Grayson T. Walter and Sara C. Temes); (iii) the Office of the United States Trustee, Olympic Towers, 300 Pearl Street, Suite 401, Buffalo, N.Y. 14202 (Attn: Joseph W. Allen, Esq.); (iv) counsel for the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones, LLP, 1700 Broadway, 36th Floor, New York, New York 10017 (Attn: Ilan D. Scharf and Karen B. Dine); and (v) counsel for the Additional Debtors, Westerman Ball Ederer Miller Zucker & Sharfstein, LLP, 1201 RXR Plaza, Uniondale, New York 11556 (Attn: William C. Heuer), by no later than **October 25, 2026 at 5:00 p.m. (Eastern Time)**. Failure to file and serve any objection to the Joint Plan in conformity with the foregoing procedures may result in the objecting party not being heard at the Confirmation Hearing.

10. **Additional Information.** For more information about the solicitation procedures, or for copies of the Disclosure Statement or the Joint Plan, parties should contact the Diocese's claims and voting agent by email at TeamBuffaloDiocese@stretto.com or review such information free-of-charge at https://case.stretto.com/dioceseofbuffalo. Such materials are also on file with the Bankruptcy Court and accessible at https://www.pacer.gov/. Note that a PACER login and password are required to access documents through PACER. A PACER login and password can be obtained at: https://pacer.psc.uscourts.gov/pscof/registration.jsf.

Dated: September 4, 2026

BOND, SCHOENECK & KING, PLLC

By: /s/ Stephen A. Donato
Stephen A. Donato, Esq.
Charles J. Sullivan, Esq.
Grayson T. Walter, Esq.
Sara Temes, Esq.
One Lincoln Center
Syracuse, NY 13202
Telephone: (315) 218-8000
Facsimile: (315) 218-8100
Emails: sdonato@bsk.com,
csullivan@bsk.com, gwalter@bsk.com,
stemes@bsk.com

*Attorneys for The Diocese of Buffalo N.Y.*

# Exhibit C

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No. 20-10322 (CLB)

Chapter 11

**AMENDED NOTICE OF MOTION FOR ENTRY OF ORDERS PURSUANT TO SECTIONS 363 AND 105(A) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019 APPROVING SETTLEMENT AGREEMENTS, POLICY BUY-BACKS WITH CERTAIN INSURERS, AND RELATED INJUNCTIVE RELIEF**

**PLEASE TAKE NOTICE,** that on August 27, 2026, The Diocese of Buffalo, N.Y. (the "Diocese"), by and through its undersigned counsel, filed the *Second Amended Joint Chapter 11 Plan of Reorganization for The Diocese of Buffalo, N.Y. and Additional Debtors* (the "Second Amended Joint Plan") and the *Disclosure Statement in Support of Second Amended Joint Chapter 11 Plan of Reorganization for The Diocese of Buffalo, N.Y. and Additional Debtors* (the "Disclosure Statement") with the United States Bankruptcy Court for the Western District of New York (the "Court").[1]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Second Amended Joint Plan, the Diocese will file one or more motions (the "Insurance Settlement Motion(s)") seeking approval of proposed agreements (the "Insurance Settlement Agreements") with (a) Employers Insurance Company of Wausau, Wausau Underwriters Insurance Company, Nationwide Insurance Company of America, and Nationwide Mutual Insurance Company (collectively, "Wausau"); (b) The Continental Insurance Company ("Continental"); (c) National Union Fire Insurance Company of Pittsburgh, Pa., and certain of its affiliates ("AIG Insurers"); (d) The National Catholic Risk Retention Group, Inc. ("TNCRRG"); (e) Selective Insurance Company of New York (formerly known as Exchange Mutual Insurance Company and incorrectly named as Selective Insurance Company of America) ("Selective"); (f) Catholic Mutual Group ("Catholic Mutual"); (g) St. Paul Fire and Marine Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company (successor in interest to Aetna Casualty and Surety Company), The Travelers Indemnity Company (successor in interest to Gulf Insurance Company), and United States Fidelity and Guaranty Company (collectively, "Travelers Indemnity"); (h) Hartford Accident and Indemnity Company, Hartford Fire Insurance Company, First State Insurance Company, and New England Insurance Company ("Hartford"); and (i) Aetna Insurance Company f/k/a CIGNA Property & Casualty Insurance Company and n/k/a ACE Property & Casualty Insurance Company, Century Indemnity, as successor in interest to Insurance Company of North America, as successor in interest to Indemnity Insurance Company of North America, Federal Insurance Company, Pacific Employers Insurance Company, and U.S. Fire Insurance Company (collectively, "Chubb

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Second Amended Joint Plan.

