UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>The Diocese of Buffalo, New York<br><br>Debtor. | Case No. 20-10322 (CLB)<br><br>Chapter 11 |

**NOTICE OF FILING**

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362], Burns Bair LLP has filed the *Monthly Fee Statement of Burns Bair LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Buffalo, New York, for the Period September 1, 2026 through September 30, 2026,* a copy of which is attached hereto and hereby served upon you.

Dated: October 5, 2026

**BURNS BAIR LLP**

*/s/ Jesse J. Bair*

Jesse J. Bair (admitted *pro hac vice*)
Timothy W. Burns (admitted *pro hac vice*)
10 E. Doty St., Suite 600
Madison, WI 53703-3392
Telephone: (608) 286-2808
Email: jbair@burnsbair.com
Email: tburns@burnsbair.com

*Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Buffalo, New York*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>The Diocese of Buffalo, New York<br><br>Debtor. | Case No. 20-10322 (CLB)<br><br>Chapter 11 |

**MONTHLY FEE STATEMENT OF BURNS BAIR LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DIOCESE OF BUFFALO, NEW YORK, FOR THE PERIOD SEPTEMBER 1, 2026 THROUGH SEPTEMBER 30, 2026**

| | |
|---|---|
| Name of Applicant: | Burns Bair LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors of the Diocese of Buffalo, New York |
| Date of Retention: | Effective October 5, 2023, pursuant to Order entered November 13, 2023 [Docket No. 2606] |
| Period for which compensation and reimbursement is sought: | September 1, 2026 through September 30, 2026 |
| Amount of compensation sought as actual, reasonable, and necessary: | $7,456.00 (80% of $9,320.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $4.68 |

This is a: _X_ monthly ___ quarterly ___ final application.

This is Burns Bair LLP's thirty-fifth monthly fee statement in this case.

Burns | Bair

10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of the Diocese of Buffalo**

**Issue Date :** 10/5/2026
**Bill # :** 02391

**Matter:** Insurance

## PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 9/2/2026 | Jesse Bair | Review and respond to correspondence with the debtor re all insurance settlements to date (.1); | 0.10 | $70.00 |
| 9/3/2026 | Jesse Bair | Review notice of motion re approval of insurance settlement agreements (.1); | 0.10 | $70.00 |
| 9/3/2026 | Jesse Bair | Review debtor's requests re insurance settlement information, draft summary responding to same, and correspond with debtor re insurance settlement agreement issues (.5); | 0.50 | $350.00 |
| 9/6/2026 | Jesse Bair | Correspond with NGM and Merchants re parish insurance negotiations and insurance settlement issues (.2); | 0.20 | $140.00 |
| 9/8/2026 | Jesse Bair | Correspond with NGM and Merchants re parish insurance negotiations (.1); | 0.10 | $70.00 |
| 9/9/2026 | Jesse Bair | Answer B. Cawley questions re preparing Plan schedules of settling insurer policies (.2); | 0.20 | $140.00 |
| 9/9/2026 | Brian Cawley | Begin creating comprehensive schedule of settling insurers' policies for insurance settlement agreements (2.1); | 2.10 | $1,155.00 |
| 9/10/2026 | Brian Cawley | Continue creating comprehensive schedule of settling insurers' policies for insurance settlement agreements (1.4); | 1.40 | $770.00 |
| 9/10/2026 | Jesse Bair | Review and edit revised version of the insurance settlement agreement template (1.6); | 1.60 | $1,120.00 |
| 9/10/2026 | Jesse Bair | Review and edit correspondence to Bedivere Liquidator re potential additional recovery for survivor Trust (.2); | 0.20 | $140.00 |
| 9/11/2026 | Jesse Bair | Participate in call with Merchants re parish insurer settlement negotiations (.2); | 0.20 | $140.00 |
| 9/11/2026 | Jesse Bair | Review and edit Plan schedules of Settling Insurer policies (.3); | 0.30 | $210.00 |
| 9/11/2026 | Jesse Bair | Review and respond to correspondence with debtor re Bedivere Liquidation issues (.1); | 0.10 | $70.00 |
| 9/11/2026 | Brian Cawley | Finish drafting comprehensive schedule of settling insurers' policies for insurance settlement agreements (3.4); | 3.40 | $1,870.00 |

| | | | | |
|---|---|---|---|---|
| 9/15/2026 | Jesse Bair | Participate in call with the Debtor re Bedivere Liquidation issues and negotiations in connection with same (.4); | 0.40 | $280.00 |
| 9/16/2026 | Jesse Bair | Participate in calls with Merchants re settlement negotiations (.3); review and respond to correspondence with NGM re same (.2); | 0.50 | $350.00 |
| 9/17/2026 | Jesse Bair | Participate in calls and correspond with non-settling insurers re ongoing settlement negotiations (.1); | 0.10 | $70.00 |
| 9/17/2026 | Brian Cawley | Draft revised version of insurance policy schedules, including incorporation of parish policies for Merchant and NGM (.8); | 0.80 | $440.00 |
| 9/18/2026 | Jesse Bair | Participate in calls and correspond with NGM and Merchants re settlement negotiations (.3); | 0.30 | $210.00 |
| 9/19/2026 | Jesse Bair | Review and respond to correspondence with debtor and NGM re settlement developments, insurance settlement agreements, and revised policy schedules (.3); | 0.30 | $210.00 |
| 9/20/2026 | Jesse Bair | Review and respond to correspondence and participate in calls with the Debtor and B. Cawley re insurance settlement agreements and policy schedule exhibits (.3); | 0.30 | $210.00 |
| 9/20/2026 | Brian Cawley | Participate in calls with the Debtor and J. Bair re insurance settlement issues and further revised policy schedules in connection with same (.2); | 0.20 | $110.00 |
| 9/20/2026 | Brian Cawley | Analyze discrepancies between debtor and Committee policy schedules and draft summary reconciling same (.8); | 0.80 | $440.00 |
| 9/21/2026 | Jesse Bair | Participate in calls and correspond with Merchants re finalization of settlement (.3); review and respond to correspondence with the Debtor and Merchants re settlement agreement issues and revised schedule of settling insurer policies (.3); | 0.60 | $420.00 |
| 9/22/2026 | Jesse Bair | Correspond with the debtor re revised policy schedules (.1); | 0.10 | $70.00 |
| 9/22/2026 | Brian Cawley | Respond to debtor request re revised policy schedules for insurance settlement agreements (.1); | 0.10 | $55.00 |
| 9/23/2026 | Jesse Bair | Brief review re final version of 9019 insurance settlement approval motion and related insurance settlement agreements (.2); | 0.20 | $140.00 |
| **Total Hours and Fees** | | | **15.20** | **$9,320.00** |

**EXPENSES**

| Date | Description | Amount |
|---|---|---|
| 9/4/2026 | Postage | $4.68 |
| **Total Expenses** | | **$4.68** |

**Timekeeper Summary**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Brian Cawley | Associate | 8.80 | $550.00 | $4,840.00 |
| Jesse Bair | Partner | 6.40 | $700.00 | $4,480.00 |

**Total Due This Invoice: $9,324.68**