UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>The Diocese of Buffalo, N.Y.,<br><br>Debtor. | Case No.: 20-10322-CLB<br>Chapter: 11 |

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE MONTHLY FEE STATEMENT OF ROACH, QUINLAN, GRABLE, McGORRY, ROMANO & KROETSCH LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DIOCESE OF BUFFALO, N.Y. FOR THE PERIOD JUNE 1, 2026, THROUGH JUNE 30, 2026**

Pursuant to this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362] (the "Interim Compensation Order")[1], the undersigned hereby certifies that on September 11, 2026, Roach, Quinlan, Grable, McGorry, Romano & Kroetsch LLP filed its *Monthly Fee Statement of Roach, Quinlan, Grable, McGorry, Romano & Kroetsch LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Diocese of Buffalo, N.Y. for the Period June 1, 2026 through June 30, 2026* [Docket No. 5097 (the "Monthly Fee Statement") and no objections to the Monthly Fee Statement have been filed.

Accordingly, pursuant to the Interim Compensation Order, The Diocese of Buffalo, N.Y. is authorized to pay on an interim basis eighty percent (80%) of Roach,

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

Quinlan, Grable, McGorry, Romano & Kroetsch LLP's fees and one hundred percent (100%) of Roach, Quinlan, Grable, McGorry, Romano & Kroetsch LLP's expenses, as reflected in the Monthly Fee Statement.

DATED: Buffalo, New York
October 7, 2026

/s/ Lawlor F. Quinlan III
Lawlor F. Quinlan III, Esq.
**Roach, Quinlan, Grable, McGorry, Romano & Kroetsch LLP**
*Special Counsel for Debtor*
*The Diocese of Buffalo, N.Y.*
1000 Liberty Building
Buffalo, New York 14202
(716) 852-5533