UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | |
| The Diocese of Buffalo, N.Y. | Case No. 20-10322 (CLB) |
| Debtor. | Chapter 11 |

**NOTICE OF FILING**

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362], Jones Day has filed the *Monthly Fee Statement of Jones Day for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Diocese of Buffalo, N.Y. for the Period September 1, 2026 Through September 30, 2026,* a copy of which is attached hereto and hereby served upon you.

Dated: October 9, 2026

*/s/ John D. Goetz*

John D. Goetz
Jones Day
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514
Telephone: (412) 391-3939
Email: jdgoetz@jonesday.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | |
| | Case No. 20-10322 (CLB) |
| The Diocese of Buffalo, N.Y. | |
| | Chapter 11 |
| Debtor. | |

**MONTHLY FEE STATEMENT OF JONES DAY FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DIOCESE OF BUFFALO, N.Y. FOR THE PERIOD SEPTEMBER 1, 2026 THROUGH SEPTEMBER 30, 2026**

| | |
|---|---|
| Name of Applicant: | Jones Day |
| Authorized to Provide Professional Services to: | The Diocese of Buffalo, N.Y. Debtor and Debtor in Possession |
| Date of Retention: | Order entered February 23, 2021 [Docket No. 905] *Nunc Pro Tunc* to December 1, 2020, as modified on October 16, 2024 [Docket No. 3242] |
| Period for which Compensation and Reimbursement is Sought: | September 1, 2026 through September 30, 2026 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary (after 20% discount and 20% holdback): | $9,529.60 (80% of $11,912.00) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |

This is a: __X__ monthly ____ quarterly ____ final application.

This is Jones Day's sixty-second monthly fee statement in this case.

**JONES DAY**
**Pittsburgh Office**
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514
**(412) 391-3939**
**Federal Identification Number: 34-0319085**

October 8, 2026

764596
Invoice: 261402483

Roman Catholic Diocese of Buffalo
795 Main Street
Buffalo, NY 14203
United States of America

For legal services rendered for the period through September 30, 2026:

| | Hours | | Amount |
|---|---|---|---|
| State of New York v. Diocese of Buffalo, et al. | 8.10 | | 11,616.00 |
| Fee/Employment Applications | 0.50 | | 296.00 |
| Total Fees | 8.60 | USD | 11,912.00 |
| **TOTAL** | | **USD** | **11,912.00** |

Timekeeper/Fee Earner Summary – September 30, 2026

| *Timekeeper/Fee Earner Name* | *Title* | *Bar Year* | *Hours* | *Discounted Rate*[1] | *Amount* |
|---|---|---|---|---|---|
| T R Geremia | Partner | 1999 | 7.40 | 1,460.00 | 10,804.00 |
| J D Goetz | Partner | 1986 | 0.70 | 1,160.00 | 812.00 |
| Total | | | 8.10 | | 11,616.00 |
| D A Benham | Associate | 2025 | 0.20 | 700.00 | 140.00 |
| Total | | | 0.20 | | 140.00 |
| C M Gugg | Paralegal | | 0.30 | 520.00 | 156.00 |
| Total | | | 0.30 | | 156.00 |
| **Total** | | | **8.60** | **USD** | **11,912.00** |

[1] Discounted rates reflect a 20% discount to Jones Day's standard rates, as agreed between Jones Day and the Diocese and as disclosed in the *Supplemental Declaration of Bishop Michael William Fisher in Support of the Retention of Jones Day as Special Counsel to the Diocese* [Docket No. 874].

## Fee Detail

| *Date of Service* | *Timekeeper/Fee Earner Name* | *Hours* | | *Amount* |
|---|---|---|---|---|
| **State of New York v. Diocese of Buffalo, et al.** | | | | |
| 09/03/26 | T R Geremia | 1.30 | | 1,898.00 |
| | Review latest draft of non-monetary terms (.6); comments on same (.7). | | | |
| 09/03/26 | J D Goetz | 0.30 | | 348.00 |
| | Review latest updated draft of non-monetary terms (.2); emails regarding comments on same (.1). | | | |
| 09/17/26 | T R Geremia | 1.70 | | 2,482.00 |
| | Review latest draft of non-monetary terms (.5); preparing revision to same (1.2). | | | |
| 09/18/26 | T R Geremia | 0.80 | | 1,168.00 |
| | Draft revised non-monetary terms for settlement. | | | |
| 09/18/26 | J D Goetz | 0.40 | | 464.00 |
| | Review updated non-monetary terms circulated by USC (.2); emails from T. Geremia and L. Quinlan regarding comments on same (.2). | | | |
| 09/21/26 | T R Geremia | 2.80 | | 4,088.00 |
| | Analyze non-monetary terms of settlement (.8); revise same (1.3); discuss non-monetary terms (.7). | | | |
| 09/22/26 | T R Geremia | 0.80 | | 1,168.00 |
| | Revising non-monetary terms of settlement. | | | |
| | **Matter Total** | **8.10** | **USD** | **11,616.00** |
| **Fee/Employment Applications** | | | | |
| 09/16/26 | C M Gugg | 0.10 | | 52.00 |
| | Review and e-file certificate of no objection. | | | |
| 09/21/26 | D A Benham | 0.20 | | 140.00 |
| | Finalize August fee statement. | | | |
| 09/21/26 | C M Gugg | 0.20 | | 104.00 |
| | Review monthly fee statement; and e-file same. | | | |
| | **Matter Total** | **0.50** | **USD** | **296.00** |