UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>The Diocese of Buffalo, N.Y.,<br><br>Debtor. | Case No. 20-10322<br><br>Chapter 11 |

**CERTIFICATE OF SERVICE**

I, Christopher Chiu, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

On October 19, 2026, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on three (3) confidential parties not included herein:

- **Order (A) Approving Bidding Procedures for the Sale of Certain Real Property at 5875 Ellicott Street Road, in the Town of Bethany, County of Genesee, and State of New York; (B) Authorizing and Approving the Form of Purchase Agreement; (C) Scheduling an Auction and Hearing to Consider the Sale; (D) Approving the Form and Manner of Service of Notice of Auction and Sale Hearing; and (E) Granting Related Relief** (Docket No. 5155)

- **Notice of Auction and Sale Hearing** (Substantially in the form attached as Exhibit 3 to Bidding Procedures Order filed at Docket No. 5155)

Dated: October 21, 2026

*/s/ Christopher Chiu*
Christopher Chiu
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(855) 292-7696