UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No.: 20-10322-CLB
Chapter: 11

## NOTICE OF FILING

PLEASE TAKE NOTICE that, in accordance with the Order entered July 9, 2020 [Docket No. 442] *Nunc Pro Tunc* to February 28, 2020, Roach, Quinlan, Grable, McGorry, Romano & Kroetsch LLP has filed the Monthly Fee Statement of Roach, Quinlan, Grable, McGorry, Romano & Kroetsch LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Diocese of Buffalo, N.Y., for the Period September 1, 2026 – September 30, 2026, a copy of which is attached hereto and hereby served upon you.

DATED: Buffalo, New York
October 29, 2026

/s/ Lawlor F. Quinlan III
Lawlor F. Quinlan III, Esq.
**ROACH, QUINLAN, GRABLE, McGORRY, ROMANO & KROETSCH LLP**
*Special Counsel for Debtor The Diocese of Buffalo, N.Y.*
1000 Liberty Building
Buffalo, New York 14202
(716) 852-5533

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No.: 20-10322-CLB
Chapter: 11

**MONTHLY FEE STATEMENT OF ROACH, QUINLAN, GRABLE, McGORRY, ROMANO & KROETSCH LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DIOCESE OF BUFFALO, N.Y. FOR THE PERIOD SEPTEMBER 1, 2026, THROUGH SEPTEMBER 30, 2026**

| | |
|---|---|
| Name of Applicant: | Roach, Quinlan, Grable, McGorry, Romano & Kroetsch LLP |
| Authorized to Provide Professional Services to: | The Diocese of Buffalo, N.Y., Debtor-in-Possession |
| Date of Retention: | Order entered July 9, 2020 [Docket No. 442] *Nunc Pro Tunc* to February 28, 2020 |
| Period for which compensation and reimbursement is sought: | September 1, 2026 – September 30, 2026 |
| Amount of compensation sought as actual, reasonable, and necessary: | 80% of $4,075.00 **($3,260.00)** |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | **$_0** |

This is a: _X_ monthly ___ quarterly ___ final application.

This is the ________ monthly fee statement of Roach, Quinlan, Grable, McGorry, Romano & Kroetsch LLP in this case.

# ROACH QUINLAN GRABLE

1000 Liberty Building
Buffalo, NY 14202
TAX ID NO. 16-1282035

October 22, 2026

DIOCESE OF BUFFALO
795 Main Street
Buffalo, NY 14203

Invoice# 46269 LFQ
Our file# 002700 00006
Billing through 09/30/2026

MISCELLANEOUS MATTERS

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 09/01/2026 | LFQ | (Misc) Communication with Chancery representative regarding request of survivor (.2); communication with Victim Assistance Coordinator regarding proposed response to survivor (.5); review correspondence from Chancery regarding various proposals for responding to action from Vatican (.4); communication with Chancery representatives regarding potential courses of action (.7); communication with Independent Review Board Chair regarding StoneBridge audit (.6); provide documents requested by Independent Review Board Chair (2.8). | 5.20 hrs. | 250 /hr | 1,300.00 |
| 09/02/2026 | LFQ | (Independent Review Board) Work on documents requested by Independent Review Board Chair (.5); communication with Independent Review Board Chair (.4). | 0.90 hrs. | 250 /hr | 225.00 |
| 09/03/2026 | LFQ | (Misc) Communications with Independent Review Board Chair regarding non-monetary commitments (.2); draft proposal regarding Independent Review Board component of non-monetary commitments (.3); communication with bankruptcy attorney regarding same (.2); | 0.80 hrs. | 250 /hr | 200.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | communication with Chancery representative regarding same (.1). | | | |
| 09/12/2026 | LFQ | (Misc) Communication with Independent Review Board Chair regarding StoneBridge audit (.3); prepare documents requested by Independent Review Board Chair (1.5); communication with other Independent Review Board members being interviewed by StoneBridge auditor (.3); communication with Bankruptcy attorneys regarding non-monetary commitments (.3). | 2.40 hrs. | 250 /hr | 600.00 |
| 09/14/2026 | LFQ | (Independent Review Board) Communication with Independent Review Board Chair regarding report of priest who had been subject of inquiry (.3); review documents pertaining to same (.4); communication with Chancery representative regarding same (.2); communication with Interim Communications Director (.2); provide Independent Review Board Chair with several documents regarding issue (.4); communication with other Independent Review Board member regarding same (.3). | 1.80 hrs. | 250 /hr | 450.00 |
| 09/15/2026 | LFQ | (Misc) Prepare for triennial audit with auditor from StoneBridge (1.3); at Chancery to answer auditor's questions (1.0); communication with Independent Review Board Chair regarding same (.3). | 2.60 hrs. | 250 /hr | 650.00 |
| 09/18/2026 | LFQ | (Misc) Review proposed changes in non-monetary commitments (.4); communication with Jones Day attorneys regarding the same (.3). | 0.70 hrs. | 250 /hr | 175.00 |
| 09/21/2026 | LFQ | (Misc) Prepare for conference call with client, bankruptcy | 1.20 hrs. | 250 /hr | 300.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | counsel, and Jones Day attorneys regarding non-monetary commitments (.5); participate in conference call (.7). | | | |
| 09/22/2026 | LFQ | (Misc) Review proposed changes in non-monetary commitment (.3); communication with Jones Day attorney regarding making revisions to same (.2); communication with Chancery representatives regarding same (.2). | 0.70 hrs. | 250 /hr | 175.00 |
| | | Total fees for this matter | | | $4,075.00 |

**BILLING SUMMARY**

| | | | | |
|---|---|---|---|---|
| Quinlan, Lawlor F. III | Partner | 16.30 hrs | 250 /hr | 4,075.00 |
| TOTAL FEES | | 16.30 hrs | | $4,075.00 |
| TOTAL CHARGES FOR THIS BILL | | | | $4,075.00 |