September 23, 2026

Dear Stacy,

Examining the packet sent to my home for the Diocese Abuse Case it was evident there is a huge supply of attorneys working on this case.

My concern is HOW MUCH ARE THEY RECEIVING FOR THIS CASE! AND what will be left for the actual children now adults that were injured by the Diocese??

MONIES from the settlement (which is not much) will be going to medical entities (if used) such as Medicare etc and attorney fees. What will be left that we will receive?

I am signing the ballot with reservation and forethought because I feel the claimants are getting shafted and taken advantage of by the large amounts that will be going to the attorneys and health entities.

I am not happy or enthusiastic about this settlement BUT living this nightmare for 72 years of my life, destroyed my marriage to a most wonderful man, prevented me from having a family (children) and haunted me now and for my remaining days. ( I still recollect the abuse daily and picture the incidents so clearly in my mind).

I am returning this signed ballot, but I am NOT happy with the settlement or the monies that will be coming out of our settlements!

Sincerely,

Sharon A. Was

Sharon A. Was
3 Dogwood RD
Williamsville, NY 14221
716-632-6092

RE: Honorable Carl Bucki.. This is the letter sent to one of the attorneys Stacy Benson voicing my concerns with the settlement. Hopefully you will read it and keep it in mind when making your rulings.

Thank You Sharon A Was

RECEIVED
OCT 30 2026
BANKRUPTCY COURT
BUFFALO, NY