UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 20-10322 (CLB) |
| The Diocese of Buffalo, N.Y. | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 362], Jones Day has filed the *Monthly Fee Statement of Jones Day for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Diocese of Buffalo, N.Y. for the Period October 1, 2026 Through October 31, 2026,* a copy of which is attached hereto and hereby served upon you.

Dated: November 9, 2026

*/s/ John D. Goetz*

John D. Goetz
Jones Day
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514
Telephone: (412) 391-3939
Email: jdgoetz@jonesday.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 20-10322 (CLB) |
| The Diocese of Buffalo, N.Y. | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

**MONTHLY FEE STATEMENT OF JONES DAY FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DIOCESE OF BUFFALO, N.Y. FOR THE PERIOD OCTOBER 1, 2026 THROUGH OCTOBER 31, 2026**

| | |
|---|---|
| Name of Applicant: | Jones Day |
| Authorized to Provide Professional Services to: | The Diocese of Buffalo, N.Y. Debtor and Debtor in Possession |
| Date of Retention: | Order entered February 23, 2021 [Docket No. 905] *Nunc Pro Tunc* to December 1, 2020, as modified on October 16, 2024 [Docket No. 3242] |
| Period for which Compensation and Reimbursement is Sought: | October 1, 2026 through October 31, 2026 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary (after 20% discount and 20% holdback): | $1,445.92 (80% of $1,807.40) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |

This is a: __X__ monthly ____ quarterly ____ final application.

This is Jones Day's sixty-third monthly fee statement in this case.

**JONES DAY**
**Pittsburgh Office**
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514
**(412) 391-3939**
**Federal Identification Number: 34-0319085**

November 6, 2026

764596
Invoice: 261402870

Roman Catholic Diocese of Buffalo
795 Main Street
Buffalo, NY 14203
United States of America

For legal services rendered for the period through October 31, 2026:

| | Hours | | Amount |
|---|---|---|---|
| Article 78 Challenge | 1.80 | | 797.40 |
| State of New York v. Diocese of Buffalo, et al. | 0.80 | | 940.00 |
| Fee/Employment Applications | 0.10 | | 70.00 |
| Total Fees | 2.70 | USD | 1,807.40 |
| **TOTAL** | | **USD** | **1,807.40** |

Timekeeper/Fee Earner Summary – October 31, 2026

| *Timekeeper/Fee Earner Name* | *Title* | *Bar Year* | *Hours* | *Discounted Rate*[1] | *Amount* |
|---|---|---|---|---|---|
| T R Geremia | Partner | 1999 | 0.50 | 1,460.00 | 730.00 |
| T R Geremia | Partner | 1999 | 1.10 | 443.00 | 487.30 |
| J D Goetz | Partner | 1986 | 0.70 | 443.00 | 310.10 |
| Total | | | 2.30 | | 1,527.40 |
| D A Benham | Associate | 2025 | 0.10 | 700.00 | 70.00 |
| C R Hubbard | Associate | 2025 | 0.30 | 700.00 | 210.00 |
| Total | | | 0.40 | | 280.00 |
| **Total** | | | **2.70** | **USD** | **1,807.40** |

[1] Discounted rates reflect a 20% discount to Jones Day's standard rates, as agreed between Jones Day and the Diocese and as disclosed in the *Supplemental Declaration of Bishop Michael William Fisher in Support of the Retention of Jones Day as Special Counsel to the Diocese* [Docket No. 874].

Fee Detail

| *Date of Service* | *Timekeeper/Fee Earner Name* | *Hours* | | *Amount* |
|---|---|---|---|---|
| **Article 78 Challenge** | | | | |
| 10/19/26 | T R Geremia | 0.30 | | 132.90 |
| | Correspondence regarding timing of submissions on appeal. | | | |
| 10/19/26 | J D Goetz | 0.30 | | 132.90 |
| | Emails regarding response to Office of the Attorney General's request for an additional extension of time to file brief for appellee. | | | |
| 10/26/26 | T R Geremia | 0.20 | | 88.60 |
| | Attention to issues regarding schedule for briefing on appeal. | | | |
| 10/26/26 | J D Goetz | 0.20 | | 88.60 |
| | Review emails, proposed stipulation to accommodate Office of the Attorney General's request for further extension of time. | | | |
| 10/27/26 | T R Geremia | 0.60 | | 265.80 |
| | Correspondence with client regarding appeal. | | | |
| 10/27/26 | J D Goetz | 0.20 | | 88.60 |
| | Review emails, as-filed stipulation for extension of time as requested by Office of the Attorney General. | | | |
| | **Matter Total** | **1.80** | **USD** | **797.40** |
| **State of New York v. Diocese of Buffalo, et al.** | | | | |
| 10/19/26 | T R Geremia | 0.20 | | 292.00 |
| | Update regarding non-monetary terms of settlement. | | | |
| 10/26/26 | T R Geremia | 0.30 | | 438.00 |
| | Review and analysis of draft non-monetary terms. | | | |
| 10/27/26 | C R Hubbard | 0.30 | | 210.00 |
| | Review docket for non-monetary plan provisions & indications of filing deadlines for same; coordinate with T. Geremia. | | | |
| | **Matter Total** | **0.80** | **USD** | **940.00** |
| **Fee/Employment Applications** | | | | |
| 10/09/26 | D A Benham | 0.10 | | 70.00 |
| | Draft and file September fee statement. | | | |
| | **Matter Total** | **0.10** | **USD** | **70.00** |