UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>The Diocese of Buffalo, N.Y.,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-10322-CLB |

**DECLARATION OF ALBERT E. GRESS WITH REGARD TO THE CONFIRMATION OF THE SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION FOR THE DIOCESE OF BUFFALO, N.Y.**

I, Albert E. Gress, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Chief Financial Officer ("**CFO**") for The Diocese of Buffalo, N.Y., (the "Diocese") and have served in that capacity since March 4, 2024.

2. I make this Declaration based upon my personal knowledge of the facts set forth herein, upon information supplied to me by others associated with the Diocese, upon my review of relevant documents and upon my experience with and knowledge of the Diocese's organization, operations and financial condition.

3. As CFO of the Diocese, I am responsible for the financial affairs of the Diocese including financial management oversight for The Foundation of the Roman Catholic Diocese of Buffalo, one of the Contributing Non-Debtor Entities. I am also familiar with the financial aspects of certain administrative, financial, insurance and support services that the Diocese provides to the 160 Catholic parishes (the "**Parishes**") and certain affiliated Catholic entities (the "**Affiliates**") located within the territory of the Diocese.

4. I submit this Declaration in support of the confirmation of the *Second Amended Joint Chapter 11 Plan of Reorganization for The Diocese of Buffalo, N.Y. and the Additional*

*Debtors*, as it may be further modified (the "**Joint Plan**"). Capitalized terms that are not defined in this Declaration are used as defined in the Joint Plan.

## BACKGROUND

5. On February 28, 2020, the Diocese filed a voluntary chapter 11 petition for relief with this Court and commenced the above-captioned case in order to address the numerous claims alleging sexual abuse asserted against the Diocese.

6. The Diocese commenced this chapter 11 case to address and resolve approximately 900 sexual abuse claims asserted against the Diocese and related Catholic entities and to preserve the ability of those entities to continue their religious, charitable, educational and pastoral missions.

7. On March 12, 2020, the United States Trustee appointed the Official Committee of Unsecured Creditors (the "**Committee**") in the Diocese's Chapter 11 Case. The Committee is comprised of six individuals who assert Abuse Claims against the Diocese.

## THE JOINT PLAN AND ITS FUNDING

8. In April of 2025, after more than five years of negotiations, the Diocese and the Committee reached a settlement in principle pursuant to which the Diocese, the Parishes and Affiliates agreed to contribute a total of $150 million to resolve Abuse Claims (the "**DOB Entities' Cash Contribution**").

9. Subsequently, the Diocese, Parishes, Affiliates and the Committee agreed to accept an aggregate of $176,452,500 from the Settling Insurers.

10. The Joint Plan is being proposed by the Diocese, the Committee, and the entities identified on Exhibit A to the Joint Plan that have elected to file chapter 11 cases and become joint plan proponents (the "**Additional Debtors**").

11. Diocesan-affiliated entities identified on Exhibit E to the Joint Plan as Contributing Non-Debtor Entities are expected to contribute funds toward the DOB Entities' Cash Contribution. These entities include:

Catholic Cemeteries of Buffalo
Catholic Charities of Buffalo
The Monsignor Carr Institute
Christ the King Seminary
St. John Vianney Seminary Corp.
Our Lady of Victory Human Services
Our Lady of Victory Charities
Our Lady of Victory Institutions, Inc.
Our Lady of Victory Homes of Charity
The Diocesan Counseling Center for Clergy & Religious
The Foundation of the Roman Catholic Diocese of Buffalo
St. Joseph Regional School – Batavia
Catholic Academy of West Buffalo
South Buffalo Catholic School, a.k.a, Notre Dame Academy
Northern Chautauqua Catholic School – Dunkirk
Southtowns Catholic School – Lakeview
DeSales Catholic School – Lockport
Catholic Academy of Niagara Falls
Southern Tier Catholic School – Olean
Notre Dame High School – Batavia
Bishop Timon-St. Jude High School
St. Mary High School – Lancaster
Archbishop Walsh High School – Olean
Cardinal O'Hara High School – Tonawanda
Society of St. Vincent DePaul[1]

12. To the best of my knowledge, each Contributing Non-Debtor Entity is separately incorporated with its own board of trustees or directors. The Contributing Non-Debtor Entities are, with a few exceptions, defendants in one or more pending CVA actions. I understand that each Contributing Non-Debtor Entity independently evaluated participation in the Joint Plan and has approved, or is expected to approve, such participation through its own corporate governance process.

