UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

Debtor.

Chapter 11

Case No. 20-10322-CLB

**DECLARATION OF THOMAS R. CHRISTY**

I, Thomas R. Christy, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Director of Catholic Cemeteries of the Roman Catholic Diocese of Buffalo, Inc. ("Buffalo Catholic Cemeteries").

2. I make this Declaration based upon my personal knowledge of the facts set forth herein, upon information supplied to me by others associated with Buffalo Catholic Cemeteries, upon my review of relevant documents and upon my experience with and knowledge of Buffalo Catholic Cemeteries' organization, operations and financial condition.

3. Buffalo Catholic Cemeteries consists of seven cemeteries in the Western New York area that are operated to meet the burial needs (whether in grave or mausoleum) of the Catholic community.

4. Buffalo Catholic Cemeteries was incorporated on December 29, 2008, pursuant to the New York Not-for-Profit Corporation Law. It was previously an unincorporated operating component of The Diocese of Buffalo, N.Y.

5. Buffalo Catholic Cemeteries is governed by a Board of Directors.

6. Buffalo Catholic Cemeteries is a named defendant in two pending CVA lawsuits: (i) KS-Doe-1, et al. v. The Diocese of Buffalo, N.Y., et al., Erie County Index No. 810342/2019; and (ii) KS-Doe-1, et al. v. Holy See, et al., WDNY Case No. 1:20-CV-00247-FPG.

7. By unanimous written consent dated July 15, 2025, the Board of Directors of Buffalo Catholic Cemeteries authorized the corporation's participation in the chapter 11 plan of reorganization of The Diocese of Buffalo, N.Y., including a contribution of $300,000 to the abuse claims settlement fund and the assignment of certain insurance rights to the trust established under the plan. The Board further determined that such participation was in the best interests of the corporation and authorized the execution of agreements and related documents necessary to implement the settlement and plan, subject to the limitations and conditions set forth in the written consent.

8. Buffalo Catholic Cemeteries maintains a Board-designated permanent maintenance fund. The $300,000 contribution approved by the Board will not be paid from that fund, any donor-restricted funds or other restricted assets. Such contribution will be paid from unrestricted operating funds of the corporation.

I swear, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: November 5, 2026

By: ______________________
Thomas R. Christy
Director
Catholic Cemeteries of the Roman Catholic
Diocese of Buffalo, Inc.