UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No.: 20-10322-CLB
Chapter: 11

**NOTICE OF FILING**

PLEASE TAKE NOTICE that, in accordance with the Order entered July 9, 2020 [Docket No. 442] *Nunc Pro Tunc* to February 28, 2020, Roach, Quinlan, Grable, McGorry, Romano & Kroetsch LLP has filed the Monthly Fee Statement of Roach, Quinlan, Grable, McGorry, Romano & Kroetsch LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Diocese of Buffalo, N.Y., for the Period October 1, 2026 – October 31, 2026, a copy of which is attached hereto and hereby served upon you.

DATED: Buffalo, New York
November 23, 2026

/s/ Lawlor F. Quinlan III
Lawlor F. Quinlan III, Esq.
**ROACH, QUINLAN, GRABLE,**
**McGORRY, ROMANO & KROETSCH LLP**
*Special Counsel for Debtor*
*The Diocese of Buffalo, N.Y.*
1000 Liberty Building
Buffalo, New York 14202
(716) 852-5533

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No.: 20-10322-CLB
Chapter: 11

**MONTHLY FEE STATEMENT OF ROACH, QUINLAN, GRABLE, McGORRY, ROMANO & KROETSCH LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DIOCESE OF BUFFALO, N.Y. FOR THE PERIOD OCTOBER 1, 2026, THROUGH OCTOBER 31, 2026**

| | |
|---|---|
| Name of Applicant: | Roach, Quinlan, Grable, McGorry, Romano & Kroetsch LLP |
| Authorized to Provide Professional Services to: | The Diocese of Buffalo, N.Y., Debtor-in-Possession |
| Date of Retention: | Order entered July 9, 2020 [Docket No. 442] *Nunc Pro Tunc* to February 28, 2020 |
| Period for which compensation and reimbursement is sought: | October 1, 2026 – October 31, 2026 |
| Amount of compensation sought as actual, reasonable, and necessary: | 80% of $1,125.00 **($900.00)** |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | **$ 0** |

This is a: _X_ monthly ___ quarterly ___ final application.

This is the ________ monthly fee statement of Roach, Quinlan, Grable, McGorry, Romano & Kroetsch LLP in this case.

# ROACH QUINLAN GRABLE

1000 Liberty Building
Buffalo, NY 14202
TAX ID NO. 16-1282035

November 18, 2026

| | | | |
|---|---|---|---|
| | Invoice# | 46387 | LFQ |
| DIOCESE OF BUFFALO | Our file# | 002700 | 00006 |
| 795 Main Street | Billing through | | 10/31/2026 |
| Buffalo, NY 14203 | | | |

MISCELLANEOUS MATTERS

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 10/05/2026 | LFQ | (Misc) Instructions to paralegal, Justin T. Mehlenbacher regarding assisting with response to CARA Survey. | 0.20 hrs. | 250 /hr | 50.00 |
| 10/20/2026 | LFQ | (Misc) Work on and revise response to CARA Survey (1.2); prepare memoranda regarding survey results and matters to be included in next year's survey (.4); communication with Safe Environment Director regarding survey (.2). | 1.80 hrs. | 250 /hr | 450.00 |
| 10/21/2026 | JTM | (Misc) Meet with Lawlor Quinlan III regarding Diocese audit process and completing 2026 CARA survey (.3); review previous memoranda regarding CARA survey results and definition and prepare CARA annual survey of allegations and costs (3.2). | 3.50 hrs. | 100 /hr | 350.00 |
| 10/22/2026 | LFQ | (Misc) Finalize work on CARA Survey. | 0.60 hrs. | 250 /hr | 150.00 |
| 10/27/2026 | LFQ | (Independent Review Board) Communication with Chancery representative regarding advisability of sending non-abuse case to Independent Review Board (.3); communication with Independent Review Board Chair regarding same and status of other cases (.2). | 0.50 hrs. | 250 /hr | 125.00 |

Total fees for this matter $1,125.00

**BILLING SUMMARY**

| | | | | |
|---|---|---|---|---|
| Quinlan, Lawlor F. III | Partner | 3.10 hrs | 250 /hr | 775.00 |
| Mehlenbacher, Justin T. | Legal Assistant | 3.50 hrs | 100 /hr | 350.00 |
| TOTAL FEES | | 6.60 hrs | | $1,125.00 |
| TOTAL CHARGES FOR THIS BILL | | | | $1,125.00 |