UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

In re:

The Diocese of Buffalo, N.Y.,

Debtor.

Case No. 20-10322-CLB

Chapter 11

---

**CERTIFICATE OF SERVICE**

I, Emily Tarnacki, hereby certify under penalty of perjury that I am not less than eighteen (18) years of age; that I served a Notice and Motion to Deem Proof of Claim Timely Filed on November 25, 2026 and served same as indicated below.

**Mail Service:** Caused to be served by regular, first-class United States mail, postage full pre-paid, addressed to:

HON. CARL L. BUCKI
United States Bankruptcy Court
2 Niagara Square
Buffalo, NY 14202

Bond, Schoeneck & King, PLLC
Sara C. Temes, Esq., Charles J. Sullivan, Esq.,
Grayson T. Walter, Esq., of counsel
Stephen A Donato, Esq., of counsel
One Lincoln Center
Syracuse, New York 13202-1355
Attorneys for The Diocese of Buffalo, N.Y.

Pachulski Stang Ziehl & Jones LLP
Ilan D. Scharf, Esq., of counsel
780 Third Avenue, 34th Floor
New York, New York 10017
Attorneys for Official Committee of Unsecured Creditors

Office of the U.S. Trustee
Joseph W. Allen, Esq., Assistant U.S. Trustee
Olympic Towers
300 Pearl Street, Suite 401
Buffalo, New York 14202

Stretto
410 Exchange
Suite 100
Irvine, CA 92602

Bank of America
Attn: Michael Larry
10 Fountain Plaza 9th Floor
Buffalo, NY 14202
Schiff Hardin LLP
Attn: Jin Yan, David M. Spector, Everett Cygal & Daniel Schufreid
233 S. Wacker Drive, Suite 7100
Chicago, IL 60606

Hodgson Russ LLP
Attn: Garry M. Graber
140 Pearl Street, Suite 100
Buffalo, NY 14202

M&T Bank
Attn: Eskinder Tefera, Special Assets
1 Fountain Plaza, 9th Floor
Buffalo, NY 14003

Northwest Bank
100 Liberty Street
Warren, PA 16365

**/s/ Emily Tarnacki**
Emily Tarnacki

Sworn to before this this
25th day of November, 2026

**/s/ Richard J. Steiner**
Notary Public, State of New York
Reg. No. 02ST5059768 Qualified in Erie County
Commission Expires May, 06, 2030