Companies"); (j) Fireman's Fund Insurance Company ("FFIC"); (k) TIG Insurance Company, North River Insurance Company, and U.S. Fire Insurance Company (collectively, "TIG Insurers"); and (l) any other Insurer that will be party to an Insurance Settlement Agreement with the consent of the Committee and the Diocese (collectively, the "Settling Insurers"). The Diocese expects that, pursuant to and subject to the Insurance Settlement Agreements, Settling Insurers would buy back from the Diocese, parishes and certain other non-debtor-related Catholic entities (collectively, the "DOB Entities") all or substantially all policies of insurance and certificates of the Settling Insurers issued to, or subscribed on behalf of or allegedly issued to or subscribed on behalf of, the DOB Entities (the "Subject Insurance Policies"), along with certain related claims (collectively with the Subject Insurance Policies, the "Purchased Property"), in exchange for settlement payments in the aggregate amount of not less than $176,452,500. The transactions contemplated in the expected Insurance Settlement Agreements are subject to the occurrence of certain conditions precedent, including, without limitation, the confirmation of a chapter 11 plan and the issuance of one or more injunctions enjoining the prosecution of certain claims against the Settling Insurers (as set forth in greater detail immediately below and in the Second Amended Joint Plan).

**PLEASE TAKE FURTHER NOTICE** that parties in interest should review the Disclosure Statement and Second Amended Joint Plan (including as the same may be further amended) carefully, including any proposed releases, injunctions, or other provisions that may affect their rights. In connection with the Insurance Settlement Motion(s), the Diocese expects to seek authority to settle and to sell, free and clear of all liens, claims, encumbrances, and other interests, the Purchased Property. **This "free and clear" sale of the Purchased Property is expected to contain certain releases, injunctions, or other provisions in favor of the Settling Insurers**, including a Supplemental Injunction that permanently enjoins all Persons who have held or asserted, or may in the future hold or assert, any Claims from taking any action, directly or indirectly, for purposes of asserting, enforcing, or attempting to assert or enforce any Barred Claim against the Settling Insurers, their respective Related Persons or Released Parties, or the property or assets of each (all as to be defined in the applicable Insurance Settlement Agreements and/or as defined in the Second Amended Joint Plan). The Diocese also expects to seek a full release by the Diocese and applicable DOB Entities of any Claims against the Settling Insurers or their respective Related Persons or Released Parties arising from or related in any way to the Policies, including all Extra-Contractual Claims. There are expected to be additional provisions in the Insurance Settlement Agreements that should be reviewed to understand completely the Insurance Settlement Agreements and their effect on your rights once they are filed.

**PLEASE TAKE FURTHER NOTICE** that the Diocese will file the Insurance Settlement Motion(s) and the Insurance Settlement Agreements no later than **September 22, 2026**.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the expected Insurance Settlement Motion will be held before the Honorable Carl L. Bucki, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the Western District of New York, at the United States Courthouse, 2 Niagara Square, Buffalo, New York, on **October 15, 2026 at 10:00 a.m. (prevailing Eastern Time)**, which may be continued, as necessary, or as otherwise announced by the Court or noted on the record at such hearing.

**PLEASE TAKE FURTHER NOTICE** that responses in opposition to the relief requested in the Insurance Settlement Motion(s), if any, must be filed with the United States Bankruptcy Court Clerk's Office in Buffalo, New York and served upon (i) counsel for the Diocese, Bond, Schoeneck & King, PLLC, One Lincoln Center, Syracuse, New York 13202 (Attn: Stephen A. Donato and Charles J. Sullivan); (ii) the Office of the United States Trustee for the Western District of New York, Olympic Towers, 300 Pearl Street, Suite 401, Buffalo, New York 14202 (Attn: Joseph W. Allen); (iii) counsel for the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones, LLP, 1700 Broadway, 36th Floor, New York, New York 10019 (Attn: Ilan D. Scharf and Karen B. Dine); and (iv) counsel to the Settling Insurers, as identified on ***Schedule 1*** attached hereto, on or before **October 8, 2026** (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that after it is filed, a copy of the Insurance Settlement Motion may be obtained from the Clerk's Office, United States Bankruptcy Court for the Western District of New York, Buffalo Division, via the Court's electronic case management system at https://ecf.nywb.uscourts.gov, by visiting https://case.stretto.com/Buffalodiocese, or by written request to the Diocese's undersigned counsel.