[1] I understand that this entity will be added to the list of Contributing Non-Debtor Entities identified in Exhibit E to the Plan.

13. The Joint Plan establishes, among other things, an Abuse Claims Settlement Fund to be administered by the Trust for the benefit of holders of Abuse Claims. I understand that, upon satisfaction of the conditions to effectiveness of the Joint Plan, including implementation of the opt-in procedures approved by the Court, Abuse Claims against the Diocese, the Additional Debtors and those Contributing Non-Debtor Entities receiving the benefit of Plan releases (collectively, the "**DOB Entities**") will be channeled to the Trust, and the Trust will thereafter exclusively administer and resolve such Abuse Claims in accordance with the Plan and Trust Documents.

14. I understand that the Trust will be funded through aggregate contributions totaling approximately $326,452,500 from the DOB Entities and the Settling Insurers. Based on my knowledge of the financial resources of the Diocese and the other participating Catholic entities, the anticipated $150 million DOB Entities' Cash Contribution is expected to be funded through approximately $41-42 million from the Diocese, consisting of available cash and proceeds from real estate sales; approximately $103-104 million from the Additional Debtors, consisting of available cash and proceeds from real estate sales; and approximately $4-5 million from the Contributing Non-Debtor Entities.

15. Because certain anticipated real estate sale proceeds will not be available immediately, the Diocese has access to approximately $31 million in loan commitments to provide interim liquidity. These financing arrangements, together with available cash and other funding sources, are expected to enable the DOB Entities to satisfy the initial $125 million funding obligation contemplated by the Joint Plan. The remaining $25 million is anticipated to be funded within one year after the Effective Date, consistent with the terms of the Joint Plan.

16. In addition to the DOB Entities' Cash Contribution, it is anticipated that the Trust will receive payments from the Settling Insurers in the aggregate amount of $176,452,500 in accordance with their respective settlement agreements.

17. Historically, the Diocese maintained insurance programs under which insurance coverage was made available to numerous Catholic organizations within the Diocese, including the Additional Debtors and the Contributing Non-Debtor Entities.

18. As part of the settlements with the Settling Insurers, I understand that the Settling Insurers will resolve any coverage obligations they may have to the DOB Entities arising under the applicable insurance policies. Because insurance coverage under many of the Diocese's historical policies was shared among the Diocese, the Additional Debtors and certain Contributing Non-Debtor Entities, the settlements with the Settling Insurers require participation by those entities and the transfer of any rights they possess under the settled policies. Such participation is necessary to achieve a complete resolution of insurance coverage issues and maximize the funds available for distribution to holders of Abuse Claims.

19. Accompanying this Declaration is the Declaration of Thomas R. Christy, Director of Catholic Cemeteries of the Roman Catholic Diocese of Buffalo, Inc. ("Buffalo Catholic Cemeteries"). As described in Mr. Christy's Declaration, Buffalo Catholic Cemeteries is contributing $300,000 toward the DOB Entities' Cash Contribution. I understand that such contribution will be paid from unrestricted operating funds of the corporation and not from donor-restricted funds or other restricted assets.

20. In my judgment, the participation of the Additional Debtors and the Contributing Non-Debtor Entities is an essential component of the Joint Plan. The Joint Plan provides a comprehensive and equitable resolution of Abuse Claims asserted against the Diocese and other

Catholic entities within the Diocese, while allowing those entities to continue their religious, educational, charitable and pastoral missions.

I swear, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: November 15, 2026

By: ______________________
Albert E. Gress
Chief Financial Officer
The Diocese of Buffalo, N.Y.