IF YOU HAVE (1) A CLAIM AGAINST THE DIOCESE OR ANY OF THE DOB ENTITIES AS TO WHICH INSURANCE COVERAGE IS OR MAY BE AVAILABLE, (2) AN INTEREST IN ANY OF THE DIOCESE'S OR DOB ENTITIES' INSURANCE POLICIES OR CERTIFICATES, OR (3) ANY CLAIMS IMPLICATING ANY OF THE SETTLING INSURERS RELATING TO THE FOREGOING, **YOUR RIGHTS MAY BE AFFECTED**.

Dated: September 2, 2026

BOND, SCHOENECK & KING, PLLC

By: /s/ *Stephen A. Donato*

Stephen A. Donato
Charles J. Sullivan
One Lincoln Center
Syracuse, NY 13202
Telephone: (315) 218-8000
Facsimile: (315) 218-8100
Emails: sdonato@bsk.com
csullivan@bsk.com
gwalter@bsk.com

*Attorneys for The Diocese of Buffalo, N.Y.*

**Schedule 1**
(Counsel for Settling Insurers)

**Wausau**
Goldberg Segalla
665 Main Street
Buffalo, NY 14203 1425
Attn: Adam R. Durst and Richard A. Galbo

**Continental**
Plevin & Turner LLP
1701 Pennsylvania Ave NW, Suite 200
Washington, DC 20006
Attn: Miranda H. Turner

**AIG Insurers**
Carlton Fields, P.A.
730 Third Avenue
19th Floor
New York, New York 10017-3206
Attn: Nora A. Valenza-Frost, David L. Gray, and Michael Margulies

-and-

Barclay Damon LLP
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Attn: Jeffrey A. Dove

**TNCRRG**
Womble Bond Dickinson (US) LLP
888 Seventh Avenue, 38th Floor
New York, NY 10106
Attn: Edward Schnitzer

**Selective**
Connell Foley LLP
56 Livingston Avenue
Roseland, NJ 07068
Attn: Robert K. Malone and Brett S. Theisen

-and-

Coughlin Midlige & Garland LLP
350 Mount Kemble Avenue P.O. Box 1917 Morristown, NJ 07962
Attn: William T. Corbett and Laura A. Brady

-and-

Kenney Shelton Liptak Nowak LLP
110 Wall Street
Suite 04-061
New York, New York 10005
Attn: Judith Treger Shelton

**Catholic Mutual**
ArentFox Schiff LLP
233 South Wacker Drive
Suite 7100
Chicago, IL 60606
Attn: Dan Schufreider, Everett Cygal, and Jin Yan

**Travelers Indemnity**
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Attn: Geoffrey Miller and Lauren Macksoud

**Hartford**
Gimigliano Mauriello & Maloney, P.A.
163 Madison Avenue
Suite 500
P.O. Box 1449
Morristown, NJ 07962-1449
Attn: John Maloney

**Chubb Companies**
O'Melveny & Myers LLP
1301 Avenue of the Americas
Suite 1700
New York, New York 10019
Attn: Tancred Schiavoni and Adam P. Haberkorn

-and-

Clyde & Co LLP
340 Mt. Kemble Avenue
Suite 300 Morristown, NJ 07960
Attn: Marianne May

**FFIC**
Parker, Hudson, Rainer & Dobbs LLP
303 Peachtree Street NE
Suite 3600 Atlanta, Georgia 30308
Attn: Siobhain P. Minarovich and Matthew Roberts

**TIG Insurers**
Kennedys Law LLP
400 Connell Drive
Suite 700 Berkeley Heights, New Jersey 07922
Attn: Jillian G. Dennehy

**Liberty Mutual**
Jonathan D. Marshall
Alexandra Thomas
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110

**Underwriters as Lloyd's, London**
Robert Sweeney
Clyde & Co US LLP
30 S Wacker Drive
Suite 2600
Chicago, IL 60606

**Sentry/Middlesex, Utica, and Hanover**
Stuart Gordon
Paul Gorfinkel
Brian R. Ade
Rivkin Radler
926 RXR Plaza
Uniondale, NY 11556

**Allianz**
Siobhain Minarovich
Matthew Roberts
Parker, Hudson, Rainer & Dobbs LLP
303 Peachtree Street NE, Suite 3600
Atlanta, Georgia 30308

**Great American**
Joshua Weinberg
Ruggeri Parks Weinberg LLP
1875 K Street Northwest, Suite 800
Washington, DC 20006

**Zurich**
John O'Connor
Steptoe LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

**QBE**
Michael Glascott
Goldberg Segalla
665 Main Street
Buffalo, New York 14203-1425

**RSUI**
Justin Reddington
Traub Lieberman Straus & Shrewsberry LLP
27 Siemon Company Drive
Suite #102W
Watertown, CT 06795